# UNITED STATES DISTRICT COURT
## District of Idaho

### Third Amended Exhibit List - 1/10/13

| | |
|---|---|
| Case Name:<br>United States v. Sanchez, et al.<br><br>vs.<br>Jesus Guadalupe Sanchez, a/k/a Jose Salazar, a/k/a Che,<br>Jim Allen Loveland, and<br>Michael Dennis Morris | Plaintiff's Attorney:<br>AUSA Lynne W. Lamprecht<br><br>Defendant's Attorney:<br>Jeffrey Heineman<br>Chris Berglund<br>Joseph Borton |
| Docket No.: CR -12-0155-S-BLW    Trial Dates: Jan. 14, 2012 - | Courtroom Deputy:<br>Jamie Gearhart |
| Presiding Judge:<br>B. Lynn Winmill | Court Reporter:<br>Tammy HohenLeitner |
| Party Offering Exhibits:<br>United States | |

**Instructions**

➤ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➤ A stipulation to the admission of the exhibit, should be indicated by  marking the Stipulation column with "ADM."  A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL),  business record exception (BRE). If no stipulation has been reached then leave blank.
➤ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➤ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1 | | | | | Idaho Driver's Licence for Jesus Guadalupe Sanchez | |
| 2 | | | | | Photo of Trailer #10, Clifford's Trailer Park | |
| 3 | | | | | Clifford's Trailer Park Payment Log | |
| 4 | | | | | Photo of Johnny Tambunga | |
| 5 | | | | | Photo of Fabian Beltran | |
| 6 | | | | | Photo of Victor Ruiz | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7 | | | | | Jim Loveland Business Card - Piloting Service | |
| 8 | | | | | Jim Loveland Business Card - Disaster Recovery | |
| 9A | | | | | Phone calls between Jim Loveland and Che Primo a/k/a Sanchez - Summary Chart - March 2012-May 2012 | |
| 9B | | | | | Phone calls between Jim Loveland and Beltran - Summary Chart - February 2012 - May 2012 | |
| 9C | | | | | Phone calls between Jim Loveland and Tambunga - Summary Chart Dec. 2011- January 2012 | |
| 9D | | | | | Loveland Phone Tolls Diagram | |
| 9E | | | | | 902(11) Certification of T-Mobile Records by Joshua Spencer | |
| 10 | | | | | Photo of Jim Loveland's House | |
| 11 | | | | | Photo of Mario Martinez | |
| 12 | | | | | Photo of Dawson Lee Moore | |
| 13 | | | | | Photo of Dawson Lee Moore's House | |
| 14 | | | | | Beltran's T-Mobile Samsung Phone | |
| 14A | | | | | Phone Contacts from Ex. 14 - Fabian Beltran's T-Mobile Samsung Phone | |
| 15 | | | | | Beltran's Blackberry Phone | |
| 15A | | | | | Contact List from Ex.15 Fabian Beltran's Blackberry Phone | |
| 15B | | | | | Phone calls between Jim Loveland and Primo Che a/ka/ Sanchez - Summary Chart - Feb. 2012 | |
| 16 | | | | | Shooting Video  from Beltran's T-Mobile Phone | |
| 17 | | | | | Llama .380 pistol | |
| 18 | | | | | Photo of Llama .380 pistol under couch in Trailer | |
| 19 | | | | | Bullets taken from Ex. 17 (.380 pistol) | |
| 20 | | | | | Photo of black bag containing Derringer pistols | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 21 | | | | | .22 Derringer pistol with gold grip S.N. 241111 | |
| 22 | | | | | Photo of two Derringer pistols | |
| 23 | | | | | .22 Derringer pistol with red grip S.N. 491605 | |
| 24 | | | | | 30, .22 Hornady Bullets | |
| 24A | | | | | Photo of .22 bullets from back bedroom | |
| 25 | | | | | ATF Form 4473 Transaction Record of Ex. 16 (.380 pistol) and Ex. 19 (.22 Derringer) to Jesus Guadalupe Sanchez | |
| 25A | | | | | 902(11) Certification of Records from Bargain Gun and Pawn by John Cox | |
| 26 | | | | | ATF Report of Multiple Sale of Pistols to Sanchez | |
| 27 | | | | | Photo of Red Ford F11 pickup truck | |
| 28 | | | | | Photo of Money in steering wheel of Ex. 26 (Ford F11 pickup truck) | |
| 29 | | | | | Certificate of Title for Red Ford F11 pickup truck | |
| 30A | | | | | JZ Auto Sales Retail Vehicle Purchase Contract for Sanchez - Lincoln Navigator | |
| 30B | | | | | Report of Sale and Application for Certification of Title for Lincoln Navigator by Sanchez | |
| 30C | | | | | Receipt for $500 payment for Lincoln Navigator | |
| 31A | | | | | Wells Fargo Bank Consumer Account Application for Jesus G. Sanchez - Acc't No. X**5483** 3 pp. | |
| 31B | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Oct. - Nov. 2011 | |
| 31C | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Nov. - Dec. 2011 | |
| 31D | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Dec. 2011 - Jan. 2012 | |
| 31E | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Jan. 2012-Feb. 2012 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 31F | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Feb. 2012 - Mar. 2012 | |
