1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

2
- - - - - - - - - - - - - - - - - - x
3                                      :
UNITED STATES OF AMERICA,              : Case No. CR 12-155-S-BLW
4                                      :
                    Plaintiff,         : **JURY TRIAL**
5                                      : **PARTIAL TRANSCRIPT**
         vs.                           : **WITNESS**: Benjamine Vertner
6                                      :
JESUS GUADALUPE SANCHEZ, a/k/a JOSE    :
7  SALAZAR, a/k/a "CHE," JIM ALLEN     :
LOVELAND, and, MICHAEL DENNIS MORRIS,  :
8                                      :
                    Defendants.        :
9                                      :
- - - - - - - - - - - - - - - - - - x
10

11

12

13

14

15    **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

16
      before B. Lynn Winmill, Chief District Judge
17

18
      January 15 and 16, 2013
19

20    Pages 1 to 148

21

22
                   **Tamara I. Hohenleitner**
23         Idaho Certified Shorthand Reporter No. 619
                Registered Professional Reporter
24                 Certified Realtime Reporter
            Federal Certified Realtime Reporter
25
            United States Courts, District of Idaho
      550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                          <u>A  P  P  E  A  R  A  N  C  E  S</u>

2

3      **FOR UNITED STATES OF AMERICA**

4              Lynne W. Lamprecht
               US ATTORNEY'S OFFICE
5              Washington Group Plaza IV
               800 Park Blvd., Ste. 600
6              Boise, ID 83712-9903
               Tel:  (208) 334-1211
7              Fax:  (208) 334-9375
               Email:  Lynne.Lamprecht2@usdoj.gov

8

9

       **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**
10
               Jeffrey P. Heineman
11             HEINEMAN LAW OFFICE
               1501 Tyrell Lane
12             Boise, ID 83706
               Tel: (208) 830-6124
13             Fax: (208) 947-9009
               Email: Jeff@heinemanlaw.com

14

15     **FOR DEFENDANT MICHAEL DENNIS MOORE**

16             Joseph W. Borton
               BORTON-LAKEY LAW OFFICES
17             141 E. Carlton Avenue
               Meridian, ID 83642
18             Tel: (208) 908-4415
               Fax: (208) 493-4610
19             Email: Joe@borton-lakey.com

20

       **FOR DEFENDANT JIM ALLEN LOVELAND**
21
               Christian Berglund
22             BERGLUND LAW, PLLC
               500 W. Bannock Street
23             Boise, ID 83702
               Tel: (208) 342-7600
24             Fax: (208) 392-1395
               Email: Chris@berglundlaw.com

25

1                                     **I N D E X**

2

3                  **U N I T E D   S T A T E S   W I T N E S S**

                                                                    **PAGE**

4  **VERTNER, Benjamine Lawrence**

5     Direct Examination by Ms. Lamprecht...............   5
      Continued Direct Examination by Ms. Lamprecht......  36
6     Cross-Examination by Mr. Borton................... 102
      Cross-Examination by Mr. Heineman................. 132
7     Cross-Examination by Ms. Berglund................. 137
      Redirect Examination by Ms. Lamprecht............. 138
8     Recross-Examination by Mr. Heineman............... 145
      Further Redirect Examination by Ms. Lamprecht...... 147

9

10

                   **U N I T E D   S T A T E S   E X H I B I T S**

11
                                                                **ADMITTED**

12

13    **39**   Photo of K.C. Hensley.......................   33
      **40**   Photo of Patric Campbell....................   58
14    **41A**  Photo of Rachel Coblentz's apartment
             building....................................   49
15    **43**   Photo of Amy Cavazos's House................   11
      **44**   Photo of Jonathon Chapman...................   34
16    **45**   Photo of Jacob Clevenger....................   15
      **46**   Silver tube removed from Olson 5/15.........   74
17    **67**   Plea Agreement for Benjamine Vertner........    9

18

19

20

21

22

23

24

25

4

1       P R O C E E D I N G S
2           January 15, 2013
3        (Partial transcript only.)
4           (Jury present.)
5       MS. LAMPRECHT:  The government calls
6   Benjamine Vertner.
7           Your Honor, may we take the evidence
8   off the stand that's currently on there?
9       THE COURT:  Yes.
10          Mr. Severson.
11      MS. LAMPRECHT:  Thank you.  I had forgotten
12  about it.
13      THE COURT:  Mr. Vertner, would you please
14  step before the clerk, be sworn as a witness, and
15  follow her recommendations from there -- I mean
16  her directions from there.
17          BENJAMINE LAWRENCE VERTNER,
18  having been first duly sworn to tell the whole
19  truth, testified as follows:
20      THE CLERK:  Please state your complete name
21  and spell your name for the record.
22      THE WITNESS:  Benjamine Lawrence Vertner.
23  And spell my last name?
24      THE CLERK:  First and last name, please.
25      THE WITNESS:  B-E-N-J-A-M-I-N-E,

5

1   V-E-R-T-N-E-R.
2       THE COURT:  You may inquire, Ms. Lamprecht.
3       MS. LAMPRECHT:  Thank you, Your Honor.
4           DIRECT EXAMINATION
5   BY MS. LAMPRECHT:
6       Q.  Mr. Vertner, how old are you?
7       A.  Thirty-four.
8       Q.  Where were you born?
9       A.  Ontario, Oregon.
10      Q.  And where did you grow up?
11      A.  Weiser, Idaho; Ontario, Oregon slope
12  area.
13      Q.  Where is the Oregon slope area?
14      A.  Just right across the river from
15  Weiser, Idaho.
16      Q.  Is it in Ontario or outside of Ontario
17  or --
18      A.  It's outside of Ontario about 20 miles.
19      Q.  Okay.  How far did you go in school?
20      A.  Two years in college.
21      Q.  What did you study while you were in
22  college?
23      A.  Electrical engineering.
24      Q.  Why did you leave?
25      A.  Why did I leave college?

6

1       Q.  Mm-hmm.
2       A.  Using drugs.
3       Q.  What drugs were you using?
4       A.  Meth.
5       Q.  How old were you when you started using
6   methamphetamine?
7       A.  Eighteen, nineteen.
8       Q.  After you left school, did you work?
9       A.  Yes.
10      Q.  What jobs have you held?
11      A.  Mainly construction jobs, roofing, and
12  I was a tutor at the college for a while, that I
13  attended.
14      Q.  Which college?
15      A.  Treasure Valley Community College.
16      Q.  And what did you tutor there?
17      A.  Math and psychology.
18      Q.  You said you started using
19  methamphetamine when you were 18 and 19.  Did you
20  use any other illegal drugs?
21      A.  Yes.
22      Q.  Which ones?
23      A.  Cocaine, marijuana, mushrooms.
24      Q.  Would those be psychedelic mushrooms?
25      A.  Yes.

7

1       Q.  And did there come a time when you sold
2   these drugs?
3       A.  Yes.
4       Q.  All of them, some of them?
5       A.  Some of them.  Marijuana and meth.
6       Q.  Now, have you ever been convicted of a
7   crime involving methamphetamine?
8       A.  Yes.
9       Q.  What was the first time you were
10  convicted?
11      A.  I was convicted for a conspiracy to
12  manufacture in the State of Washington in, I think
13  2003.
14      Q.  And what -- what drug was involved?
15      A.  Meth.
16      Q.  And did you have another conviction
17  regarding methamphetamine?
18      A.  Yes.  In 2004 and 2006, possession and
19  delivery of meth.
20      Q.  So have you had actually three
21  convictions for possession and delivery of
22  methamphetamine?
23      A.  And conspiracy, yes.
24      Q.  Okay.  And when were you released from
25  prison after your last conviction?

8

1    **A.** April 24th of 2009.
2    **Q.** And briefly, what was it that you were
3    doing that caused you to be convicted of those
4    crimes?
5    **A.** I was selling meth.
6    **Q.** And have you pled guilty to
7    participating in the conspiracy in this case to
8    possess methamphetamine with the intent to
9    distribute it?
10    **A.** Yes, I have.
11    **Q.** At the time you pled guilty, did you
12    have a plea agreement with the government?
13    **A.** Yes, I did.
14    **Q.** I would like to show you what's been
15    marked as Government's Exhibit 67, not yet
16    admitted into evidence.
17         Do you recognize that document?
18    **A.** Yes.
19    **Q.** What is it?
20    **A.** It's the cover page of my plea
21    agreement.
22    **Q.** Okay.
23         MS. LAMPRECHT:  I would like to move the
24    plea agreement into evidence, if there is no
25    objection.

9

1         THE COURT:  Any objection?
2         MS. BERGLUND:  No objection.
3         MR. BORTON:  None, Your Honor.
4         MR. HEINEMAN:  No objection, Your Honor.
5         THE COURT:  All right.  Exhibit No. 67 will
6    be admitted and published to the jury.
7         (Exhibit No. 67 admitted.)
8    BY MS. LAMPRECHT:
9    **Q.** And I would like to look now at page 18
10    of that plea agreement. I ask you, do you see
11    your signature on that page?
12    **A.** Yes, I do.
13    **Q.** And would you point to it by touching
14    the screen underneath it. Maybe draw a line or
15    something. It should make a mark.
16    **A.** (Witness complied).
17    **Q.** And that's your signature where the
18    yellow line -- above the yellow line?
19    **A.** Yes.
20    **Q.** As part of this plea agreement, have
21    you agreed to cooperate with the United States in
22    this case?
23    **A.** Yes.
24    **Q.** Is your testimony here today part of
25    that cooperation?

10

1    **A.** Yes.
2    **Q.** And do you hope to receive a benefit as
3    a result of your cooperation?
4    **A.** Yes.
5    **Q.** Do you understand what is required on
6    your part in order to benefit from this agreement?
7    **A.** Yes.
8    **Q.** What is that?
9    **A.** To tell the truth to the facts of the
10    conspiracy.
11    **Q.** And who will ultimately decide what
12    your sentence will be?
13    **A.** Judge Winmill.
14    **Q.** Directing your attention to early
15    November 2011, were you living with anyone at that
16    time?
17    **A.** November of 2011?
18    **Q.** Mm-hmm.
19    **A.** Yes.  Amy Cavazos.
20    **Q.** And how long had you been with Amy
21    Cavazos by November of 2011?
22    **A.** Approximately four years.
23    **Q.** And were you -- where were you and Amy
24    living?
25    **A.** 804 East Main.

11

1    **Q.** I would like to show you what's been
2    marked as Government's Exhibit 42.  Do you
3    recognize the person in that photograph?
4    **A.** Yes.
5    **Q.** Who is that?
6    **A.** Amy Cavazos.
7    **Q.** And I would like to show you what's
8    been marked as Government's Exhibit 43.  Do you
9    recognize what's in that photograph?
10    **A.** Yes.
11    **Q.** What is it?
12    **A.** It's my old address, 804 East Main.
13    **Q.** Whose house is that?
14    **A.** It was mine and Amy Cavazos'.
15         MS. LAMPRECHT:  I would like to move
16    Government's Exhibit 43 into evidence.
17         MS. BERGLUND:  No objection.
18         MR. HEINEMAN:  No objection.
19         MR. BORTON:  No objection, Your Honor.
20         THE COURT:  Exhibit 43 will be admitted and
21    published to the jury.
22         (Exhibit No. 43 admitted.)
23    BY MS. LAMPRECHT:
24    **Q.** Now in the early fall of 2011, were you
25    involved in methamphetamine in any way?

**12**

1     **A.** Yes.

2     **Q.** What were you doing with it?

3     **A.** I was using and selling it.

4     **Q.** Where were you selling it from?

5     **A.** From the residence right there.

6     **Q.** Out of the house you lived in with Amy?

7     **A.** Yes.

8     **Q.** Did Amy tell you how she felt about you

9 selling methamphetamine from this house?

10     **A.** Yes.

11     **Q.** What did she tell you?

12     **A.** She didn't approve of it.

13     **Q.** Were you using methamphetamine at the

14 time, did you say?

15     **A.** Yes.

16     **Q.** When you used methamphetamine, how much

17 would you take at a time?

18     **A.** It varied; about a quarter gram to a

19 half gram.

20     **Q.** A quarter gram to a half gram?

21     **A.** Yeah.  It varied.

22     **Q.** How much would that cost if you were

23 going to buy it on the street?

24     **A.** Twenty to -- 20 to $50.

25     **Q.** What would happen to somebody if they

**13**

1 took a fourth of an ounce?

2     MR. HEINEMAN:  Objection, foundation.

3     THE COURT:  Sustained.  The witness can

4 testify as to his own experience, but not beyond

5 that.

6 BY MS. LAMPRECHT:

7     **Q.** Do you know what would happen if you

8 took, say, 2 grams at a time?

9     MR. HEINEMAN:  Objection.  Same objection.

10     THE COURT:  Sustained.

11     MS. LAMPRECHT:  I'm just asking if he knows,

12 Your Honor.

13     THE COURT:  All right.

14     Do you know?  Yes or no.

15     THE WITNESS:  Yes.

16 BY MS. LAMPRECHT:

17     **Q.** How do you know?

18     **A.** Because I have done it.

19     **Q.** And what happened to you?

20     **A.** I became really sick.

21     **Q.** How long did you stay sick?

22     **A.** Ten hours --

23     **Q.** Did you --

24     **A.** -- approximately.

25     **Q.** -- ever do it again?

**14**

1     **A.** No.

2     **Q.** And that was 2 grams?

3     **A.** Approximately.

4     **Q.** What happened to your relationship with

5 Amy Cavazos around November, December 2011?

6     **A.** We had a falling out.

7     **Q.** So what did you do?

8     Where did you go?

9     **A.** I moved out and went and lived with

10 Jake Clevenger for a little bit, and then I moved

11 in with another friend in Fruitland, Idaho,

12 Larry Garcia.

13     **Q.** And do you know where Larry Garcia is

14 now?

15     **A.** Yes.

16     **Q.** Where is he?

17     **A.** He is in prison.

18     **Q.** What was he doing when you lived with

19 him?

20     **A.** He was selling drugs, too.

21     **Q.** I would like to show you what's been

22 marked as Government's Exhibit 45.  Do you

23 recognize the person in that photograph?

24     **A.** Yes.

25     **Q.** Who is that?

**15**

1     **A.** Jake Clevenger.

2     MS. LAMPRECHT:  I would like to move 45 and

3 show it to the jury.

4     THE COURT:  Any objection?

5     MS. BERGLUND:  None, Your Honor.

6     MR. BORTON:  None, Your Honor.

7     MR. HEINEMAN:  No objection, Your Honor.

8     THE COURT:  Forty-five is admitted and now

9 published to the jury.

10     (Exhibit No. 45 admitted.)

11 BY MS. LAMPRECHT:

12     **Q.** Approximately when was it that you were

13 living with Jake Clevenger?

14     **A.** Late November, early December.

15     **Q.** Of 2011?

16     **A.** Of 2011.

17     **Q.** And did Jake Clevenger have anything to

18 do with meth?

19     **A.** Yes.

20     **Q.** What?

21     **A.** He was buying meth from me and selling

22 it, also.

23     **Q.** He bought from you and then he sold the

24 meth he got from you to other people?

25     **A.** Yes.

1   Q. Did he also use?
2   A. Yes.
3   Q. And in November of 2011, were you
4 buying methamphetamine from anyone in Weiser,
5 Idaho, besides Larry Garcia?
6   A. Yes.
7   Q. Who was that?
8   A. At that time, it was Johnny Tambunga.
9   Q. How long have you known Johnny
10 Tambunga?
11   A. Most of my life.
12   Q. How much methamphetamine did you buy
13 from Johnny Tambunga, approximately, in November
14 of 2011?
15   A. Probably about 4 ounces, altogether.
16   Q. And how much did you pay him for an
17 ounce?
18   A. $1,300 an ounce.
19   Q. I would like to show you what's been
20 marked as Government's Exhibit 4. Do you
21 recognize the person in that photograph?
22   A. Yes.
23   Q. Who is that?
24   A. Johnny Tambunga.
25   Q. Around December of 2011, did you learn

1 if Tambunga was getting meth from anyone?
2   A. Yes.
3   Q. And how did you learn that?
4   A. I was introduced to him by Johnny and
5 Fabian Beltran.
6   Q. How did it -- how did it happen that
7 you were introduced -- who introduced you -- I'm
8 sorry who introduced you to Fabian?
9   A. Johnny Tambunga.
10   Q. And was anyone else present?
11   A. Yes.
12   Q. Who was the person you wanted to buy
13 methamphetamine from?
14   A. Jose Sanchez.
15   Q. And did you know him by a nickname?
16   A. Yes.
17   Q. What was his nickname?
18   A. Che.
19   Q. Did you meet Che?
20   A. Yes.
21   Q. Where did you meet him?
22   A. At the Crescent Bar in Weiser, Idaho.
23   Q. Who else was there?
24   A. Me, Johnny Tambunga, Che, and Fabian
25 Beltran.

1   Q. What happened when you were at the
2 Crescent Bar?
3   A. We had some drinks and we were -- I was
4 encountered by two officers that night.
5   Q. Why?
6   A. For a fight I was in earlier that week
7 with another man.
8   Q. And at the time that the two officers
9 wanted to talk to you, did you have anything with
10 you?
11   A. Yes.
12   Q. What?
13   A. I had a half ounce of meth.
14   Q. What did you do with that
15 methamphetamine?
16   A. I gave it to Johnny Tambunga underneath
17 the table, before the officers talked to me.
18   Q. So after that happened, did you get the
19 meth back from Johnny?
20   A. Yes.
21   Q. And about how long did you and Johnny
22 Tambunga and Che and Fabian Beltran stay at the
23 Crescent Bar?
24   A. Until almost closing.
25   Q. What did you talk about after the

1 police left?
2   A. Just how much the meth was and about
3 going back to the trailer and hanging out.
4   Q. Did anybody else show up and join you
5 before you left the Crescent Bar?
6   A. Yes.
7   Q. Who was that?
8   A. Amber Hites.
9   Q. I would like to show you what's been
10 marked as Government's Exhibit 38. Do you
11 recognize the person in that photograph?
12   A. Yes.
13   Q. Who is it?
14   A. Amber Hites.
15   Q. Did she have a nickname?
16   A. Yes.
17   Q. What was her nickname?
18   A. Sunshine.
19   Q. And did you have any kind of a
20 relationship with Amber Hites at this time?
21   A. Yes. I dated her for a few months.
22   Q. And when did you start dating her?
23   A. About December, early December.
24   Q. About the time that you left Amy?
25   A. Yeah, shortly after.

20

1     Q. Now, after Amber came, where did you
2 all go?
3     A. To Clifford's Trailer Park in Weiser,
4 Idaho where --
5     Q. Did you go to any particular place in
6 the trailer park?
7     A. Excuse me?
8     Q. Did you go to any particular place in
9 the trailer park?
10     A. Yes. Trailer No. 10.
11     Q. I would like to show you what's been
12 marked as Government's Exhibit 2. Do you
13 recognize that?
14     A. Yes.
15     Q. What is it?
16     A. That's Trailer No. 10 in Clifford's
17 Trailer Park.
18     Q. And is that where you went after the
19 Crescent Bar that night?
20     A. Yes.
21     Q. Who was living at Trailer No. 10 at
22 that time?
23     A. At that time it was Johnny Tambunga and
24 Che and Fabian Beltran.
25     Q. What happened when you went back to

21

1 Trailer No. 10?
2     A. We hung out and drank beers and stayed
3 up all night.
4     Q. And did you and Che come to any sort of
5 agreement that night?
6     A. Yes.
7     Q. What was that?
8     A. That I would sell for him.
9     Q. Sell what?
10     A. That I would sell meth for him.
11     Q. And then did you have an arrangement
12 about money?
13     A. Yes.
14     Q. What was that?
15     A. $1,300 an ounce.
16     Q. And did you get any methamphetamine
17 from Che that night?
18     A. Yes.
19     Q. How much?
20     A. Approximately 2 ounces.
21     Q. Did you have to pay him that night?
22     A. No.
23     Q. How did that work?
24     How would you -- what was the
25 arrangement you had with him for payment?

22

1     A. I got it on credit and then I would pay
2 him as soon as I got the money from selling it.
3     Q. And you would get the money from
4 someone how?
5     A. By selling the meth to them.
6     Q. And is that called getting it on a
7 front, in the --
8     A. Yes.
9     Q. Now, about this time, did you learn
10 whether Johnny Tambunga was selling meth to anyone
11 besides you, before you met Che?
12     A. Just one other person.
13     Q. And who told you who he was selling to?
14     A. Johnny -- who told me?
15     Q. Uh-huh.
16     A. Johnny Tambunga told me.
17     Q. Okay. And did you ever meet this
18 person?
19     A. Yes. I know the person.
20     Q. All right. And who was the person that
21 Johnny Tambunga told you he was also selling to?
22     A. Dawson Moore.
23     Q. I would like to show you what's been
24 marked as Government's Exhibit 12.
25     MS. LAMPRECHT: Twelve, I'm sorry.

23

1 BY MS. LAMPRECHT:
2     Q. Do you recognize the person in that
3 photo?
4     A. Yes.
5     Q. Who is it?
6     A. Dawson Moore.
7     Q. And when did you meet Dawson Moore?
8     A. I met -- I have known Dawson for
9 approximately five, six years.
10     Q. From living in Weiser?
11     A. Yes.
12     Q. Now, after the first 2 ounces, you got
13 -- of methamphetamine you got from Che in the
14 Crescent Bar, did you continue to get
15 methamphetamine from him?
16     A. Yes.
17     Q. Once you started getting
18 methamphetamine from Che, did you get
19 methamphetamine from anybody else to sell?
20     A. No.
21     Q. He supplied everything you needed?
22     A. Yes.
23     Q. And do you see the person in the
24 courtroom that you knew as Che or Jose Sanchez?
25     A. Yes.

24

1   **Q.** Would you point out where he is sitting
2   and what he is wearing?
3       **A.** He is sitting next to the man in the
4   yellow tie right there, in the striped white
5   shirt.
6       MS. LAMPRECHT:  May the record reflect the
7   witness has identified the defendant, Jesus
8   Sanchez, also known as Che.
9       THE COURT:  The record will so reflect.
10  BY MS. LAMPRECHT:
11      **Q.** Now, in December 2012, was anyone
12  helping Che with his methamphetamine business?
13      **A.** Yes.
14      **Q.** Who?
15      **A.** Fabian Beltran.
16      **Q.** And do you know what the relationship
17  between Fabian and Che was?
18      **A.** I believe they were cousins.
19      **Q.** What was it that Fabian was doing for
20  Che?
21      **A.** He was selling the meth for him when
22  Che was not around.
23      **Q.** I would like to show you what's been
24  marked as Government's Exhibit 5.  Do you
25  recognize the person in that photograph?

25

1       **A.** Yes.
2       **Q.** Who is it?
3       **A.** Fabian Beltran.
4       **Q.** And how was it that you got
5   methamphetamine from Che after you first met him?
6       I guess I should ask you:  Where did
7   you get the methamphetamine from Che after you
8   first met him?
9       **A.** Where did I get it from him?
10      **Q.** Mm-hmm.
11      **A.** At Trailer No. 10.
12      **Q.** You went and picked it up?
13      **A.** Yes.
14      **Q.** Almost all the time?
15      **A.** Almost all the time.
16      **Q.** And on -- how often every week did you
17  go to Trailer No. 10 to pick up meth or drop off
18  money?
19      **A.** Almost every day; at least -- at least
20  every other day.
21      **Q.** And can you estimate about how much
22  meth you were picking up on a weekly basis during
23  the first three months of 2012 from Trailer
24  No. 10?
25      **A.** Four to 6 ounces a week.

26

1       **Q.** And during these first three months of
2   2012, January, February, and March, did you ever
3   take anyone else with you when you picked up
4   methamphetamine at Trailer No. 10?
5       **A.** Yes.
6       **Q.** Who was that?
7       **A.** I would take Amber Hites with me.
8       **Q.** And that's the same Amber Hites that
9   you just identified the photo of?
10      **A.** Yes.
11      **Q.** Why did you take Amber with you?
12      **A.** So she could -- so she could hide the
13  meth if we got pulled over.
14      **Q.** And how was the methamphetamine
15  packaged when you picked it up from Che or Fabian?
16      **A.** In ounces.
17      **Q.** And how was each ounce packaged?
18      **A.** In a sandwich baggie, 1 ounce at a
19  time.
20      **Q.** What did the methamphetamine look like?
21      **A.** It looked like icicles, or most of the
22  time it looked like icicles.
23      **Q.** About how long?
24      **A.** About an inch to 2 inches.
25      **Q.** After you got methamphetamine from Che,

27

1   how would you -- where was it that you would give
2   him the money back?
3       **A.** How would I give him the money back?
4       **Q.** Mm-hmm.
5       **A.** I would take it to him, meet him at
6   Trailer No. 10 or have him meet me somewhere, and
7   I would pay him.
8       **Q.** So this was a constant thing, your
9   getting methamphetamine, delivering money, getting
10  more methamphetamine.
11      Is it fair to say that you were always
12  in debt to Che for something?
13      **A.** Yes.
14      **Q.** In what amounts did you sell
15  methamphetamine in early 2012?
16      **A.** Eight-balls, quarter ounces, half
17  ounces, ounces.
18      **Q.** How much could you sell an eight-ball
19  for?
20      **A.** Two hundred to three hundred dollars.
21      **Q.** And how much is an eight-ball in grams?
22      **A.** 3.5 grams.
23      **Q.** Okay.  And did you ever sell amounts
24  smaller than eight-balls?
25      **A.** Yes.

28

1   Q.  How much would you -- what was the
2   smallest amount you would sell?
3   A.  Quarter gram, half gram.
4   Q.  And how much would you charge for a
5   quarter gram or a half gram?
6   A.  $20 or $50.
7   Q.  Now, did the -- did the amounts that
8   you start selling change?
9   A.  Yes.
10  Q.  When did that start happening?
11  A.  About a month after I started getting
12  into it really heavy, about January, early
13  February.
14  Q.  So January, early February, did -- what
15  happened to the amounts that you were selling?
16  A.  They increased.
17  Q.  And how much -- how much did they
18  increase to?
19  A.  Quarter ounces, half ounces at least.
20  Q.  And how much would you charge for a
21  quarter ounce or a half ounce?
22  A.  Four hundred, 400 for a quarter ounce,
23  700 a half.
24  Q.  And how much -- did you ever sell a
25  full ounce?

29

1   A.  Yes.
2   Q.  How much would you charge for a full
3   ounce?
4   A.  1,400 to 1,600, depending on the
5   purity.
6   Q.  What was the reason that the price was
7   different, 14- to 1,600?
8   What made the difference in price?
9   A.  The purity of it, if it was cut or not.
10  Q.  Did you cut the methamphetamine before
11  you sold it?
12  A.  Sometimes.
13  Q.  But not always?
14  A.  Not always.
15  Q.  When you cut it, what was the ratio of
16  cut that you used to methamphetamine?
17  A.  A quarter ounce to a half ounce of cut,
18  per ounce of meth.
19  Q.  And so what was the -- what did you use
20  for the filler, the cut, that you put in the
21  methamphetamine?
22  A.  MSM.
23  Q.  And what's the reason for cutting the
24  meth?
25  A.  To make it -- make it heavier for

30

1   resale.
2   Q.  So you can actually get more, right?
3   A.  Yeah, so you can profit from selling
4   it.
5   Q.  Okay.  Who were some of your regular
6   customers in early 2012?
7   A.  Jake Clevenger, Patric Campbell, Johnny
8   Tambunga, Fidel Torres, John Chapman, Rachel
9   Coblentz.
10  Q.  Okay, let's -- I'm talking
11  about -- Rachel in early 2012, too?
12  A.  Yes.
13  Q.  Okay.  How about -- did you know a
14  person named Kristopher Craig Hensley?
15  A.  Yes.
16  Q.  What was his nickname?
17  A.  K.C.
18  Q.  K.C.?
19  And how long have you known K.C.
20  Hensley?
21  A.  Five to six years, approximately.
22  Q.  Did you sell methamphetamine to him in
23  early 2012?
24  A.  Yes.
25  Q.  How much did you sell to K.C.?

31

1   A.  K.C. would always buy ounces to
2   2 ounces at a time.
3   Q.  And do you know anyone who K.C. was
4   selling his methamphetamine to?
5   A.  Yes.
6   Q.  Who?
7   A.  Michael Morris.
8   Q.  Do you know how much -- did K.C.
9   Hensley ever tell you how much methamphetamine he
10  was selling to Michael Morris?
11  A.  It was quarter ounce to half ounces.
12  Q.  Did you know Michael Morris at this
13  time?
14  A.  I have known Michael Morris for a
15  while, yes.
16  Q.  And do you see the person that you knew
17  as Michael Morris in the courtroom today?
18  A.  Yes.
19  Q.  Where is he sitting and what is he
20  wearing?
21  A.  He is sitting in between the woman and
22  the guy with the yellow tie, wearing a black
23  shirt.
24  MS. LAMPRECHT:  May the record reflect that
25  the witness has identified the defendant Michael

32

1  Morris?
2       THE COURT:  The record will so reflect.
3       Counsel, we're going to take the break
4  for the day in the next three minutes, so just to
5  give you a little heads up.
6       MS. LAMPRECHT:  Well, I can go for three
7  more minutes if you like, or I can stop now,
8  whatever --
9       THE COURT:  It's up to you.  I wanted to
10  give you the chance to pick a natural breaking
11  point in your examination of the witness.
12       MS. LAMPRECHT:  Okay.
13  BY MS. LAMPRECHT:
14       Q.  Let me show you what's been marked as
15  Government's Exhibit 39 but not admitted.
16       Do you recognize the person in that
17  photograph?
18       A.  Yes.
19       Q.  Who is it?
20       A.  K.C. Hensley.
21       Q.  And I would like to show you
22  Government's Exhibit 44.
23       MS. LAMPRECHT:  I'm sorry.  I need to move
24  that and show the jury first, Your Honor, before I
25  go to 44.  Could we go back?  I apologize.

33

1       Can we move that -- I would like to
2  move Government's Exhibit 39 into evidence.
3       THE COURT:  Is there any objection?
4       MS. BERGLUND:  No objection.
5       MR. BORTON:  No objection, Your Honor.
6       MR. HEINEMAN:  No objection.
7       THE COURT:  All right.  Thirty-nine will be
8  admitted and published to the jury.
9       (Exhibit No. 39 admitted.)
10  BY MS. LAMPRECHT:
11       Q.  Okay.  And that's the person you knew
12  as K.C. Hensley?
13       A.  Yes.
14       Q.  And how long were you selling to John
15  Chapman?
16       A.  Approximately two, three months.
17       Q.  I would like to show you what's been
18  marked as Exhibit 44.  Do you recognize the person
19  in that photograph?
20       A.  Yes.
21       Q.  Who is it?
22       A.  Jonathan Chapman.
23       MS. LAMPRECHT:  I would like to move
24  Government's Exhibit 44 in and show the jury.
25       THE COURT:  Any objection?

34

1       MR. BORTON:  No, Your Honor.
2       MR. HEINEMAN:  No objection, Your Honor.
3       THE COURT:  Forty-four will be admitted and
4  published to the jury.
5       (Exhibit No. 44 admitted.)
6  BY MS. LAMPRECHT:
7       Q.  And how much did he buy from you over
8  the three months or so that you sold to him?
9       Well, when you started selling to him,
10  how much was he buying?
11       A.  Half ounce to an ounce at a time.
12       Q.  Did that increase?
13       A.  Not -- just -- he usually would just
14  pay cash for an ounce at a time.
15       Q.  And how much were you selling him an
16  ounce for?
17       A.  1,400 or 1,500.
18       Q.  I'm not sure I asked you how much you
19  charged K.C. Hensley.  How much did you charge
20  K.C. Hensley for an ounce?
21       A.  1,300 to 1,400.
22       Q.  And you said you were selling to Jake
23  Clevenger, who you have already identified?
24       A.  Yes.
25       Q.  How much was Jake Clevenger buying from

35

1  you in the first part of 2012?
2       A.  Quarter ounce to half ounce at a time.
3       Q.  How much were you charging him?
4       A.  Four hundred to 800.
5       Q.  Depending on how much?
6       A.  Yes.
7       THE COURT:  Counsel, we're at the breaking
8  point.  Could we take the recess here?
9       MS. LAMPRECHT:  Yes, we can.
10       THE COURT:  All right.
11       MS. LAMPRECHT:  This is fine.
12       THE COURT:  Ladies and gentlemen, we're
13  going to take the evening -- afternoon, whatever,
14  recess.  We'll reconvene tomorrow morning at 8:30.
15       I'll again admonish you to follow the
16  court's admonition concerning juror conduct.  You
17  have a copy of that, if you have any questions or
18  concerns.
19       But do not form or express any opinions
20  about the case until it is finally submitted to
21  you, and be very careful to avoid all contact with
22  the attorneys, witnesses, and parties as you leave
23  the courthouse this afternoon and return tomorrow
24  morning.
25       We'll be in recess.

36

1    P R O C E E D I N G S
2          January 16, 2013
3          (Jury present.)
4          THE CLERK:  The court will now hear Criminal
5    Case 12-155-S-BLW, United States of America versus
6    Jesus Guadalupe Sanchez, Michael Dennis Morris,
7    and Jim Allen Loveland, for day three of jury
8    trial.
9          THE COURT:  Good morning, ladies and
10   gentlemen.  I hope you had a pleasant evening.
11          I'll remind Mr. --
12   THE WITNESS:  Vertner.
13          THE COURT:  -- Vertner is back on the stand.
14   I'll remind you, sir, you are still under oath.
15          Ms. Lamprecht, you may resume your
16   direct examination of the witness.
17          MS. LAMPRECHT:  Thank you, Your Honor.  May
18   I have just a second, please?
19          THE COURT:  Yes.
20          CONTINUED DIRECT EXAMINATION
21   BY MS. LAMPRECHT:
22          Q.  Mr. Vertner, when we stopped yesterday,
23   we were talking about some of your customers.  And
24   I would like to ask you:  Directing your
25   attention, I think, to late February, early March,

37

1    were you ever paid by getting something instead of
2    money?
3          A.  As far as -- I don't understand.
4          Q.  As far as when you sold meth, did any
5    of your customers give you something besides money
6    in payment?
7          A.  Not very often.  Maybe speakers or a
8    car stereo or something like that.
9          Q.  Okay.  Did you ever get a gun from one
10   of your customers?
11          A.  Yes, I did.
12          Q.  What customer was that?
13          A.  Trenton Keisel.
14          Q.  How much was Trenton Keisel buying from
15   you at the time?
16          A.  Quarter ounces, half ounces.  It
17   varied.
18          Q.  And how much were you charging him for
19   a quarter or half ounce?
20          A.  Four hundred to eight hundred dollars.
21          Q.  Depending on whether it was a quarter
22   or a half?
23          A.  Correct.
24          Q.  When was it, approximately, do you
25   remember, that he gave you the gun instead of

38

1    paying you?
2          A.  Had to be in February, I believe,
3    because I believe I was living with him still.
4          Q.  And what kind of a drug debt did he
5    have that he gave you the gun for?  Do you
6    remember?
7          A.  He gave me the gun for a $100 drug
8    debt.
9          Q.  I would like to show you what's been
10   marked as Government's Exhibit 22.
11          MS. LAMPRECHT:  And I believe it's admitted,
12   Your Honor.
13          THE COURT:  It has.
14   BY MS. LAMPRECHT:
15          Q.  Do you recognize anything in that
16   photograph?
17          A.  Yes.
18          Q.  What do you recognize?
19          A.  The pistol that he gave -- that he gave
20   me for the drug debt.
21          Q.  Well, there is two pistols in the
22   picture.  Which of the two -- which of the
23   two -- do you recognize which one of those two he
24   gave you?
25          A.  I believe it's this one (indicating).

39

1          Q.  The lower one in the picture?
2          A.  I believe so.
3          Q.  And once you -- once you got the gun,
4    what did you do with it?
5          A.  I gave it to Che for money that I owed
6    him.
7          Q.  Now, I would like to direct your
8    attention to maybe a little later in February,
9    early March.  What kind of a car were you driving?
10          A.  A 2010 Ford Fusion.
11          Q.  And do you know what kind of a car Che
12   was driving at this time?
13          A.  He had a few cars, but he had a Lincoln
14   Navigator, I believe.
15          Q.  And did you ever loan your Ford Fusion
16   to anyone?
17          A.  Yes.
18          Q.  To who?
19          A.  To Fabian Beltran and Che.
20          Q.  What were the circumstances?
21          A.  They were going to go down to, I
22   believe, Mexico and pick -- and go get Che and
23   come back, and I was borrowing his Navigator while
24   they were gone.
25          Q.  Why were you -- where did you have a

40

1 conversation with them about changing cars?
2    A. At a few different -- at Trenton
3 Keisel's house and at Trailer No. 10.
4    Q. Why were you at Trailer No. 10?
5    A. More than likely, purchasing meth.
6    Q. Was there any other reason you went to
7 Trailer No. 10?
8    A. Once in a while to eat, but that was
9 about it.
10    Q. When you purchased meth, what
11 about -- what about money?  How did you pay -- how
12 did you pay for the meth that you bought from Che
13 and Fabian?
14    A. I would take money over there and pay
15 them the money I owed them.
16    Q. So what happened when you traded cars?
17    A. What do you mean?
18    Q. What time of day was it?
19    A. What time of day?
20    Q. Mm-hmm.
21    A. It was in the daytime.
22    Q. And was anybody with you when this
23 happened?
24    A. Amber Hites.
25    Q. Was anyone with Fabian Beltran at this

41

1 time?
2    A. I believe Victor Ruiz was.
3    Q. And I would like to show you what's
4 been marked as Government's Exhibit -- I don't
5 believe --
6    THE COURT:  What's the exhibit number?
7    MS. LAMPRECHT:  Exhibit 6.
8 BY MS. LAMPRECHT:
9    Q. Do you recognize the person in that
10 photograph?
11    A. Yes.
12    Q. Who is it?
13    A. Victor Ruiz.
14    Q. And that was the person who was with
15 Fabian Beltran when you changed cars?
16    A. Yes.
17    Q. Had you ever met Victor Ruiz before?
18    A. No.  This is the -- that was the first
19 time I met him.
20    Q. And what was he doing with Fabian
21 Beltran when you met with him?
22    A. He was just hanging out with him.
23    Q. And what was -- well, to your
24 knowledge, did Victor Ruiz have anything to do
25 with Che and Fabian's methamphetamine business?

42

1    A. No.
2    Q. So what car did you drive when they --
3 when they left?
4    A. When they left, we swapped cars.  The
5 Lincoln Navigator.
6    Q. And how long was it before you got your
7 car, your Ford Fusion, back?
8    A. Approximately a week.
9    Q. Do you know who came back with Fabian
10 in your Ford Fusion?
11    MR. HEINEMAN:  Objection.  Foundation.
12    THE COURT:  The question is:  Do you know?
13    MS. LAMPRECHT:  Yes, sir.
14    THE COURT:  Just yes or no.  Do you know?
15    THE WITNESS:  Yes.
16 BY MS. LAMPRECHT:
17    Q. Who?
18    A. Che.
19    Q. And how do you know that?
20    A. Because I met him at the Beehive, and
21 we changed vehicles there back.
22    Q. And where did you say you met them?
23    A. At the Beehive Restaurant in Weiser,
24 Idaho.
25    Q. At the Beehive?

43

1    A. Yeah.
2    Q. Okay.  How often, to your knowledge,
3 did Fabian or Che travel to pick up
4 methamphetamine while you were buying from them?
5    MR. HEINEMAN:  Objection.  Foundation.
6 Basis of his knowledge.
7    THE COURT:  Sustained.
8 BY MS. LAMPRECHT:
9    Q. How often -- did you -- did you know
10 when Fabian or Che were in or out of town?
11    A. Yes.
12    Q. How did you -- why did you know?  How
13 did you know?
14    A. Because I would have to wait to get
15 more meth.
16    Q. Okay.  And so were you aware of when
17 they were gone?
18    A. Yes.
19    Q. Did you talk to them about whether they
20 needed to go get more meth or not?
21    A. Yes.
22    Q. And how often, to your knowledge, did
23 they have to travel to get more meth during the
24 time that you were buying from them from December
25 of 2011 to, say, May -- through May of 2012?

44

1 MR. HEINEMAN: Objection. Foundation again.
2 THE COURT: Overruled. You may answer.
3 THE WITNESS: What was the time frame again?
4 BY MS. LAMPRECHT:
5 Q. Well, between December of 2011 and May
6 of 2012, about how regularly did they travel?
7 A. Probably every two weeks.
8 Q. And would you know when they would come
9 back?
10 A. Yes.
11 Q. How would you know?
12 A. They would tell me.
13 Q. How would they tell you?
14 A. They -- I would either go over to
15 Trailer No. 10, or they would make a phone call to
16 me or I would make a phone call to them. We would
17 keep in touch.
18 Q. And was there any reason -- what was
19 the reason that you kept in touch with them?
20 A. Because I needed more meth, and they
21 needed the money I owed them.
22 Q. What was your relationship with Amber
23 Hites between January and March of 2012?
24 A. She was -- I was dating her. She was
25 my girlfriend.

45

1 Q. And did you have a permanent residence
2 during that time?
3 A. I bounced around a lot. Not really --
4 Q. "I bounced around"? What do you
5 mean --
6 A. -- no --
7 THE COURT: Just a minute. Let's -- one at
8 a time. You're speaking over each other.
9 BY MS. LAMPRECHT:
10 Q. I'm sorry. Go ahead.
11 A. No. I would say no.
12 Q. What do you mean by "bounced around"?
13 A. I live from -- I lived in a couple
14 different places in that time period.
15 Q. Where did you -- where did you live
16 during that time period?
17 A. I lived with a girl named Rachel
18 Coblentz.
19 Q. Anybody else?
20 A. Larry Garcia, Jake Clevenger, Trenton
21 Keisel, and Dani Harlan.
22 Q. And who was Dani Harlan?
23 A. A friend of mine, Trenton Keisel's mom.
24 Q. And did she have anything to do with
25 methamphetamine?

46

1 A. Occasionally.
2 Q. And what did she do?
3 A. She was selling for me for a little
4 while.
5 Q. Now, during this time, did Amber Hites
6 help you with your methamphetamine business in any
7 way?
8 A. Yes.
9 Q. What did she do for you?
10 A. She would -- well, besides -- besides
11 hiding it if we got pulled over, she would go get
12 money for me or take dope places for me.
13 Q. Did she go with you to Trailer No. 10?
14 A. Almost every time.
15 Q. Did she ever collect money for you?
16 A. Yes.
17 Q. Did she ever do anything with the
18 methamphetamine, itself, before you sold it?
19 A. Packaged it, maybe.
20 Q. What did Amber Hites get from you in
21 return for helping you with these things?
22 A. Money, meth. Whatever she wanted,
23 pretty much.
24 Q. Now, you mentioned with -- you lived
25 with Rachel Coblentz. Did you live with Rachel

47

1 Coblentz more than once?
2 A. Yes.
3 Q. When was the first time that you lived
4 with her?
5 A. December.
6 Q. Of 2011?
7 A. Right. Correct.
8 Q. Okay. And when was the second time
9 that you moved back in with Rachel?
10 A. March.
11 Q. After you moved in -- do you remember
12 what part of March that would have been? Mid to
13 late March? Early March?
14 A. I believe it was late March. Middle,
15 late March.
16 Q. Where did Rachel Coblentz live?
17 A. She lived on State Street in an
18 apartment right across the road from People's
19 Furniture.
20 Q. I would like to show you what's been
21 marked as Government's Exhibit 41, first of all.
22 And I believe admitted.
23 THE COURT: Yes. Forty-one has been
24 admitted.
25 BY MS. LAMPRECHT:

48

1     Q. Do you recognize the person in that
2 photograph?
3     A. Yes.
4     Q. Who is that?
5     A. Rachel Coblentz.
6     Q. And I would like to show you what's
7 been marked as Exhibit 41A. Do you recognize
8 what's in that photograph?
9     A. Yes.
10    Q. How do you recognize it?
11    A. Because I went there every day. I
12 lived there.
13    Q. For how long, about?
14    A. Probably a couple months, two months.
15    Q. And what is that?
16    A. You mean numbers?
17    Q. No. What is -- what is in the picture?
18    A. That's the -- that's the side of the
19 apartment, the windows, the pantry door, and
20 closet door.
21    Q. Of what? Whose apartment was that?
22    A. Rachel Coblentz's.
23    MS. LAMPRECHT: I would like to move
24 Government's Exhibit 41A into evidence,
25 Your Honor.

49

1     THE COURT: Any objection?
2     MS. BERGLUND: No objection.
3     MR. BORTON: No, Your Honor.
4     MR. HEINEMAN: No.
5     THE COURT: Forty-one A will be admitted and
6 now published to the jury.
7     (Exhibit No. 41A admitted.)
8 BY MS. LAMPRECHT:
9     Q. And in that picture, can you see which
10 windows belonged to the apartment where you stayed
11 with Rachel Coblentz?
12    A. Yes.
13    Q. Would you take your finger and point on
14 the screen, maybe see if you can draw that yellow
15 line underneath them or circle them.
16    A. This one is the bathroom window. This
17 one is the pantry door. This one is the kitchen
18 window. This is a closet door. And this is a
19 bedroom window.
20    Q. Was it a fairly large apartment?
21    A. Yes.
22    Q. And those are doors that just go out
23 into space?
24    A. Yeah.
25    Q. Okay. Did you continue to sell

50

1 methamphetamine while you were living with Rachel
2 Coblentz?
3    A. Yes.
4    Q. Now, in March and April of 2012, who
5 were you selling methamphetamine to?
6    A. A lot of people. Michael Morris was
7 one of them.
8    Q. All right. Let's talk about Michael
9 Morris for a minute. I believe you testified
10 earlier that K.C. Hensley was selling
11 methamphetamine to Michael Morris.
12    A. Yes.
13    Q. And I'm -- that would be the K.C.
14 Hensley in Exhibit 39?
15    A. Yes.
16    Q. Is that the K.C. Hensley?
17    A. Yes.
18    Q. What happened in March with respect to
19 K.C. Hensley and Michael Morris and yourself?
20    MR. BORTON: Objection, Your Honor.
21 Foundation. Sort of a vague question.
22    THE COURT: Rephrase the question.
23 BY MS. LAMPRECHT:
24    Q. What happened with you and K.C. Hensley
25 and Michael Morris in mid-April -- in mid-March?

51

1 Did anything happen?
2    MR. BORTON: Same objection, Your Honor.
3 Same question.
4    THE COURT: It kind of calls for a
5 narrative. I'm going to give counsel a chance to
6 direct the witness a little more specifically.
7    Go ahead.
8 BY MS. LAMPRECHT:
9     Q. Did you sell methamphetamine to Michael
10 Morris before mid-March?
11    A. If I did, it was -- it was through
12 K.C. Hensley.
13    Q. So you sold -- you're saying you sold
14 to K.C., and K.C. sold to Michael Morris?
15    A. Yes.
16    Q. And did that change?
17    A. Yes.
18    Q. What happened?
19    A. Him and K.C. had a falling out. And he
20 was getting it cheaper from me than K.C., so he
21 just went through me.
22    Q. So what happened?
23    A. I started selling it to him straight.
24    Q. In other words, you cut K.C. out of the
25 loop?

32

1    A. Correct.
2    Q. And how much was Michael Morris buying
3 from you in mid-March and April?
4    A. Quarter ounces to half ounces.  It
5 varied.
6    Q. How much did you charge him for quarter
7 ounces and half ounces?
8    A. Four hundred to 700, 750.
9    Q. Any reason why he got it a little
10 cheaper?
11    A. What's that?
12    Q. Is there any reason why he got it a
13 little cheaper than some of your other customers?
14    A. Well, he was buying quite a bit.
15    Q. How often would he buy a quarter ounce
16 or half an ounce?
17    A. Every -- every day, every other day,
18 quarter ounce at least.
19    Q. Do you see the Michael Morris that was
20 buying methamphetamine from you in the courtroom
21 today?
22    A. Yes.
23    Q. And would you point him out and say
24 where he is sitting.
25    A. He is sitting next to the gentleman in

53

1 the red tie in between the woman attorney.
2    Q. And what does he have on?
3    A. Beige shirt, long sleeved.
4    MS. LAMPRECHT:  May the record reflect the
5 witness has identified the defendant Michael
6 Morris.
7    THE COURT:  The record will so reflect.
8 BY MS. LAMPRECHT:
9    Q. Where did you get the methamphetamine
10 that you sold to Michael Morris between March and
11 May of 2012?
12    A. From Che and Fabian Beltran.
13    Q. Where was it -- how did you give
14 Michael Morris the methamphetamine?  What place
15 did you give it to him at?
16    A. Most of the time at his house.
17    Q. Where did he live?
18    A. On Fourth Street in Ontario.
19    Q. I would like to show you what's been
20 marked -- well, how many times did you go to that
21 house in March and April and May of 2012?
22    A. At least every other day.
23    Q. I would like to show you what's been
24 marked as Government's Exhibit 51.  I think it's
25 in evidence.

54

1    THE COURT:  It has been.
2 BY MS. LAMPRECHT:
3    Q. Do you recognize what's in that
4 photograph?
5    A. Yes.
6    Q. What is it?
7    A. That's the house he was living at.
8    Q. Did Michael Morris live in that house
9 the entire time that he was a customer of yours?
10    A. Yes.
11    Q. Did you ever receive a delivery of
12 methamphetamine at Michael Morris's house?
13    A. Yes.
14    Q. About when did this occur?  Do you
15 remember what month?
16    A. Late April, May, I would say.
17    Q. Who delivered the methamphetamine to
18 you at Michael Morris's house?
19    A. Fabian Beltran.
20    Q. And who was there -- well, where were
21 you when Fabian Beltran showed up?
22    A. Michael Morris's, I believe.
23    Q. Were you in the house?  Were you
24 outside in the yard?  Were you in a car?  Were you
25 out waiting for him?  Do you remember the

55

1 circumstances?
2    A. I was waiting for him.  I was outside
3 watching for him.
4    Q. Okay.  And what happened when Fabian
5 Beltran came?
6    A. He got out and came in for a minute and
7 then gave me the meth and left.
8    Q. He came in the house?
9    A. I believe so.
10    Q. And did Michael Morris come while
11 Fabian was there?
12    A. Yes.
13    Q. Did they see each other?
14    A. I believe so.
15    Q. Do you know if they spoke with each
16 other?
17    A. I'm not sure if they spoke with each
18 other then or later on.
19    Q. And "later on" would be when?  Another
20 day?
21    A. That same night.
22    Q. Okay.  So did you sell or give any of
23 the methamphetamine that Beltran delivered to you
24 that day to Michael Morris?
25    A. Yes.

56

1   Q.  How much did you give him?
2   A.  Approximately half ounce.
3   Q.  And how much had you gotten from Fabian
4   Beltran?
5   A.  Two ounces.
6   Q.  Did you ever take -- well, was Fabian
7   Beltran there when you gave the methamphetamine to
8   Michael Morris?
9   A.  I can't recall if he was or not.
10  Q.  Did you collect money from Michael
11  Morris at that time?
12  A.  Yes.
13  Q.  Did you ever take anyone with you to
14  Michael Morris's house when you dropped off
15  methamphetamine or picked up money?
16  A.  Yes.
17  Q.  Who did you take in March of 2012?
18  A.  Amber Hites.
19  Q.  About how many times did she go with
20  you to Michael Morris's house?
21  A.  Almost every time.
22  Q.  In March?
23  A.  Yeah.
24  Q.  And then in April, what was going on
25  with your relationship with -- with Amber?

57

1   A.  I was trying to get out of it.
2   Q.  Would it be fair to say you were not
3   getting along too well?
4   A.  Yes.
5   Q.  Okay.  And did you take anyone else to
6   Michael Morris's house in April of 2012?
7   A.  Yes.  Patric Campbell and Rachel
8   Coblentz.
9   Q.  How many times did Rachel go with you
10  to Morris's house to deliver meth in, say, April
11  and May of 2012?
12  A.  A couple times that I can remember.
13  She mainly went with Patric.
14  Q.  Did you ever send her with someone else
15  to deliver methamphetamine without you to Michael
16  Morris?
17  A.  Yes.
18  Q.  And how many times did you do that?
19  A.  That's how I was doing it at first.
20  Q.  Okay.
21  A.  I --
22  Q.  How much did you send Rachel -- how
23  much methamphetamine did you give Rachel to
24  deliver to Michael Morris in April and May?
25  A.  Probably approximately a quarter ounce

58

1   at a time, half ounce.
2   Q.  And do you know who went with her?
3   A.  Patric Campbell.
4   Q.  I would like to show you what's been
5   marked as Government's Exhibit 40.  Do you
6   recognize the person in that photograph?
7   A.  Yes.
8   Q.  Who is that?
9   A.  Patric Campbell.
10  MS. LAMPRECHT:  I would like to move Exhibit
11  40 in and show it to the jury, Your Honor.
12  THE COURT:  Any objection?
13  MS. BERGLUND:  No objection.
14  MR. BORTON:  No, Your Honor.
15  MR. HEINEMAN:  No objection, Your Honor.
16  THE COURT:  Exhibit 40 will be admitted and
17  is now published to the jury.
18      (Exhibit No. 40 admitted.)
19  BY MS. LAMPRECHT:
20  Q.  Now, do you know what Campbell did when
21  he went to Michael Morris's house with Rachel?
22  MR. BORTON:  Objection, Your Honor.
23  THE COURT:  The question is:  Do you know?
24  Just yes or no.
25  THE WITNESS:  Yes.

59

1   BY MS. LAMPRECHT:
2   Q.  How do you know?
3   A.  Because I would tell him to do it for
4   me.
5   Q.  What did you tell Patric Campbell to
6   do?
7   A.  Collect money.
8   Q.  And why did you have Patric Campbell
9   collecting money?
10  A.  Because he was in -- because he was
11  good at it.
12  Q.  So what did he do -- did you see Patric
13  Campbell after he went with Rachel to Michael
14  Morris's house to deliver meth?
15  A.  Yes.
16  Q.  And what did he do when you saw him?
17  A.  He would pay me the money if he got
18  any.
19  Q.  Did -- he didn't always collect money
20  from Michael Morris?
21  A.  Most of the time.  Not all the time.
22  Q.  Do you know if Rachel did -- well, did
23  Rachel do anything else to help you with your
24  methamphetamine besides go with you to deliver
25  customers and sometimes deliver herself?

60

1    **A.** Once in a while she would package it
2  for me and make the cut for the meth.
3    **Q.** You said make a cut. What do you mean
4  by that?
5    **A.** Make -- you want me to describe it?
6    **Q.** Yes, please.
7    **A.** You take MSM and you bring it up to
8  boil, and then you let it crack back or dry. And
9  then you do it again, and you do it with the meth,
10 too, bring that to a boil. And you dump it into
11 the same dish and let it crystallize back
12 together.
13   **Q.** And so, then, is that how you get the
14 crystals again that everybody likes to see?
15   **A.** Correct.
16   **Q.** Okay. But at that point, it's not pure
17 methamphetamine anymore because you have cut it;
18 right?
19   **A.** Correct.
20   **Q.** How much cut did you use per ounce of
21 methamphetamine?
22   **A.** Depended on the purity of the ounce.
23 It would be a quarter ounce to half ounce of cut
24 per ounce of meth.
25   **Q.** And then you had actually more of a

61

1  substance to sell to your customers; correct?
2    **A.** Correct.
3    **Q.** Did Rachel Campbell [sic] do anything
4  else for you that you remember? Let's say with
5  respect to money.
6    **A.** Yes. She -- she would wire money once
7  in a while.
8    **Q.** Who did she wire money to?
9    **A.** Che.
10   **Q.** Che?
11   **A.** Che.
12   **Q.** And do you know how she did that?
13   **A.** Western Union.
14   **Q.** And what did Rachel Coblentz get from
15 you in return for helping you?
16   **A.** I would pay some of her bills, or I
17 would just help her out on money.
18   **Q.** Now, you mentioned Patric Campbell
19 earlier. How did you meet Patric Campbell?
20   **A.** Jake Clevenger.
21   **Q.** About when was it that you met him?
22   **A.** It was when Jake Clevenger got out of
23 prison.
24   **Q.** You met Patric Campbell at the same
25 time that you were dealing with Jake Clevenger?

62

1    **A.** I met -- I met Patric Campbell before I
2  even started selling meth again.
3    **Q.** Okay. And was there a time that you
4  came -- started -- that Campbell -- was Campbell
5  in town the whole time after you first met him?
6    **A.** No. He worked on -- he worked in North
7  Dakota drilling oil.
8    **Q.** And did there come a time when he came
9  back to stay?
10   **A.** Yes.
11   **Q.** And at that time, what was your
12 relationship with Patric Campbell?
13   **A.** He was always around; good friend.
14   **Q.** What did you do with him?
15   **A.** He collected money for me.
16   **Q.** Okay. And did you use methamphetamine
17 with him?
18   **A.** Yes.
19   **Q.** Who did he collect money from besides
20 Morris? Anyone?
21   **A.** Fidel Torres, John Chapman once in a
22 while, Jake Clevenger.
23   **Q.** What did Patric Campbell get out of
24 helping you?
25   **A.** Money, meth.

63

1    **Q.** By the end of April, after you paid Che
2  for the methamphetamine that you got from him,
3  were you making any profit?
4    **A.** Yes.
5    **Q.** About how much money were you making a
6  week?
7    **A.** It varied from $1,000 to 2,000 a week.
8    **Q.** And this is just from selling
9  methamphetamine?
10   **A.** Mainly, yes.
11   **Q.** Now, going towards the end of April of
12 2012, did your living arrangements change?
13   **A.** April?
14   **Q.** Mm-hmm. End of April.
15   **A.** Yes.
16   **Q.** What happened?
17   **A.** I -- I was trying to get back together
18 with Amy Cavazos.
19   **Q.** And that was your former girlfriend?
20   **A.** Yes.
21   **Q.** And did you get back together with Amy?
22   **A.** Yes.
23   **Q.** And where did you live after you and
24 Amy got back together?
25   **A.** At my old place, 804 East Main.

64

1    Q.  Okay.  I would like to show you what's
2   been marked as Government's Exhibit 42.  I'm not
3   sure if you've identified that yet.
4        THE COURT:  It is admitted.  Forty-two?
5        MS. LAMPRECHT:  Mm-hmm.
6        THE WITNESS:  Amy Cavazos.
7   BY MS. LAMPRECHT:
8    Q.  That's Amy?
9        And Exhibit 43?
10   A.  That's 804 East Main.
11   Q.  And that's the house -- is that the
12  house that you moved into in the end of April of
13  2012?
14   A.  Yes.
15   Q.  While you were living with Amy Cavazos,
16  did you continue to sell methamphetamine?
17   A.  Yes.
18   Q.  And did you continue to get
19  methamphetamine from Che and Fabian?
20   A.  Yes.
21   Q.  During May of 2012, did you ever take
22  Amy Cavazos to Che and Fabian's trailer?
23   A.  Yes.
24   Q.  And what did you do when you went
25  there?

65

1    A.  One time I picked meth up, and one time
2   we went and ate dinner there.
3    Q.  Okay.  This is the same Fabian and
4   Victor Ruiz that you've identified before?
5    A.  Correct.
6    Q.  And do you remember taking Amy there,
7   you said, for dinner?
8    A.  Yes.
9    Q.  Who made dinner?
10   A.  Victor Ruiz and Fabian.
11   Q.  What did you eat?
12   A.  Ribs.
13   Q.  And after dinner, did you get anything
14  from Fabian?
15   A.  Yes.
16   Q.  What did you get?
17   A.  Meth.
18   Q.  How much?
19   A.  Two ounces, I believe.
20   Q.  After you got the methamphetamine,
21  where did you and Amy go?
22   A.  We went -- we went to home, and then we
23  met Mike Morris out near my grandma's house.
24   Q.  Okay.  Where does your grandmother
25  live?

66

1    A.  The Oregon Slope.
2    Q.  And whereabouts is the Oregon Slope in
3   relation to Ontario?
4    A.  It's approximately 20 miles from
5   Ontario.
6    Q.  And you say you met Michael Morris
7   there?
8    A.  Yes.
9    Q.  Was that an accident, or had you
10  arranged to do that before?
11   A.  Prearranged it.
12   Q.  What was the purpose of meeting Michael
13  Morris there?
14   A.  To give him some meth.
15   Q.  How much meth were you going to give
16  him?
17   A.  An ounce.
18   Q.  Would you describe the circumstances
19  under which you and Michael Morris met that night.
20  With respect to your grandmother's house, where
21  were you?
22   A.  Outside on the road, on the end of the
23  driveway.
24   Q.  Okay.  And where were you?
25   A.  On the road parked next to him.

67

1    Q.  Were you standing on the road?  Were
2   you in a car?
3    A.  He was in his truck, and I was in my
4   Denali.
5    Q.  Were you driving or were you a
6   passenger?
7    A.  I was driving.
8    Q.  Did you have a passenger?
9    A.  Yes.
10   Q.  Who?
11   A.  Amy.
12   Q.  Okay.  And what happened when you and
13  Michael Morris met?
14   A.  I gave him the meth, and then he didn't
15  like seeing Amy with me, so he -- because her and
16  Mike's sister are friends.
17   Q.  Did he say anything?
18   A.  He didn't want her to say anything.
19   Q.  Did Michael Morris say anything that
20  you remember at that time?
21   A.  Yeah.  He didn't want Amy to say
22  anything to -- to Mike's sister.
23   Q.  Do you remember what words he used?
24   A.  Something in the lines of he never seen
25  him.

68

1  Q.  And when you gave Michael Morris the
2  methamphetamine, how did you do it and where
3  was -- where were you and where was he?  Could you
4  describe that?
5  A.  What do you mean?
6  Q.  When you handed him the
7  methamphetamine, where were you physically?
8  A.  I was sitting in the driver's seat.
9  Q.  And where was Michael Morris
10  physically?
11  A.  Sitting in his truck in the driver's
12  seat.
13  Q.  Okay.  And where was the window of his
14  car compared -- of his -- where was his driver's
15  window compared to your driver's window?
16  A.  Right next to each other.
17  Q.  So you -- okay.
18  A.  We parked -- he was parked, and I drove
19  up like that (indicating).
20  Q.  Did he give you any money that night?
21  A.  I can't recall if he did or not.
22  Q.  Well, do you remember if he owed you
23  money after that night?
24  A.  Yes, he owed me money.
25  Q.  How much money did he owe you?

69

1  A.  He owed me approximately $1850 after
2  the ounce, I believe.
3  Q.  And what was that for?
4  A.  Meth.
5  Q.  Did you make another trip to the
6  trailer to pick up methamphetamine before you were
7  arrested?
8  A.  I believe so.
9  Q.  Okay.  Well, how about the night before
10  you were arrested; do you remember that night?
11  A.  Yes.
12  Q.  Okay.  And what was going on at Amy's
13  house that night?
14  A.  I had K.C. Hensley waiting on me and
15  Travis Coleman for some meth.
16  Q.  You say they were waiting on you.
17  Where were they?
18  A.  At our house, Amy's house.
19  Q.  They were at the house?
20  A.  Yes.
21  Q.  And what happened?
22  A.  I went and picked up some meth and came
23  back and gave K.C. Hensley an ounce-and-a-half and
24  Travis Coleman around a quarter, I believe, and
25  then they both left.

70

1  Q.  Did anyone go with you when you picked
2  up the meth?
3  A.  Amy did.
4  Q.  And how much methamphetamine did you
5  pick up, about?
6  A.  Three to 4 ounces, I believe.
7  Q.  Where did you pick it up?
8  A.  Trailer No. 10.
9  Q.  Who was at the trailer when you got
10  there to get the meth?
11  A.  Fabian Beltran.
12  Q.  Anyone with Fabian?
13  A.  Victor Ruiz.
14  Q.  Now, once you got -- after you picked
15  up the meth, where did you and Amy go?
16  A.  We went back home.
17  Q.  What did you do when you got there to
18  her house and your house?
19  A.  Gave -- gave some meth to K.C. and some
20  meth to Travis Coleman.
21  Q.  And then what did they do?
22  A.  They left.
23  Q.  After they left, did you still have
24  methamphetamine at your house?
25  A.  Yes.

71

1  Q.  About how much?
2  A.  An -- over an ounce.
3  Q.  Where did you -- where did you have it?
4  A.  I had it in the safe.
5  Q.  Did you give Amy any instructions about
6  what to do with this methamphetamine?
7  A.  If I got arrested or something?
8  Q.  Mm-hmm.
9  A.  Yes.
10  Q.  What did you tell her?
11  A.  Hide it or get rid of it.
12  Q.  So where did you go that night?
13  A.  What night?  The night --
14  Q.  The night after Travis Coleman left and
15  K.C. Hensley left, where did you go?
16  Well, first of all, did you learn what
17  happened to K.C. Hensley after he left your house?
18  A.  Yes.
19  Q.  How did you learn that?
20  A.  I believe Travis Coleman called me and
21  told me.
22  Q.  What did he tell you?
23  A.  K.C. Hensley was in a high-speed chase
24  and jumped his car in a river.
25  Q.  And so based on that, what did you

72

1  decide to do?
2      A.  I went and looked -- I went to go look
3  for it.
4      Q.  And why did you go -- what were you
5  looking for?
6      A.  The meth I just gave him.
7      Q.  How much did he owe you for that?
8      A.  18- to $2,000.
9      Q.  So on the morning of May 15th, what did
10 you do?
11     A.  I went to where supposedly he jumped
12 his car into the river and searched around -- me
13 and this girl, Tanya Olson.
14     Q.  Tanya Olson was with you?
15     A.  Yes.
16     Q.  What kind of a car were you looking
17 for?
18     A.  A cream-color Impala.
19     Q.  Did you take anything with you when you
20 and Tanya went looking for the car?
21     A.  Yes.  A little bit of pot and about a
22 quarter ounce of meth on me.
23     Q.  Did you or Tanya Olson take any
24 methamphetamine before you left?
25     A.  Yes.

73

1      Q.  Did you take any marijuana?
2      A.  Ingest it?
3      Q.  Mm-hmm.  Well, or smoke it or whatever.
4      A.  Yes.
5      Q.  Did you ingest it?
6      A.  No.  I smoked it.  That's what I meant.
7      Q.  So what happened while you were looking
8  for K.C. Hensley's car?
9      A.  Well, I got pulled over later.
10     Q.  Who was with you when you got pulled
11 over?
12     A.  Tanya Olson.
13     Q.  And before the officer got to your car,
14 what did you have Tanya Olson do?
15     A.  Hide the meth.
16     Q.  What did you have her hide it in first?
17     A.  Metal -- a silver metal tube.
18     Q.  I would like to show you what's been
19 marked as Government's Exhibit 46.
20         Do you recognize what's in that
21 exhibit?
22     A.  Yes.
23     Q.  How do you recognize it?  Well, I guess
24 I should say:  What is it?
25     A.  It's the end of a flashlight, but it's

74

1  a container I used because it has a magnet on the
2  end, and you can hide it underneath your dash with
3  it.
4      Q.  And did you use that Exhibit 46 that
5  day?
6      A.  Yes.
7      MS. LAMPRECHT:  Okay.  I would like to move
8  Government's Exhibit 46 into evidence and show it
9  to the jury.
10     THE COURT:  Any objection?
11     MR. BORTON:  None, Your Honor.
12     MR. HEINEMAN:  No objection, Your Honor.
13     MS. BERGLUND:  No objection.
14     THE COURT:  All right.  Forty-six will be
15 admitted and published to the jury.
16         (Exhibit No. 46 admitted.)
17     THE COURT:  You can hold it up.
18     THE WITNESS:  You want me to?
19     MS. LAMPRECHT:  If you could just hold it up
20 so they can see what's in the bag.
21     THE WITNESS:  (Witness complied.)
22 BY MS. LAMPRECHT:
23     Q.  As the policeman -- after the policeman
24 pulled you over but before he got to your car,
25 what did Tanya Olson do with that?

75

1      A.  She put it in her vagina.
2      Q.  Did she put anything into it first?
3      A.  The meth was already in it, yes.
4      Q.  The meth -- you were carrying the meth
5  in that?
6      A.  Yes.
7      Q.  Okay.  And you can -- thank you.  You
8  can put it down now.
9         After -- after she concealed it in her
10 vagina, what happened?
11     A.  We both were arrested.
12     Q.  What were you arrested for?
13     A.  DUI.
14     Q.  What was she arrested for?
15     A.  Public intoxication, I believe.
16     Q.  And where were you taken after you were
17 arrested?
18     A.  Payette County Jail.
19     Q.  Did any -- was anyone taken there with
20 you?
21     A.  Tanya Olson.
22     Q.  After you got to the Payette County
23 Jail, did you talk to any police officers?
24     A.  Yes.
25     Q.  And was one of those officers that --

76

1  did you do that because you agreed to talk to
2  them?
3       A.  Yes.
4       Q.  Was one of those officers Detective
5  Jess Stennett, who is sitting here at counsel
6  table today?
7       A.  Yes.
8       Q.  What did you talk to him about?
9       A.  My involvement in the meth.
10      Q.  Let's start with some of your
11 methamphetamine.  First, did you tell him about
12 the methamphetamine you had at your house?
13      A.  Yes.
14      Q.  And did you arrange to do anything with
15 Detective Stennett with respect to this
16 methamphetamine?
17      A.  Yes.
18      Q.  What were you going to do?
19      A.  I retrieved it for him.
20      Q.  Okay.  Before you retrieved it for
21 them, what -- what did they do with you?
22      A.  They made a phone call to Amy Cavazos
23 to see where it was, and then we -- when I found
24 out where it was, we went and got it.
25      Q.  Okay.  Who actually talked to Amy?

77

1       A.  Me.
2       Q.  And what did you talk to her -- what
3  did you say to her?
4       A.  I asked her where the -- I asked her if
5  she hid the meth, and she said she did.
6       Q.  And did she tell you where?
7       A.  Yes.
8       Q.  What did she say?
9       A.  I think she said it was under the
10 house, but we already had arrangements that I'd
11 know where it was anyways.
12      Q.  What was that arrangement where it was
13 supposed to be?
14      A.  In the crawl space in one of the
15 bedrooms underneath the house.
16      Q.  So what did you do?  First of all, did
17 the detectives give you anything to take with you
18 when you went -- before you went to Amy's house?
19      A.  Yes.  They gave me a backpack and put a
20 wire on me.
21      Q.  And then what did you do?
22      A.  Went with Ken White to the house and
23 went in and got the meth and came back out and
24 gave him the backpack.
25      Q.  When you took -- where did you find the

78

1  meth?
2       A.  Underneath the house in the crawl space
3  in the bedroom.
4       Q.  How was it wrapped when you -- when you
5  got it?
6       A.  A couple Ridley's bags, it looked like.
7  Grocery bags.
8       Q.  And did you look at the methamphetamine
9  inside the bags?
10      A.  No.  I couldn't see it.
11      Q.  Okay.  Do you know if you had packaged
12 it in any way before you left that night?
13      A.  It was in a -- it was in a Ziploc bag.
14      Q.  When you retrieved the methamphetamine
15 from the crawl space, did you open the Ridley's
16 bag or the bag containing the methamphetamine
17 inside?
18      A.  No.
19      Q.  What did you do with it?
20      A.  Put it in the backpack and took it
21 outside to the alley, where the detective was
22 waiting for me.
23      Q.  And that would be Detective Ken White?
24      A.  Ken White.
25      Q.  And he took the backpack from you?

79

1       A.  Yes.
2       Q.  Did you see what he did with it?
3       A.  We went down the road --
4       MR. BORTON:  Objection, Your Honor.  It's
5  nonresponsive.
6       THE COURT:  The question is:  Did you see?
7  Just yes or no.
8       THE WITNESS:  Yes.
9  BY MS. LAMPRECHT:
10      Q.  Okay.  What -- what happened?
11      A.  We went down and met the other
12 detectives, and he gave the backpack to Jess
13 Stennett.
14      Q.  Had anybody opened that backpack
15 between the time that you took it out of the crawl
16 space and put the methamphetamine -- that you took
17 it to the crawl space and put the methamphetamine
18 in it until it was given to Detective Stennett?
19      A.  If they did, it was Ken White.
20      Q.  Okay.  Did -- were you with Detective
21 White the whole time afterwards?
22      A.  Yes.
23      Q.  Did you see him open the backpack?
24      A.  I can't recall.
25      Q.  How long did it take you to get the

80

1  methamphetamine out of the house?
2      A.  Approximately a minute-and-a-half, two
3  minutes, maybe.
4      Q.  You were just in quick and out again?
5      A.  Yes.
6      Q.  Okay.  The next day, did you meet with
7  law enforcement officers again?
8      A.  Yes.
9      Q.  And who did you meet with the next day?
10      A.  Jess Stennett and Sergeant Joe.
11      Q.  Sergeant Joe?
12      A.  Yeah.  I don't know his last name.
13      Q.  Okay.  At this point, did you still owe
14  anybody money for drugs?
15      A.  Yes.
16      Q.  Who did you owe money to?
17      A.  Che and Fabian Beltran.
18      Q.  About how much?
19      A.  It was around $6,000.
20      Q.  Did anyone owe you money for drugs?
21      A.  Yes.
22      Q.  Who?
23      A.  Michael Morris, K.C. Hensley.
24      Q.  How much did Michael Morris owe you?
25      A.  $1850.

81

1      Q.  How much did K.C. Hensley owe you?
2      A.  Approximately $2,000.
3      Q.  So when you met with Detective Stennett
4  again, did you make some telephone calls at his
5  request?
6      A.  Yes.
7      Q.  Who did you call?
8      A.  K.C. Hensley, Fabian Beltran, Michael
9  Morris.  I believe that was it.
10      Q.  Okay.  Was the telephone call that you
11  made to Michael Morris recorded?
12      A.  Yes.
13      Q.  And what was the reason you called him?
14      A.  To collect the money that he owed me.
15      Q.  Have you listened to the recording of
16  your conversation?
17      A.  Yes.
18      Q.  Is that a fair and accurate recording
19  of the conversation you had with Michael Morris
20  that day?
21      A.  Yes.
22      Q.  And who were the people that were
23  speaking on this telephone conversation?
24      A.  Michael Morris and myself.
25      Q.  Is that the same Michael Morris that

82

1  you've identified in the courtroom today?
2      A.  Yes.
3      Q.  When you called Morris, what did you
4  ask him about?
5      A.  If he had any money that he owed me.
6      Q.  Is there any other reason why Morris
7  would have owed you money except for drugs?
8      A.  No.
9      Q.  What did he tell you?
10      A.  That he had $900 and $250 and 500, I
11  believe.  He was just rattling off amounts.
12      Q.  And what did you understand him to be
13  referring to?
14      A.  What do you mean?
15      Q.  What was he talking about when he said
16  these random amounts?
17      A.  Money that he owed me --
18      Q.  Okay.
19      A.  -- for meth.
20      MS. LAMPRECHT:  At this time, Your Honor, I
21  would like to move Exhibit 50 into evidence and
22  play it.
23      THE COURT:  Is there any objection?
24      MS. BERGLUND:  No objection.
25      MR. HEINEMAN:  No objection.

83

1      MR. BORTON:  No objection, Your Honor.
2      THE COURT:  All right.  Exhibit 50 will be
3  admitted and now may be -- there is no transcript?
4      MS. LAMPRECHT:  There is no transcript, no,
5  Your Honor.
6      THE COURT:  Ladies and gentlemen, you're
7  going to need to listen carefully to the audio
8  recording as it is played.  It will be made
9  available to you in the jury room, if need be.
10      Ms. Lamprecht, do you have the device?
11      MS. LAMPRECHT:  I think we're all set,
12  Your Honor.  Thank you.
13      (Exhibit No. 50 published.)
14  BY MS. LAMPRECHT:
15      Q.  When you asked Michael Morris if he had
16  any and he said "nine," what did you understand
17  him to mean?
18      A.  Nine hundred.
19      Q.  And when he said he could still get
20  250, 450, and 5 that was out there, what did that
21  mean to you?
22      A.  All hundred-dollar increments.
23      Q.  I'm sorry?
24      A.  Hundred-dollar increments.
25      Q.  Where did you understand that he was

84

1 going to get these increments?

2     **A.** People that owed him money for meth, I

3 would presume.

4     **Q.** And did you know from Michael Morris --

5 did Michael Morris ever tell you who he was

6 selling methamphetamine to?

7     **A.** I met a few people that he was selling

8 to, but that was it.

9     **Q.** Do you know their names?

10     **A.** Travis Coleman was one of them.

11     **Q.** And did Michael Morris live with anyone

12 at this time?

13     **A.** His girlfriend.

14     **Q.** And what was her name?

15     **A.** Jenny.

16     **Q.** Was she present ever when you delivered

17 methamphetamine?

18     **A.** Yes.

19     **Q.** Was she there? Did she watch?

20     **A.** Sometimes.

21     **Q.** And where was Amber Hites living in May

22 of 2012?

23     **A.** Most of the time she was over at Mike

24 Morris's.

25     **Q.** And did you ever see Amber Hites over

85

1 there when you brought meth to Michael Morris?

2     **A.** Yes.

3     **Q.** Going back to the conversation, when

4 you told Morris -- you said that you would come by

5 and grab it so you could give it to the dude, who

6 were you talking about?

7     **A.** Fabian Beltran.

8     **Q.** Now, did you also make several calls to

9 Fabian Beltran that day?

10     **A.** Yes.

11     **Q.** And did you do this in conjunction with

12 the police detectives?

13     **A.** Yes.

14     **Q.** What was the reason they had you make

15 these calls?

16     **A.** Set up a buy.

17     **Q.** Okay. And what were you going to do

18 during this buy?

19     **A.** Wear a wire and purchase meth from

20 Fabian.

21     **Q.** So you were essentially turning into an

22 informant; is that correct?

23     **A.** I was an informant.

24     **Q.** You were an informant at that time.

25     While you were talking to Beltran on

86

1 the phone, did anybody else come on the phone with

2 you? Do you remember?

3     **A.** Yes.

4     **Q.** Who?

5     **A.** Victor Ruiz.

6     **Q.** What did he want?

7     **A.** Weed. Marijuana.

8     **Q.** Okay. And had you smoked marijuana

9 with Victor before?

10     **A.** Yes.

11     **Q.** And had you given him marijuana before?

12     **A.** Yes.

13     **Q.** I believe that you made more than one

14 call to Fabian that day under the direction of the

15 officers.

16     **A.** I believe so.

17     **Q.** And what did you arrange to do with him

18 during those telephone calls?

19     **A.** To buy 2 ounces of meth.

20     **Q.** Did you decide where you were going

21 to -- to make the -- make the buy?

22     **A.** I didn't decide it. Jess Stennett

23 decided that.

24     **Q.** Okay. Where did you -- how did you

25 arrange to make the buy with Fabian?

87

1     **A.** In the Karcher Mall in Caldwell right

2 outside the Applebee's, I believe the restaurant

3 is.

4     **Q.** And about what time did you plan to

5 meet them?

6     **A.** It was -- it was in the afternoon.

7     **Q.** Did you have any conversation about

8 money with Fabian at that time?

9     **A.** Yes.

10     **Q.** What was that?

11     **A.** Well, I owed him money, and he needed

12 money -- well, he said that Che needed the money

13 before he'd give me any more.

14     **Q.** And how much did you -- did you agree

15 on an amount that you would bring to get the

16 methamphetamine, the 2 ounces?

17     **A.** I believe so, yes.

18     **Q.** How much money were you going to pay

19 him?

20     **A.** Twenty-six hundred.

21     **Q.** Who gave you that money? Where did you

22 get the money to make this buy?

23     **A.** ISP.

24     **Q.** And before you left to make this buy,

25 what did the police do with you?

88

1      **A.** They wired me up, put a microphone on
2 me.
3      **Q.** And did they search you?
4      **A.** Yes.
5      **Q.** Did they search your car?
6      **A.** Yes.
7      **Q.** Did they follow you, to your knowledge,
8 to the Karcher Mall?
9      **A.** Yes.
10      **Q.** What happened when you got to the
11 Karcher Mall?
12      **A.** I waited for Fabian Beltran to show up
13 with the meth.
14      **Q.** About what time did he get there?
15      **A.** Shortly after; 10, 15 minutes after I
16 did.
17      **Q.** About what time was that?
18      **A.** Between noon and 2:00, I would say.
19      **Q.** Okay.  Do you remember what car Fabian
20 was driving?
21      **A.** A red Ford Lightning pickup.
22      **Q.** I would like to show you what's been
23 marked as Government's Exhibit 27.
24      Do you recognize that vehicle?
25      Oh, I'm sorry.  It's been admitted.

89

1      THE COURT:  Exhibit 27 has been admitted.
2      MS. LAMPRECHT:  Yes.  Thank you.
3 BY MS. LAMPRECHT:
4      **Q.** Do you recognize that vehicle?
5      **A.** Yes.
6      **Q.** What is it?
7      **A.** It's the Ford Lightning pickup.
8      **Q.** Okay.  So where was Fabian when they
9 pulled in in this truck?
10      **A.** He was driving.
11      **Q.** Who was with him?
12      **A.** Victor Ruiz.
13      **Q.** What happened after you saw the truck?
14      **A.** They got out and walked over to my
15 vehicle and both got in.
16      **Q.** What happened once they got in the car?
17      **A.** Victor was asking me for pot, and
18 Fabian gave me the meth.
19      **Q.** What did you tell Victor about the --
20 by "pot," do you mean marijuana?
21      **A.** Yes.  Sorry.
22      **Q.** That's okay.  What did you tell Victor
23 about it?
24      **A.** I don't know.  I didn't have any, so I
25 didn't give him any.

90

1      **Q.** Okay.  Did you give Fabian any money?
2      **A.** Yes.
3      **Q.** How much did you give him?  Do you
4 remember?
5      **A.** $2500.
6      **Q.** How was the methamphetamine wrapped
7 when you got it from Fabian Beltran?
8      **A.** It was wrapped in single ounces and
9 then with Saran Wrap around those two.
10      **Q.** What were the single ounces in?
11      **A.** Sandwich baggies, I believe.
12      **Q.** So you got two sandwich baggies, each
13 with an ounce?
14      **A.** Yes.
15      **Q.** And then there was cellophane wrapped
16 around that?
17      **A.** Correct.
18      **Q.** And after you got the methamphetamine
19 from them, what happened?
20      **A.** I put it in the center console, and
21 they wanted me to go eat with them.
22      **Q.** What did you tell them?
23      **A.** No.
24      **Q.** And then where did you go?
25      **A.** I went down the road to the motel

91

1 across from the Denny's there in Nampa and met
2 Jess Stennett.
3      **Q.** While you were driving, did you do
4 anything with the methamphetamine other than put
5 it in the console?  Did you open it?  Did you
6 touch it?
7      **A.** No.
8      **Q.** And once you met Detective Stennett,
9 what did you do with the methamphetamine?
10      **A.** Gave it to Sergeant Joe, and they did
11 their thing with it.
12      **Q.** What did they do?
13      **A.** I don't know.  Probably test it or
14 something, I'm sure.
15      **Q.** Do you know who tested it?
16      **A.** Jess Stennett and Joe.
17      **Q.** Since May 16th, that day that you did
18 the undercover buy, have you had any conversations
19 with other people that were involved in this drug
20 trafficking conspiracy?
21      **A.** Since May 16th?
22      **Q.** Mm-hmm.
23      **A.** I have talked to a few codefendants
24 before I was arrested, yeah.
25      **Q.** Who did you talk to before you were

92

1 arrested?
2      A.   Michael Morris, K.C. Hensley.
3 Everyone, really.
4      Q.   But this was before any of you were
5 arrested; is that correct?
6      A.   Yes.
7      Q.   What did you talk to Michael Morris
8 about?
9      A.   Me getting pulled over, and Amber was
10 telling him about the feds.  And he had a
11 conversation with me about that, and I denied it.
12      Q.   Because you didn't want anybody to know
13 that you were working for the feds?
14      A.   No.
15      Q.   Did you have a conversation with anyone
16 else?
17      A.   I don't believe so.  I don't know.
18      Q.   Did you get any telephone calls from
19 anyone?
20      A.   Jess Stennett was calling me on a daily
21 basis.
22      Q.   Did you get any telephone calls from
23 any of your coconspirators?
24      A.   Yes.
25      Q.   Who?

93

1      A.   Patric Campbell, K.C. Hensley.
2      Q.   Where was Che at this time?
3      MR. HEINEMAN:  Objection.  Foundation.
4      THE COURT:  Sustained.
5 BY MS. LAMPRECHT:
6      Q.   Do you know where Che was at this time?
7      A.   He wasn't in Idaho; I know that.
8      Q.   Did you talk to him after you were
9 arrested?
10      A.   Yes.
11      Q.   How did you talk to him?
12      A.   He called -- he called my telephone.
13      Q.   And when he called, were you able to
14 record that conversation?
15      A.   Yes.
16      Q.   How were you able to record that
17 conversation?
18      A.   Jess Stennett gave me a recorder, and I
19 did it when he called.
20      Q.   And did you make a recording of that
21 conversation?
22      A.   Yes.
23      Q.   Have you listened to the recording of
24 that conversation that you made?
25      A.   Yes.

94

1      Q.   Is that a fair and accurate recording
2 of the conversation that you had with Che when he
3 called you?
4      A.   Yes.
5      Q.   And who are the people that are
6 speaking during that conversation?
7      A.   Che and myself.
8      Q.   Have you reviewed a transcript of that
9 recording that's been actually marked as
10 Government's Exhibit 73A?
11      A.   Yes.
12      Q.   Is that a fair and accurate
13 transcription of the conversation in Exhibit 73,
14 which is your recording of the conversation?
15      A.   Yes.
16      Q.   Does that transcript accurately reflect
17 the people who are talking?
18      A.   Yes.
19      MS. LAMPRECHT:  At this time, Your Honor, I
20 would like to move in Government's Exhibit 73 and
21 73A and play it for the jury.  And I believe the
22 transcript is up on the screen with the
23 conversation.
24      THE COURT:  Is there any objection?  What's
25 the exhibit number again, 73A?

95

1      MS. LAMPRECHT:  Seventy-three.  And 73A is
2 the transcript that's going to be up on the screen
3 with the conversation.
4      THE COURT:  Is there any objection, Counsel?
5      MS. BERGLUND:  No objection, Your Honor.
6      THE COURT:  Mr. Borton?
7      MR. BORTON:  Your Honor, not to the call.
8 I'm not so sure the transcript itself gets
9 admitted, as well.
10      THE COURT:  Well, it won't be admitted, but
11 is there any objection to it being shown to the
12 jury?
13      MR. HEINEMAN:  I have an objection to it
14 being shown to the jury.  I prefer the audio be
15 the true test of what was said and not an
16 interpretation of just one party.
17      THE COURT:  You had an opportunity to review
18 the accuracy of the --
19      MR. HEINEMAN:  Yes, I did, Your Honor.  And
20 I --
21      THE COURT:  Let's discuss this at sidebar.
22 Approach.
23          (Sidebar commences as follows:)
24      THE COURT:  Mr. Heineman, what --
25      MR. HEINEMAN:  When I listened to it, I

96

1  guess my problem is that it was very difficult to
2  understand.  And, you know, not unless he had done
3  it subsequently immediately after and did that
4  transcription then, I don't know how -- later how
5  accurate his memory is with listening to it again,
6  if he is hearing what he thinks he heard and
7  putting it into that transcript.
8      THE COURT:  Well, did he prepare the
9  transcript, Ms. Lamprecht, or was there a --
10     MS. LAMPRECHT:  Detective Stennett prepared
11  the transcript.  He took it with the tape over to
12  Mr. Vertner, who was in jail, and played it for
13  him.
14     THE COURT:  All right.  Well, I assume the
15  recording is not particularly -- it's hard to
16  understand without the transcript?
17     MS. LAMPRECHT:  It's hard to understand the
18  defendant sometimes.  It is in English.  But some
19  of it's -- most of it seemed to be pretty clear.
20     THE COURT:  Well, you've had a chance to
21  review it.  Is there a specific objection to
22  specific provisions as opposed to just a general
23  objection?
24     MR. HEINEMAN:  It's just a general
25  objection.

97

1      THE COURT:  I'll have to overrule the
2  objection.  If there is specific problems, I will
3  certainly listen to that and determine whether or
4  not I think it's fair or not.  But just to make a
5  general objection where it's been provided in
6  advance and you've had a chance to review it, I
7  don't think I can sustain the objection in that
8  circumstance.
9          (Sidebar concluded.)
10     THE COURT:  Ladies and gentlemen, I'm going
11  to admit Exhibit 73.  Exhibit 73A will not be
12  admitted, but it will be provided to you by way of
13  a -- it will actually show up on the screen here
14  to aid you as you listen to the tape recording
15  itself.
16         What is important, however, is for you
17  to keep in mind that the tape recording itself is
18  the exhibit, and the -- not the translation.  The
19  written version which is going to be shown to you
20  is there just to aid you as you listen to the tape
21  itself.
22         If there is any inconsistency
23  whatsoever between what you see on the screen and
24  what you hear, you are to follow what you hear,
25  since that is the exhibit itself.  The transcript

98

1  was prepared after the fact, presumably -- I'm not
2  sure I even know the circumstances, but the
3  witness has indicated that he has reviewed the
4  transcript, and he did participate in it, and I
5  think that's a sufficient foundation to allow you
6  to watch the transcript as you listen to the tape;
7  but, again, with the admonition that the
8  transcript is not the exhibit.  You won't have it
9  with you in the jury room.  It's only the
10  recording itself which is the exhibit.
11         All right.  Ms. Lamprecht, with that,
12  I'll allow you to go ahead and proceed to show
13  that to the jury.
14     MS. LAMPRECHT:  Thank you, Your Honor.
15         (Exhibit Nos. 73 and 73A published. )
16  BY MS. LAMPRECHT:
17     Q.  Mr. Vertner, what did you mean at the
18  beginning of that conversation when you said,
19  "You're calling me from 15 different numbers"?
20     A.  He wasn't using his regular cell phone.
21  He was using pay phones or something.
22     Q.  How did you know that?
23     A.  Because none of them I recognized.
24     Q.  You saw that -- do you have a call
25  thing that you can see who is calling you, caller

99

1  ID?
2      A.  Yes.
3      Q.  During the conversation, Che referred
4  to "Sunshine."  Do you know who he is talking
5  about?
6      A.  Yes.
7      Q.  Who is that?
8      A.  Amber Hites.
9      Q.  And he said he wanted her to go to
10  court.  Why did he want her to go to court?
11     A.  He wanted to see what happened to
12  Fabian and Victor.
13     THE INTERPRETER:  Your Honor --
14     THE COURT:  Just a moment.  We're having a
15  hard time --
16         We may need to take a break if -- do we
17  have it fixed?
18         All right.  Ms. Lamprecht.
19  BY MS. LAMPRECHT:
20     Q.  You said several times during the
21  conversation that you were tripping.  What did you
22  mean?
23     A.  Scared.
24     Q.  And why -- why were you scared?
25     A.  Because I knew I was going to be

100

1  arrested.
2      Q. When you talked to Che -- do you speak
3  Spanish, Mr. Vertner?
4      A. A little bit. Not much.
5      Q. Did you ever speak Spanish when you
6  talked to the Defendant Che?
7      A. No.
8      Q. Did he ever seem to have problems with
9  the English language?
10     MR. HEINEMAN: Objection. Relevance.
11     THE COURT: I'm going to overrule the
12 objection because it bears on the communication
13 and whether there was an understanding between the
14 parties during the conversation that was -- that
15 we just heard.
16         So I'll allow it; but, Counsel, that's
17 as far as we need to go in that area.
18     MS. LAMPRECHT: That's all I intended to
19 ask, Your Honor.
20 BY MS. LAMPRECHT:
21     Q. Did he ever have problems -- did he
22 seem to have problems with the English language?
23     A. No.
24     Q. You talked about Sunshine or Amber
25 getting caught in a motel room with someone. Did

101

1  that actually happen?
2      A. Yes.
3      Q. Who was she with?
4      A. Michael Morris.
5      Q. He asked you to send money. Had you
6  sent Che money before?
7      A. Yes.
8      Q. How many times had you sent him money?
9      A. Two that I can recall.
10     Q. How much did you send him, do you
11 remember, each time?
12     A. A thousand dollars each time.
13     Q. Where did you send it to?
14     A. The name and address he gave me in
15 Mexico.
16     Q. You were -- you talked about another
17 person that got caught, too, and said you were
18 tripping about that. Who was that that you were
19 referring to?
20     A. K.C. Hensley.
21     Q. Che said he was going to call you. Did
22 you ever hear from him again?
23     A. No.
24     Q. Since you were arrested, have you
25 talked with anyone else, one of your codefendants

102

1  or another person who was a witness in this case,
2  about the case?
3      A. No.
4      Q. Did you talk to them about anything
5  else, or did you talk to anyone who was a witness
6  or a coconspirator about anything else?
7      A. Being housed at Ada County, I was
8  housed with Victor Ruiz for a night and Fabian
9  Beltran for two nights.
10     Q. But you didn't talk about your
11 testimony in court?
12     A. No.
13     MS. LAMPRECHT: At this time, I have no
14 further questions, Your Honor.
15     THE COURT: All right. Cross-examination.
16     MR. BORTON: Yes, Your Honor.
17     THE COURT: Mr. Borton.
18         CROSS-EXAMINATION
19 BY MR. BORTON:
20     Q. Mr. Vertner, you've -- in your
21 conversations with law enforcement after your
22 arrest, you identified a number of individuals you
23 were involved with methamphetamine sales in
24 2012 --
25     A. Yes.

103

1      Q. -- correct?
2         Okay. You listed a number of
3  individuals that you've sold meth to?
4      A. Yes.
5      Q. Okay. I want to go through some of
6  those that you've identified. Jacob Clevenger?
7      A. Yes.
8      Q. K.C. Hensley?
9      A. Yes.
10     Q. John Chapman?
11     A. Yes.
12     Q. Rachel Coblentz?
13     A. Yes.
14     Q. Trenton Keisel?
15     A. Yes.
16     Q. Billy Keisel?
17     A. Yes. It's Dani, though.
18     Q. Dani. Is that Trenton's mother?
19     A. Correct.
20     Q. Amanda Moore?
21     A. I never sold it to her, but I was
22 around her using it.
23     Q. Summer Joyner?
24     A. Yes.
25     Q. Robin Lacey?

104

1  **A.** Yes.
2  **Q.** Josh Torres?
3  **A.** Yes.
4  **Q.** Don Martinez?
5  **A.** Yes.
6  **Q.** Sharon -- I believe out of state --
7  last name unknown?
8  **A.** It's Reinhart.  And yes.
9  **Q.** Did Sharon Reinhart live in the valley,
10  or was she out of state?
11  **A.** She lived in Ontario.
12  **Q.** Okay.  How about Fidel Torres?
13  **A.** Yes.
14  **Q.** Brian Newell?
15  **A.** Who?
16  **Q.** Nickname Turtle.
17  **A.** Yes.
18  **Q.** Robert Grimaldo?
19  **A.** Yes.
20  **Q.** Brad Egbert?
21  **A.** Yes.
22  **Q.** Chris Camacho?
23  **A.** Yes.
24  **Q.** Keely Hata (phonetic)?
25  **A.** Yes.

105

1  **Q.** Dani Keisel -- that's Dani instead of
2  Brian?
3  **A.** Billy, yeah.
4  **Q.** How about a gentleman named Harlan?
5  Who is Harlan?
6  **A.** That's Dani's last name.
7  **Q.** Dani Keisel's last name is Dani Harlan?
8  **A.** Yeah.  She has a couple, yeah.  She has
9  a few.
10  **Q.** She has a few what?
11  **A.** Last names.
12  **Q.** Okay.  What other last names does she
13  have?
14  **A.** Keisel and Harlan.
15  **Q.** Any others?
16  **A.** That was it.
17  **Q.** Okay.  Oly Goff?
18  **A.** Yes.
19  **Q.** A gentleman by the name of Deeno or
20  Dino?
21  **A.** Yes.  I only met him one time, though,
22  with Jake Clevenger.
23  **Q.** Do you know Dino's first name, real
24  name?
25  **A.** I don't.

106

1  **Q.** How about Travis Coleman?
2  **A.** Yes.
3  **Q.** Larry Garcia?
4  **A.** Yes.
5  **Q.** One of the items that was addressed
6  first yesterday in your testimony was some of your
7  prior criminal history.
8  What was the -- other than your felony
9  charge you're facing in this case, what was the
10  most recent felony conviction you had before this
11  case?
12  **A.** Delivery of a controlled substance.
13  **Q.** Was that in 2008?
14  **A.** No.  It was in 2007 -- 2006, 2007 I was
15  charged with it.
16  **Q.** And was that substance meth?
17  **A.** Correct.
18  **Q.** Is that a federal charge?
19  **A.** No.
20  **Q.** What was the next felony before that?
21  **A.** Possession of meth.  You're talking
22  about drug felonies or all felonies?
23  **Q.** We'll go -- let's go all of them.
24  Let's do that.
25  In between or before the 2007 felony

107

1  delivery, was there a nondrug-related felony, as
2  well?
3  **A.** You want to just start from the
4  beginning?
5  **Q.** Sure.
6  **A.** In 2003, I had a conspiracy to
7  manufacture.  I got possession of a controlled
8  substance, 2004.  Had an escape in the third
9  degree in, I believe, 2004.  Inmate in possession
10  of a deadly weapon around the same time.  And then
11  the ones I just listed to you.
12  **Q.** Where was the escape in the third
13  degree?
14  **A.** Washington.
15  **Q.** Okay.  From what facility?  Did you try
16  to escape at that time?
17  **A.** No.  It was just a paperwork felony,
18  really.  Didn't show back up for work crew because
19  I was in jail in Washington County for a
20  possession.
21  **Q.** And what was the weapon you had for
22  the -- the conviction for inmate with a deadly
23  weapon?
24  **A.** A razor for shaving my face.
25  **Q.** Did you plead guilty to that?

108

1    **A.** I did.

2    **Q.** In light of that criminal history, you

3  entered into a plea agreement in this particular

4  case; correct?

5    **A.** Correct.

6    **Q.** It was shown yesterday as Government's

7  Exhibit 67.  Do you recall seeing that yesterday,

8  the plea agreement?

9    **A.** My signature?

10    **Q.** Correct.

11    **A.** Correct.

12    **Q.** Okay.  And one component of your plea

13  agreement requires you to provide substantial

14  assistance in order to get any benefit from the

15  government.  Do you recall that?

16    **A.** Yes.

17    **Q.** Okay.  On page 8 of your plea

18  agreement -- and if you want to look at it, you

19  can.  I'll ask you one question about that.

20        Within that plea agreement, you were

21  made aware that you're subject to a minimum -- a

22  potential minimum sentence of 30 years to life; is

23  that correct?

24    **A.** Correct.

25    **Q.** Is your -- is it your hope, through

109

1  participation with law enforcement, that you can

2  somehow avoid a 30-year minimum sentence?

3    **A.** Correct.

4    **Q.** How old are you now?

5    **A.** Thirty-four.

6    **Q.** When you were arrested on May 15th,

7  that occurred at approximately 2:00 p.m.; correct?

8    **A.** Correct.

9    **Q.** By 3:05 p.m. that day, you began

10  working with law enforcement?

11    **A.** Correct.

12    **Q.** And the intent with working with law

13  enforcement just over an hour of your arrest, to

14  further that intent to help yourself?

15    **A.** Yes.

16    **Q.** You knew you were in lots of trouble, I

17  presume?

18    **A.** Yep.

19    **Q.** I take it, from your prior

20  incarcerations, being in prison is not an

21  enjoyable experience?

22    **A.** No.

23    **Q.** Probably not an experience you would

24  like to repeat, if at all possible?

25    **A.** Correct.

110

1    **Q.** You immediately, then, on May 16th

2  started assisting law enforcement, first by making

3  a recorded phone call to K.C. Hensley?

4    **A.** Correct.

5    **Q.** In that phone call to Mr. Hensley, did

6  you indicate that you had been arrested or were

7  working with law enforcement?

8    **A.** No.  Maybe arrested, but not working

9  for law enforcement.

10    **Q.** You had been arrested on May 15th;

11  correct?

12    **A.** Yes.

13    **Q.** And after your arrest with Tanya Olson

14  on May 15th, from that point forward, you were

15  working with law enforcement?

16    **A.** Correct.

17    **Q.** Okay.  So when you called K.C. Hensley,

18  you were working with law enforcement?

19    **A.** Yes.

20    **Q.** On behalf of law enforcement?

21    **A.** Yes.

22    **Q.** And that's why the call was recorded?

23    **A.** Yes.

24    **Q.** Would you acknowledge that your call to

25  K.C. in that capacity was a bit dishonest to him?

111

1    **A.** What do you mean, "dishonest"?

2    **Q.** You led him -- did you lead him to

3  believe that you were talking to him free and

4  without government assistance?

5    **A.** Do you mean did he ask me if I was

6  working for the cops?

7    **Q.** Did you give him any reason to think

8  that you were?

9    **A.** I didn't give him any reason to think I

10  was or wasn't.

11    **Q.** Did it seem important to you that

12  somebody you knew like K.C. Hensley you would

13  normally tell and not withhold that information?

14        MS. LAMPRECHT:  Your Honor, I'm going to

15  object at this time, and the reason I would like

16  to approach the bench about.

17        THE COURT:  All right.  Approach.

18        (Sidebar commences as follows:)

19        THE COURT:  Counsel, I don't think we

20  confirmed for the record that you were all in

21  agreement with this procedure of not bringing the

22  defendants to the sidebar and that you would have

23  the opportunity to confer with your client after

24  the sidebar if that became necessary.  Let's put

25  it on the record.

112

1    I assume you've had a chance now to
2  chat with your client and that there is no
3  objection to that procedure.  Mr. Borton?
4    MR. BORTON:  There's no objection, Your
5  Honor.
6    MS. BERGLUND:  No objection.
7    THE COURT:  Mr. Heineman?
8    MR. HEINEMAN:  No objection.
9    THE COURT:  All right.  Now --
10   MS. LAMPRECHT:  Well, Counsel keeps saying,
11  "Well, you lied.  Well, you lied."  He did this at
12  the direction of the police officers, and the jury
13  instruction and the law is that police officers
14  are allowed to use deception in this case.
15   I can bring -- yeah, it is.  And I gave
16  the instruction to counsel last night and sent it
17  to your clerk and asked it be included with your
18  jury instructions.
19   So I would just object on the basis
20  that it's improper for him to say, "Do you lie?"
21  when he was working at the direction of the
22  police.
23   THE COURT:  Okay.  Well, that is an
24  instruction for the jury, but I think it's still
25  fair for counsel to raise that in argument.  It's

113

1  just an instruction that says it's not improper,
2  and that's to keep the jury from holding it
3  against law enforcement for using subterfuge in
4  their criminal investigative activities.
5    But I think it's still fair game for
6  counsel to go ahead and raise the issue.  So I'm
7  going to overrule the objection.
8    (Sidebar concluded.)
9    THE COURT:  Counsel, we're having a little
10  trouble with our system assisting the
11  interpreters.  So, for that reason, please speak
12  directly into the microphone; and, at least for
13  the next 15 minutes, until we take the morning
14  break and we can try to repair the system, speak
15  perhaps a little more slowly and be very careful
16  not to speak over each other, just to help the
17  interpreter.
18   Go ahead and proceed, Mr. Borton.
19   MR. BORTON:  Thank you, Your Honor.
20  BY MR. BORTON:
21   Q.  After the call that you placed to K.C.
22  Hensley, you then made a recorded call to your
23  associate, Fabian Beltran; correct?
24   A.  Correct.
25   Q.  You made the same call at the request

114

1  of law enforcement?
2   A.  Correct.
3   Q.  Did you give any indication in that
4  call to Mr. Beltran that you were working for law
5  enforcement or had been arrested?
6   A.  He knew I had been arrested for DUI
7  already.  But, no, not that I was working for law
8  enforcement.
9   Q.  You owed -- at that time when you made
10  that call, you owed Mr. Beltran around $6700; is
11  that correct?
12   A.  Approximately.
13   Q.  For how long did you have that debt?
14   A.  A week or two.  Tops, two weeks.
15   Q.  The two weeks preceding the call?
16   A.  Correct.
17   Q.  Okay.
18   A.  I acquired the debt after K.C. Hensley
19  jumped his car into the river and lost 2 ounces.
20   Q.  After the -- after the call arranging
21  and setting up K.C., setting up Mr. Beltran, you
22  then called Amy Cavazos in the same undercover
23  capacity; is that correct?
24   A.  Not that day.
25   Q.  Was it the next day?

115

1   A.  It was -- it was the day of my arrest.
2   Q.  Okay.  On May 15th?
3   A.  Correct.
4   Q.  And did you make that call to Amy on
5  May 15th at the request of the government?
6   A.  Yes.
7   Q.  Did you tell Amy why you were calling?
8   A.  As far as what?
9   Q.  Who was requesting you to make that
10  call to her.
11   A.  No.
12   Q.  Did you tell Amy that law enforcement
13  was listening to the phone call?
14   A.  No, but I told her afterwards.
15   Q.  Did you think, on May 15th, when you
16  called Amy with law enforcement listening in, that
17  that call might get Amy in trouble?
18   A.  No, but it was a possibility.
19   Q.  And were you aware, back on May 15th,
20  that that phone call to Amy possibly could get her
21  into trouble?
22   A.  After I did so, I realized that, yes.
23   Q.  And it was during that call with law
24  enforcement listening that you asked Amy to go
25  hide the meth in your house?

116

1   A. I asked her if she already hid it.
2   Q. Okay. And you weren't sure yet that
3   that might get her in trouble?
4   A. I was hoping it wouldn't, but I
5   realized it might after I did it.
6   Q. And did Amy comply and act as
7   instructed by you in hiding the meth?
8   A. Yes.
9   Q. Did you and Amy ever use meth together
10  in 2012?
11  A. I don't believe so, not in 2012.
12  Q. Did you ever observe her use meth
13  without you in 2012?
14  A. No.
15  MS. LAMPRECHT: Objection, Your Honor.
16  Unless --
17  THE COURT: Sustained.
18  MR. BORTON: I'll rephrase the question.
19  THE COURT: I think that would have been a
20  bit of a phenomena.
21  MR. BORTON: That was a tricky question.
22  BY MR. BORTON:
23  Q. Did you ever observe Amy use meth in
24  2012 while you were present but you weren't using?
25  A. What?

117

1   Q. Were you ever in the room in 2012 with
2   Amy while she was using meth?
3   A. No.
4   Q. Okay. Did you ever observe her in 2012
5   use any other illegal drug?
6   A. Maybe occasional pot.
7   Q. Okay. On how many occasions?
8   A. I don't know. Twice.
9   Q. Do you know or are you guessing?
10  A. Guessing.
11  Q. Okay. I don't want you to guess.
12  A. Well, I haven't ever thought about
13  that.
14  Q. Okay. So more than zero but some
15  unknown number?
16  A. Let's just say zero because I don't
17  know.
18  Q. Just a moment ago, though, you said --
19  A. I don't know.
20  Q. Okay. So if you don't know -- and I
21  appreciate that -- why is it but 30 seconds ago
22  you said twice?
23  A. Because I was always smoking pot.
24  Q. What does you smoking pot have to do
25  with how many times Amy smoked?

118

1   A. What does Amy smoking pot have to do
2   with my testimony?
3   MR. BORTON: Your Honor, I would --
4   THE COURT: Let's just answer counsel's
5   questions.
6   MS. LAMPRECHT: I'm going to actually
7   object. I mean, he has gone over and over this,
8   and he has said that he doesn't know. I think
9   this is getting repetitive, Your Honor.
10  THE COURT: Let's get back on track,
11  Mr. Borton. Let's put another question. I think
12  we are -- I'm not sure what -- well, let's just
13  move on. Proceed.
14  MR. BORTON: Okay.
15  BY MR. BORTON:
16  Q. Did you and Ms. Cavazos use any illegal
17  substances from September to December of 2011?
18  A. Yes.
19  Q. Okay. What did you two use?
20  A. Meth.
21  Q. On how many occasions?
22  A. I don't know. Probably once a week or
23  so. I don't know. Not very often.
24  Q. You say "once a week." Do you know
25  once a week, or are you guessing?

119

1   A. We lived together.
2   Q. Okay. You said "once a week." Do you
3   know once a week, or are you guessing at that
4   figure?
5   A. I know for sure probably once a week,
6   yeah.
7   Q. Okay. And you two were living together
8   at 804 East Main at that time in the fall of
9   2010 -- excuse me -- 2011; is that right?
10  A. Until the beginning of December or so,
11  yeah.
12  Q. Okay. At which point, you broke up
13  with her?
14  A. Correct.
15  Q. When you were using meth with Amy
16  in -- during September to the end of December of
17  2011, did you ever tell her not to? Did you ever
18  try and stop her?
19  A. From using?
20  Q. Yes.
21  A. Maybe when I found out she was
22  pregnant, yes.
23  Q. Okay. And when did you find that out?
24  A. Two weeks before -- about two weeks
25  before we broke up. So somewhere in that time

120

1 frame.
2     **Q.** And she was pregnant with twins at the
3 time?
4     **A.** Yes.
5     **Q.** And are those children yours?
6     **A.** Yes.
7     **Q.** So back to your phone call May 17th,
8 when you were calling Amy --
9     MS. LAMPRECHT: Objection, Your Honor.
10 There was no phone call on May 17th.
11     MR. BORTON: I'll rephrase the question.
12     THE COURT: Let's establish there was such a
13 phone call or at least get the date right.
14 BY MR. BORTON:
15     **Q.** Do you recall the date in May when you
16 made the recorded call to Amy Cavazos?
17     **A.** Do I remember the phone call?
18     **Q.** Yes.
19     **A.** Yes.
20     **Q.** Was it within a day or two of your
21 May 15th arrest?
22     **A.** It was on the same day as my arrest.
23     **Q.** May 15th. Okay. I apologize.
24     During that May 15th call to Amy, you
25 knew at that time that she was pregnant with your

121

1 twins?
2     **A.** Yeah.
3     **Q.** Okay. And she still, as far as you
4 know, complied with your request to hide the meth
5 in the house?
6     **A.** Yes.
7     **Q.** On May 15th, at the time of your
8 arrest, you had some methamphetamine with you as
9 well in the car with Tanya Olson; is that correct?
10     **A.** Correct.
11     **Q.** And upon being questioned by the
12 government here just an hour ago, it was at the
13 time you were stopped by police that you gave the
14 methamphetamine to Ms. Olson to hide?
15     **A.** Yes.
16     **Q.** And Ms. Olson complied?
17     **A.** Yes.
18     **Q.** Can you tell me why you have -- can you
19 tell me specifically why, on May 15th, you would
20 ask Tanya Olson to put your methamphetamine in
21 that container into her vagina?
22     **A.** So the police didn't get it.
23     **Q.** When you were stopped by the police and
24 taken out of your car and questioned, did you tell
25 them at the roadside that, "Yes, I had

122

1 methamphetamine. I gave it to Ms. Olson,"
2 anything of that nature?
3     **A.** No.
4     **Q.** Did it seem at all odd to you that
5 these women will take these particular acts on
6 your request like that?
7     MS. LAMPRECHT: Objection, Your Honor.
8     THE COURT: Sustained.
9 BY MR. BORTON:
10     **Q.** You testified you have also -- let me
11 ask you: Have you also had Rachel Coblentz
12 transport or hide your methamphetamine in the same
13 fashion?
14     **A.** Yes.
15     **Q.** Have you had Amber Hites hide your
16 methamphetamine in that fashion?
17     **A.** Yes.
18     **Q.** Are there any other women during
19 December of 2011 through May 2012 that you would
20 use to hide your methamphetamine in that fashion?
21     **A.** Not to my knowledge. I think you named
22 them all.
23     **Q.** When you were arrested and convicted in
24 2005 for one of the charges you had just
25 described, were you dating a lady by the name of

123

1 Jessica Derr?
2     **A.** Yes. That was in 2006, though, but
3 yeah.
4     **Q.** Okay. 2006?
5     **A.** Yeah.
6     **Q.** Okay. And that was a drug arrest, as
7 well?
8     **A.** Yes.
9     **Q.** Did you have Jessica Derr get
10 implicated in your conduct in that case, as well?
11     **A.** Was she implicated in it?
12     **Q.** Yes.
13     **A.** She answered the phone with an
14 informant on it.
15     **Q.** Did you hide any of your drugs in her
16 drawer?
17     **A.** She was living with me, so she didn't
18 have no drawers.
19     **Q.** Did you use her to assist you in hiding
20 methamphetamine or drugs at that time?
21     **A.** No.
22     THE COURT: Counsel, this is where we would
23 normally take the morning break, but I'll give you
24 a few minutes to wrap up this particular line of
25 inquiry, if you wish.

124

1  MR. BORTON:  I have wrapped up that line,
2  Your Honor.  I'm fine with the break.
3  THE COURT:  Ladies and gentlemen, we're
4  going to take a 15-minute recess.  I'll again
5  admonish you not to discuss the case among
6  yourselves or with anyone else, nor should you
7  form or express any opinion about the case until
8  it is submitted to you.
9  Actually, Mr. Severson, would you
10  escort the jury out.  There is one issue I wanted
11  to take up with counsel just for a moment.
12  (Jury absent.)
13  THE COURT:  Be seated.
14  Counsel, with regard to the one
15  question that was put to Mr. Vertner about
16  Mr. Sanchez's ability to understand English, in
17  that circumstance, it's not unusual to have an
18  individual who is able to communicate in English
19  but then, when they come to a courtroom, because
20  of the formality and what is at stake, will decide
21  they want to have an interpreter.
22  So, for that reason, I have sometimes,
23  at the request of counsel, given an instruction to
24  the jury that a defendant's decision to request an
25  interpreter at trial should not -- is of no

125

1  relevance because the ability to communicate in
2  everyday life is not the same as the significance
3  of understanding fully and completely the nature
4  of the proceedings, in which case an individual
5  may well want to have an interpreter in the
6  courtroom when they don't feel the need for it
7  otherwise.
8  But I don't give that except at the
9  request of counsel.  So, Mr. Heineman, would you
10  be thinking about that and --
11  MR. HEINEMAN:  Yes, Your Honor.
12  THE COURT:  -- I will give that instruction
13  if you wish.  All right?
14  MR. HEINEMAN:  Yes.
15  THE COURT:  I don't want to draw undo
16  attention to it, because it may not be as big an
17  issue as we might think.  So, for that reason, I
18  leave it in counsel's hands and after conferring
19  with your client whether you want me to give that
20  instruction.
21  All right.  We'll be in recess.
22  (Recess.)
23  (Jury present.)
24  THE COURT:  For the record, I'll note that
25  all jurors are present.

126

1  I'll remind the witness, you're still
2  under oath.
3  With that, Mr. Borton, you may resume
4  your cross-examination of the witness.
5  MR. BORTON:  Thank you, Your Honor.
6  BY MR. BORTON:
7  Q.  Mr. Vertner, before I jump into January
8  of 2012, one last question with regards to the
9  call you made May 15th, the recorded call to Amy
10  Cavazos asking her to hide the meth.  You also
11  asked her to find your gun; is that correct?
12  A.  Correct.
13  Q.  Was she to hide the gun, or what was
14  she supposed to do with it?
15  A.  I was going to give it -- I was going
16  to give it to law enforcement.
17  Q.  Did you ask her in that call to bring
18  the gun to you or do something else with it?
19  A.  She was supposed to hide it with the
20  drugs.
21  Q.  Okay.  Did you specifically ask her to
22  hide the gun along with the drugs?
23  A.  Not on the conversation, but there is
24  instructions if I got arrested, yes.
25  Q.  Instructions you had given her prior to

127

1  the call?
2  A.  Correct.
3  Q.  Okay.  I want to jump back to January,
4  I believe it was, or early 2012 when you were at a
5  meeting at the Crescent Bar.  Do you recall that?
6  A.  Correct.
7  Q.  Mr. Tambunga was there present; is that
8  correct?
9  A.  Correct.
10  Q.  During that meeting, the law
11  enforcement -- police came in to visit with you;
12  is that right?
13  A.  They entered the bar, and I figured
14  they were going to talk to me, yes.
15  Q.  Okay.  Upon you seeing the police come
16  into the bar, perhaps to talk to you, what did you
17  do with your meth that you had on your person at
18  that time?
19  A.  Gave it to Johnny Tambunga underneath
20  the table.
21  Q.  Okay.  Could that have possibly gotten
22  him in trouble?
23  A.  Possibly.
24  Q.  Did you do that to avoid trouble for
25  yourself?

128

1    A.  Yes.
2    Q.  Did you give anything to Mr. Tambunga
3  for holding your meth at that time?
4    A.  Not that I recall.  I don't remember.
5    Q.  Over the next several months, did you
6  ever become aware of Mr. Tambunga incurring a debt
7  owed to Mr. Sanchez and Mr. Beltran for
8  methamphetamine?
9    A.  Yes.
10   Q.  Was that debt owed by Mr. Tambunga
11 approximately $6,000?
12       MS. LAMPRECHT:  Objection unless he lays a
13 foundation as to how this witness would know,
14 Your Honor.
15       THE COURT:  Sustained.
16 BY MR. BORTON:
17   Q.  How is it, Mr. Vertner, that you know
18 or believe Mr. Tambunga had a debt in the spring
19 of 2012 to Mr. Sanchez and Beltran?
20   A.  Because he told me.
21   Q.  Okay.  How much did he tell you he
22 owed?
23   A.  Around $5,000.
24   Q.  In the spring of 2012, were you
25 enrolled in a TC program?

129

1    A.  What did you say?
2    Q.  Were you enrolled in a TC program?
3    A.  I completed April 24th of 2009, if
4  that's what you're asking.
5    Q.  Okay.  It was in '09, not in '12?
6    A.  No.
7    Q.  Okay.  And is that when you met Larry
8  Garcia?
9    A.  No.
10   Q.  You had known him prior?
11   A.  No.
12   Q.  Did you know him prior to that program?
13   A.  No.
14       MS. LAMPRECHT:  I'm going to object,
15 Your Honor, based on relevance.
16       THE COURT:  I'll give counsel some leeway,
17 but let's tie it back into something that clearly
18 is relevant or else move on, Mr. Borton.
19       MR. BORTON:  Yes, Your Honor.  Yes, Your
20 Honor.
21 BY MR. BORTON:
22   Q.  Was that TC program you were involved
23 in a government-required program you were supposed
24 to complete?
25   A.  It was a stipulation of my parole.

130

1    Q.  Okay.  And it was a substance abuse
2  program?
3    A.  What are you talking about, TC or
4  aftercare?
5    Q.  The TC program.
6    A.  That's in prison.  I didn't know Larry
7  then.
8    Q.  Okay.  Back into the -- from January to
9  May of 2012, was Jose Sanchez and Fabian Beltran
10 your sole source of methamphetamine?
11   A.  January?  Early January, somewhere in
12 there, yes.
13   Q.  From that point until, for example,
14 until you were arrested May 15th.
15   A.  Yes.
16   Q.  Okay.  And is it your understanding
17 that Fabian Beltran gets his -- let me ask it this
18 way:  Is it your understanding that Fabian Beltran
19 gets his methamphetamine or any methamphetamine he
20 has from Mr. Sanchez versus some other independent
21 source?
22   A.  He gets it from Mr. Sanchez.
23   Q.  Okay.  And approximately 4 to 6 ounces
24 a week, on average, is what you were receiving
25 from Mr. Sanchez?

131

1    A.  Correct.
2    Q.  How much profit did you make on the
3  sale of 1 ounce during that time period?
4    A.  It varied.
5    Q.  From what to what?
6    A.  Depending on if I cut it.  If I didn't
7  cut it, 2-, $500 an ounce.  If I cut it, 5- to
8  $800 an ounce.
9    Q.  So if I heard you correctly, uncut is
10 200 to 500 an ounce; cut is 500 to 800?
11   A.  Correct.
12   Q.  When you say "cut," that's the
13 mixture -- the 50/50 mixture you testified to a
14 moment ago?
15   A.  Yeah.  It's not 50/50, but close
16 enough.  It's cut.
17   Q.  And one of the other comments you made
18 with regards to Mr. Morris, you testified that you
19 delivered methamphetamine to Mr. Morris at his
20 house in Ontario --
21   A.  Correct.
22   Q.  -- is that right?
23       And the period of time that you claim
24 to have delivered that was from early March
25 through mid-May?

132

1   A. Somewhere in there. It was March --
2   mid-March to on.
3       Q. Okay. At that Ontario house location?
4   A. Correct.
5       MR. BORTON: Okay. Thank you.
6       I have no further questions,
7   Your Honor.
8       THE COURT: Mr. Heineman.
9       MR. HEINEMAN: Thank you.
10          CROSS-EXAMINATION
11  BY MR. HEINEMAN:
12      Q. Mr. Vertner, for my clarity because I
13  possibly heard wrong, how much did -- you say that
14  you usually would cut the meth somewhere between
15  25 to 50 percent; is that correct?
16      A. Correct. Of -- yes, for an ounce of
17  meth.
18      Q. For an ounce of meth. And how much did
19  you pay for that ounce of meth?
20      A. $1300 an ounce.
21      Q. Did you usually take delivery from
22  Mr. Beltran?
23      A. A lot of times I did, yes.
24      Q. Okay. And how much would you sell that
25  meth for?

133

1   A. In increments or per ounce?
2       Q. Let's say, yeah, per ounce yourself.
3   A. Fourteen- to 1500, 1600 sometimes.
4       Q. Okay. So approximately how many -- so
5   one ounce of meth could create 2 ounces of product
6   for you to sell, correct, if you cut it 50
7   percent?
8   A. No. One ounce -- at most,
9   one-and-a-half ounces.
10      Q. Okay. And when you sold this to your
11  clients, did they know that you had cut it with
12  filler?
13      A. Some of them suspected it, I suppose.
14      Q. But you never told them you did?
15      A. No.
16      Q. They thought they were just buying
17  meth; right?
18      A. Right.
19      Q. Okay. But you didn't inform them; you
20  kept that hid, right?
21      A. Sometimes I did, sometimes I didn't.
22      Q. You stated that in your first interview
23  with Detective Stennett, that you met Fabian
24  Beltran through Johnny Tambunga; is that correct?
25      A. Correct.

134

1       Q. And did that occur during the month
2   that you were released on -- from parole?
3   A. No.
4       Q. What month were you released from
5   parole?
6   A. I believe I got -- I don't know what
7   day it was I gold-sealed, but I had a -- they --
8   they granted my parole on August 1st, about around
9   there.
10      Q. August 1st of 2011?
11      A. Yeah. Granted parole and discharge is
12  a different thing. They granted my -- they
13  granted my early parole on August 1st of 2011.
14      Q. And when was your discharge, I guess?
15      A. I don't know.
16      Q. Is a discharge the official ending of
17  all proceedings --
18      A. Yes.
19      Q. -- against you?
20      A. Yes.
21      Q. Okay. You stated that, so far, you
22  have been involved in -- is it three felony
23  convictions or four? I missed. We had the one --
24  we had the three drug ones I think we have already
25  talked about with the prosecutor. But there is

135

1   also a paper felony; is that correct? Is that
2   what you said?
3   A. It was a walk-away felony for --
4       Q. Walk-away?
5   A. Yeah -- having a razor in jail.
6       Q. Okay. With a walk-away, did you also
7   state that you were picked up on possession, as
8   well? Did I hear that right? I just want to be
9   clear.
10      A. That was at the same time. That's why
11  I got the walk-away. I came down --
12      Q. Were you on work release when you
13  walked away?
14      A. I had -- I was on work crew, and I had
15  a visitation pass from my parole officer from
16  Washington, and I was arrested for possession in
17  Idaho. I didn't make it back before my visitation
18  pass was up.
19      Q. Okay. So you were in jail because of
20  possession?
21      A. Right.
22      Q. And then you got the release, but you
23  failed to come back in time; is that correct?
24      A. I was on a visitor pass, got arrested
25  for possession, and the visitor pass came up while

136

1 I was in jail. So that's how I got the felony.
2 **Q.** So you were -- already had committed a
3 crime, and you had a sentence. But then you got
4 out on release, and you committed a crime;
5 correct?
6 **A.** Correct.
7 **Q.** When you go before judges or you talk
8 to your parole officers or your probation
9 officers, do they -- have they ever given you
10 general warnings about not going back into a life
11 of crime when you're done making amends with
12 society, doing good?
13 **A.** Yes.
14 **Q.** And do you tell them, "Yes, that's what
15 I'm going to do. I'm going to try. I'm going to
16 do that. I'm never going to go back in jail
17 again"? Have you ever told any of them that?
18 **A.** Yes.
19 **Q.** But, yet, soon after your probation,
20 you got back into selling drugs with Mr. Beltran;
21 is that correct?
22 **A.** Yes.
23 MR. HEINEMAN: No further questions,
24 Your Honor.
25 THE COURT: Any cross-examination,

137

1 Ms. Berglund?
2 MS. BERGLUND: Yes.
3 CROSS-EXAMINATION
4 BY MS. BERGLUND:
5 **Q.** You said that Johnny Tambunga told you
6 he had one customer named Dawson; is that true?
7 **A.** He -- yeah, I knew he sold to him, yes.
8 **Q.** Okay. And he never told you about any
9 other customers?
10 **A.** Just nicknames, but I don't know. I
11 don't know who they were.
12 **Q.** Did he ever -- did you ever hear the
13 name Jim Loveland?
14 **A.** No.
15 **Q.** And prior to being arrested in this
16 case or coming into the courtroom today, have you
17 ever seen Mr. Loveland?
18 **A.** Not that I can recall.
19 **Q.** You noted in that phone call with Che,
20 or Mr. Sanchez, that he was using a number of
21 different telephone numbers calling from pay
22 phones. Did he normally call you from his cell
23 phone?
24 **A.** Yes.
25 **Q.** And so it was unusual for him to call

138

1 you from a pay phone or multiple different
2 numbers?
3 **A.** He would change his phone number
4 occasionally but not like that particular week,
5 no.
6 MS. BERGLUND: Okay. No further questions.
7 THE COURT: Redirect, Ms. Lamprecht.
8 MS. LAMPRECHT: Thank you, Your Honor.
9 REDIRECT EXAMINATION
10 BY MS. LAMPRECHT:
11 **Q.** Mr. Vertner, you were asked if
12 probation officers ever warned you not to go back
13 to methamphetamine; and, yet, it appears you have
14 gone back a number of times.
15 Would you explain to the jury what made
16 you continue going back?
17 **A.** This last time was -- well, as far as
18 my addiction, but I just needed to pay bills.
19 **Q.** Needed to pay bills. And you said your
20 addiction. What is it that you're addicted to?
21 **A.** Meth.
22 **Q.** In your experience, how addictive is
23 methamphetamine?
24 **A.** Highly.
25 **Q.** If you take it one time, what is

139

1 your -- what are your chances of not taking it
2 again?
3 **A.** Ten percent.
4 MR. BORTON: Objection, Your Honor.
5 Foundation.
6 THE COURT: Sustained.
7 BY MS. LAMPRECHT:
8 **Q.** Do you know -- how many people do you
9 know that have dabbled in meth and successfully
10 stayed off it?
11 **A.** I can count them on one hand.
12 **Q.** And these are out of all the people you
13 testified that you knew about that you sold to and
14 were selling to?
15 **A.** Yes.
16 **Q.** Were most of your customers also
17 methamphetamine users?
18 **A.** Every one of them.
19 **Q.** You were asked by Mr. Borton about a
20 person named Jessica Derr. When did you know
21 Jessica Derr?
22 **A.** 2006, I believe.
23 **Q.** What was your relationship with her in
24 2006?
25 **A.** She was my girlfriend.

140

1  Q. And what was she -- and you were
2  arrested at the time that she was your girlfriend;
3  is that correct?
4  A. Correct.
5  Q. Is that what you testified about?
6  A. Correct.
7  Q. Okay.  And was she also arrested at
8  this time?
9  A. Shortly after, yes.
10  Q. What was she doing?
11  A. She was -- she was using and delivering
12  meth, too.
13  Q. Was she getting money for it?
14  A. She got whatever she wanted.
15  Q. Not from you.  Did you she collect
16  money from your customers?
17  A. Oh, yes.
18  Q. When is the last time you saw Jessica
19  Derr?
20  A. Shortly before I was incarcerated.
21  Q. Where did you see her?
22  A. At Mike Morris's house and her house.
23  Q. Did you know what her relationship with
24  Michael Morris was?
25  A. Friends, I suppose.

141

1  Q. And when you saw her at Michael
2  Morris's house, what was she doing?
3  A. Using drugs and cleaning his house,
4  mainly.
5  Q. And when you say "using drugs," what
6  drug are you talking about?
7  A. Meth.
8  Q. And when she was arrested in 2006, was
9  she, to your knowledge, convicted of a felony?
10  A. Yes.
11  Q. Now, there was quite a bit of
12  conversation about all of your customers.  I
13  wanted to ask you -- you know a lot of last names
14  for some of them; you didn't know others.  Is
15  there -- when you're dealing meth with people, do
16  you always use full names?
17  A. No.
18  Q. What is -- what is the general practice
19  when you're giving somebody methamphetamine,
20  especially early on in a relationship?
21  A. You want to know very little about
22  them.
23  Q. And so what names do people use?
24  A. Nicknames.
25  Q. Not their real names?

142

1  A. It's not wise.
2  Q. Or probably not their full names, I
3  guess?
4  A. Yeah, not their full names.
5  Q. And let me go to -- you were asked
6  about a felony conviction for using a razor.  Did
7  you try to use that razor on anyone?
8  A. No.  It was found in my cell.
9  Q. Okay.  There was some discussion about
10  your not telling Michael Morris that you were
11  working for law enforcement at the time you called
12  him and your not telling Che and Fabian that you
13  were working for law enforcement officers when you
14  were setting up the controlled buy.
15  What would have happened if you had
16  told them that you were working for law
17  enforcement?
18  MR. HEINEMAN:  Objection.  Calls for
19  speculation.
20  THE COURT:  Sustained.
21  BY MS. LAMPRECHT:
22  Q. What do you think would have happened
23  if you had told them that you were working for law
24  enforcement?
25  MR. HEINEMAN:  Same objection.

143

1  THE COURT:  Overruled.
2  THE WITNESS:  Probably would have never
3  heard from them again.
4  BY MS. LAMPRECHT:
5  Q. At the time that you started to
6  cooperate with law enforcement after your arrest
7  on May 15th, to your knowledge, did they know that
8  you had methamphetamine in your house?
9  A. They didn't know I had methamphetamine
10  in my house.
11  Q. Did they know that you might have a gun
12  at your house?
13  A. No.
14  Q. Did they know that you were buying
15  methamphetamine from Che and Fabian on a regular
16  basis?
17  A. They had suspicions.
18  Q. Did they know that methamphetamine was
19  being dealt regularly out of Trailer No. 10?
20  A. Yes.
21  Q. So they knew some things that you told
22  them and not others?
23  A. Correct.
24  Q. There was some talk about the debt that
25  you owed Che at the time that you were arrested.

144

1  Was any of that debt incurred because other people
2  owed you money for meth?
3       **A.**  Yes.
4       **Q.**  Who were the people that you needed to
5  collect money from still in order to pay that debt
6  to Che?
7       **A.**  Trenton Keisel, Fidel Torres, K.C.
8  Hensley, Travis Coleman, Michael Morris.
9       **Q.**  How much did you say Michael Morris
10 owed you?
11      **A.**  Around $1850 or something, around
12 there.
13      **Q.**  And by the way, when you were
14 cooperating with law enforcement -- and I'm sorry
15 to jump around this way -- and you made the
16 telephone calls, did you do those on your own
17 volition, or were you acting under someone's
18 direction?
19      **A.**  I volunteered at first, and
20 then -- then I was doing it under Jess Stennett's
21 directions.
22      **Q.**  You talked about you and Amy finding
23 out that Amy was pregnant.  After she found out
24 she was pregnant, did she take methamphetamine
25 anymore after that?

145

1       **A.**  Not to my knowledge.
2       MS. LAMPRECHT:  May I have just a moment,
3  Your Honor?
4       THE COURT:  Yes.
5       MS. LAMPRECHT:  I have no further questions,
6  Your Honor.
7       THE COURT:  Any recross, Mr. Borton?
8       MR. BORTON:  No, Your Honor.
9       THE COURT:  Mr. Heineman?
10      MR. HEINEMAN:  Yes.  Just briefly,
11 Your Honor.
12      THE COURT:  Yes.
13           RECROSS-EXAMINATION
14 BY MR. HEINEMAN:
15      **Q.**  You stated that you're a meth addict;
16 is that correct, Mr. Vertner?
17      **A.**  Correct.
18      **Q.**  And you're also familiar with other
19 meth addicts?
20      **A.**  Correct.
21      **Q.**  Are you also familiar with the habits
22 of meth addicts?  Do you feel they have certain
23 habits?
24      **A.**  Yes.
25      **Q.**  Would you think that lying, cheating,

146

1  stealing, compromising their morals, simply doing
2  anything they have to do to get more meth -- would
3  those all kind of fall in line with the habits of
4  a meth addict?
5       **A.**  Yes.
6       MR. HEINEMAN:  Thank you.  I have no further
7  questions -- oh, I'm sorry.  I do have one further
8  question.
9  BY MR. HEINEMAN:
10      **Q.**  How much did you say you made per week
11 selling meth -- you cleared?
12      **A.**  It varied.  A thousand to 2,000 would
13 be an estimate.
14      **Q.**  A thousand to 2,000?
15      **A.**  A week would be an estimate, rough.
16      **Q.**  But that was above what you were buying
17 it for; correct?
18      **A.**  Correct.
19      **Q.**  Okay.  So that was profit?
20      **A.**  Profit, yes.
21      **Q.**  But how much did you still owe Fabian
22 for meth?
23      **A.**  Around $6,000 or so.
24      **Q.**  So you made somewhere between -- over a
25 six-month period of time, which would be 1,000 to

147

1  2,000 a week, 26 weeks, you had over about maybe
2  somewhere between 26- and $50,000, but you didn't
3  have enough to consistently pay your debt to
4  Mr. Beltran?
5       **A.**  My debt was consistently paid.  That
6  was a debt for a week or two.
7       **Q.**  Just a week or two.
8       MR. HEINEMAN:  Thank you.  No further
9  questions, Your Honor.
10      THE COURT:  Ms. Berglund?
11      MS. BERGLUND:  No, Your Honor.
12      THE COURT:  Anything else for this witness?
13      MS. LAMPRECHT:  Very briefly, Your Honor.
14           FURTHER REDIRECT EXAMINATION
15 BY MS. LAMPRECHT:
16      **Q.**  Mr. Vertner, when is the last time that
17 you took methamphetamine?
18      **A.**  The day I was arrested.
19      **Q.**  May 15th?
20      **A.**  Correct.
21      **Q.**  Are you under the influence of
22 methamphetamine or any other drug right now?
23      **A.**  No.
24      **Q.**  Have you said anything today, either
25 when I have been talking to you or when the

148

1    defense has been asking you questions, that is not
2    the truth?
3        **A.** No.
4        **Q.** And when you say that you owed $6,000
5    at the time that you were arrested, who was that
6    money going to?
7        MR. HEINEMAN:  Objection.  Asked and
8    answered.
9        MS. LAMPRECHT:  I don't --
10       THE COURT:  Overruled.
11       THE WITNESS:  To Che.
12 BY MS. LAMPRECHT:
13       **Q.** It was Che?
14       **A.** It was Che.
15       **Q.** Between Fabian and Che, who was in
16    charge?
17       **A.** Che.
18       MS. LAMPRECHT:  No further questions,
19    Your Honor.
20       THE COURT:  Anything else, Counsel?
21       MR. BORTON:  No, Your Honor.
22       MR. HEINEMAN:  No questions, Your Honor.
23       MS. BERGLUND:  No, Your Honor.
24       THE COURT:  You may step down.
25         (End partial transcript.)

1      R E P O R T E R' S   C E R T I F I C A T E

2

3

4

5          I, Tamara I. Hohenleitner, Official

6  Court Reporter, State of Idaho, do hereby certify:

7          That I am the reporter who transcribed

8  the proceedings had in the above-entitled action

9  in machine shorthand and thereafter the same was

10  reduced into typewriting under my direct

11  supervision; and

12         That the foregoing transcript contains a

13  full, true, and accurate record of the proceedings

14  had in the above and foregoing cause.

15         IN WITNESS WHEREOF, I have hereunto set

16  my hand January 21, 2013.

17

18

19

20                   -s-
        Tamara I. Hohenleitner

21      Official Court Reporter
        CSR No. 619

22

23

24

25

## $

**$1,000** [1] - 63:7
**$1,300** [2] - 16:18, 21:15
**$100** [1] - 38:7
**$1300** [1] - 132:20
**$1850** [3] - 69:1, 80:25, 144:11
**$2,000** [2] - 72:8, 81:2
**$20** [1] - 28:6
**$250** [1] - 82:10
**$2500** [1] - 90:5
**$5,000** [1] - 128:23
**$50** [2] - 12:24, 28:6
**$50,000** [1] - 147:2
**$500** [1] - 131:7
**$6,000** [4] - 80:19, 128:11, 146:23, 148:4
**$6700** [1] - 114:10
**$800** [1] - 131:8
**$900** [1] - 82:10

## '

**'09** [1] - 129:5
**'12** [1] - 129:5

## 1

**1** [2] - 26:18, 131:3
**1,000** [1] - 146:25
**1,300** [1] - 34:21
**1,400** [3] - 29:4, 34:17, 34:21
**1,500** [1] - 34:17
**1,600** [2] - 29:4, 29:7
**10** [17] - 20:10, 20:16, 20:21, 21:1, 25:11, 25:17, 25:24, 26:4, 27:6, 40:3, 40:4, 40:7, 44:15, 46:13, 70:8, 88:15, 143:19
**12** [1] - 22:24
**12-155-S-BLW** [1] - 36:5
**14** [1] - 29:7
**15** [4] - 4:2, 88:15, 98:19, 113:13
**15-minute** [1] - 124:4
**1500** [1] - 133:3
**15th** [17] - 72:9, 109:6, 110:10, 110:14, 115:2, 115:5, 115:15, 115:19, 120:21, 120:23, 120:24, 121:7, 121:19, 126:9, 130:14, 143:7,

147:19
**16** [1] - 36:2
**1600** [1] - 133:3
**16th** [3] - 91:17, 91:21, 110:1
**17th** [2] - 120:7, 120:10
**18** [3] - 6:19, 9:9, 72:8
**19** [1] - 6:19
**1st** [3] - 134:8, 134:10, 134:13

## 2

**2** [12] - 13:8, 14:2, 20:12, 21:20, 23:12, 26:24, 31:2, 86:19, 87:16, 114:19, 131:7, 133:5
**2,000** [4] - 63:7, 146:12, 146:14, 147:1
**20** [3] - 5:18, 12:24, 66:4
**200** [1] - 131:10
**2003** [2] - 7:13, 107:6
**2004** [3] - 7:18, 107:8, 107:9
**2005** [1] - 122:24
**2006** [7] - 7:18, 106:14, 123:2, 123:4, 139:22, 139:24, 141:8
**2007** [3] - 106:14, 106:25
**2008** [1] - 106:13
**2009** [2] - 8:1, 129:3
**2010** [2] - 39:10, 119:9
**2011** [19] - 10:15, 10:17, 10:21, 11:24, 14:5, 15:15, 15:16, 16:3, 16:14, 16:25, 43:25, 44:5, 47:6, 118:17, 119:9, 119:17, 122:19, 134:10, 134:13
**2012** [34] - 24:11, 25:23, 26:2, 27:15, 30:6, 30:11, 30:23, 35:1, 43:25, 44:6, 44:23, 50:4, 53:11, 53:21, 56:17, 57:6, 57:11, 63:12, 64:13, 64:21, 84:22, 102:24, 116:10, 116:11, 116:13, 116:24, 117:1, 117:4, 122:19, 126:8, 127:4, 128:19, 128:24,

130:9
**2013** [2] - 4:2, 36:2
**22** [1] - 38:10
**24th** [2] - 8:1, 129:3
**25** [1] - 132:15
**250** [1] - 83:20
**26** [2] - 147:1, 147:2
**27** [2] - 88:23, 89:1
**2:00** [2] - 88:18, 109:7

## 3

**3.5** [1] - 27:22
**30** [2] - 108:22, 117:21
**30-year** [1] - 109:2
**38** [1] - 19:10
**39** [4] - 32:15, 33:2, 33:9, 50:14
**3:05** [1] - 109:9

## 4

**4** [4] - 16:15, 16:20, 70:6, 130:23
**40** [4] - 58:5, 58:11, 58:16, 58:18
**400** [1] - 28:22
**41** [1] - 47:21
**41A** [3] - 48:7, 48:24, 49:7
**42** [2] - 11:2, 64:2
**43** [5] - 11:8, 11:16, 11:20, 11:22, 64:9
**44** [5] - 32:22, 32:25, 33:18, 33:24, 34:5
**45** [3] - 14:22, 15:2, 15:10
**450** [1] - 83:20
**46** [2] - 73:19, 74:4, 74:8, 74:16

## 5

**5** [3] - 24:24, 83:20, 131:7
**50** [5] - 82:21, 83:2, 83:13, 132:15, 133:6
**50/50** [2] - 131:13, 131:15
**500** [3] - 82:10, 131:10
**51** [1] - 53:24

## 6

**6** [3] - 25:25, 41:7, 130:23
**67** [4] - 8:15, 9:5, 9:7, 108:7

## 7

**700** [2] - 28:23, 52:8
**73** [4] - 94:13, 94:20, 97:11, 98:15
**73A** [6] - 94:10, 94:21, 94:25, 95:1, 97:11, 98:15
**750** [1] - 52:8

## 8

**8** [1] - 108:17
**800** [2] - 35:4, 131:10
**804** [5] - 10:25, 11:12, 63:25, 64:10, 119:8
**8:30** [1] - 35:14

## A

**ability** [2] - 124:16, 125:1
**able** [3] - 93:13, 93:16, 124:18
**absent** [1] - 124:12
**abuse** [1] - 130:1
**accident** [1] - 66:9
**accuracy** [1] - 95:18
**accurate** [4] - 81:18, 94:1, 94:12, 96:5
**accurately** [1] - 94:16
**acknowledge** [1] - 110:24
**acquired** [1] - 114:18
**act** [1] - 116:6
**acting** [1] - 144:17
**activities** [1] - 113:4
**acts** [1] - 122:5
**Ada** [1] - 102:7
**addict** [2] - 145:15, 146:4
**addicted** [1] - 138:20
**addiction** [2] - 138:18, 138:20
**addictive** [1] - 138:22
**addicts** [2] - 145:19, 145:22
**address** [2] - 11:12, 101:14
**addressed** [1] - 106:5
**admit** [1] - 97:11
**admitted** [28] - 8:16, 9:6, 9:7, 11:20, 11:22, 15:8, 15:10, 32:15, 33:8, 33:9, 34:3, 34:5, 38:11, 47:22, 47:24, 49:5, 49:7, 58:16, 58:18, 64:4, 74:15, 74:16, 83:3, 88:25, 89:1,

95:9, 95:10, 97:12
**admonish** [2] - 35:15, 124:5
**admonition** [2] - 35:16, 98:7
**advance** [1] - 97:6
**aftercare** [1] - 130:4
**afternoon** [3] - 35:13, 35:23, 87:6
**afterwards** [2] - 79:21, 115:14
**ago** [4] - 117:18, 117:21, 121:12, 131:14
**agree** [1] - 87:14
**agreed** [2] - 9:21, 76:1
**agreement** [13] - 8:12, 8:21, 8:24, 9:10, 9:20, 10:6, 21:5, 108:3, 108:8, 108:13, 108:18, 108:20, 111:21
**ahead** [5] - 45:10, 51:7, 98:12, 113:6, 113:18
**aid** [2] - 97:14, 97:20
**Allen** [1] - 36:7
**alley** [1] - 78:21
**allow** [3] - 98:5, 98:12, 100:16
**allowed** [1] - 112:14
**almost** [8] - 18:24, 25:14, 25:15, 25:19, 46:14, 56:21
**altogether** [1] - 16:15
**Amanda** [1] - 103:20
**Amber** [19] - 19:8, 19:14, 19:20, 20:1, 26:7, 26:8, 26:11, 40:24, 44:22, 46:5, 46:20, 56:18, 56:25, 84:21, 84:25, 92:9, 99:8, 100:24, 122:15
**amends** [1] - 136:11
**America** [1] - 36:5
**amount** [2] - 28:2, 87:15
**amounts** [6] - 27:14, 27:23, 28:7, 28:15, 82:11, 82:16
**Amy** [47] - 10:19, 10:20, 10:23, 11:6, 11:14, 12:6, 12:8, 14:5, 19:24, 63:18, 63:21, 63:24, 64:6, 64:8, 64:15, 64:22, 65:6, 65:21, 67:11, 67:15, 67:21, 70:3, 70:15, 71:5, 76:22, 76:25, 114:22,

115:4, 115:7,
115:12, 115:16,
115:17, 115:20,
115:24, 116:6,
116:9, 116:23,
117:2, 117:25,
118:1, 119:15,
120:8, 120:16,
120:24, 126:9,
144:22, 144:23
**Amy's** [3] - 69:12,
69:18, 77:18
**answer** [2] - 44:2,
118:4
**answered** [2] -
123:13, 148:8
**anyways** [1] - 77:11
**apartment** [5] - 47:18,
48:19, 48:21, 49:10,
49:20
**apologize** [2] - 32:25,
120:23
**Applebee's** [1] - 87:2
**appreciate** [1] -
117:21
**approach** [2] - 95:22,
111:16, 111:17
**approve** [1] - 12:12
**April** [16] - 8:1, 50:4,
50:25, 52:3, 53:21,
54:16, 56:24, 57:6,
57:10, 57:24, 63:1,
63:11, 63:13, 63:14,
64:12, 129:3
**area** [3] - 5:12, 5:13,
100:17
**argument** [1] - 112:25
**arrange** [3] - 76:14,
86:17, 86:25
**arranged** [1] - 66:10
**arrangement** [3] -
21:11, 21:25, 77:12
**arrangements** [2] -
63:12, 77:10
**arranging** [1] - 114:20
**arrest** [2] - 102:22,
109:13, 110:13,
115:1, 120:21,
120:22, 121:8,
123:6, 143:6
**arrested** [31] - 69:7,
69:10, 71:7, 75:11,
75:12, 75:14, 75:17,
91:24, 92:1, 92:5,
93:9, 100:1, 101:24,
109:6, 110:6, 110:8,
110:10, 114:5,
114:6, 122:23,
126:24, 130:14,
135:16, 135:24,

137:15, 140:2,
140:7, 141:8,
143:25, 147:18,
148:5
**assist** [1] - 123:19
**assistance** [2] -
108:14, 111:4
**assisting** [2] - 110:2,
113:10
**associate** [1] - 113:23
**assume** [2] - 96:14,
112:1
**ate** [1] - 65:2
**attended** [1] - 6:13
**attention** [4] - 10:14,
36:25, 39:8, 125:16
**attorney** [1] - 53:1
**attorneys** [1] - 35:22
**audio** [2] - 83:7, 95:14
**August** [3] - 134:8,
134:10, 134:13
**available** [1] - 83:9
**average** [1] - 130:24
**avoid** [2] - 35:21,
109:2, 127:24
**aware** [4] - 43:16,
108:21, 115:19,
128:6

# B

**backpack** [7] - 77:19,
77:24, 78:20, 78:25,
79:12, 79:14, 79:23
**bag** [4] - 74:20, 78:13,
78:16
**baggie** [1] - 26:18
**baggies** [2] - 90:11,
90:12
**bags** [3] - 78:6, 78:7,
78:9
**ball** [2] - 27:18, 27:21
**balls** [2] - 27:16, 27:24
**bar** [2] - 127:13,
127:16
**Bar** [7] - 17:22, 18:2,
18:23, 19:5, 20:19,
23:14, 127:5
**based** [2] - 71:25,
129:15
**basis** [5] - 25:22, 43:6,
92:21, 112:19,
143:16
**bathroom** [1] - 49:16
**bears** [1] - 100:12
**became** [2] - 13:20,
111:24
**become** [1] - 128:6
**bedroom** [2] - 49:19,
78:3

**bedrooms** [1] - 77:15
**Beehive** [3] - 42:20,
42:23, 42:25
**beers** [1] - 21:2
**began** [1] - 109:9
**beginning** [3] - 98:18,
107:4, 119:10
**behalf** [1] - 110:20
**beige** [1] - 53:3
**belonged** [1] - 49:10
**Beltran** [39] - 17:5,
17:25, 18:22, 20:24,
24:15, 25:3, 39:19,
40:25, 41:15, 41:21,
53:12, 54:19, 54:21,
55:5, 55:23, 56:4,
56:7, 70:11, 80:17,
81:8, 85:7, 85:9,
85:25, 88:12, 90:7,
102:9, 113:23,
114:4, 114:10,
114:21, 128:7,
128:19, 130:9,
130:17, 130:18,
132:22, 133:24,
136:20, 147:4
**bench** [1] - 111:16
**benefit** [3] - 10:2,
10:6, 108:14
**Benjamine** [2] - 4:6,
4:22
**BENJAMINE** [2] -
4:17, 4:25
**Berglund** [2] - 137:1,
147:10
**BERGLUND** [15] - 9:2,
11:17, 15:5, 33:4,
49:2, 58:13, 74:13,
82:24, 95:5, 112:6,
137:2, 137:4, 138:6,
147:11, 148:23
**between** [15] - 24:17,
31:21, 44:5, 44:23,
53:1, 53:10, 79:15,
88:18, 97:23,
100:13, 106:25,
132:14, 146:24,
147:2, 148:15
**beyond** [1] - 13:4
**big** [1] - 125:16
**bills** [3] - 61:16,
138:18, 138:19
**Billy** [2] - 103:16,
105:3
**bit** [7] - 14:10, 52:14,
72:21, 100:4,
110:25, 116:20,
141:11
**black** [1] - 31:22
**boil** [2] - 60:8, 60:10

**born** [1] - 5:8
**borrowing** [1] - 39:23
**BORTON** [38] - 9:3,
11:19, 15:6, 33:5,
34:1, 49:3, 50:20,
51:2, 58:14, 58:22,
74:11, 79:4, 83:1,
95:7, 102:16,
102:19, 112:4,
113:19, 113:20,
116:18, 116:21,
116:22, 118:3,
118:14, 118:15,
120:11, 120:14,
122:9, 124:1, 126:5,
126:6, 128:16,
129:19, 129:21,
132:5, 139:4, 145:8,
148:21
**Borton** [9] - 95:6,
102:17, 112:3,
113:18, 118:11,
126:3, 129:18,
139:19, 145:7
**bought** [2] - 15:23,
40:12
**bounced** [3] - 45:3,
45:4, 45:12
**Brad** [1] - 104:20
**break** [5] - 32:3,
99:16, 113:14,
123:23, 124:2
**breaking** [2] - 32:10,
35:7
**Brian** [2] - 104:14,
105:2
**briefly** [3] - 8:2,
145:10, 147:13
**bring** [5] - 60:7, 60:10,
87:15, 112:15,
126:17
**bringing** [1] - 111:21
**broke** [2] - 119:12,
119:25
**brought** [1] - 85:1
**business** [3] - 24:12,
41:25, 46:6
**buy** [15] - 12:23,
16:12, 17:12, 31:1,
34:7, 52:15, 85:16,
85:18, 86:19, 86:21,
86:25, 87:22, 87:24,
91:18, 142:14
**buying** [13] - 15:21,
16:4, 34:10, 34:25,
37:14, 43:4, 43:24,
52:2, 52:14, 52:20,
133:16, 143:14,
146:16
**BY** [54] - 5:5, 9:8,

11:23, 13:6, 13:16,
15:11, 23:1, 24:10,
32:13, 33:10, 34:6,
36:21, 38:14, 41:8,
42:16, 43:8, 44:4,
45:9, 47:25, 49:8,
50:23, 51:8, 53:8,
54:2, 58:19, 59:1,
64:7, 74:22, 79:9,
83:14, 89:3, 93:5,
98:16, 99:19,
100:20, 102:19,
113:20, 116:22,
118:15, 120:14,
122:9, 126:6,
128:16, 129:21,
132:11, 137:4,
138:10, 139:7,
142:21, 143:4,
145:14, 146:9,
147:15, 148:12

# C

**Caldwell** [1] - 87:1
**caller** [1] - 98:25
**Camacho** [1] - 104:22
**Campbell** [18] - 30:7,
57:7, 58:3, 58:9,
58:20, 59:5, 59:8,
59:13, 61:3, 61:18,
61:19, 61:24, 62:1,
62:4, 62:12, 62:23,
93:1
**capacity** [2] - 110:25,
114:23
**car** [21] - 37:8, 39:9,
39:11, 42:2, 42:7,
54:24, 67:2, 68:14,
71:24, 72:12, 72:16,
72:20, 73:8, 73:13,
74:24, 88:5, 88:19,
89:16, 114:19,
121:9, 121:24
**careful** [2] - 35:21,
113:15
**carefully** [1] - 83:7
**carrying** [1] - 75:4
**cars** [5] - 39:13, 40:1,
40:16, 41:15, 42:4
**Case** [1] - 36:5
**case** [14] - 8:7, 9:22,
35:20, 102:1, 102:2,
106:9, 106:11,
108:4, 112:14,
123:10, 124:5,
124:7, 125:4, 137:16
**cash** [1] - 34:14
**caught** [2] - 100:25,
101:17

caused [1] - 8:3
Cavazos [13] - 10:19, 10:21, 11:6, 14:5, 63:18, 64:6, 64:15, 64:22, 76:22, 114:22, 118:16, 120:16, 126:10
Cavazos' [1] - 11:14
cell [3] - 98:20, 137:22, 142:8
cellophane [1] - 90:15
center [1] - 90:20
certain [1] - 145:22
certainly [1] - 97:3
chance [5] - 32:10, 51:5, 96:20, 97:6, 112:1
chances [1] - 139:1
change [4] - 28:8, 51:16, 63:12, 138:3
changed [2] - 41:15, 42:21
changing [1] - 40:1
Chapman [5] - 30:8, 33:15, 33:22, 62:21, 103:10
charge [8] - 28:4, 28:20, 29:2, 34:19, 52:6, 106:9, 106:18, 148:16
charged [2] - 34:19, 106:15
charges [1] - 122:24
charging [2] - 35:3, 37:18
chase [1] - 71:23
chat [1] - 112:2
Che [58] - 17:18, 17:19, 17:24, 18:22, 20:24, 21:4, 21:17, 22:11, 23:13, 23:18, 23:24, 24:8, 24:12, 24:17, 24:20, 24:22, 25:5, 25:7, 26:15, 26:25, 27:12, 39:5, 39:11, 39:19, 39:22, 40:12, 41:25, 42:18, 43:3, 43:10, 53:12, 61:9, 61:10, 61:11, 63:1, 64:19, 64:22, 80:17, 87:12, 93:2, 93:6, 94:2, 94:7, 99:3, 100:2, 100:6, 101:6, 101:21, 137:19, 142:12, 143:15, 143:25, 144:6, 148:11, 148:13, 148:14, 148:15, 148:17
cheaper [3] - 51:20,

52:10, 52:13
cheating [1] - 145:25
children [1] - 120:5
Chris [1] - 104:22
circle [1] - 49:15
circumstance [2] - 97:8, 124:17
circumstances [4] - 39:20, 55:1, 66:18, 98:2
claim [1] - 131:23
clarity [1] - 132:12
cleaning [1] - 141:3
clear [2] - 96:19, 135:9
cleared [1] - 146:11
clearly [1] - 129:17
clerk [2] - 4:14, 112:17
CLERK [3] - 4:20, 4:24, 36:4
Clevenger [14] - 14:10, 15:1, 15:13, 15:17, 30:7, 34:23, 34:25, 45:20, 61:20, 61:22, 61:25, 62:22, 103:6, 105:22
client [3] - 111:23, 112:2, 125:19
clients [1] - 133:11
Clifford's [2] - 20:3, 20:16
close [1] - 131:15
closet [2] - 48:20, 49:18
closing [1] - 18:24
Coblentz [12] - 30:9, 45:18, 46:25, 47:1, 47:16, 48:5, 49:11, 50:2, 57:8, 61:14, 103:12, 122:11
Coblentz's [1] - 48:22
cocaine [1] - 6:23
coconspirator [1] - 102:6
coconspirators [1] - 92:23
codefendants [2] - 91:23, 101:25
Coleman [8] - 69:15, 69:24, 70:20, 71:14, 71:20, 84:10, 106:1, 144:8
collect [8] - 46:15, 56:10, 59:7, 59:19, 62:19, 81:14, 140:15, 144:5
collected [1] - 62:15
collecting [1] - 59:9
college [5] - 5:20, 5:22, 5:25, 6:12, 6:14

College [1] - 6:15
color [1] - 72:18
coming [1] - 137:16
commences [2] - 95:23, 111:18
comments [1] - 131:17
committed [2] - 136:2, 136:4
communicate [2] - 124:18, 125:1
communication [1] - 100:12
Community [1] - 6:15
compared [2] - 68:14, 68:15
complete [2] - 4:20, 129:24
completed [1] - 129:3
completely [1] - 125:3
complied [3] - 74:21, 121:4, 121:16
complied) [1] - 9:16
comply [1] - 116:6
component [1] - 108:12
compromising [1] - 146:1
concealed [1] - 75:9
concerning [1] - 35:16
concerns [1] - 35:18
concluded [2] - 97:9, 113:8
conduct [2] - 35:16, 123:10
confer [1] - 111:23
conferring [1] - 125:18
confirmed [1] - 111:20
conjunction [1] - 85:11
consistently [1] - 147:3, 147:5
console [2] - 90:20, 91:5
conspiracy [6] - 7:11, 7:23, 8:7, 10:10, 91:20, 107:6
constant [1] - 27:8
construction [1] - 6:11
contact [1] - 35:21
container [2] - 74:1, 121:21
containing [1] - 78:16
continue [3] - 23:14, 49:25, 64:16, 64:18, 138:16
CONTINUED [1] - 36:20

controlled [3] - 106:12, 107:7, 142:14
conversation [24] - 40:1, 81:16, 81:19, 81:23, 85:3, 87:7, 92:11, 92:15, 93:14, 93:17, 93:21, 93:24, 94:2, 94:6, 94:13, 94:14, 94:23, 95:3, 98:18, 99:3, 99:21, 100:14, 126:23, 141:12
conversations [2] - 91:18, 102:21
convicted [6] - 7:6, 7:10, 7:11, 8:3, 122:23, 141:9
conviction [5] - 7:16, 7:25, 106:10, 107:22, 142:6
convictions [2] - 7:21, 134:23
cooperate [2] - 9:21, 143:6
cooperating [1] - 144:14
cooperation [2] - 9:25, 10:3
cops [1] - 111:6
copy [1] - 35:17
Correct [20] - 52:1, 60:15, 60:19, 61:2, 90:17, 103:19, 108:11, 109:3, 109:11, 115:3, 119:14, 121:10, 127:2, 127:6, 127:9, 131:21, 132:4, 133:25, 140:4, 145:20
correct [48] - 37:23, 47:7, 61:1, 65:5, 85:22, 92:5, 103:1, 106:17, 108:4, 108:5, 108:10, 108:23, 108:24, 109:7, 109:8, 109:25, 110:4, 110:11, 110:16, 113:23, 113:24, 114:2, 114:11, 114:16, 114:23, 121:9, 126:11, 126:12, 127:8, 131:1, 131:11, 132:15, 132:16, 133:6, 133:24, 135:1, 135:23, 136:5, 136:6,

136:21, 140:3, 140:6, 143:23, 145:16, 145:17, 146:17, 146:18, 147:20
correctly [1] - 131:9
cost [1] - 12:22
Counsel [4] - 95:4, 100:16, 112:10, 148:20
counsel [15] - 32:3, 35:7, 51:5, 76:5, 111:19, 112:16, 112:25, 113:6, 113:9, 123:22, 124:11, 124:14, 124:23, 125:9, 129:16
counsel's [2] - 118:4, 125:18
count [1] - 139:11
County [4] - 75:18, 75:22, 102:7, 107:19
couple [5] - 45:13, 48:14, 57:12, 78:6, 105:8
court [4] - 36:4, 99:10, 102:11
court's [1] - 35:16
courthouse [1] - 35:23
courtroom [7] - 23:24, 31:17, 52:20, 82:1, 124:19, 125:6, 137:16
cousins [1] - 24:18
cover [1] - 8:20
crack [1] - 60:8
Craig [1] - 30:14
crawl [5] - 77:14, 78:2, 78:15, 79:15, 79:17
cream [1] - 72:18
cream-color [1] - 72:18
create [1] - 133:5
credit [1] - 22:1
Crescent [7] - 17:22, 18:2, 18:23, 19:5, 20:19, 23:14, 127:5
crew [2] - 107:18, 135:14
crime [4] - 7:7, 136:3, 136:4, 136:11
crimes [1] - 8:4
criminal [3] - 106:7, 108:2, 113:4
Criminal [1] - 36:4
cross [2] - 102:15, 126:4, 136:25
CROSS [3] - 102:18,

132:10, 137:3
**cross-examination** [3] - 102:15, 126:4, 136:25
**CROSS-EXAMINATION** [3] - 102:18, 132:10, 137:3
**crystallize** [1] - 60:11
**crystals** [1] - 60:14
**customer** [3] - 37:12, 54:9, 137:6
**customers** [11] - 30:6, 36:23, 37:5, 37:10, 52:13, 59:25, 61:1, 137:9, 139:16, 140:16, 141:12
**cut** [21] - 29:9, 29:10, 29:15, 29:16, 29:17, 29:20, 51:24, 60:2, 60:3, 60:17, 60:20, 60:23, 131:6, 131:7, 131:10, 131:12, 131:16, 132:14, 133:6, 133:11
**cutting** [1] - 29:23

## D

**dabbled** [1] - 139:9
**daily** [1] - 92:20
**Dakota** [1] - 62:7
**Dani** [8] - 45:21, 45:22, 103:17, 103:18, 105:1, 105:7
**Dani's** [1] - 105:6
**dash** [1] - 74:2
**date** [2] - 120:13, 120:15
**dated** [1] - 19:21
**dating** [3] - 19:22, 44:24, 122:25
**Dawson** [5] - 22:22, 23:6, 23:7, 23:8, 137:6
**daytime** [1] - 40:21
**deadly** [2] - 107:10, 107:22
**dealing** [2] - 61:25, 141:15
**dealt** [1] - 143:19
**debt** [15] - 27:12, 38:4, 38:8, 38:20, 114:13, 114:18, 128:6, 128:10, 128:18, 143:24, 144:1, 144:5, 147:3, 147:5, 147:6
**December** [13] - 14:5, 15:14, 16:25, 19:23,

24:11, 43:24, 44:5, 47:5, 118:17, 119:10, 119:16, 122:19
**deception** [1] - 112:14
**decide** [5] - 10:11, 72:1, 86:20, 86:22, 124:20
**decided** [1] - 86:23
**decision** [1] - 124:24
**Deeno** [1] - 105:19
**defendant** [4] - 24:7, 31:25, 53:5, 96:18
**Defendant** [1] - 100:6
**defendant's** [1] - 124:24
**defendants** [1] - 111:22
**defense** [1] - 148:1
**degree** [2] - 107:9, 107:13
**deliver** [6] - 57:10, 57:15, 57:24, 59:14, 59:24, 59:25
**delivered** [5] - 54:17, 55:23, 84:16, 131:19, 131:24
**delivering** [2] - 27:9, 140:11
**delivery** [6] - 7:19, 7:21, 54:11, 106:12, 107:1, 132:21
**Denali** [1] - 67:4
**denied** [1] - 92:11
**Dennis** [1] - 36:6
**Denny's** [1] - 91:1
**depended** [1] - 60:22
**Derr** [5] - 123:1, 123:9, 139:20, 139:21, 140:19
**describe** [3] - 60:5, 66:18, 68:4
**described** [1] - 122:25
**detective** [1] - 78:21
**Detective** [7] - 76:4, 76:15, 78:23, 79:18, 79:20, 81:3, 91:8, 96:10, 133:23
**detectives** [3] - 77:17, 79:12, 85:12
**determine** [1] - 97:3
**device** [1] - 83:10
**difference** [1] - 29:8
**different** [7] - 29:7, 40:2, 45:14, 98:19, 134:12, 137:21, 138:1
**difficult** [1] - 96:1
**dinner** [4] - 65:2, 65:7, 65:9, 65:13

**Dino** [1] - 105:20
**Dino's** [1] - 105:23
**direct** [3] - 36:16, 39:7, 51:6
**DIRECT** [2] - 5:4, 36:20
**directing** [2] - 10:14, 36:24
**direction** [4] - 86:14, 112:12, 112:21, 144:18
**directions** [2] - 4:16, 144:21
**directly** [1] - 113:12
**discharge** [3] - 134:11, 134:14, 134:16
**discuss** [2] - 95:21, 124:5
**discussion** [1] - 142:9
**dish** [1] - 60:11
**dishonest** [2] - 110:25, 111:1
**distribute** [1] - 8:9
**document** [1] - 8:17
**dollar** [2] - 83:22, 83:24
**dollars** [3] - 27:20, 37:20, 101:12
**Don** [1] - 104:4
**done** [3] - 13:18, 96:2, 136:11
**door** [4] - 48:19, 48:20, 49:17, 49:18
**doors** [1] - 49:22
**dope** [1] - 46:12
**down** [7] - 39:21, 75:8, 79:3, 79:11, 90:25, 135:11, 148:24
**drank** [1] - 21:2
**draw** [3] - 9:14, 49:14, 125:15
**drawer** [1] - 123:16
**drawers** [1] - 123:18
**drilling** [1] - 62:7
**drinks** [1] - 18:3
**drive** [1] - 42:2
**driver's** [4] - 68:8, 68:11, 68:14, 68:15
**driveway** [1] - 66:23
**driving** [7] - 39:9, 39:12, 67:5, 67:7, 88:20, 89:10, 91:3
**drop** [1] - 25:17
**dropped** [1] - 60:18
**drove** [1] - 68:18
**drug** [11] - 7:14, 38:4, 38:7, 38:20, 91:19, 106:22, 117:5, 123:6, 134:24,

141:6, 147:22
**drugs** [15] - 6:2, 6:3, 6:20, 7:2, 14:20, 80:14, 80:20, 82:7, 123:15, 123:20, 126:20, 126:22, 136:20, 141:3, 141:5
**dry** [1] - 60:8
**dude** [1] - 85:5
**DUI** [2] - 75:13, 114:6
**duly** [1] - 4:18
**dump** [1] - 60:10
**during** [20] - 25:22, 26:1, 43:23, 45:2, 45:16, 46:5, 64:21, 85:18, 86:18, 94:6, 99:3, 99:20, 100:14, 115:23, 119:16, 120:24, 122:18, 127:10, 131:3, 134:1

## E

**early** [18] - 10:14, 11:24, 15:14, 19:23, 27:15, 28:12, 28:14, 30:6, 30:11, 30:23, 36:25, 39:9, 47:13, 127:4, 130:11, 131:24, 134:13, 141:20
**East** [5] - 10:25, 11:12, 63:25, 64:10, 119:8
**eat** [3] - 40:8, 65:11, 90:21
**Egbert** [1] - 104:20
**eight** [5] - 27:16, 27:18, 27:21, 27:24, 37:20
**eight-ball** [2] - 27:18, 27:21
**eight-balls** [2] - 27:16, 27:24
**eighteen** [1] - 6:7
**either** [2] - 44:14, 147:24
**electrical** [1] - 5:23
**encountered** [1] - 18:4
**end** [8] - 63:1, 63:11, 63:14, 64:12, 66:22, 73:25, 74:2, 119:16
**End** [1] - 148:25
**ending** [1] - 134:16
**enforcement** [26] - 80:7, 102:21, 109:1, 109:10, 109:13, 110:2, 110:7, 110:9, 110:15, 110:18,

110:20, 113:3, 114:1, 114:5, 114:8, 115:12, 115:16, 115:24, 126:16, 127:11, 142:11, 142:13, 142:17, 142:24, 143:6, 144:14
**engineering** [1] - 5:23
**English** [5] - 96:18, 100:9, 100:22, 124:16, 124:18
**enjoyable** [1] - 109:21
**enrolled** [2] - 128:25, 129:2
**entered** [2] - 108:3, 127:13
**entire** [1] - 54:9
**escape** [3] - 107:8, 107:12, 107:16
**escort** [1] - 124:10
**especially** [1] - 141:20
**essentially** [1] - 85:21
**establish** [1] - 120:12
**estimate** [3] - 25:21, 146:13, 146:15
**evening** [2] - 35:13, 36:10
**everyday** [1] - 125:2
**evidence** [9] - 4:7, 8:16, 8:24, 11:16, 33:2, 48:24, 53:25, 74:8, 82:21
**examination** [5] - 32:11, 36:16, 102:15, 126:4, 136:25
**EXAMINATION** [8] - 5:4, 36:20, 102:18, 132:10, 137:3, 138:9, 145:13, 147:14
**example** [1] - 130:13
**except** [2] - 82:7, 125:8
**excuse** [2] - 20:7, 119:9
**experience** [4] - 13:4, 109:21, 109:23, 138:22
**explain** [1] - 138:15
**express** [2] - 35:19, 124:7

## F

**Fabian** [56] - 17:5, 17:8, 17:24, 18:22, 20:24, 24:15, 24:17, 24:19, 25:3, 26:15,

**fight** [1] - 18:6
**figure** [1] - 119:4
**figured** [1] - 127:13
**filler** [2] - 29:20, 133:12
**finally** [1] - 35:20
**fine** [2] - 35:11, 124:2
**finger** [1] - 49:13
**first** [54] - 4:18, 4:24, 7:9, 23:12, 25:5, 25:8, 25:23, 26:1, 32:24, 35:1, 41:18, 47:3, 47:21, 57:19, 62:5, 71:16, 73:16, 75:2, 76:11, 77:16, 105:23, 106:6, 110:2, 133:22, 144:19
**five** [3] - 15:8, 23:9, 30:21
**fixed** [1] - 99:17
**flashlight** [1] - 73:25
**follow** [4] - 4:15, 35:15, 88:7, 97:24
**follows** [3] - 4:19, 95:23, 111:18
**Ford** [5] - 39:10, 39:15, 42:7, 42:10, 88:21, 89:7
**forgotten** [1] - 4:11
**form** [2] - 35:19, 124:7
**formality** [1] - 124:7
**former** [1] - 63:19
**forty** [1] - 74:14
**Forty** [5] - 15:8, 34:3, 47:23, 49:5, 64:4
**Forty-five** [1] - 15:8
**Forty-four** [1] - 34:3
**Forty-one** [2] - 47:23, 49:5
**forty-six** [1] - 74:14
**Forty-two** [1] - 64:4
**forward** [1] - 110:14
**foundation** [9] - 13:2, 42:11, 43:5, 44:1, 50:21, 93:3, 98:5, 128:13, 139:5
**four** [10] - 5:7, 10:22, 25:25, 28:22, 34:3, 35:4, 37:20, 52:8, 109:5, 134:23
**fourteen** [1] - 133:3
**Fourth** [1] - 53:18
**fourth** [1] - 13:1
**frame** [1] - 44:3, 120:1
**free** [1] - 111:3
**friend** [3] - 14:11, 45:23, 62:13
**friends** [2] - 67:16, 140:25

**39:19, 40:13, 40:25,
41:15, 41:20, 42:9,
43:3, 43:10, 53:12,
54:19, 54:21, 55:4,
55:11, 56:3, 56:6,
64:19, 65:3, 65:10,
65:14, 70:11, 70:12,
80:17, 81:8, 85:7,
85:9, 85:20, 86:14,
86:25, 87:8, 88:12,
88:19, 89:8, 89:18,
90:1, 90:7, 99:12,
102:8, 113:23,
130:9, 130:17,
130:18, 133:23,
142:12, 143:15,
146:21, 148:15**
**Fabian's** [2] - 41:25, 64:22
**face** [1] - 107:24
**facility** [1] - 107:15
**facing** [1] - 106:9
**fact** [1] - 98:1
**facts** [1] - 10:9
**failed** [1] - 135:23
**fair** [8] - 27:11, 57:2, 81:18, 94:1, 94:12, 97:4, 112:25, 113:5
**fairly** [1] - 49:20
**fall** [3] - 11:24, 119:8, 146:3
**falling** [2] - 14:6, 51:19
**familiar** [2] - 145:18, 145:21
**far** [8] - 5:19, 37:3, 37:4, 100:17, 115:8, 121:3, 134:21, 138:17
**fashion** [3] - 122:13, 122:16, 122:20
**February** [6] - 26:2, 28:13, 28:14, 36:25, 38:2, 39:8
**federal** [1] - 106:18
**feds** [2] - 92:10, 92:13
**felonies** [2] - 106:22
**felony** [12] - 106:8, 106:10, 106:20, 106:25, 107:1, 107:17, 134:22, 135:1, 135:3, 136:1, 141:9, 142:6
**felt** [1] - 12:8
**few** [8] - 19:21, 39:13, 40:2, 84:7, 91:23, 105:9, 105:10, 123:24
**Fidel** [4] - 30:8, 62:21, 104:12, 144:7

**front** [1] - 22:7
**Fruitland** [1] - 14:11
**full** [5] - 28:25, 29:2, 141:16, 142:2, 142:4
**fully** [1] - 125:3
**Furniture** [1] - 47:19
**FURTHER** [1] - 147:14
**Fusion** [4] - 39:10, 39:15, 42:7, 42:10

## G

**game** [1] - 113:5
**Garcia** [6] - 14:12, 14:13, 16:5, 45:20, 106:3, 129:8
**general** [5] - 96:22, 96:24, 97:5, 136:10, 141:18
**gentleman** [3] - 52:25, 105:4, 105:19
**gentlemen** [5] - 35:12, 36:10, 83:6, 97:10, 124:3
**girl** [2] - 45:17, 72:13
**girlfriend** [5] - 44:25, 63:19, 84:13, 139:25, 140:2
**given** [5] - 79:18, 86:11, 124:23, 126:25, 136:9
**Goff** [1] - 105:17
**gold** [1] - 134:7
**gold-sealed** [1] - 134:7
**government** [7] - 4:5, 8:12, 108:15, 111:4, 115:5, 121:12, 129:23
**Government's** [27] - 8:15, 11:2, 11:8, 11:16, 14:22, 16:20, 19:10, 20:12, 22:24, 24:24, 32:15, 32:22, 33:2, 33:24, 38:10, 41:4, 47:21, 48:24, 53:24, 58:5, 64:2, 73:19, 74:8, 88:23, 94:10, 94:20, 108:6
**government-required** [1] - 129:23
**grab** [1] - 85:5
**gram** [8] - 12:18, 12:19, 12:20, 28:3, 28:5
**grams** [4] - 13:8, 14:2, 27:21, 27:22
**grandma's** [1] - 65:23
**grandmother** [1] - 65:24

**grandmother's** [1] - 66:20
**granted** [4] - 134:8, 134:11, 134:12, 134:13
**Grimaldo** [1] - 104:18
**grocery** [1] - 78:7
**grow** [1] - 5:10
**Guadalupe** [1] - 36:6
**guess** [6] - 25:6, 73:23, 96:1, 117:11, 134:14, 142:3
**guessing** [4] - 117:9, 117:10, 118:25, 119:3
**guilty** [3] - 8:6, 8:11, 107:25
**gun** [10] - 37:9, 37:25, 38:5, 38:7, 39:3, 126:11, 126:13, 126:18, 126:22, 143:11
**guy** [1] - 31:22

## H

**habits** [3] - 145:21, 145:23, 146:3
**half** [25] - 12:19, 12:20, 18:13, 27:16, 28:3, 28:5, 28:19, 28:21, 28:23, 29:17, 31:11, 34:11, 35:2, 37:16, 37:19, 37:22, 52:4, 52:7, 52:16, 56:2, 58:1, 60:23, 69:23, 80:2, 133:9
**hand** [1] - 139:11
**handed** [1] - 68:6
**hands** [1] - 125:18
**hanging** [1] - 19:3, 41:22
**hard** [3] - 96:15, 96:17, 99:15
**Harlan** [6] - 45:21, 45:22, 105:4, 105:5, 105:7, 105:14
**Hata** [1] - 104:24
**heads** [1] - 32:5
**hear** [6] - 36:4, 97:24, 101:22, 135:8, 137:12
**heard** [5] - 96:6, 100:15, 131:9, 132:13, 143:3
**hearing** [1] - 96:6
**heavier** [1] - 29:25
**heavy** [1] - 28:12
**Heineman** [5] - 95:24, 112:7, 125:9, 132:8,

**145:9**
**HEINEMAN** [35] - 9:4, 11:18, 13:2, 13:9, 15:7, 33:6, 34:2, 42:11, 43:5, 44:1, 49:4, 58:15, 74:12, 82:25, 93:3, 95:13, 95:19, 95:25, 96:24, 100:10, 112:8, 125:11, 125:14, 132:9, 132:11, 136:23, 142:18, 142:25, 145:10, 145:14, 146:6, 146:9, 147:8, 148:7, 148:22
**held** [1] - 6:10
**help** [5] - 46:6, 59:23, 61:17, 109:14, 113:16
**helping** [4] - 24:12, 46:21, 61:15, 62:24
**Hensley** [32] - 30:14, 30:20, 31:9, 32:20, 33:12, 34:19, 34:20, 50:10, 50:14, 50:16, 50:19, 50:24, 51:12, 69:14, 69:23, 71:15, 71:17, 71:23, 80:23, 81:1, 81:8, 92:2, 93:1, 101:20, 103:8, 110:3, 110:5, 110:17, 111:12, 113:22, 114:18, 144:8
**Hensley's** [1] - 73:8
**herself** [1] - 59:25
**hid** [3] - 77:5, 116:1, 133:20
**hide** [16] - 26:12, 71:11, 73:15, 73:16, 74:2, 115:25, 121:4, 121:14, 122:12, 122:15, 122:20, 123:15, 126:10, 126:13, 126:19, 126:22
**hiding** [3] - 46:11, 116:7, 123:19
**high** [1] - 71:23
**high-speed** [1] - 71:23
**highly** [1] - 138:24
**history** [2] - 106:7, 108:2
**Hites** [14] - 19:8, 19:14, 19:20, 26:7, 26:8, 40:24, 44:23, 46:5, 46:20, 56:18, 84:21, 84:25, 99:8, 122:15

**United States Courts, District of Idaho**

**hmm** [10] - 6:1, 10:18, 25:10, 27:4, 40:20, 63:14, 64:5, 71:8, 73:3, 91:22
**hold** [2] - 74:17, 74:19
**holding** [2] - 113:2, 128:3
**home** [2] - 65:22, 70:16
**hope** [3] - 10:2, 36:10, 108:25
**hoping** [1] - 116:4
**hour** [2] - 109:13, 121:12
**hours** [1] - 13:22
**house** [48] - 11:13, 12:6, 12:9, 40:3, 53:16, 53:21, 54:7, 54:8, 54:12, 54:18, 54:23, 55:8, 56:14, 56:20, 57:6, 57:10, 58:21, 59:14, 64:11, 64:12, 65:23, 66:20, 69:13, 69:18, 69:19, 70:18, 70:24, 71:17, 76:12, 77:10, 77:15, 77:18, 77:22, 78:2, 80:1, 115:25, 121:5, 131:20, 132:3, 140:22, 141:2, 141:3, 143:8, 143:10, 143:12
**housed** [2] - 102:7, 102:8
**hundred** [11] - 27:20, 28:22, 35:4, 37:20, 52:8, 83:18, 83:22, 83:24, 87:20
**hundred-dollar** [2] - 83:22, 83:24
**hung** [1] - 21:2

**I**

**icicles** [2] - 26:21, 26:22
**ID** [1] - 99:1
**Idaho** [9] - 5:11, 5:15, 14:11, 16:5, 17:22, 20:4, 42:24, 93:7, 135:17
**identified** [10] - 24:7, 26:9, 31:25, 34:23, 53:5, 64:3, 65:4, 82:1, 102:22, 103:6
**illegal** [3] - 6:20, 117:5, 118:16
**immediately** [2] - 96:3, 110:1
**Impala** [1] - 72:18

**implicated** [2] - 123:10, 123:11
**important** [2] - 97:16, 111:11
**improper** [2] - 112:20, 113:1
**incarcerated** [1] - 140:20
**incarcerations** [1] - 109:20
**inch** [1] - 26:24
**inches** [1] - 26:24
**included** [1] - 112:17
**inconsistency** [1] - 97:22
**increase** [2] - 28:18, 34:12
**increased** [1] - 28:16
**increments** [4] - 83:22, 83:24, 84:1, 133:1
**incurred** [1] - 144:1
**incurring** [1] - 128:6
**independent** [1] - 130:20
**indicate** [1] - 110:6
**indicated** [1] - 98:3
**indicating** [2] - 38:25, 68:19
**indication** [1] - 114:3
**individual** [2] - 124:18, 125:4
**individuals** [2] - 102:22, 103:3
**influence** [1] - 147:21
**inform** [1] - 133:19
**informant** [4] - 85:22, 85:23, 85:24, 123:14
**information** [1] - 111:13
**ingest** [2] - 73:2, 73:5
**inmate** [2] - 107:9, 107:22
**inquire** [1] - 5:2
**inquiry** [1] - 123:25
**inside** [2] - 78:9, 78:17
**instead** [3] - 37:1, 37:25, 105:1
**instructed** [1] - 116:7
**instruction** [7] - 112:13, 112:16, 112:24, 113:1, 124:23, 125:12, 125:20
**instructions** [4] - 71:5, 112:18, 126:24, 126:25
**intended** [1] - 100:18
**intent** [3] - 8:8, 109:12, 109:14

**interpretation** [1] - 95:16
**INTERPRETER** [1] - 99:13
**interpreter** [4] - 113:17, 124:21, 124:25, 125:5
**interpreters** [1] - 113:11
**interview** [1] - 133:22
**intoxication** [1] - 75:15
**introduced** [4] - 17:4, 17:7, 17:8
**investigative** [1] - 113:4
**involved** [6] - 7:14, 11:25, 91:19, 102:23, 129:22, 134:22
**involvement** [1] - 76:9
**involving** [1] - 7:7
**ISP** [1] - 87:23
**issue** [3] - 113:6, 124:10, 125:17
**items** [1] - 106:5
**itself** [7] - 46:18, 95:8, 97:15, 97:17, 97:21, 97:25, 98:10

**J**

**Jacob** [1] - 103:6
**Jail** [2] - 75:18, 75:23
**jail** [6] - 96:12, 107:19, 135:5, 135:19, 136:1, 136:16
**Jake** [3] - 14:10, 15:1, 15:13, 15:17, 30:7, 34:22, 34:25, 45:20, 61:20, 61:22, 61:25, 62:22, 105:22
**January** [11] - 4:2, 26:2, 28:12, 28:14, 36:2, 44:23, 126:7, 127:3, 130:8, 130:11
**Jenny** [1] - 84:15
**Jess** [9] - 76:5, 79:12, 80:10, 86:22, 91:2, 91:16, 92:20, 93:18, 144:20
**Jessica** [5] - 123:1, 123:9, 139:20, 139:21, 140:18
**Jesus** [2] - 24:7, 36:6
**Jim** [2] - 36:7, 137:13
**jobs** [2] - 6:10, 6:11
**Joe** [4] - 80:10, 80:11, 91:10, 91:16
**John** [4] - 30:8, 33:14,

62:21, 103:10
**Johnny** [19] - 16:8, 16:9, 16:13, 16:24, 17:4, 17:9, 17:24, 18:16, 18:19, 18:21, 20:23, 22:10, 22:14, 22:16, 22:21, 30:7, 127:19, 133:24, 137:5
**join** [1] - 19:4
**Jonathan** [1] - 33:22
**Jose** [3] - 17:14, 23:24, 130:9
**Josh** [1] - 104:2
**Joyner** [1] - 103:23
**Judge** [1] - 10:13
**judges** [1] - 136:7
**jump** [3] - 126:7, 127:3, 144:15
**jumped** [3] - 71:24, 72:11, 114:19
**juror** [1] - 35:16
**jurors** [1] - 125:25
**Jury** [4] - 4:4, 36:3, 124:12, 125:23
**jury** [27] - 9:6, 11:21, 15:3, 15:9, 32:24, 33:8, 33:24, 34:4, 36:7, 49:6, 58:11, 58:17, 74:9, 74:15, 83:9, 94:21, 95:12, 95:14, 98:9, 98:13, 112:12, 112:18, 112:24, 113:2, 124:10, 124:24, 138:15

**K**

**K.C** [44] - 30:17, 30:18, 30:19, 30:25, 31:1, 31:3, 31:8, 32:20, 33:12, 34:19, 34:20, 50:10, 50:13, 50:16, 50:19, 50:24, 51:12, 51:14, 51:19, 51:20, 51:24, 69:14, 69:23, 70:19, 71:15, 71:17, 71:23, 73:8, 80:23, 81:1, 81:8, 92:2, 93:1, 101:20, 103:8, 110:3, 110:17, 110:25, 111:12, 113:21, 114:18, 114:21, 144:7
**Karcher** [3] - 87:1, 88:8, 88:11
**Keely** [1] - 104:24
**keep** [3] - 44:17,

97:17, 113:2
**keeps** [1] - 112:10
**Keisel** [8] - 37:13, 37:14, 45:21, 103:14, 103:16, 105:1, 105:14, 144:7
**Keisel's** [3] - 40:3, 45:23, 105:7
**Ken** [4] - 77:22, 78:23, 78:24, 79:19
**kept** [2] - 44:19, 133:20
**kind** [7] - 19:19, 38:4, 39:9, 39:11, 51:4, 72:16, 146:3
**kitchen** [1] - 49:17
**knowledge** [9] - 41:24, 43:2, 43:6, 43:22, 88:7, 122:21, 141:9, 143:7, 145:1
**known** [6] - 16:9, 23:8, 24:8, 30:19, 31:14, 129:10
**knows** [1] - 13:11
**Kristopher** [1] - 30:14

**L**

**Lacey** [1] - 103:25
**ladies** [5] - 35:12, 36:9, 83:6, 97:10, 124:3
**lady** [1] - 122:25
**LAMPRECHT** [92] - 4:5, 4:11, 5:3, 5:5, 8:23, 9:8, 11:15, 11:23, 13:6, 13:11, 13:16, 15:2, 15:11, 22:25, 23:1, 24:6, 24:10, 31:24, 32:6, 32:12, 32:13, 32:23, 33:10, 33:23, 34:6, 35:9, 35:11, 36:17, 36:21, 38:11, 38:14, 41:7, 41:8, 42:13, 42:16, 43:8, 44:4, 45:9, 47:25, 48:23, 49:8, 50:23, 51:8, 53:4, 53:8, 54:2, 58:10, 58:19, 59:1, 64:5, 64:7, 74:7, 74:19, 74:22, 79:9, 82:20, 83:4, 83:11, 83:14, 89:2, 89:3, 93:5, 94:19, 95:1, 96:10, 96:17, 98:14, 98:16, 99:19, 100:18, 100:20, 102:13, 111:14, 112:10, 116:15,

118:6, 120:9, 122:7, 128:12, 129:14, 138:8, 138:10, 139:7, 142:21, 143:4, 145:2, 145:5, 147:13, 147:15, 148:9, 148:12, 148:18

**Lamprecht** [7] - 5:2, 36:15, 83:10, 96:9, 98:11, 99:18, 138:7

**language** [2] - 100:9, 100:22

**large** [1] - 49:20

**Larry** [7] - 14:12, 14:13, 16:5, 45:20, 106:3, 129:7, 130:6

**last** [15] - 4:23, 4:24, 7:25, 80:12, 104:7, 105:6, 105:7, 105:11, 105:12, 112:16, 126:8, 138:17, 140:18, 141:13, 147:16

**late** [6] - 15:14, 36:25, 47:13, 47:14, 47:15, 54:16

**law** [27] - 80:7, 102:21, 109:1, 109:10, 109:12, 110:2, 110:7, 110:9, 110:15, 110:18, 110:20, 112:13, 113:3, 114:1, 114:4, 114:7, 115:12, 115:16, 115:23, 126:16, 127:10, 142:11, 142:13, 142:16, 142:23, 143:6, 144:14

**LAWRENCE** [1] - 4:17

**Lawrence** [1] - 4:22

**lays** [1] - 128:12

**lead** [1] - 111:2

**learn** [5] - 16:25, 17:3, 22:9, 71:16, 71:19

**least** [7] - 25:19, 28:19, 52:18, 53:22, 113:12, 120:13

**leave** [4] - 5:24, 5:25, 35:22, 125:18

**led** [1] - 111:2

**leeway** [1] - 129:16

**left** [16] - 6:8, 19:1, 19:5, 19:24, 42:3, 42:4, 55:7, 69:25, 70:22, 70:23, 71:14, 71:15, 71:17, 72:24, 78:12, 87:24

**lie** [1] - 112:20

**lied** [2] - 112:11

**life** [4] - 16:11, 108:22, 125:2, 136:10

**light** [1] - 108:2

**Lightning** [2] - 88:21, 89:7

**likely** [1] - 40:5

**Lincoln** [2] - 39:13, 42:5

**line** [7] - 9:14, 9:18, 49:15, 123:24, 124:1, 146:3

**lines** [1] - 67:24

**listed** [2] - 103:2, 107:11

**listen** [5] - 83:7, 97:3, 97:14, 97:20, 98:6

**listened** [3] - 81:15, 93:23, 95:25

**listening** [4] - 96:5, 115:13, 115:16, 115:24

**live** [10] - 45:13, 45:15, 46:25, 47:16, 53:17, 54:8, 63:23, 65:25, 84:11, 104:9

**lived** [11] - 12:6, 14:9, 14:18, 45:13, 45:17, 46:24, 47:3, 47:17, 48:12, 104:11, 119:1

**living** [13] - 10:15, 10:24, 15:13, 20:21, 23:10, 38:3, 50:1, 54:7, 63:12, 64:15, 84:21, 119:7, 123:17

**loan** [1] - 39:15

**location** [1] - 132:3

**look** [5] - 9:9, 26:20, 72:2, 78:8, 108:18

**looked** [4] - 26:21, 26:22, 72:2, 78:6

**looking** [4] - 72:5, 72:16, 72:20, 73:7

**loop** [1] - 51:25

**lost** [1] - 114:19

**Loveland** [3] - 36:7, 137:13, 137:17

**lower** [1] - 39:1

**lying** [1] - 145:25

## M

**magnet** [1] - 74:1

**Main** [5] - 10:25, 11:12, 63:25, 64:10, 119:8

**Mall** [3] - 87:1, 88:8, 88:11

**man** [2] - 18:7, 24:3

**manufacture** [2] -

7:12, 107:7

**March** [22] - 26:2, 36:25, 39:9, 44:23, 47:10, 47:12, 47:13, 47:14, 47:15, 50:4, 50:18, 50:25, 51:10, 52:3, 53:10, 53:21, 56:17, 56:22, 131:24, 132:1, 132:2

**marijuana** [7] - 6:23, 7:5, 73:1, 86:7, 86:8, 86:11, 89:20

**mark** [1] - 9:15

**marked** [22] - 8:15, 11:2, 11:8, 14:22, 16:20, 19:10, 20:12, 22:24, 24:24, 32:14, 33:18, 38:10, 41:4, 47:21, 48:7, 53:20, 53:24, 58:5, 64:2, 73:19, 88:23, 94:9

**Martinez** [1] - 104:4

**Math** [1] - 6:17

**mean** [16] - 4:15, 40:17, 45:5, 45:12, 48:16, 60:3, 68:5, 82:14, 83:17, 83:21, 89:20, 98:17, 99:22, 111:1, 111:5, 118:7

**meant** [1] - 73:6

**meet** [10] - 17:19, 17:21, 22:17, 23:7, 27:5, 27:6, 61:19, 80:6, 80:9, 87:5

**meeting** [3] - 66:12, 127:5, 127:10

**memory** [1] - 96:5

**mentioned** [2] - 46:24, 61:18

**met** [26] - 22:11, 23:8, 25:5, 25:8, 41:17, 41:19, 41:21, 42:20, 42:22, 61:21, 61:24, 62:1, 62:5, 65:23, 66:6, 66:19, 67:13, 79:11, 81:3, 84:7, 91:1, 91:8, 105:21, 129:7, 133:23

**metal** [2] - 73:17

**meth** [103] - 6:4, 7:5, 7:15, 7:19, 8:5, 15:18, 15:21, 15:24, 17:1, 18:13, 18:19, 19:2, 21:10, 22:5, 22:10, 24:21, 25:17, 25:22, 26:13, 29:18, 29:24, 37:4, 40:5, 40:10, 40:12, 43:15, 43:20, 43:23, 44:20, 46:22, 55:7, 57:10,

59:14, 60:2, 60:9, 60:24, 62:2, 62:25, 65:1, 65:17, 66:14, 66:15, 67:14, 69:4, 69:15, 69:22, 70:2, 70:10, 70:15, 70:19, 70:20, 72:6, 72:22, 73:15, 75:3, 75:4, 76:9, 77:5, 77:23, 78:1, 82:19, 84:2, 85:1, 85:19, 86:19, 88:13, 89:18, 103:3, 106:16, 106:21, 115:25, 116:7, 116:9, 116:12, 116:23, 117:2, 118:20, 119:15, 121:4, 126:10, 127:17, 128:3, 132:14, 132:17, 132:18, 132:19, 132:25, 133:5, 133:17, 138:21, 139:9, 140:12, 141:7, 141:15, 144:2, 145:15, 145:19, 145:22, 146:2, 146:4, 146:11, 146:22

**methamphetamine** [111] - 6:6, 6:19, 7:7, 7:17, 7:22, 8:8, 11:25, 12:9, 12:13, 12:16, 16:4, 16:12, 17:13, 18:15, 21:16, 23:13, 23:15, 23:18, 23:19, 24:12, 25:5, 25:7, 26:4, 26:14, 26:20, 26:25, 27:9, 27:10, 27:15, 29:10, 29:16, 29:21, 30:22, 31:4, 31:9, 41:25, 43:4, 45:25, 46:6, 46:18, 50:1, 50:5, 50:11, 51:9, 52:20, 53:9, 53:14, 54:12, 54:17, 55:23, 56:7, 56:15, 57:15, 57:23, 59:24, 60:17, 60:21, 62:16, 63:2, 63:9, 64:16, 64:19, 65:20, 68:2, 68:7, 69:6, 70:4, 70:24, 71:6, 72:24, 76:11, 76:12, 76:16, 78:8, 78:14, 78:16, 79:16, 79:17, 80:1, 84:6, 84:17, 87:16, 90:6, 90:18, 91:4, 91:9, 102:23, 121:8, 121:14, 121:20, 121:1,

122:12, 122:16, 122:20, 123:20, 128:8, 130:10, 130:19, 131:19, 138:13, 138:23, 139:17, 141:19, 143:8, 143:9, 143:15, 143:18, 144:24, 147:17, 147:22

**Mexico** [2] - 39:22, 101:15

**Michael** [62] - 31:7, 31:10, 31:12, 31:14, 31:17, 31:25, 36:6, 50:6, 50:8, 50:11, 50:19, 50:25, 51:9, 51:14, 52:2, 52:19, 53:5, 53:10, 53:14, 54:8, 54:12, 54:18, 54:22, 55:10, 55:24, 56:8, 56:10, 56:14, 56:20, 57:6, 57:15, 57:24, 58:21, 59:13, 59:20, 66:6, 66:12, 66:19, 67:13, 67:19, 68:1, 68:9, 80:23, 80:24, 81:8, 81:11, 81:19, 81:24, 81:25, 83:15, 84:4, 84:5, 84:11, 85:1, 92:2, 92:7, 101:4, 140:24, 141:1, 142:10, 144:8, 144:9

**microphone** [2] - 88:1, 113:12

**mid** [7] - 47:12, 50:25, 51:10, 52:3, 131:25, 132:2

**mid-April** [1] - 50:25

**mid-March** [4] - 50:25, 51:10, 52:3, 132:2

**mid-May** [1] - 131:25

**middle** [1] - 47:14

**might** [5] - 115:17, 116:3, 116:5, 125:17, 143:11

**Mike** [3] - 65:23, 84:23, 140:22

**Mike's** [2] - 67:16, 67:22

**miles** [2] - 5:18, 66:4

**mind** [1] - 97:17

**mine** [2] - 11:14, 45:23

**minimum** [3] - 108:21, 108:22, 109:2

**minute** [4] - 45:7, 50:9, 55:6, 80:2

**minute-and-a-half** [1] - 80:2

minutes [6] - 32:4, 32:7, 80:3, 88:15, 113:13, 123:24
missed [1] - 134:23
mixture [2] - 131:13
mom [1] - 45:23
moment [5] - 99:14, 117:18, 124:11, 131:14, 145:2
money [59] - 21:12, 22:2, 22:3, 25:18, 27:2, 27:3, 27:9, 37:2, 37:5, 39:5, 40:11, 40:14, 40:15, 44:21, 46:12, 46:15, 46:22, 56:10, 56:15, 59:7, 59:9, 59:17, 59:19, 61:5, 61:6, 61:8, 61:17, 62:15, 62:19, 62:25, 63:5, 68:20, 68:23, 68:24, 68:25, 80:14, 80:16, 80:20, 81:14, 82:5, 82:7, 82:17, 84:2, 87:8, 87:11, 87:12, 87:18, 87:21, 87:22, 90:1, 101:5, 101:6, 101:8, 140:13, 140:16, 144:2, 144:5, 148:6
month [5] - 28:11, 54:15, 134:1, 134:4, 146:25
months [8] - 19:21, 25:23, 26:1, 33:16, 34:8, 48:14, 128:5
Moore [4] - 22:22, 23:6, 23:7, 103:20
morals [1] - 146:1
morning [6] - 35:14, 35:24, 36:9, 72:9, 113:13, 123:23
Morris [60] - 31:7, 31:10, 31:12, 31:14, 31:17, 32:1, 36:6, 50:6, 50:9, 50:11, 50:19, 50:25, 51:10, 51:14, 52:2, 52:19, 53:6, 53:10, 53:14, 54:8, 55:10, 55:24, 56:8, 56:11, 57:16, 57:24, 59:20, 62:20, 65:23, 66:6, 66:13, 66:19, 67:13, 67:19, 68:1, 68:9, 80:23, 80:24, 81:9, 81:11, 81:19, 81:24, 81:25, 82:3, 82:6, 83:15, 84:4, 84:5, 84:11, 85:1, 85:4, 92:2,

92:7, 101:4, 131:18, 131:19, 140:24, 142:10, 144:8, 144:9
Morris's [12] - 54:12, 54:18, 54:22, 56:14, 56:20, 57:6, 57:10, 58:21, 59:14, 84:24, 140:22, 141:2
most [6] - 16:11, 26:21, 53:16, 59:21, 84:23, 96:19, 106:10, 133:8, 139:16
motel [2] - 90:25, 100:25
mother [1] - 103:18
move [14] - 8:23, 11:15, 15:2, 32:23, 33:1, 33:2, 33:23, 48:23, 58:10, 74:7, 82:21, 94:20, 118:13, 129:18
moved [5] - 14:9, 14:10, 47:9, 47:11, 64:12
MR [73] - 9:3, 9:4, 11:18, 11:19, 13:2, 13:9, 15:6, 15:7, 33:5, 33:6, 34:1, 34:2, 42:11, 43:5, 44:1, 49:3, 49:4, 50:20, 51:2, 58:14, 58:15, 58:22, 74:11, 74:12, 79:4, 82:25, 83:1, 93:3, 95:7, 95:13, 95:19, 95:25, 96:24, 100:10, 102:16, 102:19, 112:4, 112:8, 113:19, 113:20, 116:18, 116:21, 116:22, 118:3, 118:14, 118:15, 120:11, 120:14, 122:9, 124:1, 125:11, 125:14, 126:5, 126:6, 128:16, 129:19, 129:21, 132:5, 132:9, 132:11, 136:23, 139:4, 142:18, 142:25, 145:8, 145:10, 145:14, 146:6, 146:9, 147:8, 148:7, 148:21, 148:22
MS [107] - 4:5, 4:11, 5:3, 5:5, 8:23, 9:2, 9:8, 11:15, 11:17, 11:23, 13:6, 13:11,

13:16, 15:2, 15:5, 15:11, 22:25, 23:1, 24:6, 24:10, 31:24, 32:6, 32:12, 32:13, 32:23, 33:4, 33:10, 33:23, 34:6, 35:9, 35:11, 36:17, 36:21, 38:11, 38:14, 41:7, 41:8, 42:13, 42:16, 43:8, 44:4, 45:9, 47:25, 48:23, 49:2, 49:8, 50:23, 51:8, 53:4, 53:8, 54:2, 58:10, 58:13, 58:19, 59:1, 64:5, 64:7, 74:7, 74:13, 74:19, 74:22, 79:9, 82:20, 82:24, 83:4, 83:11, 83:14, 89:2, 89:3, 93:5, 94:19, 95:1, 95:5, 96:10, 96:17, 98:14, 98:16, 99:19, 100:18, 100:20, 102:13, 111:14, 112:6, 112:10, 116:15, 118:6, 120:9, 122:7, 128:12, 129:14, 137:2, 137:4, 138:6, 138:8, 138:10, 139:7, 142:21, 143:4, 145:2, 145:5, 147:11, 147:13, 147:15, 148:9, 148:12, 148:18, 148:23
MSM [2] - 29:22, 60:7
multiple [1] - 138:1
mushrooms [2] - 6:23, 6:24

# N

name [15] - 4:20, 4:21, 4:23, 4:24, 80:12, 84:14, 101:14, 104:7, 105:6, 105:7, 105:19, 105:23, 105:24, 122:25, 137:13
named [6] - 30:14, 45:17, 105:4, 122:21, 137:6, 139:20
names [9] - 84:9, 105:11, 105:12, 141:13, 141:16, 141:23, 141:25, 142:2, 142:4
Nampa [1] - 91:1
narrative [1] - 51:5

natural [1] - 32:10
nature [2] - 122:2, 125:3
Navigator [3] - 39:14, 39:23, 42:5
near [1] - 65:23
necessary [1] - 111:24
need [6] - 32:23, 83:7, 83:9, 99:16, 100:17, 125:6
needed [9] - 23:21, 43:20, 44:20, 44:21, 87:11, 87:12, 138:18, 138:19, 144:4
never [6] - 67:24, 103:21, 133:14, 136:16, 137:8, 143:2
Newell [1] - 104:14
next [11] - 24:3, 32:4, 52:25, 66:25, 68:16, 80:6, 80:9, 106:20, 113:13, 114:25, 128:5
nickname [6] - 17:15, 17:17, 19:15, 19:17, 30:16, 104:16
nicknames [2] - 137:10, 141:24
night [20] - 18:4, 20:19, 21:3, 21:5, 21:17, 21:21, 55:21, 66:19, 68:20, 68:23, 69:9, 69:10, 69:13, 71:12, 71:13, 71:14, 78:12, 102:8, 112:16
nights [1] - 102:9
nine [3] - 33:7, 83:16, 83:18
nineteen [1] - 6:7
nondrug [1] - 107:1
nondrug-related [1] - 107:1
none [5] - 9:3, 15:5, 15:6, 74:11, 98:23
nonresponsive [1] - 79:5
noon [1] - 88:18
normally [3] - 111:13, 123:23, 137:22
North [1] - 62:6
Nos [1] - 98:15
note [1] - 125:24
noted [1] - 137:19
November [7] - 10:15, 10:17, 10:21, 14:5, 15:14, 16:3, 16:13
number [8] - 41:6, 94:25, 102:22, 103:2, 117:15,

137:20, 138:3, 138:14
numbers [4] - 48:16, 98:19, 137:21, 138:2

# O

oath [2] - 36:14, 126:2
object [4] - 111:15, 112:19, 118:7, 129:14
objection [64] - 8:25, 9:1, 9:2, 9:4, 11:17, 11:18, 11:19, 13:2, 13:9, 15:4, 15:7, 33:3, 33:4, 33:5, 33:6, 33:25, 34:2, 42:11, 43:5, 44:1, 49:1, 49:2, 50:20, 51:2, 58:12, 58:13, 58:15, 58:22, 74:10, 74:12, 74:13, 79:4, 82:23, 82:24, 82:25, 83:1, 93:3, 94:24, 95:4, 95:5, 95:11, 95:13, 96:21, 96:23, 96:25, 97:2, 97:5, 97:7, 100:10, 100:12, 112:3, 112:4, 112:6, 112:8, 113:7, 116:15, 120:9, 122:7, 128:12, 139:4, 142:18, 142:25, 148:7
observe [3] - 116:12, 116:23, 117:4
occasional [1] - 117:6
occasionally [2] - 46:1, 138:4
occasions [2] - 117:7, 118:21
occur [2] - 54:14, 134:1
occurred [1] - 109:7
odd [1] - 122:4
officer [2] - 73:13, 135:15
officers [14] - 18:4, 18:8, 18:17, 75:23, 75:25, 76:4, 80:7, 86:15, 112:12, 112:13, 136:8, 136:9, 138:12, 142:13
official [1] - 134:16
often [7] - 25:16, 37:7, 43:2, 43:9, 43:22, 52:15, 118:23
oil [1] - 62:7

**old** [5] - 5:6, 6:5, 11:12, 63:25, 109:4
**Olson** [13] - 72:13, 72:14, 72:23, 73:12, 73:14, 74:25, 75:21, 110:13, 121:9, 121:14, 121:16, 121:20, 122:1
**Oly** [1] - 105:17
**once** [17] - 23:17, 39:3, 40:8, 47:1, 60:1, 61:6, 62:21, 70:14, 89:16, 91:8, 118:22, 118:24, 118:25, 119:2, 119:3, 119:5
**one** [39] - 22:12, 37:9, 38:23, 38:25, 39:1, 45:7, 47:23, 49:5, 49:16, 49:17, 50:7, 65:1, 75:25, 76:4, 77:14, 84:10, 86:13, 95:16, 101:25, 105:21, 106:5, 108:12, 108:19, 122:24, 124:10, 124:14, 126:8, 131:17, 133:5, 133:8, 133:9, 134:23, 137:6, 138:25, 139:11, 139:18, 146:7
**one-and-a-half** [1] - 133:9
**ones** [3] - 6:22, 107:11, 134:24
**Ontario** [11] - 5:9, 5:11, 5:16, 5:18, 53:18, 66:3, 66:5, 104:11, 131:20, 132:3
**open** [3] - 78:15, 79:23, 91:5
**opened** [1] - 79:14
**opinion** [1] - 124:7
**opinions** [1] - 35:19
**opportunity** [2] - 95:17, 111:23
**opposed** [1] - 96:22
**order** [3] - 10:6, 108:14, 144:5
**Oregon** [5] - 5:9, 5:11, 5:13, 66:1, 66:2
**otherwise** [1] - 125:7
**ounce** [53] - 13:1, 16:17, 16:18, 18:13, 21:15, 26:17, 26:18, 28:21, 28:22, 28:25, 29:3, 29:17, 29:18, 31:11, 34:11, 34:14,

34:16, 34:20, 35:2, 37:19, 52:15, 52:16, 52:18, 56:2, 57:25, 58:1, 60:20, 60:22, 60:23, 60:24, 66:17, 69:2, 69:23, 71:2, 72:22, 90:13, 131:3, 131:7, 131:8, 131:10, 132:16, 132:18, 132:19, 132:20, 133:1, 133:2, 133:5, 133:8
**ounce-and-a-half** [1] - 69:23
**ounces** [30] - 16:15, 21:20, 23:12, 25:25, 26:16, 27:16, 27:17, 28:19, 31:1, 31:2, 31:11, 37:16, 52:4, 52:7, 56:5, 65:19, 70:6, 86:19, 87:16, 90:8, 90:10, 114:19, 130:23, 133:5, 133:9
**outside** [7] - 5:16, 5:18, 54:24, 55:2, 66:22, 78:21, 87:2
**overrule** [3] - 97:1, 100:11, 113:7
**overruled** [3] - 44:2, 143:1, 148:10
**owe** [8] - 68:25, 72:7, 80:13, 80:16, 80:20, 80:24, 81:1, 146:21
**owed** [21] - 39:5, 40:15, 44:21, 68:22, 68:24, 69:1, 81:14, 82:5, 82:7, 82:17, 84:2, 87:11, 114:9, 114:10, 128:7, 128:10, 128:22, 143:25, 144:2, 144:10, 148:4
**own** [2] - 13:4, 144:16

## P

**p.m** [2] - 109:7, 109:9
**package** [1] - 60:1
**packaged** [4] - 26:15, 26:17, 46:19, 78:11
**page** [4] - 8:20, 9:9, 9:11, 108:17
**paid** [3] - 37:1, 63:1, 147:5
**pantry** [2] - 48:19, 49:17
**paper** [1] - 135:1
**paperwork** [1] - 107:17
**Park** [2] - 20:3, 20:17

**park** [2] - 20:6, 20:9
**parked** [3] - 66:25, 68:18
**parole** [8] - 129:25, 134:2, 134:5, 134:8, 134:11, 134:13, 135:15, 136:8
**part** [5] - 9:20, 9:24, 10:6, 35:1, 47:12
**partial** [1] - 148:25
**Partial** [1] - 4:3
**participate** [1] - 98:4
**participating** [1] - 8:7
**participation** [1] - 109:1
**particular** [6] - 20:5, 20:8, 108:3, 122:5, 123:24, 138:4
**particularly** [1] - 96:15
**parties** [2] - 35:22, 100:14
**party** [1] - 95:16
**pass** [4] - 135:15, 135:18, 135:24, 135:25
**passenger** [2] - 67:6, 67:8
**Patric** [15] - 30:7, 57:7, 57:13, 58:3, 58:9, 59:5, 59:8, 59:12, 61:18, 61:19, 61:24, 62:1, 62:12, 62:23, 93:1
**pay** [19] - 16:16, 21:21, 22:1, 27:7, 34:14, 40:11, 40:12, 40:14, 59:17, 61:16, 87:18, 98:21, 132:19, 137:21, 138:1, 138:18, 138:19, 144:5, 147:3
**Payette** [2] - 75:18, 75:22
**paying** [1] - 38:1
**payment** [2] - 21:25, 37:6
**people** [14] - 15:24, 50:6, 81:22, 84:2, 84:7, 91:19, 94:5, 94:17, 139:8, 139:12, 141:15, 141:23, 144:1, 144:4
**People's** [1] - 47:18
**per** [6] - 29:18, 60:20, 60:24, 133:1, 133:2, 146:10
**percent** [3] - 132:15, 133:7, 139:3
**perhaps** [2] - 113:15, 127:16

**period** [5] - 45:14, 45:16, 131:3, 131:23, 146:25
**permanent** [1] - 45:1
**person** [25] - 11:3, 14:23, 16:21, 17:12, 19:11, 22:12, 22:18, 22:19, 22:20, 23:2, 23:23, 24:25, 30:14, 31:16, 32:16, 33:11, 33:18, 41:9, 41:14, 48:1, 58:6, 101:17, 102:1, 127:17, 139:20
**phenomena** [1] - 116:20
**phone** [19] - 44:15, 44:16, 76:22, 86:1, 98:20, 110:3, 110:5, 115:13, 115:20, 120:7, 120:10, 120:13, 120:17, 123:13, 137:19, 137:23, 138:1, 138:3
**phones** [2] - 98:21, 137:22
**phonetic** [1] - 104:24
**photo** [2] - 23:3, 26:9
**photograph** [14] - 11:3, 11:9, 14:23, 16:21, 19:11, 24:25, 32:17, 33:19, 38:16, 41:10, 48:2, 48:8, 54:4, 58:6
**physically** [2] - 68:7, 68:10
**pick** [7] - 25:17, 32:10, 39:22, 43:3, 69:6, 70:5, 70:7
**picked** [9] - 25:12, 26:3, 26:15, 56:15, 65:1, 69:22, 70:1, 70:14, 135:7
**picking** [1] - 25:22
**pickup** [2] - 88:21, 89:7
**picture** [4] - 38:22, 39:1, 48:17, 49:9
**pistol** [1] - 38:19
**pistols** [1] - 38:21
**place** [4] - 20:5, 20:8, 53:14, 63:25
**placed** [1] - 113:21
**places** [2] - 45:14, 46:12
**plan** [1] - 87:4
**play** [2] - 82:22, 94:21
**played** [2] - 83:8, 96:12
**plea** [10] - 8:12, 8:20,

8:24, 9:10, 9:20, 108:3, 108:8, 108:12, 108:17, 108:20
**plead** [1] - 107:25
**pleasant** [1] - 36:10
**pled** [2] - 8:6, 8:11
**point** [11] - 9:13, 24:1, 32:11, 35:8, 49:13, 52:23, 60:16, 80:13, 110:14, 119:12, 130:13
**police** [12] - 19:1, 75:23, 85:12, 87:25, 112:12, 112:13, 112:22, 121:13, 121:22, 121:23, 127:11, 127:15
**policeman** [2] - 74:23
**possess** [1] - 8:8
**possession** [10] - 7:18, 7:21, 106:21, 107:7, 107:9, 107:20, 135:7, 135:16, 135:20, 135:25
**possibility** [1] - 115:18
**possible** [1] - 109:24
**possibly** [4] - 115:20, 127:21, 127:23, 132:13
**pot** [7] - 72:21, 89:17, 89:20, 117:6, 117:23, 117:24, 118:1
**potential** [1] - 108:22
**practice** [1] - 141:18
**prearranged** [1] - 66:11
**preceding** [1] - 114:15
**prefer** [1] - 95:14
**pregnant** [5] - 119:22, 120:2, 120:25, 144:23, 144:24
**prepare** [1] - 96:8
**prepared** [2] - 96:10, 98:1
**present** [8] - 4:4, 17:10, 36:3, 84:16, 116:24, 125:23, 125:25, 127:7
**presumably** [1] - 98:1
**presume** [2] - 84:3, 109:17
**pretty** [2] - 46:23, 96:19
**price** [2] - 29:6, 29:8
**prison** [5] - 7:25, 14:17, 61:23,

109:20, 130:6
**probation** [3] - 136:8, 136:19, 138:12
**problem** [1] - 96:1
**problems** [4] - 97:2, 100:8, 100:21, 100:22
**procedure** [2] - 111:21, 112:3
**proceed** [2] - 98:12, 113:18, 118:13
**proceedings** [2] - 125:4, 134:17
**product** [1] - 133:5
**profit** [5] - 30:3, 63:3, 131:2, 146:19, 146:20
**program** [7] - 128:25, 129:2, 129:12, 129:22, 129:23, 130:2, 130:5
**prosecutor** [1] - 134:25
**provide** [1] - 108:13
**provided** [2] - 97:5, 97:12
**provisions** [1] - 96:22
**psychedelic** [1] - 6:24
**psychology** [1] - 6:17
**public** [1] - 75:15
**published** [10] - 9:6, 11:21, 15:9, 33:8, 34:4, 49:6, 58:17, 74:15, 83:13, 98:15
**pulled** [7] - 26:13, 46:11, 73:9, 73:10, 74:24, 89:9, 92:9
**purchase** [1] - 85:19
**purchased** [1] - 40:10
**purchasing** [1] - 40:5
**pure** [1] - 60:16
**purity** [3] - 29:5, 29:9, 60:22
**purpose** [1] - 66:12
**put** [15] - 29:20, 75:1, 75:2, 75:8, 77:19, 78:20, 79:16, 79:17, 88:1, 90:20, 91:4, 111:24, 118:11, 121:20, 124:15
**putting** [1] - 96:7

### Q

**quarter** [22] - 12:18, 12:20, 27:16, 28:3, 28:5, 28:19, 28:21, 28:22, 29:17, 31:11, 35:2, 37:16, 37:19, 37:21, 52:4, 52:6,
52:15, 52:18, 57:25, 60:23, 69:24, 72:22
**questioned** [2] - 121:11, 121:24
**questions** [12] - 35:17, 102:14, 118:5, 132:6, 136:23, 138:6, 145:5, 146:7, 147:9, 148:1, 148:18, 148:22
**quick** [1] - 80:4
**quite** [2] - 52:14, 141:11

### R

**Rachel** [23] - 30:8, 30:11, 45:17, 46:25, 47:9, 47:16, 48:5, 48:22, 49:11, 50:1, 57:7, 57:9, 57:22, 57:23, 58:21, 59:13, 59:22, 59:23, 61:3, 61:14, 103:12, 122:11
**raise** [2] - 112:25, 113:6
**random** [1] - 82:16
**ratio** [1] - 29:15
**rattling** [1] - 82:11
**razor** [4] - 107:24, 135:5, 142:6, 142:7
**real** [2] - 105:23, 141:25
**realized** [2] - 115:22, 116:5
**really** [5] - 13:20, 28:12, 45:3, 92:3, 107:18
**reason** [16] - 29:6, 29:23, 40:6, 44:18, 44:19, 52:9, 52:12, 81:13, 82:6, 85:14, 111:7, 111:9, 111:15, 113:11, 124:22, 125:17
**receive** [2] - 10:2, 54:11
**receiving** [1] - 130:24
**recent** [1] - 106:10
**Recess** [1] - 125:22
**recess** [5] - 35:8, 35:14, 35:25, 124:4, 125:21
**recognize** [24] - 8:17, 11:3, 11:9, 14:23, 16:21, 19:11, 20:13, 23:2, 24:25, 32:16, 33:18, 38:15, 38:18, 38:23, 41:9, 48:1,
48:7, 48:10, 54:3, 58:6, 73:20, 73:23, 88:24, 89:4
**recognized** [1] - 98:23
**recommendations** [1] - 4:15
**reconvene** [1] - 35:14
**record** [12] - 4:21, 24:6, 24:9, 31:24, 32:2, 53:4, 53:7, 93:14, 93:16, 111:20, 111:25, 125:24
**recorded** [6] - 81:11, 110:3, 110:22, 113:22, 120:16, 126:9
**recorder** [1] - 93:18
**recording** [12] - 81:15, 81:18, 83:8, 93:20, 93:23, 94:1, 94:9, 94:14, 96:15, 97:14, 97:17, 98:10
**recross** [1] - 145:7
**RECROSS** [1] - 145:13
**RECROSS-EXAMINATION** [1] - 145:13
**red** [2] - 53:1, 88:21
**redirect** [1] - 138:7
**REDIRECT** [2] - 138:9, 147:14
**referred** [1] - 99:3
**referring** [2] - 82:13, 101:19
**reflect** [7] - 24:6, 24:9, 31:24, 32:2, 53:4, 53:7, 94:16
**regard** [1] - 124:14
**regarding** [1] - 7:17
**regards** [2] - 126:8, 131:18
**regular** [3] - 30:5, 98:20, 143:15
**regularly** [2] - 44:6, 143:19
**Reinhart** [2] - 104:8, 104:9
**related** [1] - 107:1
**relation** [1] - 66:3
**relationship** [9] - 14:4, 19:20, 24:16, 44:22, 56:25, 62:12, 139:23, 140:23, 141:20
**release** [3] - 135:12, 135:22, 136:4
**released** [2] - 7:24, 134:2, 134:4
48:7, 48:10, 54:3, 58:6, 73:20, 73:23, 88:24, 89:4
**relevance** [3] - 100:10, 125:1, 129:15
**relevant** [1] - 129:18
**remember** [18] - 37:25, 38:6, 47:11, 54:15, 54:25, 57:12, 61:4, 65:6, 67:20, 67:23, 68:22, 69:10, 86:2, 88:19, 90:4, 101:11, 120:17, 128:4
**remind** [2] - 36:11, 36:14, 126:1
**repair** [1] - 113:14
**repeat** [1] - 109:24
**repetitive** [1] - 118:9
**rephrase** [3] - 50:22, 116:18, 120:11
**request** [8] - 81:5, 113:25, 115:5, 121:4, 122:6, 124:23, 124:24, 125:9
**requesting** [1] - 115:9
**required** [2] - 10:5, 129:23
**requires** [1] - 108:13
**resale** [1] - 30:1
**residence** [2] - 12:5, 45:1
**respect** [4] - 50:18, 61:5, 66:20, 76:15
**restaurant** [1] - 87:2
**Restaurant** [1] - 42:23
**result** [1] - 10:3
**resume** [2] - 36:15, 126:3
**retrieved** [3] - 76:19, 76:20, 78:14
**return** [3] - 35:23, 46:21, 61:15
**review** [3] - 95:17, 96:21, 97:6
**reviewed** [2] - 94:8, 98:3
**ribs** [1] - 65:12
**rid** [1] - 71:11
**Ridley's** [2] - 78:6, 78:15
**river** [4] - 5:14, 71:24, 72:12, 114:19
**road** [6] - 47:18, 66:22, 66:25, 67:1, 79:3, 90:25
**roadside** [1] - 121:25
**Robert** [1] - 104:18
**Robin** [1] - 103:25
**roofing** [1] - 6:11
**room** [4] - 83:9, 98:9, 100:25, 117:1
**rough** [1] - 146:15
**Ruiz** [10] - 41:2, 41:13, 41:17, 41:24, 64:24, 65:4, 65:10, 70:13, 86:5, 89:12, 102:8

### S

**safe** [1] - 71:4
**sale** [1] - 131:3
**sales** [1] - 102:23
**Sanchez** [11] - 17:14, 23:24, 24:8, 36:6, 128:7, 128:19, 130:9, 130:20, 130:22, 130:25, 137:20
**Sanchez's** [1] - 124:16
**sandwich** [3] - 26:18, 90:11, 90:12
**Saran** [1] - 90:9
**saw** [5] - 59:16, 89:13, 98:24, 140:18, 141:1
**scared** [2] - 99:23, 99:24
**school** [2] - 5:19, 6:8
**screen** [6] - 9:14, 49:14, 94:22, 95:2, 97:13, 97:23
**sealed** [1] - 134:7
**search** [2] - 88:3, 88:5
**searched** [1] - 72:12
**seat** [2] - 68:8, 68:12
**seated** [1] - 124:13
**second** [2] - 36:18, 47:8
**seconds** [1] - 117:21
**see** [20] - 9:10, 23:23, 31:16, 49:9, 49:14, 52:19, 55:13, 59:12, 60:14, 74:20, 76:23, 78:10, 79:2, 79:6, 79:23, 84:25, 97:23, 98:25, 99:11, 140:21
**seeing** [3] - 67:15, 108:7, 127:15
**seem** [4] - 100:8, 100:22, 111:11, 122:4
**sell** [18] - 21:8, 21:9, 21:10, 23:19, 27:14, 27:18, 27:23, 28:2, 28:24, 30:22, 30:25, 49:25, 51:9, 55:22, 61:1, 64:16, 132:24, 133:6
**selling** [32] - 8:5, 12:3, 12:4, 12:9, 14:20, 15:21, 22:2, 22:5, 22:10, 22:13, 22:21,

**significance** [1] - 125:2

**silver** [1] - 73:17

**simply** [1] - 146:1

**single** [2] - 90:8, 90:10

**sister** [2] - 67:16, 67:22

**sitting** [9] - 24:1, 24:3, 31:19, 31:21, 52:24, 52:25, 68:8, 68:11, 76:5

**six** [5] - 23:9, 30:21, 74:14, 87:20, 146:25

**six-month** [1] - 146:25

**sleeved** [1] - 53:3

**Slope** [2] - 66:1, 66:2

**slope** [2] - 5:11, 5:13

**slowly** [1] - 113:15

**smaller** [1] - 27:24

**smallest** [1] - 28:2

**smoke** [1] - 73:3

**smoked** [3] - 73:6, 86:8, 117:25

**smoking** [3] - 117:23, 117:24, 118:1

**society** [1] - 136:12

**sold** [15] - 7:1, 15:23, 29:11, 34:8, 37:4, 46:18, 51:13, 51:14, 53:10, 103:3, 103:21, 133:10, 137:7, 139:13

**sole** [1] - 130:10

**someone** [3] - 22:4, 57:14, 100:25

**sometimes** [8] - 29:12, 59:25, 84:20, 96:18, 124:22, 133:3, 133:21

**somewhere** [7] - 27:6, 119:25, 130:11, 132:1, 132:14, 146:24, 147:2

**soon** [2] - 22:2, 136:19

**sorry** [9] - 17:8, 22:25, 32:23, 45:10, 83:23, 88:25, 89:21, 144:14, 146:7

**sort** [2] - 21:4, 50:21

**source** [2] - 130:10, 130:21

**space** [6] - 49:23, 77:14, 78:2, 78:15, 79:16, 79:17

**Spanish** [2] - 100:3, 100:5

**speakers** [1] - 37:7

**speaking** [3] - 45:8, 81:23, 94:6

**specific** [3] - 96:21, 96:22, 97:2

**specifically** [3] - 51:6, 121:19, 126:21

**speculation** [1] - 142:19

**speed** [1] - 71:23

**spell** [2] - 4:21, 4:23

**spring** [2] - 128:18, 128:24

**stake** [1] - 124:20

**stand** [2] - 4:8, 36:13

**standing** [1] - 67:1

**start** [5] - 19:22, 28:8, 28:10, 76:10, 107:3

**started** [10] - 6:5, 6:18, 23:17, 28:11, 34:9, 51:23, 62:2, 62:4, 110:2, 143:5

**state** [4] - 4:20, 104:6, 104:10, 135:7

**State** [2] - 7:12, 47:17

**States** [2] - 9:21, 36:5

**stay** [3] - 13:21, 18:22, 62:9

**stayed** [3] - 21:2, 49:10, 139:10

**stealing** [1] - 146:1

**Stennett** [14] - 76:5, 76:15, 79:13, 79:18, 80:10, 81:3, 86:22, 91:2, 91:8, 91:16, 92:20, 93:18, 96:10, 133:23

**Stennett's** [1] - 144:20

**step** [2] - 4:14, 148:24

**stereo** [1] - 37:8

**still** [11] - 36:14, 38:3, 70:23, 80:13, 83:19, 112:24, 113:5, 121:3, 126:1, 144:5, 146:21

**stipulation** [1] - 129:25

**stop** [2] - 32:7, 119:18

**stopped** [3] - 36:22, 121:13, 121:23

**straight** [1] - 51:23

**Street** [2] - 47:17, 53:18

**street** [1] - 12:23

**striped** [1] - 24:4

**study** [1] - 5:21

**subject** [1] - 108:21

**submitted** [2] - 35:20, 124:8

**subsequently** [1] - 96:3

**substance** [5] - 61:1, 106:12, 106:16,

107:8, 130:1

**substances** [1] - 118:17

**substantial** [1] - 108:13

**subterfuge** [1] - 113:3

**successfully** [1] - 139:9

**sufficient** [1] - 98:5

**summer** [1] - 103:23

**sunshine** [1] - 19:18

**Sunshine** [2] - 99:4, 100:24

**supplied** [1] - 23:21

**suppose** [2] - 133:13, 140:25

**supposed** [4] - 77:13, 126:14, 126:19, 129:23

**supposedly** [1] - 72:11

**suspected** [1] - 133:13

**suspicions** [1] - 143:17

**sustain** [1] - 97:7

**sustained** [9] - 13:3, 13:10, 43:7, 93:4, 116:17, 122:8, 128:15, 139:6, 142:20

**swapped** [1] - 42:4

**sworn** [2] - 4:14, 4:18

**system** [2] - 113:10, 113:14

## T

**table** [3] - 18:17, 76:6, 127:20

**Tambunga** [22] - 16:8, 16:10, 16:13, 16:24, 17:1, 17:9, 17:24, 18:16, 18:22, 20:23, 22:10, 22:16, 22:21, 30:8, 127:7, 127:19, 128:2, 128:6, 128:10, 128:18, 133:24, 137:5

**Tanya** [11] - 72:13, 72:14, 72:20, 72:23, 73:12, 73:14, 74:25, 75:21, 110:13, 121:9, 121:20

**tape** [5] - 96:11, 97:14, 97:17, 97:20, 98:6

**TC** [5] - 128:25, 129:2, 129:22, 130:3, 130:5

**telephone** [9] - 81:4, 81:10, 81:23, 86:18,

92:18, 92:22, 93:12, 137:21, 144:16

**ten** [2] - 13:22, 139:3

**test** [2] - 91:13, 95:15

**tested** [1] - 91:15

**testified** [4] - 4:19, 50:9, 122:10, 131:13, 131:18, 139:13, 140:5

**testify** [1] - 13:4

**testimony** [4] - 9:24, 102:11, 106:6, 118:2

**THE** [119] - 4:9, 4:13, 4:20, 4:22, 4:24, 4:25, 5:2, 9:1, 9:5, 11:20, 13:3, 13:10, 13:13, 13:15, 15:4, 15:8, 24:9, 32:2, 32:9, 33:3, 33:7, 33:25, 34:3, 35:7, 35:10, 35:12, 36:4, 36:9, 36:12, 36:13, 36:19, 38:13, 41:6, 42:12, 42:14, 42:15, 43:7, 44:2, 44:3, 45:7, 47:23, 49:1, 49:5, 50:22, 51:4, 53:7, 54:1, 58:12, 58:16, 58:23, 58:25, 64:4, 64:6, 74:10, 74:14, 74:17, 74:18, 74:21, 79:6, 79:8, 82:23, 83:2, 83:6, 89:1, 93:4, 94:24, 95:4, 95:6, 95:10, 95:17, 95:21, 95:24, 96:8, 96:14, 96:20, 97:1, 97:10, 99:13, 99:14, 100:11, 102:15, 102:17, 111:17, 111:19, 112:7, 112:9, 112:23, 113:9, 116:17, 116:19, 118:4, 118:10, 120:12, 122:8, 123:22, 124:3, 124:13, 125:12, 125:15, 125:24, 128:15, 129:16, 132:8, 136:25, 138:7, 139:6, 142:20, 143:1, 143:2, 145:4, 145:7, 145:9, 145:12, 147:10, 147:12, 148:10, 148:11, 148:20, 148:24

**thinking** [1] - 125:10

**thinks** [1] - 96:6

24:21, 28:8, 28:15, 30:3, 31:4, 31:10, 33:14, 34:9, 34:15, 34:22, 46:3, 50:5, 50:10, 51:23, 62:2, 63:8, 84:6, 84:7, 136:20, 139:14, 146:11

**send** [5] - 57:14, 57:22, 101:5, 101:10, 101:13

**sent** [3] - 101:6, 101:8, 112:16

**sentence** [4] - 10:12, 108:22, 109:2, 136:3

**September** [2] - 118:17, 119:16

**Sergeant** [1] - 80:10

**sergeant** [2] - 80:11, 91:10

**set** [2] - 83:11, 85:16

**setting** [3] - 114:21, 142:14

**seventy** [1] - 95:1

**seventy-three** [1] - 95:1

**several** [3] - 85:8, 99:20, 128:5

**Severson** [2] - 4:10, 124:9

**Sharon** [2] - 104:6, 104:9

**shaving** [1] - 107:24

**shirt** [3] - 24:5, 31:23, 53:3

**shortly** [4] - 19:25, 88:15, 140:9, 140:20

**show** [32] - 8:14, 11:1, 11:7, 14:21, 15:3, 16:19, 19:4, 19:9, 20:11, 22:23, 24:23, 32:14, 32:21, 32:24, 33:17, 33:24, 38:9, 41:3, 47:20, 48:6, 53:19, 53:23, 58:4, 58:11, 64:1, 73:18, 74:8, 88:12, 88:22, 97:13, 98:12, 107:18

**showed** [1] - 54:21

**shown** [4] - 95:11, 95:14, 97:19, 108:6

**sic** [1] - 61:3

**sick** [2] - 13:20, 13:21

**side** [1] - 48:18

**sidebar** [3] - 95:21, 111:22, 111:24

**Sidebar** [4] - 95:23, 97:9, 111:18, 113:8

**signature** [3] - 9:11, 9:17, 108:9

third [2] - 107:8, 107:12

Thirty [1] - 33:7

thirty [2] - 5:7, 109:5

thirty-four [2] - 5:7, 109:5

Thirty-nine [1] - 33:7

thousand [3] - 101:12, 146:12, 146:14

three [13] - 7:20, 25:23, 26:1, 27:20, 32:4, 32:6, 33:16, 34:8, 36:7, 70:6, 95:1, 134:22, 134:24

tie [4] - 24:4, 31:22, 53:1, 129:17

today [7] - 9:24, 31:17, 52:21, 76:6, 82:1, 137:16, 147:24

together [7] - 60:12, 63:17, 63:21, 63:24, 116:9, 119:1, 119:7

tomorrow [2] - 35:14, 35:23

took [9] - 13:1, 13:8, 77:25, 78:20, 78:25, 79:15, 79:16, 96:11, 147:17

tops [1] - 114:14

Torres [5] - 30:8, 62:21, 104:2, 104:12, 144:7

touch [3] - 44:17, 44:19, 91:6

touching [1] - 9:13

towards [1] - 63:11

town [2] - 43:10, 62:5

track [1] - 118:10

traded [1] - 40:16

trafficking [1] - 91:20

trailer [6] - 19:3, 20:6, 20:9, 64:22, 69:6, 70:9

Trailer [18] - 20:3, 20:10, 20:16, 20:17, 20:21, 21:1, 25:11, 25:17, 25:23, 26:4, 27:6, 40:3, 40:4, 40:7, 44:15, 46:13, 70:8, 143:19

transcript [17] - 4:3, 83:3, 83:4, 94:8, 94:16, 94:22, 95:2, 95:8, 96:7, 96:9, 96:11, 96:16, 97:25, 98:4, 98:6, 98:8, 148:25

transcription [2] - 94:13, 96:4

translation [1] - 97:18

transport [1] - 122:12

travel [3] - 43:3, 43:23, 44:6

Travis [8] - 69:15, 69:24, 70:20, 71:14, 71:20, 84:10, 106:1, 144:8

Treasure [1] - 6:15

trenton [1] - 37:13

Trenton [6] - 37:14, 40:2, 45:20, 45:23, 103:14, 144:7

Trenton's [1] - 103:18

trial [2] - 36:8, 124:25

tricky [1] - 116:21

trip [1] - 69:5

tripping [2] - 99:21, 101:18

trouble [7] - 109:16, 113:10, 115:17, 115:21, 116:3, 127:22, 127:24

truck [4] - 67:3, 68:11, 89:9, 89:13

true [2] - 95:15, 137:6

truth [4] - 4:19, 10:9, 148:2

try [5] - 107:15, 113:14, 119:18, 136:15, 142:7

trying [2] - 57:1, 63:17

tube [1] - 73:17

turning [1] - 85:21

Turtle [1] - 104:16

tutor [2] - 6:12, 6:16

Twelve [1] - 22:25

twenty [2] - 12:24, 87:20

twenty-six [1] - 87:20

twice [2] - 117:8, 117:22

twins [1] - 120:2, 121:1

two [29] - 5:20, 18:4, 18:8, 27:20, 33:16, 38:21, 38:22, 38:23, 44:7, 48:14, 56:5, 64:4, 65:19, 80:2, 90:9, 90:12, 101:9, 102:9, 114:14, 114:15, 118:19, 119:7, 119:24, 120:20, 147:6, 147:7

## U

ultimately [1] - 10:11

uncut [1] - 131:9

under [8] - 36:14, 66:19, 77:9, 86:14,

126:2, 144:17, 144:20, 147:21

undercover [2] - 91:18, 114:22

underneath [7] - 9:14, 18:16, 49:15, 74:2, 77:15, 78:2, 127:19

undo [1] - 125:15

Union [1] - 61:13

United [2] - 9:21, 36:5

unknown [2] - 104:7, 117:15

unless [1] - 96:2, 116:16, 128:12

unusual [2] - 124:17, 137:25

up [42] - 5:10, 19:4, 21:3, 25:12, 25:17, 25:22, 26:3, 26:15, 32:5, 32:9, 43:3, 54:21, 56:15, 60:7, 65:1, 68:19, 69:6, 69:22, 70:2, 70:5, 70:7, 70:15, 74:17, 74:19, 85:16, 88:1, 88:12, 94:22, 95:2, 97:13, 107:18, 114:21, 119:12, 119:25, 123:24, 124:1, 124:11, 135:7, 135:18, 135:25, 142:14

users [1] - 139:17

## V

V-E-R-T-N-E-R [1] - 5:1

vagina [3] - 75:1, 75:10, 121:21

vague [1] - 50:21

Valley [1] - 6:15

valley [1] - 104:9

varied [7] - 12:18, 12:21, 37:17, 52:5, 63:7, 131:4, 146:12

vehicle [3] - 88:24, 89:4, 89:15

vehicles [1] - 42:21

version [1] - 97:19

versus [2] - 36:5, 130:20

Vertner [18] - 4:6, 4:13, 4:22, 5:6, 36:12, 36:13, 36:22, 96:12, 98:17, 100:3, 102:20, 124:15, 126:7, 128:17, 132:12, 138:11, 145:16, 147:16

VERTNER [1] - 4:17

Victor [15] - 41:2, 41:13, 41:17, 41:24, 65:4, 65:10, 70:13, 86:5, 86:9, 89:12, 89:17, 89:19, 89:22, 99:12, 102:8

visit [1] - 127:11

visitation [2] - 135:15, 135:17

visitor [2] - 135:24, 135:25

volition [1] - 144:17

volunteered [1] - 144:19

## W

wait [1] - 43:14

waited [1] - 88:12

waiting [5] - 54:25, 55:2, 69:14, 69:16, 78:22

walk [4] - 135:3, 135:4, 135:6, 135:11

walk-away [4] - 135:3, 135:4, 135:6, 135:11

walked [2] - 89:14, 135:13

warned [1] - 138:12

warnings [1] - 136:10

Washington [4] - 7:12, 107:14, 107:19, 135:16

watch [2] - 84:19, 98:6

watching [1] - 55:3

weapon [3] - 107:10, 107:21, 107:23

wear [1] - 85:19

wearing [4] - 24:2, 31:20, 31:22

weed [1] - 86:7

week [20] - 18:6, 25:16, 25:25, 42:8, 63:6, 63:7, 114:14, 118:22, 118:24, 118:25, 119:2, 119:3, 119:5, 130:24, 138:4, 146:10, 146:15, 147:1, 147:6, 147:7

weekly [1] - 25:22

weeks [6] - 44:7, 114:14, 114:15, 119:24, 147:1

Weiser [7] - 5:11, 5:15, 16:4, 17:22, 20:3, 23:10, 42:23

Western [1] - 61:13

whatsoever [1] -

97:23

whereabouts [1] - 66:2

White [5] - 77:22, 78:23, 78:24, 79:19, 79:21

white [1] - 24:4

whole [3] - 4:18, 62:5, 79:21

window [6] - 49:16, 49:18, 49:19, 68:13, 68:15

windows [2] - 48:19, 49:10

Winmill [1] - 10:13

wire [4] - 61:6, 61:8, 77:20, 85:19

wired [1] - 88:1

wise [1] - 142:1

wish [2] - 123:25, 125:13

withhold [1] - 111:13

witness [5] - 4:14, 13:3, 24:7, 31:25, 32:11, 36:16, 51:6, 53:5, 98:3, 102:1, 102:5, 126:1, 126:4, 128:13, 147:12

Witness [2] - 9:16, 74:21

WITNESS [13] - 4:22, 4:25, 13:15, 36:12, 42:15, 44:3, 58:25, 64:6, 74:18, 74:21, 79:8, 143:2, 148:11

witnesses [1] - 35:22

woman [2] - 31:21, 53:1

women [2] - 122:5, 122:18

words [2] - 51:24, 67:23

Wrap [1] - 90:9

wrap [1] - 123:24

wrapped [5] - 78:4, 90:6, 90:8, 90:15, 124:1

written [1] - 97:19

## Y

yard [1] - 54:24

years [5] - 5:20, 10:22, 23:9, 30:21, 108:22

yellow [5] - 9:18, 24:4, 31:22, 49:14

yesterday [4] - 36:22, 106:6, 108:6, 108:7

yourself [4] - 50:19, 109:14, 127:25,

133:2
**yourselves** [1] - 124:6

# Z

**zero** [2] - 117:14,
117:16
**Ziploc** [1] - 78:13

**United States Courts, District of Idaho**