1    **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2

   - - - - - - - - - - - - - - - - - - x
3                                       :
   UNITED STATES OF AMERICA,            : Case No. CR 12-155-S-BLW
4                                       :
                        Plaintiff,      : **JURY TRIAL**
5                                       : **PARTIAL TRANSCRIPT**
             vs.                        : **WITNESS**: Kristopher Hensley
6                                       :
   JESUS GUADALUPE SANCHEZ, a/k/a JOSE  :
7  SALAZAR, a/k/a "CHE," JIM ALLEN      :
   LOVELAND, and, MICHAEL DENNIS MORRIS,:
8                                       :
                        Defendants.     :
9  - - - - - - - - - - - - - - - - - - x

10

11

12

13

14

15    <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

16

      before B. Lynn Winmill, Chief District Judge
17

18
      January 16, 2013
19

20    Pages 1 to 76

21

22
                        **Tamara I. Hohenleitner**
23           Idaho Certified Shorthand Reporter No. 619
                    Registered Professional Reporter
24                     Certified Realtime Reporter
               Federal Certified Realtime Reporter
25
                United States Courts, District of Idaho
      550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                              <u>A P P E A R A N C E S</u>

2

3       **FOR UNITED STATES OF AMERICA**

4               Lynne W. Lamprecht
                US ATTORNEY'S OFFICE
5               Washington Group Plaza IV
                800 Park Blvd., Ste. 600
6               Boise, ID 83712-9903
                Tel:  (208) 334-1211
7               Fax:  (208) 334-9375
                Email:  Lynne.Lamprecht2@usdoj.gov
8

9

3       **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**
10
                Jeffrey P. Heineman
11              HEINEMAN LAW OFFICE
                1501 Tyrell Lane
12              Boise, ID 83706
                Tel: (208) 830-6124
13              Fax: (208) 947-9009
                Email: Jeff@heinemanlaw.com
14

15      **FOR DEFENDANT MICHAEL DENNIS MOORE**

16              Joseph W. Borton
                BORTON-LAKEY LAW OFFICES
17              141 E. Carlton Avenue
                Meridian, ID 83642
18              Tel: (208) 908-4415
                Fax: (208) 493-4610
19              Email: Joe@borton-lakey.com

20

21      **FOR DEFENDANT JIM ALLEN LOVELAND**

                Christian Berglund
22              BERGLUND LAW, PLLC
                500 W. Bannock Street
23              Boise, ID 83702
                Tel: (208) 342-7600
24              Fax: (208) 392-1395
                Email: Chris@berglundlaw.com
25

1                                              **I   N   D   E   X**

2

3                          **U   N   I   T   E   D     S   T   A   T   E   S     W   I   T   N   E   S   S**

                                                                                    **PAGE**

4  **HENSLEY, Kristopher Craig**

5      Direct Examination by Ms. Lamprecht.................  5
       Cross-Examination by Mr. Borton..................... 50
6      Cross-Examination by Ms. Berglund................... 62
       Redirect Examination by Ms. Lamprecht.............. 62
7      Recross-Examination by Mr. Borton.................. 66
       Further Redirect Examination by Ms. Lamprecht....... 70

8

9

10                         **U   N   I   T   E   D     S   T   A   T   E   S     E   X   H   I   B   I   T   S**

11                                                                            **ADMITTED**

12     **69**    Plea agreement of K.C. Hensley...............  14

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1          P R O C E E D I N G S
2              January 16, 2013
3          (Partial transcript only.)
4              (Jury present.)
5          MS. LAMPRECHT:  The government calls
6    Kristopher Craig, also known as K.C., Hensley.
7          THE COURT:  I think we need a few minutes to
8    have Mr. Hensley -- we're going to take a short
9    recess to accommodate moving witnesses back and
10   forth.  We'll be in recess for ten minutes or
11   until further call.
12             I'll admonish you not to discuss the
13   case among yourselves or with anyone else.  You
14   are not to form or express any opinions about the
15   case until it is submitted to you.  We'll be in
16   recess.
17             (Recess.)
18             (Jury present.)
19         THE COURT:  I'll note for the record that
20   all jurors are present.
21             Mr. Hensley, is it?
22         THE WITNESS:  Yes, sir.
23         THE COURT:  Would you please stand.
24   Ms. Gearhart, will place you under oath.
25             KRISTOPHER CRAIG HENSLEY,

5

1    having been first duly sworn to tell the whole
2    truth, testified as follows:
3          THE CLERK:  Please state your complete name
4    and spell your name for the record.
5          THE WITNESS:  Kristopher Craig Hensley,
6    K-R-I-S-T-O-P-H-E-R, C-R-A-I-G, H-E-N-S-L-E-Y.
7          THE COURT:  You may inquire.
8          MS. LAMPRECHT:  Thank you, Your Honor.
9              DIRECT EXAMINATION
10   BY MS. LAMPRECHT:
11         Q.  Mr. Hensley, do you have a nickname?
12         A.  K.C.
13         Q.  Is that what everybody calls you?
14         A.  Yes.
15         Q.  Do you mind if I call you "K.C." during
16   our conversation today?
17         A.  No.
18         Q.  Thank you.  How old are you -- well,
19   try Mr. Hensley.  How old are you, Mr. Hensley?
20         A.  Twenty-six.
21         Q.  I'm sorry?
22         A.  Twenty-six.
23         Q.  Thank you.  Where did you grow up?
24         A.  All over, Payette County and Weiser.  I
25   just moved around a lot.

6

1          Q.  Have you been in Idaho most of your
2    life?
3          A.  Yeah.
4          Q.  How far did you go in school?
5          A.  Graduated.
6          Q.  From where?
7          A.  Weiser High School.
8          Q.  What year?
9          A.  2004.
10         Q.  Did you work while you were in high
11   school?
12         A.  Yes.
13         Q.  What did you do?
14         A.  I worked for H & R Communication as a
15   ground foreman.  I also worked for H & R
16   Drywalling.  And then, like, just lawn care, like
17   for Savara's (phonetic) Landscaping.
18         Q.  Did there come a time in your life when
19   you became involved with methamphetamine?
20         A.  Yes.
21         Q.  When was that?
22         A.  I think I was around 19.
23         Q.  And what did you do with
24   methamphetamine first?
25         A.  I used it, and then I started selling

7

1    it.
2          Q.  How long did you sell methamphetamine
3    after high school?
4          A.  Up until I went to prison.
5          Q.  Okay.  Well, before you went to prison,
6    what did you do?
7          A.  I sold meth.
8          Q.  And were you ever in the military?
9          A.  Yeah.  I joined the military to try to
10   get away from it and then came back.
11         Q.  How old were you when you joined the
12   military?
13         A.  Nineteen or twenty.  It was beginning
14   of '05.
15         Q.  What branch of the military did you go
16   into?
17         A.  Army.
18         Q.  How long -- how long were you there?
19         A.  Two weeks away from finishing boot
20   camp, I came back.  I went AWOL, absent without
21   leave.
22         Q.  Why did you go AWOL?
23         A.  Because I missed home and the drugs.
24   Everybody was talking about drugs, so I just
25   wanted to go get high.

8

1    Q.   I'm having a little bit of difficulty
2    hearing you, Mr. Hensley.  If you could maybe pull
3    that microphone a little closer or move it up.
4    Thank you.
5         Did you get a discharge from the
6    military?
7    A.   Yes.
8    Q.   And what kind of discharge was that?
9    A.   Other than honorable.
10   Q.   About how old were you when you left
11   the Army?
12   A.   Nineteen or twenty.  So twenty, I
13   think.
14   Q.   And did you have a job at all after you
15   left the Army?
16   A.   No.
17   Q.   So what -- what is it that you were
18   doing pretty much all the time?
19   A.   Selling meth.
20   Q.   Where were you living when you were
21   selling methamphetamine?
22   A.   Fruitland.
23   Q.   Fruitland?  And I would like to show
24   you Government's Exhibit 37, which I believe has
25   been admitted in evidence.

9

1         Do you know the person in that
2    photograph?
3    A.   Benjamine Vertner.
4    Q.   How long have you known Benjamine
5    Vertner?
6    A.   I met him back in '05, I think.
7    Q.   How did you meet him?
8    A.   Drugs.
9    Q.   What -- what about drugs brought you
10   together?
11   A.   Just -- he wanted to buy a half ounce,
12   and I could get it.
13   Q.   Did you sell it to him?
14   A.   No.
15   Q.   Did you have someone else sell it to
16   him?
17   A.   Back in '05?
18   Q.   Mm-hmm.
19   A.   No.  I don't think I did.  I ended up
20   not liking his attitude, so I just went the other
21   way.
22   Q.   Okay.  Let me ask you:  Have you ever
23   been convicted of a felony in connection with your
24   methamphetamine dealing?
25   A.   Yes.

10

1    Q.   What felony were you convicted of?
2    A.   Drug trafficking.
3    Q.   In what drug?
4    A.   Meth.
5    Q.   And when were you convicted?
6    A.   March of '07, I believe.
7    Q.   And have you completed your sentence
8    and been discharged for that crime?
9    A.   Yes.
10   Q.   When did that happen?
11   A.   I got gold-sealed in '11, 2011.
12   Q.   What does gold-sealed mean?
13   A.   It means that they gave me the
14   paperwork saying that I no longer have any time to
15   do for the Idaho state, State of Idaho.
16   Q.   After you got done with your prison
17   time, were you arrested again for dealing in
18   methamphetamine?
19   A.   Yes.
20   Q.   And what was the charge against you?
21   A.   It was possession, and then it was
22   later amended into trafficking.
23   Q.   What happened to those charges?
24   A.   They were dropped.
25   Q.   Why?

11

1    A.   Because I got hit with federal charges.
2    Q.   Was it -- did it involve the same
3    event?
4    A.   No.
5    Q.   No?  Different?
6    A.   Yes.  It was my own.  It was separate.
7    Q.   Okay.  And were you arrested after that
8    other than in this case?
9    A.   Yes.  I got arrested for possession of
10   methamphetamine in Ada County, and I bonded out on
11   that.
12   Q.   And has that case been resolved?
13   A.   No.
14   Q.   And so it's -- it's still pending?
15   A.   Still going.  Yes.
16   Q.   While you were dealing in 2011 and
17   2012, were you also using?
18   A.   Yes.
19   Q.   How much methamphetamine would you take
20   at a time?
21   A.   For my personal use?
22   Q.   Yes, sir.
23   A.   A lot.
24   Q.   Well, how much -- how much was a hit?
25   How much was a onetime use?

12

1    A.  Well, when I was smoking, I would
2  probably smoke a quarter ounce a day between
3  myself and other people, easily.  And then I
4  started -- about a month before I got arrested, I
5  started slamming, or using a needle.
6    Q.  How much did you inject at a time when
7  you used a needle?
8    A.  I don't know.  A gram or more, maybe.
9  Around a gram.
10    Q.  How much -- you said you would use a
11  fourth of an ounce a day, yourself and others.
12  How much of that fourth-ounce would you use just
13  to take it one time?
14    A.  Like one hit off a pipe or -- I
15  mean --
16    Q.  And how many grams was that -- would
17  that be?
18    A.  I don't know.  I would probably load
19  half a gram in a bowl, depending on the size.
20    Q.  When is the last time you used
21  methamphetamine?
22    A.  The day I got arrested.  June 1st or --
23  May 31st or June 1st.
24    Q.  That would be 2012?
25    A.  Yes.

13

1    Q.  Okay.  I'm going to ask you a little
2  bit about your guilty plea in this case.  Have you
3  pled guilty in this case to participating in a
4  conspiracy to possess methamphetamine with intent
5  to distribute it?
6    A.  Yes.
7    Q.  And was this -- did you have a plea
8  agreement when you pled guilty?
9    A.  Yes.
10    Q.  I would like to show you what's been
11  marked as Government's Exhibit 69, and it's going
12  to come up on the screen.
13        Do you recognize that?
14    A.  That's my plea agreement.
15    MS. LAMPRECHT:  I would like to move
16  Government's Exhibit 69 into evidence and show it
17  to the jury.
18    THE COURT:  Any objection?
19    MS. BERGLUND:  No objection.
20    MR. BORTON:  None, Your Honor.
21    MR. HEINEMAN:  No objection, Your Honor.
22    THE COURT:  Exhibit 61 --
23    MS. LAMPRECHT:  Sixty-nine.
24    THE COURT:  Sorry -- 69 will be admitted and
25  published to the jury.

14

1        (Exhibit No. 69 admitted.)
2    MS. LAMPRECHT:  Thank you.
3  BY MS. LAMPRECHT:
4    Q.  Now, I would like to ask you to look at
5  page 15 of that -- of Exhibit 69.  And do you see
6  your signature on that page?
7    A.  Yes.
8    Q.  Would you put your finger on the screen
9  and draw a circle around your signature.
10    A.  (Witness complied.)
11    Q.  Okay.  So that's -- you marked on the
12  screen, and how did you sign that?
13    A.  With a pen.
14    Q.  Yeah.  Did you sign "Kristopher Craig,"
15  or did you sign "K.C."?
16    A.  I signed "K.C. Hensley."
17    Q.  Okay.  And is it your understanding
18  that as part of this plea agreement, you have
19  agreed to cooperate with the United States?
20    A.  Yes.
21    Q.  And cooperation is basically that you
22  are going to try to give substantial assistance to
23  the United States?
24    A.  Yes.
25    Q.  Do you hope to receive a benefit from

15

1  your cooperation?
2    A.  Yes.
3    Q.  What is the benefit that you hope to
4  receive?
5    A.  Just a downward departure, I believe.
6    Q.  A downward departure, what does that
7  mean?
8    A.  Less time on my top -- on my sentence.
9    Q.  Okay.  And do you understand what is
10  required on your part for you to get this benefit?
11    A.  Yes.
12    Q.  What is that?
13    A.  That I need to be honest and tell the
14  truth in my testimony.
15    Q.  Who is it who will decide what your
16  sentence will be?
17    A.  The judge.
18    Q.  Now, I'm going to ask you about events
19  that occurred after you were released from jail in
20  2011, and I would like to direct your attention to
21  November of 2011.
22        Were you associating in any way with
23  Ben Vertner at that time?
24    A.  Yes.
25    Q.  What were you doing with Ben Vertner?

16

1    **A.** Drug deals.
2    **Q.** What --
3    **A.** Selling meth.
4    **Q.** Can you explain what the nature of the
5    deals you were doing with him were?
6    **A.** Selling meth and using meth.
7    **Q.** Okay.  Was one of you selling to the
8    other, or did --
9    **A.** Both.  Both.  When he didn't have it, I
10   would sell to him; and when I didn't have it, he
11   would sell to me.
12   **Q.** How much were you selling to Ben
13   Vertner?
14   **A.** Started out with quarter ounces, half
15   ounce to ounces.
16   **Q.** Over what period of time?
17   **A.** The whole time until I got arrested.
18   **Q.** So you're talking about from November
19   of 2011 until May of 2012?
20   **A.** Yes.
21   **Q.** Okay.  And how much did you charge Ben
22   Vertner for methamphetamine?
23   **A.** $1600 an ounce.
24   **Q.** And how much would you buy from Ben?
25   **A.** Just depended.  It started out, I

17

1    think, at 15-; sometimes I paid 16-.  And then
2    towards the end, I started getting it for, like,
3    13-, 1350.
4    **Q.** And how much were you buying from Ben
5    at a time?
6    **A.** I would pick up -- at first, it would
7    just be ounces and then up to quarter pounds.
8    **Q.** When was it that you started buying
9    quarter pounds?
10   **A.** From Ben Vertner.
11   **Q.** What time of -- what time frame?  In
12   this time frame of November of 2011 to May of
13   2012, when did you start buying the quarter
14   pounds?
15   **A.** Maybe around April.
16   **Q.** I would like to show you what's been
17   marked as Government's Exhibit 42.  It's been
18   admitted.
19       Do you recognize the person in that
20   photograph?
21   **A.** Yes.
22   **Q.** Who is it?
23   **A.** Amy Cavazos.
24   **Q.** How do you know her?
25   **A.** She is Ben's girlfriend.

18

1    **Q.** Have you ever been to her house?
2    **A.** Yes.
3    **Q.** What was the first time you were there?
4    **A.** When they first got the place; like,
5    '10, I think.
6    **Q.** And what was the reason you went there?
7    **A.** Well, they were my friend -- I was
8    selling -- I was selling weed at the time, so I
9    guess it would been because of drug deals.
10   **Q.** I'd like to show you what's been marked
11   as Government's Exhibit 43.
12       Do you recognize that house?
13   **A.** Yes.
14   **Q.** What house is it?
15   **A.** Ben and Amy's house.
16   **Q.** Now, in late November, early December
17   of 2011, did you learn anything about where Ben
18   Vertner was getting his methamphetamine?
19   **A.** What was the time period?
20   **Q.** Late November, early December of 2011.
21   **A.** I knew some of the people.  I didn't --
22   I never knew the source that's on -- that he was
23   getting it from recently.  Personally, I never
24   knew him, no.  And --
25   **Q.** Okay.  But I'm talking about early in

19

1    November and December back.
2    **A.** Yes, I knew one of his --
3    MR. HEINEMAN:  Objection.  Foundation.
4    MS. LAMPRECHT:  The answer is yes.
5    BY MS. LAMPRECHT:
6    **Q.** And how did you know --
7    THE COURT:  Just a moment.  I'm going to
8    overrule the objection.  Proceed.
9    BY MS. LAMPRECHT:
10   **Q.** How did you know who he was getting his
11   meth from in November and December?
12   **A.** I had met him before, drug deals.
13   **Q.** Who was it?
14   **A.** It was a guy named Larry.  Called him
15   "Scary Larry."
16   **Q.** Did you know his last name?
17   **A.** No.
18   **Q.** Okay.  Did there come a time when you
19   learned from Ben Vertner whether or not he had a
20   new source?
21   **A.** Yes.
22   **Q.** And about when was this?
23   **A.** I believe it was in November.  Maybe
24   the end of November or -- end of November,
25   beginning of December, perhaps.  I'm not quite

20

1 sure.

2     **Q.** And after --

3     **A.** I know it was --

4     **Q.** After Ben starting getting meth from

5 this new source, you said you never met this new

6 source?

7     **A.** No.

8     **Q.** But you continued to buy meth from Ben

9 after he started getting meth from this new

10 source?

11     **A.** Yes.

12     **Q.** How often did you get methamphetamine

13 from Ben Vertner after he got his new source in

14 December of 2011?

15     **A.** Weekly, I would say.

16     **Q.** And how about in January?

17     **A.** Weekly.

18     **Q.** February?

19     **A.** Weekly.

20     **Q.** Who were you selling Vertner's

21 methamphetamine to in January, February, and early

22 March of 2011?

23     **A.** Lots of -- multiple people, Michael

24 Morris being one of them.

25     **Q.** Michael Morris was one of them.  How

21

1 much methamphetamine were you selling to Michael

2 Morris at a time?

3     **A.** Started off back and forth.  Quarter

4 ounce, half ounce, and then it got to ounces.

5     **Q.** When did it start with a quarter of an

6 ounce?

7     **A.** I believe before January -- maybe

8 November, January.

9     **Q.** When did it become a half an ounce?

10     **A.** I can't -- maybe February, March.

11     **Q.** And after March -- well, first of all,

12 do you see the Michael Morris that you were

13 selling methamphetamine to in the courtroom today?

14     **A.** Yes.

15     **Q.** Would you describe where he is sitting

16 and what he is wearing.

17     **A.** Third person from the end over there;

18 brown shirt, glasses, bald head.

19     MS. LAMPRECHT:  May the record reflect the

20 witness has identified the defendant Michael

21 Morris?

22     THE COURT:  The record will so reflect.

23 BY MS. LAMPRECHT:

24     **Q.** How much was Michael Morris paying you

25 for methamphetamine in January and February and

22

1 March?

2     THE COURT:  Counsel, this is 2012; correct?

3     MS. LAMPRECHT:  This is 2012, yes, sir.

4     THE WITNESS:  I think 500 -- 475 or 500 for

5 a quarter ounce; and then from there, I believe it

6 would just vary sometimes but anywhere 16 and

7 below, I believe -- $1600 an ounce and below.  And

8 I would try to keep it -- like, if I went half

9 ounce, I would try to do half, so eight.

10 BY MS. LAMPRECHT:

11     **Q.** I'm sorry.  I'm not sure what you're

12 talking about.  You mean you would throw in an

13 extra amount of drugs or --

14     **A.** No.  I just mean that if I sold him an

15 ounce, it would be 1600, or it would vary.  So if

16 I charged him 1600, then for a half ounce, I would

17 charge 800.

18     **Q.** Okay.  I understand.  So it was all

19 based on 1600 an ounce, no matter what quantity

20 you sold him?

21     **A.** Not necessarily, no.  And then,

22 depending on the source that I got it from, on

23 what I paid.

24     **Q.** How often, can you tell us, between

25 January and March of 2012 was Ben Vertner the

23

1 source for the methamphetamine that you sold to

2 Michael Morris?

3     **A.** Weekly.  I mean, it was all the time.

4 I can't give you an exact number, but I would have

5 his drugs, and then I would have another source of

6 drugs with me usually sometimes.  It just

7 depended.

8     **Q.** When Michael Morris sold the drugs that

9 he got from you, do you know what he did with

10 them?

11     **A.** Used them and sold them.

12     **Q.** Did you know any of his customers?

13     **A.** Not very well, but I met a few of them,

14 yes.

15     **Q.** Do you know their names or nicknames

16 for them?

17     **A.** There was a guy named Donny.  There

18 was -- it's been a while, but -- I don't --

19     **Q.** You don't remember names?

20     **A.** Not very well.  Just off the top of my

21 head, I can't really --

22     **Q.** Okay.

23     **A.** There is this older -- there was a lot

24 of older people.

25     **Q.** Older people?

24

1  **A.** Yeah, older clientele, I guess you
2  would say.  I don't know.
3  **Q.** Okay.
4  **A.** Dusty lived on the river.  I think his
5  name -- yeah, Dusty was a guy -- or Rusty.  I
6  don't know.
7  **Q.** How much methamphetamine were you
8  moving about this time?  How much were you
9  selling?
10  **A.** A lot.  Two-and-a-half, 3 pounds a
11  week, maybe.
12  **Q.** Were you making any profit off this?
13  **A.** Yes.
14  **Q.** How much money were you making a week
15  from selling meth?
16  **A.** I tried to make about $400 an ounce, if
17  I could, if -- by selling it in lower quantities.
18  If I sold it with an ounce, I would just try to
19  make a hundred bucks extra an ounce.
20  **Q.** When you delivered methamphetamine to
21  Michael Morris, where did you give him the
22  methamphetamine?
23  **A.** Started at Pilot -- I think it's Pilot.
24  I have been to his mom's house when he was living
25  in the basement.  And then he -- I met him at

25

1  motels, just random spots where we would meet up
2  in vehicles.  And then I was at his house on -- I
3  think it's Fourth in Ontario, Oregon, when he got
4  that place.
5  **Q.** Do you remember when he got that place?
6  **A.** Maybe January or February.
7  **Q.** I would like to show you what's been
8  marked as Government's Exhibit 51.
9      Do you recognize what's in that
10  photograph?
11  **A.** His house.
12  **Q.** Whose house?
13  **A.** Michael Morris.
14  **Q.** How many times did you deliver
15  methamphetamine to Michael Morris at that house?
16  **A.** Multiple.  A lot.
17  **Q.** On one of these occasions, did Michael
18  Morris ever help you do something with
19  methamphetamine you got from Vertner?
20  **A.** I picked up a quarter pound, I took it
21  to his house, and he taught me how to wash it with
22  acetone.
23  **Q.** Okay.  You took -- you picked the
24  methamphetamine up where?
25  **A.** At Ben Vertner's house.

26

1  **Q.** And whose house did you take it to?
2  **A.** Michael Morris's.
3  **Q.** And who helped you -- did you say "wash
4  it"?
5  **A.** Yes, wash the cut out of it so it was
6  more pure.
7  **Q.** And Michael Morris showed you how to do
8  that?
9  **A.** Yes.
10  **Q.** How did he show you how to wash
11  methamphetamine?
12  **A.** With acetone and coffee filters and
13  soaking it in the acetone and letting it dry.
14  **Q.** And after you soak it in the acetone
15  and let it dry, what happens to it?
16  **A.** It just doesn't have any MSM in it, so
17  it's more pure.
18  **Q.** After you and Michael Morris washed
19  this methamphetamine, did you sell Michael Morris
20  any of it?
21  **A.** Yes.
22  **Q.** How much?
23  **A.** I think I gave him an ounce.
24  **Q.** How much did you sell it to him for?
25  **A.** Around 1600, maybe 15-.  I -- I don't

27

1  remember for sure -- 14-.  At that time --
2  **Q.** During this time, did you know a person
3  named Jessica Derr?
4  **A.** Yes.
5  **Q.** How did you know her?
6  **A.** I used to live with her.
7  **Q.** And when you lived with her, do you
8  know if she used meth?
9  **A.** Yes, she used.
10  **Q.** Where was she living at the time in
11  February and March of 2012?
12  **A.** Jessica Derr?
13  **Q.** Mm-hmm.
14  **A.** In Ontario.
15  **Q.** Ontario, Oregon?
16  **A.** Yes.  I don't know the street.  It was
17  by the freeway and The Reel Theater.
18  **Q.** Did you continue to see her from time
19  to time?
20  **A.** Did I?
21  **Q.** Mm-hmm.
22  **A.** I wasn't on -- I would go over there
23  but not to see her, no.
24  **Q.** You would go over where?
25  **A.** To her house.

28

1 Q. And what did you do there?
2 A. Met up with him.
3 Q. With Michael Morris?
4 A. Yes.
5 Q. And what did you do with Michael Morris
6 at Jessica Derr's house?
7 A. Got high, played darts, sold drugs,
8 sold meth.
9 Q. Where was Jessica Derr while this was
10 going on?
11 A. I believe she was at work or in her
12 house. I don't know for sure. I didn't --
13 Q. Do you know if she used methamphetamine
14 at this time?
15 A. Yeah. I have gotten high with her.
16 Q. And did you know a person named
17 Jenny Dealy?
18 A. I believe it's M's girlfriend.
19 Q. You say M's? Who is "M"?
20 A. Michael.
21 Q. Okay. Michael Morris? How did you
22 know her?
23 A. Through Michael.
24 Q. Where did you see her?
25 A. Wherever he was, if he was there.

29

1 She -- at the store, at his house, at Jessica's
2 I've seen her.
3 Q. Was she ever present when you were
4 using or dealing methamphetamine?
5 A. Yes.
6 Q. How many times?
7 A. I don't -- I didn't keep track.
8 Multiple.
9 Q. It wouldn't be uncommon to have her
10 there?
11 A. In the house?
12 Q. Mm-hmm, while you were dealing or using
13 methamphetamine.
14 A. Sometimes. I like to be private about
15 it, so I would ask him to have people leave the
16 room.
17 Q. I'm talking about just Jenny. Was it
18 uncommon to have her present when you were using
19 or dealing meth?
20 A. No.
21 Q. Did she ever use methamphetamine with
22 you?
23 A. Yes.
24 Q. Now, towards the middle of March, did
25 anything change between you and Michael Morris as

30

1 far as your selling him methamphetamine?
2 A. I stopped -- I stopped dealing with him
3 as much --
4 Q. Why was that?
5 A. -- with the drugs.
6 Him and Ben started doing whatever they
7 were doing, and they just were trying to hide it
8 from me. So I just asked both of them in front of
9 each other, I said, "Hey, if you guys want to do
10 business together, then let me know, and I'll just
11 step out," and so I did.
12 And then later on, Mike didn't like it,
13 so he wanted to -- he wanted me to start selling
14 to him again.
15 Q. And did you?
16 A. I don't believe so. Well, the day --
17 the day I got arrested at his place, I had gotten
18 a quarter ounce from a source in Caldwell, and I
19 gave it to him.
20 Q. And what date was that?
21 A. Towards the end of May, so the
22 twenty -- I don't know. I fell asleep for a day
23 or two. I don't know how long I was asleep for,
24 but towards the end of May, the 28th, 29th maybe.
25 Q. Okay. Well, we'll get there. So did

31

1 you know where Morris -- did you know if Morris
2 was getting methamphetamine in April and May?
3 A. Yes.
4 Q. How did you know that?
5 A. Because him and Ben were dealing with
6 each other.
7 Q. Did you talk to them during this time?
8 A. I had, yeah.
9 Q. Is it fair to say that there were a
10 number of people involved with methamphetamine in
11 the area at this time, and you pretty much all
12 knew each other?
13 A. Yes.
14 Q. Talked to each other about what was
15 going on?
16 A. Yes.
17 Q. Who was dealing with who?
18 A. Yes.
19 Q. What was your relationship with Ben
20 Vertner after he and Michael Morris started
21 dealing without you in the middle?
22 A. Me and -- Ben and I had a falling out.
23 I told him I didn't want to deal his stuff, his
24 meth anymore because he was cutting it.
25 Q. How long did that last?

**32**

1     **A.** I don't know.

2     **Q.** But did you, in April and May, buy

3 methamphetamine from Ben Vertner again?

4     **A.** Yes.

5     **Q.** And how much were you buying in April

6 and May?

7     **A.** I got -- the last thing I got from him

8 was an ounce-and-a-half.

9     **Q.** And before you got that

10 ounce-and-a-half, how often were you buying from

11 him?

12     **A.** Weekly.

13     **Q.** And in what amounts?

14     **A.** Just depending on whatever he had to

15 get rid of, what I needed, but usually ounces or

16 more.

17     **Q.** And how much were you paying him at

18 this time?

19     **A.** I believe I started getting it for

20 around 1350, 14-, just depending on his, whatever

21 he told me he needed to pay his dude and whatever

22 he would set the price at.

23     **Q.** Okay. You said, "depending on what he

24 needed to pay his dude." What's "his dude"? What

25 does that mean?

**33**

1     **A.** His -- his source. I don't know. His

2 prices always changed, so -- but --

3     **Q.** Whose prices always changed?

4     **A.** Ben's.

5     **Q.** Okay. And do you know where Ben

6 Vertner was living in March and April of 2012?

7     **A.** With Amy and with Rachel, and he had a

8 place with Jake Clevenger out back behind his

9 house.

10     **Q.** Okay. You said he was living with Amy.

11 Let's start with Rachel.

12     I would like to show you what's been

13 marked as Exhibit 41A.

14     Do you recognize what's in that

15 photograph?

16     **A.** The upper stairs. The upper part is

17 the corner of Rachel's apartment.

18     **Q.** And would you just point to the windows

19 that are Rachel's apartment, or I guess draw that

20 circle around them again, if you would.

21     **A.** (Witness complied.)

22     **Q.** Any others that you know of?

23     **A.** (Witness complied.)

24     **Q.** Okay. Do you know what those two white

25 things in between those windows are?

**34**

1     **A.** Doors.

2     **Q.** Without stairs?

3     **A.** Yes.

4     **Q.** And who lived in that apartment in

5 April of 2012?

6     **A.** Rachel, Ben, and Amber.

7     **Q.** Okay. And who is Amber?

8     **A.** It was a girl Ben was seeing off and on

9 or just all the time. I don't know their

10 relationship, per se, but --

11     **Q.** I would like to show you what's been

12 marked as Government's Exhibit 38. Do you

13 recognize the person in that photograph?

14     **A.** Rachel -- I mean, Amber.

15     **Q.** Did Amber have a nickname?

16     **A.** I hated her. I don't know.

17     **Q.** You didn't like her?

18     **A.** Sorry.

19     **Q.** Okay. Let me show you Exhibit 41.

20     **A.** That's Rachel.

21     **Q.** And that's the person whose apartment

22 was Exhibit 41A?

23     **A.** Yes.

24     **Q.** Did you ever pick up methamphetamine

25 from Ben Vertner in that apartment?

**35**

1     **A.** Yes.

2     **Q.** When?

3     **A.** I don't know the exact day, but during

4 the time period that -- February, March, April. I

5 don't -- the whole time span.

6     **Q.** Did you ever meet a person called

7 Fabian?

8     **A.** No.

9     **Q.** Now, I would like to direct your

10 attention to the night of May 14th, 2012. Do you

11 remember where you were that night?

12     **A.** At Ben and Amy's house.

13     **Q.** And that was the house that you

14 identified as Ben and Amy's house before?

15     **A.** Yes, the gray one.

16     **Q.** What were you there for?

17     **A.** I was waiting to get meth.

18     **Q.** From whom?

19     **A.** Ben.

20     **Q.** Was anybody else waiting with you?

21     **A.** There was a few people. I think Amy

22 was there, Fidel, and then another guy named

23 Travis.

24     **Q.** And what happened while you were

25 waiting?

36

1     **A.** I don't know. I went out to my car. I
2  was in the house, I got high, and then I went out
3  to my car so I could be by myself. And then
4  Travis came out there, and he was being loud and
5  disrespectful, so I told him to shut up; it wasn't
6  his place, so he needed to respect them. And we
7  almost got into a fight while I was waiting for
8  Ben to come back with drugs.
9     **Q.** Okay. Ben left at some point?
10    **A.** Yes.
11    **Q.** When did he leave?
12    **A.** Like, I don't know what time it was.
13  It was late.
14    **Q.** Late at night?
15    **A.** Yes.
16    **Q.** Did he take anyone with him?
17    **A.** I think he took Amy with him. I know
18  he had a female with him. I think it was Amy.
19    **Q.** And did Ben and Amy come back that
20  night?
21    **A.** Yes.
22    **Q.** What happened when they got back?
23    **A.** I waited in the living room, and he
24  took care of whoever else -- the other people that
25  were there, and then he called me in, and he gave

37

1  me an ounce-and-a-half of meth.
2    **Q.** And did you give him any money?
3    **A.** Three or $400 and a stereo.
4    **Q.** And a stereo?
5    **A.** Yeah. He -- yeah.
6    **Q.** Okay. And after you gave him the 3- or
7  $400 and the stereo, did you still owe him
8  anything?
9    **A.** Yeah, 16- or $1700.
10    **Q.** So how -- what was your arrangements
11  with Ben as far as paying for methamphetamine that
12  he got to you?
13    **A.** If I didn't have the money, then he
14  would front me whatever I wanted; and then I would
15  bring him the money the next day.
16    **Q.** And "front" means give it to you on
17  credit?
18    **A.** Yes.
19    **Q.** And how do you get the money to pay him
20  back?
21    **A.** I go and I sell it.
22    **Q.** When did you intend to pay Ben the
23  $1700 that you owed him?
24    **A.** The next day.
25    **Q.** And so what did you -- what did you

38

1  intend to do with the methamphetamine that you got
2  from Ben Vertner that night?
3    **A.** Get high and sell it.
4    **Q.** Okay. What did you do after you got
5  the methamphetamine from Ben Vertner?
6    **A.** I went to Ontario to see my girlfriend
7  at a motel. We were fighting. We were having an
8  argument. And then so we were trying to figure
9  things out, and so we were talking.
10     And then Cody Zuger showed up, and he
11  owed me money, and he was just like circling me.
12  So I -- I chased him down, I guess you would say.
13  He wouldn't pull over.
14    **Q.** Were you in a car or on foot when you
15  did this?
16    **A.** In a car.
17    **Q.** Okay.
18    **A.** And it made me mad because all I wanted
19  to do was tell him, "Hey" -- just talk to him and
20  see when he can pay me my money, like always. And
21  then he was just driving crazy, and so I was
22  following him. I guess I was driving crazy, too,
23  you could say.
24     He called and told the cops that I had
25  a gun and that I was threatening him. So when

39

1  I -- and then I got pulled over. And I was on the
2  phone with my girlfriend when I got pulled over,
3  and Cody -- Cody has his girlfriend with her --
4  with him. And so she said that they told the cops
5  that I had a gun, so -- I had meth in the car, so
6  I was already out on bond --
7    **Q.** Okay. So slow down a second. Did
8  you -- what did you do with the methamphetamine
9  that you took from Vertner's house?
10    **A.** I wrapped it up and put it under my
11  dash.
12    **Q.** Okay. Did you put it inside anything
13  else? Do you remember?
14    **A.** Yeah. It was in two baggies, a blue
15  nylon bag, and then I wrapped it up in a sock to
16  give it more girth, I guess, to keep under my
17  dash, so it would stay up in my dash.
18    **Q.** Okay. And what car were you driving?
19    **A.** My 2003 Impala.
20    **Q.** What color was it?
21    **A.** It's like a cream, off-white, tinted
22  windows, on 20-inch wheels.
23    **Q.** And what happened after Cody Zuger
24  called the police?
25    **A.** I got pulled over and --

40

1    Q. Where were you when you got pulled
2 over?
3    A. In Fruitland, I think on Pennsylvania.
4    Q. And so did the police ask you to do
5 anything?
6    A. Asked me to stick my hands out the
7 window. And I was on the phone, and so my
8 girlfriend at the time said that they thought I
9 had a gun. So I knew they would search the
10 vehicle, and so I just took off, went on a
11 high-speed pursuit.
12    Q. Where did you -- how fast did you go?
13    A. I don't know. A hundred, over a
14 hundred miles an hour.
15    Q. Over a hundred sometimes?
16    A. Yeah.
17    Q. And where were you driving at this
18 point?
19    A. At first, I was on, I think it's
20 Pennsylvania. And then I hit Highway 55, and I
21 didn't want a bunch of traffic, so I just went on
22 the back roads in New Plymouth.
23    Q. And then finally what happened?
24    A. I drove my car into the river, and I
25 jumped out and I swam.

41

1    Q. Which river?
2    A. Payette River, I believe.
3    Q. You swam?
4    A. Yes.
5    Q. What did you do with the
6 methamphetamine that you had with you?
7    A. During the high-speed chase, I was
8 trying to get it out from underneath my dash, and
9 I did. And I had it in my hand with my cell
10 phone; but when I opened my door, it went flying
11 out. And it was too dark to see where it landed,
12 so I just left it and took off.
13    Q. And how many bags of methamphetamine
14 did you say you had in your car that night?
15    A. Well, I had my -- I had my -- like
16 before I showed up at Ben's, I had a different
17 source, and I had that on me. And that's what I
18 was smoking while I was waiting for Ben. Then I
19 had Ben's when he gave it to me.
20    Q. Did you have them in different
21 packages?
22    A. Yes.
23    Q. Which one was the methamphetamine that
24 you got from Ben Vertner?
25    A. The ounce-and-a-half.

42

1    Q. And was that a bigger package or a
2 smaller package than the other one?
3    A. Larger bag.
4    Q. The larger one. After you swam into
5 the river, where did you go?
6    A. I floated down to an island, and then I
7 stayed under some net and some moss for about
8 four-and-a-half hours.
9    Q. How cold was it outside?
10    A. It was pretty cold.
11    Q. When you finally got out of the river,
12 did you get caught?
13    A. No.
14    Q. Where did you go?
15    A. I walked on the country road to an
16 older lady's house, and she was out in her front
17 yard. I asked her if I could use her phone. I
18 called my girlfriend, and she came and picked me
19 up. And then from there, I went to her house, I
20 believe.
21    Q. And did you -- how long did you stay at
22 her house?
23    A. I don't remember for sure. A couple --
24 a day or two.
25    Q. Okay. And then where did you go?

43

1    A. I bounced around a little bit, and then
2 I went and got my other car. That ended up
3 getting impounded from another lady driving it.
4 So I ended up -- I ended up in another high-speed
5 chase, and then I went to a friend's house or to a
6 motel, and then they -- the S.W.A.T. team
7 surrounded it, but I had left before they got
8 there, and I went to a friend's house, and I
9 stayed the night there.
10    And then I called some other people
11 because I couldn't get ahold of very many people,
12 and so I had another guy that I barely knew came
13 and pick me up at Maverik on Hazelwood or
14 something and took me to Ontario.
15    Q. And where did you go in Ontario?
16    A. First went to a lady's house, a trailer
17 house. I can't remember her name. And then I had
18 her take me over to Mike's.
19    Q. Michael Morris's house?
20    A. Yes.
21    Q. Is that the house on Fourth Street in
22 Ontario that you identified earlier?
23    A. Yes.
24    Q. And why did you go to Michael Morris's
25 house?

44

1     **A.** Because I was on the run, and I needed
2  somewhere safe, and I asked him if I could come
3  over and --
4     **Q.** Did you tell Michael Morris that you
5  were a fugitive from the police at that time?
6     **A.** Yes.
7     **Q.** And what did he say to you?
8     **A.** Just that he was trying to help me out,
9  trying to keep me safe, I guess, or --
10     **Q.** Did he let you stay at his house?
11     **A.** Yes.
12     **Q.** About how long did you stay there?
13     **A.** I fell asleep. I showed up at, like --
14  it was a bad time in the morning. I showed up at,
15  like, 4:00 or 5:00, maybe 3:00 or 4:00 in the
16  morning, and I passed out. And I don't know how
17  long I was there. I don't know the exact date,
18  but I think -- I don't know exactly, but I think
19  maybe just a day -- a day or two I was asleep.
20     **Q.** And about what time -- when in May was
21  this that you finally got to Michael Morris's
22  house?
23     **A.** Towards the end of it. Towards the
24  28th, 29th, I think, 30th. I don't know the exact
25  date.

45

1     **Q.** And what happened on the last day that
2  you were in Michael Morris's house?
3     **A.** I woke up to his house being clean, him
4  panicking, acting all nervous. He left and then
5  he showed back up, and he told me that there was
6  cops all over and things were looking weird out
7  there, outside around his place.
8     He was on the phone with the U.S.
9  Marshal. And I seen office -- I seen marshals
10  with machine guns or whatever you call them, ARs
11  or whatever, coming towards his house. And so he
12  went to leave, and I jumped up in the attic.
13     **Q.** Did they find you?
14     **A.** Yeah.
15     **Q.** How did they get you out?
16     **A.** A dog. A big dog.
17     **Q.** Did they have to use anything else?
18     **A.** Yeah. Three -- a bunch of tear gas.
19     **Q.** At that point, were you arrested on
20  this case?
21     **A.** Yes -- no.
22     **Q.** No? On another one?
23     **A.** Yeah, for my trafficking charge from
24  Payette County and my outstanding --
25     **Q.** But it would be fair to say at that

46

1  point, you were taken into custody?
2     **A.** Yes.
3     **Q.** Now, have you spoken to Michael Morris
4  since you were taken into custody?
5     **A.** Yes.
6     **Q.** What was your conversation with him?
7     **A.** At first, when we got to Ada County, we
8  were on the same unit in 7, sat at the same table
9  and had dinners, and we were on the same walk.
10     He wanted to collaborate -- like, to
11  make a story up about how he was involved and that
12  it was just for money that he was picking up for
13  rims from John Chapman or something -- I think it
14  was Chapman.
15     **Q.** What kind of rims?
16     **A.** Twenty-inch for a vehicle.
17     **Q.** For --
18     **A.** A car.
19     **Q.** For a car?
20     **A.** Yeah.
21     **Q.** And what money was he talking about?
22     **A.** The money that -- I don't know; some
23  money that was owed for the rims. It was not --
24  that way, it was taken off the drug money or
25  whatever.

47

1     **Q.** In other words, he wanted to say drug
2  money was money for rims and not drug money?
3     **A.** Yes.
4     **Q.** And do you know whether this was true?
5     **A.** I didn't -- I had -- I didn't know for
6  sure what all business they had going on, but I
7  don't know why he would want to make up a story if
8  it wasn't -- if it was a lie, I mean, if it wasn't
9  true.
10     **Q.** Did he tell you anything about a phone
11  call?
12     **A.** The one that Ben called him on?
13     **Q.** Mm-hmm.
14     **A.** Yeah.
15     **Q.** And what did he say that that phone
16  call -- that he wanted you to say that phone call
17  was about?
18     **A.** About the wheels, the tires, the money
19  to go pick up.
20     **Q.** Since your arrest, have you spoken with
21  Michael Morris again?
22     **A.** Since my arrest?
23     **Q.** Well, since -- yes. Since this
24  conversation, have you talked to him again?
25     **A.** Yeah.

48

1    Q. And what did he say to you that time?

2    A. I talked to him -- like, I talked to

3  him a time at rec and then just on Saturday

4  last -- on January 5th, he threatened to stab me,

5  and as soon as he could --

6    Q. Did he say why he threatened to stab

7  you?

8    A. Because I was testifying against him.

9  As soon as he could get his hands on me, he was

10  going to smash me.

11    Q. Because you're testifying here today?

12    A. Yes.

13    Q. Have you spoken -- besides Michael

14  Morris, have you spoken with anyone else who was

15  arrested in connection with this case about the

16  case or their testimony or your testimony?

17    A. Like, just besides being transported.

18  And then I was on the same tier with -- I think

19  his name -- a little short Mexican cat; I think

20  his name was Ruiz, Victor.

21    Q. Did you know Victor before?

22    A. No.

23    Q. And while you were being transported or

24  while you were on the same tier, did you talk

25  about what you were going to testify about in

49

1  court?

2    A. Yes.

3    Q. What did you say?

4    A. I just told him that I was just going

5  to come in and tell the truth and tell them what I

6  knew because Michael Morris, obviously, did it

7  with detectives -- with the detectives on May

8  23rd.  And so I just said I was going to go in and

9  tell the truth what I knew.  And he -- he said the

10  same thing.

11    Q. Who said the same thing?

12    A. Victor said that he was testifying.  I

13  don't believe it was against Michael Morris but

14  somebody --

15    Q. He just said he was testifying?

16    A. Against somebody else, yes.

17    Q. Okay.  And did you talk to anyone else

18  besides Victor?

19    A. I talked to Ben last -- was it last

20  night? -- while I was out getting my shower.  And

21  I just told him that I was testifying, and he

22  couldn't really talk very good because it's on a

23  open tier, and he is behind a door, and I'm

24  halfway across the other tier, so --

25    Q. So that was all the conversation you

50

1  had with him?

2    A. Yeah.  And then on the way here this

3  morning, we talked in the van riding, and they put

4  us in the same cell together.  So we were talking.

5    Q. Did you talk about what you were going

6  to say in court here today?

7    A. I just said that I was going to -- I

8  was just going to testify and tell them what I

9  knew, the truth.  I didn't -- that's it.

10    Q. That was it?

11    A. And why -- why -- he didn't understand

12  why Mike was going to trial.

13    Q. Okay.  That's fine.  And did the

14  conversation you have cause you to change your

15  testimony here today in any way?

16    A. Not at all.

17  MS. LAMPRECHT:  I have no further questions.

18  THE COURT:  Cross.

19  MS. BERGLUND:  No cross for Mr. Loveland.

20  MR. BORTON:  Yes, Your Honor.

21  THE COURT:  Mr. Borton.

22        CROSS-EXAMINATION

23  BY MR. BORTON:

24    Q. Mr. Hensley, fair to say you were a bit

25  upset when Mike Morris talked to the police on May

51

1  23rd?

2    A. No.

3    Q. Didn't upset you at all?

4    A. What upset me was the fact that he was

5  calling me a rat and trying to make my -- my jail

6  sentence harder.  And when I -- when we first all

7  got transported over here, I had a feeling

8  everybody told --

9  MR. BORTON:  Your Honor, if I may.  Wait for

10  a question to be posed.

11  THE COURT:  All right.  Listen carefully to

12  counsel's question.  I think you may have gone

13  beyond what he asked.

14        Mr. Borton, put a question back before

15  the witness, if you would.

16  BY MR. BORTON:

17    Q. The question was if you were upset that

18  Mike Morris talked to the police on May 23rd.

19    A. No.  No, I was not upset that he talked

20  to them on May 23rd.

21    Q. Did you find out at that time what he

22  had told the police on May 23rd?

23    A. No, I did not.

24    Q. Did you find out later on?

25    A. I found out, yes, after I got my PSR

32

1   back -- my PSI.
2       Q.  In this case?
3       A.  Yes.
4       Q.  And upon reviewing that, then you got
5   upset?
6       A.  Is that a trick question?
7       Q.  Nope.  It's a yes-or-no question.
8       A.  No, I did not get upset that he talked
9   to the cops.
10      Q.  Did you get upset at the things he told
11  the police about you?
12      A.  No.
13      Q.  Not at any time?
14      A.  I already told him I forgave him.
15      Q.  You told Mike Morris you forgave him?
16      A.  Yes.  That was when we first came into
17  custody back in June.  I didn't know for sure if
18  he did or not; but I said if he did, I forgive
19  him.
20      Q.  You've made several references during
21  the stories you've shared today about passing out
22  for a day or two at a time?
23      A.  I don't know for sure how long it was,
24  but.
25      Q.  Okay.

53

1       A.  -- I was trying to -- I was trying to
2   sober up, yeah.
3       Q.  Okay.  During 2012 when you would use
4   methamphetamine, it sounds like there were
5   occasions where you would have used so much, that
6   you would sleep longer than a typical eight-hour
7   day.  Is that fair to say?
8       A.  Sure.  What's -- eight hours' sleep,
9   longer than eight hours?
10      Q.  Correct.
11      A.  Yeah, I've slept longer than eight
12  hours.
13      Q.  You used a phrase a moment ago that you
14  would sleep for a day or two.
15      A.  I just said also that I was trying to
16  sober up.  So when you're not on meth and you come
17  down, you sleep.  That's what I was doing at his
18  house.
19      Q.  Okay.  And other locations, as well, in
20  2012?
21      A.  What do you -- I have slept other
22  places, yes.
23      Q.  And had the day or two sleep-it-off?
24      A.  Huh?  Pardon me?
25      Q.  Experienced that day or two

54

1   sleep-it-off process you just described, that
2   occurred at other houses, as well, in 2012?
3       A.  Well, I was -- I wasn't really trying
4   to sober up until the end.
5       Q.  Okay.
6       A.  I don't understand your question.
7   Yeah, I've slept other places.  Maybe --
8       Q.  There were other locations in 2012 that
9   you would do this day to two-day sleep-it-off
10  experience; correct?  You testified about it a
11  moment ago.
12      A.  I was talking about his house.
13      Q.  Okay.  Never happened at anyone else's
14  house?
15      A.  Not where I was trying to sleep it off
16  and sober up, no.
17      Q.  Okay.
18      A.  Not that I know of.
19      Q.  Okay.
20      A.  I passed out at -- I was always passing
21  out.
22      Q.  Okay.  What do you mean by "passing
23  out"?
24      A.  Falling asleep.
25      Q.  Is it a sleep induced by the use of

55

1   methamphetamine?
2       A.  Of course.
3       Q.  I take it methamphetamine impairs your
4   body's ability to function normally, in your
5   experience?
6       A.  Sure.  I guess you could say that.
7       Q.  Does it impair your speech or vision at
8   all?
9       A.  I wouldn't say so.  I don't -- my
10  speech or my vision?  No.
11      Q.  Never had any impact on your speech or
12  vision?
13      A.  Not that I knew.
14      Q.  How about your hearing or taste?
15      A.  I like the taste of food when I'm high.
16      Q.  Okay.  How about your memory?
17      A.  Yeah, I think it's done some damage to
18  my brain.
19      Q.  Do you think some of the events that
20  you try to describe, you honestly don't recall
21  clearly certain things because of your meth use?
22      A.  Like what?
23      Q.  Anything.
24      MS. LAMPRECHT:  Well, objection, Your Honor.
25  It's overbroad.

56

1    THE COURT:  Overruled.
2  BY MR. BORTON:
3    Q.  Do you think the meth use that you've
4  described has impaired your ability to remember
5  certain facts of certain events?
6    A.  Sure.
7    Q.  Is it possible that --
8    A.  Like dates and times, you mean?
9    Q.  Sure.
10    A.  Yeah.
11    Q.  Okay.  All right.  And it's possible --
12  that meth use continued through at least mid May
13  of 2012; correct?
14    A.  Yes.
15    Q.  So it's possible that that impairment
16  on your memory could have occurred on any
17  particular event during 2012, as well.  Fair to
18  say?
19    A.  Well, yeah, I guess.
20    Q.  Okay.
21    A.  Sure.
22    Q.  Okay.
23    A.  It's not like I forgot who he is, if
24  that's what you mean.
25    Q.  But there are certain things you have

57

1  forgotten because of the meth use?
2    A.  I guess, yeah.  Yeah.
3    Q.  Is that a yes?
4    A.  Yes.  Yeah.
5    Q.  Okay.  So I want to walk through these
6  high-speed chases.  The first one that you've
7  talked about, did you do so to try and avoid
8  trouble for yourself?
9    A.  Of course.
10    Q.  Did you put others at risk and at harm
11  in racing a hundred miles an hour?
12    A.  Most definitely, yes.
13    Q.  How about the second high-speed chase?
14  How fast were you going?
15    A.  Maybe 75, 80 miles an hour.
16    Q.  Was that also action by you intended to
17  avoid trouble for yourself?
18    A.  Yes.
19    Q.  When you found word that the hotel room
20  you testified about was going to be surrounded by
21  or was surrounded by S.W.A.T. teams, you took off.
22  Was that action to protect yourself?
23    A.  I didn't -- I didn't know for sure.  I
24  was just uncomfortable because I went to use
25  the restroom, looked; there was no rear window,

58

1  didn't like it, so I left.
2    And a few minutes later, I got a phone
3  call and said that the Ada County Sheriff's Police
4  Department asked if I was in a motel.  I lied to
5  them and said "yes" while I was running through a
6  neighborhood, calling Michael Morris for help.
7    I didn't know for sure that they were
8  coming in, no.
9    Q.  Okay.  Not knowing for sure, you -- you
10  lied to the sheriff to protect yourself, and then
11  you also didn't go there in order to protect
12  yourself?
13    A.  I left there.
14    Q.  Left there to protect yourself?
15    A.  Yes.
16    Q.  Okay.  To avoid further legal trouble
17  for yourself.  Fair to say?
18    A.  Yes.
19    Q.  Hang on a sec.  I'll get a question to
20  you in just a second.
21    And the time -- when you were arrested,
22  you were at Mike Morris's house; you recall just
23  testifying about that?
24    A.  Yes.
25    Q.  Mike Morris was on the telephone with

59

1  the U.S. Marshals, you testified; correct?
2    A.  Yes.
3    Q.  And he stayed at the property from
4  receipt of that call until your arrest; correct?
5    A.  He what?
6    Q.  He stayed at the property.  He didn't
7  leave, as far as you know?
8    A.  He woke me up.  He left, he came back,
9  and he told me that there was cops outside
10  suspicious or whatever.  And then --
11    Q.  He stayed there until your arrest?
12    A.  He tried to -- he tried to leave, but
13  they were already surrounded.  His -- they got him
14  right when he was getting in his truck.  His truck
15  was still running -- the U.S. Marshals and the
16  cops.
17    Q.  And at that time, you were arrested.
18  As far as you know, Mike Morris was not; correct?
19  On May 23rd -- excuse me -- May 31st.
20    A.  May -- can you restate?
21    Q.  I apologize.  At the time you were
22  arrested, you were put into custody, but Mike
23  Morris was not; correct -- as far as you know?
24    A.  While I was in the attic, I didn't know
25  what was happening with him, no.

60

1    Q. After you got arrested, did you come to
2  learn that he wasn't arrested?
3    A. No.
4    Q. No, you knew he wasn't arrested; or,
5  no, you didn't know?
6    A. Well, you want to restate your
7  question?
8    Q. Sure. When you got arrested on May
9  31st --
10    A. Right.
11    Q. -- did you also -- were you also aware
12  that, at that time, Mike Morris was not arrested?
13    A. I didn't know where he was. I was in
14  an attic.
15    Q. Okay. But when you came out of the
16  attic.
17    MS. LAMPRECHT: Objection, Your Honor, as to
18  anything. I mean, I don't know what that is.
19  "When you came out of the attic," I don't know
20  what that means or what he is referring to or what
21  time or what place.
22    THE COURT: Well, if the witness
23  understands -- the witness used the term "in an
24  attic." If he misstated, he can correct that.
25    Mr. Borton, why don't we --

61

1    MR. BORTON: Flesh that out.
2    THE COURT: -- clarify this a bit before we
3  move on.
4    MR. BORTON: Thank you, Your Honor.
5  BY MR. BORTON:
6    Q. In the end of May, when you were in the
7  attic --
8    MS. LAMPRECHT: Oh, attic. I'm sorry. I
9  misunderstood.
10    MR. BORTON: Attic, yes.
11  BY MR. BORTON:
12    Q. Attic upstairs, I presume?
13    A. Yes.
14    Q. You were arrested. You were taken from
15  the attic eventually down to the front of the
16  home, I presume?
17    A. Yes.
18    Q. At that time, when you were arrested,
19  did you become aware that Michael Morris was not
20  arrested?
21    A. No.
22    Q. Did you later learn that fact?
23    A. As soon as -- when they were
24  transporting me to the jail or to the booking --
25  not booking. Excuse me.

62

1    Q. I didn't mean to cut you off. It's a
2  yes-or-no question, if you later learned that
3  fact.
4    A. Yes, I later learned.
5    MR. BORTON: Okay. All right. Thank you.
6  I don't have any further questions, Your Honor.
7    MS. BERGLUND: Your Honor, I do have one
8  question, if I could.
9    THE COURT: All right. Ms. Berglund.
10    CROSS-EXAMINATION
11  BY MS. BERGLUND:
12    Q. Today you haven't given any testimony
13  with relationship to Mr. Jim Loveland. Have you
14  ever met him?
15    A. No.
16    Q. To your knowledge, was he ever involved
17  in any way with any of the people that you knew?
18  Did you ever hear his name?
19    A. No.
20    THE COURT: Mr. Heineman.
21    MR. HEINEMAN: No cross, Your Honor.
22    THE COURT: Ms. Lamprecht, redirect.
23    MS. LAMPRECHT: Yes, Your Honor. Thank you.
24    REDIRECT EXAMINATION
25  BY MS. LAMPRECHT:

63

1    Q. You talked about your memory being
2  impaired as to some of the things that occurred
3  while you were taking meth.
4    What are the things that you have
5  difficulty remembering because of the
6  methamphetamine?
7    A. What shirt I was wearing that day.
8    Q. How about dates and times?
9    A. Yeah, but I think that was before my
10  meth -- I just -- I don't pay attention to those
11  things all the time.
12    Q. How about events that actually
13  occurred?
14    A. Real life?
15    Q. Yes.
16    MR. BORTON: Objection, Your Honor. Form of
17  the question.
18  BY MS. LAMPRECHT:
19    Q. How impaired was your --
20    THE COURT: Just a moment. I'm going to
21  sustain the objection.
22  BY MS. LAMPRECHT:
23    Q. How impaired was your memory, in your
24  opinion, as far as events that occurred?
25    A. Very good. I think I know what was

64

1  going on pretty well.
2      Q.  And have you -- in your testimony here
3  today, did you testify only about events that you
4  did, in fact, remember?
5      A.  Yes.
6      Q.  Could there have been more
7  methamphetamine sales, more drug deals, more
8  things like that that you did not remember?
9      A.  Definitely.
10      Q.  But you testified today just to those
11  things that you do have a recollection of; is that
12  correct?
13      A.  Yes.
14      Q.  What happened when -- you said you were
15  up in the attic of Michael Morris's house when you
16  were caught by the police.  Could you see out of
17  the attic?
18      A.  Did I stay out of it?
19      Q.  Could you see out of the attic?
20      A.  No.
21      Q.  Could you see what was happening on the
22  ground?
23      A.  No.
24      Q.  Could you see where people were?
25      A.  No.

65

1      Q.  And when you finally came out of the
2  house, do you remember who was around the house
3  when the police took you out?
4      A.  Lots of cops.
5      Q.  Lots of cops?
6      A.  Lots of police officers.
7      Q.  Did you even see Michael Morris at that
8  time?
9      A.  I don't -- I don't believe so, no.
10      Q.  So you really don't know what happened
11  to him, do you?
12      A.  No, not until I got to where I was
13  interviewed.
14      Q.  And were you interviewed by Detective
15  Stennett?
16      A.  Yes, and another gentleman.
17      Q.  Another detective, perhaps?
18      A.  Yes.
19      Q.  At that time, did you tell them the
20  truth to the best of your ability about what had
21  happened?
22      A.  Yes.
23      MS. LAMPRECHT:  I have no further questions,
24  Your Honor.
25      THE COURT:  Anything else, Counsel?

66

1      MS. BERGLUND:  No, Your Honor.
2      MR. BORTON:  Briefly, Your Honor.
3      THE COURT:  Mr. Borton.
4          RECROSS-EXAMINATION
5  BY MR. BORTON:
6      Q.  Mr. Hensley, you just testified, with
7  regards to impaired memory, that there could be
8  more meth in any of these transactions.  Do you
9  recall that testimony just a moment ago?
10      A.  What do you --
11      MS. LAMPRECHT:  I'm going to object because
12  I think that's a mischaracterization of both my
13  question and the answer, Your Honor.
14      THE COURT:  Just -- well, the question --
15  the question was:  Do you recall that testimony?
16  You can disagree if that's not what you -- --
17      THE WITNESS:  I recall.
18      THE COURT:  Proceed.
19  BY MR. BORTON:
20      Q.  And you were just questioned about
21  memory and quantities a moment ago.  And you used
22  the phrase to the effect of "there could be more
23  meth.  I don't remember."
24      MS. LAMPRECHT:  I'm going to object,
25  Your Honor.  I did not ask him about quantities.

67

1  I asked him if there were other deals or instances
2  that he might not remember, but I did not ask him
3  about quantities.
4      THE COURT:  Well, the issue was raised.  I'm
5  going to allow Mr. Borton some leeway.
6          Proceed.  Put the question back before
7  the witness, if you would, Mr. Borton.
8      MR. BORTON:  Thank you, Your Honor.
9  BY MR. BORTON:
10      Q.  So your memory in 2012 was impaired at
11  least to prohibit your recollection of a
12  particular transaction or a particular deal,
13  perhaps?  Is that fair to say?
14      A.  I wouldn't say -- no.
15      Q.  Okay.
16      A.  I would say that's not fair to say.
17      Q.  Okay.  Was it your testimony just a
18  moment ago that your memory -- your impaired
19  memory because of meth use had any impact at all
20  on your ability to recollect any transactions?
21      A.  Over the course of my incarceration, I
22  forgot, if that's what you're trying to say.
23      Q.  It is not.  With regards to -- in 2012
24  and the memory impairment you've addressed because
25  of your meth use, are you telling us now that that

68

1  meth use, that memory impairment -- excuse me --
2  had no impact on your ability to recall any
3  transactions, any quantities, anything?
4      A.  Do I just answer that right now to the
5  best of my ability?
6      Q.  Is that your testimony, that there is
7  zero impact on your ability to recollect?
8      A.  No.  Not zero, no.
9      Q.  Okay.  So are there perhaps
10  transactions that you don't recall because of your
11  meth use?
12      A.  I was pretty good at remembering what
13  people owed me and making a living at selling
14  meth, so --
15      Q.  So are there perhaps -- I apologize.
16  Are there perhaps transactions in 2012 that you
17  don't recall because of your meth use?
18      A.  Yeah, you could say that.
19      Q.  Okay.  Are there perhaps dates and
20  times in 2012 that you don't recall because of
21  your meth use?
22      A.  Most definitely.
23      Q.  Okay.  Are there activities you might
24  have engaged in, drug related or not, that you
25  don't recall in 2012 because of your drug use?

69

1      A.  If you -- I mean, if -- I don't
2  remember every little thing I do every day.  So if
3  you were to mention something, more than likely I
4  would remember.
5      Q.  Okay.
6      A.  But things I can't think of anymore
7  because I don't remember, but if somebody brought
8  it up, I would probably remember.
9      Q.  The methamphetamine use, though, has
10  had that impact on your memory for those
11  activities in 2012.  Fair to say?
12      MS. LAMPRECHT:  I'm sorry, Your Honor.  The
13  question is just too vague.  I don't understand
14  it.
15      THE COURT:  Overruled.
16      THE WITNESS:  Meth affects -- meth has
17  affected -- I'm not a doctor, but I'm sure in some
18  ways, it's affected my health and my memory.
19  BY MR. BORTON:
20      Q.  Okay.  Concerning activities in 2012,
21  as well?
22      A.  Like what?  You're --
23      Q.  Any of the --
24      A.  Like the time I took a shower?  I don't
25  get your question.

70

1      Q.  What I'm trying to get at is that
2  impaired memory in 2012 impacted your ability to
3  recollect certain events in 2012; that's all.
4      A.  Which -- any of -- like, can you be
5  more specific on which events?  I don't --
6      Q.  I cannot.  It's a yes-or-no question.
7      A.  Then, yeah, I'm sure my memory
8  is impaired, I guess.
9      Q.  Okay.  I don't want you to guess.  Do
10  you know?
11      A.  Do I know if it's impaired or not?
12      Q.  Yes.
13      A.  Yes.  How many times am I going to
14  answer that question?
15      Q.  Is the answer a yes or a no?
16      A.  I just said yes.
17      Q.  Okay.  I apologize.  I just wanted to
18  make sure it was clear.
19      A.  All right.  I'm confused, too, so --
20      MR. BORTON:  Thank you, Your Honor.
21      MS. LAMPRECHT:  Recross [sic], Your Honor?
22      THE COURT:  Yes.
23      FURTHER REDIRECT EXAMINATION
24  BY MS. LAMPRECHT:
25      Q.  Was your memory impaired about your

71

1  experiences in the Army when you were 19?
2      A.  There's things I don't remember.
3      Q.  Okay.  But you remember that you went
4  AWOL, and you remember what you testified to the
5  jury here today; correct?
6      A.  Most definitely.
7      Q.  And you remember your convictions that
8  you've had for methamphetamine?
9      A.  Yes.
10      Q.  You remember your plea agreement with
11  the government and what it entails; is that
12  correct?
13      A.  Yes.
14      Q.  You remember Amy Cavazos and Ben
15  Vertner?
16      A.  Yes.
17      Q.  You remember Amber Hites, who you don't
18  like?
19      A.  Yes.
20      Q.  Was your memory impaired in any way
21  about the amounts of methamphetamine that you got
22  from Ben Vertner and the money that you paid him
23  for that methamphetamine?
24      A.  No.
25      Q.  Was your memory impaired in any way

72

1 about the methamphetamine that you sold to Michael
2 Morris from Ben Vertner and the money you got from
3 Michael Morris in return?
4     **A.** No.
5     **Q.** Is your memory impaired about Michael
6 Morris's house at all?
7     **A.** No. I know where it's at.
8     **Q.** Is your memory impaired about how many
9 times you sold him methamphetamine at that house?
10    **A.** Yes.
11    **Q.** Do you think your memory is impaired
12 because you sold him less or more?
13    **A.** Because it was so often, and I didn't
14 keep track of how many times I met up to sell him
15 meth, that's why it's impaired. I don't keep
16 track of --
17    **Q.** So you just can't say an exact number
18 because you did it so many times?
19    **A.** Right.
20    **Q.** Is your memory impaired about your
21 high-speed chase that you got into after you got
22 the methamphetamine from Ben Vertner?
23    **A.** There is some things I -- I don't
24 recall every detail, but I know I was -- I know
25 what I did.

73

1     **Q.** Do you think being in the river -- how
2 many hours were you in the river before you came
3 out?
4     **A.** It was four-and-a-half-hours, maybe
5 five.
6     **Q.** Do you think that bothered your memory,
7 as well?
8     **A.** Yeah. Yeah, I couldn't -- I could
9 barely stand up. I don't know --
10    **Q.** But the things that you testified here
11 today about that high-speed chase, are those
12 things that you remembered of your own memory?
13    **A.** Yes.
14    **Q.** And do you remember going to Michael
15 Morris's house and hiding out because you were a
16 fugitive from the police?
17    **A.** Yes.
18    **Q.** And do you remember his house being all
19 clean when -- after you came out from hiding in
20 the bedroom?
21    **A.** Yes.
22    **Q.** And how was his house different from
23 what you remembered in the past?
24    **A.** Because usually he has got scales or
25 bags or paraphernalia, torches, just tweaker stuff

74

1 all over the house.
2     **Q.** What's "tweaker stuff"?
3     **A.** Torches, things for making glass
4 paraphernalia for smoking meth, just cluttered
5 with -- just cluttered with things, bongs for
6 smoking meth.
7     **Q.** A bong is a what?
8     **A.** It's a device you use with water to
9 smoke meth.
10    **Q.** And was anything about your memory
11 impaired when you saw that before or when you then
12 saw that his house was all clean?
13    **A.** He woke me up, and he told me -- he
14 told me that --
15    MR. BORTON: Objection, Your Honor.
16 Nonresponsive.
17    THE COURT: Sustained. It's also hearsay.
18 BY MS. LAMPRECHT:
19    **Q.** What do you remember about being woken
20 up by Michael Morris while you were at his house?
21    **A.** I remember I could barely stay awake,
22 and he handed me the glass -- a pink glass pipe
23 for smoking meth, and then the last bit of meth
24 that he had from the quarter ounce I had given him
25 or that he bought from me earlier. And so he told

75

1 me -- he told -- the bong -- it was all put away
2 and clean.
3     I thought -- from what I remember, it
4 was -- something about in the trunk of his chick's
5 car. I don't -- that I don't remember, but I know
6 it was clean. There was no paraphernalia stuff
7 laying around.
8     **Q.** What effect does methamphetamine have
9 on you when you take it?
10    **A.** I don't know.
11    **Q.** Does it put you to sleep? Does it wake
12 you up?
13    **A.** When I first start using, I guess I
14 have energy; but then after a while, I just start
15 to slow down, and it's like calming. I don't
16 know. Sometimes calming, but sometimes, yes,
17 hyperactivity, I guess.
18    **Q.** Was your memory impaired at all about
19 the conversations that you had with Michael Morris
20 after you were arrested?
21    **A.** No.
22    MS. LAMPRECHT: I have no further questions,
23 Your Honor.
24    THE COURT: All right. I assume the witness
25 can step down?

**United States Courts, District of Idaho**

1    MR. BORTON:  Yes, Your Honor.

2    THE COURT:  You may step down.  Thank you

3    very much.

4    (End partial transcript.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        R E P O R T E R ' S   C E R T I F I C A T E

2

3

4

5            I, Tamara I. Hohenleitner, Official

6    Court Reporter, State of Idaho, do hereby certify:

7            That I am the reporter who transcribed

8    the proceedings had in the above-entitled action

9    in machine shorthand and thereafter the same was

10   reduced into typewriting under my direct

11   supervision; and

12           That the foregoing transcript contains a

13   full, true, and accurate record of the proceedings

14   had in the above and foregoing cause.

15           IN WITNESS WHEREOF, I have hereunto set

16   my hand January 21, 2013.

17

18

19

20                         -s-
     Tamara I. Hohenleitner
21   Official Court Reporter
     CSR No. 619

22

23

24

25

## $

**$1600** [2] - 16:23, 22:7
**$1700** [2] - 37:9, 37:23
**$400** [3] - 24:16, 37:3, 37:7

## '

**'05** [3] - 7:14, 9:6, 9:17
**'07** [1] - 10:6
**'10** [1] - 18:5
**'11** [1] - 10:11

## 1

**13** [1] - 17:3
**1350** [2] - 17:3, 32:20
**14** [1] - 32:20
**14-** [1] - 27:1
**14th** [1] - 35:10
**15** [2] - 14:5, 17:1
**15-** [1] - 26:25
**16** [3] - 4:2, 22:6, 37:9
**16-** [1] - 17:1
**1600** [4] - 22:15, 22:16, 22:19, 26:25
**19** [2] - 6:22, 71:1
**1st** [2] - 12:22, 12:23

## 2

**20-inch** [1] - 39:22
**2003** [1] - 39:19
**2004** [1] - 6:9
**2011** [10] - 10:11, 11:16, 15:20, 15:21, 16:19, 17:12, 18:17, 18:20, 20:14, 20:22
**2012** [26] - 11:17, 12:24, 16:19, 17:13, 22:2, 22:3, 22:25, 27:11, 33:6, 34:5, 35:10, 53:3, 53:20, 54:2, 54:8, 56:13, 56:17, 67:10, 67:23, 68:16, 68:20, 68:25, 69:11, 69:20, 70:2, 70:3
**2013** [1] - 4:2
**23rd** [6] - 49:8, 51:1, 51:18, 51:20, 51:22, 59:19
**28th** [2] - 30:24, 44:24
**29th** [2] - 30:24, 44:24

## 3

**3** [2] - 24:10, 37:6
**30th** [1] - 44:24

## 31

**31st** [3] - 12:23, 59:19, 60:9
**37** [1] - 8:24
**38** [1] - 34:12
**3:00** [1] - 44:15

## 4

**41** [1] - 34:19
**41A** [2] - 33:13, 34:22
**42** [1] - 17:17
**43** [1] - 18:11
**475** [1] - 22:4
**4:00** [1] - 44:15

## 5

**500** [2] - 22:4
**51** [1] - 25:8
**55** [1] - 40:20
**5:00** [1] - 44:15
**5th** [1] - 48:4

## 6

**61** [1] - 13:22
**69** [5] - 13:11, 13:16, 13:24, 14:1, 14:5

## 7

**7** [1] - 46:8
**75** [1] - 57:15

## 8

**80** [1] - 57:15
**800** [1] - 22:17

## A

**ability** [8] - 55:4, 56:4, 65:20, 67:20, 68:2, 68:5, 68:7, 70:2
**absent** [1] - 7:20
**accommodate** [1] - 4:9
**acetone** [4] - 25:22, 26:12, 26:13, 26:14
**acting** [1] - 45:4
**action** [2] - 57:16, 57:22
**activities** [3] - 68:23, 69:11, 69:20
**Ada** [3] - 11:10, 46:7, 58:3
**addressed** [1] - 67:24
**admitted** [4] - 8:25, 13:24, 14:1, 17:18
**admonish** [1] - 4:12

## affected

**affected** [2] - 69:17, 69:18
**affects** [1] - 69:16
**ago** [5] - 53:13, 54:11, 66:9, 66:21, 67:18
**agreed** [1] - 14:19
**agreement** [4] - 13:8, 13:14, 14:18, 71:10
**ahold** [1] - 43:11
**allow** [1] - 67:5
**almost** [1] - 36:7
**Amber** [5] - 34:6, 34:7, 34:14, 34:15, 71:17
**amended** [1] - 10:22
**amount** [1] - 32:13
**amounts** [2] - 32:13, 71:21
**Amy** [8] - 17:23, 33:7, 33:10, 35:21, 36:17, 36:18, 36:19, 71:14
**Amy's** [3] - 18:15, 35:12, 35:14
**answer** [5] - 19:4, 66:13, 68:4, 70:14, 70:15
**apartment** [5] - 33:17, 33:19, 34:4, 34:21, 34:25
**apologize** [3] - 59:21, 68:15, 70:17
**April** [7] - 17:15, 31:2, 32:2, 32:5, 32:6, 34:5, 35:4
**area** [1] - 31:11
**argument** [1] - 38:8
**Army** [3] - 8:11, 8:15, 71:1
**army** [1] - 7:17
**arrangements** [1] - 37:10
**arrest** [4] - 47:20, 47:22, 59:4, 59:11
**arrested** [21] - 10:17, 11:7, 11:9, 12:4, 12:22, 16:17, 30:17, 45:19, 48:15, 58:21, 59:17, 59:22, 60:1, 60:2, 60:4, 60:8, 60:12, 61:14, 61:18, 61:20, 75:20
**ARs** [1] - 45:10
**asleep** [5] - 30:22, 30:23, 44:13, 44:19, 54:24
**assistance** [1] - 14:22
**associating** [1] - 15:22
**assume** [1] - 75:24
**attention** [3] - 15:20, 35:10, 63:10

## attic

**attic** [14] - 45:12, 59:24, 60:14, 60:16, 60:19, 60:24, 61:7, 61:8, 61:10, 61:12, 61:15, 64:15, 64:17, 64:19
**attitude** [1] - 9:20
**avoid** [3] - 57:7, 57:17, 58:16
**awake** [1] - 74:21
**aware** [2] - 60:11, 61:19
**AWOL** [3] - 7:20, 7:22, 71:4

## B

**bad** [1] - 44:14
**bag** [2] - 39:15, 42:3
**baggies** [1] - 39:14
**bags** [2] - 41:13, 73:25
**bald** [1] - 21:18
**barely** [3] - 43:12, 73:9, 74:21
**based** [1] - 22:19
**basement** [1] - 24:25
**became** [1] - 6:19
**become** [2] - 21:9, 61:19
**bedroom** [1] - 73:20
**beginning** [2] - 7:13, 19:25
**behind** [2] - 33:8, 49:23
**below** [2] - 22:7
**Ben** [42] - 15:23, 15:25, 16:12, 16:21, 16:24, 17:4, 17:10, 18:15, 18:17, 19:19, 20:4, 20:8, 20:13, 22:25, 25:25, 30:6, 31:5, 31:19, 31:22, 32:3, 33:5, 34:6, 34:8, 34:25, 35:12, 35:14, 35:19, 36:8, 36:9, 36:19, 37:11, 37:22, 38:2, 38:5, 41:18, 41:24, 47:12, 49:19, 71:14, 71:22, 72:2, 72:22
**Ben's** [4] - 17:25, 33:4, 41:16, 41:19
**benefit** [3] - 14:25, 15:3, 15:10
**Benjamine** [2] - 9:3, 9:4
**BERGLUND** [5] - 13:19, 50:19, 62:7, 62:11, 66:1
**Berglund** [1] - 62:9

## best

**best** [2] - 65:20, 68:5
**between** [4] - 12:2, 22:24, 29:25, 33:25
**beyond** [1] - 51:13
**big** [1] - 45:16
**bigger** [1] - 42:1
**bit** [6] - 8:1, 13:2, 43:1, 50:24, 61:2, 74:23
**blue** [1] - 39:14
**body's** [1] - 55:4
**bond** [1] - 39:6
**bonded** [1] - 11:10
**bong** [2] - 74:7, 75:1
**bongs** [1] - 74:5
**booking** [2] - 61:24, 61:25
**boot** [1] - 7:19
**BORTON** [22] - 13:20, 50:20, 50:23, 51:9, 51:16, 56:2, 61:1, 61:4, 61:5, 61:10, 61:11, 62:5, 63:16, 66:2, 66:5, 66:19, 67:8, 67:9, 69:19, 70:20, 74:15, 76:1
**Borton** [6] - 50:21, 51:14, 60:25, 66:3, 67:5, 67:7
**bothered** [1] - 73:6
**bought** [1] - 74:25
**bounced** [1] - 43:1
**bowl** [1] - 12:19
**brain** [1] - 55:18
**branch** [1] - 7:15
**briefly** [1] - 66:2
**bring** [1] - 37:15
**brought** [2] - 9:9, 69:7
**brown** [1] - 21:18
**bucks** [1] - 24:19
**bunch** [2] - 40:21, 45:18
**business** [2] - 30:10, 47:6
**buy** [4] - 9:11, 16:24, 20:8, 32:2
**buying** [5] - 17:4, 17:8, 17:13, 32:5, 32:10
**BY** [21] - 5:10, 14:3, 19:5, 19:9, 21:23, 22:10, 50:23, 51:16, 56:2, 61:5, 61:11, 62:11, 62:25, 63:18, 63:22, 66:5, 66:19, 67:9, 69:19, 70:24, 74:18

## C

**Caldwell** [1] - 30:18

**calming** [2] - 75:15, 75:16
**camp** [1] - 7:20
**cannot** [1] - 70:6
**car** [12] - 36:1, 36:3, 38:14, 38:16, 39:5, 39:18, 40:24, 41:14, 43:2, 46:18, 46:19, 75:5
**care** [2] - 6:16, 36:24
**carefully** [1] - 51:11
**case** [10] - 4:13, 4:15, 11:8, 11:12, 13:2, 13:3, 45:20, 48:15, 48:16, 52:2
**cat** [1] - 48:19
**caught** [2] - 42:12, 64:16
**Cavazos** [2] - 17:23, 71:14
**cell** [2] - 41:9, 50:4
**certain** [5] - 55:21, 56:5, 56:25, 70:3
**change** [2] - 29:25, 50:14
**changed** [2] - 33:2, 33:3
**Chapman** [2] - 46:13, 46:14
**charge** [4] - 10:20, 16:21, 22:17, 45:23
**charged** [1] - 22:16
**charges** [2] - 10:23, 11:1
**chase** [5] - 41:7, 43:5, 57:13, 72:21, 73:11
**chased** [1] - 38:12
**chases** [1] - 57:6
**chick's** [1] - 75:4
**circle** [2] - 14:9, 33:20
**circling** [1] - 38:11
**clarify** [1] - 61:2
**clean** [5] - 45:3, 73:19, 74:12, 75:2, 75:6
**clear** [1] - 70:18
**clearly** [1] - 55:21
**CLERK** [1] - 5:3
**Clevenger** [1] - 33:8
**clientele** [1] - 24:1
**closer** [1] - 8:3
**cluttered** [2] - 74:4, 74:5
**Cody** [4] - 38:10, 39:3, 39:23
**coffee** [1] - 26:12
**cold** [2] - 42:9, 42:10
**collaborate** [1] - 46:10
**color** [1] - 39:20
**coming** [2] - 45:11, 58:8

**Communication** [1] - 6:14
**complete** [1] - 5:3
**completed** [1] - 10:7
**complied** [3] - 14:10, 33:21, 33:23
**concerning** [1] - 69:20
**confused** [1] - 70:19
**connection** [2] - 9:23, 48:15
**conspiracy** [1] - 13:4
**continue** [1] - 27:18
**continued** [2] - 20:8, 56:12
**conversation** [5] - 5:16, 46:6, 47:24, 49:25, 50:14
**conversations** [1] - 75:19
**convicted** [3] - 9:23, 10:1, 10:5
**convictions** [1] - 71:7
**cooperate** [1] - 14:19
**cooperation** [2] - 14:21, 15:1
**cops** [8] - 38:24, 39:4, 45:6, 52:9, 59:9, 59:16, 65:4, 65:5
**corner** [1] - 33:17
**correct** [12] - 22:2, 53:10, 54:10, 56:13, 59:1, 59:4, 59:18, 59:23, 60:24, 64:12, 71:5, 71:12
**Counsel** [1] - 65:25
**counsel** [1] - 22:2
**counsel's** [1] - 51:12
**country** [1] - 42:15
**County** [5] - 5:24, 11:10, 45:24, 46:7, 58:3
**couple** [1] - 42:23
**course** [3] - 55:2, 57:9, 67:21
**court** [2] - 49:1, 50:6
**courtroom** [1] - 21:13
**Craig** [3] - 4:6, 5:5, 14:14
**CRAIG** [2] - 4:25, 5:6
**crazy** [2] - 38:21, 38:22
**cream** [1] - 39:21
**credit** [1] - 37:17
**crime** [1] - 10:8
**cross** [3] - 50:18, 50:19, 62:21
**CROSS** [2] - 50:22, 62:10
**CROSS-EXAMINATION** [2] -

50:22, 62:10
**custody** [4] - 46:1, 46:4, 52:17, 59:22
**customers** [1] - 23:12
**cut** [2] - 26:5, 62:1
**cutting** [1] - 31:24

**D**

**damage** [1] - 55:17
**dark** [1] - 41:11
**darts** [1] - 28:7
**dash** [4] - 39:11, 39:17, 41:8
**date** [3] - 30:20, 44:17, 44:25
**dates** [3] - 56:8, 63:8, 68:19
**deal** [2] - 31:23, 67:12
**dealing** [10] - 9:24, 10:17, 11:16, 29:4, 29:12, 29:19, 30:2, 31:5, 31:17, 31:21
**deals** [6] - 16:1, 16:5, 18:9, 19:12, 64:7, 67:1
**Dealy** [1] - 28:17
**December** [6] - 18:16, 18:20, 19:1, 19:11, 19:25, 20:14
**decide** [1] - 15:15
**defendant** [1] - 21:20
**definitely** [4] - 57:12, 64:9, 68:22, 71:6
**deliver** [1] - 25:14
**delivered** [1] - 24:20
**Department** [1] - 58:4
**departure** [2] - 15:5, 15:6
**depended** [2] - 16:25, 23:7
**Derr** [3] - 27:3, 27:12, 28:9
**Derr's** [1] - 28:6
**describe** [2] - 21:15, 55:20
**described** [2] - 54:1, 56:4
**detail** [1] - 72:24
**Detective** [1] - 65:14
**detective** [1] - 65:17
**detectives** [2] - 49:7
**device** [1] - 74:8
**different** [4] - 11:5, 41:16, 41:20, 73:22
**difficulty** [2] - 8:1, 63:5
**dinners** [1] - 46:9
**direct** [2] - 15:20, 35:9
**DIRECT** [1] - 5:9

**disagree** [1] - 66:16
**discharge** [2] - 8:5, 8:8
**discharged** [1] - 10:8
**discuss** [1] - 4:12
**disrespectful** [1] - 36:5
**distribute** [1] - 13:5
**doctor** [1] - 69:17
**dog** [1] - 45:16
**done** [2] - 10:16, 55:17
**Donny** [1] - 23:17
**door** [2] - 41:10, 49:23
**doors** [1] - 34:1
**down** [8] - 38:12, 39:7, 42:6, 53:17, 61:15, 75:15, 75:25, 76:2
**downward** [2] - 15:5, 15:6
**draw** [2] - 14:9, 33:19
**driving** [5] - 38:21, 38:22, 39:18, 40:17, 43:3
**dropped** [1] - 10:24
**drove** [1] - 40:24
**drug** [11] - 10:2, 10:3, 16:1, 18:9, 19:12, 46:24, 47:1, 47:2, 64:7, 68:24, 68:25
**drugs** [11] - 7:23, 7:24, 9:8, 9:9, 22:13, 23:5, 23:6, 23:8, 28:7, 30:5, 36:8
**dry** [2] - 26:13, 26:15
**Drywalling** [1] - 6:16
**dude** [3] - 32:21, 32:24
**duly** [1] - 5:1
**during** [8] - 5:15, 27:2, 31:7, 35:3, 41:7, 52:20, 53:3, 56:17
**dusty** [1] - 24:4
**Dusty** [1] - 24:5

**E**

**early** [4] - 18:16, 18:20, 18:25, 20:21
**easily** [1] - 12:3
**effect** [2] - 66:22, 75:8
**eight** [5] - 22:9, 53:6, 53:8, 53:9, 53:11
**eight-hour** [1] - 53:6
**End** [1] - 76:4
**end** [9] - 17:2, 19:24, 21:17, 30:21, 30:24, 44:23, 54:4, 61:6
**ended** [4] - 9:19, 43:2, 43:4

**energy** [1] - 75:14
**engaged** [1] - 68:24
**entails** [1] - 71:11
**event** [2] - 11:3, 56:17
**events** [8] - 15:18, 55:19, 56:5, 63:12, 63:24, 64:3, 70:3, 70:5
**eventually** [1] - 61:15
**evidence** [2] - 8:25, 13:16
**exact** [5] - 23:4, 35:3, 44:17, 44:24, 72:17
**exactly** [1] - 44:18
**EXAMINATION** [6] - 5:9, 50:22, 62:10, 62:24, 66:4, 70:23
**excuse** [2] - 59:19, 61:25, 68:1
**experience** [2] - 54:10, 55:5
**experienced** [1] - 53:25
**experiences** [1] - 71:1
**explain** [1] - 16:4
**express** [1] - 4:14
**extra** [2] - 22:13, 24:19

**F**

**Fabian** [1] - 35:7
**fact** [4] - 51:4, 61:22, 62:3, 64:4
**facts** [1] - 56:5
**fair** [9] - 31:9, 45:25, 50:24, 53:7, 56:17, 58:17, 67:13, 67:16, 69:11
**falling** [2] - 31:22, 54:24
**far** [7] - 6:4, 30:1, 37:11, 59:7, 59:18, 59:23, 63:24
**fast** [2] - 40:12, 57:14
**February** [7] - 20:18, 20:21, 21:10, 21:25, 25:6, 27:11, 35:4
**federal** [1] - 11:1
**fell** [2] - 30:22, 44:13
**felony** [2] - 9:23, 10:1
**female** [1] - 36:18
**few** [4] - 4:7, 23:13, 35:21, 58:2
**Fidel** [1] - 35:22
**fight** [1] - 36:7
**fighting** [1] - 38:7
**figure** [1] - 38:8
**filters** [1] - 26:12
**finally** [4] - 40:23, 42:11, 44:21, 65:1

fine [1] - 50:13
finger [1] - 14:8
finishing [1] - 7:19
first [13] - 5:1, 6:24, 17:6, 18:3, 18:4, 21:11, 40:19, 43:16, 46:7, 51:6, 52:16, 57:6, 75:13
five [1] - 73:5
flesh [1] - 61:1
floated [1] - 42:6
flying [1] - 41:10
following [1] - 38:22
follows [1] - 5:2
food [1] - 55:15
foot [1] - 38:14
foreman [1] - 6:15
forgave [2] - 52:14, 52:15
forgive [1] - 52:18
forgot [2] - 56:23, 67:22
forgotten [1] - 57:1
form [2] - 4:14, 63:16
forth [2] - 4:10, 21:3
foundation [1] - 19:3
four [2] - 42:8, 73:4
four-and-a-half [1] - 42:8
four-and-a-half-hours [1] - 73:4
fourth [2] - 12:11, 12:12
Fourth [2] - 25:3, 43:21
fourth-ounce [1] - 12:12
frame [2] - 17:11, 17:12
freeway [1] - 27:17
friend [1] - 18:7
friend's [2] - 43:5, 43:8
front [5] - 30:8, 37:14, 37:16, 42:16, 61:15
Fruitland [3] - 8:22, 8:23, 40:3
fugitive [2] - 44:5, 73:16
function [1] - 55:4
FURTHER [1] - 70:23

**G**

gas [1] - 45:18
Gearhart [1] - 4:24
gentleman [1] - 65:16
girl [1] - 34:8
girlfriend [7] - 17:25, 28:18, 38:6, 39:2,

39:3, 40:8, 42:18
girth [1] - 39:16
given [2] - 62:12, 74:24
glass [3] - 74:3, 74:22
glasses [1] - 21:18
gold [2] - 10:11, 10:12
gold-sealed [2] - 10:11, 10:12
government [2] - 4:5, 71:11
Government's [7] - 8:24, 13:11, 13:16, 17:17, 18:11, 25:8, 34:12
graduated [1] - 6:5
gram [2] - 12:8, 12:9, 12:19
grams [1] - 12:16
gray [1] - 35:15
ground [2] - 6:15, 64:22
grow [1] - 5:23
guess [14] - 18:9, 24:1, 33:19, 38:12, 38:22, 39:16, 44:9, 55:6, 56:19, 57:2, 70:8, 70:9, 75:13, 75:17
guilty [3] - 13:2, 13:3, 13:8
gun [3] - 38:25, 39:5, 40:9
guns [1] - 45:10
guy [5] - 19:14, 23:17, 24:5, 35:22, 43:12
guys [1] - 30:9

**H**

H-E-N-S-L-E-Y [1] - 5:6
half [15] - 9:11, 12:19, 16:14, 21:4, 21:9, 22:8, 22:9, 22:16, 24:10, 32:8, 32:10, 37:1, 41:25, 42:8, 73:4
halfway [1] - 49:24
hand [1] - 41:9
handed [1] - 74:22
hands [2] - 40:6, 48:9
hang [1] - 58:19
harder [1] - 51:6
harm [1] - 57:10
hated [1] - 34:16
Hazelwood [1] - 43:13
head [2] - 21:18, 23:21
health [1] - 69:18
hear [1] - 62:18

hearing [2] - 8:2, 55:14
hearsay [1] - 74:17
HEINEMAN [3] - 13:21, 19:3, 62:21
Heineman [1] - 62:20
help [3] - 25:18, 44:8, 58:6
helped [1] - 26:3
Hensley [1] - 4:6, 4:8, 4:21, 5:5, 5:11, 5:19, 8:2, 14:16, 50:24, 66:6
HENSLEY [1] - 4:25
hide [1] - 30:7
hiding [2] - 73:15, 73:19
High [1] - 6:7
high [15] - 6:10, 7:3, 7:25, 28:7, 28:15, 36:2, 38:3, 40:11, 41:7, 43:4, 55:15, 57:6, 57:13, 72:21, 73:11
high-speed [7] - 40:11, 41:7, 43:4, 57:6, 57:13, 72:21, 73:11
Highway [1] - 40:20
hit [4] - 11:1, 11:24, 12:14, 40:20
Hites [1] - 71:17
hmm [5] - 9:18, 27:13, 27:21, 29:12, 47:13
home [2] - 7:23, 61:16
honest [1] - 15:13
honestly [1] - 55:20
honorable [1] - 8:9
hope [2] - 14:25, 15:3
hotel [1] - 57:19
hour [4] - 40:14, 53:6, 57:11, 57:15
hours [5] - 42:8, 53:9, 53:12, 73:2, 73:4
hours' [1] - 53:8
house [53] - 18:1, 18:12, 18:14, 18:15, 24:24, 25:2, 25:11, 25:12, 25:15, 25:21, 25:25, 26:1, 27:25, 28:6, 28:12, 29:1, 29:11, 33:9, 35:12, 35:13, 35:14, 36:2, 39:9, 42:16, 42:19, 42:22, 43:5, 43:8, 43:16, 43:17, 43:19, 43:21, 43:25, 44:10, 44:22, 45:2, 45:3, 45:11, 53:18, 54:12, 54:14, 58:22, 64:15,

65:2, 72:6, 72:9, 73:15, 73:18, 73:22, 74:1, 74:12, 74:20
houses [1] - 54:2
hundred [5] - 24:19, 40:13, 40:14, 40:15, 57:11
hyperactivity [1] - 75:17

**I**

Idaho [3] - 6:1, 10:15
identified [2] - 21:20, 35:14, 43:22
impact [5] - 55:11, 67:19, 68:2, 68:7, 69:10
impacted [1] - 70:2
impair [1] - 55:7
impaired [20] - 56:4, 63:2, 63:19, 63:23, 66:7, 67:10, 67:18, 70:2, 70:8, 70:11, 70:25, 71:20, 71:25, 72:5, 72:8, 72:11, 72:15, 72:20, 74:11, 75:18
impairment [3] - 56:15, 67:24, 68:1
impairs [1] - 55:3
Impala [1] - 39:19
impounded [1] - 43:3
incarceration [1] - 67:21
inch [1] - 46:16
induced [1] - 54:25
inject [1] - 12:6
inquire [1] - 5:7
inside [1] - 39:12
instances [1] - 67:1
intend [2] - 37:22, 38:1
intended [1] - 57:16
intent [1] - 13:4
interviewed [2] - 65:13, 65:14
involve [1] - 11:2
involved [4] - 6:19, 31:10, 46:11, 62:16
island [1] - 42:6
issue [1] - 67:4

**J**

jail [3] - 15:19, 51:5, 61:24
Jake [1] - 33:8
January [9] - 4:2, 20:16, 20:21, 21:7,

21:8, 21:25, 22:25, 25:6, 48:4
Jenny [2] - 28:17, 29:17
Jessica [4] - 27:3, 27:12, 28:6, 28:9
Jessica's [1] - 29:1
Jim [1] - 62:13
job [1] - 8:14
John [1] - 46:13
joined [2] - 7:9, 7:11
judge [1] - 15:17
jumped [2] - 40:25, 45:12
June [3] - 12:22, 12:23, 52:17
jurors [1] - 4:20
jury [3] - 13:17, 13:25, 71:5
Jury [2] - 4:4, 4:18

**K**

K.C [5] - 4:6, 5:12, 5:15, 14:15, 14:16
keep [6] - 22:8, 29:7, 39:16, 44:9, 72:14, 72:15
kind [2] - 8:8, 46:15
knowing [1] - 58:9
knowledge [1] - 62:16
known [2] - 4:6, 9:4
Kristopher [3] - 4:6, 5:5, 14:14
KRISTOPHER [2] - 4:25, 5:6

**L**

lady [1] - 43:3
lady's [2] - 42:16, 43:16
Lamprecht [1] - 62:22
LAMPRECHT [30] - 4:5, 5:8, 5:10, 13:15, 13:23, 14:2, 14:3, 19:4, 19:5, 19:9, 21:19, 21:23, 22:3, 22:10, 50:17, 55:24, 60:17, 61:8, 62:23, 62:25, 63:18, 63:22, 65:23, 66:11, 66:24, 69:12, 70:21, 70:24, 74:18, 75:22
landed [1] - 41:11
Landscaping [1] - 6:17
larger [2] - 42:3, 42:4
Larry [2] - 19:14, 19:15

**last** [9] - 12:20, 19:16, 31:25, 32:7, 45:1, 48:4, 49:19, 74:23
**late** [4] - 18:16, 18:20, 36:13, 36:14
**lawn** [1] - 6:16
**laying** [1] - 75:7
**learn** [3] - 18:17, 60:2, 61:22
**learned** [3] - 19:19, 62:2, 62:4
**least** [2] - 56:12, 67:11
**leave** [6] - 7:21, 29:15, 36:11, 45:12, 59:7, 59:12
**leeway** [1] - 67:5
**left** [10] - 8:10, 8:15, 36:9, 41:12, 43:7, 45:4, 58:1, 58:13, 58:14, 59:8
**legal** [1] - 58:16
**less** [2] - 15:8, 72:12
**letting** [1] - 26:13
**lie** [1] - 47:8
**lied** [2] - 58:4, 58:10
**life** [3] - 6:2, 6:18, 63:14
**likely** [1] - 69:3
**listen** [1] - 51:11
**live** [1] - 27:6
**lived** [3] - 24:4, 27:7, 34:4
**living** [7] - 8:20, 24:24, 27:10, 33:6, 33:10, 36:23, 68:13
**load** [1] - 12:18
**locations** [2] - 53:19, 54:8
**look** [1] - 14:4
**looked** [1] - 57:25
**looking** [1] - 45:6
**loud** [1] - 36:4
**Loveland** [2] - 50:19, 62:13
**lower** [1] - 24:17

---

## M

**M's** [2] - 28:18, 28:19
**machine** [1] - 45:10
**mad** [1] - 38:18
**March** [10] - 10:6, 20:22, 21:10, 21:11, 22:1, 22:25, 27:11, 29:24, 33:6, 35:4
**marked** [7] - 13:11, 14:11, 17:17, 18:10, 25:8, 33:13, 34:12
**Marshal** [1] - 45:9
**Marshals** [2] - 59:1,
59:15
**marshals** [1] - 45:9
**matter** [1] - 22:19
**Maverik** [1] - 43:13
**mean** [15] - 10:12, 12:15, 15:7, 22:12, 22:14, 23:3, 32:25, 34:14, 47:8, 54:22, 56:8, 56:24, 60:18, 62:1, 69:1
**means** [3] - 10:13, 37:16, 60:20
**meet** [3] - 9:7, 25:1, 35:6
**memory** [26] - 55:16, 56:16, 63:1, 63:23, 66:7, 66:21, 67:10, 67:18, 67:19, 67:24, 68:1, 69:10, 69:18, 70:2, 70:7, 70:25, 71:20, 71:25, 72:5, 72:8, 72:11, 72:20, 73:6, 73:12, 74:10, 75:18
**mention** [1] - 69:3
**met** [8] - 9:6, 19:12, 20:5, 23:13, 24:25, 28:2, 62:14, 72:14
**meth** [42] - 7:7, 8:19, 10:4, 16:3, 16:6, 19:11, 20:4, 20:8, 20:9, 24:15, 27:8, 28:8, 29:19, 31:24, 35:17, 37:1, 39:5, 53:16, 55:21, 56:3, 56:12, 57:1, 63:3, 63:10, 66:8, 66:23, 67:19, 67:25, 68:1, 68:11, 68:14, 68:17, 68:21, 69:16, 72:15, 74:4, 74:6, 74:9, 74:23
**methamphetamine** [55] - 6:19, 6:24, 7:2, 8:21, 9:24, 10:18, 11:10, 11:19, 12:21, 13:4, 16:22, 18:18, 20:12, 20:21, 21:1, 21:13, 21:25, 23:1, 24:7, 24:20, 24:22, 25:15, 25:19, 25:24, 26:11, 26:19, 28:13, 29:4, 29:13, 29:21, 30:1, 31:2, 31:10, 32:3, 34:24, 37:11, 38:1, 38:5, 39:8, 41:6, 41:13, 41:23, 53:4, 55:1, 55:3, 63:6, 64:7, 69:9, 71:8, 71:21, 71:23,

---

72:1, 72:9, 72:22, 75:8
**Mexican** [1] - 48:19
**Michael** [43] - 20:23, 20:25, 21:1, 21:12, 21:20, 21:24, 23:2, 23:8, 24:21, 25:13, 25:15, 25:17, 26:2, 26:7, 26:18, 26:19, 28:3, 28:5, 28:20, 28:21, 28:23, 29:25, 31:20, 43:19, 43:24, 44:4, 44:21, 45:2, 46:3, 47:21, 48:13, 49:6, 49:13, 58:6, 61:19, 64:15, 65:7, 72:1, 72:3, 73:14, 74:20, 75:19
**Morris's** [9] - 26:2, 43:19, 43:24, 44:21, 45:2, 58:22, 64:15, 72:6, 73:15
**moss** [1] - 42:7
**most** [4] - 6:1, 57:12, 68:22, 71:6
**motel** [3] - 38:7, 43:6, 58:4
**motels** [1] - 25:1
**move** [3] - 8:3, 13:15, 61:3
**moved** [1] - 5:25
**moving** [2] - 4:9, 24:8
**MR** [25] - 13:20, 13:21, 19:3, 50:20, 50:23, 51:9, 51:16, 56:2, 61:1, 61:4, 61:5, 61:10, 61:11, 62:5, 62:21, 63:16, 66:2, 66:5, 66:19, 67:8, 67:9, 69:19, 70:20, 74:15, 76:1
**MS** [35] - 4:5, 5:8, 5:10, 13:15, 13:19, 13:23, 14:2, 14:3, 19:4, 19:5, 19:9, 21:19, 21:23, 22:3, 22:10, 50:17, 50:19, 55:24, 60:17, 61:8, 62:7, 62:11, 62:23, 62:25, 63:18, 63:22, 65:23, 66:1, 66:11, 66:24, 69:12, 70:21, 70:24, 74:18, 75:22
**MSM** [1] - 26:16
**multiple** [3] - 20:23, 25:16, 29:8

---

## N

**name** [8] - 5:3, 5:4, 19:16, 24:5, 43:17, 48:19, 48:20, 62:18
**named** [5] - 19:14, 23:17, 27:3, 28:16, 35:22
**names** [2] - 23:15, 23:19
**nature** [1] - 16:4
**necessarily** [1] - 22:21

---

28:5, 28:21, 29:25, 31:1, 31:20, 44:4, 46:3, 47:21, 48:14, 49:6, 49:13, 50:25, 51:18, 52:15, 58:6, 58:25, 59:18, 59:23, 60:12, 61:19, 65:7, 72:2, 72:3, 74:20, 75:19

---

**need** [4] - 4:7, 15:13
**needed** [5] - 32:15, 32:21, 32:24, 36:6, 44:1
**needle** [2] - 12:5, 12:7
**neighborhood** [1] - 58:6
**nervous** [1] - 45:4
**net** [1] - 42:7
**never** [5] - 18:22, 18:23, 20:5, 54:13, 55:11
**New** [1] - 40:22
**new** [5] - 19:20, 20:5, 20:9, 20:13
**next** [2] - 37:15, 37:24
**nickname** [2] - 5:11, 34:15
**nicknames** [1] - 23:15
**night** [8] - 35:10, 35:11, 36:14, 36:20, 38:2, 41:14, 43:9, 49:20
**nine** [1] - 13:23
**nineteen** [2] - 7:13, 8:12
**none** [1] - 13:20
**nonresponsive** [1] - 74:16
**normally** [1] - 55:4
**note** [1] - 4:19
**November** [11] - 15:21, 16:18, 17:12, 18:16, 18:20, 19:1, 19:11, 19:23, 19:24, 21:8
**number** [3] - 23:4, 31:10, 72:17
**nylon** [1] - 39:15

---

## O

**oath** [1] - 4:24
**object** [2] - 66:11, 66:24
**objection** [10] - 13:18, 13:19, 13:21, 19:3, 19:8, 55:24, 60:17, 63:16, 63:21, 74:15
**obviously** [1] - 49:6
**occasions** [2] - 25:17, 53:5
**occurred** [6] - 15:19, 54:2, 56:16, 63:2, 63:13, 63:24
**off-white** [1] - 39:21
**office** [1] - 45:9
**officers** [1] - 65:6
**often** [4] - 20:12, 22:24, 32:10, 72:13

old [4] - 5:18, 5:19, 7:11, 8:10
older [5] - 23:23, 23:24, 23:25, 24:1, 42:16
one [15] - 12:13, 12:14, 16:7, 19:2, 20:24, 20:25, 25:17, 35:15, 41:23, 42:2, 42:4, 45:22, 47:12, 57:6, 62:7
onetime [1] - 11:25
Ontario [7] - 25:3, 27:14, 27:15, 38:6, 43:14, 43:15, 43:22
open [1] - 49:23
opened [1] - 41:10
opinion [1] - 63:24
opinions [1] - 4:14
order [1] - 58:11
Oregon [2] - 25:3, 27:15
ounce [26] - 9:11, 12:2, 12:11, 12:12, 16:15, 16:23, 21:4, 21:6, 21:9, 22:5, 22:7, 22:9, 22:15, 22:16, 22:19, 24:16, 24:18, 24:19, 26:23, 30:18, 32:8, 32:10, 37:1, 41:25, 74:24
ounce-and-a-half [4] - 32:8, 32:10, 37:1, 41:25
ounces [5] - 16:14, 16:15, 17:7, 21:4, 32:15
outside [3] - 42:9, 45:7, 59:9
outstanding [1] - 45:24
overbroad [1] - 55:25
overrule [1] - 19:8
overruled [2] - 56:1, 69:15
owe [1] - 37:7
owed [4] - 37:23, 38:11, 46:23, 68:13
own [2] - 11:6, 73:12

P

package [2] - 42:1, 42:2
packages [1] - 41:21
page [2] - 14:5, 14:6
paid [3] - 17:1, 22:23, 71:22
panicking [1] - 45:4
paperwork [1] - 10:14

paraphernalia [3] - 73:25, 74:4, 75:6
pardon [1] - 53:24
part [3] - 14:18, 15:10, 33:16
Partial [1] - 4:3
partial [1] - 76:4
participating [1] - 13:3
particular [3] - 56:17, 67:12
passed [2] - 44:16, 54:20
passing [3] - 52:21, 54:20, 54:22
past [1] - 73:23
pay [6] - 32:21, 32:24, 37:19, 37:22, 38:20, 63:10
Payette [5] - 5:24, 41:2, 45:24
paying [3] - 21:24, 32:17, 37:11
pen [1] - 14:13
pending [1] - 11:14
Pennsylvania [2] - 40:3, 40:20
people [14] - 12:3, 18:21, 20:23, 23:24, 23:25, 29:15, 31:10, 35:21, 36:24, 43:10, 43:11, 62:17, 64:24, 68:13
per [1] - 34:10
perhaps [7] - 19:25, 65:17, 67:13, 68:9, 68:15, 68:16, 68:19
period [3] - 16:16, 18:19, 35:4
person [8] - 9:1, 17:19, 21:17, 27:2, 28:16, 34:13, 34:21, 35:6
personal [1] - 11:21
personally [1] - 18:23
phone [9] - 39:2, 40:7, 41:10, 42:17, 45:8, 47:10, 47:15, 47:16, 58:2
phonetic [1] - 6:17
photograph [5] - 9:2, 17:20, 25:10, 33:15, 34:13
phrase [2] - 53:13, 66:22
pick [4] - 17:6, 34:24, 43:13, 47:19
picked [5] - 25:20, 25:23, 42:18
picking [1] - 46:12

Pilot [2] - 24:23
pink [1] - 74:22
pipe [2] - 12:14, 74:22
place [9] - 4:24, 18:4, 25:4, 25:5, 30:17, 33:8, 36:6, 45:7, 60:21
places [2] - 53:22, 54:7
played [1] - 28:7
plea [5] - 13:2, 13:7, 13:14, 14:18, 71:10
pled [2] - 13:3, 13:8
Plymouth [1] - 40:22
point [5] - 33:18, 36:9, 40:18, 45:19, 46:1
Police [1] - 58:3
police [11] - 39:24, 40:4, 44:5, 50:25, 51:18, 51:22, 52:11, 64:16, 65:3, 65:6, 73:16
posed [1] - 51:10
possess [1] - 13:4
possession [2] - 10:21, 11:9
possible [3] - 56:7, 56:11, 56:15
pound [1] - 25:20
pounds [4] - 17:7, 17:9, 17:14, 24:10
present [5] - 4:4, 4:18, 4:20, 29:3, 29:18
presume [2] - 61:12, 61:16
pretty [5] - 8:18, 31:11, 42:10, 64:1, 68:12
price [1] - 32:22
prices [2] - 33:2, 33:3
prison [2] - 7:4, 7:5, 10:16
private [1] - 29:14
proceed [3] - 19:8, 66:18, 67:6
process [1] - 54:1
profit [1] - 24:12
prohibit [1] - 67:11
property [2] - 59:3, 59:6
protect [4] - 57:22, 58:10, 58:11, 58:14
PSI [1] - 52:1
PSR [1] - 51:25
published [1] - 13:25
pull [2] - 8:2, 38:13
pulled [4] - 39:1, 39:2, 39:25, 40:1
pure [2] - 26:6, 26:17
pursuit [1] - 40:11

put [10] - 14:8, 39:10, 39:12, 50:3, 51:14, 57:10, 59:22, 67:6, 75:1, 75:11

Q

quantities [2] - 24:17, 66:21, 66:25, 67:3, 68:3
quantity [1] - 22:19
quarter [11] - 12:2, 16:14, 17:7, 17:9, 17:13, 21:3, 21:5, 22:5, 25:20, 30:18, 74:24
questioned [1] - 66:20
questions [4] - 50:17, 62:6, 65:23, 75:22
quite [1] - 19:25

R

Rachel [5] - 33:7, 33:11, 34:6, 34:14, 34:20
Rachel's [1] - 33:17, 33:19
racing [1] - 57:11
raised [1] - 67:4
random [1] - 25:1
rat [1] - 51:5
real [1] - 63:14
really [4] - 23:21, 49:22, 54:3, 65:10
rear [1] - 57:25
reason [1] - 18:6
rec [1] - 48:3
receipt [1] - 59:4
receive [2] - 14:25, 15:4
recently [1] - 18:23
recess [3] - 4:9, 4:10, 4:16
Recess [1] - 4:17
recognize [6] - 13:13, 17:19, 18:12, 25:9, 33:14, 34:13
recollect [3] - 67:20, 68:7, 70:3
recollection [2] - 64:11, 67:11
record [4] - 4:19, 5:4, 21:19, 21:22
RECROSS [1] - 66:4
recross [1] - 70:21
RECROSS-EXAMINATION [1] - 66:4
redirect [1] - 62:22

REDIRECT [2] - 62:24, 70:23
Reel [1] - 27:17
references [1] - 52:20
referring [1] - 60:20
reflect [2] - 21:19, 21:22
regards [2] - 66:7, 67:23
related [1] - 68:24
relationship [3] - 31:19, 34:10, 62:13
released [1] - 15:19
remember [30] - 23:19, 25:5, 27:1, 35:11, 39:13, 42:23, 43:17, 56:4, 64:4, 64:8, 65:2, 66:23, 67:2, 69:2, 69:4, 69:7, 69:8, 71:2, 71:3, 71:4, 71:7, 71:10, 71:14, 71:17, 73:14, 73:18, 74:19, 74:21, 75:3, 75:5
remembered [2] - 73:12, 73:23
remembering [1] - 63:5, 68:12
required [1] - 15:10
resolved [1] - 11:12
respect [1] - 36:6
restate [2] - 59:20, 60:6
restroom [1] - 57:25
return [1] - 72:3
reviewing [1] - 52:4
rid [1] - 32:15
riding [1] - 50:3
rims [4] - 46:13, 46:15, 46:23, 47:2
risk [1] - 57:10
River [1] - 41:2
river [7] - 24:4, 40:24, 41:1, 42:5, 42:11, 73:1, 73:2
road [1] - 42:15
roads [1] - 40:22
room [3] - 29:16, 36:23, 57:19
Ruiz [1] - 48:20
run [1] - 44:1
running [2] - 58:5, 59:15
Rusty [1] - 24:5

S

S.W.A.T [2] - 43:6, 57:21
safe [2] - 44:2, 44:9

**sales** [1] - 64:7
**sat** [1] - 46:8
**Saturday** [1] - 48:3
**Savara's** [1] - 6:17
**saw** [2] - 74:11, 74:12
**scales** [1] - 73:24
**Scary** [1] - 19:15
**school** [3] - 6:4, 6:11, 7:3
**School** [1] - 6:7
**screen** [3] - 13:12, 14:8, 14:12
**se** [1] - 34:10
**sealed** [2] - 10:11, 10:12
**search** [1] - 40:9
**sec** [1] - 58:19
**second** [3] - 39:7, 57:13, 58:20
**see** [13] - 14:5, 21:12, 27:18, 27:23, 28:24, 38:6, 38:20, 41:11, 64:16, 64:19, 64:21, 64:24, 65:7
**seeing** [1] - 34:8
**sell** [10] - 7:2, 9:13, 9:15, 16:10, 16:11, 26:19, 26:24, 37:21, 38:3, 72:14
**selling** [18] - 6:25, 8:19, 8:21, 16:3, 16:6, 16:7, 16:12, 18:8, 20:20, 21:1, 21:13, 24:9, 24:15, 24:17, 30:1, 30:13, 68:13
**sentence** [4] - 10:7, 15:8, 15:16, 51:6
**separate** [1] - 11:6
**set** [1] - 32:22
**several** [1] - 52:20
**shared** [1] - 52:21
**sheriff** [1] - 58:10
**Sheriff's** [1] - 58:3
**shirt** [2] - 21:18, 63:7
**short** [2] - 4:8, 48:19
**show** [10] - 8:23, 13:10, 13:16, 17:16, 18:10, 25:7, 26:10, 33:12, 34:11, 34:19
**showed** [6] - 26:7, 38:10, 41:16, 44:13, 44:14, 45:5
**shower** [2] - 49:20, 69:24
**shut** [1] - 36:5
**sic** [1] - 70:21
**sign** [3] - 14:12, 14:14, 14:15
**signature** [2] - 14:6,

14:9
**signed** [1] - 14:16
**sitting** [1] - 21:15
**six** [2] - 5:20, 5:22
**Sixty** [1] - 13:23
**Sixty-nine** [1] - 13:23
**size** [1] - 12:19
**slamming** [1] - 12:5
**sleep** [10] - 53:6, 53:8, 53:14, 53:17, 53:23, 54:1, 54:9, 54:15, 54:25, 75:11
**sleep-it-off** [3] - 53:23, 54:1, 54:9
**slept** [3] - 53:11, 53:21, 54:7
**slow** [2] - 39:7, 75:15
**smaller** [1] - 42:2
**smash** [1] - 48:10
**smoke** [2] - 12:2, 74:9
**smoking** [5] - 12:1, 41:18, 74:4, 74:6, 74:23
**soak** [1] - 26:14
**soaking** [1] - 26:13
**sober** [4] - 53:2, 53:16, 54:4, 54:16
**sock** [1] - 39:15
**sold** [12] - 7:7, 22:14, 22:20, 23:1, 23:8, 23:11, 24:18, 28:7, 28:8, 72:1, 72:9, 72:12
**someone** [1] - 9:15
**sometimes** [7] - 17:1, 22:6, 23:6, 29:14, 40:15, 75:16
**somewhere** [1] - 44:2
**soon** [3] - 48:5, 48:9, 61:23
**sorry** [5] - 5:21, 13:24, 22:11, 34:18, 61:8, 69:12
**sounds** [1] - 53:4
**source** [12] - 18:22, 19:20, 20:5, 20:6, 20:10, 20:13, 22:22, 23:1, 23:5, 30:18, 33:1, 41:17
**span** [1] - 35:5
**specific** [1] - 70:5
**speech** [3] - 55:7, 55:10, 55:11
**speed** [7] - 40:11, 41:7, 43:4, 57:6, 57:13, 72:21, 73:11
**spell** [1] - 5:4
**spoken** [4] - 46:3, 47:20, 48:13, 48:14
**spots** [1] - 25:1

**stab** [2] - 48:4, 48:6
**stairs** [2] - 33:16, 34:2
**stand** [2] - 4:23, 73:9
**start** [6] - 17:13, 21:5, 30:13, 33:11, 75:13, 75:14
**started** [13] - 6:25, 12:4, 12:5, 16:14, 16:25, 17:2, 17:8, 20:9, 21:3, 24:23, 30:6, 31:20, 32:19
**starting** [1] - 20:4
**state** [2] - 5:3, 10:15
**State** [1] - 10:15
**States** [2] - 14:19, 14:23
**stay** [6] - 39:17, 42:21, 44:10, 44:12, 64:18, 74:21
**stayed** [5] - 42:7, 43:9, 59:3, 59:6, 59:11
**Stennett** [1] - 65:15
**step** [3] - 30:11, 75:25, 76:2
**stereo** [3] - 37:3, 37:4, 37:7
**stick** [1] - 40:6
**still** [4] - 11:14, 11:15, 37:7, 59:15
**stopped** [2] - 30:2
**store** [1] - 29:1
**stories** [1] - 52:21
**story** [2] - 46:11, 47:7
**Street** [1] - 43:21
**street** [1] - 27:16
**stuff** [4] - 31:23, 73:25, 74:2, 75:6
**submitted** [1] - 4:15
**substantial** [1] - 14:22
**surrounded** [4] - 43:7, 57:20, 57:21, 59:13
**suspicious** [1] - 59:10
**sustain** [1] - 63:21
**sustained** [1] - 74:17
**swam** [3] - 40:25, 41:3, 42:4
**sworn** [1] - 5:1

## T

**table** [1] - 46:8
**taste** [2] - 55:14, 55:15
**taught** [1] - 25:21
**team** [1] - 43:6
**teams** [1] - 57:21
**tear** [1] - 45:18
**telephone** [1] - 58:25
**ten** [1] - 4:10
**term** [1] - 60:23
**testified** [8] - 5:2,

54:10, 57:20, 59:1, 64:10, 66:6, 71:4, 73:10
**testify** [3] - 48:25, 50:8, 64:3
**testifying** [6] - 48:8, 48:11, 49:12, 49:15, 49:21, 58:23
**testimony** [10] - 15:14, 48:16, 50:15, 62:12, 64:2, 66:9, 66:15, 67:17, 68:6
**THE** [36] - 4:7, 4:19, 4:22, 4:23, 5:3, 5:5, 5:7, 13:18, 13:22, 13:24, 19:7, 21:22, 22:2, 22:4, 50:18, 50:21, 51:11, 56:1, 60:22, 61:2, 62:9, 62:20, 62:22, 63:20, 65:25, 66:3, 66:14, 66:17, 66:18, 67:4, 69:15, 69:16, 70:22, 74:17, 75:24, 76:2
**Theater** [1] - 27:17
**third** [1] - 21:17
**threatened** [2] - 48:4, 48:6
**threatening** [1] - 38:25
**three** [2] - 37:3, 45:18
**throw** [1] - 22:12
**tier** [4] - 48:18, 48:24, 49:23, 49:24
**tinted** [1] - 39:21
**tires** [1] - 47:18
**today** [11] - 5:16, 21:13, 48:11, 50:6, 50:15, 52:21, 62:12, 64:3, 64:10, 71:5, 73:11
**together** [3] - 9:10, 30:10, 50:4
**took** [11] - 25:20, 25:23, 36:17, 36:24, 39:9, 40:10, 41:12, 43:14, 57:21, 65:3, 69:24
**top** [2] - 15:8, 23:20
**torches** [2] - 73:25, 74:3
**towards** [7] - 17:2, 29:24, 30:21, 30:24, 44:23, 45:11
**track** [3] - 29:7, 72:14, 72:16
**traffic** [1] - 40:21
**trafficking** [3] - 10:2, 10:22, 45:23
**trailer** [1] - 43:16

**transaction** [1] - 67:12
**transactions** [5] - 66:8, 67:20, 68:3, 68:10, 68:16
**transcript** [2] - 4:3, 76:4
**transported** [3] - 48:17, 48:23, 51:7
**transporting** [1] - 61:24
**Travis** [2] - 35:23, 36:4
**trial** [1] - 50:12
**trick** [1] - 52:6
**tried** [3] - 24:16, 59:12
**trouble** [3] - 57:8, 57:17, 58:16
**truck** [2] - 59:14
**true** [2] - 47:4, 47:9
**trunk** [1] - 75:4
**truth** [6] - 5:2, 15:14, 49:5, 49:9, 50:9, 65:20
**try** [8] - 5:19, 7:9, 14:22, 22:8, 22:9, 24:18, 55:20, 57:7
**trying** [13] - 30:7, 38:8, 41:8, 44:8, 44:9, 51:5, 53:1, 53:15, 54:3, 54:15, 67:22, 70:1
**tweaker** [2] - 73:25, 74:2
**twenty** [7] - 5:20, 5:22, 7:13, 8:12, 30:22, 46:16
**twenty-inch** [1] - 46:16
**twenty-six** [2] - 5:20, 5:22
**two** [12] - 7:19, 24:10, 30:23, 33:24, 39:14, 42:24, 44:19, 52:22, 53:14, 53:23, 53:25, 54:9
**two-and-a-half** [1] - 24:10
**two-day** [1] - 54:9
**typical** [1] - 53:6

## U

**U.S** [3] - 45:8, 59:1, 59:15
**uncomfortable** [1] - 57:24
**uncommon** [2] - 29:9, 29:18
**under** [4] - 4:24, 39:10, 39:16, 42:7
**underneath** [1] - 41:8

**unit** [1] - 46:8
**United** [2] - 14:19, 14:23
**up** [44] - 5:23, 7:4, 8:3, 9:19, 13:12, 17:6, 17:7, 25:1, 25:20, 25:24, 28:2, 34:24, 36:5, 38:10, 39:10, 39:15, 39:17, 41:16, 42:19, 43:2, 43:4, 43:13, 44:13, 44:14, 45:3, 45:5, 45:12, 46:11, 46:12, 47:7, 47:19, 53:2, 53:16, 54:4, 54:16, 59:8, 64:15, 69:8, 72:14, 73:9, 74:13, 74:20, 75:12
**upper** [2] - 33:16
**upset** [8] - 50:25, 51:3, 51:4, 51:17, 51:19, 52:5, 52:8, 52:10
**upstairs** [1] - 61:12

## V

**vague** [1] - 69:13
**van** [1] - 50:3
**vary** [2] - 22:6, 22:15
**vehicle** [2] - 40:10, 46:16
**vehicles** [1] - 25:2
**Vertner** [23] - 9:3, 9:5, 15:23, 15:25, 16:13, 16:22, 17:10, 18:18, 19:19, 20:13, 22:25, 25:19, 31:20, 32:3, 33:6, 34:25, 38:2, 38:5, 41:24, 71:15, 71:22, 72:2, 72:22
**Vertner's** [3] - 20:20, 25:25, 39:9
**Victor** [4] - 48:20, 48:21, 49:12, 49:18
**vision** [3] - 55:7, 55:10, 55:12

## W

**wait** [1] - 51:9
**waited** [1] - 36:23
**waiting** [5] - 35:17, 35:20, 35:25, 36:7, 41:18
**wake** [1] - 75:11
**walk** [2] - 46:9, 57:5
**walked** [1] - 42:15
**wash** [4] - 25:21, 26:3, 26:5, 26:10

**washed** [1] - 26:18
**water** [1] - 74:8
**ways** [1] - 69:18
**wearing** [2] - 21:16, 63:7
**weed** [1] - 18:8
**week** [2] - 24:11, 24:14
**weekly** [5] - 20:15, 20:17, 20:19, 23:3, 32:12
**weeks** [1] - 7:19
**weird** [1] - 45:6
**Weiser** [2] - 5:24, 6:7
**wheels** [2] - 39:22, 47:18
**white** [2] - 33:24, 39:21
**whole** [3] - 5:1, 16:17, 35:5
**window** [2] - 40:7, 57:25
**windows** [3] - 33:18, 33:25, 39:22
**witness** [6] - 21:20, 51:15, 60:22, 60:23, 67:7, 75:24
**Witness** [3] - 14:10, 33:21, 33:23
**WITNESS** [5] - 4:22, 5:5, 22:4, 66:17, 69:16
**witnesses** [1] - 4:9
**woke** [3] - 45:3, 59:8, 74:13
**woken** [1] - 74:19
**word** [1] - 57:19
**words** [1] - 47:1
**wrapped** [2] - 39:10, 39:15

## Y

**yard** [1] - 42:17
**year** [1] - 6:8
**yes-or-no** [3] - 52:7, 62:2, 70:6
**yourself** [8] - 12:11, 57:8, 57:17, 57:22, 58:10, 58:12, 58:14, 58:17
**yourselves** [1] - 4:13

## Z

**zero** [2] - 68:7, 68:8
**Zuger** [2] - 38:10, 39:23