```
 1   IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

 2
     - - - - - - - - - - - - - - - - - - - - x
 3                                            :
     UNITED STATES OF AMERICA,                : Case No. CR 12-155-S-BLW
 4                                            :
                         Plaintiff,           : JURY TRIAL
 5                                            : PARTIAL TRANSCRIPT
                 vs.                          : WITNESS: Amber Hites
 6                                            :
     JESUS GUADALUPE SANCHEZ, a/k/a JOSE      :
 7   SALAZAR, a/k/a "CHE," JIM ALLEN          :
     LOVELAND, and, MICHAEL DENNIS MORRIS,    :
 8                                            :
                         Defendants.          :
 9                                            :
     - - - - - - - - - - - - - - - - - - - - x
10

11

12

13

14

15   REPORTER'S TRANSCRIPT OF PROCEEDINGS

16
     before B. Lynn Winmill, Chief District Judge
17

18
     January 16, 2013
19

20   Pages 1 to 8

21

22
                     Tamara I. Hohenleitner
23         Idaho Certified Shorthand Reporter No. 619
              Registered Professional Reporter
24                Certified Realtime Reporter
              Federal Certified Realtime Reporter
25
            United States Courts, District of Idaho
     550 West Fort Street, Boise, Idaho  83724  (208) 334-1500
```

```
 1                          A P P E A R A N C E S

 2

 3      FOR UNITED STATES OF AMERICA

 4              Lynne W. Lamprecht
                US ATTORNEY'S OFFICE
 5              Washington Group Plaza IV
                800 Park Blvd., Ste. 600
 6              Boise, ID 83712-9903
                Tel:  (208) 334-1211
 7              Fax:  (208) 334-9375
                Email:  Lynne.Lamprecht2@usdoj.gov
 8

 9
        FOR DEFENDANT JESUS GUADALUPE SANCHEZ
10
                Jeffrey P. Heineman
11              HEINEMAN LAW OFFICE
                1501 Tyrell Lane
12              Boise, ID 83706
                Tel: (208) 830-6124
13              Fax: (208) 947-9009
                Email: Jeff@heinemanlaw.com
14

15      FOR DEFENDANT MICHAEL DENNIS MOORE

16              Joseph W. Borton
                BORTON-LAKEY LAW OFFICES
17              141 E. Carlton Avenue
                Meridian, ID 83642
18              Tel: (208) 908-4415
                Fax: (208) 493-4610
19              Email: Joe@borton-lakey.com

20
        FOR DEFENDANT JIM ALLEN LOVELAND
21
                Christian Berglund
22              BERGLUND LAW, PLLC
                500 W. Bannock Street
23              Boise, ID 83702
                Tel: (208) 342-7600
24              Fax: (208) 392-1395
                Email: Chris@berglundlaw.com
25
```

1                                    **I N D E X**

2
            **U N I T E D   S T A T E S   W I T N E S S**
3
                                                    **PAGE**
4   **HITES, Amber**

5       Direct Examination by Ms. Lamprecht................  4
        Cross-Examination by Mr. Heineman..................  6
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 4

```
 1                P R O C E E D I N G S
 2                    January 16, 2013
 3             (Partial transcript only.)
 4             (Jury present.)
 5                    AMBER HITES,
 6  having been first duly sworn to tell the whole
 7  truth, testified as follows:
 8         THE CLERK:  Please state your complete name
 9  and spell your name for the record.
10         THE WITNESS:  Amber Hites, A-M-B-E-R,
11  H-I-T-E-S.
12         THE COURT:  You may inquire, Ms. Lamprecht.
13                DIRECT EXAMINATION
14  BY MS. LAMPRECHT:
15             (Excerpt only.)
16     Q.  Okay.  Prior to the time -- prior to
17  November of 2011, had you had any experience with
18  methamphetamine?
19     A.  Yes.
20     Q.  What was your experience before
21  November of 2011?
22     A.  I used it occasionally, off and on.
23     Q.  And when you used, how much would you
24  use?
25     A.  Not very much at a time.
```

## Page 5

```
 1     Q.  How much is -- would you take for one
 2  time?
 3     A.  Maybe a half a gram, $50.
 4             (End excerpt.)
 5             (Excerpt only.)
 6  BY MS. LAMPRECHT:
 7     Q.  Now, did you ever help Michael Morris
 8  with the methamphetamine that he got from Ben
 9  Vertner?
10     A.  Yes, I did.
11     Q.  What did you do to help him?
12     A.  I've rode with him to deliver it to his
13  customers at times, and I've helped him package
14  it.
15     Q.  When you packaged methamphetamine for
16  Michael Morris, did you weigh it?
17     A.  No.  I just bagged it.
18     Q.  What did you bag it in?
19     A.  In one of those tiny bags.
20     Q.  A bead bag?
21     A.  Yeah.
22     Q.  When you rode with him to deliver, did
23  you meet some of his customers?
24     A.  Yes, I did.
25     Q.  Who were they?
```

## Page 6

```
 1     A.  One of them was a Donny.  There was a
 2  few females.  I don't remember all the names.
 3             (End excerpt.)
 4                CROSS-EXAMINATION
 5  BY MR. HEINEMAN:
 6             (Excerpt only.)
 7     Q.  When did you begin your meth use?
 8     A.  With Ben?
 9     Q.  Just your meth use in general.
10     A.  I have used meth off and on for
11  approximately ten years now.
12     Q.  Ten years.  You testified earlier that
13  it was off and on that you used?
14     A.  Yes.
15     Q.  And when you mean "off and on," about
16  approximately how often would you use it?
17     A.  Every few years I would use it.
18     Q.  So you never used it consistently at
19  any stretch anytime?
20     A.  When -- in November I started using
21  very heavily all the way up until I was arrested.
22     Q.  When you say "heavily," how often did
23  you use it?
24     A.  Daily.
25     Q.  And how much would you use daily?
```

## Page 7

```
 1     A.  I would use probably up to 3, 4 grams a
 2  day.
 3     Q.  How much would you use at any one time?
 4     A.  I would usually just put out a line,
 5  maybe a quarter gram at a time.
 6     Q.  And how long did you continue this
 7  process -- daily did you say?
 8     A.  Yes.
 9     Q.  How long daily did you do this?  Using
10  approximately 3 to 4 grams, how long did you do
11  it?
12     A.  From the end of November to the time I
13  was arrested.
14     Q.  Did that have an effect on you
15  physically?
16     A.  Yes.
17     Q.  Did it have an effect on you mentally?
18     A.  Yes.
19     Q.  How did it affect you mentally?
20     A.  I was unstable and became quite mean
21  and was depressed quite a bit.
22     Q.  And did it affect your memory?
23     A.  At times, yes.
24     Q.  How did it affect your memory?
25     A.  The days ran into each other, so time
```

1  frames -- I do remember general time frames but
2  not to-the-date time frames.
3         (End partial transcript.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1            R E P O R T E R' S   C E R T I F I C A T E
2
3
4
5             I, Tamara I. Hohenleitner, Official
6     Court Reporter, State of Idaho, do hereby certify:
7             That I am the reporter who transcribed
8     the proceedings had in the above-entitled action
9     in machine shorthand and thereafter the same was
10    reduced into typewriting under my direct
11    supervision; and
12            That the foregoing transcript contains a
13    full, true, and accurate record of the proceedings
14    had in the above and foregoing cause.
15            IN WITNESS WHEREOF, I have hereunto set
16    my hand January 21, 2013.
17
18
19
20                           -s-
           Tamara I. Hohenleitner
21         Official Court Reporter
           CSR No. 619
22
23
24
25
```

## $

**$50** [1] - 5:3

## 1

**16** [1] - 4:2

## 2

**2011** [2] - 4:17, 4:21
**2013** [1] - 4:2

## 3

**3** [2] - 7:1, 7:10

## 4

**4** [2] - 7:1, 7:10

## A

**affect** [3] - 7:19, 7:22, 7:24
**AMBER** [2] - 4:5, 4:10
**Amber** [1] - 4:10
**anytime** [1] - 6:19
**arrested** [2] - 6:21, 7:13

## B

**bag** [2] - 5:18, 5:20
**bagged** [1] - 5:17
**bags** [1] - 5:19
**bead** [1] - 5:20
**became** [1] - 7:20
**begin** [1] - 6:7
**Ben** [2] - 5:8, 6:8
**bit** [1] - 7:21
**BY** [3] - 4:14, 5:6, 6:5

## C

**CLERK** [1] - 4:8
**complete** [1] - 4:8
**consistently** [1] - 6:18
**continue** [1] - 7:6
**CROSS** [1] - 6:4
**CROSS-EXAMINATION** [1] - 6:4
**customers** [2] - 5:13, 5:23

## D

**daily** [4] - 6:24, 6:25, 7:7, 7:9
**date** [1] - 8:2
**days** [1] - 7:25
**deliver** [2] - 5:12, 5:22
**depressed** [1] - 7:21
**DIRECT** [1] - 4:13
**Donny** [1] - 6:1
**duly** [1] - 4:6

## E

**effect** [2] - 7:14, 7:17
**End** [3] - 5:4, 6:3, 8:3
**end** [1] - 7:12
**EXAMINATION** [2] - 4:13, 6:4
**Excerpt** [2] - 4:15, 5:5
**excerpt** [3] - 5:4, 6:3, 6:6
**experience** [2] - 4:17, 4:20

## F

**females** [1] - 6:2
**few** [2] - 6:2, 6:17
**first** [1] - 4:6
**follows** [1] - 4:7
**frames** [3] - 8:1, 8:2

## G

**general** [2] - 6:9, 8:1
**gram** [2] - 5:3, 7:5
**grams** [2] - 7:1, 7:10

## H

**H-I-T-E-S** [1] - 4:11
**half** [1] - 5:3
**heavily** [2] - 6:21, 6:22
**HEINEMAN** [1] - 6:5
**help** [2] - 5:7, 5:11
**helped** [1] - 5:13
**HITES** [1] - 4:5
**Hites** [1] - 4:10

## I

**inquire** [1] - 4:12

## J

**January** [1] - 4:2
**Jury** [1] - 4:4

## L

**Lamprecht** [1] - 4:12
**LAMPRECHT** [2] - 4:14, 5:6

## line [1] - 7:4

## M

**mean** [2] - 6:15, 7:20
**meet** [1] - 5:23
**memory** [2] - 7:22, 7:24
**mentally** [2] - 7:17, 7:19
**meth** [3] - 6:7, 6:9, 6:10
**methamphetamine** [3] - 4:18, 5:8, 5:15
**Michael** [2] - 5:7, 5:16
**Morris** [2] - 5:7, 5:16
**MR** [1] - 6:5
**MS** [2] - 4:14, 5:6

## N

**name** [2] - 4:8, 4:9
**names** [1] - 6:2
**never** [1] - 6:18
**November** [4] - 4:17, 4:21, 6:20, 7:12

## O

**occasionally** [1] - 4:22
**often** [2] - 6:16, 6:22
**one** [4] - 5:1, 5:19, 6:1, 7:3

## P

**package** [1] - 5:13
**packaged** [1] - 5:15
**partial** [1] - 8:3
**Partial** [1] - 4:3
**physically** [1] - 7:15
**present** [1] - 4:4
**process** [1] - 7:7
**put** [1] - 7:4

## Q

**quarter** [1] - 7:5
**quite** [2] - 7:20, 7:21

## R

**ran** [1] - 7:25
**record** [1] - 4:9
**remember** [2] - 6:2, 8:1
**rode** [2] - 5:12, 5:22

## S

**spell** [1] - 4:9
**started** [1] - 6:20
**state** [1] - 4:8
**stretch** [1] - 6:19
**sworn** [1] - 4:6

## T

**ten** [2] - 6:11, 6:12
**testified** [2] - 4:7, 6:12
**THE** [3] - 4:8, 4:10, 4:12
**tiny** [1] - 5:19
**to-the-date** [1] - 8:2
**transcript** [2] - 4:3, 8:3
**truth** [1] - 4:7

## U

**unstable** [1] - 7:20
**up** [2] - 6:21, 7:1

## V

**Vertner** [1] - 5:9

## W

**weigh** [1] - 5:16
**whole** [1] - 4:6
**WITNESS** [1] - 4:10

## Y

**years** [3] - 6:11, 6:12, 6:17