Joseph W Borton, ISB: 5552
BORTON LAKEY LAW OFFICES
141 E. Carlton Ave.
Meridian, Idaho 83642
Office:  (208)908-4415
Fax:  (208) 493-4610
joe@borton-lakey.com

Attorney for Defendant Michael Dennis Morris

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JESUS GUADALUPE SANCHEZ, *et al.*,<br><br>              Defendants. | Case No. CR 12-0155-S-BLW<br><br>**DEFENDANT MICHAEL MORRIS'S MOTION FOR ACQUITTAL OR ALTERNATIVELY, MOTION FOR NEW TRIAL** |

COMES NOW, MICHAEL DENNIS MORRIS, by and through appointed counsel, and hereby submits the following Motion for Judgment of Acquittal or, alternatively, a Motion for New Trial pursuant to Fed.R.Crim.P. 29(c)(1) and Fed.R.Crim.P. 33(b)(2), respectively.

A six day jury trial for Mr. Morris commenced January 14, 2013. At the close of the Government's case counsel for Defendant Morris made a proper motion for judgment of acquittal pursuant to FRCP 29, which was denied by oral ruling of the Court. "The proper way ... to challenge the sufficiency of the government's evidence pertaining to [a] jurisdictional element ... is a motion for acquittal under Rule 29, presented at the close of the government's case-in-

chief." *United States v. Nukida*, 8 F.3d 665, 672-73 (9th Cir.1993). Should such a motion be denied, it must be renewed following submission of all the evidence or it is deemed waived. *United States v. Alvarez-Valenzuela*, 231 F.3d 1198, 1200 (9th Cir.2000). No new evidence was presented after the denial of Defendant's motion and the trial proceeded to closing argument, and thus there was no procedural requirement that the motion be renewed. The Jury returned a verdict of Guilty as to Mr. Morris on Count 1 of the Second Superseding Indictment.

Mr. Morris hereby requests that the Court allow additional time, no less than 30 days, within which to file a supporting memorandum.

RESPECTFULLY SUBMITTED this 30th day of January, 2013.

_____/s/ Joseph W Borton_____
JOSEPH W. BORTON

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2013, a copy of this response was electronically served via this Court's ECF system on all parties upon filing herein.

_____/s/ Joseph W Borton_____
JOSEPH W. BORTON