1    **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2

- - - - - - - - - - - - - - - - - - x
3                                            :
   UNITED STATES OF AMERICA,               : Case No. CR 12-155-S-BLW
4                                            :
                     Plaintiff,     :   **JURY TRIAL**
5                                            :
         vs.                          :
6                                            :
   JESUS GUADALUPE SANCHEZ, a/k/a JOSE   :
7  SALAZAR, a/k/a "CHE," JIM ALLEN        :
   LOVELAND, and, MICHAEL DENNIS MORRIS,  :
8                                            :
                     Defendants.     :
9                                            :
- - - - - - - - - - - - - - - - - - x
10

11

12

13

14

15    **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

16

       before B. Lynn Winmill, Chief District Judge
17

18    Volume 1

19    January 14, 2013

20

       Pages 159 to 316
21

22

23            **Tamara I. Hohenleitner**
          Idaho Certified Shorthand Reporter No. 619
24              Registered Professional Reporter
                 Certified Realtime Reporter
25            Federal Certified Realtime Reporter

          United States Courts, District of Idaho
   550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                        **A P P E A R A N C E S**

2

3       **FOR UNITED STATES OF AMERICA**

4               Lynne W. Lamprecht
                US ATTORNEY'S OFFICE
5               Washington Group Plaza IV
                800 Park Blvd., Ste. 600
6               Boise, ID 83712-9903
                Tel:  (208) 334-1211
7               Fax:  (208) 334-9375
                Email:  Lynne.lamprecht2@usdoj.gov
8

9

        **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**
10
                Jeffrey P. Heineman
11              HEINEMAN LAW OFFICE
                1501 Tyrell Lane
12              Boise, ID 83706
                Tel: (208) 830-6124
13              Fax: (208) 947-9009
                Email: Jeff@heinemanlaw.com
14

15      **FOR DEFENDANT MICHAEL DENNIS MORRIS**

16              Joseph W. Borton
                BORTON-LAKEY LAW OFFICES
17              141 E. Carlton Avenue
                Meridian, ID 83642
18              Tel: (208) 908-4415
                Fax: (208) 493-4610
19              Email: Joe@borton-lakey.com

20

        **FOR DEFENDANT JIM ALLEN LOVELAND**
21
                Christian Berglund
22              BERGLUND LAW, PLLC
                500 W. Bannock Street
23              Boise, ID 83702
                Tel: (208) 342-7600
24              Fax: (208) 392-1395
                Email: Chris@berglundlaw.com
25

| 1 | **Date** | **Proceeding** | **Volume-Page** |

2  01/14/13  Jury Trial Day 1........................... V1 - 159

3          Preliminary jury instructions............ V1 - 177
           Opening statement by the Government...... V1 - 196
4          Opening statement by Defendant Morris.... V1 - 228
           Opening statement by Defendant Loveland.. V1 - 242
5          Opening statement by Defendant Sanchez... V1 - 245

6  01/15/13  Jury Trial Day 2........................... V2 - 317

7  01/16/13  Jury Trial Day 3........................... V3 - 639

8  01/17/13  Jury Trial Day 4........................... V4 - 916

9  01/18/13  Jury Trial Day 5........................... V5 - 1215
           Rule 29 motion by Defendants............. V5 - 1298
10         Jury instruction conference.............. V5 - 1315

11 01/22/13  Jury Trial Day 6........................... V6 - 1324
           Further jury instruction conference...... V6 - 1334
12         Final jury instructions by The Court..... V6 - 1341
           Closing argument by the Government....... V6 - 1364
13         Closing argument by Defendant Loveland... V6 - 1422
           Closing argument by Defendant Morris..... V6 - 1443
14         Closing argument by Defendant Sanchez.... V6 - 1468
           Rebuttal argument by the Government...... V6 - 1481
15         Final jury instructions by The Court..... V6 - 1495
           Jury verdict............................. V6 - 1505

16

17                **U N I T E D   S T A T E S   W I T N E S S E S**

18                                              **VOLUME-PAGE**

19  **FABIAN BELTRAN**
           Direct Examination by Ms. Lamprecht..............V1 - 249
20  Continued Direct Examination by Ms. Lamprecht....V2 - 328
           Voir Dire Examination by Mr. Borton.............V2 - 338
21  Continued Direct Examination by Ms. Lamprecht....V2 - 340
           Cross-Examination by Mr. Heineman...............V2 - 364
22  Cross-Examination by Mr. Borton.................V2 - 377
           Cross-Examination by Ms. Berglund...............V2 - 383
23  Redirect Examination by Ms. Lamprecht...........V2 - 388
           Recross-Examination by Mr. Heineman.............V2 - 394
24  Recross-Examination by Mr. Borton...............V2 - 396
           Recross-Examination by Ms. Berglund.............V2 - 400
25  Further Redirect Examination by Ms. Lamprecht....V2 - 402

U N I T E D   S T A T E S   W I T N E S S E S

VOLUME-PAGE

**ROBERT BOONE**
Direct Examination by Ms. Lamprecht.............V4 - 1131
Cross-Examination by Mr. Borton..................V4 - 1146
Redirect Examination by Ms. Lamprecht...........V4 - 1147

**PATRIC CAMPBELL**
Direct Examination by Ms. Lamprecht.............V4 - 928
Cross-Examination by Mr. Borton.................V4 - 952
Redirect Examination by Ms. Lamprecht...........V4 - 959

**AMY CAVAZOS**
Direct Examination by Ms. Lamprecht.............V4 - 1025
Cross-Examination by Mr. Borton.................V4 - 1047
Cross-Examination by Mr. Heineman...............V4 - 1049
Redirect Examination by Ms. Lamprecht...........V4 - 1052
Recross-Examination by Mr. Borton...............V4 - 1053

**JAMES CHRISTENSEN**
Direct Examination by Ms. Lamprecht.............V4 - 1058
Cross-Examination by Mr. Heineman...............V4 - 1082

**RACHEL L. COBLENTZ**
Direct Examination by Ms. Lamprecht.............V4 - 961
Cross-Examination by Mr. Borton.................V4 - 1000
Redirect Examination by Ms. Lamprecht...........V4 - 1009
Cross-Examination by Mr. Heineman...............V4 - 1012
Recross-Examination by Mr. Borton...............V4 - 1014
Further Redirect Examination by Ms. Lamprecht....V4 - 1016
Further Recross-Examination by Mr. Heineman......V4 - 1020
Further Redirect Examination by Ms. Lamprecht....V4 - 1023

**KRISTOPHER CRAIG HENSLEY**
Direct Examination by Ms. Lamprecht.............V3 - 766
Cross-Examination by Mr. Borton.................V3 - 812
Cross-Examination by Ms. Berglund...............V3 - 824
Redirect Examination by Ms. Lamprecht...........V3 - 824
Recross-Examination by Mr. Borton...............V3 - 827
Further Redirect Examination by Ms. Lamprecht....V3 - 832

**AMBER HITES**
Direct Examination by Ms. Lamprecht.............V3 - 868
Cross-Examination by Mr. Borton.................V3 - 904
Redirect Examination by Ms. Lamprecht...........V3 - 907
Cross-Examination by Mr. Heineman...............V3 - 908
Further Redirect Examination by Ms. Lamprecht....V3 - 911

1
## U N I T E D   S T A T E S   W I T N E S S E S
2
                                                         VOLUME-PAGE
3    **JUSTIN KLITCH**
         Direct Examination by Ms. Lamprecht..............V3 - 852
4
     **JONATHAN L. LAURENSON**
5        Direct Examination by Ms. Lamprecht..............V3 - 838

6    **MARIO MARTINEZ**
         Direct Examination by Ms. Lamprecht..............V2 - 578
7        Cross-Examination by Ms. Berglund...............V2 - 598
         Cross-Examination by Mr. Heineman...............V2 - 598
8        Redirect Examination by Ms. Lamprecht...........V2 - 604

9    **DAVID R. NETH**
         Direct Examination by Ms. Lamprecht..............V2 - 406
10
     **VICTOR RUIZ**
11       Direct Examination by Ms. Lamprecht..............V2 - 485
         Cross-Examination by Mr. Borton................V2 - 556
12       Cross-Examination by Ms. Berglund...............V2 - 561
         Cross-Examination by Mr. Heineman...............V2 - 566
13       Redirect Examination by Ms. Lamprecht...........V2 - 570
         Recross-Examination by Mr. Borton..............V2 - 575
14       Recross-Examination by Mr. Heineman.............V2 - 575

15   **DAVID C. SINCERBEAUX**
         Direct Examination by Ms. Lamprecht..............V5 - 1256
16       Cross-Examination by Mr. Borton................V5 - 1282
         Cross-Examination by Mr. Heineman...............V5 - 1286
17       Redirect Examination by Ms. Lamprecht...........V5 - 1293

18   **JESS STENNETT**
         Direct Examination by Ms. Lamprecht..............V4 - 1148
19       Continued Direct Examination by Ms. Lamprecht....V5 - 1238
         Cross-Examination by Ms. Berglund...............V5 - 1242
20       Cross-Examination by Mr. Heineman...............V5 - 1251
         Redirect Examination by Ms. Lamprecht...........V5 - 1253
21       Recross-Examination by Ms. Berglund.............V5 - 1253

22   **JOHNNY TAMBUNGA**
         Direct Examination by Ms. Lamprecht..............V2 - 412
23       Cross-Examination by Ms. Berglund...............V2 - 461
         Cross-Examination by Mr. Heineman...............V2 - 465
24       Cross-Examination by Mr. Borton................V2 - 473
         Redirect Examination by Ms. Lamprecht...........V2 - 479
25       Recross-Examination by Ms. Berglund.............V2 - 483

1

# U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3   **BENJAMINE LAWRENCE VERTNER**
        Direct Examination by Ms. Lamprecht..............V2 - 607
4       Continued Direct Examination by Ms. Lamprecht....V3 - 649
        Cross-Examination by Mr. Borton..................V3 - 715
5       Cross-Examination by Mr. Heineman................V3 - 745
        Cross-Examination by Ms. Berglund................V3 - 750
6       Redirect Examination by Ms. Lamprecht...........V3 - 751
        Recross-Examination by Mr. Heineman.............V3 - 758
7       Further Redirect Examination by Ms. Lamprecht....V3 - 760

8   **KENNETH WHITE**
        Direct Examination by Ms. Lamprecht.............V3 - 762

9

    **GENE WUNSCH**
10      Direct Examination by Ms. Lamprecht.............V4 - 1084
        Cross-Examination by Mr. Heineman...............V4 - 1129

11

12

13                  # U N I T E D   S T A T E S   E X H I B I T S

14   **ADMITTED**                                        VOLUME-PAGE

15   **2**      Photo of Trailer #10, Clifford's Trailer
                Park........................................ V1 - 262
16   **3**      Clifford's Trailer Park Payment Log......... V2 - 430
     **4**      Photo of Johnny Tambunga.................... V1 - 267
17   **5**      Photo of Fabian Beltran..................... V2 - 434
     **6**      Photo of Victor Ruiz........................ V1 - 308
18   **7**      Jim Loveland Business Card - Piloting
                Service..................................... V4 - 1188
19   **8**      Jim Loveland Business Card - Disaster
                Recovery.................................... V4 - 1189
20   **9A**     Phone calls between Jim Loveland and Che
                Primo a/k/a Sanchez - Summary Chart -
21              March 2012- May 2012........................ V1 - 196
     **9B**     Phone calls between Jim Loveland and
22              Beltran - Summary Chart - February 2012 -
                May 2012.................................... V1 - 196
23   **9C**     Phone calls between Jim Loveland and
                Tambunga - Summary Chart Dec. 2011-
24              January 2012................................ V1 - 196
     **9D**     Loveland Phone Tolls Diagram................ V1 - 196
25   **9E**     902(11) Certification of T-Mobile Records
                by Joshua Spencer........................... V1 - 196

1                    <u>U N I T E D   S T A T E S   E X H I B I T S</u>

2    **ADMITTED**                                                    **VOLUME-PAGE**

3    **10**     Photo of Jim Loveland's House...............V1 - 274
     **11**     Photo of Mario Martinez.....................V1 - 278
4    **12**     Photo of Dawson Lee Moore...................V1 - 280
     **13**     Photo of Dawson Lee Moore's House...........V1 - 281
5    **14**     Beltran's T-Mobile Samsung Phone............V1 - 305
     **14A**    Phone Contacts from Ex. 14 - Fabian
6            Beltran's T-Mobile Samsung Phone............V1 - 305
     **15**     Beltran's Blackberry Phone..................V1 - 295
7    **15A**    Contact List from Ex.15 Fabian Beltran's
            BlackBerry Phone............................V1 - 297
8    **15B**    Phone calls between Jim Loveland and
            Primo Che a/k/a Sanchez - Summary Chart -
9            Feb. 2012...................................V4 - 1199
     **17**     Llama .380 pistol...........................V4 - 1066
10   **18**     Photo of Llama .380 pistol under couch in
            Trailer.....................................V1 - 288
11   **21**     .22 Derringer pistol with gold grip S.N.
            241111......................................V4 - 1091
12   **22**     Photo of two Derringer pistols..............V1 - 290
     **23**     .22 Derringer pistol with red grip S.N.
13            491605......................................V4 - 1092
     **24**     30, .22 Hornady Bullets.....................V4 - 1095
14   **24A**    Photo of .22 bullets from back bedroom......V4 - 1096
     **25**     ATF Form 4473 Transaction Record of Ex.
15            16 (.380  pistol) and Ex. 19 (.22
            Derringer) to Jesus Guadalupe Sanchez.......V1 - 196
16   **25A**    902(11) Certification of Records from
            Bargain Gun and Pawn by John Cox............V1 - 196
17   **26**     ATF Report of Multiple Sale of Pistols to
            Sanchez.....................................V1 - 196
18   **27**     Photo of Red Ford F11 pickup truck..........V2 - 348
     **28**     Photo of Money in steering wheel of Ex.
19            26 (Ford F11 pickup truck)..................V2 - 350
     **29**     Certificate of Title for Red Ford F11
20            pickup truck................................V2 - 411
     **30A**    JZ Auto Sales Retail Vehicle purchase
21            Contract for Sanchez - Lincoln Navigator....V4 - 1102
     **30B**    Report of Sale and Application for
22            Certification of Title for Lincoln
            Navigator by Sanchez........................V4 - 1103
23   **30C**    Receipt for $500 payment for Lincoln
            Navigator...................................V4 - 1106
24   **31A**    Wells Fargo Bank Consumer Account
            Application for Jesus G. Sanchez - Acc't
25            No. X5483 3 pp..............................V1 - 196

1

**U N I T E D   S T A T E S   E X H I B I T S**

2

**ADMITTED**                                                                    **VOLUME-PAGE**

3

4      **31B**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Oct. - Nov. 2011...................... V1 - 196
5      **31C**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Nov. - Dec. 2011...................... V1 - 196
6      **31D**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Dec. 2011 - Jan. 2012................. V1 - 196
7      **31E**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Jan. 2012-Feb. 2012................... V1 - 196
8      **31F**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Feb. 2012 - Mar. 2012................. V1 - 196
9      **31G**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Mar. 2012 - Apr. 2012................. V1 - 196
10     **31H**   Sanchez's Wells Fargo Statement for Acc't
            X5483 Apr. 2012 - May 2012.................. V1 - 196
11     **31I**   Sanchez Wells Fargo Statement for Acc't
            X5483 May 2012 - June 2012.................. V1 - 196
12     **31J**   902(11) Certification of Records from
            Wells Fargo by Sherry Tiniakoff............. V1 - 196
13     **32A**   Wells ExpressSend Service Global
            Remittance Service Agreement - Wells
            Fargo Acc't X5483 Jesus G. Sanchez,
14           12/21/2011 - 2 pp.......................... V4 - 1107
15     **32B**   Wells Fargo Receipt - $1600 Deposit to
            Acc't X5483 -12/21/2011 at 1:11 p.m......... V4 - 1111
16     **32C**   Wells Fargo Express Send Remittance
            Transfer Record - Acc't X5483 -
            12/21/2011 at 1:12:43 p.m. $1500 to
17           Elizabeth Hernandez Vega................... V4 - 1113
18     **32D**   Wells Fargo Bank Transaction Record $1500
            withdrawal from Acc't X5483 at 1:15 p.m..... V4 - 1115
19     **33A**   Wells Fargo ExpressSend Transfer Record
            Acc't No. X5364 Jesus G. Sanchez $1,000
            to Elizabeth Hernandez Vega on 1/23/12...... V4 - 1079
20     **33B**   Wells Fargo Receipt for $1000 sent to
            Elizabeth Hernandez Vega on 1/23/12 Acc't
21           No. X5364.................................. V4 - 1081
22     **34A**   Western Union Money Transfer - $400
            Maria de Jesus Beltran Delgado by Jesus
            G. Sanchez................................. V4 - 1120
23     **34B**   Western Union Customer Receipt for $400
            Money Transfer to Beltran Delgado by
24           Jesus Sanchez at Ridley's on 02-02-2012..... V4 - 1122
       **34C**   Ridley's Receipt for Western Union Money
25           Transfer on Feb. 2, 2012................... V4 - 1123

```
1                    U N I T E D   S T A T E S   E X H I B I T S

2   ADMITTED                                           VOLUME-PAGE

3   35A   Western Union Money Transfer - $1000 to
          Jesus Roberto Salazar-Perez by Johnny
4         Tambunga.....................................V2 - 449
    35B   Western Union Customer Receipt for $1000
5         Money Transfer to Salazar Perez by Johnny
          Tambunga at Ridley's on 02-23-2012...........V2 - 450
6   35C   Ridley's Receipt for Western Union Money
          Transfer on Feb 23, 2012.....................V2 - 452
7   36A   Western Union Customer Receipt for $1000
          Money Transfer by Rachel Coblentz to
8         Jesus Sanchez on April 8, 2012..............V4 - 973
    37    Photo of Ben Vertner.........................V1 - 270
9   38    Photo of Amber Hites.........................V1 - 272
    39    Photo of K.C. Hensley........................V2 - 635
10  40    Photo of Patric Campbell.....................V3 - 671
    41    Photo of Rachel Coblentz.....................V2 - 546
11  41A   Photo of Rachel's Apartment Building.........V3 - 662
    42    Photo of Amy Cavazos.........................V2 - 343
12  43    Photo of Amy Cavazos's House.................V2 - 614
    44    Photo of Jonathan Chapman....................V2 - 636
13  45    Photo of Jacob Clevenger.....................V2 - 618
    46    Silver Tube removed from Olson on 5/15.......V3 - 687
14  47    Methamphetamine from silver tube.............V3 - 866
    48    Methamphetamine from K.C. Hensley's Car......V3 - 849
15  49    Methamphetamine from Cavazos's house on
          5/15.........................................V4 - 1159
16  50    Vertner U/C call to Morris on 5/16...........V3 - 696
    51    Photo of Morris' house in Ontario............V2 - 340
17  52    Methamphetamine from U/C purchase on 5/16...V4 - 1170
    53    Methamphetamine from Trailer # 10...........V4 - 1176
18  54    Black Lunch Bag..............................V2 - 358
    55    Photo of black lunch bag under kitchen
19        sink.........................................V1 - 264
    56    Photo of money and meth in black lunch
20        bag..........................................V2 - 353
    57    Photo of Money and large bag of meth.........V2 - 355
21  58    Photo of Money and smaller bag of meth......V4 - 1074
    60    Silver digital scale from black bag under
22        kitchen sink.................................V2 - 357
    61    Photo of silver digital scale...............V1 - 266
23  62    Photo of gym shoe with Money.................V2 - 555
    63    Plea Agreement for Johnny Tambunga...........V2 - 459
24  64    Plea Agreement for Fabian Beltran...........V2 - 361
    65    Plea Agreement for Victor Ruiz..............V2 - 488
25  66    Plea Agreement for Mario Martinez...........V2 - 582
    67    Plea Agreement for Benjamine Vertner........V2 - 611
```

168

1

<u>U N I T E D   S T A T E S   E X H I B I T S</u>

2

**ADMITTED**                                                    **VOLUME-PAGE**

3

<table>
<tr><td>**68**</td><td>Plea Agreement for Amber Hites..............</td><td>V3 - 902</td></tr>
<tr><td>**69**</td><td>Plea Agreement for K.C. Hensley.............</td><td>V3 - 775</td></tr>
<tr><td>**70**</td><td>Plea agreement of Patric Campbell...........</td><td>V4 - 950</td></tr>
<tr><td>**71**</td><td>Plea Agreement for Rachel Coblentz..........</td><td>V4 - 997</td></tr>
<tr><td>**72**</td><td>Plea Agreement for Amy Cavazos..............</td><td>V4 - 1046</td></tr>
<tr><td>**73**</td><td>Phone Call Vertner/Sanchez 5/22/12..........</td><td>V3 - 711</td></tr>
<tr><td>**74A**</td><td>Video Clip from Exhibit 74..................</td><td>V4 - 1139</td></tr>
<tr><td>**74B**</td><td>Video Clip from Exhibit 74..................</td><td>V4 - 1143</td></tr>
<tr><td>**74C**</td><td>Video Clip from Exhibit 74..................</td><td>V4 - 1143</td></tr>
<tr><td>**74D**</td><td>Video Clip from Exhibit 74..................</td><td>V4 - 1143</td></tr>
</table>

1  P R O C E E D I N G S
2  January 14, 2013
3  (Jury absent.)
4  THE COURT:  We're convening outside the
5  presence of the jury.
6  Mr. Borton, I understand you have your
7  scheduling issue resolved.
8  MR. BORTON:  We do, Your Honor.
9  THE COURT:  Great.
10  And then, I believe that Mr. Heineman,
11  we had a motion in limine to exclude firearms
12  evidence.  If you want to address the court, you
13  can.
14  I can tell you that while I wouldn't
15  allow the government to just gratuitously put on
16  evidence that there were firearms involved, if it
17  comes in either kind of as -- kind of the context
18  of an arrest, for example, if there was a firearm,
19  so that -- or if testimony is offered that one of
20  the hallmarks of drug trafficking operations is
21  firearms are involved, it seems to me that that
22  becomes very relevant if that, in fact, is the
23  case.
24  Now, I don't know what the evidence is
25  here at all.  I don't, frankly, have a clue.  I'm

1  just going on the basis that I have probably
2  presided over 20 trials or more involving
3  methamphetamine trafficking, and that's not
4  uncommon to hear that kind of testimony.
5  Ms. Lamprecht.
6  MS. LAMPRECHT:  I would offer to give you a
7  brief synopsis of the evidence.  We feel that it's
8  both relevant to show -- I mean, they kept the
9  guns in the trailer where they kept the drugs and
10  the money.  They interacted with the guns
11  intrinsically during the course of the conspiracy.
12  THE COURT:  Now, are you going to offer any
13  expert testimony regarding the use of guns as a
14  means of --
15  MS. LAMPRECHT:  No.  We're just going to
16  argue to the jury that they kept the guns in the
17  trailer with their methamphetamine and their
18  drugs.
19  THE COURT:  Well, why is that relevant?
20  MS. LAMPRECHT:  Well, because the case law
21  says that it's relevant to show intent, that it's
22  more or less common knowledge that people use guns
23  to protect their methamphetamine and their drugs.
24  And we have cited those cases in our trial
25  memorandum.

1  THE COURT:  All right.  I will look at that.
2  Can you forego raising that during
3  opening statements?
4  MS. LAMPRECHT:  I can.
5  THE COURT:  Okay.  If you'll do that, I'll
6  look at that.
7  MS. LAMPRECHT:  We would also argue that
8  because of the way they used them -- they took
9  them shooting.  There is a video of them shooting.
10  They remember things because this happened.  This
11  is intrinsic to the conspiracy.  It's not other
12  act evidence.  It is acts that are done during the
13  course of the conspiracy, and it's intrinsic to
14  it.
15  THE COURT:  Well, just so we're clear, I
16  understand, but let's just wait and we'll address
17  the issue when we get to it, then.
18  MS. LAMPRECHT:  It will be with our first
19  witness.
20  THE COURT:  Okay.  But I'm saying at least
21  through opening statements.
22  MS. LAMPRECHT:  Yes, sir.
23  THE COURT:  All right.  That's all I'm
24  asking.
25  MS. LAMPRECHT:  Okay.

1  THE COURT:  Mr. Heineman, we may send the
2  jury out and we will discuss it a little more
3  then.
4  If there was an expert witness being
5  called who would make that connection, I think you
6  would be pretty much out of luck.  Now without it,
7  I'm going to have to look at the cases cited by
8  Ms. Lamprecht.
9  Ms. Lamprecht.
10  MS. LAMPRECHT:  We do have Sergeant Jack
11  Catlin, who is on our witness list, and he
12  certainly has the expertise to testify to this if
13  the court thinks it's necessary.
14  THE COURT:  Okay.  And he has testified in
15  past proceedings to that very point.
16  But even beyond that, if it is part of
17  the -- I want to use the words "res gestae," in
18  other words, the context to give the complete
19  story, if it comes in that way, that's another way
20  in which -- I think sometimes you spend so much
21  time trying not to talk about something that it
22  actually becomes more problematic, because
23  inevitably it tends to slip out, and then because
24  you consciously tried not to present it to the
25  jury, they sense now -- it takes on

173

1 disproportionately greater significance under
2 those circumstances than if you just let it come
3 in and deal with it in your argument.
4         But at this point we're not going to
5 deal with it during opening statements, and we'll
6 revisit the issue and I'll look at the
7 government's brief on that, and your brief, very
8 quickly and then make a ruling. All right?
9         And then, Mr. Heineman, you'll have a
10 chance to address it as well.
11         MR. HEINEMAN: Certainly. And, I apologize,
12 but could the cocounsel and I have a brief meeting
13 outside? There is something regarding the cross
14 of the first witness coming up that I haven't had
15 an opportunity to discuss with them.
16         THE COURT: Well, we'll take a short
17 break -- let's get the jury in. We'll do opening
18 statements, and I have to instruct. I think all
19 of that, all told, is going to take, I'm sure, an
20 hour or more, I would think, and then we'll send
21 the jury out and discuss it at that time. All
22 right?
23         MR. HEINEMAN: All right.
24         THE COURT: All right. I think that -- oh,
25 yes.

174

1         Stipulation as to exhibits. Let's do
2 that on the record with the jury here, though, so
3 the jury will know that those exhibits are
4 admitted.
5         And I understand, Ms. Lamprecht, you're
6 going to indicate that there is a stipulation as
7 to the admission of certain exhibits. Is that
8 correct?
9         MS. LAMPRECHT: Yes, Your Honor.
10         THE COURT: All right.
11         MS. LAMPRECHT: It's my understanding that
12 defense have stipulated to the --
13         THE COURT: I'm sorry. Let's wait until the
14 jury is here, so we don't have to do this twice.
15         MS. LAMPRECHT: Oh. Okay.
16         THE COURT: Okay?
17         MS. LAMPRECHT: Sure.
18         I don't know that they will remember
19 when it comes up. I mean, it's different
20 exhibits. So I don't know that they're going to
21 remember during the course of the trial when we
22 offer these exhibits, if there is a stipulation.
23         THE COURT: Well, they will have notes.
24 They will be taking notes and my guess is they
25 will jot down, or if not --

175

1         MS. LAMPRECHT: Well, we have the 902
2 certificates that I assume will go into evidence
3 with the documents.
4         THE COURT: Okay. Are you offering them by
5 stipulation?
6         MS. LAMPRECHT: We're offering -- defense
7 counsel has stipulated that we can use 902.11
8 certificates that they're business records and
9 that they will be admissible without a custodian.
10 That's the stipulation, is my understanding.
11         THE COURT: And is the stipulation, Counsel,
12 that you will stipulate to their admission?
13         Is that correct, Ms. Berglund?
14         MS. BERGLUND: It is, Your Honor.
15         THE COURT: Mr. Borton?
16         MR. BORTON: Yes, Your Honor.
17         THE COURT: Mr. Heineman?
18         MR. HEINEMAN: Yes, Your Honor.
19         THE COURT: All right. Well, then let's do
20 that in front of the jury, again, so we don't have
21 to repeat ourselves when the jury is here. All
22 right?
23         MS. LAMPRECHT: Mm-hmm.
24         Your Honor, some of those business
25 records have to do with the guns.

176

1         THE COURT: Well, we can withdraw it if the
2 court rules that it's not admissible. But we
3 don't need to mention what it is. We'll just
4 identify it by exhibit number.
5         Ms. Lamprecht, it will work. Just
6 trust me.
7         MS. LAMPRECHT: I guess I'm just -- so you
8 just want me to tell you -- to say when the jury
9 comes in, what exhibits --
10         THE COURT: Just the exhibit numbers.
11         MS. LAMPRECHT: Yes, sir.
12         THE COURT: Offer them.
13         (Jury present.)
14         THE COURT: I think we'll have Ms. Gearhart
15 or Mr. Severson check with the jury so they know
16 where they're seated.
17         Apparently not.
18         All right. We'll put a copy of the
19 jury seating chart in the jury room, so you can
20 look at it to make sure that you're all seated
21 where you need to be seated.
22         Go ahead and be seated, please.
23         Ladies and gentlemen, I'm going to read
24 to you -- I'm going to read to you my preliminary
25 instructions. You have a copy that you can keep

1 with you. You also have note pads, I believe.
2 All right. You can follow along as I read these
3 instructions.
4        PRELIMINARY JURY INSTRUCTIONS
5        THE COURT: Ladies and gentlemen, you now
6 are the jury in this case, and I'll take just a
7 few minutes to tell you something about your
8 duties as jurors and to give you some preliminary
9 instructions.
10       THE INTERPRETER: Excuse me, Your Honor. We
11 are having some audio problems.
12       THE COURT: All right. It could be a
13 battery issue.
14       (Pause.)
15       THE COURT: Ladies and gentlemen, you now
16 are the jury in this case, and I'll take just a
17 few minutes to tell you something about your
18 duties as jurors and to give you some preliminary
19 instructions. At the end of the trial, I will
20 give you more detailed written instructions that
21 will control your deliberations.
22       And let me point out that at times
23 during the course of a trial, the court may
24 determine that it must change its instructions.
25 For that reason, we will take the instructions you

1 now have away and give you a new set of
2 instructions. And you are to disregard the old
3 set and follow the new set of instructions at that
4 time.
5        Our purpose here is to give you just a
6 general overview, kind of a road map of the trial
7 and the legal issues which you'll be required to
8 consider.
9        When you deliberate, it will be your
10 duty to weigh and to evaluate all the evidence
11 received in the case and, in that process, to
12 decide the facts. To the facts as you find them,
13 you will apply the law as I give it to you whether
14 you agree with the law or not.
15       You must decide the case solely on the
16 evidence and the law before you and must not be
17 influenced by any personal likes or dislikes,
18 opinions, prejudice, or sympathy. Please do not
19 take anything I may say or do during the trial as
20 indicating what I think of the evidence or what
21 your verdict should be. That is entirely up to
22 you.
23       As I explained earlier, this is a
24 criminal case brought by the United States
25 government. The government charges each of the

179

1 defendants -- Jesus Guadalupe Sanchez, Michael
2 Dennis Moore, and Jim Allen Loveland -- with one
3 count of conspiracy to possess with intent to
4 distribute methamphetamine. Jesus Guadalupe
5 Sanchez is also charged with one count of
6 possession with intent to distribute
7 methamphetamine.
8        The charges against the defendants are
9 contained in the indictment. The indictment
10 simply describes the charges the government brings
11 against the defendants. The indictment is not
12 evidence and does not prove anything.
13       The defendants have pleaded not guilty
14 to the charges and are presumed innocent unless
15 and until the government proves the defendants
16 guilty beyond a reasonable doubt.
17       In addition, the defendants have the
18 right to remain silent and never have to prove
19 innocence or to present any evidence.
20       In order to help you follow the
21 evidence, I will now give you a brief summary of
22 the elements of the crimes which the government
23 must prove to make its case.
24       In order for a defendant to be found
25 guilty of conspiracy to possess with intent to

180

1 distribute methamphetamine, the government must
2 prove each of the following elements beyond a
3 reasonable doubt:
4        First, beginning in or about November
5 2011 and ending on or about May 16th, 2012, there
6 was an agreement between two or more persons to
7 possess with the intent to distribute
8 methamphetamine; and,
9        Second, the defendant joined in the
10 agreement knowing of its purpose and intending to
11 help accomplish that purpose.
12       In order for Defendant Jesus Guadalupe
13 Sanchez to be found guilty of possession with
14 intent to distribute methamphetamine, the
15 government must prove each of the following
16 elements beyond a reasonable doubt:
17       First, from on or about May 3rd, 2012,
18 through May 16th, 2012, the defendant, Jesus
19 Guadalupe Sanchez, knowingly possessed
20 methamphetamine; and,
21       Second, the defendant possessed it with
22 the intent to distribute it to another person.
23       To possess with intent to distribute
24 means to possess with intent to deliver or
25 transfer possession of methamphetamine to another

181

1  person, with our without any financial interest in
2  the transaction.
3        A defendant may be found guilty of
4  possession with intent to distribute
5  methamphetamine even if the defendant personally
6  did not commit the act or acts constituting the
7  crime, but aided and abetted in its commission.
8        To prove that the defendant, Jesus
9  Guadalupe Sanchez, is guilty of aiding and
10  abetting, the government must prove beyond a
11  reasonable doubt:
12        First, possession with intent to
13  distribute methamphetamine was committed by
14  someone;
15        Second, the defendant, Jesus Guadalupe
16  Sanchez, knowingly and intentionally aided,
17  counseled, commanded, induced, or procured that
18  person to commit each element of possession with
19  intent to distribute methamphetamine; and,
20        Third, the defendant acted before the
21  crime was completed.
22        It is -- it is not enough that the
23  defendant merely associated with the person
24  committing the crime, or unknowingly or
25  unintentionally did things that were helpful to

182

1  that person, or was present at the scene of the
2  crime.  The evidence must show beyond a reasonable
3  doubt that the defendant acted with the knowledge
4  and intention of helping the person commit
5  possession with intent to distribute
6  methamphetamine.
7        The government is not required to prove
8  precisely which defendant actually committed the
9  crime and which defendant aided and abetted.
10        These instructions are preliminary and
11  the instructions I give at the end of the trial
12  will control.
13        The law does not compel a defendant in
14  a criminal case to testify.  The decision whether
15  to testify is left to the defendant, acting with
16  the advice and assistance of the defendant's
17  lawyer.  No presumption of guilt may be raised and
18  no inference of any kind may be drawn from the
19  fact that a defendant does not testify, nor should
20  this fact be discussed by you or enter into your
21  deliberations in any way.
22        On the other hand, if a defendant does
23  testify, you should consider the testimony of the
24  defendant just as you would the testimony of any
25  other witness.

183

1        The evidence you are to consider in
2  deciding what the facts are consists of, first,
3  the sworn testimony of any witness; second, the
4  exhibits which are received into evidence; and,
5  third, any facts to which the parties agree.
6        The following things are not evidence
7  and you must not consider them as evidence in
8  deciding the facts of this case:  first,
9  statements and arguments of the attorneys; second,
10  questions and objections of the attorneys; third,
11  testimony that I instruct you to disregard; and,
12  fourth, anything you may have seen or heard when
13  the court is not in session, even if what you see
14  or hear is done or said by one of the parties or
15  by one of the witnesses.
16        Now, some evidence may be admitted for
17  a limited purpose only.  If so, I will
18  instruct -- I will so instruct you and indicate
19  the purpose for which the evidence may be
20  considered.  When I instruct you that an item of
21  evidence has been admitted for a limited purpose,
22  you must consider it only for that limited purpose
23  and for no other.
24        Evidence may be direct or
25  circumstantial.  Direct evidence is direct proof

184

1  of a fact, such as testimony by a witness about
2  what that witness personally saw or heard or did.
3  Circumstantial evidence is indirect evidence; that
4  is, it is proof of one or more facts from which
5  one can find another fact.
6        Let me just step back for a moment and
7  give you a hypothetical situation that might
8  explain the difference between direct and
9  circumstantial evidence.
10        If you were to look outside your window
11  and -- of your home and see drops of precipitation
12  falling from the sky, you could testify later that
13  you had observed it to be raining, and that would
14  be a matter of direct evidence.  You are then
15  testifying directly as to what you observed.
16        On the other hand, if when you wake up
17  in the morning, perhaps you noticed that the
18  streets are wet, there are puddles everywhere that
19  weren't there the night before when you went to
20  bed; perhaps the weather forecast called for rain
21  and it was gray and overcast when the sun went
22  down, but when you woke up it was not actually
23  raining, only you saw traces of rain, you could
24  then testify as a matter of circumstantial
25  evidence that it had rained the preceding evening;

185

1 not that, in fact, you had observed it, but you
2 had observed other facts from which one can infer
3 that it had rained during the preceding evening.
4        Now, the important part of the
5 instruction, though, is the next paragraph, which
6 begins:  You are to consider both direct and
7 circumstantial evidence.  Either can be used to
8 prove any fact and, indeed, the law makes no
9 distinction between the weight to be given to
10 either direct or circumstantial evidence.  It is
11 for you to decide how much weight to give to any
12 evidence.
13        There are rules of evidence that
14 control what can be received in evidence.
15        When a lawyer asks a question or offers
16 an exhibit into evidence and a lawyer on the other
17 side thinks that it is not permitted by the rules
18 of evidence, that lawyer may object.  If I
19 overrule the objection, the question may be
20 answered or the exhibit received.  If I sustain
21 the objection, the question cannot be answered or
22 the exhibit cannot be received.  Whenever I
23 sustain an objection to a question, you must
24 ignore the question and must not guess what the
25 answer would have been.

186

1        Sometimes I may order that evidence be
2 stricken from the record and that you disregard or
3 ignore the evidence.  That means that when you are
4 deciding the case, you must not consider the
5 evidence that I told you to disregard.
6        In deciding the facts in this case, you
7 may have to decide which testimony to believe and
8 which testimony not to believe.  You may believe
9 everything a witness says, or part of it, or none
10 of it.  In considering the testimony of any
11 witness you may ask yourself the following
12 questions:
13        First, what opportunity and act did the
14 witness have to see or hear or know the things
15 testified to?
16        Second, how good was the witness'
17 memory about the events testified to?
18        Third, what was the witness' manner or
19 demeanor while testifying?
20        Fourth, does the witness have some
21 interest in the outcome of the case?
22        Fifth, does the witness have a bias or
23 some prejudice for or against any of the parties?
24        Sixth, was the witness' testimony
25 contradicted by other evidence that you found

187

1 believable?
2        Seventh, how reasonable was the
3 witness' testimony in light of all the evidence?
4        And, eighth, are there other factors,
5 primarily your common sense, which suggest to you
6 that the witness is or is not telling the truth?
7        The weight of the evidence as to a fact
8 does not necessarily depend on the number of
9 witnesses who testify about it.
10        I'll now say a few words about your
11 conduct as jurors.
12        First, keep an open mind throughout the
13 trial and do not decide what the verdict should be
14 until you and your fellow jurors have completed
15 your deliberations at the end of the case.
16        Second, because you must decide this
17 case based only on the evidence received in the
18 case and on my instructions as to the law that
19 applies, you must not be exposed to any other
20 information about the case or to the issues it
21 involves during the course of your jury duty.
22        Third, do not communicate with anyone
23 in any way, and do not let anyone else communicate
24 with you in any way, about the merits of the case
25 or anything to do with it.  This includes

188

1 discussing the case in person, in writing, by
2 phone or by any electronic means, including by
3 email, text messaging, Internet chat room, blogs,
4 websites, or any other form of communication.
5        This applies to communicating with your
6 fellow jurors until I give you the case for
7 deliberation; and it applies to communicating with
8 everyone else, including your family members, your
9 employer, the media or press, and the people
10 involved in the trial; although you may notify
11 your family and your employer that you have been
12 seated as a juror in the case.
13        But if you are asked or approached in
14 any way about your jury service or anything about
15 this case, you must respond that you have been
16 ordered not to discuss the matter and to report
17 the contact to the court.
18        Fourth, do not read, watch, or listen
19 to any news or media accounts or commentary about
20 the case or anything to do with it.  Do not do any
21 research, such as consulting dictionaries,
22 searching the Internet, or using other reference
23 materials, and do not make any investigation or in
24 any other way try to learn about the case on your
25 own.

189

1 The law requires these restrictions to
2 ensure the parties have a fair trial based on the
3 evidence, and that each party -- excuse me -- on
4 the evidence that each party has had an
5 opportunity to address.
6 A juror who violates these restrictions
7 jeopardizes the fairness of these proceedings and
8 a mistrial could result that would require the
9 entire trial process to start over. If any juror
10 is exposed to any outside information, please
11 notify the court immediately.
12 If you need to communicate with me,
13 simply give a signed note to the bailiff, Mr.
14 Severson, to give to me.
15 Do not make up your mind about what the
16 verdict should be until after you have gone to the
17 jury room to decide the case and you and your
18 fellow jurors have discussed the evidence. Keep
19 an open mind until then.
20 I urge you to follow these instructions
21 strictly. I recently had a criminal trial where a
22 juror made an off-the-cuff remark to the other
23 jurors about the defendant's fate. It was unclear
24 which juror made the comment and which other
25 jurors heard the comment.

190

1 This forced me to hold individual
2 hearings with each juror for the better part of a
3 day. Because of the absolute need for
4 impartiality of the jurors, I was ultimately
5 required to declare a mistrial after four days of
6 trial, and we had to start all over.
7 So, please, avoid even an innocent
8 greeting. This may appear rude, but I am telling
9 all the participants here to avoid even greetings,
10 so they will understand when you walk right by
11 them. And I am instructing the parties and
12 counsel to go out of their way to avoid any
13 physical proximity to the jurors.
14 Let me break that up. I want to
15 stress, really, two points from that last
16 paragraph. The first is the example of the
17 mistrial that we had to declare. What is
18 absolutely critical is when you're in the jury
19 room, and anywhere else, that you do not talk
20 about the case, even in joking form, even if
21 you're not serious. You just don't talk about it
22 at all.
23 What happened in that particular case,
24 I think, was intended as a comment that was more
25 in jest than in reality, but because it was -- but

191

1 for a number of reasons it became a very serious
2 matter, and we had to declare a mistrial, bring in
3 a new jury and start the trial all over on the
4 fourth or fifth day of trial.
5 Another example that I think the last
6 part of that paragraph really is alluding to is to
7 avoid all contact with the attorneys and the
8 witnesses and the parties. Even when you leave
9 the jury room, go to your car and return.
10 I had a case, this is now probably
11 eight or nine years ago, where a party visited
12 with one of the jurors in the parking lot. And it
13 appeared unclear what was actually said. There
14 was some uncertainty as to what was intended.
15 That, unfortunately, did not come to our attention
16 until after the trial, and it was also a very
17 serious matter. We spent the better part of two
18 days after the trial bringing back all the jurors,
19 examining them individually as to what took place
20 or what didn't take place.
21 So for that reason, my standard rule is
22 to instruct the parties and all the jurors to stay
23 completely away from each other. Don't even nod
24 your head at each other. Don't say hello. Just
25 avoid all contact. And I'm instructing all of the

192

1 parties to be very careful to have absolutely no
2 contact with the jury throughout the trial.
3 Now, at the end of the trial you will
4 have to make your decision based on what you
5 recall of the evidence. You will not have a
6 written transcript of the trial. I urge you to
7 pay close attention to the testimony as it is
8 given.
9 If you wish, you may take notes to help
10 you remember the evidence. If you do take notes,
11 please keep them to yourself until you and your
12 fellow jurors go to the jury room to decide the
13 case. Do not let notetaking distract you from
14 being attentive.
15 When you leave court for recesses, your
16 notes should be left in the jury room. No one
17 will read your notes.
18 Whether or not you take notes, you
19 should rely on your own memory of the evidence.
20 Notes are only to assist your memory. You should
21 not be overly influenced by your notes or those of
22 your fellow jurors.
23 The Spanish language may be used for
24 some evidence during this trial. When a witness
25 testifies in another language, the witness will do

193

1  so through an official court interpreter.
2          The evidence you are to consider, and
3  on which you must base your decision, is only the
4  English language interpretation provided through
5  the official court interpreters. Although some of
6  you may know Spanish, you must disregard any
7  meaning of Spanish words that differs from the
8  official interpretation.
9          You must not make any assumptions about
10  a witness or a party based solely upon the use of
11  an interpreter to assist that witness or party.
12          Although the defendants are being tried
13  together, you must give separate consideration to
14  each defendant. In doing so, you must determine
15  which evidence in the case applies to each
16  defendant, disregarding any evidence admitted
17  solely against the other defendant. The fact that
18  you may find one of the defendants guilty or not
19  guilty should not control your verdict as to the
20  other defendants.
21          The next phase of the trial will now
22  begin.
23          First, each side may make an opening
24  statement. An opening statement is not evidence.
25  It is simply an outline to help you understand

194

1  what that party expects the evidence will show. A
2  party is not required to make an opening
3  statement.
4          The government will then present
5  evidence and counsel for the defendant may
6  cross-examine the government's witnesses. Then,
7  if the defendant chooses to offer evidence,
8  counsel for the government may cross-examine any
9  witnesses called by the defense.
10          After the evidence has been presented,
11  I will instruct you on the law that applies to the
12  case and the attorneys will then make their
13  closing arguments. After that, you will go to
14  your jury room to deliberate on your verdict.
15          At this time, ladies and gentlemen,
16  we're going to hear the opening statements of
17  counsel.
18          I understand that there is a
19  stipulation as to the admission of certain
20  exhibits.
21          Ms. Lamprecht, could you indicate the
22  exhibits that you understand will be admitted by
23  stipulation?
24          MS. LAMPRECHT: Yes, Your Honor.
25          The exhibits that will be admitted by

195

1  stipulation are Exhibits 9A, -B, -C --
2          THE COURT: I'm sorry. 9 what?
3          MS. LAMPRECHT: A, B, 9B, 9C, 9D and 9E.
4          THE COURT: Any others?
5          MS. LAMPRECHT: Exhibit 25, 25A, and 26.
6          THE COURT: Okay. Just a minute. And 26?
7          MS. LAMPRECHT: Yes, sir.
8          THE COURT: And other?
9          MS. LAMPRECHT: Exhibit 31, documents marked
10  -A through -- 31A through 31J.
11          THE COURT: Through 31J?
12          MS. LAMPRECHT: Yes, sir.
13          THE COURT: All right. Give me just a
14  moment.
15          Any others?
16          MS. LAMPRECHT: No. That's all. Thank you.
17          THE COURT: All right. Ladies and
18  gentlemen --
19          Counsel, is that correct, that there is
20  no objection, you're stipulating to the admission
21  of those exhibits?
22          MS. BERGLUND: That's correct for
23  Mr. Loveland.
24          THE COURT: Thank --
25          MR. BORTON: Correct, Your Honor.

196

1          THE COURT: Thank you, Mr. Borton.
2          MR. HEINEMAN: That's correct for
3  Mr. Sanchez, Your Honor.
4          THE COURT: All right.
5          Ladies and gentlemen, based upon the
6  stipulation of counsel, these exhibits will be
7  admitted into evidence. That includes Exhibits 9A
8  through 9E, 25, 25A and 26, and Exhibits 31A
9  through 31J. All those exhibits will be admitted,
10  and counsel may refer to them in their opening
11  statements.
12          (Exhibit Nos. 9A through 9E, 25, 25A,
13          26, and 31A through 31J admitted.)
14          THE COURT: Ms. Lamprecht, you may make your
15  opening statement to the jury.
16          MS. LAMPRECHT: Thank you, Your Honor.
17          OPENING STATEMENT BY THE GOVERNMENT
18          MS. LAMPRECHT: May it please the court,
19  defense, ladies and gentlemen of the jury:
20          Good afternoon. This is my opportunity
21  to tell you a little bit about the evidence that I
22  believe the government is going to show you. This
23  is a six-month conspiracy, so you're going to hear
24  a lot of testimony, and so I'm going to try and
25  give you an overview.

197

1   But before I start telling you about
2 what actually happened, I would like to talk about
3 the witnesses that you will hear and what the
4 evidence will show as to them as well.
5   A number of the government's witnesses
6 participated in the conspiracy to possess
7 methamphetamine to distribute that is charged in
8 this case.  All of them have entered into plea
9 agreements with the government.  All have agreed
10 to cooperate, and all hope that they will be
11 getting a lesser sentence as a result of this
12 cooperation.
13   A number of these defendants also have
14 prior felony convictions.  And I'm telling you
15 this up front because you have heard the
16 instruction from the court that their testimony
17 must be considered more carefully than that of
18 perhaps other witnesses.  So I want you to know
19 who to look at and listen to very carefully.
20   The witnesses who will testify who have
21 prior felony convictions are Benjamine Vertner,
22 Patric Campbell, Mario Martinez, and Kristopher
23 Craig Hensley, also known as K.C. Hensley.  In
24 addition, all of those witnesses used
25 methamphetamine during the course of the

198

1 conspiracy.
2   Other witnesses who used
3 methamphetamine during the course of the
4 conspiracy are Amber Hites and Rachel Coblentz.
5   Witnesses who entered into a plea
6 agreement but did not use during the --
7 methamphetamine during the conspiracy are Fabian
8 Beltran, Johnny Tambunga, and Amy Cavazos.
9   And you will hear that Victor Ruiz
10 liked to smoke marijuana, but he did not use
11 methamphetamine.
12   And what the case will show is that it
13 really starts with this defendant here in court
14 called Jesus Guadalupe Sanchez.  The evidence will
15 show that's not his real name.  That's a name that
16 was on a United States birth certificate that he
17 bought for $5,000, and he uses it mostly for bank
18 accounts, car titles and to do other business in
19 the United States.
20   Che's real name is Jose Salazar, and
21 the people who know him call him Che.  And that's
22 how you will hear him referred to by most of these
23 witnesses during the trial, either Che, or perhaps
24 Jose by his cousin, Fabian Beltran.
25   The evidence will show that Che did not

199

1 have a job.  His only business here was
2 transporting methamphetamine to Idaho for sale,
3 and selling it.
4   Between December of 2011 and May of
5 2012, the evidence will show that Che brought, or
6 arranged to have his younger cousin, Fabian, bring
7 a total of at least ten pounds of methamphetamine
8 to Weiser, Idaho, to sell.
9   The evidence will show that the last
10 three pounds that they brought up here in May,
11 right before the conspiracy was discovered and
12 dismantled by Idaho State Police, was nearly a
13 hundred percent pure.
14   Now the evidence will show that Che
15 actually was bringing methamphetamine to Idaho
16 before November of 2011.  In September of 2011,
17 his younger cousin, Fabian, wanted to come up and
18 see Idaho while Che was living here.  And he did
19 come up here.
20   And while he was here for a short week
21 in September, Che took Fabian with him twice to
22 deliver methamphetamine to his customers.
23   The evidence will show that by November
24 Che had regular customers who were getting
25 methamphetamine from him on a weekly or biweekly

200

1 basis, usually one to two ounces at a time.  These
2 were the defendant, Jim Loveland -- Jim Loveland,
3 you will hear, lived on Moss Road in Boise, and
4 Che delivered methamphetamine to his house.  He
5 took Fabian with him to deliver to Jim Loveland's
6 house.  And later on during the conspiracy Victor
7 Ruiz went with Fabian to Jim Loveland's house to
8 deliver methamphetamine.
9   Other customers that they did the same
10 thing for, that also got methamphetamine on a
11 weekly or biweekly basis, each about two ounces at
12 a time, were Mario Martinez, who lived in Nampa,
13 and Dawson Lee Moore, who lived off Highway 55
14 just outside of Weiser.
15   All of them -- Jim Loveland, Mario
16 Martinez and Dawson Moore -- were paying Che
17 $1,200 for an ounce or, if they got two, $2,400 at
18 a time.
19   A lot of times these business
20 transactions would be conducted on a front, and
21 that means that they would start out by Che giving
22 his customers meth.  In order for them to get
23 more, they would then have to come back to Che and
24 pay him for the meth they had got, at which point
25 they would get more to use and sell, to support

201

1 either their habits or to make some money,
2 depending on what they wanted to do with it.
3       In November of 2011, you will hear that
4 Che went back to Arizona. He went down to -- for
5 various reasons, which I'll get to. But while he
6 was gone, he arranged for a friend of his from
7 Weiser named Johnny Tambunga to distribute
8 methamphetamine to his customers for him while he
9 was gone.
10       And you will hear that Johnny Tambunga
11 distributed to Jim Loveland twice, two ounces, to
12 Mario Martinez twice, same amount, the same thing
13 to Dawson Moore, while Che was traveling. And
14 he -- Johnny Tambunga will tell you he took two
15 baggies to each one and each one of them paid
16 $24,000 -- $2,400 for those baggies.
17       In early December of 2011, Che came
18 back from Arizona with his younger cousin, Fabian
19 Beltran, and Fabian's younger brother was with
20 them for a while. They stopped on the way back to
21 Idaho in San Bernardino, California, where Che
22 picked up a pound of methamphetamine to bring to
23 Idaho to sell.
24       Once they got here, they moved into
25 Trailer No. 10 at Clifford's Trailer Park in

202

1 Weiser. And Johnny Tambunga had rented that
2 trailer just a week before. And they used that
3 trailer from then on as a base to distribute their
4 methamphetamine and store their money until they
5 were going to take it back to buy more
6 methamphetamine.
7       Now, not too long after Che got back,
8 Johnny Tambunga also was selling methamphetamine
9 for Che a little bit, and one of Johnny's
10 customers was a man named Benjamine Vertner.
11 Benjamine Vertner told Johnny Tambunga he would
12 like to know where he was getting his
13 methamphetamine, because he would like to meet his
14 source. And, of course, what Ben wanted to do was
15 go directly to the source, which was Che.
16       Johnny Tambunga set up a meeting
17 between Che and Ben Vertner, and Che brought
18 Fabian with him. They met at a place called the
19 Crescent Bar in Weiser one night. And there, Che
20 questioned Ben Vertner carefully about whether he
21 could trust him or not.
22       They went from the bar back to Trailer
23 No. 10, where they continued drinking. I think
24 there were some lines of meth taken back there.
25 Amber Hites joined them at the bar, Ben's

203

1 girlfriend, and went back with them to the
2 trailer.
3       And there, Che and Ben Vertner entered
4 into an agreement, and from then on Ben became
5 another one of Che's regular customers. But as a
6 newer customer, he paid Che $1,300 an ounce for
7 his meth.
8       After this meeting, Che and Fabian made
9 another trip back to Arizona. They were back
10 before Christmas. And when they came back they
11 brought with them another pound of methamphetamine
12 to sell. They distributed to all of their
13 customers: Jim Loveland, Mario Martinez and
14 Dawson Moore at their houses. Ben Vertner, who
15 didn't have a very stable living relationship at
16 the time, would come to the trailer and pick his
17 meth up from whoever was there, Che or Fabian.
18       And then right before Christmas, Fabian
19 and Che went back down to Mexico to visit their
20 family for the holidays. They returned in January
21 to Weiser, Idaho, Trailer No. 10, with another
22 pound of methamphetamine.
23       And by this time in January, Fabian was
24 going with Che regularly to help him distribute to
25 his regular customers, whose names you have all

204

1 heard, and Ben continued to pick up at the
2 trailer.
3       I should mention to you, Ben's
4 girlfriend at this time -- you have heard her name
5 mentioned -- was Amber Hites, and she was helping
6 Ben Vertner sell the methamphetamine he got from
7 Che. So you will hear from her, too. She both
8 came to Trailer No. 10 to pick it up with Ben and
9 she went with Ben to deliver to his customers.
10       In February, two sort of new events
11 took place. First of all, Fabian made his first
12 trip alone down to Phoenix to pick up Arizona --
13 to pick up methamphetamine for Che. He drove
14 Che's Lincoln Navigator to Arizona, and he picked
15 up one pound on the way back and brought it back
16 to Idaho to sell.
17       Then, in February, Che also took Fabian
18 to all of his customers' houses for a specific
19 purpose, and that was to tell them that now Fabian
20 was in charge, he was going to do the deliveries
21 for Che, and if they needed anything they should
22 call Fabian.
23       You will find that Fabian didn't know
24 these people's last names. He knew them only by
25 their first names, Jim and Mario and Dawson. He

205

1  put those names in his phone, which we later
2  recovered.  And he was able to -- we were able to
3  identify many of them because Che, and later
4  Victor -- Fabian, and later Victor, took law
5  enforcement officers to these houses and said,
6  "This is where this customer lives."
7        Now, after Fabian was put in charge of
8  deliveries by Che, Che went back to Mexico for a
9  while, towards the end of February.  And a little
10 bit after that, at the end of February, Fabian
11 went back to Arizona, too.  He went for his
12 sister's -- it's called a quinceanera.  It's a
13 sweet 16 birthday party.
14       He took $10,000 in cash with him from
15 the trailer, that they had collected from selling
16 the meth, and he went to a man in Phoenix that Che
17 directed -- had directed him to go to, and he
18 picked up two pounds of meth from that man in
19 Phoenix.
20       Now, while he was in Phoenix that time,
21 he ran into his old friend, Victor Ruiz.  Victor
22 liked to smoke marijuana, as I have said.  He had
23 never been to Idaho.  He wanted to come.
24       And Fabian basically told him, "Well, I
25 got to come back and pick up Che in a few days.

206

1  I'm not going to be gone that long.  Why don't you
2  ride up with me and you can see a little bit of
3  Idaho."  So Victor came along for the ride.
4        On the way up to Idaho, Victor offered
5  to drive, because Fabian had been driving straight
6  through for almost 20 hours.
7        Fabian said, "No, you can't."
8        And Victor said, "Why not?"
9        And he said, "Because I have
10 methamphetamine in the car."
11       And the reason that he didn't want
12 Victor to drive was because Victor's driver's
13 license was suspended at that point in time, and
14 had they been stopped, he was worried about the
15 police.
16       Victor and Fabian got to Weiser, to
17 Trailer No. 10, at the beginning of March.  The
18 day after they got there, Che called them from
19 Arizona or somewhere and said he needed $10,000 to
20 buy more methamphetamine.
21       So immediately Fabian started calling
22 all of his customers, his regular customers, to
23 collect the money that these customers owed him.
24 He called Jim Loveland.  He called Mario Martinez.
25 He called Dawson Moore; and, of course, he called

207

1  Ben Vertner.  Now they were only in Weiser for
2  three days while Fabian collected the money that
3  he needed.
4        The night before they left, actually,
5  Ben Vertner was the last of these customers to
6  come over and give them some more money.  And
7  Fabian didn't want to take that Lincoln Navigator
8  down to Arizona with him, because it was a gas
9  guzzler.  So he arranged -- and you'll hear he
10 arranged with Ben Vertner that they would trade
11 cars, and he would drive the Ford Fusion that Ben
12 Vertner was driving, and Ben and Amber would drive
13 the Lincoln Navigator while they were gone.
14       Then the next day, Fabian and Victor
15 went back down to Phoenix in that Ford Fusion and
16 Fabian brought the $10,000 for Che with him.
17       He dropped Victor off in Phoenix.  He
18 picked Che up there, and they headed back to
19 Idaho.  But on the way they stopped in San
20 Bernardino, California, and Che picked up another
21 pound of meth to bring back here to sell.  This
22 was about the middle of March when they came back.
23       I'm going to switch gears for a minute,
24 because all the time that Che and his cousin
25 Fabian were going back and forth and getting meth

208

1  and distributing it to their customers here, Ben
2  Vertner had set up his own little business of
3  distributing methamphetamine that he was getting
4  from Che.  So this is now going down the ladder.
5  As I said, Amber Hites helped him.
6        You will hear about some of his
7  customers.  He will tell you that he was
8  delivering methamphetamine from Che to John
9  Chapman, Trenton Keysle, a guy named Jake
10 Clevenger, and one of his biggest customers was
11 K.C. Hensley.
12       Now, interestingly enough, you will
13 also hear that before the middle of March,
14 K.C. Hensley was selling methamphetamine that he
15 was buying from Ben Vertner to the defendant,
16 Michael Morris.  Hensley sold Michael Morris
17 directly -- meth directly about five times between
18 January and March of 2012.  And Morris, Michael
19 Morris, was paying Hensley $1,600 an ounce for
20 this meth.
21       And Hensley, you will hear, either
22 delivered the meth to Michael Morris at his house
23 in Ontario, Oregon, or sometimes he would meet him
24 in another place to deliver it, like a Pilot gas
25 station.

209

1        You will hear that one time K.C.
2 Hensley brought methamphetamine that he had just
3 gotten from Ben Vertner over to Michael Morris'
4 house, and Michael Morris helped him wash it or
5 clean it up so it looked better. And then K.C.
6 gave Michael Morris some of that meth, and he sold
7 the rest of it.
8        And right about mid-March, things
9 started to change now for the distribution part of
10 this in Idaho, too. In mid-March, Morris and
11 Vertner made up whatever differences they had, and
12 Michael Morris and Ben Vertner agreed to deal with
13 each other directly from then on, and they cut
14 K.C. Hensley out of the loop.
15        K.C. kept buying from Vertner, but now
16 Morris was also buying directly from Ben Vertner.
17 And he was buying a fourth to half an ounce from
18 Vertner at a time, often more than once a week,
19 and he was paying $400 for a quarter of an ounce.
20        Mostly when Ben Vertner gave Michael
21 Morris methamphetamine, he delivered it to his
22 house in Ontario, Oregon.
23        During that time, Vertner also met a
24 person that he started to hang out with whose name
25 was Patric Campbell. He had met Patric Campbell

210

1 through a former customer at this point, Jake
2 Clevenger, that I talked about before. They hung
3 out together. They smoked meth together.
4        And Campbell sometimes helped Vertner
5 out with his meth business. And what he did was
6 that he helped Vertner collect money. He was an
7 ex-con. He had a reputation, and people were a
8 little nervous about him. And Ben found it was
9 easier to collect money if he had Patric Campbell
10 with him.
11        In late March of 2012, Ben Vertner and
12 Amber Hites moved into a friend's apartment in
13 Weiser. Her name was Rachel Coblentz. And she
14 had a big apartment. She used meth at the time.
15 But in March of 2012, she started helping Ben
16 Vertner out with his meth business. And she would
17 sell a little bit for him, collect small amounts
18 of money.
19        She went with Vertner to Trailer No. 10
20 to pick up methamphetamine, and she also went with
21 him occasionally to Michael Morris' house when he
22 took methamphetamine to Michael Morris.
23        In April, Michael Morris continued to
24 buy a fourth to half an ounce from Ben Vertner at
25 a time. And during this time, Amber Hites went

211

1 with Ben Vertner to deliver it to Michael Morris,
2 Rachel Coblentz went with him to deliver it to
3 Michael Morris. A couple of times Rachel Coblentz
4 and Patric Campbell went together to deliver
5 methamphetamine to Morris, in late April and early
6 May, and to collect money.
7        And by the end of April and the
8 beginning of May, there is, you're going to hear,
9 a lot of activity going on now. At the end of
10 April, Ben Vertner and Amber Hites were not
11 getting along very well. Ben Vertner moved back
12 in with his former girlfriend, Amy Cavazos. Amber
13 Hites moved out of Rachel Coblentz's apartment,
14 too, and she moved in to Michael Morris' house
15 with him in Ontario, Oregon, and his girlfriend
16 who was living there at the time.
17        While Amber Hites lived at Michael
18 Morris' house during the first half of May, she
19 was there when he got methamphetamine from Ben
20 Vertner, and she was also there when Michael
21 Morris sold the methamphetamine to his customers.
22        At the beginning of May, Che and Fabian
23 had come back with another load of methamphetamine
24 to sell in Idaho. They brought Victor Ruiz with
25 them. On the way, they stopped, this time in

212

1 Indio, California, and outside a casino they
2 picked up three pounds of methamphetamine.
3        Now, the methamphetamine was hidden
4 inside of a fire extinguisher. But Che told him
5 that's what he had gotten. He sent them in the
6 casino to play, gave them money, and then when he
7 came in and said, "Okay, let's go," and he had
8 told them he had gotten three pounds.
9        They arrived in Weiser at Trailer No.
10 10 with three pounds of methamphetamine that was
11 hidden in the fire extinguisher. And the first
12 thing that Che did when they got back was get a
13 saw and saw that fire extinguisher open and get
14 the meth out.
15        Then he started doing what he always
16 did when he got meth to the trailer. He would
17 weigh it out in ounce quantities, put each ounce
18 separately in a little bag, and tie the corner,
19 and then he would put it in a bigger bag that he
20 kept in a bag underneath the trailer -- underneath
21 the bathroom sink in the trailer, there was a like
22 a false panel, you will see -- the evidence will
23 show you pictures.
24        And while Che was still weighing this
25 methamphetamine out, this three pounds, Fabian

213

1  took Victor with him to make a delivery to Jim
2  Loveland.
3          Then, during that first week back, Che
4  and Fabian and Victor all went together to deliver
5  to Che's regular customers.  They delivered to Jim
6  Loveland again.  They delivered to Dawson.  They
7  delivered to Mario.  And, as usual, Ben continued
8  to pick up methamphetamine from Trailer No. 10.
9          But something a little different
10 happened the first part of May.  Ben took delivery
11 of methamphetamine from Fabian someplace else.  He
12 had Fabian deliver him methamphetamine at Michael
13 Morris' house in Ontario, Oregon.  And Ben was
14 waiting for Fabian when he came.
15         Michael Morris wasn't there.  But
16 Michael Morris came before Fabian left.  And
17 before Fabian left, Ben Vertner gave Michael
18 Morris some of the methamphetamine that he had
19 just gotten from Fabian.
20         Now, towards the end of this first
21 week, after they had delivered to their customers
22 several times, Che went back to Mexico.  The
23 weekend after Che left, Victor was sick.  He
24 stayed in the trailer.  And that weekend, Fabian
25 delivered to Che's customers by himself.  That's

214

1  when he delivered to Ben at Michael Morris' house.
2  He also delivered to Dawson and Jim Loveland that
3  day.
4          The next night, Sunday, Ben showed up
5  at Trailer No. 10 and he brought Amy Cavazos with
6  him.  He was there to pick up meth, but they also
7  stayed and had barbecue that Victor cooked.
8  Fabian took Ben in the bedroom and gave him two
9  ounces of meth.
10         They came out.  Ben Vertner handed the
11 methamphetamine to Amy Cavazos.  They got in Ben's
12 car and they drove to where Ben's grandmother
13 lived near the Oregon slope, and they parked
14 outside her house.
15         Michael Morris drove up in his black
16 Chevy, and he parked opposite them so that the
17 driver's side windows were facing each other.  And
18 Ben reached out and he picked up the
19 methamphetamine that he had gotten from the
20 trailer, and he handed it through the window to
21 Michael Morris.
22         And Michael Morris looked in the car
23 and he saw Amy Cavazos, who he knew from growing
24 up in Weiser or being in Weiser, and he said to
25 her, "You did not see me here."

215

1          The next night was March 14th.  That
2  night, Ben had some customers hanging around his
3  house waiting to get methamphetamine.  One of
4  these was K.C. Hensley.  And they got a call -- or
5  they made a call, and Ben and Amy left and they
6  went back to Trailer No. 10 to pick up more
7  methamphetamine for Ben to dole out to his
8  customers.
9          Then they went back to the trailer, and
10 Ben was handing methamphetamine out.  He gave K.C.
11 about an ounce-and-a-half of methamphetamine.  And
12 once he was done distributing and all his
13 customers had left, he and Amy still had about 30
14 grams of methamphetamine at the house.
15         Now, K.C. ran into some problems.  He
16 took that methamphetamine out and he got into -- I
17 guess you would say he started harassing a
18 customer, another meth customer, who actually
19 called the police on him.  And the police
20 responded, and they stopped K.C. Hensley.  They
21 told him that they wanted his hands out of the
22 car.  They wanted him to put the keys on the roof.
23 They told him to get out.
24         They thought he was cooperating, when
25 all of a sudden K.C. Hensley threw the car in gear

216

1  and took off and took them on a high-speed chase
2  through Fruitland, through the town streets at 85,
3  90 miles an hour, out onto back roads, and finally
4  he ditched the car right on the banks of the
5  Payette River.  And it was in flood stage, so the
6  car was in the water.  The K.C. jumped out of the
7  car and went into the river to get away from the
8  cops.
9          Fruitland police officer Jon Laurenson
10 had followed K.C. Hensley's white Chevy Impala
11 through town.  He stopped by the river.  He waited
12 until a tow truck pulled it up so the wheels were
13 clear of the water, and then he searched the car.
14 And he recovered, from K.C. Hensley's car, the
15 methamphetamine that Ben Vertner had given him
16 that night.  It was in a blue sock on the
17 floorboards.  There was one large bag of
18 methamphetamine in the sock and one smaller
19 sock [sic].  And K.C. will tell you the larger bag
20 came from Ben Vertner.
21         Jon Laurenson sealed that
22 methamphetamine and it was sent to the Idaho State
23 Police forensic laboratory and tested by a
24 forensic chemist named David Sincerbeaux.  He
25 found that there were 41.51 crystals [sic] in that

217

1   bag, at least 38 grams of which were pure
2   methamphetamine.
3           Now, the next morning, Ben Vertner was
4   worried about his methamphetamine.  He had heard
5   what had happened to K.C. Hensley.  He wanted to
6   see if K.C. had left the methamphetamine in the
7   car.  Because K.C. owed him 17- or 1,800 dollars
8   for it, Ben wanted to see if he could get either
9   his money or the meth back.
10          So he took a woman named Tanya Olson to
11  look for K.C. Hensley's car.  At the time, both
12  Ben Vertner and Tanya Olson were taking
13  methamphetamine, and they also had methamphetamine
14  with them.
15          Ben Vertner was pulled over while he
16  was driving by an Idaho State Police trooper named
17  Justin Klitch.  As Klitch was getting out of his
18  patrol car to approach Vertner's car after he
19  stopped him, Vertner had Tanya Olson put the
20  methamphetamine they had with them in plastic
21  baggies into a silver tube, and had her put the
22  tube in her vaginal cavity so the officer wouldn't
23  find it.
24          Both were arrested.  Ben was arrested
25  for driving under the influence and Tanya Olson

218

1   was arrested for public intoxication.
2           She was searched at the police station,
3   and initially a strip search didn't come up with
4   anything.  And a female officer took her in the
5   bathroom, and there Tanya Olson removed the
6   methamphetamine that she had put inside her body
7   and gave it to the female police officer, who
8   reached her arm out the door and dropped it in a
9   bag that Officer Klitch was carrying.
10          Officer Klitch, with some help, removed
11  that methamphetamine from the silver tube, sealed
12  it, and sent it to the Idaho State Police forensic
13  laboratory where it was tested by Forensic Chemist
14  Sincerbeaux.  They found that that small amount of
15  meth was 6.22 grams of crystals, over
16  five-and-a-half grams of which were pure
17  methamphetamine.
18          Now, shortly after this arrest, Ben
19  Vertner agreed to cooperate with the police.  On
20  May 15th, that afternoon, he agreed to be
21  interviewed by Detective Stennett.  He told them
22  that he had methamphetamine at his house.  They
23  equipped Ben Vertner -- they searched him first to
24  make sure he wasn't carrying anything.  They
25  equipped him with an electronic monitoring device.

219

1   They took him to his house and they listened to
2   him while he went into the house and recovered
3   that methamphetamine from a crawl space where Amy
4   Cavazos had hidden it.  And he brought it back out
5   to them.
6           Detective Stennett sealed that meth and
7   sent it to the Idaho State Police forensic
8   laboratory.  And they found that, of 28.45 grams
9   of crystals, there were at least 26 grams of pure
10  methamphetamine in that sample.
11          Now, the next day Ben Vertner met with
12  Detective Stennett again, and he made several
13  telephone calls that were recorded.  And these
14  would be undercover calls, meaning that he was
15  calling codefendants.  One of these calls was to
16  Michael Morris.
17          This is, remember, the person that
18  Vertner had given two ounces of methamphetamine to
19  just a couple of days before.  So he called Morris
20  to ask him how much money he had for him.
21          Morris said he had about $900, and that
22  he still had 250, 450, and 5 out there.
23          And Ben said, "Fine, bring them over,"
24  you know, "Bring them to my house and I'll give it
25  to the dude."

220

1           Next, Vertner made several calls to
2   Fabian Beltran.  In these -- in these calls, he
3   arranged that he would buy two more ounces of
4   methamphetamine from Beltran for $2,600.  They
5   arranged to meet to do this that afternoon at the
6   Karcher Mall in Nampa.
7           And about 2:15 that afternoon, Ben
8   Vertner did what's called a controlled buy.  And
9   that's where the police officers search the person
10  who is going to do the buy, they search his car to
11  make sure there is no money or meth or anything
12  else in it.  They wire the person with an
13  electronic monitoring device so they can hear his
14  conversation the entire time he is there, and then
15  they follow him and they set up surveillance and
16  they actually watch him do the buy.  And that's
17  what happened here.
18          Ben Vertner went -- drove his Chevy
19  Denali to the Karcher Mall.  Fabian Beltran
20  arrived, driving Che's red Ford F11 pickup truck.
21  He brought Victor Ruiz with him.  And at that
22  time, Fabian Beltran gave Ben Vertner two ounces
23  of methamphetamine, and Beltran gave him the
24  $2,500 that Idaho State Police had given him in
25  marked bills.

221

1　　　　This is -- this is more of the three
2　pounds of meth, of course, that they brought back
3　with them the first part of May.
4　　　　Now, this two ounces of methamphetamine
5　was turned over by Ben Vertner to Detective
6　Stennett.  He sealed it and sent it to Forensic
7　Chemist Sincerbeaux, who found that of the 53.79
8　grams of crystals in that sample, there were
9　approximately 50 grams of pure -- at least 50
10　grams of pure methamphetamine.
11　　　　After they did the deal, Beltran and
12　Ruiz went to eat lunch at the Applebee's
13　restaurant in the mall.  And when they came out,
14　they were arrested.  Idaho State Police recovered
15　all of the buy money except for what they had
16　spent on lunch.
17　　　　Fabian Beltran had hidden money in the
18　steering wheel of the red Ford.  He had hidden it
19　there because he was going to send it to Che after
20　he -- after he met with Vertner to sell him the
21　two ounces.  And so that was there -- and you will
22　see a photo of that after -- after Fabian Beltran
23　was arrested.
24　　　　Now, Fabian Beltran also agreed to
25　cooperate with police officers and he told them

222

1　that there was money, $24,000, and methamphetamine
2　still hidden at the trailer.
3　　　　Idaho State Police got a search warrant
4　and they searched Trailer No. 10 at Clifford's
5　Trailer Park.  Here is what they found:  Numerous
6　baggies of methamphetamine still hidden in that
7　black bag underneath the sink in the bathroom, a
8　digital scale that was hidden with them, and
9　$24,000 in cash.
10　　　　The trailer also contained numerous
11　documents that they found, including the resale
12　sales documents for the purchase of the Lincoln
13　Navigator in the name of Jesus Guadalupe Sanchez,
14　the title for the red Ford F11 pickup truck which
15　was also in the name of Jesus Guadalupe Sanchez,
16　documents showing money transfers of $1,000 at a
17　time by Jesus Guadalupe Sanchez to persons in
18　Mexico, and documents showing a wire transfer of
19　$1,000 that Johnny Tambunga sent to a person named
20　Jesus Roberto Salazar for Sanchez, also known as
21　Che.
22　　　　You will also see bank statements for
23　Jesus Guadalupe Sanchez's account with Wells Fargo
24　that show that Che, also under the name of
25　Sanchez, who was otherwise unemployed, deposited

223

1　and withdrew large sums of money from this account
2　from November 2011 through May of 2012.
3　　　　Also seized at that time were two cell
4　phones from Fabian Beltran.  One was a T-Mobile
5　Samsung Galaxy cellular telephone and another was
6　a BlackBerry.  The Samsung Galaxy telephone
7　contained the telephone number for Che as "Che
8　Primo" in his contact list, and "Primo," you will
9　hear, is the Spanish word for cousin.  And that
10　was a 623 telephone number.
11　　　　Jim Loveland's telephone toll records
12　were obtained by Idaho State Police, and they were
13　compared with this telephone number, and it showed
14　that there were six calls between Jim Loveland's
15　cell phone and Che's cell phone between March 31st
16　and May 9th of 2012.
17　　　　The second phone, the BlackBerry that
18　was seized from Beltran, contained a telephone
19　number for Jim Loveland, and he had him listed as
20　"Jime," J-I-M-E, in his contact list.  Mario
21　Martinez was listed as Mario.  Dawson Lee Moore
22　was listed as "Dosen," but spelled D-O-S-E-N.  And
23　"Primo Che" was in that phone, too, and this time
24　Primo Che had a telephone number with an area code
25　of 208.

224

1　　　　That telephone number of Che's was run
2　against Jim Loveland's telephone toll records, and
3　it was found that Jim Loveland and Che had
4　telephone contacts between each other three times
5　in February of 2012.
6　　　　It also showed that Jim Loveland called
7　Johnny Tambunga 30 times, or there were at least
8　30 contacts between the two telephones, between
9　December of 2011 and January 15, 2012; and that
10　Jim Loveland called Fabian Beltran or vice versa,
11　40 calls in between the two phones between
12　Loveland and Fabian Beltran in February through
13　May of 2012.
14　　　　Now, after Vertner was arrested, he was
15　not yet incarcerated.  And while he was at home,
16　he received a call from Che at his house.  He
17　recorded that telephone call.  And you will hear
18　Che tell Vertner that he wanted Sunshine, which is
19　a nickname for Amber Myatt, to go to the court and
20　get the court records because he wanted to find
21　out what had happened at Trailer No. 10.  He asked
22　Ben Vertner if he had a house he could use,
23　because he wanted to continue his business and
24　keep dealing.
25　　　　And you will hear that conversation

225

1  played. That was on May 22nd.
2          On May 23rd, officers called Michael
3  Morris and asked if he would be willing to come in
4  and talk to them at the Ontario police station.
5  One of those was Sergeant Bob Boone of the Idaho
6  State Police. The other was Detective Stennett.
7          Morris agreed, and he went in and he
8  was given his Miranda warnings and he agreed to
9  waive his Miranda rights and voluntarily be
10 interviewed.
11         He stated, among other things, that he
12 had been using drugs with Ben Vertner since 2011.
13 He said he had purchased methamphetamine from both
14 Vertner and Hensley. He said he had gotten
15 methamphetamine from Vertner over the month of
16 May.
17         What he denied was owing Vertner
18 $1,815. You will see him on the video clip where
19 he will say, "I never owed him that much money.
20 The most I ever owed him was $300."
21         But after they talked a little more
22 about the phone call, and he said he might have
23 collected money for Vertner and Vertner would pay
24 him money for collecting drug money from him, and
25 he said he had collected a $900 debt from three

226

1  people who owed Vertner, Ben Vertner for money for
2  methamphetamine and marijuana.
3          And Morris, you will hear him say, "I
4  used Vertner to make money."
5          Morris also said that he got his -- he
6  got -- that Vertner got his methamphetamine from
7  two guys in Weiser, and he had only met one of
8  them, named Fabian.
9          He told the officers that Amber Hites
10 had assisted Vertner in selling methamphetamine.
11         Shortly after that conversation with
12 the police officers, Morris talked to his
13 soon-to-be codefendant, Rachel Coblentz. He told
14 Rachel Coblentz that he talked to the two police
15 officers in Ontario, and he said they had known
16 exactly how much money he owed Ben Vertner. And
17 he concluded that Ben Vertner must be a snitch.
18 And he was right.
19         And that is an overview of what the
20 government will show you over the next several
21 days to come. There will be more evidence, but
22 this hopefully will help you put it in place as to
23 when it comes in.
24         We won't always be able to call the
25 witnesses in order, because some of them have

227

1  prior obligations and it's hard to schedule them
2  that way, but we'll do the best we can to put it
3  on for you chronologically.
4          I would like to thank you in advance
5  for your attention and for being jurors, because
6  we wouldn't be able to do these cases if you were
7  not willing to do this. I want to thank you in
8  advance for your careful consideration of all the
9  evidence that you're going to hear in this case.
10         And I will warn you now that I will be
11 able to return to discuss all of this evidence
12 with you at the close of the trial, and at that
13 time I will be asking you to return verdicts of
14 guilty against Jesus Guadalupe Sanchez, who is
15 really Jose Salazar, also known as Che, against
16 the defendant Jim Loveland, and against the
17 defendant Michael Morris.
18         THE COURT: Thank you.
19         Ms. Berglund.
20         MS. BERGLUND: I believe Mr. Borton was
21 going to go.
22         THE COURT: All right. Mr. Borton?
23         MR. BORTON: Yes.
24         THE COURT: All right. Counsel, I think
25 we'll take probably a short break after Mr.

228

1  Borton's opening statement. I'm always trying to
2  gauge when is an appropriate breaking point, but I
3  think that would probably work.
4          MR. BORTON: Thank you, Your Honor.
5          OPENING STATEMENT BY DEFENDANT MORRIS
6          MR. BORTON: Good afternoon, ladies and
7  gentlemen. One of the -- one of the items that we
8  focus on in a case like this, my client, Michael
9  Morris, is charged with one crime: He is charged
10 with conspiracy to possess with intent to deliver.
11 He is charged with nothing else.
12         I bring that point up because one of
13 the things that will be consistent over the next
14 many days, the government used the phrase "going
15 down the ladder," which seemed very appropriate.
16 You will notice when the remarks began there was
17 no reference to Michael Morris for some time.
18 That's no coincidence.
19         One of the components that you will be
20 faced with throughout the trial is judging the
21 credibility of those individuals who testify. In
22 particular with regards to Mr. Morris, you will
23 hear, not only from Mr. Morris himself, the video
24 that he provided, but you'll hear a lot of
25 information that will fill in holes and, quite

229

1 frankly, will highlight the fact that when the
2 house of cards fell upon other individuals, there
3 was an individual to try and point stuff to and
4 get benefits for themselves by implicating; that's
5 Michael Morris. You will find out how that
6 unravels when you hear their testimony.
7        You've heard that Mr. Morris provided
8 information to the police voluntarily. Absolutely
9 true. He was called to come down and provide
10 information in mid-May. So he did. He was told
11 during the interview he was not being arrested.
12 He provided the information, what he knew, and he
13 was released. He was let go.
14        Mr. Morris told them that he has used
15 meth, and he has received it from Mr. Vertner for
16 personal use.
17        He had any and every reason, perhaps
18 like some of these other codefendants who will
19 provide testimony, to not do that. But he didn't.
20 He went down there, spoke to the police and
21 answered every single question they had.
22        He did not say he has never used meth,
23 but he is not here charged with being in personal
24 possession of meth or having used meth. That's
25 not the crime that you're going to be presented

230

1 with over the next week, week-and-a-half. It's a
2 vastly different thing to be charged with a
3 conspiracy to possess with intent to deliver.
4        The court gave you a brief instruction,
5 which will be given to you again at the end. You
6 will be asked to find whether or not there was an
7 agreement between these individuals. You've heard
8 some 20-odd names already. And it's relatively
9 complicated to get your head around in just one
10 statement. I think it will continue to be.
11        Was there an agreement amongst all of
12 these people? And more importantly, did Michael
13 Morris join into that agreement knowing its
14 purpose?
15        The information that we're going to
16 present and show to you is that's not the case,
17 absolutely not the case.
18        And just like the individuals who will
19 be providing testimony, these codefendants, many
20 with prior felonies, many under the influence of
21 meth, and almost all of them, if not all of them,
22 who will receive specific substantial assistance
23 if they provide testimony that assists the
24 government -- that Michael Morris is the opposite
25 of that, and he has demonstrated that in his

231

1 conduct.
2        You will learn through this process
3 that there will be many defendants --
4 codefendants, excuse me -- who have pled guilty
5 who never heard of Michael Morris, never met him.
6 Michael Morris doesn't know the two other
7 defendants sitting at the table here; hasn't met
8 them.
9        You won't see any phone records from
10 Michael Morris. You won't see any wire taps, any
11 controlled buys from him. He is not that guy.
12 What he is, is somebody who, when asked to go in
13 to talk to law enforcement, which you will see,
14 admitted to using some personal use of meth in the
15 spring of 2012, and he was sent to go home.
16        In fact, you will see information that
17 indicates he was asked to report back to them:
18 Have you learned anything else about other
19 people's activities?
20        That's the extent of Mr. Morris'
21 activity here.
22        You've got -- I will leave you with this,
23 what I think -- your process and what you're going
24 to be presented gives you two baskets over the
25 next day, day-and-a-half, and Mr. Morris will fall

232

1 into one of those baskets.
2        One is an individual who would use
3 meth, personal use, a couple of times, as he told
4 the law enforcement -- and you will see -- versus
5 somebody who is a coconspirator, somebody who
6 joins into an agreement with these individuals
7 with the specific intent to carry out its purpose.
8        Not even close. And the only
9 individuals who are going to try and wrap Michael
10 Morris into this, at the eleventh hour, are the
11 individuals that Ms. Lamprecht had identified,
12 individuals like Mr. Beltran, Mr. Tambunga,
13 individuals that have prior felonies, have used,
14 have received benefits from the government, have
15 every single reason to provide you that
16 instruction from the court that says, take great
17 caution.
18        And that's all you're going to get.
19 You're going to get the testimony from those
20 individuals, which you may find to be somewhat
21 inconsistent with each other, but that's vastly
22 different than what Michael Morris will be
23 presenting to you over the next couple of weeks,
24 over the next ten days, as somebody who
25 voluntarily provided information, answered the

233

1  questions asked, and then now is trying to get
2  stuck into a conspiracy which he is not a part of.
3       And we believe the evidence will
4  support that. We think -- we thank you for your
5  time. We think, in particular, your role is very
6  tough. Because of what's going to be presented to
7  you, it will be very easy to lump all of this
8  together. I think it will be very easy for you,
9  in receipt of all this information, to say it's
10 all bad.
11      I think it takes great courage and
12 attention, in particular with regards to Michael
13 Morris, when receiving this, to notice that
14 difference. I think we're going to be able to
15 present that clearly not only in Mr. Morris' own
16 comments to the police, but in light of the
17 comments you're going to hear and the testimony
18 from the various other codefendants with many
19 motives to assist themselves.
20      Thank you very much for your time.
21      Your Honor, thank you.
22      THE COURT: Thank you, Mr. Borton.
23      I think, ladies and gentlemen, we'll go
24 ahead and take a short break now. Counsel, I'm
25 going to -- we'll take a 15 minute break, but in

234

1  ten minutes I'm going to come back in and we will
2  take up that one matter that we had discussed
3  before we hear any evidence.
4       Ladies and gentlemen, as we take the
5  afternoon break, I'll admonish you not to discuss
6  the case among yourselves or with anyone else; not
7  to form or express any opinions about the case
8  until it is finally submitted to you.
9       We will be in recess for 15 minutes.
10      (Recess.)
11      (Jury absent.)
12      THE COURT: Mr. Heineman, do you want to be
13 heard further on that issue?
14      MR. HEINEMAN: I just wish to be heard
15 briefly.
16      THE COURT: All right.
17      MR. HEINEMAN: My only point in bringing the
18 motion was the fact that the charge against
19 Mr. Sanchez regarding the guns was dropped. And
20 to be offered as, I think, 13 pieces of evidence
21 regarding guns -- now if it was -- you know, I
22 guess I don't feel I can exclude everything that
23 has -- they will bring out, because obviously if
24 they found things in the trailer, they found
25 things in the trailer.

235

1       But, you know, repetitive things, or I
2  think there are several different pictures of
3  individual guns, and then there is going to be a
4  video of them shooting, which I'm not sure what
5  the purpose of that is, because they will all
6  admit that they know each other, or they will tell
7  that they know each other and know my client on
8  the stand.
9       I'm not really sure if that's really, I
10 don't know, probative in any measure, in any way.
11 I mean, it has to be relevant, and I just don't
12 think all of it is relevant.
13      And certainly, when you throw that much
14 on there, as much as you say if you try to hide it
15 you might, you know, cause a problem, if you toss
16 out a ton of it I think you're creating a
17 prejudice, saying, "There is guns, oh my gosh,
18 then they're drug dealers"; simple as that, one to
19 the other.
20      I don't think that, since they weren't
21 really used in any way in any of the crimes, I
22 just think that becomes prejudicial.
23      THE COURT: All right.
24      Ms. Lamprecht, a brief response.
25      MS. LAMPRECHT: The evidence will show that

236

1  they -- Che took Fabian with him to buy the guns
2  on February 8th. One of the reasons it's
3  important as intrinsic evidence is that because it
4  shows that Che was still here on February 8th, and
5  left after that, during the two trips that Fabian
6  made to Arizona in February.
7       When they made the gun video, it was
8  Victor, Victor came back with them. And Fabian
9  took the video, and it shows Che and Victor
10 shooting the guns. It happened right before Che
11 left in May.
12      THE COURT: Why is that important?
13      There is no direct relationship between
14 the gun video and drug dealing, correct?
15      MS. LAMPRECHT: No. The video is simply to
16 show where it -- it helps them remember where in
17 time things happened.
18      One of the guns at the trailer, Ben
19 Vertner gave to Che because --
20      THE COURT: Just a moment. So they don't
21 remember where it took place?
22      MS. LAMPRECHT: They remember where it took
23 place. It helps them remember the time sequence
24 of the events that occurred.
25      THE COURT: Well, then why can't they look

237

1   at the videotape before they testify and testify
2   from their own memory?  Somewhat like a -- I
3   mean --
4           MS. LAMPRECHT:  We don't have to show the
5   videotape, but I think it's relevant that Che
6   bought the guns, and he kept them in the trailer
7   with his meth and his money.  He had a lot of cash
8   in there.  He had a lot of expensive
9   methamphetamine in there, and it goes to his
10  intent.
11          THE COURT:  Let me back up now.
12          MS. LAMPRECHT:  If you want to --
13          THE COURT:  Just a moment.
14          I reviewed the case law and the case
15  law is, as you have suggested, very clear that
16  evidence of an individual possessing drugs and
17  possessing guns is relevant to show that the
18  possession was for the intent -- was with the
19  intent to traffic in those drugs, because it takes
20  it beyond just simple possession for personal use.
21  So I think that clearly would come in, and I would
22  have to overrule any objection on that basis.
23          But to simply bring in guns not
24  directly related to or not in close proximity to
25  the drugs, I think is problematic, because then

238

1   it's not clear what that is probative for.
2           And I think that if it is simply being
3   offered to refresh someone's memory or to allow
4   them to put time sequences together, I don't know
5   that we need to show that to the jury.  If it's
6   simply there to assist the witness in putting it
7   together, they can look at it before they testify.
8   I assume there would be no objection to that.
9           Or if it is -- has some other probative
10  value, then I think it clearly comes in.  But just
11  guns by themselves, without some connection to
12  drug trafficking -- and primarily it would be a
13  physical proximity to the drugs that I think would
14  be critical.
15          MS. LAMPRECHT:  May I, Your Honor?
16          THE COURT:  Now with that explanation, do
17  you have other purposes for which you want to put
18  them in?
19          MS. LAMPRECHT:  Yes, sir.
20          THE COURT:  All right.
21          MS. LAMPRECHT:  The guns that they were
22  shooting are the ones that they kept in proximity
23  to the drugs in the trailer.  They were practicing
24  with them.
25          THE COURT:  But why do you need -- if you

239

1   have other testimony that the guns were in close
2   proximity to the drugs, why do you have to have
3   testimony or why is it relevant that they were
4   also shooting these guns at some other point?
5           Was it target practice or something
6   like that?
7           MS. LAMPRECHT:  It was target practice, yes.
8           THE COURT:  Then why -- why is there some
9   additional relevance that they were shooting the
10  guns in target practice, beyond having them in
11  close proximity to drugs?
12          MS. LAMPRECHT:  I think it's relevant that
13  they -- you know, they had the guns, they were
14  shooting them, they knew how to use them, and it
15  shows that Che is in possession of the guns that
16  he bought.
17          I think that's all relevant and
18  intrinsic evidence to show the guns were part of
19  his intent to -- he kept them in the trailer.  He
20  took them out to use them.  He put them back there
21  with the guns [sic] and the -- and the money.  And
22  I think it's relevant to show that he had
23  possession of them and that, you know, he had them
24  for a purpose.
25          THE COURT:  Well, at this point, I'm not

240

1   going to allow the videotape, but when you get to
2   a point where you're ready to present it, you can
3   ask me to reconsider and I'll put that all in
4   context.
5           But at this point, that, to me, is
6   getting sufficiently removed from the -- from the
7   drugs that we get into a 403 issue of not so much
8   prejudice, but just distracting the jury from what
9   the core issue in the case is, and the case begins
10  to look more like a gun case than a drug case.
11          And there are no gun charges at this
12  point, so I think we need to keep our eye on the
13  ball, which is the drug case.  But certainly the
14  evidence that the guns were located in reasonably
15  close proximity to the drugs is going to be
16  admitted.  Okay?
17          MS. LAMPRECHT:  And the fact that he
18  purchased them, I assume, and put them in the
19  trailer will be, as well.
20          THE COURT:  Well, yeah, because that's part
21  and parcel of -- yes.
22          MS. LAMPRECHT:  That's fine.  If the
23  witnesses testify that they went shooting with
24  these guns, would that be a problem?  Or do we
25  need to caution them not to talk about it?

241

1    THE COURT:  Well, if it comes in naturally
2  as sort of a sequence of what occurred; but I
3  don't think it needs to be put in gratuitously.
4    MS. LAMPRECHT:  Okay.
5    THE COURT:  All right?
6    MS. LAMPRECHT:  Yes, sir.
7    THE COURT:  Mr. Heineman, do you wish to be
8  heard further, or is the court's ruling clear?
9    MR. HEINEMAN:  No, Your Honor.
10    THE COURT:  Is the court's ruling clear?  I
11  should have been -- do you have questions about
12  that first?
13    MR. HEINEMAN:  Well, actually, just to be
14  clear, we're excluding the video, but the other
15  gun evidence is admissible.
16    THE COURT:  It is, as long as a predicate is
17  established, which would be that the guns were
18  located in close proximity to the drugs in
19  question.
20    MR. HEINEMAN:  That is clear, Your Honor.
21  Thank you.
22    THE COURT:  All right.  Okay.
23    Let's bring the jury in and we'll
24  proceed.
25    I assume -- now, who is going next?

242

1  Ms. Berglund?
2    MS. BERGLUND:  Yes.
3    THE COURT:  All right.
4    (Jury present.)
5    THE COURT:  I'll note that all jurors are
6  present.
7    With that, Ms. Berglund, you may make
8  your opening statement to the jury.
9    MS. BERGLUND:  Thank you, Your Honor.
10    OPENING STATEMENT BY DEFENDANT LOVELAND
11    MS. BERGLUND:  Good afternoon.  I probably
12  won't take up much of your time.  I think, as you
13  could probably tell from Ms. Lamprecht's opening
14  statement, despite the fact that we will be here
15  for two weeks, we will hear from a number of
16  witnesses, you will probably see a large number of
17  items of physical evidence, very little of that
18  will have anything to do with Mr. Loveland.
19    Only three of the state's witnesses
20  will come in and testify and claim that Mr.
21  Loveland had any sort of agreement to buy
22  methamphetamine from any of these individuals.
23  Those individuals are Fabian Beltran, Johnny
24  Tambunga, Victor Ruiz.
25    All three of them have cut deals with

243

1  the government, and they will come in and they
2  will testify in order to cut their sentences,
3  hopefully by years.  And they want to go home.
4  They want to be with their families.  They have
5  every motivation to tell the government whatever
6  they would like to hear.
7    You will hear that they have a deal
8  that they must tell the truth.  If they don't tell
9  the truth, then they could forfeit their deal.
10  But the ultimate arbiter of the truth is the state
11  and what they believe happened.
12    One thing you will notice, hopefully,
13  is that their statements are inconsistent with one
14  another.  Their statements have been inconsistent
15  over time.  When they first come in and are
16  arrested they say one thing.  Then when they have
17  an opportunity to debrief with the government,
18  once they have cut a deal, they say something
19  else.
20    Over time the quantity of
21  methamphetamine that Mr. Loveland was supposedly
22  buying increases from one ounce a week to up to
23  two ounces a week.
24    Finally, one witness says:  Oh, no, it
25  was two to four ounces a week.

244

1    And there will be a number of other
2  inconsistencies that we'll point out as we go
3  through their testimony.
4    You have also heard that there are cell
5  phone records in this case that show that Mr.
6  Loveland did know, and have some contact, with
7  some individuals named in this case.  I can tell
8  you that in terms of the 40 calls that he had with
9  Mr. Beltran, roughly half of those took place
10  after Mr. Beltran was in custody.  So he was
11  obviously not making any sort of drug deals with
12  Mr. Beltran.
13    And you are not going to hear any sort
14  of recorded conversations.  The police never asked
15  Mr. Beltran to call Mr. Loveland and try to get
16  Mr. Loveland to implicate himself or try to set up
17  a deal that they could record.  You will not see
18  any surveillance.
19    You will not hear about Mr. Loveland
20  ever being found in possession of methamphetamine.
21  You will never hear about Mr. Loveland having been
22  found with large amounts of cash.  In fact, he --
23  at the time he was accused of this crime, he was
24  employed.
25    There was no evidence whatsoever that

245

1  he was living the type of lifestyle that you would
2  attribute to a drug dealer or associate with a
3  drug dealer, or any of the other characteristics
4  you may hear about some other people who will come
5  in and testify for the government in this case.
6          Nobody is going to come in and tell you
7  that Mr. Loveland ever gave them methamphetamine.
8  No one will come in and tell you that Mr. Loveland
9  ever sold them methamphetamine.
10         At the conclusion of the evidence, we
11  will ask you to return a not guilty verdict. It
12  is the only verdict that will be consistent with
13  the lack of evidence in this case.
14         I would like to thank you. I know that
15  this will take a great deal of your time and we
16  greatly appreciate it.
17         THE COURT: Thank you, Ms. Berglund.
18         Mr. Heineman.
19         OPENING STATEMENT BY DEFENDANT SANCHEZ
20         MR. HEINEMAN: Good afternoon, ladies and
21  gentlemen. I also, along with the other
22  attorneys, would like to thank you for your
23  service. It is very important to our system. And
24  we appreciate the fact that you're going to listen
25  very carefully to what is said over the next two

246

1  weeks and to scrutinize both the evidence and the
2  testimony that will be brought before you.
3          As you have heard from the government,
4  a bulk of their case is based on the testimony of
5  codefendants, codefendants who have -- are trying
6  to make a deal to get a lighter sentence.
7          As you will be instructed, their
8  testimony should be evaluated with caution.
9  They're in a box. They already admitted they're
10  guilty. Now they need the government to file a
11  motion on their behalf to state that they have
12  provided substantial assistance so they can get
13  that lighter sentence.
14         But, first, they must testify, and in
15  that testimony they must satisfy the government.
16  Of course, we in no way imply that the government
17  would ever tell anybody to do nothing but tell the
18  truth. However, you have heard the government's
19  attorney state what it believes occurred and how
20  everyone is involved, and the government expects,
21  from these codefendants, to testify in such a
22  manner that's going to support that story.
23         As you might guess, if the government
24  is not satisfied with how the individuals have
25  testified, they are not going to get that motion

247

1  for substantial assistance. They are not going to
2  get that reduction in sentence. It is from that
3  perspective that we always ask you to take great
4  caution when you listen to the testimony of these
5  individuals.
6          You are also going to learn that many
7  of the codefendants spoke with law enforcement
8  officers more than once. They obviously spoke
9  when they cut a deal, but that was mentioned by
10  one of my cocounsel. They also came in and spoke
11  before that. You're going to find out there is
12  much, much difference in their stories.
13         Mr. Sanchez and I just ask that you
14  listen carefully to the testimony, as well as all
15  the testimony of all the witnesses. We ask the
16  same of all the other evidence that is presented
17  to you. We ask that you scrutinize it, that you
18  judge it for what it is, and give it the weight
19  that it should be accorded.
20         We believe that you will take your jobs
21  very seriously. We know you will. And we hope
22  that you will see that the government meets its
23  burden, and that if it is to prove charges against
24  Mr. Sanchez, that it proves each one beyond a
25  reasonable doubt. Thank you very much.

248

1          THE COURT: Thank you very much,
2  Mr. Heineman.
3          THE COURT: Ms. Lamprecht, you may call
4  your first witness.
5          MS. LAMPRECHT: The United States calls
6  Fabian Beltran.
7          THE COURT: Mr. Beltran, would you please
8  come forward, step before the clerk.
9          If the witness is in cuffs, we'll have
10  to have that removed so he can --
11         THE MARSHAL: They're off.
12         THE COURT: Oh, I'm sorry. Raise your right
13  hand. I'm sorry. I didn't understand.
14         Proceed.
15         FABIAN BELTRAN,
16  having been first duly sworn to tell the whole
17  truth, testified as follows:
18         THE CLERK: Please state your complete name
19  and spell your last name for the record.
20         THE WITNESS: Fabian Beltran.
21         THE CLERK: Please spell your name for the
22  record.
23         (Witness writing his name.)
24         THE COURT: Well, can you just say it out
25  loud, sir?

249

1  THE WITNESS: Fabian Beltran.
2  THE COURT: Yes. Can you just spell it out
3 loud?
4  THE WITNESS: Oh. F-A-B-I-A-N.
5  THE COURT: And then your last name?
6  THE WITNESS: And Beltran is B-E-L-T-R-A-N.
7  THE COURT: All right. You may inquire,
8 Ms. Lamprecht.
9  MS. LAMPRECHT: Thank you, Your Honor.
10  DIRECT EXAMINATION
11 BY MS. LAMPRECHT:
12  Q. How old are you?
13  A. Twenty-three.
14  Q. Where were you born?
15  A. Phoenix, Arizona.
16  Q. And did you grow up there?
17  A. Yes.
18  Q. How far did you go in school?
19  A. Senior year.
20  THE INTERPRETER: Excuse me, Your Honor.
21 Can the court ask the witness to approach the
22 microphone?
23  THE COURT: Yes, I will.
24  Mr. Beltran, you need to slide closer
25 to the microphone. I think you might be able to

250

1 slide the microphone closer to you, as well. And
2 speak directly into the mic so we can all hear
3 you.
4  THE WITNESS: All right.
5  THE COURT: Thank you, Ms. Evans.
6  You may inquire, Ms. Lamprecht.
7 BY MS. LAMPRECHT:
8  Q. Did you graduate from high school?
9  A. No.
10  Q. What did you do your senior year of
11 high school?
12  A. I didn't finish high school. I dropped
13 out, got a job.
14  Q. What did you do?
15  A. I worked for General Assemblies.
16  Q. I'm sorry. You worked for General...
17  A. Assemblies.
18  Q. What did you do for General Assemblies?
19  A. Delivered for Sears.
20  Q. Did you do anything else?
21  A. And work at temp service agencies.
22  Q. Did you say "temp service agencies"?
23  A. Yes.
24  Q. And how did that work?
25  A. They called me for labor work. They

251

1 call me, I go anywhere and work wherever they send
2 me.
3  Q. And did they call you regularly or just
4 when they needed you? How did that happen?
5  A. When they needed somebody; or I call
6 in, see if there was any work.
7  Q. Did you work any particular months out
8 of the year?
9  A. Yes.
10  Q. What months were those that you worked?
11  A. Every month or other month. And then I
12 got another job at Del Monte, a seasonal job. I
13 worked, like, three months every season.
14  Q. Did you say Del Monte, you got a
15 seasonal job?
16  A. Yes.
17  Q. And what months did you work for
18 Del Monte?
19  A. From May to the beginning of September,
20 and then it stopped. And then it started the end
21 of September to the day before Thanksgiving.
22  Q. When you were living in Phoenix, did
23 you ever meet a person named Victor Ruiz?
24  A. Yes.
25  Q. How did you meet him?

252

1  A. My brother's -- my brother's friends.
2  Q. What kind of a relationship did you and
3 Victor have in 2011 and 2012?
4  A. Friends. Call each other, see how we
5 were doing.
6  Q. Were you close friends?
7  A. Yeah.
8  Q. Do you still have family in Phoenix?
9  A. Yes.
10  Q. How big is your family?
11  A. Big.
12  Q. How big is "big"? How many brothers
13 and sisters do you have?
14  A. I got eight brothers from a different
15 mom, and it's four of us from my mom's side.
16  Q. Do you have an older cousin whose name
17 is Jose?
18  A. Yes.
19  Q. What is your family relationship to
20 Jose?
21  A. It is my brother's cousin on my
22 stepbrother's side of the families.
23  Q. And is your stepmother related to him?
24  A. Yes.
25  Q. How is your stepmother related to him?

253

1    A.   It's his mom's sister.
2    Q.   And what is this -- what is your
3 cousin's full name?
4    A.   Jose Salazar.
5    Q.   Does he have a nickname?
6    A.   Yes.
7    Q.   What is it?
8    A.   Che.
9    Q.   And what is Che a nickname for in
10 Spanish?
11    A.   We just call him Che, Jose.
12    Q.   What do you call him?
13    A.   Jose or Che or Primo.
14    Q.   Primo is what in Spanish?
15    A.   Cousin.
16    Q.   What did other people call him?
17    A.   Jose or Che.
18    Q.   Do you see your cousin, Jose, whose
19 nickname is Che, here in the courtroom today?
20    A.   Yes.
21    Q.   Would you look around and point him out
22 and tell us what he is wearing?
23    A.   Wearing a white shirt with black
24 stripes.
25    Q.   And where is he sitting?

254

1    A.   Right there (indicating).
2    MS. LAMPRECHT:  May the record reflect that
3 the witness has identified the defendant, Jose
4 Guadalupe Salazar --
5    THE COURT:  The record --
6    MS. LAMPRECHT:  -- Sanchez.
7    THE COURT:  The record will reflect that the
8 person identified by the defendant [sic] is
9 Mr. Sanchez.
10    Proceed.
11 BY MS. LAMPRECHT:
12    Q.   Now, I'm going to ask you some
13 questions about your cousin, Jose or Che.  Would
14 you understand what I meant if I referred to him
15 as "Che"?
16    A.   Yeah.
17    Q.   Directing your attention to September
18 of 2011, did you have an opportunity to see your
19 cousin, Che?
20    A.   September 2011?  Yes.
21    Q.   How did that happen?
22    A.   Went down to Arizona.
23    Q.   I'm sorry?
24    A.   I went down to Arizona.
25    Q.   You went to Arizona?

255

1    A.   I went down to Arizona.
2    Q.   From where did you go down to Arizona?
3    A.   What do you mean?
4    Q.   I'm sorry.  I thought you lived in
5 Arizona.
6    A.   Yes.
7    Q.   Okay.  So in September of 2011, did you
8 go anywhere from Arizona?
9    A.   Oh, yes.
10    Q.   Where did you go?
11    A.   Idaho.
12    THE COURT:  Would you stay closer to the
13 microphone, please.
14 BY MS. LAMPRECHT:
15    Q.   And why did you come to Idaho?
16    A.   Just to come with him.  Just to come
17 with him, hang out.
18    Q.   Did you know anyone here?
19    A.   No.
20    Q.   You came without knowing anyone?
21    A.   Yeah.  Well, I knew my cousin, Jose.
22    Q.   And where was your cousin, Jose, in
23 September of 2011?
24    A.   Idaho.
25    THE COURT:  Just a moment.

256

1    Ms. Evans, can we position the witness
2 so you can better --
3    THE INTERPRETER:  Yes, Your Honor.  It would
4 help if I could see the witness when he testifies.
5    THE COURT:  Would it be helpful for you to
6 move or --
7    THE INTERPRETER:  No, if he just moves.
8    THE COURT:  You need to slide --
9    THE INTERPRETER:  Just a little bit; move
10 the microphone in.
11    THE COURT:  Yes.  All right.  Thank you very
12 much.  Please try to stay in that position so the
13 interpreter can see you.  Thank you.
14    Go ahead and proceed.
15 BY MS. LAMPRECHT:
16    Q.   So who did you stay with when you came
17 to Idaho?
18    A.   Jose.
19    Q.   And that's Che?
20    A.   Yes.
21    Q.   When you came to see Che in September
22 of 2011, was he using a different name besides Che
23 or Jose?
24    A.   Yes.
25    Q.   What name was he using?

**257**

1     A. Jesus Guadalupe Sanchez.
2     Q. Do you know why he was using the name
3 Jesus Guadalupe Sanchez?
4     A. Using it to go back and forth to
5 Mexico, visit his family.
6     Q. How did he happen to pick the name
7 Jesus Sanchez?
8     A. He bought an identity and he used it.
9     Q. To your knowledge, is your cousin a
10 United States citizen?
11     A. No.
12     Q. How long did you stay with your cousin,
13 Che or Jose, when you came to visit him in
14 September?
15     A. For, like, three weeks.
16     Q. And after that, where was he in Idaho
17 when you came to visit him?
18     A. In Nampa.
19     Q. What did you do after three weeks when
20 you left Nampa?
21     A. I went back home to Arizona.
22     Q. Did you go back to work?
23     A. Arizona.
24     Q. Yes, to Arizona. Did you go back to
25 work in Arizona?

**258**

1     A. Yes.
2     Q. While you were in Nampa, did you have
3 any experience with a drug called methamphetamine?
4     A. Yes.
5     Q. Where did you first hear about
6 methamphetamine when you were in Nampa, Idaho?
7     A. Jose's house.
8     Q. Who did you hear about it from?
9     A. Jose.
10     Q. What did he tell you?
11     A. He said this is what he was doing, is
12 selling. He showed me.
13     Q. Selling what?
14     A. Drugs.
15     Q. What kind of drugs?
16     A. Meth.
17     Q. And what did he show you?
18     A. A bag.
19     Q. What was in the bag?
20     A. Meth.
21     Q. How do you know it was meth?
22     A. He told me what it was.
23     Q. What did it look like?
24     A. Like crystals.
25     Q. Did you help Che with his

**259**

1 methamphetamine at all when you were here in
2 September?
3     A. No.
4     Q. Did you go with him anywhere when he
5 took methamphetamine with him?
6     A. Yes.
7     Q. Where did you go?
8     A. To Dawson's.
9     Q. Is that somebody's house?
10     A. Yes.
11     Q. And what did you do at that house?
12     A. We went to go deliver.
13     Q. Deliver what?
14     A. Meth.
15     Q. Did you go to anyone else's house while
16 you were here in September?
17     A. That and Mo's.
18     Q. What did you do at Mo's house?
19     A. Deliver.
20     Q. Delivered what?
21     A. Meth.
22     Q. And who carried the meth?
23     A. Jose.
24     Q. Did he get paid for it?
25     A. Yes.

**260**

1     Q. How much did he get paid? Do you know?
2     A. Twelve hundred.
3     Q. From each place?
4     A. Yes.
5     Q. Now, going to December of 2011, did you
6 come back to Idaho again?
7     A. Yes.
8     Q. How did you get to Idaho this time?
9     A. Jose.
10     Q. What kind of transportation did you and
11 Jose use?
12     A. A car, rented a car.
13     Q. Did anyone else come with you?
14     A. Yes.
15     Q. Who?
16     A. My little brother.
17     Q. And how old was he?
18     A. Seventeen.
19     Q. Where did you leave from in the rental
20 car?
21     A. From Arizona.
22     Q. And where did you get to when you got
23 to Idaho?
24     A. Got to Weiser -- Weiser. Weiser.
25     Q. Weiser. And where did you stay when

261

1   you got to Weiser?
2       A.  At a hotel.
3       Q.  How long did you stay in the hotel?
4       A.  A day or two.
5       Q.  Now, before you got to Weiser, did you
6   stop anywhere on the way to get anything?
7       A.  California.
8       Q.  Where in California?
9       A.  San Bernardino.
10      Q.  What happened in San Bernardino?
11      A.  We picked up some drugs.
12      Q.  Who picked up drugs?
13      A.  Jose.
14      Q.  What drugs did he pick up?
15      A.  Meth.
16      Q.  Did you see it?
17      A.  Yeah, until I got to Weiser.
18      Q.  What happened when you got it to
19  Weiser?
20      A.  He broke it down into ounces.
21      Q.  How did he break it down into ounces?
22      A.  With a scale and sandwich bags.
23      Q.  And then what did he do with it?
24      A.  He put it away.
25      Q.  After two days living in the hotel in

262

1   Weiser, where did you go?
2       A.  To a trailer.
3       Q.  I would like to show you what's been
4   marked as Government's Exhibit 2.  Do you see that
5   on your screen?
6       A.  Yes.
7       Q.  Do you recognize what that's a
8   photograph of?
9       A.  The trailer.
10      Q.  That's the trailer you went to with
11  your cousin, Jose?
12      A.  Yes.
13      MS. LAMPRECHT:  I would like to move that in
14  and show it to the jury, Your Honor.
15      THE COURT:  Any objection?
16      MS. BERGLUND:  None from Mr. Loveland.
17      MR. BORTON:  No, Your Honor.
18      MR. HEINEMAN:  No objection, Your Honor.
19      THE COURT:  Exhibit No. 2 will be admitted
20  and now published to the jury.
21      (Exhibit No. 2 admitted.)
22  BY MS. LAMPRECHT:
23      Q.  Did you see what Jose did with his
24  methamphetamine when you moved into the trailer?
25      A.  He storaged it.

263

1       Q.  Where did he store it?
2       A.  In the bathroom sink, in the bottom.
3       Q.  I would like to show you Government's
4   Exhibit 55.  Do you recognize what's in that
5   photo?
6       A.  Yes.
7       Q.  What is that?
8       A.  Bag.
9       Q.  Where is it?
10      A.  Under the sink.
11      Q.  What was kept in that bag?
12      A.  Drugs.
13      THE COURT:  Would you slide closer to the
14  microphone again?
15      THE WITNESS:  Drugs.
16      THE COURT:  Thank you.
17  BY MS. LAMPRECHT:
18      Q.  Who put the drugs in that bag?
19      A.  Jose.
20      Q.  I would like to show you what's been
21  marked as --
22      MS. LAMPRECHT:  I would like to move in
23  Government's Exhibit 55 first, Your Honor.
24      THE COURT:  Any objection?
25      MS. BERGLUND:  No objection.

264

1       MR. BORTON:  No, Your Honor.
2       THE COURT:  Mr. Heineman?
3       MR. HEINEMAN:  Objection, just from time
4   frame.  I'm not sure when this picture was taken
5   and how it relates to my client, because there
6   were times when my client was not around --
7       THE COURT:  Well --
8       MR. HEINEMAN:  -- the area.  So I'm --
9       THE COURT:  -- let's lay a foundation.  The
10  witness has testified as to who placed the drugs
11  there.  I think a time frame for that would be
12  appropriate.
13  BY MS. LAMPRECHT:
14      Q.  Is this what that bag looked like when
15  Che had methamphetamine in it when you were there
16  in December of 2011?
17      A.  Yes.
18      THE COURT:  All right.  The exhibit will be
19  admitted and published to the jury.
20      (Exhibit No. 55 admitted.)
21  BY MS. LAMPRECHT:
22      Q.  Now, you said that was underneath the
23  sink.  And there is a -- it looks like a board
24  that's pulled out.  Was that -- was that board
25  normally sticking out like that?

265

1    **A.** No.
2    **Q.** What did that usually look like?
3    **A.** It was level. It had a gap. Well, if
4    they would have got it -- they broke the board out
5    to get it out.
6    **Q.** So usually could you just put the
7    baggie in there through the gap and pull it out
8    through --
9    **A.** Yes.
10   **Q.** -- the back without making the board
11   come out?
12   **A.** Yes.
13   **Q.** Okay. Let me show you what's been
14   marked as Government's Exhibit 61. Do you
15   recognize what is being held in that photograph?
16   **A.** Yes.
17   **Q.** What is it?
18   **A.** Scale.
19   **Q.** Whose scale was that?
20   **A.** Jose's.
21   **Q.** What did he do with that scale?
22   **A.** He used it to weigh the meth.
23   **Q.** Is that what that scale looked like
24   when you were in the trailer in December of 2011?
25   **A.** Yes.

266

1    MS. LAMPRECHT: I would like to move
2    Government's Exhibit 61 into evidence and show it
3    to the jury.
4    THE COURT: Any objection?
5    MS. BERGLUND: No objection, Your Honor.
6    MR. BORTON: None, Your Honor.
7    MR. HEINEMAN: No objection, Your Honor.
8    THE COURT: That's 61, Counsel?
9    MS. LAMPRECHT: Yes, sir.
10   THE COURT: All right. 61 will be admitted
11   and published to the jury.
12   (Exhibit No. 61 admitted.)
13   BY MS. LAMPRECHT:
14   **Q.** Now, when he weighed the
15   methamphetamine, were you able to see what the
16   methamphetamine looked like?
17   **A.** What?
18   **Q.** When he weighed -- when Jose weighed
19   the methamphetamine, did you see what the
20   methamphetamine looked like?
21   **A.** Yes.
22   **Q.** What did it look like?
23   **A.** Crystals.
24   **Q.** Crystals?
25   **A.** Yes.

267

1    **Q.** Now, I would like to show you a
2    photograph of a person, which has been marked as
3    Government's Exhibit 4.
4    Do you recognize the person in that
5    photograph?
6    **A.** Yes.
7    **Q.** And how do you know that person?
8    **A.** Jose's friend.
9    **Q.** When did you meet the person in
10   Exhibit 4?
11   **A.** When I came in September.
12   **Q.** And who is that person?
13   **A.** Johnny.
14   MS. LAMPRECHT: I would like to move
15   Government's Exhibit 4 into evidence and show it
16   to the jury.
17   THE COURT: Any objection?
18   MS. BERGLUND: No objection, Your Honor.
19   MR. BORTON: None, Your Honor.
20   MR. HEINEMAN: No objection.
21   THE COURT: Exhibit 4 will be admitted and
22   now published to the jury.
23   (Exhibit No. 4 admitted.)
24   BY MS. LAMPRECHT:
25   **Q.** And you said when did you first meet

268

1    this person, Johnny?
2    **A.** Yes.
3    **Q.** Do you --
4    **A.** September.
5    **Q.** -- know Johnny's last name?
6    **A.** Tambunga.
7    **Q.** And where did you see him?
8    **A.** When I got to Boise. When I got out,
9    he was with Jose, picking me up.
10   **Q.** That was in September?
11   **A.** Yeah.
12   **Q.** Did you see him again in December?
13   **A.** Yes.
14   **Q.** Do you know if he helped your cousin
15   Jose with his methamphetamine business before or
16   during December of 2011?
17   **A.** Yes.
18   **Q.** And what did he do with respect to the
19   methamphetamine business?
20   **A.** He delivered for Jose while we were
21   gone.
22   **Q.** I'm sorry. He did what?
23   **A.** He delivered meth to Jose's clients
24   when we were gone.
25   **Q.** Okay. And whose clients would he

269

1  deliver to?
2       A.  To Jose's.  Jose's.
3       Q.  Jose's?  Do you know the names of some
4  of those clients?
5       A.  Yes.
6       Q.  Who were Jose's clients in December of
7  2011?
8       A.  Ben, Mario, Dawson, Mo, and Jim.
9       Q.  Now, in December of 2011, was there a
10 time when you and Jose and Johnny Tambunga went to
11 a bar?
12      A.  Yes.
13      Q.  Do you remember the name of the bar?
14      A.  No.
15      Q.  Do you remember who you met there?
16      A.  Yes.
17      Q.  Who?
18      A.  Ben.
19      Q.  And I would like to show you what's
20 been marked as Government's Exhibit 37.  Do you
21 recognize the person in that photograph?
22      A.  Yes.
23      Q.  Who is it?
24      A.  Ben.
25      Q.  And that's the Ben you met at the bar

270

1  in Weiser?
2       A.  Yes.
3       MS. LAMPRECHT:  I would like to move
4  Government's Exhibit 37 in and show it to the
5  jury.
6       THE COURT:  Any objection?
7       MS. BERGLUND:  No objection, Your Honor.
8       MR. BORTON:  None, Your Honor.
9       MR. HEINEMAN:  No objection.
10      THE COURT:  All right.  Exhibit 37 is
11 admitted and now published to the jury.
12           (Exhibit No. 37 admitted.)
13 BY MS. LAMPRECHT:
14      Q.  Were you present when Jose and Ben were
15 talking with each other?
16      A.  Yes.
17      Q.  What was their conversation about?
18      A.  He was trying to talk to Jose, to start
19 working with him.
20      Q.  And what did he want to work with him
21 at?
22      A.  Buying drugs off him, to resell.
23      Q.  What drugs did he want to buy?
24      A.  Meth.
25      Q.  Was -- what happened after you met at

271

1  the bar?
2       A.  They were drinking for a little bit and
3  then went back to the trailer.  They kept on
4  drinking.  I went to sleep after that.
5       Q.  Who went back to the trailer?
6       A.  Ben.
7       Q.  Anybody else?
8       A.  And Jose and me.
9       Q.  How about Johnny?
10      A.  I don't remember that he did went back.
11      Q.  Do you remember if Ben had a girlfriend
12 with him?
13      A.  Yes.
14      Q.  Do you remember her name?
15      A.  Amber.
16      Q.  I would like to show you what's been
17 marked as Government's Exhibit 38.  Do you
18 recognize the person in that photograph?
19      A.  Yes.
20      Q.  Who is that?
21      A.  Amber.
22      Q.  And that's the Amber that was with Ben
23 that night?
24      A.  Yes.
25      MS. LAMPRECHT:  I would like to move

272

1  Government's Exhibit 38 into evidence and show it
2  to the jury.
3       THE COURT:  Any objection?
4       MR. BORTON:  None, Your Honor.
5       MS. BERGLUND:  No objection.
6       MR. HEINEMAN:  No objection, Your Honor.
7       THE COURT:  All right.  Exhibit 38 will be
8  admitted and now published to the jury.
9           (Exhibit No. 38 admitted.)
10 BY MS. LAMPRECHT:
11      Q.  Now, after that night, how often did
12 you see Ben?
13      A.  Every two days.
14      Q.  And what was -- where did you see him?
15      A.  The trailer.
16      Q.  What did he come to the trailer for?
17      A.  To pick up drugs.
18      Q.  What drugs?
19      A.  Meth.
20      Q.  Do you know about how much he picked
21 up?
22      A.  Two ounces.
23      Q.  How do you know?
24      A.  Every bag weighed 2 ounces.
25      Q.  Every bag weighed 2 ounces or

273

```
1   every -- how much did Che weigh out the bags to
2   be?
3        A. An ounce each.
4        Q. So are you saying every bag is 1 ounce?
5        A. Every -- yeah.
6        Q. And how many bags would Ben get when he
7   came?
8        A. Two.
9        Q. In December, did you go with Jose,
10  ever, to deliver methamphetamine to his customers?
11       A. Yes.
12       Q. How often in December did you go with
13  Jose to deliver methamphetamine?
14       A. Twice.
15       Q. Who did you deliver to in December when
16  you went?
17       A. To Mario, Dawson, Jim, and Mo.
18       Q. Do you remember how much meth you took
19  to them back in December?
20       A. Took 2 ounces, 2-and-a-half, or 3.
21       Q. Well, how much did you take to Jim?
22       A. Two.
23       Q. How much did you take to Mo?
24       A. One.
25       Q. How much did you take to Dawson?
```

274

```
1        A. Two or two-and-a-half sometimes.
2        Q. And how about Mario?
3        A. Two.
4        Q. Did they pay you when you delivered the
5   methamphetamine to them?
6        A. Yes.
7        Q. And where was it that you delivered the
8   methamphetamine to them?
9        A. To their house.
10       Q. I would like to show you what's been
11  marked as Government's Exhibit 10. Do you
12  recognize what's in that photograph?
13       A. Yes.
14       Q. What is it?
15       A. Jim's house.
16       MS. LAMPRECHT: I would like to move
17  Government's Exhibit 10 into evidence and show it
18  to the jury.
19       THE COURT: Any objection?
20       MS. BERGLUND: No objection.
21       MR. BORTON: None, Your Honor.
22       MR. HEINEMAN: None, Your Honor.
23       THE COURT: Exhibit 10 will be admitted and
24  published to the jury.
25            (Exhibit No. 10 admitted.)
```

275

```
1   BY MS. LAMPRECHT:
2        Q. How many times have you been to that
3   house between December of 2011 and May of
4   2016 [sic]? Could you estimate?
5        A. Like 10, 15 times. I'm not sure how
6   many.
7        Q. What did you do when you went to that
8   house?
9        A. To deliver.
10       Q. Deliver what?
11       A. Meth.
12       Q. To whom?
13       A. To Jim.
14       Q. When you delivered meth to Jim at that
15  house, did you meet Jim personally?
16       A. Huh?
17       Q. Did you meet Jim, himself?
18       A. Yes.
19       Q. I would like you to look around the
20  courtroom and see if you see the person named Jim
21  that you delivered the methamphetamine to at that
22  house.
23       A. Yes.
24       Q. And where is he --
25       THE COURT: You need to slide closer to the
```

276

```
1   microphone again, please.
2        THE WITNESS: Right here (indicating.)
3   BY MS. LAMPRECHT:
4        Q. What does he have on?
5        A. A purple shirt.
6        MS. LAMPRECHT: I would like the record to
7   reflect that the witness has identified the
8   defendant, Jim Loveland.
9        THE COURT: From where Ms. Lamprecht is
10  seated, where is Jim at in the courtroom?
11       THE WITNESS: The -- at the end, next to the
12  lady in black; in purple between --
13       THE COURT: All right.
14       THE WITNESS: -- the prosecutor.
15       THE COURT: The record will reflect that the
16  witness has identified Mr. Loveland.
17       Proceed.
18  BY MS. LAMPRECHT:
19       Q. Who did the methamphetamine belong to
20  that you delivered to Jim?
21       A. To Jose.
22       Q. Did you collect money from Jim when you
23  delivered methamphetamine to him?
24       A. Yes.
25       Q. How much money would you collect from
```

United States Courts, District of Idaho

277

1  him when you went to his house?
2      **A.**  Like, 2,400.
3      **Q.**  Every time?
4      **A.**  Yes.
5      **Q.**  And you said you also delivered
6  methamphetamine that was -- that was Jose's to
7  Mario; is that correct?
8      **A.**  Yes.
9      **Q.**  Do you know Mario's last name?
10     **A.**  Martinez.
11     **Q.**  And do you know where Mario's house
12 was?
13     **A.**  Yes.
14     **Q.**  Where?
15     **A.**  I know it was in Nampa.  I don't know
16 the address, but I know Nampa.
17     **Q.**  Did you meet Mario when you delivered
18 methamphetamine to him?
19     **A.**  Yes.
20     **Q.**  I would like to show you what's been
21 marked as Government's Exhibit 11.  Do you
22 recognize the person in that photograph?
23     **A.**  Yes.
24     **Q.**  Who is that?
25     **A.**  Mario.

278

1      MS. LAMPRECHT:  I would like to move
2  Government's Exhibit 11 into evidence and show it
3  to the jury.
4      THE COURT:  Any objection?
5      MS. BERGLUND:  No objection.
6      MR. BORTON:  None, Your Honor.
7      MR. HEINEMAN:  None, Your Honor.
8      THE COURT:  Exhibit 11 will be admitted and
9  published to the jury.
10     (Exhibit No. 11 admitted.)
11 BY MS. LAMPRECHT:
12     **Q.**  How many times do you think you went to
13 Mario's house between December of 2011 and May of
14 2012?
15     **A.**  Like, ten times or a couple more.  I'm
16 not sure.
17     **Q.**  And what was the reason that you went
18 to his house ten times?
19     **A.**  To deliver.
20     **Q.**  Deliver what?
21     **A.**  Meth.
22     **Q.**  And whose meth was it?
23     **A.**  Jose's.
24     THE COURT:  Stay close to the microphone,
25 would you, please.  I'm sorry.  You're very

279

1  soft-spoken.  You need to keep the microphone
2  close.
3  BY MS. LAMPRECHT:
4      **Q.**  You mentioned the name Dawson.  How
5  many times did you go to Dawson's house to deliver
6  methamphetamine between December and May of 2012,
7  about?
8      **A.**  About the same; like, 10 to, like, 15
9  times.  I'm not sure.
10     **Q.**  What was the reason you went to
11 Dawson's house?
12     **A.**  Deliver.
13     **Q.**  Deliver what?
14     **A.**  Meth.
15     **Q.**  Did you meet Dawson when you delivered
16 methamphetamine to his house?
17     **A.**  Yes.
18     **Q.**  I would like to show you what's been
19 marked as Government's Exhibit 12.  Do you
20 recognize the person in that photograph?
21     **A.**  Yes.
22     **Q.**  Who is it?
23     **A.**  Dawson.
24     MS. LAMPRECHT:  I would like to move
25 Government's Exhibit 12 in and show the jury.

280

1      THE COURT:  Any objection?
2      MS. BERGLUND:  No objection.
3      MR. BORTON:  None, Your Honor.
4      MR. HEINEMAN:  None.
5      THE COURT:  Exhibit 12 will be admitted.
6      (Exhibit No. 12 admitted.)
7  BY MS. LAMPRECHT:
8      **Q.**  I would like to show you also what's
9  been --
10     THE COURT:  Just a moment.  Let me --
11     MS. LAMPRECHT:  I'm sorry.
12     THE COURT:  Okay.  Go ahead and proceed now.
13     MS. LAMPRECHT:  Sorry.
14 BY MS. LAMPRECHT:
15     **Q.**  Tell me, when you delivered
16 methamphetamine to Dawson, whose methamphetamine
17 was it?
18     **A.**  Jose's.
19     **Q.**  Did you collect money from Dawson?
20     **A.**  Yes.
21     **Q.**  How much did he give you?
22     **A.**  Like, 2,400.
23     **Q.**  Would it depend on how much
24 methamphetamine you delivered to him?
25     **A.**  Yes.

281

1    Q. I would like to show you what's been
2  marked as Government's Exhibit 13. Do you
3  recognize what's in Government's Exhibit 13?
4    A. Yes.
5    Q. What is it?
6    A. Dawson's house.
7    MS. LAMPRECHT: At this time I would like to
8  move Government's Exhibit 13 into evidence and
9  show it to the jury, Your Honor.
10    THE COURT: Any objection?
11    MS. BERGLUND: No objection.
12    MR. BORTON: None, Your Honor.
13    MR. HEINEMAN: No objection.
14    THE COURT: Exhibit 13 will be admitted and
15  published to the jury.
16    (Exhibit No. 13 admitted.)
17  BY MS. LAMPRECHT:
18    Q. Now, earlier you talked about when you
19  came in December and you brought methamphetamine
20  with you and you delivered to all of Jose's
21  customers.
22    A. Yes.
23    Q. When is the next time that you went --
24  after you came to Idaho, how long were you here
25  before you went to get more methamphetamine?

282

1    A. Like a week-and-a-half, two.
2    Q. So just a little after the middle of
3  December, you left again?
4    A. Yeah.
5    Q. Where did you go?
6    A. Went to -- went to Arizona first; and
7  then, from there, went to California and came
8  back.
9    Q. Who went with you?
10    A. Me, Jose, my little brother.
11    Q. And what happened in California?
12    A. Picked up more drugs.
13    Q. What kind of drugs did you pick up?
14    A. Meth.
15    Q. How much?
16    A. A pound or two.
17    Q. Do you remember?
18    A. No.
19    Q. And how long were you gone?
20    A. A couple days.
21    Q. What did you do with this meth when you
22  got it back to the trailer?
23    A. Cut it, weighed it, and put it away.
24  Made it into ounces.
25    Q. You say you saw him cut it. What do

283

1  you mean?
2    A. Cut the bag open and start weighing it,
3  and then they're ready.
4    Q. After he weighed it into ounces, what
5  did he do with it?
6    A. He put it away in the bag in the
7  bathroom.
8    Q. Where we have seen in the black bag in
9  the bathroom?
10    A. Yes.
11    Q. And after you brought this pound of
12  methamphetamine back, did you make any deliveries?
13    A. Yes.
14    Q. Who did you deliver to?
15    A. To the same people: Dawson, Mario, and
16  Jim.
17    Q. Dawson, Mo [sic] and Jim?
18    A. Yeah. And --
19    Q. And did --
20    A. -- Ben.
21    Q. -- you see Ben Vertner during this
22  time?
23    A. Yes.
24    Q. Where did you see him?
25    A. At the trailer.

284

1    Q. What was he doing at the trailer?
2    A. Came to pick up more drugs.
3    Q. After you -- did you collect money for
4  this pound of methamphetamine?
5    A. Yes.
6    Q. What did you do with the money that you
7  collected?
8    A. Put it away.
9    Q. Where did you put it?
10    A. In the bathroom, in the bag.
11    Q. Would there come a time when you would
12  do something with the money that you collected for
13  the methamphetamine?
14    A. When Jose was gone, I sent him money.
15    Q. You sent him money?
16    A. Yes.
17    Q. Did you ever take money with you when
18  you left?
19    A. Yes.
20    Q. And why would you do that?
21    A. Drop it off and get more.
22    Q. To get more methamphetamine?
23    A. Yes.
24    Q. How much money did you need to collect
25  before you could buy more methamphetamine?

285

1      **A.** Like, 10,000.
2      **Q.** Now, did you go anyplace for Christmas
3 that year?
4      **A.** Yes.
5      **Q.** Where did you go?
6      **A.** Mexico.
7      **Q.** And what -- did you go with anyone?
8      **A.** Yes.
9      **Q.** Who went with you?
10      **A.** Me, Jose, and my little brother.
11      **Q.** And what did you go to Mexico for?
12      **A.** For Christmas and New Year's.
13      **Q.** How did you travel?
14      **A.** Drove.
15      **Q.** What car?
16      **A.** Jose's Navigator.
17      **Q.** And when did you come back?
18      **A.** Like, the middle -- like, a week or
19 week-and-a-half after New Year's.
20      **Q.** So maybe before -- around the 10th of
21 January?
22      **A.** Yeah.
23      **Q.** On the way back, did you pick anything
24 up?
25      **A.** Yes.

286

1      **Q.** What?
2      **A.** Meth.
3      **Q.** How much?
4      **A.** Like, I think it was 2 pounds.
5      **Q.** Where did you get it?
6      **A.** In California.
7      **Q.** And who actually got the
8 methamphetamine?
9      **A.** Jose.
10      **Q.** Do you know the person that he was
11 getting it from?
12      **A.** No.
13      **Q.** In February of 2012, did you go with
14 Jose to buy something?
15      **A.** Yes.
16      **Q.** What did you go buy?
17      **A.** Guns.
18      **Q.** How many guns?
19      **A.** Two.
20      **Q.** What kind of guns -- well, who bought
21 them?
22      **A.** Jose.
23      **Q.** What kind of guns did he buy?
24      **A.** It was a .380 and a little .22.
25      **Q.** I would like to show you what's been

287

1 marked as Exhibit 18. Do you recognize what's in
2 that photo?
3      **A.** Yes.
4      **Q.** What is it?
5      **A.** A gun.
6      **Q.** Which one?
7      **A.** The .380.
8      **Q.** Is that the one that Che bought?
9      **A.** Yes.
10      **Q.** And do you recognize where that picture
11 is taken?
12      **A.** Yes.
13      **Q.** Where is it?
14      **A.** Under the couch in the living room.
15      **Q.** In the living room of what?
16      **A.** The trailer.
17      MS. LAMPRECHT: I would like to move
18 Government's Exhibit 18 into evidence and show it
19 to the jury.
20      THE COURT: Any objection?
21      MS. BERGLUND: No objection from
22 Mr. Loveland.
23      MR. HEINEMAN: No objection, Your Honor.
24      MR. BORTON: None, Your Honor.
25      THE COURT: All right. The exhibit will be

288

1 admitted and published to the jury.
2      (Exhibit No. 18 admitted.)
3      THE COURT: Counsel, was that 18, did you
4 say?
5      MS. LAMPRECHT: It was 18, yes.
6      If I could just have a minute,
7 Your Honor.
8      THE COURT: Yes.
9 BY MS. LAMPRECHT:
10      **Q.** I would like to show you what's been
11 marked as Government's Exhibit 22. Do you
12 recognize anything in that photograph?
13      **A.** Yes.
14      **Q.** What do you recognize?
15      **A.** The .22.
16      **Q.** Which .22?
17      **A.** The chrome one, and black.
18      **Q.** Okay. Well, first of all, let's look
19 at the lower one.
20      **A.** Yeah.
21      **Q.** Do you remember where that gun came
22 from?
23      **A.** Got it from Ben.
24      **Q.** And the one above it?
25      **A.** He bought it.

289

1 Q. Who bought it?
2 A. Jose.
3 MS. LAMPRECHT: Okay. I would like to move
4 Government's Exhibit 22 into evidence and show the
5 jury.
6 THE COURT: Any objection?
7 MS. BERGLUND: No objection.
8 MR. BORTON: None, Your Honor.
9 MR. HEINEMAN: I apologize, Your Honor. I
10 didn't hear where he said the first one came from.
11 THE COURT: Let's ask the question again.
12 BY MS. LAMPRECHT:
13 Q. Where did you say the first gun came
14 from?
15 A. The black one came from Ben.
16 Q. Ben -- do you know Ben's last name?
17 A. Vertner. Ben Vertner.
18 Q. And is that the Ben that you identified
19 before?
20 A. Yes.
21 Q. Okay.
22 MR. HEINEMAN: Thank you. No objection.
23 THE COURT: All right. Exhibit -- I'm
24 sorry. What was the number again, Counsel?
25 MS. LAMPRECHT: Exhibit 22, Your Honor.

290

1 THE COURT: -- 22 will be admitted and
2 published to the jury.
3 (Exhibit No. 22 admitted.)
4 BY MS. LAMPRECHT:
5 Q. Now, the lower one of those two
6 pistols, which one was that?
7 A. The black one.
8 Q. Where did it come from?
9 A. From Ben.
10 Q. Ben Vertner?
11 A. Yes.
12 Q. The upper pistol, the pistol that's
13 higher in the picture, where --
14 A. He bought that at the pawn shop.
15 Q. Where did you -- where did Che keep
16 these two Derringers in the --
17 A. In the closet.
18 Q. In the closet where?
19 A. The closet.
20 Q. I'm sorry. Where?
21 A. The top of the closet in the back room.
22 Q. Now, after Che bought these guns, did
23 he stay in town?
24 A. Huh?
25 Q. After he bought these guns in

291

1 February --
2 A. Yeah.
3 Q. -- did he stick around?
4 A. Yes.
5 Q. How long did he stay?
6 A. Like, a week or two.
7 Q. And what happened while he was here?
8 A. Nothing. Just wait 'til they call him.
9 Q. Well, let me ask you this: Did he make
10 any arrangements to make you part of his
11 methamphetamine business?
12 A. Not until we were down in Mexico.
13 Q. And when he went to Mexico, what was he
14 going to do about his customers?
15 A. Well, he told me if I wanted to come.
16 I said, "Sure." And I came. I drove all the way
17 over here with my little brother.
18 Q. All the way over from where?
19 A. Mexico.
20 Q. And what did you do when you got here?
21 A. I -- well, first, I went to California,
22 picked up meth, and then I brung it over here and
23 I distribute to customers.
24 Q. Okay. I'm confused. I'm talking about
25 February, and you went with -- with Che in

292

1 February to buy these guns.
2 A. Yes.
3 Q. In February, did you make a trip, did
4 you say?
5 A. No. We went down to Mexico; and he
6 stayed over there, and I drove back.
7 Q. Who stayed over?
8 A. Jose.
9 Q. Okay. And when you drove back, did you
10 get anything?
11 A. Yes.
12 Q. What did you get?
13 A. A pound of meth.
14 Q. And how did you know where to get it?
15 A. He gave me the number for some guy, and
16 I meet him up in California.
17 Q. Did you have to give him money?
18 A. No.
19 Q. How was the money arranged? Do you
20 know?
21 A. He sent it to people's bank accounts.
22 Q. The money was sent to people's bank
23 accounts?
24 A. (No audible response.)
25 Q. And did you and Che make any

293

1 arrangements for what was going to happen with Che
2 or Jose's customers while he was gone?
3     **A.** No. He just told me -- gave me some
4 money for bringing it over here and then help him
5 deliver.
6     **Q.** Did he talk to his customers with you
7 about whether you were going to be delivering for
8 him or not?
9     **A.** Yes.
10     **Q.** And were you with him when that
11 happened?
12     **A.** Yes.
13     **Q.** What did he tell them?
14     **A.** Told them that he was going to leave me
15 in charge for a couple of days or weeks.
16     **Q.** And who did he tell this to?
17     **A.** To Jim, Mario, Ben, Dawson, Mo.
18     **Q.** What did you do this time, when you got
19 the methamphetamine and brought it back yourself?
20 What did you do with it when you got back to
21 Idaho?
22     **A.** I got back, and then I broke it down to
23 ounces and -- with a scale. And then I put it
24 away under the trailer -- or under the bathroom
25 sink.

294

1     **Q.** Did you deliver any of it to anyone?
2     **A.** Yes.
3     **Q.** Who did you deliver it to?
4     **A.** To Mario, Dawson, Jim, Ben, and Mo.
5     **Q.** And where did Ben get it?
6     **A.** Hmm?
7     **Q.** Where did Ben get it?
8     **A.** Ben came over and picked it up.
9     **Q.** Now, how did Jim contact you when he
10 wanted methamphetamine?
11     **A.** He would call Jose, call me or call my
12 cell phone.
13     **Q.** And how did you contact Jim or Mario or
14 Dawson or Mo?
15     **A.** On my cell phone.
16     **Q.** What telephone were you using in
17 February of 2012?
18     **A.** It was my BlackBerry.
19     **Q.** Okay. I would like to show you
20 Government's Exhibit 15. Do you recognize what's
21 been marked as Government's Exhibit 15?
22     **A.** Yes.
23     **Q.** What is it?
24     **A.** My BlackBerry.
25     MS. LAMPRECHT: I would like to move

295

1 Government's Exhibit 15 into evidence.
2     THE COURT: Any objection?
3     MS. BERGLUND: No objection.
4     MR. BORTON: None, Your Honor.
5     MR. HEINEMAN: None, Your Honor.
6     THE COURT: Exhibit 15 will be admitted and
7 may be published to the jury, Ms. Lamprecht.
8     (Exhibit No. 15 admitted.)
9 BY MS. LAMPRECHT:
10     **Q.** Would you hold it up so the jury can
11 see it.
12     **A.** (Witness complied.)
13     **Q.** It's just a BlackBerry cell phone,
14 right?
15     **A.** (No audible response.)
16     **Q.** Can you hold it up a little higher?
17     **A.** (Witness complied.)
18     **Q.** Thank you.
19     Did you keep a contact list on that
20 telephone?
21     **A.** Yes.
22     **Q.** I would like to show you what's been
23 marked as Government's Exhibit 15A.
24     THE COURT: I'm sorry. I -- now you may
25 bring it up on the screen.

296

1 BY MS. LAMPRECHT:
2     **Q.** There is two pages to this exhibit. I
3 would like to show you both pages, if we can do
4 that.
5     **A.** Yeah.
6     MS. LAMPRECHT: Can we show him side by
7 side?
8     THE COURT: There is 15A and 15B. Is that
9 all part of 15A, Counsel?
10     MS. LAMPRECHT: No. 15B is something
11 different. 15A is two pages.
12     THE COURT: All right.
13 BY MS. LAMPRECHT:
14     **Q.** Well, let me ask you -- there is two
15 pages to this exhibit. Let's look at page 1
16 first.
17     Is that an accurate reproduction of the
18 contacts that you kept in your BlackBerry
19 telephone on page 1, or at least part of them?
20 Are those the people that you had in your phone?
21     **A.** Yes.
22     **Q.** Okay. And going down here to No. 8,
23 you have somebody that's M-O-O-O-O. Who is that?
24     **A.** That's Mo.
25     **Q.** That's Mo?

297

1  **A.** Yes.
2  **Q.** Going down --
3  THE COURT: Excuse me.
4  You need to stay close to the
5  microphone.
6  MS. LAMPRECHT: Oh, actually, Your Honor, at
7  this point, I would like to move Exhibit 15A, page
8  1, into evidence.
9  THE COURT: Any objection?
10 MS. BERGLUND: No objection.
11 MR. BORTON: None, Your Honor.
12 MR. HEINEMAN: None, Your Honor.
13 THE COURT: 15A -- I pushed the wrong
14 button. My apologies.
15 (Exhibit No. 15A admitted.)
16 BY MS. LAMPRECHT:
17 **Q.** And then I would like to move down to
18 No. 8, where you said -- there was an M-O-O-O.
19 And who did you say that was?
20 **A.** Mo.
21 **Q.** And that's the number you called when
22 you needed to get in touch with Mo?
23 **A.** Yes.
24 **Q.** And he was one of the customers you
25 have talked about; is that right?

298

1  **A.** Yes.
2  **Q.** Okay. Moving down to No. 10, do you
3  recognize who that person was?
4  **A.** That was Dawson.
5  **Q.** And is that one of the numbers you used
6  to get in touch with Dawson with?
7  **A.** Yes.
8  **Q.** And Dawson was also one of Che's
9  regular methamphetamine customers?
10 **A.** Yes.
11 **Q.** Okay. I would like to go to page 2 of
12 your contact list. And I'll ask you first if
13 that's a fair and accurate representation of the
14 contacts that you kept on your BlackBerry phone in
15 February, the second part of it.
16 Do you recognize those contacts?
17 **A.** Yes.
18 MS. LAMPRECHT: I would like to move
19 Government's -- page 2 of Government's Exhibit 15A
20 into evidence, Your Honor.
21 THE COURT: I think all of Exhibit 15A was
22 offered and admitted.
23 MS. LAMPRECHT: I wasn't sure, because we
24 had to do the two pages separately.
25 THE COURT: Okay.

299

1  MS. LAMPRECHT: Okay.
2  BY MS. LAMPRECHT:
3  **Q.** Looking at No. 14, who is -- who is
4  No. 14?
5  **A.** It was Ben.
6  **Q.** Ben who?
7  **A.** Vertner.
8  **Q.** And is that a number that you used to
9  contact Ben Vertner?
10 **A.** Yes.
11 **Q.** Okay. Going down to 16, who is Primo
12 Che?
13 **A.** That's Jose.
14 **Q.** Was that the telephone number he was
15 using for the phone he was using in February?
16 **A.** Yes.
17 **Q.** And going down now to No. 22, who is
18 that?
19 **A.** Jim.
20 **Q.** Number 22?
21 **A.** Twenty-two? Oh, that's Dawson.
22 **Q.** Is that the same Dawson you talked
23 about before?
24 **A.** Yes.
25 **Q.** Just another number for him?

300

1  **A.** Yes.
2  **Q.** Okay. Going down to 24, who is that?
3  **A.** Dawson.
4  **Q.** Same Dawson as before?
5  **A.** Yes.
6  **Q.** Okay. And finally, going down to 26,
7  who is that?
8  **A.** Jim.
9  **Q.** Is that the Jim that you testified is
10 in court here today?
11 **A.** Yes.
12 **Q.** Did you use that number to get in touch
13 with him to see if he wanted to have
14 methamphetamine?
15 **A.** Yes.
16 **Q.** Did you have another cellular telephone
17 that you used in 2012, after the BlackBerry?
18 **A.** Yes.
19 **Q.** And when did you get that cell
20 telephone?
21 **A.** Like, beginning of March.
22 **Q.** Was there an event that happened close
23 to the time that you bought that phone, that you
24 remember?
25 **A.** No. It was like -- I went to go pick

301

1 up Jose, and we ended up looking up on the
2 Internet, on Craigslist, and we found those phones
3 and bought them.
4 Q. I'm sorry. Say that again.
5 A. I said I went back to pick up Jose in
6 Arizona --
7 Q. You went back from Idaho to Arizona at
8 the end of February, are we talking about now?
9 A. Yeah.
10 Q. Okay. And what happened?
11 A. I picked him up. And then we were
12 looking for phones. I went on Craigslist and
13 found them.
14 Q. And so you bought another cellular
15 telephone?
16 A. Yes.
17 Q. And I would like to show you what's
18 been marked as Government's Exhibit 14. Do you
19 recognize what's in Exhibit 14?
20 A. Yes.
21 Q. What is it?
22 A. My cell phone.
23 Q. And how can you tell that that's your
24 cell phone?
25 A. It has a Samsung touch-screen phone.

302

1 Q. And is there anything about that phone
2 that makes you know it's yours?
3 A. It has a crack on the front screen.
4 Q. And how did the screen get cracked?
5 A. My friend Victor dropped it.
6 Q. Where did he drop it?
7 A. We were out in the desert, and he
8 dropped it on the floor and it cracked.
9 Q. And that was in what state?
10 A. Arizona.
11 Q. Okay. Now, you said you bought this
12 around the end of February. Did you have a family
13 event that you were down in Arizona for at the end
14 of February?
15 A. Yes.
16 Q. What was that?
17 A. My niece's quinceanera.
18 Q. And what's that?
19 A. It's like a sweet sixteen.
20 Q. Okay. And after that, did you come
21 back to Idaho?
22 A. Yes.
23 Q. Did you bring anyone with you?
24 A. I brung my little brother and Victor.
25 Q. And Victor is who?

303

1 A. Victor Ruiz.
2 Q. Before we get there, actually, I would
3 like to stay with the telephones a little bit.
4 Did you change your telephone number
5 when you got that new Samsung Galaxy?
6 A. Yes.
7 Q. And then did your number change --
8 well, did you get a new number from the telephone
9 company, or how did that work?
10 A. We got a -- when we came back over
11 here, I got a prepaid T-Mobile card.
12 Q. How did you keep in customers -- in
13 touch with your customers after you changed
14 phones?
15 A. I called them, that I had a new number.
16 Q. You said, "We called them"? Who is
17 "we"?
18 A. I said I called them.
19 Q. You called them?
20 A. Yeah.
21 Q. And told them you had a new number?
22 A. Yes.
23 Q. Do you know if anyone else called them
24 and told them that, too?
25 A. Jose.

304

1 Q. And that would be, also, Che?
2 A. Yes.
3 Q. Okay. And did you have Che listed as a
4 contact in your Samsung Galaxy?
5 A. Yes.
6 Q. I would like to show you what's been
7 marked as Government's Exhibit 14A. Do you
8 recognize what's in Government's Exhibit 14A?
9 A. Yes.
10 Q. And what is that?
11 A. It was Primo, Che.
12 Q. Those are -- I'm sorry?
13 A. Number 7?
14 Q. Oh. Well, first of all, what is
15 No. -- Exhibit 14?
16 A. Fourteen? That's my Samsung.
17 Q. Those are the contacts from your
18 Samsung?
19 A. Yes.
20 Q. Okay.
21 MS. LAMPRECHT: At this time, Your Honor, I
22 would like to move in Government's Exhibit 14, the
23 phone, and Government's Exhibit 14A, the contact
24 list, and show them to the jury.
25 THE COURT: Any objection, Counsel?

305

1    MR. HEINEMAN:  No objection.
2    MR. BORTON:  None, Your Honor.
3    MS. BERGLUND:  No objection.
4    THE COURT:  Fourteen and 14A will be
5 admitted and published to the jury.
6         (Exhibits Nos. 14, 14A admitted.)
7 BY MS. LAMPRECHT:
8    Q.  And going down to No. 7 on that contact
9 list, do you see -- who is Che Primo?
10   A.  Jose.
11   Q.  And that seems to be -- is that a
12 different phone number from the phone number you
13 had for him before?
14   A.  Yes.
15   Q.  Why did he change his phones?
16   A.  He just got a new chip, changed it.
17   Q.  He just changed it?
18   A.  Yeah.
19   Q.  Is 623 an Arizona area code?
20   A.  Yes.
21   Q.  And so now we were talking about your
22 second trip to Arizona at the end of February.
23 And you said you came back with Victor.
24   A.  Yes.
25   Q.  And that is Victor who?

306

1    A.  Ruiz.
2    Q.  What car were you driving?
3    A.  Ben's car.
4    Q.  Were you driving Ben's car that time?
5    A.  Yes.
6    Q.  And what did you pick up?
7    A.  I picked up --
8    Q.  Well, first of all, let me ask you
9 this:  How was it that you were driving Ben's car
10 in February?
11   A.  We traded cars; waste gas.
12   Q.  So when you went down there, you went
13 to your niece's birthday party?
14   A.  When I went down the first time, that
15 was me and my little brother.
16   Q.  Okay.  This is not the time you traded
17 cars, then?
18   A.  No.
19   Q.  When you went down -- I'm sorry.  I'm
20 going back to your niece's birthday party, when
21 you went down that time.
22   A.  When I went down, I was in Jose's
23 Navigator.
24   Q.  Okay.
25   A.  We went down, were there for the 24th

307

1 and 25th, or there Saturday, Sunday, and Monday;
2 and I drove back over here.
3    Q.  Did you do anything while --
4    THE COURT:  Just a moment.
5         You said "over here"?
6    THE WITNESS:  Back to Idaho.
7    MS. LAMPRECHT:  Thank you, Your Honor.
8 BY MS. LAMPRECHT:
9    Q.  Did you do anything while you were
10 there with respect to methamphetamine?
11   A.  Yes.
12   Q.  What did you do?
13   A.  Picked up 2 pounds of meth.
14   Q.  And did you have any money to pay for
15 those 2 ounces?
16   A.  Yes.
17   Q.  How much?
18   A.  Oh, I just picked them up and had no
19 money to pay the guy.  I just picked it up from
20 some guy.
21   Q.  How did you know what guy to pick it up
22 from?
23   A.  I called him on my phone.
24   Q.  How did you know who to call?
25   A.  He gave me the number.  Jose gave me

308

1 the number.  And I called him, and I met him up in
2 the neighborhood, and we -- he just give it to me
3 and I left.
4    Q.  He gave you methamphetamine or money?
5    A.  The methamphetamine.
6    Q.  Did you give him money?
7    A.  Huh?
8    Q.  Did you give him money?
9    A.  No.
10   Q.  How much methamphetamine did you get
11 from this guy?
12   A.  It was 2 pounds.
13   Q.  And what did you do with it?
14   A.  Put it away in the car, in the back cup
15 holder.
16   Q.  In the back cup holder of the Lincoln
17 Navigator?
18   A.  Yes.
19   Q.  And when you came back with this
20 methamphetamine, who -- did you bring anyone with
21 you?
22   A.  Huh?
23   Q.  Did you bring anyone with you when you
24 drove --
25   A.  Yes.

309

1    **Q.** -- back?
2    **A.** Victor and my little brother.
3    **Q.** Okay. And that's Victor Ruiz?
4    **A.** Yes.
5    **Q.** I would like to show you what's been
6 marked as Exhibit 6.
7       Do you recognize the person in
8 Exhibit 6?
9    **A.** Yes.
10    **Q.** Who is that?
11    **A.** Victor.
12    **Q.** Victor Ruiz?
13    **A.** Yes.
14    **Q.** Okay.
15       MS. LAMPRECHT: I would like to move
16 Exhibit 6 and show it to the jury, Your Honor.
17       THE COURT: Any objection to Exhibit 6?
18       MS. BERGLUND: No objection.
19       MR. BORTON: None, Your Honor.
20       MR. HEINEMAN: No objections.
21       THE COURT: Exhibit 6 will be admitted and
22 is now published to the jury.
23       (Exhibit No. 6 admitted.)
24 BY MS. LAMPRECHT:
25    **Q.** Okay. So you came back at the end of

310

1 February, the beginning of March, with Victor?
2    **A.** Yes.
3    **Q.** Did you deliver methamphetamine to any
4 of your customers when you got back?
5    **A.** Yes.
6    **Q.** Did you also pick up money?
7    **A.** Yes.
8    **Q.** Did you take anyone with you when you
9 made these deliveries?
10    **A.** Yes.
11    **Q.** Who did you take with you?
12    **A.** Victor.
13    **Q.** Did he go with you all the time?
14    **A.** No.
15    **Q.** Just to some?
16    **A.** Yes.
17    **Q.** Well, let me ask you this: Was Victor
18 involved in Che's meth business or what you were
19 doing with methamphetamine?
20    **A.** No.
21    **Q.** What was he there for?
22    **A.** He just came for the ride and hang out.
23    **Q.** And when you were driving back from
24 Phoenix with Victor in the car, did he know there
25 was methamphetamine in the car when you left?

311

1    **A.** Yes.
2    **Q.** How did he find out?
3    **A.** Told him.
4    **Q.** Why did you tell him?
5    **A.** Told him -- I didn't know who I was
6 coming back with and -- didn't know.
7    **Q.** Okay. So -- but he wasn't involved in
8 the meth business, himself?
9    **A.** No.
10    **Q.** When you picked up money from these
11 customers again, who got the money?
12    **A.** I did.
13    **Q.** And what did you do with it?
14    **A.** Put it away in the bag under the sink.
15    **Q.** And where did it go after you put it in
16 the bag under the sink?
17    **A.** After that, I drove back to Arizona,
18 picked up Jose.
19    **Q.** Did you bring money with you?
20    **A.** Yes.
21    **Q.** How much money did you take with you?
22    **A.** It was, like, 12- -- 12-, 15,000.
23    **Q.** And what happened with Victor?
24    **A.** I dropped him off at his house.
25    **Q.** How long were you in Arizona before you

312

1 and Che started back for Idaho?
2    **A.** Two days -- or a day or two.
3    **Q.** What did you do with the $12,000 you
4 brought with you?
5    **A.** Went back to California and picked up
6 more, and he gave the money to some guy.
7    **Q.** Where in California did you go?
8    **A.** In San Bernardino.
9    **Q.** And this was with Che?
10    **A.** Yes.
11    **Q.** And how much did you pick up?
12    **A.** Like, 2 pounds.
13    **Q.** Okay. And now let me ask you this:
14 Before you came back with Victor, what car did you
15 decide to drive?
16    **A.** I asked Ben for his black Fusion, see
17 if we could borrow. He said yes.
18    **Q.** Why did you want to borrow Ben's black
19 Fusion?
20    **A.** The Navigator wastes too much gas.
21    **Q.** So did Ben agree to trade with you?
22    **A.** Yes.
23    **Q.** Did anybody come over with him when you
24 traded cars with him?
25    **A.** His girlfriend, Amber.

313

1     Q. Okay. So you then -- after you picked
2 up the pound of methamphetamine on your way back,
3 what did you do when you and Jose, or Che, got
4 back to Idaho?
5     A. The same. He broke it down, weighed
6 it, and put it in bags and put it away in the
7 bottom of the sink.
8     Q. Now, this would be around mid-March of
9 2012?
10     A. Like --
11     Q. Did you make another trip to pick up
12 methamphetamine in March or early April?
13     A. No.
14     Q. Okay. What happened in April?
15     A. In April, we went down to Mexico.
16     Q. Who went down to Mexico?
17     A. Me, Jose, and my little brother.
18     Q. How long did you stay there?
19     A. Like, two weeks, almost three.
20     Q. And then what happened?
21     A. We came back.
22     Q. Came back to where?
23     A. From Mexico.
24     Q. Came back from Mexico, and where did
25 you go from Mexico?

314

1     A. Well, we came in the bus to Arizona,
2 and then we picked up his truck that was in the
3 shop getting fixed and drove back over here.
4     THE COURT: Counsel, we're right at the
5 point we take the evening recess, but I'll let you
6 go for a few more minutes if that will --
7     MS. LAMPRECHT: I think --
8     THE COURT: -- let you wrap up.
9     MS. LAMPRECHT: If I could just ask a couple
10 more questions.
11 BY MS. LAMPRECHT:
12     Q. You drove back here. Did you bring
13 anyone with you?
14     A. Just me, Jose, my little brother.
15     Q. Okay. And then in April, did you go
16 back to Arizona -- oh. Did you pick anything up
17 on the way?
18     A. No.
19     Q. Okay. Did you go back to Arizona in
20 April?
21     A. In April, yes.
22     Q. Okay. Who went with you?
23     A. Me, my little brother, Jose.
24     Q. And what happened when you went the
25 second time?

315

1     A. We drove back the end of April. It was
2 just me, Jose, Victor.
3     Q. So you're saying at the end of -- at
4 the end of April, you drove down and picked up
5 Victor and came back?
6     A. Yes.
7     Q. And who came back with you then?
8     A. Me, Jose, Victor, my Uncle Victorio.
9     MS. LAMPRECHT: That's probably a good
10 stopping point.
11     THE COURT: All right.
12     Ladies and gentlemen, we will take the
13 evening recess. As I noted, our trial calendar or
14 trial day from this point forward, I think with
15 one exception next week, will be 8:30 to 2:30.
16 We'll just have two 15-minute breaks during the
17 course of the day and then be in recess for the
18 day at 2:30.
19     As we take -- and please plan on giving
20 yourself plenty of time to get here. Traffic can
21 be difficult that time of the morning; plus, with
22 the slick roads, it could be an additional
23 challenge. And if any one juror is late, then
24 obviously we can't start. So please try to be
25 here a few minutes early.

316

1 I'll again admonish you not to discuss
2 the case among yourselves or with anyone else, and
3 not to form or express any opinions about the
4 case.
5     Again, as we discussed earlier, that
6 applies to all manner of publicity. Don't
7 talk to anyone or make any comments about the
8 case, either in person, on the phone, by email,
9 text message, Twitter, Facebook, any other type of
10 social media. Just put it out of your mind.
11     Also, don't consult any outside
12 reference materials, including Internet-based
13 materials, about the case.
14     And finally, be extremely careful to
15 avoid all contact with the attorneys, the
16 witnesses, and the parties as you leave the
17 courthouse this evening and return tomorrow
18 morning.
19     Proceed directly to the fifth floor
20 jury assembly room, and remain there until you're
21 summoned. But don't loiter in any other portions
22 of the courthouse or parking lots of the
23 courthouse.
24     We will be in recess until 8:30
25 tomorrow morning.
    (Court recessed at 5:02 p.m.)

R E P O R T E R' S   C E R T I F I C A T E

I, Tamara I. Hohenleitner, Official Court Reporter, State of Idaho, do hereby certify:

That I am the reporter who transcribed the proceedings had in the above-entitled action in machine shorthand and thereafter the same was reduced into typewriting under my direct supervision; and

That the foregoing transcript contains a full, true, and accurate record of the proceedings had in the above and foregoing cause.

IN WITNESS WHEREOF, I have hereunto set my hand March 4, 2013.

-s-
Tamara I. Hohenleitner
Official Court Reporter
CSR No. 619

## $

**$1,000** [2] - 222:16, 222:19
**$1,200** [1] - 200:17
**$1,300** [1] - 203:6
**$1,600** [1] - 208:19
**$1,815** [1] - 225:18
**$10,000** [3] - 205:14, 206:19, 207:16
**$12,000** [1] - 312:3
**$2,400** [2] - 200:17, 201:16
**$2,500** [1] - 220:24
**$2,600** [1] - 220:4
**$24,000** [2] - 201:16, 222:1, 222:9
**$300** [1] - 225:20
**$400** [1] - 209:19
**$5,000** [1] - 198:17
**$900** [2] - 219:21, 225:25

## 1

**1** [4] - 273:4, 296:15, 296:19, 297:8
**1,800** [1] - 217:7
**10** [19] - 201:25, 202:23, 203:21, 204:8, 206:17, 210:19, 212:10, 213:8, 214:5, 215:6, 222:4, 224:21, 274:11, 274:17, 274:23, 274:25, 275:5, 279:8, 298:2
**10,000** [1] - 285:1
**10th** [1] - 285:20
**11** [4] - 277:21, 278:2, 278:8, 278:10
**12** [6] - 279:19, 279:25, 280:5, 280:6, 311:22
**13** [6] - 234:20, 281:2, 281:3, 281:8, 281:14, 281:16
**14** [8] - 169:2, 299:3, 299:4, 301:18, 301:19, 304:15, 304:22, 305:6
**14A** [5] - 304:7, 304:8, 304:23, 305:4, 305:6
**14th** [1] - 215:1
**15** [10] - 224:9, 233:25, 234:9, 275:5, 279:8, 294:20, 294:21, 295:1, 295:6, 295:8
**15,000** [1] - 311:22
**15-minute** [1] - 315:16

**15A** [9] - 295:23, 296:8, 296:9, 296:11, 297:7, 297:13, 297:15, 298:19, 298:21
**15B** [2] - 296:8, 296:10
**15th** [1] - 218:20
**16** [2] - 205:13, 299:11
**16th** [2] - 180:5, 180:18
**17** [1] - 217:7
**18** [5] - 287:1, 287:18, 288:2, 288:3, 288:5

## 2

**2** [13] - 262:4, 262:19, 262:21, 272:24, 272:25, 273:20, 286:4, 298:11, 298:19, 307:13, 307:15, 308:12, 312:12
**2,400** [2] - 277:2, 280:22
**2-and-a-half** [1] - 273:20
**20** [2] - 170:2, 206:6
**20-odd** [1] - 230:8
**2011** [23] - 180:5, 199:4, 199:16, 201:3, 201:17, 223:2, 224:9, 225:12, 252:3, 254:18, 254:20, 255:7, 255:23, 256:22, 260:5, 264:16, 265:24, 268:16, 269:7, 269:9, 275:3, 278:13
**2012** [20] - 180:5, 180:17, 180:18, 199:5, 208:18, 210:11, 210:15, 223:2, 223:16, 224:5, 224:9, 224:13, 231:15, 252:3, 278:14, 279:6, 286:13, 294:17, 300:17, 313:9
**2013** [1] - 169:2
**2016** [1] - 275:4
**208** [1] - 223:25
**22** [10] - 286:24, 288:11, 288:15, 288:16, 289:4, 289:25, 290:1, 290:3, 299:17, 299:20

**22nd** [1] - 225:1
**23rd** [1] - 225:2
**24** [1] - 300:2
**24th** [1] - 306:25
**25** [3] - 195:5, 196:8, 196:12
**250** [1] - 219:22
**25A** [3] - 195:5, 196:8, 196:12
**25th** [1] - 307:1
**26** [6] - 195:5, 195:6, 196:8, 196:13, 219:9, 300:6
**28.45** [1] - 219:8
**2:15** [1] - 220:7
**2:30** [2] - 315:15, 315:18

## 3

**3** [1] - 273:20
**30** [3] - 215:13, 224:7, 224:8
**31** [1] - 195:9
**31A** [3] - 195:10, 196:8, 196:13
**31J** [4] - 195:10, 195:11, 196:9, 196:13
**31st** [1] - 223:15
**37** [4] - 269:20, 270:4, 270:10, 270:12
**38** [5] - 217:1, 271:17, 272:1, 272:7, 272:9
**380** [2] - 286:24, 287:7
**3rd** [1] - 180:17

## 4

**4** [5] - 267:3, 267:10, 267:15, 267:21, 267:23
**40** [2] - 224:11, 244:8
**403** [1] - 240:7
**41.51** [1] - 216:25
**450** [1] - 219:22

## 5

**5** [1] - 219:22
**50** [2] - 221:9
**53.79** [1] - 221:7
**55** [4] - 200:13, 263:4, 263:23, 264:20
**5:02** [1] - 316:25

## 6

**6** [6] - 309:6, 309:8, 309:16, 309:17,

309:21, 309:23
**6.22** [1] - 218:15
**61** [5] - 265:14, 266:2, 266:8, 266:10, 266:12
**623** [2] - 223:10, 305:19

## 7

**7** [2] - 304:13, 305:8

## 8

**8** [2] - 296:22, 297:18
**85** [1] - 216:2
**8:30** [2] - 315:15, 316:24
**8th** [2] - 236:2, 236:4

## 9

**9** [1] - 195:2
**90** [1] - 216:3
**902** [1] - 175:1
**902.11** [1] - 175:7
**9A** [3] - 195:1, 196:7, 196:12
**9B** [1] - 195:3
**9C** [1] - 195:3
**9D** [1] - 195:3
**9E** [3] - 195:3, 196:8, 196:12
**9th** [1] - 223:16

## A

**abetted** [2] - 181:7, 182:9
**abetting** [1] - 181:10
**able** [8] - 205:2, 226:24, 227:6, 227:11, 233:14, 249:25, 266:15
**absent** [2] - 169:3, 234:11
**absolute** [1] - 190:3
**absolutely** [4] - 190:18, 192:1, 229:8, 230:17
**accomplish** [1] - 180:11
**accorded** [1] - 247:19
**account** [2] - 222:23, 223:1
**accounts** [4] - 188:19, 198:18, 292:21, 292:23
**accurate** [2] - 296:17, 298:13

**accused** [1] - 244:23
**act** [3] - 171:12, 181:6, 186:13
**acted** [1] - 181:20, 182:3
**acting** [1] - 182:15
**activities** [1] - 231:19
**activity** [2] - 211:9, 231:21
**acts** [2] - 171:12, 181:6
**addition** [2] - 179:17, 197:24
**additional** [2] - 239:9, 315:22
**address** [5] - 169:12, 171:16, 173:10, 189:5, 277:16
**admissible** [3] - 175:9, 176:2, 241:15
**admission** [4] - 174:7, 175:12, 194:19, 195:20
**admit** [1] - 235:6
**admitted** [44] - 174:4, 183:16, 183:21, 193:16, 194:22, 194:25, 196:7, 196:9, 196:13, 231:14, 240:16, 246:9, 262:19, 262:21, 264:19, 264:20, 266:10, 266:12, 267:21, 267:23, 270:11, 270:12, 272:8, 272:9, 274:23, 274:25, 278:8, 280:6, 281:14, 281:16, 288:1, 288:2, 290:1, 290:3, 295:6, 295:8, 297:15, 298:22, 305:5, 305:6, 309:21, 309:23
**admonish** [2] - 234:5, 316:1
**advance** [2] - 227:4, 227:8
**advice** [1] - 182:16
**afternoon** [8] - 196:20, 218:20, 220:5, 220:7, 228:6, 234:5, 242:11, 245:20
**agencies** [2] - 250:21, 250:22
**ago** [1] - 191:11
**agree** [3] - 178:14,

183:5, 312:21

**agreed** [7] - 197:9, 209:12, 218:19, 218:20, 221:24, 225:7, 225:8

**agreement** [9] - 180:6, 180:10, 198:6, 203:4, 230:7, 230:11, 230:13, 232:6, 242:21

**agreements** [1] - 197:9

**ahead** [4] - 176:22, 233:24, 256:14, 280:12

**aided** [3] - 181:7, 181:16, 182:9

**aiding** [1] - 181:9

**Allen** [1] - 179:2

**allow** [3] - 169:15, 238:3, 240:1

**alluding** [1] - 191:6

**almost** [3] - 206:6, 230:21, 313:19

**alone** [1] - 204:12

**Amber** [16] - 198:4, 202:25, 204:5, 207:12, 208:5, 210:12, 210:25, 211:10, 211:12, 211:17, 224:19, 226:9, 271:15, 271:21, 271:22, 312:25

**amount** [2] - 201:12, 218:14

**amounts** [2] - 210:17, 244:22

**Amy** [8] - 198:8, 211:12, 214:5, 214:11, 214:23, 215:5, 215:13, 219:3

**answer** [1] - 185:25

**answered** [4] - 185:20, 185:21, 229:21, 232:25

**anyplace** [1] - 285:2

**apartment** [3] - 210:12, 210:14, 211:13

**apologies** [1] - 297:14

**apologize** [2] - 173:11, 289:9

**appear** [1] - 190:8

**appeared** [1] - 191:13

**Applebee's** [1] - 221:12

**applies** [6] - 187:19, 188:5, 188:7, 193:15, 194:11,

316:6

**apply** [1] - 178:13

**appreciate** [2] - 245:16, 245:24

**approach** [2] - 217:18, 249:21

**approached** [1] - 188:13

**appropriate** [3] - 228:2, 228:15, 264:12

**April** [12] - 210:23, 211:5, 211:7, 211:10, 313:12, 313:14, 313:15, 314:15, 314:20, 314:21, 315:1, 315:4

**arbiter** [1] - 243:10

**area** [3] - 223:24, 264:8, 305:19

**argue** [2] - 170:16, 171:7

**argument** [1] - 173:3

**arguments** [2] - 183:9, 194:13

**Arizona** [34] - 201:4, 201:18, 203:9, 204:12, 204:14, 205:11, 206:19, 207:8, 236:6, 249:15, 254:22, 254:24, 254:25, 255:1, 255:2, 255:5, 255:8, 257:21, 257:23, 257:24, 257:25, 260:21, 282:6, 301:6, 301:7, 302:10, 302:13, 305:19, 305:22, 311:17, 311:25, 314:1, 314:16, 314:19

**arm** [1] - 218:8

**arranged** [7] - 199:6, 201:6, 207:9, 207:10, 220:3, 220:5, 292:19

**arrangements** [2] - 291:10, 293:1

**arrest** [2] - 169:18, 218:18

**arrested** [8] - 217:24, 218:1, 221:14, 221:23, 224:14, 229:11, 243:16

**arrived** [2] - 212:9, 220:20

**Assemblies** [2] - 250:15, 250:18

**assemblies** [1] -

250:17

**assembly** [1] - 316:20

**assist** [4] - 192:20, 193:11, 233:19, 238:6

**assistance** [4] - 182:16, 230:22, 246:12, 247:1

**assisted** [1] - 226:10

**assists** [1] - 230:23

**associate** [1] - 245:2

**associated** [1] - 181:23

**assume** [4] - 175:2, 238:8, 240:18, 241:25

**assumptions** [1] - 193:9

**attention** [5] - 191:15, 192:7, 227:5, 233:12, 254:17

**attentive** [1] - 192:14

**attorney** [1] - 246:19

**attorneys** [6] - 183:9, 183:10, 191:7, 194:12, 245:22, 316:15

**attribute** [1] - 245:2

**audible** [2] - 292:24, 295:15

**audio** [1] - 177:11

**avoid** [6] - 190:7, 190:9, 190:12, 191:7, 191:25, 316:15

## B

**B-E-L-T-R-A-N** [1] - 249:6

**bad** [1] - 233:10

**bag** [23] - 212:18, 212:19, 212:20, 216:17, 216:19, 217:1, 218:9, 222:7, 258:18, 258:19, 263:8, 263:11, 263:18, 264:14, 272:24, 272:25, 273:4, 283:2, 283:6, 283:8, 284:10, 311:14, 311:16

**baggie** [1] - 265:7

**baggies** [4] - 201:15, 201:16, 217:21, 222:6

**bags** [4] - 261:22, 273:1, 273:6, 313:6

**bailiff** [1] - 189:13

**ball** [1] - 240:13

bank [4] - 198:17, 222:22, 292:21, 292:22

**banks** [1] - 216:4

**Bar** [1] - 202:19

**bar** [6] - 202:22, 202:25, 269:11, 269:13, 269:25, 271:1

**barbecue** [1] - 214:7

**base** [2] - 193:3, 202:3

**based** [7] - 187:17, 189:2, 192:4, 193:10, 196:5, 246:4, 316:12

**basis** [4] - 170:1, 200:1, 200:11, 237:22

**baskets** [2] - 231:24, 232:1

**bathroom** [8] - 212:21, 218:5, 222:7, 263:2, 283:7, 283:9, 284:10, 293:24

**battery** [1] - 177:13

**became** [2] - 191:1, 203:4

**becomes** [3] - 169:22, 172:22, 235:22

**bed** [1] - 184:20

**bedroom** [1] - 214:8

**began** [1] - 228:16

**begin** [1] - 193:22

**beginning** [7] - 180:4, 206:17, 211:8, 211:22, 251:19, 300:21, 310:1

**begins** [2] - 185:6, 240:9

**behalf** [1] - 246:11

**believable** [1] - 187:1

**believes** [1] - 246:19

**belong** [1] - 276:19

**BELTRAN** [1] - 248:15

**Beltran** [28] - 198:8, 198:24, 201:19, 220:2, 220:4, 220:19, 220:22, 220:23, 221:11, 221:17, 221:22, 221:24, 223:4, 223:18, 224:10, 224:12, 232:12, 242:23, 244:9, 244:10, 244:12, 244:15, 248:6, 248:7, 248:20, 249:1, 249:6, 249:24

**Ben** [92] - 202:14,

202:17, 202:20, 203:3, 203:4, 203:14, 204:1, 204:6, 204:8, 204:9, 207:1, 207:5, 207:10, 207:11, 207:12, 208:1, 208:15, 209:3, 209:12, 209:16, 209:20, 210:8, 210:11, 210:15, 210:24, 211:1, 211:10, 211:11, 211:19, 213:7, 213:10, 213:13, 213:17, 214:1, 214:4, 214:8, 214:10, 214:18, 215:2, 215:5, 215:7, 215:10, 216:15, 216:20, 217:3, 217:8, 217:12, 217:15, 217:24, 218:18, 218:23, 219:11, 219:23, 220:7, 220:18, 220:22, 221:5, 224:22, 225:12, 226:1, 226:16, 226:17, 236:18, 269:8, 269:18, 269:24, 269:25, 270:14, 271:6, 271:11, 271:22, 272:12, 273:6, 283:20, 283:21, 288:23, 289:15, 289:16, 289:17, 289:18, 290:9, 290:10, 293:17, 294:4, 294:5, 294:7, 294:8, 299:5, 299:6, 299:9, 312:16, 312:21

**Ben's** [9] - 202:25, 204:3, 214:11, 214:12, 289:16, 306:3, 306:4, 306:9, 312:18

**benefits** [2] - 229:4, 232:14

**Benjamine** [3] - 197:21, 202:10, 202:11

**Berglund** [5] - 175:13, 227:19, 242:1, 242:7, 245:17

**BERGLUND** [22] - 175:14, 195:22, 227:20, 242:2,

242:9, 242:11, 262:16, 263:25, 266:5, 267:18, 270:7, 272:5, 274:20, 278:5, 280:2, 281:11, 287:21, 289:7, 295:3, 297:10, 305:3, 309:18
**Bernardino** [5] - 201:21, 207:20, 261:9, 261:10, 312:8
**best** [1] - 227:2
**better** [4] - 190:2, 191:17, 209:5, 256:2
**between** [19] - 180:6, 184:8, 185:9, 199:4, 202:17, 208:17, 223:14, 223:15, 224:4, 224:8, 224:11, 230:7, 236:13, 275:3, 276:12, 278:13, 279:6
**beyond** [9] - 172:16, 179:16, 180:2, 180:16, 181:10, 182:2, 237:20, 239:10, 247:24
**bias** [1] - 186:22
**big** [5] - 210:14, 252:10, 252:11, 252:12
**bigger** [1] - 212:19
**biggest** [1] - 208:10
**bills** [1] - 220:25
**birth** [1] - 198:16
**birthday** [3] - 205:13, 306:13, 306:20
**bit** [6] - 196:21, 202:9, 205:10, 206:2, 210:17, 256:9, 271:2, 303:3
**biweekly** [2] - 199:25, 200:11
**black** [10] - 214:15, 222:7, 253:23, 276:12, 283:8, 288:17, 289:15, 290:7, 312:16, 312:18
**BlackBerry** [8] - 223:6, 223:17, 294:18, 294:24, 295:13, 296:18, 298:14, 300:17
**blogs** [1] - 188:3
**blue** [1] - 216:16
**board** [4] - 264:23, 264:24, 265:4,

265:10
**Bob** [1] - 225:5
**body** [1] - 218:6
**Boise** [2] - 200:3, 268:8
**Boone** [1] - 225:5
**born** [1] - 249:14
**borrow** [2] - 312:17, 312:18
**Borton** [6] - 169:6, 175:15, 196:1, 227:20, 227:22, 233:22
**BORTON** [22] - 169:8, 175:16, 195:25, 227:23, 228:4, 228:6, 262:17, 264:1, 266:6, 267:19, 270:8, 272:4, 274:21, 278:6, 280:3, 281:12, 287:24, 289:8, 295:4, 297:11, 305:2, 309:19
**Borton's** [1] - 228:1
**bottom** [2] - 263:2, 313:7
**bought** [15] - 198:17, 237:6, 239:16, 257:8, 286:20, 287:8, 288:25, 289:1, 290:14, 290:22, 290:25, 300:23, 301:3, 301:14, 302:11
**box** [1] - 246:9
**break** [7] - 173:17, 190:14, 227:25, 233:24, 233:25, 234:5, 261:21
**breaking** [1] - 228:2
**breaks** [1] - 315:16
**brief** [7] - 170:7, 173:7, 173:12, 179:21, 230:4, 235:24
**briefly** [1] - 234:15
**Bring** [1] - 219:24
**bring** [15] - 191:2, 199:6, 201:22, 207:21, 219:23, 228:12, 234:23, 237:23, 241:23, 295:25, 302:23, 308:20, 308:23, 311:19, 314:12
**bringing** [4] - 191:18, 199:15, 234:17, 293:4

**brings** [1] - 179:10
**broke** [4] - 261:20, 265:4, 293:22, 313:5
**brother** [11] - 201:19, 260:16, 282:10, 285:10, 291:17, 302:24, 306:15, 309:2, 313:17, 314:14, 314:23
**brother's** [3] - 252:1, 252:21
**brothers** [2] - 252:12, 252:14
**brought** [18] - 178:24, 199:5, 199:10, 202:17, 203:11, 204:15, 207:16, 209:2, 211:24, 214:5, 219:4, 220:21, 221:2, 246:2, 281:19, 283:11, 293:19, 312:4
**brung** [2] - 291:22, 302:24
**bulk** [1] - 246:4
**burden** [1] - 247:23
**bus** [1] - 314:1
**business** [14] - 175:8, 175:24, 198:18, 199:1, 200:19, 208:2, 210:5, 210:16, 224:23, 268:15, 268:19, 291:11, 310:18, 311:8
**button** [1] - 297:14
**buy** [16] - 202:5, 206:20, 210:24, 220:3, 220:8, 220:10, 220:16, 221:15, 236:1, 242:21, 272:23, 284:25, 286:14, 286:16, 286:23, 292:1
**buying** [6] - 208:15, 209:15, 209:16, 209:17, 243:22, 270:22
**buys** [1] - 231:11
**BY** [37] - 196:17, 228:5, 242:10, 245:19, 249:11, 250:7, 254:11, 255:14, 256:15, 262:22, 263:17, 264:13, 264:21, 266:13, 267:24, 270:13, 272:10,

275:1, 276:3, 276:18, 278:11, 279:3, 280:7, 280:14, 281:17, 288:9, 289:12, 290:4, 295:9, 296:1, 296:13, 297:16, 299:2, 305:7, 307:8, 309:24, 314:11

---

# C

**calendar** [1] - 315:13
**California** [12] - 201:21, 207:20, 212:1, 261:7, 261:8, 282:7, 282:11, 286:6, 291:21, 292:16, 312:5, 312:7
**Campbell** [6] - 197:22, 209:25, 210:4, 210:9, 211:4
**cannot** [2] - 185:21, 185:22
**car** [29] - 191:9, 198:18, 206:10, 214:12, 214:22, 215:22, 215:25, 216:4, 216:6, 216:7, 216:13, 216:14, 217:7, 217:11, 217:18, 220:10, 260:12, 260:20, 285:15, 306:2, 306:3, 306:4, 306:9, 308:14, 310:24, 310:25, 312:14
**card** [1] - 303:11
**cards** [1] - 229:2
**careful** [3] - 192:1, 227:8, 316:14
**carefully** [5] - 197:17, 197:19, 202:20, 245:25, 247:14
**carried** [1] - 259:22
**carry** [1] - 232:7
**carrying** [2] - 218:9, 218:24
**cars** [4] - 207:11, 306:11, 306:17, 312:24
**case** [55] - 169:23, 170:20, 177:6, 177:16, 178:11, 178:15, 178:24, 179:23, 182:14, 183:8, 186:4, 186:6, 186:21, 187:15, 187:17, 187:18, 187:20, 187:24,

188:1, 188:6, 188:12, 188:15, 188:20, 188:24, 189:17, 190:20, 190:23, 191:10, 192:13, 193:15, 194:12, 197:8, 198:12, 227:9, 228:8, 230:16, 230:17, 234:6, 234:7, 237:14, 240:9, 240:10, 240:13, 244:5, 244:7, 245:5, 245:13, 246:4, 316:2, 316:4, 316:8, 316:13
**cases** [3] - 170:24, 172:7, 227:6
**cash** [4] - 205:14, 222:9, 237:7, 244:22
**casino** [2] - 212:1, 212:6
**Catlin** [1] - 172:11
**caution** [4] - 232:17, 240:25, 246:8, 247:4
**Cavazos** [6] - 198:8, 211:12, 214:5, 214:11, 214:23, 219:4
**cavity** [1] - 217:22
**cell** [10] - 223:3, 223:15, 244:4, 294:12, 294:15, 295:13, 300:19, 301:22, 301:24
**cellular** [2] - 223:5, 300:16, 301:14
**certain** [2] - 174:7, 194:19
**certainly** [4] - 172:12, 173:11, 235:13, 240:13
**certificate** [1] - 198:16
**certificates** [2] - 175:2, 175:8
**challenge** [1] - 315:23
**chance** [1] - 173:10
**change** [5] - 177:24, 209:9, 303:4, 303:7, 305:15
**changed** [3] - 303:13, 305:16, 305:17
**Chapman** [1] - 208:9
**characteristics** [1] - 245:3
**charge** [4] - 204:20, 205:7, 234:18, 293:15
**charged** [7] - 179:5,

197:7, 228:9, 228:11, 229:23, 230:2

**charges** [6] - 178:25, 179:8, 179:10, 179:14, 240:11, 247:23

**chart** [1] - 176:19

**chase** [1] - 216:1

**chat** [1] - 188:3

**Che** [99] - 198:21, 198:23, 198:25, 199:5, 199:14, 199:18, 199:21, 199:24, 200:4, 200:16, 200:21, 200:23, 201:4, 201:13, 201:17, 201:21, 202:7, 202:9, 202:15, 202:17, 202:19, 203:3, 203:6, 203:8, 203:17, 203:19, 203:24, 204:7, 204:13, 204:17, 204:21, 205:3, 205:8, 205:16, 205:25, 206:18, 207:16, 207:18, 207:20, 207:24, 208:4, 208:8, 211:22, 212:4, 212:12, 212:24, 213:3, 213:22, 213:23, 221:19, 222:21, 222:24, 223:7, 223:23, 223:24, 224:3, 224:16, 224:18, 227:15, 236:1, 236:4, 236:9, 236:10, 236:19, 237:5, 239:15, 253:8, 253:9, 253:11, 253:13, 253:17, 253:19, 254:13, 254:15, 254:19, 256:19, 256:21, 256:22, 257:13, 258:25, 264:15, 273:1, 287:8, 290:15, 290:22, 291:25, 292:25, 293:1, 299:12, 304:1, 304:3, 304:11, 305:9, 312:1, 312:9, 313:3

**Che's** [10] - 198:20, 203:5, 204:14,

213:5, 213:25, 220:20, 223:15, 224:1, 298:8, 310:18

**check** [1] - 176:15

**chemist** [1] - 216:24

**Chemist** [2] - 218:13, 221:7

**Chevy** [3] - 214:16, 216:10, 220:18

**chip** [1] - 305:16

**chooses** [1] - 194:7

**Christmas** [4] - 203:10, 203:18, 285:2, 285:12

**chrome** [1] - 288:17

**chronologically** [1] - 227:3

**circumstances** [1] - 173:2

**circumstantial** [6] - 183:25, 184:3, 184:9, 184:24, 185:7, 185:10

**cited** [2] - 170:24, 172:7

**citizen** [1] - 257:10

**claim** [1] - 242:20

**clean** [1] - 209:5

**clear** [8] - 171:15, 216:13, 237:15, 238:1, 241:8, 241:10, 241:14, 241:20

**clearly** [3] - 233:15, 237:21, 238:10

**clerk** [1] - 248:8

**CLERK** [2] - 248:18, 248:21

**Clevenger** [2] - 208:10, 210:2

**client** [4] - 228:8, 235:7, 264:5, 264:6

**clients** [4] - 268:23, 268:25, 269:4, 269:6

**Clifford's** [2] - 201:25, 222:4

**clip** [1] - 225:18

**close** [13] - 192:7, 227:12, 232:8, 237:24, 239:1, 239:11, 240:15, 241:18, 252:6, 278:24, 279:2, 297:4, 300:22

**closer** [5] - 249:24, 250:1, 255:12, 263:13, 275:25

**closet** [4] - 290:17, 290:18, 290:19, 290:21

**closing** [1] - 194:13

**clue** [1] - 169:25

**Coblentz** [6] - 198:4, 210:13, 211:2, 211:3, 226:13, 226:14

**Coblentz's** [1] - 211:13

**coconspirator** [1] - 232:5

**cocounsel** [2] - 173:12, 247:10

**code** [2] - 223:24, 305:19

**codefendant** [1] - 226:13

**codefendants** [9] - 219:15, 229:18, 230:19, 231:4, 233:18, 246:5, 246:21, 247:7

**coincidence** [1] - 228:18

**collect** [10] - 206:23, 210:6, 210:9, 210:17, 211:6, 276:22, 276:25, 280:19, 284:3, 284:24

**collected** [6] - 205:15, 207:2, 225:23, 225:25, 284:7, 284:12

**collecting** [1] - 225:24

**coming** [2] - 173:14, 311:6

**commanded** [1] - 181:17

**comment** [3] - 189:24, 189:25, 190:24

**commentary** [1] - 188:19

**comments** [3] - 233:16, 233:17, 316:7

**commission** [1] - 181:7

**commit** [3] - 181:6, 181:18, 182:4

**committed** [2] - 181:13, 182:8

**committing** [1] - 181:24

**common** [2] - 170:22, 187:5

**communicate** [3] - 187:22, 187:23, 189:12

**communicating** [2] - 188:5, 188:7

**communication** [2] - 188:4, 316:6

**company** [1] - 303:9

**compared** [1] - 223:13

**compel** [1] - 182:13

**complete** [2] - 172:18, 248:18

**completed** [2] - 181:21, 187:14

**completely** [1] - 191:23

**complicated** [1] - 230:9

**complied** [2] - 295:12, 295:17

**components** [1] - 228:19

**con** [1] - 210:7

**concluded** [1] - 226:17

**conclusion** [1] - 245:10

**conduct** [2] - 187:11, 231:1

**conducted** [1] - 200:20

**confused** [1] - 291:24

**connection** [2] - 172:5, 238:11

**consciously** [1] - 172:24

**consider** [8] - 178:8, 182:23, 183:1, 183:7, 183:22, 185:6, 186:4, 193:2

**consideration** [2] - 193:13, 227:8

**considered** [2] - 183:20, 197:17

**considering** [1] - 186:10

**consistent** [2] - 228:13, 245:12

**consists** [1] - 183:2

**conspiracy** [15] - 170:11, 171:11, 171:13, 179:3, 179:25, 196:23, 197:6, 198:1, 198:4, 198:7, 199:11, 200:6, 228:10, 230:3, 233:2

**constituting** [1] - 181:6

**consult** [1] - 316:11

**consulting** [1] - 188:21

**contact** [16] - 188:17, 191:7, 191:25, 192:2, 223:8,

223:20, 244:6, 294:9, 294:13, 295:19, 298:12, 299:9, 304:4, 304:23, 305:8, 316:15

**contacts** [6] - 224:4, 224:8, 296:18, 298:14, 298:16, 304:17

**contained** [4] - 179:9, 222:10, 223:7, 223:18

**context** [3] - 169:17, 172:18, 240:4

**continue** [2] - 224:23, 230:10

**continued** [4] - 202:23, 204:1, 210:23, 213:7

**contradicted** [1] - 186:25

**control** [4] - 177:21, 182:12, 185:14, 193:19

**controlled** [2] - 220:8, 231:11

**convening** [1] - 169:4

**conversation** [4] - 220:14, 224:25, 226:11, 270:17

**conversations** [1] - 244:14

**convictions** [2] - 197:14, 197:21

**cooked** [1] - 214:7

**cooperate** [3] - 197:10, 218:19, 221:25

**cooperating** [1] - 215:24

**cooperation** [1] - 197:12

**cops** [1] - 216:8

**copy** [2] - 176:18, 176:25

**core** [1] - 240:9

**corner** [1] - 212:18

**correct** [8] - 174:8, 175:13, 195:19, 195:22, 195:25, 196:2, 236:14, 277:7

**couch** [1] - 287:14

**Counsel** [6] - 175:11, 195:19, 266:8, 289:24, 296:9, 304:25

**counsel** [11] - 175:7, 190:12, 194:5, 194:8, 194:17,

196:6, 196:10,
227:24, 233:24,
288:3, 314:4
**counseled** [1] -
181:17
**count** [2] - 179:3,
179:5
**couple** [8] - 211:3,
219:19, 232:3,
232:23, 278:15,
282:20, 293:15,
314:9
**courage** [1] - 233:11
**course** [12] - 170:11,
171:13, 174:21,
177:23, 187:21,
197:25, 198:3,
202:14, 206:25,
221:2, 246:16,
315:17
**Court** [1] - 316:25
**court** [19] - 169:12,
172:13, 176:2,
177:23, 183:13,
188:17, 189:11,
192:15, 193:1,
193:5, 196:18,
197:16, 198:13,
224:19, 224:20,
230:4, 232:16,
249:21, 300:10
**court's** [2] - 241:8,
241:10
**courthouse** [3] -
316:17, 316:22,
316:23
**courtroom** [3] -
253:19, 275:20,
276:10
**cousin** [18] - 198:24,
199:6, 199:17,
201:18, 207:24,
223:9, 252:16,
252:21, 253:15,
253:18, 254:13,
254:19, 255:21,
255:22, 257:9,
257:12, 262:11,
268:14
**cousin's** [1] - 253:3
**crack** [1] - 302:3
**cracked** [2] - 302:4,
302:8
**Craig** [1] - 197:23
**Craigslist** [2] - 301:2,
301:12
**crawl** [1] - 219:3
**creating** [1] - 235:16
**credibility** [1] - 228:21
**Crescent** [1] - 202:19

**crime** [8] - 181:7,
181:21, 181:24,
182:2, 182:9, 228:9,
229:25, 244:23
**crimes** [2] - 179:22,
235:21
**criminal** [3] - 178:24,
182:14, 189:21
**critical** [2] - 190:18,
238:14
**cross** [3] - 173:13,
194:6, 194:8
**cross-examine** [2] -
194:6, 194:8
**crystals** [7] - 216:25,
218:15, 219:9,
221:8, 258:24,
266:23, 266:24
**cuff** [1] - 189:22
**cuffs** [2] - 248:9
**cup** [2] - 308:14,
308:16
**custodian** [1] - 175:9
**custody** [1] - 244:10
**customer** [5] - 203:6,
205:6, 210:1, 215:18
**customers** [36] -
199:22, 199:24,
200:9, 200:22,
201:8, 202:10,
203:5, 203:13,
203:25, 204:9,
206:22, 206:23,
207:5, 208:1, 208:7,
208:10, 211:21,
213:5, 213:21,
213:25, 215:2,
215:8, 215:13,
273:10, 281:21,
291:14, 291:23,
293:2, 293:6,
297:24, 298:9,
303:12, 303:13,
310:4, 311:11
**customers'** [1] -
204:18
**cut** [8] - 209:13,
242:25, 243:2,
243:18, 247:9,
282:23, 282:25,
283:2

---

# D

**D-O-S-E-N** [1] -
223:22
**David** [1] - 216:24
**Dawson** [29] - 200:13,
200:16, 201:13,
203:14, 204:25,

206:25, 213:6,
214:2, 223:21,
269:8, 273:17,
273:25, 279:4,
279:15, 279:23,
280:16, 280:19,
283:15, 283:17,
293:17, 294:4,
294:14, 298:4,
298:6, 298:8,
299:21, 299:22,
300:3, 300:4
**Dawson's** [4] - 259:8,
279:5, 279:11, 281:6
**day-and-a-half** [1] -
231:25
**days** [13] - 190:5,
191:18, 205:25,
207:2, 219:19,
226:21, 228:14,
232:24, 261:25,
272:13, 282:20,
293:15, 312:2
**deal** [11] - 173:3,
173:5, 209:12,
221:11, 243:7,
243:9, 243:18,
244:17, 245:15,
246:6, 247:9
**dealer** [2] - 245:2,
245:3
**dealers** [1] - 235:18
**dealing** [2] - 224:24,
236:14
**deals** [2] - 242:25,
244:11
**debrief** [1] - 243:17
**debt** [1] - 225:25
**December** [19] -
199:4, 201:17,
224:9, 260:5,
264:16, 265:24,
268:12, 268:16,
269:6, 269:9, 273:9,
273:12, 273:15,
273:19, 275:3,
278:13, 279:6,
281:19, 282:3
**decide** [9] - 178:12,
178:15, 185:11,
186:7, 187:13,
187:16, 189:17,
192:12, 312:15
**deciding** [4] - 182:2,
183:8, 186:4, 186:6
**decision** [3] - 182:14,
192:4, 193:3
**declare** [3] - 190:5,
190:17, 191:2
**defendant** [31] -

179:24, 180:9,
180:18, 180:21,
181:3, 181:5, 181:8,
181:15, 181:20,
181:23, 182:3,
182:8, 182:9,
182:13, 182:15,
182:19, 182:22,
182:24, 193:14,
193:16, 193:17,
194:5, 194:7,
198:13, 200:2,
208:15, 227:16,
227:17, 254:3,
254:8, 276:8
**DEFENDANT** [3] -
228:5, 242:10,
245:19
**Defendant** [1] -
180:12
**defendant's** [2] -
182:16, 189:23
**defendants** [12] -
179:1, 179:8,
179:11, 179:13,
179:15, 179:17,
193:12, 193:18,
193:20, 197:13,
231:3, 231:7
**defense** [4] - 174:12,
175:6, 194:9, 196:19
**Del** [3] - 251:12,
251:14, 251:18
**deliberate** [2] - 178:9,
194:14
**deliberation** [1] -
188:7
**deliberations** [3] -
177:21, 182:21,
187:15
**deliver** [32] - 180:24,
199:22, 200:5,
200:8, 204:9,
208:24, 211:1,
211:2, 211:4, 213:4,
213:12, 228:10,
230:3, 259:12,
259:13, 259:19,
269:1, 273:10,
273:13, 273:15,
275:9, 275:10,
278:19, 278:20,
279:5, 279:12,
279:13, 283:14,
293:5, 294:1, 294:3,
310:3
**delivered** [26] - 200:4,
208:22, 209:21,
213:5, 213:6, 213:7,
213:21, 213:25,

214:1, 214:2,
250:19, 259:20,
268:20, 268:23,
274:4, 274:7,
275:14, 275:21,
276:20, 276:23,
277:5, 277:17,
279:15, 280:15,
280:24, 281:20
**deliveries** [4] - 204:20,
205:8, 283:12, 310:9
**delivering** [2] - 208:8,
293:7
**delivery** [2] - 213:1,
213:10
**demeanor** [1] - 186:19
**demonstrated** [1] -
230:25
**Denali** [1] - 220:19
**denied** [1] - 225:17
**Dennis** [1] - 179:2
**deposited** [1] - 222:25
**Derringers** [1] -
290:16
**describes** [1] - 179:10
**desert** [1] - 302:7
**despite** [1] - 242:14
**detailed** [1] - 177:20
**Detective** [5] - 218:21,
219:6, 219:12,
221:5, 225:6
**determine** [2] -
177:24, 193:14
**device** [2] - 218:25,
220:13
**dictionaries** [1] -
188:21
**difference** [3] - 184:8,
233:14, 247:12
**differences** [1] -
209:11
**different** [9] - 174:19,
213:9, 230:2,
232:22, 235:2,
252:14, 256:22,
296:11, 305:12
**differs** [1] - 193:7
**difficult** [1] - 315:21
**digital** [1] - 222:8
**direct** [8] - 183:24,
183:25, 184:8,
184:14, 185:6,
185:10, 236:13
**DIRECT** [1] - 249:10
**directed** [2] - 205:17
**directing** [1] - 254:17
**directly** [9] - 184:15,
202:15, 208:17,
209:13, 209:16,
237:24, 250:2,

316:19
**discovered** [1] - 199:11
**discuss** [7] - 172:2, 173:15, 173:21, 188:16, 227:11, 234:5, 316:1
**discussed** [4] - 182:20, 189:18, 234:2, 316:5
**discussing** [1] - 188:1
**dislikes** [1] - 178:17
**dismantled** [1] - 199:12
**disproportionately** [1] - 173:1
**disregard** [5] - 178:2, 183:11, 186:2, 186:5, 193:6
**disregarding** [1] - 193:16
**distinction** [1] - 185:9
**distract** [1] - 192:13
**distracting** [1] - 240:8
**distribute** [16] - 179:4, 179:6, 180:1, 180:7, 180:14, 180:22, 180:23, 181:4, 181:13, 181:19, 182:5, 197:7, 201:7, 202:3, 203:24, 291:23
**distributed** [2] - 201:11, 203:12
**distributing** [3] - 208:1, 208:3, 215:12
**distribution** [1] - 209:9
**ditched** [1] - 216:4
**documents** [6] - 175:3, 195:9, 222:11, 222:12, 222:16, 222:18
**dole** [1] - 215:7
**dollars** [1] - 217:7
**done** [3] - 171:12, 183:14, 215:12
**door** [1] - 218:8
**Dosen** [1] - 223:22
**doubt** [6] - 179:16, 180:3, 180:16, 181:11, 182:3, 247:25
**down** [40] - 174:25, 184:22, 201:4, 203:19, 204:12, 207:8, 207:15, 208:4, 228:15, 229:9, 229:20, 254:22, 254:24,

255:1, 255:2, 261:20, 261:21, 291:12, 292:5, 293:22, 296:22, 297:2, 297:17, 298:2, 299:11, 299:17, 300:2, 300:6, 302:13, 305:8, 306:12, 306:14, 306:19, 306:21, 306:22, 306:25, 313:5, 313:15, 313:16, 315:4
**drawn** [1] - 182:18
**drinking** [3] - 202:23, 271:2, 271:4
**drive** [5] - 206:5, 206:12, 207:11, 207:12, 312:15
**driver's** [2] - 206:12, 214:17
**driving** [9] - 206:5, 207:12, 217:16, 217:25, 220:20, 306:2, 306:4, 306:9, 310:23
**drop** [2] - 284:21, 302:6
**dropped** [7] - 207:17, 218:8, 234:19, 250:12, 302:5, 302:8, 311:24
**drops** [1] - 184:11
**drove** [15] - 204:13, 214:12, 214:15, 220:18, 285:14, 291:16, 292:6, 292:9, 307:2, 308:24, 311:17, 314:3, 314:12, 315:1, 315:4
**drug** [11] - 169:20, 225:24, 235:18, 236:14, 238:12, 240:10, 240:13, 244:11, 245:2, 245:3, 258:3
**drugs** [30] - 170:9, 170:18, 170:23, 225:12, 237:16, 237:19, 237:25, 238:13, 238:23, 239:2, 239:11, 240:7, 240:15, 241:18, 258:14, 258:15, 261:11, 261:12, 261:14, 263:12, 263:15, 263:18, 264:10,

270:22, 270:23, 272:17, 272:18, 282:12, 282:13, 284:2
**dude** [1] - 219:25
**duly** [1] - 248:16
**during** [25] - 170:11, 171:2, 171:12, 173:5, 174:21, 177:23, 178:19, 185:3, 187:21, 192:24, 197:25, 198:3, 198:6, 198:7, 198:23, 200:6, 209:23, 210:25, 211:18, 213:3, 229:11, 236:5, 268:16, 283:21, 315:16
**duties** [2] - 177:8, 177:18
**duty** [2] - 178:10, 187:21

## E

**early** [4] - 201:17, 211:5, 313:12, 315:25
**easier** [1] - 210:9
**easy** [2] - 233:7, 233:8
**eat** [1] - 221:12
**eight** [2] - 191:11, 252:14
**eighth** [1] - 187:4
**either** [8] - 169:17, 185:7, 185:10, 198:23, 201:1, 208:21, 217:8, 316:8
**electronic** [2] - 188:2, 218:25, 220:13
**element** [1] - 181:18
**elements** [2] - 179:22, 180:2, 180:16
**eleventh** [1] - 232:10
**email** [2] - 188:3, 316:8
**employed** [1] - 244:24
**employer** [2] - 188:9, 188:11
**end** [20] - 177:19, 182:11, 187:15, 192:3, 205:9, 205:10, 211:7, 211:9, 213:20, 230:5, 251:20, 276:11, 301:8, 302:12, 302:13, 305:22, 309:25, 315:1, 315:3, 315:4

**ended** [1] - 301:1
**ending** [1] - 180:5
**enforcement** [4] - 205:5, 231:13, 232:4, 247:7
**English** [1] - 193:4
**ensure** [1] - 189:2
**enter** [1] - 182:20
**entered** [3] - 197:8, 198:5, 203:3
**entire** [2] - 189:9, 220:14
**entirely** [1] - 178:21
**equipped** [2] - 218:23, 218:25
**established** [1] - 241:17
**estimate** [1] - 275:4
**evaluate** [1] - 178:10
**evaluated** [1] - 246:8
**Evans** [2] - 250:5, 256:1
**evening** [5] - 184:25, 185:3, 314:5, 315:13, 316:17
**event** [2] - 300:22, 302:13
**events** [3] - 186:17, 204:10, 236:24
**everywhere** [1] - 184:18
**evidence** [95] - 169:12, 169:16, 169:24, 170:7, 171:12, 175:2, 178:10, 178:16, 178:20, 179:12, 179:19, 179:21, 182:2, 183:1, 183:4, 183:6, 183:7, 183:16, 183:19, 183:21, 183:24, 183:25, 184:3, 184:9, 184:14, 184:25, 185:7, 185:10, 185:12, 185:13, 185:14, 185:16, 185:18, 186:1, 186:3, 186:5, 186:25, 187:3, 187:7, 187:17, 189:3, 189:4, 189:18, 192:5, 192:10, 192:19, 192:24, 193:2, 193:15, 193:16, 193:24, 194:1, 194:5, 194:7, 194:10, 196:7, 196:21, 197:4,

198:14, 198:25, 199:5, 199:9, 199:14, 199:23, 212:22, 226:21, 227:9, 227:11, 233:3, 234:3, 234:20, 235:25, 236:3, 237:16, 239:18, 240:14, 241:15, 242:17, 244:25, 245:10, 245:13, 246:1, 247:16, 266:2, 267:15, 272:1, 274:17, 278:2, 281:8, 287:18, 289:4, 295:1, 297:8, 298:20
**ex** [1] - 210:7
**ex-con** [1] - 210:7
**exactly** [1] - 226:16
**EXAMINATION** [1] - 249:10
**examine** [2] - 194:6, 194:8
**examining** [1] - 191:19
**example** [3] - 169:18, 190:16, 191:5
**except** [1] - 221:15
**exception** [1] - 315:15
**exclude** [2] - 169:11, 234:22
**excluding** [1] - 241:14
**excuse** [5] - 177:10, 189:3, 231:4, 249:20, 297:3
**Exhibits** [4] - 195:1, 196:7, 196:8, 305:6
**exhibits** [13] - 174:1, 174:3, 174:7, 174:20, 174:22, 176:9, 183:4, 194:20, 194:22, 194:25, 195:21, 196:6, 196:9
**expects** [2] - 194:1, 246:20
**expensive** [1] - 237:8
**experience** [1] - 258:3
**expert** [2] - 170:13, 172:4
**expertise** [1] - 172:12
**explain** [1] - 184:8
**explained** [1] - 178:23
**explanation** [1] - 238:16
**exposed** [2] - 187:19, 189:10
**express** [2] - 234:7,

316:3
**extent** [1] - 231:20
**extinguisher** [3] - 212:4, 212:11, 212:13
**extremely** [1] - 316:14
**eye** [1] - 240:12

## F

**F-A-B-I-A-N** [1] - 249:4
**F11** [2] - 220:20, 222:14
**Fabian** [59] - 198:7, 198:24, 199:6, 199:17, 199:21, 200:5, 200:7, 201:18, 202:18, 203:8, 203:17, 203:18, 203:23, 204:11, 204:17, 204:19, 204:22, 204:23, 205:4, 205:7, 205:10, 205:24, 206:5, 206:7, 206:16, 206:21, 207:2, 207:7, 207:14, 207:16, 207:25, 211:22, 212:25, 213:4, 213:11, 213:12, 213:14, 213:16, 213:17, 213:19, 213:24, 214:8, 220:2, 220:19, 220:22, 221:17, 221:22, 221:24, 223:4, 224:10, 224:12, 226:8, 236:1, 236:5, 236:8, 242:23, 248:6, 248:20, 249:1
**FABIAN** [1] - 248:15
**Fabian's** [1] - 201:19
**Facebook** [1] - 316:9
**faced** [1] - 228:20
**facing** [1] - 214:17
**fact** [16] - 169:22, 182:19, 182:20, 184:1, 184:5, 185:1, 185:8, 187:7, 193:17, 229:1, 231:16, 234:18, 240:17, 242:14, 244:22, 245:24
**factors** [1] - 187:4
**facts** [8] - 178:12, 183:2, 183:5, 183:8, 184:4, 185:2, 186:6
**fair** [2] - 189:2, 298:13

**fairness** [1] - 189:7
**fall** [1] - 231:25
**falling** [1] - 184:12
**false** [1] - 212:22
**families** [2] - 243:4, 252:22
**family** [8] - 188:8, 188:11, 203:20, 252:8, 252:10, 252:19, 257:5, 302:12
**far** [1] - 249:18
**Fargo** [1] - 222:23
**fate** [1] - 189:23
**February** [23] - 204:10, 204:17, 205:9, 205:10, 224:5, 224:12, 236:2, 236:4, 236:6, 286:13, 291:1, 291:25, 292:1, 292:3, 294:17, 298:15, 299:15, 301:8, 302:12, 302:14, 305:22, 306:10, 310:1
**fell** [1] - 229:2
**fellow** [5] - 187:14, 188:6, 189:18, 192:12, 192:22
**felonies** [2] - 230:20, 232:13
**felony** [2] - 197:14, 197:21
**female** [2] - 218:4, 218:7
**few** [6] - 177:7, 177:17, 187:10, 205:25, 314:6, 315:25
**fifth** [3] - 186:22, 191:4, 316:19
**file** [1] - 246:10
**fill** [1] - 228:25
**finally** [5] - 216:3, 234:8, 243:24, 300:6, 316:14
**financial** [1] - 181:1
**Fine** [1] - 219:23
**fine** [1] - 240:22
**finish** [1] - 250:12
**fire** [3] - 212:4, 212:11, 212:13
**firearm** [1] - 169:18
**firearms** [3] - 169:11, 169:16, 169:21
**first** [39] - 171:18, 173:14, 180:4, 180:17, 181:12, 183:2, 183:8,

186:13, 187:12, 190:16, 193:23, 204:11, 204:25, 211:18, 212:11, 213:3, 213:10, 213:20, 218:23, 221:3, 241:12, 243:15, 246:14, 248:4, 248:16, 258:5, 263:23, 267:25, 282:6, 288:18, 289:10, 289:13, 291:21, 296:16, 298:12, 304:14, 306:8, 306:14
**five** [2] - 208:17, 218:16
**five-and-a-half** [1] - 218:16
**fixed** [1] - 314:3
**flood** [1] - 216:5
**floor** [2] - 302:8, 316:19
**floorboards** [1] - 216:17
**focus** [1] - 228:8
**follow** [5] - 177:2, 178:3, 179:20, 189:20, 220:15
**followed** [1] - 216:10
**following** [4] - 180:2, 180:15, 183:6, 186:11
**follows** [1] - 248:17
**forced** [1] - 190:1
**Ford** [6] - 207:11, 207:15, 220:20, 221:18, 222:14
**forecast** [1] - 184:20
**forego** [1] - 171:2
**forensic** [4] - 216:23, 216:24, 218:12, 219:7
**Forensic** [2] - 218:13, 221:6
**forfeit** [1] - 243:9
**form** [4] - 188:4, 190:20, 234:7, 316:3
**former** [2] - 210:1, 211:12
**forth** [2] - 207:25, 257:4
**forward** [2] - 248:8, 315:14
**foundation** [1] - 264:9
**four** [3] - 190:5, 243:25, 252:15
**Fourteen** [2] - 304:16, 305:4

**fourth** [6] - 183:12, 186:20, 188:18, 191:4, 209:17, 210:24
**frame** [2] - 264:4, 264:11
**frankly** [2] - 169:25, 229:1
**friend** [4] - 201:6, 205:21, 267:8, 302:5
**friend's** [1] - 210:12
**friends** [3] - 252:1, 252:4, 252:6
**front** [4] - 175:20, 197:15, 200:20, 302:3
**Fruitland** [2] - 216:2, 216:9
**full** [1] - 253:3
**Fusion** [4] - 207:11, 207:15, 312:16, 312:19

## G

**Galaxy** [4] - 223:5, 223:6, 303:5, 304:4
**gap** [2] - 265:3, 265:7
**gas** [4] - 207:8, 208:24, 306:11, 312:20
**gauge** [1] - 228:2
**gear** [1] - 215:25
**Gearhart** [1] - 176:14
**gears** [1] - 207:23
**General** [2] - 250:15, 250:18
**general** [1] - 178:6
**General..** [1] - 250:16
**gentlemen** [12] - 176:23, 177:5, 177:15, 194:15, 195:18, 196:5, 196:19, 228:7, 233:23, 234:4, 245:21, 315:12
**gestae** [1] - 172:17
**girlfriend** [6] - 203:1, 204:4, 211:12, 211:15, 271:11, 312:25
**given** [7] - 185:9, 192:8, 216:15, 219:18, 220:24, 225:8, 230:5
**gosh** [1] - 235:17
**government** [29] - 169:15, 178:25, 179:10, 179:15, 179:22, 180:1,

180:15, 181:10, 182:7, 194:4, 194:8, 196:22, 197:9, 226:20, 228:14, 230:24, 232:14, 243:1, 243:5, 243:17, 245:5, 246:3, 246:10, 246:15, 246:16, 246:20, 246:23, 247:22
**GOVERNMENT** [1] - 196:17
**government's** [4] - 173:7, 194:6, 197:5, 246:18
**Government's** [34] - 262:4, 263:3, 263:23, 265:14, 266:2, 267:3, 267:15, 269:20, 270:4, 271:17, 272:1, 274:11, 274:17, 277:21, 278:2, 279:19, 279:25, 281:2, 281:3, 281:8, 287:18, 288:11, 289:4, 294:20, 294:21, 295:1, 295:23, 298:19, 301:18, 304:7, 304:8, 304:22, 304:23
**graduate** [1] - 250:8
**grams** [9] - 215:14, 217:1, 218:15, 218:16, 219:8, 219:9, 221:8, 221:9, 221:10
**grandmother** [1] - 214:12
**gratuitously** [2] - 169:15, 241:3
**gray** [1] - 184:21
**great** [5] - 169:9, 232:16, 233:11, 245:15, 247:3
**greater** [1] - 173:1
**greatly** [1] - 245:16
**greeting** [1] - 190:8
**greetings** [1] - 190:9
**grow** [1] - 249:16
**growing** [1] - 214:23
**Guadalupe** [5] - 179:1, 179:4, 180:12, 180:19, 181:9, 181:15, 198:14, 222:13, 222:15, 222:17,

222:23, 227:14, 254:4, 257:1, 257:3
**guess** [6] - 174:24, 176:7, 185:24, 215:17, 234:22, 246:23
**guilt** [1] - 182:17
**guilty** [12] - 179:13, 179:16, 179:25, 180:13, 181:3, 181:9, 193:18, 193:19, 227:14, 231:4, 245:11, 246:10
**gun** [8] - 236:7, 236:14, 240:10, 240:11, 241:15, 287:5, 288:21, 289:13
**guns** [35] - 170:9, 170:10, 170:13, 170:16, 170:22, 175:25, 234:19, 234:21, 235:3, 235:17, 236:1, 236:10, 236:18, 237:6, 237:17, 237:23, 238:11, 238:21, 239:1, 239:4, 239:10, 239:13, 239:15, 239:18, 239:21, 240:14, 240:24, 241:17, 286:17, 286:18, 286:20, 286:23, 290:22, 290:25, 292:1
**guy** [8] - 208:9, 231:11, 292:15, 307:19, 307:20, 307:21, 308:11, 312:6
**guys** [1] - 226:7
**guzzler** [1] - 207:9

## H

**habits** [1] - 201:1
**half** [11] - 209:17, 210:24, 211:18, 215:11, 218:16, 230:1, 231:25, 244:9, 274:1, 282:1, 285:19
**hallmarks** [1] - 169:20
**hand** [3] - 182:22, 184:16, 248:13
**handed** [2] - 214:10, 214:20
**handing** [1] - 215:10

**hands** [1] - 215:21
**hang** [3] - 209:24, 255:17, 310:22
**hanging** [1] - 215:2
**harassing** [1] - 215:17
**hard** [1] - 221:24
**head** [2] - 191:24, 230:9
**headed** [1] - 207:18
**hear** [40] - 170:4, 183:14, 186:14, 194:16, 196:23, 197:3, 198:9, 198:22, 200:3, 201:3, 201:10, 204:7, 207:9, 208:6, 208:13, 208:21, 209:1, 211:8, 220:13, 223:9, 224:17, 224:25, 226:3, 227:9, 228:23, 228:24, 229:6, 233:17, 234:3, 242:15, 243:6, 243:7, 244:13, 244:19, 244:21, 245:4, 250:2, 258:5, 258:8, 289:10
**heard** [16] - 183:12, 184:2, 189:25, 197:15, 204:1, 204:4, 217:4, 229:7, 230:7, 231:5, 234:13, 234:14, 241:8, 244:4, 246:3, 246:18
**hearings** [1] - 190:2
**HEINEMAN** [28] - 173:11, 173:23, 175:18, 196:2, 234:14, 234:17, 241:9, 241:13, 241:20, 245:20, 262:18, 264:3, 264:8, 266:7, 267:20, 270:9, 272:6, 274:22, 278:7, 280:4, 281:13, 287:23, 289:9, 289:22, 295:5, 297:12, 305:1, 309:20
**Heineman** [9] - 169:10, 172:1, 173:9, 175:17, 234:12, 241:7, 245:18, 248:2, 264:2
**held** [1] - 265:15
**hello** [1] - 191:24

**help** [10] - 179:20, 180:11, 192:9, 193:25, 203:24, 218:10, 226:22, 256:4, 258:25, 293:4
**helped** [5] - 208:5, 209:4, 210:4, 210:6, 268:14
**helpful** [2] - 181:25, 256:5
**helping** [3] - 182:4, 204:5, 210:15
**helps** [2] - 236:16, 236:23
**Hensley** [14] - 197:23, 208:11, 208:14, 208:16, 208:19, 208:21, 209:2, 209:14, 215:4, 215:20, 215:25, 217:5, 225:14
**Hensley's** [3] - 216:10, 216:14, 217:11
**hidden** [8] - 212:3, 212:11, 219:4, 221:17, 221:18, 222:2, 222:6, 222:8
**hide** [1] - 235:14
**high** [4] - 216:1, 250:8, 250:11, 250:12
**high-speed** [1] - 216:1
**higher** [2] - 290:13, 295:16
**highlight** [1] - 229:1
**Highway** [1] - 200:13
**himself** [5] - 213:25, 228:23, 244:16, 275:17, 311:8
**Hites** [10] - 198:4, 202:25, 204:5, 208:5, 210:12, 210:25, 211:10, 211:13, 211:17, 226:9
**hmm** [2] - 175:23, 294:6
**hold** [3] - 190:1, 295:10, 295:16
**holder** [2] - 308:15, 308:16
**holes** [1] - 228:25
**holidays** [1] - 203:20
**home** [5] - 184:11, 224:15, 231:15, 243:3, 257:21
**hope** [2] - 197:10, 247:21
**hopefully** [3] - 226:22, 243:3, 243:12

**hotel** [3] - 261:2, 261:3, 261:25
**hour** [3] - 173:20, 216:3, 232:10
**hours** [1] - 206:6
**house** [41] - 200:4, 200:6, 200:7, 208:22, 209:4, 209:22, 210:21, 211:14, 211:18, 213:13, 214:1, 214:14, 215:3, 215:14, 218:22, 219:1, 219:2, 219:24, 224:16, 224:22, 229:2, 258:7, 259:9, 259:11, 259:15, 259:18, 274:9, 274:15, 275:3, 275:8, 275:15, 275:22, 277:1, 277:11, 278:13, 278:18, 279:5, 279:11, 279:16, 281:6, 311:24
**houses** [3] - 203:14, 204:18, 205:5
**hundred** [2] - 199:13, 260:2
**hung** [1] - 210:2
**hypothetical** [1] - 184:7

## I

**Idaho** [40] - 199:2, 199:8, 199:12, 199:15, 199:18, 201:21, 201:23, 203:21, 204:16, 205:23, 206:3, 206:4, 207:19, 209:10, 211:24, 216:22, 217:16, 218:12, 219:7, 220:24, 221:14, 222:3, 223:12, 225:5, 255:11, 255:15, 255:24, 256:17, 257:16, 258:6, 260:6, 260:8, 260:23, 281:24, 293:21, 301:7, 302:21, 307:6, 312:1, 313:4
**identified** [6] - 232:11, 254:3, 254:8, 276:7, 276:16, 289:18
**identify** [2] - 176:4,

205:3
**identity** [1] - 257:8
**ignore** [2] - 185:24, 186:3
**immediately** [2] - 189:11, 206:21
**Impala** [1] - 216:10
**impartiality** [1] - 190:4
**implicate** [1] - 244:16
**implicating** [1] - 229:4
**imply** [1] - 246:16
**important** [4] - 185:4, 236:3, 236:12, 245:23
**importantly** [1] - 230:12
**incarcerated** [1] - 224:15
**includes** [2] - 187:25, 196:7
**including** [4] - 188:2, 188:8, 222:11, 316:12
**inconsistencies** [1] - 244:2
**inconsistent** [3] - 232:21, 243:13, 243:14
**increases** [1] - 243:22
**indeed** [1] - 185:8
**indicate** [3] - 174:6, 183:18, 194:21
**indicates** [1] - 231:17
**indicating** [2] - 178:20, 276:2
**indicating)** [1] - 254:1
**indictment** [3] - 179:9, 179:11
**Indio** [1] - 212:1
**indirect** [1] - 184:3
**individual** [5] - 190:1, 229:3, 232:2, 235:3, 237:16
**individually** [1] - 191:19
**individuals** [15] - 228:21, 229:2, 230:7, 230:18, 232:6, 232:9, 232:11, 232:12, 232:13, 232:20, 242:22, 242:23, 244:7, 246:24, 247:5
**induced** [1] - 181:17
**inevitably** [1] - 172:23
**infer** [1] - 185:2
**inference** [1] - 182:18
**influence** [2] - 217:25, 230:20
**influenced** [2] -

178:17, 192:21
**information** [10] -
187:20, 189:10,
228:25, 229:8,
229:10, 229:12,
230:15, 231:16,
232:25, 233:9
**innocence** [1] -
179:19
**innocent** [2] - 179:14,
190:7
**inquire** [2] - 249:7,
250:6
**inside** [2] - 212:4,
218:6
**instruct** [7] - 173:18,
183:11, 183:18,
183:20, 191:22,
194:11
**instructed** [1] - 246:7
**instructing** [2] -
190:11, 191:25
**instruction** [4] -
185:5, 197:16,
230:4, 232:16
**instructions** [13] -
176:25, 177:3,
177:9, 177:19,
177:20, 177:24,
177:25, 178:2,
178:3, 182:10,
182:11, 187:18,
189:20
**INSTRUCTIONS** [1] -
177:4
**intended** [2] - 190:24,
191:14
**intending** [1] - 180:10
**intent** [20] - 170:21,
179:3, 179:6,
179:25, 180:7,
180:14, 180:22,
180:23, 180:24,
181:4, 181:12,
181:19, 182:5,
228:10, 230:3,
232:7, 237:10,
237:18, 237:19,
239:19
**intention** [1] - 182:4
**intentionally** [1] -
181:16
**interacted** [1] - 170:10
**interest** [2] - 181:1,
186:21
**interestingly** [1] -
208:12
**Internet** [4] - 188:3,
188:22, 301:2,
316:12

**Internet-based** [1] -
316:12
**interpretation** [2] -
193:4, 193:8
**INTERPRETER** [5] -
177:10, 249:20,
256:3, 256:7, 256:9
**interpreter** [3] - 193:1,
193:11, 256:13
**interpreters** [1] -
193:5
**interview** [1] - 229:11
**interviewed** [2] -
218:21, 225:10
**intoxication** [1] -
218:1
**intrinsic** [4] - 171:11,
171:13, 236:3,
239:18
**intrinsically** [1] -
170:11
**investigation** [1] -
188:23
**involved** [6] - 169:16,
169:21, 188:10,
246:20, 310:18,
311:7
**involves** [1] - 187:21
**involving** [1] - 170:2
**issue** [7] - 169:7,
171:17, 173:6,
177:13, 234:13,
240:7, 240:9
**issues** [2] - 178:7,
187:20
**item** [1] - 183:20
**items** [2] - 228:7,
242:17

---

# J

**Jack** [1] - 172:10
**Jake** [2] - 208:9, 210:1
**January** [5] - 203:20,
203:23, 208:18,
224:9, 285:21
**january** [1] - 169:2
**jeopardizes** [1] -
189:7
**jest** [1] - 190:25
**Jesus** [16] - 179:1,
179:4, 180:12,
180:18, 181:8,
181:15, 198:14,
222:13, 222:15,
222:17, 222:20,
222:23, 227:14,
257:1, 257:3, 257:7
**Jim** [42] - 179:2,
200:2, 200:5, 200:7,

200:15, 201:11,
203:13, 204:25,
206:24, 213:1,
213:5, 214:2,
223:11, 223:14,
223:19, 224:2,
224:3, 224:6,
224:10, 227:16,
269:8, 273:17,
273:21, 275:13,
275:14, 275:15,
275:17, 275:20,
276:8, 276:10,
276:20, 276:22,
283:16, 283:17,
293:17, 294:4,
294:9, 294:13,
299:19, 300:8, 300:9
**Jim's** [1] - 274:15
**Jime** [1] - 223:20
**JIME** [1] - 223:20
**job** [5] - 199:1, 250:13,
251:12, 251:15
**jobs** [1] - 247:20
**John** [1] - 208:8
**Johnny** [15] - 198:8,
201:7, 201:10,
201:14, 202:1,
202:8, 202:11,
202:16, 222:19,
224:7, 242:23,
267:13, 268:1,
269:10, 271:9
**Johnny's** [2] - 202:9,
268:5
**join** [1] - 230:13
**joined** [2] - 180:9,
202:25
**joins** [1] - 232:6
**joking** [1] - 190:20
**Jon** [2] - 216:9, 216:21
**Jose** [58] - 198:20,
198:24, 227:15,
252:17, 252:20,
253:4, 253:11,
253:13, 253:17,
253:18, 254:3,
254:13, 255:21,
255:22, 256:18,
256:23, 257:13,
258:9, 259:23,
260:9, 260:11,
261:13, 262:11,
262:23, 263:19,
266:18, 268:9,
268:15, 268:20,
269:10, 270:14,
270:18, 271:8,
273:9, 273:13,
276:21, 282:10,

284:14, 285:10,
286:9, 286:14,
286:22, 289:2,
292:8, 294:11,
299:13, 301:1,
301:5, 303:25,
305:10, 307:25,
311:18, 313:3,
313:17, 314:14,
314:23, 315:2, 315:8
**Jose's** [15] - 258:7,
265:20, 267:8,
268:23, 269:2,
269:3, 269:6, 277:6,
278:23, 280:18,
281:20, 285:16,
293:2, 306:22
**jot** [1] - 174:25
**judge** [1] - 247:18
**judging** [1] - 228:20
**jumped** [1] - 216:6
**juror** [7] - 188:12,
189:6, 189:9,
189:22, 189:24,
190:2, 315:23
**jurors** [17] - 177:8,
177:18, 187:11,
187:14, 188:6,
189:18, 189:23,
189:25, 190:4,
190:13, 191:12,
191:18, 191:22,
192:12, 192:22,
227:5, 242:5
**Jury** [4] - 169:3,
176:13, 234:11,
242:4
**JURY** [1] - 177:4
**jury** [62] - 169:5,
170:16, 172:2,
172:25, 173:17,
173:21, 174:2,
174:3, 174:14,
175:20, 175:21,
176:8, 176:15,
176:19, 177:6,
177:16, 187:21,
188:14, 189:17,
190:18, 191:3,
191:9, 192:2,
192:12, 192:16,
194:14, 196:15,
196:19, 238:5,
240:8, 241:23,
242:8, 262:14,
262:20, 264:19,
266:3, 266:11,
267:16, 267:22,
270:5, 270:11,
272:2, 272:8,

274:18, 274:24,
278:3, 278:9,
279:25, 281:9,
281:15, 281:19,
288:1, 289:5, 290:2,
295:7, 295:10,
304:24, 305:5,
309:16, 309:22,
316:20
**Justin** [1] - 217:17

---

# K

**K.C** [20] - 197:23,
208:11, 208:14,
209:1, 209:5,
209:14, 209:15,
215:4, 215:10,
215:15, 215:20,
215:25, 216:6,
216:10, 216:14,
216:19, 217:5,
217:6, 217:7, 217:11
**Karcher** [2] - 220:6,
220:19
**keep** [10] - 176:25,
187:12, 189:18,
192:11, 224:24,
240:12, 279:1,
290:15, 295:19,
303:12
**kept** [12] - 170:8,
170:9, 170:16,
209:15, 212:20,
237:6, 238:22,
239:19, 263:11,
271:3, 296:18,
298:14
**keys** [1] - 215:22
**Keysle** [1] - 208:9
**kind** [11] - 169:17,
170:4, 178:6,
182:18, 252:2,
258:15, 260:10,
282:13, 286:20,
286:23
**Klitch** [4] - 217:17,
218:9, 218:10
**knowing** [3] - 180:10,
230:13, 255:20
**knowingly** [2] -
180:19, 181:16
**knowledge** [3] -
170:22, 182:3, 257:9
**known** [4] - 197:23,
222:20, 226:15,
227:15
**Kristopher** [1] -
197:22

# L

**labor** [1] - 250:25
**laboratory** [3] - 216:23, 218:13, 219:8
**lack** [1] - 245:13
**ladder** [2] - 208:4, 228:15
**ladies** [12] - 176:23, 177:5, 177:15, 194:15, 195:17, 196:5, 196:19, 228:6, 233:23, 234:4, 245:20, 315:12
**lady** [1] - 276:12
**Lamprecht** [14] - 170:5, 172:8, 172:9, 174:5, 176:5, 194:21, 196:14, 232:11, 235:24, 248:3, 249:8, 250:6, 276:9, 295:7
**LAMPRECHT** [109] - 170:6, 170:15, 170:20, 171:4, 171:7, 171:18, 171:22, 171:25, 172:10, 174:9, 174:11, 174:15, 174:17, 175:1, 175:6, 175:23, 176:7, 176:11, 194:24, 195:3, 195:5, 195:7, 195:9, 195:12, 195:16, 196:16, 196:18, 235:25, 236:15, 236:22, 237:4, 237:12, 238:15, 238:19, 238:21, 239:7, 239:12, 240:17, 240:22, 241:4, 241:6, 248:5, 249:9, 249:11, 250:7, 254:2, 254:6, 254:11, 255:14, 256:15, 262:13, 262:22, 263:17, 263:22, 264:13, 264:21, 266:1, 266:9, 266:13, 267:14, 267:24, 270:3, 270:13, 271:25, 272:10, 274:16, 275:1, 276:3, 276:6, 276:18, 278:1, 278:11, 279:3,

279:24, 280:7, 280:11, 280:13, 280:14, 281:7, 281:17, 287:17, 288:5, 288:9, 289:3, 289:12, 289:25, 290:4, 294:25, 295:9, 296:1, 296:6, 296:10, 296:13, 297:6, 297:16, 298:18, 298:23, 299:1, 299:2, 304:21, 305:7, 307:7, 307:8, 309:15, 309:24, 314:7, 314:9, 314:11, 315:9
**Lamprecht's** [1] - 242:13
**language** [3] - 192:23, 192:25, 193:4
**large** [4] - 216:17, 223:1, 242:16, 244:22
**larger** [1] - 216:19
**last** [10] - 190:15, 191:5, 199:9, 204:24, 207:5, 248:19, 249:5, 268:5, 277:9, 289:16
**late** [3] - 210:11, 211:5, 315:23
**Laurenson** [2] - 216:9, 216:21
**law** [15] - 170:20, 178:13, 178:14, 178:16, 182:13, 185:8, 187:18, 189:1, 194:11, 205:4, 231:13, 232:4, 237:14, 237:15, 247:7
**lawyer** [4] - 182:17, 185:15, 185:16, 185:18
**lay** [1] - 264:9
**learn** [3] - 188:24, 231:2, 247:6
**learned** [1] - 231:18
**least** [7] - 171:20, 199:7, 217:1, 219:9, 221:9, 224:7, 296:19
**leave** [6] - 191:8, 192:15, 231:22, 260:19, 293:14, 316:16
**Lee** [2] - 200:13, 223:21
**left** [16] - 182:15, 192:16, 207:4,

213:16, 213:17, 213:23, 215:5, 215:13, 217:6, 236:5, 236:11, 257:20, 282:3, 284:18, 308:3, 310:25
**legal** [1] - 178:7
**less** [1] - 170:22
**lesser** [1] - 197:11
**level** [1] - 265:3
**license** [1] - 206:13
**lifestyle** [1] - 245:1
**light** [2] - 187:3, 233:16
**lighter** [2] - 246:6, 246:13
**limine** [1] - 169:11
**limited** [3] - 183:17, 183:21, 183:22
**Lincoln** [5] - 204:14, 207:7, 207:13, 222:12, 308:16
**lines** [1] - 202:24
**list** [7] - 172:11, 223:8, 223:20, 295:19, 298:12, 304:24, 305:9
**listed** [4] - 223:19, 223:21, 223:22, 304:3
**listen** [5] - 188:18, 197:19, 245:24, 247:4, 247:14
**listened** [1] - 219:1
**lived** [6] - 200:3, 200:12, 200:13, 211:17, 214:13, 255:4
**lives** [1] - 205:6
**living** [8] - 199:18, 203:15, 211:16, 245:1, 251:22, 261:25, 287:14, 287:15
**load** [1] - 211:23
**located** [2] - 240:14, 241:18
**loiter** [1] - 316:21
**look** [18] - 171:1, 171:6, 172:7, 173:6, 176:20, 184:10, 197:19, 217:11, 236:25, 238:7, 240:10, 253:21, 258:23, 265:2, 266:22, 275:19, 288:18, 296:15
**looked** [6] - 209:5, 214:22, 264:14,

265:23, 266:16, 266:20
**looking** [3] - 299:3, 301:1, 301:12
**looks** [1] - 264:23
**loop** [1] - 209:14
**loud** [2] - 248:25, 249:3
**LOVELAND** [1] - 242:10
**Loveland** [31] - 179:2, 195:23, 200:2, 200:15, 201:11, 203:13, 206:24, 213:2, 213:6, 214:2, 223:19, 224:3, 224:6, 224:10, 224:12, 227:16, 242:18, 242:21, 243:21, 244:6, 244:15, 244:16, 244:19, 244:21, 245:7, 245:8, 262:16, 276:8, 276:16, 287:22
**Loveland's** [5] - 200:5, 200:7, 223:11, 223:14, 224:2
**lower** [2] - 288:19, 290:5
**luck** [1] - 172:6
**lump** [1] - 233:7
**lunch** [2] - 221:12, 221:16

# M

**M-O-O-O** [1] - 297:18
**M-O-O-O-O** [1] - 296:23
**Mall** [2] - 220:6, 220:19
**mall** [1] - 221:13
**man** [3] - 202:10, 205:16, 205:18
**manner** [3] - 186:18, 246:22, 316:6
**map** [1] - 178:6
**March** [14] - 206:17, 207:22, 208:13, 208:18, 209:8, 209:10, 210:11, 210:15, 215:1, 223:15, 300:21, 310:1, 313:8, 313:12
**marijuana** [3] - 198:10, 205:22, 226:2
**Mario** [20] - 197:22,

200:12, 200:15, 201:12, 203:13, 204:25, 206:24, 213:7, 223:20, 223:21, 269:8, 273:17, 274:2, 277:7, 277:17, 277:25, 283:15, 293:17, 294:4, 294:13
**Mario's** [3] - 277:9, 277:11, 278:13
**marked** [19] - 195:9, 220:25, 262:4, 263:21, 265:14, 267:2, 269:20, 271:17, 274:11, 277:21, 279:19, 281:2, 287:1, 288:11, 294:21, 295:23, 301:18, 304:7, 309:6
**MARSHAL** [1] - 248:11
**Martinez** [8] - 197:22, 200:12, 200:16, 201:12, 203:13, 206:24, 223:21, 277:10
**materials** [3] - 188:23, 316:12, 316:13
**matter** [6] - 184:14, 184:24, 188:16, 191:2, 191:17, 234:2
**mean** [6] - 170:8, 174:19, 235:11, 237:3, 255:3, 283:1
**meaning** [2] - 193:7, 219:14
**means** [5] - 170:14, 180:24, 186:3, 188:2, 200:21
**meant** [1] - 254:14
**measure** [1] - 235:10
**media** [3] - 188:9, 188:19, 316:10
**meet** [12] - 202:13, 208:23, 220:5, 251:23, 251:25, 267:9, 267:25, 275:15, 275:17, 277:17, 279:15, 292:16
**meeting** [3] - 173:12, 202:16, 203:8
**meets** [1] - 247:22
**members** [1] - 188:8
**memorandum** [1] - 170:25
**memory** [5] - 186:17,

192:19, 192:20, 237:2, 238:3
**mention** [2] - 176:3, 204:3
**mentioned** [3] - 204:5, 247:9, 279:4
**merely** [1] - 181:23
**merits** [1] - 187:24
**message** [1] - 316:9
**messaging** [1] - 188:3
**met** [12] - 202:18, 209:23, 209:25, 219:11, 221:20, 226:7, 231:5, 231:7, 269:15, 269:25, 270:25, 308:1
**meth** [60] - 200:22, 200:24, 202:24, 203:7, 203:17, 205:16, 205:18, 207:21, 207:25, 208:17, 208:20, 208:22, 209:6, 210:3, 210:5, 210:14, 210:16, 212:14, 212:16, 214:6, 214:9, 215:18, 217:9, 218:15, 219:6, 220:11, 221:2, 229:15, 229:22, 229:24, 230:21, 231:14, 232:3, 237:7, 258:16, 258:20, 258:21, 259:14, 259:21, 259:22, 261:15, 265:22, 268:23, 270:24, 272:19, 273:18, 275:11, 275:14, 278:21, 278:22, 279:14, 282:14, 282:21, 286:2, 291:22, 292:13, 307:13, 310:18, 311:8
**methamphetamine** [148] - 170:3, 170:17, 170:23, 179:4, 179:7, 180:1, 180:8, 180:14, 180:20, 180:25, 181:5, 181:13, 181:19, 182:6, 197:7, 197:25, 198:3, 198:7, 198:11, 199:2, 199:7, 199:15, 199:22, 199:25, 200:4, 200:8, 200:10,

201:8, 201:22, 202:4, 202:6, 202:8, 202:13, 203:11, 203:22, 204:6, 204:13, 206:10, 206:20, 208:3, 208:8, 208:14, 209:2, 209:21, 210:20, 210:22, 211:5, 211:19, 211:21, 211:23, 212:2, 212:3, 212:10, 212:25, 213:8, 213:11, 213:12, 213:18, 214:11, 214:19, 215:3, 215:7, 215:10, 215:11, 215:14, 215:16, 216:15, 216:18, 216:22, 217:2, 217:4, 217:6, 217:13, 217:20, 218:6, 218:11, 218:17, 218:22, 219:3, 219:10, 219:18, 220:4, 220:23, 221:4, 221:10, 222:1, 222:6, 225:13, 225:15, 226:2, 226:6, 226:10, 237:9, 242:22, 243:21, 244:20, 245:7, 245:9, 258:3, 258:6, 259:1, 259:5, 262:24, 264:15, 266:15, 266:16, 266:19, 266:20, 268:15, 268:19, 273:10, 273:13, 274:5, 274:8, 275:21, 276:19, 276:23, 277:6, 277:18, 279:6, 279:16, 280:16, 280:24, 281:19, 281:25, 283:12, 284:4, 284:13, 284:22, 284:25, 286:8, 291:11, 293:19, 294:10, 298:9, 300:14, 307:10, 308:4, 308:5, 308:10, 308:20, 310:3, 310:19, 310:25, 313:2, 313:12
**Mexico** [16] - 203:19, 205:8, 213:22, 222:18, 257:5,

285:6, 285:11, 291:12, 291:13, 291:19, 292:5, 313:15, 313:16, 313:23, 313:24, 313:25
**mic** [1] - 250:2
**Michael** [40] - 179:1, 208:16, 208:18, 208:22, 209:3, 209:4, 209:6, 209:12, 209:20, 210:21, 210:22, 210:23, 211:1, 211:3, 211:14, 211:17, 211:20, 213:12, 213:15, 213:16, 213:17, 214:1, 214:15, 214:21, 214:22, 219:16, 225:2, 227:17, 228:8, 228:17, 229:5, 230:12, 230:24, 231:5, 231:6, 231:10, 232:9, 232:22, 233:12
**microphone** [10] - 249:22, 249:25, 250:1, 255:13, 256:10, 263:14, 276:1, 278:24, 279:1, 297:5
**mid** [4] - 209:8, 209:10, 229:10, 313:8
**mid-March** [3] - 209:8, 209:10, 313:8
**mid-May** [1] - 229:10
**middle** [4] - 207:22, 208:13, 282:2, 285:18
**might** [5] - 184:7, 225:22, 235:15, 246:23, 249:25
**miles** [1] - 216:3
**mind** [4] - 187:12, 189:15, 189:19, 316:10
**minute** [4] - 195:6, 207:23, 233:25, 288:6
**minutes** [6] - 177:7, 177:17, 234:1, 234:9, 314:6, 315:25
**Miranda** [2] - 225:8, 225:9
**mistrial** [4] - 189:8, 190:5, 190:17, 191:2
**Mo** [11] - 269:8,

273:17, 273:23, 283:17, 293:17, 294:4, 294:14, 296:24, 296:25, 297:20, 297:22
**Mo's** [2] - 259:17, 259:18
**Mobile** [2] - 223:4, 303:11
**mom** [1] - 252:15
**mom's** [2] - 252:15, 253:1
**moment** [7] - 184:6, 195:14, 236:20, 237:13, 255:25, 280:10, 307:4
**Monday** [1] - 307:1
**money** [53] - 170:10, 201:1, 202:4, 206:23, 207:2, 207:6, 210:6, 210:9, 210:18, 211:6, 212:6, 217:9, 219:20, 220:11, 221:15, 221:17, 222:1, 222:16, 223:1, 225:19, 225:23, 225:24, 226:1, 226:4, 226:16, 237:7, 239:21, 276:22, 276:25, 280:19, 284:3, 284:6, 284:12, 284:14, 284:15, 284:17, 284:24, 292:17, 292:19, 292:22, 293:4, 307:14, 307:19, 308:4, 308:6, 308:8, 310:6, 311:10, 311:11, 311:19, 311:21, 312:6
**monitoring** [2] - 218:25, 220:13
**Monte** [3] - 251:12, 251:14, 251:18
**month** [4] - 196:23, 225:15, 251:11
**months** [4] - 251:7, 251:10, 251:13, 251:17
**Moore** [7] - 179:2, 200:13, 200:16, 201:13, 203:14, 206:25, 223:21
**morning** [5] - 184:17, 217:3, 315:21, 316:18, 316:25
**MORRIS** [1] - 228:5

**Morris** [48] - 208:16, 208:18, 208:19, 208:22, 209:4, 209:6, 209:10, 209:12, 209:16, 209:21, 210:22, 210:23, 211:1, 211:3, 211:5, 211:21, 213:15, 213:16, 213:18, 214:15, 214:21, 214:22, 219:16, 219:19, 219:21, 225:3, 225:7, 226:3, 226:5, 226:12, 227:17, 228:9, 228:17, 228:22, 228:23, 229:5, 229:7, 229:14, 230:13, 230:24, 231:5, 231:6, 231:10, 231:25, 232:10, 232:22, 233:13
**Morris'** [8] - 209:3, 210:21, 211:14, 211:18, 213:13, 214:1, 231:20, 233:15
**Moss** [1] - 200:3
**most** [2] - 198:22, 225:20
**mostly** [2] - 198:17, 209:20
**motion** [4] - 169:11, 234:18, 246:11, 246:25
**motivation** [1] - 243:5
**motives** [1] - 233:19
**move** [20] - 256:6, 256:9, 262:13, 263:22, 266:1, 267:14, 270:3, 271:25, 274:16, 278:1, 279:24, 281:8, 287:17, 289:3, 294:25, 297:7, 297:17, 298:18, 304:22, 309:15
**moved** [6] - 201:24, 210:12, 211:11, 211:13, 211:14, 262:24
**moves** [1] - 256:7
**moving** [1] - 298:2
**MR** [50] - 169:8, 173:11, 173:23, 175:16, 175:18, 195:25, 196:2,

227:23, 228:4, 228:6, 234:14, 234:17, 241:9, 241:13, 241:20, 245:20, 262:17, 262:18, 264:1, 264:3, 264:8, 266:6, 266:7, 267:19, 267:20, 270:8, 270:9, 272:4, 272:6, 274:21, 274:22, 278:6, 278:7, 280:3, 280:4, 281:12, 281:13, 287:23, 287:24, 289:8, 289:9, 289:22, 295:4, 295:5, 297:11, 297:12, 305:1, 305:2, 309:19, 309:20
**MS** [131] - 170:6, 170:15, 170:20, 171:4, 171:7, 171:18, 171:22, 171:25, 172:10, 174:9, 174:11, 174:15, 174:17, 175:1, 175:6, 175:14, 175:23, 176:7, 176:11, 194:24, 195:3, 195:5, 195:7, 195:9, 195:12, 195:16, 195:22, 196:16, 196:18, 227:20, 235:25, 236:15, 236:22, 237:4, 237:12, 238:15, 238:19, 238:21, 239:7, 239:12, 240:17, 240:22, 241:4, 241:6, 242:2, 242:9, 242:11, 248:5, 249:9, 249:11, 250:7, 254:2, 254:6, 254:11, 255:14, 256:15, 262:13, 262:16, 262:22, 263:17, 263:22, 263:25, 264:13, 264:21, 266:1, 266:5, 266:9, 266:13, 267:14, 267:18, 267:24, 270:3, 270:7, 270:13, 271:25, 272:5, 272:10, 274:16, 274:20, 275:1, 276:3, 276:6, 276:18, 278:1,

278:5, 278:11, 279:3, 279:24, 280:2, 280:7, 280:11, 280:13, 280:14, 281:7, 281:11, 281:17, 287:17, 287:21, 288:5, 288:9, 289:3, 289:7, 289:12, 289:25, 290:4, 294:25, 295:3, 295:9, 296:1, 296:6, 296:10, 296:13, 297:6, 297:10, 297:16, 298:18, 298:23, 299:1, 299:2, 304:21, 305:3, 305:7, 307:7, 307:8, 309:15, 309:18, 309:24, 314:7, 314:9, 314:11, 315:9
**must** [26] - 177:24, 178:15, 178:16, 179:23, 180:1, 180:15, 181:10, 182:2, 183:7, 183:22, 185:23, 185:24, 186:4, 187:16, 187:19, 188:15, 193:3, 193:6, 193:9, 193:13, 193:14, 197:17, 226:17, 243:8, 246:14, 246:15
**Myatt** [1] - 224:19

# N

**name** [26] - 198:15, 198:20, 204:4, 209:24, 210:13, 222:13, 222:15, 222:24, 248:18, 248:19, 248:21, 248:23, 249:5, 252:16, 252:3, 256:22, 256:25, 257:2, 257:6, 268:5, 269:13, 271:14, 277:9, 279:4, 289:16
**named** [11] - 201:7, 202:10, 208:9, 216:24, 217:10, 217:16, 222:19, 226:8, 244:7, 251:23, 275:20
**names** [6] - 203:25, 204:24, 204:25, 205:1, 230:8, 269:3

**Nampa** [8] - 200:12, 220:6, 257:18, 257:20, 258:2, 258:6, 277:15, 277:16
**naturally** [1] - 241:1
**Navigator** [8] - 204:14, 207:7, 207:13, 222:13, 285:16, 306:23, 308:17, 312:20
**near** [2] - 214:13
**nearly** [1] - 199:12
**necessarily** [1] - 187:8
**necessary** [1] - 172:13
**need** [15] - 176:3, 176:21, 189:12, 190:3, 238:5, 238:25, 240:12, 240:25, 246:10, 249:24, 256:8, 275:25, 279:1, 284:24, 297:4
**needed** [6] - 204:21, 206:19, 207:3, 251:4, 251:5, 297:22
**needs** [1] - 241:3
**neighborhood** [1] - 308:2
**nervous** [1] - 210:8
**never** [8] - 179:18, 205:23, 225:19, 229:22, 231:5, 244:14, 244:21
**New** [2] - 285:12, 285:19
**new** [9] - 178:1, 178:3, 191:3, 204:10, 303:5, 303:8, 303:15, 303:21, 305:16
**newer** [1] - 203:6
**news** [1] - 188:19
**next** [19] - 185:5, 193:21, 207:14, 214:4, 215:1, 217:3, 219:11, 220:1, 226:20, 228:13, 230:1, 231:25, 232:23, 232:24, 241:25, 245:25, 276:11, 281:23, 315:15
**nickname** [4] - 224:19, 253:5, 253:9, 253:19
**niece's** [3] - 302:17, 306:13, 306:20
**night** [9] - 184:19, 202:19, 207:4,

214:4, 215:1, 215:2, 216:16, 271:23, 272:11
**nine** [1] - 191:11
**nobody** [1] - 245:6
**none** [21] - 186:9, 262:16, 266:6, 267:19, 270:8, 272:4, 274:21, 274:22, 278:6, 278:7, 280:3, 280:4, 281:12, 287:24, 289:8, 295:4, 295:5, 297:11, 297:12, 305:2, 309:19
**normally** [1] - 264:25
**Nos** [2] - 196:12, 305:6
**note** [3] - 177:1, 189:13, 242:5
**noted** [1] - 315:13
**notes** [9] - 174:23, 174:24, 192:9, 192:10, 192:16, 192:17, 192:18, 192:20, 192:21
**notetaking** [1] - 192:13
**nothing** [3] - 228:11, 246:17, 291:8
**notice** [3] - 228:16, 233:13, 243:12
**noticed** [1] - 184:17
**notify** [2] - 188:10, 189:11
**November** [5] - 180:4, 199:16, 199:23, 201:3, 223:2
**number** [32] - 176:4, 187:8, 191:1, 197:5, 197:13, 223:7, 223:10, 223:13, 223:19, 223:24, 224:1, 242:15, 242:16, 244:1, 289:24, 292:15, 297:21, 299:8, 299:14, 299:20, 299:25, 300:12, 303:4, 303:7, 303:8, 303:15, 303:21, 304:13, 305:12, 307:25, 308:1
**numbers** [2] - 176:10, 298:5
**numerous** [1] - 222:5, 222:10

# O

**object** [1] - 185:18
**objection** [47] - 185:19, 185:21, 185:23, 195:20, 237:22, 238:8, 262:15, 262:18, 263:24, 263:25, 264:3, 266:4, 266:5, 266:7, 267:17, 267:18, 267:20, 270:6, 270:7, 270:9, 272:3, 272:5, 272:6, 274:19, 274:20, 278:4, 278:5, 280:1, 280:2, 281:10, 281:11, 281:13, 287:20, 287:21, 287:23, 289:6, 289:7, 289:22, 295:2, 295:3, 297:9, 297:10, 304:25, 305:1, 305:3, 309:17, 309:18
**objections** [2] - 183:10, 309:20
**obligations** [1] - 227:1
**observed** [4] - 184:13, 184:15, 185:1, 185:2
**obtained** [1] - 223:12
**obviously** [4] - 234:23, 244:11, 247:8, 315:24
**occasionally** [1] - 210:21
**occurred** [3] - 236:24, 241:2, 246:19
**off-the-cuff** [1] - 189:22
**offer** [5] - 170:6, 170:12, 174:22, 176:12, 194:7
**offered** [5] - 169:19, 206:4, 234:20, 238:3, 298:22
**offering** [2] - 175:4, 175:6
**offers** [1] - 185:15
**Officer** [2] - 218:9, 218:10
**officer** [4] - 216:9, 217:22, 218:4, 218:7
**officers** [8] - 205:5, 220:9, 221:25, 225:2, 226:9, 226:12, 226:15, 247:8
**official** [3] - 193:1, 193:5, 193:8

often [3] - 209:18, 272:11, 273:12
old [4] - 178:2, 205:21, 249:12, 260:17
older [1] - 252:16
Olson [5] - 217:10, 217:12, 217:19, 217:25, 218:5
once [5] - 201:24, 209:18, 215:12, 243:18, 247:8
one [63] - 169:19, 179:2, 179:5, 183:14, 183:15, 184:4, 184:5, 185:2, 191:12, 192:16, 193:18, 200:1, 201:15, 202:9, 202:19, 203:5, 204:15, 208:10, 209:1, 215:3, 216:17, 216:18, 219:15, 223:4, 225:5, 226:7, 228:7, 228:9, 228:12, 228:19, 230:9, 232:1, 232:2, 234:2, 235:18, 236:2, 236:18, 243:12, 243:13, 243:16, 243:22, 243:24, 245:8, 247:10, 247:24, 273:24, 287:6, 287:8, 288:17, 288:19, 288:24, 289:10, 289:15, 290:5, 290:6, 290:7, 297:24, 298:5, 298:8, 315:15, 315:23
ones [1] - 238:22
Ontario [6] - 208:23, 209:22, 211:15, 213:13, 225:4, 226:15
open [4] - 187:12, 189:19, 212:13, 283:2
opening [13] - 171:3, 171:21, 173:5, 173:17, 193:23, 193:24, 194:2, 194:16, 196:10, 196:15, 228:1, 242:8, 242:13
OPENING [4] - 196:17, 228:5, 242:10, 245:19
operations [1] -

169:20
opinions [3] - 178:18, 234:7, 316:3
opportunity [6] - 173:15, 186:13, 189:5, 196:20, 243:17, 254:18
opposite [2] - 214:16, 230:24
order [7] - 179:20, 179:24, 180:12, 186:1, 200:22, 226:25, 243:2
ordered [1] - 188:16
Oregon [5] - 208:23, 209:22, 211:15, 213:13, 214:13
otherwise [1] - 222:25
ounce [12] - 200:17, 203:6, 208:19, 209:17, 209:19, 210:24, 212:17, 215:11, 243:22, 273:3, 273:4
ounce-and-a-half [1] - 215:11
ounces [21] - 200:1, 200:11, 201:11, 214:9, 219:18, 220:3, 220:22, 221:4, 221:21, 243:23, 243:25, 261:20, 261:21, 272:22, 272:24, 272:25, 273:20, 282:24, 283:4, 293:23, 307:15
ourselves [1] - 175:21
outcome [1] - 186:21
outline [1] - 193:25
outside [8] - 169:4, 173:13, 184:10, 189:10, 200:14, 212:1, 214:14, 316:11
overcast [1] - 184:21
overly [1] - 192:21
overrule [2] - 185:19, 237:22
overview [3] - 178:6, 196:25, 226:19
owed [6] - 206:23, 217:7, 225:19, 225:20, 226:1, 226:16
owing [1] - 225:17
own [5] - 188:25, 192:19, 208:2, 233:15, 237:2

**P**

p.m [1] - 316:25
pads [1] - 177:1
page [5] - 296:15, 296:19, 297:7, 298:11, 298:19
pages [5] - 296:2, 296:3, 296:11, 296:15, 298:24
paid [4] - 201:15, 203:6, 259:24, 260:1
panel [1] - 212:22
paragraph [3] - 185:5, 190:16, 191:6
parcel [1] - 240:21
Park [2] - 201:25, 222:5
parked [2] - 214:13, 214:16
parking [2] - 191:12, 316:22
part [16] - 172:16, 185:4, 186:9, 190:2, 191:6, 191:17, 209:9, 213:10, 221:3, 233:2, 239:18, 240:20, 291:10, 296:9, 296:19, 298:15
participants [1] - 190:9
participated [1] - 197:6
particular [5] - 190:23, 228:22, 233:5, 233:12, 251:7
parties [9] - 183:5, 183:14, 186:23, 189:2, 190:11, 191:8, 191:22, 192:1, 316:16
party [10] - 189:3, 189:4, 191:11, 193:10, 193:11, 194:1, 194:2, 205:13, 306:13, 306:20
past [1] - 172:15
Patric [5] - 197:22, 209:25, 210:9, 211:4
patrol [1] - 217:18
Pause [1] - 177:14
pawn [1] - 290:14
pay [6] - 192:7, 200:24, 225:23, 274:4, 307:14, 307:19
Payette [1] - 216:5
paying [3] - 200:16,

208:19, 209:19
people [10] - 170:22, 188:9, 198:21, 210:7, 226:1, 230:12, 245:4, 253:16, 283:15, 296:20
people's [4] - 204:24, 231:19, 292:21, 292:22
percent [1] - 199:13
perhaps [5] - 184:17, 184:20, 197:18, 198:23, 229:17
permitted [1] - 185:17
person [29] - 180:22, 181:1, 181:18, 181:23, 182:1, 182:4, 188:1, 209:24, 219:17, 220:9, 220:12, 222:19, 251:23, 254:8, 267:2, 267:4, 267:7, 267:9, 267:12, 268:1, 269:21, 271:18, 275:20, 277:22, 279:20, 286:10, 298:3, 309:7, 316:8
personal [6] - 178:17, 229:16, 229:23, 231:14, 232:3, 237:20
personally [3] - 181:5, 184:2, 275:15
persons [2] - 180:6, 222:17
perspective [1] - 247:3
phase [1] - 193:21
Phoenix [10] - 204:12, 205:16, 205:19, 205:20, 207:15, 207:17, 249:15, 251:22, 252:8, 310:24
phone [25] - 188:2, 205:1, 223:15, 223:17, 223:23, 225:22, 231:9, 244:5, 294:12, 294:15, 295:13, 296:20, 298:14, 299:15, 300:23, 301:22, 301:24, 301:25, 302:1, 304:23, 305:12, 307:23, 316:8
phones [6] - 223:4, 224:11, 301:2,

301:12, 303:14, 305:15
photo [3] - 221:22, 263:5, 287:2
photograph [10] - 262:8, 265:15, 267:2, 267:5, 269:21, 271:18, 274:12, 277:22, 279:20, 288:12
phrase [1] - 228:14
physical [3] - 190:13, 238:13, 242:17
pick [24] - 203:16, 204:1, 204:8, 204:12, 204:13, 205:25, 210:20, 213:8, 214:6, 215:6, 257:6, 261:14, 272:17, 282:13, 284:2, 285:23, 300:25, 301:5, 306:6, 307:21, 310:6, 312:11, 313:11, 314:16
picked [24] - 201:22, 204:14, 205:18, 207:18, 207:20, 212:2, 214:18, 261:11, 261:12, 272:20, 282:12, 291:22, 294:8, 301:11, 306:7, 307:13, 307:18, 307:19, 311:10, 311:18, 312:5, 313:1, 314:2, 315:4
picking [1] - 268:9
pickup [2] - 220:20, 222:14
picture [3] - 264:4, 287:10, 290:13
pictures [2] - 212:23, 235:2
pieces [1] - 234:20
Pilot [1] - 208:24
pistol [2] - 290:12
pistols [1] - 290:6
place [10] - 191:19, 191:20, 202:18, 204:11, 208:24, 226:22, 236:21, 236:23, 244:9, 260:3
placed [1] - 264:10
plan [1] - 315:19
plastic [1] - 217:20
play [1] - 212:6
played [1] - 225:1
plea [2] - 197:8, 198:5
pleaded [1] - 179:13

**pled** [1] - 231:4
**plenty** [1] - 315:20
**plus** [1] - 315:21
**point** [21] - 172:15, 173:4, 177:22, 200:24, 206:13, 210:1, 228:2, 228:12, 229:3, 234:17, 239:4, 239:25, 240:2, 240:5, 240:12, 244:2, 253:21, 297:7, 314:5, 315:10, 315:14
**points** [1] - 190:15
**police** [16] - 206:15, 215:19, 216:9, 218:2, 218:7, 218:19, 220:9, 221:25, 225:4, 226:12, 226:14, 229:8, 229:20, 233:16, 244:14
**Police** [10] - 199:12, 216:23, 217:16, 218:12, 219:7, 220:24, 221:14, 222:3, 223:12, 225:6
**portions** [1] - 316:21
**position** [2] - 256:1, 256:12
**possess** [8] - 179:3, 179:25, 180:7, 180:23, 180:24, 197:6, 228:10, 230:3
**possessed** [2] - 180:19, 180:21
**possessing** [2] - 237:16, 237:17
**possession** [13] - 179:6, 180:13, 180:25, 181:4, 181:12, 181:18, 182:5, 229:24, 237:18, 237:20, 239:15, 239:23, 244:20
**pound** [10] - 201:22, 203:11, 203:22, 204:15, 207:21, 282:16, 283:11, 284:4, 292:13, 313:2
**pounds** [12] - 199:7, 199:10, 205:18, 212:2, 212:8, 212:10, 212:25, 221:2, 286:4, 307:13, 308:12, 312:12
**practice** [3] - 239:5,

239:7, 239:10
**practicing** [1] - 238:23
**preceding** [2] - 184:25, 185:3
**precipitation** [1] - 184:11
**precisely** [1] - 182:8
**predicate** [1] - 241:16
**prejudice** [4] - 178:18, 186:23, 235:17, 240:8
**prejudicial** [1] - 235:22
**preliminary** [4] - 176:24, 177:8, 177:18, 182:10
**PRELIMINARY** [1] - 177:4
**prepaid** [1] - 303:11
**presence** [1] - 169:5
**present** [11] - 172:24, 176:13, 179:19, 182:1, 194:4, 230:16, 233:15, 240:2, 242:4, 242:6, 270:14
**presented** [5] - 194:10, 229:25, 231:24, 233:6, 247:16
**presenting** [1] - 232:23
**presided** [1] - 170:2
**press** [1] - 188:9
**presumed** [1] - 179:14
**presumption** [1] - 182:17
**pretty** [1] - 172:6
**primarily** [2] - 187:5, 238:12
**Primo** [9] - 223:8, 223:23, 223:24, 253:13, 253:14, 299:11, 304:11, 305:9
**probative** [3] - 235:10, 238:1, 238:9
**problem** [2] - 235:15, 240:24
**problematic** [2] - 172:22, 237:25
**problems** [2] - 177:11, 215:15
**proceed** [7] - 241:24, 248:14, 254:10, 256:14, 276:17, 280:12, 316:19
**proceedings** [2] - 172:15, 189:7
**process** [4] - 178:11,

189:9, 231:2, 231:23
**procured** [1] - 181:17
**proof** [2] - 183:25, 184:4
**prosecutor** [1] - 276:14
**protect** [1] - 170:23
**prove** [10] - 179:12, 179:18, 179:23, 180:2, 180:15, 181:8, 181:10, 182:7, 185:8, 247:23
**proves** [2] - 179:15, 247:24
**provide** [4] - 229:9, 229:19, 230:23, 232:15
**provided** [6] - 193:4, 228:24, 229:7, 229:12, 232:25, 246:12
**providing** [1] - 230:19
**proximity** [8] - 190:13, 237:24, 238:13, 238:22, 239:2, 239:11, 240:15, 241:18
**public** [1] - 218:1
**published** [14] - 262:20, 264:19, 266:11, 267:22, 270:11, 272:8, 274:24, 278:9, 281:15, 288:1, 290:2, 295:7, 305:5, 309:22
**puddles** [1] - 184:18
**pull** [1] - 265:7
**pulled** [3] - 216:12, 217:15, 264:24
**purchase** [1] - 222:12
**purchased** [2] - 225:13, 240:18
**pure** [6] - 199:13, 217:1, 218:16, 219:9, 221:9, 221:10
**purple** [2] - 276:5, 276:12
**purpose** [12] - 178:5, 180:10, 180:11, 183:17, 183:19, 183:21, 183:22, 204:19, 230:14, 232:7, 235:5, 239:24
**purposes** [1] - 238:17
**pushed** [1] - 297:13
**put** [32] - 169:15, 176:18, 205:1, 205:7, 212:17, 212:19, 215:22,

217:19, 217:21, 218:6, 226:22, 227:2, 238:4, 238:17, 239:20, 240:3, 240:18, 241:3, 261:24, 263:18, 265:6, 282:23, 283:6, 284:8, 284:9, 293:23, 308:14, 311:14, 311:15, 313:6, 316:10
**putting** [1] - 238:6

## Q

**quantities** [1] - 212:17
**quantity** [1] - 243:20
**quarter** [1] - 209:19
**questioned** [1] - 202:20
**questions** [6] - 183:10, 186:12, 233:1, 241:11, 254:13, 314:10
**quickly** [1] - 173:8
**quinceanera** [1] - 205:12, 302:17
**quite** [1] - 228:25

## R

**Rachel** [7] - 198:4, 210:13, 211:2, 211:3, 211:13, 226:13, 226:14
**rain** [2] - 184:20, 184:23
**rained** [2] - 184:25, 185:3
**raining** [2] - 184:13, 184:23
**raise** [1] - 248:12
**raised** [1] - 182:17
**raising** [1] - 171:2
**ran** [2] - 205:21, 215:15
**reached** [2] - 214:18, 218:8
**read** [5] - 176:23, 176:24, 177:2, 188:18, 192:17
**ready** [2] - 240:2, 283:3
**real** [2] - 198:15, 198:20
**reality** [1] - 190:25
**really** [7] - 190:15, 191:6, 198:13, 227:15, 235:9,

235:21
**reason** [7] - 177:25, 191:21, 206:11, 229:17, 232:15, 278:17, 279:10
**reasonable** [7] - 179:16, 180:3, 180:16, 181:11, 182:2, 187:2, 247:25
**reasonably** [1] - 240:14
**reasons** [3] - 191:1, 201:5, 236:2
**receipt** [1] - 233:9
**receive** [1] - 230:22
**received** [9] - 178:11, 183:4, 185:14, 185:20, 185:22, 187:17, 224:16, 229:15, 232:14
**receiving** [1] - 233:13
**recently** [1] - 189:21
**recess** [5] - 234:9, 314:5, 315:13, 315:17, 316:24
**Recess** [1] - 234:10
**recessed** [1] - 316:25
**recesses** [1] - 192:15
**recognize** [20] - 262:7, 263:4, 265:15, 267:4, 269:21, 271:18, 274:12, 277:22, 279:20, 281:3, 287:1, 287:10, 288:12, 288:14, 294:20, 298:3, 298:16, 301:19, 304:8, 309:7
**reconsider** [1] - 240:3
**record** [10] - 174:2, 186:2, 244:17, 248:19, 248:22, 254:2, 254:5, 254:7, 276:6, 276:15
**recorded** [3] - 219:13, 224:17, 244:14
**records** [7] - 175:8, 175:25, 223:11, 224:2, 224:20, 231:9, 244:5
**recovered** [4] - 205:2, 216:14, 219:2, 221:14
**red** [3] - 220:20, 221:18, 222:14
**reduction** [1] - 247:2
**refer** [1] - 196:10
**reference** [3] - 188:22, 228:17, 316:12
**referred** [2] - 198:22,

254:14

**reflect** [4] - 254:2, 254:7, 276:7, 276:15

**refresh** [1] - 238:3

**regarding** [4] - 170:13, 173:13, 234:19, 234:21

**regards** [2] - 228:22, 233:12

**regular** [6] - 199:24, 203:5, 203:25, 206:22, 213:5, 298:9

**regularly** [2] - 203:24, 251:3

**related** [3] - 237:24, 252:23, 252:25

**relates** [1] - 264:5

**relationship** [4] - 203:15, 236:13, 252:2, 252:19

**relatively** [1] - 230:8

**released** [1] - 229:13

**relevance** [1] - 192:19

**relevant** [12] - 169:22, 170:8, 170:19, 170:21, 235:11, 235:12, 237:5, 237:17, 239:3, 239:12, 239:17, 239:22

**rely** [1] - 192:19

**remain** [2] - 179:18, 316:20

**remark** [1] - 189:22

**remarks** [1] - 228:16

**remember** [18] - 171:10, 174:18, 174:21, 192:10, 219:17, 236:16, 236:21, 236:22, 236:23, 269:13, 269:15, 271:10, 271:11, 271:14, 273:18, 282:17, 288:21, 300:24

**removed** [4] - 218:5, 218:10, 240:6, 248:10

**rental** [1] - 260:19

**rented** [2] - 202:1, 260:12

**repeat** [1] - 175:21

**repetitive** [1] - 235:1

**report** [2] - 188:16, 231:17

**representation** [1] - 298:13

**reproduction** [1] - 296:17

**reputation** [1] - 210:7

**require** [1] - 189:8

**required** [4] - 178:7, 182:7, 190:5, 194:2

**requires** [1] - 189:1

**res** [1] - 172:17

**resale** [1] - 222:11

**research** [1] - 188:21

**resell** [1] - 270:22

**resolved** [1] - 169:7

**respect** [2] - 268:18, 307:10

**respond** [1] - 188:15

**responded** [1] - 215:20

**response** [3] - 235:24, 292:24, 295:15

**rest** [1] - 209:7

**restaurant** [1] - 221:13

**restrictions** [2] - 189:1, 189:6

**result** [2] - 189:8, 197:11

**return** [5] - 191:9, 227:11, 227:13, 245:11, 316:17

**returned** [1] - 203:20

**reviewed** [1] - 237:14

**revisit** [1] - 173:6

**ride** [3] - 206:2, 206:3, 310:22

**rights** [1] - 225:9

**River** [1] - 216:5

**river** [2] - 216:7, 216:11

**Road** [1] - 200:3

**road** [1] - 178:6

**roads** [2] - 216:3, 315:22

**Roberto** [1] - 222:20

**role** [1] - 233:5

**roof** [1] - 215:22

**room** [12] - 176:19, 188:3, 189:17, 190:19, 191:9, 192:12, 192:16, 194:14, 287:14, 287:15, 290:21, 316:20

**roughly** [1] - 244:9

**rude** [1] - 190:8

**Ruiz** [12] - 198:9, 200:7, 205:21, 211:24, 220:21, 221:12, 242:24, 251:23, 303:1, 306:1, 309:3, 309:12

**rule** [1] - 191:21

**rules** [3] - 176:2, 185:13, 185:17

**ruling** [3] - 173:8,

241:8, 241:10

**run** [1] - 224:1

---

# S

**Salazar** [5] - 198:20, 222:20, 227:15, 253:4, 254:4

**sale** [1] - 199:2

**sales** [1] - 222:12

**sample** [2] - 219:10, 221:8

**Samsung** [7] - 223:5, 223:6, 301:25, 303:5, 304:4, 304:16, 304:18

**San** [5] - 201:21, 207:19, 261:9, 261:10, 312:8

**Sanchez** [22] - 179:1, 179:5, 180:13, 180:19, 181:9, 181:16, 196:3, 198:14, 222:13, 222:15, 222:17, 222:20, 222:25, 227:14, 234:19, 247:13, 247:24, 254:6, 254:9, 257:1, 257:3, 257:7

**SANCHEZ** [1] - 245:19

**Sanchez's** [1] - 222:23

**sandwich** [1] - 261:22

**satisfied** [1] - 246:24

**satisfy** [1] - 246:15

**Saturday** [1] - 307:1

**saw** [6] - 184:2, 184:23, 212:13, 214:23, 282:25

**scale** [7] - 222:8, 261:22, 265:18, 265:19, 265:21, 265:23, 293:23

**scene** [1] - 182:1

**schedule** [1] - 227:1

**scheduling** [1] - 169:7

**school** [4] - 249:18, 250:8, 250:11, 250:12

**screen** [5] - 262:5, 295:25, 301:25, 302:3, 302:4

**scrutinize** [2] - 246:1, 247:17

**sealed** [4] - 216:21, 218:11, 219:6, 221:6

**search** [4] - 218:3, 220:9, 220:10, 222:3

**searched** [4] - 216:13, 218:2, 218:23, 222:4

**searching** [1] - 188:22

**Sears** [1] - 250:19

**season** [1] - 251:13

**seasonal** [2] - 251:12, 251:15

**seated** [6] - 176:16, 176:20, 176:21, 176:22, 188:12, 276:10

**seating** [1] - 176:19

**second** [11] - 180:9, 180:21, 181:15, 183:3, 183:9, 186:16, 187:16, 223:17, 298:15, 305:22, 314:25

**see** [44] - 183:13, 184:11, 186:14, 199:18, 206:2, 212:22, 214:25, 217:6, 217:8, 221:22, 222:22, 225:18, 231:9, 231:10, 231:13, 231:16, 232:4, 242:16, 244:17, 247:22, 251:6, 252:4, 253:18, 254:18, 256:4, 256:13, 256:21, 261:16, 262:4, 262:23, 266:15, 266:19, 266:7, 268:12, 272:12, 272:14, 275:20, 283:21, 283:24, 295:11, 300:13, 305:9, 312:16

**seized** [2] - 223:3, 223:18

**sell** [10] - 199:8, 200:25, 201:23, 203:12, 204:6, 204:16, 207:21, 210:17, 211:24, 221:20

**selling** [7] - 199:3, 202:8, 205:15, 208:14, 220:10, 258:12, 258:13

**send** [4] - 172:1, 173:20, 221:19, 251:1

**senior** [2] - 249:19, 250:10

**sense** [2] - 172:25, 187:5

**sent** [11] - 212:5, 216:22, 218:12, 219:7, 221:6,

222:19, 231:15, 284:14, 284:15, 292:21, 292:22

**sentence** [4] - 197:11, 246:6, 246:13, 247:2

**sentences** [1] - 243:2

**separate** [1] - 193:13

**separately** [2] - 212:18, 298:24

**September** [15] - 199:16, 199:21, 251:19, 251:21, 254:17, 254:20, 255:7, 255:23, 256:21, 257:14, 259:2, 259:16, 267:11, 268:4, 268:10

**sequence** [2] - 236:23, 241:2

**sequences** [1] - 238:4

**Sergeant** [2] - 172:10, 225:5

**serious** [3] - 190:21, 191:1, 191:17

**seriously** [1] - 247:21

**service** [4] - 188:14, 245:23, 250:21, 250:22

**session** [1] - 183:13

**set** [7] - 178:1, 178:3, 202:16, 208:2, 220:15, 244:16

**seventeen** [1] - 260:18

**Seventh** [1] - 187:2

**several** [5] - 213:22, 219:12, 220:1, 226:20, 235:2

**Severson** [2] - 176:15, 189:14

**shirt** [2] - 253:23, 276:5

**shooting** [9] - 171:9, 235:4, 236:10, 238:22, 239:4, 239:9, 239:14, 240:23

**shop** [2] - 290:14, 314:3

**short** [4] - 173:16, 199:20, 227:25, 233:24

**shortly** [2] - 218:18, 226:11

**show** [60] - 170:8, 170:21, 182:2, 194:1, 196:22, 197:4, 198:12, 198:15, 198:25, 199:5, 199:9,

199:14, 199:23, 212:23, 222:24, 226:20, 230:16, 235:25, 236:16, 237:4, 237:17, 238:5, 239:18, 239:22, 244:5, 258:17, 262:3, 262:14, 263:3, 263:20, 265:13, 266:2, 267:1, 267:15, 269:19, 270:4, 271:16, 272:1, 274:10, 274:17, 277:20, 278:2, 279:18, 279:25, 280:8, 281:1, 281:9, 286:25, 287:18, 288:10, 289:4, 294:19, 295:22, 296:3, 296:6, 301:17, 304:6, 304:24, 309:5, 309:16

**showed** [4] - 214:4, 223:13, 224:6, 258:12

**showing** [2] - 222:16, 222:18

**shows** [3] - 236:4, 236:9, 239:15

**sic** [5] - 216:25, 239:21, 254:8, 275:4, 283:17

**sic]** [1] - 216:19

**sick** [1] - 213:23

**side** [7] - 185:17, 193:23, 214:17, 252:15, 252:22, 296:6, 296:7

**signed** [1] - 189:13

**significance** [1] - 173:1

**silent** [1] - 179:18

**silver** [2] - 217:21, 218:11

**simple** [2] - 235:18, 237:20

**simply** [7] - 179:10, 189:13, 193:25, 236:15, 237:23, 238:2, 238:6

**Sincerbeaux** [3] - 216:24, 218:14, 221:7

**single** [2] - 229:21, 232:15

**sink** [9] - 212:21, 222:7, 263:2,

263:10, 264:23, 293:25, 311:14, 311:16, 313:7

**sister** [1] - 253:1

**sister's** [1] - 205:12

**sisters** [1] - 252:13

**sitting** [2] - 231:7, 253:25

**situation** [1] - 184:7

**six** [2] - 196:23, 223:14

**six-month** [1] - 196:23

**sixteen** [1] - 302:19

**sixth** [1] - 186:24

**sky** [1] - 184:12

**sleep** [1] - 271:4

**slick** [1] - 315:22

**slide** [5] - 249:24, 250:1, 256:8, 263:13, 275:25

**slip** [1] - 172:23

**slope** [1] - 214:13

**small** [2] - 210:17, 218:14

**smaller** [1] - 216:18

**smoke** [2] - 198:10, 205:22

**smoked** [1] - 210:3

**snitch** [1] - 226:17

**social** [1] - 316:10

**sock** [3] - 216:16, 216:18, 216:19

**soft** [1] - 279:1

**soft-spoken** [1] - 279:1

**sold** [4] - 208:16, 209:6, 211:21, 245:9

**solely** [3] - 178:15, 193:10, 193:17

**someone** [1] - 181:14

**someplace** [1] - 213:11

**sometimes** [5] - 172:20, 186:1, 208:23, 210:4, 274:1

**somewhat** [2] - 232:20, 237:2

**somewhere** [1] - 206:19

**soon** [1] - 226:13

**soon-to-be** [1] - 226:13

**Sorry** [1] - 280:13

**sorry** [16] - 174:13, 195:2, 248:12, 248:13, 250:16, 254:23, 255:4, 268:22, 278:25, 280:11, 289:24, 290:20, 295:24,

301:4, 304:12, 306:19

**sort** [5] - 204:10, 241:2, 242:21, 244:11, 244:13

**source** [2] - 202:14, 202:15

**space** [1] - 219:3

**Spanish** [6] - 192:23, 193:6, 193:7, 223:9, 253:10, 253:14

**specific** [3] - 204:18, 230:22, 232:7

**speed** [1] - 216:1

**spell** [3] - 248:19, 248:21, 249:2

**spelled** [1] - 223:22

**spend** [1] - 172:20

**spent** [2] - 191:17, 221:16

**spoken** [1] - 279:1

**spring** [1] - 231:15

**stable** [1] - 203:15

**stage** [1] - 216:5

**stand** [1] - 235:8

**standard** [1] - 191:21

**start** [8] - 189:9, 190:6, 191:3, 197:1, 200:21, 270:18, 283:2, 315:24

**started** [8] - 206:21, 209:9, 209:24, 210:15, 212:15, 215:17, 251:20, 312:1

**starts** [1] - 198:13

**State** [10] - 199:12, 216:22, 217:16, 218:12, 219:7, 220:24, 221:14, 222:3, 223:12, 225:6

**state** [5] - 243:10, 246:11, 246:19, 248:18, 302:9

**state's** [1] - 242:19

**STATEMENT** [4] - 196:17, 228:5, 242:10, 245:19

**statement** [8] - 193:24, 194:3, 196:15, 228:1, 230:10, 242:8, 242:14

**statements** [10] - 171:3, 171:21, 173:5, 173:18, 183:9, 194:16, 196:11, 222:22, 243:13, 243:14

**States** [5] - 178:24,

198:16, 198:19, 248:5, 257:10

**station** [3] - 208:25, 218:2, 225:4

**stay** [13] - 191:22, 255:12, 256:12, 256:16, 257:12, 260:25, 261:3, 278:24, 290:23, 291:5, 297:4, 303:3, 313:18

**stayed** [4] - 213:24, 214:7, 292:6, 292:7

**steering** [1] - 221:18

**Stennett** [5] - 218:21, 219:6, 219:12, 221:6, 225:6

**step** [2] - 184:6, 248:8

**stepbrother's** [1] - 252:22

**stepmother** [2] - 252:23, 252:25

**stick** [1] - 291:3

**sticking** [1] - 264:25

**still** [7] - 212:24, 215:13, 219:22, 222:2, 222:6, 236:4, 252:8

**stipulate** [1] - 175:12

**stipulated** [2] - 174:12, 175:7

**stipulating** [1] - 195:20

**stipulation** [10] - 174:1, 174:6, 174:22, 175:5, 175:10, 175:11, 194:19, 194:23, 195:1, 196:6

**stop** [1] - 261:6

**stopped** [8] - 201:20, 206:14, 207:19, 211:25, 215:20, 216:11, 217:19, 251:20

**stopping** [1] - 315:10

**storaged** [1] - 262:25

**store** [2] - 202:4, 263:1

**stories** [1] - 247:12

**story** [2] - 172:19, 246:22

**straight** [1] - 206:5

**streets** [2] - 184:18, 216:2

**stress** [1] - 190:15

**stricken** [1] - 186:2

**strictly** [1] - 189:21

**strip** [1] - 218:3

**stripes** [1] - 253:24

**stuck** [1] - 233:2

**stuff** [1] - 229:3

**submitted** [1] - 234:8

**substantial** [3] - 230:22, 246:12, 247:1

**sudden** [1] - 215:25

**sufficiently** [1] - 240:6

**suggest** [1] - 187:5

**suggested** [1] - 237:15

**summary** [1] - 179:21

**summoned** [1] - 316:21

**sums** [1] - 223:1

**sun** [1] - 184:21

**Sunday** [2] - 214:4, 307:1

**Sunshine** [1] - 224:18

**support** [3] - 200:25, 233:4, 246:22

**supposedly** [1] - 243:21

**surveillance** [2] - 220:15, 244:18

**suspended** [1] - 206:13

**sustain** [2] - 185:20, 185:23

**sweet** [2] - 205:13, 302:19

**switch** [1] - 207:23

**sworn** [2] - 183:3, 248:16

**sympathy** [1] - 178:18

**synopsis** [1] - 170:7

**system** [1] - 245:23

### T

**T-Mobile** [2] - 223:4, 303:11

**table** [1] - 231:7

**Tambunga** [14] - 198:8, 201:7, 201:10, 201:14, 202:1, 202:8, 202:11, 202:16, 222:19, 224:7, 232:12, 242:24, 268:6, 269:10

**Tanya** [5] - 217:10, 217:12, 217:19, 217:25, 218:5

**taps** [1] - 231:10

**target** [3] - 239:5, 239:7, 239:10

**telephone** [2] - 219:13, 223:5, 223:6, 223:7,

223:10, 223:11,
223:13, 223:18,
223:24, 224:1,
224:2, 224:4,
224:17, 294:16,
295:20, 296:19,
299:14, 300:16,
300:20, 301:15,
303:4, 303:8
**telephones** [2] -
224:8, 303:3
**temp** [2] - 250:21,
250:22
**ten** [5] - 199:7, 232:24,
234:1, 278:15,
278:18
**tends** [1] - 172:23
**terms** [1] - 244:8
**tested** [2] - 216:23,
218:13
**testified** [7] - 172:14,
186:15, 186:17,
246:25, 248:17,
264:10, 300:9
**testifies** [2] - 192:25,
256:4
**testify** [19] - 172:12,
182:14, 182:15,
182:19, 182:23,
184:12, 184:24,
187:9, 197:20,
228:21, 237:1,
238:7, 240:23,
242:20, 243:2,
245:5, 246:14,
246:21
**testifying** [2] - 184:15,
186:19
**testimony** [32] -
169:19, 170:4,
170:13, 182:23,
182:24, 183:3,
183:11, 184:1,
186:7, 186:8,
186:10, 186:24,
187:3, 192:7,
196:24, 197:16,
229:6, 229:19,
230:19, 230:23,
232:19, 233:17,
239:1, 239:3, 244:3,
246:2, 246:4, 246:8,
246:15, 247:4,
247:14, 247:15
**text** [2] - 188:3, 316:9
**Thanksgiving** [1] -
251:21
**THE** [162] - 169:4,
169:9, 170:12,
170:19, 171:1,

171:5, 171:15,
171:20, 171:23,
172:1, 172:14,
173:16, 173:24,
174:10, 174:13,
174:16, 174:23,
175:4, 175:11,
175:15, 175:17,
175:19, 176:1,
176:10, 176:12,
176:14, 177:5,
177:10, 177:12,
177:15, 195:2,
195:4, 195:6, 195:8,
195:11, 195:13,
195:17, 195:24,
196:1, 196:4,
196:14, 196:17,
227:18, 227:22,
227:24, 233:22,
234:12, 234:16,
235:23, 236:12,
236:20, 236:25,
237:11, 237:13,
238:16, 238:20,
238:25, 239:8,
239:25, 240:20,
241:1, 241:5, 241:7,
241:10, 241:16,
241:22, 242:3,
242:5, 245:17,
248:1, 248:3, 248:7,
248:11, 248:12,
248:18, 248:20,
248:21, 248:24,
249:1, 249:2, 249:4,
249:5, 249:6, 249:7,
249:20, 249:23,
250:4, 250:5, 254:5,
254:7, 255:12,
255:25, 256:3,
256:5, 256:7, 256:8,
256:9, 256:11,
262:15, 262:19,
263:13, 263:15,
263:16, 263:24,
264:2, 264:7, 264:9,
264:18, 266:4,
266:8, 266:10,
267:17, 267:21,
270:6, 270:10,
272:3, 272:7,
274:19, 274:23,
275:25, 276:2,
276:9, 276:11,
276:13, 276:14,
276:15, 278:4,
278:8, 278:24,
280:1, 280:5,
280:10, 280:12,
281:10, 281:14,

287:20, 287:25,
288:3, 288:8, 289:6,
289:11, 289:23,
290:1, 295:2, 295:6,
295:24, 296:8,
296:12, 297:3,
297:9, 297:13,
298:21, 298:25,
304:25, 305:4,
307:4, 307:6,
309:17, 309:21,
314:4, 314:8, 315:11
**themselves** [3] -
229:4, 233:19,
238:11
**thinks** [2] - 172:13,
185:17
**third** [5] - 181:20,
183:5, 183:10,
186:18, 187:22
**three** [16] - 199:10,
207:2, 212:2, 212:8,
212:10, 212:25,
221:1, 224:4,
225:25, 242:19,
242:25, 249:13,
251:13, 257:15,
257:19, 313:19
**threw** [1] - 215:25
**throughout** [3] -
187:12, 192:2,
228:20
**throw** [1] - 235:13
**tie** [1] - 212:18
**title** [1] - 222:14
**titles** [1] - 198:18
**today** [2] - 253:19,
300:10
**together** [8] - 193:13,
210:3, 211:4, 213:4,
233:8, 238:4, 238:7
**toll** [2] - 223:11, 224:2
**tomorrow** [2] -
316:17, 316:25
**ton** [1] - 235:16
**took** [28] - 171:8,
191:19, 199:21,
200:5, 201:14,
204:11, 204:17,
205:4, 205:14,
210:22, 213:1,
213:10, 214:8,
215:16, 216:1,
217:10, 218:4,
219:1, 236:1, 236:9,
236:21, 236:22,
239:20, 244:9,
259:5, 273:18,
273:20
**top** [1] - 290:21

**toss** [1] - 235:15
**total** [1] - 199:7
**touch** [5] - 297:22,
298:6, 300:12,
301:25, 303:13
**touch-screen** [1] -
301:25
**tough** [1] - 233:6
**tow** [1] - 216:12
**towards** [2] - 205:9,
213:20
**town** [3] - 216:2,
216:11, 290:23
**traces** [1] - 184:23
**trade** [2] - 207:10,
312:21
**traded** [3] - 306:11,
306:16, 312:24
**traffic** [2] - 237:19,
315:20
**trafficking** [3] -
169:20, 170:3,
238:12
**Trailer** [14] - 201:25,
202:22, 203:21,
204:8, 206:17,
210:19, 212:9,
213:8, 214:5, 215:6,
222:4, 222:5, 224:21
**trailer** [37] - 170:9,
170:17, 202:2,
202:3, 203:2,
203:16, 204:2,
205:15, 212:16,
212:20, 212:21,
213:24, 214:20,
215:9, 222:2,
222:10, 234:24,
234:25, 236:18,
237:6, 238:23,
239:19, 240:19,
262:2, 262:9,
262:10, 262:24,
265:24, 271:3,
271:5, 272:15,
272:16, 282:22,
283:25, 284:1,
287:16, 293:24
**transaction** [1] - 181:2
**transactions** [1] -
200:20
**transcript** [1] - 192:6
**transfer** [2] - 180:25,
222:18
**transfers** [1] - 222:16
**transportation** [1] -
260:10
**transporting** [1] -
199:2
**travel** [1] - 285:13

**traveling** [1] - 201:13
**Trenton** [1] - 208:9
**trial** [27] - 170:24,
174:21, 177:19,
177:23, 178:6,
178:19, 182:11,
187:13, 188:10,
189:2, 189:9,
189:21, 190:6,
191:3, 191:4,
191:16, 191:18,
192:2, 192:3, 192:6,
192:24, 193:21,
198:23, 227:12,
228:20, 315:13,
315:14
**trials** [1] - 170:2
**tried** [2] - 172:24,
193:12
**trip** [5] - 203:9,
204:12, 292:3,
305:22, 313:11
**trips** [1] - 236:5
**trooper** [1] - 217:16
**truck** [4] - 216:12,
220:20, 222:14,
314:2
**true** [1] - 229:9
**trust** [2] - 176:6,
202:21
**truth** [6] - 187:6,
243:8, 243:9,
243:10, 246:18,
248:17
**try** [9] - 188:24,
196:24, 229:3,
232:9, 235:14,
244:15, 244:16,
256:12, 315:24
**trying** [5] - 172:21,
228:1, 233:1, 246:5,
270:18
**tube** [3] - 217:21,
217:22, 218:11
**turned** [1] - 221:5
**twelve** [1] - 260:2
**Twenty** [1] - 299:21
**twenty** [1] - 249:13
**twenty-three** [1] -
249:13
**Twenty-two** [1] -
299:21
**twice** [5] - 174:14,
199:21, 201:11,
201:12, 273:14
**Twitter** [1] - 316:9
**two** [52] - 180:6,
190:15, 191:17,
200:1, 200:11,
200:17, 201:11,

201:14, 204:10,
205:18, 214:8,
219:18, 220:3,
220:22, 221:4,
221:21, 223:3,
224:8, 224:11,
226:7, 226:14,
231:6, 231:24,
236:5, 242:15,
243:23, 243:25,
245:25, 261:4,
261:25, 272:13,
272:22, 273:8,
273:22, 274:1,
274:3, 282:1,
282:16, 286:19,
290:5, 290:16,
291:6, 296:2,
296:11, 296:14,
298:24, 299:21,
312:2, 313:19,
315:16
**two-and-a-half** [1] -
274:1
**type** [2] - 245:1, 316:9

## U

**ultimate** [1] - 243:10
**ultimately** [1] - 190:4
**uncertainty** [1] -
191:14
**Uncle** [1] - 315:8
**unclear** [2] - 189:23,
191:13
**uncommon** [1] - 170:4
**under** [10] - 173:1,
217:25, 222:24,
230:20, 263:10,
287:14, 293:24,
311:14, 311:16
**undercover** [1] -
219:14
**underneath** [4] -
212:20, 222:7,
264:22
**unemployed** [1] -
222:25
**unfortunately** [1] -
191:15
**unintentionally** [1] -
181:25
**United** [5] - 178:24,
198:16, 198:19,
248:5, 257:10
**unknowingly** [1] -
181:24
**unless** [1] - 179:14
**unravels** [1] - 229:6
**up** [86] - 173:14,

174:19, 178:21,
184:16, 184:22,
189:15, 190:14,
197:15, 199:10,
199:17, 199:19,
201:22, 202:16,
203:17, 204:1,
204:8, 204:12,
204:13, 204:15,
205:18, 205:25,
206:2, 206:4,
207:18, 207:20,
208:2, 209:5,
209:11, 210:20,
212:2, 213:8, 214:4,
214:6, 214:15,
214:18, 214:24,
215:6, 216:12,
218:3, 220:15,
228:12, 234:2,
237:11, 242:12,
243:22, 244:16,
249:16, 261:11,
261:12, 261:14,
268:9, 272:17,
272:21, 282:12,
282:13, 284:2,
285:24, 291:22,
292:16, 294:8,
295:10, 295:16,
295:25, 301:1,
301:5, 301:11,
306:6, 306:7,
307:13, 307:18,
307:19, 307:21,
308:1, 310:6,
311:10, 311:18,
312:5, 312:11,
313:2, 313:11,
314:2, 314:8,
314:16, 315:4
**upper** [1] - 290:12
**urge** [2] - 189:20,
192:6
**uses** [1] - 198:17
**usual** [1] - 213:7

## V

**vaginal** [1] - 217:22
**value** [1] - 238:10
**various** [2] - 201:5,
233:18
**vastly** [2] - 230:2,
232:21
**verdict** [7] - 178:21,
187:13, 189:16,
193:19, 194:14,
245:11, 245:12
**verdicts** [1] - 227:13

**versa** [1] - 224:10
**versus** [1] - 232:4
**Vertner** [74] - 197:21,
202:10, 202:11,
202:17, 202:20,
203:3, 203:14,
204:6, 207:1, 207:5,
207:10, 207:12,
208:2, 208:15,
209:3, 209:11,
209:12, 209:15,
209:16, 209:18,
209:20, 209:23,
210:4, 210:6,
210:11, 210:16,
210:19, 210:24,
211:1, 211:10,
211:11, 211:20,
213:17, 214:10,
216:15, 216:20,
217:3, 217:12,
217:15, 217:19,
218:19, 218:23,
219:11, 219:18,
220:1, 220:8,
220:18, 220:22,
221:5, 221:20,
224:14, 224:18,
224:22, 225:12,
225:14, 225:15,
225:17, 225:23,
226:1, 226:4, 226:6,
226:10, 226:16,
226:17, 229:15,
236:19, 283:21,
289:17, 290:10,
299:7, 299:9
**Vertner's** [1] - 217:18
**vice** [1] - 224:10
**Victor** [44] - 198:9,
200:6, 205:4,
205:21, 206:3,
206:4, 206:8,
206:12, 206:16,
207:14, 207:17,
211:24, 213:1,
213:4, 213:23,
214:7, 220:21,
236:8, 236:9,
242:24, 251:23,
252:3, 302:5,
302:24, 302:25,
303:1, 305:23,
305:25, 309:2,
309:3, 309:11,
309:12, 310:1,
310:12, 310:17,
310:24, 311:23,
312:14, 315:2,
315:5, 315:8

**Victor's** [1] - 206:12
**Victorio** [1] - 315:8
**video** [9] - 171:9,
225:18, 228:23,
235:4, 236:7, 236:9,
236:14, 236:15,
241:14
**videotape** [3] - 237:1,
237:5, 240:1
**violates** [1] - 189:6
**visit** [4] - 203:19,
257:5, 257:13,
257:17
**visited** [1] - 191:11
**voluntarily** [3] - 225:9,
229:8, 232:25

## W

**wait** [3] - 171:16,
174:13, 291:8
**waited** [1] - 216:11
**waiting** [2] - 213:14,
215:3
**waive** [1] - 225:9
**wake** [1] - 184:16
**walk** [1] - 190:10
**warn** [1] - 227:10
**warnings** [1] - 225:8
**warrant** [1] - 222:3
**wash** [1] - 209:4
**waste** [1] - 306:11
**wastes** [1] - 312:20
**watch** [2] - 188:18,
220:16
**water** [2] - 216:6,
216:13
**wearing** [2] - 253:22,
253:23
**weather** [1] - 184:20
**websites** [1] - 188:4
**week** [15] - 199:20,
202:2, 209:18,
213:3, 213:21,
230:1, 243:22,
243:23, 243:25,
282:1, 285:18,
285:19, 291:6,
315:15
**week-and-a-half** [3] -
230:1, 282:1, 285:19
**weekend** [2] - 213:23,
213:24
**weekly** [2] - 199:25,
200:11
**weeks** [7] - 232:23,
242:15, 246:1,
257:15, 257:19,
293:15, 313:19
**weigh** [4] - 178:10,

212:17, 265:22,
273:1
**weighed** [8] - 266:14,
266:18, 272:24,
272:25, 282:23,
283:4, 313:5
**weighing** [2] - 212:24,
283:2
**weight** [4] - 185:9,
185:11, 187:7,
247:18
**Weiser** [23] - 199:8,
200:14, 201:7,
202:1, 202:19,
203:21, 206:16,
207:1, 210:13,
212:9, 214:24,
226:7, 260:24,
260:25, 261:1,
261:5, 261:17,
261:19, 262:1, 270:1
**Wells** [1] - 222:23
**wet** [1] - 184:18
**whatsoever** [1] -
244:25
**wheel** [1] - 221:18
**wheels** [1] - 216:12
**white** [2] - 216:10,
253:23
**whole** [1] - 248:16
**willing** [2] - 225:3,
227:7
**window** [2] - 184:10,
214:20
**windows** [1] - 214:17
**wire** [3] - 220:12,
222:18, 231:10
**wish** [3] - 192:9,
234:14, 241:7
**withdraw** [1] - 176:1
**withdrew** [1] - 223:1
**WITNESS** [10] -
248:20, 249:11,
249:4, 249:6, 250:4,
263:15, 276:2,
276:11, 276:14,
307:6
**witness** [30] - 171:19,
172:4, 172:11,
173:14, 182:25,
183:3, 184:1, 184:2,
186:9, 186:11,
186:14, 186:20,
186:22, 187:6,
192:24, 192:25,
193:10, 193:11,
238:6, 243:24,
248:4, 248:9,
249:21, 254:3,
256:1, 256:4,

---

**United States Courts, District of Idaho**

19

264:10, 276:7,
276:16, 295:12
**Witness** [2] - 248:23,
295:17
**witness'** [4] - 186:16,
186:18, 186:24,
187:3
**witnesses** [19] -
183:15, 187:9,
191:8, 194:6, 194:9,
197:3, 197:5,
197:18, 197:20,
197:24, 198:2,
198:5, 198:23,
226:25, 240:23,
242:16, 242:19,
247:15, 316:16
**woke** [1] - 184:22
**woman** [1] - 217:10
**word** [1] - 223:9
**words** [4] - 172:17,
172:18, 187:10,
193:7
**worried** [2] - 206:14,
217:4
**wrap** [2] - 232:9, 314:8
**writing** [2] - 188:1,
248:23
**written** [2] - 177:20,
192:6

## Y

**year** [4] - 249:19,
250:10, 251:8, 285:3
**Year's** [2] - 285:12,
285:19
**years** [2] - 191:11,
243:3
**younger** [4] - 199:6,
199:17, 201:18,
201:19
**yourself** [4] - 186:11,
192:11, 293:19,
315:20
**yourselves** [2] -
234:6, 316:2