1    **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2

- - - - - - - - - - - - - - - - - - - x
3                                         :
UNITED STATES OF AMERICA,                 : Case No. CR 12-155-S-BLW
4                                         :
                    Plaintiff,            :    **JURY TRIAL**
5                                         :
         vs.                              :
6                                         :
JESUS GUADALUPE SANCHEZ, a/k/a JOSE       :
7  SALAZAR, a/k/a "CHE," JIM ALLEN        :
LOVELAND, and, MICHAEL DENNIS MORRIS,     :
8                                         :
                    Defendants.           :
9                                         :
- - - - - - - - - - - - - - - - - - - x
10

11

12

13

14

15    **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

16

       before B. Lynn Winmill, Chief District Judge
17

18     Volume 2

19     January 15, 2013

20
       Pages 317 to 638
21

22

23              **Tamara I. Hohenleitner**
          Idaho Certified Shorthand Reporter No. 619
24              Registered Professional Reporter
                 Certified Realtime Reporter
25          Federal Certified Realtime Reporter

           United States Courts, District of Idaho
    550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                              **A P P E A R A N C E S**

2

3        **FOR UNITED STATES OF AMERICA**

4                Lynne W. Lamprecht
                 US ATTORNEY'S OFFICE
5                Washington Group Plaza IV
                 800 Park Blvd., Ste. 600
6                Boise, ID 83712-9903
                 Tel:  (208) 334-1211
7                Fax:  (208) 334-9375
                 Email:  Lynne.lamprecht2@usdoj.gov
8

9

10       **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**

11               Jeffrey P. Heineman
                 HEINEMAN LAW OFFICE
                 1501 Tyrell Lane
12               Boise, ID 83706
                 Tel: (208) 830-6124
13               Fax: (208) 947-9009
                 Email: Jeff@heinemanlaw.com
14

15       **FOR DEFENDANT MICHAEL DENNIS MORRIS**

16               Joseph W. Borton
                 BORTON-LAKEY LAW OFFICES
17               141 E. Carlton Avenue
                 Meridian, ID 83642
18               Tel: (208) 908-4415
                 Fax: (208) 493-4610
19               Email: Joe@borton-lakey.com

20

21       **FOR DEFENDANT JIM ALLEN LOVELAND**

                 Christian Berglund
22               BERGLUND LAW, PLLC
                 500 W. Bannock Street
23               Boise, ID 83702
                 Tel: (208) 342-7600
24               Fax: (208) 392-1395
                 Email: Chris@berglundlaw.com
25

<u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

| | Date | Proceeding | Volume-Page |
|---|---|---|---|
| 2 | 01/14/13 | Jury Trial Day 1............................ | V1 - 159 |
| 3 | | Preliminary jury instructions............ | V1 - 177 |
| | | Opening statement by the Government...... | V1 - 196 |
| 4 | | Opening statement by Defendant Morris.... | V1 - 228 |
| | | Opening statement by Defendant Loveland.. | V1 - 242 |
| 5 | | Opening statement by Defendant Sanchez... | V1 - 245 |
| 6 | 01/15/13 | Jury Trial Day 2............................ | V2 - 317 |
| 7 | 01/16/13 | Jury Trial Day 3............................ | V3 - 639 |
| 8 | 01/17/13 | Jury Trial Day 4............................ | V4 - 916 |
| 9 | 01/18/13 | Jury Trial Day 5............................ | V5 - 1215 |
| | | Rule 29 motion by Defendants............. | V5 - 1298 |
| 10 | | Jury instruction conference.............. | V5 - 1315 |
| 11 | 01/22/13 | Jury Trial Day 6............................ | V6 - 1324 |
| | | Further jury instruction conference...... | V6 - 1334 |
| 12 | | Final jury instructions by The Court..... | V6 - 1341 |
| | | Closing argument by the Government....... | V6 - 1364 |
| 13 | | Closing argument by Defendant Loveland... | V6 - 1422 |
| | | Closing argument by Defendant Morris..... | V6 - 1443 |
| 14 | | Closing argument by Defendant Sanchez.... | V6 - 1468 |
| | | Rebuttal argument by the Government...... | V6 - 1481 |
| 15 | | Final jury instructions by The Court..... | V6 - 1495 |
| | | Jury verdict............................. | V6 - 1505 |

16

17      <u>U</u> <u>N</u> <u>I</u> <u>T</u> <u>E</u> <u>D</u>  <u>S</u> <u>T</u> <u>A</u> <u>T</u> <u>E</u> <u>S</u>  <u>W</u> <u>I</u> <u>T</u> <u>N</u> <u>E</u> <u>S</u> <u>S</u> <u>E</u> <u>S</u>

18                                            **VOLUME-PAGE**

**FABIAN BELTRAN**

| | |
|---|---|
| Direct Examination by Ms. Lamprecht.............. | V1 - 249 |
| Continued Direct Examination by Ms. Lamprecht.... | V2 - 328 |
| Voir Dire Examination by Mr. Borton............. | V2 - 338 |
| Continued Direct Examination by Ms. Lamprecht.... | V2 - 340 |
| Cross-Examination by Mr. Heineman............... | V2 - 364 |
| Cross-Examination by Mr. Borton................. | V2 - 377 |
| Cross-Examination by Ms. Berglund............... | V2 - 383 |
| Redirect Examination by Ms. Lamprecht........... | V2 - 388 |
| Recross-Examination by Mr. Heineman............. | V2 - 394 |
| Recross-Examination by Mr. Borton............... | V2 - 396 |
| Recross-Examination by Ms. Berglund............. | V2 - 400 |
| Further Redirect Examination by Ms. Lamprecht.... | V2 - 402 |

I N D E X

1

U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3    ROBERT BOONE
         Direct Examination by Ms. Lamprecht..............V4 - 1131
4        Cross-Examination by Mr. Borton...................V4 - 1146
         Redirect Examination by Ms. Lamprecht...........V4 - 1147
5
     PATRIC CAMPBELL
6        Direct Examination by Ms. Lamprecht..............V4 - 928
         Cross-Examination by Mr. Borton...................V4 - 952
7        Redirect Examination by Ms. Lamprecht...........V4 - 959

8    AMY CAVAZOS
         Direct Examination by Ms. Lamprecht..............V4 - 1025
9        Cross-Examination by Mr. Borton...................V4 - 1047
         Cross-Examination by Mr. Heineman...............V4 - 1049
10       Redirect Examination by Ms. Lamprecht...........V4 - 1052
         Recross-Examination by Mr. Borton................V4 - 1053
11
     JAMES CHRISTENSEN
12       Direct Examination by Ms. Lamprecht..............V4 - 1058
         Cross-Examination by Mr. Heineman...............V4 - 1082
13
     RACHEL L. COBLENTZ
14       Direct Examination by Ms. Lamprecht..............V4 - 961
         Cross-Examination by Mr. Borton...................V4 - 1000
15       Redirect Examination by Ms. Lamprecht...........V4 - 1009
         Cross-Examination by Mr. Heineman...............V4 - 1012
16       Recross-Examination by Mr. Borton................V4 - 1014
         Further Redirect Examination by Ms. Lamprecht....V4 - 1016
17       Further Recross-Examination by Mr. Heineman......V4 - 1020
         Further Redirect Examination by Ms. Lamprecht....V4 - 1023
18
     KRISTOPHER CRAIG HENSLEY
19       Direct Examination by Ms. Lamprecht..............V3 - 766
         Cross-Examination by Mr. Borton...................V3 - 812
20       Cross-Examination by Ms. Berglund................V3 - 824
         Redirect Examination by Ms. Lamprecht...........V3 - 824
21       Recross-Examination by Mr. Borton................V3 - 827
         Further Redirect Examination by Ms. Lamprecht....V3 - 832
22
     AMBER HITES
23       Direct Examination by Ms. Lamprecht..............V3 - 868
         Cross-Examination by Mr. Borton...................V3 - 904
24       Redirect Examination by Ms. Lamprecht...........V3 - 907
         Cross-Examination by Mr. Heineman...............V3 - 908
25       Further Redirect Examination by Ms. Lamprecht....V3 - 911

I N D E X

1

U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3  JUSTIN KLITCH
        Direct Examination by Ms. Lamprecht..............V3 - 852
4
   JONATHAN L. LAURENSON
5       Direct Examination by Ms. Lamprecht..............V3 - 838

6  MARIO MARTINEZ
        Direct Examination by Ms. Lamprecht..............V2 - 578
7       Cross-Examination by Ms. Berglund................V2 - 598
        Cross-Examination by Mr. Heineman................V2 - 598
8       Redirect Examination by Ms. Lamprecht............V2 - 604

9  DAVID R. NETH
        Direct Examination by Ms. Lamprecht..............V2 - 406
10
   VICTOR RUIZ
11      Direct Examination by Ms. Lamprecht..............V2 - 485
        Cross-Examination by Mr. Borton..................V2 - 556
12      Cross-Examination by Ms. Berglund................V2 - 561
        Cross-Examination by Mr. Heineman................V2 - 566
13      Redirect Examination by Ms. Lamprecht............V2 - 570
        Recross-Examination by Mr. Borton................V2 - 575
14      Recross-Examination by Mr. Heineman..............V2 - 575

15 DAVID C. SINCERBEAUX
        Direct Examination by Ms. Lamprecht..............V5 - 1256
16      Cross-Examination by Mr. Borton..................V5 - 1282
        Cross-Examination by Mr. Heineman................V5 - 1286
17      Redirect Examination by Ms. Lamprecht............V5 - 1293

18 JESS STENNETT
        Direct Examination by Ms. Lamprecht..............V4 - 1148
19      Continued Direct Examination by Ms. Lamprecht....V5 - 1238
        Cross-Examination by Ms. Berglund................V5 - 1242
20      Cross-Examination by Mr. Heineman................V5 - 1251
        Redirect Examination by Ms. Lamprecht............V5 - 1253
21      Recross-Examination by Ms. Berglund..............V5 - 1253

22 JOHNNY TAMBUNGA
        Direct Examination by Ms. Lamprecht..............V2 - 412
23      Cross-Examination by Ms. Berglund................V2 - 461
        Cross-Examination by Mr. Heineman................V2 - 465
24      Cross-Examination by Mr. Borton..................V2 - 473
        Redirect Examination by Ms. Lamprecht............V2 - 479
25      Recross-Examination by Ms. Berglund..............V2 - 483

322

I N D E X

1

U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3   BENJAMINE LAWRENCE VERTNER
         Direct Examination by Ms. Lamprecht..............V2 - 607
4        Continued Direct Examination by Ms. Lamprecht....V3 - 649
         Cross-Examination by Mr. Borton..................V3 - 715
5        Cross-Examination by Mr. Heineman................V3 - 745
         Cross-Examination by Ms. Berglund................V3 - 750
6        Redirect Examination by Ms. Lamprecht............V3 - 751
         Recross-Examination by Mr. Heineman..............V3 - 758
7        Further Redirect Examination by Ms. Lamprecht....V3 - 760

8   KENNETH WHITE
         Direct Examination by Ms. Lamprecht..............V3 - 762
9
    GENE WUNSCH
10       Direct Examination by Ms. Lamprecht.............V4 - 1084
         Cross-Examination by Mr. Heineman...............V4 - 1129

11

12

13                 U N I T E D   S T A T E S   E X H I B I T S

14   ADMITTED                                        VOLUME-PAGE

15   2      Photo of Trailer #10, Clifford's Trailer
            Park......................................... V1 - 262
16   3      Clifford's Trailer Park Payment Log......... V2 - 430
     4      Photo of Johnny Tambunga.................... V1 - 267
17   5      Photo of Fabian Beltran..................... V2 - 434
     6      Photo of Victor Ruiz........................ V1 - 308
18   7      Jim Loveland Business Card - Piloting
            Service..................................... V4 - 1188
19   8      Jim Loveland Business Card - Disaster
            Recovery.................................... V4 - 1189
20   9A     Phone calls between Jim Loveland and Che
            Primo a/k/a Sanchez - Summary Chart -
21          March 2012- May 2012........................ V1 - 196
     9B     Phone calls between Jim Loveland and
22          Beltran - Summary Chart - February 2012 -
            May 2012.................................... V1 - 196
23   9C     Phone calls between Jim Loveland and
            Tambunga - Summary Chart Dec. 2011-
24          January 2012................................ V1 - 196
     9D     Loveland Phone Tolls Diagram................ V1 - 196
25   9E     902(11) Certification of T-Mobile Records
            by Joshua Spencer........................... V1 - 196

<u>I N D E X</u>

<u>U N I T E D   S T A T E S   E x H I B I T S</u>

ADMITTED                                                    VOLUME-PAGE

**10**    Photo of Jim Loveland's House...............V1 - 274
**11**    Photo of Mario Martinez.....................V1 - 278
**12**    Photo of Dawson Lee Moore...................V1 - 280
**13**    Photo of Dawson Lee Moore's House...........V1 - 281
**14**    Beltran's T-Mobile Samsung Phone............V1 - 305
**14A**   Phone Contacts from Ex. 14 - Fabian
         Beltran's T-Mobile Samsung Phone............V1 - 305
**15**    Beltran's Blackberry Phone..................V1 - 295
**15A**   Contact List from Ex.15 Fabian Beltran's
         BlackBerry Phone............................V1 - 297
**15B**   Phone calls between Jim Loveland and
         Primo Che a/k/a Sanchez - Summary Chart -
         Feb. 2012...................................V4 - 1199
**17**    Llama .380 pistol...........................V4 - 1066
**18**    Photo of Llama .380 pistol under couch in
         Trailer.....................................V1 - 288
**21**    .22 Derringer pistol with gold grip S.N.
         241111......................................V4 - 1091
**22**    Photo of two Derringer pistols..............V1 - 290
**23**    .22 Derringer pistol with red grip S.N.
         491605......................................V4 - 1092
**24**    30, .22 Hornady Bullets.....................V4 - 1095
**24A**   Photo of .22 bullets from back bedroom......V4 - 1096
**25**    ATF Form 4473 Transaction Record of Ex.
         16 (.380  pistol) and Ex. 19 (.22
         Derringer) to Jesus Guadalupe Sanchez.......V1 - 196
**25A**   902(11) Certification of Records from
         Bargain Gun and Pawn by John Cox............V1 - 196
**26**    ATF Report of Multiple Sale of Pistols to
         Sanchez.....................................V1 - 196
**27**    Photo of Red Ford F11 pickup truck..........V2 - 348
**28**    Photo of Money in steering wheel of Ex.
         26 (Ford F11 pickup truck)..................V2 - 350
**29**    Certificate of Title for Red Ford F11
         pickup truck................................V2 - 411
**30A**   JZ Auto Sales Retail Vehicle purchase
         Contract for Sanchez - Lincoln Navigator....V4 - 1102
**30B**   Report of Sale and Application for
         Certification of Title for Lincoln
         Navigator by Sanchez........................V4 - 1103
**30C**   Receipt for $500 payment for Lincoln
         Navigator...................................V4 - 1106
**31A**   Wells Fargo Bank Consumer Account
         Application for Jesus G. Sanchez - Acc't
         No. X5483 3 pp..............................V1 - 196

324

I N D E X

1

2
U N I T E D   S T A T E S   E X H I B I T S

ADMITTED                                                    VOLUME-PAGE
3

4    **31B**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Oct. - Nov. 2011......................V1 - 196
5    **31C**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Nov. - Dec. 2011......................V1 - 196
6    **31D**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Dec. 2011 - Jan. 2012.................V1 - 196
7    **31E**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Jan. 2012-Feb. 2012...................V1 - 196
8    **31F**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Feb. 2012 - Mar. 2012.................V1 - 196
9    **31G**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Mar. 2012 - Apr. 2012.................V1 - 196
10   **31H**   Sanchez's Wells Fargo Statement for Acc't
           X5483 Apr. 2012 - May 2012..................V1 - 196
11   **31I**   Sanchez Wells Fargo Statement for Acc't
           X5483 May 2012 - June 2012..................V1 - 196
12   **31J**   902(11) Certification of Records from
           Wells Fargo by Sherry Tiniakoff.............V1 - 196
13   **32A**   Wells ExpressSend Service Global
           Remittance Service Agreement - Wells
           Fargo Acc't X5483 Jesus G. Sanchez,
14         12/21/2011 - 2 pp...........................V4 - 1107
     **32B**   Wells Fargo Receipt - $1600 Deposit to
15         Acc't X5483 -12/21/2011 at 1:11 p.m.........V4 - 1111
     **32C**   Wells Fargo Express Send Remittance
16         Transfer Record - Acc't X5483 -
           12/21/2011 at 1:12:43 p.m. $1500 to
17         Elizabeth Hernandez Vega....................V4 - 1113
     **32D**   Wells Fargo Bank Transaction Record $1500
18         withdrawal from Acc't X5483 at 1:15 p.m.....V4 - 1115
     **33A**   Wells Fargo ExpressSend Transfer Record
19         Acc't No. X5364 Jesus G. Sanchez $1,000
           to Elizabeth Hernandez Vega on 1/23/12......V4 - 1079
20   **33B**   Wells Fargo Receipt for $1000 sent to
           Elizabeth Hernandez Vega on 1/23/12 Acc't
21         No. X5364...................................V4 - 1081
     **34A**   Western Union Money Transfer - $400
22         Maria de Jesus Beltran Delgado by Jesus
           G. Sanchez..................................V4 - 1120
23   **34B**   Western Union Customer Receipt for $400
           Money Transfer to Beltran Delgado by
24         Jesus Sanchez at Ridley's on 02-02-2012.....V4 - 1122
     **34C**   Ridley's Receipt for Western Union Money
25         Transfer on Feb. 2, 2012....................V4 - 1123

I N D E X

1           U N I T E D   S T A T E S   E X H I B I T S

2  **ADMITTED**                                                    **VOLUME-PAGE**

3  **35A**  Western Union Money Transfer - $1000 to
          Jesus Roberto Salazar-Perez by Johnny
4         Tambunga.....................................V2 - 449
   **35B**  Western Union Customer Receipt for $1000
5         Money Transfer to Salazar Perez by Johnny
          Tambunga at Ridley's on 02-23-2012..........V2 - 450
6  **35C**  Ridley's Receipt for Western Union Money
          Transfer on Feb 23, 2012....................V2 - 452
7  **36A**  Western Union Customer Receipt for $1000
          Money Transfer by Rachel Coblentz to
8         Jesus Sanchez on April 8, 2012..............V4 - 973
   **37**   Photo of Ben Vertner.........................V1 - 270
9  **38**   Photo of Amber Hites.........................V1 - 272
   **39**   Photo of K.C. Hensley........................V2 - 635
10 **40**   Photo of Patric Campbell.....................V3 - 671
   **41**   Photo of Rachel Coblentz.....................V2 - 546
11 **41A**  Photo of Rachel's Apartment Building.........V3 - 662
   **42**   Photo of Amy Cavazos.........................V2 - 343
12 **43**   Photo of Amy Cavazos's House.................V2 - 614
   **44**   Photo of Jonathan Chapman....................V2 - 636
13 **45**   Photo of Jacob Clevenger.....................V2 - 618
   **46**   Silver Tube removed from Olson on 5/15.......V3 - 687
14 **47**   Methamphetamine from silver tube.............V3 - 866
   **48**   Methamphetamine from K.C. Hensley's Car......V3 - 849
15 **49**   Methamphetamine from Cavazos's house on
          5/15.........................................V4 - 1159
16 **50**   Vertner U/C call to Morris on 5/16...........V3 - 696
   **51**   Photo of Morris' house in Ontario............V2 - 340
17 **52**   Methamphetamine from U/C purchase on 5/16...V4 - 1170
   **53**   Methamphetamine from Trailer # 10...........V4 - 1176
18 **54**   Black Lunch Bag..............................V2 - 358
   **55**   Photo of black lunch bag under kitchen
19        sink.........................................V1 - 264
   **56**   Photo of money and meth in black lunch
20        bag..........................................V2 - 353
   **57**   Photo of Money and large bag of meth........V2 - 355
21 **58**   Photo of Money and smaller bag of meth......V4 - 1074
   **60**   Silver digital scale from black bag under
22        kitchen sink.................................V2 - 357
   **61**   Photo of silver digital scale...............V1 - 266
23 **62**   Photo of gym shoe with Money................V2 - 555
   **63**   Plea Agreement for Johnny Tambunga..........V2 - 459
24 **64**   Plea Agreement for Fabian Beltran...........V2 - 361
   **65**   Plea Agreement for Victor Ruiz..............V2 - 488
25 **66**   Plea Agreement for Mario Martinez...........V2 - 582
   **67**   Plea Agreement for Benjamine Vertner........V2 - 611

**United States Courts, District of Idaho**

<u>I N D E X</u>

1

<u>U N I T E D   S T A T E S   E X H I B I T S</u>

2

**ADMITTED**                                                    **VOLUME-PAGE**

3
   **68**    Plea Agreement for Amber Hites..............V3 - 902
4  **69**    Plea Agreement for K.C. Hensley.............V3 - 775
   **70**    Plea agreement of Patric Campbell...........V4 - 950
5  **71**    Plea Agreement for Rachel Coblentz..........V4 - 997
   **72**    Plea Agreement for Amy Cavazos..............V4 - 1046
6  **73**    Phone Call Vertner/Sanchez 5/22/12..........V3 - 711
   **74A**   Video Clip from Exhibit 74..................V4 - 1139
7  **74B**   Video Clip from Exhibit 74..................V4 - 1143
   **74C**   Video Clip from Exhibit 74..................V4 - 1143
8  **74D**   Video Clip from Exhibit 74..................V4 - 1143

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

327

1    P R O C E E D I N G S
2    January 15, 2013
3    (Jury present.)
4    THE COURT:  For the record, I'll note that
5    the jurors are present --
6    Ms. Gearhart.  Sorry.
7    THE CLERK:  The court will now hear Criminal
8    Case 12-155-S-BLW, United States of America versus
9    Jesus Guadalupe Sanchez, Michael Dennis Morris,
10   and Jim Allen Loveland, for day two of jury trial.
11   THE COURT:  Now we'll resume.  Thank you,
12   Ms. Gearhart.
13   I'll note for the record that all
14   jurors are present.  Mr. Beltran has retaken the
15   witness stand.
16   I'll remind you, sir, you are still
17   under oath.  Please remember to stay close to the
18   microphone and keep it tipped towards your mouth.
19   I will also note that pursuant to
20   Rule 615, the court is going to exclude all
21   witnesses.  Therefore, Counsel, you will be
22   required to instruct your witnesses to remain
23   outside the courtroom and also not to discuss
24   their testimony with each other while they're
25   waiting to testify.  If there is any question

328

1    about the court's expectation in that regard,
2    bring it up on a break, and we'll discuss that.
3    I believe we were still engaged in
4    direct examination of Mr. Beltran.
5    Ms. Lamprecht --
6    MS. LAMPRECHT:  Thank you, Your Honor.
7    THE COURT:  -- you may resume your
8    examination.
9    FABIAN BELTRAN,
10   having been previously duly sworn to tell the
11   whole truth, testified as follows:
12   CONTINUED DIRECT EXAMINATION
13   BY MS. LAMPRECHT:
14   Q.  Mr. Beltran, when we stopped yesterday,
15   you were talking about you were on your way back
16   from Phoenix with your Cousin Che, Victor --
17   A.  Yes.
18   Q.  -- Victor Ruiz, and your Uncle
19   Victorio?
20   A.  Yes.
21   Q.  Why did your uncle come with you?
22   A.  He came to drive a car back.
23   Q.  Did he have anything to do with the
24   methamphetamine?
25   A.  No.

329

1    Q.  Now, on the way back, what happened?
2    A.  We went back to Mexico.
3    Q.  Okay.  On the way back -- I'm sorry.
4    You went to Mexico, then you came back to Arizona;
5    correct?
6    A.  Yeah.
7    Q.  And then in Arizona, did you pick
8    anyone up to go with you back to Idaho?
9    A.  It was me, Jose, Victor, my Uncle
10   Victorio.  We drove back.  He stayed the night.
11   The next day he drove back one of Jose's cars.
12   Q.  Okay.  But before you got back to
13   Idaho, between the time you left Arizona and
14   between the time you got to Idaho, did you stop
15   anyplace?
16   A.  Yes.
17   Q.  Where did you stop?
18   A.  California.
19   Q.  I'm sorry?
20   A.  California.
21   Q.  Do you know where in California?
22   A.  I think it was Indio.
23   Q.  And was it near any place in
24   particular?
25   A.  A casino.

330

1    Q.  What happened there?
2    A.  We stopped to pick up drugs.  I went --
3    me, Victor, and my uncle went in the hotel.
4    Q.  I'm having trouble hearing you.  Again,
5    would you pull that microphone closer to you and
6    maybe speak a little more slowly.
7    A.  Well, we stopped to pick up more drugs,
8    and me and my uncle and Victor went in the casino
9    for a little bit, waited for Jose to tell us he
10   was ready to leave.
11   Q.  Why did you go in the casino?
12   A.  He was going to go pick up the stuff,
13   the drugs.
14   Q.  Okay.  How long were you in the casino?
15   THE COURT:  Just a moment.
16   You said he was going.  Who was "he"?
17   THE WITNESS:  Jose.
18   THE COURT:  All right.
19   THE WITNESS:  Like 30 minutes, 40.
20   BY MS. LAMPRECHT:
21   Q.  Then what happened?
22   A.  He called us, went in there to get us,
23   we went back outside and we left.
24   Q.  Okay.  Who is it that called you and
25   came back in to get you?

331

1    **A.** Jose.
2    **Q.** Do you know what he got?
3    **A.** Drugs, meth.
4    **Q.** Did he tell you?
5    **A.** Yes.
6    **Q.** What did he tell you?
7    **A.** He was picking up a couple pounds.
8    **Q.** I'm sorry?
9    **A.** He said he picked up, like, 2 pounds.
10   **Q.** And then what happened after he picked
11   up the methamphetamine?
12   **A.** We drove back to Idaho.
13   **Q.** Where did you go in Idaho?
14   **A.** Weiser.
15   **Q.** What did you do when you got to Weiser?
16   **A.** We got there and, you know, we started
17   breaking it down.  Then I went to go do the
18   delivery.
19   **Q.** When you say you started breaking it
20   down, what were you breaking down?
21   **A.** The meth, the drugs.
22   **Q.** What did you mean by breaking down the
23   meth?
24   **A.** Packing it --
25   **Q.** Packing --

332

1    **A.** -- into ounces.
2    **Q.** -- it into ounces?
3    **A.** Yes.
4    **Q.** Who was doing this?
5    **A.** Jose.
6    **Q.** What were you -- what did you do while
7    he was packaging the methamphetamine?
8    **A.** Going to go deliver.
9    **Q.** Who did you go to deliver to?
10   **A.** To Jim.
11   **Q.** The Jim that's sitting here in the
12   courtroom?
13   **A.** Yes.
14   **Q.** Did you take anyone with you?
15   **A.** Yeah.  I took Victor with me.  Victor.
16   **Q.** How much methamphetamine did you take
17   to Jim?
18   **A.** Two ounces.
19   **Q.** And where did you deliver it to Jim?
20   **A.** To his house.
21   **Q.** After you delivered to Jim that day,
22   what did you do?
23   **A.** I drove back to Weiser and stayed at
24   the trailer.
25   **Q.** For the first few days after you came

333

1    back from Arizona --
2    **A.** Yes.
3    **Q.** -- what did you do?
4    **A.** We chilled at the trailer; we went
5    fishing; went back to the trailer, hang out, wait
6    until somebody called.  Then if somebody called,
7    we go -- I go deliver.
8    **Q.** Who called you?
9    **A.** Jim, Mario, Dawson, Mo, Ben.
10   **Q.** And when you -- did you -- then after
11   they called, what did you do?
12   **A.** Go take it to them.
13   **Q.** In that first few days after you were
14   back, let's say, the first five days, who went
15   with you to deliver drugs to Dawson and Jim and
16   Mario and Mo?
17   **A.** Me, Jose, and Victor.
18   **Q.** All three of you went together?
19   **A.** Yes.
20   **Q.** And then where did Ben get the
21   methamphetamine during that time?
22   **A.** He went to pick it up at the trailer.
23   **Q.** He picked it up at the trailer?
24   **A.** Yes.
25   **Q.** Was there ever a time when you

334

1    delivered methamphetamine to Ben, someplace
2    besides the trailer?
3    **A.** Yes.
4    **Q.** And when did that happen?
5    **A.** Cinco de Mayo.
6    **Q.** May 5th?
7    **A.** Yeah.
8    **Q.** Where did you go?
9    **A.** I went to Ontario.
10   **Q.** Ontario, Oregon?
11   **A.** Yes.
12   **Q.** Do you know whose house you went to?
13   **A.** To Morris.
14   **Q.** And when you went there, who did you
15   see?
16   **A.** Ben.
17   **Q.** What did you take him?
18   **A.** Two ounces.
19   **Q.** Did he give you any money?
20   **A.** Yes.
21   **Q.** How much?
22   **A.** Like 36 -- 26.
23   **Q.** Twenty-six hundred dollars?
24   MR. BORTON:  Excuse me, Your Honor.  I
25   apologize.  I couldn't hear his answer.  What did

355

1 he say?
2         MS. LAMPRECHT:  Twenty-six.
3         THE COURT:  Let's put the question back
4 before the witness to make certain.
5 BY MS. LAMPRECHT:
6         Q.  How much money did he give you?
7         A.  Twenty-six hundred.
8         Q.  What did you do with this money?
9         A.  Put it away.
10        Q.  Who was it for?
11        A.  Jose.
12        Q.  Now, while you were at this house in
13 Oregon where you met Ben, did somebody else come?
14        A.  Yes.
15        Q.  And do you see that person in the
16 courtroom today?
17        A.  Yes.
18        Q.  And would you point out where he is
19 sitting and what he is wearing.
20        A.  Right there, wearing a black shirt.
21        Q.  Could you be a little more specific?
22        How many people down from me is the
23 person that you're pointing out?
24        A.  Three.
25        MS. LAMPRECHT:  I would like the record to

336

1 reflect that the witness has identified the
2 defendant, Michael Morris.
3         THE COURT:  The record will so reflect.
4 BY MS. LAMPRECHT:
5         Q.  What happened when Michael Morris came?
6         A.  He got there a little bit later.  He
7 was talking.  And I was there for like 30 minutes
8 and I left.
9         Q.  What did you talk about?
10        A.  I was talking with Ben.  We went back
11 outside.  It was time to go watch the fight at the
12 bar.
13        Q.  I would like to show you what's been
14 marked as Government's Exhibit 51.
15        Do you recognize what's in that
16 photograph?
17        A.  Yes.
18        Q.  What is it?
19        A.  A house.
20        Q.  What house?
21        A.  Morris' house.
22        Q.  In Ontario -- the Morris' house that
23 you went to that day?
24        A.  Yes.
25        MS. LAMPRECHT:  I would like to move

337

1 Government's Exhibit 51 into evidence.
2         THE COURT:  Any objection?
3         MS. BERGLUND:  No objection.
4         MR. BORTON:  Yes, Your Honor.  I would
5 object.  I don't think there is foundation laid
6 for this witness to know.  I could inquire in aid
7 of objection.
8         THE COURT:  Ms. Lamprecht, perhaps you can
9 lay a further foundation.
10        MS. LAMPRECHT:  He was there, Your Honor.
11        THE COURT:  Well, I'm not -- it's a little
12 hard to hear the witness at times, so could we
13 just cover that issue again, just to be certain.
14        MS. LAMPRECHT:  Okay.
15        THE COURT:  And you can renew your
16 objection, Mr. Borton, depending upon the further
17 inquiry.
18 BY MS. LAMPRECHT:
19        Q.  You testified about going to Michael
20 Morris' house.
21        A.  Yes.
22        Q.  And where was that house located?
23        A.  Ontario, Oregon.
24        Q.  Okay.  And do you remember what that
25 house looked like?

338

1         A.  Yes.
2         Q.  And is Exhibit 51 a fair and accurate
3 representation of what you saw when you went to
4 Michael Morris' house that day?
5         A.  Yes.
6         MS. LAMPRECHT:  Move Exhibit 51 into
7 evidence.
8         MR. BORTON:  Your Honor, same objection.  I
9 can inquire of this.
10        THE COURT:  You may.
11             VOIR DIRE EXAMINATION
12 BY MR. BORTON:
13        Q.  Mr. Beltran, had you been to this
14 property prior to May 5th?
15        A.  Yes.
16        Q.  Was -- the source of information that
17 you have as to whose house this is, did that come
18 to you from Ben Vertner?
19        A.  Yes.  Well, Ben took me -- took me over
20 there for the first day on the 5th of May.  Then I
21 was there for, like, 30 minutes and left.  The
22 next day I went back to pick up Ben.
23        Q.  I understand.  The question before you,
24 though, is --
25        MS. LAMPRECHT:  Excuse me, Your Honor.  He

339

1  is interrupting the witness.  May he let the
2  witness finish?
3         THE COURT:  Well, if it's not responsive --
4  proceed.
5         MS. LAMPRECHT:  He's talking about how
6  many --
7         THE COURT:  Just a moment.
8         MS. LAMPRECHT:  I'm sorry.
9         THE COURT:  Mr. Borton, go ahead.
10        MR. BORTON:  Thank you, Your Honor.
11 BY MR. BORTON:
12        Q.  Prior to you observing this property on
13 May 5th, was Ben Vertner the individual who told
14 you that this is Mike Morris' house?
15        A.  Yes.
16        MR. BORTON:  Your Honor, I think Mr. Vertner
17 is the individual -- he has knowledge as to whose
18 house it is.  I think he can testify he went to
19 this property.
20        THE COURT:  Well, that's what he -- right.
21 I'm going to overrule the objection and allow the
22 witness -- the exhibit will be admitted.
23        The witness has indicated he went to
24 that location; that is what he understood.
25        Who the home actually belonged to is

340

1  for the jury to determine based on all the
2  evidence, and that apparently will be in dispute.
3         However, I think the witness has
4  adequately laid a foundation based upon his
5  identification of this residence as the location
6  he went to on that particular date.
7         So Exhibit 51 will be admitted and
8  published to the jury.
9         (Exhibit No. 51 admitted.)
10        CONTINUED DIRECT EXAMINATION
11 BY MS. LAMPRECHT:
12        Q.  Now, you said that Ben took you to the
13 house or you met Ben at that house?
14        A.  Yeah.
15        Q.  And then the next day, did you go back
16 to that house?
17        A.  Yes.
18        Q.  And did you see the person that you've
19 identified as Michael Morris again?
20        A.  Yes.
21        Q.  And where was he?
22        A.  He was sleeping in the living room.
23        Q.  He was sleeping in the living room?
24        A.  Yes.
25        Q.  And where in the living room was he

341

1  sleeping?
2         A.  On the floor.
3         Q.  Did he see you?
4         A.  Yeah.
5         Q.  Did he wake up while you were there?
6         A.  I was there.  He was still sleeping.
7  He woke up a little bit later.
8         Q.  When you delivered methamphetamine to
9  Ben in Ontario at Michael Morris' house, where was
10 Che?
11        A.  He was in Mexico.
12        Q.  When had he left?
13        A.  A couple days before the 5th of May.
14        Q.  And on this day that you delivered
15 methamphetamine to Michael Morris at his house,
16 where was Victor?
17        A.  Victor, he was at home at the trailer.
18        Q.  Why was he -- why was he at the
19 trailer?
20        A.  He was sick.
21        Q.  Did you make any more deliveries that
22 day to customers besides Ben?
23        A.  Yes.
24        Q.  Who did you deliver to?
25        A.  I delivered to Dawson in the morning

342

1  and then to Ben.  Then I went to Jim's in the
2  afternoon -- like, at night.
3         Q.  And when you went to Jim's, where did
4  you deliver to Jim?
5         A.  To his house.
6         Q.  And that's the house you've identified
7  before?
8         A.  Yes.
9         Q.  When was the next time that Ben picked
10 up meth at the trailer?
11        A.  Like, two days later.
12        Q.  Did he bring anyone with him?
13        A.  Yes.
14        Q.  Who did he bring?
15        A.  He brings a girl.
16        Q.  Do you know her name?
17        A.  I forgot it.
18        Q.  I'm sorry?
19        A.  I forgot it.
20        Q.  Okay.  I would like to show you what's
21 been marked as Government's Exhibit 42.
22        Do you recognize the person in that
23 photograph?
24        A.  Yes.
25        Q.  And how do you recognize that person?

343

1    A. Ben's girlfriend, or she is Ben's
2  baby's mom.
3    Q. Okay. And do you -- when did you see
4  her?
5    A. Like, two days later, she went to the
6  house with Ben.
7    MS. LAMPRECHT: Okay. I would like to move
8  Government's Exhibit 42 into evidence and show it
9  to the jury.
10   THE COURT: Any objection?
11   MS. BERGLUND: No objection.
12   MR. BORTON: None, Your Honor.
13   MR. HEINEMAN: No objection.
14   THE COURT: Exhibit 42 will be admitted and
15  published to the jury.
16      (Exhibit No. 42 admitted.)
17  BY MS. LAMPRECHT:
18   Q. What happened when Amy and Ben came to
19  your house that day -- to the trailer?
20   A. They just came, they sit down and were
21  watching a movie. We were making food, and they
22  stayed and ate. And Ben came for more drugs.
23   Q. Okay. First of all, who made dinner
24  that night?
25   A. Me and Victor.

344

1    Q. What did you make?
2    A. Made some ribs.
3    Q. And after dinner, what did you and Ben
4  do?
5    A. I gave him the drugs so he could have
6  and take.
7    Q. You gave him the drugs -- I'm sorry.
8  What?
9    A. Give him the drugs.
10   Q. How -- what kind of drugs did you give
11  him?
12   A. Meth.
13   Q. How much?
14   A. Two ounces.
15   Q. And after you gave Ben the 2 ounces,
16  what happened?
17   A. He -- they stayed there for a little
18  bit more, and then they left, like, around 12:00
19  or midnight.
20   Q. When is the next time that Ben came
21  back to the trailer to pick up meth?
22   A. Like, two days later, I think.
23   Q. Was anyone with him this time?
24   A. Yes.
25   Q. Who was with him?

345

1    A. That was Rachel.
2    Q. Okay. It wasn't the person in the
3  picture?
4    A. No.
5    Q. And what happened that time?
6    A. The same: came, picked up 2 more
7  ounces and left.
8    Q. After that, did you hear anything about
9  what had happened to Ben?
10   A. Yeah.
11   Q. What did you hear?
12   A. He told me he got a DUI.
13   Q. Who told you?
14   A. He did.
15   Q. And after that, did you get a call from
16  Ben?
17   A. Yes.
18   Q. What did he want?
19   A. He said he wanted 2 ounces, to go
20  deliver to him in Nampa.
21   Q. Where in Nampa were you going to meet
22  him?
23   A. At the Applebee's at the mall.
24   Q. Which mall? Do you remember?
25   A. I don't know the name. I know it was

346

1  in Nampa.
2    Q. Okay. And when you talked to Ben, did
3  you talk about how much money he needed to pay
4  you?
5    A. Yeah.
6    Q. What did you tell him?
7    A. He said he had it. He said he owed, I
8  think, like, 3,600. He said he had it. And then
9  I took him 2 more ounces.
10   Q. You took him 2 more ounces --
11   A. Yes.
12   Q. -- to where the Applebee's was in the
13  mall?
14   A. Yes.
15   Q. Did you do -- where did you meet Ben
16  when you got there?
17   A. In the parking lot.
18   Q. Did you take anyone with you?
19   A. Yes.
20   Q. Who?
21   A. Victor.
22   Q. Was Victor involved in your meth
23  business at this time?
24   A. No.
25   Q. What was Victor's main interest?

347

1   A.  He just went with us.  And he wanted to
2   smoke some weed, so he told Ben if he could get
3   him some.
4   Q.  Okay.  And did he get any?
5   A.  No.
6   Q.  What happened after -- did you give the
7   methamphetamine to Ben?
8   A.  Yes.
9   Q.  Where were you when you gave him the
10  methamphetamine?
11  A.  I was in his truck, the SUV.
12  Q.  Did you get anything from Ben in
13  return?
14  A.  Money.
15  Q.  How much?
16  A.  I think it was 2,000.  I'm not sure.
17  Q.  And what did you do after you gave
18  Ben -- Ben gave you the money?
19  A.  We went back in the restaurant, ate.
20  Q.  Okay.  Now, let me ask you this:  When
21  you came in the -- you said -- what car did you
22  say you were driving?
23  A.  I was driving the red truck.
24  Q.  Whose truck was that?
25  A.  Jose's.

348

1   Q.  Okay.  Jose, also "Che"?
2   A.  Yes.
3   Q.  I would like to show you what's been
4   marked as Government's Exhibit 27.
5       Do you recognize what's in that
6   photograph?
7   A.  Yes.
8   Q.  What is it?
9   A.  A red truck.
10  Q.  Whose red truck?
11  A.  Jose's.
12  Q.  And was that the truck that you were
13  driving that day?
14  A.  Yes.
15      MS. LAMPRECHT:  I would like to move
16  Government's Exhibit 27 into evidence and show it
17  to the jury.
18      THE COURT:  Any objection?
19      MS. BERGLUND:  No objection.
20      MR. BORTON:  None, Your Honor.
21      MR. HEINEMAN:  None.
22      THE COURT:  27 will be admitted and
23  published to the jury.
24      (Exhibit No. 27 admitted.)
25  BY MS. LAMPRECHT:

349

1   Q.  When you came to the mall that day, did
2   you bring anything with you besides the meth?
3   A.  Yeah.
4   Q.  What?
5   A.  Money.
6   Q.  Where was the money?
7   A.  In the steering wheel.
8   Q.  In the steering wheel of what?
9   A.  The truck.
10  Q.  Okay.  I would like to show you what's
11  been -- what did you bring the money for?
12  A.  I was going to send money to Jose to
13  come back.
14  Q.  And how much money did you have with
15  you to send to Jose?
16  A.  A thousand dollars.
17  Q.  I would like to show you what's been
18  marked as Government's Exhibit 28.
19      Do you recognize what's in that
20  photograph?
21  A.  Yes.
22  Q.  What is it?
23  A.  Money.
24  Q.  The money?  What -- what money?
25  A.  Jose's money.

350

1   Q.  The money that you brought?
2   A.  Yeah.
3   Q.  And where was that money?
4   A.  In the steering wheel.
5   Q.  In the steering wheel of what?
6   A.  The truck.
7       MS. LAMPRECHT:  Okay.  I would like to move
8   Government's Exhibit 28 into evidence and show it
9   to the jury.
10      THE COURT:  Any objection?
11      MS. BERGLUND:  No, Your Honor.
12      MR. BORTON:  No objection.
13      MR. HEINEMAN:  No objection.
14      THE COURT:  28 will be admitted and
15  published to the jury.
16      (Exhibit No. 28 admitted.)
17  BY MS. LAMPRECHT:
18  Q.  Did you get -- did you ever have a
19  chance to send that money to Che?
20  A.  No.
21  Q.  What happened?
22  A.  I got arrested.
23  Q.  And how did law enforcement officers
24  find out that money was there?
25  A.  I told him it was in there.

351

1  Q.  When was it that you got arrested?
2  A.  On the 16th of May.
3  Q.  And how long after you came out of
4  Applebee's did you get arrested?
5  A.  I think I was in there for, like, an
6  hour.  An hour later, I got arrested.
7  Q.  After you were arrested, was there any
8  methamphetamine still at Trailer No. 10?
9  A.  Yes.
10  Q.  About how much?
11  A.  Like, 2 ounce and a half.
12  Q.  Was there any money at the trailer?
13  A.  Yes.
14  Q.  How much?
15  A.  Like, 24,000.
16  Q.  And how do you know that?
17  A.  I counted it the day before.
18  Q.  And why did you count the money?
19  A.  To see how much money we picked up.
20  Q.  What did you plan to do with that money
21  that was in the trailer?
22  A.  I was going to take it back to Arizona
23  to meet with Jose and give it to him.
24  Q.  And what was the reason you were going
25  to take the money back to Arizona to give it to

352

1  him?
2  A.  I was going to go back to Arizona, go
3  back to work, and I was going to give him his
4  money and his car to come back.
5  Q.  And he was going to come back here?
6  A.  Yes.
7  Q.  I would like to show you what's been
8  marked as Government's Exhibit 56.
9  Do you recognize what's in that
10  photograph?
11  A.  Yes.
12  Q.  What is it?
13  A.  Drugs and the money.
14  Q.  And when that picture was taken, where
15  were those drugs and money?  Do you know?
16  A.  They were under the sink in the
17  bathroom.
18  Q.  And was that the way they looked at the
19  time that you were arrested?
20  A.  Yes.
21  MS. LAMPRECHT:  I would like to move
22  Government's Exhibit 56 into evidence and show it
23  to the jury, Your Honor.
24  THE COURT:  Any objection?
25  MS. BERGLUND:  No objection.

353

1  MR. BORTON:  None, Your Honor.
2  MR. HEINEMAN:  No objection.
3  THE COURT:  56 will be admitted and
4  published to the jury.
5  (Exhibit No. 56 admitted.)
6  BY MS. LAMPRECHT:
7  Q.  I would like to show you what's been
8  marked as Government's Exhibit 57 now.
9  THE COURT:  I'm sorry.  Fifty-seven, did you
10  say?
11  MS. LAMPRECHT:  Mm-hmm.
12  BY MS. LAMPRECHT:
13  Q.  Do you recognize what's in that
14  photograph?
15  A.  Yes.
16  Q.  What is it?
17  A.  The drugs and the money.
18  Q.  Does that look like about the same
19  amount of money that you had at the trailer at the
20  time?
21  A.  Yes.
22  Q.  And is that an accurate representation
23  of the drugs that were in that bag in the trailer?
24  A.  Yes.
25  MS. LAMPRECHT:  I would like to move

354

1  Government's Exhibit 57 in and show it to the
2  jury.
3  THE COURT:  Any objection?
4  MS. BERGLUND:  No objection.
5  MR. BORTON:  None, Your Honor.
6  MS. LAMPRECHT:  And I would like --
7  THE COURT:  Just a moment.
8  Is there an -- Mr. Heineman?
9  MR. HEINEMAN:  Thank you, Your Honor.  I
10  apologize.
11  I guess I want a little more foundation
12  regarding the money.  I know she mentioned the
13  drugs from the bag, but I wasn't sure where he
14  said that money -- all that money came from.
15  THE COURT:  Well, Ms. Lamprecht --
16  MR. HEINEMAN:  Because we didn't see that
17  much in the bag itself.
18  THE COURT:  Ms. Lamprecht, why don't we back
19  up and have the witness testify --
20  BY MS. LAMPRECHT:
21  Q.  How much money did you say was in that
22  bag?
23  A.  Like, 24,000.
24  Q.  Okay.  And the money that's in the
25  photo that you're looking at, does that appear to

355

1  be the same bulk as the amount of money that you
2  had in that bag?
3      A. Yes.
4      Q. Where did all that money come from?
5      A. From the drugs. Every time I deliver,
6  they give me the money. I keep putting it away.
7      Q. It didn't come from anywhere but drugs?
8      A. Yes.
9      Q. Did you have a job at all during this
10  time when you were in Idaho?
11     A. No.
12     Q. Did Jose or Che have a job at all
13  during this time while you were in Idaho?
14     A. No.
15     MS. LAMPRECHT: I would like to move
16  Government's Exhibit 57 into evidence and show it
17  to the jury, Your Honor.
18     THE COURT: Is there an objection now?
19     MR. HEINEMAN: There is no objection now.
20     THE COURT: All right. Exhibit 57 will be
21  admitted and published to the jury.
22         (Exhibit No. 57 admitted.)
23  BY MS. LAMPRECHT:
24     Q. Now I would like to show you what's
25  been marked as Government's Exhibit 60.

356

1      Q. Do you recognize --
2      A. Yes.
3      Q. What is it?
4         I'm sorry. Government's Exhibit 60. I
5  just have to say that.
6         What is it?
7      A. A scale.
8      Q. What scale?
9      A. The one we used to weigh.
10     Q. Who used it?
11     A. Me and Jose.
12     Q. What did you use it for?
13     A. To weigh the drugs.
14     Q. And where did you keep that scale?
15     A. In the black bag under the sink.
16     Q. Okay.
17     MS. LAMPRECHT: I would like to move
18  Government's Exhibit 60 into evidence and show it
19  to the jury.
20     THE COURT: Any objection?
21     MS. BERGLUND: No objection.
22     MR. BORTON: None, Your Honor.
23     MR. HEINEMAN: No objection, Your Honor.
24     THE COURT: Exhibit 60 will be admitted and,
25  at counsel's option, can be shown to the jury.

357

1         (Exhibit No. 60 admitted.)
2      MS. LAMPRECHT: Do we want to do it now, or
3  would you prefer that we wait?
4  BY MS. LAMPRECHT:
5      Q. Can you hold it up, just so they can
6  see what it is.
7      A. (Witness complied.)
8      Q. And, finally, I would like to show you
9  what's been marked as Government's Exhibit 54.
10        Do you recognize that, Exhibit 54?
11     A. Yes.
12     Q. What is it?
13     A. The black bag.
14     Q. What was that black bag for?
15     A. To keep the drugs and the money in, and
16  the scale.
17     Q. Is that the one that was in the
18  picture, under the bathroom sink?
19     A. Yes.
20     MS. LAMPRECHT: I would like to move
21  Government's Exhibit 54 in and ask the witness be
22  able to display it to the jury by holding it up.
23     THE COURT: Any objection?
24     MS. BERGLUND: No objection.
25     MR. BORTON: None, Your Honor.

358

1      MR. HEINEMAN: No objection.
2      THE COURT: Exhibit 54 will be admitted and
3  may be shown now to the jury.
4         (Exhibit No. 54 admitted.)
5  BY MS. LAMPRECHT:
6      Q. Now, since you have been arrested, have
7  you spoken with anyone else that was charged in
8  this case with you?
9      A. Yes.
10     Q. Who did you talk to?
11     A. Victor and Ben.
12     THE COURT: Could you slide closer to the
13  microphone, please.
14     THE WITNESS: Victor and Ben.
15  BY MS. LAMPRECHT:
16     Q. Okay. And how long ago did you come
17  into contact with Victor?
18     A. When we got arrested, we got sent to
19  the same dorm room.
20     Q. And were you incarcerated in the same
21  area together?
22     A. For, like, a week; and then they moved
23  him to another cell.
24     Q. Okay. And that was back in June of
25  2012?

359

1      A. Yeah.
2      Q. Have you talked to Victor since that
3 time?
4      A. Yes.
5      Q. And how long ago was that?
6      A. I talked to him a couple minutes ago;
7 and a couple days ago, too, when they transported
8 us last week.
9      Q. And when you talked to him, did you
10 talk to him about this case?
11      A. Yes.
12      Q. What did you talk to him about?
13      A. I told him that I felt bad what I'm
14 doing, but I got to do it.
15      Q. Why do you feel bad about what you're
16 doing?
17      A. Testify.
18      Q. Why do you feel bad about testifying?
19      A. It's my cousin.
20      Q. Did you talk to Victor about anything
21 else about this case?
22      A. No.
23      Q. When you talked to Ben, how long ago
24 was that?
25      A. A couple minutes ago.

360

1      Q. Did you talk to him about this case?
2      A. Yeah. He heard everything. We were
3 together.
4      Q. I'm sorry?
5      A. He heard me talking to Victor, so he
6 heard.
7      Q. And did you say anything other than you
8 felt bad about testifying against your cousin?
9      A. (No audible response.)
10      Q. I'm sorry. Did you?
11      A. Yes.
12      Q. What did you say?
13      A. Told him that it was not right.
14      Q. That what?
15      A. It's not right to testify against him.
16      Q. Did anything about either of these two
17 conversations change what you know happened?
18      A. Huh?
19      Q. Did either one of these conversations
20 change anything about what you know happened in
21 this case?
22      A. No.
23      Q. Now, finally, I would like to ask you:
24 Have you pled guilty to being a part of a
25 conspiracy to possess methamphetamine with intent

361

1 to distribute?
2      A. Yes.
3      Q. And did you do that with a plea
4 agreement?
5      A. Yes.
6      Q. I would like to show you what's been
7 marked as Government's Exhibit 64, just the first
8 page.
9      Do you recognize that document?
10      A. Yes.
11      Q. What is it?
12      A. Plea agreement.
13      Q. I would like to show you what's been
14 marked as page 19 of that exhibit. Do you
15 recognize anything on that page?
16      A. My signature.
17      MS. LAMPRECHT: I would like to move
18 Exhibit 64 into evidence, Your Honor, at this
19 point.
20      THE COURT: Any objection?
21      MS. BERGLUND: No objection.
22      MR. BORTON: None, Your Honor.
23      MR. HEINEMAN: No objection, Your Honor.
24      THE COURT: 64 will be admitted.
25      (Exhibit No. 64 admitted.)

362

1      THE COURT: Do you wish to have it
2 published?
3      MS. LAMPRECHT: Not at this -- well, just
4 the signature, I guess. So the first and the last
5 page.
6 BY MS. LAMPRECHT:
7      Q. Is that your -- can you point to your
8 signature on the screen?
9      A. Right here (indicating).
10      Q. That's yours? Okay.
11      MS. LAMPRECHT: And then just the first
12 page, so the jury can see what it is.
13 BY MS. LAMPRECHT:
14      Q. And as part of this plea agreement, was
15 that when you agreed to cooperate with the
16 government?
17      A. Yes.
18      Q. And is your testimony here today part
19 of your cooperation?
20      A. Yes.
21      Q. Do you hope to benefit as a result of
22 cooperating with the government?
23      A. Yes.
24      Q. How is it that you hope to benefit?
25      A. Get out sooner.

363

1   Q.  Get out sooner?
2   A.  Go home.
3   Q.  Your sentence will be lower?
4   A.  Yes.
5   Q.  What do you understand that you must do
6   if you're going to get any benefit from this plea
7   agreement?
8   A.  Huh?
9   Q.  What is it that you have to do if
10  you're going to get any benefit from this plea
11  agreement?
12  A.  Cooperate.
13  Q.  And how do you have to cooperate?
14  A.  Testify against people.
15  Q.  Is there a way that you have to
16  testify?
17  A.  Yeah.
18  Q.  I'm sorry?
19  A.  Yes.
20  Q.  And what is that?
21  A.  Testify against my cousin.
22  Q.  Okay.  How does your testimony against
23  your cousin have to be?
24  A.  True.
25  Q.  I'm sorry?

364

1   A.  True.
2   Q.  Have you said anything today that
3   wasn't true?
4   A.  No.
5   Q.  And who is it that will decide your
6   sentence?
7   A.  The judge.
8   MS. LAMPRECHT:  No further questions.
9   THE COURT:  All right.
10      Cross-examination, Mr. Heineman.
11  MR. HEINEMAN:  Yes, Your Honor.
12      CROSS-EXAMINATION
13  BY MR. HEINEMAN:
14  Q.  Mr. Beltran, with regard to the plea
15  agreement you signed with the government, do you
16  recall how many years that you potentially could
17  get?
18  A.  Like, ten.
19  Q.  Was it ten, or ten or more and possibly
20  life?
21  A.  Yes.
22  Q.  So this deal could be a very good thing
23  for you; correct?
24  A.  Yes.
25  THE COURT:  You need to get closer to the

365

1   microphone, please.
2   THE WITNESS:  Yes.
3   BY MR. HEINEMAN:
4   Q.  But to get that sentence reduced, you
5   need the recommendation of the government, don't
6   you?
7   A.  Yes.
8   Q.  So if the government is not happy, the
9   government can withhold its recommendation?
10  A.  Yeah.
11  Q.  Okay.  Your deal also states that
12  you're forfeiting the guns; correct?
13  A.  Yeah.
14  Q.  Are those your guns?
15  A.  No.
16  Q.  But you're forfeiting them?
17  A.  Yeah.
18  Q.  Okay.  Did you also give a statement to
19  the police when you were arrested on May 16th?
20  A.  Yeah.
21  Q.  And that was at a time that Mr. Sanchez
22  was in Mexico; is that correct?
23  A.  Yes.
24  MS. LAMPRECHT:  At this point, Your Honor,
25  I'm going to object based on improper

366

1   cross-examination.  The statement is not Fabian's;
2   it's a statement of the officer's.
3   THE COURT:  Well, I don't -- the witness has
4   testified he did give a statement.  Now, we'll
5   have to see where it goes.  The objection is
6   overruled at this point, but you can renew it at a
7   later, more appropriate time.
8       Go ahead.
9   BY MR. HEINEMAN:
10  Q.  Detectives who interviewed you at that
11  time were Idaho -- Idaho State Police detectives;
12  correct?
13  A.  Yes.
14  Q.  They told you you were in big trouble,
15  didn't they?
16  A.  Yeah.
17  Q.  Did they tell you that it was possible
18  that you could get ten or more years for the meth
19  you were dealing?
20  A.  Yes.
21  Q.  And they said this was your opportunity
22  to help yourself; correct?
23  A.  Yes.
24  Q.  That they wanted you to tell them
25  everything that you knew about the meth that you

367

1  brought into Idaho; correct?
2      A. Yeah.
3      Q. Okay. So at that time, did you tell
4  them everything you knew about the meth you
5  brought into Idaho?
6      A. Yeah.
7      Q. Okay. So you told them on that date
8  that you had brought 2 pounds of methamphetamines
9  back into Idaho?
10     A. Yes.
11     Q. That was the first time; correct?
12     A. Yeah.
13     Q. The first time you brought it back into
14  Idaho was 2 pounds?
15     A. No. No. One.
16     Q. You did not tell them that you brought
17  2 pounds into Idaho at that time?
18     A. No.
19     THE COURT: Would you answer either yes or
20  no? I'm having a hard time hearing your response.
21         Counsel, there is kind of a double
22  negative in that last question. You may want --
23     MR. HEINEMAN: I think you're correct,
24  Your Honor. I apologize.
25  BY MR. HEINEMAN:

368

1      Q. And do you recall what you said, the
2  second time that you brought meth into Idaho, how
3  much weight that you brought?
4      A. Two.
5      Q. Okay. Did you state that the total
6  amount that you brought -- of meth that you
7  brought into Idaho was 4 pounds?
8      A. Yeah.
9      Q. Okay. And that the last two -- and
10  that a second time that you brought meth into
11  Idaho, of the two times you brought meth, was in
12  January of 2012?
13     A. Yes.
14     Q. And that second time that you brought
15  meth back in January of 2012, you brought it in a
16  fire extinguisher?
17     A. When? What date?
18     Q. Did you tell the officers that the last
19  2 pounds of meth that were transported to Idaho by
20  you --
21     A. Yes.
22     Q. -- was transported -- in January,
23  excuse me -- was transported in a fire
24  extinguisher?
25     A. In January? No.

369

1      Q. So you're now unclear?
2      A. It wasn't January. I brung in the
3  first time --
4      MS. LAMPRECHT: Your Honor, I would like to
5  see what counsel is referring to, because I
6  believe the foundation is improper for the
7  question.
8      THE COURT: It's cross-examination. I think
9  the witness can be tested as to the date. But the
10  witness has indicated it was not in January, so
11  perhaps it needs to be rephrased.
12  BY MR. HEINEMAN:
13     Q. Are you unclear that -- of what you
14  brought into Idaho on January --
15     MS. LAMPRECHT: Objection to the form of the
16  question, Your Honor.
17     THE COURT: Overruled.
18  BY MR. HEINEMAN:
19     Q. Are you unclear of what you brought
20  into -- excuse me.
21         Are you unclear of what you told the
22  officers of what you brought?
23     A. Yeah.
24     Q. I'm sorry. I can't hear you.
25     A. Yes.

370

1      Q. You are unclear?
2          If you possibly could see the report
3  from the interview that day, would that possibly
4  refresh your recollection?
5      MS. LAMPRECHT: Objection. Improper
6  foundation.
7      THE COURT: Sustained.
8  BY MR. HEINEMAN:
9      Q. So you're -- just for my clarity,
10  you're unclear of what you brought --
11     MS. LAMPRECHT: I'm going to object to this
12  whole line of questioning because he is using a
13  report that the witness did not have anything to
14  do with.
15     THE COURT: Counsel, the question -- this
16  question has nothing to do with the report but,
17  rather, with what the witness now remembers. So
18  the objection is overruled.
19     MS. LAMPRECHT: I didn't -- but he is asking
20  the witness if he was unclear -- what he asked the
21  witness is, was he unclear about what the -- what
22  he told the officers he brought. So he is really
23  not.
24     THE COURT: Well, the witness can be
25  examined as to what he now recalls. But there is

371

1  no direct reference to any report, so the
2  objection is overruled.
3         Proceed, Mr. Heineman.
4  BY MR. HEINEMAN:
5     Q. You have family in the United States;
6  that's correct, Mr. Beltran?
7     A. Yes.
8     Q. Okay. And, again, when did you go
9  to -- was it your sister's 16th birthday party?
10    A. My niece.
11    Q. When did you go?
12    A. February.
13    Q. Okay. So, at that time, you had
14 already been bringing drugs into Idaho and dealing
15 drugs for approximately three, four months; is
16 that correct?
17    A. Yeah.
18    Q. Okay. And you have eight stepbrothers;
19 am I correct about that?
20    A. Yeah.
21    Q. Okay. And then you have -- who are
22 your other siblings?
23    A. From my dad's side, it is eight of
24 them; five brothers and three sisters.
25    Q. Okay.

372

1     A. From my mom's side, it's four of us.
2     Q. And there is "four of us," so it's 12
3  altogether?
4     A. Yeah.
5     Q. Okay. And your mother and your father,
6  are they still alive?
7     A. Yes.
8     Q. Okay. Do you keep in regular contact
9  with your mother?
10    A. Yes.
11    Q. And your father?
12    A. Yeah.
13    Q. Do I suppose you keep in regular
14 contact with all your siblings or just particular
15 ones?
16    A. Well, my mom, I send her letters. My
17 dad, I just talk to him on the phone, and my
18 brothers.
19    Q. Okay. At the time that you went back
20 for your sister's [sic] party, were they aware
21 that you were dealing drugs?
22    A. They knew. Yeah.
23    Q. You told them that?
24    A. Well, I didn't told them. They just --
25 I knew they had to knew. But I didn't told them I

373

1  was bringing them.
2     Q. You didn't tell them. Okay.
3         Did you tell any of your siblings you
4  were dealing drugs?
5     A. No.
6     Q. So you kept your true activities hidden
7  from the rest of your family?
8     A. Yeah.
9     Q. So, essentially, you've been hiding the
10 truth from your family; you have been lying to
11 them?
12    A. Yeah.
13    MR. BORTON: Your Honor, I can't hear his
14 responses.
15    THE COURT: Again, stay very close to the
16 microphone, if you would, Mr. Beltran.
17    Mr. Heineman.
18    MR. HEINEMAN: Yes.
19 BY MR. HEINEMAN:
20    Q. Was your father a drug dealer,
21 Mr. Beltran?
22    A. Yes.
23    Q. Was your mother a drug dealer?
24    A. No.
25    Q. With regard to the meth that was

374

1  brought into Idaho, were you a part of all trips
2  that did bring meth back into Idaho?
3     A. Yes.
4     Q. And Victor Ruiz, you stated earlier he
5  did not -- he was not a part of this conspiracy?
6     A. Yes.
7     Q. But he did go with you on many of your
8  sales?
9     A. Yes.
10    Q. Did Victor get paid for his work, do --
11    A. No.
12    Q. -- you know?
13        Did you go with Mr. Sanchez and
14 Mr. Ruiz to Dateline, Arizona, to four-wheel with
15 jeeps in the desert?
16    A. Yes.
17    Q. When did you do that?
18    A. I think it was -- I think the middle of
19 April.
20    Q. When did you return?
21    A. The end.
22    Q. Okay. Did all three of you return?
23    A. Yes. Oh, no. That was me, Jose, and
24 my brother.
25    Q. Okay. So your brother.

375

1   When did you take over the operation
2   from Mr. Sanchez when he went to Mexico to see his
3   family?
4        A. Like, two days before the 5th of May.
5        Q. And you handled all the sales?
6        A. Yeah.
7        Q. And you collected all the money?
8        A. Yes.
9        Q. Do you know who Victor Aisporo is?
10       A. Who?
11       Q. Am I pronouncing it right?
12   A-I-S-P-O-R-O?
13       A. Victor Aisporo?
14       Q. Yeah.
15       A. Yes.
16       Q. Who is he?
17       A. My uncle.
18       Q. Okay. He is the uncle who accompanied
19   you on those trips?
20       A. Huh?
21       Q. Is he the uncle who accompanied you on
22   the trip?
23       A. Yeah.
24       Q. Okay. How many pounds of meth did you
25   bring back into Idaho in February? Do you recall?

376

1        A. Three. Three.
2        Q. Three in February?
3        A. The first time was 1, and the second
4   time was 2.
5        Q. Okay. Did you testify earlier that in
6   December, you said, you brought back 1?
7        A. When the first time I came over here is
8   when I came in September on the airplane, and I
9   went back. And after December, I was coming with
10   Jose back and forth.
11       Q. In January --
12       A. January, the same --
13       Q. -- you took back -- you brought up how
14   much meth?
15       A. Jose came -- I think it was 1 or 2.
16   I'm not sure.
17       MR. HEINEMAN: I have no further questions,
18   Your Honor.
19       THE COURT: Any cross, Mr. Borton, or
20   Ms. Berglund?
21       MR. BORTON: Yes, Your Honor, briefly.
22       THE COURT: All right.
23       MR. BORTON: Thank you.
24       THE COURT: Mr. Borton.
25       MR. BORTON: Thank you, Your Honor.

377

1                CROSS-EXAMINATION
2   BY MR. BORTON:
3        Q. Mr. Beltran, in regards to the
4   Government's Exhibit 64, the plea agreement that
5   you reviewed and signed --
6        A. Yeah.
7        Q. -- do you remember that agreement that
8   you made?
9        A. Yeah.
10       Q. One of the areas that you can receive
11   relief from also is a potential maximum fine of up
12   to $10 million, as well?
13       A. Yeah.
14       Q. Do you recall that, as well?
15       A. Yes.
16       Q. Is it both a potential life sentence
17   and a $10 million fine that you're trying to get
18   relief from?
19       A. Yes.
20       Q. All right. And you testified you spoke
21   twice after your arrest to law enforcement, one on
22   May 16th and one on July 23rd; is that correct?
23       A. Yes.
24       Q. Okay. It was in that July 23rd
25   conversation with law enforcement when you made

378

1   the reference that you went to Mike Morris' house
2   on May 5th that you --
3        A. Yes.
4        Q. -- testified to? Okay.
5            And you told law enforcement that at
6   the July 24th -- at the July 23rd meeting; is that
7   correct?
8        A. Yes.
9        Q. Okay. You testified a moment yesterday
10   about some of the transactions you made in
11   California. Do you recall the trip you made in
12   California where you brought back 2 pounds in, I
13   believe it was, January?
14       A. Yes.
15       Q. Okay. And you had testified that you
16   brought back 2 pounds of meth from a source in
17   California?
18       A. I brung one. When I did it by myself,
19   I brung one.
20       Q. Okay. Was it the second time where
21   you -- I'm making reference to your testimony
22   where you brought back 2 pounds, you didn't pay
23   for it, and then you brought it back here to
24   distribute it. Do you recall that testimony?
25       A. Yes.

379

1    Q.  Okay.  Is it fair to say -- tell me
2  what you understand the average price of 1 ounce
3  of methamphetamine.
4    A.  Like 1,200.
5    Q.  $1,200?
6        So 2 pounds of methamphetamine would
7  be -- 16 ounces a pound -- roughly 35- to $40,000
8  worth?
9    A.  Something like that.
10   Q.  Okay.  And you picked up approximately
11  35- to $40,000 worth of methamphetamine from a
12  source in California, brought it to Idaho, but you
13  didn't pay for it?
14   A.  Yeah.
15   Q.  Is that a "yes"?
16   A.  Yeah.
17   Q.  Okay.  Can you tell me the name of the
18  individual you received it from?
19   A.  I don't know his name.  I never met
20  him, only that one time.  He just handed it to me;
21  I left.
22   Q.  Okay.  Can you tell me the address in
23  California where you received that meth?
24   A.  It was in San Bernardino.  I don't know
25  the -- I don't know exactly what address or where

380

1  was it.  I just meet him up at the mall and left.
2    Q.  Okay.  Is it your testimony to this
3  jury that you don't remember the name of the
4  individual who gave you that meth?
5    A.  No.
6    Q.  You never knew that person's name?
7    A.  No.
8    Q.  Is it fair to say that you don't want
9  to share who that individual is?
10   A.  I don't know his name.  I don't know
11  the guy's name.  I only seen him one time.
12   Q.  Do you intentionally not want to know
13  his name?
14   A.  I don't know his name.
15   Q.  Okay.  Who else was with you when you
16  were with this unknown individual?
17   A.  My little brother.
18   Q.  Okay.  Did it seem strange to you that
19  somebody you don't know, don't even know their
20  name, would give you 35- to $40,000 worth of
21  methamphetamine and receive no money back from
22  you?
23   A.  He just handed it to me and I left.
24   Q.  Did that seem strange to you at all?
25   A.  That's the way he told me to do, is go

381

1  pick it up and leave, and then they take care of
2  the money later.
3    Q.  Who told you that?
4    A.  Jose.
5    Q.  Do you remember what he looked like?
6    A.  No.
7    Q.  Do you remember how tall he was?
8    A.  Nope.
9    Q.  Do you remember anything about him at
10  all?
11   A.  He was Mexican.  He had a Honda.
12  That's all I know.
13   Q.  Okay.  Is it fair to say, Mr. Beltran,
14  if you did remember specific characteristics of
15  this individual who gave you $35,000 worth of
16  meth, you would rather not share it in this
17  courtroom?
18   A.  I don't know the guy's name.  I only
19  seen him one time.
20   Q.  Understood.
21   A.  That's it.
22   Q.  If you could recall any of those
23  characteristics --
24       MS. LAMPRECHT:  I'm going to object at this
25  point, Your Honor.  It's been asked and answered.

382

1        THE COURT:  Well, I think -- Counsel, I
2  think it has been asked and answered.  Let's --
3  I'll allow you to approach it from a different
4  point of view, but that question, I think, has
5  been put to the witness.
6        MR. BORTON:  Okay.  Thank you, Your Honor.
7  BY MR. BORTON:
8    Q.  You testified just a moment ago, when I
9  first started asking you some questions about the
10  two interviews, that it was during that July 26th
11  interview that you made reference to Mr. Morris'
12  house.  Do you recall that?
13   A.  Yes.
14   Q.  Okay.  And those remarks didn't come
15  during the May 16th interview; they came during
16  that July 23rd interview; is that correct?
17   A.  Yeah.
18   Q.  Is that a "yes"?
19   A.  Yes.
20   Q.  Okay.  Were you using meth during any
21  time that you've been talking about in your
22  testimony today?
23   A.  Nope.
24   Q.  Had you used meth at a prior date?
25   A.  Nope.

383

1 Q. Have you used meth in your life at all?
2 A. No.
3 Q. Ever?
4 A. No.
5 MR. BORTON: Thank you. I have no further
6 questions.
7 THE COURT: Ms. Berglund.
8 MS. BERGLUND: Thank you, Your Honor.
9 CROSS-EXAMINATION
10 BY MS. BERGLUND:
11 Q. Mr. Beltran, which phone were you using
12 when you were arrested?
13 A. My Samsung.
14 Q. The Samsung.
15 And of the two phones you had, only one
16 of them had a contact for Mr. Loveland in it;
17 correct?
18 A. Yes.
19 Q. When did you first enter Mr. Loveland's
20 name or assign a name to the phone number that you
21 thought belonged to Mr. Loveland?
22 A. When he give me the number.
23 Q. Pardon?
24 A. When he give me the number.
25 Q. Do you know what date that was?

384

1 A. No.
2 Q. Approximately? Do you have a month?
3 A. Say, the beginning of March.
4 Q. Beginning of March?
5 A. Like, the 5th, 8th.
6 Q. And you had only assigned a name to
7 that number in one phone; correct?
8 A. Yeah.
9 Q. And did you testify that you first
10 delivered methamphetamine to Mr. Loveland in
11 December of 2011?
12 A. Yeah.
13 Q. And prior to that, you claim that he
14 was Mr. Sanchez's client?
15 A. Yes.
16 Q. And Jim paid $1,200 an ounce because he
17 was an existing client?
18 A. Yes.
19 Q. Okay. Mr. Vertner paid 1,300 because
20 he was a new client?
21 A. Yes.
22 Q. Okay. Do you recall what date you
23 returned from Arizona with Mr. Ruiz in May?
24 A. In May?
25 Q. Yes.

385

1 A. I remember -- I remember we got here,
2 like, I think the beginning of May.
3 Q. You don't recall an exact date, though?
4 A. What date we left from Arizona or what
5 time we got here?
6 Q. What day did you leave from Arizona?
7 A. I think it was the end of April.
8 Q. You left in April?
9 A. Yeah, the end.
10 Q. You don't know the exact date?
11 A. I think it was the 31st or the 30th.
12 Q. And what day did you arrive back in
13 Idaho?
14 A. I don't know the date, but I think it
15 was -- I think we got here, like, a day before May
16 or on May the 1st.
17 Q. May 1st?
18 And you delivered to Mr. Loveland as
19 soon as you returned from Arizona?
20 A. Yes.
21 Q. When you were initially interviewed on
22 the date of your arrest, you never said anything
23 about Mr. Loveland, did you?
24 A. No.
25 Q. And you admitted that you delivered to

386

1 Mr. Vertner, but you -- you never said anything
2 about planning on delivering to any other person;
3 correct?
4 A. Yes.
5 Q. And you had no other methamphetamine on
6 you at the time --
7 A. No.
8 Q. -- that you were arrested?
9 And you only had 2 ounces back at the
10 house?
11 A. Yes.
12 Q. You didn't have any plans to meet with
13 Mr. Loveland on the 16th of May?
14 A. I called him, but he didn't answer, so
15 I didn't meet him or nothing.
16 Q. Prior to entering into your plea
17 agreement in July, did you have an opportunity to
18 see or hear what other defendants in this case
19 were saying?
20 A. No.
21 Q. No. So you never saw any police
22 reports?
23 A. Just -- I got discovery, but nobody --
24 like, nobody was on it; only the other people. I
25 didn't even know the other people that were on

387

1  discovery.
2      Q.  Did you have any knowledge of what
3  Mr. Ruiz had said at the time he was arrested?
4      A.  Oh, no.
5      Q.  No?  And do you recall telling the
6  police that the only thing that you got out of
7  delivering for Mr. Sanchez and transporting
8  multiple pounds of methamphetamine was having your
9  cell phone bill paid and an opportunity to see
10  your mother?
11      A.  Yeah.
12      Q.  And so that's the only thing you
13  received in exchange for doing this, from
14  Mr. Sanchez?
15      A.  Like, $3,000; that's it.
16      Q.  You -- so you were paid $3,000?
17      A.  Yeah.
18      Q.  Did you ever tell the police you were
19  paid $3,000?
20      A.  Yes.
21      Q.  When did you tell them that?  When you
22  initially were arrested or later?
23      A.  Later.
24      Q.  And so, in this case, as my colleagues
25  have asked you, you're expecting to have a

388

1  substantial reduction in your sentence -- or
2  hoping for that?
3      A.  Yes.
4      MS. BERGLUND:  No further questions.
5      THE COURT:  Redirect, Ms. Lamprecht.
6              REDIRECT EXAMINATION
7  BY MS. LAMPRECHT:
8      Q.  I think all of the attorneys asked you
9  if you were hoping for a substantial reduction in
10  your sentence.  Do you have any idea, sitting here
11  today, what sentence the judge will give you?
12      A.  No.
13      Q.  Now, you heard several questions by
14  counsel for Jim Loveland.  She asked you questions
15  about Mr. Loveland.
16          Did you know Jim's last name while
17  you -- before you were arrested?
18      A.  No.
19      Q.  You knew him only as "Jim"?
20      A.  Yes.
21      Q.  How did you find his house?
22      A.  I went with Jose.
23      Q.  And how many times did you go to that
24  house?
25      A.  Like, 10, 15 times.  I'm not sure.

389

1      Q.  I would like to talk to you now -- they
2  asked about our cell telephones.  When did you
3  have that BlackBerry telephone?
4      A.  I had it since, like, 2010 or '9 -- or
5  '11.
6      Q.  Okay.  And about when did you change it
7  for the Samsung Galaxy?
8      A.  Oh, I know that my brother -- it was my
9  brother's account.  He was paying for it.  And he
10  told me that he was going to disconnect it, so I
11  bought a prepaid account chip.
12      Q.  My question is:  When did you stop
13  using the BlackBerry and start using the Samsung
14  Galaxy, about?  Do you remember what month?
15      A.  It was February, beginning.
16      Q.  Okay.  And you had contact names.  Do
17  you remember which phone you had all the contact
18  names in?
19      A.  Yes.
20      Q.  Which one?
21      A.  On both of them.
22      Q.  Okay.  And how did you get Jim's number
23  into your Samsung Galaxy after you stopped using
24  the BlackBerry?
25      A.  From my old phone, from the BlackBerry.

390

1      Q.  You just took it off your old phone and
2  used that to call him?
3      A.  Yeah.
4      Q.  So you kept the BlackBerry.  Did you
5  use that for phone numbers?
6      A.  I was holding -- I put the old numbers
7  on my BlackBerry -- on my Samsung, and I erased
8  all the numbers on the BlackBerry.
9      Q.  Okay.  But then you used those numbers
10  to call -- did you use Jim's number to call him on
11  your Samsung Galaxy?
12      A.  Yes.
13      Q.  People have asked you about the various
14  interviews you had with law enforcement officers.
15          During the first interview, did law
16  enforcement officers ask you questions?
17      A.  Yes.
18      Q.  Did you answer those questions
19  truthfully, to the best of your ability?
20      A.  Yes.
21      Q.  Did you volunteer any information more
22  than they asked you?
23      A.  Yes.
24      Q.  Okay.  And the next time you talked to
25  law enforcement, did they ask you different

391

1  questions?
2      A.  Yes.
3      Q.  And did you answer those questions to
4  the best of your ability?
5      A.  Yes.
6      Q.  Did you ever change what you knew to be
7  the truth to try and make things better for you?
8      A.  Yes.
9      Q.  How?
10      A.  The truth.  Said the truth, everything
11  that happened, everything that was going on.
12      Q.  So you tried your best to be truthful;
13  is that what you're saying?
14      A.  Yes.
15      Q.  Did you ever lie to try and make things
16  better?
17      A.  Yeah.  I didn't want to say my brother
18  was with us, or my uncle; but I ended up saying
19  the truth then.
20      Q.  Did you tell a lie about your uncle?
21      A.  No.  Oh, first, yeah, I didn't mention
22  him.
23      Q.  Oh, you just didn't talk about him?
24      A.  No.
25      Q.  And was that the same with your

392

1  brother?
2      A.  Yes.
3      Q.  But was your brother ever involved in
4  the methamphetamine?
5      A.  No.
6      Q.  Was your uncle ever involved in --
7      A.  No.
8      Q.  -- the methamphetamine?
9          Now, there have been some questions
10  about how many trips you made.  I'm going to ask
11  you month by month, and we'll start with December.
12          The first time you came, did Che bring
13  methamphetamine with him?
14      A.  Yes.
15          MR. HEINEMAN:  I have to object.  This has
16  been asked and answered by the prosecutor
17  originally.
18          THE COURT:  I'm going to overrule the
19  objection, but it's -- it needs to be brief
20  testimony.  I think this was touched upon on
21  cross, but I don't think we need to belabor the
22  point.
23          MS. LAMPRECHT:  I just think it got confused
24  a little bit, so I would like to just --
25          THE COURT:  I overruled the objection.

393

1          MS. LAMPRECHT:  Thank you.
2          THE COURT:  I'm giving you leeway but
3  limited leeway.
4          MS. LAMPRECHT:  Yes, sir.
5  BY MS. LAMPRECHT:
6      Q.  Did you do another trip in December?
7      A.  Yes.
8      Q.  How much did you bring back?
9      A.  I think it was, like, 2 pounds.
10      Q.  Who was that with?
11      A.  Jose.
12      Q.  Did you do any trips in February?
13      A.  Yes.
14      Q.  How many?
15      A.  February, I think it was one, two.
16      Q.  Okay.  And how many did you bring back
17  on each of those trips?
18      A.  The first time in February, I think it
19  was 1 or 2.  And the second time is when I came by
20  myself, like the middle of February, like the
21  16th, 17th.  I came with me and my little brother.
22  I brung 1 to Idaho.
23      Q.  Okay.  When you came back with Victor
24  in March, how much did you bring?
25      A.  Bring 2.

394

1      Q.  Did you make another trip in March?
2      A.  In March, no.  Oh, yeah.  I drove back,
3  dropped Victor off, picked up Jose, and then went
4  to California and then we picked up 2 more.
5      Q.  Okay.  Now, in April you said you went
6  to Mexico and came back to Arizona.  Did you bring
7  any methamphetamine into Idaho in April?
8      A.  No.
9      Q.  Okay.  The first of May, how much did
10  you bring?
11      A.  First of May, 2.
12      Q.  Those were the trips that you made?
13      A.  Yeah.
14          MS. LAMPRECHT:  May I have a moment,
15  Your Honor?
16          THE COURT:  Yes.
17          MS. LAMPRECHT:  No further questions,
18  Your Honor.
19          THE COURT:  Any recross?  Mr. Heineman.
20              RECROSS-EXAMINATION
21  BY MR. HEINEMAN:
22      Q.  Mr. Beltran, you stated on redirect
23  that you have no idea what your ultimate sentence
24  might be if the government agrees that you gave
25  substantial assistance; is that correct?

395

1    **A.** Yes.

2    **Q.** Okay. So your attorney has not given

3 you any idea what it might be?

4    **A.** No.

5    **Q.** The prosecutor has not given you any

6 idea what it might be?

7    **A.** No.

8    **Q.** You also stated earlier that you felt

9 sorry about having to testify against your cousin;

10 correct?

11    **A.** Yes.

12    **Q.** Okay.

13    MS. LAMPRECHT: Objection. This --

14    THE COURT: Just a moment. What's that?

15    MS. LAMPRECHT: This is outside the scope of

16 cross-examination.

17    MR. HEINEMAN: Actually, it's going to

18 reflect upon the redirect, about how much he knew

19 or didn't know.

20    THE COURT: Well, let's get to that point.

21 I'll give you some leeway.

22    MR. HEINEMAN: It's coming right now.

23 BY MR. HEINEMAN:

24    **Q.** Did you have a message sent by a friend

25 of Mr. Sanchez's when you returned to jail to tell

396

1 him that you were sorry about having to testify

2 against him? And did you more or less let that

3 person know, let Mr. Sanchez know, that you're

4 probably going to get about three years?

5    **A.** Yes.

6    MR. HEINEMAN: Thank you. No further

7 questions.

8    THE COURT: Mr. Borton.

9    MR. BORTON: Yes, briefly, Your Honor.

10        RECROSS-EXAMINATION

11 BY MR. BORTON:

12    **Q.** Mr. Beltran, you were asked on redirect

13 about comments you made to law enforcement; and

14 your testimony was that with regards to your uncle

15 and your brother, you lied to them; is that

16 correct?

17    **A.** Yeah.

18    **Q.** What date did you lie to the law

19 enforcement?

20    **A.** Oh, then when -- in July, when they

21 came and told me, I -- I didn't mention nothing.

22 Then they came again, but then they found out, so

23 I just end up admitting it, "Yeah, they came."

24    **Q.** So, let me ask you that again. Can you

25 share with us what date it was in 2012 when you

397

1 gave false information to law enforcement

2 regarding this case?

3    **A.** I think it was July. I don't know the

4 date.

5    **Q.** Okay. You gave an interview July 23rd.

6 Do you recall that?

7    **A.** Yeah.

8    **Q.** Is it possible that you lied to the

9 police during that July 23rd interview?

10    **A.** The only thing I didn't say was that my

11 little brother and my uncle was over here, But I

12 ended up telling the truth later.

13    **Q.** Okay. And the brother and uncle

14 component, that's the lie that you're referencing?

15    **A.** Yes.

16    **Q.** Okay. And, again, if you recall, was

17 it that July 23rd interview in which you provided

18 that false information?

19    **A.** Yes.

20    **Q.** Okay. And did you provide any other

21 false information to the police on July 23rd?

22    **A.** No.

23    **Q.** And did the police tell you, prior to

24 you providing false information, that they wanted

25 you to tell the truth?

398

1    **A.** Yeah.

2    **Q.** And were you aware of that request by

3 the police for you to tell the truth?

4    **A.** Yeah.

5    **Q.** And despite that request, did you make

6 your own personal choice at that time --

7    **A.** Yeah.

8    **Q.** -- to still give them false information

9 with regards to your brother and your uncle?

10    MS. LAMPRECHT: I'm going to object to the

11 form of the question. He didn't give them false

12 information. He simply withheld information at

13 the time --

14    THE COURT: Sustained.

15        Rephrase.

16 BY MR. BORTON:

17    **Q.** At that point, did you choose -- you

18 used the word "lie." That's the reason I'm using

19 it.

20    **A.** Well, the only thing I didn't say, that

21 my little brother came and my uncle; but later on,

22 I ended up telling the truth.

23    **Q.** Okay. Then, for example, back in the

24 May 23rd interview, you were asked to basically

25 tell everything you know about the drug

399

1 trafficking that you were involved in.
2     A. Yes.
3     Q. Okay. And on May 23rd, did you tell
4 them everything you knew?
5     A. Yes.
6     Q. Okay. Named all the names and cited
7 all the locations as best you could?
8     A. I named names, but I didn't -- I didn't
9 give nobody's address. I didn't know nobody's
10 address.
11     Q. Fair enough.
12     A. I just say the names. That's it.
13     Q. Fair enough.
14         But on May 16th, though, you provided
15 all of the names of those individuals you knew?
16     A. Yes.
17     Q. Okay. And when you were withholding
18 information from law enforcement on July 23rd, did
19 you tell them that you were withholding
20 information at the time you were doing it?
21     A. Well, when they came at me with the
22 deal that they were -- I had to testify and
23 cooperate, that's when I started saying all the
24 truth.
25     Q. Okay. And was it your intent that if

400

1 you were able to provide substantial assistance,
2 you would try and give them something more, some
3 additional information?
4     A. That's --
5     Q. Is that your understanding?
6     A. Yes.
7     Q. Okay. And that's been your intent and
8 hopes of getting assistance, is just to provide
9 more information as best you can?
10     A. Yes.
11     MR. BORTON: Okay. Thank you.
12         Nothing further, Your Honor.
13     THE COURT: Ms. Berglund, anything else?
14         RECROSS-EXAMINATION
15 BY MS. BERGLUND:
16     Q. You testified that you transferred the
17 phone numbers from your BlackBerry into your
18 Samsung?
19     A. Yes.
20     Q. Did you transfer Jim Loveland's --
21     A. Yes.
22     Q. -- contact information into your
23 Samsung?
24     A. Yes.
25     Q. You said that you delivered 10 to 15

401

1 times to Mr. Loveland's residence.
2     A. Yes.
3     Q. Do you know the exact dates that you
4 made those deliveries?
5     A. No.
6     Q. How many times did you deliver in
7 December?
8     A. It was -- I know every week -- I went
9 over there twice from -- every month.
10     Q. You went over twice in December?
11     A. In December?
12     Q. Yes.
13     A. I think it was once or twice.
14     Q. Once or twice?
15     A. Yeah.
16     Q. How many times in January?
17     A. Like, three, four times.
18     Q. How many times in February?
19     A. Like, the same; three, four times.
20     Q. How many times in March?
21     A. Like, three.
22     Q. April?
23     A. April, it seemed like three.
24     Q. Okay. And how many times had you
25 delivered to him in May?

402

1     A. In May, when I got there, then like
2 three times, four.
3     Q. So a total of four?
4     A. Yeah.
5     Q. And you guys had phone contact before
6 you would make deliveries?
7     A. Yes.
8     MS. BERGLUND: No further questions.
9     THE COURT: Anything else, Ms. Lamprecht?
10     MS. LAMPRECHT: Just briefly, Your Honor.
11         FURTHER REDIRECT EXAMINATION
12 BY MS. LAMPRECHT:
13     Q. Mr. Beltran, you testified that you
14 were not in Idaho in April for most of it;
15 correct?
16     A. In April?
17     Q. Mm-hmm.
18     A. No.
19     Q. Where were you in April?
20     A. Mexico.
21     Q. Okay. So would you have made
22 deliveries to Jim in April?
23     A. I think delivered to him once or twice.
24     Q. And when would that have been, if you
25 were in Mexico?

403

1   A. Oh, at -- before we -- no. Then when
2  we got back.
3   Q. Okay. You're talking about when you
4  got back the first of May?
5   A. No -- in April?
6   Q. Yes, in April.
7   A. April is when we got back.
8   Q. Okay. Maybe I missed something.
9      When did you first -- in April, when
10  was the first time you went to Arizona and to
11  Mexico?
12   A. April? Oh, when -- we went to Mexico,
13  like, the end of March. We were there the first
14  two weeks of April, came back.
15   Q. When you say you came back, where did
16  you come back to?
17   A. To Idaho. First we got to Arizona, and
18  then we drove back to Idaho.
19   Q. So you did come back to Idaho in April?
20   A. Yeah.
21   Q. And did you bring anything with you
22  when you came in April?
23   A. No.
24   Q. Did you make any deliveries at that
25  time, when you were here in April?

404

1   A. Yes.
2   Q. Okay.
3   THE COURT: Would you stay closer to the
4  microphone, please.
5   THE WITNESS: Yes.
6  BY MS. LAMPRECHT:
7   Q. How long were you here in April?
8   A. Like, a week.
9   Q. And then you went back?
10   A. Went back.
11   Q. And when you came back after that, that
12  was when you came back the first of May?
13   A. Yes.
14   Q. Okay. How do you remember how many
15  times you delivered to Jim Loveland?
16   A. I remember -- I don't know exactly what
17  date, but I know we were going every -- every
18  month, we would deliver twice a week, once a week.
19   Q. You just remember that when you were
20  here, you delivered to him frequently; is that
21  right?
22   A. Yes.
23   Q. You were asked about whether you gave
24  police officers additional information when you
25  agreed to cooperate with law enforcement.

405

1   A. Yes.
2   Q. Was the additional information that you
3  gave them true?
4   A. Yes.
5   Q. Did you make up any information to try
6  and get yourself a better deal?
7   A. No.
8   Q. And the $1,200-an-ounce price, that was
9  what Che charged his old customers; right?
10   A. Yes.
11   Q. He charged Vertner $1,300?
12   A. Yes.
13   Q. Do you know how much it cost Che to buy
14  a pound of methamphetamine?
15   A. Like, 10,000. Depends. I don't know.
16  He was getting it from a guy.
17   Q. So he only paid 10,000 for a whole
18  pound?
19   A. Sometimes. Sometimes he paid more.
20   Q. And that's -- you said that you would
21  take $10,000 with you to Mexico when you went. Is
22  that the reason --
23   A. Yes.
24   Q. -- for a pound?
25   MS. LAMPRECHT: No further questions,

406

1  Your Honor.
2   THE COURT: All right. I assume the witness
3  can step down.
4      All right. You may step down. Thank
5  you, Mr. Beltran.
6      Call your next witness.
7   MS. LAMPRECHT: The government calls
8  Dave Neth.
9   THE COURT: Mr. Neth, would you please step
10  before the clerk and be sworn.
11      DAVID R. NETH,
12  having been first duly sworn to tell the whole
13  truth, testified as follows:
14   THE CLERK: Please state your complete name
15  and spell your name for the record.
16   THE WITNESS: David Robert Neth, N-E-T-H.
17   THE COURT: You may inquire.
18   MS. LAMPRECHT: Thank you.
19      DIRECT EXAMINATION
20  BY MS. LAMPRECHT:
21   Q. How are you employed?
22   A. I'm employed with the Idaho State
23  Police.
24   Q. And what title do you hold?
25      What do you do for the Idaho State

407

1  Police?
2      **A.** I'm a detective with the Idaho State
3  Police.
4      **Q.** How long have you been a detective?
5      **A.** I have been a detective since 2011, but
6  I have a little over 16 years total
7  law-enforcement experience.
8      **Q.** Where did you work before you came to
9  Idaho State Police as a detective?
10     **A.** I was a patrol deputy for Gem County
11 Sheriff's Office here in Idaho.
12     **Q.** And where are you assigned with the
13 Idaho State Police?
14     **A.** I'm assigned in the detective division
15 as a narcotics officer.
16     **Q.** Now, as part of your duties, do you
17 assist the other narcotics detectives with
18 investigations of violations of the narcotics
19 laws?
20     **A.** Yes, I do.
21     **Q.** Okay.  And I would like to direct your
22 attention to May 16 of 2012.  Did you assist in a
23 search of a trailer at Clifford's Trailer Park in
24 Weiser?
25     **A.** Yes.

408

1      **Q.** I would like to show you what's been
2  marked as Government's Exhibit 2.
3          Do you recognize --
4          MS. LAMPRECHT:  This has been admitted into
5  evidence, Your Honor.
6          THE COURT:  Give me just a moment.  Yes, it
7  has.  I'll publish it to the jury.
8          MS. LAMPRECHT:  Thank you.
9  BY MS. LAMPRECHT:
10     **Q.** Do you recognize that?
11     **A.** I do.
12     **Q.** What is it?
13     **A.** That is the trailer that we searched.
14     **Q.** That day?
15     **A.** That day, on the 16th.
16     **Q.** I would like to show you what's been
17 marked as Government's Exhibit -- well, when you
18 searched that trailer --
19         THE COURT:  I'm sorry.  What's
20 the -- Exhibit what?
21         MS. LAMPRECHT:  Twenty-nine.  It's not been
22 admitted.
23 BY MS. LAMPRECHT:
24     **Q.** When you searched the trailer, did you
25 find any documents that you found -- thought might

409

1  be of interest?
2      **A.** I did.
3      **Q.** I would like to show you what's been
4  marked as Government's Exhibit 29.
5          Do you recognize that document?
6      **A.** Yes.
7          THE COURT:  Well, a copy is being shown to
8  the witness on the screen.  You must have the
9  original.
10         MS. LAMPRECHT:  We do.
11         THE COURT:  All right.
12         MR. HEINEMAN:  Excuse me, Your Honor.  Since
13 the original is here, he should be observing the
14 original, not the photo.  But maybe I'm incorrect
15 on that.  Either --
16         THE COURT:  Well, we're assuming it's the
17 same document.  If it's easier -- do you want to
18 see the original?
19         THE WITNESS:  It's right there.  Yes,
20 please.
21         THE COURT:  All right.
22         THE WITNESS:  Yes, I do recognize this
23 document as one I found in the trailer that day.
24 BY MS. LAMPRECHT:
25     **Q.** What is it?

410

1      **A.** It is an Idaho title to a 1993 red Ford
2  pickup.
3      **Q.** Where did you find it?
4      **A.** In the living room, in the bottom
5  section of an end table that was placed in the
6  living room.
7      **Q.** What did you do with that document
8  after you found it?
9      **A.** I photographed it as evidence and gave
10 it to our evidence technician for collection.
11     **Q.** What's your evidence technician's name?
12     **A.** At the time, Danielle Johnson, now
13 Hendershot.
14     **Q.** She has been married since?
15     **A.** Correct.
16     **Q.** Okay.  And is that document that you
17 have in your hand and the document -- I would like
18 to show you what's been marked as Exhibit 29 on
19 the screen.
20         Is the document in your hand the same
21 document that we're showing in Government's
22 Exhibit 29?
23     **A.** Yes, it is.
24         MS. LAMPRECHT:  Okay.  At this time, I would
25 like to move Government's Exhibit 29 into evidence

411

1  and published it for the jury.
2  THE COURT: Any objection?
3  MS. BERGLUND: No objection.
4  MR. BORTON: None, Your Honor.
5  MR. HEINEMAN: No objection.
6  THE COURT: Exhibit 29 will be admitted and
7  published to the jury.
8  (Exhibit No. 29 admitted.)
9  MS. LAMPRECHT: No further questions,
10 Your Honor.
11 THE COURT: Cross?
12 MS. BERGLUND: No cross, Your Honor.
13 MR. BORTON: None, Your Honor.
14 THE COURT: Mr. Borton?
15 MR. HEINEMAN: None, Your Honor.
16 THE COURT: I'm sorry. Ms. Berglund, I
17 didn't hear you. Did you say you had none?
18 MS. BERGLUND: No.
19 THE COURT: All right.
20 You may step down, Officer Neth. Thank
21 you very much for being here.
22 Call your next witness.
23 MS. LAMPRECHT: The government calls Johnny
24 Tambunga.
25 THE COURT: Mr. Tambunga, would you please

412

1  step forward before the clerk and be sworn.
2  JOHNNY TAMBUNGA,
3  having been first duly sworn to tell the whole
4  truth, testified as follows:
5  THE CLERK: Please state your complete name
6  and spell your name for the record.
7  THE WITNESS: My name is Johnny Tambunga,
8  J-O-H-N-N-Y, T-A-M-B-U-N-G-A.
9  THE COURT: All right. Please slide a
10 little closer to the microphone, if you would.
11 Ms. Lamprecht, you may inquire of the
12 witness.
13 MS. LAMPRECHT: Thank you, Your Honor.
14 DIRECT EXAMINATION
15 BY MS. LAMPRECHT:
16 Q. Mr. Tambunga, how old are you?
17 A. Forty.
18 Q. Where were you born?
19 A. Ontario, Oregon.
20 Q. Where did you grow up?
21 A. Weiser, Idaho.
22 Q. How far did you go in school?
23 A. I'm in college right now.
24 Q. You're in college right now?
25 A. Yes.

413

1  Q. And how far have you gone in college?
2  A. This is my third year in college.
3  Q. What are you studying?
4  A. Paramedic.
5  Q. And where is it that you're going to
6  college?
7  A. TVCC, Ontario, Oregon.
8  Q. What is TVCC?
9  A. Treasure Valley Community College.
10 Q. Have you also worked while you have
11 been going to college?
12 A. Off and on.
13 Q. What kind of jobs have you done?
14 A. Odd jobs, like in the fields and parks.
15 Q. Parks?
16 A. Yes.
17 Q. What did you do for parks?
18 A. I worked for Yellowstone Park.
19 Q. And are you working now?
20 A. No, ma'am.
21 Q. When was -- what was the last job that
22 you held?
23 A. Dickinson's in Fruitland, Idaho.
24 Q. I'm sorry. I'm having a hard time
25 understanding you.

414

1  A. Dickinson's in Fruitland, Idaho.
2  Q. And what is Dickinson's?
3  A. It's an onion process.
4  Q. Okay. So is that an onion processing
5  plant?
6  A. Yes.
7  Q. What did you do for Dickinson's?
8  A. I was on the line.
9  Q. While you were living in Weiser, did
10 you meet a person who used the nickname Che?
11 A. Yes.
12 Q. Approximately when did you first meet
13 him?
14 A. In 2007.
15 Q. How did you meet him?
16 A. Through a mutual friend of his and
17 mine.
18 Q. What was your friend's name?
19 A. Luis.
20 Q. Did you know Luis' last name?
21 A. No.
22 Q. And how did Luis introduce you to Che?
23 A. At a barbecue in -- in Weiser, at a
24 barbecue.
25 Q. What did he tell you his name was?

415

1   **A.** At first, he tell me his name was Che
2   at first.
3   **Q.** Then what did he tell you?
4   **A.** Then it was Jose, Jose Sanchez.
5   **Q.** What did Che ask you to call him?
6   **A.** Jose or Che.
7   **Q.** And back in 2007, 2008, what was your
8   relationship with Che?
9   **A.** We were still friends in about that
10  time, and were off and on.
11  **Q.** Okay. And did you ever share an
12  apartment or a house together?
13  **A.** Yes, I did.
14  **Q.** When was that?
15  **A.** 2009.
16  **Q.** In 2009, did Che have any legitimate
17  job?
18  **A.** No.
19  **Q.** Did he have money to pay his rent and
20  support himself?
21  **A.** Yes, he did.
22  **Q.** In 2009, did you learn where he was
23  getting his money?
24  **A.** At first I didn't, but then I learned
25  where he was getting his money from.

416

1   **Q.** And how did you learn that?
2   **A.** Because he showed me.
3   **Q.** What did he show you?
4   **A.** He showed me a lot of -- a stack of
5   money and then he showed me drugs.
6   **Q.** Did he ever ask you to do anything with
7   these drugs?
8   **A.** At the time, no.
9   **Q.** Okay. At some later point, did he ask
10  you to do something with these drugs?
11  **A.** Yes.
12  **Q.** About how much -- about what year?
13  Do you remember the first year he asked
14  you to do something?
15  **A.** It was in 2009. 2009.
16  **Q.** And what did he ask you to do?
17  **A.** When he is gone or when he leave to
18  Mexico, if I could help him out to deliver some.
19  **Q.** What kind of drugs were these?
20  **A.** Methamphetamines.
21  **Q.** Who did he ask you to deliver the drugs
22  to?
23  **A.** At first, it was Jim first.
24  **Q.** Okay. Back in 2009 we're talking about
25  now, who was the first person that Che asked you

417

1   to deliver drugs to?
2   **A.** Oh. Dawson.
3   **Q.** And do you know Dawson's last name?
4   **A.** No.
5   **Q.** Do you know where Dawson lived?
6   **A.** Yes.
7   **Q.** Where?
8   **A.** Outside of Weiser, Idaho.
9   **Q.** Okay. And before 2011, did he ever ask
10  you to deliver to anybody else?
11  **A.** Yes.
12  **Q.** Who?
13  **A.** A guy named Martin.
14  **Q.** And where did he -- where did you
15  deliver to this person?
16  **A.** To his house and Walmart in Ontario,
17  Oregon.
18  **Q.** Okay. I would like to show you what's
19  been marked as Government's Exhibit 11.
20  **A.** What was that?
21  **Q.** I would like you to look at your screen
22  right now.
23  **A.** Oh.
24  **Q.** Do you recognize the person in that
25  photograph?

418

1   **A.** Yes.
2   **Q.** Who is that?
3   **A.** That is Martin.
4   **Q.** That's the person you knew as Martin?
5   **A.** Yes.
6   **Q.** And what did you deliver to him?
7   **A.** Methamphetamines to him.
8   MS. LAMPRECHT: I believe this is already in
9   evidence, Your Honor, but I would --
10  THE COURT: It is, and I have already
11  published it to the jury.
12  MS. LAMPRECHT: Thank you very much.
13  BY MS. LAMPRECHT:
14  **Q.** Now, directing your attention to 2011,
15  November of 2011, towards the end, did you do
16  anything for Che with respect to methamphetamine?
17  **A.** In 2011, at the end, I rented a trailer
18  for him, he moved in.
19  **Q.** And where was Che when you rented the
20  trailer?
21  **A.** He was in Nampa still, moving out of
22  Nampa.
23  **Q.** And did there come a time when he left?
24  **A.** Yes.
25  **Q.** Did he ask you to do anything for him

419

1  when he left?
2      **A.** To deliver some to his clients.
3      **Q.** To deliver some what?
4      **A.** Methamphetamine.  Sorry.
5      **Q.** And did you deliver methamphetamine for
6  him to his customers?
7      **A.** Yes, I did.
8      **Q.** Who were Che's customers that you
9  delivered methamphetamine to in November and
10 December of 2011?
11     **A.** The ones I know, it was Dawson and
12 Martin.
13     **Q.** Anybody else?
14     **A.** And Jim.
15     **Q.** Jim?
16     **A.** Yes.
17     **Q.** Do you see any of Che's customers that
18 you delivered methamphetamine to in the courtroom
19 today?
20     **A.** No.  Oh, yes, I do.
21     **Q.** You do?
22     **A.** Yes.
23     **Q.** Would you state where that person is
24 sitting and what he is wearing, please?
25     **A.** He is wearing a red shirt.

420

1      **Q.** Where is he sitting?
2      **A.** First one right there.
3      MS. LAMPRECHT:  I would like the record to
4  reflect that the witness has identified Jim
5  Loveland.
6      THE COURT:  The record will so reflect.
7  BY MS. LAMPRECHT:
8      **Q.** How did you know where to deliver
9  methamphetamine to Jim?
10     **A.** Che showed me one time where he lived
11 at, and get -- and get to know him, who he was.
12     **Q.** Where did he live?
13     **A.** Between Nampa and Boise.  It's in Kuna.
14     **Q.** Do you remember the name of the street?
15     **A.** No, I don't.
16     **Q.** How many times did you deliver to Jim
17 in --
18     **A.** Twice.
19     **Q.** -- two thousand- -- twice?
20     **A.** Yes.
21     **Q.** I was going to say in 2011, in
22 December.
23     **A.** No.  There was one --
24     **Q.** November and December of 2011?
25     **A.** There was one in November and there was

421

1  one in December.
2      **Q.** Okay.  How much did you take to him the
3  first time?
4      **A.** Two little bags.
5      **Q.** And how much did he pay you for them?
6      **A.** 2,400.
7      **Q.** How much did you take to him the second
8  time?
9      **A.** Same thing, two little bags.
10     **Q.** And how much did he pay you for them?
11     **A.** 2,400.
12     **Q.** Where did you get the methamphetamine
13 that you brought to Jim?
14     **A.** At first it was in Nampa, then the
15 second time at the trailer.
16     **Q.** Was there a person that you got the
17 methamphetamine from?
18     **A.** Che.
19     **Q.** What did you do with the money that you
20 collected?
21     **A.** I put it inside the trailer.
22     **Q.** Did you keep any of it for yourself?
23     **A.** No.
24     **Q.** I would like to show you what's been
25 marked as Government's Exhibit 10.  Do you

422

1  recognize --
2      MS. LAMPRECHT:  And I believe this has been
3  admitted.
4      THE COURT:  It has.
5  BY MS. LAMPRECHT:
6      **Q.** Do you recognize what's in that
7  photograph?
8      **A.** Yes.  That is Jim's house.
9      **Q.** Okay.
10     MS. LAMPRECHT:  May we show it to the jury,
11 Your Honor?
12     THE COURT:  Oh, I'm sorry.  I thought it was
13 already on.
14     MS. LAMPRECHT:  Thank you.
15 BY MS. LAMPRECHT:
16     **Q.** That's Jim's house?
17     **A.** Yes.
18     **Q.** Did you ever know Jim's last name?
19     **A.** No.
20     **Q.** After you delivered methamphetamine to
21 Jim in December, did you ever get any telephone
22 calls from him?
23     **A.** I did.
24     **Q.** What was he calling you about?
25     **A.** If Che was back yet and if I had any

423

1  more methamphetamines for him.  And I told him Che
2  wasn't back yet and I had no more.
3      Q.  I would like to show you what's been
4  marked as Government's Exhibit 12.  Do you
5  recognize the person in that photograph?
6      A.  Yes.
7      Q.  Who is it?
8      A.  That's Dawson.
9      Q.  And was that the Dawson that you
10  delivered meth to for Che?
11      A.  Yes.
12      Q.  Where did you deliver methamphetamine
13  to Dawson?
14      A.  One time at his house, and the second
15  time at a gas station.
16      Q.  And where did Dawson live?
17      A.  Outside of Weiser.
18      Q.  I would like to show you what's been
19  marked as Government's Exhibit 12.
20      THE COURT:  Twelve?
21      MS. LAMPRECHT:  Mm-hmm.  I'm sorry; 13.
22      THE COURT:  Thirteen?  Thirteen has been
23  admitted.
24  BY MS. LAMPRECHT:
25      Q.  Do you recognize what's in that

424

1  photograph?
2      A.  Yes.
3      Q.  What is it?
4      A.  That's Dawson's house.
5      Q.  Okay.  When did you deliver -- well,
6  first of all, how did you know how to get to
7  Dawson's house?
8      A.  Che took me out there one time.
9      Q.  And how far outside of Weiser is this?
10      A.  About 20 minutes outside of Weiser.
11      Q.  So it's not too far?
12      A.  No.
13      Q.  How much methamphetamine -- how many
14  times did you deliver to Dawson for Che?
15      A.  Twice.
16      Q.  How much did you take him the first
17  time?
18      A.  Two bags.
19      Q.  How much -- did he pay you money for
20  them?
21      A.  2,400.
22      Q.  Okay.  And how much did you take him
23  the second time?
24      A.  Same thing, two bags.
25      Q.  How much did he pay you?

425

1      A.  2,400.
2      Q.  How did you know when to make the
3  delivery to him?
4      A.  Dawson would call me up on my cell
5  phone.
6      Q.  And how did you know when to make a
7  delivery to Jim?
8      A.  Jim would say what time when he -- when
9  Jim would call me, he would tell me when he needed
10  it.  It would usually be that day when he called
11  me.
12      Q.  So he called your cell phone?
13      A.  Yes.
14      Q.  Did you ever know Dawson's last name?
15      A.  No.
16      Q.  Let's go back to the person -- Exhibit
17  11 -- the person that you know as Martin.  How
18  many times did you deliver -- did you deliver to
19  him in November and December of 2012?
20      A.  Yes.
21      Q.  And where did you deliver to him?
22      A.  First time at his house, the second
23  time at Walmart.
24      Q.  How much did he get the first time?
25      A.  Two bags.

426

1      Q.  How much did he pay you?
2      A.  2,400.
3      Q.  How about the second time?
4      A.  Same thing, two bags.
5      Q.  And how much did he pay you?
6      A.  2,400.
7      Q.  How much did Che pay you for making
8  these deliveries to Jim and Mario and Dawson?
9      A.  Nothing.
10      Q.  What did you get out of helping Che?
11      A.  Nothing.
12      Q.  Did you get methamphetamine sometimes?
13      A.  I did.
14      Q.  Did you ever sell that methamphetamine
15  to anyone?
16      A.  To my friends.
17      Q.  Okay.  And did you ever sell to anyone
18  that you later introduced to Che?
19      A.  Yes.
20      Q.  Who was that?
21      A.  Ben Vertner.
22      Q.  When did you sell methamphetamine to
23  Ben Vertner?
24      A.  A week after they met.
25      Q.  I'm sorry?

427

1    **A.** A week after when I introduced Che and
2  Ben Vertner.
3    **Q.** Okay. So let's go back to November of
4  2011. Did you sell meth to Ben before, while Che
5  was out of town?
6    **A.** No, I did not.
7    **Q.** And in November, 2011, where were you
8  living?
9    **A.** In 2011, I was living in Weiser, with
10  my parents first. Then I moved out and then
11  that's when I got the trailer.
12    **Q.** Okay. You rented a trailer. Where was
13  the trailer that you rented?
14    **A.** In Weiser, Idaho.
15    **Q.** Was there a name of a place that it was
16  at?
17    **A.** Behind Clifford's Bar.
18    **Q.** I would like to show you what's been
19  marked as Government's Exhibit 2. Do you
20  recognize what's in that photograph?
21    **A.** Yes.
22    **Q.** What is that?
23    **A.** That's the trailer.
24    **Q.** Okay. When did Che come back?
25    **A.** A week after when I rented the trailer.

428

1    **Q.** A week after you rented the trailer?
2    **A.** Yes.
3    **Q.** What month was that?
4    **A.** December.
5    **Q.** Did he bring anyone with him?
6    **A.** His cousin.
7    **Q.** And did he bring anyone -- and that
8  would be his cousin. Do you know his cousin's
9  name?
10    **A.** Yes. Fabian.
11    **Q.** Did he bring anyone with Fabian?
12    **A.** A friend of his.
13    **Q.** A friend of his?
14    **A.** Yes.
15    **Q.** Okay. After Che came back, who lived
16  in Trailer No. 10?
17    **A.** Che and his cousin and his friend.
18    **Q.** How long did Che live in that trailer?
19    **A.** For quite a while.
20    **Q.** Until about when?
21    **A.** To -- June to whenever he got busted.
22    **Q.** To when he got arrested by the police?
23    **A.** Yes.
24    **Q.** Who paid the rent for that trailer?
25    **A.** I paid the rent for the first month and

429

1  they paid the rent after that.
2    **Q.** Do you know whose name the trailer was
3  in while Che was living in it?
4    **A.** It was under my name.
5    **Q.** I would like to show you Exhibit 3 --
6    MS. LAMPRECHT: Which has not been admitted
7  into evidence.
8  BY MS. LAMPRECHT:
9    **Q.** Do you know what that is?
10    **A.** It's a logbook.
11    **Q.** And what is it a logbook for?
12    **A.** The trailer.
13    **Q.** Is your name there?
14    **A.** Yes.
15    **Q.** Okay. And what does it show with
16  respect to December?
17    **A.** It shows somebody paid $480.
18    **Q.** It says -- somebody. Let's look at
19  No. 10. Who paid $480?
20    **A.** Oh. That was me.
21    **Q.** That was you?
22    **A.** Yes.
23    **Q.** Okay. Let's look at the next page --
24    MS. LAMPRECHT: Well, at this time, I would
25  like to move Government's Exhibit 3 into evidence

430

1  and show it to the jury.
2    THE COURT: Any objection?
3    MS. BERGLUND: No objection.
4    MR. BORTON: None, Your Honor.
5    MR. HEINEMAN: No objection.
6    THE COURT: Exhibit 3 will be admitted and
7  published to the jury.
8        (Exhibit No. 3 admitted.)
9  BY MS. LAMPRECHT:
10    **Q.** Okay. Let's go to Exhibit -- "No. 10"
11  there. And you say that was you that paid the
12  $480?
13    **A.** Yes.
14    **Q.** All right. Let's go to the next page
15  of that exhibit. Do you see your name on that
16  page?
17    **A.** No, I don't. It's hard to see.
18    **Q.** Okay. If you look at "No. 10" again,
19  do you see your name?
20    **A.** Yes.
21    **Q.** And this time you paid -- did you pay
22  that $380?
23    **A.** No.
24    **Q.** Who paid it?
25    **A.** Must have been Che or his cousin.

431

1  Q. Okay. So even though it was in your
2  name, you didn't continue to pay the rent?
3  A. No.
4  Q. Now, you talked about introducing Ben
5  to Che. What's Ben's last name? Do you know?
6  A. Vertner.
7  Q. I would like to show you what's been
8  marked as Government's Exhibit 37, and admitted.
9  Do you recognize the person in that
10  photograph?
11  A. Yes.
12  Q. Who is it?
13  A. That is Ben Vertner.
14  Q. And how long have you known Ben
15  Vertner?
16  A. For quite a while.
17  Q. About how long?
18  A. More than 20 years.
19  Q. More than 20 years?
20  A. Yes.
21  Q. Okay. And what was Ben doing before
22  you introduced him to Che?
23  A. Ben was going to school at the same
24  time when I was going to school. And before that,
25  he would work odd jobs, but I really didn't keep

432

1  in touch with him.
2  Q. Was he doing anything else besides
3  going to school?
4  A. He was selling drugs, too.
5  Q. What drugs was he selling?
6  A. Methamphetamine.
7  Q. And when did you introduce Ben to Che?
8  A. It was -- I think it was in November.
9  Q. Okay. You don't remember the exact
10  date?
11  A. No, ma'am.
12  Q. But it was after Che came back?
13  A. Yes.
14  Q. So what month would that have been?
15  A. That must have been December.
16  Q. Where did you set up this meeting to
17  introduce Che to Ben?
18  A. At a bar.
19  Q. And why did Ben want to meet Che?
20  A. Because he wanted -- he asked me if I
21  knew anybody who was selling methamphetamine.
22  Q. Do you remember what bar you went to?
23  A. Yes.
24  Q. What bar?
25  A. It was called the Crescent Bar in

433

1  Weiser, Idaho.
2  Q. And who was there?
3  A. It was me, Che, his cousin, Ben Vertner
4  and his girlfriend.
5  Q. Okay. I would like to show you what's
6  been marked as Government's Exhibit 5. Do you
7  recognize the person --
8  MS. LAMPRECHT: This has been admitted into
9  evidence.
10  THE COURT: It has not, actually.
11  MS. LAMPRECHT: It hasn't?
12  THE COURT: No.
13  MS. LAMPRECHT: Oh, I'm sorry.
14  BY MS. LAMPRECHT:
15  Q. Do you recognize the person in that
16  photograph?
17  A. Yes.
18  Q. Who is it?
19  A. That's Che's cousin.
20  Q. What's his name?
21  A. Fabian.
22  MS. LAMPRECHT: I would like to move
23  Government's Exhibit 5 into evidence.
24  THE COURT: Any objection?
25  MS. BERGLUND: No objection.

434

1  MR. HEINEMAN: No objection.
2  THE COURT: Mr. Borton.
3  MR. BORTON: None, Your Honor.
4  THE COURT: Exhibit 5 will be admitted.
5  (Exhibit No. 5 admitted.)
6  BY MS. LAMPRECHT:
7  Q. And you mentioned that Amber was there?
8  A. Yes.
9  Q. I would like to show you what's been
10  marked as Government's Exhibit 38. Do you
11  recognize the person in that photograph?
12  A. Yes.
13  Q. Who is that?
14  A. I know her as Amber Reed.
15  Q. Okay. And when she was in the bar that
16  night, who was she with?
17  A. She was with Ben.
18  MS. LAMPRECHT: I would like to move
19  Government's Exhibit 38 into evidence and show it
20  to the jury.
21  THE COURT: What's the Exhibit number?
22  MS. LAMPRECHT: Thirty-eight.
23  THE COURT: I thought it already --
24  MS. LAMPRECHT: It might be. It might be
25  admitted.

435

1    MR. HEINEMAN: I think it is.
2    THE COURT: Yes, it has been admitted.
3  BY MS. LAMPRECHT:
4    **Q.** Do you know if she had a nickname?
5    **A.** I knew her by Amber Reed. That's all I
6  know.
7    **Q.** Okay. And finally, you said that Che
8  was there. Do you see the person that you knew as
9  Che in the courtroom today?
10   **A.** Yes.
11   **Q.** Where do you see him?
12   **A.** Sitting down.
13   **Q.** What's he wearing?
14   **A.** A white shirt, striped.
15   **Q.** And where, about, is he sitting?
16   **A.** The fourth chair to your right.
17   **Q.** To -- well --
18   **A.** To --
19   **Q.** -- can you be a little more specific?
20   **A.** He is in the fourth chair, wearing a
21  white shirt with striped lines on it.
22   MS. LAMPRECHT: Okay. I would like the
23  record to reflect that he has identified Che, also
24  known as the defendant Che, also known as Jose Salazar, also
25  known as Jesus Guadalupe Sanchez.

436

1    THE COURT: It's the individual with the
2  white shirt and --
3    THE WITNESS: Black stripes.
4    THE COURT: Black stripes. All right, the
5  record will so reflect.
6  BY MS. LAMPRECHT:
7    **Q.** What happened at the Crescent Bar that
8  evening?
9    **A.** Me and Che and his cousin were at the
10  bar. We were waiting for Ben and Amber. Yes.
11   **Q.** What happened?
12    Did they come?
13   **A.** Yes, they did.
14   **Q.** What happened when they got there?
15   **A.** We started drinking. Then we started
16  talking. Ben was starting talking to me, and then
17  he started talking to Che.
18   **Q.** And could you hear their conversation?
19   **A.** What was that?
20   **Q.** Could you hear the conversation that
21  Ben and Che were having?
22   **A.** Ben was looking for methamphetamines to
23  sell.
24   **Q.** And what was Che saying?
25   **A.** He said he had some, but he did not

437

1  really trust Ben because he did not know him that
2  well.
3    **Q.** So what happened?
4    **A.** Then Che asked me if I could -- he --
5  if he could trust him. Because I knew Ben longer
6  than.
7    And I told him, "Yes, you can trust
8  him."
9    **Q.** And what did he want to trust him with?
10   **A.** To sell methamphetamines to people, I
11  guess.
12   **Q.** Did something happen at the bar while
13  you were there with respect to the police?
14   **A.** Yeah. The local police came to talk to
15  Ben Vertner.
16   **Q.** And what did Ben do when they came in?
17   **A.** He went to go talk to the police.
18   **Q.** And before he went to talk to the
19  police, did he do anything?
20   **A.** He gave me -- he had methamphetamines
21  on him.
22   **Q.** What did he do with them?
23   **A.** He gave them to me to hold. Because I
24  guess he was in trouble with the police or
25  something before this, all this. And he had some

438

1  methamphetamines on him, and he asked me if I
2  could hold it for him.
3    **Q.** Did you do that?
4    **A.** Yes, I did.
5    **Q.** Okay. And were you still there when
6  the bar closed?
7    **A.** Yes.
8    **Q.** Where -- did you go someplace else?
9    **A.** We went back to the trailer.
10   **Q.** And this would be the trailer in
11  Clifford's Trailer Park?
12   **A.** Yes.
13   **Q.** Who went back to the trailer?
14   **A.** We all did: me, Che, his cousin, Ben
15  and Amber.
16   **Q.** What happened when you got back to the
17  trailer?
18   **A.** Before the trailer, we went to a gas
19  station to buy some more beer, and then we went to
20  the trailer, and we drank there then. We all did
21  some methamphetamines there.
22   **Q.** You all did methamphetamine?
23   **A.** Yes.
24   **Q.** Do you use methamphetamine regularly?
25   **A.** No.

**United States Courts, District of Idaho**

439

1    Q.  Or did you at the time?

2    A.  I was.

3    Q.  You were?

4    A.  Yes.

5    Q.  Do you know whether Che and Ben came to

6  any kind of an agreement that night?

7    A.  I think so.  Yes, they did.  Yes, they

8  did.

9    Q.  What was their agreement, to your

10  knowledge?

11    A.  At first, what Che will give him so

12  much methamphetamines to sell.  And if he sells

13  it, they will be all right, then.

14    Q.  Do you know whether Che gave Ben

15  anything that night?

16    A.  Methamphetamines that night.

17    Q.  Did you see what he gave him?

18    A.  No.

19    Q.  How do you know he gave him

20  methamphetamine?

21    A.  Because Ben showed me that night, later

22  that night.

23    Q.  Okay.  What did you see when Ben showed

24  you?

25    A.  He had two bags of methamphetamine.

440

1    Q.  Were these -- how were these -- how did

2  these bags compare in size to the bags that you

3  had delivered to Mario and Jim and Dawson?

4    A.  They were the same size.

5    Q.  What happened in January with --

6    THE COURT:  Counsel, we're just about -- it

7  looks like you're moving to a new topic and we're

8  right where we take the morning break.  Is this a

9  good breaking point?

10    MS. LAMPRECHT:  Sure.

11    THE COURT:  All right.

12    Ladies and gentlemen, we're going to

13  take a 15-minute recess.  I'll admonish you not to

14  discuss the case among yourselves or with anyone

15  else; not to form or express any opinions about

16  the case until it is submitted to you.

17    We'll be in recess for 15 minutes.

18    (Recess.)

19    (Jury absent.)

20    THE COURT:  Counsel, we reconvened without

21  the jury present because I received a note from a

22  juror, asking -- basically making a factual

23  inquiry.

24    My practice in civil cases is to

25  permit, but not encourage, questions from the

441

1  jury, because I think sometimes they get too

2  involved as an advocate rather than sitting back,

3  listening to the testimony and deciding the facts

4  of the case.

5    I have never allowed questions from

6  jurors in criminal matters because I think it

7  raises a lot of other serious concerns.  So my

8  inclination is -- I have provided you with a copy

9  of the note, which will be made part of the

10  record.  I felt duty-bound to provide you with

11  that note.  But I think the prudent course is to

12  advise the jury that I'm not going to allow

13  questions from the jury, and explain to them the

14  normal process, but that we don't allow that in

15  criminal matters.  And they shouldn't be offended

16  by it, but that's just my decision and the way I'm

17  going to handle it.

18    Is there any objection to that

19  approach, first from the government?

20    MS. LAMPRECHT:  No, Your Honor.

21    THE COURT:  Okay.  From any of the

22  defendants?

23    MS. BERGLUND:  Nothing from Mr. Loveland.

24    THE COURT:  Ms. Berglund.

25    Mr. Borton?

442

1    MR. BORTON:  No, Your Honor.

2    THE COURT:  Mr. Heineman?

3    MR. HEINEMAN:  No, Your Honor.

4    THE COURT:  All right.  But you have the

5  note, and I think we'll just leave it at that.

6    MS. LAMPRECHT:  I guess the only question I

7  have is sometimes -- they might ask you something

8  about procedure, that it would be important that

9  you answer, as opposed to something -- some facts.

10  And I don't know --

11    THE COURT:  That's what I intend to tell

12  them, is that I'm going to explain to them the

13  process we go through in civil trials, which

14  allows jurors to ask questions of a factual nature

15  of this sort, but we don't typically allow that in

16  criminal matters.

17    On the other hand, if they feel the

18  need to communicate with the court on any other

19  topic, they should feel free to do so.

20    MS. LAMPRECHT:  Thank you.

21    THE COURT:  All right.  Let's bring the jury

22  in.

23    MS. LAMPRECHT:  Do you want Mr. Tambunga

24  back on the stand, or do you want to advise them?

25    THE COURT:  Yes.  We might as well.

443

1    It's Tambunga?
2    THE WITNESS: Yes, sir.
3    THE COURT: Did I pronounce it correctly?
4    THE WITNESS: Yes.
5    THE COURT: All right.
6        While we're waiting, I apologize, the
7    temperature is just going up and down, it seems
8    like. I am asking them -- I was freezing here a
9    few minutes ago, and I was cooking just a few
10   minutes before that. So hopefully we'll get
11   things regulated here.
12       That may explain why I feel like I have
13   a cold. It may not be a cold; it may be just
14   fluctuating temperatures here in the courtroom.
15       (Jury present.)
16       THE COURT: I'll note for the record that
17   the jurors are present.
18       The court received a question from one
19   of the jurors. I want to take just a minute and
20   explain something to the jury.
21       In civil matters, where two parties are
22   in litigation, one party trying to recover
23   damages, there is quite a movement afoot to
24   actually encourage jurors to participate in the
25   trial by asking questions. And I permit it, but I

444

1    don't encourage it, in civil matters, for a
2    variety of reasons. Some judges embrace it more
3    than I do.
4        However, in criminal matters, I think
5    the pretty much universal feeling is that it is
6    better not to encourage or permit jurors to ask
7    questions of witnesses or with regard to factual
8    matters. And so for that reason, I'm not going
9    to -- I have shared the question that was given to
10   Mr. Severson with counsel, but we're not going to
11   ask any questions of the witness, and we won't be
12   doing that going forward, either.
13       I don't want you to feel that it was
14   improper to ask the question because, as I noted,
15   in civil matters that is often done. But in a
16   criminal case we just don't permit that, because
17   there are other issues at stake that the court has
18   to consider.
19       Now, on the other hand, if you have a
20   question about procedure, a concern about things
21   you have overheard, that you're worried about,
22   something that you think I need to know about, you
23   should certainly feel free to address a question
24   to the court.
25       But we will not be responding to any

445

1    questions inquiring about factual matters. That's
2    up to the attorneys to present to the jury.
3        I'll remind Mr. Tambunga, you are still
4    under oath, sir, having previously been sworn.
5        Ms. Lamprecht, you may resume your
6    direct examination of the witness.
7    BY MS. LAMPRECHT:
8    Q. Mr. Tambunga, we were through December,
9    I believe, of 2011. What did you do in January of
10   2012?
11   A. I was not living in the trailer no more
12   in January of '12.
13   Q. Right. You weren't actually living
14   there in December either, were you?
15   A. No.
16   Q. What did you do?
17       Did you continue to help Che with his
18   methamphetamine after December of 2011?
19   A. No, because his cousins were still
20   here. Che had left back to Mexico by himself.
21   Q. So -- and while his cousin Fabian was
22   here, what was Fabian doing?
23   A. He was selling methamphetamines for
24   Che.
25   Q. Did you ever get calls from Che's

446

1    customers after you stopped helping Che?
2    A. No.
3    Q. They never called you?
4    A. No.
5    Q. Did you continue to sell some meth for
6    Che after 2011?
7    A. No.
8    Q. Not even small amounts?
9    A. Small amounts, but that was mostly for
10   me and for my friends. That's all.
11   Q. And did you take meth at that time?
12   A. At that time, yes, I did.
13   Q. When you took meth, how much would you
14   take?
15   A. Small amounts, maybe 10, 20 dollars'
16   worth.
17   Q. And how much methamphetamine could you
18   buy for 10 or 20 dollars?
19   A. What was that?
20   Q. How much methamphetamine would you buy
21   for 10 or 20 dollars?
22   A. Not very much. Just maybe a small
23   shard or a small amount.
24   Q. Do you know how much that would weigh,
25   the methamphetamine?

447

1    A. No.
2    Q. And how many times -- so you
3 would -- would you just take one small amount at a
4 time?
5    A. Yes.
6    Q. For whatever you could buy for $10?
7    A. Yes.
8    Q. And so did you still have access to
9 Trailer No. 10 in 2012?
10    A. Yes.
11    Q. Do you know what Che was keeping in
12 that trailer?
13    A. The methamphetamine.
14    Q. Where did he keep the methamphetamine?
15    A. Under the sink in the bathroom.
16    Q. And do you know if he had anything in
17 the trailer to weigh the meth with?
18    A. He had a scale in there, too.
19    Q. I would like to show you what's been
20 marked as Government's Exhibit 35A. You're
21 looking at the actual document. We're going to
22 put up a photo of that document on the screen so
23 you can also look at the screen.
24    Is the document that you have in your
25 hand the same that is the document that's being

448

1 shown on the screen?
2    A. Yes.
3    Q. Do you recognize that?
4    A. Yes.
5    Q. How do you recognize it?
6    A. Because this is the money order that I
7 send money to Che.
8    Q. You sent money to Che?
9    A. Yes.
10    Q. Okay. And who does that -- well, does
11 the money transfer say that it went to Che?
12    A. Well, he give me a name to put on the
13 money order.
14    Q. Okay. And that's the -- that's the
15 money order that you sent at Che's request?
16    A. Yes.
17    MS. LAMPRECHT: I would like to move
18 Government's Exhibit 35A into evidence,
19 Your Honor.
20    THE COURT: Any objection?
21    MS. BERGLUND: No objection.
22    MR. BORTON: None, Your Honor.
23    MR. HEINEMAN: No objection, Your Honor.
24    THE COURT: 35A will be admitted and now
25 published to the jury.

449

1    (Exhibit No. 35A admitted.)
2 BY MS. LAMPRECHT:
3    Q. Do you see -- how much money did you
4 send for Che?
5    A. A thousand dollars.
6    Q. And where did you send it to?
7    A. To Mexico.
8    Q. Okay. And is your name on that
9 document?
10    Who did you send it to?
11    A. The name he gave me was Jesus Roberto
12 Salazar-Perez.
13    Q. Okay. And would Salazar be that
14 person's last name?
15    A. I would think so.
16    Q. Okay. And going down, does your name
17 appear on that document anywhere?
18    A. Yes.
19    Q. Where is that?
20    A. No. 2.
21    Q. Okay. Was Che here when you sent that?
22    A. No.
23    Q. How did you know to send it?
24    A. Because he had called me -- a day
25 before this, when I sent this, he had called me to

450

1 send him some money.
2    Q. Okay.
3    I would like you to look at
4 Government's Exhibit 35B. Do you recognize that?
5    A. Yes.
6    Q. What is it?
7    A. It's Western. That's the receipt.
8    Q. That's the receipt for the transaction
9 you did in 35A, for the money transfer?
10    A. Yes.
11    Q. Okay.
12    MS. LAMPRECHT: I would like to move that
13 document into evidence, Your Honor, 35B.
14    THE COURT: Any objection?
15    MS. BERGLUND: No objection.
16    MR. BORTON: None, Your Honor.
17    MR. HEINEMAN: No, Your Honor.
18    THE COURT: 35B will be admitted and now
19 published to the jury.
20    (Exhibit No. 35B admitted.)
21 BY MS. LAMPRECHT:
22    Q. And that's simply the receipt you got
23 from Western Union?
24    A. Yes. At the store where I sent the
25 money, and they give you this and they give you

451

1 another receipt, saying that you paid this all this.
2      Q.  And I would like to show you what's
3 been marked Government's Exhibit 35C.
4      THE COURT:  Counsel, before it shows up on
5 the screen, make sure we can -- this is 35- --
6      MS. LAMPRECHT:  C.
7      THE COURT:  -- -B?
8      MS. LAMPRECHT:  C, as in "Charlie."
9      THE COURT:  All right.
10 BY MS. LAMPRECHT:
11      Q.  And what would that be?
12      A.  That's the receipt.
13      Q.  And why was the receipt from Ridley's?
14      A.  Because that's the store where I send
15 the money to.
16      Q.  Okay.
17      MS. LAMPRECHT:  I would like to also move
18 Government's Exhibit 35B and C into evidence and
19 show -- I think we moved -- did we move B into
20 evidence?
21      THE COURT:  You did.
22      MS. LAMPRECHT:  I believe we did.  And C as
23 well, please.
24      THE COURT:  B has already been admitted and
25 shown to the jury.

452

1 35C is now being offered.  Is there any
2 objection?
3      MS. BERGLUND:  No objection.
4      MR. BORTON:  None, Your Honor.
5      MR. HEINEMAN:  No, Your Honor.
6      THE COURT:  35C now will be admitted and
7 published to the jury.
8      (Exhibit No. 35C admitted.)
9 BY MS. LAMPRECHT:
10      Q.  Now, Mr. Tambunga, what did you do with
11 these three pieces of paper that are Exhibit 35A,
12 B, and C, after you sent the money?
13      A.  I went back to the trailer and left it
14 there in the trailer house.
15      Q.  Did you ever send any more money for
16 Che?
17      A.  One more time.
18      Q.  When was that?
19      A.  It was before this one.
20      Q.  How much did you send him?
21      A.  That one was $900.
22      Q.  And where did you get the $900 to send
23 him the time before?
24      A.  All the money was in the trailer.
25 That's where I got the -- for this and for the

453

1 other one.
2      Q.  Okay.  And you got the $1,000 that you
3 sent in February, in that money order, from the
4 trailer as well?
5      A.  Yes.
6      Q.  Where was the money in the trailer at
7 that time?
8      A.  In the first room on the right, on the
9 right side.  In the trailer.
10      Q.  So you had access to Che's money?
11      A.  Yes.
12      Q.  When you took the $1,000 out, was there
13 more money in there still?
14      A.  Yes.
15      Q.  Do you know how much?
16      A.  No.  I do not never count the money.  I
17 just know it was there.
18      Q.  Did you do anything else for Che
19 involving money?
20      A.  No.
21      Q.  Do you know if he had a checking
22 account?
23      A.  Yes, he did.
24      Q.  And who did he have a checking account
25 with?

454

1      A.  Through Wells Fargo in Ontario, Oregon.
2      Q.  Do you know what name that checking
3 account was under?
4      A.  It was --
5      MR. HEINEMAN:  Objection.  I guess I think I
6 need a little more foundation how he learned this.
7      THE COURT:  There is an objection?
8      MR. HEINEMAN:  Yes, objection to foundation,
9 Your Honor.
10      THE COURT:  All right.  Sustained.
11      MS. LAMPRECHT:  I'm not offering -- I'm
12 confused.  I'm not offering anything.  There's --
13 I'm not laying a foundation for anything.  I'm
14 simply asking the witness questions.
15      THE COURT:  But if he doesn't -- there has
16 to be a basis for knowledge for the question.
17 BY MS. LAMPRECHT:
18      Q.  How did you know -- how did you know
19 that Che had a bank account?
20      A.  Because he showed me one time, and Ben
21 Vertner had to send some more money to Che at one
22 time.
23      Q.  And that banking account was with which
24 bank?
25      A.  Wells Fargo.

455

1  Q. And did you learn at that time what
2  name Che used on the bank account?
3  A. Yes. He was using Jesus Guadalupe
4  Sanchez.
5  MR. HEINEMAN: Objection, foundation.
6  THE COURT: The question is: Did you learn?
7  Just yes or no.
8  THE WITNESS: Yes.
9  BY MS. LAMPRECHT:
10  Q. How did you learn that?
11  A. Because Ben told me what name to put it
12  in, and Che told me what name was that name under
13  the bank account was.
14  Q. And what name did Che tell you?
15  A. Jesus Sanchez Guadalupe -- I mean Jesus
16  Guadalupe Sanchez.
17  Q. And what name did Ben tell you?
18  A. Same thing, Jesus Guadalupe Sanchez.
19  Q. Now, the entire time that you knew Che,
20  did you ever know him to have a legitimate job?
21  A. No.
22  Q. In May of 2012, what happened at
23  Trailer No. 10?
24  A. It got raided.
25  Q. By who?

456

1  A. By the U.S. state police [sic].
2  Q. By the state police?
3  A. Yes.
4  Q. And do you know where Che was when this
5  happened?
6  A. He was in Mexico.
7  Q. Did you hear from Che after the trailer
8  got searched by the police?
9  A. Yes.
10  Q. When?
11  How long after this -- how long after
12  the trailer was -- the police went to the trailer?
13  A. A couple days after.
14  Q. And how did you hear from him?
15  A. He called me on my cell phone.
16  Q. And what did he want?
17  What did he ask you?
18  A. What happened and what was going on
19  with his -- with his cousin.
20  Q. What did you tell him?
21  A. I told him I did not know what was
22  going on. I just told him that the trailer got
23  raided and I don't know what else is going on.
24  Q. Did Che ask you to do anything?
25  A. To go find out what was going on with

457

1  his cousin in -- in the police station over in
2  Weiser, Idaho.
3  Q. And were you able -- did you try to
4  find out?
5  A. At that time, I couldn't because I was
6  on parole for a DUI, and I didn't want to go in
7  there to see what's going on.
8  Q. Okay. So did you hear from Che after
9  that?
10  A. No.
11  Q. And after the last time you heard from
12  Che, did you ever talk to Che or anyone else
13  involved in selling Che's methamphetamine about
14  this case?
15  A. Well, the state police went to my house
16  during that first interview, and I told them I
17  haven't heard from Che for a while. But we called
18  his mom over in Arizona.
19  Q. And did -- why did you call his mom?
20  A. Because that day when he called me
21  after the raid, he left me a number and he told me
22  to call if anything -- if I heard anything.
23  And that's when the state police came
24  and they asked me if I knew a number or anything.
25  And I called that number, but I talked

458

1  to his mom.
2  Q. Did you get any information from his
3  mother?
4  A. No. All she said that he was there;
5  but he wasn't there.
6  Q. He wasn't able to talk on the phone?
7  A. Yes.
8  Q. Okay. I think what I really wanted to
9  ask you was -- you talked to anybody else that was
10  involved in the case, any of the other
11  codefendants with you; did you talk to any of them
12  about this case after -- after the trailer was
13  searched?
14  A. No.
15  Q. Now, I would like to show you what's
16  been marked as Government's Exhibit 63. And I
17  would like to ask you, have you pled guilty in
18  this case to being a part of the conspiracy to
19  possess methamphetamine with intent to distribute
20  it between November of 2011 and May of 2012?
21  A. Yes.
22  Q. And was that guilty -- when you entered
23  that guilty plea, did you have a plea agreement
24  with the government?
25  A. Yes.

459

1  Q.  And I would like to show you now what's
2  been marked as Government's Exhibit 63.  Do you
3  recognize that document?
4      A.  Yes.
5      MS. LAMPRECHT:  I would like to move that
6  into evidence and show it to the jury, Your Honor.
7      THE COURT:  Any objection?
8      MS. BERGLUND:  No objection.
9      MR. BORTON:  None, Your Honor.
10     MR. HEINEMAN:  No, Your Honor.
11     THE COURT:  All right.  Exhibit 63 will be
12 admitted and published to the jury.
13         Mr. Heineman, you had no objection; is
14 that correct?
15     MR. HEINEMAN:  No, I did not have an
16 objection.  I'm sorry if I misspoke.
17     (Exhibit No. 63 admitted.)
18 BY MS. LAMPRECHT:
19     Q.  And I would like to now go to the last
20 page of that document, page 15.  And do you see
21 your signature on that page, Mr. Tambunga?
22     A.  Yes.
23     Q.  And would you point to it with your
24 finger?
25         If you touch the screen, the jury will

460

1  be able to see.
2      THE COURT:  Just circle it with your finger.
3      THE WITNESS:  (Indicating.)
4  BY MS. LAMPRECHT:
5      Q.  Okay.  That's where you signed that
6  plea agreement?
7      A.  Yes.
8      Q.  As part of this plea agreement, did you
9  agree to cooperate with the government?
10     A.  Yes.
11     Q.  Is your testimony here today part of
12 that cooperation?
13     A.  Yes.
14     Q.  Do you hope to get a benefit from your
15 cooperation?
16     A.  Yes.
17     Q.  What do you hope that you will get?
18     A.  I don't know.
19     Q.  Excuse me?
20     A.  I don't know.
21     Q.  You don't know?
22     A.  No.
23     Q.  What was it that the government asked
24 you to do with respect to your cooperation?
25     A.  Just to testify here and tell the

461

1  truth, I guess.
2      Q.  And who is the person who will
3  ultimately decide what your sentence will be?
4      A.  The judge.
5      MS. LAMPRECHT:  I have no further questions,
6  Your Honor.
7      THE COURT:  Cross.
8              CROSS-EXAMINATION
9  BY MS. BERGLUND:
10     Q.  The first time you were interviewed by
11 police was May 22nd; correct?
12     A.  Yes.
13     Q.  Do you recall telling the police at
14 that time that you had never sold more than 25 to
15 50 dollars' worth of methamphetamine?
16     A.  Yes.
17     Q.  And do you recall telling them that you
18 only had three clients?
19     A.  I didn't have clients.  I had friends.
20     Q.  Okay.  So you said three friends that
21 you would sell to?
22     A.  Yes.
23     Q.  And this was Trent, Don and one other
24 person at the trailer?
25     A.  Yes.

462

1      Q.  Those were their names.  It wasn't Jim
2  Loveland?
3          You didn't mention his name in that
4  interview?
5      A.  Not at that interview.
6      Q.  When you came in for your second
7  interview with police, police showed you a photo
8  of Jim Loveland; is that correct?
9      A.  Yes.
10     Q.  And that's when -- that's the first
11 time you ever identified him?
12     A.  Yes.
13     Q.  When you were being interviewed by
14 police, do you recall telling them that you sold
15 an ounce on at least two occasions to
16 Mr. Loveland?
17     A.  No.  I only sold him twice, two little
18 bags, and that was it, that I told them.
19     Q.  Okay.  And do you recall telling police
20 that you were selling it for 1,400 an ounce?
21     A.  No.  It was 2,400.
22     Q.  2,400 for two ounces?
23     A.  Yes.
24     Q.  So you deny ever telling police that it
25 was 1,400 an ounce?

463

1    **A.** Because Che was the one who told me how
2  much money they supposed to give me, every time
3  when I made a delivery.  And I never counted the
4  money.  I just collected it and put it in the
5  trailer.
6    **Q.** And you say Che took you to Mr.
7  Loveland's house on one occasion?
8    **A.** Yes, just one time.
9    **Q.** And you don't know the address?
10   **A.** No, not the address.
11   **Q.** And she knew it was between Boise and
12 Nampa?
13   **A.** Yes.
14   **Q.** And that's it?
15   **A.** Yes.
16   **Q.** So you spoke to the police on May 22nd.
17 You didn't have your second interview until August
18 13th; correct?
19   **A.** Yes.
20   **Q.** When you spoke to the police the second
21 time, did you have an agreement with them that
22 anything you said regarding your own criminal
23 conduct could not be held against you?
24   **A.** No.
25   **Q.** No.  So anything you said about your

464

1  own criminal conduct, they could hold against you?
2    **A.** Yes.
3    **Q.** As part of your deal in this case, has
4  the government already agreed to reduce your
5  sentencing -- or agreed to a reduction of two
6  levels based on your minimal participation in this
7  case?
8    **A.** Yes.
9    **Q.** And in addition to that, they have
10 agreed that they will make a downward motion based
11 on substantial assistance if you assist them in
12 this case?
13   **A.** I believe so.
14   **Q.** And you claim that you distributed
15 methamphetamine for Che in exchange for just a
16 little methamphetamine for yourself?
17   **A.** Yes.
18   **Q.** Did you ever use with Mr. Beltran?
19   **A.** No.
20   **Q.** No?
21      So in this case, you still don't know
22 how much time you may save yourself out at the
23 penitentiary for assisting; correct?
24   **A.** Yes.
25   **Q.** And you understand that it has to be

465

1  substantial assistance for the government to make
2  the motion, not just assistance?
3    **A.** I believe so.
4    **Q.** Okay.  So isn't it true at this time,
5  since you don't know how much the government is
6  willing to reduce your sentence, you're willing --
7  you're going to do whatever you can to reduce it
8  as much as possible?
9       Correct?
10   **A.** I guess so.
11   MS. BERGLUND:  No further questions.
12   THE COURT:  Further cross, Mr. Heineman.
13   MR. HEINEMAN:  Yes, Your Honor.
14        CROSS-EXAMINATION
15 BY MR. HEINEMAN:
16   **Q.** Mr. Tambunga, it was your testimony
17 that after December of 2011, you didn't help
18 Mr. Sanchez any more?
19   **A.** No.
20   **Q.** When you met with police -- in fact,
21 the police came to your -- your residence; is that
22 correct?
23   **A.** Yes.  The first time, yes.
24   **Q.** Okay.  And when they met there, did you
25 not tell them that you had not dealt or delivered

466

1  for Mr. Sanchez for approximately three months?
2    **A.** Yes.  Because I was going to school at
3  the same time and his cousin was here, there in
4  Weiser.
5    **Q.** And you met with them on
6  December -- excuse me -- May 22nd; is that
7  correct?
8    **A.** Repeat that question.
9    **Q.** Did you meet with the officers that
10 first time, when they came to your residence on
11 May 22nd?
12      Is that correct?
13   **A.** Yes.
14   **Q.** Okay.  So was it December of 2011 you
15 stopped, or February of 2012 that you stopped?
16   **A.** In December.  Because I got a DUI in
17 January, and that's when I was in --
18   **Q.** So what you told the officer is not
19 true?
20      Mr. Tambunga, what you told the
21 officers when they came to your residence was not
22 true?
23   **A.** No, it was true.  I was stopping.
24   **Q.** But it was -- you said three months to
25 the officers; is that correct?

467

1   A. I haven't touched none for three
2   months. Since I got that DUI, I haven't touched
3   none.
4   Q. Actually, my previous question was
5   whether you had sold for Mr. Sanchez, and you
6   stated for three months, you had not?
7   A. No.
8   Q. You also stated you met Mr. Sanchez
9   through a mutual friend by the name of Luis?
10  A. Yes.
11  Q. You don't recall his last name?
12  A. He had a nickname.
13  Q. What was his nickname?
14  A. Bisa (phonetic).
15  Q. Did you tell the officers when they
16  came to your residence in May?
17  A. No. I just told him that his name was
18  Luis.
19  Q. You didn't state that it was Luis
20  Juarez?
21  A. No.
22  Q. Do you think the officers then misheard
23  you?
24  A. They could have.
25  Q. Do you think the officers are

468

1   experienced in their job?
2   A. Yes, sir.
3   Q. Did they record that interview with
4   you?
5   A. Yes, they did.
6   Q. So you still think they got it wrong?
7   A. They could have still. You have to
8   listen to the tapes.
9   Q. You stated that Mr. Sanchez would pay
10  you in meth for delivering; correct?
11  A. No.
12  Q. How would he pay you?
13  A. He would not pay me for delivering
14  meth.
15  Q. Did you not state that you would get
16  meth for doing those deliveries for him?
17  A. For myself.
18  Q. Okay. How much meth would he give you
19  for those deliveries?
20  A. Small amounts.
21  Q. How much is a small amount?
22  A. Ten, twenty bucks.
23  Q. Do you know about how much weight that
24  is?
25  A. No.

469

1   Q. And how often did you get paid that?
2   In that manner, excuse me.
3   A. I don't know. But -- but, I don't
4   know. Once a week, I guess. I don't know. I
5   don't remember.
6   Q. How long have you known Mr. Sanchez?
7   A. Quite a while now.
8   Q. When did you first meet him?
9   A. 2007.
10  Q. Where did you meet him?
11  A. At a barbecue.
12  Q. Was that here in Idaho?
13  A. Yes. In Weiser, Idaho.
14  Q. Okay. Did you ever meet the rest of
15  his family?
16  A. His wife was down for a while, but then
17  she left.
18  Q. Did you ever meet his mother?
19  A. No.
20  Q. Did you ever speak to his mother?
21  A. That one day I made that phone call,
22  that was it. That was the only time.
23  Q. Did you ever speak to his mother other
24  than that day?
25  A. No.

470

1   Q. So it's possible that you did not speak
2   to his mother that day?
3   A. That day, yes, I did --
4   Q. You did not recognize the voice,
5   though?
6   A. No, I did not recognize.
7   Q. Also, with your meeting with the
8   officers on May 22nd, did you state that you knew
9   that Mr. Sanchez, Mr. Beltran, and Mr. Ruiz were
10  drug dealers?
11  A. At the time, yes.
12  Q. From Mexico?
13  A. Not from Mexico.
14  Q. Okay. How did you know that Mr. Ruiz
15  was a drug dealer?
16  A. Because he would -- he was with them
17  all the time and he would tell me -- Mr. Ruiz?
18  Q. Yes, Mr. Ruiz.
19  A. Oh, Mr. Ruiz wasn't here at the time
20  when Mr. --
21  Q. Well, go back to my question then: You
22  stated to police -- which you agreed -- that
23  Mr. Sanchez, Mr. Beltran, Mr. Ruiz were drug
24  dealers.
25  How did you know that Mr. Ruiz was a

471

1 drug dealer?
2     **A.** Mr. Ruiz, I knew he was a drug dealer.
3     **Q.** How did you know?
4     **A.** Because we used to work together.
5     **Q.** Where did you work together?
6     **A.** At the time it was called Appleton
7 Produce.
8     **Q.** When was that?
9     **A.** In '89, between '89 and -- no, '89 and
10 '97. I can't remember when I worked there.
11     **Q.** And when did you get to know Mr. Ruiz?
12         What year was that?
13     **A.** Between those two dates, those two
14 years.
15     **Q.** And once again, how did you know that
16 he was dealing drugs?
17     **A.** Because there was rumors inside where
18 we worked that he was selling.
19     **Q.** Did Mr. Ruiz deal drugs when he was
20 here in Idaho during 2012?
21     **A.** Mr. Ruiz wasn't here in 2012.
22     **Q.** He was never here?
23     **A.** No.
24     **Q.** Mr. Ruiz never came to Idaho?
25     **A.** He never came back.

472

1     **Q.** Not any time during 2012?
2     **A.** No.
3     **Q.** How long had Mr. Sanchez been in Idaho,
4 to your knowledge?
5     **A.** Quite a while.
6     **Q.** Can you estimate a number of years?
7     **A.** Since 2007. The first time I met him.
8     **Q.** And at that time when you met him in
9 2007, was he in Idaho?
10     **A.** When -- the first time I met him, yes,
11 he was.
12     **Q.** Was he living in Weiser?
13     **A.** Yes.
14     **Q.** Do you recall why you told the officers
15 that you believe Mr. Sanchez had been living in
16 Weiser, Idaho, for just three years when they
17 interviewed you on May 22nd?
18     **A.** No, I do not recall that.
19     **Q.** You have listed -- I guess you have
20 mentioned and named and said you sold to several
21 of Mr. Sanchez's clients; correct?
22     **A.** Yes.
23     **Q.** Do you recall stating to the police on
24 May 22nd that you did not know Mr. Sanchez's
25 clients?

473

1     **A.** I don't recall, sir.
2     MR. HEINEMAN: No further questions,
3 Your Honor.
4     THE COURT: Mr. Borton.
5     MR. BORTON: Briefly, Your Honor.
6     THE COURT: Yes.
7     MR. BORTON: Thank you.
8              CROSS-EXAMINATION
9 BY MR. BORTON:
10     **Q.** Mr. Tambunga, with the drug sales you
11 were involved in, do you still owe Mr. Sanchez and
12 Mr. Beltran between 5- and $6,000?
13     **A.** No.
14     **Q.** Did you ever owe them between 5- and
15 $6,000?
16     **A.** No.
17     **Q.** Do you have any idea why Ben Vertner
18 would claim that you have that 5- to $6,000 drug
19 debt?
20     **A.** No.
21     **Q.** If Mr. Vertner provides that
22 information or makes that --
23     MS. LAMPRECHT: Objection. Hearsay,
24 Your Honor.
25     THE COURT: Sustained.

474

1     MR. BORTON: Mr. Vertner is a coconspirator,
2 Your Honor.
3     MS. LAMPRECHT: There is no foundation,
4 then, for this.
5     MR. BORTON: I can rephrase the question as
6 well.
7     THE COURT: If you can, but I don't think
8 you're going to solve -- well, go ahead.
9 BY MR. BORTON:
10     **Q.** If Mr. Vertner testified that you had a
11 5- to $6,000 drug debt, would that be false?
12     MS. LAMPRECHT: Speculation, Your Honor.
13 Same objection.
14     THE COURT: Sustained.
15     MR. BORTON: What was the objection,
16 Your Honor?
17     THE COURT: Well, first of all, it assumes
18 facts not in evidence. But -- are you offering it
19 as --
20     MR. BORTON: The question was if that
21 information is provided, if Mr. Vertner were to
22 make that claim, would that be true. That's the
23 question which he answered, that would not be
24 true.
25     THE COURT: Well, at this point, I suppose

475

1 he is just denying -- I'll allow it. I think the
2 witness already testified, though. But if you
3 wish, you can restate the question and make sure
4 the jury hears it.
5 BY MR. BORTON:
6     Q. The question was: If Mr. Vertner
7 claims that you have a 5- to $6,000 drug debt to
8 Mr. Sanchez and Mr. Beltran, would that claim be
9 false?
10     MS. LAMPRECHT: You know, objection,
11 Your Honor, because this is asking what another
12 witness --
13     THE COURT: I'm sorry?
14     MS. LAMPRECHT: This is asking what
15 another -- whether something somebody else may or
16 may not have said may or may not be true.
17     THE COURT: Well, counsel is -- I don't know
18 if counsel --
19     MS. LAMPRECHT: I would also --
20     THE COURT: Just a moment.
21     MS. LAMPRECHT: I'm sorry.
22     THE COURT: Counsel, are you making a
23 proffer that --
24     MR. BORTON: Your Honor, the reason I just
25 restated it is only because the court asked,

476

1 and --
2     THE COURT: Well --
3     MR. BORTON: -- apparently allowed me to --
4     THE COURT: I'm trying to avoid -- approach.
5     MR. BORTON: Okay.
6     (Sidebar commences as follows:)
7     THE COURT: Okay. First of all, the hearsay
8 exception doesn't apply. One conspirator cannot
9 offer a statement from one of his coconspirators
10 against the government. It can only be offered by
11 the government against the defendants. I'm not
12 sure what that was about.
13     But secondly, are you making -- I mean,
14 you expect that Mr. -- what's his name?
15     MR. BORTON: Vertner.
16     THE COURT: -- Vertner is going to testify?
17     MR. BORTON: Yes.
18     THE COURT: And he is going to so testify?
19     MR. BORTON: He made that statement to law
20 enforcement. I assume that he will be consistent
21 and make that statement on the stand.
22     THE COURT: Ms. Lamprecht, I'll allow him to
23 go ahead. And if he doesn't elicit that from
24 Mr. Vertner, then he's got an issue with the jury.
25     MS. LAMPRECHT: I don't mind if he elicits

477

1 it from the witness who may or may not have said
2 it. But asking a witness who doesn't know
3 anything about it is -- I think leaves an improper
4 impression in the jury's mind.
5     THE COURT: He can just say that --
6     MS. LAMPRECHT: If this witness doesn't
7 owe -- says he didn't owe him a drug debt, how
8 would he know why other people said he did or
9 didn't?
10     MR. BORTON: I didn't ask why.
11     MS. LAMPRECHT: Well, he has said he did.
12     THE COURT: The objection is overruled.
13 Just a second, Ms. Lamprecht.
14     MR. BORTON: I don't want to beat a dead
15 horse. Is the question on the record, or do I
16 need to ask it one more time for clarity?
17     THE COURT: I'll allow you to ask the
18 question, because I think it was unclear whether
19 it was on the record or not.
20     MR. BORTON: Okay.
21     THE COURT: All right.
22     (Sidebar concluded.)
23     THE COURT: Proceed, Mr. Borton.
24     MR. BORTON: Thank you, Your Honor.
25 BY MR. BORTON:

478

1     Q. For the sake of clarity I'm going to
2 ask it just one last time.
3     If Mr. Vertner testifies that you, in
4 fact, have that 5- to $6,000 drug debt to
5 Mr. Sanchez and Mr. Beltran, would that be
6 inaccurate?
7     A. Yes, sir.
8     Q. Okay. Thank you.
9     Are you in custody today?
10     A. No.
11     Q. When did you get released from custody?
12     A. I do not remember what date it was. It
13 was the week after the second time they
14 interviewed me. No, a week after -- the second
15 time, a week after the second time they
16 interviewed me.
17     Q. Okay. After your second statement.
18 Was that summer of 2012?
19     A. Yes.
20     Q. Okay. After that statement, then, you
21 got out?
22     A. Yes.
23     MR. BORTON: Okay. Thank you.
24     I have no further questions,
25 Your Honor.

479

1    THE COURT:  Now, I think we're back to
2  redirect.
3         Mr. Heineman, you have each -- I'm
4  sorry, I'm getting lost.  Ms. Berglund and
5  Mr. Heineman, you've had a chance to --
6      MR. HEINEMAN:  Yes, I have.
7      THE COURT:  -- cross-examine the witness?
8      Ms. Lamprecht.
9         REDIRECT EXAMINATION
10 BY MS. LAMPRECHT:
11     Q.  Okay.  Let's go back to the most recent
12 question.  Mr. Borton asked if you had been
13 released on [sic] custody.  Do you remember when
14 you were first brought in front of the magistrate
15 and you were arraigned on the indictment?
16     A.  That day when --
17     Q.  And you brought your parents with you;
18 correct?
19     A.  Yes.
20     Q.  And then you had a detention hearing at
21 that time, right?
22     A.  Yes.
23     Q.  And that would have been in June;
24 correct?
25         Right at -- not too long after

480

1  the -- about a month after the trailer was
2  searched?
3      A.  Yes.
4      Q.  Okay.  And at that time, the magistrate
5  decided whether or not you would be released; is
6  that correct?
7      A.  Yes.
8      Q.  And the magistrate decided that you
9  would, in fact, be released to your parents; is
10 that right?
11     A.  Yes.
12     Q.  Now, there has been some confusion,
13 apparently, about when Mr. Sanchez lived in
14 Weiser -- Che.  When Che was in Idaho, did he
15 always live in Weiser?
16     A.  No.  He would be living in Nampa, too.
17     Q.  Okay.  And was there a time that you
18 lived in Nampa with Che?
19     A.  Yeah.
20     Q.  And when was that?
21     A.  That's 2010, 2011, in the summer.
22     Q.  And then he moved back to Weiser?
23     A.  Yes, because I only stayed there in
24 Nampa for a week.
25     Q.  Okay.  How long had Che been in Nampa

481

1  when you lived with him?
2      A.  He was there for a while.
3      Q.  And did he live in Weiser for a while
4  before he lived in Nampa?
5      A.  Yes.
6      Q.  Okay.  I would like to show you what's
7  been marked as Government's Exhibit 6.
8      MS. LAMPRECHT:  And I believe admitted.
9      THE COURT:  Yes, it has.
10 BY MS. LAMPRECHT:
11     Q.  Did you ever see this person?
12     A.  Yes.
13     Q.  When did you see him?
14     A.  The last time when Che came back from
15 Mexico with his cousin, his friend, that's
16 Fabian?
17     Q.  And do you know his name?
18     A.  I cannot recall his name.
19     Q.  Did you ever see him deliver any drugs?
20     A.  He would be with Fabian, and with Che,
21 too, sometimes.
22     Q.  Did you go with them?
23     A.  No.
24     Q.  Did you see him at the trailer?
25     A.  Yes.  He was staying at the trailer,

482

1  too.
2      Q.  There was a question about you selling
3  25 to 50 dollars' worth of methamphetamine to
4  three of your friends named Trent, Dan, and one
5  other person at the trailer.
6      A.  Yes.
7      Q.  Were those sales that you made for
8  yourself?
9      A.  No, because the money will go to Che.
10     Q.  Okay.  And did you distribute
11 methamphetamine for Che to other people, besides
12 these three?
13     A.  No, nobody else except for Che's
14 clients and that's it.
15     Q.  Okay.  That's what I mean.  Who were
16 Che's clients?
17     A.  It was Jim, Dawson, and Martin.
18     Q.  And why did you consider them different
19 from Trent, Dan, and the other person at the
20 trailer?
21     A.  Because I knew Trent, Trent and his
22 boyfriend and the other person.  I knew them for a
23 while.  And I didn't know these other people.
24     Q.  You didn't know these other people
25 until when?

483

1  A.  Until the first time when I met Jim the
2  first time, when Che took me out there the first
3  time.
4  Q.  And did you ever do anything with Jim
5  besides take meth to him?
6  A.  No.
7  Q.  Did you ever do anything with the
8  person you called Martin besides take meth to him?
9  A.  No.
10  Q.  Did you ever -- did you know him
11  before?
12  A.  No.
13  Q.  And did you ever take meth to Dawson?
14  I mean, did you ever do anything with
15  Dawson besides take meth to him for Che?
16  A.  No.
17  MS. LAMPRECHT:  I have no further questions,
18  Your Honor.
19  THE COURT:  Recross, Ms. Berglund --
20  MS. BERGLUND:  Just briefly.
21  THE COURT:  Very briefly.
22  RECROSS-EXAMINATION
23  BY MS. BERGLUND:
24  Q.  You have stated that the only other
25  clients of Che that you delivered to were Jim,

484

1  Martin and Dawson?
2  A.  Yes.
3  Q.  Did you ever deliver to anyone you knew
4  by the name of Mo?
5  A.  No.
6  MS. BERGLUND:  No further questions.
7  THE COURT:  Anything else, Mr. Borton?
8  MR. BORTON:  Nothing, Your Honor.
9  THE COURT:  Mr. Heineman?
10  MR. HEINEMAN:  Nothing, Your Honor.
11  THE COURT:  Ms. Lamprecht, anything else for
12  this witness?
13  MS. LAMPRECHT:  No, Your Honor.  Thank you.
14  THE COURT:  All right.
15  Mr. Tambunga, you may step down.  Thank
16  you very much for being here.
17  The government may call its next
18  witness.
19  MS. LAMPRECHT:  The government calls Victor
20  Ruiz.
21  THE COURT:  Mr. Ruiz, please step before
22  Ms. Gearhart, be sworn as a witness and then
23  follow her directions from there.
24  VICTOR RUIZ,
25  having been first duly sworn to tell the whole

485

1  truth, testified as follows:
2  THE CLERK:  Please state your complete name
3  and spell your name for the record.
4  THE WITNESS:  Victor Ruiz, V-I-C-T-O-R,
5  R-U-I-Z.
6  THE COURT:  You may inquire of the witness.
7  MS. LAMPRECHT:  Thank you, Your Honor.
8  DIRECT EXAMINATION
9  BY MS. LAMPRECHT:
10  Q.  Mr. Ruiz, how old are you?
11  A.  I'm 30 years old.
12  Q.  Where were you born?
13  A.  Whittier, California.
14  Q.  What is Whittier near?
15  A.  Downey, California, in southern -- what
16  is it near?
17  Q.  Yeah.  What's it near?
18  Is it near a city?
19  A.  Yeah.
20  Q.  A bigger city?
21  A.  Yeah.  L.A.
22  Q.  Los Angeles?
23  A.  Los Angeles.
24  Q.  Okay.  Where did you grow up?
25  A.  For the first 11 years, in Whittier,

486

1  California.  The rest of the 20 years, I've been
2  living in Phoenix, Arizona.
3  Q.  How far did you go in school?
4  A.  One year in college.
5  Q.  What college did you attend?
6  A.  DeVry University.
7  Q.  And what kind of college is DeVry?
8  A.  It's a technical, technical school.
9  Q.  What did you study there?
10  A.  Computer information systems.
11  Q.  And why did you leave after one year?
12  A.  It got too expensive.  I had to work
13  and I couldn't deal with the cost of living and
14  paying for my school.
15  Q.  So what did you -- what kind of work
16  did you do when you left DeVry?
17  A.  Warehousing, a forklift operator,
18  shipping/receiving.  I have also done like call
19  center work.
20  Q.  Were you pretty much steadily
21  employed --
22  A.  Yes.
23  Q.  -- up until, I guess, the time that you
24  got arrested?
25  A.  Yes, ma'am.

487

1    Q. While you were growing up, did you ever
2  use any illegal drugs?
3    A. Yes.
4    Q. Which? What drugs?
5    A. Marijuana.
6    Q. When did you start using marijuana?
7    A. Like at the age of 12.
8    Q. And did you continue to use marijuana
9  as an adult?
10    A. Yes.
11    Q. Have you ever been convicted of a
12  misdemeanor offense involving marijuana?
13    A. Yes, I have, ma'am.
14    Q. And when was that?
15    A. In '04 and -- in 2004 and 2008, and
16  then now, too.
17    Q. And now?
18        And have you recently pled guilty to
19  possession of marijuana from May 7 through May 15
20  in this case?
21    A. Yes, ma'am.
22    Q. And was that guilty plea pursuant to a
23  plea agreement with the government?
24    A. Yes.
25    Q. I would like to show you what's been

488

1  marked as Government's Exhibit 65.
2        Do you recognize that document?
3    A. Yes.
4    Q. What is it?
5    A. It's my plea agreement.
6    MS. LAMPRECHT: I would like to move to
7  admit Government's Exhibit 65.
8    THE COURT: Any objection?
9    MS. BERGLUND: No objection.
10    MR. BORTON: None, Your Honor.
11    MR. HEINEMAN: No objection.
12    THE COURT: Sixty-five will be admitted and
13  published to the jury.
14        (Exhibit No. 65 admitted.)
15  BY MS. LAMPRECHT:
16    Q. And I would like you to -- to show you
17  page 12 of that agreement. Do you recognize
18  anything on page 12?
19    A. Yeah. That's my signature and, sign
20  and date.
21    Q. Would you just put your finger on the
22  screen underneath your name where you signed it?
23    A. Right there.
24    Q. It will make a mark --
25    THE COURT: Circle it with your finger.

489

1  BY MS. LAMPRECHT:
2    Q. -- if you touch it.
3    A. (Witness complied).
4    Q. Okay. Is that your signature?
5    A. Yes, ma'am.
6    Q. Thank you.
7        Now, where were you when you were in
8  possession of marijuana last May?
9    A. In Weiser, Weiser, Idaho.
10    Q. Who were you staying with at that time?
11    A. Fabian -- Fabian Beltran and also Che.
12    Q. Okay. And I would like to show
13  you -- well, first of all, do you see the person
14  that you call Che in the courtroom here today?
15    A. Yes.
16    Q. Would you state where he is and say
17  what he is wearing, please?
18    A. He is to my right, wearing a white with
19  stripe -- stripes on it. Like a white-collared
20  shirt with black stripes, it looks from here.
21    MS. LAMPRECHT: Okay. I would like the
22  record to reflect that the witness has identified
23  the defendant Jesus Guadalupe Sanchez, also known
24  as Che.
25    THE COURT: The record will so reflect.

490

1  BY MS. LAMPRECHT:
2    Q. Last May -- oh, you also said you were
3  staying with who last May?
4    A. Fabian Beltran.
5    Q. I would like to show you what's been
6  marked as Government's Exhibit 5.
7    MS. LAMPRECHT: And admitted, I believe.
8    THE WITNESS: Yeah, that's him.
9  BY MS. LAMPRECHT:
10    Q. Do you recognize the person in that
11  photograph?
12    A. Yeah. That's Fabian Beltran.
13    Q. Okay. How long have you known Fabian?
14    A. I would say about eight years, ten
15  years.
16    Q. Where was it that you met him?
17    A. In Phoenix, Arizona.
18    Q. Okay. And when you were in possession
19  of marijuana last May, how much did you have at
20  any given time?
21    A. Oh, two grams, the most.
22    Q. Okay. How often were you smoking it?
23    A. Like once a day.
24    Q. While you were here in May --
25    A. Yeah.

491

Q. -- did that impair your memory in any way?

A. No.

Q. Okay. As part of your plea agreement, did you agree to cooperate with the United States government and provide them information you had about what Fabian Beltran and Che and others were doing in Idaho in 2012?

A. Yes.

Q. Is your testimony here today part of that cooperation?

A. Yes.

Q. And do you hope to get a benefit from the government as a result of this cooperation?

A. Yes.

Q. And what is it that you hope to get?

A. Reduction of sentencing, I guess.

Q. For your marijuana case?

A. Yeah.

Q. And what do you understand is required of you in order to get a benefit?

A. To speak the truth and nothing but the truth.

Q. And who is it that will decide what your sentence will be after you have done that?

492

A. The judge.

Q. So tell me how you got to know Fabian Beltran.

A. I met him through his brothers. I met his brothers working at a company called Huttig Building Products. And since he is their -- their smallest brother, I got to know him like maybe a year after meeting their -- his first set of brothers, though. I met him like a little while afterwards.

Q. And where did this happen?

A. In Phoenix, Arizona.

Q. So how long have you known the Beltran family?

A. Since about 2002; for about ten years.

Q. Where was the Beltran's house in relation to your house when you were living in Phoenix?

A. I would say about five miles away; about five minutes.

Q. And as a result of knowing the Beltran family in 2002, how did you meet Che?

A. I met him through another acquaintance, like in 2005, 2006.

Q. And do you know whether he was related

493

to the Beltrans?

A. At that time I didn't, not until we spoke in -- like to -- once we spoke at length and he told me that he was related to the Beltran family.

Q. And when you -- do you know what his real name is?

A. I know him as Jose, but we -- I call him Che.

Q. And what is Che a nickname for in Spanish?

A. Jose.

Q. Did you learn how Che was related to the Beltran family?

A. I learned that he was related to them through the Beltrans' mom, the Beltrans --

MR. HEINEMAN: Objection, foundation. I'm not sure where he is getting his knowledge.

THE COURT: Sustained. The question is: Did you learn? Just yes or no.

THE WITNESS: Yes, I did learn.

BY MS. LAMPRECHT:

Q. And who did you learn the information from?

A. From Che.

494

Q. And what did he tell you?

A. That he was related to the Beltrans through his mom; that his mom was their mom's sister.

Q. In 2012, were you and Fabian Beltran still friends?

A. Yes.

Q. And directing your attention to the middle of February of 2012 --

A. Yes.

Q. -- do you recall seeing Fabian Beltran during that month?

A. Yes. On one day in February I went to the Beltrans' house, and that's when I saw that there was a vehicle out there with Idaho state plates on it. And when I walked inside the house, that's when I saw that it was Che and Beltran there.

Q. Did you talk to them?

A. Yeah.

Q. What did you talk about?

A. I asked them how they were doing, what they were up to.

Q. What did they tell you?

A. They say that they were doing fine,

495

1 that they had just arrived from Idaho, that they
2 were planning on going back the next day.
3    Q. And did they tell you why they had
4 driven down and were going back the next day?
5    A. They told me that they were -- they
6 were in Phoenix picking up some more meth, I
7 guess, more drugs to take back to Idaho, because
8 they had run out.
9    Q. Was this the first time that you knew
10 that they were transporting methamphetamine?
11    A. From them, themselves, yes.
12    Q. Okay. And had you ever been to Idaho
13 before?
14    A. No.
15    Q. Now, directing your attention to the
16 end of February, the first part of March 2012, did
17 you see Fabian Beltran again?
18    A. Yes. Fabian, sometime during March he
19 came to my house in a silver Lincoln Navigator.
20 And at first I didn't know who it was, and then
21 not until he came out of the car, I noticed it was
22 him.
23    Q. Do you know whose car he was driving?
24    A. He told me at the time that the car
25 belonged to Che.

496

1    Q. Did you talk to him about where Che
2 was?
3    A. Yes. He told me he was in Sinaloa,
4 Mexico.
5    Q. And did you talk to Fabian then about
6 what he and Che were doing?
7    A. He told me that Che had left him in
8 charge and that he was planning on going back to
9 Idaho to take care of the business that was to be
10 taken care of here in Idaho.
11    Q. And what was it that Che had left him
12 in charge of?
13    A. The selling and the distribution of
14 meth.
15    Q. So what happened after he told you
16 this?
17    A. He then asked me if I wanted to come
18 with him so I can get to see how Idaho was. And
19 he told me he was only going to plan -- he was
20 only planning on staying there a couple days,
21 because he had to come back and pick up Che.
22       So I agreed to go with him. He told me
23 he would pick me up the next day in the morning.
24    Q. And did he do that?
25    A. Yeah.

497

1    Q. What happened on the trip to Idaho?
2    A. Once -- when we passed Las Vegas, I
3 asked him if he needed any help driving. Because
4 by then we were driving probably like ten hours
5 into the destination.
6       And he told me no, because, for one,
7 there was -- he had some stuff hidden in the back
8 of the vehicle, of the Lincoln Navigator, and that
9 if we were to get pulled over, they could search
10 us and I can be in trouble.
11    Q. And why would it be a problem if you
12 drove?
13    A. For one, because I didn't have a
14 driver's -- my driver's license was suspended;
15 and, two, because he was the main one in charge of
16 everything at that time.
17    Q. So who drove the rest of the way to
18 Weiser?
19    A. He did. Fabian Beltran.
20    Q. Before you got to Weiser, did Fabian
21 talk to anyone?
22    A. Yes.
23    Q. How did he do that?
24    A. I saw him start making some phone calls
25 to different people. I mean, the reason why I say

498

1 different people because it was different
2 conversations.
3       And one of them in particular, he was
4 telling a person that he would be in Weiser in two
5 hours, and whether or not he needed any -- any
6 more stuff, any more meth, and if he had the money
7 for him as well.
8    Q. Did you learn what this person's name
9 was?
10    A. Yes. His name was Ben.
11    Q. Okay. And what time did you get to
12 Weiser?
13    A. We got to Weiser around 11:30 at night.
14    Q. Where did you go when you got to
15 Weiser?
16    A. We got to Weiser. We went to the
17 trailer home and we just unloaded our stuff.
18    Q. I would like to show you what's been
19 marked as Government's Exhibit 2 and admitted. Do
20 you recognize what's in that photograph?
21    A. Yeah. That's -- that's the trailer
22 house that we were staying at.
23    Q. Okay. What did you do when you got
24 there?
25    A. I came out of the vehicle. I unloaded

499

1  my backpack with my clothes. And meanwhile Fabian
2  was opening up a secret compartment he had in the
3  back of the Lincoln Navigator and pulled out a bag
4  containing meth in it.
5      Q. Could you see inside the bag?
6      A. At that time, no, because it was
7  wrapped up in, like, in -- like brown tape. Not
8  until we got into the trailer did I see what it
9  really was.
10     Q. What did Fabian do with the meth when
11 you got into the trailer?
12     A. When we went into the trailer --
13     MR. HEINEMAN: Objection. Foundation. She
14 has jumped a couple questions.
15     THE COURT: Overruled.
16     THE WITNESS: We went inside. He then went
17 into the bathroom and pulled out a black bag.
18 Inside that black bag I saw him pull out a scale
19 with some baggies. At the same time, he unwrapped
20 the package that he took out of the vehicle, and
21 it turned out to be bags containing
22 methamphetamine. It was two of them.
23         He opened one of those bags containing
24 the meth and then took out a couple baggies out of
25 a box of like sandwich bags, and then he started

500

1  weighing out certain amount into each one of those
2  bags with the scale.
3  BY MS. LAMPRECHT:
4      Q. And after he -- after he put
5  this -- these amounts in the bags, what did he do
6  with the bags?
7      A. He then -- all the ones that he weighed
8  out, he put it in one big ziplock bag, which left
9  him with one other bag full of meth that was not
10 weighed out yet. He then put all that stuff into
11 the black bag along with the scale and the
12 baggies.
13     Q. And did you see where he put that black
14 bag?
15     A. He used it -- walking back into the
16 bathroom. He put it back in the bathroom.
17     Q. Did you see where in the bathroom he
18 put it?
19     A. At the time I didn't know, but I later
20 found out.
21     Q. Where did --
22     A. It was underneath the sink.
23     Q. Okay. I would like to show you what's
24 been marked as Government's -- and admitted as
25 Government's Exhibit 54. Do you recognize that?

501

1      A. Yeah. That was the black bag he used.
2      Q. That's the black bag he used for all
3  his stuff?
4      A. Yeah.
5      Q. I would like to show you a photograph,
6  which is Government's Exhibit 61. Well, we can do
7  55 first. That's all right.
8      THE COURT: I'm sorry. What?
9  BY MS. LAMPRECHT:
10     Q. Government's Exhibit 55. Do you
11 recognize what's in that photograph?
12     A. Yeah. That's -- that's exactly where
13 the bag was hidden.
14     Q. And that is where?
15     A. Underneath the sink, that board, that
16 white board was in place at the time, the last
17 time I saw it. And they would reach in there with
18 their hand and pull the black bag out.
19     Q. What part of the trailer was this?
20     A. It was in the bathroom, the only one
21 bathroom that's in there, underneath the sink.
22     Q. And I would like to show you
23 Government's Exhibit 60. Well, let's -- 61.
24 Let's look -- it's a photograph.
25         Do you recognize what's being held in

502

1  that photograph?
2      A. Yeah. That's the scale and the baggies
3  and the ziplock bags used.
4      Q. Okay. Who used that scale?
5      A. Fabian did.
6      Q. Now, after he took care of the
7  methamphetamine the night that you got back, what
8  did Fabian do next?
9      A. He called. He called that same
10 individual he was talking to when -- two hours
11 prior that we got to Weiser, and he told him that
12 everything was ready, that he was -- for him to
13 come over.
14     Q. Did someone come over that night?
15     A. Yeah. About 30 minutes later, the
16 individual by the name of Ben came in and --
17     Q. Okay. Before you talk about what he
18 did, I would like to show you Exhibit 37, which
19 has been admitted. Do you recognize the person in
20 that picture?
21     A. Yeah. That's Ben.
22     Q. That's the person who came over?
23     A. Yeah.
24     Q. Did you know his last name?
25     A. I just found out.

503

1   Q.  That's all right.  You didn't know his
2   last name at the time?
3   A.  I didn't know his last name then.
4   Q.  What happened when Ben came over to the
5   trailer?
6   A.  Ben handed Fabian like a wad of money.
7   And then Fabian then asked him how much did he
8   need, and Ben told him two.  And he was referring
9   at the time to two ounces.
10   Fabian then walked to the back -- into
11   the bathroom in the back of the trailer, into the
12   bathroom and came out with two, like, two balls of
13   meth about the size of my fist in two individual
14   baggies and handed them to Ben.
15   Q.  What did Ben do with them?
16   A.  He put them in his pocket.
17   Q.  Then what did you do?
18   A.  He offered me some weed, and he rolled
19   like -- it's called a blunt, cigar paper rolled
20   with weed, and me and him smoked it.
21   Q.  Was it any good?
22   A.  Not really.
23   Q.  Okay.  The next day that you were
24   there, did anything happen at the trailer with
25   respect to methamphetamine?

504

1   A.  The next day, I heard Fabian make a
2   very -- quite a few phone calls to people, and I
3   overheard him asking them if they needed anything.
4   Q.  Do you remember the names of the people
5   that he called?
6   A.  After he got done -- after he got done
7   talking, he told me that -- the names of four
8   individuals that he was calling.  And the names is
9   Mo, Jim, Dawson, and Mario.
10   Q.  And did you deliver -- did you go with
11   Fabian to deliver any methamphetamine that day?
12   A.  Out of the four people that he called,
13   he told me only one of them needed some, and that
14   was the individual by the name of Mo, which lived
15   in Boise.  And that was -- we went to his house to
16   deliver meth as well.
17   Q.  Okay.  And did -- was there anything
18   the next day that happened with respect to
19   methamphetamine?
20   A.  Ben came over to drop off some money
21   for the two that he had picked up the day before,
22   as well as before -- well, before Ben came over,
23   Che called Fabian, asking him whether -- in
24   regards to how much -- how much has he sold, how
25   much money has he been collecting for the sales of

505

1   the meth.
2   And Fabian told him that no one was in
3   need of any, so therefore he wasn't really making
4   any sales.
5   And so Che told him to try to do as
6   much as possible so that he can come back to
7   Phoenix to pick him up, because he wanted to come
8   back from Mexico.
9   Q.  Did Che say how much money he wanted
10   Fabian to collect?
11   A.  He told Fabian -- Fabian told me that
12   Che had told him that he wanted him to collect at
13   least $10,000 before he headed back to Phoenix,
14   and for him to try to do it as soon as possible.
15   Q.  So after this conversation with Che,
16   what happened?
17   A.  Fabian then called Ben and told him
18   what the situation was in regards to him needing
19   to get that money as soon as possible.
20   Ben then told him that he can take care
21   of it, that he would be able to get rid of $10,000
22   worth of meth for him within a day.
23   Q.  Did you hear the conversation that
24   Fabian had with Ben?
25   A.  Yeah.

506

1   Q.  So what happened with Ben during the
2   rest of that day?
3   A.  After he came and dropped off money,
4   Fabian handed him like four ounces, him and some
5   other girl -- him and some other girl came over
6   with -- came along with Ben.  And after picking up
7   the four ounces and dropping off some money, he
8   took off, and told Fabian that he will be back
9   later, shortly, with the money.
10   Q.  So did you see him again that day?
11   A.  Yeah.
12   Q.  And what happened?
13   A.  He came back again, dropped off some
14   more money, and then picked up some more meth.
15   Q.  Did you see him again that day?
16   A.  Later on that night, I believe that was
17   the night that we -- that Fabian -- well, Fabian
18   that night said he was pretty much close to the
19   $10,000 mark that he needed to come up with.  So,
20   therefore, when Ben came back, he handed him the
21   rest of the money from the other four ounces, and
22   at that time it was enough for the $10,000.
23   So then Fabian and Ben also talked
24   about trading cars, because Che had asked Fabian
25   to rent a car or asked -- or for him to ask Ben to

507

1  let him use a car, so that they don't have to put
2  that much miles into the Lincoln Navigator driving
3  back to Phoenix.
4       Q.  Well, and did anything happen with the
5  cars?
6       A.  Yeah.  We -- Fabian and Ben got an
7  agreement on trading cars.  Fabian took over the
8  black Ford Fusion and Fabian then handed the keys
9  over to Ben of the Lincoln, of the silver Lincoln
10 Navigator.
11      And by then all the money was
12 collected, and then Fabian handed two more ounces
13 to Ben, and that was the last night that I saw him
14 at that time.
15      Q.  Was anyone with Ben when he came
16 back --
17      A.  Yes.
18      Q.  -- to trade the cars?
19      Who was that?
20      A.  Some girl by -- they called her
21 Sunshine.
22      Q.  I would like to show you what's been
23 marked as Government's Exhibit 38.
24      MS. LAMPRECHT:  I believe admitted.
25      THE WITNESS:  Yeah, that's her.

508

1       THE COURT:  Yes, it has.
2  BY MS. LAMPRECHT:
3       Q.  Do you recognize that person?
4       A.  Yeah.  That's Sunshine.
5       Q.  Did you know her by any other name?
6       A.  No.
7       Q.  What happened after Ben and Sunshine
8  left?
9       A.  Fabian then told me that we were going
10 to leave the next morning, and for us to get ready
11 to -- to pack our stuff to get ready for the next
12 day.
13      Q.  Okay.  So what happened the next
14 morning?
15      A.  The next morning, Fabian, after we
16 loaded our stuff into the car -- I was loading our
17 backpacks into the car.  Fabian then popped the
18 glove compartment and put his hand on the top with
19 the car like that (indicating), and put about a
20 wad of money, which was the $10,000, in that
21 compartment, and then closed the glovebox.
22      Q.  So what -- did you leave after that?
23      A.  Yeah.  We left like about 30 minutes
24 after that.
25      And what time of day was that?

509

1       A.  I want to say about 8:00 in the
2  morning, 8:00, 9:00.
3       Q.  And where did you go?
4       A.  Headed back to Phoenix.
5       Q.  How long did it take you to get to
6  Phoenix?
7       A.  Seventeen hours.
8       Q.  And when you got to Phoenix, where did
9  you go?
10      A.  We went to my house.
11      Q.  What did you do there?
12      A.  We got to Phoenix around, like, 4:00 in
13 the morning.  By then it was like too late.  And
14 Fabian was real tired of driving.  So I told him
15 he can just crash out at the house.  He can just
16 sleep at the house until the next day.  So we went
17 into my house.  He went into one of my rooms and
18 we fell asleep.
19      Q.  And did you hear from anyone the next
20 day?
21      A.  The next day, I was up like around
22 11:00.  Fabian then comes out, and -- because he
23 heard his phone ring.  And he starts -- he answers
24 the phone.
25      After he -- after he hangs up the

510

1  phone, he tells me it's Che telling him that he
2  should be arriving at Phoenix in a matter of
3  hours, for him to be ready for him to go pick him
4  up at the bus station.
5       Q.  So what happened?
6       A.  Fabian, he washed up, and then he told
7  me if I wanted to go with him.
8       And I told him no, that I would just
9  wait for him here, because he said he was going to
10 get something to eat, too, before he picked up
11 Che.  And I told him I would just wait for him.
12      So he left, and about three hours, I
13 guess, he comes back and he is -- he is with Che
14 in the car.
15      Q.  Okay.  And did you go anywhere after
16 that?
17      A.  Yeah.  We went to, like -- it's like a
18 shopping plaza, looking for a cell phone.  Because
19 Che was wanting to buy a set of cell phones for
20 him and Beltran -- and Fabian, because the ones
21 they had were, I guess, not as updated as the ones
22 they wanted.
23      Q.  Did they find anything?
24      A.  Yeah.  After -- we went through
25 this -- through that shopping plaza.  They didn't

511

1   find none.  They eventually went on Craigslist and
2   saw an ad for two of them.  We met up with that
3   person at a Circle K, and Che then paid the guy
4   off for two Galaxy phones.
5       Q.  And who got them?
6       A.  One, Che; one, Fabian.
7       Q.  Now I would like to actually show you
8   what's been marked as Government's Exhibit 14.
9       MS. LAMPRECHT:  And I think admitted.
10      THE COURT:  What is it, 43?
11      MS. LAMPRECHT:  Fourteen.
12      THE COURT:  Fourteen.  Yes, it has.
13  BY MS. LAMPRECHT:
14      Q.  Do you recognize that?
15      A.  Yes.
16      Q.  What is it?
17      A.  That's that phone, the Galaxy S2.
18      Q.  And how do you recognize that as the
19  telephone that was -- whose was it?
20      A.  That one -- this one is Fabian's,
21  because I dropped that phone and I caused it to
22  get a crack on the screen.
23      Q.  And that crack is still there?
24      A.  Yeah.
25      Q.  Now, did you talk to Fabian or Che

512

1   again in April of 2012?
2       A.  Yeah.  I called the -- I called Fabian
3   and asked him for $200, so I can prepare my taxes.
4       And then Fabian told me he didn't have
5   the money, but he asked me to ask Che for the
6   money.
7       I then asked Che for the money.
8       He said that he would wire it to me.
9   At the same time, they told me that they were in
10  Portland.
11      Q.  In Portland?
12      A.  Yeah.
13      Q.  Did they ever wire you any money?
14      A.  No.
15      Q.  Did they tell you what they were doing
16  in Portland?
17      A.  They just told me they were going to go
18  buy some quads, some four-wheel bikes,
19  four-wheelers.
20      Q.  Okay.  This is Portland where?
21      A.  Oregon.
22      Q.  And did you see Fabian or Che again in
23  April, after they bought the quads?
24      A.  No.
25      Q.  When was the next time you saw them?

513

1       A.  The next time I saw them, well, I guess
2   I did see them like in the -- I want to say the
3   last days of April, the beginning of May.
4   They came -- I went over to the Beltrans --
5   family's house, and I saw two Jeeps parked in the
6   front.  It was like a Jeep Cherokee and a Jeep
7   Liberty, both with Idaho state plates.  And I saw
8   that they were sitting in front of the house.
9       Q.  Did you see any people with those cars?
10      A.  Any people in the cars --
11      Q.  No, with them.  When you -- after you
12  saw the Jeeps, did you see any people?
13      A.  Oh.  I saw -- I saw Che and Fabian
14  outside of the porch.  And then that's when I -- I
15  got out of the truck and I went in and said hi to
16  them.  And they told me that those Jeeps belonged
17  to them.
18      Q.  And what did you do with the Jeeps that
19  day?
20      A.  That day we went out, off-roading, I
21  guess, and to these dirt roads by where Che's aunt
22  lives.  And we just went out.  We had a couple
23  beers, and we were just like pretty much test
24  driving the Jeeps.
25      Q.  And what happened after that?

514

1       A.  After that, they dropped me off around
2   1:00 in the morning at my house.  And they told me
3   that they had to leave the next day.
4       Because I told them -- well, they
5   wanted to hang out a couple more hours a little
6   while longer.  They said no, because they had to
7   go get some sleep because they were on their way
8   back to Idaho the next day.
9       Q.  And what happened when they went back
10  to Idaho the next day?
11      A.  They -- you mean when they left?
12      Q.  Yes.
13      Did you go with them?
14      A.  No, I didn't go with them.
15      Q.  Okay.  But was there a time in late
16  April when you did go to Idaho with them?
17      A.  In -- it was actually in early May.
18      Q.  Okay.
19      A.  Well, when they left that time, they
20  left.  They came back again, and then --
21      Q.  Okay.  They left.  How long were they
22  gone?
23      A.  I would say about a week.
24      Q.  And then they came back and it was
25  still April?

515

1    **A.** It was still, yeah, late, late April,
2  early May.
3    **Q.** Do you know where they went?
4    **A.** They went back to -- to Idaho.
5    **Q.** Okay.  You didn't go with them?
6    **A.** No.  At that time, when they --
7    **Q.** This is in April now.
8    **A.** Yeah, in April.
9    **Q.** Okay.  And towards the end of April,
10  did you see them again?
11   **A.** Yeah.
12   **Q.** Okay.  Where did you see them at the
13  end of April?
14   **A.** In Phoenix.
15   **Q.** Okay.  And where in Phoenix did you see
16  them?
17   **A.** At my house.  They pulled up to my
18  house.
19   **Q.** What happened that time?
20   **A.** We went -- by then Che had a new Jeep,
21  a Jeep Cherokee, a green one, lifted, with some
22  big tires.  And we went off-roading at this place
23  called Table Mesa.
24   **Q.** Okay.  And is that the off-roading you
25  talked about before or is this a different time?

516

1    **A.** It's a different occasion.  We went
2  off-roading twice.
3    **Q.** Okay.  And this time, after you got
4  back, did you go anywhere with them?
5    **A.** I went with Che to Mexico.  And then
6  from there -- we stayed there a couple days.  It
7  was just me and Che.  Fabian stayed back in
8  Phoenix.
9    **Q.** Okay.  And then what happened?
10   **A.** After that, Che got -- received some
11  phone calls from Fabian, telling him that -- that
12  he was having trouble getting some money from Ben,
13  and that -- so therefore it caused us to get back
14  to -- it made Che want to come back to Phoenix
15  sooner.  Because we were supposed to stay in
16  Mexico for a couple days, to go to like a dance,
17  because of this group was going to be there.
18   **Q.** What did you do after Fabian called and
19  said he was having trouble getting money from Ben?
20   **A.** Che kind of got a little, like, like a
21  little bit anxiety, because everything was
22  supposed to be all right.  We were supposed to go
23  and have fun in Mexico, and Fabian was supposed to
24  take care of everything else in Phoenix.
25        So Che then told me that we had to come

517

1  back to Phoenix that same day.  And on the way
2  back to Phoenix, Che got a phone call from -- from
3  Fabian.  And Fabian was telling -- after Che told
4  me, Fabian had told him that he ended up receiving
5  the money from Ben through a wire, through a wire
6  transfer, and that everything was okay.
7        So then Che told him to wait -- wait
8  for us at a pizza parlor, and for him to order
9  some food for us while we got there.
10   **Q.** Okay.  So where was Fabian when
11  you -- do you know?
12   **A.** Phoenix.
13   **Q.** What happened when you got back to
14  Phoenix?
15   **A.** When we got back to Phoenix, Che and
16  Fabian touched bases, and everything was okay.  We
17  then started eating.  And then that's when Che
18  invited me to come to Idaho with them.  Because we
19  were supposed to go out to Boise and like have fun
20  at the clubs, and go fishing as well.
21   **Q.** So what happened?
22   **A.** So I agreed to come with them.  We
23  stopped at my house to pick up some clothes.  I
24  put it in the back of the Jeep.  We went back to
25  the Beltrans family to pick up some more clothes

518

1  that they had there.  And we headed towards Idaho.
2  But this time we headed through California.
3    **Q.** Okay.  Well, who was in the car with
4  you when you left Phoenix?
5    **A.** Fabian, Che, me, and Che's uncle,
6  Victorio.
7    **Q.** Why did Victorio come with you?
8    **A.** He was -- he was -- he came with us to
9  do Che a favor, in bringing one of the cars back
10  the next -- because the whole thing is because Che
11  had a couple cars here in Idaho, and he wanted to
12  bring one back to take back to Mexico.  So
13  Victorio was to just go with us and leave the next
14  day after we arrived in Idaho with one of the
15  vehicles that Che owned.
16   **Q.** Do you know what car he was going to
17  take back?
18   **A.** Yeah, one of the -- the Jeep Liberty.
19   **Q.** And that's the one that Che had just
20  bought?
21   **A.** Yeah.
22   **Q.** By the way, do you know, during this
23  time that you knew Che in 2012, did he ever have a
24  legitimate job?
25   **A.** No.

519

1    Q.  Where did -- do you know where he got
2    his money?
3        A.  Well --
4    MR. HEINEMAN:  Objection, foundation.
5    THE COURT:  Sustained.
6    BY MS. LAMPRECHT:
7        Q.  Did Che --
8    THE COURT:  The question is do you know --
9    just a moment.
10        Do you know?  Yes or no?
11    THE WITNESS:  Yes.
12    BY MS. LAMPRECHT:
13        Q.  Who told you?
14        A.  Che.
15        Q.  What did he tell you?
16        A.  That he had not worked for years, and
17    that he was making his money from illegal drug
18    sales.
19        Q.  Now, did Fabian's uncle have anything
20    to do with the methamphetamine?
21        A.  No.  No.
22        Q.  Did you have anything to do with the
23    methamphetamine?
24        A.  No.  I never handed nothing or received
25    it.

520

1        Q.  Why were you hanging around with Che
2    and Fabian?
3        A.  Because we were like -- at that time,
4    we were like -- like, just wanted to come and
5    party in Boise, honestly.  The whole BSU, I
6    figured there would be a bunch of girls to hang
7    out with, basically.
8        Q.  So what car did the four of you drive
9    to Idaho in?
10        A.  The green Jeep Cherokee.
11        Q.  And you said you stopped on the way
12    back?
13        A.  Yeah.  From Phoenix, we drove on, I
14    guess, the I-10 up to a place where there was a
15    casino called 29 Palms Casino.  I would guess it's
16    close to Coachella, California.
17        Q.  What happened when you got to the 29
18    Palms Casino?
19        A.  We parked near -- we parked like on the
20    outer part of the parking lot, and Che
21    specifically parked next to a red vehicle where
22    there was an individual already standing outside
23    of the vehicle.
24        Che then told me and Fabian and his
25    Uncle Victorio to go into the casino while he took

521

1    care of something.  So he handed me, Fabian, and
2    his uncle $50, and we went inside the casino.
3        Q.  Could you see what this person looked
4    like?
5        A.  Hispanic, kind of blondish hair.
6        Q.  Do you know what kind of car?
7        A.  It's a two-door -- I would think it's a
8    Mitsubishi, but I cannot tell you -- pinpoint you
9    what kind of car it is.
10        Q.  So what happened after you went into
11    the casino?
12        A.  Fabian, Victorio and I walked into the
13    casino.  He stayed back.  So then I started
14    playing the slots.
15        About 30, 45 minutes later, we see Che
16    come into the casino and like signal to us that
17    it's time to go.  So I finished up the game that I
18    was playing, and Fabian, Victorio and I got out of
19    our seats where we were sitting at and walked
20    behind Che back into the car.
21        Q.  Who drove?
22        A.  Che did.
23        Q.  On the way back to Idaho, after you
24    left the casino, did Che tell you anything about
25    what he had been doing?

522

1        A.  He said that everything had went well,
2    that he had to go to a gas station because it was,
3    like the cops -- like there was a security guard
4    around the parking lot, going round and round.  So
5    he had to go to a gas station to take care of what
6    he had to take care of.  And part of it was that
7    he said he had to buy a fire extinguisher.
8        Q.  Did he tell you --
9    THE INTERPRETER:  Sorry.  The interpreter
10    didn't hear the last part.
11    THE COURT:  Would you restate your last...
12    THE WITNESS:  He told me that he had to go
13    to a gas station and -- to take care of what he
14    had to take care of.  And part of that, him going
15    to the gas station, he had to buy a fire
16    extinguisher there.
17    BY MS. LAMPRECHT:
18        Q.  And did he tell you what he was doing
19    with the fire extinguisher?
20        A.  Hours after we were driving, he
21    told -- he told us all in the car that he had
22    placed a couple of pounds of meth inside the fire
23    extinguisher.
24        Q.  Now, did you see the fire extinguisher
25    when he put it in the car?

523

1   A. I didn't see it when he put it in
2 there, but I was sleeping in the back of the Jeep
3 and I saw a box with a picture of a fire
4 extinguisher on it.
5   Q. Do you know whether anybody made any
6 telephone calls from the car before you got back
7 to Idaho?
8   A. Yeah. Fabian -- I don't know exactly
9 what point of the destination to Weiser, where we
10 were at, but he started calling people. And one
11 of the persons that I know he called, because I
12 heard him say "Ben."
13   He called Ben telling him, asking him
14 if he had the money, if he had the money, that we
15 were, like, three, four hours away from Weiser.
16 So he wanted him to get ready with the money that
17 he owed.
18   Q. Did you hear anybody else's name who he
19 called?
20   A. He said that he called a couple --
21 well, Fabian then told Che that he had called the
22 other customers, Jim, Mo, Dawson, and Mario, to
23 see if they needed any as well.
24   Q. Do you know if anybody wanted anything?
25   A. As far as I know, the only person was

524

1 Ben at that time.
2   Q. Okay. When you got to Idaho, where did
3 you go?
4   MR. HEINEMAN: Excuse me, Your Honor.
5   THE INTERPRETER: We need a battery.
6   THE COURT: All right.
7   Ladies and gentlemen, let's take
8 a -- it's a little bit early, but we'll take an
9 earlier break than usual since there is a break in
10 the action anyway.
11   I'll admonish the jury not to discuss
12 the case among themselves or with anyone else; not
13 to form or express any opinions about the case
14 until it is submitted to you.
15   We will be in recess.
16   (Recess.)
17   (Jury present.)
18   THE COURT: I'll note that the jury is all
19 present.
20   I remind the witness, Mr. Ruiz, you are
21 still under oath.
22   Ms. Lamprecht, you may resume your
23 direct examination of the witness.
24   MS. LAMPRECHT: Thank you, Your Honor.
25 BY MS. LAMPRECHT:

525

1   Q. When we broke off, I believe you were
2 talking about telephone calls that Fabian made
3 from the car before you reached Idaho.
4   A. Yes.
5   Q. And I think you answered. I'm just
6 kind of getting you back in place.
7   A. Yeah.
8   Q. About what time did you get to Idaho?
9   A. We got to Idaho about 2:00 in the
10 afternoon.
11   Q. Where did you go when you got to Idaho?
12   A. We went straight to the trailer home
13 there in Weiser.
14   Q. What happened when you got to the
15 trailer?
16   A. I started unloading our bags, backpacks
17 full of clothes. And while I'm doing that, Fabian
18 is helping me unload. So is Victorio. And then
19 while we're doing that, Che grabs a box containing
20 the fire extinguisher and walks inside the house.
21   Q. And did you see what he did with it
22 inside the house?
23   A. Yeah. After we brought in all our
24 stuff, I see that he is looking through all his
25 tools for something to, like, open it up with.

526

1 And he tried using a Sawzall to open it.
2   THE COURT: I'm sorry. A Sawzall?
3   THE WITNESS: Yeah. Those electrical saws.
4   THE COURT: All right. A reciprocating saw?
5   THE WITNESS: Yeah. I know them as Sawzall,
6 I think. I don't know if I'm right.
7   Yeah, an electrical saw. And he wasn't
8 able to open it. So he asked Fabian to run to the
9 hardware store to buy two blades for a regular
10 hand saw. So Fabian runs to the store. About
11 ten, fifteen minutes later he comes back with two
12 blades, like in a pack.
13   Che then puts one of those blades onto
14 one of the hand saws and starts, like, hacking at
15 the -- at the fire extinguisher. I say after
16 about 20 minutes of trying to open it, he opens up
17 the fire extinguisher. He cuts it in half, and I
18 see him pull out like a package out of it, along
19 with white powder around it, which is a powder
20 that comes in the fire extinguisher.
21   He then --
22 BY MS. LAMPRECHT:
23   Q. Did you -- did you see how many bags he
24 took out of the fire extinguisher?
25   A. At the time it looked like one big one,

527

1  but later I saw that it was three different ones,
2  three separate bags.
3      Q.  Did Che ever tell you what was in the
4  bags?
5      A.  He didn't tell me, but after I saw him
6  take the tape off the bags, you could clearly see
7  that it was meth.
8      Q.  And what did he do with it?
9      A.  He then grabbed -- he -- after he took
10  them out, he went into the restroom and grabbed
11  the black bag, which is this one here
12  (indicating), and pulled out the scale and some
13  baggies, and opened one of the bags containing
14  meth and started weighing out individual bags of
15  meth.
16      Q.  Did he ever tell you how much meth was
17  in that fire extinguisher?
18      A.  He didn't tell me, but Fabian told me
19  that it was three pounds' worth of meth.
20      Q.  While Che was weighing the
21  methamphetamine out, do you know if they had any
22  money in the black bag at that time?
23      A.  I know that they were -- I know Che was
24  complaining about not having money, because that's
25  why they were calling Ben in regards to him

528

1  bringing the money over, because they were running
2  broke -- they were pretty broke at that time.
3      Q.  Okay.  And while Che was weighing the
4  methamphetamine, what happened?
5      A.  Fabian called and started making some
6  phone calls.  And he then -- after he hung up, he
7  told -- he told Ben -- he told Che that Dawson
8  needed some.  And so Che made out an eight ball
9  for him.  And then he -- Fabian then went to go
10  drop it off.
11      Q.  Did you go with Fabian to drop it off?
12      A.  No.
13      Q.  Do you know how much -- how much is in
14  an eight ball?
15      A.  How many grams?
16      Q.  Mm-hmm.
17      A.  It's 3.5 grams.
18      Q.  Okay.  And how much did -- do you know
19  how much they charged for an eight ball?
20      A.  I would say about 2- to $300.
21      Q.  How do you know that?
22      A.  Because Fabian would tell me that
23  compared to the prices of meth back home, it was
24  like triple the amount here in Idaho, double to
25  triple.

529

1      Q.  So Fabian went to deliver
2  methamphetamine to someone.  And then what
3  happened?
4      A.  He comes back.  We stay at the house.
5  We make something to eat.  And later on that
6  night, around I say 10:00 at night, Ben comes over
7  with -- and hands -- he comes over.  Che is in the
8  room watching TV.  And so it's me, Fabian, and Ben
9  are in the living room.  I then see Ben hand
10  Fabian a wad of money over to -- I see Ben hand
11  over a wad of money over to Fabian.
12      Q.  Then what happened?
13      A.  Fabian then asked him if he needed any
14  more.
15          At that time he said he didn't need
16  any, not until the next day.
17      Q.  And did you do anything the next day
18  with Che and Fabian?
19      A.  The next day, we went out.  We were
20  going to go get something to eat, but at the same
21  time Che told us that he had to go wire some money
22  to his wife.  And he told me that -- well, he told
23  me that we had to go to, in Ontario, I believe, or
24  Nampa, which is a Mexican like grocery store,
25  which had Electra there.  And that's how he would

530

1  send the money back to Sinaloa.
2      Q.  Do you know how much he sent?
3      THE COURT:  Just a moment.  I'm sorry.
4          Which has what?
5      THE WITNESS:  Electra.  It's a wire transfer
6  company.
7      THE COURT:  All right.
8      THE WITNESS:  Wire transfer money, I guess.
9  BY MS. LAMPRECHT:
10      Q.  Do you know how much he sent?
11      A.  He told me he was going to send her
12  $2,000, because he -- his wife was supposed to
13  have a birthday party for his kids.
14      Q.  Do you know his wife's name?
15      A.  No, I don't.
16      Q.  After you did the wire transfer with
17  Che, did you go anywhere else with him?
18      A.  Went to go eat some tacos at a lunch
19  truck.
20      Q.  And what did you do after you had
21  tacos?
22      A.  After that, we headed back.  But he
23  also got a phone call that -- from Jim, saying --
24  Fabian told Che that Jim had called and that he
25  needed some, some meth to be dropped off to his

531

1  house.
2      Q. So what did you do?
3      A. We headed back to the house and picked
4  up -- Fabian went in the bathroom, comes back out,
5  and then we all hop back into the Jeep, the green
6  Jeep Cherokee, and head out to Jim's house.
7      Q. And when you say "all," who were they?
8      A. Me, Che and Fabian.
9      Q. Where did -- do you know -- do you know
10 how you got to Jim's house?
11     A. I know -- I can remember that we go on
12 the freeway. We get on the exit right after the
13 water park. We make a right. And I remember
14 seeing a sign that says "Kuna," towards Kuna. We
15 get to a road called Columbia. We make a left,
16 and I remember that he lives on Moss Road, Moss
17 Drive or Moss Road.
18     Q. And after that time, did you go to that
19 place again on Moss Road where Jim lived?
20     A. Yeah. We were -- I been --
21     Q. Don't say -- I would just like to know
22 how many times you saw that place.
23     A. Three times.
24     Q. Okay. So staying with this time, I
25 would like to show you what's been marked as

532

1  Government's Exhibit 10. I'm sorry, 12.
2          Government's Exhibit 10. I misspoke.
3          Do you recognize what's in that photo?
4      A. Yeah. It's Jim's house.
5      Q. And did you -- did you -- who delivered
6  the methamphetamine to Jim?
7      A. The first time I went with him was me,
8  Che, and Fabian. Fabian had the meth with him at
9  all times. When we pulled up to Jim's house,
10 Fabian got out of the vehicle, off the Jeep,
11 walked into -- into Jim's house. About 10, 15
12 minutes later he comes back out with a wad of
13 money and shows it to Che, telling him like
14 everything was good.
15     Q. Okay. And did you see Jim that day?
16     A. Yeah; when he opened the door.
17     Q. Would you recognize him if you saw him
18 again?
19     A. Yeah.
20     Q. Do you see the person who was at Jim's
21 house that day in the courtroom?
22     A. Yeah.
23     Q. Would you point out where he is sitting
24 and what he is wearing?
25     A. He is wearing, it looks like purple

533

1  shirt, with glasses.
2      MS. LAMPRECHT: I would like the record to
3  reflect the witness has identified Jim Loveland.
4      THE COURT: The record will reflect that the
5  witness has identified Mr. Loveland.
6  BY MS. LAMPRECHT:
7      Q. Did anyone else ask you for
8  methamphetamine that day?
9      A. At that time -- not at that day, but I
10 know the next day, yeah.
11     Q. Okay. What happened the next day?
12     A. We delivered -- we went to Dawson's
13 house. And the reason I went with them, too, is
14 because, for one, again, Fabian told Che that
15 Dawson had called in need of two, which is two
16 ounces.
17         So Che, Fabian, and I head over to
18 Dawson's house. And at that time I was asking Che
19 to take me to go fishing, because I -- I pretty
20 much fell in love with the -- with the Snake River
21 the first time I came over. Since the first time
22 I came, it was snowing. I wanted to go fishing
23 now that it was summertime.
24         So we all got out of the vehicle at
25 Dawson's house, and we walked -- I walked towards

534

1  the -- towards his backyard, which is where the
2  river is at. Meanwhile, Fabian and Che are in the
3  shed with Dawson, exchanging the meth for the
4  money.
5      Q. Did you see Dawson, the person they
6  called Dawson, while you were there?
7      A. Yeah.
8      Q. When did that happen?
9      A. Well, he came out of the house as soon
10 as we parked in front of his house.
11     Q. I would like to show you now what's
12 been marked as Government's Exhibit 12.
13     A. Yeah, that's him. That's Dawson.
14     Q. That's Dawson?
15     A. Yeah.
16     Q. I would like to show you what's been
17 marked as Government's Exhibit 13. Do you
18 recognize what's in that photograph?
19     A. That's his house, and behind it is the
20 river.
21     Q. Now, did there come a time when Che
22 left Idaho in May, while you were still there?
23     A. Yeah. He stayed -- when we came in
24 May, he stayed with us like about, I would say,
25 five days or so.

555

1    And I remember it was like on a
2 Wednesday or a Thursday, he all of a sudden just
3 said, you know, he was going to head out back to
4 Sinaloa, Mexico.  Because Fabian had told him that
5 on the 25th of May, he was planning on going back
6 to Phoenix to go work for a company called
7 Del Monte.
8    So then Che said, "Well, since you're
9 going to leave, you're going to leave to go back
10 to work at Del Monte, I might as well go take a
11 little vacation with my -- go spend time with my
12 family.  Meanwhile, you go back to Phoenix.
13    And his whole plan was to come back and
14 then Fabian -- it was to come back and take over
15 everything here, and then Fabian was going to go
16 back to Phoenix.
17    Q.  Okay.  So before Che left, did you
18 go -- after you went to Dawson's, did you make any
19 more methamphetamine deliveries?
20    A.  Yeah.  We made one to Mario, a guy
21 named Mario, who lives in Ontario.
22    Q.  And who went with you to make
23 that -- Mario, who went with you to make that
24 delivery?
25    A.  It was me, Che, and -- me, Che and

536

1 Fabian.
2    Q.  Let me show you what's been marked as
3 Government's Exhibit 11.  Do you recognize the
4 person in that photo?
5    A.  Yeah.  That's Mario.
6    Q.  Did anyone -- did you make any more
7 methamphetamine deliveries before Che and Fabian
8 left?  Or did anyone else get methamphetamine from
9 them?
10    A.  No.  That was it.  I remember -- I
11 remember Ben coming back, but I didn't really see
12 him get any meth after that.
13    Q.  Did you know whether Che had any guns
14 in the house at this time?
15    A.  Yeah.  Because -- I know he had three
16 pistols.  And the reason why I know that is
17 because on one of the days that Che was there, he
18 took us -- he took me and Fabian out to Mann's
19 Creek Lake, and -- to go check it out, to
20 go -- this was before we went out fishing.
21    And when we left Mann's Creek, we
22 parked on the side of Mann's Creek, which is kind
23 of a like a little shooting range, I guess you can
24 call it, and we were shooting beer bottles with
25 the guns.

537

1    Q.  And did you ever ask Che about how he
2 got these guns?
3    A.  My biggest question to him was, how is
4 it that he got the guns under his name, because he
5 told me that they were all legit.  They were
6 purchased at a gun shop.  And he said that he
7 bought a .380, and then a .22, like Derringer, and
8 that he had papers for it.
9    Q.  What kind -- did he tell you what kind
10 of papers he had?
11    A.  He said he had, like, a registered,
12 like the guns were registered under his name.
13    Q.  Did you tell -- did he tell you how he
14 was able to buy these guns?
15    A.  Oh, he -- awhile back, he told me that
16 he had purchased -- he told me, like, how is it
17 that you got all this -- all this -- these guns,
18 like as a U.S. citizen, knowing -- me knowing very
19 well that you are not a U.S. citizen.
20    And he told me that he had purchased a
21 birth certificate for the amount of $5,000 from
22 this lady back in Mexico, who her son --
23    MR. HEINEMAN:  Objection, unresponsive.  I
24 thought we were talking about guns.  Are we --
25    THE COURT:  Sustained.

538

1    MS. LAMPRECHT:  I did.  I asked him how he
2 got --
3    THE COURT:  Counsel --
4    MS. LAMPRECHT:  -- the guns.
5    THE COURT:  -- I understand.
6    MS. LAMPRECHT:  Okay.
7    THE COURT:  But the objection is that the
8 question [sic] is nonresponsive.  So proceed,
9 Ms. Lamprecht.
10    MS. LAMPRECHT:  That was actually the answer
11 I was trying to elicit with that question, so I'm
12 a little confused.  And I believe I said how was
13 he able to get the guns, and the witness answered.
14    THE COURT:  I understand.  I understand.  It
15 was nonresponsive.
16    Go ahead.  Let's ask the question
17 again.  You asked him --
18 BY MS. LAMPRECHT:
19    Q.  Did Che ever tell you how he was able
20 to purchase the guns, as a non-U.S. citizen?
21    A.  Yes.
22    Q.  What did he tell you?
23    A.  That he obtained a birth certificate
24 from somebody, who he purchased it for $5,000, and
25 that's how he was able to get IDs.

539

1    Q. Did you happen to know the name on that
2  birth certificate?
3    A. Yes.
4    Q. What was it?
5    A. Jesus Guadalupe Sanchez.
6    Q. And what IDs did Che have in that name?
7    A. I know he told me he had one out of
8  California and out of the State of Idaho, driver's
9  licenses.
10    Q. Before -- well, when Che left Idaho,
11  what car did he take with him?
12    A. He left in the green Jeep Cherokee.
13    Q. Okay. And had Victor left earlier with
14  another car?
15    A. Yeah, in like a -- like a golden brown
16  Jeep Liberty.
17    Q. After Che -- well, after Che left and
18  before the last time you delivered methamphetamine
19  to Ben, in that time period, did you deliver
20  methamphetamine to anyone else in Idaho?
21    A. No. At the time, no.
22    Q. Okay. Was there a time after Che left
23  when you weren't feeling well?
24    A. Yeah.
25    Q. What happened --

540

1    A. Oh. After Che left, we did deliver
2  more.
3    Q. You did?
4    A. Yeah.
5    Q. Okay.
6    A. I didn't understand your question.
7    Q. Before you got sick, who did you
8  deliver to?
9    A. We delivered once to Ben, which was at
10  his apartment. I went with Fabian. Fabian
11  was -- went to drop off -- Fabian dropped off two
12  ounces to Ben at the same time I was -- I unloaded
13  an MDF board, which is a board used to make
14  speaker boxes.
15       So while I was unloading the MDF board,
16  I was -- I also saw Ben and Fabian exchange money
17  for meth.
18       And after that, we made -- we made two
19  more deliveries to Jim's house on two separate
20  occasions. One day was a Tuesday and another day
21  was a Thursday.
22    Q. And what did you take to Jim on these
23  days?
24    A. Both those days, Fabian told me that
25  Jim had just called and that he wanted two ounces

541

1  on both -- both times.
2    Q. Do you know if Fabian collected money
3  from Jim for these two ounces?
4    A. Yeah. Because at the time we
5  were -- Fabian was driving. We would go in a red
6  Ford Lightning. And when we would get in the
7  truck, I would see Fabian pull out, like, two
8  baggies with meth in there. And he would pop the
9  center part of the steering wheel and put the meth
10  inside the steering wheel, and pop the center part
11  back on.
12       We would drive out to Jim's house.
13  Right before he got out of the car, before going
14  into Jim's house, he would pop the center console
15  again of the steering wheel, take the two bags of
16  meth, put them in his pocket, walk inside Jim's
17  house; 15 minutes later come back out with a wad
18  of money and put it back in the same spot where he
19  had placed the meth the previous time.
20    Q. Okay. I would like to show you an
21  exhibit. I would like to show you what's been
22  marked and admitted as Government's Exhibit 27.
23    A. That's Che's truck, red Lightning.
24    Q. Is that the truck that you're talking
25  about where he would pop the steering wheel and

542

1  hide things inside it?
2    A. Yeah.
3    Q. Now, when you delivered the two ounces
4  of Jim -- to Jim, those two times, where did you
5  deliver them to?
6    A. To Jim's house.
7    Q. The same place that you identified
8  before --
9    A. Yeah.
10    Q. -- on Moss Road?
11    A. Yeah.
12    Q. And did there come a time when you took
13  a law enforcement agent, following the directions
14  that you told us before, to Jim's house?
15    A. Yeah.
16    Q. Now, what happened to you the Friday
17  and Saturday after that?
18    A. I got sick due to my adrenal gland
19  disorder, which makes me vomit a lot. And the
20  whole Friday night I was sick, but I was more sick
21  on Saturday, which is that day -- I can remember
22  it was May 11th, which is the day that Mayweather
23  fought. And that day, Fabian and I were supposed
24  to go out to a restaurant to eat.
25       And since I wasn't able to do nothing

543

1  that whole day, Fabian was coming in and out of
2  the house. And I would ask him from time to time
3  what he was doing. And he said that he was making
4  deliveries.
5          So later on, around 7:00 in the
6  afternoon, before the fight started, Fabian walked
7  into the room where I was at and asked me if I was
8  going to go with him, if we were going to go to
9  Hooters to eat wings and watch the fight there.
10         He then told me -- because I see that
11 he was a little kind of like excited. And I told
12 him, well, what he was excited about.
13         And he said that he just got rid of a
14 pound's worth of meth in that one day, and that he
15 delivered to all five of his customers.
16     Q. Did you ever see him count the money?
17     A. Yeah. He would usually -- he would
18 have the -- have it -- counting it every night in
19 the living room, pretty much in front of me.
20 Because there is two sofas. I would sit on one
21 and he would sit on the other one, and he would
22 just sit there and count it.
23     Q. Okay. You said he delivered to all
24 five of his customers. Who were those five
25 customers at the time?

544

1      A. He told me Mo, Jim, Dawson, Ben, and
2  Mario.
3      Q. Were you feeling any better by Sunday?
4      A. Yeah. I was feeling good enough to go
5  get something to eat. Because I had not eaten for
6  two days.
7      Q. Well, in fact, did you cook food for
8  anybody that Sunday?
9      A. Yeah. That's pretty much what I did,
10 was just made food for me and Fabian. You guys
11 probably know Fabian is a little chunky guy, so he
12 likes to eat a lot. So I would make barbecue and
13 breakfast and all kinds of stuff.
14     Q. And did anyone come over that Sunday to
15 have barbecue with you?
16     A. Yeah. Ben -- Ben and Amy came over.
17     Q. I would like to show you what's been
18 marked and admitted Government's Exhibit 42.
19     THE COURT: Forty-two?
20     MS. LAMPRECHT: Mm-hmm.
21 BY MS. LAMPRECHT:
22     Q. Do you recognize the person in that
23 photograph?
24     A. Yeah. That's Amy.
25     Q. What happened when they came over that

545

1  day?
2      A. Well, that day, they came over. Ben
3  and then -- came in, and then she did. She sat on
4  the sofa. I was telling them that the ribs would
5  be done in about 30 minutes.
6          So then Ben and Fabian started talking,
7  and I saw Ben give Fabian a wad of money. And
8  then at the same time Ben asked Fabian for two
9  more ounces.
10         After they got done exchanging the
11 money and the drugs, we just sat down. By then it
12 was time -- the ribs were done, so we started
13 eating and having a couple beers as well.
14     Q. Did you ever see Ben bring any other
15 women besides Amber and Amy, when he picked up
16 methamphetamine --
17     A. Yeah.
18     Q. -- from the trailer?
19     A. One -- one day we had asked Ben if he
20 wanted to go out and eat, because Fabian wanted to
21 go eat some Chinese food.
22         So Ben said, "Yeah, I'll be there in a
23 little bit." So when he came to the house, he
24 came with some girl who I was -- who I found out
25 was -- who he -- who he introduced to us as

546

1  Rachel.
2      Q. Let me show you what's been marked as
3  Government's Exhibit 41, but not yet admitted.
4      A. Yeah, that's -- that's Rachel.
5      Q. That's Rachel?
6      MS. LAMPRECHT: I would move to admit
7  Government's Exhibit 41, Your Honor.
8      THE COURT: Any objection?
9      MS. BERGLUND: No objection.
10     MR. BORTON: None, Your Honor.
11     MR. HEINEMAN: No objection.
12     THE COURT: Forty-one will be admitted.
13         (Exhibit No. 41 admitted.)
14 BY MS. LAMPRECHT:
15     Q. Okay. After the night that Ben and Amy
16 had barbecue with you and Ben picked up two ounces
17 of methamphetamine, did they come back again?
18     A. Yeah. Another time Amy and Ben came
19 again, the same -- to drop off money, another wad
20 of money and to pick up two more ounces. And at
21 that time we were just watching a movie, though.
22 But, yeah, they came over. They came over -- Ben
23 came over twice with Amy.
24     Q. Okay. And so they left?
25     A. Yeah.

547

1   Q. What happened the next day?

2   A. The next day, I believe it was a Monday
3   or a Tuesday, Fabian called Ben early that
4   morning, and he noticed that Ben wouldn't answer
5   the phone.

6       And this was the reason why he called,
7   because the night before there was like a police
8   officer in front of the trailer, shining their
9   lights at us, so kind of brought some suspicions
10  and stuff.

11      So Fabian called Ben. Ben wouldn't
12  answer. He then -- he then called Tambunga,
13  and -- which his name is Johnny Tambunga. He
14  called him and asked what was going on with Ben,
15  how come he didn't answer the phone.

16      And then Tambunga told him that Ben had
17  just got arrested for a DUI the night before.

18  Q. I would like to show you what's been
19  marked as Government's Exhibit 4.

20  A. Yeah. That's -- that's Johnny
21  Tambunga.

22  Q. That's Johnny Tambunga.

23      When did you first meet Johnny?

24  A. When I first met him, it was, I would
25  say in May. Because when I came in March, they

548

1   told me that a guy named Johnny rented the house
2   for them, but I never quite met him. But in May
3   he came over one day, asking for a -- asking me
4   whether Fabian had left him a hundred dollars.

5       And I told Johnny I didn't know nothing
6   about it.

7       And he said that Fabian was supposed to
8   leave him a hundred dollars with me.

9       And I said, "He didn't leave me
10  nothing." So that's when I find out who he was.

11  Q. Okay. After you heard that Ben was
12  arrested, did you hear from him or did Fabian hear
13  from him again?

14  A. Yeah, we heard from him. I believe it
15  was the next day, after we -- we went to go visit
16  Amy, to ask her what had happened. We then got a
17  phone call from Ben a couple hours later, and
18  Ben -- they said, by what Fabian told me, Ben was
19  asking him for two more ounces, and he wanted him
20  to meet us, he wanted us to meet him at the
21  Karcher Mall.

22  Q. And do you know where the Karcher Mall
23  was?

24  A. Nampa, I guess.

25  Q. So what did you and Fabian decide to

549

1   do?

2   A. Meanwhile, Fabian is in the bathroom
3   getting the meth. I see a Applebee's commercial
4   come on. So I tell him, you know, let's go to
5   Applebee's.

6       And he is like, "Well, we're going over
7   that direction anyways." So he tells me after he
8   makes the drop-off with Ben, we will go get
9   something to eat at Applebee's.

10  Q. So did you deliver methamphetamine to
11  Ben that day?

12  A. No. I went with them, but --

13  Q. Oh, I'm sorry. Did Fabian deliver
14  methamphetamine --

15  A. Yeah, Fabian --

16  Q. -- to Ben that day?

17  A. -- did. I didn't deliver nothing.

18  Q. Okay. What -- what did you drive?

19  A. The red Ford Lightning.

20  Q. The one that you just identified
21  before?

22  A. Yeah.

23  Q. And do you know who that belonged to?

24  A. Che.

25  Q. Do you know what Fabian took with him?

550

1   A. Two ounces of meth.

2   Q. Okay. Do you know if he had anything
3   else with him?

4   A. When he pulled out, when he -- when he
5   took the center console of the steering wheel out
6   of the steering wheel, he put the two balls of
7   meth in there, and then like a stack of money in
8   there as well, that he was supposed to transfer
9   out to a guy out in Mexico. So -- and the total
10  was the two ounces of meth and, I don't know -- I
11  don't know exactly how much money was on the
12  actual stack of money that was in there.

13  Q. Okay. I would like to show you what's
14  been marked as Government's Exhibit 28 and
15  admitted.

16      THE COURT: I'm sorry. What was the number
17  again?

18      MS. LAMPRECHT: Twenty-eight.

19      THE COURT: All right.

20  BY MS. LAMPRECHT:

21  Q. Do you recognize that?

22  A. Yeah. That's the center console where
23  Fabian would put the meth, and he also put money
24  in there.

25  Q. And that's where that money was that

551

1  day, also?
2      A.  Yeah.
3      Q.  What happened when you got to the
4  Karcher Mall?
5      A.  We parked, and then we saw that Ben was
6  like kind of a little ways from where we parked.
7  So Fabian got out of the -- well, Fabian opened up
8  that center console there, took out the two balls
9  of meth, two baggies' worth of meth, put them in
10  his pocket.
11         And at the same time, I was going
12  to -- I was going to ask Ben to see if he had,
13  like, a blunt or a joint of weed to give me.  So I
14  walked along with Fabian to his black Denali that
15  was parked like in the center of the parking lot.
16      Q.  What did you do when you got to Ben's
17  black Denali?
18      A.  I jumped in the front passenger's side,
19  and Fabian jumped in the back of the Denali.
20  Meanwhile, Fabian takes the meth out and hands it
21  to Ben.  Ben then hands him a wad of money over to
22  Fabian.
23         After that's done, I then asked him,
24  "Hey, do you got any weed on you?"
25         And he said, "No."

552

1         So then he said -- then he drove us
2  closer to Applebee's, where we got off and then
3  went inside Applebee's.
4      Q.  What happened after you had lunch?
5      A.  When we cleared Applebee's -- well, I
6  noticed a bunch of people staring at us from
7  different vehicles.  So then right after that,
8  they told -- Fabian pressed the alarm, the remote
9  start of the truck.  And as soon as the truck
10  started, a bunch of police officers swarmed us.
11      Q.  Did you get arrested?
12      A.  Yeah.
13      Q.  Did you ever get back to Trailer
14  No. 10?
15      A.  After that?
16      Q.  Mm-hmm.
17      A.  Did I go back?
18      Q.  Mm-hmm.
19      A.  No.
20      Q.  Let me show you what's been marked, but
21  not admitted, as Government's Exhibit 62.  Do you
22  recognize that?
23      A.  Yeah.  That's my shoe.
24      Q.  And what is beside it?
25      A.  $300.

553

1      Q.  Where was that gym shoe at the time
2  that you got arrested?
3      A.  That money was inside the shoe.
4      Q.  And where was the shoe?
5      A.  Oh.  In a brown bag, which is where I
6  carried all my clothes in.
7      Q.  And where had you left the brown bag
8  before you went with Fabian to deliver the drugs?
9      A.  I believe it was next to the sofa
10  inside the trailer home.
11      Q.  Inside -- it was still in Trailer --
12      A.  Yeah.
13      Q.  -- No. 10?
14      A.  Yeah.
15      Q.  Did Fabian, to your knowledge, ever
16  make any money from Che's methamphetamine
17  business?
18      A.  No.  What I know is he wasn't really
19  getting paid for anything.  He was just getting
20  paid for the food and rent, basically.  So, no, he
21  wasn't -- he never made no money.
22      Q.  And when you went to Mexico and took
23  trips, who paid for those?
24      A.  Che.
25      Q.  Who did the methamphetamine belong to?

554

1      A.  Che.
2      Q.  And who did the money from selling the
3  methamphetamine belong to?
4      A.  It all belonged to Che.
5      Q.  Do you know whether Fabian ever kept
6  any of that money?
7      A.  No, because that's his cousin and he
8  would never want to take any of his money.
9      Q.  Since the day you were arrested, have
10  you talked to anyone else who was involved in
11  dealing methamphetamine with Fabian or Che,
12  including Fabian or Che, about this case?
13      A.  I just talked to Fabian today when we
14  got -- when they put us in the van together to get
15  here.
16      Q.  What did you talk about?
17      A.  Just about how -- pretty much how this
18  whole thing was -- about his -- his court date
19  yesterday, on how he was just here at the stand.
20  That's it.  We really couldn't talk about
21  anything.
22      Q.  Did you talk about your testimony at
23  all?
24      A.  No.
25      Q.  Talk to anybody else?

555

1      **A.** Ben, a little bit, because Ben was with
2  us in the van as well.
3      **Q.** And did you talk about the case?
4      **A.** No, other than we were all going to
5  testify here today.
6      **Q.** Did you talk about anything about what
7  your testimony would be?
8      **A.** No.
9      MS. LAMPRECHT: I have no further questions
10 at this time, Your Honor.
11     THE COURT: You didn't offer Exhibit 62.
12 Did --
13     MS. LAMPRECHT: Oh, I'm sorry.
14     THE COURT: -- you intend to do so?
15     MS. LAMPRECHT: I would like to offer it and
16 show it to the jury. Thank you.
17     THE COURT: Any objection?
18     MS. BERGLUND: No objection.
19     MR. BORTON: None, Your Honor.
20     MR. HEINEMAN: No.
21     THE COURT: All right. Sixty-two will be
22 admitted and published to the jury.
23     (Exhibit No. 62 admitted.)
24     THE COURT: No further questions?
25     MS. LAMPRECHT: No, thank you.

556

1      THE COURT: Cross?
2      MR. BORTON: Yes, Your Honor.
3      THE COURT: Mr. Borton.
4          CROSS-EXAMINATION
5  BY MR. BORTON:
6      **Q.** Good afternoon, Mr. Ruiz.
7      **A.** How are you doing?
8      **Q.** Good. Thank you.
9      You had provided information in
10 interviews to the police after your arrest; is
11 that right?
12     **A.** Yes.
13     **Q.** And one of the items that you've
14 discussed was sometime in March of 2012 --
15     **A.** Yeah.
16     **Q.** -- when Ben -- Mr. Vertner was at the
17 trailer with you and Fabian -- or -- yes, with you
18 and Mr. Beltran. Do you remember that time?
19     **A.** Yeah.
20     **Q.** And do you recall telling law
21 enforcement at that meeting with you, Ben, and Mr.
22 Beltran that Mr. Vertner, Ben Vertner gave Fabian
23 approximately $2,000, and Mr. Beltran in return
24 gave him about two ounces of methamphetamine?
25     **A.** Yeah. I saw him give him a wad of

557

1  money --
2      **Q.** Okay.
3      **A.** -- which Fabian said it was around
4  about 2,000 or so, and I saw him give two -- two
5  bags of meth, yeah.
6      **Q.** And at the same time during that
7  interview, you then reported that Ben still had an
8  approximate $8,000 debt owed to Fabian?
9      **A.** He had -- he said he -- I don't know
10 about $8,000 exactly, but he said that it was
11 part of that -- the payment was part of some money
12 that he still owed him. So, I mean, I don't know
13 exactly the amount of money that was still in debt
14 at that time, but I know that the money that he
15 gave him was a part of the previous transactions
16 they had made with drugs.
17     **Q.** So do you know where -- in your
18 interview with law enforcement regarding that
19 transaction, where else they would have gotten
20 information from you about an $8,000 debt still
21 being owed?
22     **A.** An $8,000? I don't recall the 8,000.
23     **Q.** All right. Do you recall any debt of
24 that size owed by Ben to Fabian or Mr. Sanchez?
25     **A.** No, I don't.

558

1      **Q.** If the officer who you spoke with --
2      MS. LAMPRECHT: Objection, Your Honor.
3  Speculation.
4      THE COURT: Counsel, upon reflection, I'm
5  not sure -- I think you can ask the witness
6  what -- a question, and then perhaps provide
7  impeachment testimony later. But I'm not sure
8  quite sure that this is the right approach to it.
9  Do you want to discuss it at sidebar or --
10     MR. BORTON: No. I'll go a different tack,
11 Your Honor.
12     THE COURT: Proceed.
13     MR. BORTON: Thank you.
14 BY MR. BORTON:
15     **Q.** Over your time, did you feel like you
16 got to know Benjamine Vertner pretty good?
17     **A.** Yeah.
18     **Q.** Okay. And at the time that you were
19 called to the Applebee's to do that transaction,
20 did you feel like you trusted Mr. Vertner?
21     **A.** Yeah, for the most part, yeah.
22     **Q.** When he was doing that sale with you
23 and Mr. Beltran in the parking lot, he was being
24 dishonest with you about his motives, would you
25 agree?

559

1    A. Well, to what happened, yeah.
2    Q. Okay. He didn't tell you that he was
3  working undercover.
4    A. No.
5    Q. Okay. Could you tell at that time --
6  when you observed Mr. Vertner doing that
7  transaction, could you tell that he was being
8  dishonest to you?
9    A. It just seemed kind of weird that he
10  didn't have no weed on him.
11    Q. Okay.
12    A. Because usually they would have some.
13    Q. Could you tell from his mannerisms that
14  he was being dishonest or did --
15    A. Well --
16    Q. -- he look like normal?
17    A. -- he kind of seemed the same -- like I
18  said, the only thing that made -- made me think
19  was a little weird is that he didn't have weed
20  with him. He usually would pull out some bag with
21  weed a little bit.
22    Q. Okay. Nothing else about his
23  appearance or his speech or anything like that?
24    A. Other than that he was in a hurry and
25  he didn't want to eat at Applebee's with us, which

560

1  is kind of weird, too.
2    Q. Okay. And in your interviews with law
3  enforcement, did you make a handwriting of all of
4  the individuals that you knew that were involved
5  in the sale of methamphetamine?
6    A. Did I make a writing?
7    Q. Yeah. Did you give them any
8  handwriting -- handwritten notes?
9    A. Handwritten notes? Oh, yeah. Yeah.
10    Q. Do you recall doing that?
11    A. No -- giving them handwritten? Yeah,
12  yeah, I did give them handwritten notes, yeah.
13    Q. Okay. Notes that you created that was
14  your recollection of all the individuals --
15    A. Yeah.
16    Q. -- that you knew were involved?
17    A. Yeah.
18    Q. Okay. You recall doing that with the
19  law enforcement?
20    A. Yes.
21    Q. Okay. And in your discussions with law
22  enforcement, were you fully forthcoming?
23    Did you disclose anything and
24  everything that you knew?
25    A. Yeah, I told them all the truth.

561

1    Q. Okay. And you didn't leave anything
2  out?
3    A. No.
4    Q. That's a bad question.
5    Is it true that you did not leave
6  anything out?
7    You told them everything?
8    A. I told -- I mean, I told them
9  everything; specifically that I went out on
10  deliveries and that I smoked weed.
11    Q. And on the handwritten notes that you
12  provided, you identified anybody and everybody
13  that you knew that was involved?
14    A. Yeah.
15    MR. BORTON: Okay. Thank you.
16    I have no further questions.
17    THE COURT: Ms. Berglund, Mr. Heineman.
18        CROSS-EXAMINATION
19  BY MS. BERGLUND:
20    Q. So, you made a total of two trips to
21  Idaho?
22    A. Yeah.
23    Q. And what was the total amount of time
24  that you spent here in Idaho?
25    A. I would say two -- about 11 to 14 days,

562

1  total.
2    Q. Okay. You never actually saw
3  Mr. Beltran physically hand methamphetamine to
4  Mr. Loveland; correct?
5    A. I didn't physically saw him, but I
6  did -- I did see him get two ounces -- two
7  baggies' worth of meth, walk into his house, and
8  the same pocket that he placed the meth in, he
9  came back with money.
10    Q. But you didn't see --
11    A. No.
12    Q. -- anything actually change hands?
13    And you said he was gone from the car
14  for 10 to 15 minutes?
15    A. Yeah.
16    Q. And you also told the police about
17  someone named Mo; correct?
18    A. Yeah.
19    Q. And you had been to Mo's house;
20  correct?
21    A. Yeah.
22    Q. And did you ever show the police where
23  Mo's house was?
24    A. No.
25    Q. How many deliveries did you make to Mo?

563

1  **A.** Twice.

2  **Q.** And do you remember telling police that
3  at one time Mo had actually wired money to
4  Mr. Sanchez?

5  **A.** Yeah.

6  **Q.** Okay. Do you recall, also, when you
7  were initially interviewed by police after your
8  arrest, you told them about a time in 2008 when
9  someone named Mingo or Manuel Valdez asked you to
10  take -- to go to -- excuse me -- to take drugs
11  across the border from Mexico and return the money
12  back to Mexico?

13  **A.** Yeah. Me and -- me and Che were part
14  of that.

15  **Q.** Okay. And do you recall that when you
16  were interviewed again in August, you said that
17  Mr. Valdez asked you to do that, but you changed
18  your mind and ultimately you didn't?

19  **A.** Yeah.

20  **Q.** Okay. So which is true?

21  Did you do it or didn't you do it?

22  **A.** I did it.

23  **Q.** You did not?

24  **A.** I did -- I did one trip. That's it.

25  **Q.** Okay. So in August, you said that when

564

1  Mr. Valdez asked you to get the drugs then take
2  the money back, you did not do it on that
3  occasion?

4  **A.** When I went and came -- I went to go do
5  the trip. But I came back and I was -- and I
6  was -- my car -- the car that I was driving was
7  seized. They found a compartment on it. So
8  therefore, I wasn't able to do anything after
9  that.

10  **Q.** And this was coming back from Mexico?

11  **A.** Coming back from Mexico, yeah. So --

12  **Q.** After you dropped off money?

13  **A.** Yeah. No, no, no. When I was going on
14  my way to Mexico to do a trip on my own, to do a
15  trip for myself, I was -- the car was seized
16  because they found a compartment in it. And
17  that's -- that's where everything ended at, right
18  then and there.

19  **Q.** Okay.

20  **A.** So I was never able to go back and drop
21  off any money or any drugs to anybody because my
22  car --

23  **Q.** And did you tell the police during your
24  first interview that you had completed it, that
25  you had --

565

1  **A.** One time --

2  **Q.** -- completed that transaction?

3  **A.** -- I had completed one with Che.

4  **Q.** And was that the one that you did for
5  Compa Miguel, or someone that you called Compa
6  Miguel?

7  **A.** That's who Che referred to as a person
8  that we met out there in Mexico.

9  **Q.** Okay. And that was a different trip
10  from the one we just discussed --

11  **A.** Yeah, because --

12  **Q.** -- that was set up by Manuel Valdez?

13  When you were initially interviewed, do
14  you recall saying that Jim bought two ounces a
15  week?

16  **A.** Yeah.

17  THE COURT: Ms. Berglund, could you slow
18  down just a little bit?

19  MS. BERGLUND: Sure.

20  BY MS. BERGLUND:

21  **Q.** And when you were interviewed again in
22  August, you told police that Jim bought two to
23  four ounces a week; correct?

24  **A.** Well, because on one week, on a Tuesday
25  and a Thursday, we delivered two ounces on a

566

1  Tuesday, two ounces on a Thursday. And Fabian had
2  told me that he would always call for two ounces
3  every week. So that week he got a total of four
4  ounces for that week.

5  **Q.** But you didn't tell the police that it
6  was just one week he got four ounces; you just
7  said two to four ounces a week?

8  **A.** Yeah.

9  **Q.** And today you said on one occasion
10  after you went and ate tacos, you made a delivery
11  to Jim's house?

12  **A.** Yeah.

13  **Q.** Do you recall that when you were
14  interviewed by the police on the 6th of August,
15  you actually said it was before you ate that you
16  went and dropped off something at his house?

17  **A.** Before we ate?

18  **Q.** Yes.

19  **A.** I remember that whole day, we went out
20  and dropped off, and we dropped off to Jim's. I
21  just can't remember exact -- I thought we ate
22  before that, before we went over there.

23  MS. BERGLUND: Okay. No further questions.

24  THE COURT: Mr. Heineman.

25  CROSS-EXAMINATION

567

BY MR. HEINEMAN:

Q. Mr. Ruiz, did you testify earlier that Mr. Sanchez went in and purchased a fire extinguisher on the trip to California?

A. What was that again, sir?

Q. Did you testify that Mr. Sanchez purchased a fire extinguisher on that trip to California?

A. Yeah. He purchased a fire extinguisher after he left from the casino, 29 Palms.

Q. And when you later -- I think you testified you saw that same fire extinguisher back in Idaho, when he was trying to open it. Is that the same one?

A. That's the same one that, yeah, that he bought in California. When we got to Idaho, that's the same one he opened up.

Q. Okay. How big was the -- you said a bag came out of there?

A. The fire extinguisher was about this big (indicating).

Q. Right. The bag came out of there?

A. Yeah.

Q. How big was the bag?

Can you estimate how big it was?

568

A. After he opened it, a bag was about this big, which was taped up together.

Q. So he bought --

A. It was like a package taped up with a brown tape, and out of that package came out three different bags of meth.

Q. And the fire extinguisher, upon your observation of it, looked brand new, no marks on it?

A. It was brand new, because it didn't even have any air in it.

Q. And did Mr. Sanchez purchase this from a store?

A. He told me himself that he had bought it from a gas station.

Q. So do you know how Mr. Sanchez magically got a big, I guess, bunch of meth into a brand new fire extinguisher?

A. Well, because he knows how to open those. He knows how to work with those fire extinguishers, because he did it before. He told me. Not only that, if he knew where to cut -- I mean, he knew exactly how to do it, so.

Q. Did Mr. Sanchez go with you and Fabian on all of these purchases?

569

Was he there on the majority of the purchases that you attended when you were in Idaho?

A. The purchases, as in what, sir?

Q. I'm sorry. The sales of meth, when he went to the customer?

A. He went with us to approximately -- he went with me and Fabian, he went to about three of them, to the sales.

Q. How many sales did you accompany Fabian on?

A. Once to Dawson's, once to Mario and once to Jim's.

Q. Now, is that all the ones that you accompanied Fabian or --

A. No, the ones that me, Fabian, and Che went together.

Q. Okay. I'll restate my question again.

How many did you attend -- how many sales did you attend with Fabian, total?

A. Total, I would say about four, five.

Q. In your statement to the police from July 31st, did you give them information about a debt owed by Johnny Tambunga to Mr. Sanchez?

A. I mentioned to them that Che and Fabian

570

had both told me that Johnny Tambunga came -- was $5,000 short from when they had left him in charge to get rid of meth.

MR. HEINEMAN: No further questions, Your Honor.

THE COURT: Redirect, I believe. Ms. Lamprecht.

Counsel, we're going to take a break in about ten minutes, for about ten minutes, because we took an earlier break than we normally would.

MS. LAMPRECHT: Okay.

THE COURT: I think everyone else has crossed, correct?

MS. BERGLUND: Yes, Your Honor.

MR. BORTON: Correct.

REDIRECT EXAMINATION

BY MS. LAMPRECHT:

Q. Just to clarify a little bit, when you were here in March with Fabian, how many times did you make deliveries to his customers with him?

A. Oh, in March? Well, we did like -- we did one to Mo, and the rest of them was -- Ben would come over to the house and pick up.

Q. Okay. And when you were here in May, while Fabian was here, how many -- while Che was

571

1   here, how many times did you and Che and Fabian go
2   to make deliveries to Che's customers?
3      A. Three. I remember one going to Jim's
4   house, which was the first time I saw where -- I
5   saw his house for the first time; one to Mario,
6   which is in Ontario; and then once to Dawson's
7   house, which is when we saw the river in the back
8   of his house.
9      Q. And after Che left, how many deliveries
10  did you make with Fabian?
11     A. We made two to Jim's, one -- we went
12  back to Mo's. We went one time to Ben's house, at
13  the apartment that he lived. And then we went to
14  Mario's house on two separate occasions, as well.
15     Q. Now, you said that you delivered two
16  times to Jim after the first time you delivered to
17  him.
18     A. Yeah.
19     Q. When you delivered to Jim, did you see
20  Fabian hand him the methamphetamine?
21     A. I didn't see him hand it, but I know he
22  walked in the house with the meth, he came back
23  with money.
24     Q. You saw the methamphetamine in Jim's
25  hand?

572

1      A. No, I didn't see him [sic] in Jim's
2  hand, no.
3     Q. Okay. Did you see him carry a package?
4     A. Who, Jim?
5     Q. Mm-hmm.
6     A. Did I see him carry a package? No. I
7  just saw Fabian going in there.
8     Q. Oh, Fabian went in the house with him?
9     A. Yeah. Fabian, what he did is, after he
10  popped the center console of the steering wheel,
11  he took out the two bags of meth, put them in his
12  right pocket. Walked inside the house, came back
13  out 15 minutes later, and instead of the pocket
14  having meth in it, he had money in there. And
15  that's when he told me that -- that he -- that
16  everything was fine, that he sold the meth.
17     Q. Is that what happened every time you
18  went to Jim's --
19     A. Yeah. Jim would open the door. Fabian
20  would walk in there. They would close the door.
21  Jim would then open the door again. Fabian would
22  come back out, jump into the truck, and then I
23  would see him stick the money -- get the money out
24  of the his pocket and put it in the center console
25  and then we would drive away.

573

1      Q. And no more meth?
2      He didn't have any meth with him when
3  he came out?
4     A. No. It was just, whenever we would go
5  somewhere, it was just strictly to that person.
6  So he didn't carry more meth than what he needed
7  other than to deliver to what the people had
8  asked.
9     Q. Now, counsel -- one of the attorneys
10  referred to a time where you were asked to help
11  carry drugs by a person named Mingo.
12     A. Mm-hmm.
13     Q. How long ago was that?
14     A. That was like back in '06.
15     Q. 2006?
16     A. Yeah.
17     Q. And how did you get involved with Mingo
18  in the first place?
19     A. I was referred to them by one of Che's
20  cousins. And that's the first time I met Che.
21  And Che was apparently already working for that
22  person. And Che pretty much -- Che's role in it
23  was that he was going to show me the ropes on how
24  to -- how to do drug transportations from Mexico
25  into the United States.

574

1      Q. And did you take a trip with Che?
2     A. Yeah.
3     Q. Did you bring anything back on that
4  trip?
5     A. Yeah. We brought back -- I just
6  remember seeing like a ball, I would guess it's
7  one to two pounds, maybe, we brought back.
8     Q. Do you know what happened to that
9  methamphetamine?
10     A. Yeah. Che then -- the car that we went
11  in to go get it, he then took that same car along
12  with the meth and took it back to California to
13  get rid of it.
14     Q. And then you were going to do another
15  one, and that's the one that never worked?
16     A. Yeah, because I got -- the car was
17  taken.
18     Q. And since that time, since 2006, have
19  you ever tried to do anything with methamphetamine
20  at all?
21     A. No. I worked all -- I have been
22  working ever since, legally.
23     MS. LAMPRECHT: That's all the questions I
24  have, Your Honor.
25     THE COURT: Any recross?

575

1    MS. BERGLUND:  No, Your Honor.
2    MR. BORTON:  Very brief, Your Honor.
3    THE COURT:  Yes.
4        RECROSS-EXAMINATION
5  BY MR. BORTON:
6    Q.  Mr. Ruiz, one question.
7    A.  Yes, sir.
8    Q.  The list we referenced a moment ago
9  identifying all the individuals involved that you
10  created, Michael Morris is nowhere listed on
11  there; is that correct?
12    A.  No.  I don't know Mike Morris, other
13  than me and him going to the same courtroom.
14  That's it.
15    MR. BORTON:  Okay.  Thank you.
16        Thank you, Your Honor.
17    THE COURT:  Mr. Heineman.
18    MR. HEINEMAN:  One question.  It will
19  probably end up being two.  Sorry.
20        RECROSS-EXAMINATION
21  BY MR. HEINEMAN:
22    Q.  You just stated this event with Mingo
23  occurred in 2006?
24    A.  Yeah.
25    Q.  When you were interviewed by police on

576

1  May 16th, didn't you state to them that it
2  occurred in 2008?
3    A.  Well, 2006 is when I met Che.  That was
4  when we first took the first --
5    Q.  The question was --
6    MS. LAMPRECHT:  Excuse me.  May the witness
7  finish his answer, Your Honor?
8    THE COURT:  Let's let the witness finish.
9    THE WITNESS:  That's when I first met Che,
10  which is the reason why I was initially introduced
11  to him, was to go do -- to go bring meth back from
12  Mexico.  In 2008 was when I was arrested with the
13  car with the compartment in it.  And there is
14  records of it.
15  BY MR. HEINEMAN:
16    Q.  In 2008, you -- also in that same
17  interview you also stated, besides the fact this
18  occurred in 2008, you stated that Sanchez
19  introduced you to Ruiz [sic].  But you just stated
20  that Sanchez's cousins were the ones who were
21  instructing you on this; correct?
22    A.  No.  They just introduced me to him as
23  a --
24    Q.  Am I correct or not?
25    A.  No, you're not correct.  Because --

577

1    Q.  Sorry.
2    MR. HEINEMAN:  Strike as nonresponsive.
3    THE COURT:  All right.
4    MR. HEINEMAN:  That was a yes-or-no
5  question, Your Honor.
6    THE WITNESS:  No.
7    MR. HEINEMAN:  No more questions.
8    THE COURT:  Ms. Lamprecht, may the witness
9  step down?
10    MS. LAMPRECHT:  Yes, Your Honor.
11    THE COURT:  All right.
12    MS. LAMPRECHT:  He may be excused.
13    THE COURT:  You may step down.  Thank you,
14  Mr. Ruiz.
15        Counsel, we were going to take another
16  ten-minute break.  This would be a good breaking
17  point.  Would you announce the name of your next
18  witness so we can --
19    MS. LAMPRECHT:  Mario Martinez.
20    THE COURT:  All right.
21        If we could have Mr. Martinez
22  available, though, when we resume.
23        We'll limit this to about another
24  ten-minute break, so please be back in your seats
25  so that we can start promptly at that time.  We'll

578

1  be in recess.
2        (Recess.)
3        (Jury present.)
4    THE COURT:  Ms. Lamprecht -- I'll note the
5  jury is present.
6        Ms. Lamprecht, would you announce the
7  name of your next witness again.
8    MS. LAMPRECHT:  Yes, Your Honor.  The next
9  witness is Mario Martinez.  He is here.
10    THE COURT:  Mr. Martinez, would you step
11  before the clerk and be sworn.
12        MARIO MARTINEZ,
13  having been first duly sworn to tell the whole
14  truth, testified as follows:
15    THE CLERK:  Please state your complete name
16  and spell your name for the record.
17    THE WITNESS:  Mario Martinez.
18    THE COURT:  Would you please spell your name
19  as well.
20    THE WITNESS:  M-A-R-I-O, M-A-R-T-I-N-E-Z.
21    THE COURT:  Thank you.
22        You may inquire of the witness.
23    MS. LAMPRECHT:  Thank you, Your Honor.
24        DIRECT EXAMINATION
25  BY MS. LAMPRECHT:

579

1  Q. Mr. Martinez, where were you born?
2  A. Engle Pass, Texas.
3  Q. Where did you grow up?
4  A. In Ontario, Oregon.
5  Q. And how far did you go in school?
6  A. Tenth grade.
7  THE COURT: Could you --
8  BY MS. LAMPRECHT:
9  Q. Do you have a --
10  THE COURT: Just a moment.
11  Could you slide just a little closer to
12  the microphone, and then bend the tip down so it's
13  pointed right at your mouth, if you would.
14  All right. Go ahead.
15  MS. LAMPRECHT: Your Honor, that microphone
16  also slides. It might be easier if he pulled it
17  towards him a little bit.
18  THE COURT: If it gets too close that
19  creates another problem.
20  MS. LAMPRECHT: Okay.
21  THE COURT: So I think we just need to make
22  sure it's pointed at his mouth, and stays.
23  Go ahead.
24  MS. LAMPRECHT: Thank you.
25  BY MS. LAMPRECHT:

580

1  Q. You said you went through the tenth
2  grade?
3  A. Yes, ma'am.
4  Q. And have you worked since the tenth
5  grade?
6  A. Yes.
7  Q. What kind of work have you done?
8  A. It was a lot of labor work, field work,
9  and last 20 or so years I've been a welder.
10  Q. Do you have family here in Idaho?
11  A. Yes, I do.
12  Q. Are you married?
13  A. Yes, I am.
14  Q. Did there come a time in your life when
15  you became involved with any illegal drugs?
16  A. Yes.
17  Q. What drugs were those?
18  A. Cocaine and methamphetamine.
19  Q. Was cocaine the first one that you got
20  involved with?
21  A. No. Marijuana.
22  Q. Marijuana and then cocaine and then
23  methamphetamine?
24  A. Yes, ma'am.
25  Q. Do you have any felony convictions as a

581

1  result of using and dealing in cocaine?
2  A. Yes, I do.
3  Q. And when were you -- do you have a
4  felony conviction for cocaine?
5  A. 1992, I believe, for cocaine; and 2004
6  for methamphetamine.
7  Q. And the -- that was a conspiracy to
8  deliver methamphetamine in 2004?
9  A. Yes, it was.
10  Q. And are you done with your sentence in
11  both of those cases?
12  Your sentences are completed in both of
13  those cases; is --
14  A. Yes.
15  Q. -- that right?
16  A. Yes, they are.
17  Q. Now, have you entered into a guilty
18  plea agreement with the government in this case?
19  A. Yes, we have, Your Honor -- ma'am.
20  Q. And I would like to show you what's
21  been marked as Government's Exhibit 66.
22  A. Can you repeat the question?
23  Q. I'm going to show you on your
24  screen -- I'm sorry -- an exhibit that's marked as
25  66.

582

1  THE COURT: I'm sorry. I thought I turned
2  it off.
3  BY MS. LAMPRECHT:
4  Q. Do you recognize that?
5  A. Yes, I do.
6  Q. What is that?
7  A. The plea agreement.
8  Q. Is that your plea agreement?
9  A. Pardon?
10  Q. Is that your plea agreement?
11  A. Yes, it is.
12  Q. And I would like to show you -- I would
13  like to ask you --
14  MS. LAMPRECHT: Well, first, I would like to
15  move that into evidence.
16  THE COURT: Is there any objection?
17  MS. BERGLUND: No objection.
18  MR. BORTON: None, Your Honor.
19  MR. HEINEMAN: No objection, Your Honor.
20  THE COURT: All right. Exhibit 66 will be
21  admitted and published to the jury.
22  (Exhibit No. 66 admitted.)
23  BY MS. LAMPRECHT:
24  Q. And I would like to ask you to look at
25  page 16 of that plea agreement. Do you see your

583

1 signature on that page?
2    A. Yes, I do.
3    Q. Would you just -- if you would put your
4 finger on the screen underneath your signature, it
5 will -- it will show where you're pointing to.
6      You need to touch the screen. I'm
7 sorry.
8    THE COURT: Circle it, if you want to.
9    THE WITNESS: Okay.
10    THE COURT: Just use your finger as a pen
11 and just circle the area. You have to press right
12 on the screen.
13      Or maybe our annotation system is off.
14    MS. LAMPRECHT: Well, there is only one
15 signature on that -- there it is.
16 BY MS. LAMPRECHT:
17    Q. Is that your signature on that page?
18    A. Yes, it is.
19    Q. All right. And have you entered a
20 guilty plea in this case?
21    A. Yes, I have.
22    Q. And was that guilty plea pursuant to
23 this plea agreement?
24      Did you have the plea agreement when
25 you pled guilty?

584

1    A. Yes.
2    Q. Is it your understanding that as part
3 of your plea agreement, you agreed to cooperate
4 with the United States?
5    A. Yes.
6    Q. Is your testimony here today part of
7 that cooperation?
8    A. Yes, it is.
9    Q. And do you hope to receive a benefit
10 from cooperating with the United States?
11    A. Yes.
12    Q. Do you understand what is required on
13 your part before you may receive a benefit from
14 your cooperation?
15    A. Could you repeat that question, please?
16    Q. What do you need to do in order to get
17 the benefit you're looking for?
18    A. Tell the truth today.
19    Q. And who is it who will ultimately
20 decide who [sic] your sentence is?
21    A. The judge.
22    Q. Mr. Martinez, where were you living
23 from November of 2011 to July of 2012?
24    A. 2011? 2805 Kingsgate Circle in Nampa,
25 Idaho.

585

1    Q. And before 2012, where did you live?
2    A. Before 2012?
3    Q. I'm sorry. Well, before you lived at
4 the -- at 2805 Kingsgate in Nampa, where did you
5 live before that?
6    A. 911 Eighth Street South.
7    Q. In what city?
8    A. In Nampa.
9    Q. Thank you.
10      And do you know who moved into that
11 house at 911 Eighth Street South after you moved
12 out?
13    A. Yes, I do.
14    Q. Who was that?
15    A. It was Jesus Sanchez.
16    Q. And did you know Jesus Sanchez by any
17 other name?
18    A. I knew him as Che.
19    Q. Do you see the person that you knew as
20 Che in the courtroom today?
21    A. Yes, I do.
22    Q. And would you describe what he is
23 wearing and where he is sitting?
24    A. Striped white shirt, sitting right over
25 there (indicating).

586

1    Q. Right over there next to -- can you say
2 what end of the table?
3    A. Yes. On the right-hand side.
4    THE COURT: Your right hand?
5    THE WITNESS: Yes, my right-hand side.
6    MS. LAMPRECHT: May the record reflect that
7 the witness has identified the defendant Jesus
8 Sanchez, also known as Che.
9    THE COURT: The record will so reflect.
10 BY MS. LAMPRECHT:
11    Q. When was it that you first met this
12 person you knew as Che?
13    A. I met him in 2009, that winter of 2009.
14 In Nyssa, Oregon.
15    Q. How did you meet him?
16    A. I met him -- he was waiting for a
17 family member outside of where I worked at. I
18 came out of the building and he was standing,
19 asking me if I knew -- if I could go get this
20 person or relative of his. That's how I met him.
21    Q. And did you see him again?
22    A. Yes, I did.
23    Q. And how much later did you see him
24 again?
25    A. A month, six weeks later after that.

587

1    Q. What happened when you saw him that
2 time?
3    A. We talked about working -- working
4 for --
5    THE COURT: Just a moment. You're talking
6 about the second time when you saw him again?
7    MS. LAMPRECHT: I'm talking about the time
8 he met him six months later -- six weeks to a
9 month later.
10    THE COURT: All right.
11 BY MS. LAMPRECHT:
12    Q. What happened then?
13    A. He asked me if I wanted to work and to
14 distribute some methamphetamine.
15    Q. What did you tell him?
16    A. That I would.
17    And he also asked me if I knew anybody
18 else that would be interested.
19    Q. Did you know anyone else who would be
20 interested at the time?
21    A. Yes, I did.
22    Q. Who was that?
23    A. Some person from -- Dawson Moore out of
24 Weiser.
25    Q. Did you stay in contact with Che after

588

1 that conversation?
2    A. Yes, I did.
3    Q. How did you contact him?
4    A. Phone call.
5    Q. Did you have a phone number for him?
6    A. Yes, I did.
7    Q. Did he have a phone number for you?
8    A. Yes, he did.
9    Q. And what happened as a result?
10    Did you start -- did you ever buy
11 methamphetamine from Che after you met him?
12    A. Yes, we did.
13    Q. When did you start buying
14 methamphetamine from Che?
15    A. When did I start buying it from him?
16    Q. Mm-hmm.
17    A. It wasn't a money up front. It was
18 what they call a front. They give it to you on
19 credit, sort of speaking, and then you paid for it
20 on a later date.
21    Q. At a later date you do what?
22    A. You pay for it.
23    Q. And how much was -- when you started
24 dealing with him, how much would he give you on a
25 front?

589

1    A. Twenty-eight grams or so. An ounce.
2    Q. Twenty-eight grams is an ounce?
3    A. Yes.
4    Q. Did that amount increase over time?
5    A. Yes, it did.
6    Q. How much did it increase?
7    A. Two of them.
8    Q. Two ounces?
9    A. Yes.
10    Q. How much did you pay him per ounce that
11 he gave you?
12    A. We paid $1,200 apiece.
13    Q. Apiece?
14    A. Yes.
15    Q. Is that for each ounce?
16    A. Yes.
17    Q. Do you remember what year you started
18 buying methamphetamine from Che in?
19    A. The early part of 2010, if I remember
20 right; later part of 2009, December, from
21 December, maybe on, maybe January of 2010.
22    Q. And once you started buying
23 methamphetamine from Che, how long did you
24 continue to buy methamphetamine from him?
25    A. All the way to -- last time I seen him

590

1 was in May of -- no, April of 2011.
2    Q. Now, you said that you knew somebody
3 else who was interested in buying methamphetamine,
4 named Dawson Moore. Did you ever introduce this
5 person to Che?
6    A. Yes, I did.
7    Q. I would like to show you what's been
8 marked as Government's Exhibit 12. Do you know
9 who that is in that photograph?
10    A. Yes, I do.
11    Q. Who is that?
12    A. That's Dawson Moore.
13    Q. And do you know whether Dawson Moore
14 then got methamphetamine from Che after you
15 introduced them?
16    A. I believe so.
17    Q. Did you ever talk to Dawson Moore about
18 it?
19    A. Only when he was looking for him and he
20 couldn't find him; he would give me a call and ask
21 me if I knew where he was or if I heard from him.
22    Q. Who would call you?
23    A. Dawson.
24    Q. And he would ask you where who was?
25    A. Where Che was.

591

1  Q.  I would like to show you what's been
2  marked as Government's Exhibit 4.  Do you know the
3  person in that photograph?
4  A.  Yes, I do.
5  Q.  Who is that?
6  A.  Tambunga, Johnny.
7  Q.  How did you meet Johnny Tambunga?
8  A.  Che brought him over to my house one
9  time.
10  Q.  And why did he bring him to your house?
11  A.  Because Che would be out of state and
12  he was supposed to -- I was supposed to contact
13  this Tambunga if I needed any -- anything.
14  Q.  When Che was in state, how did you get
15  methamphetamine?
16  A.  Either he would ride over and/or they
17  both came over.
18  Q.  How did you let Che know that you
19  wanted methamphetamine?
20  A.  With a phone call.
21  Q.  In November and December of 2011, did
22  you get methamphetamine from Che or Johnny
23  Tambunga, or both?
24  A.  Yes, we did.
25  Q.  And how much were you buying at that

592

1  time?
2  A.  It varied between one and two ounces
3  per week.
4  Q.  Did you ever meet anyone else that was
5  helping Che with his methamphetamine sales, after
6  Johnny Tambunga helped him?
7  A.  Yes, I did.
8  Q.  I would like to show you what's been
9  marked as Government's Exhibit 5.  Do you --
10  A.  Yes.
11  Q.  Yes?
12  Who is that?
13  A.  Beltran.
14  Q.  How did you meet him?
15  A.  Also Che brought him over for the same
16  reason; if he wasn't around, to call him and he
17  would come by.
18  Q.  And did this person, Beltran, deliver
19  methamphetamine to you in -- after Che introduced
20  him to you?
21  A.  Yes, he did.
22  Q.  About how many times before May of 2012
23  did Fabian come over, either with Che or by
24  himself, to bring methamphetamine to your house?
25  A.  I would say a good two times, two,

593

1  three times.
2  Q.  Okay.  So was that -- you said you were
3  getting it every week.  How many times a month did
4  they come over?
5  A.  A month, you say; how many times they
6  would come over a month?  Is that the question?
7  Q.  Mm-hmm.
8  A.  Sometimes they would come weekly,
9  sometimes they would come every other week.
10  Q.  And this was for every month between
11  November of 2011 and May 2012?
12  A.  Yes.  I would say so.
13  Q.  And did this person, Fabian Beltran,
14  ever come over and collect money from you?
15  A.  Yes, he did.
16  Q.  Did Che ever collect money from you?
17  A.  Yes, he did.
18  Q.  When Che collected money, did he also
19  usually give you drugs?
20  A.  Yes, he did.
21  Q.  And was that also true of Fabian
22  Beltran?
23  A.  Yes.
24  Q.  Now, you said that Che gave you the
25  methamphetamine on a front.  Did you also sell the

594

1  methamphetamine that you got from Che?
2  A.  Yes.
3  Q.  And how much would you -- so if you got
4  two ounces, how much of the methamphetamine you
5  got from Che would you sell at a time?
6  A.  Would you repeat that question for me,
7  please.
8  Q.  When you got two ounces of
9  methamphetamine from Che, how much would you sell
10  of that -- at a time?
11  A.  We would sell enough just to cover the
12  cost of it, since we was using it ourselves.
13  Q.  How much did you have to sell to cover
14  the cost?
15  A.  Probably about seven -- about 25 grams
16  out of each one of them, to cover all --
17  Q.  Twenty-five out of twenty-eight grams?
18  A.  Yes.
19  Q.  What did you do with the rest of the
20  methamphetamine?
21  A.  We used it, personal use.
22  Q.  And when you would use methamphetamine
23  just for personal use, how much would you use at a
24  time?
25  A.  I would say between one and

595

1 one-and-a-half grams per day.
2     **Q.** How many doses of methamphetamine was
3 one to one-and-a-half grams?
4         How many times would you take it to
5 make one to one-and-a-half grams?
6     **A.** How many times I would what?
7     **Q.** Did you take the gram all at once, or
8 did you take it --
9     **A.** No. We would smoke it throughout the
10 day.
11     **Q.** Did you sell methamphetamine by the
12 gram?
13     **A.** At times, yes.
14     **Q.** How much would you charge for a gram?
15     **A.** I guess it all depends who he was; a
16 hundred dollars, 80 bucks, whatever they had, I
17 guess.
18     **Q.** Whatever you could get for it?
19     **A.** Well, yeah, just to cover the cost to
20 pay for it back.
21     **Q.** Did you ever make any profit out of
22 selling methamphetamine?
23     **A.** I couldn't say that we did. As a
24 matter of fact, I know we didn't.
25     **Q.** How many people were you selling Che's

596

1 methamphetamine to in 2012?
2     **A.** In 2012? About three people, I would
3 say.
4     **Q.** And what were their names?
5     **A.** Chris Robinson was one of them. He was
6 the one that usually came a lot around to buy it.
7 And I can't remember the lady's name. She was
8 from here, from Boise; Jordan -- I can't remember
9 her last name, to tell you the truth.
10     **Q.** Is it common, when you sell
11 methamphetamine, that you don't know the last
12 names of your customers?
13     **A.** Yes.
14     **Q.** Did you always tell people your full
15 name when they sold methamphetamine to you?
16     **A.** After a while. From the beginning,
17 it's just first-names basis. It all depends who
18 you are.
19     **Q.** But in the beginning, it's always first
20 names?
21     **A.** Yes.
22     **Q.** And do people commonly use nicknames
23 when they're selling drugs?
24     **A.** Yes.
25     **Q.** Do you remember the last time you had

597

1 any dealings with Fabian Beltran?
2     **A.** I was thinking it was in May of 2012.
3     **Q.** May of last year?
4     **A.** Yes. Yes.
5     **Q.** After May of last year, did you hear
6 from Fabian Beltran or Che after that?
7     **A.** No, I didn't, as a matter of fact. We
8 made some phone calls, but never got an answer
9 back from them.
10     **Q.** They tried to call you, but you --
11     **A.** No no. I tried to call them.
12     **Q.** You tried to call them and there was no
13 answer?
14     **A.** No.
15     MS. LAMPRECHT: May I have a moment,
16 Your Honor?
17     THE COURT: Yes.
18     (Pause.)
19 BY MS. LAMPRECHT:
20     **Q.** Initially, you said the last time you
21 dealt with him was April of 2011. Did you mean
22 2012?
23     **A.** April of 2012?
24     **Q.** Yeah. When you said 2011, was the last
25 -- you said you dealt with him up to 2011. Was

598

1 that a mistake?
2     **A.** Yes, it was.
3     **Q.** So it really should be May of 2012?
4     **A.** Yes. That's what I meant, 2012.
5     MS. LAMPRECHT: I have no further questions,
6 Your Honor.
7     THE COURT: Cross-examination.
8     MS. BERGLUND: Briefly.
9     THE COURT: Okay.
10          CROSS-EXAMINATION
11 BY MS. BERGLUND:
12     **Q.** Mr. Martinez, you have never met
13 Mr. Jim Loveland, have you?
14     **A.** No, ma'am.
15     **Q.** And you have never seen him when you
16 were around Che or anyone else?
17     **A.** No.
18     MS. BERGLUND: Thank you.
19     MR. BORTON: I have no questions,
20 Your Honor.
21     THE COURT: Mr. Heineman.
22          CROSS-EXAMINATION
23 BY MR. HEINEMAN:
24     **Q.** The government has mentioned that you
25 entered into a plea agreement; correct?

599

1     A. Yes.
2     Q. Do you recall what type of sentence you
3  were potentially looking at?
4     A. With the plea agreement?
5     Q. If you did not get a substantial
6  assistance motion, do you know what type of
7  potential sentence you could get?
8     A. I think I was looking at 10 years or
9  so.
10    Q. Are you also, though, potentially a
11 career offender under the Federal Sentencing
12 Guidelines?
13       Is it possible that you could be
14 getting life if you would be convicted of a third
15 felony?
16    A. Are you asking me if that's --
17    Q. I'm asking you if you know that.
18    A. Yes.
19    Q. So without a substantial assistance
20 motion from the government, you're looking at
21 potentially spending the rest of your life in
22 jail; correct?
23    A. Without their help?
24    Q. Correct.  Without their help.
25    A. I would think that -- I can't answer

600

1  that.
2     Q. If you do testify to the government's
3  satisfaction, is it your belief that they will
4  file a substantial assistance motion with the
5  court to lessen your sentence?
6     A. Well, that's the -- what I'm hoping
7  for, yes, sir.
8     Q. You first interviewed with the Idaho
9  State Police on August 17 of 2012; is that
10 correct?
11    A. That's correct.
12    Q. In fact, one of the officers who
13 interviewed you was Detective Stennett, who is in
14 our courtroom right now; correct?
15    A. Correct.
16    Q. And is Detective Stennett seated next
17 to the prosecutor?
18    A. Yes.
19    Q. Okay.  At that time you spoke with him,
20 you were also acting as an informant for another
21 officer, were you not?
22       MR. HEINEMAN:  Excuse me.  Strike that.
23 BY MR. HEINEMAN:
24    Q. Had you in the past operated as an
25 informant for another officer, law enforcement

601

1  officer?
2     A. Yes.
3     Q. When was that?
4     A. I believe that was in 2011.
5     Q. Did you state to the officers that it
6  was -- that August 17th interview that it was June
7  of 2011?
8     A. Yes.
9     Q. Does that sound right?  And what were
10 you doing as a confidential informant?
11    A. They wanted to make some buys.
12    Q. So you would approach people and
13 essentially lie about your intentions?
14    A. No, not people.  Just one person.
15    Q. But lie about your intentions.
16       Why were you doing this?
17    A. Why was I doing it?
18    Q. Yes.  Why were you acting as a
19 confidential informant?
20    A. To clear up my wife that was caught
21 with it.
22    Q. You were trying to save someone jail
23 time?
24    A. Yes.  I was trying to save someone
25 else.

602

1     Q. How much would you sell the meth for
2  that you would obtain from Mr. Beltran or
3  Mr. Sanchez?
4     A. Same price, $1,200.
5     Q. So you did not state to the officers on
6  August 17th that the price for the two ounces of
7  meth or the price for one ounce was $1,400?
8     A. No.
9     Q. You introduced Mr. Sanchez to someone
10 by the name of Beto?
11    A. Pardon?
12    Q. Did you introduce Mr. Sanchez to
13 someone by the name of Beto during 2012 or 2011?
14    A. What was his first name?
15    Q. B-E-T-O, Beto, Beto?
16    A. There was somebody, yes, there was.
17    Q. Did the officer who you were working
18 with as a confidential informant, did he give you
19 a recorder to record the conversations with
20 Sanchez?
21    A. Yes, they did.
22    Q. They gave that to Beto, in other words?
23    A. Pardon?
24    Q. Did they give that to you for
25 interviewing the -- excuse me -- for recording the

1 conversations?
2     A. Well, when he had called, I was
3 supposed to record the conversations.
4     Q. Okay.
5     Did you state to the police that during
6 2008 and 2009, that you were fronted
7 methamphetamine from Sanchez and Beltran once or
8 twice a week?
9     A. Yes.
10     Q. So you knew Fabian Beltran back in
11 2008, 2009?
12     A. Had to be 2009.
13     Q. And where did you meet Fabian Beltran?
14     A. At my house.
15     Q. And, I'm sorry, where is your house
16 again, sir?
17     A. 2805 Kingsgate Court in Nampa.
18     Q. In Nampa?
19     A. Yes.
20     Q. You did not first meet him or deal with
21 him in Middleton?
22     A. No.
23     Q. Never?
24     A. Never.
25     Q. You didn't tell officers that?

1     A. No, I didn't.
2     MR. HEINEMAN: No further questions,
3 Your Honor.
4     THE COURT: Redirect.
5     REDIRECT EXAMINATION
6 BY MS. LAMPRECHT:
7     Q. When you worked briefly as an
8 informant, an undercover informant for the -- for
9 law enforcement, what agency were you working for?
10     A. The Bandits.
11     Q. Is that the Boise Police Department?
12     A. I believe so. They introduced
13 themselves as federal agents.
14     Q. As federal agents?
15     A. Yes, they did.
16     Q. And would they have been working also
17 with a federal agency?
18     Do you know whether they did or not?
19     A. I didn't understand --
20     Q. Do you know whether the Boise Police
21 were working with a federal agency at that time?
22     A. No.
23     Q. And the person that you were asked to
24 buy from, who was that?
25     A. From -- from Che.

1     Q. From Che?
2     A. Yes.
3     Q. And did you actually buy
4 methamphetamine from him back in 2011, of June?
5     A. Well, he is the person I talked to, but
6 he is not the person who gave it to me.
7     Q. What did he have to do with the
8 methamphetamine transaction that you did while you
9 were an informant?
10     What did Che have to do with the
11 methamphetamine transaction you did while you were
12 an informant?
13     A. He was the guy that gave the okay for
14 it.
15     Q. He okayed for somebody else to give it
16 to you?
17     A. Yes.
18     Q. Was that only one time?
19     A. I believe so. No, I take that back.
20 That was twice.
21     Q. Did you get money for that transaction?
22     A. The first time, we did.
23     Q. Did you pay -- I'm sorry. You paid the
24 money -- where did you get the money that you paid
25 for methamphetamine when you were an informant?

1     A. It was given to me from the other
2 agency.
3     Q. And did anything happen with that
4 investigation, to your knowledge?
5     A. No, ma'am. One day they just quit
6 calling, and that was it. Left me out there.
7     Q. But you then continued to deal with Che
8 after you stopped being a confidential informant;
9 is that correct?
10     A. Yes, I did.
11     MS. LAMPRECHT: I have no further questions,
12 Your Honor.
13     THE COURT: Any recross?
14     MS. BERGLUND: None, Your Honor.
15     MR. BORTON: No, Your Honor.
16     MR. HEINEMAN: No, Your Honor.
17     THE COURT: All right. You may step down.
18 Thank you, Mr. Martinez, is it?
19     THE WITNESS: (Indicating.)
20     THE COURT: Call your next witness.
21     MS. LAMPRECHT: The government calls
22 Benjamine Vertner.
23     Your Honor, may we take the evidence
24 off the stand that's currently on there?
25     THE COURT: Yes.

607

1    Mr. Severson.
2    MS. LAMPRECHT:  Thank you.  I had forgotten
3    about it.
4    THE COURT:  Mr. Vertner, would you please
5    step before the clerk, be sworn as a witness, and
6    follow her recommendations from there -- I mean
7    her directions from there.
8    BENJAMINE LAWRENCE VERTNER,
9    having been first duly sworn to tell the whole
10   truth, testified as follows:
11   THE CLERK:  Please state your complete name
12   and spell your name for the record.
13   THE WITNESS:  Benjamine Lawrence Vertner.
14   And spell my last name?
15   THE CLERK:  First and last name, please.
16   THE WITNESS:  B-E-N-J-A-M-I-N-E,
17   V-E-R-T-N-E-R.
18   THE COURT:  You may inquire, Ms. Lamprecht.
19   MS. LAMPRECHT:  Thank you, Your Honor.
20   DIRECT EXAMINATION
21   BY MS. LAMPRECHT:
22   Q.  Mr. Vertner, how old are you?
23   A.  Thirty-four.
24   Q.  Where were you born?
25   A.  Ontario, Oregon.

608

1    Q.  And where did you grow up?
2    A.  Weiser, Idaho; Ontario, Oregon slope
3    area.
4    Q.  Where is the Oregon slope area?
5    A.  Just right across the river from
6    Weiser, Idaho.
7    Q.  Is it in Ontario or outside of Ontario
8    or --
9    A.  It's outside of Ontario about 20 miles.
10   Q.  Okay.  How far did you go in school?
11   A.  Two years in college.
12   Q.  What did you study while you were in
13   college?
14   A.  Electrical engineering.
15   Q.  Why did you leave?
16   A.  Why did I leave college?
17   Q.  Mm-hmm.
18   A.  Using drugs.
19   Q.  What drugs were you using?
20   A.  Meth.
21   Q.  How old were you when you started using
22   methamphetamine?
23   A.  Eighteen, nineteen.
24   Q.  After you left school, did you work?
25   A.  Yes.

609

1    Q.  What jobs have you held?
2    A.  Mainly construction jobs, roofing, and
3    I was a tutor at the college for a while, that I
4    attended.
5    Q.  Which college?
6    A.  Treasure Valley Community College.
7    Q.  And what did you tutor there?
8    A.  Math and psychology.
9    Q.  You said you started using
10   methamphetamine when you were 18 and 19.  Did you
11   use any other illegal drugs?
12   A.  Yes.
13   Q.  Which ones?
14   A.  Cocaine, marijuana, mushrooms.
15   Q.  Would those be psychedelic mushrooms?
16   A.  Yes.
17   Q.  And did there come a time when you sold
18   these drugs?
19   A.  Yes.
20   Q.  All of them, some of them?
21   A.  Some of them.  Marijuana and meth.
22   Q.  Now, have you ever been convicted of a
23   crime involving methamphetamine?
24   A.  Yes.
25   Q.  What was the first time you were

610

1    convicted?
2    A.  I was convicted for a conspiracy to
3    manufacture in the State of Washington in, I think
4    2003.
5    Q.  And what -- what drug was involved?
6    A.  Meth.
7    Q.  And did you have another conviction
8    regarding methamphetamine?
9    A.  Yes.  In 2004 and 2006, possession and
10   delivery of meth.
11   Q.  So have you had actually three
12   convictions for possession and delivery of
13   methamphetamine?
14   A.  And conspiracy, yes.
15   Q.  Okay.  And when were you released from
16   prison after your last conviction?
17   A.  April 24th of 2009.
18   Q.  And briefly, what was it that you were
19   doing that caused you to be convicted of those
20   crimes?
21   A.  I was selling meth.
22   Q.  And have you pled guilty to
23   participating in the conspiracy in this case to
24   possess methamphetamine with the intent to
25   distribute it?

611

1   A.  Yes, I have.
2   Q.  At the time you pled guilty, did you
3   have a plea agreement with the government?
4   A.  Yes, I did.
5   Q.  I would like to show you what's been
6   marked as Government's Exhibit 67, not yet
7   admitted into evidence.
8       Do you recognize that document?
9   A.  Yes.
10  Q.  What is it?
11  A.  It's the cover page of my plea
12  agreement.
13  Q.  Okay.
14  MS. LAMPRECHT:  I would like to move the
15  plea agreement into evidence, if there is no
16  objection.
17  THE COURT:  Any objection?
18  MS. BERGLUND:  No objection.
19  MR. BORTON:  None, Your Honor.
20  MR. HEINEMAN:  No objection, Your Honor.
21  THE COURT:  All right.  Exhibit No. 67 will
22  be admitted and published to the jury.
23      (Exhibit No. 67 admitted.)
24  BY MS. LAMPRECHT:
25  Q.  And I would like to look now at page 18

612

1   of that plea agreement.  I ask you, do you see
2   your signature on that page?
3   A.  Yes, I do.
4   Q.  And would you point to it by touching
5   the screen underneath it.  Maybe draw a line or
6   something.  It should make a mark.
7   A.  (Witness complied).
8   Q.  And that's your signature where the
9   yellow line -- above the yellow line?
10  A.  Yes.
11  Q.  As part of this plea agreement, have
12  you agreed to cooperate with the United States in
13  this case?
14  A.  Yes.
15  Q.  Is your testimony here today part of
16  that cooperation?
17  A.  Yes.
18  Q.  And do you hope to receive a benefit as
19  a result of your cooperation?
20  A.  Yes.
21  Q.  Do you understand what is required on
22  your part in order to benefit from this agreement?
23  A.  Yes.
24  Q.  What is that?
25  A.  To tell the truth to the facts of the

613

1   conspiracy.
2   Q.  And who will ultimately decide what
3   your sentence will be?
4   A.  Judge Winmill.
5   Q.  Directing your attention to early
6   November 2011, were you living with anyone at that
7   time?
8   A.  November of 2011?
9   Q.  Mm-hmm.
10  A.  Yes.  Amy Cavazos.
11  Q.  And how long had you been with Amy
12  Cavazos by November of 2011?
13  A.  Approximately four years.
14  Q.  And were you -- where were you and Amy
15  living?
16  A.  804 East Main.
17  Q.  I would like to show you what's been
18  marked as Government's Exhibit 42.  Do you
19  recognize the person in that photograph?
20  A.  Yes.
21  Q.  Who is that?
22  A.  Amy Cavazos.
23  Q.  And I would like to show you what's
24  been marked as Government's Exhibit 43.  Do you
25  recognize what's in that photograph?

614

1   A.  Yes.
2   Q.  What is it?
3   A.  It's my old address, 804 East Main.
4   Q.  Whose house is that?
5   A.  It was mine and Amy Cavazos'.
6   MS. LAMPRECHT:  I would like to move
7   Government's Exhibit 43 into evidence.
8   MS. BERGLUND:  No objection.
9   MR. HEINEMAN:  No objection.
10  MR. BORTON:  No objection, Your Honor.
11  THE COURT:  Exhibit 43 will be admitted and
12  published to the jury.
13      (Exhibit No. 43 admitted.)
14  BY MS. LAMPRECHT:
15  Q.  Now in the early fall of 2011, were you
16  involved in methamphetamine in any way?
17  A.  Yes.
18  Q.  What were you doing with it?
19  A.  I was using and selling it.
20  Q.  Where were you selling it from?
21  A.  From the residence right there.
22  Q.  Out of the house you lived in with Amy?
23  A.  Yes.
24  Q.  Did Amy tell you how she felt about you
25  selling methamphetamine from this house?

615

1  **A.** Yes.
2  **Q.** What did she tell you?
3  **A.** She didn't approve of it.
4  **Q.** Were you using methamphetamine at the
5  time, did you say?
6  **A.** Yes.
7  **Q.** When you used methamphetamine, how much
8  would you take at a time?
9  **A.** It varied; about a quarter gram to a
10  half gram.
11  **Q.** A quarter gram to a half gram?
12  **A.** Yeah.  It varied.
13  **Q.** How much would that cost if you were
14  going to buy it on the street?
15  **A.** Twenty to -- 20 to $50.
16  **Q.** What would happen to somebody if they
17  took a fourth of an ounce?
18  MR. HEINEMAN:  Objection, foundation.
19  THE COURT:  Sustained.  The witness can
20  testify as to his own experience, but not beyond
21  that.
22  BY MS. LAMPRECHT:
23  **Q.** Do you know what would happen if you
24  took, say, 2 grams at a time?
25  MR. HEINEMAN:  Objection.  Same objection.

616

1  THE COURT:  Sustained.
2  MS. LAMPRECHT:  I'm just asking if he knows,
3  Your Honor.
4  THE COURT:  All right.
5  Do you know?  Yes or no.
6  THE WITNESS:  Yes.
7  BY MS. LAMPRECHT:
8  **Q.** How do you know?
9  **A.** Because I have done it.
10  **Q.** And what happened to you?
11  **A.** I became really sick.
12  **Q.** How long did you stay sick?
13  **A.** Ten hours --
14  **Q.** Did you --
15  **A.** -- approximately.
16  **Q.** -- ever do it again?
17  **A.** No.
18  **Q.** And that was 2 grams?
19  **A.** Approximately.
20  **Q.** What happened to your relationship with
21  Amy Cavazos around November, December 2011?
22  **A.** We had a falling out.
23  **Q.** So what did you do?
24  Where did you go?
25  **A.** I moved out and went and lived with

617

1  Jake Clevenger for a little bit, and then I moved
2  in with another friend in Fruitland, Idaho,
3  Larry Garcia.
4  **Q.** And do you know where Larry Garcia is
5  now?
6  **A.** Yes.
7  **Q.** Where is he?
8  **A.** He is in prison.
9  **Q.** What was he doing when you lived with
10  him?
11  **A.** He was selling drugs, too.
12  **Q.** I would like to show you what's been
13  marked as Government's Exhibit 45.  Do you
14  recognize the person in that photograph?
15  **A.** Yes.
16  **Q.** Who is that?
17  **A.** Jake Clevenger.
18  MS. LAMPRECHT:  I would like to move 45 and
19  show it to the jury.
20  THE COURT:  Any objection?
21  MS. BERGLUND:  None, Your Honor.
22  MR. BORTON:  None, Your Honor.
23  MR. HEINEMAN:  No objection, Your Honor.
24  THE COURT:  Forty-five is admitted and now
25  published to the jury.

618

1  (Exhibit No. 45 admitted.)
2  BY MS. LAMPRECHT:
3  **Q.** Approximately when was it that you were
4  living with Jake Clevenger?
5  **A.** Late November, early December.
6  **Q.** Of 2011?
7  **A.** Of 2011.
8  **Q.** And did Jake Clevenger have anything to
9  do with meth?
10  **A.** Yes.
11  **Q.** What?
12  **A.** He was buying meth from me and selling
13  it, also.
14  **Q.** He bought from you and then he sold the
15  meth he got from you to other people?
16  **A.** Yes.
17  **Q.** Did he also use?
18  **A.** Yes.
19  **Q.** And in November of 2011, were you
20  buying methamphetamine from anyone in Weiser,
21  Idaho, besides Larry Garcia?
22  **A.** Yes.
23  **Q.** Who was that?
24  **A.** At that time, it was Johnny Tambunga.
25  **Q.** How long have you known Johnny

619

1  Tambunga?
2      A.  Most of my life.
3      Q.  How much methamphetamine did you buy
4  from Johnny Tambunga, approximately, in November
5  of 2011?
6      A.  Probably about 4 ounces, altogether.
7      Q.  And how much did you pay him for an
8  ounce?
9      A.  $1,300 an ounce.
10      Q.  I would like to show you what's been
11  marked as Government's Exhibit 4.  Do you
12  recognize the person in that photograph?
13      A.  Yes.
14      Q.  Who is that?
15      A.  Johnny Tambunga.
16      Q.  Around December of 2011, did you learn
17  if Tambunga was getting meth from anyone?
18      A.  Yes.
19      Q.  And how did you learn that?
20      A.  I was introduced to him by Johnny and
21  Fabian Beltran.
22      Q.  How did it -- how did it happen that
23  you were introduced -- who introduced you -- I'm
24  sorry who introduced you to Fabian?
25      A.  Johnny Tambunga.

620

1      Q.  And was anyone else present?
2      A.  Yes.
3      Q.  Who was the person you wanted to buy
4  methamphetamine from?
5      A.  Jose Sanchez.
6      Q.  And did you know him by a nickname?
7      A.  Yes.
8      Q.  What was his nickname?
9      A.  Che.
10      Q.  Did you meet Che?
11      A.  Yes.
12      Q.  Where did you meet him?
13      A.  At the Crescent Bar in Weiser, Idaho.
14      Q.  Who else was there?
15      A.  Me, Johnny Tambunga, Che, and Fabian
16  Beltran.
17      Q.  What happened when you were at the
18  Crescent Bar?
19      A.  We had some drinks and we were -- I was
20  encountered by two officers that night.
21      Q.  Why?
22      A.  For a fight I was in earlier that week
23  with another man.
24      Q.  And at the time that the two officers
25  wanted to talk to you, did you have anything with

621

1  you?
2      A.  Yes.
3      Q.  What?
4      A.  I had a half ounce of meth.
5      Q.  What did you do with that
6  methamphetamine?
7      A.  I gave it to Johnny Tambunga underneath
8  the table, before the officers talked to me.
9      Q.  So after that happened, did you get the
10  meth back from Johnny?
11      A.  Yes.
12      Q.  And about how long did you and Johnny
13  Tambunga and Che and Fabian Beltran stay at the
14  Crescent Bar?
15      A.  Until almost closing.
16      Q.  What did you talk about after the
17  police left?
18      A.  Just how much the meth was and about
19  going back to the trailer and hanging out.
20      Q.  Did anybody else show up and join you
21  before you left the Crescent Bar?
22      A.  Yes.
23      Q.  Who was that?
24      A.  Amber Hites.
25      Q.  I would like to show you what's been

622

1  marked as Government's Exhibit 38.  Do you
2  recognize the person in that photograph?
3      A.  Yes.
4      Q.  Who is it?
5      A.  Amber Hites.
6      Q.  Did she have a nickname?
7      A.  Yes.
8      Q.  What was her nickname?
9      A.  Sunshine.
10      Q.  And did you have any kind of a
11  relationship with Amber Hites at this time?
12      A.  Yes.  I dated her for a few months.
13      Q.  And when did you start dating her?
14      A.  About December, early December.
15      Q.  About the time that you left Amy?
16      A.  Yeah, shortly after.
17      Q.  Now, after Amber came, where did you
18  all go?
19      A.  To Clifford's Trailer Park in Weiser,
20  Idaho where --
21      Q.  Did you go to any particular place in
22  the trailer park?
23      A.  Excuse me?
24      Q.  Did you go to any particular place in
25  the trailer park?

623

1  A. Yes. Trailer No. 10.
2  Q. I would like to show you what's been
3  marked as Government's Exhibit 2. Do you
4  recognize that?
5  A. Yes.
6  Q. What is it?
7  A. That's Trailer No. 10 in Clifford's
8  Trailer Park.
9  Q. And is that where you went after the
10  Crescent Bar that night?
11  A. Yes.
12  Q. Who was living at Trailer No. 10 at
13  that time?
14  A. At that time it was Johnny Tambunga and
15  Che and Fabian Beltran.
16  Q. What happened when you went back to
17  Trailer No. 10?
18  A. We hung out and drank beers and stayed
19  up all night.
20  Q. And did you and Che come to any sort of
21  agreement that night?
22  A. Yes.
23  Q. What was that?
24  A. That I would sell for him.
25  Q. Sell what?

624

1  A. That I would sell meth for him.
2  Q. And then did you have an arrangement
3  about money?
4  A. Yes.
5  Q. What was that?
6  A. $1,300 an ounce.
7  Q. And did you get any methamphetamine
8  from Che that night?
9  A. Yes.
10  Q. How much?
11  A. Approximately 2 ounces.
12  Q. Did you have to pay him that night?
13  A. No.
14  Q. How did that work?
15  How would you -- what was the
16  arrangement you had with him for payment?
17  A. I got it on credit and then I would pay
18  him as soon as I got the money from selling it.
19  Q. And you would get the money from
20  someone how?
21  A. By selling the meth to them.
22  Q. And is that called getting it on a
23  front, in the --
24  A. Yes.
25  Q. Now, about this time, did you learn

625

1  whether Johnny Tambunga was selling meth to anyone
2  besides you, before you met Che?
3  A. Just one other person.
4  Q. And who told you who he was selling to?
5  A. Johnny -- who told me?
6  Q. Uh-huh.
7  A. Johnny Tambunga told me.
8  Q. Okay. And did you ever meet this
9  person?
10  A. Yes. I know the person.
11  Q. All right. And who was the person that
12  Johnny Tambunga told you he was also selling to?
13  A. Dawson Moore.
14  Q. I would like to show you what's been
15  marked as Government's Exhibit 12.
16  MS. LAMPRECHT: Twelve, I'm sorry.
17  BY MS. LAMPRECHT:
18  Q. Do you recognize the person in that
19  photo?
20  A. Yes.
21  Q. Who is it?
22  A. Dawson Moore.
23  Q. And when did you meet Dawson Moore?
24  A. I met -- I have known Dawson for
25  approximately five, six years.

626

1  Q. From living in Weiser?
2  A. Yes.
3  Q. Now, after the first 2 ounces, you got
4  -- of methamphetamine you got from Che in the
5  Crescent Bar, did you continue to get
6  methamphetamine from him?
7  A. Yes.
8  Q. Once you started getting
9  methamphetamine from Che, did you get
10  methamphetamine from anybody else to sell?
11  A. No.
12  Q. He supplied everything you needed?
13  A. Yes.
14  Q. And do you see the person in the
15  courtroom that you knew as Che or Jose Sanchez?
16  A. Yes.
17  Q. Would you point out where he is sitting
18  and what he is wearing?
19  A. He is sitting next to the man in the
20  yellow tie right there, in the striped white
21  shirt.
22  MS. LAMPRECHT: May the record reflect the
23  witness has identified the defendant, Jesus
24  Sanchez, also known as Che.
25  THE COURT: The record will so reflect.

**United States Courts, District of Idaho**

627

1   BY MS. LAMPRECHT:
2       Q.  Now, in December 2012, was anyone
3   helping Che with his methamphetamine business?
4       A.  Yes.
5       Q.  Who?
6       A.  Fabian Beltran.
7       Q.  And do you know what the relationship
8   between Fabian and Che was?
9       A.  I believe they were cousins.
10      Q.  What was it that Fabian was doing for
11  Che?
12      A.  He was selling the meth for him when
13  Che was not around.
14      Q.  I would like to show you what's been
15  marked as Government's Exhibit 5.  Do you
16  recognize the person in that photograph?
17      A.  Yes.
18      Q.  Who is it?
19      A.  Fabian Beltran.
20      Q.  And how was it that you got
21  methamphetamine from Che after you first met him?
22          I guess I should ask you:  Where did
23  you get the methamphetamine from Che after you
24  first met him?
25      A.  Where did I get it from him?

628

1       Q.  Mm-hmm.
2       A.  At Trailer No. 10.
3       Q.  You went and picked it up?
4       A.  Yes.
5       Q.  Almost all the time?
6       A.  Almost all the time.
7       Q.  And on -- how often every week did you
8   go to Trailer No. 10 to pick up meth or drop off
9   money?
10      A.  Almost every day; at least -- at least
11  every other day.
12      Q.  And can you estimate about how much
13  meth you were picking up on a weekly basis during
14  the first three months of 2012 from Trailer
15  No. 10?
16      A.  Four to 6 ounces a week.
17      Q.  And during these first three months of
18  2012, January, February, and March, did you ever
19  take anyone else with you when you picked up
20  methamphetamine at Trailer No. 10?
21      A.  Yes.
22      Q.  Who was that?
23      A.  I would take Amber Hites with me.
24      Q.  And that's the same Amber Hites that
25  you just identified the photo of?

629

1       A.  Yes.
2       Q.  Why did you take Amber with you?
3       A.  So she could -- so she could hide the
4   meth if we got pulled over.
5       Q.  And how was the methamphetamine
6   packaged when you picked it up from Che or Fabian?
7       A.  In ounces.
8       Q.  And how was each ounce packaged?
9       A.  In a sandwich baggie, 1 ounce at a
10  time.
11      Q.  What did the methamphetamine look like?
12      A.  It looked like icicles, or most of the
13  time it looked like icicles.
14      Q.  About how long?
15      A.  About an inch to 2 inches.
16      Q.  After you got methamphetamine from Che,
17  how would you -- where was it that you would give
18  him the money back?
19      A.  How would I give him the money back?
20      Q.  Mm-hmm.
21      A.  I would take it to him, meet him at
22  Trailer No. 10 or have him meet me somewhere, and
23  I would pay him.
24      Q.  So this was a constant thing, your
25  getting methamphetamine, delivering money, getting

630

1   more methamphetamine.
2           Is it fair to say that you were always
3   in debt to Che for something?
4       A.  Yes.
5       Q.  In what amounts did you sell
6   methamphetamine in early 2012?
7       A.  Eight-balls, quarter ounces, half
8   ounces, ounces.
9       Q.  How much could you sell an eight-ball
10  for?
11      A.  Two hundred to three hundred dollars.
12      Q.  And how much is an eight-ball in grams?
13      A.  3.5 grams.
14      Q.  Okay.  And did you ever sell amounts
15  smaller than eight-balls?
16      A.  Yes.
17      Q.  How much would you -- what was the
18  smallest amount you would sell?
19      A.  Quarter gram, half gram.
20      Q.  And how much would you charge for a
21  quarter gram or a half gram?
22      A.  $20 or $50.
23      Q.  Now, did the -- did the amounts that
24  you start selling change?
25      A.  Yes.

631

1     Q. When did that start happening?

2     A. About a month after I started getting

3 into it really heavy, about January, early

4 February.

5     Q. So January, early February, did -- what

6 happened to the amounts that you were selling?

7     A. They increased.

8     Q. And how much -- how much did they

9 increase to?

10     A. Quarter ounces, half ounces at least.

11     Q. And how much would you charge for a

12 quarter ounce or a half ounce?

13     A. Four hundred, 400 for a quarter ounce,

14 700 a half.

15     Q. And how much -- did you ever sell a

16 full ounce?

17     A. Yes.

18     Q. How much would you charge for a full

19 ounce?

20     A. 1,400 to 1,600, depending on the

21 purity.

22     Q. What was the reason that the price was

23 different, 14- to 1,600?

24     What made the difference in price?

25     A. The purity of it, if it was cut or not.

632

1     Q. Did you cut the methamphetamine before

2 you sold it?

3     A. Sometimes.

4     Q. But not always?

5     A. Not always.

6     Q. When you cut it, what was the ratio of

7 cut that you used to methamphetamine?

8     A. A quarter ounce to a half ounce of cut,

9 per ounce of meth.

10     Q. And so what was the -- what did you use

11 for the filler, the cut, that you put in the

12 methamphetamine?

13     A. MSM.

14     Q. And what's the reason for cutting the

15 meth?

16     A. To make it -- make it heavier for

17 resale.

18     Q. So you can actually get more, right?

19     A. Yeah, so you can profit from selling

20 it.

21     Q. Okay. Who were some of your regular

22 customers in early 2012?

23     A. Jake Clevenger, Patric Campbell, Johnny

24 Tambunga, Fidel Torres, John Chapman, Rachel

25 Coblentz.

633

1     Q. Okay, let's -- I'm talking

2 about -- Rachel in early 2012, too?

3     A. Yes.

4     Q. Okay. How about -- did you know a

5 person named Kristopher Craig Hensley?

6     A. Yes.

7     Q. What was his nickname?

8     A. K.C.

9     Q. K.C.?

10     And how long have you known K.C.

11 Hensley?

12     A. Five to six years, approximately.

13     Q. Did you sell methamphetamine to him in

14 early 2012?

15     A. Yes.

16     Q. How much did you sell to K.C.?

17     A. K.C. would always buy ounces to

18 2 ounces at a time.

19     Q. And do you know anyone who K.C. was

20 selling his methamphetamine to?

21     A. Yes.

22     Q. Who?

23     A. Michael Morris.

24     Q. Do you know how much -- did K.C.

25 Hensley ever tell you how much methamphetamine he

634

1 was selling to Michael Morris?

2     A. It was quarter ounce to half ounces.

3     Q. Did you know Michael Morris at this

4 time?

5     A. I have known Michael Morris for a

6 while, yes.

7     Q. And do you see the person that you knew

8 as Michael Morris in the courtroom today?

9     A. Yes.

10     Q. Where is he sitting and what is he

11 wearing?

12     A. He is sitting in between the woman and

13 the guy with the yellow tie, wearing a black

14 shirt.

15     MS. LAMPRECHT: May the record reflect that

16 the witness has identified the defendant Michael

17 Morris?

18     THE COURT: The record will so reflect.

19     Counsel, we're going to take the break

20 for the day in the next three minutes, so just to

21 give you a little heads up.

22     MS. LAMPRECHT: Well, I can go for three

23 more minutes if you like, or I can stop now,

24 whatever --

25     THE COURT: It's up to you. I wanted to

635

1 give you the chance to pick a natural breaking
2 point in your examination of the witness.
3 　　MS. LAMPRECHT: Okay.
4 BY MS. LAMPRECHT:
5 　　Q. Let me show you what's been marked as
6 Government's Exhibit 39 but not admitted.
7 　　Do you recognize the person in that
8 photograph?
9 　　A. Yes.
10 　　Q. Who is it?
11 　　A. K.C. Hensley.
12 　　Q. And I would like to show you
13 Government's Exhibit 44.
14 　　MS. LAMPRECHT: I'm sorry. I need to move
15 that and show the jury first, Your Honor, before I
16 go to 44. Could we go back? I apologize.
17 　　Can we move that -- I would like to
18 move Government's Exhibit 39 into evidence.
19 　　THE COURT: Is there any objection?
20 　　MS. BERGLUND: No objection.
21 　　MR. BORTON: No objection, Your Honor.
22 　　MR. HEINEMAN: No objection.
23 　　THE COURT: All right. Thirty-nine will be
24 admitted and published to the jury.
25 　　(Exhibit No. 39 admitted.)

636

1 BY MS. LAMPRECHT:
2 　　Q. Okay. And that's the person you knew
3 as K.C. Hensley?
4 　　A. Yes.
5 　　Q. And how long were you selling to John
6 Chapman?
7 　　A. Approximately two, three months.
8 　　Q. I would like to show you what's been
9 marked as Exhibit 44. Do you recognize the person
10 in that photograph?
11 　　A. Yes.
12 　　Q. Who is it?
13 　　A. Jonathan Chapman.
14 　　MS. LAMPRECHT: I would like to move
15 Government's Exhibit 44 in and show the jury.
16 　　THE COURT: Any objection?
17 　　MR. BORTON: No, Your Honor.
18 　　MR. HEINEMAN: No objection, Your Honor.
19 　　THE COURT: Forty-four will be admitted and
20 published to the jury.
21 　　(Exhibit No. 44 admitted.)
22 BY MS. LAMPRECHT:
23 　　Q. And how much did he buy from you over
24 the three months or so that you sold to him?
25 　　A. Well, when you started selling to him,

637

1 how much was he buying?
2 　　A. Half ounce to an ounce at a time.
3 　　Q. Did that increase?
4 　　A. Not -- just -- he usually would just
5 pay cash for an ounce at a time.
6 　　Q. And how much were you selling him an
7 ounce for?
8 　　A. 1,400 or 1,500.
9 　　Q. I'm not sure I asked you how much you
10 charged K.C. Hensley. How much did you charge
11 K.C. Hensley for an ounce?
12 　　A. 1,300 to 1,400.
13 　　Q. And you said you were selling to Jake
14 Clevenger, who you have already identified?
15 　　A. Yes.
16 　　Q. How much was Jake Clevenger buying from
17 you in the first part of 2012?
18 　　A. Quarter ounce to half ounce at a time.
19 　　Q. How much were you charging him?
20 　　A. Four hundred to 800.
21 　　Q. Depending on how much?
22 　　A. Yes.
23 　　THE COURT: Counsel, we're at the breaking
24 point. Could we take the recess here?
25 　　MS. LAMPRECHT: Yes, we can.

638

1 　　THE COURT: All right.
2 　　MS. LAMPRECHT: This is fine.
3 　　THE COURT: Ladies and gentlemen, we're
4 going to take the evening -- afternoon, whatever,
5 recess. We'll reconvene tomorrow morning at 8:30.
6 　　I'll again admonish you to follow the
7 court's admonition concerning juror conduct. You
8 have a copy of that, if you have any questions or
9 concerns.
10 　　But do not form or express any opinions
11 about the case until it is finally submitted to
12 you, and be very careful to avoid all contact with
13 the attorneys, witnesses, and parties as you leave
14 the courthouse this afternoon and return tomorrow
15 morning.
16 　　We'll be in recess.
17 　　(Proceedings concluded at 2:30 p.m.)
18
19
20
21
22
23
24
25

1       R E P O R T E R' S   C E R T I F I C A T E

2

3

4

5          I, Tamara I. Hohenleitner, Official

6 Court Reporter, State of Idaho, do hereby certify:

7          That I am the reporter who transcribed

8 the proceedings had in the above-entitled action

9 in machine shorthand and thereafter the same was

10 reduced into typewriting under my direct

11 supervision; and

12          That the foregoing transcript contains a

13 full, true, and accurate record of the proceedings

14 had in the above and foregoing cause.

15          IN WITNESS WHEREOF, I have hereunto set

16 my hand March 4, 2013.

17

18

19

20                     -s-
    Tamara I. Hohenleitner
21     Official Court Reporter
    CSR No. 619
22

23

24

25

## $

**$1,000** [2] - 453:2, 453:12
**$1,200** [4] - 379:5, 384:16, 589:12, 602:4
**$1,300** [3] - 405:11, 619:9, 624:6
**$1,400** [1] - 602:7
**$10** [3] - 377:12, 377:17, 447:6
**$10,000** [6] - 405:21, 505:13, 505:21, 506:19, 506:22, 508:20
**$2,000** [2] - 530:12, 556:23
**$20** [1] - 630:22
**$200** [1] - 512:3
**$3,000** [3] - 387:15, 387:16, 387:19
**$300** [2] - 528:20, 552:25
**$35,000** [1] - 381:15
**$380** [1] - 430:22
**$40,000** [3] - 379:7, 379:11, 380:20
**$480** [3] - 429:17, 429:19, 430:12
**$5,000** [3] - 537:21, 538:24, 570:2
**$50** [3] - 521:2, 615:15, 630:22
**$6,000** [6] - 473:12, 473:15, 473:18, 474:11, 475:7, 478:4
**$8,000** [4] - 557:8, 557:10, 557:20, 557:22
**$900** [2] - 452:21, 452:22

## '

**'04** [1] - 487:15
**'06** [1] - 573:14
**'11** [1] - 389:5
**'12** [1] - 445:12
**'89** [3] - 471:9
**'97** [1] - 471:10

## 1

**1** [7] - 376:3, 376:6, 376:15, 379:2, 393:19, 393:22, 629:9
**1,200** [1] - 379:4
**1,200-an-ounce** [1] -

405:8
**1,300** [2] - 384:19, 637:12
**1,400** [5] - 462:20, 462:25, 631:20, 637:8, 637:12
**1,500** [1] - 637:8
**1,600** [2] - 631:20, 631:23
**10** [29] - 351:8, 388:25, 400:25, 421:25, 428:16, 429:19, 430:10, 430:18, 446:15, 446:18, 446:21, 447:9, 455:23, 532:1, 532:2, 532:11, 552:14, 553:13, 562:14, 599:8, 623:1, 623:7, 623:12, 623:17, 628:2, 628:8, 628:15, 628:20, 629:22
**10,000** [2] - 405:15, 405:17
**10:00** [1] - 529:6
**11** [5] - 417:19, 425:17, 485:25, 536:3, 561:25
**11:00** [1] - 509:22
**11:30** [1] - 498:13
**11th** [1] - 542:22
**12** [10] - 372:2, 423:4, 423:19, 487:7, 488:17, 488:18, 532:1, 534:12, 590:8, 625:15
**12-155-S-BLW** [1] - 327:8
**12:00** [1] - 344:18
**13** [2] - 423:21, 534:17
**13th** [1] - 463:18
**14** [3] - 511:8, 561:25, 631:23
**15** [10] - 327:2, 388:25, 400:25, 440:17, 459:20, 487:19, 532:11, 541:17, 562:14, 572:13
**15-minute** [1] - 440:13
**16** [4] - 379:7, 407:6, 407:22, 582:25
**16th** [10] - 351:2, 365:19, 371:9, 377:22, 382:15, 386:13, 393:21, 399:14, 408:15, 576:1
**17** [1] - 600:9

**17th** [3] - 393:21, 601:6, 602:6
**18** [2] - 609:10, 611:25
**19** [2] - 361:14, 609:10
**1992** [1] - 581:5
**1993** [1] - 410:1
**1:00** [1] - 514:2
**1st** [2] - 385:16, 385:17

## 2

**2** [35] - 331:9, 344:15, 345:6, 345:19, 346:9, 346:10, 351:11, 367:8, 367:14, 367:17, 368:19, 376:4, 376:15, 378:12, 378:16, 378:22, 379:6, 386:9, 393:9, 393:19, 393:25, 394:4, 394:11, 408:2, 427:19, 449:20, 498:19, 528:20, 615:24, 616:18, 623:3, 624:11, 626:3, 629:15, 633:18
**2,000** [2] - 347:16, 557:4
**2,400** [8] - 421:6, 421:11, 424:21, 425:1, 426:2, 426:6, 462:21, 462:22
**20** [11] - 424:10, 431:18, 431:19, 446:15, 446:18, 446:21, 486:1, 526:16, 580:9, 608:9, 615:15
**2002** [2] - 492:15, 492:22
**2003** [1] - 610:4
**2004** [4] - 487:15, 581:5, 581:8, 610:9
**2005** [1] - 492:24
**2006** [6] - 492:24, 573:15, 574:18, 575:23, 576:3, 610:9
**2007** [5] - 414:14, 415:7, 469:9, 472:7, 472:9
**2008** [9] - 415:7, 487:15, 563:8, 576:2, 576:12, 576:16, 576:18, 603:6, 603:11
**2009** [13] - 415:15, 415:16, 415:22,

416:15, 416:24, 586:13, 589:20, 603:6, 603:11, 603:12, 610:17
**2010** [4] - 389:4, 480:21, 589:19, 589:21
**2011** [41] - 384:11, 407:5, 417:9, 418:14, 418:15, 418:17, 419:10, 420:21, 420:24, 427:4, 427:7, 427:9, 445:9, 445:18, 446:6, 458:20, 465:17, 466:14, 480:21, 584:23, 584:24, 590:1, 591:21, 593:11, 597:21, 597:24, 597:25, 601:4, 601:7, 602:13, 605:4, 613:6, 613:8, 613:12, 614:15, 616:21, 618:6, 618:7, 618:19, 619:5, 619:16
**2012** [44] - 358:25, 368:12, 368:15, 396:25, 407:22, 425:19, 445:10, 447:9, 455:22, 458:20, 466:15, 471:20, 471:21, 472:1, 478:18, 491:8, 494:5, 494:9, 495:16, 512:1, 518:23, 556:14, 584:23, 585:1, 585:2, 592:22, 593:11, 596:1, 596:2, 597:2, 597:22, 597:23, 598:3, 598:4, 600:9, 602:13, 627:2, 628:14, 628:18, 630:6, 632:22, 633:2, 633:14, 637:17
**2013** [1] - 327:2
**22** [1] - 537:7
**22nd** [7] - 461:11, 463:16, 466:6, 466:11, 470:8, 472:17, 472:24
**23rd** [11] - 377:22, 377:24, 378:6, 382:16, 397:5, 397:9, 397:17, 397:21, 398:24,

399:3, 399:18
**24,000** [2] - 351:15, 354:23
**24th** [2] - 378:6, 610:17
**25** [1] - 461:14, 482:3, 594:15
**25th** [1] - 535:5
**26** [1] - 334:22
**26th** [1] - 382:10
**27** [5] - 348:4, 348:16, 348:22, 348:24, 541:22
**28** [5] - 349:18, 350:8, 350:14, 350:16, 550:14
**2805** [3] - 584:24, 585:4, 603:17
**29** [9] - 409:4, 410:18, 410:22, 410:25, 411:6, 411:8, 520:15, 520:17, 567:10
**2:00** [1] - 525:9
**2:30** [1] - 638:17

## 3

**3** [4] - 429:5, 429:25, 430:6, 430:8
**3,600** [1] - 346:8
**3.5** [2] - 528:17, 630:13
**30** [8] - 330:19, 336:7, 338:21, 485:11, 502:15, 508:23, 521:15, 545:5
**30th** [1] - 385:11
**31st** [2] - 385:11, 569:23
**35** [4] - 379:7, 379:11, 380:20, 451:5
**35A** [6] - 447:20, 448:18, 448:24, 449:1, 450:9, 452:11
**35B** [5] - 450:4, 450:13, 450:18, 450:20, 451:18
**35C** [4] - 451:3, 452:1, 452:6, 452:8
**36** [1] - 334:22
**37** [2] - 431:8, 502:18
**38** [1] - 434:10, 434:19, 507:23, 622:1
**380** [1] - 537:7
**39** [3] - 635:6, 635:18, 635:25

## 4

**4** [5] - 368:7, 547:19, 591:2, 619:6, 619:11
**40** [1] - 330:19
**400** [1] - 631:13
**41** [3] - 546:3, 546:7, 546:13
**42** [6] - 342:21, 343:8, 343:14, 343:16, 544:18, 613:18
**43** [5] - 511:10, 613:24, 614:7, 614:11, 614:13
**44** [5] - 635:13, 635:16, 636:9, 636:15, 636:21
**45** [4] - 521:15, 617:13, 617:18, 618:1
**4:00** [1] - 509:12

## 5

**5** [13] - 433:6, 433:23, 434:4, 434:5, 473:12, 473:14, 473:18, 474:11, 475:7, 478:4, 490:6, 592:9, 627:15
**50** [2] - 461:15, 482:3
**51** [6] - 336:14, 337:1, 338:2, 338:6, 340:7, 340:9
**54** [6] - 357:9, 357:10, 357:21, 358:2, 358:4, 500:25
**55** [2] - 501:7, 501:10
**56** [4] - 352:8, 352:22, 353:3, 353:5
**57** [5] - 353:8, 354:1, 355:16, 355:20, 355:22
**5th** [8] - 334:6, 338:14, 338:20, 339:13, 341:13, 375:4, 378:2, 384:5

## 6

**6** [2] - 481:7, 628:16
**60** [6] - 355:25, 356:4, 356:18, 356:24, 357:1, 501:23
**61** [2] - 501:6, 501:23
**615** [1] - 327:20
**62** [3] - 552:21, 555:11, 555:23
**63** [4] - 458:16, 459:2, 459:11, 459:17

## 64

**64** [5] - 361:7, 361:18, 361:24, 361:25, 377:4
**65** [3] - 488:1, 488:7, 488:14
**66** [4] - 581:21, 581:25, 582:20, 582:22
**67** [3] - 611:6, 611:21, 611:23
**6th** [1] - 566:14

## 7

**7** [1] - 487:19
**700** [1] - 631:14
**7:00** [1] - 543:5

## 8

**8,000** [1] - 557:22
**80** [1] - 595:16
**800** [1] - 637:20
**804** [2] - 613:16, 614:3
**8:00** [2] - 509:1, 509:2
**8:30** [1] - 638:5
**8th** [1] - 384:5

## 9

**9** [1] - 389:4
**911** [2] - 585:6, 585:11
**9:00** [1] - 509:2

## A

**ability** [2] - 390:19, 391:4
**able** [14] - 357:22, 400:1, 457:3, 458:6, 460:1, 505:21, 526:8, 537:14, 538:13, 538:19, 538:25, 542:25, 564:8, 564:20
**absent** [1] - 440:19
**access** [2] - 447:8, 453:10
**accompanied** [3] - 375:18, 375:21, 569:15
**accompany** [1] - 569:10
**account** [9] - 389:9, 389:11, 453:22, 453:24, 454:3, 454:19, 454:23, 455:2, 455:13
**accurate** [2] - 338:2, 353:22
**acquaintance** [1] - 492:23
**acting** [2] - 600:20, 601:18
**action** [1] - 524:10
**activities** [1] - 373:6
**actual** [2] - 447:21, 550:12
**ad** [1] - 511:2
**addition** [1] - 464:9
**additional** [3] - 400:3, 404:24, 405:2
**address** [8] - 379:22, 379:25, 399:9, 399:10, 444:23, 463:9, 463:10, 614:3
**adequately** [1] - 340:4
**admit** [2] - 488:7, 546:6
**admitted** [76] - 339:22, 340:7, 340:9, 343:14, 343:16, 348:22, 348:24, 350:14, 350:16, 353:3, 353:5, 355:21, 355:22, 356:24, 357:1, 358:2, 358:4, 361:24, 361:25, 385:25, 408:4, 408:22, 411:6, 411:8, 422:3, 423:23, 429:6, 430:6, 430:8, 431:8, 433:8, 434:4, 434:5, 434:25, 435:2, 448:24, 449:1, 450:18, 450:20, 451:24, 452:6, 452:8, 459:12, 459:17, 481:8, 488:12, 488:14, 490:7, 498:19, 500:24, 502:19, 507:24, 511:9, 541:22, 544:18, 546:3, 546:12, 546:13, 550:15, 552:21, 555:22, 555:23, 582:21, 582:22, 611:7, 611:22, 611:23, 614:11, 614:13, 617:24, 618:1, 635:6, 635:24, 635:25, 636:19, 636:21
**admitting** [1] - 396:23
**admonish** [3] - 440:13, 524:11,

638:6
**admonition** [1] - 638:7
**adrenal** [1] - 542:18
**adult** [1] - 487:9
**advise** [2] - 441:12, 442:24
**advocate** [1] - 441:2
**afoot** [1] - 443:23
**afternoon** [6] - 342:2, 525:10, 543:6, 556:6, 638:4, 638:14
**afterwards** [1] - 492:10
**age** [1] - 487:7
**agency** [4] - 604:9, 604:17, 604:21, 606:2
**agent** [1] - 542:13
**agents** [2] - 604:13, 604:14
**ago** [10] - 358:16, 359:5, 359:6, 359:7, 359:23, 359:25, 382:8, 443:9, 573:13, 575:8
**agree** [3] - 460:9, 491:5, 558:25
**agreed** [10] - 362:15, 404:25, 464:4, 464:5, 464:10, 470:22, 496:22, 517:22, 584:3, 612:12
**agreement** [37] - 361:4, 361:12, 362:14, 363:7, 363:11, 364:15, 377:4, 377:7, 386:17, 439:6, 439:9, 458:23, 460:6, 460:8, 463:21, 487:23, 488:5, 488:17, 491:4, 507:7, 581:18, 582:7, 582:8, 582:10, 582:25, 583:23, 583:24, 584:3, 598:25, 599:4, 611:3, 611:12, 611:15, 612:1, 612:11, 612:22, 623:21
**agrees** [1] - 394:24
**ahead** [7] - 339:9, 366:8, 474:8, 476:23, 538:16, 579:14, 579:23
**aid** [1] - 337:6
**air** [1] - 568:11

**airplane** [1] - 376:8
**Aisporo** [2] - 375:9, 375:13
**AISPORO** [1] - 375:12
**alarm** [1] - 552:8
**alive** [1] - 372:6
**Allen** [1] - 327:10
**allow** [8] - 339:21, 382:3, 441:12, 441:14, 442:15, 475:1, 476:22, 477:17
**allowed** [2] - 441:5, 476:3
**allows** [1] - 442:14
**almost** [4] - 621:15, 628:5, 628:6, 628:10
**altogether** [2] - 372:3, 619:6
**Amber** [7] - 434:7, 434:14, 435:5, 436:10, 438:15, 545:15, 621:24, 622:5, 622:11, 622:17, 628:23, 628:24, 629:2
**America** [1] - 327:8
**amount** [13] - 353:19, 355:1, 368:6, 446:23, 447:3, 468:21, 500:1, 528:24, 537:21, 557:13, 561:23, 589:4, 630:18
**amounts** [9] - 446:8, 446:9, 446:15, 468:20, 500:5, 630:5, 630:14, 630:23, 631:6
**Amy** [17] - 343:18, 544:16, 544:24, 545:15, 546:15, 546:18, 546:23, 548:16, 613:10, 613:11, 613:14, 613:22, 614:5, 614:22, 614:24, 616:21, 622:15
**Angeles** [2] - 485:22, 485:23
**annotation** [1] - 583:13
**announce** [2] - 577:17, 578:6
**answer** [14] - 334:25, 367:19, 386:14, 390:18, 391:3, 442:9, 538:10, 547:4, 547:12, 547:15, 576:7,

597:8, 597:13, 599:25

**answered** [6] - 381:25, 382:2, 392:16, 474:23, 525:5, 538:13

**answers** [1] - 509:23

**anxiety** [1] - 516:21

**anyplace** [1] - 329:15

**anyway** [1] - 524:10

**anyways** [1] - 549:7

**apartment** [3] - 415:12, 540:10, 571:13

**apiece** [2] - 589:12, 589:13

**apologize** [5] - 334:25, 354:10, 367:24, 443:6, 635:16

**appear** [2] - 354:25, 449:17

**appearance** [1] - 559:23

**Applebee's** [11] - 345:23, 346:12, 351:4, 549:3, 549:5, 549:9, 552:2, 552:3, 552:5, 558:19, 559:25

**Appleton** [1] - 471:6

**apply** [1] - 476:8

**approach** [5] - 382:3, 441:19, 476:4, 558:8, 601:12

**appropriate** [1] - 366:7

**approve** [1] - 615:3

**approximate** [1] - 557:8

**April** [35] - 374:19, 385:7, 385:8, 394:5, 394:7, 401:22, 401:23, 402:14, 402:16, 402:19, 402:22, 403:5, 403:6, 403:7, 403:9, 403:12, 403:14, 403:19, 403:22, 403:25, 404:7, 512:1, 512:23, 513:3, 514:16, 514:25, 515:1, 515:7, 515:8, 515:9, 515:13, 590:1, 597:21, 597:23, 610:17

**area** [4] - 358:21, 583:11, 608:3, 608:4

**areas** [1] - 377:10

**Arizona** [19] - 329:4, 329:7, 329:13, 333:1, 351:22, 351:25, 352:2, 374:14, 384:23, 385:4, 385:6, 385:19, 394:6, 403:10, 403:17, 457:18, 486:2, 490:17, 492:12

**arraigned** [1] - 479:15

**arrangement** [2] - 624:2, 624:16

**arrest** [4] - 377:21, 385:22, 556:10, 563:8

**arrested** [22] - 350:22, 351:1, 351:4, 351:6, 351:7, 352:19, 358:6, 358:18, 365:19, 383:12, 386:8, 387:3, 387:22, 388:17, 428:22, 486:24, 547:17, 548:12, 552:11, 553:2, 554:9, 576:12

**arrive** [1] - 385:12

**arrived** [2] - 495:1, 518:14

**arriving** [1] - 510:2

**asleep** [1] - 509:18

**assign** [1] - 383:20

**assigned** [2] - 384:6, 407:12, 407:14

**assist** [3] - 407:17, 407:22, 464:11

**assistance** [9] - 394:25, 400:1, 400:8, 464:11, 465:1, 465:2, 599:6, 599:19, 600:4

**assisting** [1] - 464:23

**assume** [2] - 406:2, 476:20

**assumes** [1] - 474:17

**assuming** [1] - 409:16

**ate** [6] - 343:22, 347:19, 566:10, 566:15, 566:17, 566:21

**attend** [3] - 486:5, 569:19, 569:20

**attended** [2] - 569:2, 609:4

**attention** [5] - 407:22, 418:14, 494:8, 495:15, 613:5

**attorney** [1] - 395:2

**attorneys** [4] - 388:8,

445:2, 573:9, 638:13

**audible** [1] - 360:9

**August** [8] - 463:17, 563:16, 563:25, 565:22, 566:14, 600:9, 601:6, 602:6

**aunt** [1] - 513:21

**available** [1] - 577:22

**average** [1] - 379:2

**avoid** [2] - 476:4, 638:12

**aware** [2] - 372:20, 398:2

**awhile** [1] - 537:15

---

# B

**baby's** [1] - 343:2

**backpack** [1] - 499:1

**backpacks** [2] - 508:17, 525:16

**backyard** [1] - 534:1

**bad** [5] - 359:13, 359:15, 359:18, 360:8, 561:4

**bag** [29] - 353:23, 354:13, 354:17, 354:22, 355:2, 356:15, 357:13, 357:14, 499:3, 499:5, 499:17, 499:18, 500:8, 500:9, 500:11, 500:14, 501:1, 501:2, 501:13, 501:18, 527:11, 527:22, 553:5, 553:7, 559:20, 567:19, 567:22, 567:24, 568:1

**baggie** [1] - 629:9

**baggies** [7] - 499:19, 499:24, 500:12, 502:2, 503:14, 527:13, 541:8

**baggies'** [2] - 551:9, 562:7

**bags** [28] - 421:4, 421:9, 424:18, 424:24, 425:25, 426:4, 439:25, 440:2, 462:18, 499:21, 499:23, 499:25, 500:2, 500:5, 500:6, 502:3, 525:16, 526:23, 527:2, 527:4, 527:6, 527:13, 527:14, 541:15, 557:5, 568:6, 572:11

**ball** [6] - 528:8, 528:14, 528:19, 574:6, 630:9, 630:12

**balls** [5] - 503:12, 550:6, 551:8, 630:7, 630:15

**Bandits** [1] - 604:10

**bank** [4] - 454:19, 454:24, 455:2, 455:13

**banking** [1] - 454:23

**Bar** [2] - 427:17, 432:25, 436:7, 620:13, 620:18, 621:14, 621:21, 623:10, 626:5

**bar** [8] - 336:12, 432:18, 432:22, 432:24, 434:15, 436:10, 437:12, 438:6

**barbecue** [6] - 414:23, 414:24, 469:11, 544:12, 544:15, 546:16

**based** [5] - 340:1, 340:4, 365:25, 464:6, 464:10

**bases** [1] - 517:16

**basis** [3] - 454:16, 596:17, 628:13

**bathroom** [13] - 352:17, 357:18, 447:15, 499:17, 500:16, 500:17, 501:20, 501:21, 503:11, 503:12, 531:4, 549:2

**battery** [1] - 524:5

**beat** [1] - 477:14

**became** [2] - 580:15, 616:11

**beer** [2] - 438:19, 536:24

**beers** [3] - 513:23, 545:13, 623:18

**beginning** [7] - 384:3, 384:4, 385:2, 389:15, 513:3, 596:16, 596:19

**behind** [3] - 427:17, 521:20, 534:19

**belabor** [1] - 392:21

**belief** [1] - 600:3

**belong** [2] - 553:25, 554:3

**belonged** [6] - 339:25, 383:21, 495:25, 513:16, 549:23, 554:4

**Beltran** [57] - 327:14, 328:4, 328:14, 338:13, 364:14, 371:6, 373:16, 373:21, 377:3, 381:13, 383:11, 394:22, 396:12, 402:13, 406:5, 464:18, 470:9, 470:23, 473:12, 475:8, 478:5, 489:11, 490:4, 490:12, 491:7, 492:3, 492:13, 492:21, 493:4, 493:14, 494:5, 494:11, 494:17, 495:17, 497:19, 510:20, 556:18, 556:22, 556:23, 558:23, 562:3, 592:13, 592:18, 593:13, 593:22, 597:1, 597:6, 602:2, 603:7, 603:10, 603:13, 619:21, 620:16, 621:13, 623:15, 627:6, 627:19

**BELTRAN** [1] - 328:9

**Beltran's** [1] - 492:16

**Beltrans** [5] - 493:1, 493:16, 494:2, 513:4, 517:25

**Beltrans'** [2] - 493:16, 494:14

**Ben** [144] - 333:9, 333:20, 334:1, 334:16, 335:13, 336:10, 338:18, 338:19, 338:22, 339:13, 340:12, 340:13, 341:9, 341:22, 342:1, 342:9, 343:6, 343:18, 343:22, 344:3, 344:15, 344:20, 345:9, 345:16, 346:2, 346:15, 347:2, 347:7, 347:12, 347:18, 358:11, 358:14, 359:23, 426:21, 426:23, 427:2, 427:4, 431:4, 431:13, 431:14, 431:21, 431:23, 432:7, 432:17, 432:19, 433:3, 434:17, 436:10,

436:16, 436:21, 436:22, 437:1, 437:5, 437:15, 437:16, 438:14, 439:5, 439:14, 439:21, 439:23, 454:20, 455:11, 455:17, 473:17, 498:10, 502:16, 502:21, 503:4, 503:6, 503:8, 503:14, 503:15, 504:20, 504:22, 505:17, 505:20, 505:24, 506:1, 506:6, 506:20, 506:23, 506:25, 507:6, 507:9, 507:13, 507:15, 508:7, 516:12, 516:19, 517:5, 523:12, 523:13, 524:1, 527:25, 528:7, 529:6, 529:8, 529:9, 529:10, 536:11, 539:19, 540:9, 540:12, 540:16, 544:1, 544:16, 545:2, 545:6, 545:7, 545:8, 545:14, 545:19, 545:22, 546:15, 546:16, 546:18, 546:22, 547:3, 547:4, 547:11, 547:14, 547:16, 548:11, 548:17, 548:18, 549:8, 549:11, 549:16, 551:5, 551:12, 551:21, 555:1, 556:16, 556:21, 556:22, 557:7, 557:24, 570:22

**Ben's** [5] - 343:1, 431:5, 551:16, 571:12

**bend** [1] - 579:12

**benefit** [12] - 362:21, 362:24, 363:6, 363:10, 460:14, 491:13, 491:21, 584:9, 584:13, 584:17, 612:18, 612:22

**Benjamine** [3] - 558:16, 606:22, 607:13

**BENJAMINE** [2] - 607:8, 607:16

**Berglund** [9] - 376:20, 383:7, 400:13, 411:16, 441:24, 479:4, 483:19, 561:17, 565:17

**BERGLUND** [47] - 337:3, 343:11, 348:19, 350:11, 352:25, 354:4, 356:21, 357:24, 361:21, 383:8, 383:10, 388:4, 400:15, 402:8, 411:3, 411:12, 411:18, 430:3, 433:25, 441:23, 448:21, 450:15, 452:3, 459:8, 461:9, 465:11, 483:20, 483:23, 484:6, 488:9, 546:9, 555:18, 561:19, 565:19, 565:20, 566:23, 570:14, 575:1, 582:17, 598:8, 598:11, 598:18, 606:14, 611:18, 614:8, 617:21, 635:20

**Bernardino** [1] - 379:24

**beside** [1] - 552:24

**best** [5] - 390:19, 391:4, 391:12, 399:7, 400:9

**Beto** [5] - 602:10, 602:13, 602:15, 602:22

**BETO** [1] - 602:15

**better** [5] - 391:7, 391:16, 405:6, 444:6, 544:3

**between** [14] - 329:13, 329:14, 420:13, 458:20, 463:11, 471:9, 471:13, 473:12, 473:14, 592:2, 593:10, 594:25, 627:8, 634:12

**beyond** [1] - 615:20

**big** [10] - 366:14, 500:8, 515:22, 526:25, 567:18, 567:21, 567:24, 567:25, 568:2, 568:17

**bigger** [1] - 485:20

**biggest** [1] - 537:3

**bikes** [1] - 512:18

**bill** [1] - 387:9

**birth** [3] - 537:21, 538:23, 539:2

**birthday** [2] - 371:9, 530:13

**Bisa** [1] - 467:14

**bit** [14] - 330:9, 336:6, 341:7, 344:18, 392:24, 516:21, 524:8, 545:23, 555:1, 559:21, 565:18, 570:18, 579:17, 617:1

**black** [19] - 335:20, 356:15, 357:13, 357:14, 436:4, 489:20, 499:17, 499:18, 500:11, 500:13, 501:1, 501:2, 501:18, 507:8, 527:11, 527:22, 551:14, 551:17, 634:13

**Black** [1] - 436:3

**BlackBerry** [8] - 389:3, 389:13, 389:24, 389:25, 390:4, 390:7, 390:8, 400:17

**blades** [3] - 526:9, 526:12, 526:13

**blondish** [1] - 521:5

**blunt** [2] - 503:19, 551:13

**board** [5] - 501:15, 501:16, 540:13, 540:15

**Boise** [8] - 420:13, 463:11, 504:15, 517:19, 520:5, 596:8, 604:11, 604:20

**border** [1] - 563:11

**born** [4] - 412:18, 485:12, 579:1, 607:24

**BORTON** [79] - 334:24, 337:4, 338:8, 338:12, 339:10, 339:11, 339:16, 343:12, 348:20, 350:12, 353:1, 354:5, 356:22, 357:25, 361:22, 373:13, 376:21, 376:23, 376:25, 377:2, 382:6, 382:7, 383:5, 396:9, 396:11, 398:16, 400:11,

411:4, 411:13, 430:4, 434:3, 442:1, 448:22, 450:16, 452:4, 459:9, 473:5, 473:7, 473:9, 474:1, 474:5, 474:9, 474:15, 474:20, 475:5, 475:24, 476:3, 476:5, 476:15, 476:17, 476:19, 477:10, 477:14, 477:20, 477:24, 477:25, 478:23, 484:8, 488:10, 546:10, 555:19, 556:2, 556:5, 558:10, 558:13, 558:14, 561:15, 570:15, 575:2, 575:5, 575:15, 582:18, 598:19, 606:15, 611:19, 614:10, 617:22, 635:21, 636:17

**Borton** [13] - 337:16, 339:9, 376:19, 376:24, 396:8, 411:14, 434:2, 441:25, 473:4, 477:23, 479:12, 484:7, 556:3

**bottles** [1] - 536:24

**bottom** [1] - 410:4

**bought** [10] - 389:11, 512:23, 518:20, 537:7, 565:14, 565:22, 567:16, 568:3, 568:14, 618:14

**bound** [1] - 441:10

**box** [3] - 499:25, 523:3, 525:19

**boxes** [1] - 540:14

**boyfriend** [1] - 482:22

**brand** [3] - 568:8, 568:10, 568:18

**break** [9] - 328:2, 440:8, 524:9, 570:8, 570:10, 577:16, 577:24, 634:19

**breakfast** [1] - 544:13

**breaking** [8] - 331:17, 331:19, 331:20, 331:22, 440:9, 577:16, 635:1, 637:23

**brief** [2] - 392:19, 575:2

**briefly** [9] - 376:21,

396:9, 402:10, 473:5, 483:20, 483:21, 598:8, 604:7, 610:18

**bring** [25] - 328:2, 342:12, 342:14, 349:2, 349:11, 374:2, 375:25, 392:12, 393:8, 393:16, 393:24, 393:25, 394:6, 394:10, 403:21, 428:5, 428:7, 428:11, 442:21, 518:12, 545:14, 574:3, 576:11, 591:10, 592:24

**bringing** [4] - 371:14, 373:1, 518:9, 528:1

**brings** [1] - 342:15

**broke** [3] - 525:1, 528:2

**brother** [14] - 374:24, 374:25, 380:17, 389:8, 391:17, 392:1, 392:3, 393:21, 396:15, 397:11, 397:13, 398:9, 398:21, 492:7

**brother's** [1] - 389:9

**brothers** [5] - 371:24, 372:18, 492:4, 492:5, 492:9

**brought** [36] - 350:1, 367:1, 367:5, 367:8, 367:13, 367:16, 368:2, 368:3, 368:6, 368:7, 368:10, 368:11, 368:14, 368:15, 369:14, 369:19, 369:22, 370:10, 370:22, 374:1, 376:6, 376:13, 378:12, 378:16, 378:22, 378:23, 379:12, 421:13, 479:14, 479:17, 525:23, 547:9, 574:5, 574:7, 591:8, 592:15

**brown** [5] - 499:7, 539:15, 553:5, 553:7, 568:5

**brung** [4] - 369:2, 378:18, 378:19, 393:22

**BSU** [1] - 520:5

**bucks** [2] - 468:22, 595:16

**Building** [1] - 492:6

building [1] - 586:18
bulk [1] - 355:1
bunch [4] - 520:6, 552:6, 552:10, 568:17
bus [1] - 510:4
business [4] - 346:23, 496:9, 553:17, 627:3
busted [1] - 428:21
buy [21] - 405:13, 438:19, 446:18, 446:20, 447:6, 510:19, 512:18, 522:7, 522:15, 526:9, 537:14, 588:10, 589:24, 596:6, 604:24, 605:3, 615:14, 619:3, 620:3, 633:17, 636:23
buying [10] - 588:13, 588:15, 589:18, 589:22, 590:3, 591:25, 618:12, 618:20, 637:1, 637:16
buys [1] - 601:11
BY [129] - 328:13, 330:20, 335:5, 336:4, 337:18, 338:12, 339:11, 340:11, 343:17, 348:25, 350:17, 353:6, 353:12, 354:20, 355:23, 357:4, 358:5, 358:15, 362:6, 362:13, 364:13, 365:3, 366:9, 367:25, 369:12, 369:18, 370:8, 371:4, 373:19, 377:2, 382:7, 383:10, 388:7, 393:5, 394:21, 395:23, 396:11, 398:16, 400:15, 402:12, 404:6, 406:20, 408:9, 408:23, 409:24, 412:15, 418:13, 420:7, 422:5, 422:15, 423:24, 429:8, 430:9, 433:14, 434:6, 435:3, 436:6, 445:7, 449:2, 450:21, 451:10, 452:9, 454:17, 455:9, 459:18, 460:4,

461:9, 465:15, 473:9, 474:9, 475:5, 477:25, 479:10, 481:10, 483:23, 485:9, 488:15, 489:1, 490:1, 490:9, 493:22, 500:3, 501:9, 508:2, 511:13, 519:6, 519:12, 522:17, 524:25, 526:22, 530:9, 533:6, 538:18, 544:21, 546:14, 550:20, 556:5, 558:14, 561:19, 565:20, 567:1, 570:17, 575:5, 575:21, 576:15, 578:25, 579:8, 579:25, 582:3, 582:23, 583:16, 586:10, 587:11, 597:19, 598:11, 598:23, 600:23, 604:6, 607:21, 611:24, 614:14, 615:22, 616:7, 618:2, 625:17, 627:1, 635:4, 636:1, 636:22

**C**

California [19] - 329:18, 329:20, 329:21, 378:11, 378:12, 378:17, 379:12, 379:23, 394:4, 485:13, 485:15, 486:1, 518:2, 520:16, 539:8, 567:4, 567:8, 567:16, 574:12
Campbell [1] - 632:23
cannot [3] - 476:8, 481:18, 521:8
car [34] - 328:22, 347:21, 352:4, 495:21, 495:23, 495:24, 506:25, 507:1, 508:16, 508:17, 508:19, 510:14, 518:3, 518:16, 520:8, 521:6, 521:9, 521:20, 522:21, 522:25, 523:6, 525:3, 539:11, 539:14, 541:13, 562:13, 564:6, 564:15, 564:22,

574:10, 574:11, 574:16, 576:13
care [11] - 381:1, 496:9, 496:10, 502:6, 505:20, 516:24, 521:1, 522:5, 522:6, 522:13, 522:14
career [1] - 599:11
careful [1] - 638:12
carried [1] - 553:6
carry [4] - 572:3, 572:6, 573:6, 573:11
cars [9] - 329:11, 506:24, 507:5, 507:7, 507:18, 513:9, 513:10, 518:9, 518:11
Case [1] - 327:8
case [31] - 358:8, 359:10, 359:21, 360:1, 360:21, 386:18, 387:24, 397:2, 440:14, 440:16, 441:4, 444:16, 457:14, 458:10, 458:12, 458:18, 464:3, 464:7, 464:12, 464:21, 487:20, 491:18, 524:12, 524:13, 554:12, 555:3, 581:18, 583:20, 610:23, 612:13, 638:11
cases [3] - 440:24, 581:11, 581:13
cash [1] - 637:5
casino [12] - 329:25, 330:8, 330:11, 330:14, 520:15, 520:25, 521:2, 521:11, 521:13, 521:16, 521:24, 567:10
Casino [2] - 520:15, 520:18
caught [1] - 601:20
caused [3] - 511:21, 516:13, 610:19
Cavazos [4] - 613:10, 613:12, 613:22, 616:21
Cavazos' [1] - 614:5
cell [8] - 358:23, 387:9, 389:2, 425:4, 425:12, 456:15, 510:18, 510:19
center [10] - 486:19, 541:9, 541:10,

541:14, 550:5, 550:22, 551:8, 551:15, 572:10, 572:24
certain [3] - 335:4, 337:13, 500:1
certainly [1] - 444:23
certificate [3] - 537:21, 538:23, 539:2
chair [2] - 435:16, 435:20
chance [3] - 350:19, 479:5, 635:1
change [6] - 360:17, 360:20, 389:6, 391:6, 562:12, 630:24
changed [1] - 563:17
Chapman [3] - 632:24, 636:6, 636:13
characteristics [2] - 381:14, 381:23
charge [9] - 496:8, 496:12, 497:15, 570:2, 595:14, 630:20, 631:11, 631:18, 637:10
charged [5] - 358:7, 405:9, 405:11, 528:19, 637:10
charging [1] - 637:19
Charlie [1] - 451:8
Che [267] - 328:16, 341:10, 348:1, 350:19, 355:12, 392:12, 405:9, 405:13, 414:10, 414:22, 415:1, 415:5, 415:6, 415:8, 415:16, 416:25, 418:16, 418:19, 420:10, 421:18, 422:25, 423:1, 423:10, 424:8, 424:14, 426:7, 426:10, 426:18, 427:1, 427:4, 427:24, 428:15, 428:17, 428:18, 429:3, 430:25, 431:5, 431:22, 432:7, 432:12, 432:17, 432:19, 433:3, 435:7, 435:9, 435:24, 436:9, 436:17, 436:21, 436:24, 437:4, 438:14, 439:5, 439:11, 439:14,

445:17, 445:20, 445:24, 446:1, 446:6, 447:11, 448:7, 448:8, 448:11, 449:4, 449:21, 452:16, 453:18, 454:19, 454:21, 455:2, 455:12, 455:14, 455:19, 456:4, 456:7, 456:24, 457:8, 457:12, 457:17, 463:1, 463:6, 464:15, 480:14, 480:18, 480:25, 481:14, 481:20, 482:9, 482:11, 483:2, 483:15, 483:25, 489:11, 489:14, 489:24, 491:7, 492:22, 493:9, 493:10, 493:13, 493:25, 494:17, 495:25, 496:1, 496:6, 496:7, 496:11, 496:21, 504:23, 505:5, 505:9, 505:12, 505:15, 506:24, 510:1, 510:11, 510:13, 510:19, 511:3, 511:6, 511:25, 512:5, 512:7, 512:22, 513:13, 515:20, 516:5, 516:7, 516:10, 516:14, 516:20, 516:25, 517:2, 517:3, 517:7, 517:15, 517:17, 518:5, 518:9, 518:10, 518:15, 518:19, 518:23, 519:7, 519:14, 520:1, 520:20, 520:24, 521:15, 521:20, 521:22, 521:24, 523:21, 525:19, 526:13, 527:3, 527:20, 527:23, 528:3, 528:7, 528:8, 529:7, 529:18, 529:21, 530:17, 530:24, 531:8, 532:8, 532:13, 533:14, 533:17, 533:18, 534:2, 534:21, 535:8, 535:17, 535:25, 536:7,

**United States Courts, District of Idaho**

536:13, 536:17, 537:1, 538:19, 539:6, 539:10, 539:17, 539:22, 540:1, 549:24, 553:24, 554:1, 554:4, 554:11, 554:12, 563:13, 565:3, 565:7, 569:16, 569:25, 570:25, 571:1, 571:9, 573:20, 573:21, 573:22, 574:1, 574:10, 576:3, 576:9, 585:18, 585:20, 586:8, 586:12, 587:25, 588:11, 588:14, 589:18, 589:23, 590:5, 590:14, 590:25, 591:8, 591:11, 591:14, 591:18, 591:22, 592:5, 592:15, 592:19, 592:23, 593:16, 593:18, 593:24, 594:1, 594:5, 594:9, 597:6, 598:16, 604:25, 605:1, 605:10, 606:7, 620:9, 620:10, 620:15, 621:13, 623:15, 623:20, 624:8, 625:2, 626:4, 626:9, 626:15, 626:24, 627:3, 627:8, 627:11, 627:13, 627:21, 627:23, 629:6, 629:16, 630:3
**Che's** [17] - 419:8, 419:17, 433:19, 445:25, 448:15, 453:10, 457:13, 482:13, 482:16, 513:21, 518:5, 541:23, 553:16, 571:2, 573:19, 573:22, 595:25
**check** [1] - 536:19
**checking** [3] - 453:21, 453:24, 454:2
**Cherokee** [5] - 513:6, 515:21, 520:10, 531:6, 539:12
**chilled** [1] - 333:4
**Chinese** [1] - 545:21
**chip** [1] - 389:11
**choice** [1] - 398:6

**choose** [1] - 398:17
**Chris** [1] - 596:5
**chunky** [1] - 544:11
**cigar** [1] - 503:19
**Cinco** [1] - 334:5
**Circle** [2] - 511:3, 584:24
**circle** [4] - 460:2, 488:25, 583:8, 583:11
**cited** [1] - 399:6
**citizen** [3] - 537:18, 537:19, 538:20
**city** [3] - 485:18, 485:20, 585:7
**civil** [5] - 440:24, 442:13, 443:21, 444:1, 444:15
**claim** [5] - 384:13, 464:14, 473:18, 474:22, 475:8
**claims** [1] - 475:7
**clarify** [1] - 570:18
**clarity** [3] - 370:9, 477:16, 478:1
**clear** [1] - 601:20
**cleared** [1] - 552:5
**clearly** [1] - 527:6
**CLERK** [7] - 327:7, 406:14, 412:5, 485:2, 578:15, 607:11, 607:15
**clerk** [4] - 406:10, 412:1, 578:11, 607:5
**Clevenger** [7] - 617:1, 617:17, 618:4, 618:8, 632:23, 637:14, 637:16
**client** [3] - 384:14, 384:17, 384:20
**clients** [8] - 419:2, 461:18, 461:19, 472:21, 472:25, 482:14, 482:16, 483:25
**Clifford's** [5] - 407:23, 427:17, 438:11, 622:19, 623:7
**close** [6] - 327:17, 373:15, 506:18, 520:16, 572:20, 579:18
**closed** [2] - 438:6, 508:21
**closer** [7] - 330:5, 358:12, 364:25, 404:3, 412:10, 552:2, 579:11
**closing** [1] - 621:15
**clothes** [5] - 499:1,

517:23, 517:25, 525:17, 553:6
**clubs** [1] - 517:20
**Coachella** [1] - 520:16
**Coblentz** [1] - 632:25
**cocaine** [7] - 580:18, 580:19, 580:22, 581:1, 581:4, 581:5, 609:14
**coconspirator** [1] - 474:1
**coconspirators** [1] - 476:9
**codefendants** [1] - 458:11
**cold** [2] - 443:13
**collared** [1] - 489:19
**colleagues** [1] - 387:24
**collect** [4] - 505:10, 505:12, 593:14, 593:16
**collected** [6] - 375:7, 421:20, 463:4, 507:12, 541:2, 593:18
**collecting** [1] - 504:25
**collection** [1] - 410:10
**college** [14] - 412:23, 412:24, 413:1, 413:2, 413:6, 413:11, 486:4, 486:5, 486:7, 608:11, 608:13, 608:16, 609:3, 609:5
**College** [2] - 413:9, 609:6
**Columbia** [1] - 531:15
**coming** [6] - 376:9, 395:22, 536:11, 543:1, 564:10, 564:11
**commences** [1] - 476:6
**comments** [1] - 396:13
**commercial** [1] - 549:3
**common** [1] - 596:10
**commonly** [1] - 596:22
**communicate** [1] - 442:18
**Community** [2] - 413:9, 609:6
**Compa** [2] - 565:5
**company** [3] - 492:5, 530:6, 535:6
**compare** [1] - 440:2
**compared** [1] - 528:23

**compartment** [6] - 499:2, 508:18, 508:21, 564:7, 564:16, 576:13
**complaining** [1] - 527:24
**complete** [5] - 406:14, 412:5, 485:2, 578:15, 607:11
**completed** [4] - 564:24, 565:2, 565:3, 581:12
**complied** [1] - 357:7
**complied)** [2] - 489:3, 612:7
**component** [1] - 397:14
**computer** [1] - 486:10
**concern** [1] - 444:20
**concerning** [1] - 638:7
**concerns** [2] - 441:7, 638:9
**concluded** [2] - 477:22, 638:17
**conduct** [3] - 463:23, 464:1, 638:7
**confidential** [4] - 601:10, 601:19, 602:18, 606:8
**confused** [3] - 392:23, 454:12, 538:12
**confusion** [1] - 480:12
**consider** [2] - 444:18, 482:18
**consistent** [1] - 476:20
**console** [6] - 541:14, 550:5, 550:22, 551:8, 572:10, 572:24
**conspiracy** [8] - 360:25, 374:5, 458:18, 581:7, 610:2, 610:14, 610:23, 613:1
**conspirator** [1] - 476:8
**constant** [1] - 629:24
**construction** [1] - 609:2
**contact** [12] - 358:17, 372:8, 372:14, 383:16, 389:16, 389:17, 400:22, 402:5, 587:25, 588:3, 591:12, 638:12
**containing** [5] - 499:4, 499:21, 499:23, 525:19, 527:13

**continue** [6] - 431:2, 445:17, 446:5, 487:8, 589:24, 626:5
**CONTINUED** [2] - 328:12, 340:10
**continued** [1] - 606:7
**conversation** [6] - 377:25, 436:18, 436:20, 505:15, 505:23, 588:1
**conversations** [6] - 360:17, 360:19, 498:2, 602:19, 603:1, 603:3
**convicted** [1] - 487:11, 599:14, 609:22, 610:1, 610:2, 610:19
**conviction** [3] - 581:4, 610:7, 610:16
**convictions** [2] - 580:25, 610:12
**cook** [1] - 544:7
**cooking** [1] - 443:9
**cooperate** [9] - 362:15, 363:12, 363:13, 399:23, 404:25, 460:9, 491:5, 584:3, 612:12
**cooperating** [2] - 362:22, 584:10
**cooperation** [10] - 362:19, 460:12, 460:15, 460:24, 491:11, 491:14, 584:7, 584:14, 612:16, 612:19
**cops** [1] - 522:3
**copy** [3] - 409:7, 441:8, 638:8
**correct** [55] - 329:5, 364:23, 365:12, 365:22, 366:12, 366:22, 367:1, 367:11, 367:23, 371:6, 371:16, 371:19, 377:22, 378:7, 382:16, 383:17, 384:7, 386:3, 394:25, 395:10, 396:16, 402:15, 459:14, 461:11, 462:8, 463:18, 464:23, 465:9, 465:22, 466:7, 466:12, 466:25, 468:10, 472:21, 479:18, 479:24, 480:6, 562:4, 562:17,

562:20, 565:23, 570:13, 570:15, 575:11, 576:21, 576:24, 576:25, 598:25, 599:22, 599:24, 600:10, 600:11, 600:14, 600:15, 606:9
**Correct** [1] - 410:15
**correctly** [1] - 443:3
**cost** [6] - 405:13, 486:13, 594:12, 594:14, 595:19, 615:13
**Counsel** [3] - 327:21, 382:1, 538:3
**counsel** [17] - 367:21, 369:5, 370:15, 388:14, 440:6, 440:20, 444:10, 451:4, 475:17, 475:18, 475:22, 558:4, 570:8, 573:9, 577:15, 634:19, 637:23
**counsel's** [1] - 356:25
**count** [4] - 351:18, 453:16, 543:16, 543:22
**counted** [2] - 351:17, 463:3
**counting** [1] - 543:18
**County** [1] - 407:10
**couple** [18] - 331:7, 341:13, 359:6, 359:7, 359:25, 456:13, 496:20, 499:14, 499:24, 513:22, 514:5, 516:6, 516:16, 518:11, 522:22, 523:20, 545:13, 548:17
**course** [1] - 441:11
**Court** [1] - 603:17
**court** [9] - 327:7, 327:20, 442:18, 443:18, 444:17, 444:24, 475:25, 554:18, 600:5
**court's** [2] - 328:1, 638:7
**courthouse** [1] - 638:14
**courtroom** [14] - 327:23, 332:12, 335:16, 381:17, 419:18, 435:9, 443:14, 489:14, 532:21, 575:13,

585:20, 600:14, 626:15, 634:8
**Cousin** [1] - 328:16
**cousin** [19] - 359:19, 360:8, 363:21, 363:23, 395:9, 428:6, 428:8, 428:17, 430:25, 433:3, 433:19, 436:9, 438:14, 445:21, 456:19, 457:1, 466:3, 481:15, 554:7
**cousin's** [1] - 428:8
**cousins** [4] - 445:19, 573:20, 576:20, 627:9
**cover** [6] - 337:13, 594:11, 594:13, 594:16, 595:19, 611:11
**crack** [2] - 511:22, 511:23
**Craig** [1] - 633:5
**Craigslist** [1] - 511:1
**crash** [1] - 509:15
**created** [2] - 560:13, 575:10
**creates** [1] - 579:19
**credit** [2] - 588:19, 624:17
**Creek** [3] - 536:19, 536:21, 536:22
**Crescent** [8] - 432:25, 436:7, 620:13, 620:18, 621:14, 621:21, 623:10, 626:5
**crime** [1] - 609:23
**crimes** [1] - 610:20
**Criminal** [1] - 327:7
**criminal** [7] - 441:6, 441:15, 442:16, 444:4, 444:16, 463:22, 464:1
**cross** [14] - 364:10, 366:1, 369:8, 376:19, 392:21, 395:16, 411:11, 411:12, 411:15, 461:7, 465:12, 479:7, 556:1, 598:7
**CROSS** [11] - 364:12, 377:1, 383:9, 461:8, 465:14, 473:8, 556:4, 561:18, 566:25, 598:10, 598:22
**cross-examination** [5] - 364:10, 366:1,

369:8, 395:16, 598:7
**CROSS-EXAMINATION** [11] - 364:12, 377:1, 383:9, 461:8, 465:14, 473:8, 556:4, 561:18, 566:25, 598:10, 598:22
**cross-examine** [1] - 479:7
**crossed** [1] - 570:13
**custody** [3] - 478:9, 478:11, 479:13
**customer** [1] - 569:6
**customers** [14] - 341:22, 405:9, 419:6, 419:8, 419:17, 446:1, 523:22, 543:15, 543:24, 543:25, 570:20, 571:2, 596:12, 632:22
**cut** [7] - 568:22, 631:25, 632:1, 632:6, 632:7, 632:8, 632:11
**cuts** [1] - 526:17
**cutting** [1] - 632:14

## D

**dad** [1] - 372:17
**dad's** [1] - 371:23
**damages** [1] - 443:23
**Dan** [2] - 482:4, 482:19
**dance** [1] - 516:16
**Danielle** [1] - 410:12
**date** [22] - 340:6, 367:7, 368:17, 369:9, 382:24, 383:25, 384:22, 385:3, 385:4, 385:10, 385:14, 385:22, 396:18, 396:25, 397:4, 404:17, 432:10, 478:12, 488:20, 554:18, 588:20, 588:21
**dated** [1] - 622:12
**Dateline** [1] - 374:14
**dates** [2] - 401:3, 471:13
**dating** [1] - 622:13
**Dave** [1] - 406:8
**DAVID** [1] - 406:11
**David** [1] - 406:16
**Dawson** [38] - 333:9,

369:8, 395:16, 598:7
**CROSS-EXAMINATION** [11] - 364:12, 377:1, 383:9, 461:8, 465:14, 473:8, 556:4, 561:18, 566:25, 598:10, 598:22
333:15, 341:25, 417:2, 417:5, 419:11, 423:8, 423:9, 423:13, 423:16, 424:14, 425:4, 426:8, 440:3, 482:17, 483:13, 483:15, 484:1, 504:9, 523:22, 528:7, 533:15, 533:3, 534:5, 534:6, 534:13, 534:14, 544:1, 587:23, 590:4, 590:12, 590:13, 590:17, 590:23, 625:13, 625:22, 625:23, 625:24
**Dawson's** [10] - 417:3, 424:4, 424:7, 425:14, 533:12, 533:18, 533:25, 535:18, 569:12, 571:6
**days** [20] - 332:25, 333:13, 333:14, 341:13, 342:11, 343:5, 344:22, 359:7, 375:4, 456:13, 496:20, 513:3, 516:6, 516:16, 534:25, 536:17, 540:23, 540:24, 544:6, 561:25
**de** [1] - 334:5
**dead** [1] - 477:14
**deal** [9] - 364:22, 365:11, 399:22, 405:6, 464:3, 471:19, 486:13, 603:20, 606:7
**dealer** [5] - 373:20, 373:23, 470:15, 471:1, 471:2
**dealers** [2] - 470:10, 470:24
**dealing** [8] - 366:19, 371:14, 372:21, 373:4, 471:16, 554:11, 581:1, 588:24
**dealings** [1] - 597:1
**dealt** [3] - 465:25, 597:21, 597:25
**debt** [11] - 473:19, 474:11, 475:7, 477:7, 478:4, 557:8, 557:13, 557:20, 557:23, 569:24,

630:3
**December** [33] - 376:6, 376:9, 384:11, 392:11, 393:6, 401:7, 401:10, 401:11, 419:10, 420:22, 420:24, 421:1, 422:21, 425:19, 428:4, 429:16, 432:15, 445:8, 445:14, 445:18, 465:17, 466:6, 466:14, 466:16, 589:20, 589:21, 591:21, 616:21, 618:5, 619:16, 622:14, 627:2
**decide** [6] - 364:5, 461:3, 491:24, 548:25, 584:20, 613:2
**decided** [2] - 480:5, 480:8
**deciding** [1] - 441:3
**decision** [1] - 441:16
**defendant** [6] - 336:2, 435:24, 489:23, 586:7, 626:23, 634:16
**defendants** [3] - 386:18, 441:22, 476:11
**Del** [2] - 535:7, 535:10
**deliver** [45] - 332:8, 332:9, 332:19, 333:7, 333:15, 341:24, 342:4, 345:20, 355:5, 401:6, 404:18, 416:18, 416:21, 417:1, 417:10, 417:15, 418:6, 419:2, 419:3, 419:5, 420:8, 420:16, 423:12, 424:5, 424:14, 425:18, 425:21, 481:19, 484:3, 504:10, 504:11, 504:16, 529:1, 539:19, 540:1, 540:8, 542:5, 549:10, 549:13, 549:17, 553:8, 573:7, 581:8, 592:18
**delivered** [31] - 332:21, 334:1, 341:8, 341:14, 341:25, 384:10, 385:18, 385:25,

400:25, 401:25, 402:23, 404:15, 404:20, 419:9, 419:18, 422:20, 423:10, 440:3, 465:25, 483:25, 532:5, 533:12, 539:18, 540:9, 542:3, 543:15, 543:23, 565:25, 571:15, 571:16, 571:19

**deliveries** [17] - 341:21, 401:4, 402:6, 402:22, 403:24, 426:8, 468:16, 468:19, 535:19, 536:7, 540:19, 543:4, 561:10, 562:25, 570:20, 571:2, 571:9

**delivering** [5] - 386:2, 387:7, 468:10, 468:13, 629:25

**delivery** [8] - 331:18, 425:3, 425:7, 463:3, 535:24, 566:10, 610:10, 610:12

**Denali** [3] - 551:14, 551:17, 551:19

**Dennis** [1] - 327:9

**deny** [1] - 462:24

**denying** [1] - 475:1

**Department** [1] - 604:11

**deputy** [1] - 407:10

**Derringer** [1] - 537:7

**describe** [1] - 585:22

**desert** [1] - 374:15

**despite** [1] - 398:5

**destination** [2] - 497:5, 523:9

**detective** [5] - 407:2, 407:4, 407:5, 407:9, 407:14

**Detective** [2] - 600:13, 600:16

**detectives** [3] - 366:10, 366:11, 407:17

**detention** [1] - 479:20

**determine** [1] - 340:1

**DeVry** [3] - 486:6, 486:7, 486:16

**Dickinson's** [4] - 413:23, 414:1, 414:2, 414:7

**difference** [1] - 631:24

**different** [14] - 382:3, 390:25, 482:18,

497:25, 498:1, 515:25, 516:1, 527:1, 552:7, 558:10, 565:9, 568:6, 631:23

**dinner** [2] - 343:23, 344:3

**DIRE** [1] - 338:11

**direct** [5] - 328:4, 371:1, 407:21, 445:6, 524:23

**DIRECT** [7] - 328:12, 340:10, 406:19, 412:14, 485:8, 578:24, 607:20

**directing** [4] - 418:14, 494:8, 495:15, 613:5

**direction** [1] - 549:7

**directions** [3] - 484:23, 542:13, 607:7

**dirt** [1] - 513:21

**disclose** [1] - 560:23

**disconnect** [1] - 389:10

**discovery** [2] - 386:23, 387:1

**discuss** [5] - 327:23, 328:2, 440:14, 524:11, 558:9

**discussed** [2] - 556:14, 565:10

**discussions** [1] - 560:21

**dishonest** [3] - 558:24, 559:8, 559:14

**disorder** [1] - 542:19

**display** [1] - 357:22

**dispute** [1] - 340:2

**distribute** [6] - 361:1, 378:24, 458:19, 482:10, 587:14, 610:25

**distributed** [1] - 464:14

**distribution** [1] - 496:13

**division** [1] - 407:14

**document** [20] - 361:9, 409:5, 409:17, 409:23, 410:7, 410:16, 410:17, 410:20, 410:21, 447:21, 447:22, 447:24, 447:25, 449:9, 449:17, 450:13, 459:3, 459:20, 488:2, 611:8

**documents** [1] - 408:25

**dollars** [9] - 334:23, 349:16, 446:18, 446:21, 449:5, 548:4, 548:8, 595:16, 630:11

**dollars'** [3] - 446:15, 461:15, 482:3

**Don** [1] - 461:23

**done** [13] - 413:13, 444:15, 486:18, 491:25, 504:6, 545:5, 545:10, 545:12, 551:23, 580:7, 581:10, 616:9

**door** [5] - 521:7, 532:16, 572:19, 572:20, 572:21

**dorm** [1] - 358:19

**doses** [1] - 595:2

**double** [2] - 367:21, 528:24

**down** [21] - 331:17, 331:20, 331:22, 335:22, 343:20, 406:3, 406:4, 411:20, 435:12, 443:7, 449:16, 469:16, 484:15, 495:4, 545:11, 565:18, 577:9, 577:13, 579:12, 606:17

**Downey** [1] - 485:15

**downward** [1] - 464:10

**drank** [2] - 438:20, 623:18

**draw** [1] - 612:5

**drinking** [1] - 436:15

**drinks** [1] - 620:19

**Drive** [1] - 531:17

**drive** [5] - 328:22, 520:8, 541:12, 549:18, 572:25

**driven** [1] - 495:4

**driver's** [3] - 497:14, 539:8

**driving** [12] - 347:22, 347:23, 348:13, 495:23, 497:3, 497:4, 507:2, 509:14, 513:24, 522:20, 541:5, 564:6

**drop** [8] - 504:20, 528:10, 528:11, 540:11, 546:19, 549:8, 564:20, 628:8

**drop-off** [1] - 549:8

**dropped** [11] - 394:3, 506:3, 506:13, 511:21, 514:1, 530:25, 540:11, 564:12, 566:16, 566:20

**dropping** [1] - 506:7

**drove** [11] - 329:10, 329:11, 331:12, 332:23, 394:2, 403:18, 497:12, 497:17, 520:13, 521:21, 552:1

**drug** [17] - 373:20, 373:23, 398:25, 470:10, 470:15, 470:23, 471:1, 471:2, 473:10, 473:18, 474:11, 475:7, 477:7, 478:4, 519:17, 573:24, 610:5

**drugs** [54] - 330:2, 330:7, 330:13, 331:3, 331:21, 333:15, 343:22, 344:5, 344:7, 344:9, 344:10, 352:13, 352:15, 353:17, 353:23, 354:13, 355:5, 355:7, 356:13, 357:15, 371:14, 371:15, 372:21, 373:4, 416:5, 416:7, 416:10, 416:19, 416:21, 417:1, 432:4, 432:5, 471:16, 471:19, 481:19, 487:2, 487:4, 495:7, 545:11, 553:8, 557:16, 563:10, 564:1, 564:21, 573:11, 580:15, 580:17, 593:19, 596:23, 608:18, 608:19, 609:11, 609:18, 617:11

**due** [1] - 542:18

**DUI** [5] - 345:12, 457:6, 466:16, 467:2, 547:17

**duly** [6] - 328:10, 406:12, 412:3, 484:25, 578:13, 607:9

**during** [22] - 333:21, 355:9, 355:13, 382:10, 382:15,

382:20, 390:15, 397:9, 457:16, 471:20, 472:1, 494:12, 495:18, 506:1, 518:22, 557:6, 564:23, 602:13, 603:5, 628:13, 628:17

**duties** [1] - 407:16

**duty** [1] - 441:10

**duty-bound** [1] - 441:10

---

## E

**early** [15] - 514:17, 515:2, 524:8, 547:3, 589:19, 613:5, 614:15, 618:5, 622:14, 630:6, 631:3, 631:5, 632:22, 633:2, 633:14

**easier** [2] - 409:17, 579:16

**East** [2] - 613:16, 614:3

**eat** [12] - 510:10, 529:5, 529:20, 530:18, 542:24, 543:9, 544:5, 544:12, 545:20, 545:21, 549:9, 559:25

**eaten** [1] - 544:5

**eating** [2] - 517:17, 545:13

**eight** [15] - 371:18, 371:23, 434:22, 490:14, 528:8, 528:14, 528:19, 550:18, 589:1, 589:2, 594:17, 630:7, 630:9, 630:12, 630:15

**eight-ball** [2] - 630:9, 630:12

**eight-balls** [2] - 630:7, 630:15

**eighteen** [1] - 608:23

**Eighth** [2] - 585:6, 585:11

**either** [8] - 360:16, 360:19, 367:19, 409:15, 444:12, 445:14, 591:16, 592:23

**Electra** [1] - 529:25

**electra** [1] - 530:5

**electrical** [3] - 526:3,

526:7, 608:14
**elicit** [2] - 476:23, 538:11
**elicits** [1] - 476:25
**embrace** [1] - 444:2
**employed** [3] - 406:21, 406:22, 486:21
**encountered** [1] - 620:20
**encourage** [4] - 440:25, 443:24, 444:1, 444:6
**end** [13] - 374:21, 385:7, 385:9, 396:23, 403:13, 410:5, 418:15, 418:17, 495:16, 515:9, 515:13, 575:19, 586:2
**ended** [5] - 391:18, 397:12, 398:22, 517:4, 564:17
**enforcement** [22] - 350:23, 377:21, 377:25, 378:5, 390:14, 390:16, 390:25, 396:13, 396:19, 397:1, 399:18, 404:25, 407:7, 476:20, 542:13, 556:21, 557:18, 560:3, 560:19, 560:22, 600:25, 604:9
**engaged** [1] - 328:3
**engineering** [1] - 608:14
**Engle** [1] - 579:2
**enter** [1] - 383:19
**entered** [4] - 458:22, 581:17, 583:19, 598:25
**entering** [1] - 386:16
**entire** [1] - 455:19
**erased** [1] - 390:7
**essentially** [2] - 373:9, 601:13
**estimate** [3] - 472:6, 567:25, 628:12
**evening** [2] - 436:8, 638:4
**event** [1] - 575:22
**eventually** [1] - 511:1
**evidence** [33] - 337:1, 338:7, 340:2, 343:8, 348:16, 350:8, 352:22, 355:16, 356:18, 361:18, 408:5, 410:9,

410:10, 410:11, 410:25, 418:9, 429:7, 429:25, 433:9, 433:23, 434:19, 448:18, 450:13, 451:18, 451:20, 459:6, 474:18, 582:15, 606:23, 611:7, 611:15, 614:7, 635:18
**exact** [5] - 385:3, 385:10, 401:3, 432:9, 566:21
**exactly** [8] - 379:25, 404:16, 501:12, 523:8, 550:11, 557:10, 557:13, 568:23
**examination** [10] - 328:4, 328:8, 364:10, 366:1, 369:8, 395:16, 445:6, 524:23, 598:7, 635:2
**EXAMINATION** [30] - 328:12, 338:11, 340:10, 364:12, 377:1, 383:9, 388:6, 394:20, 396:10, 400:14, 402:11, 406:19, 412:14, 461:8, 465:14, 473:8, 479:9, 483:22, 485:8, 556:4, 561:18, 566:25, 570:16, 575:4, 575:20, 578:24, 598:10, 598:22, 604:5, 607:20
**examine** [1] - 479:7
**examined** [1] - 370:25
**example** [1] - 398:23
**except** [1] - 482:13
**exception** [1] - 476:8
**exchange** [3] - 387:13, 464:15, 540:16
**exchanging** [2] - 534:3, 545:10
**excited** [2] - 543:11, 543:12
**exclude** [1] - 327:20
**excuse** [14] - 334:24, 338:25, 368:23, 369:20, 409:12, 460:19, 466:6, 469:2, 524:4, 563:10, 576:6,

600:22, 602:25, 622:23
**excused** [1] - 577:12
**existing** [1] - 384:17
**exit** [1] - 531:12
**expect** [1] - 476:14
**expectation** [1] - 328:1
**expecting** [1] - 387:25
**expensive** [1] - 486:12
**experience** [2] - 407:7, 615:20
**experienced** [1] - 468:1
**explain** [4] - 441:13, 442:12, 443:12, 443:20
**express** [3] - 440:15, 524:13, 638:10
**extinguisher** [21] - 368:16, 368:24, 522:7, 522:16, 522:19, 522:23, 522:24, 523:4, 525:20, 526:15, 526:17, 526:20, 526:24, 527:17, 567:4, 567:7, 567:9, 567:12, 567:20, 568:7, 568:18
**extinguishers** [1] - 568:21

## F

**FABIAN** [1] - 328:9
**Fabian** [188] - 428:10, 428:11, 433:21, 445:21, 445:22, 481:20, 489:11, 490:4, 490:12, 490:13, 491:7, 492:2, 494:5, 494:11, 495:17, 495:18, 496:5, 497:19, 497:20, 499:1, 499:10, 502:5, 502:8, 503:6, 503:7, 503:10, 504:1, 504:11, 504:23, 505:2, 505:10, 505:11, 505:17, 505:24, 506:4, 506:8, 506:17, 506:23, 506:24, 507:6, 507:7, 507:8, 507:12, 508:9, 508:15, 508:17, 509:14, 509:22,

510:6, 510:20, 511:6, 511:25, 512:2, 512:4, 512:22, 513:13, 516:7, 516:11, 516:18, 516:23, 517:3, 517:4, 517:10, 517:16, 518:5, 520:2, 520:24, 521:1, 521:12, 521:18, 523:8, 523:21, 525:2, 525:17, 526:8, 526:10, 527:18, 528:5, 528:9, 528:11, 528:22, 529:1, 529:8, 529:10, 529:11, 529:13, 529:18, 530:24, 531:4, 531:8, 532:8, 532:10, 533:14, 533:17, 534:2, 535:4, 535:14, 535:15, 536:1, 536:7, 536:18, 540:10, 540:11, 540:16, 540:24, 541:2, 541:5, 541:7, 542:23, 543:1, 543:6, 544:10, 544:11, 545:6, 545:7, 545:8, 545:20, 547:3, 547:11, 548:4, 548:7, 548:12, 548:25, 549:2, 549:13, 549:15, 549:25, 550:23, 551:7, 551:14, 551:19, 551:20, 551:22, 552:8, 553:8, 553:15, 554:5, 554:11, 554:12, 554:13, 556:17, 556:22, 557:3, 557:8, 557:24, 566:1, 568:24, 569:8, 569:10, 569:15, 569:16, 569:20, 569:25, 570:19, 570:25, 571:1, 571:10, 571:20, 572:7, 572:8, 572:9, 572:19, 572:21, 592:23, 593:13, 593:21, 597:1, 597:6, 603:10, 603:13, 619:21,

619:24, 620:15, 621:13, 623:15, 627:6, 627:8, 627:10, 627:19, 629:6
**Fabian's** [4] - 366:1, 481:16, 511:20, 519:19
**fact** [4] - 465:20, 478:4, 480:9, 544:7, 576:17, 595:24, 597:7, 600:12
**facts** [4] - 441:3, 442:9, 474:18, 612:25
**factual** [4] - 440:22, 442:14, 444:7, 445:1
**fair** [7] - 338:2, 379:1, 380:8, 381:13, 399:11, 399:13, 630:2
**fall** [1] - 614:15
**falling** [1] - 616:22
**false** [8] - 397:1, 397:18, 397:21, 397:24, 398:8, 398:11, 474:11, 475:9
**family** [13] - 371:5, 373:7, 373:10, 375:3, 469:15, 492:14, 492:22, 493:5, 493:14, 517:25, 535:12, 580:10, 586:17
**family's** [1] - 513:5
**far** [8] - 412:22, 413:1, 424:9, 424:11, 486:3, 523:25, 579:5, 608:10
**Fargo** [2] - 454:1, 454:25
**father** [3] - 372:5, 372:11, 373:20
**favor** [1] - 518:9
**February** [17] - 371:12, 375:25, 376:2, 389:15, 393:12, 393:15, 393:18, 393:20, 401:18, 453:3, 466:15, 494:9, 494:13, 495:16, 628:18, 631:4, 631:5
**federal** [4] - 604:13, 604:14, 604:17, 604:21
**Federal** [1] - 599:11
**fell** [2] - 509:18, 533:20

**United States Courts, District of Idaho**

felony [3] - 580:25,
581:4, 599:15
felt [5] - 359:13, 360:8,
395:8, 441:10,
614:24
few [6] - 332:25,
333:13, 443:9,
504:2, 622:12
Fidel [1] - 632:24
field [1] - 580:8
fields [1] - 413:14
fifteen [1] - 526:11
fifty [1] - 353:9
fifty-seven [1] - 353:9
fight [4] - 336:11,
543:6, 543:9, 620:22
figured [1] - 520:6
file [1] - 600:4
filler [1] - 632:11
finally [4] - 357:8,
360:23, 435:7,
638:11
fine [5] - 377:11,
377:17, 494:25,
572:16, 638:2
finger [6] - 459:24,
460:2, 488:21,
488:25, 583:4,
583:10
finish [3] - 339:2,
576:7, 576:8
finished [1] - 521:17
fire [22] - 368:16,
368:23, 522:7,
522:15, 522:19,
522:22, 522:24,
523:3, 525:20,
526:15, 526:17,
526:20, 526:24,
527:17, 567:3,
567:7, 567:9,
567:12, 567:20,
568:7, 568:18,
568:20
first [106] - 332:25,
333:13, 333:14,
338:20, 343:23,
361:7, 362:4,
362:11, 367:11,
367:13, 369:3,
376:3, 376:7, 382:9,
383:19, 384:9,
390:15, 391:21,
392:12, 393:18,
394:9, 394:11,
403:4, 403:9,
403:10, 403:13,
403:17, 404:12,
406:12, 412:3,
414:12, 415:1,

415:2, 415:24,
416:13, 416:23,
416:25, 420:2,
421:3, 421:14,
424:6, 424:16,
425:22, 425:24,
427:10, 428:25,
439:11, 441:19,
453:8, 457:16,
461:10, 462:10,
465:23, 466:10,
469:8, 472:7,
472:10, 474:17,
476:7, 479:14,
483:1, 483:2,
484:25, 485:25,
489:13, 492:8,
495:9, 495:16,
495:20, 501:7,
532:7, 533:21,
547:23, 547:24,
564:24, 571:4,
571:5, 571:16,
573:18, 573:20,
576:4, 576:9,
578:13, 580:19,
582:14, 586:11,
596:17, 596:19,
600:8, 602:14,
603:20, 605:22,
607:9, 607:15,
609:25, 626:3,
627:21, 627:24,
628:14, 628:17,
635:15, 637:17
first-names [1] -
596:17
fishing [5] - 333:5,
517:20, 533:19,
533:22, 536:20
fist [1] - 503:13
five [14] - 333:14,
371:24, 488:12,
492:19, 492:20,
534:25, 543:15,
543:24, 569:21,
594:17, 617:24,
625:25, 633:12
floor [1] - 341:2
fluctuating [1] -
443:14
follow [3] - 484:23,
607:6, 638:6
following [1] - 542:13
follows [7] - 328:11,
406:13, 412:4,
476:6, 485:1,
578:14, 607:10
food [6] - 343:21,
517:9, 544:7,

544:10, 545:21,
553:20
Ford [4] - 410:1,
507:8, 541:6, 549:19
forfeiting [2] - 365:12,
365:16
forgot [2] - 342:17,
342:19
forgotten [1] - 607:2
forklift [1] - 486:17
form [5] - 369:15,
398:11, 440:15,
524:13, 638:10
forth [1] - 376:10
forthcoming [1] -
560:22
Forty [4] - 544:19,
546:12, 617:24,
636:19
forty [1] - 412:17
Forty-five [1] - 617:24
Forty-four [1] - 636:19
Forty-one [1] - 546:12
Forty-two [1] - 544:19
forward [2] - 412:1,
444:12
fought [1] - 542:23
foundation [15] -
337:5, 337:9, 340:4,
354:11, 369:6,
370:6, 454:6, 454:8,
454:13, 455:5,
474:3, 493:17,
499:13, 519:4,
615:18
four [28] - 371:15,
372:1, 372:2,
374:14, 401:17,
401:19, 402:2,
402:3, 504:7,
504:12, 506:4,
506:7, 506:21,
512:18, 512:19,
520:8, 523:15,
565:23, 566:3,
566:6, 566:7,
569:21, 607:23,
613:13, 628:16,
631:13, 636:19,
637:20
four-wheel [2] -
374:14, 512:18
four-wheelers [1] -
512:19
Fourteen [2] - 511:11,
511:12
fourth [3] - 435:16,
435:20, 615:17
free [2] - 442:19,
444:23

freeway [1] - 531:12
freezing [1] - 443:8
frequently [1] - 404:20
Friday [2] - 542:16,
542:20
friend [9] - 395:24,
414:16, 428:12,
428:13, 428:17,
467:9, 481:15,
481:16, 617:2
friend's [1] - 414:18
friends [15] - 415:9,
426:16, 446:10,
461:19, 461:20,
482:4, 494:6
front [12] - 479:14,
513:6, 513:8,
534:10, 543:19,
547:8, 551:18,
588:17, 588:18,
588:25, 593:25,
624:23
fronted [1] - 603:6
Fruitland [3] - 413:23,
414:1, 617:2
full [5] - 500:9, 525:17,
596:14, 631:16,
631:18
fully [1] - 560:22
fun [2] - 516:23,
517:19
FURTHER [1] - 402:11
Fusion [1] - 507:8

# G

Galaxy [6] - 389:7,
389:14, 389:23,
390:11, 511:4,
511:17
game [1] - 521:17
Garcia [3] - 617:3,
617:4, 618:21
gas [7] - 423:15,
438:18, 522:2,
522:5, 522:13,
522:15, 568:15
Gearhart [3] - 327:6,
327:12, 484:22
Gem [1] - 407:10
gentlemen [3] -
440:12, 524:7, 638:3
girl [5] - 342:15,
506:5, 507:20,
545:24
girlfriend [2] - 343:1,
433:4
girls [1] - 520:6
given [5] - 395:2,
395:5, 444:9,

490:20, 606:1
gland [1] - 542:18
glasses [1] - 533:1
glove [1] - 508:18
glovebox [1] - 508:21
golden [1] - 539:15
government [28] -
362:16, 362:22,
364:15, 365:5,
365:8, 365:9,
394:24, 406:7,
411:23, 441:19,
458:24, 460:9,
460:23, 464:4,
465:1, 465:5,
476:10, 476:11,
484:17, 484:19,
487:23, 491:6,
491:14, 581:18,
598:24, 599:20,
606:21, 611:3
Government's [85] -
336:14, 337:1,
342:21, 343:8,
348:4, 348:16,
349:18, 350:8,
352:8, 352:22,
353:8, 354:1,
355:16, 355:25,
356:4, 356:18,
357:9, 357:21,
361:7, 377:4, 408:2,
408:17, 409:4,
410:21, 410:25,
417:19, 421:25,
423:4, 423:19,
427:19, 429:25,
431:8, 433:6,
433:23, 434:10,
434:19, 447:20,
448:18, 450:4,
451:3, 451:18,
458:16, 459:2,
481:7, 488:1, 488:7,
490:6, 498:19,
500:24, 500:25,
501:6, 501:10,
501:23, 507:23,
511:8, 532:1, 532:2,
534:12, 534:17,
536:3, 541:22,
544:18, 546:3,
546:7, 547:19,
550:14, 552:21,
581:21, 590:8,
591:2, 592:9, 611:6,
613:18, 613:24,
614:7, 617:13,
619:11, 622:1,
623:3, 625:15,

627:15, 635:6,
635:13, 635:18,
636:15
**government's** [1] -
600:2
**grabbed** [2] - 527:9,
527:10
**grabs** [1] - 525:19
**grade** [3] - 579:6,
580:2, 580:5
**gram** [11] - 595:7,
595:12, 595:14,
615:9, 615:10,
615:11, 630:19,
630:21
**grams** [14] - 490:21,
528:15, 528:17,
589:1, 589:2,
594:15, 594:17,
595:1, 595:3, 595:5,
615:24, 616:18,
630:12, 630:13
**green** [4] - 515:21,
520:10, 531:5,
539:12
**grocery** [1] - 529:24
**group** [1] - 516:17
**grow** [4] - 412:20,
485:24, 579:3, 608:1
**growing** [1] - 487:1
**Guadalupe** [8] -
327:9, 435:25,
455:3, 455:15,
455:16, 455:18,
489:23, 539:5
**guard** [1] - 522:3
**guess** [27] - 354:11,
362:4, 437:11,
437:24, 442:6,
454:5, 461:1,
465:10, 469:4,
472:19, 486:23,
491:17, 495:7,
510:13, 510:21,
513:1, 513:21,
520:14, 520:15,
530:8, 536:23,
548:24, 568:17,
574:6, 595:15,
595:17, 627:22
**Guidelines** [1] -
599:12
**guilty** [12] - 360:24,
458:17, 458:22,
458:23, 487:18,
487:22, 581:17,
583:20, 583:22,
583:25, 610:22,
611:2
**gun** [1] - 537:6

**guns** [13] - 365:12,
365:14, 536:13,
536:25, 537:2,
537:4, 537:12,
537:14, 537:17,
537:24, 538:4,
538:13, 538:20
**guy** [9] - 405:16,
417:13, 511:3,
535:20, 544:11,
548:1, 550:9,
605:13, 634:13
**guys** [2] - 402:5,
544:10
**gym** [1] - 553:1

## H

**hacking** [1] - 526:14
**hair** [1] - 521:5
**half** [18] - 351:11,
526:17, 595:1,
595:3, 595:5,
615:10, 615:11,
621:4, 630:7,
630:19, 630:21,
631:10, 631:12,
631:14, 632:8,
634:2, 637:2, 637:18
**hand** [19] - 410:17,
410:20, 442:17,
444:19, 447:25,
501:18, 508:18,
526:10, 526:14,
529:9, 529:10,
562:3, 571:20,
571:21, 571:25,
572:2, 586:3, 586:4,
586:5
**handed** [10] - 379:20,
380:23, 503:6,
503:14, 506:4,
506:20, 507:8,
507:12, 519:24,
521:1
**handle** [1] - 441:17
**handled** [1] - 375:5
**hands** [4] - 529:7,
551:20, 551:21,
562:12
**handwriting** [2] -
560:3, 560:8
**handwritten** [5] -
560:8, 560:9,
560:11, 560:12,
561:11
**hang** [1] - 333:5,
514:5, 520:6
**hanging** [2] - 520:1,
621:19

**hangs** [1] - 509:25
**happy** [1] - 365:8
**hard** [4] - 337:12,
367:20, 413:24,
430:17
**hardware** [1] - 526:9
**head** [3] - 531:6,
533:17, 535:3
**headed** [6] - 505:13,
509:4, 518:1, 518:2,
530:22, 531:3
**heads** [1] - 634:21
**hear** [21] - 327:7,
334:25, 337:12,
345:8, 345:11,
369:24, 373:13,
386:18, 411:17,
436:18, 436:20,
456:7, 456:14,
457:8, 505:23,
509:19, 522:10,
523:18, 548:12,
597:5
**heard** [13] - 360:2,
360:5, 360:6,
388:13, 457:11,
457:17, 457:22,
504:1, 509:23,
523:12, 548:11,
548:14, 590:21
**hearing** [3] - 330:4,
367:20, 479:20
**hears** [1] - 475:4
**hearsay** [2] - 473:23,
476:7
**heavier** [1] - 632:16
**heavy** [1] - 631:3
**HEINEMAN** [78] -
343:13, 348:21,
350:13, 353:2,
354:9, 354:16,
355:19, 356:23,
358:1, 361:23,
364:11, 364:13,
365:3, 366:9,
367:23, 367:25,
369:12, 369:18,
370:8, 371:4,
373:18, 373:19,
376:17, 392:15,
394:21, 395:17,
395:22, 395:23,
396:6, 409:12,
411:5, 411:15,
430:5, 434:1, 435:1,
442:3, 448:23,
450:17, 452:5,
454:5, 454:8, 455:5,
459:10, 459:15,
465:13, 465:15,

473:2, 479:6,
484:10, 488:11,
493:17, 499:13,
519:4, 524:4,
537:23, 546:11,
555:20, 567:1,
570:4, 575:18,
575:21, 576:15,
577:2, 577:4, 577:7,
582:19, 598:23,
600:22, 600:23,
604:2, 606:16,
611:20, 614:9,
615:18, 615:25,
617:23, 635:22,
636:18
**Heineman** [15] -
354:8, 364:10,
371:3, 373:17,
394:19, 442:2,
459:13, 465:12,
479:3, 479:5, 484:9,
561:17, 566:24,
575:17, 598:21
**held** [4] - 413:22,
463:23, 501:25,
609:1
**help** [8] - 366:22,
416:18, 445:17,
465:17, 497:3,
573:10, 599:23,
599:24
**helped** [1] - 592:6
**helping** [5] - 426:10,
446:1, 525:18,
592:5, 627:3
**Hendershot** [1] -
410:13
**Hensley** [7] - 633:5,
633:11, 633:25,
635:11, 636:3,
637:10, 637:11
**hi** [1] - 513:15
**hidden** [3] - 373:6,
497:7, 501:13
**hide** [2] - 542:1, 629:3
**hiding** [1] - 373:9
**himself** [4] - 415:20,
445:20, 568:14,
592:24
**Hispanic** [1] - 521:5
**Hites** [5] - 621:24,
622:5, 622:11,
628:23, 628:24
**hmm** [15] - 353:11,
402:17, 423:21,
528:16, 544:20,
552:16, 552:18,
572:5, 573:12,
588:16, 593:7,

608:17, 613:9,
628:1, 629:20
**hold** [5] - 357:5,
406:24, 437:23,
438:2, 464:1
**holding** [2] - 357:22,
390:6
**home** [7] - 339:25,
341:17, 363:2,
498:17, 525:12,
528:23, 553:10
**Honda** [1] - 381:11
**honestly** [1] - 520:5
**Hooters** [1] - 543:9
**hop** [1] - 531:5
**hope** [8] - 362:21,
362:24, 460:14,
460:17, 491:13,
491:16, 584:9,
612:18
**hopefully** [1] - 443:10
**hopes** [1] - 400:8
**hoping** [3] - 388:2,
388:9, 600:6
**horse** [1] - 477:15
**hotel** [1] - 330:3
**hour** [2] - 351:6
**hours** [11] - 497:4,
498:5, 502:10,
509:7, 510:3,
510:12, 514:5,
522:20, 523:15,
548:17, 616:13
**house** [107] - 332:20,
334:12, 335:12,
336:19, 336:20,
336:21, 336:22,
337:20, 337:22,
337:25, 338:4,
338:17, 339:14,
339:18, 340:13,
340:16, 341:9,
341:15, 342:5,
342:6, 343:6,
343:19, 378:1,
382:12, 386:10,
388:21, 388:24,
415:12, 417:16,
422:8, 422:16,
423:14, 424:4,
424:7, 425:22,
452:14, 457:15,
463:7, 492:16,
492:17, 494:14,
494:16, 495:19,
498:22, 504:15,
509:10, 509:15,
509:16, 509:17,
513:5, 513:8, 514:2,
515:17, 515:18,

517:23, 525:20, 525:22, 529:4, 531:1, 531:3, 531:6, 531:10, 532:4, 532:9, 532:11, 532:21, 533:13, 533:18, 533:25, 534:9, 534:10, 534:19, 536:14, 540:19, 541:12, 541:14, 541:17, 542:6, 542:14, 543:2, 545:23, 548:1, 562:7, 562:19, 562:23, 566:11, 566:16, 570:23, 571:4, 571:5, 571:7, 571:8, 571:12, 571:14, 571:22, 572:8, 572:12, 585:11, 591:8, 591:10, 592:24, 603:14, 603:15, 614:4, 614:22, 614:25

**hundred** [9] - 334:23, 335:7, 548:4, 548:8, 595:16, 630:11, 631:13, 637:20
**hung** [2] - 528:6, 623:18
**hurry** [1] - 559:24
**Huttig** [1] - 492:5

## I

**I-10** [1] - 520:14
**icicles** [2] - 629:12, 629:13
**Idaho** [99] - 329:8, 329:13, 329:14, 331:12, 331:13, 355:10, 355:13, 366:11, 367:1, 367:5, 367:9, 367:14, 367:17, 368:2, 368:7, 368:11, 368:19, 369:14, 371:14, 374:1, 374:2, 375:25, 379:12, 385:13, 393:22, 394:7, 402:14, 403:17, 403:18, 403:19, 406:22, 406:25, 407:2, 407:9, 407:11, 407:13, 410:1, 412:21, 413:23, 414:1, 417:8, 427:14, 433:1,

457:2, 469:12, 469:13, 471:20, 471:24, 472:3, 472:9, 472:16, 480:14, 489:9, 491:8, 494:15, 495:1, 495:7, 495:12, 496:9, 496:10, 496:18, 497:1, 513:7, 514:8, 514:10, 514:16, 515:4, 517:18, 518:1, 518:11, 518:14, 520:9, 521:23, 523:7, 524:2, 525:3, 525:8, 525:9, 525:11, 528:24, 534:22, 539:8, 539:10, 539:20, 561:21, 561:24, 567:13, 567:16, 569:3, 580:10, 584:25, 600:8, 608:2, 608:6, 617:2, 618:21, 620:13, 622:20
**idea** [5] - 388:10, 394:23, 395:3, 395:6, 473:17
**identification** [1] - 340:5
**identified** [17] - 336:1, 340:19, 342:6, 420:4, 435:23, 462:11, 489:22, 533:3, 533:5, 542:7, 549:20, 561:12, 586:7, 626:23, 628:25, 634:16, 637:14
**identifying** [1] - 575:9
**IDs** [2] - 538:25, 539:6
**illegal** [4] - 487:2, 519:17, 580:15, 609:11
**impair** [1] - 491:1
**impeachment** [1] - 558:7
**important** [1] - 442:8
**impression** [1] - 477:4
**improper** [1] - 365:25, 369:6, 370:5, 444:14, 477:3
**inaccurate** [1] - 478:6
**incarcerated** [1] - 358:20
**inch** [1] - 629:15
**inches** [1] - 629:15
**inclination** [1] - 441:8
**including** [1] - 554:12

**incorrect** [1] - 409:14
**increase** [4] - 589:4, 589:6, 631:9, 637:3
**increased** [1] - 631:7
**indicated** [2] - 339:23, 369:10
**Indicating** [2] - 460:3, 606:19
**indicating** [2] - 508:19, 527:12
**indicating)** [3] - 362:9, 567:21, 585:25
**indictment** [1] - 479:15
**Indio** [1] - 329:22
**individual** [14] - 339:13, 339:17, 379:18, 380:4, 380:9, 380:16, 381:15, 436:1, 502:10, 502:16, 503:13, 504:14, 520:22, 527:14
**individuals** [5] - 399:15, 504:8, 560:4, 560:14, 575:9
**informant** [11] - 600:20, 600:25, 601:10, 601:19, 602:18, 604:8, 605:9, 605:12, 605:25, 606:8
**information** [26] - 338:16, 390:21, 397:1, 397:18, 397:21, 397:24, 398:8, 398:12, 399:18, 399:20, 400:3, 400:9, 400:22, 404:24, 405:2, 405:5, 458:2, 473:22, 474:21, 486:10, 491:6, 493:23, 556:9, 557:20, 569:23
**inquire** [7] - 337:6, 338:9, 406:17, 412:11, 485:6, 578:22, 607:18
**inquiring** [1] - 445:1
**inquiry** [2] - 337:17, 440:23
**Inside** [1] - 553:11
**inside** [17] - 421:21, 471:17, 494:16, 499:5, 499:16, 499:18, 522:1, 522:22, 525:20, 525:22, 541:10, 541:16, 542:1,

552:3, 553:3, 553:10, 572:12
**instead** [1] - 572:13
**instruct** [1] - 327:22
**instructing** [1] - 576:21
**intend** [2] - 442:11, 555:14
**intent** [5] - 360:25, 399:25, 400:7, 458:19, 610:24
**intentionally** [1] - 380:12
**intentions** [2] - 601:13, 601:15
**interest** [2] - 346:25, 409:1
**interested** [3] - 587:18, 587:20, 590:3
**INTERPRETER** [2] - 522:9, 524:5
**interpreter** [1] - 522:9
**interrupting** [1] - 339:1
**interview** [20] - 370:3, 382:11, 382:15, 382:16, 390:15, 397:5, 397:9, 397:17, 398:24, 457:16, 462:4, 462:5, 462:7, 463:17, 468:3, 557:7, 557:18, 564:24, 576:17, 601:6
**interviewed** [15] - 366:10, 385:21, 461:10, 462:13, 472:17, 478:14, 478:16, 563:7, 563:16, 565:13, 565:21, 566:14, 575:25, 600:8, 600:13
**interviewing** [1] - 602:25
**interviews** [4] - 382:10, 390:14, 556:10, 560:2
**introduce** [5] - 414:22, 432:7, 432:17, 590:4, 602:12
**introduced** [15] - 426:18, 427:1, 431:22, 545:25, 576:10, 576:19, 576:22, 590:15, 592:19, 602:9, 604:12, 619:20,

619:23, 619:24
**introducing** [1] - 431:4
**investigation** [1] - 606:4
**investigations** [1] - 407:18
**invited** [1] - 517:18
**involved** [18] - 346:22, 392:3, 392:6, 399:1, 441:2, 457:13, 458:10, 473:11, 554:10, 560:4, 560:16, 561:13, 573:17, 575:9, 580:15, 580:20, 610:5, 614:16
**involving** [4] - 453:19, 487:12, 609:23
**issue** [2] - 337:13, 476:24
**issues** [1] - 444:17
**items** [1] - 556:13
**itself** [1] - 354:17

## J

**jail** [3] - 395:25, 599:22, 601:22
**Jake** [7] - 617:1, 617:17, 618:4, 618:8, 632:23, 637:13, 637:16
**January** [20] - 327:2, 368:12, 368:15, 368:22, 368:25, 369:2, 369:10, 369:14, 376:11, 376:12, 378:13, 401:16, 440:5, 445:9, 445:12, 466:17, 589:21, 628:18, 631:3, 631:5
**Jeep** [13] - 513:6, 515:20, 515:21, 517:24, 518:18, 520:10, 523:2, 531:5, 531:6, 532:10, 539:12, 539:16
**jeeps** [1] - 374:15
**Jeeps** [5] - 513:5, 513:12, 513:16, 513:18, 513:24
**Jesus** [13] - 327:9, 435:25, 449:11, 455:3, 455:15, 455:18, 489:23, 539:5, 585:15, 585:16, 586:7,

626:23

**Jim** [56] - 327:10, 332:10, 332:11, 332:17, 332:19, 332:21, 333:9, 333:15, 342:4, 384:16, 388:14, 388:19, 400:20, 402:22, 404:15, 416:23, 419:14, 419:15, 420:4, 420:9, 420:16, 421:13, 422:21, 425:7, 425:8, 425:9, 426:8, 440:3, 462:1, 462:8, 482:17, 483:1, 483:4, 483:25, 504:9, 523:22, 530:23, 530:24, 531:19, 532:6, 532:15, 533:3, 540:22, 540:25, 541:3, 542:4, 544:1, 565:14, 565:22, 571:16, 571:19, 572:4, 572:19, 572:21, 598:13

**Jim's** [28] - 342:1, 342:3, 388:16, 389:22, 390:10, 422:8, 422:16, 422:18, 531:6, 531:10, 532:4, 532:9, 532:11, 532:20, 540:19, 541:12, 541:14, 541:16, 542:6, 542:14, 566:11, 566:20, 569:13, 571:3, 571:11, 571:24, 572:1, 572:18

**job** [7] - 355:9, 355:12, 413:21, 415:17, 455:20, 468:1, 518:24

**jobs** [5] - 413:13, 413:14, 431:25, 609:1, 609:2

**John** [2] - 632:24, 636:5

**Johnny** [30] - 411:23, 412:7, 547:13, 547:20, 547:22, 547:23, 548:1, 548:5, 569:24, 570:1, 591:6, 591:7, 591:22, 592:6, 618:24, 618:25,

619:4, 619:15, 619:20, 619:25, 620:15, 621:7, 621:10, 621:12, 623:14, 625:1, 625:5, 625:7, 625:12, 632:23

**JOHNNY** [2] - 412:2, 412:8

**Johnson** [1] - 410:12

**join** [1] - 621:20

**joint** [1] - 551:13

**Jonathan** [1] - 636:13

**Jordan** [1] - 596:8

**Jose** [28] - 329:9, 330:9, 330:17, 331:1, 332:5, 333:17, 335:11, 348:1, 349:12, 349:15, 351:23, 355:12, 356:11, 374:23, 376:10, 376:15, 381:4, 388:22, 393:11, 394:3, 415:4, 415:6, 435:24, 493:8, 493:12, 620:5, 626:15

**Jose's** [4] - 329:11, 347:25, 348:11, 349:25

**Juarez** [1] - 467:20

**Judge** [1] - 613:4

**judge** [5] - 364:7, 388:11, 461:4, 492:1, 584:21

**judges** [1] - 444:2

**July** [16] - 377:22, 377:24, 378:6, 382:10, 382:16, 386:17, 396:20, 397:3, 397:5, 397:9, 397:17, 397:21, 399:18, 569:23, 584:23

**jump** [1] - 572:22

**jumped** [3] - 499:14, 551:18, 551:19

**June** [5] - 358:24, 428:21, 479:23, 601:6, 605:4

**juror** [2] - 440:22, 638:7

**jurors** [8] - 327:5, 327:14, 441:6, 442:14, 443:17, 443:19, 443:24, 444:6

**Jury** [5] - 327:3, 440:19, 443:15,

524:17, 578:3

**jury** [59] - 327:10, 340:1, 340:8, 343:9, 343:15, 348:17, 348:23, 350:9, 350:15, 352:23, 353:4, 354:2, 355:17, 355:21, 356:19, 356:25, 357:22, 358:3, 362:12, 380:3, 408:7, 411:1, 411:7, 418:11, 422:10, 430:1, 430:7, 434:20, 440:21, 441:1, 441:12, 441:13, 442:21, 443:20, 445:2, 448:25, 450:19, 451:25, 452:7, 459:6, 459:12, 459:25, 475:4, 476:24, 488:13, 524:11, 524:18, 555:16, 555:22, 578:5, 582:21, 611:22, 614:12, 617:19, 617:25, 635:15, 635:24, 636:15, 636:20

**jury's** [1] - 477:4

## K

**K.C** [11] - 633:8, 633:9, 633:10, 633:16, 633:17, 633:19, 633:24, 635:11, 636:3, 637:10, 637:11

**Karcher** [3] - 548:21, 548:22, 551:4

**keep** [9] - 327:18, 355:6, 356:14, 357:15, 372:8, 372:13, 421:22, 431:25, 447:14

**keeping** [1] - 447:11

**kept** [3] - 373:6, 390:4, 554:5

**keys** [1] - 507:8

**kids** [1] - 530:13

**kind** [23] - 344:10, 367:21, 413:13, 416:19, 439:6, 486:7, 486:15, 516:20, 521:5, 521:6, 521:9, 525:6, 536:22, 537:9, 543:11, 547:9,

551:6, 559:9, 559:17, 560:1, 580:7, 622:10

**kinds** [1] - 544:13

**Kingsgate** [3] - 584:24, 585:4, 603:17

**knowing** [3] - 492:21, 537:18

**knowledge** [8] - 339:17, 387:2, 439:10, 454:16, 472:4, 493:18, 553:15, 606:4

**known** [13] - 431:14, 435:24, 435:25, 469:6, 489:23, 490:13, 492:13, 586:8, 618:25, 625:24, 626:24, 633:10, 634:5

**knows** [2] - 568:19, 568:20, 616:2

**Kristopher** [1] - 633:5

**Kuna** [3] - 420:13, 531:14

## L

**L.A** [1] - 485:21

**labor** [1] - 580:8

**ladies** [3] - 440:12, 524:7, 638:3

**lady** [1] - 537:22

**lady's** [1] - 596:7

**laid** [2] - 337:5, 340:4

**Lake** [1] - 536:19

**Lamprecht** [19] - 328:5, 337:8, 354:15, 354:18, 388:5, 402:9, 412:11, 445:5, 476:22, 477:13, 479:8, 484:11, 524:22, 538:9, 570:7, 577:8, 578:4, 578:6, 607:18

**LAMPRECHT** [244] - 328:6, 328:13, 330:20, 335:2, 335:5, 335:25, 336:4, 336:25, 337:10, 337:14, 337:18, 338:6, 338:25, 339:5, 339:8, 340:11, 343:7, 343:17, 348:15, 348:25, 350:7, 350:17, 352:21, 353:6,

353:11, 353:12, 353:25, 354:6, 354:20, 355:15, 355:23, 356:17, 357:2, 357:4, 357:20, 358:5, 358:15, 361:17, 362:3, 362:6, 362:11, 362:13, 364:8, 365:24, 369:4, 369:15, 370:5, 370:11, 370:19, 381:24, 388:7, 392:23, 393:1, 393:4, 393:5, 394:14, 394:17, 395:13, 395:15, 398:10, 402:10, 402:12, 404:6, 405:25, 406:7, 406:18, 406:20, 408:4, 408:8, 408:9, 408:21, 408:23, 409:10, 409:24, 410:24, 411:9, 411:23, 412:13, 412:15, 418:8, 418:12, 418:13, 420:3, 420:7, 422:2, 422:5, 422:10, 422:14, 422:15, 423:21, 423:24, 429:6, 429:8, 429:24, 430:9, 433:8, 433:11, 433:13, 433:14, 433:22, 434:6, 434:18, 434:22, 434:24, 435:3, 435:22, 436:6, 440:10, 441:20, 442:6, 442:20, 442:23, 445:7, 448:17, 449:2, 450:12, 450:21, 451:6, 451:8, 451:10, 451:17, 451:22, 452:9, 454:11, 454:17, 455:9, 459:5, 459:18, 460:4, 461:5, 473:23, 474:3, 474:12, 475:10, 475:14, 475:19, 475:21, 476:25, 477:6, 477:11, 479:10, 481:8, 481:10, 483:17, 484:13, 484:19, 485:7, 485:9, 488:6,

488:15, 489:1,
489:21, 490:1,
490:7, 490:9,
493:22, 500:3,
501:9, 507:24,
508:2, 511:9,
511:11, 511:13,
519:6, 519:12,
522:17, 524:24,
524:25, 526:22,
530:9, 533:2, 533:6,
538:1, 538:4, 538:6,
538:10, 538:18,
544:20, 544:21,
546:6, 546:14,
550:18, 550:20,
555:9, 555:13,
555:15, 555:25,
558:2, 570:11,
570:17, 574:23,
576:6, 577:10,
577:12, 577:19,
578:8, 578:23,
578:25, 579:8,
579:15, 579:20,
579:24, 579:25,
582:3, 582:14,
582:23, 583:14,
583:16, 586:6,
586:10, 587:7,
587:11, 597:15,
597:19, 598:5,
604:6, 606:11,
606:21, 607:2,
607:19, 607:21,
611:14, 611:24,
614:6, 614:14,
615:22, 616:2,
616:7, 617:18,
618:2, 625:16,
625:17, 626:22,
627:1, 634:15,
634:22, 635:3,
635:4, 635:14,
636:1, 636:14,
636:22, 637:25,
638:2
**Larry** [3] - 617:3,
617:4, 618:21
**Las** [1] - 497:2
**last** [42] - 359:8,
362:4, 367:22,
368:9, 368:18,
388:16, 413:21,
414:20, 417:3,
422:18, 425:14,
431:5, 449:14,
457:11, 459:19,
467:11, 478:2,
481:14, 489:8,
490:2, 490:3,

490:19, 501:16,
502:24, 503:2,
503:3, 507:13,
513:3, 522:10,
539:18, 580:9,
589:25, 596:9,
596:11, 596:25,
597:3, 597:5,
597:20, 597:24,
607:14, 607:15,
610:16
**last..** [1] - 522:11
**late** [5] - 509:13,
514:15, 515:1, 618:5
**law** [22] - 350:23,
377:21, 377:25,
378:5, 390:14,
390:15, 390:25,
396:13, 396:18,
397:1, 399:18,
404:25, 407:7,
476:19, 542:13,
556:20, 557:18,
560:2, 560:19,
560:21, 600:25,
604:9
**law-enforcement** [1] -
407:7
**LAWRENCE** [1] -
607:8
**Lawrence** [1] - 607:13
**laws** [1] - 407:19
**lay** [1] - 337:9
**laying** [1] - 454:13
**learn** [13] - 415:22,
416:1, 455:1, 455:6,
455:10, 493:13,
493:20, 493:21,
493:23, 498:8,
619:16, 619:19,
624:25
**learned** [3] - 415:24,
454:6, 493:15
**least** [5] - 462:15,
505:13, 628:10,
631:10
**leave** [19] - 330:10,
381:1, 385:6,
416:17, 442:5,
486:11, 508:10,
508:22, 514:3,
518:13, 535:9,
548:8, 548:9, 561:1,
561:5, 608:15,
608:16, 638:13
**leaves** [1] - 477:3
**leeway** [3] - 393:2,
393:3, 395:21
**left** [53] - 329:13,
330:23, 336:8,

338:21, 341:12,
344:18, 345:7,
379:21, 380:1,
380:23, 385:4,
385:8, 418:23,
419:1, 445:20,
452:13, 457:21,
469:17, 486:16,
496:7, 496:11,
500:8, 500:8,
508:23, 510:12,
514:11, 514:19,
514:20, 514:21,
518:4, 521:24,
531:15, 534:22,
535:17, 536:8,
536:21, 539:10,
539:12, 539:13,
539:17, 539:22,
540:1, 546:24,
548:4, 553:7,
567:10, 570:2,
571:9, 606:6,
608:24, 621:17,
621:21, 622:15
**legally** [1] - 574:22
**legit** [1] - 537:5
**legitimate** [3] -
415:16, 455:20,
518:24
**length** [1] - 493:3
**less** [1] - 396:2
**lessen** [1] - 600:5
**letters** [1] - 372:16
**levels** [1] - 464:6
**liberty** [3] - 513:7,
518:18, 539:16
**license** [1] - 497:14
**licenses** [1] - 539:9
**lie** [7] - 391:15,
391:20, 396:18,
397:14, 398:18,
601:13, 601:15
**lied** [2] - 396:15, 397:8
**life** [7] - 364:20,
377:16, 383:1,
580:14, 599:14,
599:21, 619:2
**lifted** [1] - 515:21
**Lightning** [3] - 541:6,
541:23, 549:19
**lights** [1] - 547:9
**limit** [1] - 577:23
**limited** [1] - 393:3
**Lincoln** [6] - 495:19,
497:8, 499:3, 507:2,
507:9
**line** [5] - 370:12,
414:8, 612:5, 612:9
**lines** [1] - 435:21

**list** [1] - 575:8
**listed** [2] - 472:19,
575:10
**listen** [1] - 468:8
**listening** [1] - 441:3
**litigation** [1] - 443:22
**live** [7] - 420:12,
423:16, 428:18,
480:15, 481:3,
585:1, 585:5
**lived** [14] - 417:5,
420:10, 428:15,
480:13, 480:18,
481:1, 481:4,
504:14, 531:19,
571:13, 585:3,
614:22, 616:25,
617:9
**lives** [3] - 513:22,
531:16, 535:21
**living** [25] - 340:22,
340:23, 340:25,
410:4, 410:6, 414:9,
427:8, 427:9, 429:3,
445:11, 445:13,
472:12, 472:15,
480:16, 486:2,
486:13, 492:17,
529:9, 543:19,
584:22, 613:6,
613:15, 618:4,
623:12, 626:1
**loaded** [1] - 508:16
**loading** [1] - 508:16
**local** [1] - 437:14
**located** [1] - 337:22
**location** [2] - 339:24,
340:5
**locations** [1] - 399:7
**logbook** [2] - 429:10,
429:11
**look** [12] - 353:18,
417:21, 429:18,
429:23, 430:18,
447:23, 450:3,
501:24, 559:16,
582:24, 611:25,
629:11
**looked** [8] - 337:25,
352:18, 381:5,
521:3, 526:25,
568:8, 629:12,
629:13
**looking** [10] - 354:25,
436:22, 447:21,
510:18, 525:24,
584:17, 590:19,
599:3, 599:8, 599:20
**looks** [3] - 440:7,
489:20, 532:25

**Los** [2] - 485:22,
485:23
**lost** [1] - 479:4
**love** [1] - 533:20
**Loveland** [19] -
327:10, 383:16,
383:21, 384:10,
385:18, 385:23,
386:13, 388:14,
388:15, 404:15,
420:5, 441:23,
462:2, 462:8,
462:16, 533:3,
533:5, 562:4, 598:13
**Loveland's** [4] -
383:19, 400:20,
401:1, 463:7
**lower** [1] - 363:3
**Luis** [5] - 414:19,
414:22, 467:9,
467:18, 467:19
**Luis'** [1] - 414:20
**lunch** [2] - 530:18,
552:4
**lying** [1] - 373:10

---

## M

**M-A-R-T-I-N-E-Z** [1] -
578:20
**ma'am** [11] - 413:20,
432:11, 486:25,
487:13, 487:21,
489:5, 580:3,
580:24, 581:19,
598:14, 606:5
**magically** [1] - 568:17
**magistrate** [3] -
479:14, 480:4, 480:8
**main** [2] - 346:25,
497:15
**Main** [2] - 613:16,
614:3
**majority** [1] - 569:1
**Mall** [3] - 548:21,
548:22, 551:4
**mall** [5] - 345:23,
345:24, 346:13,
349:1, 380:1
**man** [2] - 620:23,
626:19
**Mann's** [3] - 536:18,
536:21, 536:22
**manner** [1] - 469:2
**mannerisms** [1] -
559:13
**Manuel** [2] - 563:9,
565:12
**manufacture** [1] -
610:3

**March** [14] - 384:3, 384:4, 393:24, 394:1, 394:2, 401:20, 403:13, 495:16, 495:18, 547:25, 556:14, 570:19, 570:21, 628:18

**marijuana** [12] - 487:5, 487:6, 487:8, 487:12, 487:19, 489:8, 490:19, 491:18, 580:21, 580:22, 609:14, 609:21

**Mario** [16] - 333:9, 333:16, 426:8, 440:3, 504:9, 523:22, 535:20, 535:21, 535:23, 536:5, 544:2, 569:12, 571:5, 577:19, 578:9, 578:17

**MARIO** [2] - 578:12, 578:20

**Mario's** [1] - 571:14

**mark** [3] - 488:24, 506:19, 612:6

**marked** [59] - 336:14, 342:21, 348:4, 349:18, 352:8, 353:8, 355:25, 357:9, 361:7, 361:14, 408:2, 408:17, 409:4, 410:18, 417:19, 421:25, 423:4, 423:19, 427:19, 431:8, 433:6, 434:10, 447:20, 451:3, 458:16, 459:2, 481:7, 488:1, 490:6, 498:19, 500:24, 507:23, 511:8, 531:25, 534:12, 534:17, 536:2, 541:22, 544:18, 546:2, 547:19, 550:14, 552:20, 581:21, 581:24, 590:8, 591:2, 592:9, 611:6, 613:18, 613:24, 617:13, 619:11, 622:1, 623:3, 625:15, 627:15, 635:5, 636:9

**marks** [1] - 568:8

**married** [2] - 410:14,

580:12

**Martin** [8] - 417:13, 418:3, 418:4, 419:12, 425:17, 482:17, 483:8, 484:1

**Martinez** [9] - 577:19, 577:21, 578:9, 578:10, 578:17, 579:1, 584:22, 598:12, 606:18

**MARTINEZ** [1] - 578:12

**Math** [1] - 609:8

**matter** [3] - 510:2, 595:24, 597:7

**matters** [9] - 441:6, 441:15, 442:16, 443:21, 444:1, 444:4, 444:8, 444:15, 445:1

**maximum** [1] - 377:11

**Mayo** [1] - 334:5

**Mayweather** [1] - 542:22

**MDF** [2] - 540:13, 540:15

**mean** [12] - 331:22, 455:15, 476:13, 482:15, 483:14, 497:25, 514:11, 557:12, 561:8, 568:23, 597:21, 607:6

**meant** [1] - 598:4

**meanwhile** [5] - 499:1, 534:2, 535:12, 549:2, 551:20

**meet** [31] - 345:21, 346:15, 351:23, 380:1, 386:12, 386:15, 414:10, 414:12, 414:15, 432:19, 466:9, 469:8, 469:10, 469:14, 469:18, 492:22, 547:23, 548:20, 586:15, 591:7, 592:4, 592:14, 603:13, 603:20, 620:10, 620:12, 625:8, 625:23, 629:21, 629:22

**meeting** [5] - 378:6, 432:16, 470:7, 492:8, 556:21

**member** [1] - 586:17

**memory** [1] - 491:1

**mention** [3] - 391:21, 396:21, 462:3

**mentioned** [5] - 354:12, 434:7, 472:20, 569:25, 598:24

**Mesa** [1] - 515:23

**message** [1] - 395:24

**met** [35] - 335:13, 340:13, 379:19, 426:24, 465:20, 465:24, 466:5, 467:8, 472:7, 472:8, 472:10, 483:1, 490:16, 492:4, 492:9, 492:23, 511:2, 547:24, 548:2, 565:8, 573:20, 576:3, 576:9, 586:11, 586:13, 586:16, 586:20, 587:8, 588:11, 598:12, 625:2, 625:24, 627:21, 627:24

**meth** [118] - 331:3, 331:21, 331:23, 342:10, 344:12, 344:21, 346:22, 349:2, 366:18, 366:25, 367:4, 368:2, 368:6, 368:10, 368:11, 368:15, 368:19, 373:25, 374:2, 375:24, 376:14, 378:16, 379:23, 380:4, 381:16, 382:20, 382:24, 383:1, 423:10, 427:4, 446:5, 446:11, 446:13, 447:17, 468:10, 468:14, 468:16, 468:18, 483:5, 483:8, 483:13, 483:15, 495:6, 496:14, 498:6, 499:4, 499:10, 499:24, 500:9, 503:13, 504:16, 505:1, 505:22, 506:14, 522:22, 527:7, 527:14, 527:15, 527:16, 527:19, 528:23, 530:25, 532:8, 534:3, 536:12, 540:17, 541:8, 541:9, 541:16, 541:19, 543:14, 549:3, 550:1, 550:7,

550:10, 550:23, 551:9, 551:20, 557:5, 562:7, 562:8, 568:6, 568:17, 569:5, 570:3, 571:22, 572:11, 572:14, 572:16, 573:1, 573:2, 573:6, 574:12, 576:11, 602:1, 602:7, 608:20, 609:21, 610:6, 610:10, 610:21, 618:9, 618:12, 618:15, 619:17, 621:4, 621:10, 621:18, 624:1, 624:21, 625:1, 627:12, 628:8, 628:13, 629:4, 632:9, 632:15

**methamphetamine** [160] - 328:24, 331:11, 332:7, 332:16, 333:21, 334:1, 341:8, 341:15, 347:7, 347:10, 351:8, 360:25, 379:3, 379:6, 379:11, 380:21, 384:10, 386:5, 387:8, 392:4, 392:8, 392:13, 394:7, 405:14, 418:16, 419:4, 419:5, 419:9, 419:18, 420:9, 421:12, 421:17, 422:20, 423:12, 424:13, 426:12, 426:14, 426:22, 432:6, 432:21, 438:22, 438:24, 439:20, 439:25, 445:18, 446:17, 446:20, 446:25, 447:13, 447:14, 457:13, 458:19, 461:15, 464:15, 464:16, 482:3, 482:11, 495:10, 499:22, 502:7, 503:25, 504:11, 504:19, 519:20, 519:23, 527:21, 528:4, 529:2, 532:6, 533:8, 535:19, 536:7, 536:8, 539:18, 539:20, 545:16, 546:17, 549:10, 549:14, 553:16, 553:25,

554:3, 554:11, 556:24, 560:5, 562:3, 571:20, 571:24, 574:9, 574:19, 580:18, 580:23, 581:6, 581:8, 587:14, 588:11, 588:14, 589:18, 589:23, 589:24, 590:3, 590:14, 591:15, 591:19, 591:22, 592:5, 592:19, 592:24, 593:25, 594:1, 594:4, 594:9, 594:20, 594:22, 595:2, 595:11, 595:22, 596:1, 596:11, 596:15, 603:7, 605:4, 605:8, 605:11, 605:25, 608:22, 609:10, 609:23, 610:8, 610:13, 610:24, 614:16, 614:25, 615:4, 615:7, 618:20, 619:3, 620:4, 621:6, 624:7, 626:4, 626:6, 626:9, 626:10, 627:3, 627:21, 627:23, 628:20, 629:5, 629:11, 629:16, 629:25, 630:1, 630:6, 632:1, 632:7, 632:12, 633:13, 633:20, 633:25

**methamphetamines** [12] - 367:8, 416:20, 418:7, 423:1, 436:22, 437:10, 437:20, 438:1, 438:21, 439:12, 439:16, 445:23

**Mexican** [2] - 381:11, 529:24

**Mexico** [36] - 329:2, 329:4, 341:11, 365:22, 375:2, 394:6, 402:20, 402:25, 403:11, 403:12, 405:21, 416:18, 445:20, 449:7, 456:6, 470:12, 470:13, 481:15, 496:4, 505:8, 516:5, 516:16, 516:23, 518:12, 535:4, 537:22, 550:9, 553:22, 563:11,

563:12, 564:10,
564:11, 564:14,
565:8, 573:24,
576:12
**Michael** [15] - 327:9,
336:2, 336:5,
337:19, 338:4,
340:19, 341:9,
341:15, 575:10,
633:23, 634:1,
634:3, 634:5, 634:8,
634:16
**microphone** [9] -
327:18, 330:5,
358:13, 365:1,
373:16, 404:4,
412:10, 579:12,
579:15
**middle** [3] - 374:18,
393:20, 494:9
**Middleton** [1] - 603:21
**midnight** [1] - 344:19
**might** [10] - 394:24,
395:3, 395:6,
408:25, 434:24,
442:7, 442:25,
535:10, 579:16
**Miguel** [2] - 565:5,
565:6
**Mike** [3] - 339:14,
378:1, 575:12
**miles** [3] - 492:19,
507:2, 608:9
**million** [2] - 377:12,
377:17
**mind** [3] - 476:25,
477:4, 563:18
**mine** [2] - 414:17,
614:5
**Mingo** [4] - 563:9,
573:11, 573:17,
575:22
**minimal** [1] - 464:6
**minute** [3] - 443:19,
577:16, 577:24
**minutes** [24] - 330:19,
336:7, 338:21,
359:6, 359:25,
424:10, 440:17,
443:9, 443:10,
492:20, 502:15,
508:23, 521:15,
526:11, 526:16,
532:12, 541:17,
545:5, 562:14,
570:9, 572:13,
634:20, 634:23
**misdemeanor** [1] -
487:14
**misheard** [1] - 467:22

**missed** [1] - 403:8
**misspoke** [2] -
459:16, 532:2
**mistake** [1] - 598:1
**Mitsubishi** [1] - 521:8
**Mo** [11] - 333:9,
333:16, 484:4,
504:9, 504:14,
523:22, 544:1,
562:17, 562:25,
563:3, 570:22
**Mo's** [3] - 562:19,
562:23, 571:12
**mom** [8] - 343:2,
372:16, 457:18,
457:19, 458:1,
493:16, 494:3
**mom's** [2] - 372:1,
494:3
**moment** [15] - 330:15,
339:7, 354:7, 378:9,
382:8, 394:14,
395:14, 408:6,
475:20, 519:9,
530:3, 575:8,
579:10, 587:5,
597:15
**Monday** [1] - 547:2
**money** [154] - 334:19,
335:6, 335:8, 346:3,
347:14, 347:18,
349:5, 349:6,
349:11, 349:12,
349:14, 349:23,
349:24, 349:25,
350:1, 350:3,
350:19, 350:24,
351:12, 351:18,
351:19, 351:20,
351:25, 352:4,
352:13, 352:15,
353:17, 353:19,
354:12, 354:14,
354:21, 354:24,
355:1, 355:4, 355:6,
357:15, 375:7,
380:21, 381:2,
415:19, 415:23,
415:25, 416:5,
421:19, 424:19,
448:6, 448:7, 448:8,
448:11, 448:13,
448:15, 449:3,
450:1, 450:9,
450:25, 451:15,
452:12, 452:15,
452:24, 453:3,
453:6, 453:10,
453:13, 453:16,
453:19, 454:21,

463:2, 463:4, 482:9,
498:6, 503:6,
504:20, 504:25,
505:9, 505:19,
506:3, 506:7, 506:9,
506:14, 506:21,
507:11, 508:20,
512:5, 512:6, 512:7,
512:13, 516:12,
516:19, 517:5,
519:2, 519:17,
523:14, 523:16,
527:22, 527:24,
528:1, 529:10,
529:11, 529:21,
530:1, 530:8,
532:13, 534:4,
540:16, 541:2,
541:18, 543:16,
545:7, 545:11,
546:19, 546:20,
550:7, 550:11,
550:12, 550:23,
550:25, 551:21,
553:3, 553:16,
553:21, 554:2,
554:6, 554:8, 557:1,
557:11, 557:13,
557:14, 562:9,
563:3, 563:11,
564:2, 564:12,
564:21, 571:23,
572:14, 572:23,
588:17, 593:14,
593:16, 593:18,
605:21, 605:24,
624:3, 624:18,
624:19, 628:9,
629:18, 629:19,
629:25
**Monte** [2] - 535:7,
535:10
**month** [18] - 384:2,
389:14, 392:11,
401:9, 404:18,
428:3, 428:25,
432:14, 480:1,
494:12, 586:25,
587:9, 593:3, 593:5,
593:6, 593:10, 631:2
**months** [11] - 371:15,
466:1, 466:24,
467:2, 467:6, 587:8,
622:12, 628:14,
628:17, 636:7,
636:24
**Moore** [8] - 587:23,
590:4, 590:12,
590:13, 590:17,
625:13, 625:22,
625:23

**morning** [12] - 341:25,
440:8, 496:23,
508:10, 508:14,
508:15, 509:2,
509:13, 514:2,
547:4, 638:5, 638:15
**Morris** [14] - 327:9,
334:13, 336:2,
336:5, 340:19,
341:15, 575:10,
575:12, 633:23,
634:1, 634:3, 634:5,
634:8, 634:17
**Morris'** [8] - 336:21,
336:22, 337:20,
338:4, 339:14,
341:9, 378:1, 382:11
**Moss** [5] - 531:16,
531:17, 531:19,
542:10
**most** [6] - 402:14,
479:11, 490:21,
558:21, 619:2,
629:12
**mostly** [1] - 446:9
**mother** [9] - 372:5,
372:9, 373:23,
387:10, 458:3,
469:18, 469:20,
469:23, 470:2
**motion** [5] - 464:10,
465:2, 599:6,
599:20, 600:4
**motives** [1] - 558:24
**mouth** [3] - 327:18,
579:13, 579:22
**move** [30] - 336:25,
338:6, 343:7,
348:15, 350:7,
352:21, 353:25,
355:15, 356:17,
357:20, 361:17,
410:25, 429:25,
433:22, 434:18,
448:17, 450:12,
451:17, 451:19,
459:5, 488:6, 546:6,
582:15, 611:14,
614:6, 617:18,
635:14, 635:17,
635:18, 636:14
**moved** [9] - 358:22,
418:18, 427:10,
451:19, 480:22,
585:10, 585:11,
616:25, 617:1
**movement** [1] -
443:23
**movie** [2] - 343:21,
546:21

**moving** [2] - 418:21,
440:7
**MR** [157] - 334:24,
337:4, 338:8,
338:12, 339:10,
339:11, 339:16,
343:12, 343:13,
348:20, 348:21,
350:12, 350:13,
353:1, 353:2, 354:5,
354:9, 354:16,
355:19, 356:22,
356:23, 357:25,
358:1, 361:22,
361:23, 364:11,
364:13, 365:3,
366:9, 367:23,
367:25, 369:12,
369:18, 370:8,
371:4, 373:13,
373:18, 373:19,
376:17, 376:21,
376:23, 376:25,
377:2, 382:6, 382:7,
383:5, 392:15,
394:21, 395:17,
395:22, 395:23,
396:6, 396:9,
396:11, 398:16,
400:11, 409:12,
411:4, 411:5,
411:13, 411:15,
430:4, 430:5, 434:1,
434:3, 435:1, 442:1,
442:3, 448:22,
448:23, 450:16,
450:17, 452:4,
452:5, 454:5, 454:8,
455:5, 459:9,
459:10, 459:15,
465:13, 465:15,
473:2, 473:5, 473:7,
473:9, 474:1, 474:5,
474:9, 474:15,
474:20, 475:5,
475:24, 476:3,
476:5, 476:15,
476:17, 476:19,
477:10, 477:14,
477:20, 477:24,
477:25, 478:23,
479:6, 484:8,
484:10, 488:10,
488:11, 493:17,
499:13, 519:4,
524:4, 537:23,
546:10, 546:11,
555:19, 555:20,
556:2, 556:5,
558:10, 558:13,
558:14, 561:15,

567:1, 570:4, 570:15, 575:2, 575:5, 575:15, 575:18, 575:21, 576:15, 577:2, 577:4, 577:7, 582:18, 582:19, 598:19, 598:23, 600:22, 600:23, 604:2, 606:15, 606:16, 611:19, 611:20, 614:9, 614:10, 615:18, 615:25, 617:22, 617:23, 635:21, 635:22, 636:17, 636:18

**MS** [291] - 328:6, 328:13, 330:20, 335:2, 335:5, 335:25, 336:4, 336:25, 337:3, 337:10, 337:14, 337:18, 338:6, 338:25, 339:5, 339:8, 340:11, 343:7, 343:11, 343:17, 348:15, 348:19, 348:25, 350:7, 350:11, 350:17, 352:21, 352:25, 353:6, 353:11, 353:12, 353:25, 354:4, 354:6, 354:20, 355:15, 355:23, 356:17, 356:21, 357:2, 357:4, 357:20, 357:24, 358:5, 358:15, 361:17, 361:21, 362:3, 362:6, 362:11, 362:13, 364:8, 365:24, 369:4, 369:15, 370:5, 370:11, 370:19, 381:24, 383:8, 383:10, 388:4, 388:7, 392:23, 393:1, 393:4, 393:5, 394:14, 394:17, 395:13, 395:15, 398:10, 400:15, 402:8, 402:10, 402:12, 404:6, 405:25, 406:7, 406:18, 406:20, 408:4, 408:8, 408:9, 408:21, 408:23, 409:10, 409:24,

410:24, 411:3, 411:9, 411:12, 411:18, 411:23, 412:13, 412:15, 418:8, 418:12, 418:13, 420:3, 420:7, 422:2, 422:5, 422:10, 422:14, 422:15, 423:21, 423:24, 429:6, 429:8, 429:24, 430:3, 430:9, 433:8, 433:11, 433:13, 433:14, 433:22, 433:25, 434:6, 434:18, 434:22, 434:24, 435:3, 435:22, 436:6, 440:10, 441:20, 441:23, 442:6, 442:20, 442:23, 445:7, 448:17, 448:21, 449:2, 450:12, 450:15, 450:21, 451:6, 451:8, 451:10, 451:17, 451:22, 452:3, 452:9, 454:11, 454:17, 455:9, 459:5, 459:8, 459:18, 460:4, 461:5, 461:9, 465:11, 473:23, 474:3, 474:12, 475:10, 475:14, 475:19, 475:21, 476:25, 477:6, 477:11, 479:10, 481:8, 481:10, 483:17, 483:20, 483:23, 484:6, 484:13, 484:19, 485:7, 485:9, 488:6, 488:9, 488:15, 489:1, 489:21, 490:1, 490:7, 490:9, 493:22, 500:3, 501:9, 507:24, 508:2, 511:9, 511:11, 511:13, 519:6, 519:12, 522:17, 524:24, 524:25, 526:22, 530:9, 533:2, 533:6, 538:1, 538:4, 538:6, 538:10, 538:18, 544:20, 544:21, 546:6, 546:9, 546:14, 550:18, 550:20, 555:9, 555:13, 555:15,

555:18, 555:25, 558:2, 561:19, 565:19, 565:20, 566:23, 570:11, 570:14, 570:17, 574:23, 575:1, 576:6, 577:10, 577:12, 577:19, 578:8, 578:23, 578:25, 579:8, 579:15, 579:20, 579:24, 579:25, 582:3, 582:14, 582:17, 582:23, 583:14, 583:16, 586:6, 586:10, 587:7, 587:11, 597:15, 597:19, 598:5, 598:8, 598:11, 598:18, 604:6, 606:11, 606:14, 606:21, 607:2, 607:19, 607:21, 611:14, 611:18, 611:24, 614:6, 614:8, 614:14, 615:22, 616:2, 616:7, 617:18, 617:21, 618:2, 625:16, 625:17, 626:22, 627:1, 634:15, 634:22, 635:3, 635:4, 635:14, 635:20, 636:1, 636:14, 636:22, 637:25, 638:2

**MSM** [1] - 632:13
**multiple** [1] - 387:8
**mushrooms** [2] - 609:14, 609:15
**must** [4] - 363:5, 409:8, 430:25, 432:15
**mutual** [2] - 414:16, 467:9

# N

**N-E-T-H** [1] - 406:16
**name** [95] - 342:16, 345:25, 379:17, 379:19, 380:3, 380:6, 380:10, 380:11, 380:13, 380:14, 380:20, 381:18, 383:20, 384:6, 388:16, 406:14, 406:15, 410:11, 412:5, 412:6, 412:7,

414:18, 414:20, 414:25, 415:1, 417:3, 420:14, 422:18, 425:14, 427:15, 428:9, 429:2, 429:4, 429:13, 430:15, 430:19, 431:2, 431:5, 433:20, 448:12, 449:8, 449:11, 449:14, 449:16, 454:2, 455:2, 455:11, 455:12, 455:14, 455:17, 462:3, 467:9, 467:11, 467:17, 476:14, 481:17, 481:18, 484:4, 485:2, 485:3, 488:22, 493:7, 498:8, 498:10, 502:16, 502:24, 503:2, 503:3, 504:14, 508:5, 523:18, 530:14, 537:4, 537:12, 539:1, 539:6, 547:13, 577:17, 578:7, 578:15, 578:16, 578:18, 585:17, 596:7, 596:9, 596:15, 602:10, 602:13, 602:14, 607:11, 607:12, 607:14, 607:15

**named** [12] - 399:6, 399:8, 417:13, 472:20, 482:4, 535:21, 548:1, 562:17, 563:9, 573:11, 590:4, 633:5
**names** [14] - 389:16, 389:18, 399:6, 399:8, 399:12, 399:15, 462:1, 504:4, 504:7, 504:8, 504:24, 596:14, 596:12, 596:17, 596:20
**Nampa** [20] - 345:20, 345:21, 346:1, 418:21, 418:22, 420:13, 421:14, 463:12, 480:16, 480:18, 480:24, 480:25, 481:4, 529:24, 548:24, 584:24, 585:4, 585:8, 603:17, 603:18
**narcotics** [3] - 407:15,

407:17, 407:18
**natural** [1] - 635:1
**nature** [1] - 442:14
**Navigator** [5] - 495:19, 497:8, 499:3, 507:2, 507:10
**near** [6] - 329:23, 485:14, 485:16, 485:17, 485:18, 520:19
**need** [16] - 364:25, 365:5, 392:21, 442:18, 444:22, 454:6, 477:16, 503:8, 505:3, 524:5, 529:15, 533:15, 579:21, 583:6, 584:16, 635:14
**needed** [14] - 346:3, 425:9, 497:3, 498:5, 504:3, 504:13, 506:19, 523:23, 528:8, 529:13, 530:25, 573:6, 591:13, 626:12
**needing** [1] - 505:18
**needs** [2] - 369:11, 392:19
**negative** [1] - 367:22
**Neth** [4] - 406:8, 406:9, 406:16, 411:20
**NETH** [1] - 406:11
**never** [25] - 379:19, 380:6, 385:22, 386:1, 386:21, 441:5, 446:3, 453:16, 461:14, 463:3, 471:22, 471:24, 471:25, 519:24, 548:2, 553:21, 554:8, 562:2, 564:20, 574:15, 597:8, 598:12, 598:15, 603:23, 603:24
**new** [6] - 384:20, 440:7, 515:20, 568:8, 568:10, 568:18
**next** [50] - 329:11, 338:22, 340:15, 342:9, 344:20, 390:24, 406:6, 411:22, 429:23, 430:14, 484:17, 495:2, 495:4, 496:23, 502:8, 503:23, 504:1, 504:18, 508:10,

508:11, 508:13, 508:15, 509:16, 509:19, 509:21, 512:25, 513:1, 514:3, 514:8, 514:10, 518:10, 518:13, 520:21, 529:16, 529:17, 529:19, 533:10, 533:11, 547:1, 547:2, 548:15, 553:9, 577:17, 578:7, 578:8, 586:1, 600:16, 606:20, 626:19, 634:20

**nickname** [10] - 414:10, 435:4, 467:12, 467:13, 493:10, 620:6, 620:8, 622:6, 622:8, 633:7

**nicknames** [1] - 596:22

**niece** [1] - 371:10

**night** [29] - 329:10, 342:2, 343:24, 434:16, 439:6, 439:15, 439:16, 439:21, 439:22, 498:13, 502:7, 502:14, 506:16, 506:17, 506:18, 507:13, 529:6, 542:20, 543:18, 546:15, 547:7, 547:17, 620:20, 623:10, 623:19, 623:21, 624:8, 624:12

**nine** [2] - 408:21, 635:23

**nineteen** [1] - 608:23

**nobody** [3] - 386:23, 386:24, 482:13

**nobody's** [2] - 399:9

**non** [1] - 538:20

**non-U.S** [1] - 538:20

**none** [28] - 343:12, 348:20, 348:21, 353:1, 354:5, 356:22, 357:25, 361:22, 411:4, 411:13, 411:17, 430:4, 434:3, 448:22, 450:16, 452:4, 459:9, 467:1, 467:3, 488:10, 511:1, 546:10, 555:19, 582:18, 606:14, 611:19,

617:21, 617:22

**nonresponsive** [3] - 538:8, 538:15, 577:2

**normal** [2] - 441:14, 559:16

**normally** [1] - 570:10

**note** [10] - 327:4, 327:13, 327:19, 440:21, 441:9, 441:11, 442:5, 443:16, 524:18, 578:4

**noted** [1] - 444:14

**notes** [5] - 560:8, 560:9, 560:12, 560:13, 561:11

**nothing** [16] - 370:16, 386:15, 396:21, 400:12, 426:9, 426:11, 441:23, 484:8, 484:10, 491:22, 519:24, 542:25, 548:5, 548:10, 549:17, 559:22

**noticed** [3] - 495:21, 547:4, 552:6

**November** [19] - 418:15, 419:9, 420:24, 420:25, 425:19, 427:3, 427:7, 432:8, 458:20, 584:23, 591:21, 593:11, 613:6, 613:8, 613:12, 616:21, 618:5, 618:19, 619:4

**nowhere** [1] - 575:10

**number** [14] - 383:20, 383:22, 383:24, 384:7, 389:22, 390:10, 434:21, 457:21, 457:24, 457:25, 472:6, 550:16, 588:5, 588:7

**numbers** [5] - 390:5, 390:6, 390:8, 390:9, 400:17

**Nyssa** [1] - 586:14

## O

**oath** [3] - 327:17, 445:4, 524:21

**object** [6] - 337:5, 365:25, 370:11, 381:24, 392:15, 398:10

**objection** [103] - 337:2, 337:3, 337:7,

337:16, 338:8, 339:21, 343:10, 343:11, 343:13, 348:18, 348:19, 350:10, 350:12, 350:13, 352:24, 352:25, 353:2, 354:3, 354:4, 355:18, 355:19, 356:20, 356:21, 356:23, 357:23, 357:24, 358:1, 361:20, 361:21, 361:23, 366:5, 369:15, 370:5, 370:18, 371:2, 392:19, 392:25, 395:13, 411:2, 411:3, 411:5, 430:2, 430:3, 430:5, 433:24, 433:25, 434:1, 441:18, 448:20, 448:21, 448:23, 450:14, 450:15, 452:2, 452:3, 454:5, 454:7, 454:8, 455:5, 459:7, 459:8, 459:13, 459:16, 473:23, 474:13, 474:15, 475:10, 477:12, 488:8, 488:9, 488:11, 493:17, 499:13, 519:4, 537:23, 538:7, 546:8, 546:9, 546:11, 555:17, 555:18, 558:2, 582:16, 582:17, 582:19, 611:16, 611:17, 611:18, 611:20, 614:8, 614:9, 614:10, 615:18, 615:25, 617:20, 617:23, 635:19, 635:20, 635:21, 635:22, 636:16, 636:18

**observation** [1] - 568:8

**observed** [1] - 559:6

**observing** [2] - 339:12, 409:13

**obtain** [1] - 602:2

**obtained** [1] - 538:23

**occasion** [4] - 463:7, 516:1, 564:3, 566:9

**occasions** [3] - 462:15, 540:20, 571:14

**occurred** [3] - 575:23, 576:2, 576:18

**odd** [2] - 413:14, 431:25

**off-roading** [4] - 513:20, 515:22, 515:24, 516:2

**offended** [1] - 441:15

**offender** [1] - 599:11

**offense** [1] - 487:12

**offer** [3] - 476:9, 555:11, 555:15

**offered** [3] - 452:1, 476:10, 503:18

**offering** [3] - 454:11, 454:12, 474:18

**Office** [1] - 407:11

**Officer** [1] - 411:20

**officer** [8] - 407:15, 466:18, 547:8, 558:1, 600:21, 600:25, 601:1, 602:17

**officer's** [1] - 366:2

**officers** [23] - 350:23, 368:18, 369:22, 370:22, 390:14, 390:16, 404:24, 466:9, 466:21, 466:25, 467:15, 467:22, 467:25, 470:8, 472:14, 552:10, 600:12, 601:5, 602:5, 603:25, 620:20, 620:24, 621:8

**often** [4] - 444:15, 469:1, 490:22, 628:7

**okayed** [1] - 605:15

**old** [10] - 389:25, 390:1, 390:6, 405:9, 412:16, 485:10, 485:11, 607:22, 608:21, 614:3

**once** [18] - 401:13, 401:14, 402:23, 404:18, 469:4, 471:15, 490:23, 493:3, 497:2, 540:9, 569:12, 569:13, 571:6, 589:22, 595:7, 603:7, 626:8

**one** [133] - 329:11, 356:9, 357:17, 360:19, 367:15, 377:10, 377:21, 377:22, 378:18, 378:19, 379:20, 380:11, 381:19, 383:15, 384:7,

389:20, 393:15, 409:23, 420:2, 420:10, 420:23, 420:25, 421:1, 423:14, 424:8, 443:18, 443:22, 447:3, 452:17, 452:19, 452:21, 453:1, 454:20, 454:21, 461:23, 463:1, 463:7, 463:8, 469:21, 476:8, 476:9, 477:16, 478:2, 482:4, 486:4, 486:11, 494:13, 497:6, 497:13, 497:15, 498:3, 499:23, 500:1, 500:8, 500:9, 501:20, 504:13, 505:2, 509:17, 511:6, 511:20, 515:21, 518:9, 518:12, 518:14, 518:18, 518:19, 523:10, 526:13, 526:14, 526:25, 527:11, 527:13, 533:14, 535:20, 536:17, 539:7, 540:20, 543:14, 543:20, 543:21, 545:19, 546:12, 548:3, 549:20, 556:13, 563:3, 563:24, 565:1, 565:3, 565:4, 565:10, 565:24, 566:6, 566:9, 567:14, 567:15, 567:17, 570:22, 571:3, 571:5, 571:11, 571:12, 573:9, 573:19, 574:7, 574:15, 575:6, 575:18, 580:19, 583:14, 591:8, 592:2, 594:16, 594:25, 595:1, 595:3, 595:5, 596:5, 596:6, 600:12, 601:14, 602:7, 605:18, 606:5, 625:3

**one-and-a-half** [3] - 595:1, 595:3, 595:5

**ones** [10] - 372:15, 419:11, 500:7, 510:20, 510:21, 527:1, 569:14, 569:16, 576:20,

609:13

**onion** [2] - 414:3, 414:4

**Ontario** [18] - 334:9, 334:10, 336:22, 337:23, 341:9, 412:19, 413:7, 417:16, 454:1, 529:23, 535:21, 571:6, 579:4, 607:25, 608:2, 608:7, 608:9

**open** [8] - 525:25, 526:1, 526:8, 526:16, 567:13, 568:19, 572:19, 572:21

**opened** [6] - 499:23, 527:13, 532:16, 551:7, 567:17, 568:1

**opening** [1] - 499:2

**opens** [1] - 526:16

**operated** [1] - 600:24

**operation** [1] - 375:1

**operator** [1] - 486:17

**opinions** [3] - 440:15, 524:13, 638:10

**opportunity** [3] - 366:21, 386:17, 387:9

**opposed** [1] - 442:9

**option** [1] - 356:25

**order** [8] - 448:6, 448:13, 448:15, 453:3, 491:21, 517:8, 584:16, 612:22

**Oregon** [13] - 334:10, 335:13, 337:23, 412:19, 413:7, 417:17, 454:1, 512:21, 579:4, 586:14, 607:25, 608:2, 608:4

**original** [4] - 409:9, 409:13, 409:14, 409:18

**originally** [1] - 392:17

**ounce** [34] - 351:11, 379:2, 384:16, 462:15, 462:20, 462:25, 589:1, 589:2, 589:10, 589:15, 602:7, 615:17, 619:8, 619:9, 621:4, 624:6, 629:8, 629:9, 631:12, 631:13, 631:16, 631:19, 632:8, 632:9, 634:2,

637:2, 637:5, 637:7, 637:11, 637:18

**ounces** [57] - 332:1, 332:2, 332:18, 334:18, 344:14, 344:15, 345:7, 345:19, 346:9, 346:10, 379:7, 386:9, 462:22, 503:9, 506:4, 506:7, 506:21, 507:12, 533:16, 540:12, 540:25, 541:3, 542:3, 545:9, 546:16, 546:20, 548:19, 550:1, 550:10, 556:24, 562:6, 565:14, 565:23, 565:25, 566:1, 566:2, 566:4, 566:6, 566:7, 589:8, 592:2, 594:4, 594:8, 602:6, 619:6, 624:11, 626:3, 628:16, 629:7, 630:7, 630:8, 631:10, 633:17, 633:18, 634:2

**ourselves** [1] - 594:12

**outer** [1] - 520:20

**outside** [13] - 327:23, 330:23, 336:11, 395:15, 417:8, 423:17, 424:9, 424:10, 513:14, 520:22, 586:17, 608:7, 608:9

**overheard** [2] - 444:21, 504:3

**overrule** [2] - 339:21, 392:18

**overruled** [7] - 366:6, 369:17, 370:18, 371:2, 392:25, 477:12, 499:15

**owe** [4] - 473:11, 473:14, 477:7

**owed** [7] - 346:7, 523:17, 557:8, 557:12, 557:21, 557:24, 569:24

**own** [5] - 398:6, 463:22, 464:1, 564:14, 615:20

**owned** [1] - 518:15

---

**P**

**p.m** [1] - 638:17

**pack** [2] - 508:11,

526:12

**package** [6] - 499:20, 526:18, 568:4, 568:5, 572:3, 572:6

**packaged** [2] - 629:6, 629:8

**packaging** [1] - 332:7

**packing** [2] - 331:24, 331:25

**page** [19] - 361:8, 361:14, 361:15, 362:5, 362:12, 429:23, 430:14, 430:16, 459:20, 459:21, 488:17, 488:18, 582:25, 583:1, 583:17, 611:11, 611:25, 612:2

**paid** [26] - 374:10, 384:16, 384:19, 387:9, 387:16, 387:19, 405:17, 405:19, 428:24, 428:25, 429:1, 429:17, 429:19, 430:11, 430:21, 430:24, 451:1, 469:1, 511:3, 553:19, 553:20, 553:23, 588:19, 589:12, 605:23, 605:24

**Palms** [3] - 520:15, 520:18, 567:10

**paper** [2] - 452:11, 503:19

**papers** [2] - 537:8, 537:10

**paramedic** [1] - 413:4

**pardon** [4] - 383:23, 582:9, 602:11, 602:23

**parents** [3] - 427:10, 479:17, 480:9

**Park** [5] - 407:23, 413:18, 438:11, 622:19, 623:8

**park** [3] - 531:13, 622:22, 622:25

**parked** [9] - 513:5, 520:19, 520:21, 534:10, 536:22, 551:5, 551:6, 551:15

**parking** [5] - 346:17, 520:20, 522:4, 551:15, 558:23

**parks** [3] - 413:14, 413:15, 413:17

**parlor** [1] - 517:8

**parole** [1] - 457:6

**part** [35] - 360:24, 362:14, 362:18, 374:1, 374:5, 407:16, 441:9, 458:18, 460:8, 460:11, 464:3, 491:4, 491:10, 495:16, 501:19, 520:20, 522:6, 522:10, 522:14, 541:9, 541:10, 557:11, 557:15, 558:21, 563:13, 584:2, 584:6, 584:13, 589:19, 589:20, 612:11, 612:15, 612:22, 637:17

**participate** [1] - 443:24

**participating** [1] - 610:23

**participation** [1] - 464:6

**particular** [6] - 329:24, 340:6, 372:14, 498:3, 622:21, 622:24

**parties** [2] - 443:21, 638:13

**party** [5] - 371:9, 372:20, 443:22, 520:5, 530:13

**Pass** [1] - 579:2

**passed** [1] - 497:2

**passenger's** [1] - 551:18

**past** [1] - 600:24

**Patric** [1] - 632:23

**patrol** [1] - 407:10

**pause** [1] - 597:18

**pay** [25] - 346:3, 378:22, 379:13, 415:19, 421:5, 421:10, 424:19, 424:25, 426:1, 426:5, 426:7, 430:21, 431:2, 468:9, 468:12, 468:13, 588:22, 589:10, 595:20, 605:23, 619:7, 624:12, 624:17, 629:23, 637:5

**paying** [2] - 389:9, 486:14

**payment** [2] - 557:11, 624:16

**pen** [1] - 583:10

**penitentiary** [1] - 464:23

**people** [28] - 335:22, 363:14, 386:24, 386:25, 390:13, 437:10, 477:8, 482:11, 482:23, 482:24, 497:25, 498:1, 504:2, 504:4, 504:12, 513:9, 513:10, 513:12, 523:10, 552:6, 573:7, 595:25, 596:2, 596:14, 596:22, 601:12, 601:14, 618:15

**per** [4] - 589:10, 592:3, 595:1, 632:9

**Perez** [1] - 449:12

**perhaps** [3] - 337:8, 369:11, 558:6

**period** [1] - 539:19

**permit** [4] - 440:25, 443:25, 444:6, 444:16

**person** [76] - 335:15, 335:23, 340:18, 342:22, 342:25, 345:2, 386:2, 396:3, 414:10, 416:25, 417:15, 417:24, 418:4, 419:23, 421:16, 423:5, 425:16, 425:17, 431:9, 433:7, 433:15, 434:11, 435:8, 461:2, 461:24, 481:11, 482:5, 482:19, 482:22, 483:8, 489:13, 490:10, 498:4, 502:19, 502:22, 508:3, 511:3, 521:3, 523:25, 532:20, 534:5, 536:4, 544:22, 565:7, 573:5, 573:11, 573:22, 585:19, 586:12, 586:20, 587:23, 590:5, 591:3, 592:18, 593:13, 601:14, 604:23, 605:5, 605:6, 613:19, 617:14, 619:12, 620:3, 622:2, 625:3, 625:9, 625:10, 625:11, 625:18, 626:14, 627:16,

633:5, 634:7, 635:7, 636:2, 636:9

**person's** [3] - 380:6, 449:14, 498:8

**personal** [3] - 398:6, 594:21, 594:23

**persons** [1] - 523:11

**Phoenix** [29] - 328:16, 486:2, 490:17, 492:12, 492:18, 495:6, 505:7, 505:13, 507:3, 509:4, 509:6, 509:8, 509:12, 510:2, 515:14, 515:15, 516:8, 516:14, 516:24, 517:1, 517:2, 517:12, 517:14, 517:15, 518:4, 520:13, 535:6, 535:12, 535:16

**phone** [36] - 372:17, 383:11, 383:20, 384:7, 387:9, 389:17, 389:25, 390:1, 390:5, 400:17, 402:5, 425:5, 425:12, 456:15, 458:6, 469:21, 497:24, 504:2, 509:23, 509:24, 510:1, 510:18, 511:17, 511:21, 516:11, 517:2, 528:6, 530:23, 547:5, 547:15, 548:17, 588:4, 588:5, 588:7, 591:20, 597:8

**phones** [3] - 383:15, 510:19, 511:4

**phonetic)** [1] - 467:14

**photo** [8] - 354:25, 409:14, 447:22, 462:7, 532:3, 536:4, 625:19, 628:25

**photograph** [32] - 336:16, 342:23, 348:6, 349:20, 352:10, 353:14, 417:25, 422:7, 423:5, 424:1, 427:20, 431:10, 433:16, 434:11, 490:11, 498:20, 501:5, 501:11, 501:24, 502:1, 534:18, 544:23, 590:9, 591:3,

613:19, 613:25, 617:14, 619:12, 622:2, 627:16, 635:8, 636:10

**photographed** [1] - 410:9

**physically** [2] - 562:3, 562:5

**pick** [18] - 329:7, 330:2, 330:7, 330:12, 333:22, 338:22, 344:21, 381:1, 496:21, 496:23, 505:7, 510:3, 517:23, 517:25, 546:20, 570:23, 628:8, 635:1

**picked** [18] - 331:9, 331:10, 333:23, 342:9, 345:6, 351:19, 379:10, 394:3, 394:4, 504:21, 506:14, 510:10, 531:3, 545:15, 546:16, 628:3, 628:19, 629:6

**picking** [4] - 331:7, 495:6, 506:6, 628:13

**pickup** [1] - 410:2

**picture** [5] - 345:3, 352:14, 357:18, 502:20, 523:3

**pieces** [1] - 452:11

**pinpoint** [1] - 521:8

**pistols** [1] - 536:16

**pizza** [1] - 517:8

**place** [12] - 329:23, 427:15, 501:16, 515:22, 520:14, 525:6, 531:19, 531:22, 542:7, 573:18, 622:21, 622:24

**placed** [4] - 410:5, 522:22, 541:19, 562:8

**plan** [3] - 351:20, 496:19, 535:13

**planning** [5] - 386:2, 495:2, 496:8, 496:20, 535:5

**plans** [1] - 386:12

**plant** [1] - 414:5

**plates** [2] - 494:16, 513:7

**playing** [2] - 521:14, 521:18

**plaza** [2] - 510:18, 510:25

**plea** [33] - 361:3,

361:12, 362:14, 363:6, 363:10, 364:14, 377:4, 386:16, 458:23, 460:6, 460:8, 487:22, 487:23, 488:5, 491:4, 581:18, 582:7, 582:8, 582:10, 582:25, 583:20, 583:22, 583:23, 583:24, 584:3, 598:25, 599:4, 611:3, 611:11, 611:15, 612:1, 612:11

**pled** [6] - 360:24, 458:17, 487:18, 583:25, 610:22, 611:2

**pocket** [7] - 503:16, 541:16, 551:10, 562:8, 572:12, 572:13, 572:24

**point** [21] - 335:18, 361:19, 362:7, 365:24, 366:6, 381:25, 382:4, 392:22, 395:20, 398:17, 416:9, 440:9, 459:23, 474:25, 523:9, 532:23, 577:17, 612:4, 626:17, 635:2, 637:24

**pointed** [2] - 579:13, 579:22

**pointing** [2] - 335:23, 583:5

**police** [50] - 365:19, 386:21, 387:6, 387:18, 397:9, 397:21, 397:23, 398:3, 404:24, 428:22, 437:13, 437:14, 437:17, 437:19, 437:24, 456:1, 456:2, 456:8, 456:12, 457:1, 457:15, 457:23, 461:11, 461:13, 462:7, 462:14, 462:19, 462:24, 463:16, 463:20, 465:20, 465:21, 470:22, 472:23, 547:7, 552:10, 556:10, 562:16, 562:22, 563:2, 563:7, 564:23,

565:22, 566:5, 566:14, 569:22, 575:25, 603:5, 621:17

**Police** [9] - 366:11, 406:23, 407:1, 407:3, 407:9, 407:13, 600:9, 604:11, 604:20

**pop** [4] - 541:8, 541:10, 541:14, 541:25

**popped** [2] - 508:17, 572:10

**porch** [1] - 513:14

**Portland** [4] - 512:10, 512:11, 512:16, 512:20

**possess** [3] - 360:25, 458:19, 610:24

**possession** [5] - 487:19, 489:8, 490:18, 610:9, 610:12

**possible** [8] - 366:17, 397:8, 465:8, 470:1, 505:6, 505:14, 505:19, 599:13

**possibly** [3] - 364:19, 370:2, 370:3

**potential** [3] - 377:11, 377:16, 599:7

**potentially** [4] - 364:16, 599:3, 599:10, 599:21

**pound** [4] - 379:7, 405:14, 405:18, 405:24

**pound's** [1] - 543:14

**pounds** [4] - 331:7, 331:9, 367:8, 367:14, 367:17, 368:7, 368:19, 375:24, 378:12, 378:16, 378:22, 379:6, 387:8, 393:9, 522:22, 574:7

**pounds'** [1] - 527:19

**powder** [2] - 526:19

**practice** [1] - 440:24

**prefer** [1] - 357:3

**prepaid** [1] - 389:11

**prepare** [1] - 512:3

**present** [12] - 327:3, 327:5, 327:14, 440:21, 443:15, 443:17, 445:2, 524:17, 524:19, 578:3, 578:5, 620:1

**press** [1] - 583:11

**pressed** [1] - 552:8

**pretty** [11] - 444:5, 486:20, 506:18, 513:23, 528:2, 533:19, 543:19, 544:9, 554:17, 558:16, 573:22

**previous** [3] - 467:4, 541:19, 557:15

**previously** [2] - 328:10, 445:4

**price** [7] - 379:2, 405:8, 602:4, 602:6, 602:7, 631:22, 631:24

**prices** [1] - 528:23

**prison** [2] - 610:16, 617:8

**problem** [2] - 497:11, 579:19

**procedure** [2] - 442:8, 444:20

**proceed** [5] - 339:4, 371:3, 477:23, 538:8, 558:12

**Proceedings** [1] - 638:17

**process** [3] - 414:3, 441:14, 442:13

**processing** [1] - 414:4

**Produce** [1] - 471:7

**Products** [1] - 492:6

**proffer** [1] - 475:23

**profit** [2] - 595:21, 632:19

**promptly** [1] - 577:25

**pronounce** [1] - 443:3

**pronouncing** [1] - 375:11

**property** [3] - 338:14, 339:12, 339:19

**prosecutor** [3] - 392:16, 395:5, 600:17

**provide** [6] - 397:20, 400:1, 400:8, 441:10, 491:6, 558:6

**provided** [6] - 397:17, 399:14, 441:8, 474:21, 556:9, 561:12

**provides** [1] - 473:21

**providing** [1] - 397:24

**prudent** [1] - 441:11

**psychedelic** [1] - 609:15

**psychology** [1] - 609:8

**publish** [1] - 408:7

**published** [23] -

340:8, 343:15, 348:23, 350:15, 353:4, 355:21, 362:2, 411:1, 411:7, 418:11, 430:7, 448:25, 450:19, 452:7, 459:12, 488:13, 555:22, 582:21, 611:22, 614:12, 617:25, 635:24, 636:20

**pull** [6] - 330:5, 499:18, 501:18, 526:18, 541:7, 559:20

**pulled** [9] - 497:9, 499:3, 499:17, 515:17, 527:12, 532:9, 550:4, 579:16, 629:4

**purchase** [2] - 538:20, 568:12

**purchased** [7] - 537:6, 537:16, 537:20, 538:24, 567:3, 567:7, 567:9

**purchases** [3] - 568:25, 569:2, 569:4

**purity** [2] - 631:21, 631:25

**purple** [1] - 532:25

**pursuant** [3] - 327:19, 487:22, 583:22

**put** [35] - 335:3, 335:9, 382:5, 390:6, 421:21, 447:22, 448:12, 455:11, 463:4, 488:21, 500:4, 500:8, 500:10, 500:13, 500:16, 500:18, 503:16, 507:1, 508:18, 508:19, 517:24, 522:25, 523:1, 541:9, 541:16, 541:18, 550:6, 550:23, 551:9, 554:14, 572:11, 572:24, 583:3, 632:11

**puts** [1] - 526:13

**putting** [1] - 355:6

## Q

**quads** [2] - 512:18, 512:23

**quarter** [11] - 615:9, 615:11, 630:7, 630:19, 630:21,

631:10, 631:12, 631:13, 632:8, 634:2, 637:18

**questioning** [1] - 370:12

**questions** [45] - 364:8, 376:17, 382:9, 383:6, 388:4, 388:13, 388:14, 390:16, 390:18, 391:1, 391:3, 392:9, 394:17, 396:7, 402:8, 405:25, 411:9, 440:25, 441:5, 441:13, 442:14, 443:25, 444:7, 444:11, 445:1, 454:14, 461:5, 465:11, 473:2, 478:24, 483:17, 484:6, 499:14, 555:9, 555:24, 561:16, 566:23, 570:4, 574:23, 577:7, 598:5, 598:19, 604:2, 606:11, 638:8

**quit** [1] - 606:5

**quite** [8] - 428:19, 431:16, 443:23, 469:7, 472:5, 504:2, 548:2, 558:8

## R

**R-U-I-Z** [1] - 485:5

**Rachel** [6] - 345:1, 546:1, 546:4, 546:5, 632:24, 633:2

**raid** [1] - 457:21

**raided** [2] - 455:24, 456:23

**raises** [1] - 441:7

**range** [1] - 536:23

**rather** [3] - 370:17, 381:16, 441:2

**ratio** [1] - 632:6

**reach** [1] - 501:17

**reached** [1] - 525:3

**ready** [6] - 330:10, 502:12, 508:10, 508:11, 510:3, 523:16

**real** [2] - 493:7, 509:14

**really** [13] - 370:22, 431:25, 437:1, 458:8, 499:9, 503:22, 505:3, 536:11, 553:18, 554:20, 598:3,

616:11, 631:3

**reason** [13] - 351:24, 398:18, 405:22, 444:8, 475:24, 497:25, 533:13, 536:16, 547:6, 576:10, 592:16, 631:22, 632:14

**reasons** [1] - 444:2

**receipt** [6] - 450:7, 450:8, 450:22, 451:1, 451:12, 451:13

**receive** [5] - 377:10, 380:21, 584:9, 584:13, 612:18

**received** [7] - 379:18, 379:23, 387:13, 440:21, 443:18, 516:10, 519:24

**receiving** [1] - 517:4

**recent** [1] - 479:11

**recently** [1] - 487:18

**recess** [7] - 440:13, 440:17, 524:15, 578:1, 637:24, 638:5, 638:16

**Recess** [3] - 440:18, 524:16, 578:2

**reciprocating** [1] - 526:4

**recognize** [61] - 336:15, 342:22, 342:25, 348:5, 349:19, 352:9, 353:13, 356:1, 357:10, 361:9, 361:15, 408:3, 408:10, 409:5, 409:22, 417:24, 422:1, 422:6, 423:5, 423:25, 427:20, 431:9, 433:7, 433:15, 434:11, 448:3, 448:5, 450:4, 459:3, 470:4, 470:6, 488:2, 488:17, 490:10, 498:20, 500:25, 501:11, 501:25, 502:19, 508:3, 511:14, 511:18, 532:3, 532:17, 534:18, 536:3, 544:22, 550:21, 552:22, 582:4, 611:8, 613:19, 613:25, 617:14, 619:12, 622:2, 623:4, 625:18, 627:16,

635:7, 636:9

**recollection** [2] - 370:4, 560:14

**recommendation** [2] - 365:5, 365:9

**recommendations** [1] - 607:6

**reconvene** [1] - 638:5

**reconvened** [1] - 440:20

**record** [30] - 327:4, 327:13, 335:25, 336:3, 406:15, 412:6, 420:3, 420:6, 435:23, 436:5, 441:10, 443:16, 468:3, 477:15, 477:19, 485:3, 489:22, 489:25, 533:2, 533:4, 578:16, 586:6, 586:9, 602:19, 603:3, 607:12, 626:22, 626:25, 634:15, 634:18

**recorder** [1] - 602:19

**recording** [1] - 602:25

**records** [1] - 576:14

**recover** [1] - 443:22

**recross** [4] - 394:19, 483:19, 574:25, 606:13

**RECROSS** [6] - 394:20, 396:10, 400:14, 483:22, 575:4, 575:20

**RECROSS-EXAMINATION** [6] - 394:20, 396:10, 400:14, 483:22, 575:4, 575:20

**red** [9] - 347:23, 348:9, 348:10, 410:1, 419:25, 520:21, 541:5, 541:23, 549:19

**redirect** [7] - 388:5, 394:22, 395:18, 396:12, 479:2, 570:6, 604:4

**REDIRECT** [5] - 388:6, 402:11, 479:9, 570:16, 604:5

**reduce** [3] - 464:4, 465:6, 465:7

**reduced** [1] - 365:4

**reduction** [4] - 388:1, 388:9, 464:5, 491:17

**Reed** [2] - 434:14, 435:5

**reference** [4] - 371:1, 378:1, 378:21, 382:11

**referenced** [1] - 575:8

**referencing** [1] - 397:14

**referred** [3] - 565:7, 573:10, 573:19

**referring** [2] - 369:5, 503:8

**reflect** [17] - 336:1, 336:3, 395:18, 420:4, 420:6, 435:23, 436:5, 489:22, 489:25, 533:3, 533:4, 586:6, 586:9, 626:22, 626:25, 634:15, 634:18

**reflection** [1] - 558:4

**refresh** [1] - 370:4

**regard** [4] - 328:1, 364:14, 373:25, 444:7

**regarding** [5] - 354:12, 397:2, 463:22, 557:18, 610:8

**regards** [6] - 377:3, 396:14, 398:9, 504:24, 505:18, 527:25

**registered** [2] - 537:11, 537:12

**regular** [4] - 372:8, 372:13, 526:9, 632:21

**regularly** [1] - 438:24

**regulated** [1] - 443:11

**related** [5] - 492:25, 493:4, 493:13, 493:15, 494:2

**relation** [1] - 492:17

**relationship** [4] - 415:8, 616:20, 622:11, 627:7

**relative** [1] - 586:20

**released** [5] - 478:11, 479:13, 480:5, 480:9, 610:15

**relief** [2] - 377:11, 377:18

**remain** [1] - 327:22

**remarks** [1] - 382:14

**remember** [1] - 327:17, 337:24, 345:24, 377:7, 380:3, 381:5, 381:7, 381:9, 381:14, 385:1, 389:14,

389:17, 404:14, 404:16, 404:19, 416:13, 420:14, 432:9, 432:22, 469:5, 471:10, 478:12, 479:13, 504:4, 531:11, 531:13, 531:16, 535:1, 536:10, 536:11, 542:21, 556:18, 563:2, 566:19, 566:21, 571:3, 574:6, 589:17, 589:19, 596:7, 596:8, 596:25

**remembers** [1] - 370:17

**remind** [3] - 327:16, 445:3, 524:20

**remote** [1] - 552:8

**renew** [2] - 337:15, 366:6

**rent** [7] - 415:19, 428:24, 428:25, 429:1, 431:2, 506:25, 553:20

**rented** [7] - 418:17, 418:19, 427:12, 427:13, 427:25, 428:1, 548:1

**repeat** [4] - 466:8, 581:22, 584:15, 594:6

**rephrase** [2] - 398:15, 474:5

**rephrased** [1] - 369:11

**report** [4] - 370:2, 370:13, 370:16, 371:1

**reported** [1] - 557:7

**reports** [1] - 386:22

**representation** [2] - 338:3, 353:22

**request** [3] - 398:2, 398:5, 448:15

**required** [4] - 327:22, 491:20, 584:12, 612:21

**resale** [1] - 632:17

**residence** [7] - 340:5, 401:1, 465:21, 466:10, 466:21, 467:16, 614:21

**respect** [6] - 418:16, 429:16, 437:13, 460:24, 503:25, 504:18

**responding** [1] - 444:25

**response** [2] - 360:9,

367:20

**responses** [1] - 373:14

**responsive** [1] - 339:3

**rest** [9] - 373:7, 469:14, 486:1, 497:17, 506:2, 506:21, 570:22, 594:19, 599:21

**restate** [3] - 475:3, 522:11, 569:18

**restated** [1] - 475:25

**restaurant** [2] - 347:19, 542:24

**restroom** [1] - 527:10

**result** [6] - 362:21, 491:14, 492:21, 581:1, 588:9, 612:19

**resume** [5] - 327:11, 328:7, 445:5, 524:22, 577:22

**retaken** [1] - 327:14

**return** [6] - 347:13, 374:20, 374:22, 556:23, 563:11, 638:14

**returned** [3] - 384:23, 385:19, 395:25

**reviewed** [1] - 377:5

**ribs** [3] - 344:2, 545:4, 545:12

**rid** [4] - 505:21, 543:13, 570:3, 574:13

**ride** [1] - 591:16

**Ridley's** [1] - 451:13

**right-hand** [2] - 586:3, 586:5

**ring** [1] - 509:23

**River** [1] - 533:20

**river** [4] - 534:2, 534:20, 571:7, 608:5

**road** [1] - 531:15

**Road** [4] - 531:16, 531:17, 531:19, 542:10

**roading** [4] - 513:20, 515:22, 515:24, 516:2

**roads** [1] - 513:21

**Robert** [1] - 406:16

**Roberto** [1] - 449:11

**Robinson** [1] - 596:5

**role** [1] - 573:22

**rolled** [2] - 503:18, 503:19

**roofing** [1] - 609:2

**room** [11] - 340:22, 340:23, 340:25, 358:19, 410:4,

410:6, 453:8, 529:8, 529:9, 543:7, 543:19

**rooms** [1] - 509:17

**ropes** [1] - 573:23

**roughly** [1] - 379:7

**round** [2] - 522:4

**RUIZ** [1] - 484:24

**Ruiz** [27] - 328:18, 374:4, 374:14, 384:23, 387:3, 470:9, 470:14, 470:17, 470:18, 470:19, 470:23, 470:25, 471:2, 471:11, 471:19, 471:21, 471:24, 484:20, 484:21, 485:4, 485:10, 524:20, 556:6, 567:2, 575:6, 576:19, 577:14

**Rule** [1] - 327:20

**rumors** [1] - 471:17

**run** [2] - 495:8, 526:8

**running** [1] - 528:1

**runs** [1] - 526:10

## S

**S2** [1] - 511:17

**sake** [1] - 478:1

**Salazar** [3] - 435:24, 449:12, 449:13

**Salazar-Perez** [1] - 449:12

**sale** [2] - 558:22, 560:5

**sales** [12] - 374:8, 375:5, 473:10, 482:7, 504:25, 505:4, 519:18, 569:5, 569:9, 569:10, 569:20, 592:5

**Samsung** [9] - 383:13, 383:14, 389:7, 389:13, 389:23, 390:7, 390:11, 400:18, 400:23

**San** [1] - 379:24

**Sanchez** [49] - 327:9, 365:21, 374:13, 375:2, 387:7, 387:14, 396:3, 415:4, 435:25, 455:4, 455:15, 455:16, 455:18, 465:18, 466:1, 467:5, 467:8, 468:9, 469:6, 470:9,

470:23, 472:3, 472:15, 473:11, 475:8, 478:5, 480:13, 489:23, 539:5, 557:24, 563:4, 567:3, 567:6, 568:12, 568:16, 568:24, 569:24, 576:18, 585:15, 585:16, 586:8, 602:3, 602:9, 602:12, 602:20, 603:7, 620:5, 626:15, 626:24

**Sanchez's** [5] - 384:14, 395:25, 472:21, 472:24, 576:20

**sandwich** [2] - 499:25, 629:9

**sat** [2] - 545:3, 545:11

**satisfaction** [1] - 600:3

**Saturday** [2] - 542:17, 542:21

**save** [3] - 464:22, 601:22, 601:24

**saw** [39] - 338:3, 386:21, 494:14, 494:17, 497:24, 499:18, 501:17, 507:13, 511:2, 512:25, 513:1, 513:5, 513:7, 513:12, 513:13, 523:3, 526:4, 526:7, 526:10, 527:1, 527:5, 531:22, 532:17, 540:16, 545:7, 551:5, 556:25, 557:4, 562:2, 562:5, 567:12, 571:4, 571:5, 571:7, 571:24, 572:7, 587:1, 587:6

**saws** [2] - 526:3, 526:14

**Sawzall** [3] - 526:1, 526:2, 526:5

**scale** [11] - 356:7, 356:8, 356:14, 357:16, 447:18, 499:18, 500:2, 500:11, 502:2, 502:4, 527:12

**school** [11] - 412:22, 431:23, 431:24, 432:3, 466:2, 486:3, 486:8, 486:14,

579:5, 608:10, 608:24

**scope** [1] - 395:15

**screen** [16] - 362:8, 409:8, 410:19, 417:21, 447:22, 447:23, 448:1, 451:5, 459:25, 488:22, 511:22, 581:24, 583:4, 583:6, 583:12, 612:5

**search** [2] - 407:23, 497:9

**searched** [6] - 408:13, 408:18, 408:24, 456:8, 458:13, 480:2

**seated** [1] - 600:16

**seats** [2] - 521:19, 577:24

**second** [21] - 368:2, 368:10, 368:14, 376:3, 378:20, 393:19, 421:7, 421:15, 423:14, 424:23, 425:22, 426:3, 462:6, 463:17, 463:20, 477:13, 478:13, 478:14, 478:15, 478:17, 587:6

**secondly** [1] - 476:13

**secret** [1] - 499:2

**section** [1] - 410:5

**security** [1] - 522:3

**see** [85] - 334:15, 335:15, 340:18, 341:3, 343:3, 351:19, 354:16, 357:6, 362:12, 366:5, 369:5, 370:2, 375:2, 386:18, 387:9, 409:18, 419:17, 430:15, 430:17, 430:19, 435:8, 435:11, 439:17, 439:23, 449:3, 457:7, 459:20, 460:1, 481:11, 481:13, 481:19, 481:24, 489:13, 495:17, 496:18, 499:5, 499:8, 500:13, 500:17, 506:10, 506:15, 512:22, 513:2, 513:9, 513:12, 515:10, 515:12, 515:15, 521:3, 521:15, 522:24, 523:1,

523:23, 525:21, 525:24, 526:18, 526:23, 527:6, 529:9, 529:10, 532:15, 532:20, 534:5, 536:11, 541:7, 543:10, 543:16, 545:14, 549:3, 551:12, 562:6, 562:10, 571:19, 571:21, 572:1, 572:3, 572:6, 572:23, 582:25, 585:19, 586:21, 586:23, 612:1, 626:14, 634:7

**seeing** [3] - 494:11, 531:14, 574:6

**seem** [2] - 380:18, 380:24

**seized** [2] - 564:7, 564:15

**sell** [28] - 426:14, 426:17, 426:22, 427:4, 436:23, 437:10, 439:12, 446:5, 461:21, 593:25, 594:5, 594:9, 594:11, 594:13, 595:11, 596:10, 602:1, 623:24, 623:25, 624:1, 626:10, 630:5, 630:9, 630:14, 630:18, 631:15, 633:13, 633:16

**selling** [34] - 432:4, 432:5, 432:21, 445:23, 457:13, 462:20, 471:18, 482:2, 496:13, 554:2, 595:22, 595:25, 596:23, 610:21, 614:19, 614:20, 614:25, 617:11, 618:12, 624:18, 624:21, 625:1, 625:4, 625:12, 627:12, 630:24, 631:6, 632:19, 633:20, 634:1, 636:5, 636:25, 637:6, 637:13

**sells** [1] - 439:12

**send** [17] - 349:12, 349:15, 350:19, 372:16, 448:7, 449:4, 449:6,

449:10, 449:23, 450:1, 451:14, 452:15, 452:20, 452:22, 454:21, 530:1, 530:11

**sent** [11] - 358:18, 395:24, 448:8, 448:15, 449:21, 449:25, 450:24, 452:12, 453:3, 530:2, 530:10

**sentence** [17] - 363:3, 364:6, 365:4, 377:16, 388:1, 388:10, 388:11, 394:23, 461:3, 465:6, 491:25, 581:10, 584:20, 599:2, 599:7, 600:5, 613:3

**sentences** [1] - 581:12

**Sentencing** [1] - 599:11

**sentencing** [2] - 464:5, 491:17

**separate** [3] - 527:2, 540:19, 571:14

**September** [1] - 376:8

**serious** [1] - 441:7

**set** [4] - 432:16, 492:8, 510:19, 565:12

**seven** [2] - 353:9, 594:15

**seventeen** [1] - 509:7

**several** [2] - 388:13, 472:20

**Severson** [2] - 444:10, 607:1

**shard** [1] - 446:23

**share** [4] - 380:9, 381:16, 396:25, 415:11

**shared** [1] - 444:9

**shed** [1] - 534:3

**Sheriff's** [1] - 407:11

**shining** [1] - 547:8

**shipping/receiving** [1] - 486:18

**shirt** [10] - 335:20, 419:25, 435:14, 435:21, 436:2, 489:20, 533:1, 585:24, 626:21, 634:14

**shoe** [4] - 552:23, 553:1, 553:3, 553:4

**shooting** [2] - 536:23, 536:24

**shop** [1] - 537:6

**shopping** [2] - 510:18,

510:25

**short** [1] - 570:2

**shortly** [2] - 506:9, 622:16

**show** [91] - 336:13, 342:20, 343:8, 348:3, 348:16, 349:10, 349:17, 350:8, 352:7, 352:22, 353:7, 354:1, 355:16, 355:24, 356:18, 357:8, 361:6, 361:13, 408:1, 408:16, 409:3, 410:18, 416:3, 417:18, 421:24, 422:10, 423:3, 423:18, 427:18, 429:5, 429:15, 430:1, 431:7, 433:5, 434:9, 434:19, 447:19, 451:2, 451:19, 458:15, 459:1, 459:6, 481:6, 487:25, 488:16, 489:12, 490:5, 498:18, 500:23, 501:5, 501:22, 502:18, 507:22, 511:7, 531:25, 534:11, 534:16, 536:2, 541:20, 541:21, 544:17, 546:2, 547:18, 550:13, 552:20, 555:16, 562:22, 573:23, 581:20, 581:23, 582:12, 583:5, 590:7, 591:1, 592:8, 611:5, 613:17, 613:23, 617:12, 617:19, 619:10, 621:20, 621:25, 623:2, 625:14, 627:14, 635:5, 635:12, 635:15, 636:8, 636:15

**showed** [8] - 416:2, 416:4, 416:5, 420:10, 439:21, 439:23, 454:20, 462:7

**showing** [1] - 410:21

**shown** [5] - 356:25, 358:3, 409:7, 448:1, 451:25

**shows** [3] - 429:17, 451:4, 532:13

**siblings** [3] - 371:22, 372:14, 373:3

**sic** [5] - 372:20, 479:13, 538:8, 572:1, 584:20

**sic]** [2] - 456:1, 576:19

**sick** [7] - 341:20, 540:7, 542:18, 542:20, 616:11, 616:12

**side** [7] - 371:23, 372:1, 453:9, 536:22, 551:18, 586:3, 586:5

**Sidebar** [2] - 476:6, 477:22

**sidebar** [1] - 558:9

**sign** [2] - 488:19, 531:14

**signal** [1] - 521:16

**signature** [12] - 361:16, 362:4, 362:8, 459:21, 488:19, 489:4, 583:1, 583:4, 583:15, 583:17, 612:2, 612:8

**signed** [4] - 364:15, 377:5, 460:5, 488:22

**silver** [2] - 495:19, 507:9

**simply** [3] - 398:12, 450:22, 454:14

**Sinaloa** [3] - 496:3, 530:1, 535:4

**sink** [7] - 352:16, 356:15, 357:18, 447:15, 500:22, 501:15, 501:21

**sister** [1] - 494:4

**sister's** [2] - 371:9, 372:20

**sisters** [1] - 371:24

**sit** [4] - 343:20, 543:20, 543:21, 543:22

**sitting** [17] - 332:11, 335:19, 388:10, 419:24, 420:1, 435:12, 435:15, 441:2, 513:8, 521:19, 532:23, 585:23, 585:24, 626:17, 626:19, 634:10, 634:12

**situation** [1] - 505:18

**six** [8] - 334:23, 335:2, 335:7, 586:25, 587:8, 625:25, 633:12

**Sixty** [2] - 488:12, 555:21

**Sixty-five** [1] - 488:12

**Sixty-two** [1] - 555:21

**size** [4] - 440:2, 440:4, 503:13, 557:24

**sleep** [2] - 509:16, 514:7

**sleeping** [5] - 340:22, 340:23, 341:1, 341:6, 523:2

**slide** [3] - 538:12, 412:9, 579:11

**slides** [1] - 579:16

**slope** [2] - 608:2, 608:4

**slots** [1] - 521:14

**slow** [1] - 565:17

**slowly** [1] - 330:6

**small** [8] - 446:8, 446:9, 446:15, 446:22, 446:23, 447:3, 468:20, 468:21

**smaller** [1] - 630:15

**smallest** [2] - 492:7, 630:18

**smoke** [2] - 347:2, 595:9

**smoked** [2] - 503:20, 561:10

**smoking** [1] - 490:22

**Snake** [1] - 533:20

**snowing** [1] - 533:22

**sofa** [2] - 545:4, 553:9

**sofas** [1] - 543:20

**sold** [12] - 461:14, 462:14, 462:17, 467:5, 472:20, 504:24, 572:16, 596:15, 609:17, 618:14, 632:2, 636:24

**solve** [1] - 474:8

**someone** [10] - 502:14, 529:2, 562:17, 563:9, 565:5, 601:22, 601:24, 602:9, 602:13, 624:20

**someplace** [2] - 334:1, 438:8

**sometime** [2] - 495:18, 556:14

**sometimes** [9] - 405:19, 426:12, 441:1, 442:7, 481:21, 593:8, 593:9, 632:3

**somewhere** [2] -

573:5, 629:22
**son** [1] - 537:22
**soon** [6] - 385:19, 505:14, 505:19, 534:9, 552:9, 624:18
**sooner** [3] - 362:25, 363:1, 516:15
**sorry** [48] - 327:6, 329:3, 329:19, 331:8, 339:8, 342:18, 344:7, 353:9, 356:4, 360:4, 360:10, 363:18, 363:25, 369:24, 395:9, 396:1, 408:19, 411:16, 413:24, 419:4, 422:12, 423:21, 426:25, 433:13, 459:16, 475:13, 475:21, 479:4, 501:8, 522:9, 526:2, 530:3, 532:1, 549:13, 550:16, 555:13, 569:5, 575:19, 577:1, 581:24, 582:1, 583:7, 585:3, 603:15, 605:23, 619:24, 625:16, 635:14
**sort** [3] - 442:15, 588:19, 623:20
**sound** [1] - 601:9
**source** [3] - 338:16, 378:16, 379:12
**South** [2] - 585:6, 585:11
**southern** [1] - 485:15
**Spanish** [1] - 493:11
**speaker** [1] - 540:14
**speaking** [1] - 588:19
**specific** [3] - 335:21, 381:14, 435:19
**specifically** [2] - 520:21, 561:9
**speculation** [2] - 474:12, 558:3
**speech** [1] - 559:23
**spell** [7] - 406:15, 412:6, 485:3, 578:16, 578:18, 607:12, 607:14
**spend** [1] - 535:11
**spending** [1] - 599:21
**spent** [1] - 561:24
**spoken** [1] - 358:7
**spot** [1] - 541:18
**stack** [3] - 416:4, 550:7, 550:12

**stake** [1] - 444:17
**stand** [5] - 327:15, 442:24, 476:21, 554:19, 606:24
**standing** [2] - 520:22, 586:18
**staring** [1] - 552:6
**start** [12] - 389:13, 392:11, 487:6, 497:24, 552:9, 577:25, 588:10, 588:13, 588:15, 622:13, 630:24, 631:1
**started** [26] - 331:16, 331:19, 382:9, 399:23, 436:15, 436:17, 499:25, 517:17, 521:13, 523:10, 525:16, 527:14, 528:5, 543:6, 545:6, 545:12, 552:10, 588:23, 589:17, 589:22, 608:21, 609:9, 626:8, 631:2, 636:25
**starting** [1] - 436:16
**starts** [2] - 509:23, 526:14
**State** [9] - 366:11, 406:22, 406:25, 407:2, 407:9, 407:13, 539:8, 600:9, 610:3
**state** [23] - 368:5, 406:14, 412:5, 419:23, 456:1, 456:2, 457:15, 457:23, 467:19, 468:15, 470:8, 485:2, 489:16, 494:15, 513:7, 576:1, 578:15, 591:11, 591:14, 601:5, 602:5, 603:5, 607:11
**statement** [10] - 365:18, 366:1, 366:2, 366:4, 476:9, 476:19, 476:21, 478:17, 478:20, 569:22
**States** [7] - 327:8, 371:5, 491:5, 573:25, 584:4, 584:10, 612:12
**states** [1] - 365:11
**stating** [1] - 472:23
**station** [9] - 423:15,

438:19, 457:1, 510:4, 522:2, 522:5, 522:13, 522:15, 568:15
**stay** [8] - 327:17, 373:15, 404:3, 516:15, 529:4, 587:25, 616:12, 621:13
**stayed** [11] - 329:10, 332:23, 343:22, 344:17, 480:23, 516:6, 516:7, 521:13, 534:23, 534:24, 623:18
**staying** [6] - 481:25, 489:10, 490:3, 496:20, 498:22, 531:24
**stays** [1] - 579:22
**steadily** [1] - 486:20
**steering** [11] - 349:7, 349:8, 350:4, 350:5, 541:9, 541:10, 541:15, 541:25, 550:5, 550:6, 572:10
**Stennett** [2] - 600:13, 600:16
**step** [12] - 406:3, 406:4, 406:9, 411:20, 412:1, 484:15, 484:21, 577:9, 577:13, 578:10, 606:17, 607:5
**stepbrothers** [1] - 371:18
**stick** [1] - 572:23
**still** [28] - 327:16, 328:3, 341:6, 351:8, 372:6, 398:8, 415:9, 418:21, 438:5, 445:3, 445:19, 447:8, 453:13, 464:21, 468:6, 468:7, 473:11, 494:6, 511:23, 514:25, 515:1, 524:21, 534:22, 553:11, 557:7, 557:12, 557:13, 557:20
**stop** [4] - 329:14, 329:17, 389:12, 634:23
**stopped** [10] - 328:14, 330:2, 330:7, 389:23, 446:1, 466:15, 517:23, 520:11, 606:8

**stopping** [1] - 466:23
**store** [6] - 450:24, 451:14, 526:9, 526:10, 529:24, 568:13
**straight** [1] - 525:12
**strange** [2] - 380:18, 380:24
**street** [2] - 420:14, 615:14
**Street** [2] - 585:6, 585:11
**strictly** [1] - 573:5
**strike** [2] - 577:2, 600:22
**stripe** [1] - 489:19
**striped** [4] - 435:14, 435:21, 585:24, 626:20
**stripes** [4] - 436:3, 436:4, 489:19, 489:20
**study** [2] - 486:9, 608:12
**studying** [1] - 413:3
**stuff** [11] - 330:12, 497:7, 498:6, 498:17, 500:10, 501:3, 508:11, 508:16, 525:24, 544:13, 547:10
**submitted** [3] - 440:16, 524:14, 638:11
**substantial** [9] - 388:1, 388:9, 394:25, 400:1, 464:11, 465:1, 599:5, 599:19, 600:4
**sudden** [1] - 535:2
**summer** [2] - 478:18, 480:21
**summertime** [1] - 533:23
**Sunday** [3] - 544:3, 544:8, 544:14
**Sunshine** [3] - 507:21, 508:4, 508:7
**sunshine** [1] - 622:9
**supplied** [1] - 626:12
**support** [1] - 415:20
**suppose** [2] - 372:13, 474:25
**supposed** [13] - 463:2, 516:15, 516:22, 516:23, 517:19, 530:12, 542:23, 548:7, 550:8, 591:12, 603:3
**suspended** [1] -

497:14
**suspicions** [1] - 547:9
**sustained** [10] - 370:7, 398:14, 454:10, 473:25, 474:14, 493:19, 519:5, 537:25, 615:19, 616:1
**SUV** [1] - 347:11
**swarmed** [1] - 552:10
**sworn** [12] - 328:10, 406:10, 406:12, 412:1, 412:3, 445:4, 484:22, 484:25, 578:11, 578:13, 607:5, 607:9
**system** [1] - 583:13
**systems** [1] - 486:10

# T

**T-A-M-B-U-N-G-A** [1] - 412:8
**Table** [1] - 515:23
**table** [3] - 410:5, 586:2, 621:8
**tack** [1] - 558:10
**tacos** [3] - 530:18, 530:21, 566:10
**tall** [1] - 381:7
**Tambunga** [40] - 411:24, 411:25, 412:7, 412:16, 442:23, 443:1, 445:3, 445:8, 452:10, 459:21, 465:16, 466:20, 473:10, 484:15, 547:12, 547:13, 547:16, 547:21, 547:22, 569:24, 570:1, 591:6, 591:7, 591:13, 591:23, 592:6, 618:24, 619:1, 619:4, 619:15, 619:17, 619:25, 620:15, 621:7, 621:13, 623:14, 625:1, 625:7, 625:12, 632:24
**TAMBUNGA** [1] - 412:2
**tape** [3] - 499:7, 527:6, 568:5
**taped** [2] - 568:2, 568:4
**tapes** [1] - 468:8
**taxes** [1] - 512:3
**technical** [2] - 486:8

technician [1] -
410:10

technician's [1] -
410:11

telephone [5] - 389:3,
422:21, 511:19,
523:6, 525:2

telephones [1] - 389:2

temperature [1] -
443:7

temperatures [1] -
443:14

ten [14] - 364:18,
364:19, 366:18,
468:22, 490:14,
492:15, 497:4,
526:11, 570:9,
577:16, 577:24,
616:13

ten-minute [2] -
577:16, 577:24

tenth [3] - 579:6,
580:1, 580:4

test [1] - 513:23

tested [1] - 369:9

testified [18] - 328:11,
337:19, 366:4,
377:20, 378:4,
378:9, 378:15,
382:8, 400:16,
402:13, 406:13,
412:4, 474:10,
475:2, 485:1,
567:12, 578:14,
607:10

testifies [1] - 478:3

testify [21] - 327:25,
339:18, 354:19,
359:17, 360:15,
363:14, 363:16,
363:21, 376:5,
384:9, 395:9, 396:1,
399:22, 460:25,
476:16, 476:18,
555:5, 567:2, 567:6,
600:2, 615:20

testifying [2] - 359:18,
360:8

testimony [18] -
327:24, 362:18,
363:22, 378:21,
378:24, 380:2,
382:22, 392:20,
396:14, 441:3,
460:11, 465:16,
491:10, 554:22,
555:7, 558:7, 584:6,
612:15

Texas [1] - 579:2

THE [310] - 327:4,

327:7, 327:11,
328:7, 330:15,
330:17, 330:18,
330:19, 335:3,
336:3, 337:2, 337:8,
337:11, 337:15,
338:10, 339:3,
339:7, 339:9,
339:20, 343:10,
343:14, 348:18,
348:22, 350:10,
350:14, 352:24,
353:3, 353:9, 354:3,
354:7, 354:15,
354:18, 355:18,
355:20, 356:20,
356:24, 357:23,
358:2, 358:12,
358:14, 361:20,
361:24, 362:1,
364:9, 364:25,
365:2, 366:3,
367:19, 369:8,
369:17, 370:7,
370:15, 370:24,
373:15, 376:19,
376:22, 376:24,
382:1, 383:7, 388:5,
392:18, 392:25,
393:2, 394:16,
394:19, 395:14,
395:20, 396:8,
398:14, 400:13,
402:9, 404:3, 404:5,
406:2, 406:9,
406:14, 406:16,
406:17, 408:6,
408:19, 409:7,
409:11, 409:16,
409:19, 409:21,
409:22, 411:2,
411:6, 411:11,
411:14, 411:16,
411:19, 411:25,
412:5, 412:7, 412:9,
418:10, 420:6,
422:4, 422:12,
423:20, 423:22,
430:2, 430:6,
433:10, 433:12,
433:24, 434:2,
434:4, 434:21,
434:23, 435:2,
436:1, 436:3, 436:4,
440:6, 440:11,
440:20, 441:21,
441:24, 442:2,
442:4, 442:11,
442:21, 442:25,
443:2, 443:3, 443:4,
443:5, 443:16,

448:20, 448:24,
450:14, 450:18,
451:4, 451:7, 451:9,
451:21, 451:24,
452:6, 454:7,
454:10, 454:15,
455:6, 455:8, 459:7,
459:11, 460:2,
460:3, 461:7,
465:12, 473:4,
473:6, 473:25,
474:7, 474:14,
474:17, 474:25,
475:13, 475:17,
475:20, 475:22,
476:2, 476:4, 476:7,
476:16, 476:18,
476:22, 477:5,
477:12, 477:17,
477:21, 477:23,
479:1, 479:7, 481:9,
483:19, 483:21,
484:7, 484:9,
484:11, 484:14,
484:21, 485:2,
485:4, 485:6, 488:8,
488:12, 488:25,
489:25, 490:8,
493:19, 493:21,
499:15, 499:16,
501:8, 507:25,
508:1, 511:10,
511:12, 519:5,
519:8, 519:11,
522:9, 522:11,
522:12, 524:5,
524:6, 524:18,
526:2, 526:3, 526:4,
526:5, 530:3, 530:5,
530:7, 530:8, 533:4,
537:25, 538:3,
538:5, 538:7,
538:14, 544:19,
546:8, 546:12,
550:16, 550:19,
555:11, 555:14,
555:17, 555:21,
555:24, 556:1,
556:3, 558:4,
558:12, 561:17,
565:17, 566:24,
570:6, 570:12,
574:25, 575:3,
575:17, 576:8,
576:9, 577:3, 577:6,
577:8, 577:11,
577:13, 577:20,
578:4, 578:10,
578:15, 578:17,
578:18, 578:20,
578:21, 579:7,

579:10, 579:18,
579:21, 582:1,
582:16, 582:20,
583:8, 583:9,
583:10, 586:4,
586:5, 586:9, 587:5,
587:10, 597:17,
598:7, 598:9,
598:21, 604:4,
606:13, 606:17,
606:19, 606:20,
606:25, 607:4,
607:11, 607:13,
607:15, 607:16,
607:18, 611:17,
611:21, 614:11,
615:19, 616:1,
616:4, 616:6,
617:20, 617:24,
626:25, 634:18,
634:25, 635:19,
635:23, 636:16,
636:19, 637:23,
638:1, 638:3

themselves [3] -
495:11, 524:12,
604:13

therefore [5] - 327:21,
505:3, 506:20,
516:13, 564:8

thinking [1] - 597:2

third [2] - 413:2,
599:14

Thirteen [1] - 423:22

thirteen [1] - 423:22

Thirty [2] - 434:22,
635:23

thirty [1] - 607:23

Thirty-eight [1] -
434:22

thirty-four [1] - 607:23

Thirty-nine [1] -
635:23

thousand [3] - 349:16,
420:19, 449:5

three [44] - 333:18,
335:24, 371:15,
371:24, 374:22,
376:1, 376:2, 396:4,
401:17, 401:19,
401:21, 401:23,
402:2, 452:11,
461:18, 461:20,
466:1, 466:24,
467:1, 467:6,
472:16, 482:4,
482:12, 510:12,
523:15, 527:1,
527:2, 527:19,
531:23, 536:15,

568:5, 569:8, 571:3,
593:1, 596:2,
610:11, 628:14,
628:17, 630:11,
634:20, 634:22,
636:7, 636:24

throughout [1] - 595:9

Thursday [4] - 535:2,
540:21, 565:25,
566:1

tie [2] - 626:20, 634:13

tip [1] - 579:12

tipped [1] - 327:18

tired [1] - 509:14

tires [1] - 515:22

title [2] - 406:24, 410:1

today [19] - 335:16,
362:18, 364:2,
382:22, 388:11,
419:19, 435:9,
460:11, 478:9,
489:14, 491:10,
554:13, 555:5,
566:9, 584:6,
584:18, 585:20,
612:15, 634:8

together [9] - 333:18,
358:21, 360:3,
415:12, 471:4,
471:5, 554:14,
568:2, 569:17

tomorrow [2] - 638:5,
638:14

took [35] - 332:15,
338:19, 340:12,
346:9, 346:10,
376:13, 390:1,
424:8, 446:13,
453:12, 463:6,
483:2, 499:20,
499:24, 502:6,
506:8, 507:7,
520:25, 526:24,
527:9, 536:18,
542:12, 549:25,
550:5, 551:8,
553:22, 570:10,
572:11, 574:11,
574:12, 576:4,
615:17, 615:24

tools [1] - 525:25

top [1] - 508:18

topic [2] - 440:7,
442:19

Torres [1] - 632:24

total [10] - 368:5,
402:3, 407:6, 550:9,
561:20, 561:23,
562:1, 566:3,
569:20, 569:21

touch [4] - 432:1,
459:25, 489:2, 583:6
touched [4] - 392:20,
467:1, 467:2, 517:16
touching [1] - 612:4
towards [8] - 327:18,
418:15, 515:9,
518:1, 531:14,
533:25, 534:1,
579:17
town [1] - 427:5
trade [1] - 507:18
trading [2] - 506:24,
507:7
trafficking [1] - 399:1
Trailer [19] - 351:8,
407:23, 428:16,
438:11, 447:9,
455:23, 552:13,
553:11, 622:19,
623:1, 623:7, 623:8,
623:12, 623:17,
628:2, 628:8,
628:14, 628:20,
629:22
trailer [79] - 332:24,
333:4, 333:5,
333:22, 333:23,
334:2, 341:17,
341:19, 342:10,
343:19, 344:21,
351:12, 351:21,
353:19, 353:23,
407:23, 408:13,
408:18, 408:24,
409:23, 418:17,
418:20, 421:15,
421:21, 427:11,
427:12, 427:13,
427:23, 427:25,
428:1, 428:18,
428:24, 429:2,
429:12, 438:9,
438:10, 438:13,
438:17, 438:18,
438:20, 445:11,
447:12, 447:17,
452:13, 452:14,
452:24, 453:4,
453:6, 453:9, 456:7,
456:12, 456:22,
458:12, 461:24,
463:5, 480:1,
481:24, 481:25,
482:5, 482:20,
498:17, 498:21,
499:8, 499:11,
499:12, 501:19,
503:5, 503:11,
503:24, 525:12,

525:15, 545:18,
547:8, 553:10,
556:17, 621:19,
622:22, 622:25
transaction [8] -
450:8, 557:19,
558:19, 559:7,
565:2, 605:8,
605:11, 605:21
transactions [2] -
378:10, 557:15
transfer [8] - 400:20,
448:11, 450:9,
517:6, 530:5, 530:8,
530:16, 550:8
transferred [1] -
400:16
transportations [1] -
573:24
transported [4] -
359:7, 368:19,
368:22, 368:23
transporting [2] -
387:7, 495:10
Treasure [2] - 413:9,
609:6
Trent [5] - 461:23,
482:4, 482:19,
482:21
trial [2] - 327:10,
443:25
trials [1] - 442:13
tried [6] - 391:12,
526:1, 574:19,
597:10, 597:11,
597:12
trip [14] - 375:22,
378:11, 393:6,
394:1, 497:1,
563:24, 564:5,
564:14, 564:15,
565:9, 567:4, 567:7,
574:1, 574:4
triple [1] - 528:24,
528:25
trips [8] - 374:1,
375:19, 392:10,
393:12, 393:17,
394:12, 553:23,
561:20
trouble [6] - 330:4,
366:14, 437:24,
497:10, 516:12,
516:19
truck [16] - 347:11,
347:23, 347:24,
348:9, 348:10,
348:12, 349:9,
350:6, 513:15,
530:19, 541:7,

541:23, 541:24,
552:9, 572:22
true [15] - 363:24,
364:1, 364:3, 373:6,
405:3, 465:4,
466:19, 466:22,
466:23, 474:22,
474:24, 475:16,
561:5, 563:20,
593:21
trust [4] - 437:1,
437:5, 437:7, 437:9
trusted [1] - 558:20
truth [23] - 328:11,
373:10, 391:7,
391:10, 391:19,
397:12, 397:25,
398:3, 398:22,
399:24, 406:13,
412:4, 461:1, 485:1,
491:22, 491:23,
560:25, 578:14,
584:18, 596:9,
607:10, 612:25
truthful [1] - 391:12
truthfully [1] - 390:19
try [7] - 391:7, 391:15,
400:2, 405:5, 457:3,
505:5, 505:14
trying [8] - 377:17,
443:22, 476:4,
526:16, 538:11,
567:13, 601:22,
601:24
Tuesday [4] - 540:20,
547:3, 565:24, 566:1
turned [2] - 499:21,
582:1
tutor [2] - 609:3, 609:7
TV [1] - 529:8
TVCC [2] - 413:7,
413:8
twelve [1] - 423:20
Twelve [1] - 625:16
twenty [10] - 334:23,
335:2, 335:7,
408:21, 468:22,
589:1, 589:2,
594:17, 615:15
Twenty [1] - 550:18
twenty-eight [3] -
589:1, 589:2, 594:17
Twenty-eight [1] -
550:18
twenty-five [1] -
594:17
twenty-nine [1] -
408:21
twenty-six [3] -
334:23, 335:2, 335:7

twice [16] - 377:21,
401:9, 401:10,
401:13, 401:14,
402:23, 404:18,
420:18, 420:19,
424:15, 462:17,
516:2, 546:23,
563:1, 603:8, 605:20
two [105] - 327:10,
332:18, 334:18,
342:11, 343:5,
344:14, 344:22,
360:16, 368:4,
368:9, 368:11,
375:4, 382:10,
383:15, 393:15,
403:14, 420:19,
421:4, 421:9,
424:18, 424:24,
425:25, 426:4,
439:25, 443:21,
462:15, 462:17,
462:22, 464:5,
471:13, 490:21,
497:15, 498:4,
499:22, 502:10,
503:8, 503:9,
503:12, 503:13,
504:21, 507:12,
511:2, 511:4, 513:5,
521:7, 526:9,
526:11, 533:15,
540:11, 540:18,
540:19, 540:25,
541:3, 541:7,
541:15, 542:3,
542:4, 543:20,
544:6, 544:19,
545:8, 546:16,
546:20, 548:19,
550:1, 550:6,
550:10, 551:8,
551:9, 555:21,
556:24, 557:4,
561:20, 561:25,
562:6, 565:14,
565:22, 565:25,
566:1, 566:2, 566:7,
571:11, 571:14,
571:15, 572:11,
574:7, 575:19,
589:7, 589:8, 592:2,
592:25, 594:4,
594:8, 602:6,
608:11, 620:20,
620:24, 630:11,
636:7
two-door [1] - 521:7
type [2] - 599:2, 599:6
typically [1] - 442:15

# U

U.S [4] - 456:1,
537:18, 537:19,
538:20
ultimate [1] - 394:23
ultimately [4] - 461:3,
563:18, 584:19,
613:2
Uncle [3] - 328:18,
329:9, 520:25
uncle [17] - 328:21,
330:3, 330:8,
375:17, 375:18,
375:21, 391:18,
391:20, 392:6,
396:14, 397:11,
397:13, 398:9,
398:21, 518:5,
519:19, 521:2
unclear [9] - 369:1,
369:13, 369:19,
369:21, 370:1,
370:10, 370:20,
370:21, 477:18
under [3] - 327:17,
352:16, 356:15,
357:18, 429:4,
445:4, 447:15,
454:3, 455:12,
524:21, 537:4,
537:12, 599:11
undercover [2] -
559:3, 604:8
underneath [7] -
488:22, 500:22,
501:15, 501:21,
583:4, 612:5, 621:7
understood [2] -
339:24, 381:20
Union [1] - 450:23
United [7] - 327:8,
371:5, 491:5,
573:25, 584:4,
584:10, 612:12
universal [1] - 444:5
University [1] - 486:6
unknown [1] - 380:16
unload [1] - 525:18
unloaded [3] - 498:17,
498:25, 540:12
unloading [2] -
525:16, 540:15
unresponsive [1] -
537:23
unwrapped [1] -
499:19
up [94] - 328:2, 329:8,
330:2, 330:7,
330:12, 331:7,

**variety** [1] - 444:2
**various** [1] - 390:13
**Vegas** [1] - 497:2
**vehicle** [8] - 494:15, 497:8, 498:25, 499:20, 520:21, 520:23, 532:10, 533:24
**vehicles** [2] - 518:15, 552:7
**versus** [1] - 327:8
**VERTNER** [1] - 607:8
**Vertner** [35] - 338:18, 339:13, 339:16, 384:19, 386:1, 405:11, 426:21, 426:23, 427:2, 431:6, 431:13, 431:15, 433:3, 437:15, 454:21, 473:17, 473:21, 474:1, 474:10, 474:21, 475:6, 476:15, 476:16, 476:24, 478:3, 556:16, 556:22, 558:16, 558:20, 559:6, 606:22, 607:4, 607:13, 607:22
**Victor** [28] - 328:16, 328:18, 329:9, 330:3, 330:8, 332:15, 333:17, 341:16, 341:17, 343:25, 346:21, 346:22, 358:11, 358:14, 358:17, 359:2, 359:20, 360:5, 374:4, 374:10, 375:9, 375:13, 393:23, 394:3, 484:19, 485:4, 539:13
**VICTOR** [2] - 484:24, 485:4
**Victor's** [1] - 346:23
**Victorio** [9] - 328:19, 329:10, 518:6, 518:7, 518:13, 520:25, 521:12, 521:18, 525:18
**view** [1] - 382:4
**violations** [1] - 407:18
**visit** [1] - 548:15
**voice** [1] - 470:4
**VOIR** [1] - 338:11
**volunteer** [1] - 390:21
**vomit** [1] - 542:19

## W

**wad** [10] - 503:6, 508:20, 529:10, 529:11, 532:12, 541:17, 545:7, 546:19, 551:21, 556:25
**wait** [6] - 333:5, 357:3, 510:9, 510:11, 517:7
**waited** [1] - 330:9
**waiting** [4] - 327:25, 436:10, 443:6, 586:16
**wake** [1] - 341:5
**walk** [3] - 541:16, 562:7, 572:20
**walked** [11] - 494:16, 503:10, 521:12, 521:19, 532:11, 533:25, 543:6, 551:14, 571:22, 572:12
**walking** [1] - 500:15
**walks** [1] - 525:20
**Walmart** [2] - 417:16, 425:23
**warehousing** [1] - 486:17
**washed** [1] - 510:6
**Washington** [1] - 610:3
**watch** [2] - 336:11, 543:9
**watching** [3] - 343:21, 529:8, 546:21
**water** [1] - 531:13
**ways** [1] - 551:6
**wearing** [14] - 335:19, 335:20, 419:24, 419:25, 435:13, 435:20, 489:17, 489:18, 532:24, 532:25, 585:23, 626:18, 634:11, 634:13
**Wednesday** [1] - 535:2
**weed** [9] - 347:2, 503:18, 503:20, 551:13, 551:24, 559:10, 559:19, 559:21, 561:10
**week** [31] - 358:22, 359:8, 401:8, 404:8, 404:18, 426:24, 427:1, 427:25, 428:1, 469:4, 478:13, 478:14, 478:15, 480:24,

**514:23**, 565:15, 565:23, 565:24, 566:3, 566:4, 566:6, 566:7, 592:3, 593:3, 593:9, 603:8, 620:22, 628:7, 628:16
**weekly** [2] - 593:8, 628:13
**weeks** [3] - 403:14, 586:25, 587:8
**weigh** [4] - 356:9, 356:13, 446:24, 447:17
**weighed** [2] - 500:7, 500:10
**weighing** [4] - 500:1, 527:14, 527:20, 528:3
**weight** [2] - 368:3, 468:23
**weird** [3] - 559:9, 559:19, 560:1
**Weiser** [43] - 331:14, 331:15, 332:23, 407:24, 412:21, 414:9, 414:23, 417:8, 423:17, 424:9, 424:10, 427:9, 427:14, 433:1, 457:2, 466:4, 469:13, 472:12, 472:16, 480:14, 480:15, 480:22, 481:3, 489:9, 497:18, 497:20, 498:4, 498:12, 498:13, 498:15, 498:16, 502:11, 523:9, 523:15, 525:13, 587:24, 608:2, 608:6, 618:20, 620:13, 622:19, 626:1
**welder** [1] - 580:9
**Wells** [2] - 454:1, 454:25
**Western** [2] - 450:7, 450:23
**wheel** [13] - 349:7, 349:8, 350:4, 350:5, 374:14, 512:18, 541:9, 541:10, 541:15, 541:25, 550:5, 550:6, 572:10
**wheelers** [1] - 512:19
**white** [9] - 435:14, 435:21, 436:2, 489:18, 489:19, 501:16, 526:19,

**585:24**, 626:20
**white-collared** [1] - 489:19
**Whittier** [3] - 485:13, 485:14, 485:25
**whole** [15] - 328:11, 370:12, 405:17, 406:12, 412:3, 484:25, 518:10, 520:5, 535:13, 542:20, 543:1, 554:18, 566:19, 578:13, 607:9
**wife** [4] - 469:16, 529:22, 530:12, 601:20
**wife's** [1] - 530:14
**willing** [2] - 465:6
**wings** [1] - 543:9
**Winmill** [1] - 613:4
**winter** [1] - 586:13
**wire** [8] - 512:8, 512:13, 517:5, 529:21, 530:5, 530:8, 530:16
**wired** [1] - 563:3
**wish** [2] - 362:1, 475:3
**withheld** [1] - 398:12
**withhold** [1] - 365:9
**withholding** [1] - 399:17, 399:19
**witness** [20] - 327:15, 335:4, 336:1, 337:6, 337:12, 339:1, 339:2, 339:22, 339:23, 340:3, 354:19, 357:21, 366:3, 369:9, 369:10, 370:13, 370:17, 370:20, 370:21, 370:24, 382:5, 406:2, 406:6, 409:8, 411:22, 412:12, 420:4, 444:11, 445:6, 454:14, 475:2, 475:12, 477:1, 477:2, 477:6, 479:7, 484:12, 484:18, 484:22, 485:6, 489:22, 524:20, 524:23, 533:3, 533:5, 538:13, 558:5, 576:6, 576:8, 577:8, 577:18, 578:7, 578:9, 578:22, 586:7, 606:20, 607:5, 615:19, 626:23, 634:16, 635:2

## V

**V-E-R-T-N-E-R** [1] - 607:17
**vacation** [1] - 535:11
**Valdez** [4] - 563:9, 563:17, 564:1, 565:12
**Valley** [2] - 413:9, 609:6
**van** [2] - 554:14, 555:2
**varied** [3] - 592:2, 615:9, 615:12

331:9, 331:11, 333:22, 333:23, 338:22, 341:5, 341:7, 342:10, 344:21, 345:6, 351:19, 354:19, 357:5, 357:22, 376:13, 377:11, 379:10, 380:1, 381:1, 391:18, 394:3, 394:4, 396:23, 397:12, 398:22, 405:5, 412:20, 425:4, 432:16, 443:7, 445:2, 447:22, 451:4, 485:24, 486:23, 487:1, 494:23, 495:6, 496:21, 496:23, 499:2, 499:7, 504:21, 505:7, 506:6, 506:14, 506:19, 509:21, 509:25, 510:4, 510:6, 510:10, 511:2, 515:17, 517:4, 517:23, 517:25, 520:14, 521:17, 525:25, 526:16, 528:6, 531:4, 532:9, 545:15, 546:16, 546:20, 551:7, 565:12, 567:17, 568:2, 568:4, 570:23, 575:19, 579:3, 588:17, 597:25, 601:20, 608:1, 621:20, 623:19, 628:3, 628:8, 628:13, 628:19, 629:6, 634:21, 634:25
**updated** [1] - 510:21
**usual** [1] - 524:9

**Witness** [3] - 357:7,
489:3, 612:7
**WITNESS** [35] -
330:17, 330:19,
358:14, 365:2,
404:5, 406:16,
409:19, 409:22,
412:7, 436:3, 443:2,
443:4, 455:8, 460:3,
485:4, 490:8,
493:21, 499:16,
507:25, 519:11,
522:12, 526:3,
526:5, 530:5, 530:8,
576:9, 577:6,
578:17, 578:20,
583:9, 586:5,
606:19, 607:13,
607:16, 616:6
**witnesses** [4] -
327:21, 327:22,
444:7, 638:13
**woke** [1] - 341:7
**woman** [1] - 634:12
**women** [1] - 545:15
**word** [1] - 398:18
**words** [1] - 602:22
**worried** [1] - 444:21
**worth** [12] - 379:8,
379:11, 380:20,
381:15, 446:16,
461:15, 482:3,
505:22, 527:19,
543:14, 551:9, 562:7
**wrapped** [1] - 499:7
**writing** [1] - 560:6

## Y

**year** [10] - 413:2,
416:12, 416:13,
471:12, 486:4,
486:11, 492:8,
589:17, 597:3, 597:5
**years** [22] - 364:16,
366:18, 396:4,
407:6, 431:18,
431:19, 471:14,
472:6, 472:16,
485:11, 485:25,
486:1, 490:14,
490:15, 492:15,
519:16, 580:9,
599:8, 608:11,
613:13, 625:25,
633:12
**yellow** [4] - 612:9,
626:20, 634:13
**Yellowstone** [1] -
413:18

**yes-or-no** [1] - 577:4
**yesterday** [3] -
328:14, 378:9,
554:19
**yourself** [6] - 366:22,
405:6, 421:22,
464:16, 464:22,
482:8
**yourselves** [1] -
440:14

## Z

**ziplock** [2] - 500:8,
502:3