1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

2
- - - - - - - - - - - - - - - - - - - x
3                                       :
UNITED STATES OF AMERICA,              : Case No. CR 12-155-S-BLW
4                                       :
                    Plaintiff,          :   **JURY TRIAL**
5                                       :
          vs.                           :
6                                       :
JESUS GUADALUPE SANCHEZ, a/k/a JOSE    :
7  SALAZAR, a/k/a "CHE," JIM ALLEN      :
LOVELAND, and, MICHAEL DENNIS MORRIS,  :
8                                       :
                    Defendants.         :
9                                       :
- - - - - - - - - - - - - - - - - - - x
10

11

12

13

14

15    <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

16
      before B. Lynn Winmill, Chief District Judge
17

18    <u>Volume 3</u>

19    January 16, 2013

20
      Pages 639 to 915
21

22
                    **Tamara I. Hohenleitner**
23         Idaho Certified Shorthand Reporter No. 619
              Registered Professional Reporter
24               Certified Realtime Reporter
              Federal Certified Realtime Reporter
25
           United States Courts, District of Idaho
     550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                                    **A P P E A R A N C E S**

2

3        **FOR UNITED STATES OF AMERICA**

4                  Lynne W. Lamprecht
                   US ATTORNEY'S OFFICE
5                  Washington Group Plaza IV
                   800 Park Blvd., Ste. 600
6                  Boise, ID 83712-9903
                   Tel:  (208) 334-1211
7                  Fax:  (208) 334-9375
                   Email:  Lynne.lamprecht2@usdoj.gov
8

9

        **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**
10
                   Jeffrey P. Heineman
11                 HEINEMAN LAW OFFICE
                   1501 Tyrell Lane
12                 Boise, ID 83706
                   Tel: (208) 830-6124
13                 Fax: (208) 947-9009
                   Email: Jeff@heinemanlaw.com
14

15       **FOR DEFENDANT MICHAEL DENNIS MORRIS**

16                 Joseph W. Borton
                   BORTON-LAKEY LAW OFFICES
17                 141 E. Carlton Avenue
                   Meridian, ID 83642
18                 Tel: (208) 908-4415
                   Fax: (208) 493-4610
19                 Email: Joe@borton-lakey.com

20

        **FOR DEFENDANT JIM ALLEN LOVELAND**
21
                   Christian Berglund
22                 BERGLUND LAW, PLLC
                   500 W. Bannock Street
23                 Boise, ID 83702
                   Tel: (208) 342-7600
24                 Fax: (208) 392-1395
                   Email: Chris@berglundlaw.com
25

**United States Courts, District of Idaho**

641

## I N D E X

| | Date | Proceeding | Volume-Page |
|---|------|-----------|-------------|
| 1 | | | |
| 2 | 01/14/13 | Jury Trial Day 1............................ | V1 - 159 |
| 3 | | Preliminary jury instructions............ | V1 - 177 |
| | | Opening statement by the Government...... | V1 - 196 |
| 4 | | Opening statement by Defendant Morris.... | V1 - 228 |
| | | Opening statement by Defendant Loveland.. | V1 - 242 |
| 5 | | Opening statement by Defendant Sanchez... | V1 - 245 |
| 6 | 01/15/13 | Jury Trial Day 2............................ | V2 - 317 |
| 7 | 01/16/13 | Jury Trial Day 3............................ | V3 - 639 |
| 8 | 01/17/13 | Jury Trial Day 4............................ | V4 - 916 |
| 9 | 01/18/13 | Jury Trial Day 5............................ | V5 - 1215 |
| | | Rule 29 motion by Defendants............. | V5 - 1298 |
| 10 | | Jury instruction conference.............. | V5 - 1315 |
| 11 | 01/22/13 | Jury Trial Day 6............................ | V6 - 1324 |
| | | Further jury instruction conference...... | V6 - 1334 |
| 12 | | Final jury instructions by The Court..... | V6 - 1341 |
| | | Closing argument by the Government....... | V6 - 1364 |
| 13 | | Closing argument by Defendant Loveland... | V6 - 1422 |
| | | Closing argument by Defendant Morris..... | V6 - 1443 |
| 14 | | Closing argument by Defendant Sanchez.... | V6 - 1468 |
| | | Rebuttal argument by the Government...... | V6 - 1481 |
| 15 | | Final jury instructions by The Court..... | V6 - 1495 |
| | | Jury verdict............................. | V6 - 1505 |
| 16 | | | |

17                      ## U N I T E D   S T A T E S   W I T N E S S E S

18                                                        **VOLUME-PAGE**

19 **FABIAN BELTRAN**

| | |
|---|---|
| | Direct Examination by Ms. Lamprecht..............V1 - 249 |
| 20 | Continued Direct Examination by Ms. Lamprecht....V2 - 328 |
| | Voir Dire Examination by Mr. Borton.............V2 - 338 |
| 21 | Continued Direct Examination by Ms. Lamprecht....V2 - 340 |
| | Cross-Examination by Mr. Heineman...............V2 - 364 |
| 22 | Cross-Examination by Mr. Borton.................V2 - 377 |
| | Cross-Examination by Ms. Berglund...............V2 - 383 |
| 23 | Redirect Examination by Ms. Lamprecht...........V2 - 388 |
| | Recross-Examination by Mr. Heineman.............V2 - 394 |
| 24 | Recross-Examination by Mr. Borton...............V2 - 396 |
| | Recross-Examination by Ms. Berglund.............V2 - 400 |
| 25 | Further Redirect Examination by Ms. Lamprecht....V2 - 402 |

642

# I N D E X

## U N I T E D   S T A T E S   W I T N E S S E S

VOLUME-PAGE

**ROBERT BOONE**
Direct Examination by Ms. Lamprecht..............V4 - 1131
Cross-Examination by Mr. Borton..................V4 - 1146
Redirect Examination by Ms. Lamprecht...........V4 - 1147

**PATRIC CAMPBELL**
Direct Examination by Ms. Lamprecht..............V4 - 928
Cross-Examination by Mr. Borton..................V4 - 952
Redirect Examination by Ms. Lamprecht...........V4 - 959

**AMY CAVAZOS**
Direct Examination by Ms. Lamprecht..............V4 - 1025
Cross-Examination by Mr. Borton..................V4 - 1047
Cross-Examination by Mr. Heineman................V4 - 1049
Redirect Examination by Ms. Lamprecht...........V4 - 1052
Recross-Examination by Mr. Borton................V4 - 1053

**JAMES CHRISTENSEN**
Direct Examination by Ms. Lamprecht..............V4 - 1058
Cross-Examination by Mr. Heineman................V4 - 1082

**RACHEL L. COBLENTZ**
Direct Examination by Ms. Lamprecht..............V4 - 961
Cross-Examination by Mr. Borton..................V4 - 1000
Redirect Examination by Ms. Lamprecht...........V4 - 1009
Cross-Examination by Mr. Heineman................V4 - 1012
Recross-Examination by Mr. Borton................V4 - 1014
Further Redirect Examination by Ms. Lamprecht....V4 - 1016
Further Recross-Examination by Mr. Heineman......V4 - 1020
Further Redirect Examination by Ms. Lamprecht....V4 - 1023

**KRISTOPHER CRAIG HENSLEY**
Direct Examination by Ms. Lamprecht..............V3 - 766
Cross-Examination by Mr. Borton..................V3 - 812
Cross-Examination by Ms. Berglund................V3 - 824
Redirect Examination by Ms. Lamprecht...........V3 - 824
Recross-Examination by Mr. Borton................V3 - 827
Further Redirect Examination by Ms. Lamprecht....V3 - 832

**AMBER HITES**
Direct Examination by Ms. Lamprecht..............V3 - 868
Cross-Examination by Mr. Borton..................V3 - 904
Redirect Examination by Ms. Lamprecht...........V3 - 907
Cross-Examination by Mr. Heineman................V3 - 908
Further Redirect Examination by Ms. Lamprecht....V3 - 911

643

**I N D E X**

1

**U N I T E D   S T A T E S   W I T N E S S E S**

2

VOLUME-PAGE

3  JUSTIN KLITCH
       Direct Examination by Ms. Lamprecht..............V3 - 852

4

   JONATHAN L. LAURENSON
5      Direct Examination by Ms. Lamprecht..............V3 - 838

6  MARIO MARTINEZ
       Direct Examination by Ms. Lamprecht..............V2 - 578
7      Cross-Examination by Ms. Berglund................V2 - 598
       Cross-Examination by Mr. Heineman................V2 - 598
8      Redirect Examination by Ms. Lamprecht...........V2 - 604

9  DAVID R. NETH
       Direct Examination by Ms. Lamprecht..............V2 - 406
10

   VICTOR RUIZ
11     Direct Examination by Ms. Lamprecht..............V2 - 485
       Cross-Examination by Mr. Borton..................V2 - 556
12     Cross-Examination by Ms. Berglund................V2 - 561
       Cross-Examination by Mr. Heineman................V2 - 566
13     Redirect Examination by Ms. Lamprecht...........V2 - 570
       Recross-Examination by Mr. Borton................V2 - 575
14     Recross-Examination by Mr. Heineman..............V2 - 575

15 DAVID C. SINCERBEAUX
       Direct Examination by Ms. Lamprecht..............V5 - 1256
16     Cross-Examination by Mr. Borton..................V5 - 1282
       Cross-Examination by Mr. Heineman................V5 - 1286
17     Redirect Examination by Ms. Lamprecht...........V5 - 1293

18 JESS STENNETT
       Direct Examination by Ms. Lamprecht..............V4 - 1148
19     Continued Direct Examination by Ms. Lamprecht....V5 - 1238
       Cross-Examination by Ms. Berglund................V5 - 1242
20     Cross-Examination by Mr. Heineman................V5 - 1251
       Redirect Examination by Ms. Lamprecht...........V5 - 1253
21     Recross-Examination by Ms. Berglund..............V5 - 1253

22 JOHNNY TAMBUNGA
       Direct Examination by Ms. Lamprecht..............V2 - 412
23     Cross-Examination by Ms. Berglund................V2 - 461
       Cross-Examination by Mr. Heineman................V2 - 465
24     Cross-Examination by Mr. Borton..................V2 - 473
       Redirect Examination by Ms. Lamprecht...........V2 - 479
25     Recross-Examination by Ms. Berglund..............V2 - 483

<u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

1

<u>U</u> <u>N</u> <u>I</u> <u>T</u> <u>E</u> <u>D</u>   <u>S</u> <u>T</u> <u>A</u> <u>T</u> <u>E</u> <u>S</u>   <u>W</u> <u>I</u> <u>T</u> <u>N</u> <u>E</u> <u>S</u> <u>S</u> <u>E</u> <u>S</u>

2

VOLUME-PAGE

3   **BENJAMINE LAWRENCE VERTNER**
    Direct Examination by Ms. Lamprecht.............V2 - 607
4   Continued Direct Examination by Ms. Lamprecht....V3 - 649
    Cross-Examination by Mr. Borton..................V3 - 715
5   Cross-Examination by Mr. Heineman................V3 - 745
    Cross-Examination by Ms. Berglund...............V3 - 750
6   Redirect Examination by Ms. Lamprecht...........V3 - 751
    Recross-Examination by Mr. Heineman.............V3 - 758
7   Further Redirect Examination by Ms. Lamprecht....V3 - 760

8   **KENNETH WHITE**
    Direct Examination by Ms. Lamprecht.............V3 - 762

9

    **GENE WUNSCH**
10  Direct Examination by Ms. Lamprecht.............V4 - 1084
    Cross-Examination by Mr. Heineman...............V4 - 1129

11

12

13

<u>U</u> <u>N</u> <u>I</u> <u>T</u> <u>E</u> <u>D</u>   <u>S</u> <u>T</u> <u>A</u> <u>T</u> <u>E</u> <u>S</u>   <u>E</u> <u>X</u> <u>H</u> <u>I</u> <u>B</u> <u>I</u> <u>T</u> <u>S</u>

14  **ADMITTED**                                    VOLUME-PAGE

15  **2**    Photo of Trailer #10, Clifford's Trailer
             Park....................................... V1 - 262
16  **3**    Clifford's Trailer Park Payment Log......... V2 - 430
    **4**    Photo of Johnny Tambunga.................... V1 - 267
17  **5**    Photo of Fabian Beltran..................... V2 - 434
    **6**    Photo of Victor Ruiz........................ V1 - 308
18  **7**    Jim Loveland Business Card - Piloting
             Service..................................... V4 - 1188
19  **8**    Jim Loveland Business Card - Disaster
             Recovery.................................... V4 - 1189
20  **9A**   Phone calls between Jim Loveland and Che
             Primo a/k/a Sanchez - Summary Chart -
21           March 2012- May 2012........................ V1 - 196
    **9B**   Phone calls between Jim Loveland and
22           Beltran - Summary Chart - February 2012 -
             May 2012.................................... V1 - 196
23  **9C**   Phone calls between Jim Loveland and
             Tambunga - Summary Chart Dec. 2011-
24           January 2012................................ V1 - 196
    **9D**   Loveland Phone Tolls Diagram................ V1 - 196
25  **9E**   902(11) Certification of T-Mobile Records
             by Joshua Spencer........................... V1 - 196

645

<u>I N D E X</u>

1                    <u>U N I T E D   S T A T E S   E X H I B I T S</u>

2   ADMITTED                                          VOLUME-PAGE

3   **10**    Photo of Jim Loveland's House................V1 - 274
    **11**    Photo of Mario Martinez.....................V1 - 278
4   **12**    Photo of Dawson Lee Moore...................V1 - 280
    **13**    Photo of Dawson Lee Moore's House...........V1 - 281
5   **14**    Beltran's T-Mobile Samsung Phone............V1 - 305
    **14A**   Phone Contacts from Ex. 14 - Fabian
6             Beltran's T-Mobile Samsung Phone............V1 - 305
    **15**    Beltran's Blackberry Phone..................V1 - 295
7   **15A**   Contact List from Ex.15 Fabian Beltran's
              BlackBerry Phone............................V1 - 297
8   **15B**   Phone calls between Jim Loveland and
              Primo Che a/k/a Sanchez - Summary Chart -
9             Feb. 2012...................................V4 - 1199
    **17**    Llama .380 pistol...........................V4 - 1066
10  **18**    Photo of Llama .380 pistol under couch in
              Trailer.....................................V1 - 288
11  **21**    .22 Derringer pistol with gold grip S.N.
              241111......................................V4 - 1091
12  **22**    Photo of two Derringer pistols..............V1 - 290
    **23**    .22 Derringer pistol with red grip S.N.
13            491605......................................V4 - 1092
    **24**    30, .22 Hornady Bullets.....................V4 - 1095
14  **24A**   Photo of .22 bullets from back bedroom......V4 - 1096
    **25**    ATF Form 4473 Transaction Record of Ex.
15            16 (.380  pistol) and Ex. 19 (.22
              Derringer) to Jesus Guadalupe Sanchez.......V1 - 196
16  **25A**   902(11) Certification of Records from
              Bargain Gun and Pawn by John Cox............V1 - 196
17  **26**    ATF Report of Multiple Sale of Pistols to
              Sanchez.....................................V1 - 196
18  **27**    Photo of Red Ford F11 pickup truck..........V2 - 348
    **28**    Photo of Money in steering wheel of Ex.
19            26 (Ford F11 pickup truck)..................V2 - 350
    **29**    Certificate of Title for Red Ford F11
20            pickup truck................................V2 - 411
    **30A**   JZ Auto Sales Retail Vehicle purchase
21            Contract for Sanchez - Lincoln Navigator....V4 - 1102
    **30B**   Report of Sale and Application for
22            Certification of Title for Lincoln
              Navigator by Sanchez........................V4 - 1103
23  **30C**   Receipt for $500 payment for Lincoln
              Navigator...................................V4 - 1106
24  **31A**   Wells Fargo Bank Consumer Account
              Application for Jesus G. Sanchez - Acc't
25            No. X5483 3 pp..............................V1 - 196

**United States Courts, District of Idaho**

I N D E X

1

U N I T E D   S T A T E S   E X H I B I T S

2

**ADMITTED**                                                      **VOLUME-PAGE**

3

**31B**   Sanchez's Wells Fargo Statement for Acc't
4        X5483 Oct. - Nov. 2011......................V1 - 196
    **31C**   Sanchez's Wells Fargo Statement for Acc't
5        X5483 Nov. - Dec. 2011......................V1 - 196
    **31D**   Sanchez's Wells Fargo Statement for Acc't
6        X5483 Dec. 2011 - Jan. 2012.................V1 - 196
    **31E**   Sanchez's Wells Fargo Statement for Acc't
7        X5483 Jan. 2012-Feb. 2012...................V1 - 196
    **31F**   Sanchez's Wells Fargo Statement for Acc't
8        X5483 Feb. 2012 - Mar. 2012.................V1 - 196
    **31G**   Sanchez's Wells Fargo Statement for Acc't
9        X5483 Mar. 2012 - Apr. 2012.................V1 - 196
    **31H**   Sanchez's Wells Fargo Statement for Acc't
10       X5483 Apr. 2012 - May 2012..................V1 - 196
    **31I**   Sanchez Wells Fargo Statement for Acc't
11       X5483 May 2012 - June 2012..................V1 - 196
    **31J**   902(11) Certification of Records from
12       Wells Fargo by Sherry Tiniakoff.............V1 - 196
    **32A**   Wells ExpressSend Service Global
13       Remittance Service Agreement - Wells
         Fargo Acc't X5483 Jesus G. Sanchez,
14       12/21/2011 - 2 pp...........................V4 - 1107
    **32B**   Wells Fargo Receipt - $1600 Deposit to
15       Acc't X5483 -12/21/2011 at 1:11 p.m.........V4 - 1111
    **32C**   Wells Fargo Express Send Remittance
16       Transfer Record - Acc't X5483 -
         12/21/2011 at 1:12:43 p.m. $1500 to
17       Elizabeth Hernandez Vega....................V4 - 1113
    **32D**   Wells Fargo Bank Transaction Record $1500
18       withdrawal from Acc't X5483 at 1:15 p.m.....V4 - 1115
    **33A**   Wells Fargo ExpressSend Transfer Record
19       Acc't No. X5364 Jesus G. Sanchez $1,000
         to Elizabeth Hernandez Vega on 1/23/12......V4 - 1079
20  **33B**   Wells Fargo Receipt for $1000 sent to
         Elizabeth Hernandez Vega on 1/23/12 Acc't
21       No. X5364...................................V4 - 1081
    **34A**   Western Union Money Transfer - $400
22       Maria de Jesus Beltran Delgado by Jesus
         G. Sanchez..................................V4 - 1120
23  **34B**   Western Union Customer Receipt for $400
         Money Transfer to Beltran Delgado by
24       Jesus Sanchez at Ridley's on 02-02-2012.....V4 - 1122
    **34C**   Ridley's Receipt for Western Union Money
25       Transfer on Feb. 2, 2012....................V4 - 1123

I N D E X

U N I T E D   S T A T E S   E X H I B I T S

ADMITTED                                                          VOLUME-PAGE

35A    Western Union Money Transfer - $1000 to
       Jesus Roberto Salazar-Perez by Johnny
       Tambunga.......................................... V2 - 449
35B    Western Union Customer Receipt for $1000
       Money Transfer to Salazar Perez by Johnny
       Tambunga at Ridley's on 02-23-2012.... V2 - 450
35C    Ridley's Receipt for Western Union Money
       Transfer on Feb 23, 2012...................... V2 - 452
36A    Western Union Customer Receipt for $1000
       Money Transfer by Rachel Coblentz to
       Jesus Sanchez on April 8, 2012.............. V4 - 973
37     Photo of Ben Vertner......................... V1 - 270
38     Photo of Amber Hites......................... V1 - 272
39     Photo of K.C. Hensley........................ V2 - 635
40     Photo of Patric Campbell..................... V3 - 671
41     Photo of Rachel Coblentz..................... V2 - 546
41A    Photo of Rachel's Apartment Building........ V3 - 662
42     Photo of Amy Cavazos......................... V2 - 343
43     Photo of Amy Cavazos's House................ V2 - 614
44     Photo of Jonathan Chapman.................... V2 - 636
45     Photo of Jacob Clevenger..................... V2 - 618
46     Silver Tube removed from Olson on 5/15...... V3 - 687
47     Methamphetamine from silver tube............ V3 - 866
48     Methamphetamine from K.C. Hensley's Car..... V3 - 849
49     Methamphetamine from Cavazos's house on
       5/15.......................................... V4 - 1159
50     Vertner U/C call to Morris on 5/16.......... V3 - 696
51     Photo of Morris' house in Ontario........... V2 - 340
52     Methamphetamine from U/C purchase on 5/16... V4 - 1170
53     Methamphetamine from Trailer # 10........... V4 - 1176
54     Black Lunch Bag.............................. V2 - 358
55     Photo of black lunch bag under kitchen
       sink.......................................... V1 - 264
56     Photo of money and meth in black lunch
       bag........................................... V2 - 353
57     Photo of Money and large bag of meth........ V2 - 355
58     Photo of Money and smaller bag of meth...... V4 - 1074
60     Silver digital scale from black bag under
       kitchen sink................................. V2 - 357
61     Photo of silver digital scale............... V1 - 266
62     Photo of gym shoe with Money................. V2 - 555
63     Plea Agreement for Johnny Tambunga.......... V2 - 459
64     Plea Agreement for Fabian Beltran........... V2 - 361
65     Plea Agreement for Victor Ruiz.............. V2 - 488
66     Plea Agreement for Mario Martinez........... V2 - 582
67     Plea Agreement for Benjamine Vertner........ V2 - 611

# I N D E X

1

## U N I T E D   S T A T E S   E X H I B I T S

2

**ADMITTED**                                                   **VOLUME-PAGE**

3
    **68**      Plea Agreement for Amber Hites..............V3 - 902
4   **69**      Plea Agreement for K.C. Hensley.............V3 - 775
    **70**      Plea agreement of Patric Campbell...........V4 - 950
5   **71**      Plea Agreement for Rachel Coblentz..........V4 - 997
    **72**      Plea Agreement for Amy Cavazos..............V4 - 1046
6   **73**      Phone Call Vertner/Sanchez 5/22/12..........V3 - 711
   **74A**     Video Clip from Exhibit 74..................V4 - 1139
7  **74B**     Video Clip from Exhibit 74..................V4 - 1143
   **74C**     Video Clip from Exhibit 74..................V4 - 1143
  **74D**     Video Clip from Exhibit 74..................V4 - 1143

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

649

1     P R O C E E D I N G S
2          January 16, 2013
3          (Jury present.)
4          THE CLERK:  The court will now hear Criminal
5     Case 12-155-S-BLW, United States of America versus
6     Jesus Guadalupe Sanchez, Michael Dennis Morris,
7     and Jim Allen Loveland, for day three of jury
8     trial.
9          THE COURT:  Good morning, ladies and
10    gentlemen.  I hope you had a pleasant evening.
11         I'll remind Mr. --
12    THE WITNESS:  Vertner.
13         THE COURT:  -- Vertner is back on the stand.
14    I'll remind you, sir, you are still under oath.
15         Ms. Lamprecht, you may resume your
16    direct examination of the witness.
17         MS. LAMPRECHT:  Thank you, Your Honor.  May
18    I have just a second, please?
19         THE COURT:  Yes.
20              BENJAMINE VERTNER,
21    having been previously duly sworn to tell the
22    whole truth, testified as follows:
23         CONTINUED DIRECT EXAMINATION
24    BY MS. LAMPRECHT:
25         Q.  Mr. Vertner, when we stopped yesterday,

650

1     we were talking about some of your customers.  And
2     I would like to ask you:  Directing your
3     attention, I think, to late February, early March,
4     were you ever paid by getting something instead of
5     money?
6          A.  As far as -- I don't understand.
7          Q.  As far as when you sold meth, did any
8     of your customers give you something besides money
9     in payment?
10         A.  Not very often.  Maybe speakers or a
11    car stereo or something like that.
12         Q.  Okay.  Did you ever get a gun from one
13    of your customers?
14         A.  Yes, I did.
15         Q.  What customer was that?
16         A.  Trenton Keisel.
17         Q.  How much was Trenton Keisel buying from
18    you at the time?
19         A.  Quarter ounces, half ounces.  It
20    varied.
21         Q.  And how much were you charging him for
22    a quarter or half ounce?
23         A.  Four hundred to eight hundred dollars.
24         Q.  Depending on whether it was a quarter
25    or a half?

651

1          A.  Correct.
2          Q.  When was it, approximately, do you
3     remember, that he gave you the gun instead of
4     paying you?
5          A.  Had to be in February, I believe,
6     because I believe I was living with him still.
7          Q.  And what kind of a drug debt did he
8     have that he gave you the gun for?  Do you
9     remember?
10         A.  He gave me the gun for a $100 drug
11    debt.
12         Q.  I would like to show you what's been
13    marked as Government's Exhibit 22.
14         MS. LAMPRECHT:  And I believe it's admitted,
15    Your Honor.
16         THE COURT:  It has.
17    BY MS. LAMPRECHT:
18         Q.  Do you recognize anything in that
19    photograph?
20         A.  Yes.
21         Q.  What do you recognize?
22         A.  The pistol that he gave -- that he gave
23    me for the drug debt.
24         Q.  Well, there is two pistols in the
25    picture.  Which of the two -- which of the

652

1     two -- do you recognize which one of those two he
2     gave you?
3          A.  I believe it's this one (indicating).
4          Q.  The lower one in the picture?
5          A.  I believe so.
6          Q.  And once you -- once you got the gun,
7     what did you do with it?
8          A.  I gave it to Che for money that I owed
9     him.
10         Q.  Now, I would like to direct your
11    attention to maybe a little later in February,
12    early March.  What kind of car were you driving?
13         A.  A 2010 Ford Fusion.
14         Q.  And do you know what kind of a car Che
15    was driving at this time?
16         A.  He had a few cars, but he had a Lincoln
17    Navigator, I believe.
18         Q.  And did you ever loan your Ford Fusion
19    to anyone?
20         A.  Yes.
21         Q.  To who?
22         A.  To Fabian Beltran and Che.
23         Q.  What were the circumstances?
24         A.  They were going to go down to, I
25    believe, Mexico and pick -- and go get Che and

653

1  come back, and I was borrowing his Navigator while
2  they were gone.
3      Q.  Why were you -- where did you have a
4  conversation with them about changing cars?
5      A.  At a few different -- at Trenton
6  Keisel's house and at Trailer No. 10.
7      Q.  Why were you at Trailer No. 10?
8      A.  More than likely, purchasing meth.
9      Q.  Was there any other reason you went to
10  Trailer No. 10?
11      A.  Once in a while to eat, but that was
12  about it.
13      Q.  When you purchased meth, what
14  about -- what about money?  How did you pay -- how
15  did you pay for the meth that you bought from Che
16  and Fabian?
17      A.  I would take money over there and pay
18  them the money I owed them.
19      Q.  So what happened when you traded cars?
20      A.  What do you mean?
21      Q.  What time of day was it?
22      A.  What time of day?
23      Q.  Mm-hmm.
24      A.  It was in the daytime.
25      Q.  And was anybody with you when this

654

1  happened?
2      A.  Amber Hites.
3      Q.  Was anyone with Fabian Beltran at this
4  time?
5      A.  I believe Victor Ruiz was.
6      Q.  And I would like to show you what's
7  been marked as Government's Exhibit -- I don't
8  believe --
9      THE COURT:  What's the exhibit number?
10      MS. LAMPRECHT:  Exhibit 6.
11  BY MS. LAMPRECHT:
12      Q.  Do you recognize the person in that
13  photograph?
14      A.  Yes.
15      Q.  Who is it?
16      A.  Victor Ruiz.
17      Q.  And that was the person who was with
18  Fabian Beltran when you changed cars?
19      A.  Yes.
20      Q.  Had you ever met Victor Ruiz before?
21      A.  No.  This is the -- that was the first
22  time I met him.
23      Q.  And what was he doing with Fabian
24  Beltran when you met with him?
25      A.  He was just hanging out with him.

655

1      Q.  And what was -- well, to your
2  knowledge, did Victor Ruiz have anything to do
3  with Che and Fabian's methamphetamine business?
4      A.  No.
5      Q.  So what car did you drive when they --
6  when they left?
7      A.  When they left, we swapped cars.  The
8  Lincoln Navigator.
9      Q.  And how long was it before you got your
10  car, your Ford Fusion, back?
11      A.  Approximately a week.
12      Q.  Do you know who came back with Fabian
13  in your Ford Fusion?
14      MR. HEINEMAN:  Objection.  Foundation.
15      THE COURT:  The question is:  Do you know?
16      MS. LAMPRECHT:  Yes, sir.
17      THE COURT:  Just yes or no.  Do you know?
18      THE WITNESS:  Yes.
19  BY MS. LAMPRECHT:
20      Q.  Who?
21      A.  Che.
22      Q.  And how do you know that?
23      A.  Because I met him at the Beehive, and
24  we changed vehicles there back.
25      Q.  And where did you say you met them?

656

1      A.  At the Beehive Restaurant in Weiser,
2  Idaho.
3      Q.  At the Beehive?
4      A.  Yeah.
5      Q.  Okay.  How often, to your knowledge,
6  did Fabian or Che travel to pick up
7  methamphetamine while you were buying from them?
8      MR. HEINEMAN:  Objection.  Foundation.
9  Basis of his knowledge.
10      THE COURT:  Sustained.
11  BY MS. LAMPRECHT:
12      Q.  How often -- did you -- did you know
13  when Fabian or Che were in or out of town?
14      A.  Yes.
15      Q.  How did you -- why did you know?  How
16  did you know?
17      A.  Because I would have to wait to get
18  more meth.
19      Q.  Okay.  And so were you aware of when
20  they were gone?
21      A.  Yes.
22      Q.  Did you talk to them about whether they
23  needed to go get more meth or not?
24      A.  Yes.
25      Q.  And how often, to your knowledge, did

657

1 they have to travel to get more meth during the
2 time that you were buying from them from December
3 of 2011 to, say, May -- through May of 2012?
4     MR. HEINEMAN: Objection. Foundation again.
5     THE COURT: Overruled. You may answer.
6     THE WITNESS: What was the time frame again?
7 BY MS. LAMPRECHT:
8     Q. Well, between December of 2011 and May
9 of 2012, about how regularly did they travel?
10     A. Probably every two weeks.
11     Q. And would you know when they would come
12 back?
13     A. Yes.
14     Q. How would you know?
15     A. They would tell me.
16     Q. How would they tell you?
17     A. They -- I would either go over to
18 Trailer No. 10, or they would make a phone call to
19 me or I would make a phone call to them. We would
20 keep in touch.
21     Q. And was there any reason -- what was
22 the reason that you kept in touch with them?
23     A. Because I needed more meth, and they
24 needed the money I owed them.
25     Q. What was your relationship with Amber

658

1 Hites between January and March of 2012?
2     A. She was -- I was dating her. She was
3 my girlfriend.
4     Q. And did you have a permanent residence
5 during that time?
6     A. I bounced around a lot. Not really --
7     Q. "I bounced around"? What do you
8 mean --
9     A. -- no --
10     THE COURT: Just a minute. Let's -- one at
11 a time. You're speaking over each other.
12 BY MS. LAMPRECHT:
13     Q. I'm sorry. Go ahead.
14     A. No. I would say no.
15     Q. What do you mean by "bounced around"?
16     A. I live from -- I lived in a couple
17 different places in that time period.
18     Q. Where did you -- where did you live
19 during that time period?
20     A. I lived with a girl named Rachel
21 Coblentz.
22     Q. Anybody else?
23     A. Larry Garcia, Jake Clevenger, Trenton
24 Keisel, and Dani Harlan.
25     Q. And who was Dani Harlan?

659

1     A. A friend of mine, Trenton Keisel's mom.
2     Q. And did she have anything to do with
3 methamphetamine?
4     A. Occasionally.
5     Q. And what did she do?
6     A. She was selling for me for a little
7 while.
8     Q. Now, during this time, did Amber Hites
9 help you with your methamphetamine business in any
10 way?
11     A. Yes.
12     Q. What did she do for you?
13     A. She would -- well, besides -- besides
14 hiding it if we got pulled over, she would go get
15 money for me or take dope places for me.
16     Q. Did she go with you to Trailer No. 10?
17     A. Almost every time.
18     Q. Did she ever collect money for you?
19     A. Yes.
20     Q. Did she ever do anything with the
21 methamphetamine, itself, before you sold it?
22     A. Packaged it, maybe.
23     Q. What did Amber Hites get from you in
24 return for helping you with these things?
25     A. Money, meth. Whatever she wanted,

660

1 pretty much.
2     Q. Now, you mentioned with -- you lived
3 with Rachel Coblentz. Did you live with Rachel
4 Coblentz more than once?
5     A. Yes.
6     Q. When was the first time that you lived
7 with her?
8     A. December.
9     Q. Of 2011?
10     A. Right. Correct.
11     Q. Okay. And when was the second time
12 that you moved back in with Rachel?
13     A. March.
14     Q. After you moved in -- do you remember
15 what part of March that would have been? Mid to
16 late March? Early March?
17     A. I believe it was late March. Middle,
18 late March.
19     Q. Where did Rachel Coblentz live?
20     A. She lived on State Street in an
21 apartment right across the road from People's
22 Furniture.
23     Q. I would like to show you what's been
24 marked as Government's Exhibit 41, first of all.
25 And I believe admitted.

661

1  THE COURT: Yes. Forty-one has been
2  admitted.
3  BY MS. LAMPRECHT:
4  **Q.** Do you recognize the person in that
5  photograph?
6  **A.** Yes.
7  **Q.** Who is that?
8  **A.** Rachel Coblentz.
9  **Q.** And I would like to show you what's
10 been marked as Exhibit 41A. Do you recognize
11 what's in that photograph?
12 **A.** Yes.
13 **Q.** How do you recognize it?
14 **A.** Because I went there every day. I
15 lived there.
16 **Q.** For how long, about?
17 **A.** Probably a couple months, two months.
18 **Q.** And what is that?
19 **A.** You mean numbers?
20 **Q.** No. What is -- what is in the picture?
21 **A.** That's the -- that's the side of the
22 apartment, the windows, the pantry door, and
23 closet door.
24 **Q.** Of what? Whose apartment was that?
25 **A.** Rachel Coblentz's.

662

1  MS. LAMPRECHT: I would like to move
2  Government's Exhibit 41A into evidence,
3  Your Honor.
4  THE COURT: Any objection?
5  MS. BERGLUND: No objection.
6  MR. BORTON: No, Your Honor.
7  MR. HEINEMAN: No.
8  THE COURT: Forty-one A will be admitted and
9  now published to the jury.
10 (Exhibit No. 41A admitted.)
11 BY MS. LAMPRECHT:
12 **Q.** And in that picture, can you see which
13 windows belonged to the apartment where you stayed
14 with Rachel Coblentz?
15 **A.** Yes.
16 **Q.** Would you take your finger and point on
17 the screen, maybe see if you can draw that yellow
18 line underneath them or circle them.
19 **A.** This one is the bathroom window. This
20 one is the pantry door. This one is the kitchen
21 window. This is a closet door. And this is a
22 bedroom window.
23 **Q.** Was it a fairly large apartment?
24 **A.** Yes.
25 **Q.** And those are doors that just go out

663

1  into space?
2  **A.** Yeah.
3  **Q.** Okay. Did you continue to sell
4  methamphetamine while you were living with Rachel
5  Coblentz?
6  **A.** Yes.
7  **Q.** Now, in March and April of 2012, who
8  were you selling methamphetamine to?
9  **A.** A lot of people. Michael Morris was
10 one of them.
11 **Q.** All right. Let's talk about Michael
12 Morris for a minute. I believe you testified
13 earlier that K.C. Hensley was selling
14 methamphetamine to Michael Morris.
15 **A.** Yes.
16 **Q.** And I'm -- that would be the K.C.
17 Hensley in Exhibit 39?
18 **A.** Yes.
19 **Q.** Is that the K.C. Hensley?
20 **A.** Yes.
21 **Q.** What happened in March with respect to
22 K.C. Hensley and Michael Morris and yourself?
23 MR. BORTON: Objection, Your Honor.
24 Foundation. Sort of a vague question.
25 THE COURT: Rephrase the question.

664

1  BY MS. LAMPRECHT:
2  **Q.** What happened with you and K.C. Hensley
3  and Michael Morris in mid-April -- in mid-March?
4  Did anything happen?
5  MR. BORTON: Same objection, Your Honor.
6  Same question.
7  THE COURT: It kind of calls for a
8  narrative. I'm going to give counsel a chance to
9  direct the witness a little more specifically.
10 Go ahead.
11 BY MS. LAMPRECHT:
12 **Q.** Did you sell methamphetamine to Michael
13 Morris before mid-March?
14 **A.** If I did, it was -- it was through
15 K.C. Hensley.
16 **Q.** So you sold -- you're saying you sold
17 to K.C., and K.C. sold to Michael Morris?
18 **A.** Yes.
19 **Q.** And did that change?
20 **A.** Yes.
21 **Q.** What happened?
22 **A.** Him and K.C. had a falling out. And he
23 was getting it cheaper from me than K.C., so he
24 just went through me.
25 **Q.** So what happened?

665

1      A. I started selling it to him straight.

2      Q. In other words, you cut K.C. out of the

3 loop?

4      A. Correct.

5      Q. And how much was Michael Morris buying

6 from you in mid-March and April?

7      A. Quarter ounces to half ounces. It

8 varied.

9      Q. How much did you charge him for quarter

10 ounces and half ounces?

11      A. Four hundred to 700, 750.

12      Q. Any reason why he got it a little

13 cheaper?

14      A. What's that?

15      Q. Is there any reason why he got it a

16 little cheaper than some of your other customers?

17      A. Well, he was buying quite a bit.

18      Q. How often would he buy a quarter ounce

19 or half an ounce?

20      A. Every -- every day, every other day,

21 quarter ounce at least.

22      Q. Do you see the Michael Morris that was

23 buying methamphetamine from you in the courtroom

24 today?

25      A. Yes.

666

1      Q. And would you point him out and say

2 where he is sitting?

3      A. He is sitting next to the gentleman in

4 the red tie in between the woman attorney.

5      Q. And what does he have on?

6      A. Beige shirt, long sleeved.

7      MS. LAMPRECHT: May the record reflect the

8 witness has identified the defendant Michael

9 Morris.

10      THE COURT: The record will so reflect.

11 BY MS. LAMPRECHT:

12      Q. Where did you get the methamphetamine

13 that you sold to Michael Morris between March and

14 May of 2012?

15      A. From Che and Fabian Beltran.

16      Q. Where was it -- how did you give

17 Michael Morris the methamphetamine? What place

18 did you give it to him at?

19      A. Most of the time at his house.

20      Q. Where did he live?

21      A. On Fourth Street in Ontario.

22      Q. I would like to show you what's been

23 marked -- well, how many times did you go to that

24 house in March and April and May of 2012?

25      A. At least every other day.

667

1      Q. I would like to show you what's been

2 marked as Government's Exhibit 51. I think it's

3 in evidence.

4      THE COURT: It has been.

5 BY MS. LAMPRECHT:

6      Q. Do you recognize what's in that

7 photograph?

8      A. Yes.

9      Q. What is it?

10      A. That's the house he was living at.

11      Q. Did Michael Morris live in that house

12 the entire time that he was a customer of yours?

13      A. Yes.

14      Q. Did you ever receive a delivery of

15 methamphetamine at Michael Morris's house?

16      A. Yes.

17      Q. About when did this occur? Do you

18 remember what month?

19      A. Late April, May, I would say.

20      Q. Who delivered the methamphetamine to

21 you at Michael Morris's house?

22      A. Fabian Beltran.

23      Q. And who was there -- well, where were

24 you when Fabian Beltran showed up?

25      A. Michael Morris's, I believe.

668

1      Q. Were you in the house? Were you

2 outside in the yard? Were you in a car? Were you

3 out waiting for him? Do you remember the

4 circumstances?

5      A. I was waiting for him. I was outside

6 watching for him.

7      Q. Okay. And what happened when Fabian

8 Beltran came?

9      A. He got out and came in for a minute and

10 then gave me the meth and left.

11      Q. He came in the house?

12      A. I believe so.

13      Q. And did Michael Morris come while

14 Fabian was there?

15      A. Yes.

16      Q. Did they see each other?

17      A. I believe so.

18      Q. Do you know if they spoke with each

19 other?

20      A. I'm not sure if they spoke with each

21 other then or later on.

22      Q. And "later on" would be when? Another

23 day?

24      A. That same night.

25      Q. Okay. So did you sell or give any of

669

1 the methamphetamine that Beltran delivered to you
2 that day to Michael Morris?
3    A. Yes.
4    Q. How much did you give him?
5    A. Approximately half ounce.
6    Q. And how much had you gotten from Fabian
7 Beltran?
8    A. Two ounces.
9    Q. Did you ever take -- well, was Fabian
10 Beltran there when you gave the methamphetamine to
11 Michael Morris?
12    A. I can't recall if he was or not.
13    Q. Did you collect money from Michael
14 Morris at that time?
15    A. Yes.
16    Q. Did you ever take anyone with you to
17 Michael Morris's house when you dropped off
18 methamphetamine or picked up money?
19    A. Yes.
20    Q. Who did you take in March of 2012?
21    A. Amber Hites.
22    Q. About how many times did she go with
23 you to Michael Morris's house?
24    A. Almost every time.
25    Q. In March?

670

1    A. Yeah.
2    Q. And then in April, what was going on
3 with your relationship with -- with Amber?
4    A. I was trying to get out of it.
5    Q. Would it be fair to say you were not
6 getting along too well?
7    A. Yes.
8    Q. Okay. And did you take anyone else to
9 Michael Morris's house in April of 2012?
10    A. Yes. Patric Campbell and Rachel
11 Coblentz.
12    Q. How many times did Rachel go with you
13 to Morris's house to deliver meth in, say, April
14 and May of 2012?
15    A. A couple times that I can remember.
16 She mainly went with Patric.
17    Q. Did you ever send her with someone else
18 to deliver methamphetamine without you to Michael
19 Morris?
20    A. Yes.
21    Q. And how many times did you do that?
22    A. That's how I was doing it at first.
23    Q. Okay.
24    A. I --
25    Q. How much did you send Rachel -- how

671

1 much methamphetamine did you give Rachel to
2 deliver to Michael Morris in April and May?
3    A. Probably approximately a quarter ounce
4 at a time, half ounce.
5    Q. And do you know who went with her?
6    A. Patric Campbell.
7    Q. I would like to show you what's been
8 marked as Government's Exhibit 40. Do you
9 recognize the person in that photograph?
10    A. Yes.
11    Q. Who is that?
12    A. Patric Campbell.
13    MS. LAMPRECHT: I would like to move Exhibit
14 40 in and show it to the jury, Your Honor.
15    THE COURT: Any objection?
16    MS. BERGLUND: No objection.
17    MR. BORTON: No, Your Honor.
18    MR. HEINEMAN: No objection, Your Honor.
19    THE COURT: Exhibit 40 will be admitted and
20 is now published to the jury.
21    (Exhibit No. 40 admitted.)
22 BY MS. LAMPRECHT:
23    Q. Now, do you know what Campbell did when
24 he went to Michael Morris's house with Rachel?
25    MR. BORTON: Objection, Your Honor.

672

1    THE COURT: The question is: Do you know?
2 Just yes or no.
3    THE WITNESS: Yes.
4 BY MS. LAMPRECHT:
5    Q. How do you know?
6    A. Because I would tell him to do it for
7 me.
8    Q. What did you tell Patric Campbell to
9 do?
10    A. Collect money.
11    Q. And why did you have Patric Campbell
12 collecting money?
13    A. Because he was in -- because he was
14 good at it.
15    Q. So what did he do -- did you see Patric
16 Campbell after he went with Rachel to Michael
17 Morris's house to deliver meth?
18    A. Yes.
19    Q. And what did he do when you saw him?
20    A. He would pay me the money if he got
21 any.
22    Q. Did -- he didn't always collect money
23 from Michael Morris?
24    A. Most of the time. Not all the time.
25    Q. Do you know if Rachel did -- well, did

673

1    Rachel do anything else to help you with your
2    methamphetamine besides go with you to deliver
3    customers and sometimes deliver herself?
4        A.  Once in a while she would package it
5    for me and make the cut for the meth.
6        Q.  You said make a cut.  What do you mean
7    by that?
8        A.  Make -- you want me to describe it?
9        Q.  Yes, please.
10       A.  You take MSM and you bring it up to
11   boil, and then you let it crack back or dry.  And
12   then you do it again, and you do it with the meth,
13   too, bring that to a boil.  And you dump it into
14   the same dish and let it crystallize back
15   together.
16       Q.  And so, then, is that how you get the
17   crystals again that everybody likes to see?
18       A.  Correct.
19       Q.  Okay.  But at that point, it's not pure
20   methamphetamine anymore because you have cut it;
21   right?
22       A.  Correct.
23       Q.  How much cut did you use per ounce of
24   methamphetamine?
25       A.  Depended on the purity of the ounce.

674

1    It would be a quarter ounce to half ounce of cut
2    per ounce of meth.
3        Q.  And then you had actually more of a
4    substance to sell to your customers; correct?
5        A.  Correct.
6        Q.  Did Rachel Campbell [sic] do anything
7    else for you that you remember?  Let's say with
8    respect to money.
9        A.  Yes.  She -- she would wire money once
10   in a while.
11       Q.  Who did she wire money to?
12       A.  Che.
13       Q.  Che?
14       A.  Che.
15       Q.  And do you know how she did that?
16       A.  Western Union.
17       Q.  And what did Rachel Coblentz get from
18   you in return for helping you?
19       A.  I would pay some of her bills, or I
20   would just help her out on money.
21       Q.  Now, you mentioned Patric Campbell
22   earlier.  How did you meet Patric Campbell?
23       A.  Jake Clevenger.
24       Q.  About when was it that you met him?
25       A.  It was when Jake Clevenger got out of

675

1    prison.
2        Q.  You met Patric Campbell at the same
3    time that you were dealing with Jake Clevenger?
4        A.  I met -- I met Patric Campbell before I
5    even started selling meth again.
6        Q.  Okay.  And was there a time that you
7    came -- started -- that Campbell -- was Campbell
8    in town the whole time after you first met him?
9        A.  No.  He worked on -- he worked in North
10   Dakota drilling oil.
11       Q.  And did there come a time when he came
12   back to stay?
13       A.  Yes.
14       Q.  And at that time, what was your
15   relationship with Patric Campbell?
16       A.  He was always around; good friend.
17       Q.  What did you do with him?
18       A.  He collected money for me.
19       Q.  Okay.  And did you use methamphetamine
20   with him?
21       A.  Yes.
22       Q.  Who did he collect money from besides
23   Morris?  Anyone?
24       A.  Fidel Torres, John Chapman once in a
25   while, Jake Clevenger.

676

1        Q.  What did Patric Campbell get out of
2    helping you?
3        A.  Money, meth.
4        Q.  By the end of April, after you paid Che
5    for the methamphetamine that you got from him,
6    were you making any profit?
7        A.  Yes.
8        Q.  About how much money were you making a
9    week?
10       A.  It varied from $1,000 to 2,000 a week.
11       Q.  And this is just from selling
12   methamphetamine?
13       A.  Mainly, yes.
14       Q.  Now, going towards the end of April of
15   2012, did your living arrangements change?
16       A.  April?
17       Q.  Mm-hmm.  End of April.
18       A.  Yes.
19       Q.  What happened?
20       A.  I -- I was trying to get back together
21   with Amy Cavazos.
22       Q.  And that was your former girlfriend?
23       A.  Yes.
24       Q.  And did you get back together with Amy?
25       A.  Yes.

677

1      Q.  And where did you live after you and
2  Amy got back together?
3      A.  At my old place, 804 East Main.
4      Q.  Okay.  I would like to show you what's
5  been marked as Government's Exhibit 42.  I'm not
6  sure if you've identified that yet.
7      THE COURT:  It is admitted.  Forty-two?
8      MS. LAMPRECHT:  Mm-hmm.
9      THE WITNESS:  Amy Cavazos.
10  BY MS. LAMPRECHT:
11      Q.  That's Amy?
12          And Exhibit 43?
13      A.  That's 804 East Main.
14      Q.  And that's the house -- is that the
15  house that you moved into in the end of April of
16  2012?
17      A.  Yes.
18      Q.  While you were living with Amy Cavazos,
19  did you continue to sell methamphetamine?
20      A.  Yes.
21      Q.  And did you continue to get
22  methamphetamine from Che and Fabian?
23      A.  Yes.
24      Q.  During May of 2012, did you ever take
25  Amy Cavazos to Che and Fabian's trailer?

678

1      A.  Yes.
2      Q.  And what did you do when you went
3  there?
4      A.  One time I picked meth up, and one time
5  we went and ate dinner there.
6      Q.  Okay.  This is the same Fabian and
7  Victor Ruiz that you've identified before?
8      A.  Correct.
9      Q.  And do you remember taking Amy there,
10  you said, for dinner?
11      A.  Yes.
12      Q.  Who made dinner?
13      A.  Victor Ruiz and Fabian.
14      Q.  What did you eat?
15      A.  Ribs.
16      Q.  And after dinner, did you get anything
17  from Fabian?
18      A.  Yes.
19      Q.  What did you get?
20      A.  Meth.
21      Q.  How much?
22      A.  Two ounces, I believe.
23      Q.  After you got the methamphetamine,
24  where did you and Amy go?
25      A.  We went -- we went to home, and then we

679

1  met Mike Morris out near my grandma's house.
2      Q.  Okay.  Where does your grandmother
3  live?
4      A.  The Oregon Slope.
5      Q.  And whereabouts is the Oregon Slope in
6  relation to Ontario?
7      A.  It's approximately 20 miles from
8  Ontario.
9      Q.  And you say you met Michael Morris
10  there?
11      A.  Yes.
12      Q.  Was that an accident, or had you
13  arranged to do that before?
14      A.  Prearranged it.
15      Q.  What was the purpose of meeting Michael
16  Morris there?
17      A.  To give him some meth.
18      Q.  How much meth were you going to give
19  him?
20      A.  An ounce.
21      Q.  Would you describe the circumstances
22  under which you and Michael Morris met that night.
23  With respect to your grandmother's house, where
24  were you?
25      A.  Outside on the road, on the end of the

680

1  driveway.
2      Q.  Okay.  And where were you?
3      A.  On the road parked next to him.
4      Q.  Were you standing on the road?  Were
5  you in a car?
6      A.  He was in his truck, and I was in my
7  Denali.
8      Q.  Were you driving or were you a
9  passenger?
10      A.  I was driving.
11      Q.  Did you have a passenger?
12      A.  Yes.
13      Q.  Who?
14      A.  Amy.
15      Q.  Okay.  And what happened when you and
16  Michael Morris met?
17      A.  I gave him the meth, and then he didn't
18  like seeing Amy with me, so he -- because her and
19  Mike's sister are friends.
20      Q.  Did he say anything?
21      A.  He didn't want her to say anything.
22      Q.  Did Michael Morris say anything that
23  you remember at that time?
24      A.  Yeah.  He didn't want Amy to say
25  anything to -- to Mike's sister.

681

1    Q. Do you remember what words he used?
2    A. Something in the lines of he never seen
3    him.
4    Q. And when you gave Michael Morris the
5    methamphetamine, how did you do it and where
6    was -- where were you and where was he?  Could you
7    describe that?
8    A. What do you mean?
9    Q. When you handed him the
10   methamphetamine, where were you physically?
11   A. I was sitting in the driver's seat.
12   Q. And where was Michael Morris
13   physically?
14   A. Sitting in his truck in the driver's
15   seat.
16   Q. Okay.  And where was the window of his
17   car compared -- of his -- where was his driver's
18   window compared to your driver's window?
19   A. Right next to each other.
20   Q. So you -- okay.
21   A. We parked -- he was parked, and I drove
22   up like that (indicating).
23   Q. Did he give you any money that night?
24   A. I can't recall if he did or not.
25   Q. Well, do you remember if he owed you

682

1    money after that night?
2    A. Yes, he owed me money.
3    Q. How much money did he owe you?
4    A. He owed me approximately $1850 after
5    the ounce, I believe.
6    Q. And what was that for?
7    A. Meth.
8    Q. Did you make another trip to the
9    trailer to pick up methamphetamine before you were
10   arrested?
11   A. I believe so.
12   Q. Okay.  Well, how about the night before
13   you were arrested; do you remember that night?
14   A. Yes.
15   Q. Okay.  And what was going on at Amy's
16   house that night?
17   A. I had K.C. Hensley waiting on me and
18   Travis Coleman for some meth.
19   Q. You say they were waiting on you.
20   Where were they?
21   A. At our house, Amy's house.
22   Q. They were at the house?
23   A. Yes.
24   Q. And what happened?
25   A. I went and picked up some meth and came

683

1    back and gave K.C. Hensley an ounce-and-a-half and
2    Travis Coleman around a quarter, I believe, and
3    then they both left.
4    Q. Did anyone go with you when you picked
5    up the meth?
6    A. Amy did.
7    Q. And how much methamphetamine did you
8    pick up, about?
9    A. Three to 4 ounces, I believe.
10   Q. Where did you pick it up?
11   A. Trailer No. 10.
12   Q. Who was at the trailer when you got
13   there to get the meth?
14   A. Fabian Beltran.
15   Q. Anyone with Fabian?
16   A. Victor Ruiz.
17   Q. Now, once you got -- after you picked
18   up the meth, where did you and Amy go?
19   A. We went back home.
20   Q. What did you do when you got there to
21   her house and your house?
22   A. Gave -- gave some meth to K.C. and some
23   meth to Travis Coleman.
24   Q. And then what did they do?
25   A. They left.

684

1    Q. After they left, did you still have
2    methamphetamine at your house?
3    A. Yes.
4    Q. About how much?
5    A. An -- over an ounce.
6    Q. Where did you -- where did you have it?
7    A. I had it in the safe.
8    Q. Did you give Amy any instructions about
9    what to do with this methamphetamine?
10   A. If I got arrested or something?
11   Q. Mm-hmm.
12   A. Yes.
13   Q. What did you tell her?
14   A. Hide it or get rid of it.
15   Q. So where did you go that night?
16   A. What night?  The night --
17   Q. The night after Travis Coleman left and
18   K.C. Hensley left, where did you go?
19        Well, first of all, did you learn what
20   happened to K.C. Hensley after he left your house?
21   A. Yes.
22   Q. How did you learn that?
23   A. I believe Travis Coleman called me and
24   told me.
25   Q. What did he tell you?

685

1  A.  K.C. Hensley was in a high-speed chase
2  and jumped his car in a river.
3  Q.  And so based on that, what did you
4  decide to do?
5  A.  I went and looked -- I went to go look
6  for it.
7  Q.  And why did you go -- what were you
8  looking for?
9  A.  The meth I just gave him.
10  Q.  How much did he owe you for that?
11  A.  18- to $2,000.
12  Q.  So on the morning of May 15th, what did
13  you do?
14  A.  I went to where supposedly he jumped
15  his car into the river and searched around -- me
16  and this girl, Tanya Olson.
17  Q.  Tanya Olson was with you?
18  A.  Yes.
19  Q.  What kind of a car were you looking
20  for?
21  A.  A cream-color Impala.
22  Q.  Did you take anything with you when you
23  and Tanya went looking for the car?
24  A.  Yes.  A little bit of pot and about a
25  quarter ounce of meth on me.

686

1  Q.  Did you or Tanya Olson take any
2  methamphetamine before you left?
3  A.  Yes.
4  Q.  Did you take any marijuana?
5  A.  Ingest it?
6  Q.  Mm-hmm.  Well, or smoke it or whatever.
7  A.  Yes.
8  Q.  Did you ingest it?
9  A.  No.  I smoked it.  That's what I meant.
10  Q.  So what happened while you were looking
11  for K.C. Hensley's car?
12  A.  Well, I got pulled over later.
13  Q.  Who was with you when you got pulled
14  over?
15  A.  Tanya Olson.
16  Q.  And before the officer got to your car,
17  what did you have Tanya Olson do?
18  A.  Hide the meth.
19  Q.  What did you have her hide it in first?
20  A.  Metal -- a silver metal tube.
21  Q.  I would like to show you what's been
22  marked as Government's Exhibit 46.
23  Do you recognize what's in that
24  exhibit?
25  A.  Yes.

687

1  Q.  How do you recognize it?  Well, I guess
2  I should say:  What is it?
3  A.  It's the end of a flashlight, but it's
4  a container I used because it has a magnet on the
5  end, and you can hide it underneath your dash with
6  it.
7  Q.  And did you use that Exhibit 46 that
8  day?
9  A.  Yes.
10  MS. LAMPRECHT:  Okay.  I would like to move
11  Government's Exhibit 46 into evidence and show it
12  to the jury.
13  THE COURT:  Any objection?
14  MR. BORTON:  None, Your Honor.
15  MR. HEINEMAN:  No objection, Your Honor.
16  MS. BERGLUND:  No objection.
17  THE COURT:  All right.  Forty-six will be
18  admitted and published to the jury.
19  (Exhibit No. 46 admitted.)
20  THE COURT:  You can hold it up.
21  THE WITNESS:  You want me to?
22  MS. LAMPRECHT:  If you could just hold it up
23  so they can see what's in the bag.
24  THE WITNESS:  (Witness complied.)
25  BY MS. LAMPRECHT:

688

1  Q.  As the policeman -- after the policeman
2  pulled you over but before he got to your car,
3  what did Tanya Olson do with that?
4  A.  She put it in her vagina.
5  Q.  Did she put anything into it first?
6  A.  The meth was already in it, yes.
7  Q.  The meth -- you were carrying the meth
8  in that?
9  A.  Yes.
10  Q.  Okay.  And you can -- thank you.  You
11  can put it down now.
12  After -- after she concealed it in her
13  vagina, what happened?
14  A.  We both were arrested.
15  Q.  What were you arrested for?
16  A.  DUI.
17  Q.  What was she arrested for?
18  A.  Public intoxication, I believe.
19  Q.  And where were you taken after you were
20  arrested?
21  A.  Payette County Jail.
22  Q.  Did any -- was anyone taken there with
23  you?
24  A.  Tanya Olson.
25  Q.  After you got to the Payette County

689

1  Jail, did you talk to any police officers?
2      A.  Yes.
3      Q.  And was one of those officers that --
4  did you do that because you agreed to talk to
5  them?
6      A.  Yes.
7      Q.  Was one of those officers Detective
8  Jess Stennett, who is sitting here at counsel
9  table today?
10     A.  Yes.
11     Q.  What did you talk to him about?
12     A.  My involvement in the meth.
13     Q.  Let's start with some of your
14  methamphetamine.  First, did you tell him about
15  the methamphetamine you had at your house?
16     A.  Yes.
17     Q.  And did you arrange to do anything with
18  Detective Stennett with respect to this
19  methamphetamine?
20     A.  Yes.
21     Q.  What were you going to do?
22     A.  I retrieved it for him.
23     Q.  Okay.  Before you retrieved it for
24  them, what -- what did they do with you?
25     A.  They made a phone call to Amy Cavazos

690

1  to see where it was, and then we -- when I found
2  out where it was, we went and got it.
3      Q.  Okay.  Who actually talked to Amy?
4      A.  Me.
5      Q.  And what did you talk to her -- what
6  did you say to her?
7      A.  I asked her where the -- I asked her if
8  she hid the meth, and she said she did.
9      Q.  And did she tell you where?
10     A.  Yes.
11     Q.  What did she say?
12     A.  I think she said it was under the
13  house, but we already had arrangements that I'd
14  know where it was anyways.
15     Q.  What was that arrangement where it was
16  supposed to be?
17     A.  In the crawl space in one of the
18  bedrooms underneath the house.
19     Q.  So what did you do?  First of all, did
20  the detectives give you anything to take with you
21  when you went -- before you went to Amy's house?
22     A.  Yes.  They gave me a backpack and put a
23  wire on me.
24     Q.  And then what did you do?
25     A.  Went with Ken White to the house and

691

1  went in and got the meth and came back out and
2  gave him the backpack.
3      Q.  When you took -- where did you find the
4  meth?
5      A.  Underneath the house in the crawl space
6  in the bedroom.
7      Q.  How was it wrapped when you -- when you
8  got it?
9      A.  A couple Ridley's bags, it looked like.
10  Grocery bags.
11     Q.  And did you look at the methamphetamine
12  inside the bags?
13     A.  No.  I couldn't see it.
14     Q.  Okay.  Do you know if you had packaged
15  it in any way before you left that night?
16     A.  It was in a -- it was in a ziplock bag.
17     Q.  When you retrieved the methamphetamine
18  from the crawl space, did you open the Ridley's
19  bag or the bag containing the methamphetamine
20  inside?
21     A.  No.
22     Q.  What did you do with it?
23     A.  Put it in the backpack and took it
24  outside to the alley, where the detective was
25  waiting for me.

692

1      Q.  And that would be Detective Ken White?
2      A.  Ken White.
3      Q.  And he took the backpack from you?
4      A.  Yes.
5      Q.  Did you see what he did with it?
6      A.  We went down the road --
7      MR. BORTON:  Objection, Your Honor.  It's
8  nonresponsive.
9      THE COURT:  The question is:  Did you see?
10  Just yes or no.
11     THE WITNESS:  Yes.
12  BY MS. LAMPRECHT:
13     Q.  Okay.  What -- what happened?
14     A.  We went down and met the other
15  detectives, and he gave the backpack to Jess
16  Stennett.
17     Q.  Had anybody opened that backpack
18  between the time that you took it out of the crawl
19  space and put the methamphetamine -- that you took
20  it to the crawl space and put the methamphetamine
21  in it until it was given to Detective Stennett?
22     A.  If they did, it was Ken White.
23     Q.  Okay.  Did -- were you with Detective
24  White the whole time afterwards?
25     A.  Yes.

693

1    Q.  Did you see him open the backpack?

2    A.  I can't recall.

3    Q.  How long did it take you to get the

4  methamphetamine out of the house?

5    A.  Approximately a minute-and-a-half, two

6  minutes, maybe.

7    Q.  You were just in quick and out again?

8    A.  Yes.

9    Q.  Okay.  The next day, did you meet with

10 law enforcement officers again?

11   A.  Yes.

12   Q.  And who did you meet with the next day?

13   A.  Jess Stennett and Sergeant Joe.

14   Q.  Sergeant Joe?

15   A.  Yeah.  I don't know his last name.

16   Q.  Okay.  At this point, did you still owe

17 anybody money for drugs?

18   A.  Yes.

19   Q.  Who did you owe money to?

20   A.  Che and Fabian Beltran.

21   Q.  About how much?

22   A.  It was around $6,000.

23   Q.  Did anyone owe you money for drugs?

24   A.  Yes.

25   Q.  Who?

694

1    A.  Michael Morris, K.C. Hensley.

2    Q.  How much did Michael Morris owe you?

3    A.  $1850.

4    Q.  How much did K.C. Hensley owe you?

5    A.  Approximately $2,000.

6    Q.  So when you met with Detective Stennett

7  again, did you make some telephone calls at his

8  request?

9    A.  Yes.

10   Q.  Who did you call?

11   A.  K.C. Hensley, Fabian Beltran, Michael

12 Morris.  I believe that was it.

13   Q.  Okay.  Was the telephone call that you

14 made to Michael Morris recorded?

15   A.  Yes.

16   Q.  And what was the reason you called him?

17   A.  To collect the money that he owed me.

18   Q.  Have you listened to the recording of

19 your conversation?

20   A.  Yes.

21   Q.  Is that a fair and accurate recording

22 of the conversation you had with Michael Morris

23 that day?

24   A.  Yes.

25   Q.  And who were the people that were

695

1  speaking on this telephone conversation?

2    A.  Michael Morris and myself.

3    Q.  Is that the same Michael Morris that

4  you've identified in the courtroom today?

5    A.  Yes.

6    Q.  When you called Morris, what did you

7  ask him about?

8    A.  If he had any money that he owed me.

9    Q.  Is there any other reason why Morris

10 would have owed you money except for drugs?

11   A.  No.

12   Q.  What did he tell you?

13   A.  That he had $900 and $250 and 500, I

14 believe.  He was just rattling off amounts.

15   Q.  And what did you understand him to be

16 referring to?

17   A.  What do you mean?

18   Q.  What was he talking about when he said

19 these random amounts?

20   A.  Money that he owed me --

21   Q.  Okay.

22   A.  -- for meth.

23   MS. LAMPRECHT:  At this time, Your Honor, I

24 would like to move Exhibit 50 into evidence and

25 play it.

696

1    THE COURT:  Is there any objection?

2    MS. BERGLUND:  No objection.

3    MR. HEINEMAN:  No objection.

4    MR. BORTON:  No objection, Your Honor.

5    THE COURT:  All right.  Exhibit 50 will be

6  admitted and now may be -- there is no transcript?

7    MS. LAMPRECHT:  There is no transcript, no,

8  Your Honor.

9    THE COURT:  Ladies and gentlemen, you're

10 going to need to listen carefully to the audio

11 recording as it is played.  It will be made

12 available to you in the jury room, if need be.

13   Ms. Lamprecht, do you have the device?

14   MS. LAMPRECHT:  I think we're all set,

15 Your Honor.  Thank you.

16   (Exhibit No. 50 admitted/published.)

17 BY MS. LAMPRECHT:

18   Q.  When you asked Michael Morris if he had

19 any and he said "nine," what did you understand

20 him to mean?

21   A.  Nine hundred.

22   Q.  And when he said he could still get

23 250, 450, and 5 that was out there, what did that

24 mean to you?

25   A.  All hundred-dollar increments.

697

1    Q. I'm sorry?
2    A. Hundred-dollar increments.
3    Q. Where did you understand that he was
4  going to get these increments?
5    A. People that owed him money for meth, I
6  would presume.
7    Q. And did you know from Michael Morris --
8  did Michael Morris ever tell you who he was
9  selling methamphetamine to?
10    A. I met a few people that he was selling
11  to, but that was it.
12    Q. Do you know their names?
13    A. Travis Coleman was one of them.
14    Q. And did Michael Morris live with anyone
15  at this time?
16    A. His girlfriend.
17    Q. And what was her name?
18    A. Jenny.
19    Q. Was she present ever when you delivered
20  methamphetamine?
21    A. Yes.
22    Q. Was she there?  Did she watch?
23    A. Sometimes.
24    Q. And where was Amber Hites living in May
25  of 2012?

698

1    A. Most of the time she was over at Mike
2  Morris's.
3    Q. And did you ever see Amber Hites over
4  there when you brought meth to Michael Morris?
5    A. Yes.
6    Q. Going back to the conversation, when
7  you told Morris -- you said that you would come by
8  and grab it so you could give it to the dude, who
9  were you talking about?
10    A. Fabian Beltran.
11    Q. Now, did you also make several calls to
12  Fabian Beltran that day?
13    A. Yes.
14    Q. And did you do this in conjunction with
15  the police detectives?
16    A. Yes.
17    Q. What was the reason they had you make
18  these calls?
19    A. Set up a buy.
20    Q. Okay.  And what were you going to do
21  during this buy?
22    A. Wear a wire and purchase meth from
23  Fabian.
24    Q. So you were essentially turning into an
25  informant; is that correct?

699

1    A. I was an informant.
2    Q. You were an informant at that time.
3      While you were talking to Beltran on
4  the phone, did anybody else come on the phone with
5  you?  Do you remember?
6    A. Yes.
7    Q. Who?
8    A. Victor Ruiz.
9    Q. What did he want?
10    A. Weed.  Marijuana.
11    Q. Okay.  And had you smoked marijuana
12  with Victor before?
13    A. Yes.
14    Q. And had you given him marijuana before?
15    A. Yes.
16    Q. I believe that you made more than one
17  call to Fabian that day under the direction of the
18  officers.
19    A. I believe so.
20    Q. And what did you arrange to do with him
21  during those telephone calls?
22    A. To buy 2 ounces of meth.
23    Q. Did you decide where you were going
24  to -- to make the -- make the buy?
25    A. I didn't decide it.  Jess Stennett

700

1  decided that.
2    Q. Okay.  Where did you -- how did you
3  arrange to make the buy with Fabian?
4    A. In the Karcher Mall in Caldwell right
5  outside the Applebee's, I believe the restaurant
6  is.
7    Q. And about what time did you plan to
8  meet them?
9    A. It was -- it was in the afternoon.
10    Q. Did you have any conversation about
11  money with Fabian at that time?
12    A. Yes.
13    Q. What was that?
14    A. Well, I owed him money, and he needed
15  money -- well, he said that Che needed the money
16  before he'd give me any more.
17    Q. And how much did you -- did you agree
18  on an amount that you would bring to get the
19  methamphetamine, the 2 ounces?
20    A. I believe so, yes.
21    Q. How much money were you going to pay
22  him?
23    A. Twenty-six hundred.
24    Q. Who gave you that money?  Where did you
25  get the money to make this buy?

701

1    A. ISP.
2    Q. And before you left to make this buy,
3 what did the police do with you?
4    A. They wired me up, put a microphone on
5 me.
6    Q. And did they search you?
7    A. Yes.
8    Q. Did they search your car?
9    A. Yes.
10    Q. Did they follow you, to your knowledge,
11 to the Karcher Mall?
12    A. Yes.
13    Q. What happened when you got to the
14 Karcher Mall?
15    A. I waited for Fabian Beltran to show up
16 with the meth.
17    Q. About what time did he get there?
18    A. Shortly after; 10, 15 minutes after I
19 did.
20    Q. About what time was that?
21    A. Between noon and 2:00, I would say.
22    Q. Okay. Do you remember what car Fabian
23 was driving?
24    A. A red Ford Lightning pickup.
25    Q. I would like to show you what's been

702

1 marked as Government's Exhibit 27.
2        Do you recognize that vehicle?
3        Oh, I'm sorry. It's been admitted.
4        THE COURT: Exhibit 27 has been admitted.
5        MS. LAMPRECHT: Yes. Thank you.
6 BY MS. LAMPRECHT:
7    Q. Do you recognize that vehicle?
8    A. Yes.
9    Q. What is it?
10    A. It's the Ford Lightning pickup.
11    Q. Okay. So where was Fabian when they
12 pulled in in this truck?
13    A. He was driving.
14    Q. Who was with him?
15    A. Victor Ruiz.
16    Q. What happened after you saw the truck?
17    A. They got out and walked over to my
18 vehicle and both got in.
19    Q. What happened once they got in the car?
20    A. Victor was asking me for pot, and
21 Fabian gave me the meth.
22    Q. What did you tell Victor about the --
23 by "pot," do you mean marijuana?
24    A. Yes. Sorry.
25    Q. That's okay. What did you tell Victor

703

1 about it?
2    A. I don't know. I didn't have any, so I
3 didn't give him any.
4    Q. Okay. Did you give Fabian any money?
5    A. Yes.
6    Q. How much did you give him? Do you
7 remember?
8    A. $2500.
9    Q. How was the methamphetamine wrapped
10 when you got it from Fabian Beltran?
11    A. It was wrapped in single ounces and
12 then with Saran Wrap around those two.
13    Q. What were the single ounces in?
14    A. Sandwich baggies, I believe.
15    Q. So you got two sandwich baggies, each
16 with an ounce?
17    A. Yes.
18    Q. And then there was cellophane wrapped
19 around that?
20    A. Correct.
21    Q. And after you got the methamphetamine
22 from them, what happened?
23    A. I put it in the center console, and
24 they wanted me to go eat with them.
25    Q. What did you tell them?

704

1    A. No.
2    Q. And then where did you go?
3    A. I went down the road to the motel
4 across from the Denny's there in Nampa and met
5 Jess Stennett.
6    Q. While you were driving, did you do
7 anything with the methamphetamine other than put
8 it in the console? Did you open it? Did you
9 touch it?
10    A. No.
11    Q. And once you met Detective Stennett,
12 what did you do with the methamphetamine?
13    A. Gave it to Sergeant Joe, and they did
14 their thing with it.
15    Q. What did they do?
16    A. I don't know. Probably test it or
17 something, I'm sure.
18    Q. Do you know who tested it?
19    A. Jess Stennett and Joe.
20    Q. Since May 16th, that day that you did
21 the undercover buy, have you had any conversations
22 with other people that were involved in this drug
23 trafficking conspiracy?
24    A. Since May 16th?
25    Q. Mm-hmm.

705

1  **A.** I have talked to a few codefendants
2  before I was arrested, yeah.
3  **Q.** Who did you talk to before you were
4  arrested?
5  **A.** Michael Morris, K.C. Hensley.
6  Everyone, really.
7  **Q.** But this was before any of you were
8  arrested; is that correct?
9  **A.** Yes.
10  **Q.** What did you talk to Michael Morris
11  about?
12  **A.** Me getting pulled over, and Amber was
13  telling him about the feds. And he had a
14  conversation with me about that, and I denied it.
15  **Q.** Because you didn't want anybody to know
16  that you were working for the feds?
17  **A.** No.
18  **Q.** Did you have a conversation with anyone
19  else?
20  **A.** I don't believe so. I don't know.
21  **Q.** Did you get any telephone calls from
22  anyone?
23  **A.** Jess Stennett was calling me on a daily
24  basis.
25  **Q.** Did you get any telephone calls from

706

1  any of your coconspirators?
2  **A.** Yes.
3  **Q.** Who?
4  **A.** Patric Campbell, K.C. Hensley.
5  **Q.** Where was Che at this time?
6  MR. HEINEMAN: Objection. Foundation.
7  THE COURT: Sustained.
8  BY MS. LAMPRECHT:
9  **Q.** Do you know where Che was at this time?
10  **A.** He wasn't in Idaho; I know that.
11  **Q.** Did you talk to him after you were
12  arrested?
13  **A.** Yes.
14  **Q.** How did you talk to him?
15  **A.** He called -- he called my telephone.
16  **Q.** And when he called, were you able to
17  record that conversation?
18  **A.** Yes.
19  **Q.** How were you able to record that
20  conversation?
21  **A.** Jess Stennett gave me a recorder, and I
22  did it when he called.
23  **Q.** And did you make a recording of that
24  conversation?
25  **A.** Yes.

707

1  **Q.** Have you listened to the recording of
2  that conversation that you made?
3  **A.** Yes.
4  **Q.** Is that a fair and accurate recording
5  of the conversation that you had with Che when he
6  called you?
7  **A.** Yes.
8  **Q.** And who are the people that are
9  speaking during that conversation?
10  **A.** Che and myself.
11  **Q.** Have you reviewed a transcript of that
12  recording that's been actually marked as
13  Government's Exhibit 73A?
14  **A.** Yes.
15  **Q.** Is that a fair and accurate
16  transcription of the conversation in Exhibit 73,
17  which is your recording of the conversation?
18  **A.** Yes.
19  **Q.** Does that transcript accurately reflect
20  the people who are talking?
21  **A.** Yes.
22  MS. LAMPRECHT: At this time, Your Honor, I
23  would like to move in Government's Exhibit 73 and
24  73A and play it for the jury. And I believe the
25  transcript is up on the screen with the

708

1  conversation.
2  THE COURT: Is there any objection? What's
3  the exhibit number again, 73A?
4  MS. LAMPRECHT: Seventy-three. And 73A is
5  the transcript that's going to be up on the screen
6  with the conversation.
7  THE COURT: Is there any objection, Counsel?
8  MS. BERGLUND: No objection, Your Honor.
9  THE COURT: Mr. Borton?
10  MR. BORTON: Your Honor, not to the call.
11  I'm not so sure the transcript itself gets
12  admitted, as well.
13  THE COURT: Well, it won't be admitted, but
14  is there any objection to it being shown to the
15  jury?
16  MR. HEINEMAN: I have an objection to it
17  being shown to the jury. I prefer the audio be
18  the true test of what was said and not an
19  interpretation of just one party.
20  THE COURT: You had an opportunity to review
21  the accuracy of the --
22  MR. HEINEMAN: Yes, I did, Your Honor. And
23  I --
24  THE COURT: Let's discuss this at sidebar.
25  Approach.

709

1    (Sidebar commences as follows:)
2    THE COURT: Mr. Heineman, what --
3    MR. HEINEMAN: When I listened to it, I
4  guess my problem is that it was very difficult to
5  understand. And, you know, not unless he had done
6  it subsequently immediately after and did that
7  transcription then, I don't know how -- later how
8  accurate his memory is with listening to it again,
9  if he is hearing what he thinks he heard and
10 putting it into that transcript.
11   THE COURT: Well, did he prepare the
12 transcript, Ms. Lamprecht, or was there a --
13   MS. LAMPRECHT: Detective Stennett prepared
14 the transcript. He took it with the tape over to
15 Mr. Vertner, who was in jail, and played it for
16 him.
17   THE COURT: All right. Well, I assume the
18 recording is not particularly -- it's hard to
19 understand without the transcript?
20   MS. LAMPRECHT: It's hard to understand the
21 defendant sometimes. It is in English. But some
22 of it's -- most of it seemed to be pretty clear.
23   THE COURT: Well, you've had a chance to
24 review it. Is there a specific objection to
25 specific provisions as opposed to just a general

710

1  objection?
2    MR. HEINEMAN: It's just a general
3  objection.
4    THE COURT: I'll have to overrule the
5  objection. If there is specific problems, I will
6  certainly listen to that and determine whether or
7  not I think it's fair or not. But just to make a
8  general objection where it's been provided in
9  advance and you've had a chance to review it, I
10 don't think I can sustain the objection in that
11 circumstance.
12   (Sidebar concluded.)
13   THE COURT: Ladies and gentlemen, I'm going
14 to admit Exhibit 73. Exhibit 73A will not be
15 admitted, but it will be provided to you by way of
16 a -- it will actually show up on the screen here
17 to aid you as you listen to the tape recording
18 itself.
19   What is important, however, is for you
20 to keep in mind that the tape recording itself is
21 the exhibit, and the -- not the translation. The
22 written version which is going to be shown to you
23 is there just to aid you as you listen to the tape
24 itself.
25   If there is any inconsistency

711

1  whatsoever between what you see on the screen and
2  what you hear, you are to follow what you hear,
3  since that is the exhibit itself. The transcript
4  was prepared after the fact, presumably -- I'm not
5  sure I even know the circumstances, but the
6  witness has indicated that he has reviewed the
7  transcript, and he did participate in it, and I
8  think that's a sufficient foundation to allow you
9  to watch the transcript as you listen to the tape;
10 but, again, with the admonition that the
11 transcript is not the exhibit. You won't have it
12 with you in the jury room. It's only the
13 recording itself which is the exhibit.
14   All right. Ms. Lamprecht, with that,
15 I'll allow you to go ahead and proceed to show
16 that to the jury.
17   MS. LAMPRECHT: Thank you, Your Honor.
18   (Exhibit No. 73 admitted.)
19   (Exhibit Nos. 73 and 73A published. )
20 BY MS. LAMPRECHT:
21   Q. Mr. Vertner, what did you mean at the
22 beginning of that conversation when you said,
23 "You're calling me from 15 different numbers"?
24   A. He wasn't using his regular cell phone.
25 He was using pay phones or something.

712

1    Q. How did you know that?
2    A. Because none of them I recognized.
3    Q. You saw that -- do you have a call
4  thing that you can see who is calling you, caller
5  ID?
6    A. Yes.
7    Q. During the conversation, Che referred
8  to "Sunshine." Do you know who he is talking
9  about?
10   A. Yes.
11   Q. Who is that?
12   A. Amber Hites.
13   Q. And he said he wanted her to go to
14 court. Why did he want her to go to court?
15   A. He wanted to see what happened to
16 Fabian and Victor.
17   THE INTERPRETER: Your Honor --
18   THE COURT: Just a moment. We're having a
19 hard time --
20   We may need to take a break if -- do we
21 have it fixed?
22   All right. Ms. Lamprecht.
23 BY MS. LAMPRECHT:
24   Q. You said several times during the
25 conversation that you were tripping. What did you

713

1  mean?
2       **A.** Scared.
3       **Q.** And why -- why were you scared?
4       **A.** Because I knew I was going to be
5  arrested.
6       **Q.** When you talked to Che -- do you speak
7  Spanish, Mr. Vertner?
8       **A.** A little bit. Not much.
9       **Q.** Did you ever speak Spanish when you
10  talked to the Defendant Che?
11       **A.** No.
12       **Q.** Did he ever seem to have problems with
13  the English language?
14       MR. HEINEMAN: Objection. Relevance.
15       THE COURT: I'm going to overrule the
16  objection because it bears on the communication
17  and whether there was an understanding between the
18  parties during the conversation that was -- that
19  we just heard.
20            So I'll allow it; but, Counsel, that's
21  as far as we need to go in that area.
22       MS. LAMPRECHT: That's all I intended to
23  ask, Your Honor.
24  BY MS. LAMPRECHT:
25       **Q.** Did he ever have problems -- did he

714

1  seem to have problems with the English language?
2       **A.** No.
3       **Q.** You talked about Sunshine or Amber
4  getting caught in a motel room with someone. Did
5  that actually happen?
6       **A.** Yes.
7       **Q.** Who was she with?
8       **A.** Michael Morris.
9       **Q.** He asked you to send money. Had you
10  sent Che money before?
11       **A.** Yes.
12       **Q.** How many times had you sent him money?
13       **A.** Two that I can recall.
14       **Q.** How much did you send him, do you
15  remember, each time?
16       **A.** A thousand dollars each time.
17       **Q.** Where did you send it to?
18       **A.** The name and address he gave me in
19  Mexico.
20       **Q.** You were -- you talked about another
21  person that got caught, too, and said you were
22  tripping about that. Who was that that you were
23  referring to?
24       **A.** K.C. Hensley.
25       **Q.** Che said he was going to call you. Did

715

1  you ever hear from him again?
2       **A.** No.
3       **Q.** Since you were arrested, have you
4  talked with anyone else, one of your codefendants
5  or another person who was a witness in this case,
6  about the case?
7       **A.** No.
8       **Q.** Did you talk to them about anything
9  else, or did you talk to anyone who was a witness
10  or a coconspirator about anything else?
11       **A.** Being housed at Ada County, I was
12  housed with Victor Ruiz for a night and Fabian
13  Beltran for two nights.
14       **Q.** But you didn't talk about your
15  testimony in court?
16       **A.** No.
17       MS. LAMPRECHT: At this time, I have no
18  further questions, Your Honor.
19       THE COURT: All right. Cross-examination.
20       MR. BORTON: Yes, Your Honor.
21       THE COURT: Mr. Borton.
22            CROSS-EXAMINATION
23  BY MR. BORTON:
24       **Q.** Mr. Vertner, you've -- in your
25  conversations with law enforcement after your

716

1  arrest, you identified a number of individuals you
2  were involved with methamphetamine sales in
3  2012 --
4       **A.** Yes.
5       **Q.** -- correct?
6            Okay. You listed a number of
7  individuals that you've sold meth to?
8       **A.** Yes.
9       **Q.** Okay. I want to go through some of
10  those that you've identified. Jacob Clevenger?
11       **A.** Yes.
12       **Q.** K.C. Hensley?
13       **A.** Yes.
14       **Q.** John Chapman?
15       **A.** Yes.
16       **Q.** Rachel Coblentz?
17       **A.** Yes.
18       **Q.** Trenton Keisel?
19       **A.** Yes.
20       **Q.** Billy Keisel?
21       **A.** Yes. It's Dani, though.
22       **Q.** Dani. Is that Trenton's mother?
23       **A.** Correct.
24       **Q.** Amanda Moore?
25       **A.** I never sold it to her, but I was

717

1 around her using it.
2 **Q.** Summer Joyner?
3 **A.** Yes.
4 **Q.** Robin Lacey?
5 **A.** Yes.
6 **Q.** Josh Torres?
7 **A.** Yes.
8 **Q.** Don Martinez?
9 **A.** Yes.
10 **Q.** Sharon -- I believe out of state --
11 last name unknown?
12 **A.** It's Reinhart. And yes.
13 **Q.** Did Sharon Reinhart live in the valley,
14 or was she out of state?
15 **A.** She lived in Ontario.
16 **Q.** Okay. How about Fidel Torres?
17 **A.** Yes.
18 **Q.** Brian Newell?
19 **A.** Who?
20 **Q.** Nickname Turtle.
21 **A.** Yes.
22 **Q.** Robert Grimaldo?
23 **A.** Yes.
24 **Q.** Brad Egbert?
25 **A.** Yes.

718

1 **Q.** Chris Camacho?
2 **A.** Yes.
3 **Q.** Keely Hata (phonetic)?
4 **A.** Yes.
5 **Q.** Dani Keisel -- that's Dani instead of
6 Brian?
7 **A.** Billy, yeah.
8 **Q.** How about a gentleman named Harlan?
9 Who is Harlan?
10 **A.** That's Dani's last name.
11 **Q.** Dani Keisel's last name is Dani Harlan?
12 **A.** Yeah. She has a couple, yeah. She has
13 a few.
14 **Q.** She has a few what?
15 **A.** Last names.
16 **Q.** Okay. What other last names does she
17 have?
18 **A.** Keisel and Harlan.
19 **Q.** Any others?
20 **A.** That was it.
21 **Q.** Okay. Oly Goff?
22 **A.** Yes.
23 **Q.** A gentleman by the name of Deeno or
24 Dino?
25 **A.** Yes. I only met him one time, though,

719

1 with Jake Clevenger.
2 **Q.** Do you know Dino's first name, real
3 name?
4 **A.** I don't.
5 **Q.** How about Travis Coleman?
6 **A.** Yes.
7 **Q.** Larry Garcia?
8 **A.** Yes.
9 **Q.** One of the items that was addressed
10 first yesterday in your testimony was some of your
11 prior criminal history.
12 What was the -- other than your felony
13 charge you're facing in this case, what was the
14 most recent felony conviction you had before this
15 case?
16 **A.** Delivery of a controlled substance.
17 **Q.** Was that in 2008?
18 **A.** No. It was in 2007 -- 2006, 2007 I was
19 charged with it.
20 **Q.** And was that substance meth?
21 **A.** Correct.
22 **Q.** Is that a federal charge?
23 **A.** No.
24 **Q.** What was the next felony before that?
25 **A.** Possession of meth. You're talking

720

1 about drug felonies or all felonies?
2 **Q.** We'll go -- let's go all of them.
3 Let's do that.
4 In between or before the 2007 felony
5 delivery, was there a nondrug-related felony, as
6 well?
7 **A.** You want to just start from the
8 beginning?
9 **Q.** Sure.
10 **A.** In 2003, I had a conspiracy to
11 manufacture. I got possession of a controlled
12 substance, 2004. Had an escape in the third
13 degree in, I believe, 2004. Inmate in possession
14 of a deadly weapon around the same time. And then
15 the ones I just listed to you.
16 **Q.** Where was the escape in the third
17 degree?
18 **A.** Washington.
19 **Q.** Okay. From what facility? Did you try
20 to escape at that time?
21 **A.** No. It was just a paperwork felony,
22 really. Didn't show back up for work crew because
23 I was in jail in Washington County for a
24 possession.
25 **Q.** And what was the weapon you had for

721

1    the -- the conviction for inmate with a deadly
2    weapon?
3        A.   A razor for shaving my face.
4        Q.   Did you plead guilty to that?
5        A.   I did.
6        Q.   In light of that criminal history, you
7    entered into a plea agreement in this particular
8    case; correct?
9        A.   Correct.
10       Q.   It was shown yesterday as Government's
11   Exhibit 67.  Do you recall seeing that yesterday,
12   the plea agreement?
13       A.   My signature?
14       Q.   Correct.
15       A.   Correct.
16       Q.   Okay.  And one component of your plea
17   agreement requires you to provide substantial
18   assistance in order to get any benefit from the
19   government.  Do you recall that?
20       A.   Yes.
21       Q.   Okay.  On page 8 of your plea
22   agreement -- and if you want to look at it, you
23   can.  I'll ask you one question about that.
24            Within that plea agreement, you were
25   made aware that you're subject to a minimum -- a

722

1    potential minimum sentence of 30 years to life; is
2    that correct?
3        A.   Correct.
4        Q.   Is your -- is it your hope, through
5    participation with law enforcement, that you can
6    somehow avoid a 30-year minimum sentence?
7        A.   Correct.
8        Q.   How old are you now?
9        A.   Thirty-four.
10       Q.   When you were arrested on May 15th,
11   that occurred at approximately 2:00 p.m.; correct?
12       A.   Correct.
13       Q.   By 3:05 p.m. that day, you began
14   working with law enforcement?
15       A.   Correct.
16       Q.   And the intent with working with law
17   enforcement just over an hour of your arrest, to
18   further that intent to help yourself?
19       A.   Yes.
20       Q.   You knew you were in lots of trouble, I
21   presume?
22       A.   Yep.
23       Q.   I take it, from your prior
24   incarcerations, being in prison is not an
25   enjoyable experience?

723

1        A.   No.
2        Q.   Probably not an experience you would
3    like to repeat, if at all possible?
4        A.   Correct.
5        Q.   You immediately, then, on May 16th
6    started assisting law enforcement, first by making
7    a recorded phone call to K.C. Hensley?
8        A.   Correct.
9        Q.   In that phone call to Mr. Hensley, did
10   you indicate that you had been arrested or were
11   working with law enforcement?
12       A.   No.  Maybe arrested, but not working
13   for law enforcement.
14       Q.   You had been arrested on May 15th;
15   correct?
16       A.   Yes.
17       Q.   And after your arrest with Tanya Olson
18   on May 15th, from that point forward, you were
19   working with law enforcement?
20       A.   Correct.
21       Q.   Okay.  So when you called K.C. Hensley,
22   you were working with law enforcement?
23       A.   Yes.
24       Q.   On behalf of law enforcement?
25       A.   Yes.

724

1        Q.   And that's why the call was recorded?
2        A.   Yes.
3        Q.   Would you acknowledge that your call to
4    K.C. in that capacity was a bit dishonest to him?
5        A.   What do you mean, "dishonest"?
6        Q.   You led him -- did you lead him to
7    believe that you were talking to him free and
8    without government assistance?
9        A.   Do you mean did he ask me if I was
10   working for the cops?
11       Q.   Did you give him any reason to think
12   that you were?
13       A.   I didn't give him any reason to think I
14   was or wasn't.
15       Q.   Did it seem important to you that
16   somebody you knew like K.C. Hensley you would
17   normally tell and not withhold that information?
18       MS. LAMPRECHT:  Your Honor, I'm going to
19   object at this time, and the reason I would like
20   to approach the bench about.
21       THE COURT:  All right.  Approach.
22           (Sidebar commences as follows:)
23       THE COURT:  Counsel, I don't think we
24   confirmed for the record that you were all in
25   agreement with this procedure of not bringing the

725

1  defendants to the sidebar and that you would have
2  the opportunity to confer with your client after
3  the sidebar if that became necessary.  Let's put
4  it on the record.
5        I assume you've had a chance now to
6  chat with your client and that there is no
7  objection to that procedure.  Mr. Borton?
8        MR. BORTON:  There's no objection, Your
9  Honor.
10       MS. BERGLUND:  No objection.
11       THE COURT:  Mr. Heineman?
12       MR. HEINEMAN:  No objection.
13       THE COURT:  All right.  Now --
14       MS. LAMPRECHT:  Well, Counsel keeps saying,
15  "Well, you lied.  Well, you lied."  He did this at
16  the direction of the police officers, and the jury
17  instruction and the law is that police officers
18  are allowed to use deception in this case.
19       I can bring -- yeah, it is.  And I gave
20  the instruction to counsel last night and sent it
21  to your clerk and asked it be included with your
22  jury instructions.
23       So I would just object on the basis
24  that it's improper for him to say, "Do you lie?"
25  when he was working at the direction of the

726

1  police.
2        THE COURT:  Okay.  Well, that is an
3  instruction for the jury, but I think it's still
4  fair for counsel to raise that in argument.  It's
5  just an instruction that says it's not improper,
6  and that's to keep the jury from holding it
7  against law enforcement for using subterfuge in
8  their criminal investigative activities.
9        But I think it's still fair game for
10  counsel to go ahead and raise the issue.  So I'm
11  going to overrule the objection.
12       (Sidebar concluded.)
13       THE COURT:  Counsel, we're having a little
14  trouble with our system assisting the
15  interpreters.  So, for that reason, please speak
16  directly into the microphone; and, at least for
17  the next 15 minutes, until we take the morning
18  break and we can try to repair the system, speak
19  perhaps a little more slowly and be very careful
20  not to speak over each other, just to help the
21  interpreter.
22       Go ahead and proceed, Mr. Borton.
23       MR. BORTON:  Thank you, Your Honor.
24  BY MR. BORTON:
25       Q.  After the call that you placed to K.C.

727

1  Hensley, you then made a recorded call to your
2  associate, Fabian Beltran; correct?
3        A.  Correct.
4        Q.  You made the same call at the request
5  of law enforcement?
6        A.  Correct.
7        Q.  Did you give any indication in that
8  call to Mr. Beltran that you were working for law
9  enforcement or had been arrested?
10       A.  He knew I had been arrested for DUI
11  already.  But, no, not that I was working for law
12  enforcement.
13       Q.  You owed -- at that time when you made
14  that call, you owed Mr. Beltran around $6700; is
15  that correct?
16       A.  Approximately.
17       Q.  For how long did you have that debt?
18       A.  A week or two.  Tops, two weeks.
19       Q.  The two weeks preceding the call?
20       A.  Correct.
21       Q.  Okay.
22       A.  I acquired the debt after K.C. Hensley
23  jumped his car into the river and lost 2 ounces.
24       Q.  After the -- after the call arranging
25  and setting up K.C., setting up Mr. Beltran, you

728

1  then called Amy Cavazos in the same undercover
2  capacity; is that correct?
3        A.  Not that day.
4        Q.  Was it the next day?
5        A.  It was -- it was the day of my arrest.
6        Q.  Okay.  On May 15th?
7        A.  Correct.
8        Q.  And did you make that call to Amy on
9  May 15th at the request of the government?
10       A.  Yes.
11       Q.  Did you tell Amy why you were calling?
12       A.  As far as what?
13       Q.  Who was requesting you to make that
14  call to her.
15       A.  No.
16       Q.  Did you tell Amy that law enforcement
17  was listening to the phone call?
18       A.  No, but I told her afterwards.
19       Q.  Did you think, on May 15th, when you
20  called Amy with law enforcement listening in, that
21  that call might get Amy in trouble?
22       A.  No, but it was a possibility.
23       Q.  And were you aware, back on May 15th,
24  that that phone call to Amy possibly could get her
25  into trouble?

729

1    A. After I did so, I realized that, yes.

2    Q. And it was during that call with law

3 enforcement listening that you asked Amy to go

4 hide the meth in your house?

5    A. I asked her if she already hid it.

6    Q. Okay. And you weren't sure yet that

7 that might get her in trouble?

8    A. I was hoping it wouldn't, but I

9 realized it might after I did it.

10    Q. And did Amy comply and act as

11 instructed by you in hiding the meth?

12    A. Yes.

13    Q. Did you and Amy ever use meth together

14 in 2012?

15    A. I don't believe so, not in 2012.

16    Q. Did you ever observe her use meth

17 without you in 2012?

18    A. No.

19    MS. LAMPRECHT: Objection, Your Honor.

20 Unless --

21    THE COURT: Sustained.

22    MR. BORTON: I'll rephrase the question.

23    THE COURT: I think that would have been a

24 bit of a phenomena.

25    MR. BORTON: That was a tricky question.

730

1 BY MR. BORTON:

2    Q. Did you ever observe Amy use meth in

3 2012 while you were present but you weren't using?

4    A. What?

5    Q. Were you ever in the room in 2012 with

6 Amy while she was using meth?

7    A. No.

8    Q. Okay. Did you ever observe her in 2012

9 use any other illegal drug?

10    A. Maybe occasional pot.

11    Q. Okay. On how many occasions?

12    A. I don't know. Twice.

13    Q. Do you know or are you guessing?

14    A. Guessing.

15    Q. Okay. I don't want you to guess.

16    A. Well, I haven't ever thought about

17 that.

18    Q. Okay. So more than zero but some

19 unknown number?

20    A. Let's just say zero because I don't

21 know.

22    Q. Just a moment ago, though, you said --

23    A. I don't know.

24    Q. Okay. So if you don't know -- and I

25 appreciate that -- why is it but 30 seconds ago

731

1 you said twice?

2    A. Because I was always smoking pot.

3    Q. What does you smoking pot have to do

4 with how many times Amy smoked?

5    A. What does Amy smoking pot have to do

6 with my testimony?

7    MR. BORTON: Your Honor, I would --

8    THE COURT: Let's just answer counsel's

9 questions.

10    MS. LAMPRECHT: I'm going to actually

11 object. I mean, he has gone over and over this,

12 and he has said that he doesn't know. I think

13 this is getting repetitive, Your Honor.

14    THE COURT: Let's get back on track,

15 Mr. Borton. Let's put another question. I think

16 we are -- I'm not sure what -- well, let's just

17 move on. Proceed.

18    MR. BORTON: Okay.

19 BY MR. BORTON:

20    Q. Did you and Ms. Cavazos use any illegal

21 substances from September to December of 2011?

22    A. Yes.

23    Q. Okay. What did you two use?

24    A. Meth.

25    Q. On how many occasions?

732

1    A. I don't know. Probably once a week or

2 so. I don't know. Not very often.

3    Q. You say "once a week." Do you know

4 once a week, or are you guessing?

5    A. We lived together.

6    Q. Okay. You said "once a week." Do you

7 know once a week, or are you guessing at that

8 figure?

9    A. I know for sure probably once a week,

10 yeah.

11    Q. Okay. And you two were living together

12 at 804 East Main at that time in the fall of

13 2010 -- excuse me -- 2011; is that right?

14    A. Until the beginning of December or so,

15 yeah.

16    Q. Okay. At which point, you broke up

17 with her?

18    A. Correct.

19    Q. When you were using meth with Amy

20 in -- during September to the end of December of

21 2011, did you ever tell her not to? Did you ever

22 try and stop her?

23    A. From using?

24    Q. Yes.

25    A. Maybe when I found out she was

733

1  pregnant, yes.
2       Q.  Okay.  And when did you find that out?
3       A.  Two weeks before -- about two weeks
4  before we broke up.  So somewhere in that time
5  frame.
6       Q.  And she was pregnant with twins at the
7  time?
8       A.  Yes.
9       Q.  And are those children yours?
10      A.  Yes.
11      Q.  So back to your phone call May 17th,
12 when you were calling Amy --
13      MS. LAMPRECHT:  Objection, Your Honor.
14 There was no phone call on May 17th.
15      MR. BORTON:  I'll rephrase the question.
16      THE COURT:  Let's establish there was such a
17 phone call or at least get the date right.
18 BY MR. BORTON:
19      Q.  Do you recall the date in May when you
20 made the recorded call to Amy Cavazos?
21      A.  Do I remember the phone call?
22      Q.  Yes.
23      A.  Yes.
24      Q.  Was it within a day or two of your
25 May 15th arrest?

734

1       A.  It was on the same day as my arrest.
2       Q.  May 15th.  Okay.  I apologize.
3            During that May 15th call to Amy, you
4  knew at that time that she was pregnant with your
5  twins?
6       A.  Yeah.
7       Q.  Okay.  And she still, as far as you
8  know, complied with your request to hide the meth
9  in the house?
10      A.  Yes.
11      Q.  On May 15th, at the time of your
12 arrest, you had some methamphetamine with you as
13 well in the car with Tanya Olson; is that correct?
14      A.  Correct.
15      Q.  And upon being questioned by the
16 government here just an hour ago, it was at the
17 time you were stopped by police that you gave the
18 methamphetamine to Ms. Olson to hide?
19      A.  Yes.
20      Q.  And Ms. Olson complied?
21      A.  Yes.
22      Q.  Can you tell me why you have -- can you
23 tell me specifically why, on May 15th, you would
24 ask Tanya Olson to put your methamphetamine in
25 that container into her vagina?

735

1       A.  So the police didn't get it.
2       Q.  When you were stopped by the police and
3  taken out of your car and questioned, did you tell
4  them at the roadside that, "Yes, I had
5  methamphetamine.  I gave it to Ms. Olson,"
6  anything of that nature?
7       A.  No.
8       Q.  Did it seem at all odd to you that
9  these women will take these particular acts on
10 your request like that?
11      MS. LAMPRECHT:  Objection, Your Honor.
12      THE COURT:  Sustained.
13 BY MR. BORTON:
14      Q.  You testified you have also -- let me
15 ask you:  Have you also had Rachel Coblentz
16 transport or hide your methamphetamine in the same
17 fashion?
18      A.  Yes.
19      Q.  Have you had Amber Hites hide your
20 methamphetamine in that fashion?
21      A.  Yes.
22      Q.  Are there any other women during
23 December of 2011 through May 2012 that you would
24 use to hide your methamphetamine in that fashion?
25      A.  Not to my knowledge.  I think you named

736

1  them all.
2       Q.  When you were arrested and convicted in
3  2005 for one of the charges you had just
4  described, were you dating a lady by the name of
5  Jessica Derr?
6       A.  Yes.  That was in 2006, though, but
7  yeah.
8       Q.  Okay.  2006?
9       A.  Yeah.
10      Q.  Okay.  And that was a drug arrest, as
11 well?
12      A.  Yes.
13      Q.  Did you have Jessica Derr get
14 implicated in your conduct in that case, as well?
15      A.  Was she implicated in it?
16      Q.  Yes.
17      A.  She answered the phone with an
18 informant on it.
19      Q.  Did you hide any of your drugs in her
20 drawer?
21      A.  She was living with me, so she didn't
22 have no drawers.
23      Q.  Did you use her to assist you in hiding
24 methamphetamine or drugs at that time?
25      A.  No.

737

1   THE COURT: Counsel, this is where we would
2   normally take the morning break, but I'll give you
3   a few minutes to wrap up this particular line of
4   inquiry, if you wish.
5   MR. BORTON: I have wrapped up that line,
6   Your Honor. I'm fine with the break.
7   THE COURT: Ladies and gentlemen, we're
8   going to take a 15-minute recess. I'll again
9   admonish you not to discuss the case among
10  yourselves or with anyone else, nor should you
11  form or express any opinion about the case until
12  it is submitted to you.
13  Actually, Mr. Severson, would you
14  escort the jury out. There is one issue I wanted
15  to take up with counsel just for a moment.
16  (Jury absent.)
17  THE COURT: Be seated.
18  Counsel, with regard to the one
19  question that was put to Mr. Vertner about
20  Mr. Sanchez's ability to understand English, in
21  that circumstance, it's not unusual to have an
22  individual who is able to communicate in English
23  but then, when they come to a courtroom, because
24  of the formality and what is at stake, will decide
25  they want to have an interpreter.

738

1   So, for that reason, I have sometimes,
2   at the request of counsel, given an instruction to
3   the jury that a defendant's decision to request an
4   interpreter at trial should not -- is of no
5   relevance because the ability to communicate in
6   everyday life is not the same as the significance
7   of understanding fully and completely the nature
8   of the proceedings, in which case an individual
9   may well want to have an interpreter in the
10  courtroom when they don't feel the need for it
11  otherwise.
12  But I don't give that except at the
13  request of counsel. So, Mr. Heineman, would you
14  be thinking about that and --
15  MR. HEINEMAN: Yes, Your Honor.
16  THE COURT: -- I will give that instruction
17  if you wish. All right?
18  MR. HEINEMAN: Yes.
19  THE COURT: I don't want to draw undo
20  attention to it, because it may not be as big an
21  issue as we might think. So, for that reason, I
22  leave it in counsel's hands and after conferring
23  with your client whether you want me to give that
24  instruction.
25  All right. We'll be in recess.

739

1   (Recess.)
2   (Jury present.)
3   THE COURT: For the record, I'll note that
4   all jurors are present.
5   I'll remind the witness, you're still
6   under oath.
7   With that, Mr. Borton, you may resume
8   your cross-examination of the witness.
9   MR. BORTON: Thank you, Your Honor.
10  BY MR. BORTON:
11  Q. Mr. Vertner, before I jump into January
12  of 2012, one last question with regards to the
13  call you made May 15th, the recorded call to Amy
14  Cavazos asking her to hide the meth. You also
15  asked her to find your gun; is that correct?
16  A. Correct.
17  Q. Was she to hide the gun, or what was
18  she supposed to do with it?
19  A. I was going to give it -- I was going
20  to give it to law enforcement.
21  Q. Did you ask her in that call to bring
22  the gun to you or do something else with it?
23  A. She was supposed to hide it with the
24  drugs.
25  Q. Okay. Did you specifically ask her to

740

1   hide the gun along with the drugs?
2   A. Not on the conversation, but there is
3   instructions if I got arrested, yes.
4   Q. Instructions you had given her prior to
5   the call?
6   A. Correct.
7   Q. Okay. I want to jump back to January,
8   I believe it was, or early 2012 when you were at a
9   meeting at the Crescent Bar. Do you recall that?
10  A. Correct.
11  Q. Mr. Tambunga was there present; is that
12  correct?
13  A. Correct.
14  Q. During that meeting, the law
15  enforcement -- police came in to visit with you;
16  is that right?
17  A. They entered the bar, and I figured
18  they were going to talk to me, yes.
19  Q. Okay. Upon you seeing the police come
20  into the bar, perhaps to talk to you, what did you
21  do with your meth that you had on your person at
22  that time?
23  A. Gave it to Johnny Tambunga underneath
24  the table.
25  Q. Okay. Could that have possibly gotten

741

1  him in trouble?
2       A.  Possibly.
3       Q.  Did you do that to avoid trouble for
4  yourself?
5       A.  Yes.
6       Q.  Did you give anything to Mr. Tambunga
7  for holding your meth at that time?
8       A.  Not that I recall.  I don't remember.
9       Q.  Over the next several months, did you
10 ever become aware of Mr. Tambunga incurring a debt
11 owed to Mr. Sanchez and Mr. Beltran for
12 methamphetamine?
13      A.  Yes.
14      Q.  Was that debt owed by Mr. Tambunga
15 approximately $6,000?
16      MS. LAMPRECHT:  Objection unless he lays a
17 foundation as to how this witness would know,
18 Your Honor.
19      THE COURT:  Sustained.
20 BY MR. BORTON:
21      Q.  How is it, Mr. Vertner, that you know
22 or believe Mr. Tambunga had a debt in the spring
23 of 2012 to Mr. Sanchez and Beltran?
24      A.  Because he told me.
25      Q.  Okay.  How much did he tell you he

742

1  owed?
2       A.  Around $5,000.
3       Q.  In the spring of 2012, were you
4  enrolled in a TC program?
5       A.  What did you say?
6       Q.  Were you enrolled in a TC program?
7       A.  I completed April 24th of 2009, if
8  that's what you're asking.
9       Q.  Okay.  It was in '09, not in '12?
10      A.  No.
11      Q.  Okay.  And is that when you met Larry
12 Garcia?
13      A.  No.
14      Q.  You had known him prior?
15      A.  No.
16      Q.  Did you know him prior to that program?
17      A.  No.
18      MS. LAMPRECHT:  I'm going to object,
19 Your Honor, based on relevance.
20      THE COURT:  I'll give counsel some leeway,
21 but let's tie it back into something that clearly
22 is relevant or else move on, Mr. Borton.
23      MR. BORTON:  Yes, Your Honor.  Yes, Your
24 Honor.
25 BY MR. BORTON:

743

1       Q.  Was that TC program you were involved
2  in a government-required program you were supposed
3  to complete?
4       A.  It was a stipulation of my parole.
5       Q.  Okay.  And it was a substance abuse
6  program?
7       A.  What are you talking about, TC or
8  aftercare?
9       Q.  The TC program.
10      A.  That's in prison.  I didn't know Larry
11 then.
12      Q.  Okay.  Back into the -- from January to
13 May of 2012, was Jose Sanchez and Fabian Beltran
14 your sole source of methamphetamine?
15      A.  January?  Early January, somewhere in
16 there, yes.
17      Q.  From that point until, for example,
18 until you were arrested May 15th.
19      A.  Yes.
20      Q.  Okay.  And is it your understanding
21 that Fabian Beltran gets his -- let me ask it this
22 way:  Is it your understanding that Fabian Beltran
23 gets his methamphetamine or any methamphetamine he
24 has from Mr. Sanchez versus some other independent
25 source?

744

1       A.  He gets it from Mr. Sanchez.
2       Q.  Okay.  And approximately 4 to 6 ounces
3  a week, on average, is what you were receiving
4  from Mr. Sanchez?
5       A.  Correct.
6       Q.  How much profit did you make on the
7  sale of 1 ounce during that time period?
8       A.  It varied.
9       Q.  From what to what?
10      A.  Depending on if I cut it.  If I didn't
11 cut it, 2-, $500 an ounce.  If I cut it, 5- to
12 $800 an ounce.
13      Q.  So if I heard you correctly, uncut is
14 200 to 500 an ounce; cut is 500 to 800?
15      A.  Correct.
16      Q.  When you say "cut," that's the
17 mixture -- the 50/50 mixture you testified to a
18 moment ago?
19      A.  Yeah.  It's not 50/50, but close
20 enough.  It's cut.
21      Q.  And one of the other comments you made
22 with regards to Mr. Morris, you testified that you
23 delivered methamphetamine to Mr. Morris at his
24 house in Ontario --
25      A.  Correct.

745

1  **Q.** -- is that right?
2  And the period of time that you claim
3  to have delivered that was from early March
4  through mid-May?
5  **A.** Somewhere in there. It was March --
6  mid-March to on.
7  **Q.** Okay. At that Ontario house location?
8  **A.** Correct.
9  MR. BORTON: Okay. Thank you.
10  I have no further questions,
11  Your Honor.
12  THE COURT: Mr. Heineman.
13  MR. HEINEMAN: Thank you.
14  CROSS-EXAMINATION
15  BY MR. HEINEMAN:
16  **Q.** Mr. Vertner, for my clarity because I
17  possibly heard wrong, how much did -- you say that
18  you usually would cut the meth somewhere between
19  25 to 50 percent; is that correct?
20  **A.** Correct. Of -- yes, for an ounce of
21  meth.
22  **Q.** For an ounce of meth. And how much did
23  you pay for that ounce of meth?
24  **A.** $1300 an ounce.
25  **Q.** Did you usually take delivery from

746

1  Mr. Beltran?
2  **A.** A lot of times I did, yes.
3  **Q.** Okay. And how much would you sell that
4  meth for?
5  **A.** In increments or per ounce?
6  **Q.** Let's say, yeah, per ounce yourself.
7  **A.** Fourteen- to 1500, 1600 sometimes.
8  **Q.** Okay. So approximately how many -- so
9  one ounce of meth could create 2 ounces of product
10  for you to sell, correct, if you cut it 50
11  percent?
12  **A.** No. One ounce -- at most,
13  one-and-a-half ounces.
14  **Q.** Okay. And when you sold this to your
15  clients, did they know that you had cut it with
16  filler?
17  **A.** Some of them suspected it, I suppose.
18  **Q.** But you never told them you did?
19  **A.** No.
20  **Q.** They thought they were just buying
21  meth; right?
22  **A.** Right.
23  **Q.** Okay. But you didn't inform them; you
24  kept that hid, right?
25  **A.** Sometimes I did, sometimes I didn't.

747

1  **Q.** You stated that in your first interview
2  with Detective Stennett, that you met Fabian
3  Beltran through Johnny Tambunga; is that correct?
4  **A.** Correct.
5  **Q.** And did that occur during the month
6  that you were released on -- from parole?
7  **A.** No.
8  **Q.** What month were you released from
9  parole?
10  **A.** I believe I got -- I don't know what
11  day it was I gold-sealed, but I had a -- they --
12  they granted my parole on August 1st, about around
13  there.
14  **Q.** August 1st of 2011?
15  **A.** Yeah. Granted parole and discharge is
16  a different thing. They granted my -- they
17  granted my early parole on August 1st of 2011.
18  **Q.** And when was your discharge, I guess?
19  **A.** I don't know.
20  **Q.** Is a discharge the official ending of
21  all proceedings --
22  **A.** Yes.
23  **Q.** -- against you?
24  **A.** Yes.
25  **Q.** Okay. You stated that, so far, you

748

1  have been involved in -- is it three felony
2  convictions or four? I missed. We had the one --
3  we had the three drug ones I think we have already
4  talked about with the prosecutor. But there is
5  also a paper felony; is that correct? Is that
6  what you said?
7  **A.** It was a walk-away felony for --
8  **Q.** Walk-away?
9  **A.** Yeah -- having a razor in jail.
10  **Q.** Okay. With a walk-away, did you also
11  state that you were picked up on possession, as
12  well? Did I hear that right? I just want to be
13  clear.
14  **A.** That was at the same time. That's why
15  I got the walk-away. I came down --
16  **Q.** Were you on work release when you
17  walked away?
18  **A.** I had -- I was on work crew, and I had
19  a visitation pass from my parole officer from
20  Washington, and I was arrested for possession in
21  Idaho. I didn't make it back before my visitation
22  pass was up.
23  **Q.** Okay. So you were in jail because of
24  possession?
25  **A.** Right.

749

Q. And then you got the release, but you failed to come back in time; is that correct?

A. I was on a visitor pass, got arrested for possession, and the visitor pass came up while I was in jail. So that's how I got the felony.

Q. So you were -- already had committed a crime, and you had a sentence. But then you got out on release, and you committed a crime; correct?

A. Correct.

Q. When you go before judges or you talk to your parole officers or your probation officers, do they -- have they ever given you general warnings about not going back into a life of crime when you're done making amends with society, doing good?

A. Yes.

Q. And do you tell them, "Yes, that's what I'm going to do. I'm going to try. I'm going to do that. I'm never going to go back in jail again"? Have you ever told any of them that?

A. Yes.

Q. But, yet, soon after your probation, you got back into selling drugs with Mr. Beltran; is that correct?

750

A. Yes.

MR. HEINEMAN: No further questions, Your Honor.

THE COURT: Any cross-examination, Ms. Berglund?

MS. BERGLUND: Yes.

CROSS-EXAMINATION
BY MS. BERGLUND:

Q. You said that Johnny Tambunga told you he had one customer named Dawson; is that true?

A. He -- yeah, I knew he sold to him, yes.

Q. Okay. And he never told you about any other customers?

A. Just nicknames, but I don't know. I don't know who they were.

Q. Did he ever -- did you ever hear the name Jim Loveland?

A. No.

Q. And prior to being arrested in this case or coming into the courtroom today, have you ever seen Mr. Loveland?

A. Not that I can recall.

Q. You noted in that phone call with Che, or Mr. Sanchez, that he was using a number of different telephone numbers calling from pay

751

phones. Did he normally call you from his cell phone?

A. Yes.

Q. And so it was unusual for him to call you from a pay phone or multiple different numbers?

A. He would change his phone number occasionally but not like that particular week, no.

MS. BERGLUND: Okay. No further questions.

THE COURT: Redirect, Ms. Lamprecht.

MS. LAMPRECHT: Thank you, Your Honor.

REDIRECT EXAMINATION
BY MS. LAMPRECHT:

Q. Mr. Vertner, you were asked if probation officers ever warned you not to go back to methamphetamine; and, yet, it appears to have gone back a number of times.

Would you explain to the jury what made you continue going back?

A. This last time was -- well, as far as my addiction, but I just needed to pay bills.

Q. Needed to pay bills. And you said your addiction. What is it that you're addicted to?

A. Meth.

752

Q. In your experience, how addictive is methamphetamine?

A. Highly.

Q. If you take it one time, what is your -- what is your chances of not taking it again?

A. Ten percent.

MR. BORTON: Objection, Your Honor. Foundation.

THE COURT: Sustained.

BY MS. LAMPRECHT:

Q. Do you know -- how many people do you know that have dabbled in meth and successfully stayed off it?

A. I can count them on one hand.

Q. And these are out of all the people you testified that you knew about that you sold to and were selling to?

A. Yes.

Q. Were most of your customers also methamphetamine users?

A. Every one of them.

Q. You were asked by Mr. Borton about a person named Jessica Derr. When did you know Jessica Derr?

753

1   **A.** 2006, I believe.

2   **Q.** What was your relationship with her in
3   2006?

4   **A.** She was my girlfriend.

5   **Q.** And what was she -- and you were
6   arrested at the time that she was your girlfriend;
7   is that correct?

8   **A.** Correct.

9   **Q.** Is that what you testified about?

10   **A.** Correct.

11   **Q.** Okay.  And was she also arrested at
12   this time?

13   **A.** Shortly after, yes.

14   **Q.** What was she doing?

15   **A.** She was -- she was using and delivering
16   meth, too.

17   **Q.** Was she getting money for it?

18   **A.** She got whatever she wanted.

19   **Q.** Not from you.  Did she you collect
20   money from your customers?

21   **A.** Oh, yes.

22   **Q.** When is the last time you saw Jessica
23   Derr?

24   **A.** Shortly before I was incarcerated.

25   **Q.** Where did you see her?

754

1   **A.** At Mike Morris's house and her house.

2   **Q.** Did you know what her relationship with
3   Michael Morris was?

4   **A.** Friends, I suppose.

5   **Q.** And when you saw her at Michael
6   Morris's house, what was she doing?

7   **A.** Using drugs and cleaning his house,
8   mainly.

9   **Q.** And when you say "using drugs," what
10   drug are you talking about?

11   **A.** Meth.

12   **Q.** And when she was arrested in 2006, was
13   she, to your knowledge, convicted of a felony?

14   **A.** Yes.

15   **Q.** Now, there was quite a bit of
16   conversation about all of your customers.  I
17   wanted to ask you -- you know a lot of last names
18   for some of them; you didn't know others.  Is
19   there -- when you're dealing meth with people, do
20   you always use full names?

21   **A.** No.

22   **Q.** What is -- what is the general practice
23   when you're giving somebody methamphetamine,
24   especially early on in a relationship?

25   **A.** You want to know very little about

755

1   them.

2   **Q.** And so what names do people use?

3   **A.** Nicknames.

4   **Q.** Not their real names?

5   **A.** It's not wise.

6   **Q.** Or probably not their full names, I
7   guess?

8   **A.** Yeah, not their full names.

9   **Q.** And let me go to -- you were asked
10   about a felony conviction for using a razor.  Did
11   you try to use that razor on anyone?

12   **A.** No.  It was found in my cell.

13   **Q.** Okay.  There was some discussion about
14   your not telling Michael Morris that you were
15   working for law enforcement at the time you called
16   him and your not telling Che and Fabian that you
17   were working for law enforcement officers when you
18   were setting up the controlled buy.

19          What would have happened if you had
20   told them that you were working for law
21   enforcement?

22   MR. HEINEMAN:  Objection.  Calls for
23   speculation.

24   THE COURT:  Sustained.

25   BY MS. LAMPRECHT:

756

1   **Q.** What do you think would have happened
2   if you had told them that you were working for law
3   enforcement?

4   MR. HEINEMAN:  Same objection.

5   THE COURT:  Overruled.

6   THE WITNESS:  Probably would have never
7   heard from them again.

8   BY MS. LAMPRECHT:

9   **Q.** At the time that you started to
10   cooperate with law enforcement after your arrest
11   on May 15th, to your knowledge, did they know that
12   you had methamphetamine in your house?

13   **A.** They didn't know I had methamphetamine
14   in my house.

15   **Q.** Did they know that you might have a gun
16   at your house?

17   **A.** No.

18   **Q.** Did they know that you were buying
19   methamphetamine from Che and Fabian on a regular
20   basis?

21   **A.** They had suspicions.

22   **Q.** Did they know that methamphetamine was
23   being dealt regularly out of Trailer No. 10?

24   **A.** Yes.

25   **Q.** So they knew some things that you told

757

1  them and not others?
2      A.  Correct.
3      Q.  There was some talk about the debt that
4  you owed Che at the time that you were arrested.
5  Was any of that debt incurred because other people
6  owed you money for meth?
7      A.  Yes.
8      Q.  Who were the people that you needed to
9  collect money from still in order to pay that debt
10  to Che?
11      A.  Trenton Keisel, Fidel Torres, K.C.
12  Hensley, Travis Coleman, Michael Morris.
13      Q.  How much did you say Michael Morris
14  owed you?
15      A.  Around $1850 or something, around
16  there.
17      Q.  And by the way, when you were
18  cooperating with law enforcement -- and I'm sorry
19  to jump around this way -- and you made the
20  telephone calls, did you do those on your own
21  volition, or were you acting under someone's
22  direction?
23      A.  I volunteered at first, and
24  then -- then I was doing it under Jess Stennett's
25  directions.

758

1      Q.  You talked about you and Amy finding
2  out that Amy was pregnant.  After she found out
3  she was pregnant, did she take methamphetamine
4  anymore after that?
5      A.  Not to my knowledge.
6      MS. LAMPRECHT:  May I have just a moment,
7  Your Honor?
8      THE COURT:  Yes.
9      MS. LAMPRECHT:  I have no further questions,
10  Your Honor.
11      THE COURT:  Any recross, Mr. Borton?
12      MR. BORTON:  No, Your Honor.
13      THE COURT:  Mr. Heineman?
14      MR. HEINEMAN:  Yes.  Just briefly,
15  Your Honor.
16      THE COURT:  Yes.
17          RECROSS-EXAMINATION
18  BY MR. HEINEMAN:
19      Q.  You stated that you're a meth addict;
20  is that correct, Mr. Vertner?
21      A.  Correct.
22      Q.  And you're also familiar with other
23  meth addicts?
24      A.  Correct.
25      Q.  Are you also familiar with the habits

759

1  of meth addicts?  Do you feel they have certain
2  habits?
3      A.  Yes.
4      Q.  Would you think that lying, cheating,
5  stealing, compromising their morals, simply doing
6  anything they have to do to get more meth -- would
7  those all kind of fall in line with the habits of
8  a meth addict?
9      A.  Yes.
10      MR. HEINEMAN:  Thank you.  I have no further
11  questions -- oh, I'm sorry.  I do have one further
12  question.
13  BY MR. HEINEMAN:
14      Q.  How much did you say you made per week
15  selling meth -- you cleared?
16      A.  It varied.  A thousand to 2,000 would
17  be an estimate.
18      Q.  A thousand to 2,000?
19      A.  A week would be an estimate, rough.
20      Q.  But that was above what you were buying
21  it for; correct?
22      A.  Correct.
23      Q.  Okay.  So that was profit?
24      A.  Profit, yes.
25      Q.  But how much did you still owe Fabian

760

1  for meth?
2      A.  Around $6,000 or so.
3      Q.  So you made somewhere between -- over a
4  six-month period of time, which would be 1,000 to
5  2,000 a week, 26 weeks, you had over about maybe
6  somewhere between 26- and $50,000, but you didn't
7  have enough to consistently pay your debt to
8  Mr. Beltran?
9      A.  My debt was consistently paid.  That
10  was a debt for a week or two.
11      Q.  Just a week or two.
12      MR. HEINEMAN:  Thank you.  No further
13  questions, Your Honor.
14      THE COURT:  Ms. Berglund?
15      MS. BERGLUND:  No, Your Honor.
16      THE COURT:  Anything else for this witness?
17      MS. LAMPRECHT:  Very briefly, Your Honor.
18      FURTHER REDIRECT EXAMINATION
19  BY MS. LAMPRECHT:
20      Q.  Mr. Vertner, when is the last time that
21  you took methamphetamine?
22      A.  The day I was arrested.
23      Q.  May 15th?
24      A.  Correct.
25      Q.  Are you under the influence of

761

1 methamphetamine or any other drug right now?
2    A.  No.
3    Q.  Have you said anything today, either
4 when I have been talking to you or when the
5 defense has been asking you questions, that is not
6 the truth?
7    A.  No.
8    Q.  And when you say that you owed $6,000
9 at the time that you were arrested, who was that
10 money going to?
11    MR. HEINEMAN:  Objection.  Asked and
12 answered.
13    MS. LAMPRECHT:  I don't --
14    THE COURT:  Overruled.
15    THE WITNESS:  To Che.
16 BY MS. LAMPRECHT:
17    Q.  It was Che?
18    A.  It was Che.
19    Q.  Between Fabian and Che, who was in
20 charge?
21    A.  Che.
22    MS. LAMPRECHT:  No further questions,
23 Your Honor.
24    THE COURT:  Anything else, Counsel?
25    MR. BORTON:  No, Your Honor.

762

1    MR. HEINEMAN:  No questions, Your Honor.
2    MS. BERGLUND:  No, Your Honor.
3    THE COURT:  You may step down.
4        Call your next witness.
5    MS. LAMPRECHT:  The government calls
6 Detective Ken White.
7    THE COURT:  Detective White, would you
8 please step before Ms. Gearhart and be sworn as a
9 witness and follow her directions from there.
10        KENNETH WHITE,
11 having been first duly sworn to tell the whole
12 truth, testified as follows:
13    THE CLERK:  Please state your complete name
14 and spell your name for the record.
15    THE WITNESS:  Kenneth White, W-H-I-T-E.
16    THE COURT:  You may inquire.
17    MS. LAMPRECHT:  Thank you, Your Honor.
18        DIRECT EXAMINATION
19 BY MS. LAMPRECHT:
20    Q.  How are you employed?
21    A.  I'm a detective with the Idaho State
22 Police.
23    Q.  How long have you been a detective with
24 the Idaho State Police?
25    A.  Since October of 1986.

763

1    Q.  And do you work in a particular section
2 of the Idaho State Police department?
3    A.  Yes, in the Region 3 investigations
4 office.
5    Q.  And what kind of investigations do you
6 do?
7    A.  Drugs, critical incidents, and major
8 crimes.
9    Q.  How long have you worked in that unit?
10    A.  Since 1986.
11    Q.  And have you had any specialized
12 training with respect to your job as -- in
13 investigations?
14    A.  Yes, I have.
15    Q.  What is that?
16    A.  I have a master's certificate from POST
17 Academy.  I have been to four different schools in
18 Quantico, Virginia, that had to do with drugs,
19 DEA-sponsored schools.  I have been to different
20 interview and interrogation schools.  Total, I
21 have a little over 2,500 hours of training in law
22 enforcement.
23    Q.  And that's in addition to your
24 on-the-job experience; correct?
25    A.  That's correct.

764

1    Q.  Okay.  I would like to direct your
2 attention to May 15th of 2012.  Were you assisting
3 Detective Jess Stennett that day in an
4 investigation?
5    A.  Yes, I was.
6    Q.  And who were you -- were you assisting
7 him with a particular person?
8    A.  Yes.
9    Q.  Who was that person?
10    A.  Ben Vertner.
11    Q.  What did you do with respect to Ben
12 Vertner on May 15th?
13    A.  I was with Detective Stennett when we
14 met with -- at the Payette County Sheriff's Office
15 and interviewed Mr. Vertner, and then went to
16 Weiser.
17    Q.  What -- who went to Weiser with you?
18    A.  Detective Stennett and Detective Green
19 and Ben Vertner.
20    Q.  What did you do with Ben Vertner when
21 you got to Weiser?
22    A.  He got out of the vehicle, went into
23 his house.  In two or three minutes he came back
24 out with a backpack that we had given him.
25    Q.  Did you do anything with that backpack?

765

1   **A.** I just looked in it.
2   **Q.** Did you take it from him?
3   **A.** Yes, I did.
4   **Q.** You looked in it?
5   **A.** Yes.
6   **Q.** Did you touch the contents in any way?
7   **A.** I don't believe so.
8   **Q.** And after you got the backpack from
9   Mr. Vertner, what did you do with it?
10  **A.** We again met with Detective Stennett,
11  and I turned it over to him.
12  MS. LAMPRECHT:  I have no further questions,
13  Your Honor.
14  THE COURT:  Any cross?
15  MS. BERGLUND:  None, Your Honor.
16  MR. BORTON:  No, Your Honor.
17  MR. HEINEMAN:  No cross.
18  THE COURT:  All right.  Detective White, you
19  may step down.  Thank you very much.
20  Call your next witness.
21  MS. LAMPRECHT:  The government calls Kristopher
22  Craig, also known as K.C., Hensley.
23  THE COURT:  I think we need a few minutes to
24  have Mr. Hensley -- we're going to take a short
25  recess to accommodate moving witnesses back and

766

1   forth.  We'll be in recess for ten minutes or
2   until further call.
3   I'll admonish you not to discuss the
4   case among yourselves or with anyone else.  You
5   are not to form or express any opinions about the
6   case until it is submitted to you.  We'll be in
7   recess.
8   (Recess.)
9   (Jury present.)
10  THE COURT:  I'll note for the record that
11  all jurors are present.
12  Mr. Hensley, is it?
13  THE WITNESS:  Yes, sir.
14  THE COURT:  Would you please stand.
15  Ms. Gearhart, will place you under oath.
16  KRISTOPHER CRAIG HENSLEY,
17  having been first duly sworn to tell the whole
18  truth, testified as follows:
19  THE CLERK:  Please state your complete name
20  and spell your name for the record.
21  THE WITNESS:  Kristopher Craig Hensley,
22  K-R-I-S-T-O-P-H-E-R, C-R-A-I-G, H-E-N-S-L-E-Y.
23  THE COURT:  You may inquire.
24  MS. LAMPRECHT:  Thank you, Your Honor.
25  DIRECT EXAMINATION

767

1   BY MS. LAMPRECHT:
2   **Q.** Mr. Hensley, do you have a nickname?
3   **A.** K.C.
4   **Q.** Is that what everybody calls you?
5   **A.** Yes.
6   **Q.** Do you mind if I call you "K.C." during
7   our conversation today?
8   **A.** No.
9   **Q.** Thank you.  How old are you -- well,
10  try Mr. Hensley.  How old are you, Mr. Hensley?
11  **A.** Twenty-six.
12  **Q.** I'm sorry?
13  **A.** Twenty-six.
14  **Q.** Thank you.  Where did you grow up?
15  **A.** All over, Payette County and Weiser.  I
16  just moved around a lot.
17  **Q.** Have you been in Idaho most of your
18  life?
19  **A.** Yeah.
20  **Q.** How far did you go in school?
21  **A.** Graduated.
22  **Q.** From where?
23  **A.** Weiser High School.
24  **Q.** What year?
25  **A.** 2004.

768

1   **Q.** Did you work while you were in high
2   school?
3   **A.** Yes.
4   **Q.** What did you do?
5   **A.** I worked for H & R Communication as a
6   ground foreman.  I also worked for H & R
7   Drywalling.  And then, like, just lawn care, like
8   for Savara's (phonetic) Landscaping.
9   **Q.** Did there come a time in your life when
10  you became involved with methamphetamine?
11  **A.** Yes.
12  **Q.** When was that?
13  **A.** I think I was around 19.
14  **Q.** And what did you do with
15  methamphetamine first?
16  **A.** I used it, and then I started selling
17  it.
18  **Q.** How long did you sell methamphetamine
19  after high school?
20  **A.** Up until I went to prison.
21  **Q.** Okay.  Well, before you went to prison,
22  what did you do?
23  **A.** I sold meth.
24  **Q.** And were you ever in the military?
25  **A.** Yeah.  I joined the military to try to

769

1 get away from it and then came back.

2     **Q.** How old were you when you joined the

3 military?

4     **A.** Nineteen or twenty. It was beginning

5 of '05.

6     **Q.** What branch of the military did you go

7 into?

8     **A.** Army.

9     **Q.** How long -- how long were you there?

10     **A.** Two weeks away from finishing boot

11 camp, I came back. I went AWOL, absent without

12 leave.

13     **Q.** Why did you go AWOL?

14     **A.** Because I missed home and the drugs.

15 Everybody was talking about drugs, so I just

16 wanted to go get high.

17     **Q.** I'm having a little bit of difficulty

18 hearing you, Mr. Hensley. If you could maybe pull

19 that microphone a little closer or move it up.

20 Thank you.

21     Did you get a discharge from the

22 military?

23     **A.** Yes.

24     **Q.** And what kind of discharge was that?

25     **A.** Other than honorable.

770

1     **Q.** About how old were you when you left

2 the Army?

3     **A.** Nineteen or twenty. So twenty, I

4 think.

5     **Q.** And did you have a job at all after you

6 left the Army?

7     **A.** No.

8     **Q.** So what -- what is it that you were

9 doing pretty much all the time?

10     **A.** Selling meth.

11     **Q.** Where were you living when you were

12 selling methamphetamine?

13     **A.** Fruitland.

14     **Q.** Fruitland? And I would like to show

15 you Government's Exhibit 37, which I believe has

16 been admitted in evidence.

17     Do you know the person in that

18 photograph?

19     **A.** Benjamine Vertner.

20     **Q.** How long have you known Benjamine

21 Vertner?

22     **A.** I met him back in '05, I think.

23     **Q.** How did you meet him?

24     **A.** Drugs.

25     **Q.** What -- what about drugs brought you

771

1 together?

2     **A.** Just -- he wanted to buy a half ounce,

3 and I could get it.

4     **Q.** Did you sell it to him?

5     **A.** No.

6     **Q.** Did you have someone else sell it to

7 him?

8     **A.** Back in '05?

9     **Q.** Mm-hmm.

10     **A.** No. I don't think I did. I ended up

11 not liking his attitude, so I just went the other

12 way.

13     **Q.** Okay. Let me ask you: Have you ever

14 been convicted of a felony in connection with your

15 methamphetamine dealing?

16     **A.** Yes.

17     **Q.** What felony were you convicted of?

18     **A.** Drug trafficking.

19     **Q.** In what drug?

20     **A.** Meth.

21     **Q.** And when were you convicted?

22     **A.** March of '07, I believe.

23     **Q.** And have you completed your sentence

24 and been discharged for that crime?

25     **A.** Yes.

772

1     **Q.** When did that happen?

2     **A.** I got gold-sealed in '11, 2011.

3     **Q.** What does gold-sealed mean?

4     **A.** It means that they gave me the

5 paperwork saying that I no longer have any time to

6 do for the Idaho state, State of Idaho.

7     **Q.** After you got done with your prison

8 time, were you arrested again for dealing in

9 methamphetamine?

10     **A.** Yes.

11     **Q.** And what was the charge against you?

12     **A.** It was possession, and then it was

13 later amended into trafficking.

14     **Q.** What happened to those charges?

15     **A.** They were dropped.

16     **Q.** Why?

17     **A.** Because I got hit with federal charges.

18     **Q.** Was it -- did it involve the same

19 event?

20     **A.** No.

21     **Q.** No? Different?

22     **A.** Yes. It was my own. It was separate.

23     **Q.** Okay. And were you arrested after that

24 other than in this case?

25     **A.** Yes. I got arrested for possession of

773

1  methamphetamine in Ada County, and I bonded out on
2  that.
3        Q.  And has that case been resolved?
4        A.  No.
5        Q.  And so it's -- it's still pending?
6        A.  Still going.  Yes.
7        Q.  While you were dealing in 2011 and
8  2012, were you also using?
9        A.  Yes.
10       Q.  How much methamphetamine would you take
11  at a time?
12       A.  For my personal use?
13       Q.  Yes, sir.
14       A.  A lot.
15       Q.  Well, how much -- how much was a hit?
16  How much was a onetime use?
17       A.  Well, when I was smoking, I would
18  probably smoke a quarter ounce a day between
19  myself and other people, easily.  And then I
20  started -- about a month before I got arrested, I
21  started slamming, or using a needle.
22       Q.  How much did you inject at a time when
23  you used a needle?
24       A.  I don't know.  A gram or more, maybe.
25  Around a gram.

774

1        Q.  How much -- you said you would use a
2  fourth of an ounce a day, yourself and others.
3  How much of that fourth-ounce would you use just
4  to take it one time?
5        A.  Like one hit off a pipe or -- I
6  mean --
7        Q.  And how many grams was that -- would
8  that be?
9        A.  I don't know.  I would probably load
10  half a gram in a bowl, depending on the size.
11       Q.  When is the last time you used
12  methamphetamine?
13       A.  The day I got arrested.  June 1st or --
14  May 31st or June 1st.
15       Q.  That would be 2012?
16       A.  Yes.
17       Q.  Okay.  I'm going to ask you a little
18  bit about your guilty plea in this case.  Have you
19  pled guilty in this case to participating in a
20  conspiracy to possess methamphetamine with intent
21  to distribute it?
22       A.  Yes.
23       Q.  And was this -- did you have a plea
24  agreement when you pled guilty?
25       A.  Yes.

775

1        Q.  I would like to show you what's been
2  marked as Government's Exhibit 69, and it's going
3  to come up on the screen.
4             Do you recognize that?
5        A.  That's my plea agreement.
6        MS. LAMPRECHT:  I would like to move
7  Government's Exhibit 69 into evidence and show it
8  to the jury.
9        THE COURT:  Any objection?
10       MS. BERGLUND:  No objection.
11       MR. BORTON:  None, Your Honor.
12       MR. HEINEMAN:  No objection, Your Honor.
13       THE COURT:  Exhibit 61 --
14       MS. LAMPRECHT:  Sixty-nine.
15       THE COURT:  Sorry -- 69 will be admitted and
16  published to the jury.
17            (Exhibit No. 69 admitted.)
18       MS. LAMPRECHT:  Thank you.
19  BY MS. LAMPRECHT:
20       Q.  Now, I would like to ask you to look at
21  page 15 of that -- of Exhibit 69.  And do you see
22  your signature on that page?
23       A.  Yes.
24       Q.  Would you put your finger on the screen
25  and draw a circle around your signature.

776

1        A.  (Witness complied.)
2        Q.  Okay.  So that's -- you marked on the
3  screen.  And how did you sign that?
4        A.  With a pen.
5        Q.  Yeah.  Did you sign "Kristopher Craig,"
6  or did you sign "K.C."?
7        A.  I signed "K.C. Hensley."
8        Q.  Okay.  And is it your understanding
9  that as part of this plea agreement, you have
10  agreed to cooperate with the United States?
11       A.  Yes.
12       Q.  And cooperation is basically that you
13  are going to try to give substantial assistance to
14  the United States?
15       A.  Yes.
16       Q.  Do you hope to receive a benefit from
17  your cooperation?
18       A.  Yes.
19       Q.  What is the benefit that you hope to
20  receive?
21       A.  Just a downward departure, I believe.
22       Q.  A downward departure, what does that
23  mean?
24       A.  Less time on my top -- on my sentence.
25       Q.  Okay.  And do you understand what is

777

1   required on your part for you to get this benefit?
2       **A.** Yes.
3       **Q.** What is that?
4       **A.** That I need to be honest and tell the
5   truth in my testimony.
6       **Q.** Who is it who will decide what your
7   sentence will be?
8       **A.** The judge.
9       **Q.** Now, I'm going to ask you about events
10  that occurred after you were released from jail in
11  2011, and I would like to direct your attention to
12  November of 2011.
13      Were you associating in any way with
14  Ben Vertner at that time?
15      **A.** Yes.
16      **Q.** What were you doing with Ben Vertner?
17      **A.** Drug deals.
18      **Q.** What --
19      **A.** Selling meth.
20      **Q.** Can you explain what the nature of the
21  deals you were doing with him were?
22      **A.** Selling meth and using meth.
23      **Q.** Okay. Was one of you selling to the
24  other, or did --
25      **A.** Both. Both. When he didn't have it, I

778

1   would sell to him; and when I didn't have it, he
2   would sell to me.
3       **Q.** How much were you selling to Ben
4   Vertner?
5       **A.** Started out with quarter ounces, half
6   ounce to ounces.
7       **Q.** Over what period of time?
8       **A.** The whole time until I got arrested.
9       **Q.** So you're talking about from November
10  of 2011 until May of 2012?
11      **A.** Yes.
12      **Q.** Okay. And how much did you charge Ben
13  Vertner for methamphetamine?
14      **A.** $1600 an ounce.
15      **Q.** And how much would you buy from Ben?
16      **A.** Just depended. It started out, I
17  think, at 15-; sometimes I paid 16-. And then
18  towards the end, I started getting it for, like,
19  13-, 1350.
20      **Q.** And how much were you buying from Ben
21  at a time?
22      **A.** I would pick up -- at first, it would
23  just be ounces and then up to quarter pounds.
24      **Q.** When was it that you started buying
25  quarter pounds?

779

1       **A.** From Ben Vertner.
2       **Q.** What time of -- what time frame? In
3   this time frame of November of 2011 to May of
4   2012, when did you start buying the quarter
5   pounds?
6       **A.** Maybe around April.
7       **Q.** I would like to show you what's been
8   marked as Government's Exhibit 42. It's been
9   admitted.
10      Do you recognize the person in that
11  photograph?
12      **A.** Yes.
13      **Q.** Who is it?
14      **A.** Amy Cavazos.
15      **Q.** How do you know her?
16      **A.** She is Ben's girlfriend.
17      **Q.** Have you ever been to her house?
18      **A.** Yes.
19      **Q.** What was the first time you were there?
20      **A.** When they first got the place; like,
21  '10, I think.
22      **Q.** And what was the reason you went there?
23      **A.** Well, they were my friend -- I was
24  selling -- I was selling weed at the time, so I
25  guess it would been because of drug deals.

780

1       **Q.** I'd like to show you what's been marked
2   as Government's Exhibit 43.
3       Do you recognize that house?
4       **A.** Yes.
5       **Q.** What house is it?
6       **A.** Ben and Amy's house.
7       **Q.** Now, in late November, early December
8   of 2011, did you learn anything about where Ben
9   Vertner was getting his methamphetamine?
10      **A.** What was the time period?
11      **Q.** Late November, early December of 2011.
12      **A.** I knew some of the people. I didn't --
13  I never knew the source that's on -- that he was
14  getting it from recently. Personally, I never
15  knew him, no. And --
16      **Q.** Okay. But I'm talking about early in
17  November and December back.
18      **A.** Yes, I knew one of his --
19      MR. HEINEMAN: Objection. Foundation.
20      MS. LAMPRECHT: The answer is yes.
21  BY MS. LAMPRECHT:
22      **Q.** And how did you know --
23      THE COURT: Just a moment. I'm going to
24  overrule the objection. Proceed.
25  BY MS. LAMPRECHT:

781

1  Q. How did you know who he was getting his
2  meth from in November and December?
3  A. I had met him before, drug deals.
4  Q. Who was it?
5  A. It was a guy named Larry. Called him
6  "Scary Larry."
7  Q. Did you know his last name?
8  A. No.
9  Q. Okay. Did there come a time when you
10 learned from Ben Vertner whether or not he had a
11 new source?
12 A. Yes.
13 Q. And about when was this?
14 A. I believe it was in November. Maybe
15 the end of November or -- end of November,
16 beginning of December, perhaps. I'm not quite
17 sure.
18 Q. And after --
19 A. I know it was --
20 Q. After Ben starting getting meth from
21 this new source, you said you never met this new
22 source?
23 A. No.
24 Q. But you continued to buy meth from Ben
25 after he started getting meth from this new

782

1  source?
2  A. Yes.
3  Q. How often did you get methamphetamine
4  from Ben Vertner after he got his new source in
5  December of 2011?
6  A. Weekly, I would say.
7  Q. And how about in January?
8  A. Weekly.
9  Q. February?
10 A. Weekly.
11 Q. Who were you selling Vertner's
12 methamphetamine to in January, February, and early
13 March of 2011?
14 A. Lots of -- multiple people, Michael
15 Morris being one of them.
16 Q. Michael Morris was one of them. How
17 much methamphetamine were you selling to Michael
18 Morris at a time?
19 A. Started off back and forth. Quarter
20 ounce, half ounce, and then it got to ounces.
21 Q. When did it start with a quarter of an
22 ounce?
23 A. I believe before January -- maybe
24 November, January.
25 Q. When did it become a half an ounce?

783

1  A. I can't -- maybe February, March.
2  Q. And after March -- well, first of all,
3  do you see the Michael Morris that you were
4  selling methamphetamine to in the courtroom today?
5  A. Yes.
6  Q. Would you describe where he is sitting
7  and what he is wearing.
8  A. Third person from the end over there;
9  brown shirt, glasses, bald head.
10 MS. LAMPRECHT: May the record reflect the
11 witness has identified the defendant Michael
12 Morris?
13 THE COURT: The record will so reflect.
14 BY MS. LAMPRECHT:
15 Q. How much was Michael Morris paying you
16 for methamphetamine in January and February and
17 March?
18 THE COURT: Counsel, this is 2012; correct?
19 MS. LAMPRECHT: This is 2012, yes, sir.
20 THE WITNESS: I think 500 -- 475 or 500 for
21 a quarter ounce; and then from there, I believe it
22 would just vary sometimes but anywhere 16 and
23 below, I believe -- $1600 an ounce and below. And
24 I would try to keep it -- like, if I went half
25 ounce, I would try to do half, so eight.

784

1  BY MS. LAMPRECHT:
2  Q. I'm sorry. I'm not sure what you're
3  talking about. You mean you would throw in an
4  extra amount of drugs or --
5  A. No. I just mean that if I sold him an
6  ounce, it would be 1600, or it would vary. So if
7  I charged him 1600, then for a half ounce, I would
8  charge 800.
9  Q. Okay. I understand. So it was all
10 based on 1600 an ounce, no matter what quantity
11 you sold him?
12 A. Not necessarily, no. And then,
13 depending on the source that I got it from, on
14 what I paid.
15 Q. How often, can you tell us, between
16 January and March of 2012 was Ben Vertner the
17 source for the methamphetamine that you sold to
18 Michael Morris?
19 A. Weekly. I mean, it was all the time.
20 I can't give you an exact number, but I would have
21 his drugs, and I would have another source of
22 drugs with me usually sometimes. It just
23 depended.
24 Q. When Michael Morris sold the drugs that
25 he got from you, do you know what he did with

785

1  them?
2       A.  Used them and sold them.
3       Q.  Did you know any of his customers?
4       A.  Not very well, but I met a few of them,
5  yes.
6       Q.  Do you know their names or nicknames
7  for them?
8       A.  There was a guy named Donny.  There
9  was -- it's been a while, but -- I don't --
10      Q.  You don't remember names?
11      A.  Not very well.  Just off the top of my
12  head, I can't really --
13      Q.  Okay.
14      A.  There is this older -- there was a lot
15  of older people.
16      Q.  Older people?
17      A.  Yeah, older clientele, I guess you
18  would say.  I don't know.
19      Q.  Okay.
20      A.  Dusty lived on the river.  I think his
21  name -- yeah, Dusty was a guy -- or Rusty.  I
22  don't know.
23      Q.  How much methamphetamine were you
24  moving about this time?  How much were you
25  selling?

786

1       A.  A lot.  Two-and-a-half, 3 pounds a
2  week, maybe.
3       Q.  Were you making any profit off this?
4       A.  Yes.
5       Q.  How much money were you making a week
6  from selling meth?
7       A.  I tried to make about $400 an ounce, if
8  I could, if -- by selling it in lower quantities.
9  If I sold it with an ounce, I would just try to
10  make a hundred bucks extra an ounce.
11      Q.  When you delivered methamphetamine to
12  Michael Morris, where did you give him the
13  methamphetamine?
14      A.  Started at Pilot -- I think it's Pilot.
15  I have been to his mom's house when he was living
16  in the basement.  And then he -- I met him at
17  motels, just random spots where we would meet up
18  in vehicles.  And then I was at his house on -- I
19  think it's Fourth in Ontario, Oregon, when he got
20  that place.
21      Q.  Do you remember when he got that place?
22      A.  Maybe January or February.
23      Q.  I would like to show you what's been
24  marked as Government's Exhibit 51.
25          Do you recognize what's in that

787

1  photograph?
2       A.  His house.
3       Q.  Whose house?
4       A.  Michael Morris.
5       Q.  How many times did you deliver
6  methamphetamine to Michael Morris at that house?
7       A.  Multiple.  A lot.
8       Q.  On one of these occasions, did Michael
9  Morris ever help you do something with
10  methamphetamine you got from Vertner?
11      A.  I picked up a quarter pound, I took it
12  to his house, and he taught me how to wash it with
13  acetone.
14      Q.  Okay.  You took -- you picked the
15  methamphetamine up where?
16      A.  At Ben Vertner's house.
17      Q.  And whose house did you take it to?
18      A.  Michael Morris's.
19      Q.  And who helped you -- did you say "wash
20  it"?
21      A.  Yes, wash the cut out of it so it was
22  more pure.
23      Q.  And Michael Morris showed you how to do
24  that?
25      A.  Yes.

788

1       Q.  How did he show you how to wash
2  methamphetamine?
3       A.  With acetone and coffee filters and
4  soaking it in the acetone and letting it dry.
5       Q.  And after you soak it in the acetone
6  and let it dry, what happens to it?
7       A.  It just doesn't have any MSM in it, so
8  it's more pure.
9       Q.  After you and Michael Morris washed
10  this methamphetamine, did you sell Michael Morris
11  any of it?
12      A.  Yes.
13      Q.  How much?
14      A.  I think I gave him an ounce.
15      Q.  How much did you sell it to him for?
16      A.  Around 1600, maybe 15-.  I -- I don't
17  remember for sure -- 14-.  At that time --
18      Q.  During this time, did you know a person
19  named Jessica Derr?
20      A.  Yes.
21      Q.  How did you know her?
22      A.  I used to live with her.
23      Q.  And when you lived with her, do you
24  know if she used meth?
25      A.  Yes, she used.

789

1     Q.  Where was she living at the time in
2  February and March of 2012?
3     A.  Jessica Derr?
4     Q.  Mm-hmm.
5     A.  In Ontario.
6     Q.  Ontario, Oregon?
7     A.  Yes.  I don't know the street.  It was
8  by the freeway and The Reel Theater.
9     Q.  Did you continue to see her from time
10  to time?
11     A.  Did I?
12     Q.  Mm-hmm.
13     A.  I wasn't on -- I would go over there
14  but not to see her, no.
15     Q.  You would go over where?
16     A.  To her house.
17     Q.  And what did you do there?
18     A.  Met up with him.
19     Q.  With Michael Morris?
20     A.  Yes.
21     Q.  And what did you do with Michael Morris
22  at Jessica Derr's house?
23     A.  Got high, played darts, sold drugs,
24  sold meth.
25     Q.  Where was Jessica Derr while this was

790

1  going on?
2     A.  I believe she was at work or in her
3  house.  I don't know for sure.  I didn't --
4     Q.  Do you know if she used methamphetamine
5  at this time?
6     A.  Yeah.  I have gotten high with her.
7     Q.  And did you know a person named
8  Jenny Dealy?
9     A.  I believe it's M's girlfriend.
10     Q.  You say M's?  Who is "M"?
11     A.  Michael.
12     Q.  Okay.  Michael Morris?  How did you
13  know her?
14     A.  Through Michael.
15     Q.  Where did you see her?
16     A.  Wherever he was, if he was there.
17  She -- at the store, at his house, at Jessica's
18  I've seen her.
19     Q.  Was she ever present when you were
20  using or dealing methamphetamine?
21     A.  Yes.
22     Q.  How many times?
23     A.  I don't -- I didn't keep track.
24  Multiple.
25     Q.  It wouldn't be uncommon to have her

791

1  there?
2     A.  In the house?
3     Q.  Mm-hmm, while you were dealing or using
4  methamphetamine.
5     A.  Sometimes.  I like to be private about
6  it, so I would ask him to have people leave the
7  room.
8     Q.  I'm talking about just Jenny.  Was it
9  uncommon to have her present when you were using
10  or dealing meth?
11     A.  No.
12     Q.  Did she ever use methamphetamine with
13  you?
14     A.  Yes.
15     Q.  Now, towards the middle of March, did
16  anything change between you and Michael Morris as
17  far as your selling him methamphetamine?
18     A.  I stopped -- I stopped dealing with him
19  as much --
20     Q.  Why was that?
21     A.  -- with the drugs.
22     Him and Ben started doing whatever they
23  were doing, and they just were trying to hide it
24  from me.  So I just asked both of them in front of
25  each other, I said, "Hey, if you guys want to do

792

1  business together, then let me know, and I'll just
2  step out," and so I did.
3     And then later on, Mike didn't like it,
4  so he wanted to -- he wanted me to start selling
5  to him again.
6     Q.  And did you?
7     A.  I don't believe so.  Well, the day --
8  the day I got arrested at his place, I had gotten
9  a quarter ounce from a source in Caldwell, and I
10  gave it to him.
11     Q.  And what date was that?
12     A.  Towards the end of May, so the
13  twenty -- I don't know.  I fell asleep for a day
14  or two.  I don't know how long I was asleep for,
15  but towards the end of May, the 28th, 29th maybe.
16     Q.  Okay.  Well, we'll get there.  So did
17  you know where Morris -- did you know if Morris
18  was getting methamphetamine in April and May?
19     A.  Yes.
20     Q.  How did you know that?
21     A.  Because him and Ben were dealing with
22  each other.
23     Q.  Did you talk to them during this time?
24     A.  I had, yeah.
25     Q.  Is it fair to say that there were a

793

1   number of people involved with methamphetamine in
2   the area at this time, and you pretty much all
3   knew each other?
4       A.   Yes.
5       Q.   Talked to each other about what was
6   going on?
7       A.   Yes.
8       Q.   Who was dealing with who?
9       A.   Yes.
10      Q.   What was your relationship with Ben
11  Vertner after he and Michael Morris started
12  dealing without you in the middle?
13      A.   Me and -- Ben and I had a falling out.
14  I told him I didn't want to deal his stuff, his
15  meth anymore because he was cutting it.
16      Q.   How long did that last?
17      A.   I don't know.
18      Q.   But did you, in April and May, buy
19  methamphetamine from Ben Vertner again?
20      A.   Yes.
21      Q.   And how much were you buying in April
22  and May?
23      A.   I got -- the last thing I got from him
24  was an ounce-and-a-half.
25      Q.   And before you got that

794

1   ounce-and-a-half, how often were you buying from
2   him?
3       A.   Weekly.
4       Q.   And in what amounts?
5       A.   Just depending on whatever he had to
6   get rid of, what I needed, but usually ounces or
7   more.
8       Q.   And how much were you paying him at
9   this time?
10      A.   I believe I started getting it for
11  around 1350, 14-, just depending on his, whatever
12  he told me he needed to pay his dude and whatever
13  he would set the price at.
14      Q.   Okay.  You said, "depending on what he
15  needed to pay his dude."  What's "his dude"?  What
16  does that mean?
17      A.   His -- his source.  I don't know.  His
18  prices always changed, so -- but --
19      Q.   Whose prices always changed?
20      A.   Ben's.
21      Q.   Okay.  And do you know where Ben
22  Vertner was living in March and April of 2012?
23      A.   With Amy and with Rachel, and he had a
24  place with Jake Clevenger out back behind his
25  house.

795

1       Q.   Okay.  You said he was living with Amy.
2   Let's start with Rachel.
3           I would like to show you what's been
4   marked as Exhibit 41A.
5           Do you recognize what's in that
6   photograph?
7       A.   The upper stairs.  The upper part is
8   the corner of Rachel's apartment.
9       Q.   And would you just point to the windows
10  that are Rachel's apartment, or I guess draw that
11  circle around them again, if you would.
12      A.   (Witness complied.)
13      Q.   Any others that you know of?
14      A.   (Witness complied.)
15      Q.   Okay.  Do you know what those two white
16  things in between those windows are?
17      A.   Doors.
18      Q.   Without stairs?
19      A.   Yes.
20      Q.   And who lived in that apartment in
21  April of 2012?
22      A.   Rachel, Ben, and Amber.
23      Q.   Okay.  And who is Amber?
24      A.   It was a girl Ben was seeing off and on
25  or just all the time.  I don't know their

796

1   relationship, per se, but --
2       Q.   I would like to show you what's been
3   marked as Government's Exhibit 38.  Do you
4   recognize the person in that photograph?
5       A.   Rachel -- I mean, Amber.
6       Q.   Did Amber have a nickname?
7       A.   I hated her.  I don't know.
8       Q.   You didn't like her?
9       A.   Sorry.
10      Q.   Okay.  Let me show you Exhibit 41.
11      A.   That's Rachel.
12      Q.   And that's the person whose apartment
13  was Exhibit 41A?
14      A.   Yes.
15      Q.   Did you ever pick up methamphetamine
16  from Ben Vertner in that apartment?
17      A.   Yes.
18      Q.   When?
19      A.   I don't know the exact day, but during
20  the time period that -- February, March, April.  I
21  don't -- the whole time span.
22      Q.   Did you ever meet a person called
23  Fabian?
24      A.   No.
25      Q.   Now, I would like to direct your

797

1  attention to the night of May 14th, 2012.  Do you
2  remember where you were that night?
3      A.  At Ben and Amy's house.
4      Q.  And that was the house that you
5  identified as Ben and Amy's house before?
6      A.  Yes, the gray one.
7      Q.  What were you there for?
8      A.  I was waiting to get meth.
9      Q.  From whom?
10     A.  Ben.
11     Q.  Was anybody else waiting with you?
12     A.  There was a few people.  I think Amy
13  was there, Fidel, and then another guy named
14  Travis.
15     Q.  And what happened while you were
16  waiting?
17     A.  I don't know.  I went out to my car.  I
18  was in the house, I got high, and then I went out
19  to my car so I could be by myself.  And then
20  Travis came out there, and he was being loud and
21  disrespectful, so I told him to shut up; it wasn't
22  his place, so he needed to respect them.  And we
23  almost got into a fight while I was waiting for
24  Ben to come back with drugs.
25     Q.  Okay.  Ben left at some point?

798

1      A.  Yes.
2      Q.  When did he leave?
3      A.  Like, I don't know what time it was.
4  It was late.
5      Q.  Late at night?
6      A.  Yes.
7      Q.  Did he take anyone with him?
8      A.  I think he took Amy with him.  I know
9  he had a female with him.  I think it was Amy.
10     Q.  And did Ben and Amy come back that
11  night?
12     A.  Yes.
13     Q.  What happened when they got back?
14     A.  I waited in the living room, and he
15  took care of whoever else -- the other people that
16  were there, and then he called me in, and he gave
17  me an ounce-and-a-half of meth.
18     Q.  And did you give him any money?
19     A.  Three or $400 and a stereo.
20     Q.  And a stereo?
21     A.  Yeah.  He -- yeah.
22     Q.  Okay.  And after you gave him the 3- or
23  $400 and the stereo, did you still owe him
24  anything?
25     A.  Yeah, 16- or $1700.

799

1      Q.  So how -- what was your arrangements
2  with Ben as far as paying for methamphetamine that
3  he got to you?
4      A.  If I didn't have the money, then he
5  would front me whatever I wanted; and then I would
6  bring him the money the next day.
7      Q.  And "front" means give it to you on
8  credit?
9      A.  Yes.
10     Q.  And how do you get the money to pay him
11  back?
12     A.  I go and I sell it.
13     Q.  When did you intend to pay Ben the
14  $1700 that you owed him?
15     A.  The next day.
16     Q.  And so what did you -- what did you
17  intend to do with the methamphetamine that you got
18  from Ben Vertner that night?
19     A.  Get high and sell it.
20     Q.  Okay.  What did you do after you got
21  the methamphetamine from Ben Vertner?
22     A.  I went to Ontario to see my girlfriend
23  at a motel.  We were fighting.  We were having an
24  argument.  And then so we were trying to figure
25  things out, and so we were talking.

800

1      And then Cody Zuger showed up, and he
2  owed me money, and he was just like circling me.
3  So I -- I chased him down, I guess you would say.
4  He wouldn't pull over.
5      Q.  Were you in a car or on foot when you
6  did this?
7      A.  In a car.
8      Q.  Okay.
9      A.  And it made me mad because all I wanted
10  to do was tell him, "Hey" -- just talk to him and
11  see when he can pay me my money, like always.  And
12  then he was just driving crazy, and so I was
13  following him.  I guess I was driving crazy, too,
14  you could say.
15      He called and told the cops that I had
16  a gun and that I was threatening him.  So when
17  I -- and then I got pulled over.  And I was on the
18  phone with my girlfriend when I got pulled over,
19  and Cody -- Cody has his girlfriend with her --
20  with him.  And so she said that they told the cops
21  that I had a gun, so -- I had meth in the car, so
22  I was already out on bond --
23      Q.  Okay.  So slow down a second.  Did
24  you -- what did you do with the methamphetamine
25  that you took from Vertner's house?

801

1    **A.** I wrapped it up and put it under my
2 dash.
3    **Q.** Okay.  Did you put it inside anything
4 else?  Do you remember?
5    **A.** Yeah.  It was in two baggies, a blue
6 nylon bag, and then I wrapped it up in a sock to
7 give it more girth, I guess, to keep under my
8 dash, so it would stay up in my dash.
9    **Q.** Okay.  And what car were you driving?
10   **A.** My 2003 Impala.
11   **Q.** What color was it?
12   **A.** It's like a cream, off-white, tinted
13 windows, on 20-inch wheels.
14   **Q.** And what happened after Cody Zuger
15 called the police?
16   **A.** I got pulled over and --
17   **Q.** Where were you when you got pulled
18 over?
19   **A.** In Fruitland, I think on Pennsylvania.
20   **Q.** And so did the police ask you to do
21 anything?
22   **A.** Asked me to stick my hands out the
23 window.  And I was on the phone, and so my
24 girlfriend at the time said that they thought I
25 had a gun.  So I knew they would search the

802

1 vehicle, and so I just took off, went on a
2 high-speed pursuit.
3    **Q.** Where did you -- how fast did you go?
4    **A.** I don't know.  A hundred, over a
5 hundred miles an hour.
6    **Q.** Over a hundred sometimes?
7    **A.** Yeah.
8    **Q.** And where were you driving at this
9 point?
10   **A.** At first, I was on, I think it's
11 Pennsylvania.  And then I hit Highway 55, and I
12 didn't want a bunch of traffic, so I just went on
13 the back roads in New Plymouth.
14   **Q.** And then finally what happened?
15   **A.** I drove my car into the river, and I
16 jumped out and I swam.
17   **Q.** Which river?
18   **A.** Payette River, I believe.
19   **Q.** You swam?
20   **A.** Yes.
21   **Q.** What did you do with the
22 methamphetamine that you had with you?
23   **A.** During the high-speed chase, I was
24 trying to get it out from underneath my dash, and
25 I did.  And I had it in my hand with my cell

803

1 phone; but when I opened my door, it went flying
2 out.  And it was too dark to see where it landed,
3 so I just left it and took off.
4    **Q.** And how many bags of methamphetamine
5 did you say you had in your car that night?
6    **A.** Well, I had my -- I had my -- like
7 before I showed up at Ben's, I had a different
8 source, and I had that on me.  And that's what I
9 was smoking while I was waiting for Ben.  Then I
10 had Ben's when he gave it to me.
11   **Q.** Did you have them in different
12 packages?
13   **A.** Yes.
14   **Q.** Which one was the methamphetamine that
15 you got from Ben Vertner?
16   **A.** The ounce-and-a-half.
17   **Q.** And was that a bigger package or a
18 smaller package than the other one?
19   **A.** Larger bag.
20   **Q.** The larger one.  After you swam into
21 the river, where did you go?
22   **A.** I floated down to an island, and then I
23 stayed under some net and some moss for about
24 four-and-a-half hours.
25   **Q.** How cold was it outside?

804

1    **A.** It was pretty cold.
2    **Q.** When you finally got out of the river,
3 did you get caught?
4    **A.** No.
5    **Q.** Where did you go?
6    **A.** I walked on the country road to an
7 older lady's house, and she was out in her front
8 yard.  I asked her if I could use her phone.  I
9 called my girlfriend, and she came and picked me
10 up.  And then from there, I went to her house, I
11 believe.
12   **Q.** And did you -- how long did you stay at
13 her house?
14   **A.** I don't remember for sure.  A couple --
15 a day or two.
16   **Q.** Okay.  And then where did you go?
17   **A.** I bounced around a little bit, and then
18 I went and got my other car.  That ended up
19 getting impounded from another lady driving it.
20 So I ended up -- I ended up in another high-speed
21 chase, and then I went to a friend's house or to a
22 motel, and then they -- the S.W.A.T. team
23 surrounded it, but I had left before they got
24 there, and I went to a friend's house, and I
25 stayed the night there.

805

1  And then I called some other people
2  because I couldn't get ahold of very many people,
3  and so I had another guy that I barely knew came
4  and pick me up at Maverik on Hazelwood or
5  something and took me to Ontario.
6  **Q.** And where did you go in Ontario?
7  **A.** First went to a lady's house, a trailer
8  house. I can't remember her name. And then I had
9  her take me over to Mike's.
10  **Q.** Michael Morris's house?
11  **A.** Yes.
12  **Q.** Is that the house on Fourth Street in
13  Ontario that you identified earlier?
14  **A.** Yes.
15  **Q.** And why did you go to Michael Morris's
16  house?
17  **A.** Because I was on the run, and I needed
18  somewhere safe, and I asked him if I could come
19  over and --
20  **Q.** Did you tell Michael Morris that you
21  were a fugitive from the police at that time?
22  **A.** Yes.
23  **Q.** And what did he say to you?
24  **A.** Just that he was trying to help me out,
25  trying to keep me safe, I guess, or --

806

1  **Q.** Did he let you stay at his house?
2  **A.** Yes.
3  **Q.** About how long did you stay there?
4  **A.** I fell asleep. I showed up at, like --
5  it was a bad time in the morning. I showed up at,
6  like, 4:00 or 5:00, maybe 3:00 or 4:00 in the
7  morning, and I passed out. And I don't know how
8  long I was there. I don't know the exact date,
9  but I think -- I don't know exactly, but I think
10  maybe just a day -- a day or two I was asleep.
11  **Q.** And about what time -- when in May was
12  this that you finally got to Michael Morris's
13  house?
14  **A.** Towards the end of it. Towards the
15  28th, 29th, I think, 30th. I don't know the exact
16  date.
17  **Q.** And what happened on the last day that
18  you were in Michael Morris's house?
19  **A.** I woke up to his house being clean, him
20  panicking, acting all nervous. He left and then
21  he showed back up, and he told me that there was
22  cops all over and things were looking weird out
23  there, outside around his place.
24  He was on the phone with the U.S.
25  Marshal. And I seen office -- I seen marshals

807

1  with machine guns or whatever you call them, ARs
2  or whatever, coming towards his house. And so he
3  went to leave, and I jumped up in the attic.
4  **Q.** Did they find you?
5  **A.** Yeah.
6  **Q.** How did they get you out?
7  **A.** A dog. A big dog.
8  **Q.** Did they have to use anything else?
9  **A.** Yeah. Three -- a bunch of tear gas.
10  **Q.** At that point, were you arrested on
11  this case?
12  **A.** Yes -- no.
13  **Q.** No? On another one?
14  **A.** Yeah, for my trafficking charge from
15  Payette County and my outstanding --
16  **Q.** But it would be fair to say at that
17  point, you were taken into custody?
18  **A.** Yes.
19  **Q.** Now, have you spoken to Michael Morris
20  since you were taken into custody?
21  **A.** Yes.
22  **Q.** What was your conversation with him?
23  **A.** At first, when we got to Ada County, we
24  were on the same unit in 7, sat at the same table
25  and had dinners, and we were on the same walk.

808

1  He wanted to collaborate -- like, to
2  make a story up about how he was involved and that
3  it was just for money that he was picking up for
4  rims from John Chapman or something -- I think it
5  was Chapman.
6  **Q.** What kind of rims?
7  **A.** Twenty-inch for a vehicle.
8  **Q.** For --
9  **A.** A car.
10  **Q.** For a car?
11  **A.** Yeah.
12  **Q.** And what money was he talking about?
13  **A.** The money that -- I don't know; some
14  money that was owed for the rims. It was not --
15  that way, it was taken off the drug money or
16  whatever.
17  **Q.** In other words, he wanted to say drug
18  money was money for rims and not drug money?
19  **A.** Yes.
20  **Q.** And do you know whether this was true?
21  **A.** I didn't -- I had -- I didn't know for
22  sure what all business they had going on, but I
23  don't know why he would want to make up a story if
24  it wasn't -- if it was a lie, I mean, if it wasn't
25  true.

809

1  Q.  Did he tell you anything about a phone
2  call?
3  A.  The one that Ben called him on?
4  Q.  Mm-hmm.
5  A.  Yeah.
6  Q.  And what did he say that that phone
7  call -- that he wanted you to say that phone call
8  was about?
9  A.  About the wheels, the tires, the money
10  to go pick up.
11  Q.  Since your arrest, have you spoken with
12  Michael Morris again?
13  A.  Since my arrest?
14  Q.  Well, since -- yes.  Since this
15  conversation, have you talked to him again?
16  A.  Yeah.
17  Q.  And what did he say to you that time?
18  A.  I talked to him -- like, I talked to
19  him a time at rec and then just on Saturday
20  last -- on January 5th, he threatened to stab me,
21  and as soon as he could --
22  Q.  Did he say why he threatened to stab
23  you?
24  A.  Because I was testifying against him.
25  As soon as he could get his hands on me, he was

810

1  going to smash me.
2  Q.  Because you're testifying here today?
3  A.  Yes.
4  Q.  Have you spoken -- besides Michael
5  Morris, have you spoken with anyone else who was
6  arrested in connection with this case about the
7  case or their testimony or your testimony?
8  A.  Like, just besides being transported.
9  And then I was on the same tier with -- I think
10  his name -- a little short Mexican cat; I think
11  his name was Ruiz, Victor.
12  Q.  Did you know Victor before?
13  A.  No.
14  Q.  And while you were being transported or
15  while you were on the same tier, did you talk
16  about what you were going to testify about in
17  court?
18  A.  Yes.
19  Q.  What did you say?
20  A.  I just told him that I was just going
21  to come in and tell the truth and tell them what I
22  knew because Michael Morris, obviously, did it
23  with detectives -- with the detectives on May
24  23rd.  And so I just said I was going to go in and
25  tell the truth what I knew.  And he -- he said the

811

1  same thing.
2  Q.  Who said the same thing?
3  A.  Victor said that he was testifying.  I
4  don't believe it was against Michael Morris but
5  somebody --
6  Q.  He just said he was testifying?
7  A.  Against somebody else, yes.
8  Q.  Okay.  And did you talk to anyone else
9  besides Victor?
10  A.  I talked to Ben last -- was it last
11  night? -- while I was out getting my shower.  And
12  I just told him that I was testifying, and he
13  couldn't really talk very good because it's on a
14  open tier, and he is behind a door, and I'm
15  halfway across the other tier, so --
16  Q.  So that was all the conversation you
17  had with him?
18  A.  Yeah.  And then on the way here this
19  morning, we talked in the van riding, and they put
20  us in the same cell together.  So we were talking.
21  Q.  Did you talk about what you were going
22  to say in court here today?
23  A.  I just said that I was going to -- I
24  was just going to testify and tell them what I
25  knew, the truth.  I didn't -- that's it.

812

1  Q.  That was it?
2  A.  And why -- why -- he didn't understand
3  why Mike was going to trial.
4  Q.  Okay.  That's fine.  And did the
5  conversation you have cause you to change your
6  testimony here today in any way?
7  A.  Not at all.
8  MS. LAMPRECHT:  I have no further questions.
9  THE COURT:  Cross.
10  MS. BERGLUND:  No cross for Mr. Loveland.
11  MR. BORTON:  Yes, Your Honor.
12  THE COURT:  Mr. Borton.
13  CROSS-EXAMINATION
14  BY MR. BORTON:
15  Q.  Mr. Hensley, fair to say you were a bit
16  upset when Mike Morris talked to the police on May
17  23rd?
18  A.  No.
19  Q.  Didn't upset you at all?
20  A.  What upset me was the fact that he was
21  calling me a rat and trying to make my -- my jail
22  sentence harder.  And when I -- when we first all
23  got transported over here, I had a feeling
24  everybody told --
25  MR. BORTON:  Your Honor, if I may.  Wait for

813

1 a question to be posed.
2      THE COURT:  All right.  Listen carefully to
3 counsel's question.  I think you may have gone
4 beyond what he asked.
5      Mr. Borton, put a question back before
6 the witness, if you would.
7 BY MR. BORTON:
8      Q.  The question was if you were upset that
9 Mike Morris talked to the police on May 23rd.
10     A.  No.  No, I was not upset that he talked
11 to them on May 23rd.
12     Q.  Did you find out at that time what he
13 had told the police on May 23rd?
14     A.  No, I did not.
15     Q.  Did you find out later on?
16     A.  I found out, yes, after I got my PSR
17 back -- my PSI.
18     Q.  In this case?
19     A.  Yes.
20     Q.  And upon reviewing that, then you got
21 upset?
22     A.  Is that a trick question?
23     Q.  Nope.  It's a yes-or-no question.
24     A.  No, I did not get upset that he talked
25 to the cops.

814

1      Q.  Did you get upset at the things he told
2 the police about you?
3      A.  No.
4      Q.  Not at any time?
5      A.  I already told him I forgave him.
6      Q.  You told Mike Morris you forgave him?
7      A.  Yes.  That was when we first came into
8 custody back in June.  I didn't know for sure if
9 he did or not; but I said if he did, I forgive
10 him.
11     Q.  You've made several references during
12 the stories you've shared today about passing out
13 for a day or two at a time?
14     A.  I don't know for sure how long it was,
15 but.
16     Q.  Okay.
17     A.  -- I was trying to -- I was trying to
18 sober up, yeah.
19     Q.  Okay.  During 2012 when you would use
20 methamphetamine, it sounds like there were
21 occasions where you would have used so much, that
22 you would sleep longer than a typical eight-hour
23 day.  Is that fair to say?
24     A.  Sure.  What's -- eight hours' sleep,
25 longer than eight hours?

815

1      Q.  Correct.
2      A.  Yeah, I've slept longer than eight
3 hours.
4      Q.  You used a phrase a moment ago that you
5 would sleep for a day or two.
6      A.  I just said also that I was trying to
7 sober up.  So when you're not on meth and you come
8 down, you sleep.  That's what I was doing at his
9 house.
10     Q.  Okay.  And other locations, as well, in
11 2012?
12     A.  What do you -- I have slept other
13 places, yes.
14     Q.  And had the day or two sleep-it-off?
15     A.  Huh?  Pardon me?
16     Q.  Experienced that day or two
17 sleep-it-off process you just described, that
18 occurred at other houses, as well, in 2012?
19     A.  Well, I was -- I wasn't really trying
20 to sober up until the end.
21     Q.  Okay.
22     A.  I don't understand your question.
23 Yeah, I've slept other places.  Maybe --
24     Q.  There were other locations in 2012 that
25 you would do this day to two-day sleep-it-off

816

1 experience; correct?  You testified about it a
2 moment ago.
3      A.  I was talking about his house.
4      Q.  Okay.  Never happened at anyone else's
5 house?
6      A.  Not where I was trying to sleep it off
7 and sober up, no.
8      Q.  Okay.
9      A.  Not that I know of.
10     Q.  Okay.
11     A.  I passed out at -- I was always passing
12 out.
13     Q.  Okay.  What do you mean by "passing
14 out"?
15     A.  Falling asleep.
16     Q.  Is it a sleep induced by the use of
17 methamphetamine?
18     A.  Of course.
19     Q.  I take it methamphetamine impairs your
20 body's ability to function normally, in your
21 experience?
22     A.  Sure.  I guess you could say that.
23     Q.  Does it impair your speech or vision at
24 all?
25     A.  I wouldn't say so.  I don't -- my

817

1    speech or my vision?  No.
2         Q.  Never had any impact on your speech or
3    vision?
4         A.  Not that I knew.
5         Q.  How about your hearing or taste?
6         A.  I like the taste of food when I'm high.
7         Q.  Okay.  How about your memory?
8         A.  Yeah, I think it's done some damage to
9    my brain.
10        Q.  Do you think some of the events that
11   you try to describe, you honestly don't recall
12   clearly certain things because of your meth use?
13        A.  Like what?
14        A.  Anything.
15        MS. LAMPRECHT:  Well, objection, Your Honor.
16   It's overbroad.
17        THE COURT:  Overruled.
18   BY MR. BORTON:
19        Q.  Do you think the meth use that you've
20   described has impaired your ability to remember
21   certain facts of certain events?
22        A.  Sure.
23        Q.  Is it possible that --
24        A.  Like dates and times, you mean?
25        Q.  Sure.

818

1         A.  Yeah.
2         Q.  Okay.  All right.  And it's possible --
3    that meth use continued through at least mid May
4    of 2012; correct?
5         A.  Yes.
6         Q.  So it's possible that that impairment
7    on your memory could have occurred on any
8    particular event during 2012, as well.  Fair to
9    say?
10        A.  Well, yeah, I guess.
11        Q.  Okay.
12        A.  Sure.
13        Q.  Okay.
14        A.  It's not like I forgot who he is, if
15   that's what you mean.
16        Q.  But there are certain things you have
17   forgotten because of the meth use?
18        A.  I guess, yeah.  Yeah.
19        Q.  Is that a yes?
20        A.  Yes.  Yeah.
21        Q.  Okay.  So I want to walk through these
22   high-speed chases.  The first one that you've
23   talked about, did you do so to try and avoid
24   trouble for yourself?
25        A.  Of course.

819

1         Q.  Did you put others at risk and at harm
2    in racing a hundred miles an hour?
3         A.  Most definitely, yes.
4         Q.  How about the second high-speed chase?
5    How fast were you going?
6         A.  Maybe 75, 80 miles an hour.
7         Q.  Was that also action by you intended to
8    avoid trouble for yourself?
9         A.  Yes.
10        Q.  When you found word that the hotel room
11   you testified about was going to be surrounded by
12   or was surrounded by S.W.A.T. teams, you took off.
13   Was that action to protect yourself?
14        A.  I didn't -- I didn't know for sure.  I
15   was just uncomfortable there because I went to use
16   the restroom, looked; there was no rear window,
17   didn't like it, so I left.
18        And a few minutes later, I got a phone
19   call and said that the Ada County Sheriff's Police
20   Department asked if I was in a motel.  I lied to
21   them and said "yes" while I was running through a
22   neighborhood, calling Michael Morris for help.
23        I didn't know for sure that they were
24   coming in, no.
25        Q.  Okay.  Not knowing for sure, you -- you

820

1    lied to the sheriff to protect yourself, and then
2    you also didn't go there in order to protect
3    yourself?
4         A.  I left there.
5         Q.  Left there to protect yourself?
6         A.  Yes.
7         Q.  Okay.  To avoid further legal trouble
8    for yourself.  Fair to say?
9         A.  Yes.
10        Q.  Hang on a sec.  I'll get a question to
11   you in just a second.
12        And the time -- when you were arrested,
13   you were at Mike Morris's house; you recall just
14   testifying about that?
15        A.  Yes.
16        Q.  Mike Morris was on the telephone with
17   the U.S. Marshals, you testified; correct?
18        A.  Yes.
19        Q.  And he stayed at the property from
20   receipt of that call until your arrest; correct?
21        A.  He what?
22        Q.  He stayed at the property.  He didn't
23   leave, as far as you know?
24        A.  He woke me up.  He left, he came back,
25   and he told me that there was cops outside

821

1  suspicious or whatever. And then --
2      Q. He stayed there until your arrest?
3      A. He tried to -- he tried to leave, but
4  they were already surrounded. His -- they got him
5  right when he was getting in his truck. His truck
6  was still running -- the U.S. Marshals and the
7  cops.
8      Q. And at that time, you were arrested.
9  As far as you know, Mike Morris was not; correct?
10  On May 23rd -- excuse me -- May 31st.
11     A. May -- can you restate?
12     Q. I apologize. At the time you were
13  arrested, you were put into custody, but Mike
14  Morris was not; correct -- as far as you know?
15     A. While I was in the attic, I didn't know
16  what was happening with him, no.
17     Q. After you got arrested, did you come to
18  learn that he wasn't arrested?
19     A. No.
20     Q. No, you knew he wasn't arrested; or,
21  no, you didn't know?
22     A. Well, you want to restate your
23  question?
24     Q. Sure. When you got arrested on May
25  31st --

822

1      A. Right.
2      Q. -- did you also -- were you also aware
3  that, at that time, Mike Morris was not arrested?
4      A. I didn't know where he was. I was in
5  an attic.
6      Q. Okay. But when you came out of the
7  attic.
8      MS. LAMPRECHT: Objection, Your Honor, as to
9  anything. I mean, I don't know what that is.
10  "When you came out of the attic," I don't know
11  what that means or what he is referring to or what
12  time or what place.
13     THE COURT: Well, if the witness
14  understands -- the witness used the term "in an
15  attic." If he misstated, he can correct that.
16     Mr. Borton, why don't we --
17     MR. BORTON: Flesh that out.
18     THE COURT: -- clarify this a bit before we
19  move on.
20     MR. BORTON: Thank you, Your Honor.
21  BY MR. BORTON:
22     Q. In the end of May, when you were in the
23  attic --
24     MS. LAMPRECHT: Oh, attic. I'm sorry. I
25  misunderstood.

823

1      MR. BORTON: Attic, yes.
2  BY MR. BORTON:
3      Q. Attic upstairs, I presume?
4      A. Yes.
5      Q. You were arrested. You were taken from
6  the attic eventually down to the front of the
7  home, I presume?
8      A. Yes.
9      Q. At that time, when you were arrested,
10  did you become aware that Michael Morris was not
11  arrested?
12     A. No.
13     Q. Did you later learn that fact?
14     A. As soon as -- when they were
15  transporting me to the jail or to the booking --
16  not booking. Excuse me.
17     Q. I didn't mean to cut you off. It's a
18  yes-or-no question, if you later learned that
19  fact.
20     A. Yes, I later learned.
21     MR. BORTON: Okay. All right. Thank you.
22  I don't have any further questions, Your Honor.
23     MS. BERGLUND: Your Honor, I do have one
24  question, if I could.
25     THE COURT: All right. Ms. Berglund.

824

1      CROSS-EXAMINATION
2  BY MS. BERGLUND:
3      Q. Today you haven't given any testimony
4  with relationship to Mr. Jim Loveland. Have you
5  ever met him?
6      A. No.
7      Q. To your knowledge, was he ever involved
8  in any way with any of the people that you knew?
9  Did you ever hear his name?
10     A. No.
11     THE COURT: Mr. Heineman.
12     MR. HEINEMAN: No cross, Your Honor.
13     THE COURT: Ms. Lamprecht, redirect.
14     MS. LAMPRECHT: Yes, Your Honor. Thank you.
15     REDIRECT EXAMINATION
16  BY MS. LAMPRECHT:
17     Q. You talked about your memory being
18  impaired as to some of the things that occurred
19  while you were taking meth.
20     What are the things that you have
21  difficulty remembering because of the
22  methamphetamine?
23     A. What shirt I was wearing that day.
24     Q. How about dates and times?
25     A. Yeah, but I think that was before my

825

1 meth -- I just -- I don't pay attention to those
2 things all the time.
3      Q. How about events that actually
4 occurred?
5      A. Real life?
6      Q. Yes.
7      MR. BORTON: Objection, Your Honor. Form of
8 the question.
9 BY MS. LAMPRECHT:
10      Q. How impaired was your --
11      THE COURT: Just a moment. I'm going to
12 sustain the objection.
13 BY MS. LAMPRECHT:
14      Q. How impaired was your memory, in your
15 opinion, as far as events that occurred?
16      A. Very good. I think I know what was
17 going on pretty well.
18      Q. And have you -- in your testimony here
19 today, did you testify only about events that you
20 did, in fact, remember?
21      A. Yes.
22      Q. Could there have been more
23 methamphetamine sales, more drug deals, more
24 things like that that you did not remember?
25      A. Definitely.

826

1      Q. But you testified today just to those
2 things that you do have a recollection of; is that
3 correct?
4      A. Yes.
5      Q. What happened when -- you said you were
6 up in the attic of Michael Morris's house when you
7 were caught by the police. Could you see out of
8 the attic?
9      A. Did I stay out of it?
10      Q. Could you see out of the attic?
11      A. No.
12      Q. Could you see what was happening on the
13 ground?
14      A. No.
15      Q. Could you see where people were?
16      A. No.
17      Q. And when you finally came out of the
18 house, do you remember who was around the house
19 when the police took you out?
20      A. Lots of cops.
21      Q. Lots of cops?
22      A. Lots of police officers.
23      Q. Did you even see Michael Morris at that
24 time?
25      A. I don't -- I don't believe so, no.

827

1      Q. So you really don't know what happened
2 to him, do you?
3      A. No, not until I got to where I was
4 interviewed.
5      Q. And were you interviewed by Detective
6 Stennett?
7      A. Yes, and another gentleman.
8      Q. Another detective, perhaps?
9      A. Yes.
10      Q. At that time, did you tell them the
11 truth to the best of your ability about what had
12 happened?
13      A. Yes.
14      MS. LAMPRECHT: I have no further questions,
15 Your Honor.
16      THE COURT: Anything else, Counsel?
17      MS. BERGLUND: No, Your Honor.
18      MR. BORTON: Briefly, Your Honor.
19      THE COURT: Mr. Borton.
20           RECROSS-EXAMINATION
21 BY MR. BORTON:
22      Q. Mr. Hensley, you just testified, with
23 regards to impaired memory, that there could be
24 more meth in any of these transactions. Do you
25 recall that testimony just a moment ago?

828

1      A. What do you --
2      MS. LAMPRECHT: I'm going to object because
3 I think that's a mischaracterization of both my
4 question and the answer, Your Honor.
5      THE COURT: Just -- well, the question --
6 the question was: Do you recall that testimony?
7 You can disagree if that's not what you -- or --
8      THE WITNESS: I recall.
9      THE COURT: Proceed.
10 BY MR. BORTON:
11      Q. And you were just questioned about
12 memory and quantities a moment ago. And you used
13 the phrase to the effect of "there could be more
14 meth. I don't remember."
15      MS. LAMPRECHT: I'm going to object,
16 Your Honor. I did not ask him about quantities.
17 I asked him if there were other deals or instances
18 that he might not remember, but I did not ask him
19 about quantities.
20      THE COURT: Well, the issue was raised. I'm
21 going to allow Mr. Borton some leeway.
22           Proceed. Put the question back before
23 the witness, if you would, Mr. Borton.
24      MR. BORTON: Thank you, Your Honor.
25 BY MR. BORTON:

829

1    Q.   So your memory in 2012 was impaired at
2  least to prohibit your recollection of a
3  particular transaction or a particular deal,
4  perhaps?  Is that fair to say?
5    A.   I wouldn't say -- no.
6    Q.   Okay.
7    A.   I would say that's not fair to say.
8    Q.   Okay.  Was it your testimony just a
9  moment ago that your memory -- your impaired
10 memory because of meth use had any impact at all
11 on your ability to recollect any transactions?
12   A.   Over the course of my incarceration, I
13 forgot, if that's what you're trying to say.
14   Q.   It is not.  With regards to -- in 2012
15 and the memory impairment you've addressed because
16 of your meth use, are you telling us now that that
17 meth use, that memory impairment -- excuse me --
18 had no impact on your ability to recall any
19 transactions, any quantities, anything?
20   A.   Do I just answer that right now to the
21 best of my ability?
22   Q.   Is that your testimony, that there is
23 zero impact on your ability to recollect?
24   A.   No.  Not zero, no.
25   Q.   Okay.  So are there perhaps

830

1  transactions that you don't recall because of your
2  meth use?
3    A.   I was pretty good at remembering what
4  people owed me and making a living at selling
5  meth, so --
6    Q.   So are there perhaps -- I apologize.
7  Are there perhaps transactions in 2012 that you
8  don't recall because of your meth use?
9    A.   Yeah, you could say that.
10   Q.   Okay.  Are there perhaps dates and
11 times in 2012 that you don't recall because of
12 your meth use?
13   A.   Most definitely.
14   Q.   Okay.  Are there activities you might
15 have engaged in, drug related or not, that you
16 don't recall in 2012 because of your drug use?
17   A.   If you -- I mean, if -- I don't
18 remember every little thing I do every day.  So if
19 you were to mention something, more than likely I
20 would remember.
21   Q.   Okay.
22   A.   But things I can't think of anymore
23 because I don't remember, but if somebody brought
24 it up, I would probably remember.
25   Q.   The methamphetamine use, though, has

831

1  had that impact on your memory for those
2  activities in 2012.  Fair to say?
3    MS. LAMPRECHT:  I'm sorry, Your Honor.  The
4  question is just too vague.  I don't understand
5  it.
6    THE COURT:  Overruled.
7    THE WITNESS:  Meth affects -- meth has
8  affected -- I'm not a doctor, but I'm sure in some
9  ways, it's affected my health and my memory.
10 BY MR. BORTON:
11   Q.   Okay.  Concerning activities in 2012,
12 as well?
13   A.   Like what?  You're --
14   Q.   Any of the --
15   A.   Like the time I took a shower?  I don't
16 get your question.
17   Q.   What I'm trying to get at is that
18 impaired memory in 2012 impacted your ability to
19 recollect certain events in 2012; that's all.
20   A.   Which -- any of -- like, can you be
21 more specific on which events?  I don't --
22   Q.   I cannot.  It's a yes-or-no question.
23   A.   Okay.  Then, yeah, I'm sure my memory
24 is impaired, I guess.
25   Q.   Okay.  I don't want you to guess.  Do

832

1  you know?
2    A.   Do I know if it's impaired or not?
3    Q.   Yes.
4    A.   Yes.  How many times am I going to
5  answer that question?
6    Q.   Is the answer a yes or a no?
7    A.   I just said yes.
8    Q.   Okay.  I apologize.  I just wanted to
9  make sure it was clear.
10   A.   All right.  I'm confused, too, so --
11   MR. BORTON:  Thank you, Your Honor.
12   MS. LAMPRECHT:  Recross [sic], Your Honor?
13   THE COURT:  Yes.
14       FURTHER REDIRECT EXAMINATION
15 BY MS. LAMPRECHT:
16   Q.   Was your memory impaired about your
17 experiences in the Army when you were 19?
18   A.   There's things I don't remember.
19   Q.   Okay.  But you remember that you went
20 AWOL, and you remember what you testified to the
21 jury here today; correct?
22   A.   Most definitely.
23   Q.   And you remember your convictions that
24 you've had for methamphetamine?
25   A.   Yes.

833

1    Q. You remember your plea agreement with
2 the government and what it entails; is that
3 correct?
4    A. Yes.
5    Q. You remember Amy Cavazos and Ben
6 Vertner?
7    A. Yes.
8    Q. You remember Amber Hites, who you don't
9 like?
10    A. Yes.
11    Q. Was your memory impaired in any way
12 about the amounts of methamphetamine that you got
13 from Ben Vertner and the money that you paid him
14 for that methamphetamine?
15    A. No.
16    Q. Was your memory impaired in any way
17 about the methamphetamine that you sold to Michael
18 Morris from Ben Vertner and the money you got from
19 Michael Morris in return?
20    A. No.
21    Q. Is your memory impaired about Michael
22 Morris's house at all?
23    A. No. I know where it's at.
24    Q. Is your memory impaired about how many
25 times you sold him methamphetamine at that house?

834

1    A. Yes.
2    Q. Do you think your memory is impaired
3 because you sold him less or more?
4    A. Because it was so often, and I didn't
5 keep track of how many times I met up to sell him
6 meth, that's why it's impaired. I don't keep
7 track of --
8    Q. So you just can't say an exact number
9 because you did it so many times?
10    A. Right.
11    Q. Is your memory impaired about your
12 high-speed chase that you got into after you got
13 the methamphetamine from Ben Vertner?
14    A. There is some things I -- I don't
15 recall every detail, but I know I was -- I know
16 what I did.
17    Q. Do you think being in the river -- how
18 many hours were you in the river before you came
19 out?
20    A. It was four-and-a-half-hours, maybe
21 five.
22    Q. Do you think that bothered your memory,
23 as well?
24    A. Yeah. Yeah, I couldn't -- I could
25 barely stand up. I don't know --

835

1    Q. But the things that you testified here
2 today about that high-speed chase, are those
3 things that you remembered of your own memory?
4    A. Yes.
5    Q. And do you remember going to Michael
6 Morris's house and hiding out because you were a
7 fugitive from the police?
8    A. Yes.
9    Q. And do you remember his house being all
10 clean when -- after you came out from hiding in
11 the bedroom?
12    A. Yes.
13    Q. And how was his house different from
14 what you remembered in the past?
15    A. Because usually he has got scales or
16 bags or paraphernalia, torches, just tweaker stuff
17 all over the house.
18    Q. What's "tweaker stuff"?
19    A. Torches, things for making glass
20 paraphernalia for smoking meth, just cluttered
21 with -- just cluttered with things, bongs for
22 smoking meth.
23    Q. A bong is a what?
24    A. It's a device you use with water to
25 smoke meth.

836

1    Q. And was anything about your memory
2 impaired when you saw that before or when you then
3 saw that his house was all clean?
4    A. He woke me up, and he told me -- he
5 told me that --
6    MR. BORTON: Objection, Your Honor.
7 Nonresponsive.
8    THE COURT: Sustained. It's also hearsay.
9 BY MS. LAMPRECHT:
10    Q. What do you remember about being woken
11 up by Michael Morris while you were at his house?
12    A. I remember I could barely stay awake,
13 and he handed me the glass -- a pink glass pipe
14 for smoking meth, and then the last bit of meth
15 that he had from the quarter ounce I had given him
16 or that he bought from me earlier. And so he told
17 me -- he told -- the bong -- it was all put away
18 and clean.
19    I thought -- from what I remember, it
20 was -- something about in the trunk of his chick's
21 car. I don't -- that I don't remember, but I know
22 it was clean. There was no paraphernalia stuff
23 laying around.
24    Q. What effect does methamphetamine have
25 on you when you take it?

837

1     **A.** I don't know.

2     **Q.** Does it put you to sleep? Does it wake

3 you up?

4     **A.** When I first start using, I guess I

5 have energy; but then after a while, I just start

6 to slow down, and it's like calming. I don't

7 know. Sometimes calming, but sometimes, yes,

8 hyperactivity, I guess.

9     **Q.** Was your memory impaired at all about

10 the conversations that you had with Michael Morris

11 after you were arrested?

12     **A.** No.

13     MS. LAMPRECHT: I have no further questions,

14 Your Honor.

15     THE COURT: All right. I assume the witness

16 can step down?

17     MR. BORTON: Yes, Your Honor.

18     THE COURT: You may step down. Thank you

19 very much.

20     Ms. Lamprecht, who is your next

21 witness?

22     MS. LAMPRECHT: Officer Jon Laurenson.

23     THE COURT: Okay. How long is the officer

24 going to be on the stand, do you think?

25     MS. LAMPRECHT: I'm not exactly sure,

838

1 Your Honor, maybe 20 minutes.

2     THE COURT: Okay. Well, let's go ahead and

3 call the witness. I assume he is immediately

4 available.

5     MS. LAMPRECHT: We would like to get the

6 evidence that is up there from the witness stand.

7     THE COURT: Officer Laurenson, if you would

8 step before the clerk and be sworn.

9     I am probably not pronouncing it

10 correctly.

11     JONATHAN L. LAURENSON,

12 having been first duly sworn to tell the whole

13 truth, testified as follows:

14     THE CLERK: Please state your complete name

15 and spell your name for the record.

16     THE WITNESS: My name is Jonathan Lee

17 Laurenson. You just need my last name spelled?

18     THE CLERK: First and last name, please.

19     THE WITNESS: First name is J-O-N-A-T-H-A-N;

20 middle Lee, L-E-E; last name is L-A-U-R-E-N-S-O-N.

21     THE COURT: You may inquire, Ms. Lamprecht.

22     MS. LAMPRECHT: Thank you.

23     DIRECT EXAMINATION

24 BY MS. LAMPRECHT:

25     **Q.** How are you employed?

839

1     **A.** I'm employed by the Fruitland Police

2 Department.

3     **Q.** What is your title?

4     **A.** Patrol officer.

5     **Q.** How long have you been a patrol officer

6 for Fruitland?

7     **A.** Just under two years now.

8     **Q.** Do you have prior law-enforcement

9 experience?

10     **A.** Just in the detention service.

11     **Q.** And how long did -- would that be in a

12 jail or a jail facility?

13     **A.** Yes, ma'am.

14     **Q.** How long did you work in detention?

15     **A.** I worked two years in the Payette

16 County Jail.

17     **Q.** Now, I would like to direct your

18 attention to May 15th of this year, 2012 -- last

19 year, sorry -- 2012. Were you -- were you on duty

20 that day?

21     **A.** Yes, I was.

22     **Q.** And I believe this would actually be

23 about in the early-morning hours. Did you receive

24 a telephone call that you responded to?

25     **A.** Yes, I did.

840

1     **Q.** Who called you?

2     **A.** Cody Zuger.

3     **Q.** How do you know Cody Zuger?

4     **A.** I have had previous contacts with him

5 in the jail.

6     **Q.** And what did he call you about?

7     Did he call you or did he call a police

8 officer, generally?

9     **A.** He called my personal phone.

10     **Q.** He did. And what did he -- what did he

11 tell you?

12     MR. BORTON: Objection, hearsay.

13     THE COURT: Is it being offered --

14     MS. LAMPRECHT: It's being offered for the

15 fact that it was said, and he acted on the

16 information that he got, Your Honor.

17     THE COURT: I think we can probably just

18 skip ahead to that second point, which is just

19 have the officer indicate how he responded to the

20 phone call, without getting into the details of

21 what information was provided. Let's try that,

22 and then --

23     MS. LAMPRECHT: Sure. I think that will be

24 fine.

25 BY MS. LAMPRECHT:

841

1  Q. About what time did that phone call
2  come in?
3  A. It was about a quarter after 3:00.
4  Q. And as a result of that phone call,
5  what did you do?
6  A. I advised that person to hang up and
7  call 911, and then I went in the direction of the
8  Ontario/Fruitland, Oregon border.
9  Q. And where was it exactly that you went,
10 based on this phone call?
11 A. The intersection of Northwest 16th
12 Street and Highway 95.
13 Q. And as a result of this phone call,
14 what were you looking for?
15 A. Two vehicles, one being chased by
16 another.
17 Q. And who was -- who was the vehicle
18 being chased?
19 A. Cody Zuger was allegedly being chased
20 by Kristopher Hensley.
21 Q. Okay. And what was the vehicle
22 that -- did you hear of a vehicle that you were
23 looking for, that Kristopher Hensley was driving?
24 A. I'm sorry. What was that?
25 Q. Did you learn the vehicle that

842

1  Kristopher Hensley was driving? What were you
2  looking for?
3  A. Yes. It was a tan Impala.
4  Q. Did you see that car?
5  A. Yes, I did.
6  Q. And then, what happened?
7  A. We performed -- another deputy and I
8  performed another traffic stop on it.
9  Q. After you stopped the car, what
10 happened?
11 A. Well, we attempted to take the suspect
12 out at gunpoint, based on the information that we
13 were given, and --
14 Q. And how did you do that?
15 Did you ask him anything?
16 Did you give him any directions to do
17 anything?
18 A. Yes. I ordered the suspect to put his
19 hands out the window. He complied. And I asked
20 him if there was anyone else in the vehicle.
21 He stuck his head out the window, and I
22 could positively identify him as Kristopher
23 Hensley, and he said, "No, there is no one else in
24 the vehicle."
25 I asked him to remove the keys from the

843

1  ignition, and that's when he put the car back in
2  drive and took off.
3  Q. How fast was he going?
4  A. In a residential zone, immediately,
5  over a hundred miles an hour in a 35 zone.
6  Q. How long did it take you to get out of
7  that residential zone at a hundred miles an hour?
8  A. Not that long.
9  Q. Where did you go?
10 Where did you -- where did you -- were
11 you following K.C. Hensley at this point?
12 A. Yes. We pursued him.
13 Q. And where -- where did he take you?
14 A. He took us down Highway 95 for a short
15 stretch, and then we took some back -- some county
16 back roads.
17 Q. And was there a time when this chase
18 stopped?
19 A. Yeah. It lasted approximately 15
20 minutes.
21 Q. And then what happened?
22 A. He took -- Hensley took a sportsman's
23 access to the river, which was flooded at that
24 time, and crashed his vehicle into the water and
25 up on some brush.

844

1  Q. And did you see what he did?
2  A. Yeah. He got out of the vehicle and
3  fled into the river.
4  Q. At that point, Officer Laurenson, did
5  you stay with the vehicle?
6  A. For a brief moment, yes.
7  Q. Okay. And what happened with that car?
8  A. I went up -- we were near a bridge. I
9  went up to the bridge. Deputy Tatum, the officer
10 that was assisting me, stayed there at the vehicle
11 until another officer arrived, and we did a
12 quick -- Deputy Tatum cleared the vehicle of any
13 occupants, and we did a quick area search of the
14 area and stood by.
15 Q. Okay. Before you cleared the vehicle
16 for occupants, had anybody gone into it?
17 A. No.
18 Q. And then, what happened?
19 A. We called for a wrecker. We pulled the
20 vehicle out of the water and I inventoried it.
21 Q. And when -- so you -- by "inventoried,"
22 what do you mean?
23 A. I took my standard-issue inventory
24 sheet and I went through the vehicle as I always
25 do, starting on the driver's side and I work my

845

1  way around the car, from the back, to the trunk,
2  to the passenger's side, and inventoried any
3  objects.
4      Q. And in the front part of the car, what
5  did you find?
6      A. On the -- I found multiple knives;
7  pepper spray; a sock laying on the passenger
8  floorboard, and in that sock was a drawstring
9  baggie, and inside that drawstring baggie was a
10  crystal-like substance wrapped in Saran Wrap.
11      Q. How many baggies were there?
12          Did you -- did you unfold the Saran
13  Wrap?
14      A. I did later on, yes.
15      Q. But not at this time?
16      A. No.
17      Q. Okay. Did you find any identification
18  in that vehicle for anyone?
19      A. Yes, I did. I found a driver's license
20  and a state-issued ID card for Kristopher Hensley
21  in the center console.
22      Q. I would like to show you what's been
23  marked as Government's Exhibit 39. Do you
24  recognize the person in that photo?
25      A. Yes.

846

1      Q. Who is it?
2      A. That's Kristopher Hensley.
3      Q. Okay. So what did you do with this
4  substance you took out of the blue sack that was
5  wrapped in Saran Wrap?
6      A. I put it in a -- the manila envelope
7  for the state lab, and I placed all the evidence
8  in the trunk of my patrol car.
9      Q. I would like to show you what's been
10  marked as Government's Exhibit 48. Do you
11  recognize the manila envelope?
12      A. Yes, I do.
13      Q. And what is that?
14      A. That's the envelope that I filled out
15  and placed the crystal-like substance in.
16      Q. Okay. And what did the crystallized
17  substance look like when you saw it?
18      A. When I saw it, it was wrapped in
19  the -- in the Saran Wrap, in medium- to
20  small-sized shards.
21      Q. And what do you mean by "shards"?
22      A. Just approximately quarter inch, some
23  pieces were a half inch; just looked like
24  splinters of rock, basically.
25      Q. Does it look different now than it did

847

1  when you seized it?
2      A. I can't actually see the substance
3  here, but, yeah.
4      Q. Well, if you turn it over. Turn the
5  envelope over.
6      A. Yes, it does look different.
7      Q. Okay. How do you know that's the
8  substance that you seized?
9      A. That's my evidence bag.
10      Q. And once you -- well, before you put
11  the substance in that envelope bag, did you do
12  something with it?
13      A. I -- I repackaged it in what it was.
14      Q. Okay. Did you put it in the envelope
15  bag and then did you take it out again?
16      A. No. Once I put it in a envelope bag, I
17  sealed it.
18      Q. Okay. Now, before you sealed that
19  envelope bag, did you field-test the substance in
20  any way?
21      A. Yes, I did.
22      Q. And what did you do?
23      A. I used the NIK test kit, I believe it's
24  U, and it tested presumptive positive for
25  methamphetamine.

848

1      Q. How many envelopes were inside the
2  Saran Wrap when you did the NIK test?
3      A. There was the large quantity of the
4  substance, and then there was an individual
5  smaller baggie weighing quite a bit less.
6      Q. Okay. And how much did the large
7  quantity weigh, with packaging?
8          Did you weigh it?
9      A. I believe it was 42.3 grams.
10      Q. And after you field-tested and weighed
11  it, then what did you do with it?
12      A. I -- I put it in a bag and then placed
13  it in the envelope and sealed it for evidence.
14      Q. And when you say "sealed," what does
15  that mean?
16      A. We have special evidence tape that we
17  put on the envelope, and we -- so it's
18  tamperproof. So if it's broken or anything like
19  that on the way to the lab, they will know.
20      Q. And do you put anything on that tape
21  when you put it on your evidence envelope?
22      A. My -- I can't remember if I did or not.
23  I usually initial it.
24      Q. You usually initial it?
25      A. Yeah.

849

1  Q. Can you show the jury where that red
2  tape is on Exhibit 48, that you used to seal the
3  methamphetamine inside your evidence envelope?
4  A. Yes.
5  MS. LAMPRECHT: I guess I would like to at
6  least move it in evidence so that he can show them
7  the exhibit.
8  THE COURT: Yes. It's Exhibit 48?
9  MS. LAMPRECHT: Yes, sir.
10  THE COURT: Any objection?
11  MS. BERGLUND: No objection.
12  MR. HEINEMAN: No objection, Your Honor.
13  MR. BORTON: None, Your Honor.
14  THE COURT: Exhibit 48 will be admitted.
15  (Exhibit No. 48 admitted.)
16  THE COURT: Actually, you don't need to use
17  the evidence presenter; correct?
18  MS. LAMPRECHT: No. I can't use it. I only
19  have the physical exhibit.
20  THE COURT: I thought you may have had a
21  copy that you could show to the jury.
22  MS. LAMPRECHT: No. I'm sorry.
23  THE COURT: Exhibit 48 is admitted.
24  BY MS. LAMPRECHT:
25  Q. Could you hold that up and show the

850

1  jury where that red tape is that you sealed it?
2  A. It's slightly obstructed by the
3  property log, but you can see part of it right
4  there (indicating).
5  Q. And that property log is, once you
6  sealed it, would it have remained in a sealed
7  condition until it went to the Idaho State Police
8  forensic laboratory for testing?
9  A. Yes.
10  MS. LAMPRECHT: I have no further questions,
11  Your Honor.
12  THE COURT: Cross?
13  MS. BERGLUND: No, Your Honor.
14  MR. BORTON: None, Your Honor.
15  MR. HEINEMAN: No, Your Honor.
16  THE COURT: All right. You may step down.
17  Thank you very much.
18  Ms. Lamprecht, who is your next
19  witness?
20  MS. LAMPRECHT: The next witness,
21  government's next witness, is Justin Klitch.
22  THE COURT: Sorry. The name again?
23  MS. LAMPRECHT: I'm sorry. Trooper Justin
24  Klitch, K-L-I-T-C-H.
25  THE COURT: Let's go ahead and take a -- we

851

1  need to take a second break. It turns out to be a
2  third break. We'll take a 15-minute recess at
3  this time. If you could have the witness
4  available so we could start promptly in 15
5  minutes, it would be appreciated.
6  I'll again admonish the jury not to
7  discuss the case among themselves or with anyone
8  else, nor should you form or express any opinions
9  until it is finally submitted to you.
10  We'll be in recess.
11  (Recess.)
12  (Jury present.)
13  THE COURT: For the record, I'll note that
14  the jury is present.
15  Would you announce the name of your
16  next witness again?
17  MS. LAMPRECHT: Our next witness is Idaho
18  State Police Trooper Justin Klitch.
19  THE COURT: Trooper Klitch, would you please
20  step before the clerk and be sworn.
21  JUSTIN KLITCH,
22  having been first duly sworn to tell the whole
23  truth, testified as follows:
24  THE CLERK: Please state your complete name
25  and spell your name for the record.

852

1  THE WITNESS: Justin Klitch; J-U-S-T-I-N;
2  last is K-L-I-T-C-H.
3  THE COURT: Counsel, before we proceed, one
4  of the jurors made a comment that some of the
5  acronyms being used are not common parlance, so
6  it's confusing.
7  So I would ask you on your questions,
8  and if the witnesses uses an acronym, that you
9  clarify what that stands for.
10  I know one that was used was a PSI,
11  which is a presentence investigation report done
12  prior to sentencing. So just for future
13  reference.
14  Ms. Lamprecht, you may inquire.
15  MS. LAMPRECHT: Thank you, Your Honor.
16  DIRECT EXAMINATION
17  BY MS. LAMPRECHT:
18  Q. How are you employed?
19  A. With the Idaho State Police.
20  Q. How long -- what is your position with
21  the Idaho State Police?
22  A. I'm the Payette County resident
23  trooper.
24  Q. What is a resident trooper?
25  A. Basically, we're assigned to rural

853

1  areas, patrol those areas, assisting the counties
2  and cities, as well as enforcing Idaho criminal
3  and traffic law.
4      Q. How long have you been the senior
5  resident trooper in Payette?
6      A. I have been over there approximately
7  two years.
8      Q. And how long have you been with the
9  Idaho State Police?
10     A. Approximately seven years.
11     Q. Have you had any specialized training
12 for your job?
13     A. Yes. Attended the -- once I was hired,
14 I attend the basic police officers academy in
15 Meridian, Idaho, which is 10 weeks. Then I
16 attended the Idaho State Police advanced academy,
17 which is another 12 weeks; then a three-month FTO
18 field training program, where you ride with a
19 senior officer who evaluates you for three months;
20 and if you pass that, then you are put out on your
21 own.
22     Q. Have you had training as a drug
23 recognition expert?
24     A. Yes, I have.
25     Q. What does that involve?

854

1      A. It involves being able to investigate
2  the signs and symptoms of drug usage to determine
3  if somebody is under the influence of a particular
4  category of drug.
5      Q. Have you also had on-the-job experience
6  with persons that are under the influence of
7  drugs?
8      A. Yes. I was on the Idaho State Police,
9  their first driving under the influence task force
10 for approximately two years. I have investigated
11 over a thousand DUI investigations in my
12 seven-year career.
13     Q. And does DUI have to do with both
14 alcohol and other controlled substances -- and
15 controlled substances?
16     A. Yes, ma'am.
17     Q. Directing your attention to May 15th of
18 2012, were you on duty that day?
19     A. Yes, I was.
20     Q. And what were you doing?
21     A. I had checked in service that morning.
22 I had been advised over the radio that the
23 Fruitland Police Department had been involved in a
24 vehicle pursuit where they chased the subject.
25 The subject ran into the river. The subject was

855

1  armed, had a large quantity of drugs. And then we
2  were advised of a vehicle that the suspect was
3  possibly in, which was a black SUV that had
4  specific license plates, Westside Motors. It
5  didn't have a state-issued license plate, as if it
6  had just been purchased or borrowed from a car
7  lot.
8          And I was on Highway 52 at about Little
9  Willow Road in Payette County, trying to see if
10 that vehicle would pass my location.
11     Q. Did you see a vehicle that looked like
12 the description of the vehicle you were looking
13 for?
14     A. Yes. At about 10:00 a.m., I observed a
15 black GMC Denali pass my location heading
16 westbound towards Payette on Highway 52.
17     Q. What did you do when you saw this
18 vehicle?
19     A. I pulled from the rest area that was
20 right there to try and get behind the vehicle to
21 apprehend it.
22     Q. Were you driving a police car, a marked
23 police car?
24     A. Yeah. I was in a marked Idaho State
25 Police Dodge Charger.

856

1      Q. What happened when you pulled out
2  behind this -- what did you say it was?
3      A. A GMC Denali.
4      Q. Okay. What happened when you pulled
5  out behind the Denali?
6      A. The driver immediately pulled into a
7  driveway of a residence off of Highway 52, exited
8  his vehicle and began walking towards my patrol
9  car.
10     Q. And what did you do with the driver at
11 that point?
12     A. Due to the high-risk situation and the
13 situation that occurred the night before, as the
14 subject approached me, I drew my side weapon and
15 held him at gunpoint until backup officers arrived
16 at the scene. It's just -- it wasn't normal for
17 somebody to get out of their car and start walking
18 towards me, and it was a huge officer safety
19 hazard.
20     Q. Was there a passenger with the driver?
21     A. Yes, there was.
22     Q. And what occurred with her at this
23 time?
24         I'm sorry, the passenger.
25     A. When the driver exited, I could see

857

1  there was a female in the -- still in the GMC. I
2  could see her making a lot of furtive movement,
3  which means she was reaching into the center
4  console, all over the vehicle, which also isn't
5  normal during a traffic stop.
6      Q. And so what did you do while this was
7  going on and you were also detaining the first
8  person?
9      A. Payette County backup officers arrived
10 on scene to assist me. Both subjects were
11 detained in handcuffs for our safety until we
12 could figure out what was going on with the
13 situation.
14     Q. Now, did you do anything with the
15 female passenger, to observe her?
16     A. Yes. My first observations of the
17 female, she had glassy, bloodshot eyes, dilated
18 pupils. When I grabbed her, her muscle tone was
19 rigid. She also had intravenous needle marks on
20 her arms, which are consistent with illegal drug
21 usage. And her symptoms that I observed with her
22 eyes and her body tone were also consistent with
23 CNS or central nervous system stimulant, which is
24 methamphetamine, cocaine, stuff that stimulates
25 you.

858

1      Q. So what did you do with the female at
2  that point?
3      A. I arrested her for being under the
4  influence of methamphetamine in public.
5      Q. Were you able to identify her?
6      A. Yes, I was.
7      Q. How did you do that?
8      A. If I recall, she had an ID card. I'm
9  not sure which state, but I identified her as
10 Tanya Olson.
11     Q. And were you able to identify the
12 driver?
13     A. Yes. I believe with an Oregon driver's
14 license, it was Benjamine Vertner.
15     Q. I would like to show you what's been
16 marked as Government's Exhibit 37. It will show
17 up on the screen in front of you.
18         Do you recognize the person in that
19 photograph?
20     A. Yes. That's the driver of the GMC that
21 pulled into that driveway that morning.
22     Q. Okay. And did you make further
23 observations of that driver at this time?
24     A. Yes. I also noticed that Mr. Vertner
25 had glassy, bloodshot eyes, dilated pupils. And

859

1  when I touched him, his muscular tone was also
2  rigid, which was consistent with, again, the usage
3  of a central nervous system stimulant,
4  specifically methamphetamine.
5         At that time, due to the situation and
6  the hazards that occurred the night before, I did
7  one simple test roadside and then, for safety, I
8  determined that I would do the rest of the tests
9  at the Payette County Jail facility.
10     Q. Are you talking about tests for being
11 under the influence?
12     A. Yes, ma'am.
13     Q. Okay. And so what happened to
14 Mr. Vertner and Ms. Olson at that point?
15     A. They were both secured in the rear seat
16 of my patrol car and then transported to the
17 Payette County Jail.
18     Q. And who transported them?
19     A. I did.
20     Q. Once you got to the jail, what did you
21 do with Tanya Olson?
22     A. Due to the physical indicators I had
23 seen with Ms. Olson, and the fact that I didn't
24 find anything in the vehicle, I believed that they
25 possibly had something in their possession that I

860

1  couldn't find during my search. I notified jail
2  staff, requesting a strip search of each of the
3  subjects.
4      Q. Okay. You said based on their
5  condition, and you couldn't find anything in the
6  car. What was the something that you were looking
7  for?
8      A. Well, it was obvious that they were
9  under the influence, so I was looking for possible
10 drug paraphernalia or illegal drugs.
11     Q. And did someone respond to your call
12 for a female deputy?
13     A. Yes. Sergeant Harper, who operates the
14 jail, responded.
15     Q. And do you know what she did at that
16 point with Ms. Olson?
17     A. She performed a strip search of
18 Ms. Olson, which is taking off the clothes and
19 inspecting -- inspecting the body for drugs,
20 illegal contraband, weapons, stuff of that nature.
21     Q. And I assume that you were not present
22 while this went on?
23     A. No, I was not.
24     Q. Okay. But after she performed this,
25 did you talk to Deputy Harper?

861

1   A.  Yes.  I talked to Deputy Harper.  She
2   said she couldn't see anything, but the way she
3   observed Ms. Olson acting, she believed that she
4   had something, possibly in her vaginal cavity.
5       Q.  And so what happened at this point?
6       A.  At that point, I also made contact with
7   Detective Stennett, who informed me that he had
8   prior knowledge of Mr. Vertner, and indicated that
9   in the past Mr. Vertner had had his female
10  associates hide contraband in their vaginal
11  cavity.
12      Q.  So what did you do?
13      A.  I made contact with Ms. Olson.  I
14  informed her that I knew she had something in her
15  vaginal cavity, and that I was going to take her
16  to the hospital and have it removed by hospital
17  staff if she didn't want to give it to me.
18      Q.  What happened then?
19      A.  She indicated that she would take
20  whatever she had in her vaginal cavity out and
21  give it -- produce it to me.
22      Q.  Where did she go?
23      A.  Sergeant Harper took her into the jail
24  intake bathroom.
25      Q.  Where did you -- where were you when

862

1   she did this?
2       A.  I was standing directly outside the
3   bathroom door.
4       Q.  About how long were they inside?
5       A.  The door was open.  I was standing
6   around the corner.  I would say 30 seconds.
7       Q.  After 30 seconds, what happened --
8       MR. HEINEMAN:  Excuse me, Your Honor.  I
9   apologize.  He cannot hear at this moment.
10      THE COURT:  We can fix that.  It will take
11  just a moment.
12      (Pause.)
13      THE COURT:  Go ahead and proceed,
14  Ms. Lamprecht.
15  BY MS. LAMPRECHT:
16      Q.  You said after 30 seconds, something
17  happened.  What happened after about 30 seconds?
18      A.  Sergeant Harper handed me a clear Kpak
19  bag which we used for evidence packaging, that we
20  had made prior to going into the bathroom; handed
21  me that clear Kpak bag which contained a silver
22  metallic tube consistent with a flashlight, that
23  had liquid substances on it.  She handed me that
24  bag with that in it.
25      Q.  And after you got this Kpak with the

863

1   silver tube in it, what did you do with it?
2       A.  After getting it, I had a jail
3   deputy -- I was sick to my stomach so I
4   couldn't -- I couldn't handle the items to find
5   out what was in it.
6       I had a jail deputy stand right next to
7   me, who wasn't sick about it, take the metal
8   object and pull the items that were stuck in that
9   metal tube out of the metal tube.
10      Q.  Did you watch while he did this?
11      A.  Yes, I did.
12      Q.  I would like to show you what's been
13  marked as Government's Exhibit 46.
14      THE COURT:  I'm sorry.  What was the exhibit
15  number?
16      MS. LAMPRECHT:  Forty-six.
17      And I will be asking him to look at 47,
18  too, Your Honor.
19      THE COURT:  Forty-seven has not been
20  admitted, but 46 has.
21      MS. LAMPRECHT:  That's correct, 46 has.
22  BY MS. LAMPRECHT:
23      Q.  Do you recognize Government's Exhibit
24  46?
25      A.  Yes.  This is what was handed me

864

1   outside the bathroom.
2       Q.  And is that the silver tube that you
3   removed the clear bags from?
4       A.  Yes, it is.
5       Q.  When you removed these bags from the
6   tube, what did you do with them?
7       Or, I guess, the jail person
8   removed the items from the bag, what did you do
9   with them?
10      A.  I transported them back to the Idaho
11  State Police District 3 office, which is in
12  Meridian, Idaho, took them into evidence packaging
13  room.  I weighed, sealed, and distributed the
14  evidence to our District 3 evidence -- evidence
15  room, which is a locker.
16      Q.  And once you submit evidence into that
17  room, what happens to it?
18      A.  The only person that has access to it
19  is our lab technician, who then takes it over to
20  the state lab if it needs to be tested and
21  quantified.
22      Q.  When you submitted the two clear bags
23  with the substance inside, did you seal the bag?
24      A.  Yes.
25      Q.  Did you initial the seal?

865

1 **A.** Yes, I did.

2 **Q.** Did you do a NIK test on this before
3 you did anything else with it?

4 **A.** No, I didn't. I didn't want to touch
5 it.

6 **Q.** Okay. I would like to show you what's
7 been marked as Government's Exhibit 47 that is not
8 yet admitted.

9 Do you recognize what's in that
10 Government's Exhibit 47?

11 **A.** Yes.

12 **Q.** How do you recognize it?

13 **A.** It's got my initials on the package.
14 Also, I recognize the two clear bags that were
15 removed from the silver canister on the date of
16 the incident.

17 **Q.** Okay.

18 MS. LAMPRECHT: At this point I would like
19 to move Government's Exhibit 47 into evidence,
20 Your Honor, and show it to the jury.

21 THE COURT: Any objection?

22 MS. BERGLUND: No objection.

23 MR. BORTON: None, Your Honor.

24 MR. HEINEMAN: No objection, Your Honor.

25 THE COURT: Exhibit 47 will be admitted and

866

1 now may be shown to the jury.

2 (Exhibit No. 47 admitted.)

3 BY MS. LAMPRECHT:

4 **Q.** Could you just hold that exhibit up,
5 first of all. I would like you to show them where
6 you sealed it and where you put your initials on
7 that seal.

8 **A.** If you can see, this is a clear Kpak
9 bag. It's got a seal on the top and bottom. It's
10 heat-sealed. It's got my initials and the date I
11 initialed it on the top and bottom of each one.
12 It's got the weight and the package weight on
13 there, as well.

14 **Q.** That's the last time you saw that
15 exhibit, right, after you put it into evidence
16 with Idaho State Police?

17 **A.** Yes; until today, ma'am.

18 MS. LAMPRECHT: Thank you.

19 I have no further questions,
20 Your Honor.

21 THE COURT: Cross?

22 MS. BERGLUND: No, Your Honor.

23 MR. BORTON: Nothing, Your Honor.

24 MR. HEINEMAN: No, Your Honor.

25 THE COURT: All right. You may step down.

867

1 Thank you very much for being here.

2 Call your next witness.

3 MS. LAMPRECHT: We were going to call
4 Mary Harper, but I don't believe that we need her
5 at this point, since it's been admitted into
6 evidence.

7 THE COURT: All right. Then who are you
8 going to call?

9 MS. LAMPRECHT: I'm going to call Amber, I
10 believe -- Amber Hites.

11 THE COURT: Will it take long to summon?

12 MS. LAMPRECHT: She should be right outside.

13 THE COURT: Very good. Thank you.

14 MS. LAMPRECHT: I'm sorry, Your Honor. I
15 thought she would be up. I apologize for the
16 delay.

17 THE COURT: That's fine.

18 Ms. Hites, would you please come
19 forward, step before the clerk and be sworn, and
20 follow Ms. Gearhart's directions from there.

21 AMBER HITES,
22 having been first duly sworn to tell the whole
23 truth, testified as follows:

24 THE CLERK: Please state your complete name
25 and spell your name for the record.

868

1 THE WITNESS: Amber Hites, A-M-B-E-R,
2 H-I-T-E-S.

3 THE COURT: You may inquire, Ms. Lamprecht.

4 DIRECT EXAMINATION

5 BY MS. LAMPRECHT:

6 **Q.** Would you like a drink of water,
7 Ms. Hites? Are you okay?

8 All right. Would you tell the jury
9 your maiden name and any other names that you have
10 used besides Hites.

11 **A.** Pruitt, Weed, and Myatt.

12 **Q.** And Myatt?

13 **A.** Yes.

14 **Q.** How old are you?

15 **A.** Twenty-six.

16 **Q.** Where did you grow up?

17 **A.** McCall, Idaho.

18 **Q.** How far did you go in school?

19 **A.** Eleventh grade and just continued and
20 got my GED.

21 **Q.** How long ago did you get your GED?

22 **A.** Just a couple months ago.

23 **Q.** And did you work after high school?

24 **A.** Yes.

25 **Q.** What kind of work have you done?

869

1  A. Waitressing, sales.
2  Q. And where were you living in November
3 of 2011?
4  A. Weiser, Idaho.
5  Q. Were you living with anyone at that
6 time?
7  A. Yes.
8  Q. Who?
9  A. Ben Vertner and Rachel Coblentz.
10  Q. Okay. And I would like to show you
11 what's been marked as Government's Exhibit 37. Do
12 you recognize the person in that photograph?
13  A. Yes, I do.
14  Q. Who is it?
15  A. Ben Vertner.
16  Q. When did you first meet Ben Vertner?
17  A. In July of last year.
18  Q. Would that be 2011 or 2012?
19  A. 2011.
20  Q. And did there come a time when you
21 started seeing each other regularly?
22  A. Yes.
23  Q. When was that, about?
24  A. November 2011.
25  Q. And where were you living in November

870

1 of 2011?
2  A. With Ben Vertner and Rachel Coblentz.
3  Q. And I would like to show you what's
4 been marked as Government's Exhibit 41.
5  Do you recognize the person in that
6 photograph?
7  A. Yes, I do.
8  Q. Who is it?
9  A. Rachel Coblentz.
10  Q. How long had you been living with
11 Rachel at this point in time?
12  A. Since July.
13  Q. I would like to show you what's been
14 marked as Government's Exhibit 41A.
15  Do you recognize what's in that
16 picture?
17  A. Yes, I do.
18  Q. What is it?
19  A. It's the apartment complex that Rachel,
20 Ben, and I lived at.
21  Q. And could you take your finger and
22 touch the screen and circle the windows of
23 Rachel's apartment.
24  THE COURT: You have to actually -- yeah,
25 there you go.

871

1  THE WITNESS: (Witness complied.)
2 BY MS. LAMPRECHT:
3  Q. Okay. And what are those white things
4 in between the windows that you've circled?
5  A. One leads to a pantry in the apartment,
6 and the other one leads to a closet in a bedroom.
7  Q. Okay. Prior to the time -- prior to
8 November of 2011, had you had any experience with
9 methamphetamine?
10  A. Yes.
11  Q. What was your experience before
12 November of 2011?
13  A. I used it occasionally, off and on.
14  Q. And when you used, how much would you
15 use?
16  A. Not very much at a time.
17  Q. How much is -- would you take for one
18 time?
19  A. Maybe a half a gram, $50.
20  Q. When you started seeing Ben Vertner in
21 November of 2011, did he have a job?
22  A. No, he did not.
23  Q. What was he doing?
24  A. Selling meth.
25  Q. Do you know where he was getting his

872

1 meth?
2  A. Yes, I do.
3  Q. From whom?
4  A. From Johnny Tambunga.
5  MR. HEINEMAN: Objection. Foundation.
6  THE COURT: Sustained.
7 BY MS. LAMPRECHT:
8  Q. How do you know where he was getting
9 his meth?
10  A. Because I was with him when it was --
11 the deals were going on.
12  Q. And who did he get meth from when you
13 were with him?
14  A. In the beginning, Johnny Tambunga; and
15 then it changed to Che.
16  Q. Okay. First of all, I would like to
17 show you Government's Exhibit 4.
18  Do you recognize the person in that
19 photograph?
20  A. Yes, I do.
21  Q. Who is that?
22  A. Johnny Tambunga.
23  Q. Okay. And you mentioned a person named
24 Che. Would you look around the courtroom and tell
25 me if you see the person that you knew as Che

873

1  sitting in the courtroom today.

2       **A.** Yes, I do.

3       **Q.** And would you describe where he is

4  sitting and what he has on.

5       **A.** He is sitting at the table at the

6  right, and he is wearing a striped white shirt.

7       **Q.** And about how far from your right hand

8  is he sitting at the table?

9       **A.** To the -- he is the second one in at

10  the table.

11       MS. LAMPRECHT: May the record reflect that

12  the witness has identified the defendant Che, also

13  known as Jesus Sanchez?

14       THE COURT: The record will so reflect.

15  BY MS. LAMPRECHT:

16       **Q.** Are you familiar with a bar called The

17  Crescent Bar in Weiser, Idaho?

18       **A.** Yes, I am.

19       **Q.** In December of 2011, did you meet

20  anyone there?

21       **A.** Yes.

22       **Q.** What time of night did this happen?

23       **A.** I showed up close -- about an hour or

24  so close to closing.

25       **Q.** And when did the bar usually close? Do

874

1  you know?

2       **A.** At 2:00 a.m.

3       **Q.** Who was there when you got there?

4       **A.** Johnny Tambunga, Ben Vertner, Fabian,

5  Fabian's brother, and Che.

6       **Q.** Okay. You mentioned Fabian. I would

7  like to show you what's been marked as

8  Government's Exhibit 5.

9       Do you recognize the person in that

10  picture?

11       **A.** Yes, I do.

12       **Q.** Who is it?

13       **A.** Fabian.

14       **Q.** What were they doing when you got to

15  the bar?

16       **A.** They were discussing Ben Vertner

17  purchasing methamphetamine from Che.

18       **Q.** And did you hear any of the

19  conversation they were having?

20       **A.** Yes, I did.

21       **Q.** What were they talking about?

22       **A.** About Johnny owing money to Che; and

23  so, therefore, Che was going to start dealing with

24  Ben directly.

25       **Q.** And what happened after -- did anything

875

1  happen after you got to their table?

2       **A.** Some officers walked into the door,

3  into the bar.

4       **Q.** And did this cause anything else to

5  happen?

6       **A.** Yes. Ben Vertner stood up and

7  approached the officers; and before that, he

8  handed an ounce of meth to Johnny Tambunga.

9       **Q.** And did you -- did he finish talking

10  with the officers while you were there?

11       **A.** Yes.

12       **Q.** And what happened after he sat back

13  down at the table?

14       **A.** Che was skeptical about dealing with

15  Ben; but after Johnny confirmed that everything

16  would be all right, they continued on with talking

17  about dealing with each other.

18       **Q.** And after The Crescent Bar closed, what

19  happened?

20       **A.** The group that was at The Crescent Bar

21  that were all at the table, we went back to Che's

22  trailer -- or Johnny's trailer.

23       **Q.** Who was living at the trailer at that

24  time?

25       **A.** Fabian and Che and Fabian's brother.

876

1       **Q.** I would like to show you a photo that's

2  been marked as Government's Exhibit 2.

3       Can you identify the building in that

4  photo?

5       **A.** Che's trailer.

6       **Q.** About what time did you get to Che's

7  trailer?

8       **A.** Shortly after 2:00 in the morning.

9       **Q.** What happened when you got there?

10       **A.** Che lined out a line for each one of

11  us, and we did it.

12       **Q.** A line of what?

13       **A.** A line of meth.

14       **Q.** Was there any drinking going on, too?

15       **A.** Yes.

16       **Q.** And what were people talking about?

17       **A.** Ben and Che were talking about dealing

18  with each other, dealing methamphetamines with

19  each other, and some money that owed -- that

20  Johnny owed Che at one point, and then a little

21  bit of general conversation.

22       **Q.** Did they mention the amount of money

23  that Johnny owed Che?

24       **A.** I believe it was around 7- to $8,000.

25       **Q.** And after -- by the end of this night,

877

1  did anything happen as a result of the
2  conversation between Ben and Che?
3       A.  Yes.  Ben would start purchasing meth
4  from Che.
5       Q.  Did Ben get anything from Che before
6  you left?
7       A.  Yes, he did.
8       Q.  What?
9       A.  Two ounces of methamphetamines.
10      Q.  How do you know that?
11      A.  I saw the -- I saw the transfer of the
12 meth.
13      Q.  Now, after this meeting, how much time
14 were you spending with Ben Vertner?
15      A.  Quite a bit.
16      Q.  And during this time after the meeting,
17 let's say, December and January of 2012, what was
18 Ben doing?
19      A.  Selling meth.
20      Q.  Did you go with him when he sold meth?
21      A.  Yes, I did.
22      Q.  Did you go with him -- where was he
23 getting the meth he was selling?
24      A.  From Che.
25      Q.  Did he have any other source for the

878

1  meth?
2       A.  No.
3       Q.  Did you ever go with him when he picked
4  up methamphetamine from Che?
5       A.  Yes, I did.
6       Q.  How many times do you know that he
7  would pick up Che, say, during a month?
8       A.  We went over there a few times a week,
9  so I would say two to three times a week to -- for
10 a month.  So eight to fifteen times a month, I
11 would say.
12      Q.  How much methamphetamine would Ben get
13 when he went to the trailer?
14      A.  Two ounces.
15      Q.  Every time at the beginning?
16      A.  At the beginning, yes.
17      Q.  Okay.  Do you know how much he paid for
18 it?
19      A.  I believe it started out to be around
20 1350, and then I think it went down to 12
21 thousand -- or hundred.
22      Q.  Were there times that you went to the
23 trailer that you didn't pick up methamphetamine?
24      A.  I don't recall any times.
25      Q.  Did you ever go to the trailer -- well,

879

1  how did you -- how did Che get his money that Ben
2  owed him?
3       A.  The meth was usually fronted; but prior
4  to getting more meth fronted to him, he would pay
5  his debt off.  So the transfers would happen at
6  the same time.
7       Q.  So, in other words, Che fronted the
8  methamphetamine; that's like on credit?
9       A.  Yes.
10      Q.  In January and February and early
11 March, did you continue to go to the Trailer
12 No. 10 with Ben?
13      A.  Yes.
14      Q.  And what was he doing in all of those
15 months?
16      A.  Selling meth.
17      Q.  What was he doing at the trailer?
18      A.  Picking up more meth and paying any
19 debts of meth.
20      Q.  When you went to the trailer with Ben,
21 who did Ben actually physically get the
22 methamphetamine from?
23      A.  Che.
24      Q.  Did there come a time when he ever got
25 any from Fabian?

880

1       A.  Yes.
2       Q.  And when would that occur?
3       A.  When Fabian -- or when Che was in
4  Mexico or Arizona.
5       Q.  And what did Ben do with the meth that
6  he got from Che?
7       A.  Him and I would distribute it.
8       Q.  Do you know who some of his customers
9  were?
10      A.  Yes, I do.
11      Q.  Who -- name -- who are some of the
12 bigger customers that Ben had in January and
13 February and early March of 2012?
14      A.  K.C. Hensley, Mike Morris were his
15 larger customers.
16      Q.  Okay.  I would like to show you what's
17 been marked as Government's Exhibit 39.
18           Do you recognize the person in that
19 photograph?
20      A.  Yes, I do.
21      Q.  Who is it?
22      A.  K.C. Hensley.
23      Q.  And I would like you now to look around
24 the courtroom again, and I would like you to tell
25 the jury if you see the person that you knew as

881

1 Mike Morris that Ben was selling methamphetamine
2 to.
3          A.  Yes, I do.
4          Q.  And would you describe where he is
5 sitting and what he is wearing.
6          A.  He is wearing a tan shirt, and he is to
7 my right at the table.
8          Q.  Okay.  I think there is a lot of people
9 probably to your right.  Can you say maybe who he
10 is between?
11          A.  About in the middle.
12          Q.  Is there anything else about him that
13 stands out?
14          A.  He is wearing glasses.
15          MS. LAMPRECHT:  May the record reflect that
16 the witness has identified the defendant Mike
17 Morris?
18          THE COURT:  The record will so reflect.
19 BY MS. LAMPRECHT:
20          Q.  Now, at the beginning of March 2012,
21 did you meet somebody new at Trailer No. 10?
22          A.  I'm sorry.  What was the question?
23          Q.  Beginning of March 2012 -- end of
24 February, beginning of March, did you meet
25 somebody new at Trailer No. 10?

882

1          A.  No, I did not -- yes, I did.  Excuse
2 me.
3          Q.  Okay.  And do you know what that
4 person's name was?
5          A.  Victor.
6          Q.  I would like to show you what's been
7 marked as Government's Exhibit 6.
8          Do you recognize the person in that
9 photograph?
10          A.  Yes, I do.
11          Q.  Who is that?
12          A.  Victor.
13          Q.  And what was going on when you met
14 Victor at the trailer?
15          MR. HEINEMAN:  Objection.  Foundation --
16 clarity.  What's going on is --
17          THE COURT:  Overruled.  You may answer.
18          THE WITNESS:  They were talking about the
19 meth dealings, and Victor liked to smoke
20 marijuana, so he was always wanting to get
21 marijuana from Ben.
22 BY MS. LAMPRECHT:
23          Q.  Okay.  And were they planning to do
24 anything at the time that you were at the trailer?
25          A.  They were planning on taking a trip to

883

1 Arizona.
2          Q.  Was Ben with you this time when you
3 went to the trailer?
4          A.  Yes.
5          Q.  And what car were they planning to take
6 with them?
7          A.  Ben's 2010 Ford Fusion.
8          MR. HEINEMAN:  Objection.  Foundation.
9          THE COURT:  Sustained.  We need --
10 BY MS. LAMPRECHT:
11          Q.  While you were there, did you listen to
12 their conversation?
13          A.  Yes.
14          Q.  And who was Victor planning to leave
15 with?
16          A.  With Fabian --
17          MR. HEINEMAN:  Objection.  Hearsay.
18          THE COURT:  Overruled.  801(d)(2)(E),
19 Counsel.
20 BY MS. LAMPRECHT:
21          Q.  Who was he planning to leave with?
22          A.  With Fabian and Fabian's brother.
23          Q.  Okay.  And what car were they talking
24 about driving?
25          A.  Ben's 2010 Ford Fusion.

884

1          Q.  Why did they want to take Ben's Ford
2 Fusion?
3          A.  It was less on gas.
4          Q.  And so what did you and Ben do?  Did
5 Ben give him the Ford Fusion to drive?
6          A.  Yes.
7          Q.  What did you do for transportation?
8          A.  We drove Che and -- I believe it
9 belonged to Che and Fabian's Navigator.
10          Q.  And how long did you drive Che's
11 Navigator before you got Ben's Ford Fusion back?
12          A.  I believe approximately a week.
13          Q.  Okay.  And do you know -- did you see
14 Fabian after he came back?
15          A.  Yes.
16          Q.  And do you know if he returned with
17 anyone that you knew?
18          A.  He returned with Che.
19          Q.  When they came back, do you remember if
20 Ben got anything from them?
21          A.  Yes, he did.
22          Q.  What did he get?
23          A.  Meth.
24          Q.  Do you know how much?
25          A.  Two ounces.

885

1    Q. Now, do you remember when it was that
2 Ben Vertner started selling directly to Michael
3 Morris?
4    A. Towards the end of March.
5    Q. And what happened? What was it that
6 caused that to happen?
7    A. K.C. --
8    MR. BORTON: Objection. Foundation,
9 Your Honor.
10    THE COURT: Let's back up and see if she
11 knows and then determine how she knew before we
12 have her describe what it is that she wants to --
13 has been asked about. Go ahead.
14 BY MS. LAMPRECHT:
15    Q. How did you learn that Ben started
16 selling directly to Michael Morris?
17    A. I went with him.
18    Q. And did you -- how did you know what
19 had changed?
20    A. Because I was in the room when many
21 conversations were going on between them.
22    Q. And who was talking about this change?
23 What people?
24    A. K.C. Hensley, Ben Vertner, and Mike
25 Morris.

886

1    Q. And what was the conversation about?
2    A. Ben starting to deal with Mike Morris
3 directly and K.C. being upset about it.
4    Q. And as a result of that conversation,
5 do you know what happened?
6    A. Ben started dealing with Mike Morris.
7    Q. When Ben started dealing
8 methamphetamine with Mike Morris, did you go with
9 Ben when he delivered the meth to Michael Morris?
10    A. Yes.
11    Q. Where did you deliver meth to Michael
12 Morris with Ben?
13    A. At Michael Morris's house.
14    Q. Where did Michael Morris live at this
15 time?
16    A. Ontario, Oregon.
17    Q. And about how many times in March and
18 April did you go to Michael Morris's house to take
19 methamphetamine to him?
20    A. Every few days.
21    Q. Do you know how much he was buying at
22 that time?
23    A. It started at an eight ball and moved
24 up to two eight balls at a time.
25    Q. Do you know how much is in an eight

887

1 ball?
2    A. I used to.
3    Q. You don't remember?
4    A. No.
5    Q. Okay. I would like to show you what's
6 been marked as Government's Exhibit 51.
7    Do you recognize what's in that
8 photograph?
9    A. Yes, I do.
10    Q. What is it?
11    A. Michael Morris's house.
12    Q. By the way, did Michael Morris have a
13 nickname?
14    A. M & M.
15    Q. M & M? And you said when Ben first
16 started dealing with him, he was giving him one
17 eight ball or two eight balls. Did that amount
18 change in April?
19    A. Yes. I know that it went up. I forgot
20 my weighing -- I don't know if it's a quarter
21 ounce or -- I know that it went up.
22    Q. Do you know how much money Ben was
23 collecting from Mike Morris when he would take
24 methamphetamine to him?
25    A. How much he was -- can you --

888

1    Q. How much money he got from Michael
2 Morris. When Michael Morris wanted meth, would he
3 have to pay Ben something before he could get it?
4    A. The very first one was on a front, and
5 then it started working just like our deals with
6 Che would work.
7    Q. Okay. So, in April, do you remember
8 how much money Morris would have to come up with
9 to get more meth?
10    MR. BORTON: Objection. Foundation,
11 Your Honor.
12    THE COURT: Do you know? Just yes or no.
13    THE WITNESS: Yes.
14 BY MS. LAMPRECHT:
15    Q. How much was it?
16    A. I believe it was 800.
17    Q. And why -- how do you know that?
18    A. Because there was many conversations
19 about it, and the money was handed to me at one
20 point or supposed to be handed to me at one point.
21    Q. Did you carry it?
22    A. The money?
23    Q. Mm-hmm.
24    A. I collected some of the money, yes.
25    Q. You collected it. Did you count it

889

1  when you collected it?
2      A.  Yes.
3      Q.  Now, you mentioned that you had lived
4  with Rachel Coblentz in January, I believe.  After
5  January, did you and Ben have a permanent
6  residence that you stayed at?
7      A.  No.
8      Q.  Where did you stay?
9      A.  We stayed at Rachel Coblentz's for
10  quite a while, but we were always -- we were
11  always moving to different places because of the
12  federal government watching us.
13      Q.  Were you nervous about what you were
14  doing?
15      A.  Yes.
16      Q.  Did there come a time when you moved
17  back in with Rachel Coblentz for a while?
18      A.  Yes.
19      Q.  When was that?
20      A.  I believe it was the end of March.
21      Q.  And while you were there, did you
22  continue to help Ben with his methamphetamine
23  business?
24      A.  It slowed down, but yes.
25      Q.  And what was it that you did to help

890

1  him?
2      A.  I helped him package meth, distribute
3  meth, and collect money.
4      Q.  When you packaged it, what did you
5  package the methamphetamine in?
6      A.  Small -- they're beading bags; little,
7  small ziplock bags.
8      Q.  Could you just hold up your fingers and
9  show the jury about how big they are.
10      A.  (Indicating.)
11      Q.  And did you weigh the methamphetamine
12  before you put them in these little bead bags?
13      A.  Yes, I did.
14      Q.  How much methamphetamine would you put
15  in each little bead bag?
16      A.  Depending on how much a person needed.
17      Q.  So what was the most amount you ever
18  put in a bead bag?
19      A.  Quarter ounce.
20      Q.  And, otherwise, it was less than a
21  quarter ounce?  Did you go down to an eighth of an
22  ounce?
23      A.  Yeah.
24      Q.  Did you sell just personal-use
25  quantities?

891

1      A.  Yes.
2      Q.  Did Michael Morris ever buy
3  personal-use quantities?
4      A.  No.
5      Q.  At the end of April, did you leave
6  Rachel Coblentz's?
7      A.  Yes.
8      Q.  Where did you go to live at that time?
9      A.  With Michael Morris.
10      Q.  How long did you live there?
11      A.  Approximately a month.
12      Q.  Who else was living at Michael Morris's
13  house while you were there?
14      A.  His girlfriend, Jenny, and their child.
15      Q.  How old was their child?
16      A.  I don't recall.
17      Q.  While you were living at Morris's
18  house, do you know whether Michael Morris
19  continued to get methamphetamine from Ben Vertner?
20      A.  Yes, he did.
21      Q.  How do you know?
22      A.  Because Ben Vertner would come by the
23  house.
24      Q.  And did you see him deliver it?
25      A.  Yes.

892

1      Q.  Who did he give it to when he came by
2  the house?
3      A.  To Michael Morris.
4      Q.  How often did he come by the house
5  while you were living there?
6      A.  Every couple -- well, every couple days
7  and, if not, every day.
8      Q.  And how much was Michael Morris getting
9  at this point; do you know?
10      A.  It --
11      MR. BORTON:  Objection.  Foundation.
12      THE COURT:  Sustained.
13  BY MS. LAMPRECHT:
14      Q.  Do you know how much methamphetamine
15  Michael Morris was getting at this point?
16      A.  It always varied, but it was anywhere
17  from --
18      MR. BORTON:  Objection, Your Honor.
19      THE COURT:  Just a moment.
20      MR. BORTON:  It's nonresponsive to the
21  question.
22      THE COURT:  The question is:  Do you know?
23  Just yes or no.
24      THE WITNESS:  Yes.
25  BY MS. LAMPRECHT:

893

1   Q.  How do you know?
2   A.  Because I would be in the room when
3   they were doing the deals.
4   Q.  And could you see how big the
5   methamphetamine bags were that Michael Morris was
6   getting?
7   A.  Yes.
8   Q.  Based on your experience with Ben's
9   meth, could you estimate how much methamphetamine
10  Michael Morris was getting?
11  A.  Anywhere from an eight ball to a couple
12  eight balls.
13  Q.  And did you see Michael Morris give Ben
14  money?
15  A.  Yes.
16  Q.  Is an eight ball a personal-use amount?
17  A.  No, it shouldn't be.
18  Q.  Is it too much?
19  A.  Yeah.
20  MR. BORTON:  Objection.  Foundation,
21  Your Honor.
22  THE COURT:  Sustained.
23  BY MS. LAMPRECHT:
24  Q.  Have you taken methamphetamine?
25  A.  Yes, I have.

894

1   Q.  And you said -- I believe you testified
2   that you would take maybe as much as a half a gram
3   at a time?
4   A.  Yes.
5   Q.  Would you ever take an eight ball?
6   A.  No.
7   Q.  Have you seen people take too much
8   meth?
9   A.  Yes.
10  Q.  What happens to them?
11  A.  They go crazy.
12  Q.  Does it make them sick?
13  A.  I have seen it make a person sick, and
14  I have experienced it myself, too.
15  Q.  What was the most that you took before
16  you got sick?
17  A.  Well over a gram.
18  Q.  How sick were you?
19  A.  The world was spinning and I puked.
20  Q.  How long did you stay that way?
21  A.  Probably around an hour or so, and then
22  I was still extremely high and not together.
23  Q.  And that was just one gram?
24  A.  Yes.
25  Q.  While you were at Michael Morris's

895

1   house, did anyone else deliver methamphetamine for
2   Ben to Michael Morris?
3   A.  Yes.
4   Q.  Who was that?
5   A.  Patric Campbell.
6   Q.  I would like to show you what's been
7   marked as Government's Exhibit 40.
8   Do you recognize the person in that
9   photograph?
10  A.  Yes, I do.
11  Q.  Who is that?
12  A.  Patric Campbell.
13  Q.  And how do you know Patric?
14  A.  He would help Ben distribute meth, and
15  he also moved into Rachel Coblentz's apartment, as
16  well.
17  Q.  Is that a fairly big apartment?
18  A.  It is.
19  Q.  Okay.  Did anyone come with Patric
20  Campbell when he delivered methamphetamine to
21  Michael Morris?
22  A.  Yes.
23  Q.  Who?
24  A.  Rachel Coblentz.
25  Q.  And do you know if they ever -- were

896

1   you there when they collected money from Michael
2   Morris?
3   A.  Yes.
4   Q.  How much money did you see them collect
5   from Michael Morris?
6   A.  It would be anywhere from a couple
7   hundred to -- whatever was owed at the time.  I
8   have seen a couple hundred dollars handed over at
9   one point in time, though.
10  Q.  Now, did you ever help Michael Morris
11  with the methamphetamine that he got from Ben
12  Vertner?
13  A.  Yes, I did.
14  Q.  What did you do to help him?
15  A.  I've rode with him to deliver it to his
16  customers at times, and I've helped package
17  it.
18  Q.  When you packaged methamphetamine for
19  Michael Morris, did you weigh it?
20  A.  No.  I just bagged it.
21  Q.  What did you bag it in?
22  A.  In one of those tiny bags.
23  Q.  A bead bag?
24  A.  Yeah.
25  Q.  When you rode with him to deliver, did

899

1  you meet some of his customers?
2      **A.** Yes, I did.
3      **Q.** Who were they?
4      **A.** One of them was a Donny.  There was a
5  few females.  I don't remember all the names.
6      **Q.** Is it common for people who are dealing
7  in methamphetamine, in your experience, to just
8  use nicknames?
9      **A.** Yes, it is.
10     **Q.** So how many customers -- how many
11 separate customers do you know that Michael Morris
12 had at the time that you were living with him?
13     **A.** I would say around six.
14     **Q.** I believe you said that Michael Morris
15 had a girlfriend at this time?
16     **A.** Yes.
17     **Q.** Did she live with him also?
18     **A.** Yes.
19     **Q.** Was she ever around when Ben delivered
20 meth to Michael Morris?
21     **A.** Yes.
22     **Q.** And where was she when the meth came
23 into the house?
24     **A.** Sometimes she would be in the room, and
25 sometimes she would be in the living room.

898

1      **Q.** Okay.  And -- but did anyone try and
2  keep it a secret from her?
3      **A.** No.
4      **Q.** Were you using meth while you were at
5  Michael Morris's house?
6      **A.** Yes, I was.
7      **Q.** And who did you use meth with?
8      **A.** With anybody that was in the house, but
9  with Michael Morris, with Jenny, and if anybody
10 else was in the house.
11     **Q.** When Michael Morris used meth, do you
12 know about how much meth he used?
13     **A.** They would load up to half gram into a
14 pipe and smoke it until it was gone.
15     **Q.** And so two people would share a half
16 gram?
17     **A.** Well, it would just get passed around
18 until it was gone.
19     **Q.** Oh, so more than two people would share
20 a half gram?
21     **A.** Yeah.  It just depended on who all was
22 in the room.
23     **Q.** Did anyone else use with you while you
24 were living at Michael Morris's house in May?
25     **A.** I used with Jessica Derr, as well.

899

1      **Q.** And who is Jessica Derr?
2      **A.** A friend of Michael Morris's and
3  Jenny's.
4      **Q.** When you went with Michael Morris to
5  deliver meth, where did he make deliveries to
6  people?
7      **A.** We would go to Walmart or Kmart in the
8  parking lot.
9      **Q.** In what town were you?
10     **A.** Ontario, Oregon.
11     **Q.** Do you know how much Michael Morris
12 charged for the meth that he was distributing?
13     **A.** Fifty dollars a half gram, a hundred
14 dollars for a gram.
15     **Q.** Is it fair to say that he might have --
16 he was selling to people for personal -- so that
17 they would -- for personal use?  A half gram is a
18 personal-use amount?
19     **A.** Yes.
20     **Q.** Okay.  Now, direct your attention to
21 mid-May of 2012, did you learn what happened to
22 Ben Vertner?
23     **A.** Yes.
24     **Q.** What happened?
25     **A.** He was pulled over by Idaho State

900

1  Police.
2      **Q.** And when was the last time that Ben
3  delivered meth to Michael Morris before he was
4  arrested?
5      **A.** He was at Michael Morris's the night
6  before he got pulled over.
7      **Q.** And did you -- did you see Ben at that
8  time?
9      **A.** No.
10     **Q.** Okay.  Did you see how much Michael
11 Morris got?
12     **A.** No, I did not at that night.
13     **Q.** Do you know how much money Michael
14 Morris owed Ben at the time that Ben was arrested?
15     **A.** I believe it was around 1200.
16     **Q.** And why do you think 1200?  What --
17 what makes you know the amount of money that
18 Michael Morris would owe him?
19     **A.** I know that he was in debt quite a bit,
20 and he was having -- Ben was having Patric come to
21 collect the money.
22     **Q.** Did you have conversations with Michael
23 Morris about the money he owed Ben?
24     **A.** Yes, I did.
25     **Q.** How long did you stay at Michael

901

1  Morris's house after Ben was arrested?

2  **A.** I believe it was just a few -- maybe a

3  week, up to a week.

4  **Q.** And why did you move out?

5  **A.** Because Ben told me that the feds had

6  talked about what was going on, and Ben told me to

7  move.

8  **Q.** Where did you go?

9  **A.** I went to my mom's for a few days, and

10  then I went to Caldwell.

11  **Q.** Since you were arrested in this case,

12  have you talked to anyone else, like Ben or Mike

13  Morris or anyone?

14  **A.** No, I have not.

15  **Q.** Just haven't talked to them at all?

16  Haven't seen them?

17  **A.** No.

18  **Q.** Have you pled guilty to the conspiracy

19  to possess methamphetamine with intent to

20  distribute that was charged in this case?

21  **A.** Yes, I have.

22  **Q.** I would like to show you what's been

23  marked -- I believe it's Government's Exhibit 68.

24  Do you recognize that document?

25  **A.** Yes, I do.

902

1  **Q.** What is it?

2  **A.** It is my plea agreement.

3  MS. LAMPRECHT: I would like to move

4  Exhibit 68 in and show it to the jury, Your Honor.

5  THE COURT: Any objection?

6  MS. BERGLUND: No objection.

7  MR. BORTON: None, Your Honor.

8  MR. HEINEMAN: No objection.

9  THE COURT: All right. Exhibit 68 will be

10  admitted and published to the jury.

11  (Exhibit No. 68 admitted.)

12  BY MS. LAMPRECHT:

13  **Q.** I would like you to look at page 15 of

14  Government's Exhibit 68.

15  Do you see your signature on that page?

16  **A.** Yes, I do.

17  **Q.** And would you put your hand on the

18  screen and touch it and circle that for us.

19  **A.** (Witness complied.)

20  **Q.** Okay. As part of this plea agreement,

21  did you agree to cooperate with the government?

22  **A.** Yes, I did.

23  **Q.** And is cooperation also called

24  "substantial assistance" in that plea agreement?

25  **A.** Yes.

903

1  **Q.** Was your testimony here today part of

2  that cooperation?

3  **A.** Yes, it is.

4  **Q.** And do you hope to get a benefit from

5  your cooperation?

6  **A.** Yes.

7  **Q.** What is it that you hope will happen as

8  a result of your cooperation?

9  **A.** That you guys see that I changed my

10  life and that I don't do a whole bunch of time.

11  **Q.** Okay. And what do you need to do

12  before you can get that benefit?

13  **A.** Cooperate with you guys.

14  **Q.** And, by the way, have you changed your

15  life to some degree since you have been arrested?

16  **A.** To a great degree.

17  **Q.** And how did you do that?

18  **A.** I'm sober, for one, which is the

19  greatest part of it all, I believe. I got my GED.

20  I'm looking into colleges. I have a goal in life

21  for the first time in my life.

22  **Q.** And one last question: Who is it that

23  will decide what your sentence will be in this

24  case?

25  **A.** Judge Winmill.

904

1  MS. LAMPRECHT: I have no further questions,

2  Your Honor.

3  MS. BERGLUND: I have no questions.

4  THE COURT: Cross?

5  MS. BERGLUND: No questions, Your Honor.

6  MR. BORTON: Briefly, Your Honor.

7  THE COURT: Yes.

8  CROSS-EXAMINATION

9  BY MR. BORTON:

10  **Q.** Good afternoon, Ms. Hites. I want to

11  ask you a couple of questions about Ben Vertner.

12  At the time that you associated with

13  him and did meth together in 2012, were you aware

14  of him having any firearms?

15  **A.** Yes.

16  **Q.** Okay. What did he own that you knew

17  of?

18  **A.** He had a .22.

19  **Q.** Had you ever seen it?

20  **A.** Yes.

21  **Q.** Had you ever seen him carry it or use

22  it?

23  **A.** I had never seen him carry it or use

24  it.

25  **Q.** Would it be fair to characterize, from

905

1  your experience, Mr. Vertner as a somewhat
2  intimidating or scary individual?
3      A.  Yes.
4      Q.  Has he at times been intimidating or
5  scary towards you?
6      A.  Yes.
7      Q.  Was that -- did that experience occur
8  throughout your dating relationship with him in
9  the end of 2011 and throughout 2012?
10      A.  Yes, it did.
11      Q.  Did he ever threaten you physically?
12      A.  Yes.
13      Q.  Has he asked you during that time frame
14  to do things for him to help him that you wouldn't
15  otherwise want to do?
16      A.  Yes.
17      Q.  Have you assisted Ben Vertner in ways
18  that he has requested out of fear for your own
19  safety?
20      A.  Yes.
21      Q.  As you testify today, are you still
22  somewhat afraid?
23      A.  Yes.
24      Q.  During your relationship with
25  Mr. Vertner, was he dishonest with you at times?

906

1      A.  Yes.
2      Q.  In what regard?
3      A.  He cheated on me a number of times.  He
4  hid things from me all the time.
5      Q.  Did you ever observe Mr. Vertner being
6  dishonest with other individuals during this time
7  frame, as well?
8      A.  Yes.
9      Q.  Did you observe Mr. Vertner being
10  dishonest in any of his drug activities during
11  this time frame?
12      A.  Yes.
13      Q.  When Mr. Vertner was being dishonest in
14  your presence, did you ever openly object, tell
15  him to knock it off, "You can't do that"?
16      A.  I don't recall a time that I -- he
17  would get very upset at me if I were to do
18  something like that.
19      Q.  What date were you arrested, Ms. Hites?
20  Do you recall?
21      A.  June 27th, I believe.
22      Q.  Okay.  And have you been released on
23  your own, out of custody, since that time?
24      A.  Yes, I have.
25      Q.  Okay.  And as you testify here today,

907

1  is Ben Vertner still somebody that you fear?
2      A.  Yes.
3      MR. BORTON:  Thank you.  I have nothing
4  further.
5      THE COURT:  Mr. Heineman, did you have any
6  questions?
7      MR. HEINEMAN:  Give me a moment.  I would
8  like to ask Mr. Borton a question and confer with
9  him.
10      THE COURT:  Yes.
11      MR. HEINEMAN:  I have no questions,
12  Your Honor.  Thank you.
13      THE COURT:  Redirect.
14          REDIRECT EXAMINATION
15  BY MS. LAMPRECHT:
16      Q.  Do you know what Ben Vertner did with
17  the gun, the .22, that he had?
18      A.  He had it in a safe; and the day that
19  he was arrested, he contacted Amy and had Amy get
20  ahold of Patric for Patric to pick it up and take
21  it back to Summer.
22      Q.  So he got rid of it the day that he was
23  arrested?
24      A.  Yes.
25      MS. LAMPRECHT:  No further questions,

908

1  Your Honor.
2      THE COURT:  Anything else, Counsel?
3      MR. BORTON:  No, Your Honor.
4      MR. HEINEMAN:  I think I do have a question
5  now, Your Honor.
6      THE COURT:  All right, Mr. Heineman.
7          CROSS-EXAMINATION
8  BY MR. HEINEMAN:
9      Q.  When did you begin your meth use?
10      A.  With Ben?
11      Q.  Just your meth use in general.
12      A.  I have used meth off and on for
13  approximately ten years now.
14      Q.  Ten years.  You testified earlier that
15  it was off and on that you used?
16      A.  Yes.
17      Q.  And when you mean "off and on," about
18  approximately how often would you use it?
19      A.  Every few years I would use it.
20      Q.  So you never used it consistently at
21  any stretch anytime?
22      A.  When -- in November I started using
23  very heavily all the way up until I was arrested.
24      Q.  When you say "heavily," how often did
25  you use it?

909

1   **A.** Daily.

2   **Q.** And how much would you use daily?

3   **A.** I would use probably up to 3, 4 grams a

4   day.

5   **Q.** How much would you use at any one time?

6   **A.** I would usually just put out a line,

7   maybe a quarter gram at a time.

8   **Q.** And how long did you continue this

9   process -- daily did you say?

10  **A.** Yes.

11  **Q.** How long daily did you do this? Using

12  approximately 3 to 4 grams, how long did you do

13  it?

14  **A.** From the end of November to the time I

15  was arrested.

16  **Q.** Did that have an effect on you

17  physically?

18  **A.** Yes.

19  **Q.** Did it have an effect on you mentally?

20  **A.** Yes.

21  **Q.** How did it affect you mentally?

22  **A.** I was unstable and became quite mean

23  and was depressed quite a bit.

24  **Q.** And did it affect your memory?

25  **A.** At times, yes.

910

1   **Q.** How did it affect your memory?

2   **A.** The days ran into each other, so time

3   frames -- I do remember general time frames but

4   not to-the-date time frames.

5   **Q.** Do you recall exactly how many times

6   you saw Mr. Sanchez?

7   **A.** Two to three times a week when he was

8   in Idaho.

9   **Q.** And during this time, did you not see

10  Mr. Beltran with him?

11  **A.** Yes, I did.

12  **Q.** How often did you see Mr. Beltran?

13  **A.** The same, two to three times a week.

14  **Q.** Were they always together?

15  **A.** Yes.

16  **Q.** You never saw them apart?

17  **A.** Not unless one of them was out of town.

18  **Q.** It's just a yes-or-no question. Did

19  you ever see them apart?

20  **A.** Yes.

21  **Q.** You did? Okay. So you didn't always

22  see them together; correct?

23  **A.** No.

24  MR. HEINEMAN: Okay. I have no further

25  questions, Your Honor.

911

1   THE COURT: Any other cross? Mr. Borton?

2   MR. BORTON: No, Your Honor.

3   THE COURT: Any redirect?

4   MS. LAMPRECHT: Just one, Your Honor.

5           FURTHER REDIRECT EXAMINATION

6   BY MS. LAMPRECHT:

7   **Q.** When was it that you would see them

8   apart, Ms. Hites?

9   **A.** When one of them would be out of town

10  in Arizona or Mexico.

11  MR. HEINEMAN: Objection. Foundation.

12  THE COURT: Sustained.

13  BY MS. LAMPRECHT:

14  **Q.** How did you know --

15  MS. LAMPRECHT: May I just do a follow-up

16  question?

17  THE COURT: Yes, you may.

18  BY MS. LAMPRECHT:

19  **Q.** How did you know when they were not

20  together that one of them was out of town?

21  **A.** Because it would be in discussion.

22  **Q.** You all talked to each other all the

23  time; right?

24  **A.** Correct.

25  MS. LAMPRECHT: No further questions,

912

1   Your Honor.

2   THE COURT: Anything else, Counsel?

3   MR. HEINEMAN: No, nothing else.

4   THE COURT: You may step down. Thank you

5   very much.

6           Call your next witness.

7   MS. LAMPRECHT: The government's next

8   witness is Patric Campbell.

9   THE COURT: Is that someone who will be

10  available quickly or not so quick?

11  THE MARSHAL: Your Honor, it will take us

12  probably five to eight minutes to get him up here.

13  THE COURT: We're about 15 minutes away from

14  the break, so maybe it would be just as prudent to

15  start with that witness tomorrow morning.

16          Counsel approach just for a moment.

17          (Sidebar commences as follows:)

18  THE COURT: How -- how are we doing,

19  schedule-wise? Are we ahead or behind?

20  MS. LAMPRECHT: We're ahead. I'm sorry. I

21  think we're ahead, Your Honor.

22  THE COURT: Okay. Well, then let's just go

23  ahead and take the break then. It would be

24  helpful if you kind of map out where you think

25  we're going, so...

913

1    MS. LAMPRECHT:  We may be able -- I don't
2  know if we will finish tomorrow, but I think we
3  will finish Friday morning.
4      THE COURT:  Oh, okay.  So we're well ahead.
5  So we will probably -- whatever defense case will
6  be done next week, on Tuesday, so we should be
7  able to submit --
8      MS. LAMPRECHT:  The only problem we might
9  have is if we finish early on Thursday, we -- the
10  chemist is our last witness.  And so we're hoping
11  that he will be here first thing Friday morning,
12  and then we won't get to him before then.
13      THE COURT:  Okay.  There won't be any
14  stipulations on that, as a way to avoid -- I'll
15  leave it up to counsel, in conferring with your
16  client, and obviously I'm not putting any
17  pressure, but I'll leave that up to you.  All
18  right.
19          Let's go ahead and we'll take the
20  recess for the day.
21      MS. LAMPRECHT:  Thank you.
22      MR. HEINEMAN:  Thank you, Your Honor.
23          (Sidebar concluded.)
24      THE COURT:  Ladies and gentlemen, we will
25  take the, I guess, evening, afternoon recess, and

914

1  reconvene tomorrow morning at 8:30.
2          We're apparently at least on, and
3  perhaps ahead, of schedule, so I think that unless
4  things change dramatically, we should be able to
5  get the case submitted to you by the middle of
6  next week.  So I think things are progressing
7  well.  And so from that point of view I don't feel
8  badly about losing 15 minutes of testimony.
9          We do try to stay on schedule.
10  Sometimes it's just unavoidable, and this is one
11  of those examples where we could take ten minutes
12  to get a witness up here and then hear five
13  minutes of testimony and then take a recess, or I
14  think it's more prudent just to take the recess.
15          Now, as we take the recess, again
16  follow my admonition concerning juror conduct.
17  Don't discuss the case among yourselves or with
18  anyone else.  Do not form or express any opinions
19  about the case.
20          Do not talk about what has gone on in
21  the courtroom, even if it does not seem to you to
22  be relevant to the jury's verdict.  Just don't
23  talk about what's gone on in the courtroom.
24          Do not listen to any news accounts, if
25  there are any, about the trial.  Don't consult any

915

1  outside reference materials.  Do not visit any of
2  the locations mentioned in the testimony.
3          Simply put the matter out of your mind,
4  and we'll take this matter up tomorrow morning
5  again at 8:30.
6          We will be in recess until tomorrow
7  morning.
8          (Court recessed at 2:17 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      R E P O R T E R ' S   C E R T I F I C A T E

2

3

4

5           I, Tamara I. Hohenleitner, Official

6    Court Reporter, State of Idaho, do hereby certify:

7           That I am the reporter who transcribed

8    the proceedings had in the above-entitled action

9    in machine shorthand and thereafter the same was

10   reduced into typewriting under my direct

11   supervision; and

12          That the foregoing transcript contains a

13   full, true, and accurate record of the proceedings

14   had in the above and foregoing cause.

15          IN WITNESS WHEREOF, I have hereunto set

16   my hand March 4, 2013.

17

18

19

20                        -s-
     Tamara I. Hohenleitner
21   Official Court Reporter
     CSR No. 619
22

23

24

25

## $

**$1,000** [1] - 676:10
**$100** [1] - 651:10
**$1300** [1] - 745:24
**$1600** [2] - 778:14, 783:24
**$1700** [2] - 798:25, 799:14
**$1850** [3] - 682:4, 694:3, 757:15
**$2,000** [2] - 685:11, 694:5
**$250** [1] - 695:13
**$2500** [1] - 703:8
**$400** [3] - 786:7, 798:19, 798:23
**$5,000** [1] - 742:2
**$50** [1] - 871:19
**$50,000** [1] - 760:6
**$500** [1] - 744:11
**$6,000** [4] - 693:22, 741:15, 760:2, 761:8
**$6700** [1] - 727:14
**$8,000** [1] - 876:24
**$800** [1] - 744:12
**$900** [1] - 695:13

## '

**'05** [3] - 769:5, 770:22, 771:8
**'07** [1] - 771:22
**'09** [1] - 742:9
**'10** [1] - 779:21
**'11** [1] - 772:2
**'12** [1] - 742:9

## 1

**1** [1] - 744:7
**1,000** [1] - 760:4
**10** [12] - 653:6, 653:7, 653:10, 657:18, 659:16, 683:11, 701:18, 756:23, 853:15, 879:12, 881:21, 881:25
**10:00** [1] - 855:14
**12** [2] - 853:17, 878:20
**12-155-S-BLW** [1] - 649:5
**1200** [2] - 900:15, 900:16
**13** [1] - 778:19
**1350** [3] - 778:19, 794:11, 878:20
**14** [1] - 794:11
**14-** [1] - 788:17
**14th** [1] - 797:1

**15** [10] - 701:18, 711:23, 726:17, 775:21, 778:17, 843:19, 851:4, 902:13, 912:13, 914:8
**15-** [1] - 788:16
**15-minute** [2] - 737:8, 851:2
**1500** [1] - 746:7
**15th** [21] - 685:12, 722:10, 723:14, 723:18, 728:6, 728:9, 728:19, 728:23, 733:25, 734:2, 734:3, 734:11, 734:23, 739:13, 743:18, 756:11, 760:23, 764:2, 764:12, 839:18, 854:17
**16** [3] - 649:2, 783:22, 798:25
**16-** [1] - 778:17
**1600** [5] - 746:7, 784:6, 784:7, 784:10, 788:16
**16th** [4] - 704:20, 704:24, 723:5, 841:11
**17th** [2] - 733:11, 733:14
**18** [1] - 685:11
**19** [2] - 768:13, 832:17
**1986** [2] - 762:25, 763:10
**1st** [5] - 747:12, 747:14, 747:17, 774:13, 774:14

## 2

**2** [6] - 699:22, 700:19, 727:23, 744:11, 746:9, 876:2
**2,000** [4] - 676:10, 759:16, 759:18, 760:5
**2,500** [1] - 763:21
**20** [2] - 679:7, 838:1
**20-inch** [1] - 801:13
**200** [1] - 744:14
**2003** [2] - 720:10, 801:10
**2004** [3] - 720:12, 720:13, 767:25
**2005** [1] - 736:3
**2006** [5] - 719:18, 736:6, 736:8, 753:1, 753:3, 754:12

**2007** [3] - 719:18, 720:4
**2008** [1] - 719:17
**2009** [1] - 742:7
**2010** [4] - 652:13, 732:13, 883:7, 883:25
**2011** [29] - 657:3, 657:8, 660:9, 731:21, 732:13, 732:21, 735:23, 747:14, 747:17, 772:2, 773:7, 777:11, 777:12, 778:10, 779:3, 780:8, 780:11, 782:5, 782:13, 869:3, 869:18, 869:19, 869:24, 870:1, 871:8, 871:12, 871:21, 873:19, 905:9
**2012** [64] - 657:3, 657:9, 658:1, 663:7, 666:14, 666:24, 669:20, 670:9, 670:14, 676:15, 677:16, 677:24, 697:25, 716:3, 729:14, 729:15, 729:17, 730:3, 730:5, 730:8, 735:23, 739:12, 740:8, 741:23, 742:3, 743:13, 764:2, 773:8, 774:15, 778:10, 779:4, 783:18, 783:19, 784:16, 789:2, 794:22, 795:21, 797:1, 814:19, 815:11, 815:18, 815:24, 818:4, 818:8, 829:1, 829:14, 830:7, 830:11, 830:16, 831:2, 831:11, 831:18, 831:19, 839:18, 839:19, 854:18, 869:18, 877:17, 880:13, 881:20, 881:23, 899:21, 904:13, 905:9
**2013** [1] - 649:2
**22** [3] - 651:13, 904:18, 907:17
**23rd** [6] - 810:24, 812:17, 813:9, 813:11, 813:13,

821:10
**24th** [1] - 742:7
**25** [1] - 745:19
**250** [1] - 696:23
**26** [2] - 760:5, 760:6
**27** [2] - 702:1, 702:4
**27th** [1] - 906:21
**28th** [2] - 792:15, 806:15
**29th** [2] - 792:15, 806:15
**2:00** [1] - 701:21, 722:11, 874:2, 876:8
**2:17** [1] - 915:8

## 3

**3** [7] - 763:3, 786:1, 798:22, 864:11, 864:14, 909:3, 909:12
**30** [6] - 722:1, 730:25, 862:6, 862:7, 862:16, 862:17
**30-year** [1] - 722:6
**30th** [1] - 806:15
**31st** [3] - 774:14, 821:10, 821:25
**35** [1] - 843:5
**37** [3] - 770:15, 858:16, 869:11
**38** [1] - 796:3
**39** [3] - 663:17, 845:23, 880:17
**3:00** [2] - 806:6, 841:3
**3:05** [1] - 722:13

## 4

**4** [5] - 683:9, 744:2, 872:17, 909:3, 909:12
**40** [5] - 671:8, 671:14, 671:19, 671:21, 895:7
**41** [3] - 660:24, 796:10, 870:4
**41A** [6] - 661:10, 662:2, 662:10, 795:4, 796:13, 870:14
**42** [2] - 677:5, 779:8
**42.3** [1] - 848:9
**43** [2] - 677:12, 780:2
**450** [1] - 696:23
**46** [8] - 686:22, 687:7, 687:11, 687:19, 863:13, 863:20, 863:21, 863:24
**47** [2] - 863:17, 865:7,

865:10, 865:19, 865:25, 866:2
**475** [1] - 783:20
**48** [6] - 846:10, 849:2, 849:8, 849:14, 849:15, 849:23
**4:00** [2] - 806:6

## 5

**5** [3] - 696:23, 744:11, 874:8
**50** [5] - 695:24, 696:5, 696:16, 745:19, 746:10
**50/50** [2] - 744:17, 744:19
**500** [5] - 695:13, 744:14, 783:20
**51** [3] - 667:2, 786:24, 887:6
**52** [3] - 855:8, 855:16, 856:7
**55** [1] - 802:11
**5:00** [1] - 806:6
**5th** [1] - 809:20

## 6

**6** [3] - 654:10, 744:2, 882:7
**61** [1] - 775:13
**67** [1] - 721:11
**68** [5] - 901:23, 902:4, 902:9, 902:11, 902:14
**69** [5] - 775:2, 775:7, 775:15, 775:17, 775:21

## 7

**7** [2] - 807:24, 876:24
**700** [1] - 665:11
**73** [5] - 707:16, 707:23, 710:14, 711:18, 711:19
**73A** [6] - 707:13, 707:24, 708:3, 708:4, 710:14, 711:19
**75** [1] - 819:6
**750** [1] - 665:11

## 8

**8** [1] - 721:21
**80** [1] - 819:6
**800** [3] - 744:14, 784:8, 888:16

**801(d)(2)(E** [1] - 883:18

**804** [3] - 677:3, 677:13, 732:12

**8:30** [2] - 914:1, 915:5

## 9

**911** [1] - 841:7
**95** [2] - 841:12, 843:14

## A

**a.m** [2] - 855:14, 874:2
**ability** [10] - 737:20, 738:5, 816:20, 817:20, 827:11, 829:11, 829:18, 829:21, 829:23, 831:18
**able** [9] - 706:16, 706:19, 737:22, 854:1, 858:5, 858:11, 913:1, 913:7, 914:4
**absent** [2] - 737:16, 769:11
**abuse** [1] - 743:5
**academy** [2] - 853:14, 853:16
**Academy** [1] - 763:17
**access** [2] - 843:23, 864:18
**accident** [1] - 679:12
**accommodate** [1] - 765:25
**accounts** [1] - 914:24
**accuracy** [1] - 708:21
**accurate** [4] - 694:21, 707:4, 707:15, 709:8
**accurately** [1] - 707:19
**acetone** [4] - 787:13, 788:3, 788:4, 788:5
**acknowledge** [1] - 724:3
**acquired** [1] - 727:22
**acronym** [1] - 852:8
**acronyms** [1] - 852:5
**act** [1] - 729:10
**acted** [1] - 840:15
**acting** [3] - 757:21, 806:20, 861:3
**action** [2] - 819:7, 819:13
**activities** [5] - 726:8, 830:14, 831:2, 831:11, 906:10
**acts** [1] - 735:9
**Ada** [4] - 715:11,

773:1, 807:23, 819:19
**addict** [2] - 758:19, 759:8
**addicted** [1] - 751:24
**addiction** [2] - 751:22, 751:24
**addictive** [1] - 752:1
**addicts** [2] - 758:23, 759:1
**addition** [1] - 763:23
**address** [1] - 714:18
**addressed** [2] - 719:9, 829:15
**admit** [1] - 710:14
**admitted** [31] - 651:14, 660:25, 661:2, 662:8, 662:10, 671:19, 671:21, 677:7, 687:18, 687:19, 696:6, 702:3, 702:4, 708:12, 708:13, 710:15, 711:18, 770:16, 775:15, 775:17, 779:9, 849:14, 849:15, 849:23, 863:20, 865:8, 865:25, 866:2, 867:5, 902:10, 902:11
**admitted/published** [1] - 696:16
**admonish** [1] - 737:9, 766:3, 851:6
**admonition** [2] - 711:10, 914:16
**advance** [1] - 710:9
**advanced** [1] - 853:16
**advised** [3] - 841:6, 854:22, 855:2
**affect** [3] - 909:21, 909:24, 910:1
**affected** [2] - 831:8, 831:9
**affects** [1] - 831:7
**afraid** [1] - 905:22
**aftercare** [1] - 743:8
**afternoon** [3] - 700:9, 904:10, 913:25
**afterwards** [2] - 692:24, 728:18
**ago** [11] - 730:22, 730:25, 734:16, 744:18, 815:4, 816:2, 827:25, 828:12, 829:9, 868:21, 868:22
**agree** [2] - 700:17, 902:21

**agreed** [2] - 689:4, 776:10
**agreement** [13] - 721:7, 721:12, 721:17, 721:22, 721:24, 724:25, 774:24, 775:5, 776:9, 833:1, 902:2, 902:20, 902:24
**ahead** [17] - 658:13, 664:10, 711:15, 726:10, 726:22, 838:2, 840:18, 850:25, 862:13, 885:13, 912:19, 912:20, 912:21, 912:23, 913:4, 913:19, 914:3
**ahold** [2] - 805:2, 907:20
**aid** [2] - 710:17, 710:23
**alcohol** [1] - 854:14
**allegedly** [1] - 841:19
**Allen** [1] - 649:7
**alley** [1] - 691:24
**allow** [4] - 711:8, 711:15, 713:20, 828:21
**allowed** [1] - 725:18
**almost** [3] - 659:17, 669:24, 797:23
**Amanda** [1] - 716:24
**AMBER** [2] - 867:21, 868:1
**Amber** [20] - 654:2, 657:25, 659:8, 659:23, 669:21, 670:3, 697:24, 698:3, 705:12, 712:12, 714:3, 735:19, 795:22, 795:23, 796:5, 796:6, 833:8, 867:9, 867:10, 868:1
**amended** [1] - 772:13
**amends** [1] - 749:15
**America** [1] - 649:5
**amount** [2] - 700:18, 784:4, 876:22, 887:17, 890:17, 893:16, 899:18, 900:17
**amounts** [4] - 695:14, 695:19, 794:4, 833:12
**Amy** [48] - 676:21, 676:24, 677:2, 677:9, 677:11, 677:18, 677:25,

678:9, 678:24, 680:14, 680:18, 680:24, 683:6, 683:18, 684:8, 689:25, 690:3, 728:1, 728:8, 728:11, 728:16, 728:20, 728:21, 728:24, 729:3, 729:10, 729:13, 730:2, 730:6, 731:4, 731:5, 732:19, 733:12, 733:20, 734:3, 739:13, 758:1, 758:2, 779:14, 794:23, 795:1, 797:12, 798:8, 798:9, 798:10, 833:5, 907:19
**Amy's** [6] - 682:15, 682:21, 690:21, 780:6, 797:3, 797:5
**announce** [1] - 851:15
**answer** [8] - 657:5, 731:8, 780:20, 828:4, 829:20, 832:5, 832:6, 882:17
**answered** [2] - 736:17, 761:12
**anytime** [1] - 908:21
**anyways** [1] - 690:14
**apart** [3] - 910:16, 910:19, 911:8
**apartment** [15] - 660:21, 661:22, 661:24, 662:13, 662:23, 795:8, 795:10, 795:20, 796:12, 796:16, 870:19, 870:23, 871:5, 895:15, 895:17
**apologize** [6] - 734:2, 821:12, 830:6, 832:8, 862:9, 867:15
**Applebee's** [1] - 700:5
**appreciate** [1] - 730:25
**appreciated** [1] - 851:5
**apprehend** [1] - 855:21
**approach** [4] - 708:25, 724:20, 724:21, 912:16
**approached** [2] - 856:14, 875:7
**April** [26] - 663:7, 664:3, 665:6,

666:24, 667:19, 670:2, 670:9, 670:13, 671:2, 676:4, 676:14, 676:16, 676:17, 677:15, 742:7, 779:6, 792:18, 793:18, 793:21, 794:22, 795:21, 796:20, 886:18, 887:18, 888:7, 891:5
**area** [5] - 713:21, 793:2, 844:13, 844:14, 855:19
**areas** [2] - 853:1
**argument** [2] - 726:4, 799:24
**Arizona** [3] - 880:4, 883:1, 911:10
**armed** [1] - 855:1
**arms** [1] - 857:20
**army** [1] - 769:8
**Army** [3] - 770:2, 770:6, 832:17
**arrange** [3] - 689:17, 699:20, 700:3
**arranged** [1] - 679:13
**arrangement** [1] - 690:15
**arrangements** [3] - 676:15, 690:13, 799:1
**arranging** [1] - 727:24
**arrest** [13] - 716:1, 722:17, 723:17, 728:5, 733:25, 734:1, 734:12, 736:10, 756:10, 809:11, 809:13, 820:20, 821:2
**arrested** [63] - 682:10, 682:13, 684:10, 688:14, 688:15, 688:17, 688:20, 705:2, 705:4, 705:8, 706:12, 713:5, 715:3, 722:10, 723:10, 723:12, 723:14, 727:9, 727:10, 736:2, 740:3, 743:18, 748:20, 749:3, 750:19, 753:6, 753:11, 754:12, 757:4, 760:22, 761:9, 772:8, 772:23, 772:25, 773:20, 774:13, 778:8, 792:8, 807:10, 810:6,

820:12, 821:8, 821:13, 821:17, 821:18, 821:20, 821:24, 822:3, 823:5, 823:9, 823:11, 837:11, 858:3, 900:4, 900:14, 901:1, 901:11, 903:15, 906:19, 907:19, 907:23, 908:23, 909:15

**arrived** [3] - 844:11, 856:15, 857:9

**ARs** [1] - 807:1

**asleep** [5] - 792:13, 792:14, 806:4, 806:10, 816:15

**assigned** [1] - 852:25

**assist** [2] - 736:23, 857:10

**assistance** [4] - 721:18, 724:8, 776:13, 902:24

**assisted** [1] - 905:17

**assisting** [6] - 723:6, 726:14, 764:2, 764:6, 844:10, 853:1

**associate** [1] - 727:2

**associated** [1] - 904:12

**associates** [1] - 861:10

**associating** [1] - 777:13

**assume** [5] - 709:17, 725:5, 837:15, 838:3, 860:21

**ate** [1] - 678:5

**attempted** [1] - 842:11

**attend** [1] - 853:14

**attended** [2] - 853:13, 853:16

**attention** [10] - 650:3, 652:11, 738:20, 764:2, 777:11, 797:1, 825:1, 839:18, 854:17, 899:20

**attic** [14] - 807:3, 821:15, 822:5, 822:7, 822:10, 822:15, 822:23, 822:24, 823:1, 823:3, 823:6, 826:6, 826:8, 826:10

**attitude** [1] - 771:11

**attorney** [1] - 666:4

**audio** [2] - 696:10, 708:17

**August** [3] - 747:12, 747:14, 747:17

**available** [4] - 696:12, 838:4, 851:4, 912:10

**average** [1] - 744:3

**avoid** [6] - 722:6, 741:3, 818:23, 819:8, 820:7, 913:14

**awake** [1] - 836:12

**aware** [7] - 656:19, 721:25, 728:23, 741:10, 822:2, 823:10, 904:13

**AWOL** [3] - 769:11, 769:13, 832:20

## B

**backpack** [10] - 690:22, 691:2, 691:23, 692:3, 692:15, 692:17, 693:1, 764:24, 764:25, 765:8

**backup** [2] - 856:15, 857:9

**bad** [1] - 806:5

**badly** [1] - 914:8

**bag** [22] - 687:23, 691:16, 691:19, 801:6, 803:19, 847:9, 847:11, 847:15, 847:16, 847:19, 848:12, 862:19, 862:21, 862:24, 864:8, 864:23, 866:9, 890:15, 890:18, 896:21, 896:23

**bagged** [1] - 896:20

**baggie** [3] - 845:9, 848:5

**baggies** [4] - 703:14, 703:15, 801:5, 845:11

**bags** [14] - 691:9, 691:10, 691:12, 803:4, 835:16, 864:3, 864:5, 864:22, 865:14, 890:6, 890:7, 890:12, 893:5, 896:22

**bald** [1] - 783:9

**ball** [6] - 886:23, 887:1, 887:17, 893:11, 893:16, 894:5

**balls** [3] - 886:24, 887:17, 893:12

**Bar** [4] - 740:9, 873:17, 875:18, 875:20

**bar** [6] - 740:17, 740:20, 873:16, 873:25, 874:15, 875:3

**barely** [3] - 805:3, 834:25, 836:12

**based** [7] - 685:3, 742:19, 784:10, 841:10, 842:12, 860:4, 893:8

**basement** [1] - 786:16

**basic** [1] - 853:14

**basis** [4] - 656:9, 705:24, 725:23, 756:20

**bathroom** [5] - 662:19, 861:24, 862:3, 862:20, 864:1

**bead** [4] - 890:12, 890:15, 890:18, 896:23

**beading** [1] - 890:6

**bears** [1] - 713:16

**became** [3] - 725:3, 768:10, 909:22

**become** [3] - 741:10, 782:25, 823:10

**bedroom** [4] - 662:22, 691:6, 835:11, 871:6

**bedrooms** [1] - 690:18

**Beehive** [3] - 655:23, 656:1, 656:3

**began** [2] - 722:13, 856:8

**begin** [1] - 908:9

**beginning** [11] - 711:22, 720:8, 732:14, 769:4, 781:16, 872:14, 878:15, 878:16, 881:20, 881:23, 881:24

**behalf** [1] - 723:24

**behind** [6] - 794:24, 811:14, 855:20, 856:2, 856:5, 912:19

**beige** [1] - 666:6

**belonged** [2] - 662:13, 884:9

**below** [2] - 783:23

**Beltran** [35] - 652:22, 654:3, 654:18, 654:24, 666:15, 667:22, 667:24, 668:8, 669:1, 669:7, 669:10, 683:14, 693:20, 694:11,

698:10, 698:12, 699:3, 701:15, 703:10, 715:13, 727:2, 727:8, 727:14, 727:25, 741:11, 741:23, 743:13, 743:21, 743:22, 746:1, 747:3, 749:24, 760:8, 910:10, 910:12

**Ben** [112] - 764:10, 764:11, 764:19, 764:20, 777:14, 777:16, 778:3, 778:12, 778:15, 778:20, 779:1, 780:6, 780:8, 781:10, 781:20, 781:24, 782:4, 784:16, 787:16, 791:22, 792:21, 793:10, 793:13, 793:19, 794:21, 795:22, 795:24, 796:16, 797:3, 797:5, 797:10, 797:24, 797:25, 798:10, 799:2, 799:13, 799:18, 799:21, 803:9, 803:15, 809:3, 811:10, 833:5, 833:13, 833:18, 834:13, 869:9, 869:15, 869:16, 870:2, 870:20, 871:20, 874:4, 874:16, 874:24, 875:6, 875:15, 876:17, 877:2, 877:3, 877:5, 877:14, 877:18, 878:12, 879:1, 879:12, 879:20, 879:21, 880:5, 880:12, 881:1, 882:21, 883:2, 884:4, 884:5, 884:20, 885:2, 885:15, 885:24, 886:2, 886:6, 886:7, 886:9, 886:12, 887:15, 887:22, 888:3, 889:5, 889:22, 891:19, 891:22, 893:13, 895:2, 895:14, 896:11, 897:19, 899:22, 900:2, 900:7, 900:14,

900:20, 900:23, 901:1, 901:5, 901:6, 901:12, 904:11, 905:17, 907:1, 907:16, 908:10

**Ben's** [9] - 779:16, 794:20, 803:7, 803:10, 883:7, 883:25, 884:1, 884:11, 893:8

**bench** [1] - 724:20

**benefit** [6] - 721:18, 776:16, 776:19, 777:1, 903:4, 903:12

**BENJAMINE** [1] - 649:20

**Benjamine** [3] - 770:19, 770:20, 858:14

**Berglund** [3] - 750:5, 760:14, 823:25

**BERGLUND** [24] - 662:5, 671:16, 687:16, 696:2, 708:8, 725:10, 750:6, 750:8, 751:10, 760:15, 762:2, 765:15, 775:10, 812:10, 823:23, 824:2, 827:17, 849:11, 850:13, 865:22, 866:22, 902:6, 904:3, 904:5

**best** [2] - 827:11, 829:21

**between** [21] - 657:8, 658:1, 666:4, 666:13, 692:18, 701:21, 711:1, 713:17, 720:4, 745:18, 760:3, 760:6, 761:19, 773:18, 784:15, 791:16, 795:16, 871:4, 877:2, 881:10, 885:21

**beyond** [1] - 813:4

**big** [5] - 738:20, 807:7, 890:9, 893:4, 895:17

**bigger** [2] - 803:17, 880:12

**bills** [3] - 674:19, 751:22, 751:23

**Billy** [2] - 716:20, 718:7

**bit** [17] - 665:17, 685:24, 713:8, 724:4, 729:24, 754:15, 769:17,

774:18, 804:17,
812:15, 822:18,
836:14, 848:5,
876:21, 877:15,
900:19, 909:23
**black** [2] - 855:3,
855:15
**bloodshot** [2] -
857:17, 858:25
**blue** [2] - 801:5, 846:4
**body** [2] - 857:22,
860:19
**body's** [1] - 816:20
**boil** [2] - 673:11,
673:13
**bond** [1] - 800:22
**bonded** [1] - 773:1
**bong** [2] - 835:23,
836:17
**bongs** [1] - 835:21
**booking** [2] - 823:15,
823:16
**boot** [1] - 769:10
**border** [1] - 841:8
**borrowed** [1] - 855:6
**borrowing** [1] - 653:1
**Borton** [17] - 708:9,
715:21, 725:7,
726:22, 731:15,
739:7, 742:22,
752:23, 758:11,
812:12, 813:5,
822:16, 827:19,
828:21, 828:23,
907:8, 911:1
**BORTON** [73] - 662:6,
663:23, 664:5,
671:17, 671:25,
687:14, 692:7,
696:4, 708:10,
715:20, 715:23,
725:8, 726:23,
726:24, 729:22,
729:25, 730:1,
731:7, 731:18,
731:19, 733:15,
733:18, 735:13,
737:5, 739:9,
739:10, 741:20,
742:23, 742:25,
745:9, 752:8,
758:12, 761:25,
765:16, 775:11,
812:11, 812:14,
812:25, 813:7,
817:18, 822:17,
822:20, 822:21,
823:1, 823:2,
823:21, 825:7,
827:18, 827:21,

828:10, 828:24,
828:25, 831:10,
832:11, 836:6,
837:17, 840:12,
849:13, 850:14,
865:23, 866:23,
885:8, 888:10,
892:11, 892:18,
892:20, 893:20,
902:7, 904:6, 904:9,
907:3, 908:3, 911:2
**bothered** [1] - 834:22
**bottom** [2] - 866:9,
866:11
**bought** [2] - 653:15,
836:16
**bounced** [4] - 658:6,
658:7, 658:15,
804:17
**bowl** [1] - 774:10
**Brad** [1] - 717:24
**brain** [1] - 817:9
**branch** [1] - 769:6
**break** [8] - 712:20,
726:18, 737:2,
737:6, 851:1, 851:2,
912:14, 912:23
**Brian** [2] - 717:18,
718:6
**bridge** [2] - 844:8,
844:9
**brief** [1] - 844:6
**briefly** [4] - 758:14,
760:17, 827:18,
904:6
**bring** [6] - 673:10,
673:13, 700:18,
725:19, 739:21,
799:6
**bringing** [1] - 724:25
**broke** [2] - 732:16,
733:4
**broken** [1] - 848:18
**brother** [3] - 874:5,
875:25, 883:22
**brought** [3] - 698:4,
770:25, 830:23
**brown** [1] - 783:9
**brush** [1] - 843:25
**bucks** [1] - 786:10
**building** [1] - 876:3
**bunch** [3] - 802:12,
807:9, 903:10
**business** [5] - 655:3,
659:9, 792:1,
808:22, 889:23
**buy** [15] - 665:18,
698:19, 698:21,
699:22, 699:24,
700:3, 700:25,

701:2, 704:21,
755:18, 771:2,
778:15, 781:24,
793:18, 891:2
**buying** [15] - 650:17,
656:7, 657:2, 665:5,
665:17, 665:23,
746:20, 756:18,
759:20, 778:20,
778:24, 779:4,
793:21, 794:1,
886:21
**BY** [92] - 649:24,
651:17, 654:11,
655:19, 656:11,
657:7, 658:12,
661:3, 662:11,
664:1, 664:11,
666:11, 667:5,
671:22, 672:4,
677:10, 687:25,
692:12, 696:17,
702:6, 706:8,
711:20, 712:23,
713:24, 715:23,
726:24, 730:1,
731:19, 733:18,
735:13, 739:10,
741:20, 742:25,
745:15, 750:8,
751:14, 752:11,
755:25, 756:8,
758:18, 759:13,
760:19, 761:16,
762:19, 767:1,
775:19, 780:21,
780:25, 783:14,
784:1, 812:14,
813:7, 817:18,
822:21, 823:2,
824:2, 824:16,
825:9, 825:13,
827:21, 828:10,
828:25, 831:10,
832:15, 836:9,
838:24, 840:25,
849:24, 852:17,
862:15, 863:22,
866:3, 868:5, 871:2,
872:7, 873:15,
881:19, 882:22,
883:10, 883:20,
885:14, 888:14,
892:13, 892:25,
893:23, 902:12,
904:9, 907:15,
908:8, 911:6,
911:13, 911:18

# C

**Caldwell** [3] - 700:4,
792:9, 901:10
**caller** [1] - 712:4
**calming** [2] - 837:6,
837:7
**Camacho** [1] - 718:1
**camp** [1] - 769:11
**Campbell** [21] -
670:10, 671:6,
671:12, 671:23,
672:8, 672:11,
672:16, 674:6,
674:21, 674:22,
675:2, 675:4, 675:7,
675:15, 676:1,
706:4, 895:5,
895:12, 895:20,
912:8
**canister** [1] - 865:15
**cannot** [2] - 831:22,
862:9
**capacity** [2] - 724:4,
728:2
**car** [49] - 650:11,
652:12, 652:14,
655:5, 655:10,
668:2, 680:5,
681:17, 685:2,
685:15, 685:19,
685:23, 686:11,
686:16, 688:2,
701:8, 701:22,
702:19, 727:23,
734:13, 735:3,
797:17, 797:19,
800:5, 800:7,
800:21, 801:9,
802:15, 803:5,
804:18, 808:9,
808:10, 836:21,
842:4, 842:9, 843:1,
844:7, 845:1, 845:4,
846:8, 855:6,
855:22, 855:23,
856:9, 856:17,
859:16, 860:6,
883:5, 883:23
**card** [2] - 845:20,
858:8
**care** [2] - 768:7,
798:15
**career** [1] - 854:12
**careful** [1] - 726:19
**carefully** [2] - 696:10,
813:2
**carry** [3] - 888:21,
904:21, 904:23
**carrying** [1] - 688:7

**cars** [5] - 652:16,
653:4, 653:19,
654:18, 655:7
**Case** [1] - 649:5
**case** [29] - 715:5,
715:6, 719:13,
719:15, 721:8,
725:18, 736:14,
737:9, 737:11,
738:8, 750:20,
766:4, 766:6,
772:24, 773:3,
774:18, 774:19,
807:11, 810:6,
810:7, 813:18,
851:7, 901:11,
901:20, 903:24,
913:5, 914:5,
914:17, 914:19
**cat** [1] - 810:10
**category** [1] - 854:4
**caught** [4] - 714:4,
714:21, 804:3, 826:7
**caused** [1] - 885:6
**Cavazos** [11] - 676:21,
677:9, 677:18,
677:25, 689:25,
728:1, 731:20,
733:20, 739:14,
779:14, 833:5
**cavity** [4] - 861:4,
861:11, 861:15,
861:20
**cell** [5] - 711:24,
751:1, 755:12,
802:25, 811:20
**cellophane** [1] -
703:18
**center** [3] - 703:23,
845:21, 857:3
**central** [2] - 857:23,
859:3
**certain** [6] - 759:1,
817:12, 817:21,
818:16, 831:19
**certainly** [1] - 710:6
**certificate** [1] - 763:16
**chance** [4] - 664:8,
709:23, 710:9, 725:5
**chances** [1] - 752:5
**change** [8] - 664:19,
676:15, 751:7,
791:16, 812:5,
885:22, 887:18,
914:4
**changed** [8] - 654:18,
655:24, 794:18,
794:19, 872:15,
885:19, 903:9,
903:14

changing [1] - 653:4
Chapman [4] - 675:24, 716:14, 808:4, 808:5
characterize [1] - 904:25
charge [8] - 665:9, 719:13, 719:22, 761:20, 772:11, 778:12, 784:8, 807:14
charged [4] - 719:19, 784:7, 899:12, 901:20
Charger [1] - 855:25
charges [3] - 736:3, 772:14, 772:17
charging [1] - 650:21
chase [7] - 685:1, 802:23, 804:21, 819:4, 834:12, 835:2, 843:17
chased [5] - 800:3, 841:15, 841:18, 841:19, 854:24
chases [1] - 818:22
chat [1] - 725:6
Che [66] - 652:8, 652:14, 652:22, 652:25, 653:15, 655:3, 655:21, 656:6, 656:13, 666:15, 674:12, 674:13, 674:14, 676:4, 677:22, 677:25, 693:20, 700:15, 706:5, 706:9, 707:5, 707:10, 712:7, 713:6, 713:10, 714:10, 714:25, 750:23, 755:16, 756:19, 757:4, 757:10, 761:15, 761:17, 761:18, 761:19, 761:21, 872:15, 872:24, 872:25, 873:12, 874:5, 874:17, 874:22, 874:23, 875:14, 875:25, 876:10, 876:17, 876:20, 876:23, 877:2, 877:4, 877:5, 877:24, 878:4, 878:7, 879:1, 879:7, 879:23, 880:3, 880:6, 884:8, 884:9, 884:18, 888:6
Che's [4] - 875:21, 876:5, 876:6, 884:10

cheaper [3] - 664:23, 665:13, 665:16
cheated [1] - 906:3
cheating [1] - 759:4
checked [1] - 854:21
chemist [1] - 913:10
chick's [1] - 836:20
child [2] - 891:14, 891:15
children [1] - 733:9
Chris [1] - 718:1
circle [5] - 662:18, 775:25, 795:11, 870:22, 902:18
circled [1] - 871:4
circling [1] - 800:2
circumstance [2] - 710:11, 737:21
circumstances [4] - 652:23, 668:4, 679:21, 711:5
cities [1] - 853:2
claim [1] - 745:2
clarify [2] - 822:18, 852:9
clarity [2] - 745:16, 882:16
clean [5] - 806:19, 835:10, 836:3, 836:18, 836:22
cleaning [1] - 754:7
clear [9] - 709:22, 748:13, 832:9, 862:18, 862:21, 864:3, 864:22, 865:14, 866:8
cleared [3] - 759:15, 844:12, 844:15
clearly [2] - 742:21, 817:12
clerk [4] - 725:21, 838:8, 851:20, 867:19
CLERK [7] - 649:4, 762:13, 766:19, 838:14, 838:18, 851:24, 867:24
Clevenger [8] - 658:23, 674:23, 674:25, 675:3, 675:25, 716:10, 719:1, 794:24
client [4] - 725:2, 725:6, 738:23, 913:16
clientele [1] - 785:17
clients [1] - 746:15
close [4] - 744:19, 873:23, 873:24, 873:25

closed [1] - 875:18
closer [1] - 769:19
closet [3] - 661:23, 662:21, 871:6
closing [1] - 873:24
clothes [1] - 860:18
cluttered [2] - 835:20, 835:21
CNS [1] - 857:23
Coblentz [17] - 658:21, 660:3, 660:4, 660:19, 661:8, 662:14, 663:5, 670:11, 674:17, 716:16, 735:15, 869:9, 870:2, 870:9, 889:4, 889:17, 895:24
Coblentz's [4] - 661:25, 889:9, 891:6, 895:15
cocaine [1] - 857:24
coconspirator [1] - 715:10
coconspirators [1] - 706:1
codefendants [2] - 705:1, 715:4
Cody [7] - 800:1, 800:19, 801:14, 840:2, 840:3, 841:19
coffee [1] - 788:3
cold [2] - 803:25, 804:1
Coleman [8] - 682:18, 683:2, 683:23, 684:17, 684:23, 697:13, 719:5, 757:12
collaborate [1] - 808:1
collect [11] - 659:18, 669:13, 672:10, 672:22, 675:22, 694:17, 753:19, 757:9, 890:3, 896:4, 900:21
collected [5] - 675:18, 888:24, 888:25, 889:1, 896:1
collecting [2] - 672:12, 887:23
colleges [1] - 903:20
color [2] - 685:21, 801:11
coming [2] - 750:20, 807:2, 819:24
commences [3] - 709:1, 724:22, 912:17
comment [1] - 852:4

comments [1] - 744:21
committed [2] - 749:6, 749:8
common [2] - 852:5, 897:6
communicate [2] - 737:22, 738:5
Communication [1] - 768:5
communication [1] - 713:16
compared [2] - 681:17, 681:18
complete [6] - 743:3, 762:13, 766:19, 838:14, 851:24, 867:24
completed [2] - 742:7, 771:23
completely [1] - 738:7
complex [1] - 870:19
complied [9] - 687:24, 734:8, 734:20, 776:1, 795:12, 795:14, 842:19, 871:1, 902:19
comply [1] - 729:10
component [1] - 721:16
compromising [1] - 759:5
concealed [1] - 688:12
concerning [2] - 831:11, 914:16
concluded [3] - 710:12, 726:12, 913:23
condition [2] - 850:7, 860:5
conduct [2] - 736:14, 914:16
confer [2] - 725:2, 907:8
conferring [2] - 738:22, 913:15
confirmed [2] - 724:24, 875:15
confused [1] - 832:10
confusing [1] - 852:6
conjunction [1] - 698:14
connection [2] - 771:14, 810:6
consistent [4] - 857:20, 857:22, 859:2, 862:22
consistently [3] - 760:7, 760:9, 908:20

console [4] - 703:23, 704:8, 845:21, 857:4
conspiracy [4] - 704:23, 720:10, 774:20, 901:18
consult [1] - 914:25
contact [2] - 861:6, 861:13
contacted [1] - 907:19
contacts [1] - 840:4
contained [1] - 862:21
container [2] - 687:4, 734:25
containing [1] - 691:19
contents [1] - 765:6
continue [3] - 663:3, 677:19, 677:21, 751:20, 789:9, 879:11, 889:22, 909:8
continued [5] - 781:24, 818:3, 868:19, 875:16, 891:19
CONTINUED [1] - 649:23
contraband [2] - 860:20, 861:10
controlled [5] - 719:16, 720:11, 755:18, 854:14, 854:15
conversation [35] - 653:4, 694:19, 694:22, 695:1, 698:6, 700:10, 705:14, 705:18, 706:17, 706:20, 706:24, 707:2, 707:5, 707:9, 707:16, 707:17, 708:1, 708:6, 711:22, 712:7, 712:25, 713:18, 740:2, 754:16, 767:7, 807:22, 809:15, 811:16, 812:5, 874:19, 876:21, 877:2, 883:12, 886:1, 886:4
conversations [6] - 704:21, 715:25, 837:10, 885:21, 888:18, 900:22
convicted [5] - 736:2, 754:13, 771:14, 771:17, 771:21
conviction [3] - 719:14, 721:1,

755:10
**convictions** [2] - 748:2, 832:23
**cooperate** [4] - 756:10, 776:10, 902:21, 903:13
**cooperating** [1] - 757:18
**cooperation** [6] - 776:12, 776:17, 902:23, 903:2, 903:5, 903:8
**cops** [9] - 724:10, 800:15, 800:20, 806:22, 813:25, 820:25, 821:7, 826:20, 826:21
**copy** [1] - 849:21
**corner** [2] - 795:8, 862:6
**correct** [65] - 651:1, 660:10, 674:4, 678:8, 698:25, 705:8, 716:5, 719:21, 721:8, 721:9, 721:14, 722:2, 722:3, 722:11, 722:12, 723:4, 723:8, 723:15, 723:20, 727:2, 727:3, 727:6, 727:15, 727:20, 728:2, 734:13, 739:15, 739:16, 740:12, 744:5, 744:15, 745:19, 745:20, 746:10, 747:3, 748:5, 749:2, 749:9, 749:10, 749:25, 753:7, 753:10, 757:2, 758:20, 758:21, 759:21, 759:22, 760:24, 763:24, 763:25, 783:18, 815:1, 816:1, 818:4, 820:17, 820:20, 821:9, 821:14, 822:15, 826:3, 832:21, 833:3, 849:17, 863:21, 910:22
**Correct** [21] - 665:4, 673:18, 673:22, 674:5, 703:20, 716:23, 721:15, 722:7, 722:15, 728:7, 732:18, 734:14, 740:6, 740:10, 740:13,

744:25, 745:8, 747:4, 753:8, 758:24, 911:24
**correctly** [2] - 744:13, 838:10
**Counsel** [8] - 708:7, 713:20, 725:14, 761:24, 827:16, 883:19, 908:2, 912:2
**counsel** [17] - 664:8, 689:8, 724:23, 725:20, 726:4, 726:10, 726:13, 737:1, 737:15, 737:18, 738:2, 738:13, 742:20, 783:18, 852:3, 912:16, 913:15
**counsel's** [3] - 731:8, 738:22, 813:3
**count** [2] - 752:15, 888:25
**counties** [1] - 853:1
**country** [1] - 804:6
**county** [1] - 843:15
**County** [16] - 688:21, 688:25, 715:11, 720:23, 764:14, 767:15, 773:1, 807:15, 807:23, 819:19, 839:16, 852:22, 855:9, 857:9, 859:9, 859:17
**couple** [13] - 658:16, 661:17, 670:15, 691:9, 718:12, 804:14, 868:22, 892:6, 893:11, 896:6, 896:8, 904:11
**course** [3] - 816:18, 818:25, 829:12
**court** [6] - 649:4, 712:14, 715:15, 810:17, 811:22
**Court** [1] - 915:8
**courtroom** [11] - 665:23, 695:4, 737:23, 738:10, 750:20, 783:4, 872:24, 873:1, 880:24, 914:21, 914:23
**crack** [1] - 673:11
**Craig** [3] - 765:22, 766:21, 776:5
**CRAIG** [2] - 766:16, 766:22
**crashed** [1] - 843:24
**crawl** [5] - 690:17, 691:5, 691:18,

692:18, 692:20
**crazy** [3] - 800:12, 800:13, 894:11
**cream** [2] - 685:21, 801:12
**cream-color** [1] - 685:21
**create** [1] - 746:9
**credit** [2] - 799:8, 879:8
**Crescent** [4] - 740:9, 873:17, 875:18, 875:20
**crew** [2] - 720:22, 748:18
**crime** [4] - 749:7, 749:8, 749:15, 771:24
**crimes** [1] - 763:8
**Criminal** [1] - 649:4
**criminal** [4] - 719:11, 721:6, 726:8, 853:2
**critical** [1] - 763:7
**cross** [12] - 715:19, 739:8, 750:4, 765:14, 765:17, 812:9, 812:10, 824:12, 850:12, 866:21, 904:4, 911:1
**CROSS** [7] - 715:22, 745:14, 750:7, 812:13, 824:1, 904:8, 908:7
**cross-examination** [3] - 715:19, 739:8, 750:4
**CROSS-EXAMINATION** [7] - 715:22, 745:14, 750:7, 812:13, 824:1, 904:8, 908:7
**crystal** [2] - 845:10, 846:15
**crystal-like** [2] - 845:10, 846:15
**crystallize** [1] - 673:14
**crystallized** [1] - 846:16
**crystals** [1] - 673:17
**custody** [5] - 807:17, 807:20, 814:8, 821:13, 906:23
**customer** [3] - 650:15, 667:12, 750:10
**customers** [18] - 650:1, 650:8, 650:13, 665:16, 673:3, 674:4, 750:13, 752:20, 753:20, 754:16,

785:3, 880:8, 880:12, 880:15, 896:16, 897:1, 897:10, 897:11
**cut** [17] - 665:2, 673:5, 673:6, 673:20, 673:23, 674:1, 744:10, 744:11, 744:14, 744:16, 744:20, 745:18, 746:10, 746:15, 787:21, 823:17
**cutting** [1] - 793:15

# D

**dabbled** [1] - 752:13
**daily** [5] - 705:23, 909:1, 909:2, 909:9, 909:11
**Dakota** [1] - 675:10
**damage** [1] - 817:8
**Dani** [8] - 658:24, 658:25, 716:21, 716:22, 718:5, 718:11
**Dani's** [1] - 718:10
**dark** [1] - 803:2
**darts** [1] - 789:23
**dash** [5] - 687:5, 801:2, 801:8, 802:24
**date** [9] - 733:17, 733:19, 792:11, 806:8, 806:16, 865:15, 866:10, 906:19, 910:4
**dates** [3] - 817:24, 824:24, 830:10
**dating** [3] - 658:2, 736:4, 905:8
**Dawson** [1] - 750:10
**days** [4] - 886:20, 892:6, 901:9, 910:2
**daytime** [1] - 653:24
**DEA** [1] - 763:19
**DEA-sponsored** [1] - 763:19
**deadly** [2] - 720:14, 721:1
**deal** [3] - 793:14, 829:3, 886:2
**dealing** [21] - 675:3, 754:19, 771:15, 772:8, 773:7, 790:20, 791:3, 791:10, 791:18, 792:21, 793:8, 793:12, 874:23, 875:14, 875:17, 876:17, 876:18,

886:6, 886:7, 887:16, 897:6
**dealings** [1] - 882:19
**deals** [9] - 777:17, 777:21, 779:25, 781:3, 825:23, 828:17, 872:11, 888:5, 893:3
**dealt** [1] - 756:23
**Dealy** [1] - 790:8
**debt** [16] - 651:7, 651:11, 651:23, 727:17, 727:22, 741:10, 741:14, 741:22, 757:3, 757:5, 757:9, 760:7, 760:9, 760:10, 879:5, 900:19
**debts** [1] - 879:19
**December** [15] - 657:2, 657:8, 660:8, 731:21, 732:14, 732:20, 735:23, 780:7, 780:11, 780:17, 781:2, 781:16, 782:5, 873:19, 877:17
**deception** [1] - 725:18
**decide** [6] - 685:4, 699:23, 699:25, 737:24, 777:6, 903:23
**decided** [1] - 700:1
**decision** [1] - 738:3
**Deeno** [1] - 718:23
**defendant** [5] - 666:8, 709:21, 783:11, 873:12, 881:16
**Defendant** [1] - 713:10
**defendant's** [1] - 738:3
**defendants** [1] - 725:1
**defense** [2] - 761:5, 913:5
**definitely** [4] - 819:3, 825:25, 830:13, 832:22
**degree** [4] - 720:13, 720:17, 903:15, 903:16
**delay** [1] - 867:16
**deliver** [13] - 670:13, 670:18, 671:2, 672:17, 673:2, 673:3, 787:5, 886:11, 891:24, 895:1, 896:15, 896:25, 899:5
**delivered** [10] -

667:20, 669:1,
697:19, 744:23,
745:3, 786:11,
886:9, 895:20,
897:19, 900:3
**deliveries** [1] - 899:5
**delivering** [1] - 753:15
**delivery** [4] - 667:14,
719:16, 720:5,
745:25
**Denali** [4] - 680:7,
855:15, 856:3, 856:5
**denied** [1] - 705:14
**Dennis** [1] - 649:6
**Denny's** [1] - 704:4
**Department** [3] -
819:20, 839:2,
854:23
**department** [1] - 763:2
**departure** [2] - 776:21,
776:22
**depended** [4] -
673:25, 778:16,
784:23, 898:21
**depressed** [1] -
909:23
**deputy** [4] - 842:7,
860:12, 863:3, 863:6
**Deputy** [4] - 844:9,
844:12, 860:25,
861:1
**Derr** [10] - 736:5,
736:13, 752:24,
752:25, 753:23,
788:19, 789:3,
789:25, 898:25,
899:1
**Derr's** [1] - 789:22
**describe** [8] - 673:8,
679:21, 681:7,
783:6, 817:11,
873:3, 881:4, 885:12
**described** [3] - 736:4,
815:17, 817:20
**description** [1] -
855:12
**detail** [1] - 834:15
**details** [1] - 840:20
**detained** [1] - 857:11
**detaining** [1] - 857:7
**Detective** [19] - 689:7,
689:18, 692:1,
692:21, 692:23,
694:6, 704:11,
709:13, 747:2,
762:6, 762:7, 764:3,
764:13, 764:18,
765:10, 765:18,
827:5, 861:7
**detective** [4] - 691:24,

762:21, 762:23,
827:8
**detectives** [5] -
690:20, 692:15,
698:15, 810:23
**detention** [2] - 839:10,
839:14
**determine** [3] - 710:6,
854:2, 885:11
**determined** [1] - 859:8
**device** [2] - 696:13,
835:24
**different** [15] - 653:5,
658:17, 711:23,
747:16, 750:25,
751:5, 763:17,
763:19, 772:21,
803:7, 803:11,
835:13, 846:25,
847:6, 889:11
**difficult** [1] - 709:4
**difficulty** [2] - 769:17,
824:21
**dilated** [2] - 857:17,
858:25
**dinner** [4] - 678:5,
678:10, 678:12,
678:16
**dinners** [1] - 807:25
**Dino** [1] - 718:24
**Dino's** [1] - 719:2
**direct** [8] - 649:16,
652:10, 664:9,
764:1, 777:11,
796:25, 839:17,
899:20
**DIRECT** [6] - 649:23,
762:18, 766:25,
838:23, 852:16,
868:4
**directing** [2] - 650:2,
854:17
**direction** [5] - 699:17,
725:16, 725:25,
757:22, 841:7
**directions** [4] -
757:25, 762:9,
842:16, 867:20
**directly** [6] - 726:16,
862:2, 874:24,
885:2, 885:16, 886:3
**disagree** [1] - 828:7
**discharge** [5] -
747:15, 747:18,
747:20, 769:21,
769:24
**discharged** [1] -
771:24
**discuss** [5] - 708:24,
737:9, 766:3, 851:7,

914:17
**discussing** [1] -
874:16
**discussion** [2] -
755:13, 911:21
**dish** [1] - 673:14
**dishonest** [6] - 724:4,
724:5, 905:25,
906:6, 906:10,
906:13
**disrespectful** [1] -
797:21
**distribute** [5] - 774:21,
880:7, 890:2,
895:14, 901:20
**distributed** [1] -
864:13
**distributing** [1] -
899:12
**District** [2] - 864:11,
864:14
**doctor** [1] - 831:8
**document** [1] - 901:24
**Dodge** [1] - 855:25
**dog** [2] - 807:7
**dollar** [2] - 696:25,
697:2
**dollars** [5] - 650:23,
714:16, 896:8,
899:13, 899:14
**Don** [1] - 717:8
**done** [7] - 709:5,
749:15, 772:7,
817:8, 852:11,
868:25, 913:6
**Donny** [2] - 785:8,
897:4
**door** [9] - 661:22,
661:23, 662:20,
662:21, 803:1,
811:14, 862:3,
862:5, 875:2
**doors** [2] - 662:25,
795:17
**dope** [1] - 659:15
**down** [24] - 652:24,
688:11, 692:6,
692:14, 704:3,
748:15, 762:3,
765:19, 800:3,
800:23, 803:22,
815:8, 823:6, 837:6,
837:16, 837:18,
843:14, 850:16,
866:25, 875:13,
878:20, 889:24,
890:21, 912:4
**downward** [2] -
776:21, 776:22
**dramatically** [1] -

914:4
**draw** [4] - 662:17,
738:19, 775:25,
795:10
**drawer** [1] - 736:20
**drawers** [1] - 736:22
**drawstring** [2] - 845:8,
845:9
**drew** [1] - 856:14
**drilling** [1] - 675:10
**drink** [1] - 868:6
**drinking** [1] - 876:14
**drive** [4] - 655:5,
843:2, 884:5, 884:10
**driver** [7] - 856:6,
856:10, 856:20,
856:25, 858:12,
858:20, 858:23
**driver's** [7] - 681:11,
681:14, 681:17,
681:18, 844:25,
845:19, 858:13
**driveway** [3] - 680:1,
856:7, 858:21
**driving** [17] - 652:12,
652:15, 680:8,
680:10, 701:23,
702:13, 704:6,
800:12, 800:13,
801:9, 802:8,
804:19, 841:23,
842:1, 854:9,
855:22, 883:24
**dropped** [2] - 669:17,
772:15
**drove** [3] - 681:21,
802:15, 884:8
**drug** [27] - 651:7,
651:10, 651:23,
704:22, 720:1,
730:9, 736:10,
748:3, 754:10,
761:1, 771:18,
771:19, 777:17,
779:25, 781:3,
808:15, 808:17,
808:18, 825:23,
830:15, 830:16,
853:22, 854:2,
854:4, 857:20,
860:10, 906:10
**drugs** [27] - 693:17,
693:23, 695:10,
736:19, 736:24,
739:24, 740:1,
749:24, 754:7,
754:9, 763:7,
763:18, 769:14,
769:15, 770:24,
770:25, 784:4,

784:21, 784:22,
784:24, 789:23,
791:21, 797:24,
854:7, 855:1,
860:10, 860:19
**dry** [3] - 673:11, 788:4,
788:6
**Drywalling** [1] - 768:7
**dude** [3] - 698:8,
794:12, 794:15
**due** [3] - 856:12,
859:5, 859:22
**DUI** [4] - 688:16,
727:10, 854:11,
854:13
**duly** [6] - 649:21,
762:11, 766:17,
838:12, 851:22,
867:22
**dump** [1] - 673:13
**during** [35] - 657:1,
658:5, 658:19,
659:8, 677:24,
698:21, 699:21,
707:9, 712:7,
712:24, 713:18,
729:2, 732:20,
734:3, 735:22,
740:14, 744:7,
747:5, 767:6,
788:18, 792:23,
796:19, 802:23,
814:11, 814:19,
818:8, 857:5, 860:1,
877:16, 878:7,
905:13, 905:24,
906:6, 906:10, 910:9
**dusty** [1] - 785:20
**Dusty** [1] - 785:21
**duty** [2] - 839:19,
854:18

## E

**early** [16] - 650:3,
652:12, 660:16,
740:8, 743:15,
745:3, 747:17,
754:24, 780:7,
780:11, 780:16,
782:12, 839:23,
879:10, 880:13,
913:9
**early-morning** [1] -
839:23
**easily** [1] - 773:19
**East** [3] - 677:3,
677:13, 732:12
**eat** [3] - 653:11,
678:14, 703:24

effect [4] - 828:13, 836:24, 909:16, 909:19

Egbert [1] - 717:24

eight [17] - 650:23, 783:25, 814:22, 814:24, 814:25, 815:2, 878:10, 886:23, 886:24, 886:25, 887:17, 893:11, 893:12, 893:16, 894:5, 912:12

eight-hour [1] - 814:22

eighth [1] - 890:21

either [2] - 657:17, 761:3

eleventh [1] - 868:19

employed [4] - 762:20, 838:25, 839:1, 852:18

end [2] - 676:4, 676:14, 676:17, 677:15, 679:25, 687:3, 687:5, 732:20, 778:18, 781:15, 783:8, 792:12, 792:15, 806:14, 815:20, 822:22, 876:25, 881:23, 885:4, 889:20, 891:5, 905:9, 909:14

ended [4] - 771:10, 804:18, 804:20

ending [1] - 747:20

energy [1] - 837:5

enforcement [28] - 693:10, 715:25, 722:5, 722:14, 722:17, 723:6, 723:11, 723:13, 723:19, 723:22, 723:24, 726:7, 727:5, 727:9, 727:12, 728:16, 728:20, 729:3, 739:20, 740:15, 755:15, 755:17, 755:21, 756:3, 756:10, 757:18, 763:22, 839:8

enforcing [1] - 853:2

engaged [1] - 830:15

English [5] - 709:21, 713:13, 714:1, 737:20, 737:22

enjoyable [1] - 722:25

enrolled [2] - 742:4,

742:6

entails [1] - 833:2

entered [2] - 721:7, 740:17

entire [1] - 667:12

envelope [12] - 846:6, 846:11, 846:14, 847:5, 847:11, 847:14, 847:16, 847:19, 848:13, 848:17, 848:21, 849:3

envelopes [1] - 848:1

escape [2] - 720:12, 720:16, 720:20

escort [1] - 737:14

especially [1] - 754:24

essentially [1] - 698:24

establish [1] - 733:16

estimate [3] - 759:17, 759:19, 893:9

evaluates [1] - 853:19

evening [2] - 649:10, 913:25

event [2] - 772:19, 818:8

events [8] - 777:9, 817:10, 817:21, 825:3, 825:15, 825:19, 831:19, 831:21

eventually [1] - 823:6

everyday [1] - 738:6

evidence [24] - 662:2, 667:3, 687:11, 695:24, 770:16, 775:7, 838:6, 846:7, 847:9, 848:13, 848:16, 848:21, 849:3, 849:6, 849:17, 862:19, 864:12, 864:14, 864:16, 865:19, 866:15, 867:6

exact [4] - 784:20, 796:19, 806:8, 806:15, 834:8

exactly [4] - 806:9, 837:25, 841:9, 910:5

examination [4] - 649:16, 715:19, 739:8, 750:4

EXAMINATION [21] - 649:23, 715:22, 745:14, 750:7, 751:13, 758:17, 760:18, 762:18, 766:25, 812:13, 824:1, 824:15,

827:20, 832:14, 838:23, 852:16, 868:4, 904:8, 907:14, 908:7, 911:5

example [1] - 743:17

examples [1] - 914:11

except [2] - 695:10, 738:12

excuse [6] - 732:13, 821:10, 823:16, 829:17, 862:8, 882:1

exited [2] - 856:7, 856:25

experience [14] - 722:25, 723:2, 752:1, 763:24, 816:1, 816:21, 839:9, 854:5, 871:8, 871:11, 893:8, 897:7, 905:1, 905:7

experienced [2] - 815:16, 894:14

experiences [1] - 832:17

expert [1] - 853:23

explain [2] - 751:19, 777:20

express [4] - 737:11, 766:5, 851:8, 914:18

extra [2] - 784:4, 786:10

extremely [1] - 894:22

eyes [3] - 857:17, 857:22, 858:25

# F

Fabian [56] - 652:22, 653:16, 654:3, 654:18, 654:23, 655:12, 656:6, 656:13, 666:15, 667:22, 667:24, 668:7, 668:14, 669:6, 669:9, 677:22, 678:6, 678:13, 678:17, 683:14, 683:15, 693:20, 694:11, 698:10, 698:12, 698:23, 699:17, 700:3, 700:11, 701:15, 701:22, 702:11, 702:21, 703:4, 703:10, 712:16, 715:12, 727:2, 743:13, 743:21, 743:22, 747:2, 755:16, 756:19, 759:25,

761:19, 796:23, 874:4, 874:6, 874:13, 875:25, 879:25, 880:3, 883:16, 883:22, 884:14

Fabian's [6] - 655:3, 677:25, 874:5, 875:25, 883:22, 884:9

face [1] - 721:3

facility [3] - 720:19, 839:12, 859:9

facing [1] - 719:13

fact [7] - 711:4, 812:20, 823:13, 823:19, 825:20, 840:15, 859:23

facts [1] - 817:21

failed [1] - 749:2

fair [18] - 670:5, 694:21, 707:4, 707:15, 710:7, 726:4, 726:9, 792:25, 807:16, 812:15, 814:23, 818:8, 820:8, 829:4, 829:7, 831:2, 899:15, 904:25

fairly [2] - 662:23, 895:17

fall [16] - 732:12, 759:7

falling [3] - 664:22, 793:13, 816:15

familiar [3] - 758:22, 758:25, 873:16

far [16] - 650:6, 650:7, 713:21, 728:12, 734:7, 747:25, 751:21, 767:20, 791:17, 799:2, 820:23, 821:9, 821:14, 825:15, 868:18, 873:7

fashion [3] - 735:17, 735:20, 735:24

fast [3] - 802:3, 819:5, 843:3

fear [2] - 905:18, 907:1

February [13] - 650:3, 651:5, 652:11, 782:9, 782:12, 783:1, 783:16, 786:22, 789:2, 796:20, 879:10, 880:13, 881:24

federal [2] - 719:22, 772:17, 889:12

feds [3] - 705:13, 705:16, 901:5

fell [2] - 792:13, 806:4

felonies [2] - 720:1

felony [14] - 719:12, 719:14, 719:24, 720:4, 720:5, 720:21, 748:1, 748:5, 748:7, 749:5, 754:13, 755:10, 771:14, 771:17

female [7] - 798:9, 857:1, 857:15, 857:17, 858:1, 860:12, 861:9

females [1] - 897:5

few [17] - 652:16, 653:5, 697:10, 705:1, 718:13, 718:14, 737:3, 765:23, 785:4, 797:12, 819:18, 878:8, 886:20, 897:5, 901:2, 901:9, 908:19

Fidel [4] - 675:24, 717:16, 757:11, 797:13

field [3] - 847:19, 848:10, 853:18

field-test [1] - 847:19

field-tested [1] - 848:10

fifteen [1] - 878:10

fifty [1] - 899:13

fight [1] - 797:23

fighting [1] - 799:23

figure [3] - 732:8, 799:24, 857:12

figured [1] - 740:17

filled [1] - 846:14

filler [1] - 746:16

filters [1] - 788:3

finally [5] - 802:14, 804:2, 806:12, 826:17, 851:9

fine [4] - 737:6, 812:4, 840:24, 867:17

finger [3] - 662:16, 775:24, 870:21

fingers [1] - 890:8

finish [4] - 875:9, 913:2, 913:3, 913:9

finishing [1] - 769:10

firearms [1] - 904:14

First [1] - 838:19

first [43] - 654:21, 660:6, 660:24, 670:22, 675:8, 684:19, 686:19, 688:5, 689:14, 690:19, 719:2,

719:10, 723:6,
747:1, 757:23,
762:11, 766:17,
768:15, 778:22,
779:19, 779:20,
783:2, 802:10,
805:7, 807:23,
812:22, 814:7,
818:22, 837:4,
838:12, 838:18,
851:22, 854:9,
857:7, 857:16,
866:5, 867:22,
869:16, 872:16,
887:15, 888:4,
903:21, 913:11

**five** [3] - 834:21,
912:12, 914:12

**fix** [1] - 862:10

**fixed** [1] - 712:21

**flashlight** [2] - 687:3,
862:22

**fled** [1] - 844:3

**flesh** [1] - 822:17

**floated** [1] - 803:22

**flooded** [1] - 843:23

**floorboard** [1] - 845:8

**flying** [1] - 803:1

**follow** [6] - 701:10,
711:2, 762:9,
867:20, 911:15,
914:16

**follow-up** [1] - 911:15

**following** [2] - 800:13,
843:11

**follows** [9] - 649:22,
709:1, 724:22,
762:12, 766:18,
838:13, 851:23,
867:23, 912:17

**food** [1] - 817:6

**foot** [1] - 800:5

**force** [1] - 854:9

**Ford** [11] - 652:13,
652:18, 655:10,
655:13, 701:24,
702:10, 883:7,
883:25, 884:1,
884:5, 884:11

**foreman** [1] - 768:6

**forensic** [1] - 850:8

**forgave** [2] - 814:5,
814:6

**forgive** [1] - 814:9

**forgot** [3] - 818:14,
829:13, 887:19

**forgotten** [1] - 818:17

**form** [5] - 737:11,
766:5, 825:7, 851:8,
914:18

**formality** [1] - 737:24

**former** [1] - 676:22

**forth** [2] - 766:1,
782:19

**Forty** [5] - 661:1,
662:8, 677:7,
863:16, 863:19

**forty** [1] - 687:17

**Forty-one** [2] - 661:1,
662:8

**Forty-seven** [1] -
863:19

**forty-six** [1] - 687:17

**Forty-six** [1] - 863:16

**Forty-two** [1] - 677:7

**forward** [2] - 723:18,
867:19

**foundation** [17] -
655:14, 656:8,
657:4, 663:24,
706:6, 711:8,
741:17, 752:9,
780:19, 872:5,
882:15, 883:8,
885:8, 888:10,
892:11, 893:20,
911:11

**four** [7] - 650:23,
665:11, 722:9,
748:2, 763:17,
803:24, 834:20

**four-and-a-half** [1] -
803:24

**four-and-a-half-
hours** [1] - 834:20

**fourteen** [1] - 746:7

**Fourth** [3] - 666:21,
786:19, 805:12

**fourth** [2] - 774:2,
774:3

**fourth-ounce** [1] -
774:3

**frame** [7] - 657:6,
733:5, 779:2, 779:3,
905:13, 906:7,
906:11

**frames** [3] - 910:3,
910:4

**free** [1] - 724:7

**freeway** [1] - 789:8

**Friday** [2] - 913:3,
913:11

**friend** [4] - 659:1,
675:16, 779:23,
899:2

**friend's** [2] - 804:21,
804:24

**friends** [2] - 680:19,
754:4

**front** [8] - 791:24,

799:5, 799:7, 804:7,
823:6, 845:4,
858:17, 888:4

**fronted** [3] - 879:3,
879:4, 879:7

**Fruitland** [6] - 770:13,
770:14, 801:19,
839:1, 839:6, 854:23

**FTO** [1] - 853:17

**fugitive** [2] - 805:21,
835:7

**full** [3] - 754:20, 755:6,
755:8

**fully** [1] - 738:7

**function** [1] - 816:20

**Furniture** [1] - 660:22

**FURTHER** [3] -
760:18, 832:14,
911:5

**furtive** [1] - 857:2

**Fusion** [9] - 652:13,
652:18, 655:10,
655:13, 883:7,
883:25, 884:2,
884:5, 884:11

**future** [1] - 852:12

# G

**game** [1] - 726:9

**Garcia** [3] - 658:23,
719:7, 742:12

**gas** [2] - 807:9, 884:3

**Gearhart** [2] - 762:8,
766:15

**Gearhart's** [1] -
867:20

**GED** [3] - 868:20,
868:21, 903:19

**general** [8] - 709:25,
710:2, 710:8,
749:14, 754:22,
876:21, 908:11,
910:3

**generally** [1] - 840:8

**gentleman** [4] - 666:3,
718:8, 718:23, 827:7

**gentlemen** [5] -
649:10, 696:9,
710:13, 737:7,
913:24

**girl** [3] - 658:20,
685:16, 795:24

**girlfriend** [14] - 658:3,
676:22, 697:16,
753:4, 753:6,
779:16, 790:9,
799:22, 800:18,
800:19, 801:24,
804:9, 891:14,

897:15

**girth** [1] - 801:7

**given** [9] - 692:21,
699:14, 738:2,
740:4, 749:13,
764:24, 824:3,
836:15, 842:13

**glass** [3] - 835:19,
836:13

**glasses** [2] - 783:9,
881:14

**glassy** [2] - 857:17,
858:25

**GMC** [4] - 855:15,
856:3, 857:1, 858:20

**goal** [1] - 903:20

**Goff** [1] - 718:21

**gold** [3] - 747:11,
772:2, 772:3

**gold-sealed** [3] -
747:11, 772:2, 772:3

**government** [10] -
721:19, 724:8,
728:9, 734:16,
743:2, 762:5,
765:21, 833:2,
889:12, 902:21

**government's** [2] -
850:21, 912:7

**Government's** [40] -
651:13, 654:7,
660:24, 662:2,
667:2, 671:8, 677:5,
686:22, 687:11,
702:1, 707:13,
707:23, 721:10,
770:15, 775:2,
775:7, 779:8, 780:2,
786:24, 796:3,
845:23, 846:10,
858:16, 863:13,
863:23, 865:7,
865:10, 865:19,
869:11, 870:4,
870:14, 872:17,
874:8, 876:2,
880:17, 882:7,
887:6, 895:7,
901:23, 902:14

**government-
required** [1] - 743:2

**grab** [1] - 698:8

**grabbed** [1] - 857:18

**grade** [1] - 868:19

**graduated** [1] - 767:21

**gram** [14] - 773:24,
773:25, 774:10,
871:19, 894:2,
894:17, 894:23,
898:13, 898:16,

898:20, 899:13,
899:14, 899:17,
909:7

**grams** [4] - 774:7,
848:9, 909:3, 909:12

**grandma's** [1] - 679:1

**grandmother** [1] -
679:2

**grandmother's** [1] -
679:23

**granted** [4] - 747:12,
747:15, 747:16,
747:17

**gray** [1] - 797:6

**great** [1] - 903:16

**greatest** [1] - 903:19

**Green** [1] - 764:18

**Grimaldo** [1] - 717:22

**grocery** [1] - 691:10

**ground** [2] - 768:6,
826:13

**group** [1] - 875:20

**grow** [2] - 767:14,
868:16

**Guadalupe** [1] - 649:6

**guess** [22] - 687:1,
709:4, 730:15,
747:18, 755:7,
779:25, 785:17,
795:10, 800:3,
800:13, 801:7,
805:25, 816:22,
818:10, 818:18,
831:24, 831:25,
837:4, 837:8, 849:5,
864:7, 913:25

**guessing** [4] - 730:13,
730:14, 732:4, 732:7

**guilty** [5] - 721:4,
774:18, 774:19,
774:24, 901:18

**gun** [14] - 650:12,
651:3, 651:8,
651:10, 652:6,
739:15, 739:17,
739:22, 740:1,
756:15, 800:16,
800:21, 801:25,
907:17

**gunpoint** [2] - 842:12,
856:15

**guns** [1] - 807:1

**guy** [5] - 781:5, 785:8,
785:21, 797:13,
805:3

**guys** [2] - 791:25,
903:9, 903:13

# H

**H-E-N-S-L-E-Y** [1] - 766:22
**H-I-T-E-S** [1] - 868:2
**habits** [3] - 758:25, 759:2, 759:7
**half** [35] - 650:19, 650:22, 650:25, 665:7, 665:10, 665:19, 669:5, 671:4, 674:1, 683:1, 693:5, 746:13, 771:2, 774:10, 778:5, 782:20, 782:25, 783:24, 783:25, 784:7, 786:1, 793:24, 794:1, 798:17, 803:16, 803:24, 834:20, 846:23, 871:19, 894:2, 898:13, 898:15, 898:20, 899:13, 899:17
**halfway** [1] - 811:15
**hand** [4] - 752:15, 802:25, 873:7, 902:17
**handcuffs** [1] - 857:11
**handed** [10] - 681:9, 836:13, 862:18, 862:20, 862:23, 863:25, 875:8, 888:19, 888:20, 896:8
**handle** [1] - 863:4
**hands** [4] - 738:22, 801:22, 809:25, 842:19
**hang** [2] - 820:10, 841:6
**hanging** [1] - 654:25
**hard** [3] - 709:18, 709:20, 712:19
**harder** [1] - 812:22
**Harlan** [6] - 658:24, 658:25, 718:8, 718:9, 718:11, 718:18
**harm** [1] - 819:1
**Harper** [6] - 860:13, 860:25, 861:1, 861:23, 862:18, 867:4
**Hata** [1] - 718:3
**hated** [1] - 796:7
**hazard** [1] - 856:19
**hazards** [1] - 859:6
**Hazelwood** [1] - 805:4

**head** [3] - 783:9, 785:12, 842:21
**heading** [1] - 855:15
**health** [1] - 831:9
**hear** [11] - 649:4, 711:2, 715:1, 748:12, 750:16, 824:9, 841:22, 862:9, 874:18, 914:12
**heard** [5] - 709:9, 713:19, 744:13, 745:17, 756:7
**hearing** [3] - 709:9, 769:18, 817:5
**hearsay** [3] - 836:8, 840:12, 883:17
**heat** [1] - 866:10
**heat-sealed** [1] - 866:10
**heavily** [2] - 908:23, 908:24
**Heineman** [8] - 709:2, 725:11, 738:13, 745:12, 758:13, 824:11, 907:5, 908:6
**HEINEMAN** [50] - 655:14, 656:8, 657:4, 662:7, 671:18, 687:15, 696:3, 706:6, 708:16, 708:22, 709:3, 710:2, 713:14, 725:12, 738:15, 738:18, 745:13, 745:15, 750:2, 755:22, 756:4, 758:14, 758:18, 759:10, 759:13, 760:12, 761:11, 762:1, 765:17, 775:12, 780:19, 824:12, 849:12, 850:15, 862:8, 865:24, 866:24, 872:5, 882:15, 883:8, 883:17, 902:8, 907:7, 907:11, 908:4, 908:8, 910:24, 911:11, 912:3, 913:22
**held** [1] - 856:15
**help** [14] - 659:9, 673:1, 674:20, 722:18, 726:20, 787:9, 805:24, 819:22, 889:22, 889:25, 895:14, 896:10, 896:14,

905:14
**helped** [3] - 787:19, 890:2, 896:16
**helpful** [1] - 912:24
**helping** [3] - 659:24, 674:18, 676:2
**Hensley** [47] - 663:13, 663:17, 663:19, 663:22, 664:2, 664:15, 682:17, 683:1, 684:18, 684:20, 685:1, 694:1, 694:4, 694:11, 705:5, 706:4, 714:24, 716:12, 723:7, 723:9, 723:21, 724:16, 727:1, 727:22, 757:12, 765:22, 765:24, 766:12, 766:21, 767:2, 767:10, 769:18, 776:7, 812:15, 827:22, 841:20, 841:23, 842:1, 842:23, 843:11, 843:22, 845:20, 846:2, 880:14, 880:22, 885:24
**HENSLEY** [1] - 766:16
**Hensley's** [1] - 686:11
**herself** [1] - 673:3
**hid** [4] - 690:8, 729:5, 746:24, 906:4
**hide** [17] - 684:14, 686:18, 686:19, 687:5, 729:4, 734:8, 734:18, 735:16, 735:19, 735:24, 736:19, 739:14, 739:17, 739:23, 740:1, 791:23, 861:10
**hiding** [5] - 659:14, 729:11, 736:23, 835:6, 835:10
**high** [19] - 685:1, 768:1, 768:19, 769:16, 789:23, 790:6, 797:18, 799:19, 802:2, 802:23, 804:20, 817:6, 818:22, 819:4, 834:12, 835:2, 856:12, 868:23, 894:22
**High** [1] - 767:23
**high-risk** [1] - 856:12
**high-speed** [8] -

685:1, 802:2, 802:23, 804:20, 818:22, 819:4, 834:12, 835:2
**highly** [1] - 752:3
**Highway** [6] - 802:11, 841:12, 843:14, 855:8, 855:16, 856:7
**hired** [1] - 853:13
**history** [2] - 719:11, 721:6
**hit** [4] - 772:17, 773:15, 774:5, 802:11
**HITES** [1] - 867:21
**Hites** [18] - 654:2, 658:1, 659:8, 659:23, 669:21, 697:24, 698:3, 712:12, 735:19, 833:8, 867:10, 867:18, 868:1, 868:7, 868:10, 904:10, 906:19, 911:8
**hmm** [12] - 653:23, 676:17, 677:8, 684:11, 686:6, 704:25, 771:9, 789:4, 789:12, 791:3, 809:4, 888:23
**hold** [5] - 687:20, 687:22, 849:25, 866:4, 890:8
**holding** [2] - 726:6, 741:7
**home** [4] - 678:25, 683:19, 769:14, 823:7
**honest** [1] - 777:4
**honestly** [1] - 817:11
**honorable** [1] - 769:25
**hope** [6] - 649:10, 722:4, 776:16, 776:19, 903:4, 903:7
**hoping** [2] - 729:8, 913:10
**hospital** [2] - 861:16
**hotel** [1] - 819:10
**hour** [10] - 722:17, 734:16, 802:5, 814:22, 819:2, 819:6, 843:5, 843:7, 873:23, 894:21
**hours** [7] - 763:21, 803:24, 814:25, 815:3, 834:18, 834:20, 839:23
**hours'** [1] - 814:24
**house** [114] - 653:6,

666:19, 666:24, 667:10, 667:11, 667:15, 667:21, 668:1, 668:11, 669:17, 669:23, 670:9, 670:13, 671:24, 672:17, 677:14, 677:15, 679:1, 679:23, 682:16, 682:21, 682:22, 683:21, 684:2, 684:20, 689:15, 690:13, 690:18, 690:21, 690:25, 691:5, 693:4, 729:4, 734:9, 744:24, 745:7, 754:1, 754:6, 754:7, 756:12, 756:14, 756:16, 764:23, 779:17, 780:3, 780:5, 780:6, 786:15, 786:18, 787:2, 787:3, 787:6, 787:12, 787:16, 787:17, 789:16, 789:22, 790:3, 790:17, 791:2, 794:25, 797:3, 797:4, 797:5, 797:18, 800:25, 804:7, 804:10, 804:13, 804:21, 804:24, 805:7, 805:8, 805:10, 805:12, 805:16, 806:1, 806:13, 806:18, 806:19, 807:2, 815:9, 816:3, 816:5, 820:13, 826:6, 826:18, 833:22, 833:25, 835:6, 835:9, 835:13, 835:17, 836:3, 836:11, 886:13, 886:18, 891:18, 891:23, 892:2, 892:4, 895:1, 897:23, 898:5, 898:8, 898:10, 898:24, 901:1
**housed** [2] - 715:11, 715:12
**houses** [1] - 815:18
**huge** [1] - 856:18
**hundred** [18] - 650:23, 665:11, 696:21, 696:25, 697:2, 700:23, 786:10, 802:4, 802:5, 802:6,

819:2, 843:5, 843:7, 878:21, 896:7, 896:8, 899:13
**hundred-dollar** [2] - 696:25, 697:2
**hyperactivity** [1] - 837:8

## I

**ID** [3] - 712:5, 845:20, 858:8
**Idaho** [27] - 656:2, 706:10, 748:21, 762:21, 762:24, 763:2, 767:17, 772:6, 850:7, 851:17, 852:19, 852:21, 853:2, 853:9, 853:15, 853:16, 854:8, 855:24, 864:10, 864:12, 866:16, 868:17, 869:4, 873:17, 899:25, 910:8
**identification** [1] - 845:17
**identified** [12] - 666:8, 677:6, 678:7, 695:4, 716:1, 716:10, 783:11, 797:5, 805:13, 858:9, 873:12, 881:16
**identify** [4] - 842:22, 858:5, 858:11, 876:3
**ignition** [1] - 843:1
**illegal** [5] - 730:9, 731:20, 857:20, 860:10, 860:20
**immediately** [5] - 709:6, 723:5, 838:3, 843:4, 856:6
**impact** [5] - 817:2, 829:10, 829:18, 829:23, 831:1
**impacted** [1] - 831:18
**impair** [1] - 816:23
**impaired** [20] - 817:20, 824:18, 825:10, 825:14, 827:23, 829:1, 829:9, 831:18, 831:24, 832:2, 832:16, 833:11, 833:16, 833:21, 833:24, 834:2, 834:6, 834:11, 836:2, 837:9
**impairment** [3] - 818:6, 829:15,

829:17
**impairs** [1] - 816:19
**Impala** [3] - 685:21, 801:10, 842:3
**implicated** [2] - 736:14, 736:15
**important** [2] - 710:19, 724:15
**impounded** [1] - 804:19
**improper** [2] - 725:24, 726:5
**incarcerated** [1] - 753:24
**incarceration** [1] - 829:12
**incarcerations** [1] - 722:24
**inch** [3] - 808:7, 846:22, 846:23
**incident** [1] - 865:16
**incidents** [1] - 763:7
**included** [1] - 725:21
**inconsistency** [1] - 710:25
**increments** [4] - 696:25, 697:2, 697:4, 746:5
**incurred** [1] - 757:5
**incurring** [1] - 741:10
**independent** [1] - 743:24
**indicate** [2] - 723:10, 840:19
**indicated** [3] - 711:6, 861:8, 861:19
**indicating** [1] - 890:10
**indicating)** [3] - 652:3, 681:22, 850:4
**indication** [1] - 727:7
**indicators** [1] - 859:22
**individual** [4] - 737:22, 738:8, 848:4, 905:2
**individuals** [3] - 716:1, 716:7, 906:6
**induced** [1] - 816:16
**influence** [7] - 760:25, 854:3, 854:6, 854:9, 858:4, 859:11, 860:9
**inform** [1] - 746:23
**informant** [4] - 698:25, 699:1, 699:2, 736:18
**information** [4] - 724:17, 840:16, 840:21, 842:12
**informed** [2] - 861:7, 861:14
**ingest** [2] - 686:5,

686:8
**initial** [3] - 848:23, 848:24, 864:25
**initialed** [1] - 866:11
**initials** [3] - 865:13, 866:6, 866:10
**inject** [1] - 773:22
**inmate** [2] - 720:13, 721:1
**inquire** [5] - 762:16, 766:23, 838:21, 852:14, 868:3
**inquiry** [1] - 737:4
**inside** [8] - 691:12, 691:20, 801:3, 845:9, 848:1, 849:3, 862:4, 864:23
**inspecting** [1] - 860:19
**instances** [1] - 828:17
**instead** [3] - 650:4, 651:3, 718:5
**instructed** [1] - 729:11
**instruction** [7] - 725:17, 725:20, 726:3, 726:5, 738:2, 738:16, 738:24
**instructions** [4] - 684:8, 725:22, 740:3, 740:4
**intake** [1] - 861:24
**intend** [2] - 799:13, 799:17
**intended** [2] - 713:22, 819:7
**intent** [4] - 722:16, 722:18, 774:20, 901:19
**interpretation** [1] - 708:19
**interpreter** [4] - 726:21, 737:25, 738:4, 738:9
**INTERPRETER** [1] - 712:17
**interpreters** [1] - 726:15
**interrogation** [1] - 763:20
**intersection** [1] - 841:11
**interview** [2] - 747:1, 763:20
**interviewed** [3] - 764:15, 827:4, 827:5
**intimidating** [2] - 905:2, 905:4
**intoxication** [1] - 688:18
**intravenous** [1] -

857:19
**inventoried** [3] - 844:20, 844:21, 845:2
**inventory** [1] - 844:23
**investigate** [1] - 854:1
**investigated** [1] - 854:10
**investigation** [2] - 764:4, 852:11
**investigations** [4] - 763:3, 763:5, 763:13, 854:11
**investigative** [1] - 726:8
**involve** [2] - 772:18, 853:25
**involved** [9] - 704:22, 716:2, 743:1, 748:1, 768:10, 793:1, 808:2, 824:7, 854:23
**involvement** [1] - 689:12
**involves** [1] - 854:1
**island** [1] - 803:22
**ISP** [1] - 701:1
**issue** [5] - 726:10, 737:14, 738:21, 828:20, 844:23
**issued** [2] - 845:20, 855:5
**items** [4] - 719:9, 863:4, 863:8, 864:8
**itself** [7] - 659:21, 708:11, 710:18, 710:20, 710:24, 711:3, 711:13

## J

**Jacob** [1] - 716:10
**jail** [19] - 709:15, 720:23, 748:9, 748:23, 749:5, 749:20, 777:10, 812:21, 823:15, 839:12, 840:5, 859:20, 860:1, 860:14, 861:23, 863:2, 863:6, 864:7
**Jail** [5] - 688:21, 689:1, 839:16, 859:9, 859:17
**Jake** [7] - 658:23, 674:23, 674:25, 675:3, 675:25, 719:1, 794:24
**January** [20] - 649:2, 658:1, 739:11, 740:7, 743:12,

743:15, 782:7, 782:12, 782:23, 782:24, 783:16, 784:16, 786:22, 809:20, 877:17, 879:10, 880:12, 889:4, 889:5
**Jenny** [5] - 697:18, 790:8, 791:8, 891:14, 898:9
**Jenny's** [1] - 899:3
**Jess** [10] - 689:8, 692:15, 693:13, 699:25, 704:5, 704:19, 705:23, 706:21, 757:24, 764:3
**Jessica** [11] - 736:5, 736:13, 752:24, 752:25, 753:22, 788:19, 789:3, 789:22, 789:25, 898:25, 899:1
**Jessica's** [1] - 790:17
**Jesus** [2] - 649:6, 873:13
**Jim** [3] - 649:7, 750:17, 824:4
**job** [6] - 763:12, 763:24, 770:5, 853:12, 854:5, 871:21
**Joe** [4] - 693:13, 693:14, 704:13, 704:19
**John** [3] - 675:24, 716:14, 808:4
**Johnny** [12] - 740:23, 747:3, 750:9, 872:4, 872:14, 872:22, 874:4, 874:22, 875:8, 875:15, 876:20, 876:23
**Johnny's** [1] - 875:22
**joined** [2] - 768:25, 769:2
**Jon** [1] - 837:22
**JONATHAN** [2] - 838:11, 838:19
**Jonathan** [1] - 838:16
**Jose** [1] - 743:13
**Josh** [1] - 717:6
**Joyner** [1] - 717:2
**Judge** [1] - 903:25
**judge** [1] - 777:8
**judges** [1] - 749:11
**July** [2] - 869:17, 870:12
**jump** [3] - 739:11, 740:7, 757:19

**United States Courts, District of Idaho**

**jumped** [5] - 685:2, 685:14, 727:23, 802:16, 807:3

**June** [4] - 774:13, 774:14, 814:8, 906:21

**juror** [1] - 914:16

**jurors** [3] - 739:4, 766:11, 852:4

**Jury** [5] - 649:3, 737:16, 739:2, 766:9, 851:12

**jury** [34] - 649:7, 662:9, 671:14, 671:20, 687:12, 687:18, 696:12, 707:24, 708:15, 708:17, 711:12, 711:16, 725:16, 725:22, 726:3, 726:6, 737:14, 738:3, 751:19, 775:8, 775:16, 832:21, 849:1, 849:21, 850:1, 851:6, 851:14, 865:20, 866:1, 868:8, 880:25, 890:9, 902:4, 902:10

**jury's** [1] - 914:22

**Justin** [4] - 850:21, 850:23, 851:18, 852:1

**JUSTIN** [2] - 851:21, 852:1

# K

**K-L-I-T-C-H** [2] - 850:24, 852:2

**K.C** [44] - 663:13, 663:16, 663:19, 663:22, 664:2, 664:15, 664:17, 664:22, 664:23, 665:2, 682:17, 683:1, 683:22, 684:18, 684:20, 685:1, 686:11, 694:1, 694:4, 694:11, 705:5, 706:4, 714:24, 716:12, 723:7, 723:21, 724:4, 724:16, 726:25, 727:22, 727:25, 757:11, 765:22, 767:3, 767:6, 776:6, 776:7, 843:11, 880:14, 880:22,

885:7, 885:24, 886:3

**Karcher** [3] - 700:4, 701:11, 701:14

**Keely** [1] - 718:3

**keep** [10] - 657:20, 710:20, 726:6, 783:24, 790:23, 801:7, 805:25, 834:5, 834:6, 898:2

**keeps** [1] - 725:14

**Keisel** [8] - 650:16, 650:17, 658:24, 716:18, 716:20, 718:5, 718:18, 757:11

**Keisel's** [3] - 653:6, 659:1, 718:11

**Ken** [5] - 690:25, 692:1, 692:2, 692:22, 762:6

**KENNETH** [1] - 762:10

**Kenneth** [1] - 762:15

**kept** [2] - 657:22, 746:24

**keys** [1] - 842:25

**kind** [11] - 651:7, 652:12, 652:14, 664:7, 685:19, 759:7, 763:5, 769:24, 808:6, 868:25, 912:24

**kit** [1] - 847:23

**kitchen** [1] - 662:20

**Klitch** [5] - 850:21, 850:24, 851:18, 851:19, 852:1

**KLITCH** [1] - 851:21

**Kmart** [1] - 899:7

**knives** [1] - 845:6

**knock** [1] - 906:15

**knowing** [1] - 819:25

**knowledge** [11] - 655:2, 656:5, 656:9, 656:25, 701:10, 735:25, 754:13, 756:11, 758:5, 824:7, 861:8

**known** [4] - 742:14, 765:22, 770:20, 873:13

**knows** [1] - 885:11

**Kpak** [4] - 862:18, 862:21, 862:25, 866:8

**Kristopher** [9] - 765:21, 766:21, 776:5, 841:20, 841:23, 842:1, 842:22, 845:20, 846:2

**KRISTOPHER** [2] - 766:16, 766:22

# L

**L-A-U-R-E-N-S-O-N** [1] - 838:20

**lab** [4] - 846:7, 848:19, 864:19, 864:20

**laboratory** [1] - 850:8

**Lacey** [1] - 717:4

**ladies** [5] - 649:9, 696:9, 710:13, 737:7, 913:24

**lady** [2] - 736:4, 804:19

**lady's** [2] - 804:7, 805:7

**Lamprecht** [13] - 649:15, 696:13, 709:12, 711:14, 712:22, 751:11, 824:13, 837:20, 838:21, 850:18, 852:14, 862:14, 868:3

**LAMPRECHT** [160] - 649:17, 649:24, 651:14, 651:17, 654:10, 654:11, 655:16, 655:19, 656:11, 657:7, 658:12, 661:3, 662:1, 662:11, 664:1, 664:11, 666:7, 666:11, 667:5, 671:13, 671:22, 672:4, 677:8, 677:10, 687:10, 687:22, 687:25, 692:12, 695:23, 696:7, 696:14, 696:17, 702:5, 702:6, 706:8, 707:22, 708:4, 709:13, 709:20, 711:17, 711:20, 712:23, 713:22, 713:24, 715:17, 724:18, 725:14, 729:19, 731:10, 733:13, 735:11, 741:16, 742:18, 751:12, 751:14, 752:11, 755:25, 756:8, 758:6, 758:9, 760:17, 760:19, 761:13, 761:16, 761:22, 762:5, 762:17, 762:19,

765:12, 765:21, 766:24, 767:1, 766:6, 775:14, 775:18, 775:19, 780:20, 780:21, 780:25, 783:10, 783:14, 783:19, 784:1, 812:8, 817:15, 822:8, 822:24, 824:14, 824:16, 825:9, 825:13, 827:14, 828:2, 828:15, 831:3, 832:12, 832:15, 836:9, 837:13, 837:22, 837:25, 838:5, 838:22, 838:24, 840:14, 840:23, 840:25, 849:5, 849:9, 849:18, 849:22, 849:24, 850:10, 850:20, 850:23, 851:17, 852:15, 852:17, 862:15, 863:16, 863:21, 863:22, 865:18, 866:3, 866:18, 867:3, 867:9, 867:12, 867:14, 868:5, 871:2, 872:7, 873:11, 873:15, 881:15, 881:19, 882:22, 883:10, 883:20, 885:14, 888:14, 892:13, 892:25, 893:23, 902:3, 902:12, 904:1, 907:15, 907:25, 911:4, 911:6, 911:13, 911:15, 911:18, 911:25, 912:7, 912:20, 913:1, 913:8, 913:21

**landed** [1] - 803:2

**Landscaping** [1] - 768:8

**language** [2] - 713:13, 714:1

**large** [4] - 662:23, 848:3, 848:6, 855:1

**larger** [3] - 803:19, 803:20, 880:15

**Larry** [6] - 658:23, 719:7, 742:11, 743:10, 781:5, 781:6

**last** [31] - 693:15, 717:11, 718:10,

718:11, 718:15, 718:16, 725:20, 739:12, 751:21, 753:22, 754:17, 760:20, 774:11, 781:7, 793:16, 793:23, 806:17, 809:20, 811:10, 836:14, 838:17, 838:18, 838:20, 839:18, 852:2, 866:14, 869:17, 900:2, 903:22, 913:10

**lasted** [1] - 843:19

**late** [9] - 650:3, 660:16, 660:17, 660:18, 667:19, 780:7, 780:11, 798:4, 798:5

**Laurenson** [4] - 837:22, 838:7, 838:17, 844:4

**LAURENSON** [1] - 838:11

**law** [30] - 693:10, 715:25, 722:5, 722:14, 722:16, 723:6, 723:11, 723:13, 723:19, 723:22, 723:24, 725:17, 726:7, 727:5, 727:8, 727:11, 728:16, 728:20, 729:2, 739:20, 740:14, 755:15, 755:17, 755:20, 756:2, 756:10, 757:18, 763:21, 839:8, 853:3

**law-enforcement** [1] - 839:8

**lawn** [1] - 768:7

**laying** [2] - 836:23, 845:7

**lays** [1] - 741:16

**lead** [1] - 724:6

**leads** [2] - 871:5, 871:6

**learn** [8] - 684:19, 684:22, 780:8, 821:18, 823:13, 841:25, 885:15, 899:21

**learned** [3] - 781:10, 823:18, 823:20

**least** [6] - 665:21, 666:25, 726:16, 733:17, 818:3, 829:2, 849:6, 914:2

leave [12] - 738:22, 769:12, 791:6, 798:2, 807:3, 820:23, 821:3, 883:14, 883:21, 891:5, 913:15, 913:17

led [1] - 724:6

Lee [2] - 838:16, 838:20

LEE [1] - 838:20

leeway [2] - 742:20, 828:21

left [23] - 655:6, 655:7, 668:10, 683:3, 683:25, 684:1, 684:17, 684:18, 684:20, 686:2, 691:15, 701:2, 770:1, 770:6, 797:25, 803:3, 804:23, 806:20, 819:17, 820:4, 820:5, 820:24, 877:6

legal [1] - 820:7

less [2] - 776:24, 834:3, 848:5, 884:3, 890:20

letting [1] - 788:4

license [4] - 845:19, 855:4, 855:5, 858:14

lie [2] - 725:24, 808:24

lied [4] - 725:15, 819:20, 820:1

life [10] - 722:1, 738:6, 749:14, 767:18, 768:9, 825:5, 903:10, 903:15, 903:20, 903:21

light [1] - 721:6

Lightning [2] - 701:24, 702:10

likely [2] - 653:8, 830:19

Lincoln [2] - 652:16, 655:8

line [8] - 662:18, 737:3, 737:5, 759:7, 876:10, 876:12, 876:13, 909:6

lined [1] - 876:10

lines [1] - 681:2

liquid [1] - 862:23

listed [2] - 716:6, 720:15

listen [8] - 696:10, 710:6, 710:17, 710:23, 711:9, 813:2, 883:11, 914:24

listened [3] - 694:18, 707:1, 709:3

listening [4] - 709:8, 728:17, 728:20, 729:3

live [15] - 658:16, 658:18, 660:3, 660:19, 666:20, 667:11, 677:1, 679:3, 697:14, 717:13, 788:22, 886:14, 891:8, 891:10, 897:17

lived [13] - 658:16, 658:20, 660:2, 660:6, 660:20, 661:15, 717:15, 732:5, 785:20, 788:23, 795:20, 870:20, 889:3

living [26] - 651:6, 663:4, 667:10, 676:15, 677:18, 697:24, 732:11, 736:21, 770:11, 786:15, 789:1, 794:22, 795:1, 798:14, 830:4, 869:2, 869:5, 869:25, 870:10, 875:23, 891:12, 891:17, 892:5, 897:12, 897:25, 898:24

load [2] - 774:9, 898:13

loan [1] - 652:18

location [3] - 745:7, 855:10, 855:15

locations [3] - 815:10, 815:24, 915:2

locker [1] - 864:15

log [2] - 850:3, 850:5

look [11] - 685:5, 691:11, 721:22, 775:20, 846:17, 846:25, 847:6, 863:17, 872:24, 880:23, 902:13

looked [7] - 685:5, 691:9, 765:1, 765:4, 819:16, 846:23, 855:11

looking [12] - 685:8, 685:19, 685:23, 686:10, 806:22, 841:14, 841:23, 842:2, 855:12, 860:6, 860:9, 903:20

loop [1] - 665:3

losing [1] - 914:8

lost [1] - 727:23

loud [1] - 797:20

Loveland [5] - 649:7, 750:17, 750:21, 812:10, 824:4

lower [2] - 652:4, 786:8

lying [1] - 759:4

## M

M's [2] - 790:9, 790:10

ma'am [4] - 839:13, 854:16, 859:12, 866:17

machine [1] - 807:1

mad [1] - 800:9

magnet [1] - 687:4

maiden [1] - 868:9

Main [3] - 677:3, 677:13, 732:12

major [1] - 763:7

Mall [3] - 700:4, 701:11, 701:14

manila [2] - 846:6, 846:11

manufacture [1] - 720:11

map [1] - 912:24

March [39] - 650:3, 652:12, 658:1, 660:13, 660:15, 660:16, 660:17, 660:18, 663:7, 663:21, 664:3, 664:13, 665:6, 666:13, 666:24, 669:20, 669:25, 745:3, 745:5, 745:6, 771:22, 782:13, 783:1, 783:2, 783:17, 784:16, 789:2, 791:15, 794:22, 796:20, 879:11, 880:13, 881:20, 881:23, 881:24, 885:4, 886:17, 889:20

marijuana [7] - 686:4, 699:10, 699:11, 699:14, 702:23, 882:20, 882:21

marked [35] - 651:13, 654:7, 660:24, 661:10, 666:23, 667:2, 671:8, 677:5, 686:22, 702:1, 707:12, 775:2, 776:2, 779:8, 780:1,

786:24, 795:4, 796:3, 845:23, 846:10, 855:22, 855:24, 858:16, 863:13, 865:7, 869:11, 870:4, 870:14, 874:7, 876:2, 880:17, 882:7, 887:6, 895:7, 901:23

marks [1] - 857:19

Marshal [1] - 806:25

MARSHAL [1] - 912:11

Marshals [2] - 820:17, 821:6

marshals [1] - 806:25

Martinez [1] - 717:8

Mary [1] - 867:4

master's [1] - 763:16

materials [1] - 915:1

matter [3] - 784:10, 915:3, 915:4

Maverik [1] - 805:4

McCall [1] - 868:17

mean [35] - 653:20, 658:8, 658:15, 661:19, 673:6, 681:8, 695:17, 696:20, 696:24, 702:23, 711:21, 713:1, 724:5, 724:9, 731:11, 772:3, 774:6, 776:23, 784:3, 784:5, 784:19, 794:16, 796:5, 808:24, 816:13, 817:24, 818:15, 822:9, 823:17, 830:17, 844:22, 846:21, 848:15, 908:17, 909:22

means [4] - 772:4, 799:7, 822:11, 857:3

meant [1] - 686:9

medium [1] - 846:19

meet [12] - 674:22, 693:9, 693:12, 700:8, 770:23, 786:17, 796:22, 869:16, 873:19, 881:21, 881:24, 897:1

meeting [5] - 679:15, 740:9, 740:14, 877:13, 877:16

memory [29] - 709:8, 817:7, 818:7, 824:17, 825:14,

827:23, 828:12, 829:1, 829:9, 829:10, 829:15, 829:17, 831:1, 831:9, 831:18, 831:23, 832:16, 833:11, 833:16, 833:21, 833:24, 834:2, 834:11, 834:22, 835:3, 836:1, 837:9, 909:24, 910:1

mentally [2] - 909:19, 909:21

mention [2] - 830:19, 876:22

mentioned [6] - 660:2, 674:21, 872:23, 874:6, 889:3, 915:2

Meridian [2] - 853:15, 864:12

met [33] - 654:20, 654:22, 654:24, 655:23, 655:25, 674:24, 675:2, 675:4, 675:8, 679:1, 679:9, 679:22, 680:16, 692:14, 694:6, 697:10, 704:4, 704:11, 718:25, 742:11, 747:2, 764:14, 765:10, 770:22, 781:3, 781:21, 785:4, 786:16, 789:18, 824:5, 834:5, 882:13

metal [5] - 686:20, 863:7, 863:9

metallic [1] - 862:22

meth [166] - 650:7, 653:8, 653:13, 653:15, 656:18, 656:23, 657:1, 657:23, 659:25, 668:10, 670:13, 672:17, 673:5, 673:12, 674:2, 675:5, 676:3, 678:4, 678:20, 679:17, 679:18, 680:17, 682:7, 682:18, 682:25, 683:5, 683:13, 683:18, 683:22, 683:23, 685:9, 685:25, 686:18, 688:6, 688:7, 689:12, 690:8, 691:1, 691:4, 695:22, 697:5,

698:4, 698:22, 699:22, 701:16, 702:21, 716:7, 719:20, 719:25, 729:4, 729:11, 729:13, 729:16, 730:2, 730:6, 731:24, 732:19, 734:8, 739:14, 740:21, 741:7, 745:18, 745:21, 745:22, 745:23, 746:4, 746:9, 746:21, 751:25, 752:13, 753:16, 754:11, 754:19, 757:6, 758:19, 758:23, 759:1, 759:6, 759:8, 759:15, 760:1, 768:23, 770:10, 771:20, 777:19, 777:22, 781:2, 781:20, 781:24, 781:25, 786:6, 788:24, 789:24, 791:10, 793:15, 797:8, 798:17, 800:21, 815:7, 817:12, 817:19, 818:3, 818:17, 824:19, 825:1, 827:24, 828:14, 829:10, 829:16, 829:17, 830:2, 830:5, 830:8, 830:12, 831:7, 834:6, 835:20, 835:22, 835:25, 836:14, 871:24, 872:1, 872:9, 872:12, 875:8, 876:13, 877:3, 877:12, 877:19, 877:20, 877:23, 878:1, 879:3, 879:4, 879:16, 879:18, 879:19, 880:5, 882:19, 884:23, 886:9, 886:11, 888:2, 888:9, 890:2, 890:3, 893:9, 894:8, 895:14, 897:20, 897:22, 898:4, 898:7, 898:11, 898:12, 899:5, 899:12, 900:3, 904:13, 908:9, 908:11, 908:12
**methamphetamine** [162] - 655:3, 656:7,

659:3, 659:9, 659:21, 663:4, 663:8, 663:14, 664:12, 665:23, 666:12, 666:17, 667:15, 667:20, 669:1, 669:10, 669:18, 670:18, 671:1, 673:2, 673:20, 673:24, 675:19, 676:5, 676:12, 677:19, 677:22, 678:23, 681:5, 681:10, 682:9, 683:7, 684:2, 684:9, 686:2, 689:14, 689:15, 689:19, 691:11, 691:17, 691:19, 692:19, 692:20, 693:4, 697:9, 697:20, 700:19, 703:9, 703:21, 704:7, 704:12, 716:2, 734:12, 734:18, 734:24, 735:5, 735:16, 735:20, 735:24, 736:24, 741:12, 743:14, 743:23, 744:23, 751:17, 752:2, 752:21, 754:23, 756:12, 756:13, 756:19, 756:22, 758:3, 760:21, 761:1, 768:10, 768:15, 768:18, 770:12, 771:15, 772:9, 773:1, 773:10, 774:12, 774:20, 778:13, 780:9, 782:3, 782:12, 782:17, 783:4, 783:16, 784:17, 785:23, 786:11, 786:13, 787:6, 787:10, 787:15, 788:2, 788:10, 790:4, 790:20, 791:4, 791:12, 791:17, 792:18, 793:1, 793:19, 796:15, 799:2, 799:17, 799:21, 800:24, 802:22, 803:4, 803:14, 814:20, 816:17, 816:19, 824:22, 825:23, 830:25, 832:24, 833:12,

833:14, 833:17, 833:25, 834:13, 836:24, 847:25, 849:3, 857:24, 858:4, 859:4, 871:9, 874:17, 878:4, 878:12, 878:23, 879:8, 879:22, 881:1, 886:8, 886:19, 887:24, 889:22, 890:5, 890:11, 890:14, 891:19, 892:14, 893:5, 893:9, 893:24, 895:1, 895:20, 896:11, 896:18, 897:7, 901:19
**methamphetamines** [2] - 876:18, 877:9
**Mexican** [1] - 810:10
**Mexico** [4] - 652:25, 714:19, 880:4, 911:10
**Michael** [144] - 649:6, 663:9, 663:11, 663:14, 663:22, 664:3, 664:12, 664:17, 665:5, 665:22, 666:8, 666:13, 666:17, 667:11, 667:15, 667:21, 667:25, 668:13, 669:2, 669:11, 669:13, 669:17, 669:23, 670:9, 670:18, 671:2, 671:24, 672:16, 672:23, 679:9, 679:15, 679:22, 680:16, 680:22, 681:4, 681:12, 694:1, 694:2, 694:11, 694:14, 694:22, 695:2, 695:3, 696:18, 697:7, 697:8, 697:14, 698:4, 705:5, 705:10, 714:8, 754:3, 754:5, 755:14, 757:12, 757:13, 782:14, 782:16, 782:17, 783:3, 783:11, 783:15, 784:18, 784:24, 786:12, 787:4, 787:6, 787:8, 787:18, 787:23, 788:9, 788:10, 789:19, 789:21,

790:11, 790:12, 790:14, 791:16, 793:11, 805:10, 805:15, 805:20, 806:12, 806:18, 807:19, 809:12, 810:4, 810:22, 811:4, 819:22, 823:10, 826:6, 826:23, 833:17, 833:19, 833:21, 835:5, 836:11, 837:10, 885:2, 885:16, 886:9, 886:11, 886:13, 886:14, 886:18, 887:11, 887:12, 888:1, 888:2, 891:2, 891:9, 891:12, 891:18, 892:3, 892:8, 892:15, 893:5, 893:10, 893:13, 894:25, 895:2, 895:21, 896:1, 896:5, 896:10, 896:19, 897:11, 897:14, 897:20, 898:5, 898:9, 898:11, 898:24, 899:2, 899:4, 899:11, 900:3, 900:5, 900:10, 900:13, 900:18, 900:22, 900:25
**microphone** [3] - 701:4, 726:16, 769:19
**mid** [9] - 660:15, 664:3, 664:13, 665:6, 745:4, 745:6, 818:3, 899:21
**mid-April** [1] - 664:3
**mid-March** [4] - 664:3, 664:13, 665:6, 745:6
**mid-May** [2] - 745:4, 899:21
**middle** [6] - 660:17, 791:15, 793:12, 838:20, 881:11, 914:5
**might** [9] - 728:21, 729:7, 729:9, 738:21, 756:15, 828:18, 830:14, 899:15, 913:8
**Mike** [22] - 679:1, 698:1, 754:1, 792:3, 812:3, 812:16, 813:9, 814:6,

820:13, 820:16, 821:9, 821:13, 822:3, 880:14, 881:1, 881:16, 885:24, 886:2, 886:6, 886:8, 887:23, 901:12
**Mike's** [3] - 680:19, 680:25, 805:9
**miles** [6] - 679:7, 802:5, 819:2, 819:6, 843:5, 843:7
**military** [5] - 768:24, 768:25, 769:3, 769:6, 769:22
**mind** [3] - 710:20, 767:6, 915:3
**mine** [1] - 659:1
**minimum** [3] - 721:25, 722:1, 722:6
**minute** [4] - 658:10, 663:12, 668:9, 693:5
**minute-and-a-half** [1] - 693:5
**minutes** [16] - 693:6, 701:18, 726:17, 737:3, 764:23, 765:23, 766:1, 819:18, 838:1, 843:20, 851:5, 912:12, 912:13, 914:8, 914:11, 914:13
**mischaracterization** [1] - 828:3
**missed** [2] - 748:2, 769:14
**misstated** [1] - 822:15
**misunderstood** [1] - 822:25
**mixture** [2] - 744:17
**mom** [1] - 659:1
**mom's** [2] - 786:15, 901:9
**moment** [18] - 712:18, 730:22, 737:15, 744:18, 758:6, 780:23, 815:4, 816:2, 825:11, 827:25, 828:12, 829:9, 844:6, 862:9, 862:11, 892:19, 907:7, 912:16
**money** [88] - 650:5, 650:8, 652:8, 653:14, 653:17, 653:18, 657:24, 659:15, 659:18, 659:25, 669:13, 669:18, 672:10,

672:12, 672:20,
672:22, 674:8,
674:9, 674:11,
674:20, 675:18,
675:22, 676:3,
676:8, 681:23,
682:1, 682:2, 682:3,
693:17, 693:19,
693:23, 694:17,
695:8, 695:10,
695:20, 697:5,
700:11, 700:14,
700:15, 700:21,
700:24, 700:25,
703:4, 714:9,
714:10, 714:12,
753:17, 753:20,
757:6, 757:9,
761:10, 786:5,
798:18, 799:4,
799:6, 799:10,
800:2, 800:11,
808:3, 808:12,
808:13, 808:14,
808:15, 808:18,
809:9, 833:13,
833:18, 874:22,
876:19, 876:22,
879:1, 887:22,
888:1, 888:8,
888:19, 888:22,
888:24, 890:3,
893:14, 896:1,
896:4, 900:13,
900:17, 900:21,
900:23
**month** [10] - 667:18,
747:5, 747:8, 760:4,
773:20, 853:17,
878:7, 878:10,
891:11
**months** [6] - 661:17,
741:9, 853:19,
868:22, 879:15
**Moore** [1] - 716:24
**morals** [1] - 759:5
**morning** [17] - 649:9,
685:12, 726:17,
737:2, 806:5, 806:7,
811:19, 839:23,
854:21, 858:21,
876:8, 912:15,
913:3, 913:11,
914:1, 915:4, 915:7
**Morris** [141] - 649:6,
663:9, 663:12,
663:14, 663:22,
664:3, 664:13,
664:17, 665:5,
665:22, 666:9,

666:13, 666:17,
667:11, 668:13,
669:2, 669:11,
669:14, 670:19,
671:2, 672:23,
675:23, 679:1,
679:9, 679:16,
679:22, 680:16,
680:22, 681:4,
681:12, 694:1,
694:2, 694:12,
694:14, 694:22,
695:2, 695:3, 695:6,
695:9, 696:18,
697:7, 697:8,
697:14, 698:4,
698:7, 705:5,
705:10, 714:8,
744:22, 744:23,
754:3, 755:14,
757:12, 757:13,
782:15, 782:16,
782:18, 783:3,
783:12, 783:15,
784:18, 784:24,
786:12, 787:4,
787:6, 787:9,
787:23, 788:9,
788:10, 789:19,
789:21, 790:12,
791:16, 792:17,
793:11, 805:20,
807:19, 809:12,
810:5, 810:22,
811:4, 812:16,
813:9, 814:6,
819:22, 820:16,
821:9, 821:14,
822:3, 823:10,
826:23, 833:18,
833:19, 836:11,
837:10, 880:14,
881:1, 881:17,
885:3, 885:16,
885:25, 886:2,
886:6, 886:8, 886:9,
886:12, 886:14,
887:12, 887:23,
888:2, 888:8, 891:2,
891:9, 891:18,
892:3, 892:8,
892:15, 893:5,
893:10, 893:13,
895:2, 895:21,
896:2, 896:5,
896:10, 896:19,
897:11, 897:14,
897:20, 898:9,
898:11, 899:4,
899:11, 900:3,
900:11, 900:14,

900:18, 900:23,
901:13
**Morris's** [32] - 667:15,
667:21, 667:25,
669:17, 669:23,
670:9, 670:13,
671:24, 672:17,
698:2, 754:1, 754:6,
787:18, 805:10,
805:15, 806:12,
806:18, 820:13,
826:6, 833:22,
835:6, 886:13,
886:18, 887:11,
891:12, 891:17,
894:25, 898:5,
898:24, 899:2,
900:5, 901:1
**moss** [1] - 803:23
**most** [13] - 666:19,
672:24, 698:1,
709:22, 719:14,
746:12, 752:20,
767:17, 819:3,
830:13, 832:22,
890:17, 894:15
**motel** [5] - 704:3,
714:4, 799:23,
804:22, 819:20
**motels** [1] - 786:17
**mother** [1] - 716:22
**Motors** [1] - 855:4
**move** [15] - 662:1,
671:13, 687:10,
695:24, 707:23,
769:19, 775:6,
822:19, 849:6,
865:19, 901:4,
901:7, 902:3
**moved** [7] - 660:12,
660:14, 677:15,
767:16, 886:23,
889:16, 895:15
**movement** [1] - 857:2
**moving** [3] - 765:25,
785:24, 889:11
**MR** [123] - 655:14,
656:8, 657:4, 662:6,
662:7, 663:23,
664:5, 671:17,
671:18, 671:25,
687:14, 687:15,
692:7, 696:3, 696:4,
706:6, 708:10,
708:16, 708:22,
709:3, 710:2,
713:14, 715:20,
715:23, 725:8,
725:12, 726:23,

726:24, 729:22,
729:25, 730:1,
731:7, 731:18,
731:19, 733:15,
733:18, 735:13,
737:5, 738:15,
738:18, 739:9,
739:10, 741:20,
742:23, 742:25,
745:9, 745:13,
745:15, 750:2,
752:8, 755:22,
756:4, 758:12,
758:14, 758:18,
759:10, 759:13,
760:12, 761:11,
761:25, 762:1,
765:16, 765:17,
775:11, 775:12,
780:19, 812:11,
812:14, 812:25,
813:7, 817:18,
822:17, 822:20,
822:21, 823:1,
823:2, 823:21,
824:12, 825:7,
827:18, 827:21,
828:10, 828:24,
828:25, 831:10,
832:11, 836:6,
837:17, 840:12,
849:12, 849:13,
850:14, 850:15,
862:8, 865:23,
865:24, 866:23,
866:24, 872:5,
882:15, 883:8,
883:17, 885:8,
888:10, 892:11,
892:18, 892:20,
893:20, 902:7,
902:8, 904:6, 904:9,
907:3, 907:7,
907:11, 908:3,
908:4, 908:8,
910:24, 911:2,
911:11, 912:3,
913:22
**MS** [184] - 649:17,
649:24, 651:14,
651:17, 654:10,
654:11, 655:16,
655:19, 656:11,
657:7, 658:12,
661:3, 662:1, 662:5,
662:11, 664:1,
664:11, 666:7,
666:11, 667:5,
671:13, 671:16,
671:22, 672:4,
677:8, 677:10,

687:10, 687:16,
687:22, 687:25,
692:12, 695:23,
696:2, 696:7,
696:14, 696:17,
702:5, 702:6, 706:8,
707:22, 708:4,
708:8, 709:13,
709:20, 711:17,
711:20, 712:23,
713:22, 713:24,
715:17, 724:18,
725:10, 725:14,
729:19, 731:10,
733:13, 735:11,
741:16, 742:18,
750:6, 750:8,
751:10, 751:12,
751:14, 752:11,
755:25, 756:8,
758:6, 758:9,
760:15, 760:17,
760:19, 761:13,
761:16, 761:22,
762:2, 762:5,
762:17, 762:19,
765:12, 765:15,
765:21, 766:24,
767:1, 775:6,
775:10, 775:14,
775:18, 775:19,
780:20, 780:21,
780:25, 783:10,
783:14, 783:19,
784:1, 812:8,
812:10, 817:15,
822:8, 822:24,
823:23, 824:2,
824:14, 824:16,
825:9, 825:13,
827:14, 827:17,
828:2, 828:15,
831:3, 832:12,
832:15, 836:9,
837:13, 837:22,
837:25, 838:5,
838:22, 838:24,
840:14, 840:23,
840:25, 849:5,
849:9, 849:11,
849:18, 849:22,
849:24, 850:10,
850:13, 850:20,
850:23, 851:17,
852:15, 852:17,
862:15, 863:16,
863:21, 863:22,
865:18, 865:22,
866:3, 866:18,
866:22, 867:3,
867:9, 867:12,

867:14, 868:5,
871:2, 872:7,
873:11, 873:15,
881:15, 881:19,
882:22, 883:10,
883:20, 885:14,
888:14, 892:13,
892:25, 893:23,
902:3, 902:6,
902:12, 904:1,
904:3, 904:5,
907:15, 907:25,
911:4, 911:6,
911:13, 911:15,
911:18, 911:25,
912:7, 912:20,
913:1, 913:8, 913:21
**MSM** [2] - 673:10,
788:7
**multiple** [5] - 751:5,
782:14, 787:7,
790:24, 845:6
**muscle** [1] - 857:18
**muscular** [1] - 859:1
**Myatt** [2] - 868:11,
868:12

## N

**name** [37] - 693:15,
697:17, 714:18,
717:11, 718:10,
718:11, 718:23,
719:2, 719:3, 736:4,
750:17, 762:13,
762:14, 766:19,
766:20, 781:7,
785:21, 805:8,
810:10, 810:11,
824:9, 838:14,
838:15, 838:16,
838:17, 838:18,
838:19, 838:20,
850:22, 851:15,
851:24, 851:25,
867:24, 867:25,
868:9, 880:11, 882:4
**named** [11] - 658:20,
718:8, 735:25,
750:10, 752:24,
781:5, 785:8,
788:19, 790:7,
797:13, 872:23
**names** [13] - 697:12,
718:15, 718:16,
754:17, 754:20,
755:2, 755:4, 755:6,
755:8, 785:6,
785:10, 868:9, 897:5
**Nampa** [1] - 704:4

**narrative** [1] - 664:8
**nature** [4] - 735:6,
738:7, 777:20,
860:20
**Navigator** [5] - 652:17,
653:1, 655:8, 884:9,
884:11
**near** [2] - 679:1, 844:8
**necessarily** [1] -
784:12
**necessary** [1] - 725:3
**need** [13] - 696:10,
696:12, 712:20,
713:21, 738:10,
765:23, 777:4,
838:17, 849:16,
851:1, 867:4, 883:9,
903:11
**needed** [14] - 656:23,
657:23, 657:24,
700:14, 700:15,
751:22, 751:23,
757:8, 794:6,
794:12, 794:15,
797:22, 805:17,
890:16
**needle** [3] - 773:21,
773:23, 857:19
**needs** [1] - 864:20
**neighborhood** [1] -
819:22
**nervous** [4] - 806:20,
857:23, 859:3,
889:13
**net** [1] - 803:23
**never** [14] - 681:2,
716:25, 746:18,
749:20, 750:12,
756:6, 780:13,
780:14, 781:21,
816:4, 817:2,
904:23, 908:20,
910:16
**New** [1] - 802:13
**new** [7] - 781:11,
781:21, 781:25,
782:4, 881:21,
881:25
**Newell** [1] - 717:18
**news** [1] - 914:24
**next** [25] - 666:3,
680:3, 681:19,
693:9, 693:12,
719:24, 726:17,
728:4, 741:9, 762:4,
765:20, 799:6,
799:15, 837:20,
850:18, 850:20,
850:21, 851:16,
851:17, 863:6,

867:2, 912:6, 912:7,
913:6, 914:6
**nickname** [4] -
717:20, 767:2,
796:6, 887:13
**nicknames** [4] -
750:14, 755:3,
785:6, 897:8
**night** [28] - 668:24,
679:22, 681:23,
682:1, 682:12,
682:13, 682:16,
684:15, 684:16,
684:17, 691:15,
715:12, 725:20,
797:1, 797:2, 798:5,
798:11, 799:18,
803:5, 804:25,
811:11, 856:13,
859:6, 873:22,
876:25, 900:5,
900:12
**nights** [1] - 715:13
**NIK** [3] - 847:23,
848:2, 865:2
**nine** [3] - 696:19,
696:21, 775:14
**nineteen** [2] - 769:4,
770:3
**nondrug** [1] - 720:5
**nondrug-related** [1] -
720:5
**none** [8] - 687:14,
712:2, 765:15,
775:11, 849:13,
850:14, 865:23,
902:7
**nonresponsive** [3] -
692:8, 836:7, 892:20
**noon** [1] - 701:21
**normal** [2] - 856:16,
857:5
**normally** [4] - 724:17,
737:2, 751:1, 816:20
**North** [1] - 675:9
**Northwest** [1] -
841:11
**Nos** [1] - 711:19
**note** [3] - 739:3,
766:10, 851:13
**noted** [1] - 750:23
**nothing** [3] - 866:23,
907:3, 912:3
**noticed** [1] - 858:24
**notified** [1] - 860:1
**November** [19] -
777:12, 778:9,
779:3, 780:7,
780:11, 780:17,
781:2, 781:14,

781:15, 782:24,
869:2, 869:24,
869:25, 871:8,
871:12, 871:21,
908:22, 909:14
**number** [13] - 654:9,
708:3, 716:1, 716:6,
730:19, 750:24,
751:7, 751:18,
784:20, 793:1,
834:8, 863:15, 906:3
**numbers** [4] - 661:19,
711:23, 750:25,
751:6
**nylon** [1] - 801:6

## O

**oath** [3] - 649:14,
739:6, 766:15
**object** [8] - 724:19,
725:23, 731:11,
742:18, 828:2,
828:15, 863:8,
906:14
**objection** [76] -
655:14, 656:8,
657:4, 662:4, 662:5,
663:23, 664:5,
671:15, 671:16,
671:18, 671:25,
687:13, 687:15,
687:16, 692:7,
696:1, 696:2, 696:3,
696:4, 706:6, 708:2,
708:7, 708:8,
708:14, 708:16,
709:24, 710:1,
710:3, 710:5, 710:8,
710:10, 713:14,
713:16, 725:7,
725:8, 725:10,
725:12, 726:11,
729:19, 733:13,
735:11, 741:16,
752:8, 755:22,
756:4, 761:11,
775:9, 775:10,
775:12, 780:19,
780:24, 817:15,
822:8, 825:7,
825:12, 836:6,
840:12, 849:10,
849:11, 849:12,
865:21, 865:22,
865:24, 872:5,
882:15, 883:8,
883:17, 885:8,
888:10, 892:11,
892:18, 893:20,
902:5, 902:6, 902:8,

911:11
**objects** [1] - 845:3
**observations** [2] -
857:16, 858:23
**observe** [6] - 729:16,
730:2, 730:8,
857:15, 906:5, 906:9
**observed** [3] - 855:14,
857:21, 861:3
**obstructed** [1] - 850:2
**obvious** [1] - 860:8
**obviously** [2] -
810:22, 913:16
**occasional** [1] -
730:10
**occasionally** [3] -
659:4, 751:8, 871:13
**occasions** [4] -
730:11, 731:25,
787:8, 814:21
**occupants** [2] -
844:13, 844:16
**occur** [4] - 667:17,
747:5, 880:2, 905:7
**occurred** [10] -
722:11, 777:10,
815:18, 818:7,
824:18, 825:4,
825:15, 856:13,
856:22, 859:6
**October** [1] - 762:25
**odd** [1] - 735:8
**off-white** [1] - 801:12
**offered** [2] - 840:13,
840:14
**office** [3] - 763:4,
806:25, 864:11
**Office** [1] - 764:14
**Officer** [3] - 837:22,
838:7, 844:4
**officer** [11] - 686:16,
748:19, 837:23,
839:4, 839:5, 840:8,
840:19, 844:9,
844:11, 853:19,
856:18
**officers** [18] - 689:1,
689:3, 689:7,
693:10, 699:18,
725:16, 725:17,
749:12, 749:13,
751:16, 755:17,
826:22, 853:14,
856:15, 857:9,
875:2, 875:7, 875:10
**official** [1] - 747:20
**often** [14] - 650:10,
656:5, 656:12,
656:25, 665:18,
732:2, 782:3,

784:15, 794:1, 834:4, 892:4, 908:18, 908:24, 910:12

**oil** [1] - 675:10

**old** [8] - 677:3, 722:8, 767:9, 767:10, 769:2, 770:1, 868:14, 891:15

**older** [5] - 785:14, 785:15, 785:16, 785:17, 804:7

**Olson** [21] - 685:16, 685:17, 686:1, 686:15, 686:17, 688:3, 688:24, 723:17, 734:13, 734:18, 734:20, 734:24, 735:5, 858:10, 859:14, 859:21, 859:23, 860:16, 860:18, 861:3, 861:13

**Oly** [1] - 718:21

**on-the-job** [2] - 763:24, 854:5

**once** [22] - 652:6, 653:11, 660:4, 673:4, 674:9, 675:24, 683:17, 702:19, 704:11, 732:1, 732:3, 732:4, 732:6, 732:7, 732:9, 847:10, 847:16, 850:5, 853:13, 859:20, 864:16

**one** [81] - 650:12, 652:1, 652:3, 652:4, 658:10, 661:1, 662:8, 662:19, 662:20, 663:10, 678:4, 689:3, 689:7, 690:17, 697:13, 699:16, 708:19, 715:4, 718:25, 719:9, 721:16, 721:23, 736:3, 737:14, 737:18, 739:12, 744:21, 746:9, 746:12, 746:13, 748:2, 750:10, 752:4, 752:15, 752:22, 759:11, 774:4, 774:5, 777:23, 780:18, 782:15, 782:16, 787:8, 797:6, 803:14, 803:18, 803:20, 807:13, 809:3,

818:22, 823:23, 841:15, 842:23, 852:3, 852:10, 859:7, 866:11, 871:5, 871:6, 871:17, 873:9, 876:10, 876:20, 887:16, 888:4, 888:19, 888:20, 894:23, 896:9, 896:22, 897:4, 903:18, 903:22, 909:5, 910:17, 911:4, 911:9, 911:20, 914:10

**one-and-a-half** [1] - 746:13

**ones** [2] - 720:15, 748:3

**onetime** [1] - 773:16

**Ontario** [15] - 666:21, 679:6, 679:8, 717:15, 744:24, 745:7, 786:19, 789:5, 789:6, 799:22, 805:5, 805:6, 805:13, 886:16, 899:10

**Ontario/Fruitland** [1] - 841:8

**open** [5] - 691:18, 693:1, 704:8, 811:14, 862:5

**opened** [2] - 692:17, 803:1

**openly** [1] - 906:14

**operates** [1] - 860:13

**opinion** [2] - 737:11, 825:15

**opinions** [3] - 766:5, 851:8, 914:18

**opportunity** [2] - 708:20, 725:2

**opposed** [1] - 709:25

**order** [3] - 721:18, 757:9, 820:2

**ordered** [1] - 842:18

**Oregon** [8] - 679:4, 679:5, 786:19, 789:6, 841:8, 858:13, 886:16, 899:10

**otherwise** [3] - 738:11, 890:20, 905:15

**ounce** [61] - 650:22, 665:18, 665:19, 665:21, 669:5, 671:3, 671:4, 673:23, 673:25,

674:1, 674:2, 679:20, 682:5, 683:1, 684:5, 685:25, 703:16, 744:7, 744:11, 744:12, 744:14, 745:20, 745:22, 745:23, 745:24, 746:5, 746:6, 746:9, 746:12, 771:2, 773:18, 774:2, 774:3, 778:6, 778:14, 782:20, 782:22, 782:25, 783:21, 783:23, 783:25, 784:6, 784:7, 784:10, 786:7, 786:9, 786:10, 788:14, 792:9, 793:24, 794:1, 798:17, 803:16, 836:15, 875:8, 887:21, 890:19, 890:21, 890:22

**ounce-and-a-half** [5] - 683:1, 793:24, 794:1, 798:17, 803:16

**ounces** [25] - 650:19, 665:7, 665:10, 669:8, 678:22, 683:9, 699:22, 700:19, 703:11, 703:13, 727:23, 744:2, 746:9, 746:13, 778:5, 778:6, 778:23, 782:20, 794:6, 877:9, 878:14, 884:25

**outside** [12] - 668:2, 668:5, 679:25, 691:24, 700:5, 803:25, 806:23, 820:25, 862:2, 864:1, 867:12, 915:1

**outstanding** [1] - 807:15

**overbroad** [1] - 817:16

**overrule** [4] - 710:4, 713:15, 726:11, 780:24

**overruled** [7] - 657:5, 756:5, 761:14, 817:17, 831:6, 882:17, 883:18

**owe** [10] - 682:3, 685:10, 693:16, 693:19, 693:23,

694:2, 694:4, 759:25, 798:23, 900:18

**owed** [32] - 652:8, 653:18, 657:24, 681:25, 682:2, 682:4, 694:17, 695:8, 695:10, 695:20, 697:5, 700:14, 727:13, 727:14, 741:11, 741:14, 742:1, 757:4, 757:6, 757:14, 761:8, 799:14, 800:2, 808:14, 830:4, 876:19, 876:20, 876:23, 879:2, 896:7, 900:14, 900:23

**owing** [1] - 874:22

**own** [7] - 757:20, 772:22, 835:3, 853:21, 904:16, 905:18, 906:23

## P

**p.m** [3] - 722:11, 722:13, 915:8

**package** [8] - 673:4, 803:17, 803:18, 865:13, 866:12, 890:2, 890:5, 896:16

**packaged** [4] - 659:22, 691:14, 890:4, 896:18

**packages** [1] - 803:12

**packaging** [3] - 848:7, 862:19, 864:12

**page** [5] - 721:21, 775:21, 775:22, 902:13, 902:15

**paid** [7] - 650:4, 676:4, 760:9, 778:17, 784:14, 833:13, 878:17

**panicking** [1] - 806:20

**pantry** [3] - 661:22, 662:20, 871:5

**paper** [1] - 748:5

**paperwork** [2] - 720:21, 772:5

**paraphernalia** [4] - 835:16, 835:20, 836:22, 860:10

**pardon** [1] - 815:15

**parked** [3] - 680:3, 681:21

**parking** [1] - 899:8

**parlance** [1] - 852:5

**parole** [8] - 743:4, 747:6, 747:9, 747:12, 747:15, 747:17, 748:19, 749:12

**part** [9] - 660:15, 776:9, 777:1, 795:7, 845:4, 850:3, 902:20, 903:1, 903:19

**participate** [1] - 711:7

**participating** [1] - 774:19

**participation** [1] - 722:5

**particular** [10] - 721:7, 735:9, 737:3, 751:8, 763:1, 764:7, 818:8, 829:3, 854:3

**particularly** [1] - 709:18

**parties** [1] - 713:18

**party** [1] - 708:19

**pass** [7] - 748:19, 748:22, 749:3, 749:4, 853:20, 855:10, 855:15

**passed** [2] - 806:7, 816:11, 898:17

**passenger** [6] - 680:9, 680:11, 845:7, 856:20, 856:24, 857:15

**passenger's** [1] - 845:2

**passing** [3] - 814:12, 816:11, 816:13

**past** [2] - 835:14, 861:9

**Patric** [22] - 670:10, 670:16, 671:6, 671:12, 672:8, 672:11, 672:15, 674:21, 674:22, 675:2, 675:4, 675:15, 676:1, 706:4, 895:5, 895:12, 895:13, 895:19, 900:20, 907:20, 912:8

**patrol** [6] - 839:4, 839:5, 846:8, 853:1, 856:8, 859:16

**Pause** [1] - 862:12

**pay** [22] - 653:14, 653:15, 653:17, 672:20, 674:19, 700:21, 711:25, 745:23, 750:25,

751:5, 751:22, 751:23, 757:9, 760:7, 794:12, 794:15, 799:10, 799:13, 800:11, 825:1, 879:4, 888:3
**Payette** [14] - 688:21, 688:25, 764:14, 767:15, 802:18, 807:15, 839:15, 852:22, 853:5, 855:9, 855:16, 857:9, 859:9, 859:17
**paying** [5] - 651:4, 783:15, 794:8, 799:2, 879:18
**payment** [1] - 650:9
**pen** [1] - 776:4
**pending** [1] - 773:5
**Pennsylvania** [2] - 801:19, 802:11
**people** [36] - 663:9, 694:25, 697:5, 697:10, 704:22, 707:8, 707:20, 752:12, 752:16, 754:19, 755:2, 757:5, 757:8, 773:19, 780:12, 782:14, 785:15, 785:16, 791:6, 793:1, 797:12, 798:15, 805:1, 805:2, 824:8, 826:15, 830:4, 876:16, 881:8, 885:23, 894:7, 897:6, 898:15, 898:19, 899:6, 899:16
**People's** [1] - 660:21
**pepper** [1] - 845:7
**per** [6] - 673:23, 674:2, 746:5, 746:6, 759:14, 796:1
**percent** [3] - 745:19, 746:11, 752:7
**performed** [4] - 842:7, 842:8, 860:17, 860:24
**perhaps** [10] - 726:19, 740:20, 781:16, 827:8, 829:4, 829:25, 830:6, 830:7, 830:10, 914:3
**period** [8] - 658:17, 658:19, 744:7, 745:2, 760:4, 778:7, 780:10, 796:20
**permanent** [2] - 658:4,

889:5
**person** [36] - 654:12, 654:17, 661:4, 671:9, 714:21, 715:5, 740:21, 752:24, 764:7, 764:9, 770:17, 779:10, 783:8, 788:18, 790:7, 796:4, 796:12, 796:22, 841:6, 845:24, 857:8, 858:18, 864:7, 864:18, 869:12, 870:5, 872:18, 872:23, 872:25, 874:9, 880:18, 880:25, 882:8, 890:16, 894:13, 895:8
**person's** [1] - 882:4
**personal** [8] - 773:12, 840:9, 890:24, 891:3, 893:16, 899:16, 899:17, 899:18
**personal-use** [4] - 890:24, 891:3, 893:16, 899:18
**personally** [1] - 780:14
**persons** [1] - 854:6
**phenomena** [1] - 729:24
**phone** [34] - 657:18, 657:19, 689:25, 699:4, 711:24, 723:7, 723:9, 728:17, 728:24, 733:11, 733:14, 733:17, 733:21, 736:17, 750:23, 751:2, 751:5, 751:7, 800:18, 801:23, 803:1, 804:8, 806:24, 809:1, 809:6, 809:7, 819:18, 840:9, 840:20, 841:1, 841:4, 841:10, 841:13
**phones** [2] - 711:25, 751:1
**phonetic** [2] - 718:3, 768:8
**photo** [3] - 845:24, 876:1, 876:4
**photograph** [19] - 651:19, 654:13, 661:5, 661:11,

667:7, 671:9, 770:18, 779:11, 787:1, 795:6, 796:4, 858:19, 869:12, 870:6, 872:19, 880:19, 882:9, 887:8, 895:9
**phrase** [2] - 815:4, 828:13
**physical** [2] - 849:19, 859:22
**physically** [5] - 681:10, 681:13, 879:21, 905:11, 909:17
**pick** [12] - 652:25, 656:6, 682:9, 683:8, 683:10, 778:22, 796:15, 805:4, 809:10, 878:7, 878:23, 907:20
**picked** [10] - 669:18, 678:4, 682:25, 683:4, 683:17, 748:11, 787:11, 787:14, 804:9, 878:3
**picking** [2] - 808:3, 879:18
**pickup** [2] - 701:24, 702:10
**picture** [6] - 651:25, 652:4, 661:20, 662:12, 870:16, 874:10
**pieces** [1] - 846:23
**Pilot** [2] - 786:14
**pink** [1] - 836:13
**pipe** [3] - 774:5, 836:13, 898:14
**pistol** [1] - 651:22
**pistols** [1] - 651:24
**place** [11] - 666:17, 677:3, 766:15, 779:20, 786:20, 786:21, 792:8, 794:24, 797:22, 806:23, 822:12
**placed** [4] - 726:25, 846:7, 846:15, 848:12
**places** [5] - 658:17, 659:15, 815:13, 815:23, 889:11
**plan** [1] - 700:7
**planning** [5] - 882:23, 882:25, 883:5, 883:14, 883:21
**plate** [1] - 855:5
**plates** [1] - 855:4
**play** [2] - 695:25,

707:24
**played** [3] - 696:11, 709:15, 789:23
**plea** [13] - 721:7, 721:12, 721:16, 721:21, 721:24, 774:18, 774:23, 775:5, 776:9, 833:1, 902:2, 902:20, 902:24
**plead** [1] - 721:4
**pleasant** [1] - 649:10
**pled** [3] - 774:19, 774:24, 901:18
**Plymouth** [1] - 802:13
**point** [31] - 662:16, 666:1, 673:19, 693:16, 723:18, 732:16, 743:17, 795:9, 797:25, 802:9, 807:10, 807:17, 840:18, 843:11, 844:4, 856:11, 858:2, 859:14, 860:16, 861:5, 861:6, 865:18, 867:5, 870:11, 876:20, 888:20, 892:9, 892:15, 896:9, 914:7
**police** [26] - 689:1, 698:15, 701:3, 725:16, 725:17, 726:1, 734:17, 735:1, 735:2, 740:15, 740:19, 801:15, 801:20, 805:21, 812:16, 813:9, 813:13, 814:2, 826:7, 826:19, 826:22, 835:7, 840:7, 853:14, 855:22, 855:23
**Police** [17] - 762:22, 762:24, 763:2, 819:19, 839:1, 850:7, 851:18, 852:19, 852:21, 853:9, 853:16, 854:8, 854:23, 855:25, 864:11, 866:16, 900:1
**policeman** [2] - 688:1
**posed** [1] - 813:1
**position** [1] - 852:20
**positive** [1] - 847:24
**positively** [1] - 842:22
**possess** [2] - 774:20, 901:19

**possession** [11] - 719:25, 720:11, 720:13, 720:24, 748:11, 748:20, 748:24, 749:4, 772:12, 772:25, 859:25
**possibility** [1] - 728:22
**possible** [5] - 723:3, 817:23, 818:2, 818:6, 860:9
**possibly** [7] - 728:24, 740:25, 741:2, 745:17, 855:3, 859:25, 861:4
**POST** [1] - 763:16
**pot** [7] - 685:24, 702:20, 702:23, 730:10, 731:2, 731:3, 731:5
**potential** [1] - 722:1
**pound** [1] - 787:11
**pounds** [4] - 778:23, 778:25, 779:5, 786:1
**practice** [1] - 754:22
**prearranged** [1] - 679:14
**preceding** [1] - 727:19
**prefer** [1] - 708:17
**pregnant** [5] - 733:1, 733:6, 734:4, 758:2, 758:3
**prepare** [1] - 709:11
**prepared** [2] - 709:13, 711:4
**presence** [1] - 906:14
**present** [13] - 649:3, 697:19, 730:3, 739:2, 739:4, 740:11, 766:9, 766:11, 790:19, 791:9, 851:12, 851:14, 860:21
**presentence** [1] - 852:11
**presenter** [1] - 849:17
**pressure** [1] - 913:17
**presumably** [1] - 711:4
**presume** [4] - 697:6, 722:21, 823:3, 823:7
**presumptive** [1] - 847:24
**pretty** [7] - 660:1, 709:22, 770:9, 793:2, 804:1, 825:17, 830:3
**previous** [1] - 840:4
**previously** [1] -

649:21
**price** [1] - 794:13
**prices** [2] - 794:18, 794:19
**prison** [6] - 675:1, 722:24, 743:10, 768:20, 768:21, 772:7
**private** [1] - 791:5
**probation** [3] - 749:12, 749:23, 751:16
**problem** [2] - 709:4, 913:8
**problems** [4] - 710:5, 713:12, 713:25, 714:1
**procedure** [2] - 724:25, 725:7
**proceed** [8] - 711:15, 726:22, 731:17, 780:24, 828:9, 828:22, 852:3, 862:13
**proceedings** [2] - 738:8, 747:21
**process** [2] - 815:17, 909:9
**produce** [1] - 861:21
**product** [1] - 746:9
**profit** [5] - 676:6, 744:6, 759:23, 759:24, 786:3
**program** [8] - 742:4, 742:6, 742:16, 743:1, 743:2, 743:6, 743:9, 853:18
**progressing** [1] - 914:6
**prohibit** [1] - 829:2
**promptly** [1] - 851:4
**pronouncing** [1] - 838:9
**property** [4] - 820:19, 820:22, 850:3, 850:5
**prosecutor** [1] - 748:4
**protect** [4] - 819:13, 820:1, 820:2, 820:5
**provide** [1] - 721:17
**provided** [3] - 710:8, 710:15, 840:21
**provisions** [1] - 709:25
**prudent** [2] - 912:14, 914:14
**Pruitt** [1] - 868:11
**PSI** [2] - 813:17, 852:10
**PSR** [1] - 813:16
**public** [2] - 688:18,

858:4
**published** [6] - 662:9, 671:20, 687:18, 711:19, 775:16, 902:10
**puked** [1] - 894:19
**pull** [3] - 769:18, 800:4, 863:8
**pulled** [18] - 659:14, 686:12, 686:13, 688:2, 702:12, 705:12, 800:17, 800:18, 801:16, 801:17, 844:19, 855:19, 856:1, 856:4, 856:6, 858:21, 899:25, 900:6
**pupils** [2] - 857:18, 858:25
**purchase** [1] - 698:22
**purchased** [2] - 653:13, 855:6
**purchasing** [3] - 653:8, 874:17, 877:3
**pure** [3] - 673:19, 787:22, 788:8
**purity** [1] - 673:25
**purpose** [1] - 679:15
**pursued** [1] - 843:12
**pursuit** [2] - 802:2, 854:24
**put** [43] - 688:4, 688:5, 688:11, 690:22, 691:23, 692:19, 692:20, 701:4, 703:23, 704:7, 725:3, 731:15, 734:24, 737:19, 775:24, 801:1, 801:3, 811:19, 813:5, 819:1, 821:13, 828:22, 836:17, 837:2, 842:18, 843:1, 846:6, 847:10, 847:14, 847:16, 848:12, 848:17, 848:20, 848:21, 853:20, 866:6, 866:15, 890:12, 890:14, 890:18, 902:17, 909:6, 915:3
**putting** [2] - 709:10, 913:16

## Q

**Quantico** [1] - 763:18
**quantified** [1] - 864:21

**quantities** [7] - 786:8, 828:12, 828:16, 828:19, 829:19, 890:25, 891:3
**quantity** [4] - 784:10, 848:3, 848:7, 855:1
**quarter** [28] - 650:19, 650:22, 650:24, 665:7, 665:9, 665:18, 665:21, 671:3, 674:1, 683:2, 685:25, 773:18, 778:5, 778:23, 778:25, 779:4, 782:19, 782:21, 783:21, 787:11, 792:9, 836:15, 841:3, 846:22, 887:20, 890:19, 890:21, 890:7
**questioned** [3] - 734:15, 735:3, 828:11
**questions** [28] - 715:18, 731:9, 745:10, 750:2, 751:10, 758:9, 759:11, 760:13, 761:5, 761:22, 762:1, 765:12, 812:8, 823:22, 827:14, 837:13, 850:10, 852:7, 866:19, 904:1, 904:3, 904:5, 904:11, 907:6, 907:11, 907:25, 910:25, 911:25
**quick** [4] - 693:7, 844:12, 844:13, 912:10
**quickly** [1] - 912:10
**quite** [9] - 665:17, 754:15, 781:16, 848:5, 877:15, 889:10, 900:19, 909:22, 909:23

## R

**Rachel** [37] - 658:20, 660:3, 660:12, 660:19, 661:8, 661:25, 662:14, 663:4, 670:10, 670:12, 670:25, 671:1, 671:24, 672:16, 672:25, 673:1, 674:6, 674:17, 716:16,

735:15, 794:23, 795:2, 795:22, 796:5, 796:11, 869:9, 870:2, 870:9, 870:11, 870:19, 889:4, 889:9, 889:17, 891:6, 895:15, 895:24
**Rachel's** [5] - 795:8, 795:10, 870:23
**racing** [1] - 819:2
**radio** [1] - 854:22
**raise** [2] - 726:4, 726:10
**raised** [1] - 828:20
**ran** [2] - 854:25, 910:2
**random** [2] - 695:19, 786:17
**rat** [1] - 812:21
**rattling** [1] - 695:14
**razor** [4] - 721:3, 748:9, 755:10, 755:11
**reaching** [1] - 857:3
**real** [3] - 719:2, 755:4, 825:5
**realized** [2] - 729:1, 729:9
**really** [7] - 658:6, 705:6, 720:22, 785:12, 811:13, 815:19, 827:1
**rear** [2] - 819:16, 859:15
**reason** [15] - 653:9, 657:21, 657:22, 665:12, 665:15, 694:16, 695:9, 698:17, 724:11, 724:13, 724:19, 726:15, 738:1, 738:21, 779:22
**rec** [1] - 809:19
**receipt** [1] - 820:20
**receive** [4] - 667:14, 776:16, 776:20, 839:23
**receiving** [1] - 744:3
**recent** [1] - 719:14
**recently** [1] - 780:14
**recess** [13] - 737:8, 738:25, 765:25, 766:1, 766:7, 851:2, 851:10, 913:20, 913:25, 914:13, 914:14, 914:15, 915:6
**Recess** [3] - 739:1, 766:8, 851:11
**recessed** [1] - 915:8

**recognition** [1] - 853:23
**recognize** [36] - 651:18, 651:21, 652:1, 654:12, 661:4, 661:10, 661:13, 667:6, 671:9, 686:23, 687:1, 702:2, 702:7, 775:4, 779:10, 780:3, 786:25, 795:5, 796:4, 845:24, 846:11, 858:18, 863:23, 865:9, 865:12, 865:14, 869:12, 870:5, 870:15, 872:18, 874:9, 880:18, 882:8, 887:7, 895:8, 901:24
**recognized** [1] - 712:2
**recollect** [3] - 829:11, 829:23, 831:19
**recollection** [2] - 826:2, 829:2
**reconvene** [1] - 914:1
**record** [20] - 666:7, 666:10, 706:17, 706:19, 724:24, 725:4, 739:3, 762:14, 766:10, 766:20, 783:10, 783:13, 838:15, 851:13, 851:25, 867:25, 873:11, 873:14, 881:15, 881:18
**recorded** [6] - 694:14, 723:7, 724:1, 727:1, 733:20, 739:13
**recorder** [1] - 706:21
**recording** [12] - 694:18, 694:21, 696:11, 706:23, 707:1, 707:4, 707:12, 707:17, 709:18, 710:17, 710:20, 711:13
**recross** [2] - 758:11, 832:12
**RECROSS** [2] - 758:17, 827:20
**RECROSS-EXAMINATION** [2] - 758:17, 827:20
**red** [4] - 666:4, 701:24, 849:1, 850:1
**redirect** [4] - 751:11, 824:13, 907:13, 911:3

REDIRECT [6] - 751:13, 760:18, 824:15, 832:14, 907:14, 911:5
Reel [1] - 789:8
reference [2] - 852:13, 915:1
references [1] - 814:11
referred [1] - 712:7
referring [3] - 695:16, 714:23, 822:11
reflect [9] - 666:7, 666:10, 707:19, 783:10, 783:13, 873:11, 873:14, 881:15, 881:18
regard [2] - 737:18, 906:2
regards [4] - 739:12, 744:22, 827:23, 829:14
Region [1] - 763:3
regular [2] - 711:24, 756:19
regularly [3] - 657:9, 756:23, 869:21
Reinhart [2] - 717:12, 717:13
related [2] - 720:5, 830:15
relation [1] - 679:6
relationship [11] - 657:25, 670:3, 675:15, 753:2, 754:2, 754:24, 793:10, 796:1, 824:4, 905:8, 905:24
release [3] - 748:16, 749:1, 749:8
released [4] - 747:6, 747:8, 777:10, 906:22
relevance [3] - 713:14, 738:5, 742:19
relevant [2] - 742:22, 914:22
remained [1] - 850:6
remember [55] - 651:3, 651:9, 660:14, 667:18, 668:3, 670:15, 674:7, 678:9, 680:23, 681:1, 681:25, 682:13, 699:5, 701:22, 703:7, 714:15, 733:21, 741:8, 785:10, 786:21, 788:17, 797:2,

801:4, 804:14, 805:8, 817:20, 825:20, 825:24, 826:18, 828:14, 828:18, 830:18, 830:20, 830:23, 830:24, 832:18, 832:19, 832:20, 832:23, 833:1, 833:5, 833:8, 835:5, 835:9, 836:10, 836:12, 836:19, 836:21, 848:22, 884:19, 885:1, 887:3, 888:7, 897:5, 910:3
remembered [2] - 835:3, 835:14
remembering [2] - 824:21, 830:3
remind [3] - 649:11, 649:14, 739:5
remove [1] - 842:25
removed [5] - 861:16, 864:3, 864:5, 864:8, 865:15
repackaged [1] - 847:13
repair [1] - 726:18
repeat [1] - 723:3
repetitive [1] - 731:13
rephrase [3] - 663:25, 729:22, 733:15
report [1] - 852:11
request [8] - 694:8, 727:4, 728:9, 734:8, 735:10, 738:2, 738:3, 738:13
requested [1] - 905:18
requesting [2] - 728:13, 860:2
required [2] - 743:2, 777:1
requires [1] - 721:17
residence [3] - 658:4, 856:7, 889:6
resident [3] - 852:22, 852:24, 853:5
residential [2] - 843:4, 843:7
resolved [1] - 773:3
respect [7] - 663:21, 674:8, 679:23, 689:18, 763:12, 764:11, 797:22
respond [1] - 860:11
responded [3] - 839:24, 840:19, 860:14
rest [2] - 855:19, 859:8

restate [2] - 821:11, 821:22
Restaurant [1] - 656:1
restaurant [1] - 700:5
restroom [1] - 819:16
result [5] - 841:4, 841:13, 877:1, 886:4, 903:8
resume [2] - 649:15, 739:7
retrieved [3] - 689:22, 689:23, 691:17
return [3] - 659:24, 674:18, 833:19
returned [2] - 884:16, 884:18
review [3] - 708:20, 709:24, 710:9
reviewed [2] - 707:11, 711:6
reviewing [1] - 813:20
ribs [1] - 678:15
rid [3] - 684:14, 794:6, 907:22
ride [1] - 853:18
riding [1] - 811:19
Ridley's [2] - 691:9, 691:18
rigid [2] - 857:19, 859:2
rims [4] - 808:4, 808:6, 808:14, 808:18
risk [2] - 819:1, 856:12
River [1] - 802:18
river [13] - 685:2, 685:15, 727:23, 785:20, 802:15, 802:17, 803:21, 804:2, 834:17, 834:18, 843:23, 844:3, 854:25
road [7] - 660:21, 679:25, 680:3, 680:4, 692:6, 704:3, 804:6
Road [1] - 855:9
roads [2] - 802:13, 843:16
roadside [2] - 735:4, 859:7
Robert [1] - 717:22
Robin [1] - 717:4
rock [1] - 846:24
rode [2] - 896:15, 896:25
room [15] - 696:12, 711:12, 714:4, 730:5, 791:7, 798:14, 819:10,

864:13, 864:15, 864:17, 885:20, 893:2, 897:24, 897:25, 898:22
rough [1] - 759:19
Ruiz [11] - 654:5, 654:16, 654:20, 655:2, 678:7, 678:13, 683:16, 699:8, 702:15, 715:12, 810:11
run [1] - 805:17
running [2] - 819:21, 821:6
rural [1] - 852:25
Rusty [1] - 785:21

## S

S.W.A.T [2] - 804:22, 819:12
sack [1] - 846:4
safe [4] - 684:7, 805:18, 805:25, 907:18
safety [4] - 856:18, 857:11, 859:7, 905:19
sale [1] - 744:7
sales [3] - 716:2, 825:23, 869:1
Sanchez [10] - 649:6, 741:11, 741:23, 743:13, 743:24, 744:1, 744:4, 750:24, 873:13, 910:6
Sanchez's [1] - 737:20
sandwich [2] - 703:14, 703:15
Saran [6] - 703:12, 845:10, 845:12, 846:5, 846:19, 848:2
sat [2] - 807:24, 875:12
Saturday [1] - 809:19
Savara's [1] - 768:8
saw [15] - 672:19, 702:16, 712:3, 753:22, 754:5, 836:2, 836:3, 846:17, 846:18, 855:17, 866:14, 877:11, 910:6, 910:16
scales [1] - 835:15
scared [2] - 713:2, 713:3
Scary [1] - 781:6
scary [2] - 905:2,

905:5
scene [2] - 856:16, 857:10
schedule [2] - 912:19, 914:3, 914:9
schedule-wise [1] - 912:19
school [5] - 767:20, 768:2, 768:19, 868:18, 868:23
School [2] - 767:23
schools [3] - 763:17, 763:19, 763:20
screen [4] - 662:17, 707:25, 708:5, 710:16, 711:1, 775:3, 775:24, 776:3, 858:17, 870:22, 902:18
se [1] - 796:1
seal [5] - 849:2, 864:23, 864:25, 866:7, 866:9
sealed [13] - 747:11, 772:2, 772:3, 847:17, 847:18, 848:13, 848:14, 850:1, 850:6, 864:13, 866:6, 866:10
search [7] - 701:6, 701:8, 801:25, 844:13, 860:1, 860:2, 860:17
searched [1] - 685:15
seat [3] - 681:11, 681:15, 859:15
seated [1] - 737:17
sec [1] - 820:10
second [8] - 649:18, 660:11, 800:23, 819:4, 820:11, 840:18, 851:1, 873:9
seconds [5] - 730:25, 862:6, 862:7, 862:16, 862:17
secret [1] - 898:2
section [1] - 763:1
secured [1] - 859:15
see [57] - 662:12, 662:17, 665:22, 668:16, 672:15, 673:17, 687:23, 690:1, 691:13, 692:5, 692:9, 693:1, 698:3, 711:1, 712:4, 712:15, 753:25, 775:21, 783:3, 789:9, 789:14, 790:15, 799:22,

800:11, 803:2, 826:7, 826:10, 826:12, 826:15, 826:23, 842:4, 844:1, 847:2, 850:3, 855:9, 855:11, 856:25, 857:2, 861:2, 866:8, 872:25, 880:25, 884:13, 885:10, 891:24, 893:4, 893:13, 896:4, 900:7, 900:10, 902:15, 903:9, 910:9, 910:12, 910:19, 910:22, 911:7

**seeing** [6] - 680:18, 721:11, 740:19, 795:24, 869:21, 871:20

**seem** [5] - 713:12, 714:1, 724:15, 735:8, 914:21

**seized** [2] - 847:1, 847:8

**sell** [18] - 663:3, 664:12, 668:25, 674:4, 677:19, 746:3, 746:10, 768:18, 771:4, 771:6, 778:1, 778:2, 788:10, 788:15, 799:12, 799:19, 834:5, 890:24

**selling** [37] - 659:6, 663:8, 663:13, 665:1, 675:5, 676:11, 697:9, 697:10, 749:24, 752:18, 759:15, 768:16, 770:10, 770:12, 777:19, 777:22, 777:23, 778:3, 779:24, 782:11, 782:17, 783:4, 785:25, 786:6, 786:8, 791:17, 792:4, 830:4, 871:24, 877:19, 877:23, 879:16, 881:1, 885:2, 885:16, 899:16

**send** [5] - 670:17, 670:25, 714:9, 714:14, 714:17

**senior** [2] - 853:4, 853:19

**sent** [3] - 714:10,

714:12, 725:20

**sentence** [8] - 722:1, 722:6, 749:7, 771:23, 776:24, 777:7, 812:22, 903:23

**sentencing** [1] - 852:12

**separate** [2] - 772:22, 897:11

**September** [2] - 731:21, 732:20

**Sergeant** [4] - 693:13, 860:13, 861:23, 862:18

**sergeant** [2] - 693:14, 704:13

**service** [2] - 839:10, 854:21

**set** [3] - 696:14, 698:19, 794:13

**setting** [3] - 727:25, 755:18

**seven** [3] - 853:10, 854:12, 863:19

**seven-year** [1] - 854:12

**seventy** [1] - 708:4

**seventy-three** [1] - 708:4

**several** [4] - 698:11, 712:24, 741:9, 814:11

**Severson** [1] - 737:13

**shards** [2] - 846:20, 846:21

**share** [2] - 898:15, 898:19

**shared** [1] - 814:12

**Sharon** [2] - 717:10, 717:13

**shaving** [1] - 721:3

**sheet** [1] - 844:24

**sheriff** [1] - 820:1

**Sheriff's** [2] - 764:14, 819:19

**shirt** [5] - 666:6, 783:9, 824:23, 873:6, 881:6

**short** [3] - 765:24, 810:10, 843:14

**shortly** [4] - 701:18, 753:13, 753:24, 876:8

**show** [51] - 651:12, 654:6, 660:23, 661:9, 666:22, 667:1, 671:7, 671:14, 677:4, 686:21, 687:11,

701:15, 701:25, 710:16, 711:15, 720:22, 770:14, 775:1, 775:7, 779:7, 780:1, 786:23, 788:1, 795:3, 796:2, 796:10, 845:22, 846:9, 849:1, 849:6, 849:21, 849:25, 858:15, 858:16, 863:12, 865:6, 865:20, 866:5, 869:10, 870:3, 870:13, 872:17, 874:7, 876:1, 880:16, 882:6, 887:5, 890:9, 895:6, 901:22, 902:4

**showed** [8] - 667:24, 787:23, 800:1, 803:7, 806:4, 806:5, 806:21, 873:23

**shower** [2] - 811:11, 831:15

**shown** [5] - 708:14, 708:17, 710:22, 721:10, 866:1

**shut** [1] - 797:21

**sic** [2] - 674:6, 832:12

**sick** [6] - 863:3, 863:7, 894:12, 894:13, 894:16, 894:18

**side** [4] - 661:21, 844:25, 845:2, 856:14

**sidebar** [3] - 708:24, 725:1, 725:3

**Sidebar** [6] - 709:1, 710:12, 724:22, 726:12, 912:17, 913:23

**sign** [3] - 776:3, 776:5, 776:6

**signature** [4] - 721:13, 775:22, 775:25, 902:15

**signed** [1] - 776:7

**significance** [1] - 738:6

**signs** [1] - 854:2

**silver** [5] - 686:20, 862:21, 863:1, 864:2, 865:15

**simple** [1] - 859:7

**simply** [2] - 759:5, 915:3

**single** [2] - 703:11, 703:13

**sister** [2] - 680:19, 680:25

**sitting** [11] - 666:2, 666:3, 681:11, 681:14, 689:8, 783:6, 873:1, 873:4, 873:5, 873:8, 881:5

**situation** [4] - 856:12, 856:13, 857:13, 859:5

**six** [8] - 687:17, 700:23, 760:4, 767:11, 767:13, 863:16, 868:15, 897:13

**six-month** [1] - 760:4

**Sixty** [1] - 775:14

**Sixty-nine** [1] - 775:14

**size** [1] - 774:10

**sized** [1] - 846:20

**skeptical** [1] - 875:14

**skip** [1] - 840:18

**slamming** [1] - 773:21

**sleep** [10] - 814:22, 814:24, 815:5, 815:8, 815:14, 815:17, 815:25, 816:6, 816:16, 837:2

**sleep-it-off** [3] - 815:14, 815:17, 815:25

**sleeved** [1] - 666:6

**slept** [3] - 815:2, 815:12, 815:23

**slightly** [1] - 850:2

**Slope** [2] - 679:4, 679:5

**slow** [2] - 800:23, 837:6

**slowed** [1] - 889:24

**slowly** [1] - 726:19

**small** [3] - 846:20, 890:6, 890:7

**small-sized** [1] - 846:20

**smaller** [2] - 803:18, 848:5

**smash** [1] - 810:1

**smoke** [5] - 686:6, 773:18, 835:25, 882:19, 898:14

**smoked** [3] - 686:9, 699:11, 731:4

**smoking** [5] - 731:2, 731:3, 731:5, 773:17, 803:9, 835:20, 835:22, 836:14

**so..** [1] - 912:25

**soak** [1] - 788:5

**soaking** [1] - 788:4

**sober** [5] - 814:18,

815:7, 815:20, 816:7, 903:18

**society** [2] - 749:16

**sock** [3] - 801:6, 845:7, 845:8

**sold** [24] - 650:7, 659:21, 664:16, 664:17, 666:13, 716:7, 716:25, 746:14, 750:11, 752:17, 768:23, 784:5, 784:11, 784:17, 784:24, 785:2, 786:9, 789:23, 789:24, 833:17, 833:25, 834:3, 877:20

**sole** [1] - 743:14

**someone** [5] - 670:17, 714:4, 771:6, 860:11, 912:9

**sometimes** [17] - 673:3, 697:23, 709:21, 738:1, 746:7, 746:25, 778:17, 783:22, 784:22, 791:5, 802:6, 837:7, 897:24, 897:25, 914:10

**somewhat** [2] - 905:1, 905:22

**somewhere** [7] - 733:4, 743:15, 745:5, 745:18, 760:3, 760:6, 805:18

**soon** [4] - 749:23, 809:21, 809:25, 823:14

**sorry** [22] - 658:13, 697:1, 702:3, 702:24, 757:18, 759:11, 767:12, 775:15, 784:2, 796:9, 822:24, 831:3, 839:19, 841:24, 849:22, 850:22, 850:23, 856:24, 863:14, 867:14, 881:22, 912:20

**sort** [1] - 663:24

**sounds** [1] - 814:20

**source** [15] - 743:14, 743:25, 780:13, 781:11, 781:21, 781:22, 782:1, 782:4, 784:13, 784:17, 784:21, 792:9, 794:17,

**803**:8, **877**:25

**space** [6] - 663:1, 690:17, 691:5, 691:18, 692:19, 692:20

**span** [1] - 796:21

**Spanish** [2] - 713:7, 713:9

**speakers** [1] - 650:10

**speaking** [3] - 658:11, 695:1, 707:9

**special** [1] - 848:16

**specialized** [2] - 763:11, 853:11

**specific** [5] - 709:24, 709:25, 710:5, 831:21, 855:4

**specifically** [4] - 664:9, 734:23, 739:25, 859:4

**speculation** [1] - 755:23

**speech** [3] - 816:23, 817:1, 817:2

**speed** [8] - 685:1, 802:2, 802:23, 804:20, 818:22, 819:4, 834:12, 835:2

**spell** [5] - 762:14, 766:20, 838:15, 851:25, 867:25

**spelled** [1] - 838:17

**spending** [1] - 877:14

**spinning** [1] - 894:19

**splinters** [1] - 846:24

**spoken** [4] - 807:19, 809:11, 810:4, 810:5

**sponsored** [1] - 763:19

**sportsman's** [1] - 843:22

**spots** [1] - 786:17

**spray** [1] - 845:7

**spring** [2] - 741:22, 742:3

**stab** [2] - 809:20, 809:22

**staff** [2] - 860:2, 861:17

**stairs** [2] - 795:7, 795:18

**stake** [1] - 737:24

**stand** [6] - 649:13, 766:14, 834:25, 837:24, 838:6, 863:6

**standard** [1] - 844:23

**standard-issue** [1] - 844:23

**standing** [3] - 680:4, 862:2, 862:5

**stands** [2] - 852:9, 881:13

**start** [13] - 689:13, 720:7, 779:4, 782:21, 792:4, 795:2, 837:4, 837:5, 851:4, 856:17, 874:23, 877:3, 912:15

**started** [29] - 665:1, 675:5, 675:7, 723:6, 756:9, 768:16, 773:20, 773:21, 778:5, 778:16, 778:18, 778:24, 781:25, 782:19, 786:14, 791:22, 793:11, 794:10, 869:21, 871:20, 878:19, 885:2, 885:15, 886:6, 886:7, 886:23, 887:16, 888:5, 908:22

**starting** [3] - 781:20, 844:25, 886:2

**state** [14] - 717:10, 717:14, 748:11, 762:13, 766:19, 772:6, 838:14, 845:20, 846:7, 851:24, 855:5, 858:9, 864:20, 867:24

**State** [16] - 660:20, 762:21, 762:24, 763:2, 772:6, 850:7, 851:18, 852:19, 852:21, 853:9, 853:16, 854:8, 855:24, 864:11, 866:16, 899:25

**state-issued** [2] - 845:20, 855:5

**States** [3] - 649:5, 776:10, 776:14

**stay** [12] - 675:12, 801:8, 804:12, 806:1, 806:3, 826:9, 836:12, 844:5, 889:8, 894:20, 900:25, 914:9

**stayed** [10] - 662:13, 752:14, 803:23, 804:25, 820:19, 820:22, 821:2, 844:10, 889:6, 889:9

**stealing** [1] - 759:5

**Stennett** [20] - 689:8, 689:18, 692:16,

**692**:21, 693:13, 694:6, 699:25, 704:5, 704:11, 704:19, 705:23, 706:21, 709:13, 747:2, 764:3, 764:13, 764:18, 765:10, 827:6, 861:7

**Stennett's** [1] - 757:24

**step** [12] - 762:3, 762:8, 765:19, 792:2, 837:16, 837:18, 838:8, 850:16, 851:20, 866:25, 867:19, 912:4

**stereo** [4] - 650:11, 798:19, 798:20, 798:23

**stick** [1] - 801:22

**still** [19] - 649:14, 651:6, 684:1, 693:16, 696:22, 726:3, 726:9, 734:7, 739:5, 757:9, 759:25, 773:5, 773:6, 798:23, 821:6, 857:1, 894:22, 905:21, 907:1

**stimulant** [2] - 857:23, 859:3

**stimulates** [1] - 857:24

**stipulation** [1] - 743:4

**stipulations** [1] - 913:14

**stomach** [1] - 863:3

**stood** [2] - 844:14, 875:6

**stop** [3] - 732:22, 842:8, 857:5

**stopped** [7] - 649:25, 734:17, 735:2, 791:18, 842:9, 843:18

**store** [1] - 790:17

**stories** [1] - 814:12

**story** [2] - 808:2, 808:23

**straight** [1] - 665:1

**street** [1] - 789:7

**Street** [4] - 660:20, 666:21, 805:12, 841:12

**stretch** [2] - 843:15, 908:21

**strip** [2] - 860:2, 860:17

**striped** [1] - 873:6

**stuck** [2] - 842:21, 863:8

**stuff** [6] - 793:14, 835:16, 835:18, 836:22, 857:24, 860:20

**subject** [5] - 721:25, 854:24, 854:25, 856:14

**subjects** [1] - 857:10, 860:3

**submit** [2] - 864:16, 913:7

**submitted** [5] - 737:12, 766:6, 851:9, 864:22, 914:5

**subsequently** [1] - 709:6

**substance** [15] - 674:4, 719:16, 719:20, 720:12, 743:5, 845:10, 846:4, 846:15, 846:17, 847:2, 847:8, 847:11, 847:19, 848:4, 864:23

**substances** [4] - 731:21, 854:14, 854:15, 862:23

**substantial** [3] - 721:17, 776:13, 902:24

**subterfuge** [1] - 726:7

**successfully** [1] - 752:13

**sufficient** [1] - 711:8

**Summer** [1] - 907:21

**summer** [1] - 717:2

**summon** [1] - 867:11

**Sunshine** [2] - 712:8, 714:3

**suppose** [2] - 746:17, 754:4

**supposed** [5] - 690:16, 739:18, 739:23, 743:2, 888:20

**supposedly** [1] - 685:14

**surrounded** [4] - 804:23, 819:11, 819:12, 821:4

**suspect** [3] - 842:11, 842:18, 855:2

**suspected** [1] - 746:17

**suspicions** [1] - 756:21

**suspicious** [1] - 821:1

**sustain** [2] - 710:10, 825:12

**sustained** [13] - 656:10, 706:7, 729:21, 735:12, 741:19, 752:10, 755:24, 836:8, 872:6, 883:9, 892:12, 893:22, 911:12

**SUV** [1] - 855:3

**swam** [3] - 802:16, 802:19, 803:20

**swapped** [1] - 655:7

**sworn** [10] - 649:21, 762:8, 762:11, 766:17, 838:8, 838:12, 851:20, 851:22, 867:19, 867:22

**symptoms** [2] - 854:2, 857:21

**system** [4] - 726:14, 726:18, 857:23, 859:3

---

**T**

---

**table** [10] - 689:9, 740:24, 807:24, 873:5, 873:8, 873:10, 875:1, 875:13, 875:21, 881:7

**Tambunga** [13] - 740:11, 740:23, 741:6, 741:10, 741:14, 741:22, 747:3, 750:9, 872:4, 872:14, 872:22, 874:4, 875:8

**tamperproof** [1] - 848:18

**tan** [2] - 842:3, 881:6

**Tanya** [13] - 685:16, 685:17, 685:23, 686:1, 686:15, 686:17, 688:3, 688:24, 723:17, 734:13, 734:24, 858:10, 859:21

**tape** [9] - 709:14, 710:17, 710:20, 710:23, 711:9, 848:16, 848:20, 849:2, 850:1

**task** [1] - 854:9

**taste** [2] - 817:5, 817:6

**Tatum** [2] - 844:9, 844:12

taught [1] - 787:12
TC [5] - 742:4, 742:6, 743:1, 743:7, 743:9
team [1] - 804:22
teams [1] - 819:12
tear [1] - 807:9
technician [1] - 864:19
telephone [11] - 694:7, 694:13, 695:1, 699:21, 705:21, 705:25, 706:15, 750:25, 757:20, 820:16, 839:24
ten [5] - 752:7, 766:1, 908:13, 908:14, 914:11
term [1] - 822:14
test [7] - 704:16, 708:18, 847:19, 847:23, 848:2, 859:7, 865:2
tested [4] - 704:18, 847:24, 848:10, 864:20
testified [21] - 649:22, 663:12, 735:14, 744:17, 744:22, 752:17, 753:9, 762:12, 766:18, 816:1, 819:11, 820:17, 826:1, 827:22, 832:20, 835:1, 838:13, 851:23, 867:23, 894:1, 908:14
testify [5] - 810:16, 811:24, 825:19, 905:21, 906:25
testifying [6] - 809:24, 810:2, 811:3, 811:6, 811:12, 820:14
testimony [17] - 715:15, 719:10, 731:6, 777:5, 810:7, 812:6, 824:3, 825:18, 827:25, 828:6, 829:8, 829:22, 903:1, 914:8, 914:13, 915:2
testing [1] - 850:8
tests [2] - 859:8, 859:10
THE [215] - 649:4, 649:9, 649:12, 649:13, 649:19, 651:16, 654:9, 655:15, 655:17, 655:18, 656:10, 657:5, 657:6,

658:10, 661:1, 662:4, 662:8, 663:25, 664:7, 666:10, 667:4, 671:15, 671:19, 672:1, 672:3, 677:7, 677:9, 687:13, 687:17, 687:20, 687:21, 687:24, 692:9, 692:11, 696:1, 696:5, 696:9, 702:4, 706:7, 708:2, 708:7, 708:9, 708:13, 708:20, 708:24, 709:2, 709:11, 709:17, 709:23, 710:4, 710:13, 712:17, 712:18, 713:15, 715:19, 715:21, 724:21, 724:23, 725:11, 725:13, 726:2, 726:13, 729:21, 729:23, 731:8, 731:14, 733:16, 735:12, 737:1, 737:7, 737:17, 738:16, 738:19, 739:3, 741:19, 742:20, 745:12, 750:4, 751:11, 752:10, 755:24, 756:5, 756:6, 758:8, 758:11, 758:13, 758:16, 760:14, 760:16, 761:14, 761:15, 761:24, 762:3, 762:7, 762:13, 762:15, 762:16, 765:14, 765:18, 765:23, 766:10, 766:13, 766:14, 766:19, 766:21, 766:23, 775:9, 775:13, 775:15, 780:23, 783:13, 783:18, 783:20, 812:9, 812:12, 813:2, 817:17, 822:13, 822:18, 823:25, 824:11, 824:13, 825:11, 827:16, 827:19, 828:5, 828:8, 828:9, 828:20, 831:6, 831:7, 832:13, 836:8, 837:15, 837:18, 837:23, 838:2, 838:7,

838:14, 838:16, 838:18, 838:19, 838:21, 840:13, 840:17, 849:8, 849:10, 849:14, 849:16, 849:20, 849:23, 850:12, 850:16, 850:22, 850:25, 851:13, 851:19, 851:24, 852:1, 852:3, 862:10, 862:13, 863:14, 863:19, 865:21, 865:25, 866:21, 866:25, 867:7, 867:11, 867:13, 867:17, 867:24, 868:1, 868:3, 870:24, 871:1, 872:6, 873:14, 881:18, 882:17, 882:18, 883:9, 883:18, 885:10, 888:12, 888:13, 892:12, 892:19, 892:22, 892:24, 893:22, 902:5, 902:9, 904:4, 904:7, 907:5, 907:10, 907:13, 908:2, 908:6, 911:1, 911:3, 911:12, 911:17, 912:2, 912:4, 912:9, 912:11, 912:13, 912:18, 912:22, 913:4, 913:13, 913:24
Theater [1] - 789:8
themselves [1] - 851:7
therefore [1] - 874:23
thinking [1] - 738:14
thinks [1] - 709:9
third [4] - 720:12, 720:16, 783:8, 851:2
thirty [1] - 722:9
thirty-four [1] - 722:9
thousand [5] - 714:16, 759:16, 759:18, 854:11, 878:21
threaten [1] - 905:11
threatened [2] - 809:20, 809:22
threatening [1] - 800:16
three [13] - 649:7, 683:9, 708:4, 748:1, 748:3, 764:23, 798:19, 807:9, 853:17, 853:19,

878:9, 910:7, 910:13
three-month [1] - 853:17
throughout [2] - 905:8, 905:9
throw [1] - 784:3
Thursday [1] - 913:9
tie [2] - 666:4, 742:21
tier [4] - 810:9, 810:15, 811:14, 811:15
tinted [1] - 801:12
tiny [1] - 896:22
tires [1] - 809:9
title [1] - 839:3
to-the-date [1] - 910:4
today [21] - 665:24, 689:9, 695:4, 750:20, 761:3, 767:7, 783:4, 810:2, 811:22, 812:6, 814:12, 824:3, 825:19, 826:1, 832:21, 835:2, 866:17, 873:1, 903:1, 905:21, 906:25
together [15] - 673:15, 676:20, 676:24, 677:2, 729:13, 732:5, 732:11, 771:1, 792:1, 811:20, 894:22, 904:13, 910:14, 910:22, 911:20
tomorrow [5] - 912:15, 913:2, 914:1, 915:4, 915:6
tone [3] - 857:18, 857:22, 859:1
took [28] - 691:3, 691:23, 692:3, 692:18, 692:19, 709:14, 760:21, 787:11, 787:14, 798:8, 798:15, 800:25, 802:1, 803:3, 805:5, 819:12, 826:19, 831:15, 843:2, 843:14, 843:15, 843:22, 844:23, 846:4, 861:23, 864:12, 894:15
top [4] - 776:24, 785:11, 866:9, 866:11
tops [1] - 727:18
torches [2] - 835:16, 835:19

Torres [4] - 675:24, 717:6, 717:16, 757:11
total [1] - 763:20
touch [7] - 657:20, 657:22, 704:9, 765:6, 865:4, 870:22, 902:18
touched [1] - 859:1
towards [13] - 676:14, 778:18, 791:15, 792:12, 792:15, 806:14, 807:2, 855:16, 856:8, 856:18, 885:4, 905:5
town [6] - 656:13, 675:8, 899:9, 910:17, 911:9, 911:20
track [4] - 731:14, 790:23, 834:5, 834:7
traded [1] - 653:19
traffic [4] - 802:12, 842:8, 853:3, 857:5
trafficking [4] - 704:23, 771:18, 772:13, 807:14
Trailer [10] - 653:6, 653:7, 653:10, 657:18, 659:16, 683:11, 756:23, 879:11, 881:21, 881:25
trailer [17] - 677:25, 682:9, 683:12, 805:7, 875:22, 875:23, 876:5, 876:7, 878:13, 878:23, 878:25, 879:17, 879:20, 882:14, 882:24, 883:3
training [5] - 763:12, 763:21, 853:11, 853:18, 853:22
transaction [1] - 829:3
transactions [5] - 827:24, 829:11, 829:19, 830:1, 830:7
transcript [15] - 696:6, 696:7, 707:11, 707:19, 707:25, 708:5, 708:11, 709:10, 709:12, 709:14, 709:19, 711:3, 711:7, 711:9, 711:11
transcription [2] - 707:16, 709:7
transfer [1] - 877:11

**transfers** [1] - 879:5

**translation** [1] - 710:21

**transport** [1] - 735:16

**transportation** [1] - 884:7

**transported** [6] - 810:8, 810:14, 812:23, 859:16, 859:18, 864:10

**transporting** [1] - 823:15

**travel** [3] - 656:6, 657:1, 657:9

**Travis** [10] - 682:18, 683:2, 683:23, 684:17, 684:23, 697:13, 719:5, 757:12, 797:14, 797:20

**trenton** [1] - 650:16

**Trenton** [6] - 650:17, 653:5, 658:23, 659:1, 716:18, 757:11

**Trenton's** [1] - 716:22

**trial** [4] - 649:8, 738:4, 812:3, 914:25

**trick** [1] - 813:22

**tricky** [1] - 729:25

**tried** [3] - 786:7, 821:3

**trip** [2] - 682:8, 882:25

**tripping** [2] - 712:25, 714:22

**Trooper** [3] - 850:23, 851:18, 851:19

**trooper** [3] - 852:23, 852:24, 853:5

**trouble** [10] - 722:20, 726:14, 728:21, 728:25, 729:7, 741:1, 741:3, 818:24, 819:8, 820:7

**truck** [6] - 680:6, 681:14, 702:12, 702:16, 821:5

**true** [4] - 708:18, 750:10, 808:20, 808:25

**trunk** [3] - 836:20, 845:1, 846:8

**truth** [12] - 649:22, 761:6, 762:12, 766:18, 777:5, 810:21, 810:25, 811:25, 827:11, 838:13, 851:23, 867:23

**try** [17] - 720:19, 726:18, 732:22,

749:19, 755:11, 767:10, 768:25, 776:13, 783:24, 783:25, 786:9, 817:11, 818:23, 840:21, 855:20, 898:1, 914:9

**trying** [16] - 670:4, 676:20, 791:23, 799:24, 802:24, 805:24, 805:25, 812:21, 814:17, 815:6, 815:19, 816:6, 829:13, 831:17, 855:9

**tube** [7] - 686:20, 862:22, 863:1, 863:9, 864:2, 864:6

**Tuesday** [1] - 913:6

**turn** [2] - 847:4

**turned** [1] - 765:11

**turning** [1] - 698:24

**turns** [1] - 851:1

**Turtle** [1] - 717:20

**tweaker** [2] - 835:16, 835:18

**twenty** [9] - 700:23, 767:11, 767:13, 769:4, 770:3, 792:13, 808:7, 868:15

**twenty-inch** [1] - 808:7

**twenty-six** [4] - 700:23, 767:11, 767:13, 868:15

**twice** [2] - 730:12, 731:1

**twins** [2] - 733:6, 734:5

**two** [54] - 651:24, 651:25, 652:1, 657:10, 661:17, 669:8, 677:7, 678:22, 693:5, 703:12, 703:15, 714:13, 715:13, 727:18, 727:19, 731:23, 732:11, 733:3, 733:24, 760:10, 760:11, 764:23, 769:10, 786:1, 792:14, 795:15, 801:5, 804:15, 806:10, 814:13, 815:5, 815:14, 815:16, 815:25, 839:7, 839:15, 841:15, 853:7, 854:10,

864:22, 865:14, 877:9, 878:9, 878:14, 884:25, 886:24, 887:17, 898:15, 898:19, 910:7, 910:13

**two-and-a-half** [1] - 786:1

**two-day** [1] - 815:25

**typical** [1] - 814:22

## U

**U.S** [3] - 806:24, 820:17, 821:6

**unavoidable** [1] - 914:10

**uncomfortable** [1] - 819:15

**uncommon** [2] - 790:25, 791:9

**uncut** [1] - 744:13

**under** [19] - 649:14, 679:22, 690:12, 699:17, 739:6, 757:21, 757:24, 760:25, 766:15, 801:1, 801:7, 803:23, 839:7, 854:3, 854:6, 854:9, 858:3, 859:11, 860:9

**undercover** [2] - 704:21, 728:1

**underneath** [6] - 662:18, 687:5, 690:18, 691:5, 740:23, 802:24

**undo** [1] - 738:19

**unfold** [1] - 845:12

**Union** [1] - 674:16

**unit** [2] - 763:9, 807:24

**United** [3] - 649:5, 776:10, 776:14

**unknown** [2] - 717:11, 730:19

**unless** [5] - 709:5, 729:20, 741:16, 910:17, 914:3

**unstable** [1] - 909:22

**unusual** [2] - 737:21, 751:4

**up** [109] - 656:6, 667:24, 669:18, 673:10, 678:4, 681:22, 682:9, 682:25, 683:5, 683:8, 683:10, 683:18, 687:20, 687:22, 698:19,

701:4, 701:15, 707:25, 708:5, 710:16, 720:22, 727:25, 732:16, 733:4, 737:3, 737:5, 737:15, 748:11, 748:22, 749:4, 755:18, 767:14, 768:20, 769:19, 771:10, 775:3, 778:22, 778:23, 786:17, 787:11, 787:15, 789:18, 796:15, 797:21, 800:1, 801:1, 801:6, 801:8, 803:7, 804:10, 804:18, 804:20, 805:4, 806:4, 806:5, 806:19, 806:21, 807:3, 808:2, 808:3, 808:23, 809:10, 814:18, 815:7, 815:20, 816:7, 820:24, 826:6, 830:24, 834:5, 834:25, 836:4, 836:11, 837:3, 838:6, 841:6, 843:25, 844:8, 844:9, 849:25, 858:17, 866:4, 867:15, 868:16, 873:23, 875:6, 878:4, 878:7, 878:23, 879:18, 885:10, 886:24, 887:19, 887:21, 888:8, 890:8, 898:13, 901:3, 907:20, 908:23, 909:3, 911:15, 912:12, 913:15, 913:17, 914:12, 915:4

**upper** [2] - 795:7

**upset** [10] - 812:16, 812:19, 812:20, 813:8, 813:10, 813:21, 813:24, 814:1, 886:3, 906:17

**upstairs** [1] - 823:3

**usage** [3] - 854:2, 857:21, 859:2

**users** [1] - 752:21

**uses** [1] - 852:8

## V

**vagina** [3] - 688:4, 688:13, 734:25

**vaginal** [4] - 861:4, 861:10, 861:15, 861:20

**vague** [2] - 663:24, 831:4

**valley** [1] - 717:13

**van** [1] - 811:19

**varied** [6] - 650:20, 665:8, 676:10, 744:8, 759:16, 892:16

**vary** [2] - 783:22, 784:6

**vehicle** [31] - 702:2, 702:7, 702:18, 764:22, 802:1, 808:7, 841:17, 841:21, 841:22, 841:25, 842:20, 842:24, 843:24, 844:2, 844:5, 844:10, 844:12, 844:15, 844:20, 844:24, 845:18, 854:24, 855:2, 855:10, 855:11, 855:12, 855:18, 855:20, 856:8, 857:4, 859:24

**vehicles** [2] - 655:24, 786:18, 841:15

**verdict** [1] - 914:22

**version** [1] - 710:22

**versus** [2] - 649:5, 743:24

**Vertner** [72] - 649:12, 649:13, 649:25, 709:15, 711:21, 713:7, 715:24, 737:19, 739:11, 741:21, 745:16, 751:15, 758:20, 760:20, 764:10, 764:12, 764:15, 764:19, 764:20, 765:9, 770:19, 770:21, 777:14, 777:16, 778:4, 778:13, 779:1, 780:9, 781:10, 782:4, 784:16, 787:10, 793:11, 793:19, 794:22, 796:16, 799:18, 799:21, 803:15, 833:6, 833:13, 833:18, 834:13, 858:14, 858:24, 859:14, 861:8, 861:9, 869:9,

869:15, 869:16, 870:2, 871:20, 874:4, 874:16, 875:6, 877:14, 885:2, 885:24, 891:19, 891:22, 896:12, 899:22, 904:11, 905:1, 905:17, 905:25, 906:5, 906:9, 906:13, 907:1, 907:16

**VERTNER** [1] - 649:20

**Vertner's** [3] - 782:11, 787:16, 800:25

**Victor** [24] - 654:5, 654:16, 654:20, 655:2, 678:7, 678:13, 683:16, 699:8, 699:12, 702:15, 702:20, 702:22, 702:25, 712:16, 715:12, 810:11, 810:12, 811:3, 811:9, 882:5, 882:12, 882:14, 882:19, 883:14

**view** [1] - 914:7

**Virginia** [1] - 763:18

**vision** [3] - 816:23, 817:1, 817:3

**visit** [2] - 740:15, 915:1

**visitation** [2] - 748:19, 748:21

**visitor** [2] - 749:3, 749:4

**volition** [1] - 757:21

**volunteered** [1] - 757:23

---

**W**

**W-H-I-T-E** [1] - 762:15

**wait** [2] - 656:17, 812:25

**waited** [2] - 701:15, 798:14

**waiting** [10] - 668:3, 668:5, 682:17, 682:19, 691:25, 797:8, 797:11, 797:16, 797:23, 803:9

**waitressing** [1] - 869:1

**wake** [1] - 837:2

**walk** [6] - 748:7, 748:8, 748:10, 748:15, 807:25,

818:21

**walk-away** [4] - 748:7, 748:8, 748:10, 748:15

**walked** [4] - 702:17, 748:17, 804:6, 875:2

**walking** [2] - 856:8, 856:17

**Walmart** [1] - 899:7

**wants** [1] - 885:12

**warned** [1] - 751:16

**warnings** [1] - 749:14

**wash** [4] - 787:12, 787:19, 787:21, 788:1

**washed** [1] - 788:9

**Washington** [3] - 720:18, 720:23, 748:20

**watch** [3] - 697:22, 711:9, 863:10

**watching** [2] - 668:6, 889:12

**water** [4] - 835:24, 843:24, 844:20, 868:6

**ways** [1] - 831:9, 905:17

**weapon** [4] - 720:14, 720:25, 721:2, 856:14

**weapons** [1] - 860:20

**wear** [1] - 698:22

**wearing** [6] - 783:7, 824:23, 873:6, 881:5, 881:6, 881:14

**Weed** [1] - 868:11

**weed** [2] - 699:10, 779:24

**week** [28] - 655:11, 676:9, 676:10, 727:18, 732:1, 732:3, 732:4, 732:6, 732:7, 732:9, 744:3, 751:8, 759:14, 759:19, 760:5, 760:10, 760:11, 786:2, 786:5, 878:8, 878:9, 884:12, 901:3, 910:7, 910:13, 913:6, 914:6

**weekly** [5] - 782:6, 782:8, 782:10, 784:19, 794:3

**weeks** [9] - 657:10, 727:18, 727:19, 733:3, 760:5, 769:10, 853:15, 853:17

**weigh** [4] - 848:7,

848:8, 890:11, 896:19

**weighed** [2] - 848:10, 864:13

**weighing** [2] - 848:5, 887:20

**weight** [2] - 866:12

**weird** [1] - 806:22

**Weiser** [8] - 656:1, 764:16, 764:17, 764:21, 767:15, 767:23, 869:4, 873:17

**westbound** [1] - 855:16

**Western** [1] - 674:16

**Westside** [1] - 855:4

**whatsoever** [1] - 711:1

**wheels** [2] - 801:13, 809:9

**whereabouts** [1] - 679:5

**WHITE** [1] - 762:10

**White** [9] - 690:25, 692:1, 692:2, 692:22, 692:24, 762:6, 762:7, 762:15, 765:18

**white** [4] - 795:15, 801:12, 871:3, 873:6

**whole** [11] - 649:22, 675:8, 692:24, 762:11, 766:17, 778:8, 796:21, 838:12, 851:22, 867:22, 903:10

**Willow** [1] - 855:9

**window** [10] - 662:19, 662:21, 662:22, 681:16, 681:18, 801:23, 819:16, 842:19, 842:21

**windows** [7] - 661:22, 662:13, 795:9, 795:16, 801:13, 870:22, 871:4

**Winmill** [1] - 903:25

**wire** [4] - 674:9, 674:11, 690:23, 698:22

**wired** [1] - 701:4

**wise** [2] - 755:5, 912:19

**wish** [2] - 737:4, 738:17

**withhold** [1] - 724:17

**WITNESS** [24] - 649:12, 655:18, 657:6, 672:3, 677:9,

687:21, 687:24, 692:11, 756:6, 761:15, 762:15, 766:13, 766:21, 783:20, 828:8, 831:7, 838:16, 838:19, 852:1, 868:1, 871:1, 882:18, 888:13, 892:24

**Witness** [6] - 687:24, 776:1, 795:12, 795:14, 871:1, 902:19

**witness** [36] - 649:16, 664:9, 666:8, 711:6, 715:5, 715:9, 739:5, 739:8, 741:17, 760:16, 762:4, 762:9, 765:20, 783:11, 813:6, 822:13, 822:14, 828:23, 837:15, 837:21, 838:3, 838:6, 850:19, 850:20, 850:21, 851:3, 851:16, 851:17, 867:2, 873:12, 881:16, 912:6, 912:8, 912:15, 913:10, 914:12

**witnesses** [2] - 765:25, 852:8

**woke** [3] - 806:19, 820:24, 836:4

**woken** [1] - 836:10

**woman** [1] - 666:4

**women** [2] - 735:9, 735:22

**word** [1] - 819:10

**words** [4] - 665:2, 681:1, 808:17, 879:7

**world** [1] - 894:19

**wrap** [1] - 737:3

**Wrap** [6] - 703:12, 845:10, 845:13, 846:5, 846:19, 848:2

**wrapped** [10] - 691:7, 703:9, 703:11, 703:18, 737:5, 801:1, 801:6, 845:10, 846:5, 846:18

**wrecker** [1] - 844:19

**written** [1] - 710:22

---

**Y**

**yard** [2] - 668:2, 804:8

**year** [5] - 767:24, 839:18, 839:19, 854:12, 869:17

**years** [9] - 722:1, 839:7, 839:15, 853:7, 853:10, 854:10, 908:13, 908:14, 908:19

**yellow** [1] - 662:17

**yes-or-no** [4] - 813:23, 823:18, 831:22, 910:18

**yesterday** [4] - 649:25, 719:10, 721:10, 721:11

**yourself** [12] - 663:22, 722:18, 741:4, 746:6, 774:2, 818:24, 819:8, 819:13, 820:1, 820:3, 820:5, 820:8

**yourselves** [3] - 737:10, 766:4, 914:17

---

**Z**

**zero** [4] - 730:18, 730:20, 829:23, 829:24

**ziplock** [2] - 691:16, 890:7

**zone** [2] - 843:4, 843:5, 843:7

**Zuger** [5] - 800:1, 801:14, 840:2, 840:3, 841:19

**United States Courts, District of Idaho**