| 31G | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Mar. 2012 - Apr. 2012 | |
| 31H | | | | | Sanchez's Wells Fargo Statement for Acc't X5483 Apr. 2012 - May 2012 | |
| 31I | | | | | Sanchez Wells Fargo Statement for Acc't X5483 May 2012 - June 2012 | |
| 31J | | | | | 902(11) Certification of Records from Wells Fargo by Sherry Tiniakoff | |
| 32A | | | | | Wells ExpressSend Service Global Remittance Service Agreement - Wells Fargo Acc't X5483 Jesus G. Sanchez, 12/21/2011 - 2 pp. | |
| 32B | | | | | Wells Fargo Receipt - $1600 Deposit to Acc't X5483 -12/21/2011 at 1:11 p.m. | |
| 32C | | | | | Wells Fargo Express Send Remittance Transfer Record - Acc't X5483 - 12/21/2011 at 1:12:43 p.m. $1500 to Elizabeth Hernandez Vega | |
| 32D | | | | | Wells Fargo Bank Transaction Record $1500 withdrawal from Acc't X5483 at 1:15 p.m. | |
| 33A | | | | | Wells Fargo ExpressSend Transfer Record Acc't No. X5364 Jesus G. Sanchez $1,000 to Elizabeth Hernandez Vega on 1/23/12 | |
| 33B | | | | | Wells Fargo Receipt for $1000 sent to Elizabeth Hernandez Vega on 1/23/12 Acc't No. X5364 | |
| 34A | | | | | Western Union Money Transfer - $400 Maria de Jesus Beltran Delgado by Jesus G. Sanchez | |
| 34B | | | | | Western Union Customer Receipt for $400 Money Transfer to Beltran Delgado by Jesus Sanchez at Ridleys on 02-02-2012 | |
| 34C | | | | | Ridley's Receipt for Western Union Money Transfer on Feb. 2, 2012 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 35A | | | | | Western Union Money Transfer - $1000 to Jesus Roberto Salazar-Perez by Johnny Tambunga | |
| 35B | | | | | Western Union Customer Receipt for $1000 Money Transfer to Salazar Perez by Johnny Tambunga at Ridley's on 02-23-2012 | |
| 35C | | | | | Ridley's Receipt for Western Union Money Transfer on Feb 23, 2012 | |
| 36A | | | | | Western Union Customer Receipt for $1000 Money Transfer by Rachel Coblentz to Jesus Sanchez on April 8, 2012 | |
| 36B | | | | | Western Union Transfer Receipt for Ex. 36A | |
| 37 | | | | | Photo of Ben Vertner | |
| 38 | | | | | Photo of Amber Hites | |
| 39 | | | | | Photo of K.C. Hensley | |
| 40 | | | | | Photo of Patric Campbell | |
| 41 | | | | | Photo of Rachel Coblentz | |
| 41A | | | | | Photo of Rachel's Apartment Building | |
| 42 | | | | | Photo of Amy Cavazos | |
| 43 | | | | | Photo of Amy Cavazos's House | |
| 44 | | | | | Photo of Jonathon Chapman | |
| 45 | | | | | Photo of Jacob Clevenger | |
| 46 | | | | | Silver Tube removed from Olson on 5/15 | |
| 47 | | | | | Methamphetamine from silver tube | |
| 48 | | | | | Methamphetamine from K.C. Hensley's Car | |
| 49 | | | | | Methamphetamine from Cavazos's house on 5/15 | |
| 50 | | | | | Vertner U/C call to Morris on 5/16 | |
| 51 | | | | | Photo of Morris' house in Ontario | |
| 52 | | | | | Methamphetamine from U/C purchase on 5/16 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 53 | | | | | Methamphetamine from Trailer # 10 | |
| 54 | | | | | Black Lunch Bag | |
| 55 | | | | | Photo of black lunch bag under kitchen sink | |
| 56 | | | | | Photo of money and meth in black lunch bag | |
| 57 | | | | | Photo of Money and large bag of meth | |
| 58 | | | | | Photo of Money and smaller bag of meth | |
| 59 | | | | | Reserved | |
| 60 | | | | | Silver digital scale from black bag under kitchen sink | |
| 61 | | | | | Photo of silver digital scale | |
| 62 | | | | | Photo of gym shoe with Money | |
| 63 | | | | | Plea Agreement for Johnny Tambunga | |
| 64 | | | | | Plea Agreement for Fabian Beltran | |
| 65 | | | | | Plea Agreement for Victor Ruiz | |
| 66 | | | | | Plea Agreement for Mario Martinez | |
| 67 | | | | | Plea Agreement for Benjamine Vertner | |
| 68 | | | | | Plea Agreement for Amber Hites | |
| 69 | | | | | Plea Agreement for K.C. Hensley | |
| 70 | | | | | Plea Agreement for Patric Campbell | |
| 71 | | | | | Plea Agreement for Rachel Coblentz | |
| 72 | | | | | Plea Agreement for Amy Cavazos | |
| 73 | | | | | Phone Call Vertner/Sanchez 5/22/12 | |
| 73A | | | | | Transcript of Exhibit 73 telephone call | |
| 74 | | | | | Video Interview of Michael Morris | |
| 74A | | | | | Video Clip from Exhibit 74 | |
| 74B | | | | | Video Clip from Exhibit 74 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 74C | | | | | Video Clip from Exhibit 74 | |
| 74D | | | | | Video Clip from Exhibit 74 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |