1    **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2    - - - - - - - - - - - - - - - - - - - x
                                           :
3    UNITED STATES OF AMERICA,             : Case No. CR 12-155-S-BLW
                                           :
4                        Plaintiff,        :   **JURY TRIAL**
                                           :
5              vs.                         :
                                           :
6    JESUS GUADALUPE SANCHEZ, a/k/a JOSE   :
7    SALAZAR, a/k/a "CHE," JIM ALLEN       :
     LOVELAND, and, MICHAEL DENNIS MORRIS, :
8                                          :
                          Defendants.      :
9    - - - - - - - - - - - - - - - - - - - x

10

11

12

13

14

15   **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

16
     before B. Lynn Winmill, Chief District Judge
17

18   Volume 4

19   January 17, 2013

20
     Pages 916 to 1214
21

22
                   **Tamara I. Hohenleitner**
23        Idaho Certified Shorthand Reporter No. 619
               Registered Professional Reporter
24              Certified Realtime Reporter
            Federal Certified Realtime Reporter
25

          United States Courts, District of Idaho
     550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

```
 1                          A P P E A R A N C E S

 2

 3       FOR UNITED STATES OF AMERICA

 4              Lynne W. Lamprecht
                US ATTORNEY'S OFFICE
 5              Washington Group Plaza IV
                800 Park Blvd., Ste. 600
 6              Boise, ID 83712-9903
                Tel:  (208) 334-1211
 7              Fax:  (208) 334-9375
                Email:  Lynne.lamprecht2@usdoj.gov
 8

 9

10       FOR DEFENDANT JESUS GUADALUPE SANCHEZ

11              Jeffrey P. Heineman
                HEINEMAN LAW OFFICE
12              1501 Tyrell Lane
                Boise, ID 83706
13              Tel: (208) 830-6124
                Fax: (208) 947-9009
14              Email: Jeff@heinemanlaw.com

15       FOR DEFENDANT MICHAEL DENNIS MORRIS

16              Joseph W. Borton
                BORTON-LAKEY LAW OFFICES
17              141 E. Carlton Avenue
                Meridian, ID 83642
18              Tel: (208) 908-4415
                Fax: (208) 493-4610
19              Email: Joe@borton-lakey.com

20

21       FOR DEFENDANT JIM ALLEN LOVELAND

22              Christian Berglund
                BERGLUND LAW, PLLC
23              500 W. Bannock Street
                Boise, ID 83702
24              Tel: (208) 342-7600
                Fax: (208) 392-1395
25              Email: Chris@berglundlaw.com
```

918

**I N D E X**

| | Date | Proceeding | Volume-Page |
|---|---|---|---|
| 1 | | | |
| 2 | 01/14/13 | Jury Trial Day 1............................ | V1 - 159 |
| 3 | | Preliminary jury instructions............ | V1 - 177 |
| | | Opening statement by the Government...... | V1 - 196 |
| 4 | | Opening statement by Defendant Morris.... | V1 - 228 |
| | | Opening statement by Defendant Loveland.. | V1 - 242 |
| 5 | | Opening statement by Defendant Sanchez... | V1 - 245 |
| 6 | 01/15/13 | Jury Trial Day 2............................ | V2 - 317 |
| 7 | 01/16/13 | Jury Trial Day 3............................ | V3 - 639 |
| 8 | 01/17/13 | Jury Trial Day 4............................ | V4 - 916 |
| 9 | 01/18/13 | Jury Trial Day 5............................ | V5 - 1215 |
| | | Rule 29 motion by Defendants............. | V5 - 1298 |
| 10 | | Jury instruction conference.............. | V5 - 1315 |
| 11 | 01/22/13 | Jury Trial Day 6............................ | V6 - 1324 |
| | | Further jury instruction conference...... | V6 - 1334 |
| 12 | | Final jury instructions by The Court..... | V6 - 1341 |
| | | Closing argument by the Government....... | V6 - 1364 |
| 13 | | Closing argument by Defendant Loveland... | V6 - 1422 |
| | | Closing argument by Defendant Morris..... | V6 - 1443 |
| 14 | | Closing argument by Defendant Sanchez.... | V6 - 1468 |
| | | Rebuttal argument by the Government...... | V6 - 1481 |
| 15 | | Final jury instructions by The Court..... | V6 - 1495 |
| | | Jury verdict............................. | V6 - 1505 |

16

17              **U N I T E D   S T A T E S   W I T N E S S E S**

18                                              **VOLUME-PAGE**

**FABIAN BELTRAN**

| | | | |
|---|---|---|---|
| 19 | | | |
| | Direct Examination by Ms. Lamprecht.............. | V1 - 249 |
| 20 | Continued Direct Examination by Ms. Lamprecht.... | V2 - 328 |
| | Voir Dire Examination by Mr. Borton............. | V2 - 338 |
| 21 | Continued Direct Examination by Ms. Lamprecht.... | V2 - 340 |
| | Cross-Examination by Mr. Heineman............... | V2 - 364 |
| 22 | Cross-Examination by Mr. Borton................. | V2 - 377 |
| | Cross-Examination by Ms. Berglund............... | V2 - 383 |
| 23 | Redirect Examination by Ms. Lamprecht........... | V2 - 388 |
| | Recross-Examination by Mr. Heineman............. | V2 - 394 |
| 24 | Recross-Examination by Mr. Borton............... | V2 - 396 |
| | Recross-Examination by Ms. Berglund............. | V2 - 400 |
| 25 | Further Redirect Examination by Ms. Lamprecht.... | V2 - 402 |

<u>I N D E X</u>

1

<u>U N I T E D   S T A T E S   W I T N E S S E S</u>

2

VOLUME-PAGE

3  **ROBERT BOONE**
       Direct Examination by Ms. Lamprecht..............V4 - 1131
4      Cross-Examination by Mr. Borton..................V4 - 1146
       Redirect Examination by Ms. Lamprecht...........V4 - 1147
5

   **PATRIC CAMPBELL**
6      Direct Examination by Ms. Lamprecht..............V4 - 928
       Cross-Examination by Mr. Borton..................V4 - 952
7      Redirect Examination by Ms. Lamprecht...........V4 - 959

8  **AMY CAVAZOS**
       Direct Examination by Ms. Lamprecht..............V4 - 1025
9      Cross-Examination by Mr. Borton..................V4 - 1047
       Cross-Examination by Mr. Heineman................V4 - 1049
10     Redirect Examination by Ms. Lamprecht...........V4 - 1052
       Recross-Examination by Mr. Borton................V4 - 1053
11

   **JAMES CHRISTENSEN**
12     Direct Examination by Ms. Lamprecht..............V4 - 1058
       Cross-Examination by Mr. Heineman................V4 - 1082
13

   **RACHEL L. COBLENTZ**
14     Direct Examination by Ms. Lamprecht..............V4 - 961
       Cross-Examination by Mr. Borton..................V4 - 1000
15     Redirect Examination by Ms. Lamprecht...........V4 - 1009
       Cross-Examination by Mr. Heineman................V4 - 1012
16     Recross-Examination by Mr. Borton................V4 - 1014
       Further Redirect Examination by Ms. Lamprecht....V4 - 1016
17     Further Recross-Examination by Mr. Heineman......V4 - 1020
       Further Redirect Examination by Ms. Lamprecht....V4 - 1023
18

   **KRISTOPHER CRAIG HENSLEY**
19     Direct Examination by Ms. Lamprecht..............V3 - 766
       Cross-Examination by Mr. Borton..................V3 - 812
20     Cross-Examination by Ms. Berglund................V3 - 824
       Redirect Examination by Ms. Lamprecht...........V3 - 824
21     Recross-Examination by Mr. Borton................V3 - 827
       Further Redirect Examination by Ms. Lamprecht....V3 - 832
22

   **AMBER HITES**
23     Direct Examination by Ms. Lamprecht..............V3 - 868
       Cross-Examination by Mr. Borton..................V3 - 904
24     Redirect Examination by Ms. Lamprecht...........V3 - 907
       Cross-Examination by Mr. Heineman................V3 - 908
25     Further Redirect Examination by Ms. Lamprecht....V3 - 911

920

# I N D E X

1

## U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3  **JUSTIN KLITCH**
       Direct Examination by Ms. Lamprecht..............V3 - 852
4
   **JONATHAN L. LAURENSON**
5      Direct Examination by Ms. Lamprecht..............V3 - 838

6  **MARIO MARTINEZ**
       Direct Examination by Ms. Lamprecht..............V2 - 578
7      Cross-Examination by Ms. Berglund...............V2 - 598
       Cross-Examination by Mr. Heineman...............V2 - 598
8      Redirect Examination by Ms. Lamprecht...........V2 - 604

9  **DAVID R. NETH**
       Direct Examination by Ms. Lamprecht..............V2 - 406
10
   **VICTOR RUIZ**
11     Direct Examination by Ms. Lamprecht..............V2 - 485
       Cross-Examination by Mr. Borton.................V2 - 556
12     Cross-Examination by Ms. Berglund...............V2 - 561
       Cross-Examination by Mr. Heineman...............V2 - 566
13     Redirect Examination by Ms. Lamprecht...........V2 - 570
       Recross-Examination by Mr. Borton...............V2 - 575
14     Recross-Examination by Mr. Heineman.............V2 - 575

15 **DAVID C. SINCERBEAUX**
       Direct Examination by Ms. Lamprecht..............V5 - 1256
16     Cross-Examination by Mr. Borton.................V5 - 1282
       Cross-Examination by Mr. Heineman...............V5 - 1286
17     Redirect Examination by Ms. Lamprecht...........V5 - 1293

18 **JESS STENNETT**
       Direct Examination by Ms. Lamprecht..............V4 - 1148
19     Continued Direct Examination by Ms. Lamprecht....V5 - 1238
       Cross-Examination by Ms. Berglund...............V5 - 1242
20     Cross-Examination by Mr. Heineman...............V5 - 1251
       Redirect Examination by Ms. Lamprecht...........V5 - 1253
21     Recross-Examination by Ms. Berglund.............V5 - 1253

22 **JOHNNY TAMBUNGA**
       Direct Examination by Ms. Lamprecht..............V2 - 412
23     Cross-Examination by Ms. Berglund...............V2 - 461
       Cross-Examination by Mr. Heineman...............V2 - 465
24     Cross-Examination by Mr. Borton.................V2 - 473
       Redirect Examination by Ms. Lamprecht...........V2 - 479
25     Recross-Examination by Ms. Berglund.............V2 - 483

921

**I N D E X**

1

**U N I T E D   S T A T E S   W I T N E S S E S**

2

VOLUME-PAGE

3   **BENJAMINE LAWRENCE VERTNER**
        Direct Examination by Ms. Lamprecht..............V2 - 607
4       Continued Direct Examination by Ms. Lamprecht....V3 - 649
        Cross-Examination by Mr. Borton..................V3 - 715
5       Cross-Examination by Mr. Heineman................V3 - 745
        Cross-Examination by Ms. Berglund................V3 - 750
6       Redirect Examination by Ms. Lamprecht...........V3 - 751
        Recross-Examination by Mr. Heineman..............V3 - 758
7       Further Redirect Examination by Ms. Lamprecht....V3 - 760

8   **KENNETH WHITE**
        Direct Examination by Ms. Lamprecht..............V3 - 762
9
    **GENE WUNSCH**
10      Direct Examination by Ms. Lamprecht.............V4 - 1084
        Cross-Examination by Mr. Heineman...............V4 - 1129

11

12

13

**U N I T E D   S T A T E S   E X H I B I T S**

14   **ADMITTED**                                    **VOLUME-PAGE**

15   **2**      Photo of Trailer #10, Clifford's Trailer
                 Park.....................................V1 - 262
16   **3**      Clifford's Trailer Park Payment Log.........V2 - 430
     **4**      Photo of Johnny Tambunga....................V1 - 267
17   **5**      Photo of Fabian Beltran.....................V2 - 434
     **6**      Photo of Victor Ruiz........................V1 - 308
18   **7**      Jim Loveland Business Card - Piloting
                 Service..................................V4 - 1188
19   **8**      Jim Loveland Business Card - Disaster
                 Recovery.................................V4 - 1189
20   **9A**     Phone calls between Jim Loveland and Che
                 Primo a/k/a Sanchez - Summary Chart -
21              March 2012- May 2012.....................V1 - 196
     **9B**     Phone calls between Jim Loveland and
22              Beltran - Summary Chart - February 2012 -
                 May 2012.................................V1 - 196
23   **9C**     Phone calls between Jim Loveland and
                 Tambunga - Summary Chart Dec. 2011-
24              January 2012.............................V1 - 196
     **9D**     Loveland Phone Tolls Diagram............V1 - 196
25   **9E**     902(11) Certification of T-Mobile Records
                 by Joshua Spencer........................V1 - 196

I N D E X

1                          U N I T E D   S T A T E S   E X H I B I T S

2    ADMITTED                                                    VOLUME-PAGE

3    **10**    Photo of Jim Loveland's House................ V1 - 274
     **11**    Photo of Mario Martinez...................... V1 - 278
4    **12**    Photo of Dawson Lee Moore.................... V1 - 280
     **13**    Photo of Dawson Lee Moore's House............ V1 - 281
5    **14**    Beltran's T-Mobile Samsung Phone............. V1 - 305
     **14A**   Phone Contacts from Ex. 14 - Fabian
6              Beltran's T-Mobile Samsung Phone............. V1 - 305
     **15**    Beltran's Blackberry Phone................... V1 - 295
7    **15A**   Contact List from Ex.15 Fabian Beltran's
               BlackBerry Phone............................. V1 - 297
8    **15B**   Phone calls between Jim Loveland and
               Primo Che a/k/a Sanchez - Summary Chart -
9              Feb. 2012.................................... V4 - 1199
     **17**    Llama .380 pistol............................ V4 - 1066
10   **18**    Photo of Llama .380 pistol under couch in
               Trailer...................................... V1 - 288
11   **21**    .22 Derringer pistol with gold grip S.N.
               241111....................................... V4 - 1091
12   **22**    Photo of two Derringer pistols............... V1 - 290
     **23**    .22 Derringer pistol with red grip S.N.
13             491605....................................... V4 - 1092
     **24**    30, .22 Hornady Bullets...................... V4 - 1095
14   **24A**   Photo of .22 bullets from back bedroom....... V4 - 1096
     **25**    ATF Form 4473 Transaction Record of Ex.
15             16 (.380  pistol) and Ex. 19 (.22
               Derringer) to Jesus Guadalupe Sanchez........ V1 - 196
16   **25A**   902(11) Certification of Records from
               Bargain Gun and Pawn by John Cox............. V1 - 196
17   **26**    ATF Report of Multiple Sale of Pistols to
               Sanchez...................................... V1 - 196
18   **27**    Photo of Red Ford F11 pickup truck........... V2 - 348
     **28**    Photo of Money in steering wheel of Ex.
19             26 (Ford F11 pickup truck)................... V2 - 350
     **29**    Certificate of Title for Red Ford F11
20             pickup truck................................. V2 - 411
     **30A**   JZ Auto Sales Retail Vehicle purchase
21             Contract for Sanchez - Lincoln Navigator..... V4 - 1102
     **30B**   Report of Sale and Application for
22             Certification of Title for Lincoln
               Navigator by Sanchez......................... V4 - 1103
23   **30C**   Receipt for $500 payment for Lincoln
               Navigator.................................... V4 - 1106
24   **31A**   Wells Fargo Bank Consumer Account
               Application for Jesus G. Sanchez - Acc't
25             No. X5483 3 pp............................... V1 - 196

923

**I N D E X**

1

**U N I T E D   S T A T E S   E X H I B I T S**

2

**ADMITTED**                                                              **VOLUME-PAGE**

3

**31B**   Sanchez's Wells Fargo Statement for Acc't
4          X5483 Oct. - Nov. 2011.......................V1 - 196
**31C**   Sanchez's Wells Fargo Statement for Acc't
5          X5483 Nov. - Dec. 2011.......................V1 - 196
**31D**   Sanchez's Wells Fargo Statement for Acc't
6          X5483 Dec. 2011 - Jan. 2012..................V1 - 196
**31E**   Sanchez's Wells Fargo Statement for Acc't
7          X5483 Jan. 2012-Feb. 2012....................V1 - 196
**31F**   Sanchez's Wells Fargo Statement for Acc't
8          X5483 Feb. 2012 - Mar. 2012..................V1 - 196
**31G**   Sanchez's Wells Fargo Statement for Acc't
9          X5483 Mar. 2012 - Apr. 2012..................V1 - 196
**31H**   Sanchez's Wells Fargo Statement for Acc't
10         X5483 Apr. 2012 - May 2012...................V1 - 196
**31I**   Sanchez Wells Fargo Statement for Acc't
11         X5483 May 2012 - June 2012...................V1 - 196
**31J**   902(11) Certification of Records from
12         Wells Fargo by Sherry Tiniakoff.............V1 - 196
**32A**   Wells ExpressSend Service Global
13         Remittance Service Agreement - Wells
           Fargo Acc't X5483 Jesus G. Sanchez,
14         12/21/2011 - 2 pp...........................V4 - 1107
**32B**   Wells Fargo Receipt - $1600 Deposit to
15         Acc't X5483 -12/21/2011 at 1:11 p.m.........V4 - 1111
**32C**   Wells Fargo Express Send Remittance
16         Transfer Record - Acc't X5483 -
           12/21/2011 at 1:12:43 p.m. $1500 to
17         Elizabeth Hernandez Vega....................V4 - 1113
**32D**   Wells Fargo Bank Transaction Record $1500
18         withdrawal from Acc't X5483 at 1:15 p.m.....V4 - 1115
**33A**   Wells Fargo ExpressSend Transfer Record
19         Acc't No. X5364 Jesus G. Sanchez $1,000
           to Elizabeth Hernandez Vega on 1/23/12......V4 - 1079
20 **33B**   Wells Fargo Receipt for $1000 sent to
           Elizabeth Hernandez Vega on 1/23/12 Acc't
21         No. X5364...................................V4 - 1081
**34A**   Western Union Money Transfer - $400
22         Maria de Jesus Beltran Delgado by Jesus
           G. Sanchez..................................V4 - 1120
23 **34B**   Western Union Customer Receipt for $400
           Money Transfer to Beltran Delgado by
24         Jesus Sanchez at Ridley's on 02-02-2012.....V4 - 1122
**34C**   Ridley's Receipt for Western Union Money
25         Transfer on Feb. 2, 2012....................V4 - 1123

I N D E X

1                    U N I T E D   S T A T E S   E X H I B I T S

2   ADMITTED                                              VOLUME-PAGE

3   35A   Western Union Money Transfer - $1000 to
          Jesus Roberto Salazar-Perez by Johnny
4         Tambunga.................................... V2 - 449
    35B   Western Union Customer Receipt for $1000
5         Money Transfer to Salazar Perez by Johnny
          Tambunga at Ridley's on 02-23-2012.. V2 - 450
6   35C   Ridley's Receipt for Western Union Money
          Transfer on Feb 23, 2012.................... V2 - 452
7   36A   Western Union Customer Receipt for $1000
          Money Transfer by Rachel Coblentz to
8         Jesus Sanchez on April 8, 2012............. V4 - 973
    37    Photo of Ben Vertner........................ V1 - 270
9   38    Photo of Amber Hites........................ V1 - 272
    39    Photo of K.C. Hensley....................... V2 - 635
10  40    Photo of Patric Campbell.................... V3 - 671
    41    Photo of Rachel Coblentz.................... V2 - 546
11  41A   Photo of Rachel's Apartment Building........ V3 - 662
    42    Photo of Amy Cavazos........................ V2 - 343
12  43    Photo of Amy Cavazos's House................ V2 - 614
    44    Photo of Jonathan Chapman................... V2 - 636
13  45    Photo of Jacob Clevenger.................... V2 - 618
    46    Silver Tube removed from Olson on 5/15...... V3 - 687
14  47    Methamphetamine from silver tube........... V3 - 866
    48    Methamphetamine from K.C. Hensley's Car..... V3 - 849
15  49    Methamphetamine from Cavazos's house on
          5/15....................................... V4 - 1159
16  50    Vertner U/C call to Morris on 5/16......... V3 - 696
    51    Photo of Morris' house in Ontario.......... V2 - 340
17  52    Methamphetamine from U/C purchase on 5/16... V4 - 1170
    53    Methamphetamine from Trailer # 10.......... V4 - 1176
18  54    Black Lunch Bag............................. V2 - 358
    55    Photo of black lunch bag under kitchen
19        sink....................................... V1 - 264
    56    Photo of money and meth in black lunch
20        bag........................................ V2 - 353
    57    Photo of Money and large bag of meth....... V2 - 355
21  58    Photo of Money and smaller bag of meth..... V4 - 1074
    60    Silver digital scale from black bag under
22        kitchen sink............................... V2 - 357
    61    Photo of silver digital scale.............. V1 - 266
23  62    Photo of gym shoe with Money............... V2 - 555
    63    Plea Agreement for Johnny Tambunga........ V2 - 459
24  64    Plea Agreement for Fabian Beltran......... V2 - 361
    65    Plea Agreement for Victor Ruiz............. V2 - 488
25  66    Plea Agreement for Mario Martinez......... V2 - 582
    67    Plea Agreement for Benjamine Vertner...... V2 - 611

925

**I N D E X**

1

**U N I T E D   S T A T E S   E X H I B I T S**

2

**ADMITTED**                                                                **VOLUME-PAGE**

3

**68**   Plea Agreement for Amber Hites..............V3 - 902

4
**69**   Plea Agreement for K.C. Hensley.............V3 - 775
**70**   Plea agreement of Patric Campbell...........V4 - 950

5
**71**   Plea Agreement for Rachel Coblentz..........V4 - 997
**72**   Plea Agreement for Amy Cavazos..............V4 - 1046

6
**73**   Phone Call Vertner/Sanchez 5/22/12..........V3 - 711
**74A**  Video Clip from Exhibit 74..................V4 - 1139

7
**74B**  Video Clip from Exhibit 74..................V4 - 1143
**74C**  Video Clip from Exhibit 74..................V4 - 1143

8
**74D**  Video Clip from Exhibit 74..................V4 - 1143

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

926

1  P R O C E E D I N G S
2  January 17, 2013
3  (Jury present.)
4  THE CLERK:  The court will now hear Criminal
5  Case 12-155-S-BLW, United States of America versus
6  Jesus Guadalupe Sanchez, Michael Dennis Morris,
7  and Jim Allen Loveland for day four of jury trial.
8  THE COURT:  Good morning, ladies and
9  gentlemen.
10  Before we resume, I did want to make
11  one -- or give the jury one instruction.
12  Yesterday, you heard testimony during
13  the -- I believe it was -- I believe it was
14  Mr. Vertner who testified that he was able to
15  communicate with Mr. Sanchez without any
16  particular difficulty in English.
17  Mr. Sanchez has chosen to use an
18  interpreter here, and I thought it was important
19  to point out to the jury that although an
20  individual may feel comfortable communicating in
21  their normal everyday life with others in a
22  language, but they may not feel that their
23  capacity with that language is so great that when
24  they are in a court of law that they will
25  understand with the same ability.  There is no

927

1  opportunity to clarify.
2  For that reason, I just wanted to point
3  that out to the jury, and that it is critical that
4  the jury not in any way allow the fact that
5  Mr. Sanchez is using an interpreter to influence
6  you in any way during your deliberations.
7  So with that, Ms. Lamprecht, would you
8  announce the name of your next witness.
9  MS. LAMPRECHT:  Yes, Your Honor.  Our next
10  witness is Patric Campbell.
11  THE COURT:  Mr. Campbell, would you please
12  stand and Ms. Gearhart will place you under oath.
13  PATRIC CAMPBELL,
14  having been first duly sworn to tell the whole
15  truth, testified as follows:
16  THE CLERK:  Please state your complete name
17  and spell your name for the record.
18  THE WITNESS:  My name is Patric Roy
19  Campbell, and my name is spelled P-A-T-R-I-C and
20  C-A-M-P-B-E-L-L.
21  THE COURT:  All right.  Mr. Campbell, I
22  think we make our chair at the witness stand too
23  comfortable and people have a tendency to lean
24  away from the microphone.
25  THE WITNESS:  All right.

928

1  THE COURT:  I'm going to ask you to pull the
2  microphone a little closer.  The most important
3  thing is that we can hear you.
4  THE WITNESS:  All right.  Yes.
5  THE COURT:  Ms. Lamprecht.
6  MS. LAMPRECHT:  Thank you, Your Honor.
7  DIRECT EXAMINATION
8  BY MS. LAMPRECHT:
9  Q.  Mr. Campbell, how old are you?
10  A.  I'm 36.
11  Q.  Where were you born?
12  A.  In Boise, Idaho.
13  Q.  Where did you grow up?
14  A.  Predominantly in Boise, Idaho.
15  Q.  How far did you go in school?
16  A.  I made it to the ninth grade.
17  Q.  Did you ever get your high school
18  equivalent degree?
19  A.  I did.
20  Q.  When was that?
21  A.  When I was 17, in Saint Anthony's.
22  Q.  And what year?  Do you remember?
23  A.  It was '94.
24  Q.  Now, have you ever been convicted of a
25  felony?

929

1  A.  I have.
2  Q.  What were you convicted for?
3  A.  Aggravated assault and aggravated
4  battery.
5  Q.  How old were you when you were
6  convicted of aggravated assault?
7  A.  Eighteen.
8  Q.  And did you serve time for that?
9  A.  I did.
10  Q.  While you were in prison, were you
11  convicted of another felony offense?
12  A.  As -- well, it was while I was in jail
13  for the --
14  Q.  While you were in jail?
15  A.  So, yes.
16  Q.  And what -- was that the aggravated
17  battery that you mentioned?
18  A.  Yes, it was.
19  Q.  How old were you when that happened?
20  A.  I had turned 19 while I was in county
21  jail.
22  Q.  And while you were in jail, were you a
23  member of a prison group?
24  A.  I was.
25  Q.  What was it called?

930

1    A. The Aryan Knights.

2    Q. And what kind of a group was that?

3    A. Predominantly, it was a racial -- a

4 racial group.

5    Q. And why -- did you -- why did you join

6 it?

7    A. Because when I was younger in prison,

8 the white people that I associated with, we were

9 always the people that were cleaning our tiers up,

10 so to say, which means that we got rid of the sex

11 offenders and stuff like that. We didn't want

12 them living in our areas. So we were the people

13 that were always doing that stuff, so we decided

14 to group together, I guess.

15    Q. Did you stay associated with that group

16 the whole time that you were in jail?

17    A. No.

18    Q. About when did you leave it?

19    A. Roughly about 2007.

20    Q. And when did you get out of the prison?

21    A. I got out prison April 8th of 2010.

22    Q. And were you discharged completely at

23 that time?

24    A. Yes, I was.

25    Q. Before you went to prison, did you use

931

1 methamphetamine?

2    A. Yes, I did.

3    Q. Were you able to use drugs while you

4 were in prison?

5    A. Off and on, yes.

6    Q. Not regularly?

7    A. No.

8    Q. After you left prison, did you have a

9 family?

10    A. Yes, I did.

11    Q. What did you do?

12    A. When I got out of the prison I started

13 working in the oil field. I started working out

14 in Payette and Fruitland. They was drilling for

15 natural gas out there. And then in December of

16 2010, I went to North Dakota and I worked out

17 there.

18    Q. How long did you work in North Dakota?

19    A. Roughly over a year.

20    Q. Okay. So I was asking -- tell me about

21 your family.

22    A. I got out of prison and I was dating a

23 woman that I had known for years, and then we got

24 married and I adopted her two kids.

25    Q. And while you were in North Dakota,

932

1 what was going on with your marriage?

2    A. My marriage wasn't going so good. I

3 was drinking a lot, pretty much daily. And then I

4 was unfaithful to my wife, so it caused issues.

5    Q. Did you come back to Idaho?

6    A. Yes, I did.

7    Q. When -- when did you come back the

8 first time?

9    A. The first time I came back -- well,

10 I -- in November of 2011, I quit my job for two

11 months because of the issues that I had with my

12 wife. And then I went back to work. I believe it

13 was in January 2012, I went back to work, until

14 roughly March. I worked two months straight. And

15 I came back home and -- towards the beginning or

16 so of March.

17    Q. And where -- where was home that you

18 came back to that time?

19    A. Weiser, Idaho.

20    Q. Okay. And what happened in March of

21 2012 after you got back to Weiser?

22    A. My wife and I had still had issues that

23 weren't being resolved, and so I separated with

24 her and I lived with my brother-in-law, her

25 brother, and I began using methamphetamines at

933

1 that time.

2    Q. All right. And what was her brother's

3 name?

4    A. Jake Clevenger.

5    Q. I would like to show you what's been

6 marked as Government's Exhibit 45.

7    MS. LAMPRECHT: And that's, I believe,

8 admitted.

9    THE WITNESS: Yes. Yes, that's Jake

10 Clevenger.

11 BY MS. LAMPRECHT:

12    Q. That's Jake Clevenger?

13    A. Yes.

14    Q. Okay. And where was -- do you know

15 where Jake Clevenger was getting his

16 methamphetamine from when you were living with

17 him?

18    A. At that time, I believe he was getting

19 it from Mr. Morris.

20    Q. And where did you get that information?

21    A. Well, I happened to be over there --

22 the first time I actually met up with him on the

23 streets, he came over to his house.

24    THE COURT: When you say "his house."

25 BY MS. LAMPRECHT:

934

1    Q. I'm confused --
2    MS. LAMPRECHT: Excuse me, Your Honor.
3    THE WITNESS: To Clevenger's house.
4  BY MS. LAMPRECHT:
5    Q. Who came to Clevenger's house?
6    A. Mr. Morris did.
7    Q. And did you see him?
8    A. Yes, I did.
9    Q. And what did he do while he was there?
10   A. We smoked methamphetamines, and then he
11 gave Mr. Clevenger some methamphetamines.
12   Q. Do you know how much he gave him?
13   A. No, I do not.
14   Q. Do you know if Mr. Clevenger had to pay
15 him for the methamphetamine?
16   A. Eventually, he did, yes.
17   Q. Do you know how much he had to pay for
18 the methamphetamine?
19   A. I do not.
20   Q. You said you started using
21 methamphetamine again?
22   A. Yes, I did.
23   Q. How much were you using when you used?
24   A. Honestly, I don't know.  I used a lot,
25 daily.

935

1    Q. And did you get it all from Jake
2  Clevenger?
3    A. No.
4    Q. Who else did you get methamphetamine
5  from?
6    A. Vertner.
7    Q. You say "Vertner."  Did you know his
8  first name?
9    A. Ben Vertner.
10   Q. I would like to show you what's been
11 marked as Government's Exhibit 37.
12   A. Yes.  That's Ben Vertner.
13   Q. How did you know Ben Vertner?
14   A. I met him through my brother-in-law,
15 Jake Clevenger.
16   Q. And did you and Ben develop any kind of
17 a relationship?
18   A. Yes.  Shortly after I was living with
19 Clevenger, I ended up associating with Vertner on
20 a regular basis.  Pretty soon I was probably taken
21 back -- or associated with him on a daily basis.
22   Q. What did you do when you were with him?
23   A. I just went, drove around with him.  If
24 we were at a apartment or whatever, we would smoke
25 methamphetamines.

936

1    Q. Did you ever -- what was Ben Vertner
2  doing at that time while you were hanging out with
3  him?
4    MR. BORTON: Objection, Your Honor.
5  Foundation for just a time frame.
6    THE COURT: Sustained.  Let's put a time
7  frame, Counsel.
8  BY MS. LAMPRECHT:
9    Q. Are we still in March of 2012 or April
10 or thereabouts?
11   A. It would be April.
12   Q. Okay.  So it was mid-March through
13 April that you were --
14   A. Yes.
15   Q. -- with Mr. Vertner?
16   A. Yes.
17   Q. Okay.  So during that time, do you know
18 what he was doing?
19   A. He was selling methamphetamine.
20   Q. Did you ever help him?
21   A. I did.
22   Q. What did you do to help him?
23   A. On two different occasions he had asked
24 me to go over to Ontario, and myself and Rachel
25 Coblentz took methamphetamines over there, and I

937

1  picked up money and brought it back over to him.
2  And we took it over to Morris, and then he gave me
3  the money and I took it back to Vertner.
4    Q. Okay.  So you said that you went to
5  Ontario, and you took it to who?
6    A. Mr. Morris.
7    Q. And do you see the -- what was his
8  first name?
9    A. Michael.
10   Q. Do you see the Michael Morris that
11 you're referring to in the courtroom?
12   A. I do.
13   Q. Would you describe where he is sitting
14 and state what he is wearing?
15   A. He is sitting over here at this table
16 and he has got a blue shirt on; shaved head,
17 glasses.
18   Q. Okay.  And before we get to your going
19 to his house, did you meet any of Ben Vertner's
20 other methamphetamine customers in March and April
21 of 2012?
22   A. I did.
23   Q. Do you remember their names?
24   A. I met K.C. Hensley at that time.
25   Q. I would like to show you what's been

958

1  marked as Government's Exhibit 39.  Do you
2  recognize that person?
3      **A.**  Yes.  That's Kristopher Hensley.
4      **Q.**  Okay.  And you knew him as K.C.?
5      **A.**  Yes.
6      **Q.**  Anybody else?
7      **A.**  John Chapman.
8      **Q.**  Okay.  I would like to show you what's
9  been marked as --
10     MS. LAMPRECHT:  I'm sorry, Your Honor.  I
11 lost my notes.
12 BY MS. LAMPRECHT:
13     **Q.**  -- Government's Exhibit 44.  Do you
14 recognize who is in that photo?
15     **A.**  Yeah, I do.
16     **Q.**  Who is that?
17     **A.**  That is John Chapman.
18     **Q.**  Now, you said that you went to Michael
19 Morris's house in Ontario, Oregon.  How many times
20 did you go to that house?
21     **A.**  I have been over to that house
22 numerous -- I don't know how many times itself.
23 As far as taking methamphetamines or picking up
24 money, I have done that at his place twice.
25     **Q.**  Okay.  I would like to show you what's

939

1  been marked as Government's Exhibit 51.  Do you
2  recognize what's in that photo?
3      **A.**  I do.
4      **Q.**  What is it?
5      **A.**  That would be his house.
6      **Q.**  Do you recognize anything else in that
7  photo?
8      **A.**  Just his vehicles.
9      **Q.**  You've seen those before, too?
10     **A.**  Yes.
11     **Q.**  Now, when was it that you went with
12 Rachel Coblentz to deliver methamphetamine to
13 Michael Morris at this house?
14     **A.**  It would be roughly in April -- yeah,
15 April and then May, the beginning part of May.
16     **Q.**  When you delivered methamphetamine, do
17 you know how much you took?
18     **A.**  I believe the first time I took a
19 quarter ounce, and then the second time I took a
20 half ounce.
21     **Q.**  When you took a quarter ounce, who was
22 it that you saw at that house?
23     **A.**  I saw Mr. Morris.
24     **Q.**  And who actually handed him the
25 methamphetamine?

940

1      **A.**  Coblentz did.
2      **Q.**  And did you get any money from him at
3  that time?
4      **A.**  I did.
5      **Q.**  How much money did you get?
6      **A.**  I believe I had gotten $450.
7      **Q.**  What did you do with that money?
8      **A.**  I came back -- I went back to Weiser
9  and I gave Vertner 400 and I kept 50.
10     **Q.**  And did he allow you to do that or did
11 you just do that?
12     **A.**  No.  He allowed me.
13     **Q.**  Okay.  What happened the second time
14 that you went to Michael Morris's house?
15     **A.**  It was the similar situation.  I
16 just -- that time we took over a half ounce, and
17 then he gave me, I believe it was 900.
18     **Q.**  And how did you know how much
19 methamphetamine you were taking to Michael Morris?
20     **A.**  Because Vertner weighed it out before
21 we had left.
22     **Q.**  Now, you said you had been to Michael
23 Morris's house on other occasions.  For what
24 reason?
25     **A.**  Just to socialize.

941

1      **Q.**  And when you socialized, what did you
2  do?
3      **A.**  Smoked methamphetamines.
4      **Q.**  How much would you smoke?
5      **A.**  I -- as far as the amount-wise, I don't
6  know.  I mean, I guess it would depends on how
7  many people were there and -- smoking it.  You
8  could smoke a teener or 16th in a matter of a
9  short period of time, so --
10     **Q.**  What's a 16th, a teener?
11     **A.**  A teener would be a 16th of an ounce.
12     **Q.**  Okay.  And a number of people would
13 smoke a teener?
14     **A.**  Easily, yes.
15     **Q.**  Did you know Morris's girlfriend at the
16 time?
17     **A.**  Yes.
18     **Q.**  What was her name?
19     **A.**  Her name was Jenny.
20     **Q.**  And was she ever at the house when you
21 brought methamphetamine to Michael Morris?
22     **A.**  I think she was there at least on one
23 occasion.
24     **Q.**  And did she see what you did with the
25 methamphetamine?

942

1  Was she present when you --
2  **A.** Yes.
3  **Q.** She was present when you did the
4  delivery to Michael Morris?
5  **A.** Yes.
6  **Q.** Did she ever smoke methamphetamine with
7  you?
8  **A.** Yes.
9  **Q.** Would you explain to the jury how it
10 happened that Ben Vertner sent you over to Michael
11 Morris's house that first time?
12 **A.** The first time he had asked me to call
13 Mr. Morris and ask him if he was still looking for
14 methamphetamines. I had a conversation with him
15 on the telephone, and --
16 **Q.** With whom?
17 **A.** Mr. Morris.
18 **Q.** Okay.
19 **A.** He was kind of confused on the fact
20 that he had had a conversation with Vertner before
21 that, and so he -- he -- he thought he was going
22 to be just dealing with him.
23     But Vertner didn't want to deal with
24 him, so he had asked me to go over there and take
25 over a quarter ounce of methamphetamines and pick

943

1  the money up from him. And he wanted the money.
2  He didn't want to front it out like he would
3  normally do to somebody else.
4  **Q.** Okay. When you say "he," could you say
5  who you're talking about?
6  **A.** Mr. Vertner didn't want to front it
7  out. He wanted the money right when he got the
8  drugs.
9  **Q.** And so what did you tell Michael Morris
10 on the telephone?
11 **A.** I had told him I heard that he
12 was -- he was looking for some methamphetamines,
13 and if that was still the case.
14     And he had told me -- or Mr. Morris had
15 told me at that time that he had already talked to
16 Mr. Vertner and that it was already taken care of.
17     And then I told him that I would take
18 care of it for him. And so, we took over the
19 methamphetamines then.
20 **Q.** Did you talk about how much you were
21 going to ask him to give you when you brought the
22 methamphetamine?
23 **A.** Did I ask about how much he was going
24 to give me?
25 **Q.** Did you talk -- did you talk with

944

1  Michael Morris about how much money you expected
2  when you took the methamphetamine to him?
3  **A.** Yes.
4  **Q.** And what did you tell him?
5  **A.** It was the 450.
6  **Q.** For how much?
7  **A.** For a quarter ounce.
8  **Q.** And what did Michael Morris say about
9  that?
10 **A.** At first he was trying to debate
11 whether or not it was price-efficient to
12 him -- for himself. And then eventually he agreed
13 to it.
14 **Q.** Now, where were you living in --
15 towards the end of April and in early May of 2012?
16 **A.** I was staying at different places, but
17 I was staying at Coblentz's house.
18 **Q.** Is that Rachel Coblentz?
19 **A.** Yes.
20 **Q.** Okay. First of all, I would ask you to
21 look at Government's Exhibit 41. Do you recognize
22 the person in that photo?
23 **A.** Yes.
24 **Q.** Who is that?
25 **A.** That would be Rachel Coblentz.

945

1  **Q.** And now I would like to show you what's
2  been marked as Government's Exhibit 41A. Do you
3  recognize that photograph?
4  **A.** I do.
5  **Q.** What is that?
6  **A.** That would be the building that her
7  apartment was in -- or Coblentz's apartment.
8  **Q.** And that was the apartment you were
9  living in for a while?
10 **A.** Yes.
11 **Q.** Would you take your finger and touch
12 the screen and just draw a circle around the
13 windows that you know were part of that apartment?
14 **A.** (Witness complied.)
15     That would be a door, but --
16 **Q.** Okay. And what was your relationship
17 with Rachel Coblentz at this time?
18 **A.** I was friends with her.
19 **Q.** That's all?
20 **A.** Yes.
21 **Q.** Just a place to stay?
22 **A.** Yes.
23 **Q.** Now, were you still hanging out with
24 Ben Vertner in May of 2012?
25 **A.** I was.

946

1    Q. Did you ever go with him -- with Ben
2 Vertner to deliver methamphetamine to Michael
3 Morris again in May?
4    A. Yes.
5    Q. How many times?
6    A. Roughly, at least two.
7    Q. Do you remember how much you delivered
8 the first time when you went with Ben Vertner in
9 May?
10    A. No, I don't know how much he gave him
11 at that time. I believe he gave him an ounce, but
12 I can't say for sure.
13    Q. Did Ben Vertner collect any money?
14    A. He did.
15    Q. Do you know how much?
16    A. I do not.
17    Q. Did you do anything besides just go
18 with him?
19    A. Not really.
20    Q. Okay. How about the second time you
21 went with him in May to Michael Morris's house?
22    A. It was the same situation. We had gone
23 over there and smoked methamphetamines, and then
24 they did their business actions, and Vertner would
25 give him the methamphetamines, and then at that

947

1 point in time he would give him money later.
2    Q. Okay. Do you know if Ben Vertner got
3 any money that second time?
4    A. I don't think he did.
5    Q. Did you talk to him about it?
6    A. I didn't.
7    Q. Okay. Around the middle of May, did
8 you learn that Ben Vertner had been arrested?
9    A. I did.
10    Q. What happened to this methamphetamine
11 thing that was going on at that time?
12    MR. BORTON: Objection. Form of the
13 question. I'm not sure --
14    THE COURT: Sustained.
15 BY MS. LAMPRECHT:
16    Q. What happened to the methamphetamine
17 business that Ben Vertner had after he was
18 arrested?
19    A. It was pretty scarce.
20    Q. Was anybody able to get
21 methamphetamine, that you know?
22    A. Yes.
23    Q. Okay. Were they able to get the
24 amounts that they could get before?
25    A. No.

948

1    Q. In June of 2012, were you also arrested
2 in this case?
3    A. I was.
4    Q. And since you were arrested, have you
5 talked to anyone else that was charged with you in
6 this case about the case?
7    A. No.
8    Q. And after -- since you have been
9 arrested, have you pled guilty to possession with
10 intent to distribute methamphetamine?
11    A. I have.
12    Q. When you pled guilty, did you have a
13 plea agreement with the government?
14    A. I did.
15    Q. Was it part of your agreement that you
16 would cooperate with the government?
17    A. Yes.
18    Q. And is your testimony here today part
19 of that cooperation?
20    A. Yes.
21    Q. Do you hope to get a benefit from your
22 cooperation?
23    A. Yes.
24    Q. What benefit are you hoping that you
25 will get?

949

1    A. The recognition for the substantial
2 assistance.
3    Q. And substantial assistance is basically
4 what?
5    A. Reduction in my points.
6    Q. Okay. So if you cooperate you're
7 looking for a reduction in your sentence?
8    A. Yes.
9    Q. Do you know what your sentence will be?
10    A. I do not.
11    Q. Who is the person that will decide your
12 sentence?
13    A. That would be the judge.
14    Q. Okay. I would like to show you -- and
15 I'm sorry; I don't have it in my notes -- your
16 plea agreement, Government's Exhibit 70.
17    Do you recognize that document?
18    A. I do.
19    Q. What is it?
20    A. That would be the face sheet of my plea
21 agreement.
22    Q. Okay. Now I would like to turn towards
23 the end of that plea agreement, towards your
24 signature page, which -- and I would like to
25 show --

950

1    MS. LAMPRECHT:  Well, first of all I would
2  like to move Government's Exhibit 70 into
3  evidence, Your Honor.
4        THE COURT:  Any objection?
5        MS. BERGLUND:  No objection.
6        MR. BORTON:  None, Your Honor.
7        MR. HEINEMAN:  No objection, Your Honor.
8        THE COURT:  Exhibit 70 will be admitted and
9  published to the jury.
10       MS. LAMPRECHT:  Thank you.
11            (Exhibit No. 70 admitted.)
12 BY MS. LAMPRECHT:
13       Q.  Well, can we go back to the first page?
14 And then going to your signature page in that
15 document, do you see your signature?
16       A.  I do.
17       Q.  And that would be page 16?
18       A.  Yes.
19       Q.  And would you just take your finger
20 again and circle that on the screen?
21       A.  (Witness complied.)
22       MS. LAMPRECHT:  Thank you.
23            I have no further questions,
24 Your Honor.
25       THE COURT:  Cross.

951

1        MS. BERGLUND:  No cross, Your Honor.
2        MR. BORTON:  Yes, Your Honor.
3        THE COURT:  Mr. Borton.
4        MS. LAMPRECHT:  Your Honor, I did omit one
5  thing.  If I might just do that now, I would
6  appreciate it.
7        THE COURT:  Yes.  Go ahead.
8            My apologies, Mr. Borton.
9        MS. LAMPRECHT:  I'm sorry.  When I asked you
10 if you could identify Michael Morris and you
11 identified him, I forgot to ask the court to let
12 the record reflect that you had identified Michael
13 Morris.
14       THE COURT:  I'm sorry?
15       MS. LAMPRECHT:  I forgot to ask the court to
16 let the record reflect that the witness had
17 identified Michael Morris, when he pointed him
18 out.
19       THE COURT:  Okay.  I, frankly, did not --
20 would you describe him for me again.
21       THE WITNESS:  Yes.  He has a blue shirt on,
22 glasses, shaved head.
23       THE COURT:  All right.  The record will so
24 reflect.
25            I'm sorry, Ms. Lamprecht.

952

1        MS. LAMPRECHT:  Thank you, Your Honor.  I
2  apologize.
3              CROSS-EXAMINATION
4  BY MR. BORTON:
5        Q.  Mr. Campbell, we just finished with the
6  plea agreement that you referenced.  Do you recall
7  signing that?
8        A.  Yes, I do.
9        Q.  Do you recall one component of that
10 agreement that you may be subject to a 30-year
11 minimum sentence?
12       A.  Yes.
13       Q.  Okay.  And is that the minimum sentence
14 that you're hoping for assistance and relief from?
15       A.  I'm just looking for the assistance on
16 whatever I'm given.  I mean, I know that I was
17 informed that if I was to go to trial and lose
18 that, the sentencing would be on the higher end of
19 the guidelines, which would be the 30 years to
20 life.
21       Q.  So by you --
22       A.  360 months to life.
23       Q.  And you're trying to avoid that?
24       A.  I'm accepting the responsibility for
25 what I did, so, yes.

953

1        Q.  And providing substantial assistance to
2  the government is part of your obligation?
3        A.  Yes.
4        Q.  And the government makes their own
5  independent recommendation as to whether or not
6  your assistance has been substantial or not?
7        A.  I believe so.
8        Q.  And what you say here today, your
9  testimony is a component of whether or not your
10 assistance is substantial.  Do you agree?
11       A.  What's that now?
12       Q.  Your testimony today is a component of
13 whether or not your assistance is substantial?
14       A.  I believe so, yes.
15       Q.  In light of your criminal history,
16 would it be fair to say that you have a history of
17 not following the rules?
18       A.  I guess you could say that, yes.
19       Q.  In light of your activity while
20 incarcerated, have you had difficulty following
21 orders from law enforcement prison officials,
22 things like that?
23       A.  At some times, yes.
24       Q.  Have there been occasions in that
25 history where law enforcement --

954

1  (Sound interruption.)
2  THE COURT: I apologize. We have
3  randomly -- at the most inopportune time, we get a
4  gremlin in our audio system. Hopefully, it will
5  resolve itself here in a minute.
6  We'll have the IT folks summoned.
7  Perhaps Ms. Gearhart can send an instant message.
8  Let's see if it resolves itself. If not, we'll
9  have to take a short recess.
10  But go ahead and proceed.
11  BY MR. BORTON:
12  Q. Mr. Campbell, you mentioned that while
13  in prison you and your Aryan Knight associates
14  would, on occasion, clean up a tier. What does
15  that mean, to "clean up a tier"?
16  What did you do?
17  A. That would mean if they had moved sex
18  offenders, people of that nature, in our living
19  areas that we didn't want to be around because of
20  their crimes, then we would either ask them to
21  leave or we would assault them.
22  Q. And was doing that against the rules?
23  A. It was.
24  Q. Did you decide to do that despite the
25  rules because it's what you wanted to do?

955

1  A. I did it because I felt like my living
2  area -- I didn't want to have a child molester
3  sitting next to me, so, yes.
4  Q. And did you make that own independent
5  decision at that time to ignore the rules that you
6  were supposed to follow and act a different way?
7  A. Yes.
8  Q. You weren't forced or compelled to act
9  against the rules?
10  A. No.
11  Q. One of the additional rules that you
12  were subjected to, I presume, while in prison was
13  not to ingest any narcotics; is --
14  A. Yes.
15  Q. -- that right?
16  Were you aware of that rule while you
17  were in custody?
18  A. I was.
19  Q. Did you make your own independent
20  decision to ignore that rule and on occasion use
21  drugs while in prison, too?
22  A. I did.
23  Q. On any of these occasions when you were
24  breaking the rules that you were supposed to be
25  following, did you tell any of the officials, let

956

1  them know that you were ignoring those
2  requirements, or did you do all that in secret?
3  A. I did it in secret.
4  Q. And were you able to conceal your
5  improper activities successfully?
6  A. It would -- just depends on which
7  activity we're talking about.
8  Q. Some of them you were able, and some
9  others --
10  THE INTERPRETER: The interpreter didn't
11  hear that answer.
12  THE COURT: All right. Could I ask everyone
13  in the courtroom, if you have a cell phone -- one
14  of the things we think may trigger this is if you
15  have a cell phone or a smartphone that's on silent
16  or vibrate but is still being active or being
17  used, or any text messaging or anything, just turn
18  it off. It might help us.
19  We don't know -- all right. Perhaps
20  we'll have to take a recess. But when we do come
21  back, I may ask that everyone please turn off any
22  smartphones, cell phones, what have you; just turn
23  them off. There seems to be a correlation, at
24  least we think, if someone is texting or perhaps
25  receiving a call, that may trigger it. But we're

957

1  not sure.
2  We'll take a short recess. We will
3  reset the system, perhaps summon the IT folks, and
4  see if we can address the problem.
5  I'll admonish the jury again not to discuss
6  the case among themselves or with anyone else, and
7  not to form or express any opinions about the case
8  until it is finally submitted.
9  We'll be in recess.
10  (Recess.)
11  (Jury present.)
12  THE COURT: I'll note that the jury is
13  present. Hopefully, we have the problem resolved.
14  Mr. Borton, you may resume your
15  cross-examination of Mr. Campbell.
16  And Mr. Campbell, I'll remind you, you
17  are still under oath.
18  MR. BORTON: Thank you, Your Honor.
19  BY MR. BORTON:
20  Q. Mr. Campbell, during the spring of
21  2012, when you were using methamphetamine, did you
22  also use it with an Amy Cavazos?
23  A. I have, yes.
24  Q. During the first three months of 2012,
25  for example?

958

1    A.  No.  It was later.  It was later than
2  the first three months.  I believe it was in
3  April.
4    Q.  Of 2012?
5    A.  Yes.
6    Q.  Was Ben Vertner with you on any of
7  those occasions?
8    A.  Yes.
9    Q.  And did Ben Vertner smoke
10  methamphetamine with the two of you, or just
11  observe?
12    A.  Yes, he smoked with both of us.
13    Q.  Okay.  During your time up through 2010
14  in custody, in order to protect yourself, did you
15  on occasion provide inaccurate information to
16  prison guards, prison officials?
17    A.  Yes.
18    Q.  Were you being dishonest with them?
19    A.  I was.
20    Q.  And when you were dishonest with
21  them -- was it on more than one occasion?
22    A.  Yes.
23    Q.  Was the purpose of being dishonest to
24  those officials to protect your own interests?
25    A.  Yes.

959

1    Q.  How many years of your life were you in
2  prison?
3    A.  I spent 15 years in prison.
4    Q.  Would it be fair to say that you had
5  that opportunity and experience of being dishonest
6  with officials throughout those 15 years of
7  prison?
8    A.  That I had the what, possibility?
9    Q.  The experience of --
10    A.  Experience.
11    Q.  -- being dishonest to officials
12  throughout that 15-year term?
13    A.  Well, I wouldn't necessarily consider
14  it experience.  I was selfish enough to be
15  dishonest, but, yes.
16    MR. BORTON:  Okay.  Thank you.
17    I have no further questions,
18  Your Honor.
19    THE COURT:  Mr. Heineman.
20    MR. HEINEMAN:  No cross, Your Honor.
21    THE COURT:  And, Ms. Berglund, I think you
22  said you had no questions; correct?
23    MS. BERGLUND:  No questions.
24    THE COURT:  Redirect.
25    REDIRECT EXAMINATION

960

1  BY MS. LAMPRECHT:
2    Q.  I would ask you if -- clearly, you know
3  the difference between the truth and a lie; is
4  that fair to say, Mr. Campbell?
5    A.  Yes.
6    Q.  And today when you've testified, how
7  have you testified?
8    A.  I have told the truth.
9    MS. LAMPRECHT:  I have no further questions,
10  Your Honor.
11    THE COURT:  Anything else, Counsel?
12    MR. BORTON:  No, Your Honor.
13    THE COURT:  You may step down, Mr. Campbell.
14  You are excused.
15    Call your next witness.
16    MS. LAMPRECHT:  The government calls Rachel
17  Coblentz.
18    THE COURT:  Is Ms. Coblentz immediately
19  available?
20    MS. LAMPRECHT:  Right here.
21    THE COURT:  Ms. Coblentz, would you please
22  step before Ms. Gearhart here, come forward, be
23  sworn as a witness and then follow her directions.
24    RACHEL L. COBLENTZ,
25  having been first duly sworn to tell the whole

961

1  truth, testified as follows:
2    THE CLERK:  Please state your complete name
3  and spell your name for the record.
4    THE WITNESS:  Rachel Lynn Coblentz,
5  R-A-C-H-E-L, L-Y-N-N, C-O-B-L-E-N-T-Z.
6    THE COURT:  You may inquire.
7    MS. LAMPRECHT:  Thank you.
8    DIRECT EXAMINATION
9  BY MS. LAMPRECHT:
10    Q.  Ms. Coblentz, you can -- if you can't
11  move your chair closer, you can try pulling the
12  microphone towards you so that you're comfortable.
13  The microphone will move.
14    THE COURT:  I think if she gets any closer,
15  she will be swallowing the mike.
16    MS. LAMPRECHT:  Okay.  I just wanted to
17  make -- she looked like she was leaning forward; I
18  wanted to make sure.  Thank you.
19    THE WITNESS:  Yeah, I think --
20    THE COURT:  In fact, you might back off a
21  little bit, because if you get too close, we hear
22  every breath you take.
23  BY MS. LAMPRECHT:
24    Q.  I notice that you took your jacket off
25  before you came in the courtroom.  Do you want it

962

```
1  back?
2        A.  No.
3        Q.  If you get cold, would you let us know.
4        A.  Yeah.
5        Q.  Thank you.
6             How old are you?
7        A.  Twenty-five.
8        Q.  Where were you born?
9        A.  Wrangell, Alaska.
10       Q.  Would you explain where Wrangell,
11  Alaska, is.
12       A.  It's in the southeast part of Alaska.
13  It's an island by the Washington and Canada
14  border.
15       Q.  Did you go to school there?
16       A.  Yes.
17       Q.  How far did you go in school?
18       A.  I went to eleventh grade there, and
19  then I did correspondence high school classes and
20  got my diploma.
21       Q.  How far did you -- did you go to school
22  after high school?
23       A.  I did some correspondence college
24  classes for a year-and-a-half.
25       Q.  What did you -- that was online?
```

963

```
1        A.  Yeah.
2        Q.  What courses did you take online?
3        A.  Some general education classes so, like
4  a math and English and humanities, psychology
5  class.
6        Q.  And did you also work while you were
7  doing this?
8        A.  Yes.
9        Q.  How old were you when you first started
10  working?
11       A.  Fourteen.
12       Q.  What kinds of jobs have you held?
13       A.  I was a lifeguard for three years, and
14  then I worked at grocery stores, hotels and gas
15  stations.
16       Q.  And do you now have children?
17       A.  Yes.
18       Q.  How old are they?
19       A.  Six and almost five.
20       Q.  So, two?
21       A.  Yeah.
22       Q.  Okay.  When was it that you left
23  Alaska?
24       A.  In February of 2010.
25       Q.  And where did you go at that time?
```

964

```
1        A.  No.  It was February 2011.  Sorry.
2        Q.  Okay.  February 2011?
3        A.  Yeah.
4        Q.  Where did you go then?
5        A.  I moved to Wyoming for five weeks, and
6  then in March I moved to Weiser.
7        Q.  And did you bring your children with
8  you?
9        A.  Yes.
10       Q.  Did you work when you were in Weiser?
11       A.  I did.  I worked at a Maverik gas
12  station.
13       Q.  And when you got to Weiser, where did
14  you live?
15       A.  I stayed with a friend for a few weeks,
16  and then I got my own apartment.
17       Q.  And where -- what was the address of
18  that apartment?
19       A.  534 State Street, Apartment A.
20       Q.  I would like to show you what's been
21  marked and admitted as Government's Exhibit 41A.
22       A.  Yeah.  That's that apartment.
23       Q.  That's that apartment.
24             And would you -- could you put your
25  finger on the screen and circle the windows that
```

965

```
1  were yours?
2        A.  This one was the kitchen window.
3             THE COURT:  Just touch you -- use your
4  finger like a pen and press against the screen.
5             THE WITNESS:  And that one is a bathroom
6  window, and that one is the bedroom window.
7        BY MS. LAMPRECHT:
8        Q.  Okay.  And what are those white things
9  in between?
10       A.  They are doors.
11       Q.  And what do they go to in the house?
12       A.  This one goes to the pantry in the
13  kitchen and this one goes to the closet in the
14  bedroom.
15       Q.  And is it fair to say that you didn't
16  open those doors?
17       A.  Yeah.
18       Q.  Okay.  How big was that apartment?
19       A.  It was -- it was huge.  It was from
20  this back side of the building almost all the way
21  to the front.
22       Q.  And when you first moved in, did you
23  have anyone living with you in that apartment
24  besides your children?
25       A.  No.
```

966

1     Q. Did a person later become your roommate
2 for a while?
3     A. Yeah. In July, Amber moved in with me.
4     Q. Do you know Amber's last name?
5     A. Hites.
6     Q. I would like to show you what's been
7 marked as Government's Exhibit 38.
8     A. Yes. That's Amber.
9     Q. Moving on to November of 2011, did
10 Amber Hites introduce you to anyone?
11     A. Yeah. That's when she started dating
12 Ben.
13     Q. Do you know Ben's last name?
14     A. Vertner.
15     Q. I would like to show you what's been
16 marked as Government's Exhibit 37.
17     A. Yeah. That's Ben.
18     Q. Now, in November of 2011 when you met
19 Ben, did Amber have any kind of a legitimate job?
20     A. She worked at Taco del Mar for a little
21 while, but for like six weeks.
22     Q. And after that?
23     A. No.
24     Q. The rest of the time you knew her, did
25 she ever have a job?

967

1     A. No.
2     Q. Okay. How about -- to your knowledge,
3 did Ben Vertner ever have a job?
4     A. Not to my knowledge. I heard that he
5 was working on campus when he was going to school,
6 but I don't know that for sure.
7     Q. Now, once Amber Hites started seeing
8 Ben Vertner, did she continue to live with you?
9     A. Off and on. She was --
10     Q. Okay. Well, let's say just for that
11 first part, December and maybe part of January,
12 was she still in your apartment?
13     A. Yes.
14     Q. And did Ben Vertner come and stay there
15 for a while as well?
16     A. Yes.
17     Q. After Amber started seeing Ben, did
18 you -- did she bring anything different to your
19 apartment?
20     A. She brought home some meth.
21     Q. Methamphetamine?
22     A. Yeah.
23     Q. And did you have anything to do with
24 this meth at that time?
25     A. No.

968

1     Q. Was there a time that you did start to
2 have something to do with this meth?
3     A. Yeah. I started using it in December.
4     Q. And who gave it to you to use?
5     A. Amber.
6     Q. How often did you use in December?
7     A. Like a couple of days every other week.
8     Q. And when you were using, where were you
9 getting your methamphetamine?
10     A. From Amber.
11     Q. Did you talk to Amber and Ben about
12 what they were doing in November and December and
13 January of 2011?
14     A. Amber talked to me a little bit about
15 it.
16     Q. And what did she tell you?
17     A. That they were selling drugs.
18     Q. Did she say what drugs they were
19 selling?
20     A. Meth.
21     Q. Did you have to pay for the
22 methamphetamine that you got from Amber?
23     A. No.
24     Q. Did you meet any of the people that Ben
25 Vertner sold methamphetamine to in December or

969

1 January?
2     A. Yes. I met K.C. Hensley in December.
3     Q. I would like to show you what's been
4 marked as Government's Exhibit 39. Do you
5 recognize --
6     A. Yeah.
7     Q. Do you recognize the person there?
8     A. Yeah. It's K.C.
9     Q. Now after -- did there come a time when
10 Ben and Amber moved out, in January or so?
11     A. Yes.
12     Q. Did you continue to see them after they
13 moved out of your apartment?
14     A. Yeah. I would usually see Amber about
15 once a week.
16     Q. And did you meet any of the people that
17 they were selling meth to?
18     A. In January and February?
19     Q. Mm-hmm. Besides K.C. Hensley, I guess.
20     A. No.
21     Q. Now, did there come a time when Amber
22 and Ben moved back into your apartment?
23     A. Yeah. They did, the beginning of
24 February for two weeks, and then they were gone
25 again until March.

970

1  Q. And when in March did they come back?
2  A. Towards the end of March.
3  Q. And when they came back in March, did
4  they bring anything with them to keep in your
5  apartment?
6  A. Yes.
7  Q. What?
8  A. Meth.
9  Q. And did they have anything besides
10  methamphetamine?
11  A. They had some weed sometimes.
12  Q. Did they have anything that they used
13  in their methamphetamine business besides the
14  drug?
15  A. Oh, yeah. They had scales and bags and
16  pipes and bongs and stuff.
17  Q. What are pipes and bongs for?
18  A. To smoke meth.
19  Q. Did they have any packaging material?
20  A. Uh-huh. Some baggies.
21  Q. Do you know what those baggies looked
22  like?
23  A. They were like little jewelry-sized
24  bags.
25  Q. Could you just hold up your fingers and

971

1  show the jury how big those bags were?
2  A. They were like this big (indicating.)
3  Q. And what did they put in those bags?
4  A. Meth.
5  Q. Did you see money at your apartment?
6  A. Yes.
7  Q. Can you estimate how much?
8  A. I think it was usually between 5- and
9  6,000.
10  Q. Where did they keep this?
11  A. They -- Ben would keep it in his pocket
12  or they would leave it on the dresser or leave it
13  in his car.
14  Q. Now, what -- what did you do with your
15  children at this time?
16  A. The end of March, they went back up to
17  Alaska.
18  Q. And who made that decision?
19  A. I did.
20  Q. Why?
21  A. Because the living situation I had at
22  home was not very good and I was going to try to
23  go away.
24  Q. At the -- in early April of 2012, did
25  Ben Vertner ask you to help him get money to

972

1  anyone?
2  A. Yes.
3  Q. What did he ask you to do?
4  A. He asked me to Western Union some money
5  for him.
6  Q. And who were you supposed to send it
7  to?
8  A. He gave me a piece of paper with a name
9  on it that said Jesus Guadalupe Sanchez.
10  Q. And do you know where you sent that
11  money?
12  A. To Mexico.
13  Q. How much money did he ask you to send?
14  A. $1,000.
15  Q. Now, did you ever meet a person by the
16  name of Jesus Guadalupe Sanchez?
17  A. I did, but at the time I didn't know
18  that's who it was.
19  Q. Okay. And did you wire the money for
20  Ben like he asked you to?
21  A. Yes.
22  Q. I would like to show you what's been
23  marked as Government's Exhibit 36A. Can you
24  identify that?
25  A. That's the Western Union I sent.

973

1  MS. LAMPRECHT: I would like to move
2  Government's Exhibit 36A in and show it to the
3  jury.
4  THE COURT: Any objection?
5  MS. BERGLUND: No objection.
6  MR. BORTON: No, Your Honor.
7  MR. HEINEMAN: No objection.
8  THE COURT: I'm sorry, Mr. Heineman?
9  MR. HEINEMAN: No objection, Your Honor.
10  THE COURT: All right. Exhibit 36A will be
11  admitted and published to the jury.
12  (Exhibit No. 36A admitted.)
13  BY MS. LAMPRECHT:
14  Q. Now, would you point on that document
15  to show where the amount of money is that you
16  sent?
17  A. It's right there (indicating.)
18  Q. And where did you get the money to
19  send?
20  A. Ben gave it to me.
21  Q. And would you point and show where the
22  name of the person is that you sent the money to?
23  A. Right there (indicating.)
24  THE COURT: Use your finger like a pen and
25  circle it. Well, just a moment. She is going to

974

1  enlarge it.
2       THE WITNESS: There we go. That's better.
3       THE COURT: Just press right against the
4  screen.
5  BY MS. LAMPRECHT:
6       Q. All right. And your name would be
7  right above that?
8       A. Yeah.
9       Q. Did Ben tell you why he wanted you to
10  send this money to this person?
11       A. He said it was money for their driving
12  costs to come back to Weiser.
13       Q. Did he tell you who was coming back to
14  Weiser?
15       A. Yes. He told me that Che was coming
16  back.
17       Q. And did you know a person named Che?
18       A. Yes.
19       Q. How did you know a person named Che?
20       A. I met him through Ben.
21       Q. Do you remember approximately when the
22  first time you met him was?
23       A. The beginning of April.
24       Q. Around the time that you sent the wire
25  transfer?

975

1       A. Yeah. It was just like a few days
2  after.
3       Q. And where was it that you met him?
4       A. He was at my apartment once, and then I
5  went over to a trailer with Ben.
6       Q. Okay. Before we get to that, why did
7  the person named Che come to your apartment?
8       A. Because he was bringing meth to Ben.
9       Q. Did you see how much he brought?
10       A. No. Not at the time.
11       Q. How did you know he was bringing meth
12  again?
13       A. Because Ben told me.
14       Q. Did anyone come with him?
15       A. There was two other guys with him,
16  Fabian and Victor.
17       Q. Okay. First I would like to ask you to
18  look around the courtroom, and would you tell us
19  if you see the person that you know as Che in the
20  courtroom?
21       A. Yes.
22       Q. And would you describe where he is
23  sitting and what he is wearing?
24       A. He is sitting closest to the -- this
25  way. He is wearing a plaid shirt.

976

1       Q. Okay. Can you describe anything else
2  about --
3       A. Or stripes.
4       Q. -- him? How far from the end is he?
5       A. The third person in.
6       MS. LAMPRECHT: May the record reflect that
7  the witness has identified Jesus Guadalupe
8  Sanchez, Your Honor, also known as Che?
9       MR. HEINEMAN: I have to object. She really
10  hasn't identified him clearly yet.
11       THE COURT: Well, I -- would you -- from
12  where Ms. Lamprecht is, would you count down how
13  many individuals down?
14       THE WITNESS: The fifth one.
15       THE COURT: And you have referred to it as a
16  plaid shirt?
17       THE WITNESS: It's stripes. Sorry.
18       THE COURT: Okay. The record will so
19  reflect.
20       MS. LAMPRECHT: Thank you.
21  BY MS. LAMPRECHT:
22       Q. You said there was a person named
23  Fabian with him. I would like to show you what's
24  been marked as Government's Exhibit 5.
25       A. Yes. That's Fabian.

977

1       Q. That's Fabian. Okay.
2       And I would like to show you what's
3  been marked as Government's Exhibit 6. Do you
4  recognize that person?
5       A. That's Victor.
6       Q. All right. You said that you saw Che
7  again. How much later?
8       How much longer after he came to your
9  apartment did you see him again?
10       A. Like a week, I think it was.
11       Q. And how -- and where did you see him
12  that time?
13       A. At the trailer that he lived at.
14       Q. Why did you go to the trailer?
15       A. To get meth.
16       Q. Who did you go with?
17       A. Ben.
18       Q. And did Ben tell you what he wanted to
19  do at the trailer?
20       A. Yeah.
21       Q. What was that?
22       A. To get meth.
23       Q. Okay. And I would like to show you
24  what's been marked as Government's Exhibit 2. Do
25  you recognize what's in that photograph?

978

1     **A.**  Yeah.  That's the trailer we went to.

2     **Q.**  That's where you picked up

3  methamphetamine?

4     **A.**  Yes.

5     **Q.**  What happened when you went to that

6  trailer with Ben the first time?

7     **A.**  The first time, he had me stay out in

8  the car and change the taillight on my car.

9     **Q.**  You changed the taillight on the car?

10    **A.**  Yeah.

11        And when he came out, he handed me the

12  meth.  It was wrapped in electrical tape.

13    **Q.**  And what did you do with it?

14    **A.**  I put it in my pocket.

15    **Q.**  How big was the package that he gave

16  you?

17    **A.**  It was like this --

18    **Q.**  Would you hold your hands up a little

19  higher and show the jury, please?

20    **A.**  It was about that big (indicating.)

21    THE COURT:  Could you show me again?

22    THE WITNESS:  About that big (indicating.)

23    THE COURT:  Roughly two inches by two

24  inches.

25    THE WITNESS:  It was like this long and like

979

1  that big around (indicating.)

2    THE COURT:  Maybe six inches long, and maybe

3  two inches by two inches?

4    THE WITNESS:  Yeah.

5    THE COURT:  All right.  I think we need to

6  have something more than what she is visually

7  showing the jury for the record.

8    MS. LAMPRECHT:  Okay.

9  BY MS. LAMPRECHT:

10    **Q.**  You held up your hands like that

11  (indicating).  Would it be about the size of two

12  tennis balls put together?

13    **A.**  Yeah.

14    **Q.**  Where did you take the methamphetamine?

15    **A.**  To my apartment.

16    **Q.**  Was anyone there when you got back?

17    **A.**  Yeah.  K.C. was there and Patric was

18  there and Amber was there.

19    **Q.**  And what happened when you and Ben got

20  back to your apartment?

21    **A.**  He took it in the bedroom.

22    **Q.**  Took what in the bedroom?

23    **A.**  The meth.

24    **Q.**  Then what happened?

25    **A.**  And then K.C. went in there with him,

980

1  and then K.C. left.

2    **Q.**  Do you know if K.C. took anything with

3  him?

4    **A.**  Yeah.

5    **Q.**  What did he take?

6    **A.**  Meth.

7    **Q.**  Did you go with Ben to Trailer

8  No. 2 [sic] to pick up methamphetamine again?

9    **A.**  Yes.

10    **Q.**  Approximately when was that?

11    **A.**  Towards the end of April.

12    **Q.**  And what did Ben tell you before you

13  went with him?

14    **A.**  That we were going to get meth.

15    **Q.**  So where did you go?

16    **A.**  We went to the trailer.  And at that

17  time he had me come in with him.  And I sat on the

18  couch in the living room, and him and Fabian went

19  in the back room, and then they were in the

20  kitchen counting money.

21    **Q.**  Was anyone else there?

22    **A.**  Victor.

23    **Q.**  What did he do while you were there?

24    **A.**  He sat on the couch and talked to me.

25    **Q.**  Okay.  What happened

981

1  when -- after -- after Ben went in the bedroom and

2  talked to Fabian, then what happened?

3    **A.**  Then they went out to the kitchen and

4  they were counting money, and then we all left

5  together.

6    **Q.**  Did you see them counting the money?

7    **A.**  Yeah.

8    **Q.**  How much money did Ben get?

9    **A.**  I'm not sure.  It was a lot.

10    **Q.**  How did he have it packaged or --

11    **A.**  He had it in a wad with a rubber band

12  around it and stuck it in a beanie, and the --

13    **Q.**  Did you see it the wad of money that he

14  had?

15    **A.**  Yeah.

16    **Q.**  Could you estimate by holding up your

17  fingers how big that --

18    **A.**  It was about that thick (indicating).

19    **Q.**  And it was all money?

20    **A.**  Yeah.

21    THE COURT:  You're pointing about two to

22  three inches --

23    THE WITNESS:  Yeah.

24    THE COURT:  -- thick?  All right.

25  BY MS. LAMPRECHT:

982

1  Q. Okay. And did Ben give you anything
2  when he came out of the bedroom with Fabian?
3  A. He stuck the meth into the beanie where
4  the money was and handed it to me when we went out
5  to the car.
6  Q. Did you see how big this package of
7  methamphetamine was?
8  A. It was about the same --
9  Q. Same as the other one?
10  A. -- as the first time, yeah.
11  Q. The two tennis ball size?
12  A. Yeah.
13  Q. Okay. And what did you do with that
14  methamphetamine?
15  A. We went to Ontario, and then Ben had me
16  give it to him.
17  Q. When you carried methamphetamine for
18  Ben, where would you put it?
19  A. I would usually have it in my pocket.
20  Q. Now, you mentioned Patric Campbell was
21  at your house one time when you and Ben came back.
22  How did you first meet Patric Campbell?
23  A. He would come over to the house to see
24  Ben, and then he ended up moving his stuff into
25  the apartment.

983

1  Q. Okay. And did you all ever use meth
2  together?
3  A. Yes.
4  Q. That would be you and Patric; and
5  anyone else?
6  A. Ben and Amber.
7  Q. I would like to show you what's been
8  marked as Government's Exhibit 40. Do you
9  recognize the person in that photograph?
10  A. Yeah. That's Patric.
11  Q. Now, during April and May of 2012, did
12  Ben Vertner ever ask you to deliver
13  methamphetamine for him?
14  A. Yes.
15  Q. Did you do that?
16  A. Yes.
17  Q. How many times?
18  A. I would say at least half a dozen
19  times -- maybe three or four, actually.
20  Q. Who are the people that he asked you to
21  deliver to these times?
22  A. He had me deliver meth to Michael
23  Morris.
24  Q. Anybody else?
25  A. No, I don't think so.

984

1  Q. Okay. So is it fair to say that you
2  delivered methamphetamine to Michael Morris for
3  Ben half a dozen times?
4  A. Yes.
5  Q. How many --
6  MR. BORTON: Objection, Your Honor. I think
7  that misstates her testimony.
8  THE COURT: The witness testified originally
9  half a dozen, then she said perhaps three or four.
10  So if you want to clarify your
11  testimony, Ms. Coblentz.
12  THE WITNESS: I would say it was half a
13  dozen times.
14  BY MS. LAMPRECHT:
15  Q. You were at Michael -- and where did
16  you deliver methamphetamine to Michael Morris?
17  A. We went to Ontario.
18  Q. What was in Ontario?
19  A. That's where Michael Morris lived.
20  Q. And what kind of a building in Ontario
21  did you take it to?
22  A. It was a house.
23  Q. I would like to show you what's been
24  marked as Government's Exhibit 50 and 51.
25  A. Yeah. That's the house we went to.

985

1  Q. How many times did you -- well, did you
2  ever go with Ben Vertner to deliver
3  methamphetamine to Michael Morris?
4  A. Yes.
5  Q. How many times? About.
6  A. Four.
7  Q. Could it have been less?
8  A. It could have.
9  Q. Could it have been more?
10  A. Yes.
11  Q. Okay. You just don't remember exactly?
12  A. No.
13  Q. And what is Government's Exhibit 51?
14  A. That's the house where Michael Morris
15  lived.
16  Q. Did you ever go with anyone else
17  to -- besides Ben Vertner to deliver
18  methamphetamine to Michael Morris?
19  A. Patric.
20  Q. How many times did you go with Patric
21  to deliver methamphetamine to Michael Morris?
22  A. Twice.
23  Q. And before I ask you about those times,
24  I would ask you to look around the courtroom and
25  I'm going to ask you if you see the person in the

980

1  courtroom that you knew as Michael Morris that you
2  delivered methamphetamine to.
3      A.  Yes.
4      Q.  And would you describe where he is
5  sitting and what he is wearing, please.
6      A.  He is sitting the third person down
7  from you, in the Navy blue shirt and glasses.
8      MS. LAMPRECHT:  May the record reflect the
9  witness has identified Michael Morris, Your Honor?
10     THE COURT:  The record will reflect that the
11 witness has identified Mr. Morris.
12 BY MS. LAMPRECHT:
13     Q.  Now, when you went with Ben to deliver
14 methamphetamine to Michael Morris the first time,
15 what happened?
16     A.  The first time I sat out on the couch
17 while they were all -- Michael and Amber and Ben
18 were in the bedroom.
19     Q.  And how long did you sit on the couch?
20     A.  I think it was like a couple of hours.
21 It seemed like forever.
22     Q.  Okay.  And do you know what they were
23 doing inside the bedroom?
24     Did you talk to them about it later?
25     A.  Yeah.  They were delivering meth to

987

1  Michael and they were smoking together.
2      Q.  When you went the first time, who
3  carried the methamphetamine on the way over to
4  Morris's house?
5      A.  Amber.
6      Q.  The second time you went, what
7  happened?
8      A.  The second time -- with Ben?
9      Q.  Mm-hmm.
10     A.  We all went in the bedroom together,
11 and --
12     Q.  Who all was with you that time?
13     A.  Amber, Ben and Patric.
14     Q.  And go ahead.  Then what happened when
15 you went --
16     A.  Then we went in the room and we smoked
17 meth together.
18     Q.  Was anyone with you and Amber and Ben
19 and Patric?
20     A.  Michael Morris was there.
21     Q.  After you smoked the methamphetamine,
22 what happened?
23     A.  Then we left.
24     Q.  Did you take anything with you?
25     A.  I -- I don't know.

988

1      Q.  Okay.  You don't know if there was any
2  money involved?
3      A.  I know that Ben still had some,
4  so -- and I know that he was delivering some to
5  Michael Morris; but --
6      Q.  Okay.  I'm sorry.  He was delivering
7  what to Michael Morris?
8      A.  Meth.
9      Q.  Methamphetamine?
10     A.  Mm-hmm.
11     Q.  And he still had some left over after
12 he did that?
13     A.  Yeah.
14     Q.  Now, I believe you said you went with
15 Patric Campbell two times to deliver
16 methamphetamine to Michael Morris.
17     A.  Yeah.
18     Q.  Where did you get the methamphetamine
19 that you and Patric Campbell took to Morris's
20 house?
21     A.  From Ben.
22     Q.  And where did you go to deliver it to
23 Michael Morris?
24     A.  Where did I what?
25     Q.  Where did you go to deliver it to

989

1  Michael Morris?
2      A.  Oh.  We went to Ontario.
3      Q.  To the same house where Michael Morris
4  lived?
5      A.  Yeah, the same house.
6      Q.  And who actually carried the meth over
7  to Michael Morris's house?
8      A.  The first time, Patric stuck it in one
9  of the vents in the dashboard of the truck.
10     Q.  Did you see how it was packaged?
11     A.  It was in one of those bags.
12     Q.  One of what bags?
13     A.  The jewelry-sized bags.
14     Q.  That's the -- that's the jewelry-sized
15 bag you showed the jury before?
16     A.  Yes.
17     Q.  And those bags were clear plastic?
18     A.  Yes.
19     Q.  What did the meth look like inside?
20     A.  Just white crystals.
21     Q.  How full was the bag?
22     A.  About three- -- between a half and
23 three-quarters of the way full.
24     Q.  And did you get money when you went to
25 Michael Morris's house with Patric Campbell that

990

1   time?
2       A. I'm not sure. Patric went in the
3   bedroom with him and I was out on the couch.
4       Q. Do you know why they had you wait out
5   on the couch?
6       A. No.
7       Q. How long after the first time you
8   delivered methamphetamine with Patric Campbell to
9   Morris did you go again to Morris's house?
10      A. It was like four days.
11      Q. And how much meth did you take with
12  you?
13      A. The same as the first time.
14      Q. Who carried it over?
15      A. I did. I had it in my pocket.
16      Q. And what happened when you got to
17  Morris's house?
18      A. I gave it to Patric.
19      Q. What happened when you and Patric went
20  into the house?
21      A. He went in the bedroom with Michael
22  Morris.
23      Q. And you stayed -- and you were where?
24      A. In the living room.
25      Q. Was anybody else there when you came

991

1   the second time?
2       A. I think that Jenny and Jessica were
3   there.
4       Q. Who is Jenny?
5       A. That was Michael Morris's girlfriend.
6       Q. And who is Jessica?
7       A. Jessica Derr. She is a friend of
8   Jenny's.
9       Q. And where did Jenny go when Patric and
10  Michael were in the bedroom?
11      A. She was in the bedroom with them.
12      Q. Was this the first time you had met
13  Jenny?
14      A. I think I met her once before that.
15      Q. Did you ever use meth with Jenny?
16      A. Yes.
17      Q. About how many times?
18      A. At least half a dozen times.
19      Q. And when you used meth with Jenny, how
20  much meth would you take at a time?
21      A. We would smoke it, and it was
22  probably -- I don't -- I don't know.
23      Q. You don't know?
24      A. No. Because she just put a chunk in
25  the pipe and we would smoke it.

992

1       Q. You say she did. Who is --
2       A. Jenny did.
3       Q. Okay.
4       A. And then I did a couple times.
5       Q. Who did the meth belong to that you and
6   Jenny used together?
7       A. Me and her or Michael's.
8       Q. Okay. So -- and where did you get meth
9   for yourself?
10      A. Ben.
11      Q. Did you help Ben with methamphetamine
12  in any other ways?
13      A. Yeah. He had me cut it with MSM.
14      Q. And what did you do with the -- what is
15  MSM?
16      A. It is a horse vitamin.
17      Q. A horse vitamin?
18      A. Yeah.
19      Q. Did you ever buy it for Ben?
20      A. Yes.
21      Q. Where did you get it?
22      A. D&B.
23      Q. And what do you do when you get the
24  meth- --
25      THE COURT: Just a moment.

993

1       What's D&B?
2       THE WITNESS: It's a supply store for like
3   farm animals.
4       THE COURT: All right.
5   BY MS. LAMPRECHT:
6       Q. What did you do to prepare the MSM to
7   use to cut the meth?
8       A. I put it in a pan on the stove on low
9   heat until it liquidized, and then turn it off and
10  move the pan off the stove until it cooled off.
11      Q. And who taught you to do this?
12      A. Ben.
13      Q. Now, in the beginning of May, did you
14  ever meet Michael Morris about anything to do with
15  tires on your car?
16      A. Yeah.
17      Q. Could you explain -- what happened
18  before -- what happened with your tires, before
19  you met Michael Morris?
20      A. Ben called me and told me to drive to
21  Ontario, because him and Michael had talked about
22  switching the tires off of my car onto his
23  truck -- on Michael's truck. And they were going
24  to switch them over, because the tires that were
25  on my car were Ben's.

994

1   Q.  Okay.  So he -- Ben was going to switch
2   the tires on your car that were his?
3   A.  Yes.
4   Q.  And what kind of car did you drive?
5   A.  A Chevy Tahoe.
6   Q.  And he was going to switch it to
7   Michael Morris's vehicle?
8   A.  Yeah.
9   Q.  And what kind of vehicle did Michael
10  Morris drive?
11  A.  A Chevy truck.
12  Q.  So did you go to Michael Morris's to do
13  this?
14  A.  No.  We went to -- we met at Les Schwab
15  in Ontario.
16  Q.  And what happened there?
17  A.  And then they took the trucks in to
18  switch the tires, and Michael and I walked over to
19  Taco Bell and hung out until they got done
20  switching the tires.
21  Q.  And did -- did Mike owe Ben any money
22  as a result of this?
23  A.  Not that I'm aware of.
24  Q.  And the tires you got from Michael
25  Morris, were they better or worse than the ones

995

1   that Michael Morris got from you?
2   A.  They were worse.
3   Q.  Do you remember the night in May that
4   Ben Vertner was arrested?
5   A.  Yeah.
6   Q.  And after Ben was arrested, did you
7   talk to Michael Morris about Ben at some point?
8   A.  Yes.
9   Q.  About how long after Ben was arrested
10  did you talk to Michael Morris?
11  A.  It was about a week-and-a-half after.
12  Q.  And this is in May?
13  A.  Yeah.
14  Q.  Where did you see Morris?
15  A.  At his house.
16  Q.  And what -- what did Morris tell you?
17  A.  He told me that he -- that Ben was a
18  snitch.
19  Q.  And did he tell you why he thought
20  that?
21  A.  Because he had to go in and talk to the
22  cops and --
23  Q.  Where did he say he had talked to cops?
24  A.  At the Ontario Police Department.
25  Q.  Okay.  And what else did he say?

996

1   A.  And that they knew how much money he
2   owed Ben and --
3   Q.  And because they knew that, what did he
4   think?
5   A.  Oh, he said that Ben was a snitch.
6   Q.  Did he say how much money?
7   A.  It was over 1,000, I believe, like
8   1,200, 1,800, something like that.
9   Q.  What did you get out of helping Ben
10  Vertner with his methamphetamine business?
11  A.  He paid the electricity bill a couple
12  times, and he gave me drugs, meth.
13  Q.  Now, since -- you were arrested in this
14  case; is that correct?
15  A.  Yes.
16  Q.  Have you used -- when is the last time
17  you used methamphetamine?
18  A.  June 13th, 2012.
19  Q.  And what happened on that day?
20  A.  That's the day I got arrested.
21  Q.  Have you pled guilty in this case to
22  being part of a conspiracy to possess
23  methamphetamine with intent to distribute it?
24  A.  Yes, I have.
25  Q.  I would like to show you what's been

997

1   marked as Government's Exhibit 71.  Do you
2   recognize that document?
3   A.  Yeah.  That's the plea agreement I
4   signed.
5   MS. LAMPRECHT:  I would like to move that
6   document into evidence, Your Honor, Government's
7   Exhibit 71.
8   THE COURT:  Any objection?
9   MS. BERGLUND:  No objection.
10  MR. BORTON:  None, Your Honor.
11  MR. HEINEMAN:  No objection, Your Honor.
12  THE COURT:  71 will be admitted and I will
13  publish it to the jury.
14  (Exhibit No. 71 admitted.)
15  BY MS. LAMPRECHT:
16  Q.  And I would like to have you look at
17  page 15, which is -- do you recognize anything on
18  that page?
19  A.  Yeah.  That's my signature.
20  Q.  And would you take your finger and
21  touch the screen and draw a circle around your
22  signature.
23  A.  (Witness complied.)
24  Q.  As part of your plea agreement, did you
25  agree to cooperate with the government?

998

A. Yes.

Q. And is your testimony here today part of that cooperation?

A. Yes.

Q. Do you hope to get a benefit as a result of cooperating with the government?

A. I hope to.

Q. Okay. And that would be called substantial assistance?

A. Yeah.

Q. What do you understand that you need to do in order to get this benefit?

A. To be truthful and complete.

Q. And who do you -- do you know what your sentence will be at this point?

A. No, I don't.

Q. Who is it that will decide your sentence in this case?

A. The judge.

MS. LAMPRECHT: I have no further questions at this time, Your Honor.

THE COURT: All right. Cross-examination.

MS. BERGLUND: No cross, Your Honor.

MR. BORTON: Yes, Your Honor.

THE COURT: Mr. Borton.

999

MS. LAMPRECHT: Your Honor, if I may -- when we were talking about the money transfer, I wanted to just move a couple more documents in with respect to that.

THE COURT: All right.

MS. LAMPRECHT: It's all part of the same transaction.

THE COURT: Sorry, Mr. Borton.

BY MS. LAMPRECHT:

Q. So going back to -- I'm sorry, Ms. Coblentz -- going back to Government's Exhibit 36, that's in. I would like to know if you got a receipt when you sent that wire transfer for Ben Vertner?

A. Yes, I did.

Q. And we're going to show you now what's been marked as Government's Exhibit 35B -- 36B. I'm sorry. What is that?

A. That's one of the receipts.

Q. Okay. Did you get another receipt?

A. I got a different one. This isn't the receipt that I got.

Q. And what did you do with these documents after you got them?

A. I gave them to Ben.

1000

Q. Okay.

MS. LAMPRECHT: I would like to move Government's Exhibit 36B into evidence.

THE COURT: Any objection?

MS. BERGLUND: No objection.

MR. BORTON: None, Your Honor.

MR. HEINEMAN: Did she say this was the receipt she got, or wasn't?

THE WITNESS: It's not the receipt that I had.

MR. HEINEMAN: Then I object to its entry.

BY MS. LAMPRECHT:

Q. You did not get that receipt?

A. That one is the copy that the agents kept at the -- at Ridley's. That's not the receipt that I got. The receipt I got was bigger than that.

MS. LAMPRECHT: So we will withdraw that then, Your Honor.

THE COURT: All right.

MS. LAMPRECHT: Thank you.

THE COURT: Now, Mr. Borton.

MR. BORTON: Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. BORTON:

1001

Q. Ms. Coblentz, the Les Schwab tire transaction you just described --

A. Yes.

Q. -- Ben Vertner also got a complete set of rims as well as part of that exchange. Were you aware of that?

A. No.

Q. Are your children back living with you now?

A. They're in Alaska. Yes. Yeah. I live with them there. I'm just down here for this.

Q. Oh, you live in Alaska now?

A. Mm-hmm.

Q. And have you been out of custody immediately following your arrest?

A. I was in Ada County for nine days.

Q. During your time after your arrest, you were interviewed a couple of times by law enforcement. Do you recall that?

A. Yes.

Q. One time was about June 11th, a second time was around October 11th?

A. June 11th. That was only two days before I got arrested.

Q. Or June 14th, excuse me.

1002

1     **A.** Yes.
2     **Q.** Okay. Does that sound about right?
3     **A.** No. It was the 13th. They talked to
4 me a little bit the day they arrested me. I
5 didn't talk to them on the 14th.
6     **Q.** Okay. We'll say June 13th and October
7 11th. You recall those two interviews?
8     **A.** Yes.
9     **Q.** Okay. And during those times, is it
10 fair to say that law enforcement asked you to
11 share with them everything you knew about people
12 you were involved with?
13     Is that correct?
14     **A.** Yeah.
15     **Q.** And did you withhold any information?
16     **A.** Not that I'm aware of.
17     **Q.** You told them everything you knew?
18     **A.** Yeah.
19     **Q.** Is it your hope, with the substantial
20 assistance, that you're going to greatly reduce,
21 in some form, the amount of time in custody you're
22 going to have?
23     **A.** I hope so.
24     **Q.** I presume it's your intent to be back
25 with your kids?

1003

1     **A.** Yeah.
2     **Q.** During your time as a meth user, have
3 you on occasion been dishonest?
4     **A.** When I was using?
5     **Q.** Yep.
6     **A.** Yes.
7     **Q.** Did you on occasion lie to further your
8 own interests?
9     **A.** Yes. When I was using.
10     **Q.** You have been around Ben Vertner quite
11 a bit --
12     **A.** Yeah.
13     **Q.** -- would that be fair to say?
14     **A.** Yeah.
15     **Q.** Would you consider him to be a somewhat
16 intimidating individual?
17     **A.** I'm not sure if intimidating. He is a
18 really good manipulator, I would say, but I didn't
19 find him intimidating.
20     **Q.** Have you seen him act threatening or
21 violently?
22     **A.** Him and Amber used to argue a lot.
23 Usually it was her that was the one that was more
24 violent than him.
25     **Q.** Okay. You say Ben Vertner, in your

1004

1 opinion, can be manipulating.
2     **A.** Yeah.
3     **Q.** Can he get others to do things for him?
4     Is that an example of his manipulation
5 skills?
6     **A.** Yes.
7     **Q.** All right. Were you -- were you ever
8 aware of how he would sometimes have females
9 assist him in transporting methamphetamine?
10     **A.** Yes.
11     **Q.** Did he ever utilize or try and have you
12 do that as well?
13     **A.** He has asked me to, and I never did.
14     **Q.** Are you aware that he has been able to
15 persuade other women to transport his meth in that
16 fashion?
17     **A.** Yes.
18     **Q.** Is that an example of, perhaps, some of
19 his manipulating skills?
20     **A.** Yes.
21     **Q.** And, again, when you were interviewed
22 by law enforcement, you shared everything you
23 could?
24     **A.** Yeah.
25     **Q.** Everything you knew?

1005

1     **A.** Yes.
2     **Q.** The plea agreement that you signed,
3 Exhibit 71, that we saw just a moment ago --
4     **A.** Yeah.
5     **Q.** -- it appeared as though you signed
6 that on September 24th.
7     **A.** Yes.
8     **Q.** Okay. Does that sound --
9     **A.** Yeah.
10     **Q.** Okay. If you need to look at it, you
11 can look at it.
12     **A.** No, I --
13     **Q.** September 24 sounds right?
14     **A.** Yeah.
15     **Q.** Okay. So you signed that plea
16 agreement. And that's the first time, at least in
17 written form, you saw the government's ability
18 within that plea to provide relief on your
19 potential incarceration if you provided
20 substantial assistance?
21     **A.** Yes.
22     **Q.** And you provided an interview then with
23 law enforcement on October 11th --
24     **A.** Yes.
25     **Q.** -- that you talked about a moment ago.

1006

1     A. Yes.

2     Q. And in that interview on October 11th,

3  you talked about Michael Morris in some fashion.

4     A. Yes.

5     Q. Okay. In your interview on June 11th,

6  you never mentioned Michael Morris.

7     A. On June 13th?

8     Q. June 13th, excuse me.

9     A. They --

10    Q. Would you agree?

11    A. I was -- yes. I was already in

12  custody, and they -- it wasn't exactly -- I

13  wouldn't have called it an interview. They asked

14  me questions about a certain situation, and then

15  that's pretty much it.

16    Q. Is that -- there is only one interview

17  in June, and you're saying it was June 13th.

18    A. There was an interview before I got

19  arrested on May 22nd or

20    Q. Okay. I'm making reference to --

21    A. -- I think it was.

22    Q. -- to June 13th.

23    A. But on June 13th, no --

24    Q. Okay.

25    A. -- we didn't talk about Mike Morris.

1007

1     Q. Okay. And that interview began at

2  9:00 a.m. and ended at 1:30 p.m.; would you agree?

3     A. Oh, that's the day they arrested me.

4  So they brought me into Payette County and they

5  asked me some questions and then they drove me to

6  Ada County.

7     Q. So is that not how long it took?

8     A. No. We were only there in Payette

9  County in that room for like a half an hour, 45

10  minutes.

11    Q. And it was during that interview that,

12  while you provided everything that you knew --

13    A. No.

14    Q. -- you just testified --

15    A. No, not that interview. That interview

16  they just asked me about a couple specific events

17  that happened. And then they took me to Ada

18  County. The day that I was arrested, on June

19  13th --

20    Q. Okay.

21    A. -- they only asked me about a couple

22  specific events. They didn't ask me to disclose

23  everything I knew.

24    Q. In that -- one moment, please.

25       In that interview in June -- and it was

1008

1  at 3:40, I apologize, not 9:00 in the morning. I

2  cited the wrong time.

3        In that interview on June 14th, do you

4  recall discussing Mr. Clevenger, Mr. Newell,

5  Mr. Campbell, Ms. Hites? Do you recall talking

6  about those names in June?

7     A. Yes.

8     Q. Okay. Have you been contacted by Ben

9  Vertner after your arrest, or anyone trying to

10  contact you on his behalf?

11    A. No.

12    Q. Nobody?

13    A. Nobody.

14    MR. BORTON: Okay. Thank you.

15       I have no further questions.

16    THE COURT: Mr. Heineman, do you have any

17  questions?

18    MR. HEINEMAN: No. No questions,

19  Your Honor.

20    THE COURT: Okay. I believe, again,

21  Ms. Berglund, you said earlier you had no

22  questions. Correct?

23    MS. BERGLUND: No questions, Your Honor.

24    THE COURT: Ms. Lamprecht, redirect.

25    MS. LAMPRECHT: Thank you, Your Honor.

1009

1              REDIRECT EXAMINATION

2  BY MS. LAMPRECHT:

3     Q. You said when you were interviewed in

4  June, the first time, right after you were

5  arrested -- what was your emotional state at that

6  time?

7     A. I was a mess.

8     Q. What was the incident that they asked

9  you about?

10    A. They asked me about an incident where

11  they believed that Jake and Patric had gone into

12  someone's house and beat them up.

13    Q. Okay. And that was why you talked

14  about Campbell and Vertner and Newell and Hites.

15  Were they all part of this, perhaps?

16    A. And then they were asking me about

17  guns, that they had heard that there had been some

18  guns involved. So that's how Mr. Newell got

19  brought into it. And I hadn't -- I didn't have

20  any idea who had done this, so --

21    Q. You didn't --

22    A. -- I didn't know.

23    Q. -- know anything about it?

24    A. No.

25    Q. Okay. So is it fair to say that

1010

1 Michael Morris's name did not come up when they
2 talked to you about this particular incident?
3     A. The only thing that came up was the guy
4 that they supposedly beat up was someone who had
5 wore a wire on Michael Morris; and that was the
6 only --
7     Q. That was the only reference to Michael
8 Morris then?
9     A. Yeah.
10     Q. Now, but had you been in to the Weiser
11 police station prior to that, in May of 2012,
12 before you were arrested, and talked to a police
13 officer?
14     A. Yes.
15     Q. And at that time, did you talk about
16 Michael Morris?
17     A. Yes.
18     Q. What did you tell him?
19     A. That I knew that Ben was delivering
20 meth to him.
21     Q. And when you were debriefed more fully
22 in October of 2012, did you talk about Michael
23 Morris then?
24     A. Yes.
25     Q. And on October 12, did you say anything

1011

1 differently about Michael Morris than you've said
2 today in your testimony?
3     A. No.
4     Q. And finally, going to the rims on your
5 car, when they changed the tires, do you know if
6 they changed the rims or just the tires? Or do
7 you know?
8     A. I -- I was pretty sure they just took
9 the whole tire off and switched the whole tire
10 around. I'm not really sure -- so the --
11     Q. Would that be the --
12     (Simultaneous discussion.)
13     A. -- rims had to have --
14     Q. -- thing that the tire --
15     A. -- been included.
16     Q. -- was on, as well?
17 THE COURT: Just -- let's --
18 MS. LAMPRECHT: I'm sorry. You're right,
19 Your Honor. I apologize.
20     Say it again.
21 THE WITNESS: The rims that were on the
22 tires already got switched with the tire itself.
23 So it was the whole tire and rim that went from
24 his truck and the whole tire and rim that went
25 from my truck, and they switched it.

1012

1 BY MS. LAMPRECHT:
2     Q. And that was all they did? They just
3 switched one out for the other at Les Schwab?
4     A. Yes.
5 MS. LAMPRECHT: Okay.
6     No further questions, Your Honor.
7 THE COURT: Any recross?
8 MR. HEINEMAN: I have a recross, Your Honor.
9 THE COURT: All right.
10         CROSS-EXAMINATION
11 BY MR. HEINEMAN:
12     Q. Please correct me if I'm wrong,
13 Ms. Coblentz. You first talked with the Weiser
14 Police Department on May 22nd?
15     A. No. Okay. So the first interview that
16 happened was in Ontario, and Patric and I had
17 gotten pulled over by the Ontario police, and
18 there was some members of the High Desert Task
19 Force there that said they wanted us to come into
20 the police station so they could talk to us.
21 That's the first interview I had.
22     Q. And what date was that?
23     A. On May 22nd, I believe.
24     Q. Okay.
25     A. It was like four days after Ben got

1013

1 arrested.
2     Q. Okay. Yes. And it was with the High
3 Desert Task department.
4     Now, did they ask you to tell them
5 everything you knew about --
6     A. Yes. And I did not --
7     Q. And you did not?
8     A. -- at that time. No. That first
9 interview that I had, I did not tell them
10 anything.
11     Q. You did not -- did you not tell them
12 that you had been to "Ben's dude's house twice"?
13     A. No, not at that time, I didn't.
14     There was an interview a few days after
15 that in Washington County, at the Weiser Police
16 Department --
17 MR. HEINEMAN: Strike as nonresponsive,
18 Your Honor.
19 THE COURT: All right.
20     Just listen to counsel's question.
21 Answer the question directly if you can.
22 THE WITNESS: Okay. Sorry.
23 BY MR. HEINEMAN:
24     Q. You did not give them details that you
25 had only met Fabian and Victor, but you had not

1014

1 met Mr. Sanchez yet?
2     A. Not on May 22nd, I did not. I did not
3 disclose anything.
4     Q. Okay.
5     MR. HEINEMAN: No questions -- no further
6 questions, Your Honor.
7     THE COURT: All right.
8         Mr. Borton?
9     MR. BORTON: Briefly.
10     THE COURT: I'm sorry?
11     MR. BORTON: Briefly, Your Honor.
12     THE COURT: Yes.
13         RECROSS-EXAMINATION
14 BY MR. BORTON:
15     Q. Ms. Coblentz, would you acknowledge
16 that at the May interview you gave to law
17 enforcement, you went down there partially because
18 Mike Morris requested and suggested you go talk to
19 them, after he had done so?
20     A. The first time when -- when we got
21 interviewed, no one -- no one other than Ben had
22 been --
23     Q. Right.
24     A. The time that Michael Morris went in,
25 it was after --

1015

1     Q. Right.
2     A. -- that time.
3     Q. Right. And it was -- and Mike Morris,
4 in talking to you, suggested you go down and talk
5 to the police as well; correct?
6     A. I don't -- I don't know. I don't
7 remember.
8     Q. You don't remember that?
9     A. No.
10     Q. All right. When you were withholding
11 information --
12     MS. LAMPRECHT: Objection to the form of the
13 question, Your Honor.
14         Oh, never mind. I think -- never mind.
15 I withdraw.
16     THE COURT: All right. Mr. Borton.
17 BY MR. BORTON:
18     Q. When you were withholding information
19 during your interview with the High Desert Task
20 Force --
21     A. Mm-hmm.
22     Q. -- I presume you knew that
23 wasn't -- your responses weren't exactly what they
24 were looking for.
25     A. No.

1016

1     Q. Is that a fair statement?
2     A. Yes.
3     Q. Okay. Did you withhold information in
4 your discussions with law enforcement at that time
5 to further your own best interests, to try and
6 protect yourself?
7     A. No.
8     Q. Did you know at that time that you were
9 being less than -- less than honest with them,
10 though?
11     A. Yes.
12     Q. It was your intent, I presume, to be
13 less than honest?
14     A. I was really angry.
15     Q. Okay.
16     MR. BORTON: Thank you. I have nothing
17 further, Your Honor.
18     THE COURT: Ms. Lamprecht, anything else?
19     MS. LAMPRECHT: Just a couple questions,
20 Your Honor.
21         FURTHER REDIRECT EXAMINATION
22 BY MS. LAMPRECHT:
23     Q. In your first interview with the
24 Ontario Police Department, when you and Patric got
25 pulled over --

1017

1     A. Mm-hmm.
2     Q. -- did you talk a little bit about what
3 you had done?
4     A. I told them that I was aware that I had
5 done something wrong and that I would receive my
6 consequence.
7     Q. Did you talk about anyone else?
8     A. I talked about Amber.
9     Q. Was there anyone, I guess I should ask
10 you, who you were trying to protect?
11     A. I was kind of trying to protect
12 everyone; Ben, Patric, mainly.
13     Q. So you talked about you but no one
14 else?
15     A. Yes.
16     Q. And the second time a few days later,
17 is it fair to say that you voluntarily went to the
18 police station to talk to officers and asked to
19 talk to them?
20     A. I did.
21     Q. And again, who did you talk about
22 mostly?
23     A. Ben and Amber.
24     Q. Okay. And did you ever tell them at
25 that time about anyone else involved in this?

1018

1     **A.** We talked briefly about K.C., and we
2 talked about Mike Morris and about Che.
3     **Q.** Okay. Tell me, first of all, what you
4 talked about -- what you told them about Michael
5 Morris in that second time in May when you went in
6 voluntarily.
7     MR. BORTON: Your Honor, objection. Asked
8 and answered. We have gone through this.
9     MS. LAMPRECHT: Actually, we haven't,
10 Your Honor.
11     THE COURT: Overruled.
12 BY MS. LAMPRECHT:
13     **Q.** What did you tell them about Michael
14 Morris in May?
15     **A.** That Ben had been delivering drugs,
16 meth, to him.
17     **Q.** And what did you tell them about Che?
18     **A.** That that's where Ben would get his
19 meth from.
20     **Q.** And how did you refer to Che at that
21 time?
22     **A.** His name to me was Che. I didn't
23 know --
24     **Q.** Did you call him Ben's something?
25     **A.** I don't remember.

1019

1     **Q.** How did you describe Che in relation to
2 Ben?
3     **A.** He was, oh --
4     MR. HEINEMAN: Objection, foundation.
5     THE COURT: Sustained.
6 BY MS. LAMPRECHT:
7     **Q.** Did you talk to -- did you describe Che
8 and what his relationship to Ben was?
9     **A.** They -- they called him --
10     THE COURT: Did you describe it? Yes or no.
11     MR. HEINEMAN: Foundation.
12     THE WITNESS: Did I describe it?
13     THE COURT: Restate the question.
14     And just answer the exact question
15 asked by counsel.
16     Go ahead, Ms. Lamprecht.
17 BY MS. LAMPRECHT:
18     **Q.** Did you describe Ben's relationship to
19 Che?
20     THE COURT: Just yes or no.
21 BY MS. LAMPRECHT:
22     **Q.** Or Che's relationship to Ben, I think
23 was the question.
24     **A.** Yes.
25     **Q.** What did you -- what did you say that

1020

1 was?
2     **A.** He called him his dude.
3     **Q.** And did you tell them how many times
4 you knew that you had been to Che's house?
5     **A.** Yes.
6     **Q.** How many times did you tell them?
7     **A.** Twice.
8     **Q.** And finally, were you debriefed fully
9 on October 11th of 2012?
10     **A.** Yes.
11     **Q.** And that's the time when you told them
12 basically everything you knew?
13     **A.** Yes.
14     MS. LAMPRECHT: I have no further questions,
15 Your Honor.
16     THE COURT: Anything else, Counsel?
17     MR. HEINEMAN: Yes.
18     THE COURT: It's going to be very short.
19 We're now on our -- re-re-redirect, I think -- or
20 re-recross.
21     MR. HEINEMAN: Re-re-recross.
22     FURTHER RECROSS-EXAMINATION
23 BY MR. HEINEMAN:
24     **Q.** In that May 25th interview when you
25 mentioned that you had been to Ben's dude's house

1021

1 twice, did you also state that you had never
2 really met Mr. Sanchez?
3     **A.** That I was never really formally
4 introduced --
5     **Q.** That you --
6     **A.** -- is that what you're asking?
7     **Q.** That you never met Mr. Sanchez. Did
8 you tell the officers that?
9     **A.** I don't remember.
10     **Q.** And that the one time you were there
11 you were in the car; correct?
12     **A.** Yes, one time I was there I was in the
13 car.
14     **Q.** And the second time you went to the
15 trailer, there were two men by the name of Fab and
16 Vic?
17     **A.** Yes.
18     **Q.** No Mr. Sanchez?
19     **A.** No, not the second time.
20     **Q.** So you had not met Mr. Sanchez?
21     **A.** He was at my apartment one --
22     **Q.** Not --
23     **A.** -- time previous --
24     **Q.** I'm --
25     **A.** Yes, I had met him.

1022

1   **Q.**  On these occasions, you did not meet
2   Mr. Sanchez?
3       **A.**  Yes, I did meet him.
4       THE COURT:  The question was "on these
5   occasions."
6       THE WITNESS:  Oh, on these occasions --
7       MR. HEINEMAN:  On these occasions.
8       THE WITNESS:  -- no, I did not.
9   BY MR. HEINEMAN:
10      **Q.**  You did not testify earlier, though,
11  that you did meet him on one of these two
12  occasions.
13      THE COURT:  Counsel, rephrase that question.
14  I think it's --
15  BY MR. HEINEMAN:
16      **Q.**  Did you testify earlier, though, that
17  you met Mr. Sanchez on one of these two occasions?
18      **A.**  No, I did not.
19      MR. HEINEMAN:  Thank you.  No more
20  questions.
21      THE COURT:  Mr. Borton, did you have
22  anything else?
23      MR. BORTON:  I do not, Your Honor.
24      THE COURT:  Ms. Lamprecht?  Nothing else, I
25  assume?

1023

1       MS. LAMPRECHT:  Very quick.
2       FURTHER REDIRECT EXAMINATION
3   BY MS. LAMPRECHT:
4       **Q.**  Just, the person you now know as
5   Mr. Sanchez, what did you -- how did you --
6       MR. HEINEMAN:  Objection, asked and
7   answered.
8   BY MS. LAMPRECHT:
9       **Q.**  -- how did you know his name in May?
10      THE COURT:  Just a moment.
11      Mr. Heineman, let her finish the
12  question.
13      MR. HEINEMAN:  Correct, Your Honor.  I
14  apologize.
15      THE COURT:  Ms. Lamprecht.  Keep in mind
16  that there may be an objection in the wings here.
17      MS. LAMPRECHT:  Okay.
18  BY MS. LAMPRECHT:
19      **Q.**  I'm going to ask the same question,
20  which is:  At the time that you were talking
21  about, when you -- when you knew -- when
22  you -- how did you know Mr. Sanchez when you went
23  to his house?
24      **A.**  Che.
25      MR. HEINEMAN:  Objection, asked and

1024

1   answered.  That did come up earlier.
2       THE COURT:  I'll allow it.
3       THE WITNESS:  I knew him as Che.
4   BY MS. LAMPRECHT:
5       **Q.**  And is that how you referred to him
6   when you talked to officers about him in May?
7       **A.**  Yes.
8       MS. LAMPRECHT:  No further questions,
9   Your Honor.
10      THE COURT:  All right.  You may step down.
11  Thank you, Ms. Coblentz.
12      Counsel, let's take our next recess.
13      What will your -- will you announce the
14  name of your next witness, so we can have them
15  lined up, if need be.
16      MS. LAMPRECHT:  Amy Cavazos.
17      THE COURT:  Okay.
18      All right.  We'll take a 15-minute
19  recess at this time.  I'll again admonish the jury
20  not to discuss the case among themselves or with
21  anyone else, nor should they form or express any
22  opinions about the case until it is finally
23  submitted to them.
24      We'll be in recess.
25      (Recess.)

1025

1       (Jury present.)
2       THE COURT:  For the record, I'll note that
3   the jury is present.
4       Ms. Lamprecht, I think you indicated
5   Amy Cavazos was your next witness.
6       MS. LAMPRECHT:  Yes, Amy Cavazos.
7       THE COURT:  Ms. Cavazos, please step before
8   Ms. Gearhart and be sworn.
9           AMY CAVAZOS,
10  having been first duly sworn to tell the whole
11  truth, testified as follows:
12      THE CLERK:  Please state your complete name
13  and spell your name for the record.
14      THE WITNESS:  Amy Cavazos; and it's A-M-Y,
15  and Cavazos is C-A-V-A-Z-O-S.
16      THE COURT:  You may inquire, Mr. Lamprecht.
17      MS. LAMPRECHT:  Thank you, Your Honor.
18      DIRECT EXAMINATION
19  BY MS. LAMPRECHT:
20      **Q.**  How old are you, Ms. Cavazos?
21      **A.**  I am 38 years old.
22      **Q.**  Where did you grow up?
23      **A.**  In Weiser.
24      **Q.**  And have you lived pretty much your
25  whole life there?

1026

1    A.  Yes.  I was born and raised there.

2    Q.  How far did you go in school?

3    A.  I graduated from high school, and I did

4  attend a nine-month course, and then I'm currently

5  enrolled for my associate's at TVCC.

6    Q.  And what are you getting your degree

7  in?

8    A.  Business management with accounting.

9    Q.  And TVCC is?

10   A.  Oh.  It's Treasure Valley Community

11  College, and it's in Ontario, Oregon.

12   Q.  Would you just make sure that you have

13  the microphone a little closer, maybe, and that

14  you're speaking into it, so we --

15   A.  Right here?

16   Q.  Perfect.

17   A.  Okay.

18   Q.  Thank you.

19       Do you have any children?

20   A.  I do.  I have five.

21   Q.  How old are they?

22   A.  My oldest is 21.  He is a boy.  Then I

23  have another boy, he is 17.  And then I have a

24  girl, she is 10.  And then I have twin boys that

25  are six months.

1027

1    Q.  Between when you were in high school

2  and now, have you also worked besides going to

3  school?

4    A.  Yes.  As soon as I finished my

5  nine-month course, I worked at Delta Dental Plan

6  of Idaho for about a year-and-a-half.  And then

7  I -- my son -- my second son was sick, so I quit

8  and was a stay-at-home mom for a while.  And then

9  I worked -- this will be going on my sixth year at

10  Chuck's Lawn Sprinkling.

11   Q.  What do you do for Chuck's?

12   A.  I am a office manager.  I do the

13  accounts receivable and payables.

14   Q.  Now, directing your attention to

15  approximately 2008, did you meet somebody that you

16  later began a relationship with?

17   A.  Yes, I did.  I met -- did you want me

18  to tell his name?

19   Q.  Sure.

20   A.  Okay.  I met Ben.

21   Q.  And Ben's last name is what?

22   A.  Vertner.

23   Q.  When did you first meet Ben Vertner?

24   A.  We -- he was a neighbor to one of my

25  good friends, and I met him through her.

1028

1    Q.  And when did you start a relationship?

2       How long after -- about when was this?

3  Did you say?

4    A.  I think we met in about spring, and

5  then around August we started corresponding and

6  started a relationship then.

7    Q.  Of what year?

8    A.  Of 2008.

9    Q.  And when you were corresponding with

10  Ben, where was he?

11   A.  He was -- he was in the Idaho

12  corrections.

13   Q.  Now, when he was released, what

14  happened?

15   A.  He moved in with me, and then

16  that's --

17   Q.  And do you remember what year that was?

18   A.  April of 2009 is when he got out.

19   Q.  Was he working at that time?

20   A.  He did get a job with my dad and my

21  brother.  My dad owns his own business.

22   Q.  What kind of business was that?

23   A.  He has -- it's working on manufactured

24  homes, that's setting up and closing on them.

25   Q.  And I would like to show you what's

1029

1  been marked as Government's Exhibit 37.  Do you

2  recognize the person in that photograph?

3    A.  Yes.

4    Q.  And to your knowledge, was -- who is

5  that?  I'm sorry.

6    A.  That's Ben Vertner.

7    Q.  Okay.  To your knowledge, was Ben

8  Vertner ever involved with any illegal drugs?

9    A.  As in at that time or in the past

10  or --

11   Q.  Let's go towards 2011.

12   A.  Yes.

13   Q.  What drugs was he involved with?

14   A.  Marijuana.

15   Q.  And did he become involved with any

16  other illegal drugs after he started with

17  marijuana?

18   A.  Yes.

19   Q.  What was that?

20   A.  Shortly after; methamphetamine.

21   Q.  And did anything happen with

22  methamphetamine that Ben had at your house in the

23  fall of 2011?

24   A.  You mean by selling --

25   Q.  Was there --

1030

1  (Simultaneous discussion.)
2  A. -- selling the --
3  Q. -- selling --
4  A. -- methamphetamine?
5  Q. -- methamphetamine going on?
6  A. Yes, there was.
7  MR. HEINEMAN: Objection, leading the
8  witness.
9  THE COURT: It was leading.
10  But, also, we're speaking over each
11  other again, so --
12  MS. LAMPRECHT: I'm sorry --
13  THE COURT: -- wait --
14  MS. LAMPRECHT: -- Your Honor.
15  THE COURT: -- wait for a response.
16  BY MS. LAMPRECHT:
17  Q. So tell me what happened with
18  methamphetamine --
19  A. He asked -- he was selling the
20  methamphetamine out of the home, as well.
21  Q. And that was the house that you lived
22  in?
23  A. Yes, the house in Weiser.
24  Q. Do you know if he had customers at this
25  time?

1031

1  A. Yes, he did. He had a few.
2  Q. Did you know any of them?
3  A. Yes, I did.
4  Q. Who were his customers in the fall of
5  2011?
6  A. He was with Jake and K.C.
7  Q. Okay. I would like to show you what's
8  been marked as Exhibit 45. Do you recognize that
9  person?
10  A. Yeah. Yes. That's Jake.
11  Q. Okay. And I would like to show you
12  what's been marked as Government's Exhibit 39. Do
13  you recognize --
14  A. Yes. That's K.C.
15  Q. That's K.C.?
16  A. Mm-hmm.
17  Q. Do you know K.C.'s last name?
18  A. Hensley.
19  Q. Now, in the fall of 2011, did you ever
20  use methamphetamine?
21  A. Yes, I did.
22  Q. How often did you use?
23  A. Every day.
24  Q. And when was the last time that you
25  used methamphetamine?

1032

1  A. It was New Year's Eve.
2  Q. New Year's Eve of what year?
3  A. Oh, 2011.
4  Q. And was there a particular reason that
5  you stopped?
6  A. Yes. I was pregnant and decided to
7  keep the babies.
8  Q. Okay. What was Ben doing at your house
9  at this time?
10  Or -- well --
11  A. He was gone.
12  Q. He was gone.
13  Before that -- before he left, what was
14  he doing?
15  A. Before he left in December? He
16  was -- as in a job or -- I'm not --
17  Q. Was he doing --
18  (Simultaneous discussion.)
19  A. -- I'm not --
20  Q. Did he have --
21  A. -- understanding, sorry.
22  Q. -- a job in December of 2011?
23  A. He was working with the college as a
24  tutor --
25  Q. And --

1033

1  A. -- but it was going to the point where
2  he was going downhill.
3  Q. Was he doing anything with
4  methamphetamine at that time?
5  A. Oh, yes, he was. He was selling it.
6  Q. And you said that he moved out?
7  A. Yes. He moved out first part of
8  December.
9  Q. What was the reason that he moved out?
10  A. Because I didn't want that lifestyle
11  and he wanted it.
12  Q. Did you and Ben ever get back together?
13  A. Yes, we did. We got back together in
14  end of April, I believe.
15  Q. Of what year?
16  A. Of 2012.
17  Q. And between the time that he left in
18  December and the end of April of 2012, did you
19  have much contact with him?
20  A. We had contact over the phone, mostly.
21  Q. In April of 2012, were you still living
22  in the same house?
23  A. Yes. He had moved back in.
24  Q. And that was the house that you lived
25  in all along?

1034

1    A. Yes.
2    Q. I would like to show you what's been
3 marked as Government's Exhibit, I believe, 41.
4    MS. LAMPRECHT: Government's Exhibit 43,
5 Your Honor.
6 BY MS. LAMPRECHT:
7    Q. Do you recognize what's in that
8 exhibit?
9    A. Yes. That's our house.
10    Q. After Ben moved back in with you in
11 late April, was he still doing anything with
12 methamphetamine?
13    A. Yes, he was.
14    Q. What was he doing with it?
15    A. He was selling and using.
16    Q. Did he tell you anything about his
17 methamphetamine business?
18    A. Yes; that he was purchasing from the
19 Mexicans, is what he said, and that he was selling
20 to people.
21    Q. Did you know any of the people he was
22 selling to at this time?
23    A. Yes. It was K.C., and he had told me
24 about Mike --
25    Q. Mike --

1035

1    A. -- Morris.
2    Q. -- who?
3    A. Mike Morris.
4    Q. Did you know Mike Morris from living in
5 Weiser?
6    A. Yes, I did.
7    Q. Do you remember what Ben told you about
8 Mike Morris?
9    A. That he was dealing with him and that
10 he was talking to him.
11    Q. Dealing with him how?
12    A. As in with methamphetamine.
13    Q. Did you see anything at your house at
14 this time with respect to methamphetamine?
15    A. As in activity or as in -- I seen
16 activity and I have seen the product, the
17 methamphetamine. I seen paraphernalia as --
18    Q. What activity --
19    A. -- in a scale.
20    Q. -- did you see?
21    A. I seen the -- K.C. coming over with
22 another -- and then another gentleman came over.
23 His name was Travis.
24    Q. And why did people come -- why did
25 these people come to your house?

1036

1    A. Well, they were purchasing
2 methamphetamine.
3    Q. From who?
4    A. From Ben.
5    Q. Did you ever help Ben with his
6 methamphetamine?
7    A. I did a couple of times, yes.
8    Q. Okay. Tell me about the first time.
9 Did you go any place with Ben?
10    A. Yes. I went to -- it was one night
11 when K.C. and Travis came over, I went to the
12 trailer park.
13    Q. Was there a night before K.C. and
14 Travis were at your house that you went to the
15 trailer park?
16    A. Oh, okay. Yes. I also went before
17 that and I -- it was the first time I had met
18 the -- or went to the trailer, and we went there
19 for dinner. And then Ben and Fabian went into the
20 kitchen and they were talking, and the next thing
21 you know, he -- we left and he had handed me over
22 a package.
23    Q. Okay. I would like to ask you some
24 questions about that. First of all, I would like
25 to show you what's been marked as Government's

1037

1 Exhibit 2. Do you recognize what's in that
2 photograph?
3    A. Yes. That's the trailer that we went
4 to that night.
5    Q. Okay. And when you went to the
6 trailer, who was there?
7    A. Fabian and then Victor.
8    Q. I would like to show you what's been
9 marked as Government's Exhibit 5. Do you
10 recognize the person in that picture?
11    A. That's Fabian.
12    Q. And I would like to show you what's
13 been marked as Government's Exhibit 6.
14    A. That's Victor.
15    Q. Now, what happened when you got to the
16 trailer the first time?
17    A. Well, Victor was making some ribs and
18 he made some rice. He was making dinner and we
19 were watching a movie and everything and we were
20 sitting there.
21    And then as dinner was over, Fabian and
22 Ben went into the kitchen area and they were
23 talking. And that's when Fabian went to the back
24 room and got methamphetamine and brought it to the
25 kitchen, and Ben wrapped it up in cellophane and

1038

1 we left.
2     **Q.** Could you see what was in the package
3 before Ben wrapped it up?
4     **A.** I did not see it, but I did feel it
5 when he gave it to me to hold.
6     **Q.** Okay. So where was it that he gave it
7 to you to hold?
8     **A.** As soon as we were leaving the
9 trailer --
10     **Q.** And where --
11     **A.** -- at the door.
12     **Q.** -- did you put it?
13     **A.** I put it in my sweatshirt.
14     **Q.** Did Ben tell you what it was?
15     **A.** Yes, he did.
16     **Q.** What did he tell you it was?
17     **A.** He said it was methamphetamine. And I
18 felt it, and it was.
19     **Q.** Can you estimate about how much the
20 package weighed that Ben handed you?
21     MR. BORTON: Objection, foundation.
22     THE COURT: Overruled.
23       The witness can -- if you have a sense.
24 Maybe compare it to something that you
25 normally --

1039

1     THE WITNESS: I don't. I'm not very good
2 with weights. I just know the size of it because
3 I was holding it.
4     THE COURT: Well, I think if the witness
5 doesn't feel comfortable offering that kind of lay
6 opinion, I think we should move on.
7 BY MS. LAMPRECHT:
8     **Q.** Can you just hold up your hands and
9 show the jury about the size of the package?
10     **A.** It was like that (indicating).
11     THE COURT: Okay. So --
12     THE WITNESS: Because I could put two -- I
13 could put two hands around it, because I was
14 holding on to it.
15     THE COURT: Could you compare it to
16 something that you handle on a normal -- sometimes
17 a cream cheese comes sometimes in a square box;
18 something about that size?
19     THE WITNESS: Yeah. And just a little bit
20 more thicker, though; but, yeah, because the cream
21 cheese is like this (indicating), so it was just a
22 little bit fatter.
23     THE COURT: All right.
24 BY MS. LAMPRECHT:
25     **Q.** When you left the trailer, where did

1040

1 you go?
2     **A.** We -- we went to the Oregon side to
3 his -- to Benjamine's grandmother's; and in the
4 front we met Mike Morris and he was in his truck.
5     **Q.** And what were you in?
6     **A.** We were in the Denali, Ben's vehicle.
7     **Q.** And how -- you were outside when you
8 met Michael Morris?
9     **A.** Yes. We just met in the front. This
10 was late at night, so we just -- Mike's window was
11 next to Ben's.
12     **Q.** And what happened?
13     **A.** Right before we got there, I put --
14 take the package and put it on the console in the
15 middle, and then Ben just grabbed it and gave it
16 to Mike.
17       And Mike asked me how I was doing.
18       And I said, "I'm doing good."
19       And he said, "Well, you didn't see me
20 here."
21       And I said, "Okay," and I just kind of
22 minded my own business.
23     **Q.** Do you see the person that Ben gave the
24 methamphetamine to that night in the courtroom
25 today?

1041

1     **A.** Yes, I do.
2     **Q.** And would you describe where he is
3 sitting and what he is wearing?
4     **A.** He is sitting over there in a blue
5 shirt with glasses.
6     THE COURT: Counting down from
7 Ms. Lamprecht, how many people is he?
8     THE WITNESS: The third one down.
9     THE COURT: All right.
10 BY MS. LAMPRECHT:
11     **Q.** After he said, "You didn't see me
12 here," what did you do?
13     **A.** I just kind of looked away and minded
14 my own business.
15     **Q.** What did -- did you stay there for very
16 much longer?
17     **A.** Oh, no -- they did a little bit of
18 talking and then we left.
19     **Q.** Now, did you go back to Trailer
20 No. 2 [sic] another time?
21     **A.** Yes. A couple days later, or a day
22 later -- I'm kind of hazy on the time, but it was
23 right before Ben got arrested. And, yes, we went
24 there again. K.C. and Travis were at the home and
25 we went to go there.

1042

1  Q.  Okay.  K.C. and Travis were at whose
2  home?
3  A.  At my home.
4  Q.  What were they doing there?
5  A.  They were waiting to purchase
6  methamphetamine.
7  Q.  What happened while they were waiting?
8  A.  We -- we took off in Travis's car.
9  Q.  Who is -- would you say who "we" is?
10  A.  Oh.  Ben and I were -- we took off in
11  Travis's truck, and we went to the trailer to
12  purchase methamphetamine.
13  Q.  And what happened at the trailer that
14  night?
15  A.  We got there, and Victor and Fabian
16  were watching a movie and we were just sitting
17  there talking, and then -- the same thing:  Fabian
18  went to the back room and came to the kitchen, and
19  Ben and Fabian were talking out in the kitchen and
20  he again wrapped it up in cellophane and gave it
21  to me as we left the trailer.
22  Q.  And how big was this package compared
23  to the package that you had gotten previously?
24  A.  It was -- it was bigger.  It was kind
25  of a little bit bigger (indicating).

1043

1  Q.  Okay.  So --
2  A.  It was probably twice as big.
3  Q.  Where did you go after you left the
4  trailer?
5  A.  We went back to my house.
6  Q.  What happened back at your house?
7  A.  We -- when we got there, Ben and K.C.
8  went into the room and then K.C. left, and then
9  Travis went into the room and then he left.  And
10  then Ben left.
11  Q.  And did you learn what Travis and K.C.
12  did in the room?
13  A.  Yes.  They were purchasing
14  methamphetamine.
15  Q.  And then you say Ben left?
16  A.  Ben left, yes.
17  Q.  What did you do?
18  A.  Went to bed.
19  Q.  Did Ben come back that night?
20  A.  No, he did not.
21  Q.  Did you learn the next day what
22  happened to him?
23  A.  Yes.  He got arrested.
24  Q.  And had he ever given you any -- well,
25  let me ask you this:  Was there any

1044

1  methamphetamine still at your house at this time?
2  A.  Yes, there was.  In the safe.
3  Q.  Had Ben ever told you what you should
4  do if he got arrested?
5  A.  Yes.  He told me to hide it.
6  Q.  Did you talk about where you would hide
7  it?
8  A.  No.  I just knew -- I just kind of hid
9  it.
10  Q.  So after you heard Ben was arrested,
11  what did you do?
12  A.  Well, I freaked out and went and got
13  the methamphetamine and wrapped it up really good
14  and tried to find the tape and wrapped it up and
15  hid it under the crawl space under the house.
16  Q.  What did you wrap it in?
17  A.  Well, I wrapped it in -- it was already
18  in a plastic bag, so I put it in a grocery bag and
19  I wrapped it in masking tape really good.
20  Q.  And after that, did you get a call from
21  Ben?
22  A.  Oh, yes.
23  Q.  What did he ask you to do?
24  A.  I got a call from Ben, and he said that
25  I needed to go pick up his Denali in Payette, and

1045

1  his grandma was going to come pick me up and take
2  me over there.
3  Q.  So did you leave the house?
4  A.  Yes, I did.
5  Q.  Do you know what happened after you
6  left?
7  A.  I do now.  I didn't at the time.
8  Q.  Okay.  Have you pled guilty to a charge
9  of possessing methamphetamine with intent to
10  distribute it in connection with this case?
11  A.  Yes, I did.
12  Q.  And did you have a plea agreement with
13  the government when you pled guilty?
14  A.  Yes, I did.
15  Q.  I would like to show you what's been
16  marked as Government's Exhibit 72.  Do you
17  recognize that?
18  A.  Yes.
19  Q.  What is it?
20  A.  It is my plea agreement.
21  MS. LAMPRECHT:  I would like to move
22  Government's Exhibit 72 into evidence.
23  THE COURT:  Any objection?
24  MS. BERGLUND:  No objection.
25  MR. BORTON:  None, Your Honor.

1046

1 MR. HEINEMAN: No objection, Your Honor.

2 THE COURT: Exhibit 72 will be admitted and

3 published to the jury.

4 (Exhibit No. 72 admitted.)

5 BY MS. LAMPRECHT:

6 Q. And now I would like to have you look

7 at the last page, on page 13. Do you recognize

8 anything on that page?

9 A. Yes. That's my signature.

10 Q. Would you take your finger and draw a

11 circle on the screen around your signature? You

12 need to touch it.

13 A. (Witness complied.)

14 Q. There it is. Thank you.

15 A. Okay.

16 Q. As part of this plea agreement, did you

17 agree to cooperate with the government?

18 A. Yes, I did.

19 Q. And is your testimony here today part

20 of that cooperation?

21 A. Yes.

22 Q. Do you hope to receive a benefit from

23 giving cooperation to the government?

24 A. Yes.

25 Q. What is that benefit that you hope to

1047

1 receive?

2 A. A reduced sentence.

3 Q. Do you know what your sentence will be

4 at this point?

5 A. No. No.

6 Q. Do you understand what you -- what you

7 need to do on your part to receive a reduced

8 benefit?

9 A. Yes, I do understand.

10 Q. What is that?

11 A. It's to give my -- my statement today.

12 Q. And how does that statement need to be?

13 A. Truthful.

14 Q. Who is it that will decide what your

15 sentence will be?

16 A. It will be the judge.

17 MS. LAMPRECHT: I have no further questions,

18 Your Honor.

19 THE COURT: Cross-examination.

20 MS. BERGLUND: No cross, Your Honor.

21 MR. BORTON: Yes, Your Honor.

22 THE COURT: Mr. Borton.

23 CROSS-EXAMINATION

24 BY MR. BORTON:

25 Q. Ms. Cavazos, back in 2001, did you have

1048

1 an opportunity to talk to law enforcement about an

2 incident that you provided information on?

3 A. In two- --

4 MS. LAMPRECHT: I'm going to object,

5 Your Honor, on relevance and time frame. I

6 don't -- 2001 is --

7 THE COURT: Well, I -- overruled. I don't

8 know where we're going here. I assume it will be

9 tied in to something.

10 You may answer, if you recall.

11 THE WITNESS: Yeah. I don't.

12 BY MR. BORTON:

13 Q. Had you been cited around that time

14 frame?

15 A. Oh, okay. Yes.

16 Q. And what were you cited for?

17 THE COURT: I'm sorry. I just realized now,

18 it's 2001?

19 MR. BORTON: Correct.

20 THE COURT: Okay. I'll give counsel some

21 leeway, but the relevance of this needs to be made

22 apparent fairly quickly.

23 BY MR. BORTON:

24 Q. What were you cited for in 2001?

25 A. I was cited for giving false

1049

1 information.

2 Q. False information to law enforcement?

3 A. Yes.

4 MR. BORTON: I have no further questions.

5 THE COURT: Mr. Heineman.

6 CROSS-EXAMINATION

7 BY MR. HEINEMAN:

8 Q. Ms. Cavazos, how many trips did you

9 make to the trailer?

10 A. Two.

11 Q. Two. Okay. And were they both in

12 April of 2012?

13 A. They were in May.

14 Q. They were in May of 2012?

15 A. Mm-hmm.

16 Q. Do you remember --

17 A. Yes. I'm sorry.

18 Q. "Yes." That's all right.

19 And do you remember approximately what

20 the dates were in May?

21 A. Let's see. I think Ben got arrested on

22 the 14th or 15th, so it would be the 12th and

23 the -- either the 11th and the 13th or -- without

24 seeing a calendar, around there.

25 Q. And you stated that you had Ben move

1050

1    out in early December of 2011 because you didn't
2    care for his lifestyle; is that correct?
3        A.  Correct.
4        Q.  And you wanted to get away from that
5    lifestyle?
6        A.  He actually moved out.
7        Q.  He actually moved out?
8        A.  Mm-hmm.
9        Q.  But you continued to use meth until New
10   Year's Eve of --
11       A.  Yes.
12       Q.  -- December '11?
13           And when did Ben move back in?
14       A.  The end of April.  I'm not 100 percent
15   sure of the date.
16       Q.  End of April?
17       A.  Yes.
18       Q.  Okay.  It wasn't in March?
19       A.  No.
20       Q.  Okay.  You didn't tell law enforcement
21   that it was in March?
22       A.  No.
23       Q.  Okay.  And did you know if Ben was
24   still using meth at that time?
25       A.  Yes.  He was.

1051

1        Q.  Did you know that Ben was selling meth
2    at that time?
3        A.  Yes.
4        Q.  What had changed, in your opinion, from
5    December of 2011, when you didn't want that
6    lifestyle, until April of 2012?
7        A.  Well, because he just -- he said he was
8    going to stop.  And I was pregnant with his
9    children, and I really thought that he was and I
10   thought we were going to make things work.
11       Q.  Once you learned that he still was
12   dealing drugs, did you ask him to leave?
13       A.  I didn't ask him to leave.  I just
14   asked him to stop.
15       Q.  Did you believe that he was going to
16   stop?
17       A.  Yes.  He told me he was.
18       Q.  When did you learn that you were
19   pregnant?
20       A.  In December, before he left.
21       Q.  Do you know how far along you were when
22   you got pregnant -- when you were pregnant --
23   excuse me.
24           Do you know how far along you were --
25       A.  I was two months.

1052

1        Q.  -- when you found out you were
2    pregnant?
3        A.  I was two months.
4        Q.  You were two months.
5        MR. HEINEMAN:  No further questions.
6        THE COURT:  Ms. Lamprecht, redirect.
7               REDIRECT EXAMINATION
8    BY MS. LAMPRECHT:
9        Q.  Were you ever charged with anything,
10   Ms. Cavazos, back in 2001?
11       A.  I don't -- it's been so long, I -- it
12   was because of a restraining order that my husband
13   and I had at the time.
14       Q.  Okay.
15       A.  So it was -- I think I was charged with
16   something, yes, and I did have to do time; SILD is
17   what I did.
18       Q.  But it had to do with a restraining
19   order?
20       A.  Yes.
21       MS. LAMPRECHT:  No further questions,
22   Your Honor.
23       THE COURT:  SILD, is that a labor detail?
24       THE WITNESS:  Yeah.  Sheriff inmate labor
25   detail.

1053

1        THE COURT:  All right.
2        MS. LAMPRECHT:  Oh, I didn't understand.  I
3    didn't hear her.
4        THE COURT:  I'm trying to -- one of the
5    jurors made a request that we not use acronyms
6    because it's hard for them to understand.  I
7    thought I knew what the SILD was, so I kind of
8    volunteered that.
9        MS. LAMPRECHT:  Thank you, Your Honor.  I
10   didn't know what it was and I didn't know it was
11   an acronym, so thank you.
12       THE COURT:  Anything else?
13       MS. LAMPRECHT:  No, sir.
14       THE COURT:  Anything else, Counsel?
15       MR. BORTON:  Briefly, Your Honor.
16       THE COURT:  All right.
17               RECROSS-EXAMINATION
18   BY MR. BORTON:
19       Q.  The event that you just referenced a
20   moment ago, that you did SILD, some labor detail
21   time for the conduct for which you were
22   punished --
23       MS. LAMPRECHT:  I'm going to object,
24   Your Honor, based on the time frame.
25       THE COURT:  I'm going to sustain the

1054

1 objection, Counsel. I think we got -- I don't
2 think this falls under 609, and I don't know that
3 it falls under 608 -- it definitely does not
4 qualify under 609, and I don't think it qualifies
5 under 608(b).
6         If you want to, we can discuss it at
7 sidebar.
8         MR. BORTON: Okay.
9         THE COURT: Do you want to?
10        MR. BORTON: Please.
11        THE COURT: All right. Approach.
12        (Sidebar commences as follows:)
13        THE COURT: Well, was -- now that I think
14 about it, maybe it is 609, because it would go to
15 honesty, I suppose, even though it's presumably
16 just a misdemeanor.
17        Do you know anything, Ms. Lamprecht,
18 what the details were?
19        MS. LAMPRECHT: I'm sorry?
20        THE COURT: Do you know what the details
21 were of the 2001 --
22        MS. LAMPRECHT: No, I don't, Your Honor. I
23 do not know, except that she said it had to do
24 with a restraining order with her husband. So I
25 don't really know what it's relevant to anything

1055

1 ten years later.
2         THE COURT: Well, 609 applies to not only
3 felonies, but any misdemeanor that goes to a
4 person's -- that might suggest a lack of veracity.
5 If she gave a false statement to a police officer,
6 that might qualify.
7         Mr. Borton, what do you know about it?
8         MR. BORTON: That's what I know, which is
9 what I was going to inquire about, what her
10 conduct was, which she has already -- it's out of
11 the barn. She has admitted to providing false
12 information to a police officer, and having been
13 punished for it. That's already on the record.
14        MS. LAMPRECHT: Well, I mean, what more is
15 there?
16        THE COURT: Well, that's what we don't know.
17        MS. LAMPRECHT: Well, she lied once, and
18 that's all he has. He doesn't have any
19 information that she did again.
20        THE COURT: If Mr. Borton wants to inquire
21 further, I'll allow it. But if it comes out that
22 it really doesn't bear on her veracity, I'll
23 strike all of her testimony in that regard.
24        MS. LAMPRECHT: I think he is going to ask
25 her about the time that she served, and I don't

1056

1 know how that bears --
2         THE COURT: I think he's going to -- I'll
3 allow him to elicit that she, in fact -- she
4 apparently has already conceded that she was
5 charged and convicted. So the only thing that's
6 relevant is: What was the nature of the charge?
7         If the nature of the charge and
8 underlying facts do not really go to her
9 credibility, then I'm going to strike it, because
10 apparently it was only a misdemeanor. I don't
11 think it would qualify under 609.
12        MR. BORTON: The only inquiry would be
13 confirming that the time she served, the conduct
14 was providing false information. It wasn't --
15        THE COURT: Okay. Well, I'll allow that
16 much, but we'll have to see where it goes.
17        MS. LAMPRECHT: I think she testified to
18 that. She said she provided false information to
19 a police officer.
20        THE COURT: Well, I'll give Mr. Borton just
21 a little bit of leeway. Okay?
22        MR. BORTON: Thank you.
23        (Sidebar concluded.)
24        THE COURT: Mr. Borton, you may proceed.
25        MR. BORTON: Thank you, Your Honor.

1057

1 BY MR. BORTON:
2    Q. Ms. Cavazos, one question: The conduct
3 for which you were punished in 2001 was your act
4 of providing false information to a police
5 officer; correct?
6    A. Yes.
7         MR. BORTON: Okay. Thank you.
8         I have nothing further, Your Honor.
9         THE COURT: Anything else, Mr. Heineman?
10        MR. HEINEMAN: Nothing else, Your Honor.
11        MR. BORTON: No, Your Honor.
12        MS. BERGLUND: No, Your Honor.
13        THE COURT: Ms. Berglund, no.
14        Any redirect -- re-redirect?
15        MS. LAMPRECHT: No, Your Honor.
16        THE COURT: All right. You may step down,
17 Ms. Cavazos. Thank you.
18        Call your next witness.
19        MR. HEINEMAN: Your Honor, I think we have a
20 mic problem again. Excuse me.
21        THE COURT: Okay. It's microphone or
22 speaker?
23        MR. HEINEMAN: Seems to be microphone,
24 Your Honor.
25        I have it corrected, Your Honor. Thank

1058

1  you.

2       THE COURT:  All right.

3       Ms. Lamprecht, would you announce the

4  name of your next witness.

5       MS. LAMPRECHT:  Thank you, Your Honor.  The

6  next -- government's next witness is Sergeant Jim

7  Christensen.

8       THE COURT:  Sergeant Christensen, would you

9  please step before Ms. Gearhart, be sworn as a

10 witness, and follow her directions from there.

11            JAMES CHRISTENSEN,

12 having been first duly sworn to tell the whole

13 truth, testified as follows:

14      THE CLERK:  Please state your complete name

15 and spell your name for the record.

16      THE WITNESS:  James Christensen,

17 C-H-R-I-S-T-E-N-S-E-N.

18      THE COURT:  You may inquire, Ms. Lamprecht.

19         DIRECT EXAMINATION

20 BY MS. LAMPRECHT:

21      Q.  How are you employed?

22      A.  I'm a detective sergeant with the Idaho

23 State Police, ISP.

24      Q.  As a detective sergeant, what are your

25 duties?

1059

1       A.  Narcotics investigations and major

2  crimes investigations.

3       Q.  As a detective sergeant, do you also

4  supervise other officers?

5       A.  I do.

6       Q.  How long have you been a detective

7  sergeant?

8       A.  For approximately five years.

9       Q.  What was your rank prior to that?

10      A.  Just -- I was a senior agent,

11 detective.

12      Q.  In what unit were you assigned to?

13      A.  Idaho State Police.

14      Q.  Any particular unit with the Idaho

15 State Police?

16      A.  Narcotics investigations, as well.

17      Q.  So how many years total have you spent

18 in narcotics investigations?

19      A.  Since 2001, so the last 11 or 12 years.

20      Q.  And how long have you been with the

21 Idaho State Police?

22      A.  Just over 18 years.

23      Q.  Did you have law-enforcement experience

24 before that?

25      A.  Yes, ma'am.

1060

1       Q.  What law-enforcement experience did you

2  have before joining Idaho State Police?

3       A.  I have five years with the

4  United States Border Patrol, and approximately

5  five months with the Canyon County Sheriff's

6  Department before coming to the state police.

7       Q.  Have you had any specialized education

8  or training with respect to narcotics

9  investigations?

10      A.  I have approximately 800 hours of

11 training as far as narcotics investigations go, to

12 include drug identification, clan lab

13 investigations, supervising narcotics units,

14 conspiracy investigation.

15      Q.  Now, with respect to this case here, I

16 would like to direct your attention to May 16th,

17 2012.

18      A.  Yes.

19      Q.  Were you assisting other detectives in

20 your unit with an investigation?

21      A.  I was.

22      Q.  And on May 16th, did you go someplace?

23      A.  Yes, I did.

24      Q.  And what was the purpose of going

25 there?

1061

1       A.  I went to a residence in Weiser, Idaho,

2  for the purposes of assisting with a -- with a

3  search of a residence.

4       Q.  I would like to show you what's been

5  marked as Government's Exhibit 2.  Do you

6  recognize what's in that photograph?

7       A.  Yes, I do.

8       Q.  What is that?

9       A.  That is the residence that we searched

10 on that day.

11      Q.  And would you just explain to the jury,

12 since you're the first one that's talked about the

13 search, I think, what is it that you do

14 when -- how many people were with you when

15 you -- how many law enforcement officers were with

16 you when you went to search this trailer?

17      A.  That -- searches are going to

18 determine -- the building or the place to be

19 searched is going to be determined -- help

20 determine the amount of people that we use to

21 search.  In this search, I believe there was

22 probably five or six people that were assisting

23 with the search of the residence.

24      Q.  And how do you decide what people are

25 going to do when they go on a search?

1062

1     **A.** That is -- that is assigned to us by
2 the guy that's in charge of the investigation.
3     **Q.** Who is in charge of this investigation?
4     **A.** Detective Jess Stennett.
5     **Q.** And that's Detective Stennett who is
6 sitting here today?
7     **A.** It is.
8     **Q.** Were you assigned any particular place
9 to search?
10     **A.** No. I was overseeing what was
11 happening with most of the search of the
12 residence.
13     **Q.** Okay. But you did actually locate some
14 things during the search; is --
15     **A.** Yes --
16     **Q.** -- that correct?
17     **A.** -- I did.
18     **Q.** Where was it that you were searching?
19     **A.** I actually searched in the living room
20 portion of the house, the kitchen area and the
21 bathroom.
22     **Q.** Okay. Let's start with the living
23 room. Did you find anything of evidentiary
24 value -- that you thought to be of evidentiary
25 value in the living room?

1063

1     **A.** Yes, I did.
2     **Q.** What did you find?
3     **A.** I found a little black .380 Llama
4 handgun.
5     **Q.** And I would like to show you a
6 photograph --
7     MS. LAMPRECHT: I'm sorry.
8     THE COURT: What's the exhibit number?
9     MS. LAMPRECHT: That's what I'm looking for,
10 Your Honor.
11 BY MS. LAMPRECHT:
12     **Q.** I would like to show you Government's
13 Exhibit 18. Do you recognize what's in that
14 photograph?
15     **A.** Yes, ma'am.
16     MS. LAMPRECHT: I believe this may have been
17 admitted, Your Honor.
18     THE COURT: Yes, 18 has been admitted.
19 BY MS. LAMPRECHT:
20     **Q.** What is that?
21     **A.** That is the Llama .380 that I found in
22 the living room.
23     **Q.** And is the gun in that photograph in
24 the same place that you found it?
25     **A.** Yes. Underneath the sofa.

1064

1     **Q.** Did somebody move the sofa to take the
2 picture or did you move the gun?
3     **A.** No, we moved the sofa, picked the sofa
4 up.
5     **Q.** And are the marks there on the -- well,
6 on the picture away from the Government's Exhibit
7 sign -- the side away from the Government's
8 Exhibit sign, is that where the couch was?
9     **A.** Yes, ma'am.
10     **Q.** When you found that gun, what condition
11 was it in?
12     **A.** The gun was actually loaded. It had
13 rounds in the magazine, but there were no rounds
14 in the chamber of the gun.
15     **Q.** And what's the significance of that?
16     **A.** It shows that the gun is ready to be
17 used, actually.
18     **Q.** And now I would like to show you
19 Government's Exhibit 17. Do you recognize what is
20 Government's Exhibit 17?
21     **A.** Yes, ma'am.
22     **Q.** How do you recognize it?
23     **A.** This is the same gun that's in the
24 photograph of Exhibit 18. This is the little .380
25 Llama.

1065

1     **Q.** And what did you do with that gun when
2 you discovered it?
3     **A.** Once I found it, it was photographed
4 and I turned it over for evidence collection with
5 Danielle Johnson.
6     **Q.** And she is your evidence technician?
7     **A.** Yes.
8     **Q.** And what happens when things go to
9 Danielle Johnson?
10     **A.** They get processed with the case
11 officer and they get turned in for evidence.
12     **Q.** And they would stay, in other words, in
13 the care, custody and control of the Idaho State
14 Police from the time that you seized it. Is that
15 fair?
16     **A.** That's correct.
17     MS. LAMPRECHT: I would like to move
18 Government's Exhibit 17 into evidence, Your Honor.
19     THE COURT: Any objection?
20     MS. BERGLUND: No objection.
21     MR. HEINEMAN: No objection, Your Honor.
22     MR. BORTON: None, Your Honor.
23     THE COURT: Exhibit 17 -- I'm sorry, 18 --
24     MS. LAMPRECHT: Seventeen is the pistol.
25     THE COURT: Seventeen. Exhibit 17 will be

1066

1 admitted and may be shown to the jury at counsel's
2 option.
3          (Exhibit No. 17 admitted.)
4          MS. LAMPRECHT: Well, could I just have
5 maybe -- I know you don't want to pass it around.
6 Would it be possible to have him stand up and
7 maybe walk down the line of the jurors and just
8 show them the gun?
9          THE COURT: Counsel, approach very briefly
10 and we'll discuss this.
11          (Sidebar commences as follows:)
12          THE COURT: Ms. Lamprecht, there was some
13 concern that you did not want to have the firearms
14 go back into the jury room.
15          MS. LAMPRECHT: The agent didn't think that
16 they should. I didn't understand --
17          THE COURT: I don't think that's a call --
18          MS. LAMPRECHT: -- I don't think that's a
19 problem now.
20          THE COURT: Okay.
21          MS. LAMPRECHT: I didn't understand -- I
22 thought it was coming from the marshals, but it
23 was really coming from Detective Stennett.
24          THE COURT: If it's admitted into evidence,
25 the jury has to have it. So I don't think there

1067

1 is any way we can not send it back to the jury.
2          MS. LAMPRECHT: That's fine with me.
3          THE COURT: All right. I'm not sure we need
4 to have them hold it now. Isn't it enough that --
5          MS. LAMPRECHT: Well, I didn't want them to
6 hold it. I just wanted him to stand up and walk,
7 so they could see it.
8          MR. HEINEMAN: They're going to see it
9 later, Your Honor. I don't think that's
10 necessary.
11          MR. LAMPRECHT: But I would like them to
12 know what it is that they're looking at when
13 they're in the jury room.
14          THE COURT: Well, he can stand up and show
15 it to the jury, but I don't think he needs to -- I
16 don't think we don't need to walk it up and down.
17 This isn't a firearm charge. This is only --
18          MS. LAMPRECHT: No. That's true.
19          THE COURT: All right.
20          MS. LAMPRECHT: Okay.
21          THE COURT: Okay?
22          MS. LAMPRECHT: If that's what you prefer,
23 sure.
24          (Sidebar concluded.)
25          THE COURT: Let's just have the witness

1068

1 stand up in the jury box -- or in the witness box
2 and show it to the jury, so they can see what it
3 is he has.
4          You will have these items with you in
5 the jury room during your deliberations.
6          (Witness complied.)
7          THE COURT: All right.
8          MS. LAMPRECHT: Thank you, Detective
9 Christensen.
10 BY MS. LAMPRECHT:
11          Q. From the living room -- well, first of
12 all, did you find anything else in the living room
13 of evidentiary value?
14          A. I did, but it was at a later time,
15 after I had moved to another area and then
16 returned to the living room.
17          Q. Okay. Well, where did you go next?
18          A. I went to the bathroom in the trailer.
19          Q. Where did you look in the bathroom?
20          A. I looked under the -- I looked
21 throughout the entire bathroom, actually, but I
22 found something underneath the cabinets, the
23 kitchen sink area.
24          Q. The kitchen --
25          A. I'm sorry, I'm sorry. The bathroom

1069

1 sink area.
2          Q. Okay. I would like to show you what's
3 been marked and admitted, I believe, as
4 Government's Exhibit 55.
5          A. Yes, ma'am.
6          Q. Do you recognize what's in that
7 photograph?
8          A. Yes, I do.
9          Q. What is it?
10          A. That is a black lunch -- it looked like
11 a lunch bag, that was shoved underneath the
12 cabinet in the bathroom.
13          Q. And I would like to show you what's
14 been marked as Government's Exhibit 54.
15          MS. LAMPRECHT: Which I believe is --
16          THE COURT: Yes, 54 has been admitted.
17 BY MS. LAMPRECHT:
18          Q. Do you recognize that?
19          A. Yes, ma'am. This is the same bag.
20          Q. That's the bag that's underneath the
21 partition there in the picture?
22          A. Yes.
23          Q. And how did you get that -- well, was
24 that partition in that condition when you first
25 saw it?

1070

1  A.  Actually, a portion of it is, but I had
2  to pull the kick plate of the -- underneath the
3  cabinet away in order to access that, to get it.
4  Q.  What did you do with the black bag when
5  you saw it behind that partition?
6  A.  I had it photographed and then removed
7  it and opened it.
8  Q.  What was inside?
9  A.  There was money, methamphetamine,
10  scales, plastic bags, I believe.
11  Q.  Okay.  First of all, I would like to
12  show you Government's Exhibit 56.
13  THE COURT:  That also has been admitted.
14  THE WITNESS:  Yes, ma'am.
15  BY MS. LAMPRECHT:
16  Q.  Do you know whose glove that is,
17  holding the bag open?
18  A.  That is mine.
19  Q.  Okay.  Is that what you first saw when
20  you opened the bag?
21  A.  It is.
22  Q.  Now let's go to Government's Exhibit
23  57.  What -- do you recognize what's in
24  Government's Exhibit 57?
25  A.  Those are all of the items I removed

1071

1  from that bag.
2  Q.  Okay.  And starting at the upper part
3  of the picture, what is the first thing up there?
4  A.  It is a bundle of cash, of money.
5  Q.  And is that exactly how you found it in
6  the bag?
7  A.  Yes, ma'am.
8  Q.  And then there is more money, it
9  appears?
10  A.  Yes.
11  Q.  And what's that?
12  A.  That is also another bundle of money
13  that was in the bag.
14  Q.  And moving down, there is a
15  plastic bag just in front of those, with something
16  white in it.  What is that?
17  A.  That is methamphetamine.
18  Q.  And how do you recognize that as
19  methamphetamine?
20  A.  By its appearance and training and
21  experience, it shows that it probably was
22  methamphetamine.  And it's been tested since then,
23  to confirm that it has been --
24  Q.  Okay.
25  A.  -- determined to be meth.

1072

1  Q.  And was there anything else in that
2  bag?
3  You said, I believe, there was
4  something else?
5  A.  There was the plastic bags there, and
6  also that little -- that little card.
7  Q.  What card?
8  A.  There were two little cards.
9  I think there was a set of scales in
10  there as well.
11  Q.  Okay.  First of all, I would like to
12  show you Government's Exhibit 61.
13  THE COURT:  Sixty-one?
14  MS. LAMPRECHT:  Yes, sir.  That's been
15  marked and admitted, I believe.
16  THE COURT:  It has.
17  BY MS. LAMPRECHT:
18  Q.  Whose gloves -- do you recognize whose
19  gloves there are in that photo?
20  A.  Those are mine.
21  Q.  And what is it that you're holding?
22  A.  That is a set of scales.
23  Q.  And have you seen scales like that
24  before, in your experience?
25  A.  Oh, yes, ma'am.

1073

1  Q.  What are they used for?
2  A.  That is used to weigh the
3  methamphetamine or the drug that is associated
4  with that.
5  Q.  Now, I would like to hand you what's
6  been marked as Exhibit 60.  Do you recognize what
7  is in that exhibit?
8  A.  This is the same set of scales that is
9  shown in the picture.
10  MS. LAMPRECHT:  I would like to move
11  Government's Exhibit 60 into evidence, Your Honor,
12  and let Detective Christensen hold it up for the
13  jury.
14  THE COURT:  It's already been admitted.
15  MS. LAMPRECHT:  Oh, it's been admitted?
16  THE COURT:  Yes.
17  BY MS. LAMPRECHT:
18  Q.  Do you just want to show them, so they
19  know what it is that they --
20  A.  (Witness complied.)
21  Q.  Now, I would like to show you
22  Government's Exhibit 58.
23  A.  Yes, ma'am.
24  Q.  And what is that?
25  Do you recognize what's in that

1074

1 exhibit?

2     A.  It was a smaller bag that I believe
3 contained methamphetamine, that was also in the
4 bottom of that, this black lunchbox.

5     MS. LAMPRECHT:  And at this time I would
6 like to move Government's Exhibit 58 into evidence
7 and show it to the jury.

8     THE COURT:  Any objection?

9     MS. BERGLUND:  No objection.

10     MR. BORTON:  None, Your Honor.

11     MR. HEINEMAN:  No objection, Your Honor.

12     THE COURT:  Exhibit 58 will be admitted and
13 now published to the jury.

14         (Exhibit No. 58 admitted.)

15 BY MS. LAMPRECHT:

16     Q.  And finally, I would like to show you
17 what's been marked as Government's -- well, at
18 least next I would like to show you what's been
19 marked as Government's Exhibit 53.  Do you
20 recognize what's in that exhibit?

21     A.  It appears to be methamphetamine to me,
22 yes, ma'am.

23     Q.  Do you -- do you know where that
24 methamphetamine came from?

25     A.  After I seized that there, I turned it

1075

1 over to Detective Stennett to take care of, so I
2 didn't see it after the process of seizing it at
3 the residence.  I know the process that the state
4 police uses, but I had nothing to do with it after
5 that.

6     Q.  Okay.  But -- so does that
7 methamphetamine in that bag look like the
8 methamphetamine when you saw it at the house?

9     A.  It does.

10     Q.  Has it changed at all in consistency?

11     A.  In the consistency, no.

12     Q.  Okay.  So it's the same?

13     A.  Yes, ma'am.

14     Q.  And you say -- when you found the
15 methamphetamine that you saw in, say, Exhibit, I
16 believe, 57, what did you do with that
17 methamphetamine?

18     A.  It was photographed and then turned
19 over for collection with our -- our evidence
20 collection person, Danielle Johnson, as well.  And
21 then once it's collected there, it's taken back to
22 our office and processed by our case officer.

23     Q.  And that would be Detective Stennett?

24     A.  Yes.

25     Q.  Now, you said that you went back and

1076

1 found something else of evidentiary significance
2 in the house.

3     A.  Yes, I did.

4     Q.  Where were you looking when you found
5 that?

6     A.  I was in the -- I went back into the
7 living room portion of the trailer house there,
8 and I just happened to look into a set of shoes.

9     Q.  And what did the shoes look like?

10     A.  They were Nike tennis shoes.  I believe
11 they were either orange or red and -- red and
12 white in color.

13     Q.  I would like to show you what's been
14 marked as Government's Exhibit 62.  Do you
15 recognize what's in that photograph?

16     A.  Yes, I do.

17     MS. LAMPRECHT:  And it's been previously
18 admitted, I believe.

19     THE COURT:  It has.

20     MS. LAMPRECHT:  It's not up on the screen,
21 Your Honor.

22     THE COURT:  Oh, I'm sorry.  I thought it
23 was.

24     MS. LAMPRECHT:  Thank you.

25 BY MS. LAMPRECHT:

1077

1     Q.  And did you count the money that was
2 next to the shoe?

3     A.  Yes, I did.

4     Q.  How much was it?

5     A.  There were $300 tucked into that shoe.

6     Q.  And since we're on money, did you
7 participate in counting the money that you found
8 in the black bag?

9     A.  Yes, I did.

10     Q.  How many people actually worked
11 together to count that money?

12     A.  I couldn't honestly tell you.  Several
13 people helped count that.

14     Q.  Is that customary?

15     A.  Yes, it is.

16     Q.  And what is the reason for that?

17     A.  To ensure that we have a proper count
18 of the money and to ensure that all of the money
19 stays there.

20     Q.  Were you -- when you were present
21 counting the money, did you reach a unanimous
22 total for the money that you counted that came out
23 of the black bag?

24     A.  Yes, ma'am.

25     Q.  Do you remember how much that was?

1078

1    **A.** I believe it was roughly $24,000,
2    24,020, I believe.
3    **Q.** And finally, did you search any other
4    area of the house?
5    **A.** I searched in the kitchen area of the
6    trailer house as well.
7    **Q.** Did you find anything of significance
8    in the kitchen?
9    **A.** In the left kitchen sink -- of the
10   cabinet to the left -- or the drawer to the left
11   of the sink, I found some receipts.
12   **Q.** First, I would like to show you what's
13   been marked as Government's Exhibit 33A.
14   THE COURT: Thirty-three A?
15   MS. LAMPRECHT: Thirty-three A, and not
16   admitted, Your Honor. And we're also going to
17   hand Detective Christensen the actual physical
18   item.
19   THE WITNESS: Yes, ma'am.
20   BY MS. LAMPRECHT:
21   **Q.** Do you recognize that?
22   **A.** That is -- 33A is one portion of
23   paperwork that I found in that -- in that drawer.
24   **Q.** One portion of -- I'm sorry, a what?
25   **A.** It is one portion of the paperwork that

1079

1    I found in that drawer. It was actually stapled
2    to another piece of paper.
3    **Q.** Okay. And what did you recognize that
4    to be?
5    **A.** It is a transfer, a Wells Fargo
6    transfer form or money transfer form.
7    MS. LAMPRECHT: I would like to move
8    Government's Exhibit 33A into evidence,
9    Your Honor.
10   THE COURT: Any objection?
11   MS. BERGLUND: No objection.
12   MR. BORTON: None, Your Honor.
13   MR. HEINEMAN: No objection, Your Honor.
14   THE COURT: 33A will be admitted.
15   (Exhibit No. 33A admitted.)
16   BY MS. LAMPRECHT:
17   **Q.** And now I would like to have you look
18   at 33B, which we can put up on the screen. And I
19   believe you also have that in front of you. Do
20   you?
21   **A.** I do.
22   THE COURT: I'm sorry. What, 33B?
23   MS. LAMPRECHT: Yes, sir.
24   THE WITNESS: Yes, ma'am.
25   BY MS. LAMPRECHT:

1080

1    **Q.** Is that the -- how do you recognize
2    33B?
3    **A.** This is the second portion of the
4    paperwork that was put together, that I found in
5    that drawer on the left side of the sink.
6    **Q.** And did you say that they were stapled
7    together?
8    **A.** They were, yes.
9    **Q.** And what do you recognize this to be?
10   **A.** This is also a receipt from Wells Fargo
11   for a money transfer.
12   **Q.** And would that receipt relate to 33A in
13   any way?
14   **A.** Yes, it would.
15   **Q.** How does it relate?
16   **A.** It is actually -- it was stapled to the
17   other one, 33A, and it also has the same amount of
18   monetary amount on it of $1,000.
19   MS. LAMPRECHT: I would like to move
20   Government's Exhibit 33B into evidence at this
21   time, Your Honor.
22   THE COURT: Any objection?
23   MS. BERGLUND: No objection.
24   MR. HEINEMAN: No objection, Your Honor.
25   MR. BORTON: None, Your Honor.

1081

1    THE COURT: Thirty-three B will be admitted
2    and published to the jury.
3    (Exhibit No. 33B admitted.)
4    BY MS. LAMPRECHT:
5    **Q.** What is the date on that receipt,
6    Detective Christensen?
7    Is there one?
8    **A.** Yes, ma'am, there is. It is January
9    23rd, 2012.
10   **Q.** And going back to Exhibit 33A, what is
11   the date on that exhibit?
12   **A.** It is January 23rd, 2012.
13   **Q.** And is there a name of a person who
14   sent this money transfer order?
15   **A.** Yes, ma'am, there is.
16   **Q.** And would you take your finger and
17   highlight that name by drawing a circle on the
18   screen around it?
19   **A.** I can try.
20   THE COURT: Touch the screen with your --
21   MS. LAMPRECHT: You have to touch the
22   screen.
23   THE WITNESS: (Witness complied.)
24   BY MS. LAMPRECHT:
25   **Q.** Okay. And does that form also have the

1082

1  date on it?
2      A.  It does.
3      Q.  And would you highlight the date,
4  please.
5      A.  (Witness complied.)
6      Q.  And is the amount on that form the same
7  as the amount on the receipt?
8      A.  It is.
9      Q.  Okay.  And would you highlight the
10  amount on that money transfer?
11      A.  It would have to be moved down.
12      Q.  Okay.
13      A.  There it is.
14      (Witness complied.)
15      MS. LAMPRECHT:  Thank you.
16      I have no further questions at this
17  time, Your Honor.
18      THE COURT:  Cross-examination.
19      MS. BERGLUND:  No, Your Honor.
20      MR. BORTON:  None, Your Honor.
21      THE COURT:  Mr. Heineman.
22      MR. HEINEMAN:  I have just kind of one
23  question.
24          CROSS-EXAMINATION
25  BY MR. HEINEMAN:

1083

1      Q.  Possibly I didn't hear you correctly.
2  Did you say there was a round in the chamber or
3  not in the chamber?
4      A.  It was not in the chamber.
5      Q.  Okay.  But you said because it was not
6  in the chamber, it was ready to fire?
7      A.  No.  I said because -- the gun was
8  actually loaded.  It had all the rounds in the --
9      Q.  Yes.  I remember that.
10      A.  -- magazine, making it -- it's
11  prepared.  All you have to do is pull the lever
12  back and release it to slide back and it is ready
13  to fire.
14      Q.  But there was not a round in the
15  chamber?
16      A.  There was not one in the chamber.
17      Q.  So you would have to first get a bullet
18  up there before it would fire?
19      A.  Yes.
20      Q.  Okay.
21      MR. HEINEMAN:  Thank you.  That's all I want
22  to know.
23      THE COURT:  All right.  Thank you.
24          Redirect?
25      MS. LAMPRECHT:  No redirect, Your Honor.

1084

1      THE COURT:  Sergeant Christensen, you may
2  step down.  Thank you.
3      Call your next witness.
4      MS. LAMPRECHT:  The government calls
5  Detective Gene Wunsch.
6      I think we probably need to take the
7  evidence off the stand.
8      THE COURT:  Mr. Severson, if you would.
9      Detective Wunsch, would you please step
10  before Ms. Gearhart, be sworn as a witness and
11  then follow her directions from there.
12          GENE WUNSCH,
13  having been first duly sworn to tell the whole
14  truth, testified as follows:
15      THE CLERK:  Please state your complete name
16  and spell your name for the record.
17      THE WITNESS:  Gene Wunsch, W-U-N-S-C-H.
18      THE COURT:  You may inquire of the witness.
19          DIRECT EXAMINATION
20  BY MS. LAMPRECHT:
21      Q.  How are you employed?
22      A.  With the Idaho State Police
23  investigation unit.
24      Q.  How long -- well, what investigation
25  unit is that?

1085

1      A.  It's a narcotic investigation unit.
2      Q.  And how long have you been with the
3  narcotics investigation unit?
4      A.  I have worked with the state police
5  narcotic investigation unit for seven years now.
6  I have a total of 22 years in law-enforcement
7  experience.
8      Q.  What did you do before you joined the
9  narcotics investigation unit?
10      A.  I started my career with the Gem County
11  Sheriff's Department, worked up through patrol
12  into narcotic investigations there.  In 1998, I
13  transferred to the Idaho State Police patrol
14  division.  And in 2006 I became an Idaho State
15  Police narcotic investigator.
16      Q.  What is your title with the Idaho State
17  Police?
18      A.  Detective.
19      Q.  Now, I would like to direct
20  your -- well, have you had any specialized
21  training in narcotics and police work since
22  you -- in your 22 years?
23      A.  Yes.  I have over 2,600 hours of
24  POST-accredited hours in law enforcement training,
25  to include clan lab investigation, crime-scene

1086

1  investigation, manufacturing of methamphetamine,
2  and patrol activities of the sort.
3      Q.  So I would like to now direct your
4  attention to May 16th of 2012.  Were you assisting
5  other members of your unit on a search?
6      A.  Yes, I was.
7      Q.  And I would like to show you what's
8  been marked as Government's Exhibit 2, which would
9  come up on your screen.  Do you recognize what's
10 in that photograph?
11     A.  Yes.  That is the Trailer No. 10 that
12 we conducted a search warrant and searched.
13     Q.  That was on May 16th of 2012?
14     A.  Yes, it was.
15     Q.  And were you assigned to any particular
16 area of that trailer to search?
17     A.  Initially I was assigned the back
18 bedroom or the far east bedroom of the residence.
19     Q.  And what did you search after that?
20     A.  I assisted just cleaning up other
21 search areas that people were helping with.
22     Q.  Okay.  So in the back bedroom,
23 what -- let's start with what did you find?
24     A.  I found two firearms, a box of
25 ammunition, and a bag of paperwork in the back

1087

1  bedroom, along with some other computers and cell
2  phones.
3      Q.  Let's start with firearms.  Where did
4  you find the firearms?
5      A.  They were in the top -- if you're
6  facing the closet -- left corner of the back
7  bedroom closet.
8      Q.  And what kind of firearms were they?
9      A.  They were .22 magnum Derringers,
10 two-shot.  There were two of them.
11     Q.  I would like to show you what's been
12 marked as Government's Exhibit 20.
13     MS. LAMPRECHT:  And not admitted,
14 Your Honor.
15     THE COURT:  Yes.
16 BY MS. LAMPRECHT:
17     Q.  Do you recognize what's in that
18 photograph?
19     THE COURT:  It's not up yet.
20     MS. LAMPRECHT:  I'm sorry.  It's not up yet.
21 BY MS. LAMPRECHT:
22     Q.  How about Government's Exhibit 22.
23     A.  Yes.  Those were the two Derringers I
24 removed from the closet.
25     Q.  Whose glove is that, that those

1088

1  Derringers are on?
2      A.  Mine.
3      Q.  Do those Derringers have serial numbers
4  on them?
5      A.  Yes, they do.
6      Q.  Would you point to the serial number on
7  the top gun and show the jury just where it's
8  located.
9      A.  I don't know how that quite works.
10     Q.  You have to touch the screen to make it
11 show up.
12     A.  (Witness complied.)
13     Q.  Can you read that serial number?
14     A.  From here, no, I can't.
15     Q.  Okay.
16     THE COURT:  Can you zoom in?
17 BY MS. LAMPRECHT:
18     Q.  And as far as the other Derringer, can
19 you see the serial number on that one in that
20 photograph?
21     A.  No.  The serial number is on the other
22 side of the weapon itself.
23     Q.  Okay.  Where were those guns when you
24 found them?
25     A.  They were in the top left corner of the

1089

1  closet, under some clothing articles.
2      Q.  I would like to now show you the actual
3  physical items, Government's Exhibits 21 and 23.
4      MS. LAMPRECHT:  Oh, I'm sorry.  I thought
5  that was in.
6      I would like to move this into
7  evidence, Your Honor, Government's Exhibit 22, and
8  show the jury.
9      THE COURT:  Any objection?
10     MS. BERGLUND:  No objection.
11     MR. BORTON:  None, Your Honor.
12     MR. HEINEMAN:  None, Your Honor.
13     THE COURT:  Wait.  Twenty-two or twenty?
14     MS. LAMPRECHT:  Twenty-two.
15     THE COURT:  Twenty-two was admitted.
16     MS. LAMPRECHT:  That's what I thought.  I'm
17 sorry.
18     THE COURT:  So 22 has been admitted.
19 BY MS. LAMPRECHT:
20     Q.  So would you show the jury again,
21 because I thought -- never mind.
22     Would you show the jury again where the
23 serial number is on the top gun?
24     A.  It is located on the left side, just to
25 the rear of the trigger, right where the yellow is

1090

1 there.
2      Q.  And on the second gun, the serial
3 number would be underneath, you said?
4      A.  Correct, the same location, just on the
5 other side of the firearm.
6      Q.  Okay.  Now I would like to show you,
7 first of all, Exhibit 21.  Do you have that in
8 front of you?
9      A.  I do, yes.
10      Q.  And what is that?
11      A.  It's a box.  Do you want me to open it
12 up?
13      Q.  Yes, please.
14      A.  (Witness complied.)  That is one of the
15 Derringers that I located that particular day.
16      Q.  All right.  And looking at that
17 Derringer --
18      THE COURT:  Keep it down until it's actually
19 admitted, if you would.
20      Go ahead.
21 BY MS. LAMPRECHT:
22      Q.  Looking at that Derringer, can you tell
23 if it's one of the guns that's in the photograph
24 that's on Exhibit 22?
25      A.  Yes, it is.

1091

1      Q.  And how can you tell that?
2      A.  The chain of custody on it and the
3 serial number was recovered in the report of
4 Detective Stennett.
5      Q.  What is -- can you see the serial
6 number on that gun?
7      A.  I can.
8      Q.  You cannot?
9      A.  I can, yes.
10      Q.  You can?
11      A.  Yes.  I can see the one on -- in my
12 hand.
13      Q.  What is the serial number on
14 Government's Exhibit 21?
15      A.  It's 241111.
16      MS. LAMPRECHT:  I would like to move
17 Government's Exhibit 21 into evidence.
18      THE COURT:  Any objection?
19      MS. BERGLUND:  No objection.
20      MR. BORTON:  None, Your Honor.
21      MR. HEINEMAN:  No objection, Your Honor.
22      THE COURT:  Twenty-one is admitted and may
23 be published to the jury by showing it to them
24 now, if you wish.
25      (Exhibit No. 21 admitted.)

1092

1 BY MS. LAMPRECHT:
2      Q.  I would now like to you to look at
3 Government's Exhibit 23.  Do you recognize what's
4 in Government's Exhibit 23?
5      A.  Yes.  It's the second Derringer that I
6 located that day.
7      Q.  And when you look at that exhibit, are
8 you able to see the serial number?
9      A.  Yes, I am.
10      MS. LAMPRECHT:  I would like to move
11 Government's Exhibit 23 into evidence.
12      MS. BERGLUND:  No objection.
13      MR. BORTON:  None, Your Honor.
14      MR. HEINEMAN:  No objection, Your Honor.
15      THE COURT:  Exhibit 23 is admitted and also
16 may now be shown to the jury.
17      (Exhibit No. 23 admitted.)
18 BY MS. LAMPRECHT:
19      Q.  And what is the exhibit number on
20 Government's Exhibit -- the serial number on
21 Government's Exhibit 23?
22      A.  It is 491605.
23      Q.  Now, when you found those guns, what
24 condition were they in?
25      A.  They were closed and laying in the

1093

1 closet.
2      Q.  Did they have anything in them?
3      A.  No.  They were empty.
4      Q.  Did you find any ammunition for those
5 guns?
6      A.  Yes, I did.
7      Q.  And where did you find that ammunition?
8      A.  In the same location of the firearms,
9 in the top shelf of the closet.
10      Q.  Okay.  First, I would like to show you
11 Government's Exhibit 24A, which is a photograph
12 that I don't believe has been admitted.
13      Do you recognize what's in that photo?
14      A.  Yes.
15      Q.  What is that?
16      A.  It's a partial box of .22 magnum
17 ammunition manufactured by Hornady.
18      Q.  And where was this particular item
19 found?
20      A.  In the same area as the guns, in the
21 top closet there.
22      Q.  And do you have experience with
23 firearms?
24      A.  Yes, I do.
25      Q.  Do you know what guns those bullets

1094

1 would fit?

2     A.  They will fit these Derringers right

3 here.

4     Q.  Fit the Derringers?

5     A.  Yes, they will.

6     Q.  I thought you said "characters."

7     A.  Derringers.

8     Q.  Derringers, thank you.

9          And those particular bullets, is there

10 anything unusual about them?

11     A.  No.  They're just .22 magnum Hornady

12 ammunition.

13     Q.  How many bullets -- well, were you able

14 to actually see this item?

15          When you searched, of course; you

16 didn't see the picture.

17     MS. LAMPRECHT:  Can you show the witness

18 Government's Exhibit 24.

19 BY MS. LAMPRECHT:

20     Q.  Were you able to tell how many bullets

21 were in this case when you looked at it?

22     A.  Yes.  I counted them.

23     Q.  How many were there?

24     A.  There is 30 of them in that particular

25 box.

1095

1     Q.  And the item you're looking at now,

2 Government's Exhibit 24, does that have any

3 relation to the photo 24A that you just saw?

4     A.  It's the same.

5     Q.  And what is it?

6     A.  There are 30 rounds of .22 magnum

7 ammunition manufactured by Hornady.

8     MS. LAMPRECHT:  Move Government's Exhibit 24

9 into evidence, Your Honor.

10     THE COURT:  Any objection?

11     MS. BERGLUND:  No objection.

12     MR. BORTON:  None, Your Honor.

13     MR. HEINEMAN:  No objection, Your Honor.

14     THE COURT:  Exhibit 24 will be admitted.

15          Counsel, I'll note that there was a

16 motion in limine filed concerning these matters.

17 No objections are waived, since that was raised on

18 the first day of trial.  I just wanted to note

19 that for the record.

20          In any event, Exhibit 24 will be

21 admitted.

22          (Exhibit No. 24 admitted.)

23     MS. LAMPRECHT:  Was 24A up on the screen?

24          I'm sorry.  I thought I moved 24A in,

25 but I'm not sure.

1096

1     THE COURT:  I don't think it was moved for

2 admission, but perhaps I'm mistaken.  Let's take

3 care of it now.

4     MS. LAMPRECHT:  I apologize.  I would like

5 to move 24A in and show it to the jury.

6     THE COURT:  Is there any objection?

7     MS. BERGLUND:  No objection.

8     MR. BORTON:  No, Your Honor.

9     MR. HEINEMAN:  No objection, Your Honor.

10     THE COURT:  Twenty-four A will be admitted.

11          (Exhibit No. 24A admitted.)

12 BY MS. LAMPRECHT:

13     Q.  And 24A, you have testified those are

14 the bullets that are in --

15     MR. HEINEMAN:  Objection --

16 BY MS. LAMPRECHT:

17     Q.  -- Government's Exhibit 24?

18     MR. HEINEMAN:  -- asked and answered.

19     THE COURT:  Just a moment.

20          It's been asked and answered?

21     MR. HEINEMAN:  Yes.

22     MS. LAMPRECHT:  I'm just clarifying, Your

23 Honor.

24     THE COURT:  It has been.  Let's move on.

25     MS. LAMPRECHT:  Well, they didn't get to see

1097

1 it before.  That's why I'm clarifying it.

2 BY MS. LAMPRECHT:

3     Q.  And would you hold up Government's

4 Exhibit 24 for the jury?

5     A.  (Witness complied.)

6     Q.  Now, I believe you said you found

7 something else in that back bedroom that maybe had

8 evidentiary value or significance?

9     A.  Yes.  There was a white plastic bag

10 that had -- we call it indicia, but it shows names

11 and paperwork, basically, with names, addresses.

12 There were some bank statements, some receipts

13 with different names on there that I felt were

14 important for the case, so we seized those as

15 well.

16     Q.  And have you been through those papers

17 and have you looked at certain items that came out

18 of that bag that you thought had evidentiary

19 significance?

20     A.  Yes, I have.

21     MR. HEINEMAN:  Your Honor, can I ask for a

22 sidebar at this time --

23     THE COURT:  Yes.

24     MR. HEINEMAN:  -- regarding my earlier

25 motion?

1098

1 THE COURT: Give me just a moment, Counsel.

2 Well, go ahead and approach.

3 (Sidebar commences as follows:)

4 THE COURT: Mr. Heineman.

5 MR. HEINEMAN: Yes. This is kind of

6 concerning what I was worried about before. It

7 seems like we have already had previous testimony

8 about them buying guns, they had the guns. They

9 have identified the guns.

10 I think we're just going to keep going

11 on about guns, guns, guns, and I -- it's getting

12 to point where it's, really, to me becoming more

13 distracting and possibly confusing to the jury

14 that, you know, guns are the conspirators, not

15 whether it's drugs or anything else.

16 THE COURT: Ms. Lamprecht, are we done with

17 the firearm testimony?

18 MS. LAMPRECHT: Yes, sir.

19 THE COURT: You don't intend to get into it

20 any further?

21 MS. LAMPRECHT: No.

22 THE COURT: All right. Maybe that takes

23 care of it.

24 MR. HEINEMAN: Not going to enter any more

25 exhibits?

1099

1 MS. LAMPRECHT: Not with firearms.

2 MR. HEINEMAN: Not with an ATF form or --

3 MS. LAMPRECHT: Oh, I do have ATF forms --

4 MR. HEINEMAN: -- nothing on multiple sales,

5 anything of that --

6 MS. LAMPRECHT: -- that just support the

7 testimony that he bought the firearms. All they

8 show is that he bought the firearms on February

9 8th, like the witness testified, as corroboration.

10 THE COURT: All right. Well, if we're

11 getting into that -- the reason I made the comment

12 I did, Mr. Heineman, is so -- you filed a motion

13 in limine --

14 MR. HEINEMAN: Right.

15 THE COURT: -- which I denied, and you have

16 got a continuing objection, even though you are

17 not specifically to each item. I didn't want you

18 to -- I didn't want the record to suggest that you

19 had waived in any way your objections, so you can

20 preserve that on appeal. Okay?

21 All right.

22 MS. LAMPRECHT: Also, Your Honor, with

23 respect to the forms, we're going to introduce

24 those through Detective Stennett. Counsel has

25 already stipulated under 902.11 that they're

1100

1 business records and that they can come in.

2 THE COURT: Well, I think those -- I thought

3 they came in.

4 MS. LAMPRECHT: I haven't shown the ATF

5 forms yet, no, that show the purchase, the actual

6 date of the purchase.

7 THE COURT: All right. Well, we'll just

8 have to deal with that. I mean, I don't know -- I

9 thought those exhibits were admitted; but if not,

10 we'll deal with that as they come out.

11 MS. LAMPRECHT: Counsel has agreed,

12 stipulated, that they're admissible under 902.11.

13 THE COURT: Okay. I thought we admitted

14 them on the first day of trial, but maybe I'm

15 wrong.

16 MS. LAMPRECHT: I don't think so.

17 THE COURT: I don't know what we're talking

18 about, but we'll deal with it when we get there.

19 Okay?

20 MS. LAMPRECHT: Do you want me to let you

21 know before it comes up?

22 THE COURT: We'll just deal with it the way

23 we normally do. Okay?

24 MS. LAMPRECHT: Okay. I understand --

25 MS. BERGLUND: It wasn't stipulated as to

1101

1 how --

2 (Simultaneous discussion.)

3 MS. LAMPRECHT: Right.

4 THE COURT: Okay.

5 (Sidebar concluded.)

6 THE COURT: Ms. Lamprecht.

7 MS. LAMPRECHT: Yes.

8 BY MS. LAMPRECHT:

9 Q. I was talking about the white plastic

10 bag and the paper you found inside. And I would

11 like you -- I'm going to have you look at the

12 following exhibits, so maybe the case agent can

13 hand them to you. And we're also going to show

14 them up on the screen. These are 30A, 30B, 30C,

15 32A, 32B, 32C, 32D, 34A, -B and -C, and 35A, -B

16 and -C.

17 So starting with Exhibit 30A --

18 MS. LAMPRECHT: And I don't believe any of

19 these have been --

20 THE COURT: Just a moment. So we're

21 now -- 30A, -B, and -C. Well, let's just deal

22 with them one at a time.

23 MS. LAMPRECHT: Okay. What we have -- these

24 documents are -- the photographs and the documents

25 bear the same exhibit number. So I would like to

1102

1  start with Government's Exhibit 30A.
2  BY MS. LAMPRECHT:
3      Q.  Is that a document that you found in
4  the white plastic bag?
5      A.  Yes, it is.
6      Q.  And --
7      MS. LAMPRECHT:  I would like to move it into
8  evidence, Your Honor.
9      THE COURT:  Any objection?
10     MS. BERGLUND:  No objection.
11     MR. BORTON:  None, Your Honor.
12     MR. HEINEMAN:  No objection.
13     THE COURT:  Exhibit 30A is admitted.
14         Do you wish to have it published to the
15  jury?
16     MS. LAMPRECHT:  Yes, sir.  Thank you.
17         (Exhibit No. 30A admitted.)
18  BY MS. LAMPRECHT:
19     Q.  What is Exhibit 30A?
20     A.  It's a retail vehicle purchase contract
21  from JZ Auto Sales.
22     Q.  For what kind of car?
23     A.  A 2003 Lincoln Navigator.
24     Q.  And who was the purchaser?
25     A.  Jesus Guadalupe Sanchez.

1103

1      Q.  Does that exhibit show how much he paid
2  for it?
3      A.  The cash price for the vehicle and
4  accessories was $12,995.  The total after taxes
5  and title was 13,988 -- or $13,988.70.
6      Q.  And does it show that he made a cash
7  down payment?
8      A.  Yes, $4,000 down payment, cash.
9      Q.  Okay.
10         I would like to now show you what's
11  been marked as Government's Exhibit 30B.  Where
12  did you find that document?
13     A.  In the same stack of paperwork, it
14  looks like.
15     Q.  And does that relate to 30A?
16     A.  Yes, it does.
17     MS. LAMPRECHT:  I would like to move Exhibit
18  30B into evidence, Your Honor.
19     THE COURT:  Any objection?
20     MS. BERGLUND:  No objection.
21     MR. BORTON:  No, Your Honor.
22     MR. HEINEMAN:  No objection.
23     THE COURT:  30B will be admitted.
24         (Exhibit No. 30B admitted.)
25     MS. LAMPRECHT:  And publish it to the jury.

1104

1  Thank you.
2  BY MS. LAMPRECHT:
3      Q.  And is that related to 30A?
4      A.  Yes, it is.
5      Q.  What is it?
6      MR. HEINEMAN:  Objection, foundation.  Does
7  he know it's related?
8      THE COURT:  Let's establish a foundation
9  that the witness recognizes the document before he
10  testifies as to what it is.
11  BY MS. LAMPRECHT:
12     Q.  Do you recognize that document?
13     A.  Yes, I do.  It came out of the same
14  stack of paperwork that --
15     THE COURT:  Well, I probably misspoke.  What
16  I meant is that he recognizes the legal
17  significance.  In other words --
18  BY MS. LAMPRECHT:
19     Q.  Do you recognize --
20     THE COURT:  -- I mean, not everyone --
21  BY MS. LAMPRECHT:
22     Q.  -- how that document relates to Exhibit
23  30A?
24     A.  Yes, I do.
25     Q.  What is it?

1105

1      A.  It's the same vehicle on 30A that
2  they're talking about in 30B.
3      Q.  And is the purchaser's name also on
4  30B?
5      A.  Yes, it is.
6      Q.  And where is that?
7      A.  It's on the left lower portion of the
8  report.
9      Q.  Okay.  Would you take your finger and
10  draw on the screen where you see that.
11     A.  (Witness complied.)  Just above that
12  yellow line.
13     Q.  And finally, I would like you to look
14  at Exhibit 30C.  Do you recognize that document?
15     A.  I do recognize that document.  I don't
16  see it here, though.
17     THE COURT:  Well, look at it on the screen.
18     THE WITNESS:  Yes, I'm looking at it on the
19  screen.
20  BY MS. LAMPRECHT:
21     Q.  Okay.  Do you recognize that?
22     A.  Yes, I do.
23     Q.  And where did that come from?
24     A.  It came from the same stack of papers
25  in the white plastic bag, out of the closet.

1106

1 MS. LAMPRECHT: I would like to move it into
2 evidence as Government's Exhibit 30C, Your Honor.
3 THE COURT: Any objection?
4 MS. BERGLUND: No objection.
5 MR. BORTON: No objection, Your Honor.
6 MR. HEINEMAN: No objection, Your Honor.
7 THE COURT: 30C will be admitted and
8 published to the jury.
9 (Exhibit No. 30C admitted.)
10 BY MS. LAMPRECHT:
11 Q. And now I would like to show you what's
12 been marked as Government's Exhibit 32A. Do you
13 recognize that document?
14 A. Yes, I do. It came from the same stack
15 of papers out of the white bag.
16 Q. Okay.
17 MS. LAMPRECHT: And I would like to move
18 Government's Exhibit 32A into evidence,
19 Your Honor.
20 THE COURT: Any objection?
21 MS. BERGLUND: None.
22 MR. BORTON: No objection.
23 MR. HEINEMAN: No objection, Your Honor.
24 THE COURT: Thirty-two A will be admitted
25 and published to the jury.

1107

1 (Exhibit No. 32A admitted.)
2 BY MS. LAMPRECHT:
3 Q. And what is Government's Exhibit 32A?
4 A. It's a Wells Fargo ExpressSend service.
5 Q. And I would like to now have you look
6 at Government's Exhibit 32B. Do you recognize
7 that document?
8 A. Yes. It's a receipt that I found in
9 that same bag.
10 MS. LAMPRECHT: I would like to move
11 Government's Exhibit 32B into evidence,
12 Your Honor.
13 THE COURT: Any objection?
14 MS. BERGLUND: No objection.
15 MR. BORTON: Your Honor, I object, I guess
16 for the sense of relevance. I'm not sure if
17 that's been established.
18 THE COURT: Ms. Lamprecht, do you intend to
19 tie this in, in some fashion?
20 MS. LAMPRECHT: I intend to make it relevant
21 once it's in evidence and I can talk about it,
22 yes, sir.
23 THE COURT: Well, we need to know --
24 MS. LAMPRECHT: Let me ask -- let me ask
25 before it's shown to the jury.

1108

1 THE COURT: Yes.
2 BY MS. LAMPRECHT:
3 Q. What is the significance
4 between -- first of all, what is the significance
5 between the dates on 32B and 32A?
6 A. They were the same dates that the 32A,
7 being a Global Remittance Service Agreement, was
8 dated the same day that the receipt on 32B was.
9 Q. Okay. And does the receipt show an
10 account number into which something was deposited?
11 A. Yes, it does. It shows the last four
12 of the account number.
13 Q. And is that account number also on
14 Exhibit 32A?
15 THE COURT: Can you bring 32A up?
16 MS. LAMPRECHT: Excuse me?
17 THE COURT: I asked if you could bring up
18 Exhibit 32A --
19 MS. LAMPRECHT: Oh.
20 THE COURT: -- but that's been done.
21 MS. LAMPRECHT: Okay.
22 THE WITNESS: The last four numbers from 32A
23 and 32B match each other.
24 BY MS. LAMPRECHT:
25 Q. Okay. And where is it on that document

1109

1 that you see that match?
2 A. On 32A, on the back page, middle of the
3 page --
4 THE COURT: Just a moment. All right.
5 Thirty-two A is apparently two pages, and we now
6 have the second page up.
7 BY MS. LAMPRECHT:
8 Q. Would you show -- would you tell the
9 jury where the account number is that's the same.
10 THE COURT: The jury doesn't see the exhibit
11 yet, so --
12 THE WITNESS: Right above the yellow line.
13 MS. LAMPRECHT: Well, 32A has already been
14 moved --
15 THE COURT: I understand. I'm going back
16 and forth and I'm a half step behind. My
17 apologies.
18 MS. LAMPRECHT: No. I'm sorry.
19 BY MS. LAMPRECHT:
20 Q. And that's the second page of 32A?
21 A. Yes.
22 Q. And that's the same account number as
23 is on 30B [sic]?
24 A. The same last four numbers, yes.
25 MS. LAMPRECHT: Okay. I would like to move

1110

1  30B [sic] into evidence at this time.
2       THE COURT: I think it's 32B.
3       MS. LAMPRECHT: Thirty-two B, yes, sir.
4       THE COURT: Is there any objection,
5  Mr. Borton?
6       MR. BORTON: Your Honor, the same relevance
7  question. I don't know if that's been --
8       MR. HEINEMAN: I --
9       THE COURT: Well, I'm going to give -- I
10 assume how this all ties in will be made clear in
11 a moment, or has been made clear and I have
12 forgotten, Ms. Lamprecht.
13 BY MS. LAMPRECHT:
14      Q.  Who is the person who sent the money in
15 Government's Exhibit 32A?
16      A.  Jesus G. Sanchez.
17      Q.  And whose bank account is on Exhibit
18 32A, that's also on Exhibit 32B?
19      MR. HEINEMAN: Objection, foundation.
20      THE COURT: Sustained. We need to know how
21 the witness knows whose bank account it is.
22 BY MS. LAMPRECHT:
23      Q.  Does 32A say whose bank account that
24 belongs to?
25      A.  Yes. It has a customer name, Jesus

1111

1  Sanchez, address, taxpayer ID number, and date of
2  birth.
3       Q.  Okay.
4       THE COURT: Can you blow that up for the
5  jury and for me, so I can see?
6       MS. LAMPRECHT: Yes, sir.
7       THE COURT: All right. I'm going to
8  overrule the objection. Thirty-two B will be
9  admitted, but with objection.
10      (Exhibit No. 32B admitted.)
11 BY MS. LAMPRECHT:
12      Q.  Going back to the first page of --
13      MS. LAMPRECHT: Can we show the jury 32B
14 first?
15      THE COURT: Yes.
16      MS. LAMPRECHT: Thank you.
17 BY MS. LAMPRECHT:
18      Q.  And what is 32B?
19      A.  That is the receipt that was taken out
20 of the bag that has the same last four of the
21 account number.
22      Q.  And what kind of transaction does that
23 show?
24      A.  It's a cash deposit of $1,600.
25      MS. LAMPRECHT: And 32A, the global

1112

1  remittance agreement, could we go back to that?
2  BY MS. LAMPRECHT:
3       Q.  And looking on the left-hand side of
4  that page, towards the bottom, is there an
5  occupation listed for the person who has applied
6  for the Express Global Remittance Agreement?
7       A.  Yes. It says, "Current employer:
8  None. Occupation: Unemployed without income."
9       Q.  Now, I would like to go to Exhibit 33C.
10 I'm sorry, 32C.
11      Does that document also bear the same
12 bank account number as 32A and 32B?
13      A.  (No response.)
14      Q.  If you look under "Remitter
15 information."
16      THE COURT: Is that on the first or second
17 page?
18      MS. LAMPRECHT: It would be on the second
19 page. I'm sorry, Your Honor.
20      THE WITNESS: Yes, it does.
21      MS. LAMPRECHT: No, is it the first page?
22 So it's on the first page. First page.
23      THE WITNESS: It is. I was actually looking
24 for the whole number, not the last four. But it
25 has --

1113

1       MS. LAMPRECHT: Oh, okay.
2       THE WITNESS: -- the last four on there,
3  yes.
4       MS. LAMPRECHT: I would like to move
5  Government's Exhibit 32C into evidence.
6       THE COURT: Any objection?
7       MS. BERGLUND: No objection.
8       MR. BORTON: None, Your Honor.
9       MR. HEINEMAN: No objection, Your Honor.
10      THE COURT: Thirty-two C will be admitted
11 and published to the jury.
12      (Exhibit No. 32C admitted.)
13 BY MS. LAMPRECHT:
14      Q.  And does 32C have the same date as 32A
15 and 32B?
16      MR. HEINEMAN: I have an objection,
17 Your Honor -- it will be an ongoing one -- that
18 the documents can speak for themselves. I don't
19 think it brings any relevance for the officer to
20 read them.
21      THE COURT: Well, as long as the witness has
22 a basis for knowing, I think it's appropriate to
23 have the witness explain to the jury where he
24 obtained the document and can correlate numbers,
25 just to make it more understandable to the jury.

1114

1 So I'll overrule the objection.
2      On the other hand, the witness can't
3 speculate, either.
4      So, Ms. Lamprecht, proceed.
5 BY MS. LAMPRECHT:
6      Q.  Does 32C have the same date as 32A and
7 32B?
8      A.  Yes.
9      Q.  And what is 32C a document for?
10      A.  It's a remittance transfer record from
11 Wells Fargo.
12      Q.  And who made that transfer?
13      A.  The remitter information is Jesus G.
14 Sanchez.
15      Q.  How much did he send?
16      A.  $1,500.
17      Q.  And finally, I would like to ask you to
18 look at Exhibit 32D.  Do you recognize what's in
19 that document?
20      A.  Yes.  It's a receipt that was removed
21 from the plastic bag.
22      Q.  Does that 32D receipt bear the same
23 account number that is on 32A, 32B, and 32C for
24 Wells Fargo?
25      A.  Yes, it does.

1115

1      Q.  And what does 32D show?
2      A.  It's a transaction receipt from Wells
3 Fargo Bank showing that $1,500 was deposited.
4      Q.  Deposited?
5      A.  Or taken out.  I'm sorry.
6      Q.  Withdrawn?
7      A.  Withdrawn, yes.
8      MS. LAMPRECHT:  I would like to move
9 Government's Exhibit 32D into evidence,
10 Your Honor.
11      THE COURT:  Any objection?
12      MS. BERGLUND:  No objection.
13      MR. BORTON:  None, Your Honor.
14      MR. HEINEMAN:  No objection.
15      THE COURT:  Thirty-two D will be admitted.
16      (Exhibit No. 32D admitted.)
17      MS. LAMPRECHT:  Now I would like to show the
18 witness -- you have the documents in front of you.
19 Thank you.
20 BY MS. LAMPRECHT:
21      Q.  Would you just show where the amount of
22 money is that was withdrawn from that account?
23      A.  (Witness complied.)  Oops.
24      THE COURT:  Here, let me -- I'll clear that
25 and you can start over.

1116

1      THE WITNESS:  (Witness complied.)
2 BY MS. LAMPRECHT:
3      Q.  And where the account number is on that
4 receipt?
5      Well --
6      A.  Both of them are just above the yellow
7 lines here.
8      Q.  Thank you.
9      Now, I would like to go to 34A through
10 -C.  If you would take all those documents out and
11 look at them.
12      A.  (Witness complied.)
13      Q.  And first I would like you to -- ask
14 you to look at 34A.  Do you recognize that
15 document?
16      A.  Yes, I do.
17      Q.  Where did it come from?
18      A.  It came from the white plastic bag that
19 I removed from the closet.
20      Q.  How about 34B?
21      A.  The same place.
22      Q.  Thirty-four C?
23      A.  Same place.
24      Q.  And looking at those three documents
25 can you tell if they all involved the same

1117

1 transaction?
2      A.  They appear to, yes.
3      MR. HEINEMAN:  Objection.
4 BY MS. LAMPRECHT:
5      Q.  And what makes them appear to?
6      MR. HEINEMAN:  Objection.  It doesn't -- I
7 think the witness is incompetent to be answering
8 this question.
9      THE COURT:  I appreciate trying to take some
10 shortcuts here, but I think we need to go through
11 and not ask those kind of shotgun questions.
12 They're going to have to be tied together
13 individually.
14 BY MS. LAMPRECHT:
15      Q.  Okay.  Let's start with 34A.  What is
16 34A?
17      A.  It's a Western Union money transfer
18 receipt.
19      Q.  And does that -- does that money
20 transfer show who made the transfer?
21      A.  Yes, it does.
22      MR. HEINEMAN:  Objection.
23 BY MS. LAMPRECHT:
24      Q.  Is it on --
25      MR. HEINEMAN:  Again --

1118

1     THE COURT:  Just a moment.
2     MR. HEINEMAN:  I have an objection.  The
3  questions are requiring him to -- I guess there is
4  handwriting on this and a lot of that is hearsay,
5  to begin with.  And I just don't think he is
6  competent to give a clear answer.
7     THE COURT:  Well, the witness can indicate
8  what name appears at a particular point in the
9  form, but I don't know that he can go beyond that.
10     MS. LAMPRECHT:  I don't believe I was asking
11  beyond that.  I just wondered if there was a
12  name on -- that appeared on the form that shows
13  who made the money transfer.
14     And I believe the witness answered
15  there was.
16     THE COURT:  All right.  The objection is
17  overruled.
18     Proceed.
19  BY MS. LAMPRECHT:
20     Q.  And is there a bank account number on
21  34A that shows what account that money transfer
22  was made from?
23     A.  I don't see a bank account number on
24  34A.
25     Q.  Is there a date that shows when that

1119

1  transfer was made?
2     A.  On 34A, no, I do not see a date.
3     Q.  Okay.
4     MS. LAMPRECHT:  At this time I would like to
5  move Government's 34A into evidence.
6     THE COURT:  Is there any objection?
7     MS. BERGLUND:  No objection.
8     MR. BORTON:  None, Your Honor.
9     MR. HEINEMAN:  Just objection regarding
10  relevance, Your Honor.
11     THE COURT:  Well, Ms. Lamprecht, the
12  relevance is not immediately apparent.  Are you
13  going to be tying this in?
14  BY MS. LAMPRECHT:
15     Q.  Well, is the name of one of the
16  defendants in this case on that document?
17     A.  Yes, it is.
18     Q.  And who is that?
19     A.  Jesus Guadalupe Sanchez.
20     Q.  And is the amount of money that was
21  transferred on that document?
22     A.  Yes, it is.
23     MS. LAMPRECHT:  I would still like to move
24  Government's Exhibit 34A into evidence,
25  Your Honor.

1120

1     THE COURT:  Well -- could you slide over to
2  the next portion of the -- all right.  I'm going
3  to overrule the objection.  I think there is
4  sufficient evidence.  The jury is going to have to
5  decide what they think this is or is not.
6     I hope it's clear to the jury that by
7  my admitting the exhibit, I am not in any way
8  suggesting what, if any, weight you should give to
9  it or what significance it may have.  The jury can
10  make its own determination in that regard.
11     But I think the minimal requirements, I
12  think it's Rule 901, are probably satisfied.  I'll
13  admit the exhibit.  Exhibit 34A will be admitted.
14     (Exhibit No. 34A admitted.)
15  BY MS. LAMPRECHT:
16     Q.  Now I would like to --
17     THE COURT:  Counsel, we're going to take a
18  break in the next five-plus minutes.  I'll give
19  you some leeway.  If we can get through 34B and
20  -C --
21     MS. LAMPRECHT:  Okay.
22     THE COURT:  -- perhaps that would be
23  advisable.  Otherwise, we can take the recess now.
24     MS. LAMPRECHT:  I don't think it should take
25  that long --

1121

1     THE COURT:  All right.  Let's --
2     MS. LAMPRECHT:  -- but if it does we can
3  always stop.
4     THE COURT:  All right.  Go ahead.
5     MS. LAMPRECHT:  Okay.  I would like to show
6  34A to the jury, so they know what we're talking
7  about.
8  BY MS. LAMPRECHT:
9     Q.  And, obviously, this document says what
10  it is.
11     A.  Yes, it does.
12     Q.  Does it say who sent the money?
13     A.  Yes, it does, under No. 2.
14     Q.  How much was sent?
15     A.  $400.
16     Q.  And I would like to now turn your
17  attention to Government's Exhibit 34B.  And does
18  that document relate to 34A?
19     A.  Yes, it does.  It's the actual printed
20  receipt with the dates and times.
21     Q.  Are the dates the same on the two
22  documents?
23     A.  There is no date on 34A.  This 34B is a
24  continuation --
25     Q.  Okay.

1122

1   A.  -- for the receipt and stuff.
2   Q.  Is the amount the same?
3   A.  Yes, it is.
4   Q.  Is the sender the same?
5   A.  Yes.
6   Q.  Is the receiver the same?
7   A.  Yes.
8       MS. LAMPRECHT:  I would like to move
9   Government's Exhibit 34B into evidence,
10  Your Honor.
11      THE COURT:  Any objection?
12      MS. BERGLUND:  No objection.
13      MR. BORTON:  None, Your Honor.
14      MR. HEINEMAN:  Object again on relevance.
15      THE COURT:  All right.  Exhibit 34B will be
16  admitted.
17      (Exhibit No. 34B admitted.)
18      THE COURT:  Again, ladies and gentlemen, you
19  can decide for yourself what, if any, significance
20  the exhibit has.
21  BY MS. LAMPRECHT:
22      Q.  And so, just very quickly, who is the
23  person sending the money?
24      A.  Jesus Sanchez.
25      Q.  And how much money was sent?

1123

1   A.  $400.
2   Q.  On what date?
3   A.  On February 2nd, 2012.
4   Q.  And -- okay.  And that was a Western
5   Union?
6   A.  Yes, it is.
7   Q.  And I would like to finally show you
8   Exhibit 34C.  What is the date on that document?
9   A.  February 2nd, 2012.
10  Q.  Okay.  And does it show a quantity of
11  money that is similar to the quantity on 34B and
12  34A?
13  A.  Yes, it does.
14  Q.  Is the date the same as on 34B?
15  A.  Yes.
16      MS. LAMPRECHT:  Move Government's Exhibit
17  34C into evidence, Your Honor.
18      THE COURT:  Any objection?
19      MS. BERGLUND:  No objection.
20      MR. BORTON:  No, Your Honor.
21      THE COURT:  Mr. Heineman?
22      MR. HEINEMAN:  Relevance, Your Honor.
23      THE COURT:  All right.  The exhibit will be
24  admitted.
25      (Exhibit No. 34C admitted.)

1124

1       MS. LAMPRECHT:  At this time -- if this
2   would be a fine time to take a break, if
3   Your Honor would like to.
4       THE COURT:  All right.  Let's go ahead and
5   take the second break of the day.  I'll again
6   admonish the jury not to discuss the case among
7   yourselves or with anyone else, nor should you
8   form or express any opinions about the case until
9   it is finally submitted to you.
10      We'll be in recess.
11      (Recess.)
12      (Jury absent.)
13      THE COURT:  For the record, we are convening
14  court outside the presence of the jury.
15      I understood from Mr. Severson that,
16  Mr. Heineman, you had wanted or were requesting
17  that the court give some type of limiting
18  instruction, pointing out the limitations on the
19  use of hearsay evidence under 801(d)(2), I think
20  it's (E), coconspirator statement.
21      Or is it Mr. Borton?
22      MR. BORTON:  Yes, Your Honor.
23      THE COURT:  It's your request.  All right.
24      Mr. Borton, let me -- I assume you're
25  referring to the last clause in Rule 801, which

1125

1   says that the statement must be considered, but
2   does not by itself establish the declarant's
3   authority under Subsection (C), which does not
4   apply.
5       I guess what would be applicable would
6   be the following description of that last
7   paragraph:  "The statement must be considered, but
8   does not by itself establish the existence of the
9   conspiracy or participation in the conspiracy
10  under Subsection (E)."  Is that what you're
11  requesting?
12      MR. BORTON:  That's correct; finishing that
13  language verbatim, "of the declarant and the party
14  against whom the statement is offered."
15      THE COURT:  Well, what I'm going to do is I
16  want you to draft the exact language that you want
17  me to give, share it with counsel, and we'll do it
18  tomorrow morning.
19      MR. BORTON:  Okay.
20      THE COURT:  Generally not because I have
21  given those kind of, I'll use the word granular
22  type instructions, where we get down into that
23  much detail, because I worry it could be more
24  confusing to the jury.
25      They will be instructed, of course,

1126

1  what they need to determine with regard to whether
2  there was or was not a conspiracy.  You know, if
3  there is an agreement among defense counsel to
4  give the instruction, and unless Ms. Lamprecht can
5  come up with authority to the contrary tonight,
6  perhaps I'll give it.  But I need to see the exact
7  language that you want the court to give.  But it
8  should track very carefully and very closely to
9  what we were just suggesting here.
10     Ms. Lamprecht.
11     MS. LAMPRECHT:  I would just respond very
12  briefly, Your Honor.  We're not talking
13  necessarily -- I think maybe counsel is confusing
14  testimony of a witness about what the witness said
15  and admissions the defendant made to him or her
16  with coconspirator statements.
17     The fact that these people are
18  coconspirators and they're testifying does not
19  make their testimony coconspirator statements.
20  And I'm worried if you give that instruction, the
21  jury will not understand that.  That's a rule of
22  evidence.  It doesn't have to do with the
23  testimony at this point that we're hearing in the
24  courtroom.
25     THE COURT:  Well --

1127

1     MS. LAMPRECHT:  They are testifying about
2  statements of other coconspirators, but it's much
3  broader than what counsel is suggesting, and I'm
4  afraid that instruction would be misleading under
5  those circumstances.
6     THE COURT:  Well, the problem is you have
7  multiple defendants here.  So a statement made by
8  Mr. Sanchez, for example, which would appear to be
9  in furtherance of the conspiracy, is not being
10  offered -- it is being offered not only as to the
11  charges against him but also those of the other
12  two defendants on trial.
13     And so virtually every statement
14  attributed to one of the defendants during the
15  course of the conspiracy is being offered not only
16  as an admission by a party opponent, but also as a
17  coconspirator's statements in furtherance of the
18  conspiracy.
19     So I think it does come into play in
20  virtually every statement that has been offered by
21  either one of the defendants or a statement made
22  by any of the other participants in the
23  conspiracy.
24     MS. LAMPRECHT:  Well, if it has to do with
25  statements that the people make from the witness

1128

1  stand, however, even though another person has
2  testified about what they have said, if they said
3  it from the stand, I don't believe it's not a
4  coconspirator statement anymore.  It doesn't come
5  in under that rule; it comes in under their
6  testimony, because it's something that they
7  personally did or said.
8     THE COURT:  Well, we're going to waste a lot
9  of time kind of nitpicking this, and I think until
10  we actually see the instruction it's very hard for
11  us to know what we're dealing with.  I think the
12  instruction does need to be focused upon
13  out-of-court statements, not upon trial testimony.
14  I think --
15     MR. BORTON:  That's the intent, Your Honor,
16  is to almost mirror that language verbatim.
17     THE COURT:  All right.
18     MR. BORTON:  And I'll do so.
19     THE COURT:  Well, let's see what it is.
20     And Ms. Lamprecht, be prepared to argue
21  it tomorrow morning.
22     MS. LAMPRECHT:  I will look for case law.
23  But this is so nebulous with what we're talking
24  about, it covers so much -- I will look and see
25  what I can find, certainly, Your Honor.

1129

1     THE COURT:  All right.  We will take it up
2  tomorrow morning --
3     MR. BORTON:  Thank you.
4     THE COURT:  -- at 8:15.
5     MR. BORTON:  Thank you, Your Honor.
6     THE COURT:  Let's bring the jury in.
7     (Jury present.)
8     THE COURT:  I'll note for the record that
9  the jury is present.
10     Ladies and gentlemen, I apologize for
11  our delay in getting started.  There was a matter
12  that I had to take up with counsel outside your
13  presence.  So it's my problem.  So don't hold that
14  against the attorneys.
15     With that, I believe we were ready to
16  resume the direct examination, Ms. Lamprecht.
17     MS. LAMPRECHT:  I have no further questions
18  of Detective Wunsch, Your Honor.
19     THE COURT:  Ms. Berglund.
20     MS. BERGLUND:  No cross, Your Honor.
21     MR. BORTON:  No, Your Honor.
22     THE COURT:  Mr. Borton?
23     Mr. Heineman.
24     CROSS-EXAMINATION
25  BY MR. HEINEMAN:

1130

1    Q. Detective, on the exhibits that we
2    were -- you were just reading from, there was a
3    name of Elizabeth Hernandez Vega. Did you do any
4    investigation regarding who she was?
5        A. No, I did not.
6        Q. Are you aware that -- if anyone in your
7    investigating group did any background check on
8    her?
9        A. I'm not sure. I don't know what they
10   did or did not do.
11       Q. Okay. And also, there was also the
12   name of Maria de Jesus Beltran Delgado. Did you
13   do any background check on her?
14       A. I personally did not, no.
15       Q. Okay. Are you aware of anybody in your
16   group that did any background check on her?
17       A. Again, I'm not sure if they did or did
18   not.
19       Q. Okay.
20       MR. HEINEMAN: No further questions,
21   Your Honor.
22       THE COURT: Redirect?
23       MS. LAMPRECHT: No, Your Honor.
24       THE COURT: All right. You may step down.
25   Thank you very much, Officer Wunsch.

1131

1        Ms. Lamprecht, you may call your next
2    witness.
3        MS. LAMPRECHT: The government calls
4    Detective Sergeant Robert Boone.
5        THE COURT: Sergeant Boone, would you step
6    before Ms. Gearhart, be sworn as a witness and
7    follow her directions from there.
8            ROBERT BOONE,
9    having been first duly sworn to tell the whole
10   truth, testified as follows:
11       THE CLERK: Please state your complete name
12   and spell your name for the record.
13       THE WITNESS: Robert Boone. Last name is
14   spelled B-O-O-N-E.
15       THE COURT: Ms. Lamprecht, you may inquire
16   of the witness.
17       MS. LAMPRECHT: Thank you, Your Honor.
18           DIRECT EXAMINATION
19   BY MS. LAMPRECHT:
20       Q. How are you employed?
21       A. I am a detective sergeant with the
22   Idaho State Police.
23       Q. How long have you been a detective
24   sergeant?
25       A. Since 2001.

1132

1        Q. And what was your rank before 2001?
2        A. A detective or special agent, depending
3    on which agency they were at the time.
4        Q. What agency -- what other agency were
5    you with?
6        A. I was with -- I was with the department
7    of law enforcement until they became the Idaho
8    State Police.
9            Prior to that, I worked as a detective
10   for the Fort Hall Police Department in eastern
11   Idaho.
12       Q. So how long have you worked as a police
13   officer in one capacity or another?
14       A. Since 1988.
15       Q. And what unit of the Idaho State Police
16   are you a detective sergeant in?
17       A. Specifically narcotics or
18   investigations? I'm not sure exactly what you
19   mean.
20       Q. Is it both?
21       A. Well, I do both in --
22       Q. Okay.
23       A. -- in the current unit that I have.
24       Q. So narcotics and investigations are
25   separate?

1133

1        A. Well, general crimes or violent crimes
2    is a separate kind of set-up than our narcotics
3    units.
4        Q. So you do both of those at this point?
5        A. Yes, ma'am.
6        Q. Have you had special training or
7    experience in your course as a police officer in
8    narcotics and investigations?
9        A. Yes, ma'am, I have.
10       Q. Would you tell the jury some of the
11   experience that you've had, and training?
12       A. Aside from the 20-plus years of job
13   experience, there is -- I have got an advanced
14   POST certificate, supervisory certificate through
15   POST. I have been through the drug commander
16   school put on by DEA. I have been through the
17   federal investigator's academy at Glynco. So
18   substantial amount of hours in training.
19       Q. So as -- in your capacity as a
20   detective sergeant in investigations and narcotics
21   with ISP, do you assist officers that work in that
22   unit with their investigations?
23       A. Yes, ma'am, I do.
24       Q. And directing your attention to May 3rd
25   of 2012, did you assist Detective Stennett with an

1134

1 interview of someone?

2    **A.** Yes, ma'am, I did.

3    **Q.** Where did that interview occur?

4    **A.** At the Ontario Police Department,

5 Ontario, Oregon.

6    **Q.** Who did you want to interview?

7    **A.** Mr. Michael Morris.

8    **Q.** And so what did you do to see if you

9 could get an interview from Mr. Morris?

10    **A.** I contacted Mr. Morris by telephone and

11 asked him if he would come in and talk with us.

12    **Q.** What did he say?

13    **A.** He agreed to, and we met at the Ontario

14 Police Department.

15    **Q.** And that was on May 23rd that you met

16 him?

17    **A.** Yes, ma'am.

18    **Q.** When you met him, before you asked him

19 any questions, what did you do?

20    **A.** Well, I explained to him that he wasn't

21 under arrest nor did I have any intention of

22 arresting him that day. But because of the

23 circumstances and the way we were interviewing him

24 and he was a suspect, that I would need to provide

25 him his rights as per Miranda. So I read him his

1135

1 rights in Miranda.

2    **Q.** And could you tell the jury how you

3 read -- would you do the rights for the jury as

4 you read them to Mr. Morris that day.

5    **A.** So as to be consistent, I --

6    **Q.** Do you have a card that you use?

7    **A.** I do. I have a card that they issue

8 out, so --

9    **Q.** And do you use this card every time you

10 give a suspect his rights?

11    **A.** If I have it with me, I do. And this

12 particular time, I did.

13    **Q.** Okay.

14    **A.** Before you ask [sic] any questions, you

15 must understand your rights.

16        You have the right to remain silent.

17 However, anything which you do say can be used

18 against you in court.

19        You have the right to talk to a lawyer

20 for advice before you're asked any questions, and

21 to have him with you during questioning.

22        You have the right to the advice and

23 presence of a lawyer, even if you cannot afford to

24 hire; and if you are unable to hire a lawyer, one

25 will be appointed for you.

1136

1        If you wish to answer questions or make

2 any statements at this time without a lawyer being

3 present, you have the right to refuse to answer

4 any questions and to have this interview

5 terminated at any time.

6    **Q.** And after you read Mr. Morris his

7 rights, what did you ask him?

8    **A.** I asked him if he knew why we wanted to

9 talk to him.

10    **Q.** Okay. Before we get to that. Do you

11 see the Michael Morris in the courtroom today that

12 you talked to on May 23rd, 2012?

13    **A.** Yes, ma'am.

14    **Q.** And would you state where he is sitting

15 and what he is wearing?

16    **A.** He is wearing a blue shirt. He is

17 sitting about the middle of the defense counsel

18 table, although he has lost a little bit of weight

19 since I saw him.

20    **Q.** Okay.

21    MS. LAMPRECHT: May the record reflect that

22 the witness has identified Michael Morris,

23 Your Honor?

24    THE COURT: The record will so reflect.

25 BY MS. LAMPRECHT:

1137

1    **Q.** Was anyone with you when you spoke with

2 Michael Morris?

3    **A.** Yes. Detective Jess Stennett was with

4 me.

5    **Q.** And so what happened?

6        Oh, and by the way, did you audio- and

7 videotape this interview?

8    **A.** Yes, ma'am, we did.

9    **Q.** And Mr. Morris agreed to talk to you?

10    **A.** He did.

11    **Q.** Did he ask you any questions before he

12 agreed to talk to you?

13    **A.** Not that I recall, specific questions.

14 I don't remember him asking me many questions.

15    **Q.** Okay. Now, how long did you interview

16 Mr. Morris, approximately?

17    **A.** Maybe an hour.

18    **Q.** And I would like -- were there certain

19 parts of those -- that interview where Mr. Morris

20 gave you statements that were pertinent to this

21 case?

22    **A.** Yes, ma'am, there were.

23    **Q.** Okay. And have you looked at the

24 videotape of that interview that you had with

25 Michael Morris?

1138

1    **A.**  I have.

2    **Q.**  And have you separated out certain

3    segments of that tape where Mr. Morris made those

4    statements to you?

5    **A.**  It has been separated.  I personally

6    didn't do the separation itself, but they

7    happened.

8    **Q.**  I would like to show you the first part

9    of that interview that has been separated out,

10   which is Government's Exhibit 74A.

11         Have you reviewed the video --

12   audio-videotape that was made when you interviewed

13   Michael Morris?

14   **A.**  Yes, ma'am, I have.

15   **Q.**  And is all of that tape a fair and

16   accurate representation of what Michael Morris

17   said and what you and Detective Stennett said

18   during that interview?

19   **A.**  Yes, ma'am.

20   **Q.**  Okay.  And the speakers, was there

21   anyone who spoke besides yourself, Detective

22   Stennett and Michael Morris?

23   **A.**  No, ma'am.  I do not believe so.

24   MS. LAMPRECHT:  At this time I would like to

25   move Government's Exhibit 74A in and play it for

1139

1    the jury.

2    THE COURT:  Is there any objection?

3    MS. BERGLUND:  No objection.

4    MR. BORTON:  As to 74A, no objection.

5    MR. HEINEMAN:  No objection, Your Honor.

6    THE COURT:  All right.  Seventy-four A will

7    be admitted and now may be published by presenting

8    it to the jury.

9         (Exhibit No. 74A admitted.)

10   THE COURT:  I assume, Counsel, you will

11   waive reporting of the playing of the recording so

12   that Ms. Hohenleitner does not have to report the

13   playing.

14   MS. LAMPRECHT:  Yes, Your Honor.

15   MR. BORTON:  Yes, Your Honor.

16   MR. HEINEMAN:  Yes, Your Honor.

17   THE COURT:  Ms. Berglund.

18   MS. BERGLUND:  Yes.

19   THE COURT:  All right.

20         Until you have it cued up I'm going to

21   turn off the jury projector.

22   MS. LAMPRECHT:  It's video as well.

23         (Exhibit No. 74A played.)

24   BY MS. LAMPRECHT:

25   **Q.**  And did there come a second portion of

1140

1    your interview where Mr. Morris talked about this

2    particular case?

3    **A.**  Yes, ma'am.

4    MS. LAMPRECHT:  And that would be marked

5    Government's Exhibit 74B.

6    BY MS. LAMPRECHT:

7    **Q.**  Is that also a fair and accurate -- was

8    the whole thing a fair and accurate recording?

9    **A.**  It was.

10   MS. LAMPRECHT:  Okay.  I would like to play

11   74B for the jury at this time.

12   THE COURT:  Are you offering it?

13   MS. LAMPRECHT:  Yes, sir -- well, I would

14   like to offer 74, and then the clips separately as

15   74A, -B and -C and -D.  There has been testimony

16   that it was all recorded and that it was all

17   recorded accurately.

18   THE COURT:  Is there any objection to 74,

19   Ms. Berglund?

20   MS. BERGLUND:  No, Your Honor.

21   THE COURT:  Mr. Borton?

22   MR. BORTON:  Yes, there is.  Yes, Your

23   Honor.

24   THE COURT:  Do we need to discuss that at

25   sidebar?

1141

1    MR. BORTON:  We do, Your Honor.

2    THE COURT:  All right.  Approach.

3         (Sidebar commences as follows:)

4    THE COURT:  Make sure you're right up here.

5    I know we missed a statement made by Ms. Berglund

6    earlier, but that's okay.

7         Well, it's not okay.  I didn't mean to

8    suggest your statements are not worthy of being

9    reported.  It was -- but I thought it was somewhat

10   innocuous, so I wasn't worried about bringing you

11   back up.

12         Mr. Borton, can you state?

13   MR. BORTON:  Yes.  My understanding is that

14   their intent is to offer for admission 74A, -B, -C

15   and -D, but not 74 itself.  And I object to 74,

16   which is the entire video.  It's got 404(b)

17   problems with it.

18   MS. LAMPRECHT:  And that's why we have taken

19   the clips out, because he talked about other

20   things that Mr. Morris had done before.

21   THE COURT:  But why aren't we just offering

22   74A, -B, -C and -D?

23   MS. LAMPRECHT:  Well, I guess, I am.  I'm

24   not going to offer 74.  I just wanted to -- I laid

25   the foundation for -A, -B, -C, and -D by doing it

1142

1  for 74, was how I felt --
2      THE COURT:  All right.
3      MS. LAMPRECHT:  I can lay foundation
4  separately for each clip.
5      THE COURT:  Well, let me just see.  Is there
6  going to be any objection to 74A, -B, -C, and -D?
7      MR. BORTON:  No.
8      MR. HEINEMAN:  No, Your Honor.
9      MS. BERGLUND:  No, Your Honor.
10     THE COURT:  Well, then we don't --
11     MS. LAMPRECHT:  That's all we're --
12     THE COURT:  -- need to lay a foundation.
13     MS. LAMPRECHT:  -- going to play.
14     THE COURT:  All right.  That will take care
15 of it.
16     MS. LAMPRECHT:  Thank you, sir.
17     MR. BORTON:  Thank you.
18     (Sidebar concluded.)
19     THE COURT:  Ladies and gentlemen, I'm going
20 to admit Exhibits 74A, -B, -C, and -D, which are
21 excerpts from the entire interview.  You are not
22 to concern yourself with any portions not included
23 in what's being offered.  That's the court's
24 ruling as to what should be admitted in this
25 matter.  So, so it's clear, you will be seeing

1143

1  only a portion of that, but it's what the court is
2  admitting.  And it will be Exhibits 74A, -B, -C
3  and -D, which are four segments taken from the
4  overall interview.
5      (Exhibit Nos. 74B, 74C, 74D admitted.)
6      MS. LAMPRECHT:  Thank you, Your Honor.
7  BY MS. LAMPRECHT:
8      Q.  And actually, before we go to 74B, you
9  were talking about a phone call with Mr. Morris.
10 What phone call was that?
11     A.  There was a phone call that had been
12 recorded between Mr. Morris and Mr. Vertner,
13 specifically regarding money that was owed.
14     Q.  And that's the money that Mr. Morris
15 denied owing on the tape?
16     A.  Correct.
17     MS. LAMPRECHT:  Okay.  Let's go to 74B.
18     (Exhibit No. 74B published.)
19     MS. LAMPRECHT:  Can we move to 74C.
20 BY MS. LAMPRECHT:
21     Q.  Well, before that, who suggested to
22 Mr. Morris, when he denied that he owed Mr.
23 Vertner money -- who suggested to him that maybe
24 he was collecting?
25     A.  That was me.

1144

1      Q.  Why did you suggest that?
2      A.  Well, it had become -- the interview
3  had become a little bit adversarial and I knew
4  that there was -- based off of the interview, that
5  there was money that was owed, but there were
6  multiple ways that that money could have been
7  owed.  And so I --
8      Q.  So you just suggested if that was a
9  way?
10     A.  Yes, ma'am.
11     Q.  And Mr. Morris took it, right?
12     A.  Yes, ma'am, he did.
13     Q.  Okay.
14     MS. LAMPRECHT:  Let's move to 74C now.
15     (Exhibit No. 74C published.)
16 BY MS. LAMPRECHT:
17     Q.  And when he said, okay, he had only
18 seen one; Fabian -- that was how the tape started.
19 What was the question that was posed to him at the
20 beginning of the tape?  Do you recall?
21     A.  I don't.  I'm not entirely sure.
22     Q.  Okay.  At the beginning of the tape he
23 starts out by saying, okay, he has only seen one;
24 Fabian.  What was it in reference to?
25     A.  Oh.  We were talking about who the

1145

1  source and supply of methamphetamine was for
2  Mr. Vertner, and he had indicated that there were
3  two, but he had only seen one of them.
4      Q.  And what was Fabian Beltran?
5      A.  Correct.
6      MS. LAMPRECHT:  And moving on to 74D.
7      MR. BORTON:  Your Honor?  I apologize.  Does
8  the record reflect these were admitted without
9  objection?
10     THE COURT:  Yes.
11     MR. BORTON:  Okay.  Thank you.
12     THE COURT:  I'm sorry.  I probably should
13 have made that clear.
14     Ladies and gentlemen, we discussed that
15 at a sidebar, but there was no objection from any
16 of the attorneys on behalf of their clients as to
17 the admission of Exhibits 74A, -B, -C and -D.
18     MR. BORTON:  Thank you, Your Honor.
19     THE COURT:  Proceed.
20     (Exhibit No. 74D published.)
21 BY MS. LAMPRECHT:
22     Q.  When he said, "I used" something, what
23 was the word that he used?  I used what?
24     A.  He used Ben Vertner for money.
25     Q.  So he said, "I used him"?

1146

1     **A.** Correct.

2     **Q.** And in the context of that

3 conversation, who were you talking about?

4     **A.** Ben Vertner.

5     MS. LAMPRECHT: I have no further questions,

6 Your Honor.

7     THE COURT: Cross?

8     MS. BERGLUND: No, Your Honor.

9     THE COURT: Mr. Borton?

10     MR. BORTON: Just briefly, Your Honor.

11     CROSS-EXAMINATION

12 BY MR. BORTON:

13     **Q.** Sergeant Boone, during this interview,

14 Mr. Morris was cooperative, came down there

15 voluntarily?

16     **A.** Yes, sir, he was.

17     **Q.** Okay. And you -- as you had indicated,

18 after the interview was completed, he answered

19 your questions, you let him go; he was not placed

20 under arrest?

21     **A.** Yes, sir, I did.

22     MR. BORTON: Thank you. Nothing further.

23     THE COURT: Mr. Heineman.

24     MR. HEINEMAN: I have no cross, Your Honor.

25     THE COURT: Any redirect, Ms. Lamprecht?

1147

1     REDIRECT EXAMINATION

2 BY MS. LAMPRECHT:

3     **Q.** Did you advise him that he may at some

4 time be subject to arrest?

5     **A.** Yes, ma'am.

6     **Q.** When did you do that?

7     **A.** I was explaining to him that he wasn't

8 under arrest or hadn't been charged, but I

9 couldn't make any promises that he wouldn't be,

10 because that was a decision that would be made by

11 somebody else.

12     **Q.** And your department doesn't necessarily

13 make charging decisions in an investigation; is

14 that correct?

15     **A.** Not in this case.

16     **Q.** Okay.

17     MS. LAMPRECHT: No further questions,

18 Your Honor.

19     THE COURT: Anything else, Mr. Borton?

20     MR. BORTON: No, Your Honor.

21     THE COURT: All right. You may step down.

22 Thank you, Sergeant Boone.

23     Call your next witness.

24     MS. LAMPRECHT: The government calls

25 Detective Jess Stennett.

1148

1     THE COURT: Detective Stennett, please step

2 before the clerk and be sworn.

3     JESS STENNETT,

4 having been first duly sworn to tell the whole

5 truth, testified as follows:

6     THE CLERK: Please state your complete name,

7 and spell your name for the record.

8     THE WITNESS: My name is Jess Stennett,

9 S-T-E-N-N-E-T-T.

10     THE COURT: You may inquire, Ms. Lamprecht.

11     MS. LAMPRECHT: Thank you.

12     DIRECT EXAMINATION

13 BY MS. LAMPRECHT:

14     **Q.** How are you employed?

15     **A.** I'm a detective with the Idaho State

16 Police.

17     **Q.** How long with the Idaho State Police?

18     **A.** Just about five years now.

19     **Q.** And what is your position with the

20 Idaho State Police now?

21     **A.** I'm a senior detective in the

22 investigations unit.

23     **Q.** Is that also the narcotics unit that

24 Detective Sergeant Boone was talking about?

25     **A.** It is.

1149

1     **Q.** Okay. What was your prior

2 law-enforcement experience before you came to

3 Idaho State Police?

4     **A.** I started my career in the

5 United States Coast Guard, where I spent

6 six-and-a-half years as a law enforcement officer

7 there, and doing other jobs as well. After the

8 Coast Guard, I moved on to the Klamath County

9 Sheriff's Office in Klamath Falls, Oregon, where I

10 spent six-and-a-half years as a deputy, a marine

11 deputy, a narcotics investigator and a major

12 crimes investigator.

13     **Q.** And have you had any specialized

14 education or training regarding narcotics

15 investigations?

16     **A.** I have. I have attended several

17 classes on drug identification. I have attended

18 the DEA basic and advanced narcotics classes,

19 Idaho State Police basic narcotics classes, and

20 over the years I have accumulated over 2,000 hours

21 of accredited law-enforcement training.

22     **Q.** Approximately how many narcotics

23 investigations have you worked on before this

24 case?

25     **A.** Thousands. A lot. I don't have a

1150

1  specific number.
2      Q.  Did you have a specific role in this
3  case?
4      A.  I was the case agent in this case, yes.
5      Q.  Would you explain what you do when
6  you're the case agent for an investigation?
7      A.  Many times you're tasked with
8  collecting information, collecting data,
9  interviewing witnesses, interviewing suspects,
10 looking at phone records, looking at bank records,
11 directing other detectives on their roles,
12 speaking with the prosecutors.  It's an ongoing
13 evolution of all of those things gelled together.
14     Q.  And when was it that you first started
15 your investigation that resulted in this case?
16     A.  It was actually, I believe, in March of
17 2012.
18     Q.  So March of 2012.  How long do
19 investigations of cases that involve narcotics
20 distribution organizations usually take?
21     A.  It depends on the size of the
22 organization.  Long-term investigations, sometimes
23 six months to a year or even longer.
24 Smaller-scale investigations could last up to a
25 week or a month or two.

1151

1      Q.  In your experience, was the way that
2  your investigation progressed in this case
3  somewhat unusual?
4      A.  Yes, it was.
5      Q.  Okay.  And I guess we'll get to that.
6  So tell us how it started.
7      A.  It started with a request from a
8  smaller task force out of -- based out of Weiser,
9  Payette, Ontario, Fruitland.  There is a group of
10 law enforcement officers that work there.  They do
11 smaller cases, the week-long, two-week cases, more
12 or less.
13          And they knew, based on information
14 they had been given, that there were individuals
15 in the area trafficking large amounts of
16 methamphetamine, and they needed some help because
17 of the large-scale operation that was occurring.
18          With that being said, I was starting to
19 gather the information and starting to dig in
20 probably for one of those six-month to a year-long
21 investigation.
22     Q.  And then in May of 2012, did something
23 happen that had an impact on your investigation?
24     A.  It most certainly did.
25     Q.  What was the first thing?

1152

1      A.  The first thing was, was Benjamine
2  Vertner got arrested.  And --
3      Q.  And based on that arrest, what did he
4  do?
5      A.  He became a police informant.
6      Q.  Okay.  And did he give you evidence
7  that you could use in this investigation?
8      A.  He did.
9      Q.  What was the first thing he did
10 when -- well, what was the date that he was
11 arrested?  Do you recall?
12     A.  I believe it was May 15th.
13     Q.  What did he do on that date when you
14 first talked to him?
15     A.  Mr. Vertner sat down with me and other
16 investigators and talked about his methamphetamine
17 trafficking, talked about who he delivered
18 methamphetamine to, who owed him money, some phone
19 numbers, some general geographical areas that he
20 had delivered to.
21     Q.  And did he do anything specific that
22 day with respect to getting evidence for you?
23     A.  He did.
24     Q.  What did he do?
25     A.  He made a phone call to Ms. Cavazos in

1153

1  order to have her leave the house.
2      Q.  And would that be the Amy Cavazos that
3  testified here in court?
4      A.  That is correct.
5      Q.  Why did he make that phone call?
6      A.  I directed him to make the phone call.
7      Q.  What was the purpose of having Amy
8  Cavazos leave the house?
9      A.  Before we made the phone call, we
10 discussed the -- that he had methamphetamine in
11 his house.  And the area that he lived in there
12 were other people that may or may not know what he
13 was doing, and we wanted to eliminate, as much as
14 we possibly could -- because we knew we still had
15 things we had to work with.  This case, although
16 it was -- came to an end, it also started the
17 explosion which occurred afterwards.
18          So I had to protect -- I didn't know
19 who was -- who was going to be bad and who was
20 going to be good and who I could let in and know
21 what was going on at this point.
22     Q.  So what did you do with Ben
23 Vertner -- after you made the phone call, what did
24 you do?
25     A.  After we made the phone call, Ms.

1154

1 Cavazos left the house.  I met with Mr. Vertner,
2 with Detective White.  We searched Mr. Vertner.
3 We searched his -- well, he was in our car, so we
4 didn't have to search the car.  He was given a
5 backpack and he was given an electronic monitoring
6 device.
7    **Q.**  What did that monitoring device allow
8 you to do?
9    **A.**  The monitoring device is essentially a
10 wire.  It's placed on his body and it allows me to
11 hear everything that he says.
12    **Q.**  What happened after you did that?
13    **A.**  We drove to Ms. Cavazos and Mr.
14 Vertner's house.  I actually wasn't with Mr.
15 Vertner at the time, but he was with Mr. White and
16 another detective.  They let him out of an
17 undercover unmarked vehicle and he was allowed to
18 walk into the residence and recover the
19 methamphetamine.
20    **Q.**  Could you hear his movements over the
21 wire?
22    **A.**  I could hear his movements, yes.
23    **Q.**  Approximately how long was he in the
24 house before he came out?
25    **A.**  It was a minute, minute-and-a-half.  I

1155

1 told him that that's all the time I was going to
2 give him, and I needed to hear him talk the entire
3 time, and if he didn't come out, we were probably
4 going to come in after him.
5    **Q.**  And so did he talk to you over the wire
6 while he was inside?
7    **A.**  He did.
8    **Q.**  Okay.  And what happened when he came
9 out?
10    **A.**  He provided Mr. White with the backpack
11 with the drugs in it.
12    **Q.**  And did you receive anything from
13 Detective White?
14    **A.**  We met up a short while, a couple
15 minutes later, at a -- off site, where I retrieved
16 the backpack from Mr. White.
17    **Q.**  What was the condition of the -- the
18 contents of the backpack when Detective White
19 handed it to you?
20    **A.**  The backpack contained a paper
21 sack -- I'm sorry -- a plastic grocery sack that
22 was wrapped in tape.  Inside of that, after I
23 opened it up, was methamphetamine.
24    **Q.**  Had the tape been disturbed in any way
25 before you opened it?

1156

1    **A.**  No.
2    **Q.**  I would like to hand you -- well, you
3 have all the evidence with you.  Could you take
4 Government's Exhibit 49 out of your evidence box.
5       Do you recognize what's in Government's
6 Exhibit 49?
7    **A.**  I do.
8    **Q.**  How do you recognize it?
9    **A.**  It is my handwriting on the bag.  It's
10 my initials on the seals.
11    **Q.**  What is it?
12    **A.**  It is the methamphetamine removed from
13 Amy Cavazos' and Ben Vertner's house.
14    **Q.**  And after you got Exhibit 49, what did
15 you do with it?
16    **A.**  The -- it was tested in a narcotics
17 identification kit.
18    **Q.**  Okay.  When you say "it was," who
19 tested it?
20    **A.**  I'm sorry.  I did.
21    **Q.**  Thank you.
22       Where did you test it?
23    **A.**  At the ISP facility in Meridian.
24    **Q.**  What was the result of your test?
25    **A.**  A presumptive positive result for

1157

1 methamphetamine.
2    **Q.**  Did you weigh it?
3    **A.**  I did.
4    **Q.**  How much did it weigh?
5    **A.**  I believe it was gross of about 30.6
6 grams.
7    **Q.**  And when you say "gross," what does
8 that mean?
9    **A.**  That includes the packaging as it -- in
10 its smallest form; not with the grocery sack, but
11 the package inside of the grocery sack, without
12 the tape.
13    **Q.**  Could you see what was in -- well, you
14 opened it, right?
15    **A.**  Yes.
16    **Q.**  And you field-tested it.
17       Would the field test have taken any
18 methamphetamine?
19    **A.**  A very minute amount, yes.
20    **Q.**  Okay.  What did you do with it after
21 you field-tested it?
22    **A.**  It was sealed, placed into evidence,
23 which is then -- I requested that it be sent to
24 Idaho State Police crime lab, where it was
25 quantified.

1158

1     Q. When you say "sealed," would you
2 explain what that means?
3     What do you do when you seal an item?
4     A. As you've seen in some of the other
5 pieces of evidence, there is a -- like a mylar
6 plastic bag. It's an open-ended tube. We have a
7 giant roll of it. And we basically cut that to
8 fit whatever we need to package. We have a heat
9 sealer after the evidence is placed in, and those
10 are heat-sealed and then initialed and dated.
11     Q. Okay. And do you place a tape over the
12 seal?
13     A. I do not place a tape over the seal,
14 no.
15     Q. Does someone place a tape over -- where
16 do you initial and date it?
17     A. I initial it on the heat seals. There
18 is two on each side.
19     Q. Did you do that in this case, with
20 Exhibit 49?
21     A. I did.
22     Q. And would you show the jury where you
23 sealed it and where your initials were.
24     A. It hasn't been --
25     MS. LAMPRECHT: Oh, I'm sorry.

1159

1     I would like to move Government's
2 Exhibit 49 into evidence, Your Honor.
3     THE COURT: Is there any objection?
4     MS. BERGLUND: No objection.
5     MR. BORTON: No, Your Honor.
6     MR. HEINEMAN: No objection, Your Honor.
7     THE COURT: Exhibit 49 will be admitted and
8 now may be shown to the jury.
9     (Exhibit No. 49 admitted.)
10     MS. LAMPRECHT: Thank you.
11     THE WITNESS: On here (indicating).
12 BY MS. LAMPRECHT:
13     Q. Okay. There is another tape at the
14 bottom of the envelope. Do you know what that is?
15     A. This is the tape that is added after
16 it's gone to the lab, because it actually has to
17 get -- they have to open this up to test what's
18 inside.
19     Q. Okay. So that exhibit did go to what
20 laboratory?
21     A. The Idaho State Police forensic
22 laboratory in Coeur d'Alene, Idaho.
23     Q. And during the time that that exhibit
24 is in transit, does it remain sealed?
25     A. It does.

1160

1     Q. And is there a way that the person who
2 opens it at the ISP laboratory can tell if it
3 stayed in a sealed condition?
4     A. Yes. He will look at the seals and
5 determine the initials and the dates on there.
6     Q. To make sure nothing has been broken?
7     A. That's correct.
8     Q. Now, after you got this methamphetamine
9 from Ben Vertner on May 15th, did he do anything
10 else with respect to the investigation the next
11 day?
12     A. He did.
13     Q. What did he do?
14     A. He came in to our office, where we
15 conducted a more detailed -- as best that we could
16 with the knowledge that we had at the time --
17 debrief, detailing his drug trafficking
18 activities, amounts of money that was owed to
19 certain people, certain events that had occurred.
20 He also placed some phone calls to some
21 individuals.
22     Q. Okay. Going back to the debrief,
23 before Ben Vertner started to cooperate, how much
24 did you really know about this organization?
25     A. A fraction.

1161

1     Q. All right. So the debrief, were you
2 shooting in the dark when you were asking him
3 questions?
4     A. No. I had done my homework. But
5 it -- we learned much more later on.
6     Q. So what was the next thing you did
7 after the debrief?
8     A. We placed a phone call -- I believe the
9 first phone call was to K.C. Hensley.
10     Q. What was the purpose of placing a phone
11 call to K.C. Hensley?
12     A. We knew Mr. Hensley had been in the
13 high-speed pursuit the day before, and we spoke
14 the day before to Mr. Vertner about the
15 methamphetamine that was in the car. And he
16 indicated to us that it belonged to him and that
17 he owed some individuals money for that
18 methamphetamine.
19     And so we called K.C. and essentially
20 spoke to him, tried to figure out his location,
21 number one, because he was a wanted person; and
22 number two, how much money he owed Mr. Vertner for
23 the methamphetamine he had lost.
24     Q. Were you able to figure out where he
25 was?

1162

1. A. No, we weren't.
2. Q. Was he willing to talk to you at all?
3. A. He was very, I guess, erratic on the
4. phone a little bit. They spoke -- these phone
5. calls, if I can explain, aren't necessarily a
6. phone call that a person would have on the phone
7. speaking to their moms or dads. They're
8. essentially in code. Due to the fact that drug
9. dealers do not want to speak specifically about
10. specific amounts or locations or names, they try
11. to remain as anonymous as they can.
12. Q. So just to clarify, when you said you
13. placed a call to K.C. Hensley, who actually was
14. talking to K.C. Hensley during the telephone call?
15. A. Mr. Vertner and Mr. Hensley.
16. Q. After that telephone call, did you do
17. anything else?
18. A. I'm not sure of the specific order at
19. this time. We contacted Mr. Morris and Mr.
20. Beltran by telephone.
21. Q. Okay. Let's start with Mr. Morris.
22. Who placed the call to Mr. Morris?
23. A. Mr. Vertner.
24. Q. And did -- was the conversation -- the
25. conversation was recorded, as we know.

1163

1. A. That's correct.
2. Q. And that was Exhibit 50 that was played
3. for the jury?
4. A. Yes.
5. Q. And what information did you ask Ben
6. Vertner to elicit from Michael Morris in that
7. phone call?
8. A. Specifically how much money he owed him
9. for methamphetamine.
10. Q. Now, did Ben Vertner make some other
11. undercover calls that day?
12. A. He did.
13. Q. To whom did he make those calls?
14. A. I believe the rest of the calls were
15. all made to Fabian Beltran.
16. Q. And was there a series of calls between
17. Ben Vertner and Fabian Beltran?
18. A. Yeah. It was getting pretty stressful
19. at this point, because there was a lot of things
20. going on and we were trying to formulate a plan.
21. But there was, I believe, five to six phone calls
22. made to and from each other that were recorded,
23. yes.
24. Q. And what were you trying to accomplish
25. with these telephone calls to Fabian Beltran?

1164

1. A. We needed Mr. Vertner to convince
2. Fabian that he needed to bring us two more ounces
3. of methamphetamine to Nampa, at the Karcher Mall.
4. Q. Is this what's called a controlled buy,
5. when you have an informant do a buy for you?
6. A. That is correct.
7. Q. Okay. And would you explain what a
8. controlled buy is?
9. A. A controlled purchase or a controlled
10. buy is when you either take an undercover officer,
11. in this case an ISP informant, search him, search
12. his car, place a wire on him, give him a specific
13. amount of cash -- and in this case we gave Mr.
14. Vertner $2,500 in cash.
15. He is then followed by a surveillance
16. team consisting of anywhere between 10 to 15
17. different officers. He is surveilled the entire
18. time from -- for the entirety, until he -- after
19. he has completed the purchase he is still under
20. surveillance, because we have to watch him.
21. He is then given specific instructions
22. on where to go, what to say, what to do and who to
23. meet up with.
24. Q. What is the purpose for searching the
25. person who is going to do the controlled buy, and

1165

1. his vehicle?
2. A. To ensure that he has no illegal
3. contraband, weapons, extra cash. It's to
4. eliminate, basically, somebody doubting us later.
5. Q. So did you search Mr. Vertner and his
6. car?
7. A. Yes.
8. Q. Did you equip him with electronic
9. monitoring equipment?
10. A. Yes.
11. Q. And did this monitor allow you to hear
12. what he was -- what was happening while he was
13. out?
14. A. Yes. It's actually a small -- it looks
15. like a little black box. You place it on his
16. person underneath his clothing. I then can sit
17. off, depending on how far or what type of
18. interference is going on, in a remote location and
19. listen to the conversation being had between the
20. individuals that are meeting.
21. Q. What happened that day after you got
22. Ben Vertner all ready to go make the controlled
23. buy?
24. A. We drove to the Karcher Mall in Nampa,
25. Idaho.

1166

1 Q. About what time of day was this?
2 A. Oh, boy. It was sometime in
3 the -- probably around 1:00, I believe. I'm not
4 specifically sure on the time.
5 Q. Okay. And when you drove there, who
6 else drove there?
7 A. Myself, Sergeant Banda were in one
8 vehicle. Lieutenant Jack Catlin, Deputy Tim
9 Hopkins, Detective Bobby Goff, Sergeant
10 Christensen, Detective White --
11 Q. I guess what I wanted to know was Ben
12 Vertner.
13 A. Oh, yes. We followed Ben Vertner in
14 his personal vehicle to the Karcher Mall.
15 Q. Do you remember what Ben was driving?
16 A. It was a black GMC Denali.
17 Q. Did you see what vehicle -- well, did
18 you see a vehicle that came with people that met
19 with Ben Vertner?
20 A. I did.
21 Q. Did you see the vehicle that they came
22 in?
23 A. Yes.
24 Q. What was it?
25 A. It was a red Ford Lightning with a --

1167

1 Washington County, Idaho, plates.
2 Q. And that's the vehicle we have already
3 seen photos of?
4 A. That's correct.
5 Q. What happened after that vehicle
6 arrived at the Karcher Mall?
7 A. Mr. Vertner was observed meeting with
8 Fabian Beltran and Victor Ruiz. That meeting
9 lasted approximately four to five minutes, at
10 best.
11 Q. Where did they meet?
12 A. Just in the parking lot near the
13 Applebee's.
14 Q. And were they inside or outside of a
15 car?
16 A. They were inside of Mr. Vertner's car.
17 Q. Okay. And what -- what -- just
18 generally, what did you overhear on the monitor
19 while they were meeting?
20 A. I believe Mr. Ruiz asked if he had come
21 through with the marijuana that he had requested
22 of Mr. Vertner.
23 Mr. Beltran inquired if there was any
24 money that he needed to take back with him.
25 And Mr. Vertner inquired about the

1168

1 drugs, the methamphetamine.
2 Q. After they had this conversation in the
3 car, what did you do?
4 A. The conversation ended and I followed
5 Mr. Vertner along with Detective Sergeant Joe
6 Banda to an offsite location, where I met with Mr.
7 Vertner.
8 Q. Did you get anything from Mr. Vertner
9 at that time?
10 A. I did.
11 Q. What did you get from him?
12 A. Two ounces of methamphetamine.
13 Q. I would like to take Exhibit 52 out of
14 the box. Do you recognize that exhibit?
15 A. I do.
16 Q. How do you recognize it?
17 A. It has my officer number, 935, on it,
18 along with a second set of initials which I
19 believe are Kenny White's, and dates.
20 Q. What date is on it?
21 A. 5/16/2012.
22 Q. Once you got that from Ben Vertner,
23 what -- what condition was it in when you got it
24 from Ben Vertner?
25 A. It was wrapped in two individual

1169

1 sandwich-type bags and, if I recall, they were --
2 actually contained another bag. So they were
3 separately wrapped, but together in another bag.
4 Q. Were all the bags clear?
5 A. Yes.
6 Q. What could you see through the bags?
7 A. Based on my training and experience, it
8 was crystal methamphetamine.
9 Q. And what did you do with it?
10 A. I took it back with me to the Idaho
11 State Police District 3 facility, and tested it
12 and packaged it. Actually I tested it at the
13 scene. I'm sorry.
14 Q. And what did you use to test it with?
15 A. A narcotics identification kit.
16 Q. What was the result of your test?
17 A. It was a presumptive positive result
18 for methamphetamines.
19 Q. After you did that, what did you do
20 with it?
21 A. Then I took it back to the Idaho State
22 Police district facility.
23 Q. What did you do with it there?
24 A. There it was repackaged in our Kpak, a
25 mylar-type bag, and then sealed and sent to the

1170

1  crime lab.
2      MS. LAMPRECHT:  At this time I would like to
3  move Government's Exhibit 52 into evidence,
4  Your Honor.
5      THE COURT:  Any objection?
6      MS. BERGLUND:  No objection.
7      MR. BORTON:  None, Your Honor.
8      MR. HEINEMAN:  No objection, Your Honor.
9      THE COURT:  Fifty-two will be admitted.
10      (Exhibit No. 52 admitted.)
11  BY MS. LAMPRECHT:
12      Q.  And did that exhibit remain in your
13  care, custody, and control until it was sent to
14  the Idaho State Police forensic lab for scientific
15  analysis?
16      A.  Yes, it has.
17      Q.  Did your investigation that day include
18  Fabian Beltran and Victor Ruiz?
19      A.  Excuse me.  It did, but I did not
20  specifically speak to either one of those
21  individuals.
22      Q.  Okay.  Do you know what happened to
23  them?
24      A.  I do.
25      Q.  What happened to them?

1171

1      A.  They were arrested.
2      Q.  And did they give information, either
3  one or the other, to someone?
4      A.  They did.
5      Q.  As a result of this information and
6  other information that you already had, what did
7  you do?
8      A.  I went to Washington County, Weiser,
9  Idaho, and obtained a search warrant for
10  Clifford's Trailer Park No. 10.
11      Q.  And that's the trailer we have been
12  looking at; is that correct?
13      A.  It is.
14      Q.  What were you looking for in that
15  trailer?
16      A.  Several items.  One was drugs, money,
17  anything that would indicate ownership, financial
18  records that would indicate if there was more
19  money being stored in a bank or being transferred
20  in and out of the country, guns, anything that
21  would be an electronic storage device that could
22  indicate somebody who they were calling.
23      Q.  Do you mean like a cell phone?
24      A.  Yeah.  I'm sorry, yes.
25      Q.  That's okay.

1172

1      Did you participate in the search at
2  Trailer No. 10 at Clifford's Trailer Park?
3      A.  Yes.
4      Q.  About how many other law enforcement
5  officers were involved?
6      A.  Inside of the trailer there was
7  probably four to five; outside, another four to
8  five.
9      Q.  And what was the purpose for the
10  officers being outside?
11      A.  Perimeter security.
12      Q.  And as case agent, what did you do
13  while the search was going on?
14      A.  Direct others, collect evidence, keep
15  people updated on what we found in case we have to
16  move on to something else.
17      Q.  So when you say "collect evidence,"
18  what do you mean?
19      A.  When we're in a search environment, we
20  will assign individuals to search, we'll assign
21  people to photograph, and we'll assign people to
22  collect.
23      There is an evidence technician who
24  basically logs what we find.  It helps us keep on
25  track and know what we find.  I'm usually with her

1173

1  and we will collect it together, and then she will
2  turn it all over to me.
3      Q.  And who was the evidence tech that was
4  with you this day?
5      A.  Danielle Johnson.
6      Q.  And did you participate with her in
7  logging evidence into your records and observing
8  what was being recovered by the officers from the
9  trailer?
10      A.  Yes.
11      Q.  And basically, did you see everything
12  that they found during the search at that time?
13      A.  Yes.
14      Q.  Did you receive any suspected drugs?
15      A.  Yes.
16      Q.  And who did you receive drugs from?
17      A.  This was from Sergeant Christensen.
18      Q.  And would you take Exhibit 53 out of
19  your box, please.
20      A.  (Witness complied.)
21      Q.  Can you identify what that is?
22      A.  Yes.  It is the methamphetamine that we
23  took out of Clifford's Trailer Park No. 10.
24      Q.  And who gave that exhibit to you?
25      A.  It was Sergeant Christensen.

1174

1    Q.   Where were you when you got it?

2    A.   Inside of the trailer.

3    Q.   What condition was Exhibit 53 in when

4 you got it?

5    A.   It was in plastic baggies. There was,

6 I believe, three separate pieces of

7 methamphetamine. One was, I believe -- there was

8 two one-ounce packages and then one smaller one I

9 can't remember the exact weight of.

10    Q.   What did you do with Exhibit -- the

11 methamphetamine in Exhibit 53?

12    A.   It was taken back to ISP, where it was

13 field-tested and weighed --

14    Q.   Who weighed --

15    A.   -- and Kpak'd.

16    Q.   -- it and field-tested it?

17    A.   I did.

18    Q.   How much did it weigh?

19    A.   It was about, I believe, 58 or 60

20 grams. I don't know -- it was gross grams.

21    Q.   Are you sure about that?

22    A.   No, I'm not. I can't remember the

23 exact weight.

24    Q.   All right.

25    A.   I know there was two two-ounce packages

1175

1 and unless -- I would have to look at my report to

2 know exactly how much I put on there.

3    Q.   Okay. But it would have been weighed

4 at the Idaho State Police forensic laboratory for

5 sure; right?

6    A.   Yes. And I could look at the

7 packaging, because I write it on there, to recall

8 my memory.

9    Q.   Is the packaging -- you mean the

10 packaging that you have in your hand?

11    A.   Yes.

12    MS. LAMPRECHT: At this time, Your Honor --

13 BY MS. LAMPRECHT:

14    Q.   Well, let me just ask you, then, you

15 field-tested it?

16    A.   Yes.

17    Q.   What was the result of your field test?

18    A.   A presumptive positive result for

19 methamphetamine.

20    Q.   And once you field-tested it, what did

21 you do with it?

22    A.   It was packaged and sealed, initialed

23 and dated.

24    Q.   In just the same way that you've

25 described that you initialed and dated the other

1176

1 two methamphetamine exhibits?

2    A.   That's correct.

3    MS. LAMPRECHT: I would like to move

4 Government's Exhibit 53 into evidence at this

5 time, Your Honor.

6    THE COURT: Any objection?

7    MS. BERGLUND: No objection.

8    MR. BORTON: None, Your Honor.

9    MR. HEINEMAN: No objection.

10    THE COURT: 53 will be admitted.

11    (Exhibit No. 53 admitted.)

12 BY MS. LAMPRECHT:

13    Q.   Okay. And would you look on the label

14 and see how much it was?

15    A.   76.7 gross grams.

16    Q.   What else did you -- I'm sorry.

17    MR. HEINEMAN: Excuse me, Your Honor. Can I

18 move for clarity regarding how it was weighed? I

19 apologize. I should have objected sooner.

20    THE COURT: I assume gross includes

21 packaging. Is that what your concern --

22    MR. HEINEMAN: That includes packaging,

23 also, or --

24    THE COURT: Ms. Lamprecht --

25    MS. LAMPRECHT: Yes.

1177

1    THE COURT: -- let's clarify that.

2 BY MS. LAMPRECHT:

3    Q.   Detective Stennett, when you say

4 "gross" -- I believe we talked about it before,

5 but when you say "gross," what do you mean?

6    A.   The methamphetamine is contained in a

7 packaging. That's the gross weight. It's not the

8 official weight that comes from the laboratory.

9    Q.   Okay. And so that was the case when

10 you weighed this Exhibit 53?

11    A.   Yes.

12    Q.   There was packaging with it?

13    A.   Yes.

14    Q.   Did you find anything else in Trailer

15 No. 10?

16    A.   A cell phone.

17    Q.   Before we get to a cell phone, how

18 about money? Did you find any money?

19    A.   Yes, we did. Sergeant Christensen

20 originally found it, but then alerted me to where

21 it was.

22    Q.   Would you explain to the jury how you

23 deal with large amounts of money when you find

24 them during a search?

25    A.   We take the money back as it's bundled.

1178

1 We usually have the lieutenant, who is the head of
2 our division there; the evidence tech,
3 Ms. Johnson, which is now Ms. Hendershot -- I've
4 got to get used to that, sorry -- the case agent;
5 maybe one or two others there.
6 　　　　We begin separating the bills --
7 twenties, hundreds, fifties, whatever
8 denominations they are.  We create that stack.  We
9 count the stack.  And then we run those stacks
10 individually through a money counter two or three
11 times to ensure that we have a proper count.
12 　　Q.　And all of the people that you've
13 mentioned are present for all stages of this?
14 　　A.　Yes.
15 　　Q.　What is the reason for that?
16 　　A.　Continuity and just to ensure that no
17 one would ever question our integrity.
18 　　Q.　Okay.  When you ran the money through
19 the money counter, did you -- well, when you
20 counted it, did you come to a total?
21 　　A.　Yes.
22 　　Q.　What was that?
23 　　A.　$24,320.
24 　　Q.　And did that include money from the gym
25 shoe?

1179

1 　　A.　Yes.
2 　　Q.　As well as money from the black bag?
3 　　A.　Yes.
4 　　Q.　And when you ran it through the money
5 counter, what was the total?
6 　　A.　The same, $24,320.
7 　　Q.　And what do you do with money when you
8 take it, seize it during the course of an
9 investigation?
10 　　A.　The money is taken by the evidence
11 tech.  It's deposited into what's called a sweep
12 account.  The sweep account is there for any
13 forfeited money awaiting being awarded to the
14 State.  We do not keep any money in evidence.
15 　　Q.　Now, did there come a time when you
16 talked to Victor Ruiz about Fabian Beltran's and
17 Che's methamphetamine customers?
18 　　A.　Yes.  Later on.
19 　　Q.　Was he able to assist you in either
20 locating them or identifying any of them?
21 　　A.　Yes.
22 　　Q.　And who did he specifically assist you
23 with identifying?
24 　　MR. HEINEMAN:  Objection.
25 　　MR. BORTON:  I've got a hearsay objection I

1180

1 would like to address.
2 　　THE COURT:  Sustained.
3 　　MS. LAMPRECHT:  May we approach, Your Honor?
4 　　THE COURT:  Yes, you may.
5 　　　(Sidebar commences as follows:)
6 　　MS. LAMPRECHT:  Victor Ruiz already
7 testified specifically that he took Detective
8 Stennett with him.  He told -- he testified about
9 the roads he went down, and he testified --
10 　　THE COURT:  And his testimony stands.  But
11 now it's hearsay because he is not here.
12 　　MS. LAMPRECHT:  Okay.  Then I will not ask
13 him what Victor told him.  I'll ask him if he
14 followed directions.
15 　　THE COURT:  Yes.
16 　　MR. LAMPRECHT:  All right.
17 　　MR. BORTON:  Judge, I'm sorry, one more
18 issue.  Just to be clear, the objection will
19 continue for any effort to elicit those types of
20 statements from him after the conspiracy.
21 　　THE COURT:  Right.  They're not conspirator
22 statements, so therefore they can no longer be
23 admitted under 801(d)(2)(E).  If the witness has
24 testified, their testimony stands; but you can
25 elicit that, in fact --

1181

1 　　MS. BERGLUND:  But no postarrest testimony.
2 　　THE COURT:  But no postarrest testimony.
3 　　MS. LAMPRECHT:  I understand.  Yes.
4 　　THE COURT:  All right.
5 　　MS. LAMPRECHT:  Thank you.
6 　　　(Sidebar concluded.)
7 BY MS. LAMPRECHT:
8 　　Q.　My question was:  Did Victor Ruiz help
9 you to assist or locate or identify any of the
10 methamphetamine customers that Che and Fabian had?
11 　　A.　Yes.
12 　　Q.　Who was it that he helped you identify?
13 　　MR. BORTON:  Same objection, Your Honor.
14 　　THE COURT:  Sustained.
15 BY MS. LAMPRECHT:
16 　　Q.　Where did he take you?
17 　　　Well, what did he do to help -- without
18 saying anything that he said to you, what did
19 Victor do to help you identify one of these
20 people?
21 　　MR. BORTON:  Same objection, Your Honor.
22 　　THE COURT:  Sustained.
23 　　　Counsel, I think the witness can
24 testify what he subsequently did.
25 　　MS. LAMPRECHT:  That's what -- I thought

1182

1 that's what I was asking.
2        THE COURT: But I don't think that's the way
3 it came out.
4        MS. LAMPRECHT: Okay.
5        THE COURT: So based upon the information
6 provided, you can ask the witness what he
7 subsequently did.
8 BY MS. LAMPRECHT:
9        Q. Did Victor Ruiz give you some
10 information?
11       A. He did.
12       Q. And did he also accompany you to any
13 place?
14       A. Yes.
15       Q. And did he give you the information
16 that you needed while he was accompanying you?
17       MR. BORTON: Your Honor.
18       MS. BERGLUND: Objection.
19       THE COURT: Sustained.
20 BY MS. LAMPRECHT:
21       Q. Did you arrive at a destination based
22 on information you got from Victor Ruiz?
23       A. I did.
24       MR. BORTON: Objection.
25       MS. BERGLUND: Objection.

1183

1        THE COURT: Sustained. Again, the witness
2 can testify --
3        MS. LAMPRECHT: I'm not asking anything that
4 Victor Ruiz said, Your Honor.
5        THE COURT: Well, but it comes out that way,
6 so it needs to be rephrased. Again --
7 BY MS. LAMPRECHT:
8        Q. Did you talk to Victor Ruiz?
9        A. Yes.
10       Q. Based on information Victor Ruiz gave
11 you, did you go someplace?
12       A. Yes.
13       Q. And can you explain to the jury where
14 you went?
15       A. We went to Mr. Loveland's residence.
16       Q. Where is that residence located?
17       A. I believe the numerical address is
18 10745 Moss Road, but I'm not 100 percent sure on
19 the numbers.
20       Q. Okay. I would like to show you what's
21 been marked as Government's Exhibit 10. Do you
22 recognize what's in that exhibit?
23       A. I do.
24       Q. What is it?
25       A. That's Mr. Loveland's house.

1184

1        Q. At the time you went there, did you
2 know the person who lived there?
3        A. No.
4        Q. Did you know a name for the person who
5 lived there?
6        A. Yes.
7        Q. Would that be a first name?
8        A. Yes.
9        Q. Now, going to the time with respect to
10 Fabian Beltran's arrest, after he was arrested,
11 did you have the -- well, first of all, let's go
12 to -- let's do it this way.
13              After Fabian was arrested, did you have
14 an opportunity to look into the T-Mobile Galaxy
15 telephone that was seized from Fabian at the time
16 he was arrested, which is Exhibit 14?
17       A. Yes.
18       Q. Were you able to find the telephone
19 number for that phone?
20       A. Yes.
21       Q. And do you remember the phone number?
22       A. I'll give it a shot. 208-570-8970.
23       Q. Okay. And were you able to find the
24 telephone number for another person with whom
25 Fabian was involved in this case?

1185

1        A. Yes.
2        Q. And was that in Exhibit 14B, which was
3 the contacts list?
4        A. Yes.
5        MS. LAMPRECHT: Could we put Exhibit 14B up
6 on the screen.
7        THE COURT: I'm sorry. What was the exhibit
8 number?
9        MS. LAMPRECHT: Fourteen B.
10       THE COURT: I don't have a 14B. I have 14
11 and 14A.
12       MS. LAMPRECHT: It's 14A, Your Honor.
13       THE COURT: Fourteen A has been admitted.
14 That may be published.
15 BY MS. LAMPRECHT:
16       Q. Okay. And did you find the telephone
17 number for another person from looking in
18 Fabian's --
19       A. Yes.
20       Q. -- T-Mobile?
21              And would you point to that person?
22       A. Point to the person or --
23       Q. Well, point to the name that you found.
24       A. (Witness complied.)
25       Q. And that is "Che Primo." Who did you

1186

1 know that to be?

2     MR. HEINEMAN:  Objection, foundation.

3     THE COURT:  Sustained.

4     MS. LAMPRECHT:  Okay.  The number is for Che

5 Primo.

6 BY MS. LAMPRECHT:

7     Q.  And did you look in Fabian Beltran's

8 BlackBerry contact list?  The BlackBerry is

9 Exhibit 15, but the contact list is 15A.

10     A.  Yes.

11     Q.  And did you find other numbers

12 pertinent to this case?

13     A.  I did.

14     Q.  Okay.  And what numbers going to --

15     MS. LAMPRECHT:  If you would put 15A up on

16 the screen, please.

17 BY MS. LAMPRECHT:

18     Q.  What numbers did you find in 15A that

19 you found to be pertinent?

20     A.  One is Mario.

21     Q.  Okay.  Anyone else?

22     A.  That's the number for Dawson.

23     Q.  And going to the next page.

24     A.  Let me put my glasses on here real

25 quick.

1187

1     Q.  Okay.

2     A.  That's a little better.

3     Ben.  Primo Che.  I think that's all

4 for -- I can see right here.

5     Q.  Let's go down to the bottom.

6     A.  A number for Dawson Moore, another

7 number for Dawson Moore, and a number for Jim.

8     Q.  Now, when you arrested Jim Loveland in

9 this case, did you participate in the arrest?

10     A.  I did.

11     Q.  And did you take certain documents from

12 him?

13     A.  Yes, I did.

14     Q.  I would like to show you what's been

15 marked -- well, please remove Government's Exhibit

16 7 and 8 from your box.

17     THE COURT:  What's the exhibit number now?

18     MS. LAMPRECHT:  Seven and 8.

19     THE WITNESS:  I don't think I have -- those

20 are exhibits that we don't have.  I believe

21 they're only on photograph only, or a copy.

22     THE COURT:  I have turned off the jury

23 monitor, if you want to --

24     MS. LAMPRECHT:  Okay.

25     There it is.  I'm sorry, Government's

1188

1 Exhibit 7.

2 BY MS. LAMPRECHT:

3     Q.  What is Government's Exhibit 7?

4     A.  It is a business card that I took from

5 Mr. Loveland upon his arrest.

6     MS. LAMPRECHT:  I would like to move

7 Government's Exhibit 7 into evidence.

8     THE COURT:  Any objection?

9     MS. BERGLUND:  No objection.

10     MR. BORTON:  No objection, Your Honor.

11     MR. HEINEMAN:  No objection, Your Honor.

12     THE COURT:  All right.  Exhibit 7 will be

13 admitted.

14     (Exhibit No. 7 admitted.)

15 BY MS. LAMPRECHT:

16     Q.  And does that card have a telephone

17 number on it?

18     A.  It does.

19     Q.  And does that telephone number match

20 anything that you found in Government's Exhibit

21 15A?

22     A.  Yes.  From the contact list, the

23 individual known as -- written in the contact list

24 as "Jime."

25     Q.  I would like to show you what's been

1189

1 marked as Government's Exhibit 8.  Do you

2 recognize what's in Government's Exhibit 8?

3     A.  Yes.

4     Q.  What is it?

5     A.  Another business card for Mr. Loveland.

6     Q.  And does that business card have a

7 telephone number for Mr. Loveland on it?

8     A.  It does.

9     Q.  Does that telephone number match

10 anything that you found in Exhibit 15A?

11     A.  The contact for "Jime."

12     MS. LAMPRECHT:  At this time, I would like

13 to move Government's Exhibit 8 into evidence and

14 show it to the jury.

15     THE COURT:  Is there any objection?

16     MS. BERGLUND:  No objection.

17     MR. BORTON:  None, Your Honor.

18     MR. HEINEMAN:  No objection, Your Honor.

19     THE COURT:  Exhibit 8 will be admitted and

20 published to the jury.

21     (Exhibit No. 8 admitted.)

22 BY MS. LAMPRECHT:

23     Q.  Would you point to where the telephone

24 number is?

25     A.  (Witness complied.)

1190

1    MS. LAMPRECHT:  And I'm not sure that we
2  published Exhibit 7 to the jury.  Could we do
3  that?
4    THE COURT:  We did, but --
5    MS. LAMPRECHT:  We did?  Okay.
6    THE COURT:  -- yes, you may.
7    MS. LAMPRECHT:  That's fine, then.
8    THE COURT:  If you wish to do it again, you
9  can.
10    MS. LAMPRECHT:  No.  I just couldn't
11  remember.
12  BY MS. LAMPRECHT:
13    Q.  And what did those two telephone
14  numbers match?
15    A.  The numbers in Mr. Beltran's telephone.
16    Q.  For?
17    A.  Jime.
18    Q.  Now, based on the match in these
19  telephone numbers, did you seek and obtain
20  telephone toll records for that telephone number
21  of Jim Loveland's?
22    A.  I did.
23    Q.  And did you get those records from
24  T-Mobile?
25    A.  Yes.

1191

1    MS. LAMPRECHT:  And, Your Honor, at this
2  time we would move Exhibit 9E into evidence, which
3  is a 902.11 certificate for those telephone toll
4  records.
5    THE COURT:  Counsel, just so there is no
6  misunderstanding, my -- my understanding was that
7  Exhibits 9A through 9E were admitted by
8  stipulation on the first day of trial.  Was I
9  incorrect?
10    Was it just a stipulation as to
11  foundation?
12    I was concerned, by a comment made at
13  sidebar, that I may have misunderstood.
14    MS. LAMPRECHT:  Okay.  We wanted -- maybe we
15  should -- I think we were talking about the
16  telephone toll records.  But, you know --
17    THE COURT:  Well, just a moment,
18  Ms. Lamprecht.
19    Counsel, it was your stipulation.  Is
20  there any -- was I correct that you were
21  stipulating to the admission of Exhibits 9A
22  through 9E, or only stipulating to the foundation?
23    MS. BERGLUND:  Both.  We'll stipulate to
24  admission as well.
25    THE COURT:  Mr. Borton.

1192

1    MR. BORTON:  No objection.
2    MR. HEINEMAN:  No objection.
3    THE COURT:  The exhibits are already
4  admitted.
5    MS. LAMPRECHT:  Okay.
6    THE COURT:  Exhibits 9A through 9E, it was
7  my understanding, were admitted on the first day
8  of trial by stipulation.
9    MS. LAMPRECHT:  Thank you, Your Honor.
10  BY MS. LAMPRECHT:
11    Q.  Now, using Mr. Loveland's telephone
12  toll records and the number that you got for Che
13  Primo from Beltran's T-Mobile contact list,
14  Exhibit 14A, did you make a summary chart
15  regarding telephone calls between Jim Loveland's
16  phone and Che's telephone with the area code 623
17  during the time of the conspiracy?
18    A.  Yes.
19    Q.  I would like to show you what's been
20  marked as admitted as Government's Exhibit 9A.
21  Does that -- what does that chart show?
22    A.  These are phone calls that were taken
23  out of Mr. Loveland's telephone toll records and
24  compared to the "Che Primo" number.  It's giving
25  essentially a snapshot of those six calls.

1193

1    Q.  What was the time period during which
2  those calls were made?
3    A.  3/31 of 2012 and 5/9 of 2012.
4    Q.  That's March 31st to May 9th?
5    A.  Yes.
6    Q.  And moving to Government's Exhibit 9B,
7  did you make another summary chart using Jim
8  Loveland's telephone toll records and the number
9  for Fabian that you located in Fabian's T-Mobile
10  phone?
11    A.  Yes.
12    Q.  And is 9B a fair and accurate
13  representation of the numbers that you found
14  showing -- the telephone calls you found between
15  those two phones?
16    A.  Yes, they are.
17    Q.  What was the time period during which
18  those calls were made?
19    A.  2/21 of 2012 to 5/20 of 2012.
20    Q.  And do you know how many calls there
21  were?
22    A.  I believe there were 40 calls.  I would
23  have to look at an additional chart that we have
24  done to clarify that counting.
25    Q.  And did you obtain a telephone number

1194

1 for Johnny Tambunga?
2     A.  Yes.
3     Q.  Where did you get Johnny Tambunga's
4 telephone number?
5     A.  From his -- he told me what his number
6 was and from his cell phone.
7     Q.  And did you make a chart showing the
8 number of calls between Johnny Tambunga's
9 telephone number, that Johnny gave you, and Jim
10 Loveland during the time period of the conspiracy?
11     A.  I did.
12     Q.  And is the chart you made, Exhibit 9C,
13 a fair and accurate representation of those calls?
14     A.  I don't have 9C up there, but yes.
15     MS. LAMPRECHT:  And it has been admitted.
16     THE WITNESS:  Yes, it is.
17 BY MS. LAMPRECHT:
18     Q.  Do you know how many calls there were
19 between Johnny Tambunga?
20     A.  Again, I think there was 30, but I
21 don't know the exact number off the top of my
22 head.
23     Q.  Now, did you also compare the calls
24 from Jim Loveland's telephone toll records with
25 the telephone number for Che Primo in Fabian

1195

1 Beltran's contact list in his BlackBerry?
2     A.  Yes, I did.
3     Q.  And that would have been a 208 number?
4     A.  Yes.
5     Q.  And did you make a summary chart of
6 those calls?
7     A.  Yes.
8     Q.  And was the chart that you made -- I
9 would like you to look at Exhibit 15C.  Fifteen B?
10 Fifteen B is the --
11     THE COURT:  I'm sorry.  Fifteen B is not
12 admitted.
13     MS. LAMPRECHT:  Fifteen B is not admitted?
14     THE COURT:  No.  Nor is 16.
15 BY MS. LAMPRECHT:
16     Q.  When you seized -- you seized a
17 BlackBerry telephone, is that correct, that
18 belonged to Fabian Beltran?
19     A.  Yes.
20     Q.  And were you able to find a contact
21 list in that BlackBerry telephone?
22     A.  Yes.
23     Q.  And would you look at what's been
24 marked as Government's Exhibit 15B.
25         I'm sorry.  Fifteen A.

1196

1     THE COURT:  Fifteen A is admitted.  Fifteen
2 B is not.
3 BY MS. LAMPRECHT:
4     Q.  All right.  So did you take 15A and
5 compare it to Jim Loveland's -- I misspoke, I'm
6 sorry -- and compare it to Jim Loveland's
7 telephone toll records?
8     A.  Yes, I did.
9     Q.  And did you make a summary chart of the
10 number of calls between Fabian's BlackBerry and
11 Jim Loveland's telephone?
12     A.  Yes, I did.
13     Q.  And is that Exhibit 15C -- 15B?
14     A.  It hasn't come on the screen yet.
15     Q.  Okay.
16     A.  I have 15A.
17     MS. LAMPRECHT:  Would you show 15B, please.
18     THE WITNESS:  Your Honor --
19     MS. LAMPRECHT:  He needs to see it on the
20 screen.
21     THE COURT:  Oh, I'm sorry.  I thought it was
22 up.  My apologies.
23 BY MS. LAMPRECHT:
24     Q.  Are you looking at 15B now?
25     A.  I am.

1197

1     Q.  Is that a fair and accurate
2 representation of the number of calls between Jim
3 Loveland's phone and the telephone calls with
4 Primo Che in February of 2012?
5     A.  Yes.
6     MS. LAMPRECHT:  I would like to move Exhibit
7 15B into evidence and show the jury.
8     THE COURT:  Any objection?
9     MS. BERGLUND:  No objection.
10     MR. BORTON:  None, Your Honor.
11     MR. HEINEMAN:  I guess I -- clarification.
12 First I heard Fabian's phone, now I'm hearing
13 someone else's phone.  I'm not sure where
14 these -- between what --
15     THE COURT:  Can you clarify that again?
16     MS. LAMPRECHT:  Sure.
17 BY MS. LAMPRECHT:
18     Q.  Whose numbers are on this chart?
19     A.  This is --
20     MR. HEINEMAN:  Actually, not whose numbers,
21 but where did they come from?
22         Again, that's what I was commenting
23 about.  I thought I heard something about Fabian's
24 phone again.
25     THE COURT:  Well, Ms. Lamprecht, go ahead.

1198

1 MS. LAMPRECHT: Thank you.

2 BY MS. LAMPRECHT:

3 Q. Where did the telephone number for Che

4 Primo come from?

5 A. From Fabian Beltran's phone.

6 Q. Which one?

7 A. The BlackBerry.

8 Q. And where did the telephone number for

9 Jim Loveland come from?

10 A. From the BlackBerry phone.

11 Q. For Jim Loveland?

12 A. I'm -- the telephone numbers came from

13 both places, actually. It is on a contact list

14 inside of the phone and from phone tolls that were

15 requested by me.

16 Q. Okay. And to be absolutely clear, what

17 did you compare?

18 Did you compare Jim Loveland's

19 telephone toll records with Che Primo, the

20 telephone number for Che Primo, in Exhibit 15B?

21 A. These are all telephone calls that were

22 taken out of Mr. Loveland's telephone tolls.

23 Q. And so what does Exhibit 15B show?

24 A. Fifteen B shows telephone calls between

25 Mr. Loveland and Che Primo.

1199

1 Q. During what time period?

2 A. Between 2/15 of 2012 and 2/20 of 2012.

3 Q. And can you tell from this chart which

4 are incoming and which are outgoing?

5 Let's look at the first call.

6 A. Yes --

7 Q. Oh, I'm sorry.

8 A. -- I can.

9 MS. LAMPRECHT: Can we move Exhibit 15B into

10 evidence? I'm sorry, Your Honor.

11 THE COURT: Mr. Heineman.

12 MR. HEINEMAN: No more objection,

13 Your Honor.

14 THE COURT: All right. Then Exhibit 15B

15 will be admitted and now can be published to the

16 jury.

17 (Exhibit No. 15B admitted.)

18 BY MS. LAMPRECHT:

19 Q. Looking at the first line, it says

20 "Target name: Loveland," and then it says, "Time,

21 duration, and number dialed." And it says "In."

22 What does "In" mean there?

23 A. That is indicating it is an incoming

24 call.

25 Q. To whom?

1200

1 A. To Mr. Loveland.

2 Q. Okay. And so the first two calls to

3 Mr. Loveland, would that be incoming from Che?

4 A. Yes.

5 Q. And the last one is what?

6 A. An outgoing call to Che from Mr.

7 Loveland.

8 Q. Thank you.

9 Now, finally, did you make a diagram of

10 the telephone calls, which is Exhibit 9D?

11 A. I did.

12 Q. Okay.

13 MS. LAMPRECHT: And I believe this was part

14 of the stipulation, Your Honor, so could we just

15 show that?

16 THE COURT: That's 3D?

17 MS. LAMPRECHT: Nine D.

18 THE COURT: Nine D. I'm sorry. I couldn't

19 see the number.

20 Yes, 9D has been admitted and may be

21 published to the jury.

22 BY MS. LAMPRECHT:

23 Q. And this shows the number of phone

24 calls between these defendants during the time

25 period of the conspiracy; is that correct?

1201

1 A. It does with regard to those specific

2 phone numbers and those specific individuals, yes.

3 Q. Were there additional calls between

4 Mr. Loveland and Che that are not shown on this

5 chart?

6 A. Yes. It is the one for the other phone

7 number for Mr. Sanchez.

8 Q. So the three phone calls on Exhibit 15B

9 really need to be added to this chart to make it

10 accurate?

11 A. Yes, they do.

12 Q. And that would add an additional three

13 calls between Jim Loveland and Che?

14 A. Yes.

15 Q. Now, as part of this investigation, did

16 you obtain information regarding Che's purchase of

17 the .380 semiautomatic pistol and one of the .22

18 caliber Derringer pistols --

19 MR. HEINEMAN: Objection, Your Honor.

20 BY MS. LAMPRECHT:

21 Q. -- found in the trailer?

22 THE COURT: Just a moment.

23 And the objection is the one noted in

24 the --

25 MR. HEINEMAN: Yeah, noted in the motion

1202

1 and, again, relevance.
2        THE COURT:  The objection is overruled.
3            You may answer.
4        THE WITNESS:  Could you repeat the question.
5 BY MS. LAMPRECHT:
6        Q.  Did you get information about Che's
7 purchase of the .380 semiautomatic pistol and one
8 of the .22 Derringer pistols found in the trailer?
9        A.  Yes.
10       MR. HEINEMAN:  Objection.  Foundation.
11       THE COURT:  Sustained.
12       MS. LAMPRECHT:  I'm sorry, Your Honor.  I
13 only asked him if he obtained information, and he
14 said yes.  I'm not clear as to why that's
15 objectionable.
16       THE COURT:  I'm sorry.  I'm trying to make
17 sure we're not getting the cart before the horse.
18           I think there has been prior testimony
19 with regard to that, so there is probably enough
20 foundation to allow the jury -- I'm going to
21 overrule the objection upon further reflection.
22           Go ahead.
23 BY MS. LAMPRECHT:
24       Q.  I would like to show you what's been
25 marked as, first of all, Government's Exhibit 25.

1203

1 Is that one of the documents that you received
2 regarding the purchase of the firearms?
3        A.  Yes, it is.
4        Q.  And where did that document come from?
5        A.  From the ATF -- it's an ATF form filled
6 out at the Bargain Barn, I believe -- Bargain Guns
7 in Nampa, Idaho.
8        Q.  And who was the person that filled it
9 out?
10       A.  Jesus Guadalupe Sanchez.
11       MR. HEINEMAN:  Objection.
12 BY MS. LAMPRECHT:
13       Q.  Well, I'm sorry.  I meant who was the
14 person -- does that document show the person who
15 conducted the sale?
16       A.  I can't see where it does right now.
17       Q.  Go to page 2.
18           Maybe page 1.
19           Well, in any event, it's my
20 understanding -- well, and would you look at 25A.
21 What is 25A?
22       A.  It is a declaration signed by an
23 individual named John Cox.
24       Q.  Okay.  Is that a certification that
25 these records are authentic copies of documents

1204

1 regarding the sale of the two guns?
2        A.  Yes.
3        Q.  And that they were made at or near the
4 time of the occurrence set forth?
5        A.  Yes.
6        Q.  And that information came from
7 information transmitted by a person with knowledge
8 of those matters?
9        A.  That's correct.
10       Q.  And were kept in the ordinary course of
11 regularly conducted activity?
12       A.  That's correct.
13       Q.  And were made by the regularly
14 conducted activity as a business practice?
15       A.  Yes.
16       MS. LAMPRECHT:  Your Honor, under that
17 certification, I believe the parties have
18 stipulated that these documents, these two
19 certified documents, are admissible under Rule
20 902.11.
21       THE COURT:  Ms. Lamprecht, they have already
22 been admitted.
23       MS. LAMPRECHT:  They have -- I don't
24 believe -- they have?  Oh, okay.  I'm sorry.  I
25 didn't -- I didn't realize.  I thought I would

1205

1 need to lay a foundation.
2        THE COURT:  That was the point I was making
3 earlier about --
4        MS. LAMPRECHT:  I misunderstood.
5        THE COURT:  All right.
6 BY MS. LAMPRECHT:
7        Q.  And basically, these records just show
8 where and when the guns were purchased by Jesus
9 Guadalupe Sanchez?
10       A.  Yes.
11       Q.  Okay.  I would like to now show the
12 jury Government's Exhibit 26.
13       A.  (Witness complied.)
14       Q.  And is that just a further report of
15 the sale of multiple guns to Jesus Guadalupe
16 Sanchez?
17       A.  Yes, it is.
18       MR. HEINEMAN:  Objection, Your Honor.
19 Relevance.
20       MS. LAMPRECHT:  Well, Your Honor, they have
21 been admitted --
22       THE COURT:  Counsel --
23       MR. HEINEMAN:  I realize, Your Honor.
24       THE COURT:  No, I understand.  But we only
25 have five minutes before we're going to take the

1206

1    break.
2           The objection is overruled; noted, but
3    overruled.
4           Keep in mind the court's pretrial
5    ruling in this regard, Ms. Lamprecht, in terms of
6    the foundation I'm experiencing in terms of a
7    connection.  And I -- well, I'll just leave it at
8    that.
9           Go ahead and proceed.
10   BY MS. LAMPRECHT:
11        Q.  The last question I have to ask you is
12   about Government's Exhibit 31A through -J.
13        MS. LAMPRECHT:  And I believe these
14   documents have been admitted by stipulation.
15        THE COURT:  They are.
16   BY MS. LAMPRECHT:
17        Q.  What are these documents?
18        A.  These are bank records.
19        Q.  And how were these bank records
20   obtained?
21        A.  I believe through a grand jury
22   subpoena.  I'm not sure if it was a court order or
23   a grand jury subpoena, but I requested them.
24        Q.  Who are the bank records for?
25        A.  Jesus Sanchez.

1207

1        Q.  Okay.  And if you look at -- first of
2    all, let's start with Exhibit 31C, which
3    encompasses the time period -- part of the time
4    period in the conspiracy, which I believe is
5    November and December of 2011.
6           Can you tell from looking at that
7    document how much money was deposited into
8    that -- into the Wells Fargo account of Jesus
9    Sanchez?
10        A.  Yes.
11        Q.  How much?
12        A.  $1,572.85.
13        Q.  Going to -D, 31D.  And that would be
14   the month of December and January, parts of
15   December and January.  Can you tell how much money
16   was deposited into Jesus Guadalupe Sanchez's
17   account?
18        A.  Total deposits, $1,572.85.
19        Q.  And -E, how much money was deposited
20   the following month?
21        A.  The total deposits, it's showing $3.33,
22   I believe.
23        Q.  I think that's the ending balance.
24        A.  Oh, I'm sorry.
25        Q.  I don't believe you have the total

1208

1    deposits thing up there yet.
2        A.  I'm sorry.  It says:  Active summary,
3    beginning balance on 1/3, and deposits/additions,
4    $3,160.
5        Q.  Going on to the next month, which I
6    believe is January, February -- or is that the one
7    that we just did?
8           Okay.  We need to move to -F, February,
9    March.  Can you tell what the total deposits into
10   Jesus Guadalupe Sanchez's account was for that
11   month?
12        A.  Deposits/additions, $2,345.57.
13        Q.  Okay.  And can you show us where that
14   is?
15        A.  (Witness complied.)
16        Q.  Moving on to the next month, -G, March
17   and April, what were the deposits for that month?
18        A.  $1,000.
19        Q.  And -H; and that would be, I believe
20   April and May.
21        A.  $4,182.
22        Q.  And finally, -J, and that would be May
23   and part of June.
24           I'm sorry.  "-I."  I missed one.
25        A.  5,050.

1209

1        MS. LAMPRECHT:  I don't believe I have any
2    further questions of Detective Stennett,
3    Your Honor.
4        THE COURT:  Ladies and gentlemen, we're
5    going to have to wait until tomorrow morning for
6    cross-examination.  It's 2:30.
7           Ladies and gentlemen, I'll again
8    admonish you not to discuss the case among
9    yourselves or with anyone else, nor should you
10   form or express any opinions about the case until
11   it is finally submitted to you.
12           We'll start at 8:30 tomorrow morning.
13   My sense is that -- that we're well -- if not
14   ahead of schedule, well on schedule, and the case
15   may be submitted to you, perhaps as early as
16   Tuesday or Wednesday of next week.  But we'll try
17   to advise you tomorrow, get a clear fix from
18   counsel as to where we are and advise you then,
19   so, for your planning purposes.
20           We'll take the recess now.  I think
21   I'll remain in with counsel for just a moment to
22   discuss something with them.
23           So as we take the recess, follow my
24   admonition.  I'm not going to repeat all of the
25   various aspects of that.  I think you understand

1210

1 both the critical nature of my admonition and the
2 substance of it as well.
3           Mr. Severson, if you'll escort the jury
4 out. We'll reconvene as 8:30 tomorrow morning.
5           (Jury absent.)
6           THE COURT: Go ahead and be seated.
7           Counsel, the reason I wanted to visit
8 with you for just a moment is the issue concerning
9 the firearms. And Ms. Lamprecht, frankly, it
10 struck me that maybe I should have been keeping
11 more careful notes as to each firearm and how they
12 may have been tied in some way to the physical
13 proximity of the drugs or discovered at a
14 residence in which the drugs were distributed.
15           I think that has all been put together,
16 but I don't have that in my mind as we speak. And
17 so I may ask you to be prepared tomorrow morning
18 to go through each of the firearms -- and this
19 will be outside the presence of the jury -- but
20 with regard to each of the firearms, identify how
21 they are connected to the drug conspiracy, not
22 just that they're out there or that they're owned
23 by one of the defendants, but that either they
24 were kept at a residence in which drugs were
25 distributed -- I just didn't keep that level of

1211

1 detailed notes in terms of what the evidence was.
2           Because I -- I thought my ruling
3 pretrial was, first of all, it was very consistent
4 with the case law that we discovered, which is
5 possession of firearms in any kind of proximity to
6 drugs is evidence of drug trafficking. There is a
7 plethora of case law to that effect.
8           But just simply putting out there that
9 there are firearms is -- could be problematic
10 unless there is at least some connection to show
11 that they were somehow tied to the individuals
12 involved at a time and in a location where the
13 drugs were being trafficked.
14           Is that a problem, Ms. Lamprecht?
15           MS. LAMPRECHT: No, sir, it's not a problem.
16           THE COURT: All right. So tomorrow morning
17 we'll take that up.
18           Also, we'll take up the instruction,
19 limiting instruction under 801(d)(2) that we
20 discussed. Mr. Borton, you will have the language
21 of that prepared and shared with counsel.
22           MR. BORTON: I will, Your Honor. I'll try
23 and circulate it tonight --
24           THE COURT: All right.
25           MR. BORTON: -- but I'll for sure bring it

1212

1 in the morning.
2           THE COURT: All right.
3           Now, in terms of scheduling,
4 Ms. Lamprecht, I understand that you have, in
5 addition to the completion of Officer Stennett's
6 testimony, a chemist on drug purity and drug
7 quantity, I assume.
8           MS. LAMPRECHT: That's correct, Your Honor.
9           THE COURT: And then the government will
10 close at that point?
11           MS. LAMPRECHT: We will.
12           THE COURT: All right. So are the
13 defendants ready to start putting on witnesses
14 tomorrow, assuming we're done, perhaps by the
15 first break and certainly by the second?
16           MR. BORTON: I'm extremely hopeful, although
17 later this afternoon --
18           THE COURT: Okay.
19           MR. BORTON: -- I'm going to make every
20 effort to make sure that we're able to start
21 tomorrow.
22           THE COURT: All right. And again, I'm not
23 suggesting that you need to put on witnesses, but
24 if you are -- any of the defendants -- I don't
25 want to send the jury home tomorrow morning if --

1213

1 because it appears that we are going to be done
2 with the government's case before 2:30 tomorrow.
3           So please be prepared. And I don't
4 care who goes first, but just make sure somebody
5 is there and we're not wasting time, and we'll
6 have evidence for the jury tomorrow, if there is
7 going to be evidence. All right?
8           MR. HEINEMAN: Your Honor, based on things
9 that were said after he testified, I would like to
10 recall Fabian Beltran as a rebuttal.
11           THE COURT: Well, no. That's fine. I don't
12 even care who you call, but it's probably good to
13 notify the Marshal s Service who you need --
14           MR. HEINEMAN: Sure.
15           THE COURT: -- so they can make sure they're
16 transported tomorrow. So that might be a -- the
17 four of you ought to sit down, plan out what
18 witnesses you need, when you need to have them.
19 Because if you don't let the Marshals Service know
20 tonight, it's not going to happen tomorrow. All
21 right?
22           Okay. Is there anything else we need
23 to take up?
24           MR. BORTON: No, Your Honor.
25           MS. BERGLUND: No.

1214

1    MR. HEINEMAN:  No.
2    THE COURT:  All right.  We'll be in recess.
3        (Court recessed at 2:35 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          R E P O R T E R' S   C E R T I F I C A T E

2

3

4

5          I, Tamara I. Hohenleitner, Official

6     Court Reporter, State of Idaho, do hereby certify:

7          That I am the reporter who transcribed

8     the proceedings had in the above-entitled action

9     in machine shorthand and thereafter the same was

10    reduced into typewriting under my direct

11    supervision; and

12          That the foregoing transcript contains a

13    full, true, and accurate record of the proceedings

14    had in the above and foregoing cause.

15          IN WITNESS WHEREOF, I have hereunto set

16    my hand March 4, 2013.

17

18

19

20                        -s-
          Tamara I. Hohenleitner
21        Official Court Reporter
          CSR No. 619
22

23

24

25

**United States Courts, District of Idaho**

**$**

$1,000 [3] - 972:14, 1080:18, 1208:18
$1,500 [2] - 1114:16, 1115:3
$1,572.85 [2] - 1207:12, 1207:18
$1,600 [1] - 1111:24
$12,995 [1] - 1103:4
$13,988.70 [1] - 1103:5
$2,345.57 [1] - 1208:12
$2,500 [1] - 1164:14
$24,000 [1] - 1078:1
$24,320 [2] - 1178:23, 1179:6
$3,160 [1] - 1208:4
$3.33 [1] - 1207:21
$300 [1] - 1077:5
$4,000 [1] - 1103:8
$4,182 [1] - 1208:21
$400 [2] - 1121:15, 1123:1
$450 [1] - 940:6

**'**

'11 [1] - 1050:12
'94 [1] - 928:23

**1**

1 [1] - 1203:18
1,000 [1] - 996:7
1,200 [1] - 996:8
1,800 [1] - 996:8
1/3 [1] - 1208:3
10 [8] - 1026:24, 1086:11, 1164:16, 1171:10, 1172:2, 1173:23, 1177:15, 1183:21
100 [2] - 1050:14, 1183:18
10745 [1] - 1183:18
11 [1] - 1059:19
11th [9] - 1001:21, 1001:22, 1001:23, 1002:7, 1005:23, 1006:2, 1006:5, 1020:9, 1049:23
12 [2] - 1010:25, 1059:19
12-155-S-BLW [1] - 926:5
12th [1] - 1049:22
13 [1] - 1046:7
13,988 [1] - 1103:5

13th [10] - 996:18, 1002:3, 1002:6, 1006:7, 1006:8, 1006:17, 1006:22, 1006:23, 1007:19, 1049:23
14 [2] - 1184:16, 1185:10
14A [3] - 1185:11, 1185:12, 1192:14
14B [3] - 1185:2, 1185:5, 1185:10
14th [4] - 1001:25, 1002:5, 1008:3, 1049:22
15 [5] - 959:3, 959:6, 997:17, 1164:16, 1186:9
15-minute [1] - 1024:18
15-year [1] - 959:12
15A [7] - 1186:9, 1186:15, 1186:18, 1188:21, 1189:10, 1196:4, 1196:16
15B [11] - 1195:24, 1196:13, 1196:17, 1196:24, 1197:7, 1198:20, 1198:23, 1199:9, 1199:14, 1199:17, 1201:8
15C [2] - 1195:9, 1196:13
15th [3] - 1049:22, 1152:12, 1160:9
16 [2] - 950:17, 1195:14
16th [7] - 941:8, 941:10, 941:11, 1060:16, 1060:22, 1086:4, 1086:13
17 [9] - 926:2, 928:21, 1026:23, 1064:19, 1064:20, 1065:18, 1065:23, 1065:25, 1066:3
18 [5] - 1059:22, 1063:13, 1063:18, 1064:24, 1065:23
19 [1] - 929:20
1988 [1] - 1132:14
1998 [1] - 1085:12
1:00 [1] - 1166:3
1:30 [1] - 1007:2

**2**

2 [8] - 977:24, 980:8, 1037:1, 1041:20, 1061:5, 1086:8,

1121:13, 1203:17
2,000 [1] - 1149:20
2,600 [1] - 1085:23
2/15 [1] - 1199:2
2/20 [1] - 1199:2
2/21 [1] - 1193:19
20 [1] - 1087:12
20-plus [1] - 1133:12
2001 [10] - 1047:25, 1048:6, 1048:18, 1048:24, 1052:10, 1054:21, 1057:3, 1059:19, 1131:25, 1132:1
2003 [1] - 1102:23
2006 [1] - 1085:14
2007 [1] - 930:19
2008 [2] - 1027:15, 1028:8
2009 [1] - 1028:18
2010 [4] - 930:21, 931:16, 958:13, 963:24
2011 [15] - 932:10, 964:1, 964:2, 966:9, 966:18, 968:13, 1029:11, 1029:23, 1031:5, 1031:19, 1032:3, 1032:22, 1050:1, 1051:5, 1207:5
2012 [41] - 932:13, 932:21, 936:9, 937:21, 944:15, 945:24, 948:1, 957:21, 957:24, 958:4, 971:24, 983:11, 996:18, 1010:11, 1010:22, 1020:9, 1033:16, 1033:18, 1033:21, 1049:12, 1049:14, 1051:6, 1060:17, 1081:9, 1081:12, 1086:4, 1086:13, 1123:3, 1123:9, 1133:25, 1136:12, 1150:17, 1150:18, 1151:22, 1193:3, 1193:19, 1197:4, 1199:2
2013 [1] - 926:2
208 [1] - 1195:3
208-570-8970 [1] - 1184:22
21 [6] - 1026:22, 1089:3, 1090:7, 1091:14, 1091:17, 1091:25
22 [12] - 1085:6,

1085:22, 1087:9, 1087:22, 1089:7, 1089:18, 1090:24, 1093:16, 1094:11, 1095:6, 1201:17, 1202:8
22nd [4] - 1006:19, 1012:14, 1012:23, 1014:2
23 [7] - 1089:3, 1092:3, 1092:4, 1092:11, 1092:15, 1092:17, 1092:21
23rd [4] - 1081:9, 1081:12, 1134:15, 1136:12
24 [9] - 1005:13, 1094:18, 1095:2, 1095:8, 1095:14, 1095:20, 1095:22, 1096:17, 1097:4
24,020 [1] - 1078:2
241111 [1] - 1091:15
24A [7] - 1093:11, 1095:3, 1095:23, 1095:24, 1096:5, 1096:11, 1096:13
24th [1] - 1005:6
25 [1] - 1202:25
25A [2] - 1203:20, 1203:21
25th [1] - 1020:24
26 [1] - 1205:12
2:30 [2] - 1209:6, 1213:2
2:35 [1] - 1214:3
2nd [2] - 1123:3, 1123:9

**3**

3 [1] - 1169:11
3/31 [1] - 1193:3
30 [4] - 952:19, 1094:24, 1095:6, 1194:20
30-year [1] - 952:10
30.6 [1] - 1157:5
30A [11] - 1101:14, 1101:17, 1101:21, 1102:1, 1102:13, 1102:17, 1102:19, 1103:15, 1104:3, 1104:23, 1105:1
30B [9] - 1101:14, 1103:11, 1103:18, 1103:23, 1103:24, 1105:2, 1105:4, 1109:23, 1110:1
30C [5] - 1101:14,

1105:14, 1106:2, 1106:7, 1106:9
31A [1] - 1206:12
31C [1] - 1207:2
31D [1] - 1207:13
31st [1] - 1193:4
32A [22] - 1101:15, 1106:12, 1106:18, 1107:1, 1107:3, 1108:5, 1108:6, 1108:14, 1108:15, 1108:18, 1108:22, 1109:2, 1109:13, 1109:20, 1110:15, 1110:18, 1110:23, 1111:25, 1112:12, 1113:14, 1114:6, 1114:23
32B [15] - 1101:15, 1107:6, 1107:11, 1108:5, 1108:8, 1108:23, 1110:2, 1110:18, 1111:10, 1111:13, 1111:18, 1112:12, 1113:15, 1114:7, 1114:23
32C [1] - 1101:15, 1112:10, 1113:5, 1113:12, 1113:14, 1114:6, 1114:9, 1114:23
32D [6] - 1101:15, 1114:18, 1114:22, 1115:1, 1115:9, 1115:16
33A [8] - 1078:13, 1078:22, 1079:8, 1079:14, 1079:15, 1080:12, 1080:17, 1081:10
33B [5] - 1079:18, 1079:22, 1080:2, 1080:20, 1081:3
33C [1] - 1112:9
34A [16] - 1101:15, 1116:9, 1116:14, 1117:15, 1117:16, 1118:21, 1118:24, 1119:2, 1119:5, 1119:24, 1120:13, 1120:14, 1121:6, 1121:18, 1121:23, 1123:12
34B [9] - 1116:20, 1120:19, 1121:17, 1121:23, 1122:9, 1122:15, 1122:17, 1123:11, 1123:14
34C [3] - 1123:8, 1123:17, 1123:25

**United States Courts, District of Idaho**

**35A** [1] - 1101:15
**35B** [1] - 999:17
**36** [2] - 928:10, 999:11
**360** [1] - 952:22
**36A** [4] - 972:23, 973:2, 973:10, 973:12
**36B** [2] - 999:17, 1000:3
**37** [3] - 935:11, 966:16, 1029:1
**38** [2] - 966:7, 1025:21
**380** [5] - 1063:3, 1063:21, 1064:24, 1201:17, 1202:7
**39** [3] - 938:1, 969:4, 1031:12
**3:40** [1] - 1008:1
**3D** [1] - 1200:16
**3rd** [1] - 1133:24

### 4

**40** [2] - 983:8, 1193:22
**400** [1] - 940:9
**404(b** [1] - 1141:16
**41** [2] - 944:21, 1034:3
**41A** [2] - 945:2, 964:21
**43** [1] - 1034:4
**44** [1] - 938:13
**45** [3] - 933:6, 1007:9, 1031:8
**450** [1] - 944:5
**49** [7] - 1156:4, 1156:6, 1156:14, 1158:20, 1159:2, 1159:7, 1159:9
**491605** [1] - 1092:22

### 5

**5** [3] - 971:8, 976:24, 1037:9
**5,050** [1] - 1208:25
**5/16/2012** [1] - 1168:21
**5/20** [1] - 1193:19
**5/9** [1] - 1193:3
**50** [3] - 940:9, 984:24, 1163:2
**51** [3] - 939:1, 984:24, 985:13
**52** [3] - 1168:13, 1170:3, 1170:10
**53** [8] - 1074:19, 1173:18, 1174:3, 1174:11, 1176:4, 1176:10, 1176:11, 1177:10
**534** [1] - 964:19

**54** [2] - 1069:14, 1069:16
**55** [1] - 1069:4
**56** [1] - 1070:12
**57** [3] - 1070:23, 1070:24, 1075:16
**58** [5] - 1073:22, 1074:6, 1074:12, 1074:14, 1174:19

### 6

**6** [2] - 977:3, 1037:13
**6,000** [1] - 971:9
**60** [3] - 1073:6, 1073:11, 1174:19
**608** [1] - 1054:3
**608(b)** [1] - 1054:5
**609** [5] - 1054:2, 1054:4, 1054:14, 1055:2, 1056:11
**61** [1] - 1072:12
**62** [1] - 1076:14
**623** [1] - 1192:16

### 7

**7** [7] - 1187:16, 1188:1, 1188:3, 1188:7, 1188:12, 1188:14, 1190:2
**70** [4] - 949:16, 950:2, 950:8, 950:11
**71** [5] - 997:1, 997:7, 997:12, 997:14, 1005:3
**72** [4] - 1045:16, 1045:22, 1046:2, 1046:4
**74** [6] - 1140:14, 1140:18, 1141:15, 1141:24, 1142:1
**74A** [12] - 1138:10, 1138:25, 1139:4, 1139:9, 1139:23, 1140:15, 1141:14, 1141:22, 1142:6, 1142:20, 1143:2, 1145:17
**74B** [6] - 1140:5, 1140:11, 1143:5, 1143:8, 1143:17, 1143:18
**74C** [4] - 1143:5, 1143:19, 1144:14, 1144:15
**74D** [3] - 1143:5, 1145:6, 1145:20
**76.7** [1] - 1176:15

### 8

**8** [7] - 1187:16, 1187:18, 1189:1, 1189:2, 1189:13, 1189:19, 1189:21
**800** [1] - 1060:10
**801** [1] - 1124:25
**801(d)(2** [2] - 1124:19, 1211:19
**801(d)(2)(E)** [1] - 1180:23
**8:15** [1] - 1129:4
**8:30** [2] - 1209:12, 1210:4
**8th** [2] - 930:21, 1099:9

### 9

**900** [1] - 940:17
**901** [1] - 1120:12
**902.11** [4] - 1099:25, 1100:12, 1191:3, 1204:20
**935** [1] - 1168:17
**9:00** [2] - 1007:2, 1008:1
**9A** [4] - 1191:7, 1191:21, 1192:6, 1192:20
**9B** [2] - 1193:6, 1193:12
**9C** [2] - 1194:12, 1194:14
**9D** [2] - 1200:10, 1200:20
**9E** [4] - 1191:2, 1191:7, 1191:22, 1192:6
**9th** [1] - 1193:4

### A

**a.m** [1] - 1007:2
**ability** [2] - 926:25, 1005:17
**able** [16] - 926:14, 931:3, 947:20, 947:23, 956:4, 956:8, 1004:14, 1092:8, 1094:13, 1094:20, 1161:24, 1179:19, 1184:18, 1184:23, 1195:20, 1212:20
**absent** [2] - 1124:12, 1210:5
**absolutely** [1] - 1198:16

**academy** [1] - 1133:17
**accepting** [1] - 952:24
**access** [1] - 1070:3
**accessories** [1] - 1103:4
**accompany** [1] - 1182:12
**accompanying** [1] - 1182:16
**accomplish** [1] - 1163:24
**account** [21] - 1108:10, 1108:12, 1108:13, 1109:9, 1109:22, 1110:17, 1110:21, 1110:23, 1111:21, 1112:12, 1114:23, 1115:22, 1116:3, 1118:20, 1118:21, 1118:23, 1179:12, 1207:8, 1207:17, 1208:10
**accounting** [1] - 1026:8
**accounts** [1] - 1027:13
**accredited** [2] - 1085:24, 1149:21
**accumulated** [1] - 1149:20
**accurate** [7] - 1138:16, 1140:7, 1140:8, 1193:12, 1194:13, 1197:1, 1201:10
**accurately** [1] - 1140:17
**acknowledge** [1] - 1014:15
**acronym** [1] - 1053:11
**acronyms** [1] - 1053:5
**act** [4] - 955:6, 955:8, 1003:20, 1057:3
**actions** [1] - 946:24
**active** [2] - 956:16, 1208:2
**activities** [3] - 956:5, 1086:2, 1160:18
**activity** [7] - 953:19, 956:7, 1035:15, 1035:16, 1035:18, 1204:11, 1204:14
**actual** [4] - 1078:17, 1089:2, 1100:5, 1121:19
**Ada** [3] - 1001:16, 1007:6, 1007:17
**add** [1] - 1201:12
**added** [2] - 1159:15, 1201:9

**addition** [1] - 1212:5
**additional** [4] - 955:11, 1193:23, 1201:3, 1201:12
**address** [5] - 957:4, 964:17, 1111:1, 1180:1, 1183:17
**addresses** [1] - 1097:11
**admissible** [2] - 1100:12, 1204:19
**admission** [6] - 1096:2, 1127:16, 1141:14, 1145:17, 1191:21, 1191:24
**admissions** [1] - 1126:15
**admit** [2] - 1120:13, 1142:20
**admitted** [97] - 933:8, 950:8, 950:11, 964:21, 973:11, 973:12, 997:12, 997:14, 1046:2, 1046:4, 1055:11, 1063:17, 1063:18, 1066:1, 1066:3, 1066:24, 1069:3, 1069:16, 1070:13, 1072:15, 1073:14, 1073:15, 1074:12, 1074:14, 1076:18, 1078:16, 1079:14, 1079:15, 1081:1, 1081:3, 1087:13, 1089:15, 1089:18, 1090:19, 1091:22, 1091:25, 1092:15, 1092:17, 1093:12, 1095:14, 1095:21, 1095:22, 1096:10, 1096:11, 1100:9, 1100:13, 1102:13, 1102:17, 1103:23, 1103:24, 1106:7, 1106:9, 1106:24, 1107:1, 1111:9, 1111:10, 1113:10, 1113:12, 1115:15, 1115:16, 1120:13, 1120:14, 1122:16, 1122:17, 1123:24, 1123:25, 1139:7, 1139:9, 1142:24, 1143:5, 1145:8, 1159:7, 1159:9, 1170:9, 1170:10, 1176:10, 1176:11, 1180:23, 1185:13, 1188:13, 1188:14,

---

1189:19, 1189:21, 1191:7, 1192:4, 1192:7, 1192:20, 1194:15, 1195:12, 1195:13, 1196:1, 1199:15, 1199:17, 1200:20, 1204:22, 1205:21, 1206:14

**admitting** [2] - 1120:7, 1143:2

**admonish** [4] - 957:5, 1024:19, 1124:6, 1209:8

**admonition** [2] - 1209:24, 1210:1

**adopted** [1] - 931:24

**advanced** [2] - 1133:13, 1149:18

**adversarial** [1] - 1144:3

**advice** [2] - 1135:20, 1135:22

**advisable** [1] - 1120:23

**advise** [3] - 1147:3, 1209:17, 1209:18

**afford** [1] - 1135:23

**afraid** [1] - 1127:4

**afternoon** [1] - 1212:17

**afterwards** [1] - 1153:17

**agency** [3] - 1132:3, 1132:4

**agent** [8] - 1059:10, 1066:15, 1101:12, 1132:2, 1150:4, 1150:6, 1172:12, 1178:4

**agents** [1] - 1000:14

**aggravated** [4] - 929:3, 929:6, 929:16

**ago** [2] - 1005:3, 1005:25, 1053:20

**agree** [5] - 953:10, 997:25, 1006:10, 1007:2, 1046:17

**agreed** [5] - 944:12, 1100:11, 1134:13, 1137:9, 1137:12

**Agreement** [2] - 1108:7, 1112:6

**agreement** [16] - 948:13, 948:15, 949:16, 949:21, 949:23, 952:6, 952:10, 997:3, 997:24, 1005:2, 1005:16, 1045:12, 1045:20, 1046:16,

1112:1, 1126:3

**ahead** [13] - 951:7, 954:10, 987:14, 1019:16, 1090:20, 1098:2, 1121:4, 1124:4, 1197:25, 1202:22, 1206:9, 1209:14, 1210:6

**Alaska** [7] - 962:9, 962:11, 962:12, 963:23, 971:17, 1001:10, 1001:12

**alerted** [1] - 1177:20

**Allen** [1] - 926:7

**allow** [9] - 927:4, 940:10, 1024:2, 1055:21, 1056:3, 1056:15, 1154:7, 1165:11, 1202:20

**allowed** [2] - 940:12, 1154:17

**allows** [1] - 1154:10

**almost** [3] - 963:19, 965:20, 1128:16

**Amber** [23] - 966:3, 966:8, 966:10, 966:19, 967:7, 967:17, 968:5, 968:10, 968:11, 968:14, 968:22, 969:10, 969:14, 969:21, 979:18, 983:6, 986:17, 987:5, 987:13, 987:18, 1003:22, 1017:8, 1017:23

**Amber's** [1] - 966:4

**America** [1] - 926:5

**ammunition** [6] - 1086:25, 1093:4, 1093:7, 1093:17, 1094:12, 1095:7

**amount** [15] - 941:5, 973:15, 1002:21, 1061:20, 1080:17, 1080:18, 1082:6, 1082:7, 1082:10, 1115:21, 1119:20, 1122:2, 1133:18, 1157:19, 1164:13

**amount-wise** [1] - 941:5

**amounts** [5] - 947:24, 1151:15, 1160:18, 1162:10, 1177:23

**Amy** [8] - 957:22, 1024:16, 1025:5, 1025:6, 1025:14, 1153:2, 1153:7, 1156:13

**AMY** [2] - 1025:9, 1025:14

**analysis** [1] - 1170:15

**angry** [1] - 1016:14

**animals** [1] - 993:3

**announce** [3] - 927:8, 1024:13, 1058:3

**anonymous** [1] - 1162:11

**answer** [8] - 956:11, 1013:21, 1019:14, 1048:10, 1118:6, 1136:1, 1136:3, 1202:3

**answered** [7] - 1018:8, 1023:7, 1024:1, 1096:18, 1096:20, 1118:14, 1146:18

**answering** [1] - 1117:7

**Anthony's** [1] - 928:21

**apartment** [24] - 935:24, 945:7, 945:8, 945:13, 964:16, 964:18, 964:22, 964:23, 965:18, 965:23, 967:12, 967:19, 969:13, 969:22, 970:5, 971:5, 975:4, 975:7, 977:9, 979:15, 979:20, 982:25, 1021:21

**Apartment** [1] - 964:19

**apologies** [3] - 951:8, 1109:17, 1196:22

**apologize** [9] - 952:2, 954:2, 1008:1, 1011:19, 1023:14, 1096:4, 1129:10, 1145:7, 1176:19

**apparent** [2] - 1048:22, 1119:12

**appeal** [1] - 1099:20

**appear** [3] - 1117:2, 1117:5, 1127:8

**appearance** [1] - 1071:20

**appeared** [2] - 1005:5, 1118:12

**Applebee's** [1] - 1167:13

**applicable** [1] - 1125:5

**applied** [1] - 1112:5

**applies** [1] - 1055:2

**apply** [1] - 1125:4

**appointed** [1] -

1135:25

**appreciate** [2] - 951:6, 1117:9

**approach** [5] - 1054:11, 1066:9, 1098:2, 1141:2, 1180:3

**appropriate** [1] - 1113:22

**April** [24] - 930:21, 936:9, 936:11, 936:13, 937:20, 939:14, 939:15, 944:15, 958:3, 971:24, 974:23, 980:11, 983:11, 1028:18, 1033:14, 1033:18, 1033:21, 1034:11, 1049:12, 1050:14, 1050:16, 1051:6, 1208:17, 1208:20

**area** [13] - 955:2, 1037:22, 1062:20, 1068:15, 1068:23, 1069:1, 1078:4, 1078:5, 1086:16, 1093:20, 1151:15, 1153:11, 1192:16

**areas** [4] - 930:12, 954:19, 1086:21, 1152:19

**argue** [2] - 1003:22, 1128:20

**arrest** [11] - 1001:15, 1001:17, 1008:9, 1134:21, 1146:20, 1147:4, 1147:8, 1152:3, 1184:10, 1187:9, 1188:5

**arrested** [30] - 947:8, 947:18, 948:1, 948:4, 948:9, 995:4, 995:6, 995:9, 996:13, 996:20, 1001:24, 1002:4, 1006:19, 1007:3, 1007:18, 1009:5, 1010:12, 1013:1, 1041:23, 1043:23, 1044:4, 1044:10, 1049:21, 1152:2, 1152:11, 1171:1, 1184:10, 1184:13, 1184:16, 1187:8

**arresting** [1] - 1134:22

**arrive** [1] - 1182:21

**arrived** [1] - 1167:6

**articles** [1] - 1089:1

**Aryan** [2] - 930:1,

954:13

**aside** [1] - 1133:12

**aspects** [1] - 1209:25

**assault** [3] - 929:3, 929:6, 954:21

**assign** [3] - 1172:20, 1172:21

**assigned** [5] - 1059:12, 1062:1, 1062:8, 1086:15, 1086:17

**assist** [6] - 1004:9, 1133:21, 1133:25, 1179:19, 1179:22, 1181:9

**assistance** [11] - 949:2, 949:3, 952:14, 952:15, 953:1, 953:6, 953:10, 953:13, 998:9, 1002:20, 1005:20

**assisted** [1] - 1086:20

**assisting** [4] - 1060:19, 1061:2, 1061:22, 1086:4

**associate's** [1] - 1026:5

**associated** [4] - 930:8, 930:15, 935:21, 1073:3

**associates** [1] - 954:13

**associating** [1] - 935:19

**assume** [7] - 1022:25, 1048:8, 1110:10, 1124:24, 1139:10, 1176:20, 1212:7

**assuming** [1] - 1212:14

**ATF** [5] - 1099:2, 1099:3, 1100:4, 1203:5

**attend** [1] - 1026:4

**attended** [2] - 1149:16, 1149:17

**attention** [5] - 1027:14, 1060:16, 1086:4, 1121:17, 1133:24

**attorneys** [2] - 1129:14, 1145:16

**attributed** [1] - 1127:14

**audio** [3] - 954:4, 1137:6, 1138:12

**audio-videotape** [1] - 1138:12

**August** [1] - 1028:5

authentic [1] - 1203:25
authority [2] - 1125:3, 1126:5
Auto [1] - 1102:21
available [1] - 960:19
avoid [1] - 952:23
awaiting [1] - 1179:13
awarded [1] - 1179:13
aware [9] - 955:16, 994:23, 1001:6, 1002:16, 1004:8, 1004:14, 1017:4, 1130:6, 1130:15

# B

B-O-O-N-E [1] - 1131:14
babies [1] - 1032:7
background [3] - 1130:7, 1130:13, 1130:16
backpack [5] - 1154:5, 1155:10, 1155:16, 1155:18, 1155:20
bad [1] - 1153:19
bag [36] - 989:15, 989:21, 1044:18, 1069:11, 1069:19, 1069:20, 1070:4, 1070:17, 1070:20, 1071:1, 1071:6, 1071:13, 1071:15, 1072:2, 1074:2, 1075:7, 1077:8, 1077:23, 1086:25, 1097:9, 1097:18, 1101:10, 1102:4, 1105:25, 1106:15, 1107:9, 1111:20, 1114:21, 1116:18, 1156:9, 1158:6, 1169:2, 1169:3, 1169:25, 1179:2
baggies [3] - 970:20, 970:21, 1174:5
bags [13] - 970:15, 970:24, 971:1, 971:3, 989:11, 989:12, 989:13, 989:17, 1070:10, 1072:5, 1169:1, 1169:4, 1169:6
balance [2] - 1207:23, 1208:3
ball [1] - 982:11
balls [1] - 979:12
band [1] - 981:11
Banda [2] - 1166:7,

1168:6
bank [12] - 1097:12, 1110:17, 1110:21, 1110:23, 1112:12, 1118:20, 1118:23, 1150:10, 1171:19, 1206:18, 1206:19, 1206:24
Bank [1] - 1115:3
Bargain [2] - 1203:6
barn [1] - 1055:11
Barn [1] - 1203:6
based [11] - 1053:24, 1144:4, 1151:8, 1151:13, 1152:3, 1169:7, 1182:5, 1182:21, 1183:10, 1190:18, 1213:8
basic [2] - 1149:18, 1149:19
basis [2] - 935:20, 935:21, 1113:22
bathroom [7] - 965:5, 1062:21, 1068:18, 1068:19, 1068:21, 1068:25, 1069:12
battery [2] - 929:4, 929:17
beanie [2] - 981:12, 982:3
bear [4] - 1055:22, 1101:25, 1112:11, 1114:22
bears [1] - 1056:1
beat [2] - 1009:12, 1010:4
became [2] - 1085:14, 1132:7, 1152:5
become [4] - 966:1, 1029:15, 1144:2, 1144:3
becoming [1] - 1098:12
bed [1] - 1043:18
bedroom [19] - 965:6, 965:14, 979:21, 979:22, 981:1, 982:2, 986:18, 986:23, 987:10, 990:3, 990:21, 991:10, 991:11, 1086:18, 1086:22, 1087:1, 1087:7, 1097:7
began [3] - 932:25, 1007:1, 1027:16
begin [2] - 1118:5, 1178:6
beginning [8] - 932:15, 939:15,

969:23, 974:23, 993:13, 1144:20, 1144:22, 1208:3
behalf [2] - 1008:10, 1145:16
behind [2] - 1070:5, 1109:16
Bell [1] - 994:19
belong [1] - 992:5
belonged [2] - 1161:16, 1195:18
belongs [1] - 1110:24
Beltran [11] - 1130:12, 1145:4, 1162:20, 1163:15, 1163:17, 1163:25, 1167:8, 1167:23, 1170:18, 1195:18, 1213:10
Beltran's [7] - 1179:16, 1184:10, 1186:7, 1190:15, 1192:13, 1195:1, 1198:5
Ben [147] - 935:9, 935:12, 935:13, 935:16, 936:1, 937:19, 942:10, 945:24, 946:1, 946:8, 946:13, 947:2, 947:8, 947:17, 958:6, 958:9, 966:12, 966:17, 966:19, 967:3, 967:8, 967:14, 967:17, 968:11, 968:24, 969:10, 969:22, 971:11, 971:25, 972:20, 973:20, 974:9, 974:20, 975:5, 975:8, 975:13, 977:17, 977:18, 978:6, 979:19, 980:7, 980:12, 981:1, 981:8, 982:1, 982:15, 982:18, 982:21, 982:24, 983:6, 983:12, 984:3, 985:2, 985:17, 986:13, 986:17, 987:8, 987:13, 987:18, 988:3, 988:21, 992:10, 992:11, 992:19, 993:12, 993:20, 994:1, 994:21, 995:4, 995:6, 995:7, 995:9, 995:17, 996:2,

996:5, 996:9, 999:13, 999:25, 1001:4, 1003:10, 1003:25, 1008:8, 1010:19, 1012:25, 1014:21, 1017:12, 1017:23, 1018:15, 1018:18, 1019:2, 1019:8, 1019:22, 1027:20, 1027:23, 1028:10, 1029:6, 1029:7, 1029:22, 1032:8, 1033:12, 1034:10, 1035:7, 1036:4, 1036:5, 1036:9, 1036:19, 1037:22, 1037:25, 1038:3, 1038:14, 1038:20, 1040:15, 1040:23, 1041:23, 1042:10, 1042:19, 1043:7, 1043:10, 1043:15, 1043:16, 1043:19, 1044:3, 1044:10, 1044:21, 1044:24, 1049:21, 1049:25, 1050:13, 1050:23, 1051:1, 1145:24, 1146:4, 1153:22, 1156:13, 1160:9, 1160:23, 1163:5, 1163:10, 1163:17, 1165:22, 1166:11, 1166:13, 1166:15, 1166:19, 1168:22, 1168:24, 1187:3
Ben's [9] - 966:13, 993:25, 1013:12, 1018:24, 1019:18, 1020:25, 1027:21, 1040:6, 1040:11
benefit [7] - 948:21, 948:24, 998:5, 998:12, 1046:22, 1046:25, 1047:8
Benjamine [1] - 1152:1
Benjamine's [1] - 1040:3
Berglund [7] - 959:21, 1008:21, 1057:13, 1129:19, 1139:17, 1140:19, 1141:5
BERGLUND [49] - 950:5, 951:1, 959:23, 973:5, 997:9, 998:23, 1000:5, 1008:23, 1045:24, 1047:20,

1057:12, 1065:20, 1074:9, 1079:11, 1080:23, 1082:19, 1089:10, 1091:19, 1092:12, 1095:11, 1096:7, 1100:25, 1102:10, 1103:20, 1106:4, 1106:21, 1107:14, 1113:7, 1115:12, 1119:7, 1122:12, 1123:19, 1129:20, 1139:3, 1139:18, 1140:20, 1142:9, 1146:8, 1159:4, 1170:6, 1176:7, 1181:1, 1182:18, 1182:25, 1188:9, 1189:16, 1191:23, 1197:9, 1213:25
best [3] - 1016:5, 1160:15, 1167:10
better [3] - 974:2, 994:25, 1187:2
between [24] - 960:3, 965:9, 971:8, 989:22, 1027:1, 1033:17, 1108:4, 1108:5, 1143:12, 1163:16, 1164:16, 1165:19, 1192:15, 1193:14, 1194:8, 1194:19, 1196:10, 1197:2, 1197:14, 1198:24, 1199:2, 1200:24, 1201:3, 1201:13
beyond [2] - 1118:9, 1118:11
big [11] - 965:18, 971:1, 971:2, 978:15, 978:20, 978:22, 979:1, 981:17, 982:6, 1042:22, 1043:2
bigger [3] - 1000:16, 1042:24, 1042:25
bill [1] - 996:11
bills [1] - 1178:6
birth [1] - 1111:2
bit [13] - 961:21, 968:14, 1002:4, 1003:11, 1017:2, 1039:19, 1039:22, 1041:17, 1042:25, 1056:21, 1136:18, 1144:3, 1162:4
black [9] - 1063:3, 1069:10, 1070:4, 1074:4, 1077:8,

1077:23, 1165:15, 1166:16, 1179:2
**BlackBerry** [8] - 1186:8, 1195:1, 1195:17, 1195:21, 1196:10, 1198:7, 1198:10
**blow** [1] - 1111:4
**blue** [5] - 937:16, 951:21, 986:7, 1041:4, 1136:16
**Bobby** [1] - 1166:9
**body** [1] - 1154:10
**Boise** [2] - 928:12, 928:14
**bongs** [2] - 970:16, 970:17
**BOONE** [1] - 1131:8
**Boone** [6] - 1131:4, 1131:5, 1131:13, 1146:13, 1147:22, 1148:24
**Border** [1] - 1060:4
**border** [1] - 962:14
**born** [3] - 928:11, 962:8, 1026:1
**Borton** [24] - 951:3, 951:8, 957:14, 998:25, 999:8, 1000:22, 1014:8, 1015:16, 1022:21, 1047:22, 1055:7, 1055:20, 1056:20, 1056:24, 1110:5, 1124:21, 1124:24, 1129:22, 1140:21, 1141:12, 1146:9, 1147:19, 1191:25, 1211:20
**BORTON** [105] - 936:4, 947:12, 950:6, 951:2, 952:4, 954:11, 957:18, 957:19, 959:16, 960:12, 973:6, 984:6, 997:10, 998:24, 1000:6, 1000:23, 1000:25, 1008:14, 1014:9, 1014:11, 1014:14, 1015:17, 1016:16, 1018:7, 1022:23, 1038:21, 1045:25, 1047:21, 1047:24, 1048:12, 1048:19, 1048:23, 1049:4, 1053:15, 1053:18, 1054:8, 1054:10, 1055:8, 1056:12, 1056:22, 1056:25,

1057:1, 1057:7, 1057:11, 1065:22, 1074:10, 1079:12, 1080:25, 1082:20, 1089:11, 1091:20, 1092:13, 1095:12, 1096:8, 1102:11, 1103:21, 1106:5, 1106:22, 1107:15, 1110:6, 1113:8, 1115:13, 1119:8, 1122:13, 1123:20, 1124:22, 1125:12, 1125:19, 1128:15, 1128:18, 1129:3, 1129:5, 1129:21, 1139:4, 1139:15, 1140:22, 1141:1, 1141:13, 1142:7, 1142:17, 1145:7, 1145:11, 1145:18, 1146:10, 1146:12, 1146:22, 1147:20, 1159:5, 1170:7, 1176:8, 1179:25, 1180:17, 1181:13, 1181:21, 1182:17, 1182:24, 1188:10, 1189:17, 1192:1, 1197:10, 1211:22, 1211:25, 1212:16, 1212:19, 1213:24
**bottom** [4] - 1074:4, 1112:4, 1159:14, 1187:5
**bought** [2] - 1099:7, 1099:8
**box** [12] - 1039:17, 1068:1, 1086:24, 1090:11, 1093:16, 1094:25, 1156:4, 1165:15, 1168:14, 1173:19, 1187:16
**boy** [3] - 1026:22, 1026:23, 1166:2
**boys** [1] - 1026:24
**break** [5] - 1120:18, 1124:2, 1124:5, 1206:1, 1212:15
**breaking** [1] - 955:24
**breath** [1] - 961:22
**briefly** [7] - 1014:9, 1014:11, 1018:1, 1053:15, 1066:9, 1126:12, 1146:10
**bring** [8] - 964:7, 967:18, 970:4, 1108:15, 1108:17, 1129:6, 1164:2, 1211:25

**bringing** [3] - 975:8, 975:11, 1141:10
**brings** [1] - 1113:19
**broader** [1] - 1127:3
**broken** [1] - 1160:6
**brother** [4] - 932:24, 932:25, 935:14, 1028:21
**brother's** [1] - 933:2
**brother-in-law** [2] - 932:24, 935:14
**brought** [8] - 937:1, 941:21, 943:21, 967:20, 975:9, 1007:4, 1009:19, 1037:24
**building** [4] - 945:6, 965:20, 984:20, 1061:18
**bullet** [1] - 1083:17
**bullets** [5] - 1093:25, 1094:9, 1094:13, 1094:20, 1096:14
**bundle** [2] - 1071:4, 1071:12
**bundled** [1] - 1177:25
**business** [15] - 946:24, 947:17, 970:13, 996:10, 1026:8, 1028:21, 1028:22, 1034:17, 1040:22, 1041:14, 1100:1, 1188:4, 1189:5, 1189:6, 1204:14
**buy** [7] - 992:19, 1164:4, 1164:5, 1164:8, 1164:10, 1164:25, 1165:23
**buying** [1] - 1098:8
**BY** [163] - 928:8, 933:11, 933:25, 934:4, 936:8, 938:12, 947:15, 950:12, 952:4, 954:11, 957:19, 960:1, 961:9, 961:23, 965:7, 973:13, 974:5, 976:21, 979:9, 981:25, 984:14, 986:12, 993:5, 997:15, 999:9, 1000:12, 1000:25, 1009:2, 1012:1, 1012:11, 1013:23, 1014:14, 1015:17, 1016:22, 1018:12, 1019:6, 1019:17, 1019:21, 1020:23,

1022:9, 1022:15, 1023:3, 1023:8, 1023:18, 1024:4, 1025:19, 1030:16, 1034:6, 1039:7, 1039:24, 1041:10, 1046:5, 1047:24, 1048:12, 1048:23, 1049:7, 1052:8, 1053:18, 1057:1, 1058:20, 1063:11, 1063:19, 1068:10, 1069:17, 1070:15, 1072:17, 1073:17, 1074:15, 1076:25, 1078:20, 1079:16, 1079:25, 1081:4, 1081:24, 1082:25, 1084:20, 1087:16, 1087:21, 1088:17, 1089:19, 1090:21, 1092:1, 1092:18, 1094:19, 1096:12, 1096:16, 1097:2, 1101:8, 1102:2, 1102:18, 1104:2, 1104:11, 1104:18, 1104:21, 1105:20, 1106:10, 1107:2, 1108:2, 1108:24, 1109:7, 1109:19, 1110:13, 1110:22, 1111:11, 1111:17, 1112:2, 1113:13, 1114:5, 1115:20, 1116:2, 1117:4, 1117:14, 1117:23, 1118:19, 1119:14, 1120:15, 1121:8, 1122:21, 1129:25, 1131:19, 1136:25, 1139:24, 1140:6, 1143:7, 1143:20, 1144:16, 1145:21, 1146:12, 1147:2, 1148:13, 1159:12, 1170:11, 1175:13, 1176:12, 1177:2, 1181:7, 1181:15, 1182:8, 1182:20, 1183:7, 1185:15, 1186:6, 1186:17, 1188:2, 1188:15, 1189:22, 1190:12, 1192:10, 1194:17, 1195:15, 1196:3, 1196:23, 1197:17, 1198:2, 1199:18, 1200:22, 1201:20, 1202:5, 1202:23, 1203:12, 1205:6,

1206:10, 1206:16

## C

**C-A-M-P-B-E-L-L** [1] - 927:20
**C-A-V-A-Z-O-S** [1] - 1025:15
**C-H-R-I-S-T-E-N-S-E-N** [1] - 1058:17
**C-O-B-L-E-N-T-Z** [1] - 961:5
**cabinet** [3] - 1069:12, 1070:3, 1078:10
**cabinets** [1] - 1068:22
**calendar** [1] - 1049:24
**caliber** [1] - 1201:18
**Campbell** [20] - 927:10, 927:11, 927:19, 927:21, 928:9, 952:5, 954:12, 957:15, 957:16, 957:20, 960:4, 960:13, 982:20, 982:22, 988:15, 988:19, 989:25, 990:8, 1008:5, 1009:14
**CAMPBELL** [1] - 927:13
**campus** [1] - 967:5
**Canada** [1] - 962:13
**cannot** [2] - 1091:8, 1135:23
**Canyon** [1] - 1060:5
**capacity** [3] - 926:23, 1132:13, 1133:19
**car** [23] - 971:13, 978:8, 978:9, 982:5, 993:15, 993:22, 993:25, 994:2, 994:4, 1011:5, 1021:11, 1021:13, 1042:8, 1102:22, 1154:3, 1154:4, 1161:15, 1164:12, 1165:6, 1167:15, 1167:16, 1168:3
**card** [9] - 1072:6, 1072:7, 1135:6, 1135:7, 1135:9, 1188:4, 1188:16, 1189:5, 1189:6
**cards** [1] - 1072:8
**care** [11] - 943:16, 943:18, 1050:2, 1065:13, 1075:1, 1096:3, 1098:23, 1142:14, 1170:13, 1213:4, 1213:12

**career** [2] - 1085:10, 1149:4
**careful** [1] - 1210:11
**carefully** [1] - 1126:8
**carried** [4] - 982:17, 987:3, 989:6, 990:14
**cart** [1] - 1202:17
**case** [49] - 943:13, 948:2, 948:6, 957:6, 957:7, 996:14, 996:21, 998:18, 1024:20, 1024:22, 1045:10, 1060:15, 1065:10, 1075:22, 1094:21, 1097:14, 1101:12, 1119:16, 1124:6, 1124:8, 1128:22, 1137:21, 1140:2, 1147:15, 1149:24, 1150:3, 1150:4, 1150:6, 1150:15, 1151:2, 1153:15, 1158:19, 1164:11, 1164:13, 1172:12, 1172:15, 1177:9, 1178:4, 1184:25, 1186:12, 1187:9, 1209:8, 1209:10, 1209:14, 1211:4, 1211:7, 1213:2
**Case** [1] - 926:5
**cases** [3] - 1150:19, 1151:11
**cash** [8] - 1071:4, 1103:3, 1103:6, 1103:8, 1111:24, 1164:13, 1164:14, 1165:3
**Catlin** [1] - 1166:8
**caused** [1] - 932:4
**CAVAZOS** [1] - 1025:9
**Cavazos** [18] - 957:22, 1024:16, 1025:5, 1025:6, 1025:7, 1025:14, 1025:15, 1025:20, 1047:25, 1049:8, 1052:10, 1057:2, 1057:17, 1152:25, 1153:2, 1153:8, 1154:1, 1154:13
**Cavazos'** [1] - 1156:13
**cell** [8] - 956:13, 956:15, 956:22, 1087:1, 1171:23, 1177:16, 1177:17, 1194:6
**cellophane** [2] - 1037:25, 1042:20

**certain** [7] - 1006:14, 1097:17, 1137:18, 1138:2, 1160:19, 1187:11
**certainly** [3] - 1128:25, 1151:24, 1212:15
**certificate** [3] - 1133:14, 1191:3
**certification** [2] - 1203:24, 1204:17
**certified** [1] - 1204:19
**chain** [1] - 1091:2
**chair** [2] - 927:22, 961:11
**chamber** [7] - 1064:14, 1083:2, 1083:3, 1083:4, 1083:6, 1083:15, 1083:16
**change** [1] - 978:8
**changed** [5] - 978:9, 1011:5, 1011:6, 1051:4, 1075:10
**Chapman** [2] - 938:7, 938:17
**characters** [1] - 1094:6
**charge** [6] - 1045:8, 1056:6, 1056:7, 1062:2, 1062:3, 1067:17
**charged** [5] - 948:5, 1052:9, 1052:15, 1056:5, 1147:8
**charges** [1] - 1127:11
**charging** [1] - 1147:13
**chart** [13] - 1192:14, 1192:21, 1193:7, 1193:23, 1194:7, 1194:12, 1195:5, 1195:8, 1196:9, 1197:18, 1199:3, 1201:5, 1201:9
**Che** [32] - 974:15, 974:17, 974:19, 975:7, 975:19, 976:8, 977:6, 1018:2, 1018:17, 1018:20, 1018:22, 1019:1, 1019:7, 1019:19, 1023:24, 1024:3, 1181:10, 1185:25, 1186:4, 1187:3, 1192:12, 1192:24, 1194:25, 1197:4, 1198:3, 1198:19, 1198:20, 1198:25, 1200:3, 1200:6, 1201:4,

1201:13
**Che's** [6] - 1019:22, 1020:4, 1179:17, 1192:16, 1201:16, 1202:6
**check** [3] - 1130:7, 1130:13, 1130:16
**cheese** [2] - 1039:17, 1039:21
**chemist** [1] - 1212:6
**Chevy** [2] - 994:5, 994:11
**child** [1] - 955:2
**children** [7] - 963:16, 964:7, 965:24, 971:15, 1001:8, 1026:19, 1051:9
**chosen** [1] - 926:17
**Christensen** [12] - 1058:7, 1058:8, 1058:16, 1068:9, 1073:12, 1078:17, 1081:6, 1084:1, 1166:10, 1173:17, 1173:25, 1177:19
**CHRISTENSEN** [1] - 1058:11
**Chuck's** [2] - 1027:10, 1027:11
**chunk** [1] - 991:24
**circle** [7] - 945:12, 950:20, 964:25, 973:25, 997:21, 1046:11, 1081:17
**circulate** [1] - 1211:23
**circumstances** [2] - 1127:5, 1134:23
**cited** [5] - 1008:2, 1048:13, 1048:16, 1048:24, 1048:25
**clan** [2] - 1060:12, 1085:25
**clarification** [1] - 1197:11
**clarify** [6] - 927:1, 984:10, 1162:12, 1177:1, 1193:24, 1197:15
**clarifying** [2] - 1096:22, 1097:1
**clarity** [1] - 1176:18
**class** [1] - 963:5
**classes** [6] - 962:19, 962:24, 963:3, 1149:17, 1149:18, 1149:19
**clause** [1] - 1124:25
**clean** [2] - 954:14, 954:15
**cleaning** [2] - 930:9,

1086:20
**clear** [13] - 989:17, 1110:10, 1110:11, 1115:24, 1118:6, 1120:6, 1142:25, 1145:13, 1169:4, 1180:18, 1198:16, 1202:14, 1209:17
**clearly** [2] - 960:2, 976:10
**clerk** [1] - 1148:2
**CLERK** [8] - 926:4, 927:16, 961:2, 1025:12, 1058:14, 1084:15, 1131:11, 1148:6
**Clevenger** [10] - 933:4, 933:10, 933:12, 933:15, 934:11, 934:14, 935:2, 935:15, 935:19, 1008:4
**Clevenger's** [2] - 934:3, 934:5
**clients** [1] - 1145:16
**Clifford's** [3] - 1171:10, 1172:2, 1173:23
**clip** [1] - 1142:4
**clips** [2] - 1140:14, 1141:19
**close** [2] - 961:21, 1212:10
**closed** [1] - 1092:25
**closely** [1] - 1126:8
**closer** [4] - 928:2, 961:11, 961:14, 1026:13
**closest** [1] - 975:24
**closet** [10] - 965:13, 1087:6, 1087:7, 1087:24, 1089:1, 1093:1, 1093:9, 1093:21, 1105:25, 1116:19
**closing** [1] - 1028:24
**clothing** [2] - 1089:1, 1165:16
**Coast** [2] - 1149:5, 1149:8
**COBLENTZ** [1] - 960:24
**Coblentz** [17] - 936:25, 939:12, 940:1, 944:18, 944:25, 945:17, 960:17, 960:18, 960:21, 961:4, 961:10, 984:11, 999:11, 1001:1,

1012:13, 1014:15, 1024:11
**Coblentz's** [2] - 944:17, 945:7
**coconspirator** [4] - 1124:20, 1126:16, 1126:19, 1128:4
**coconspirator's** [1] - 1127:17
**coconspirators** [2] - 1126:18, 1127:2
**code** [2] - 1162:8, 1192:16
**Coeur** [1] - 1159:22
**cold** [1] - 962:3
**collect** [5] - 946:13, 1172:14, 1172:17, 1172:22, 1173:1
**collected** [1] - 1075:21
**collecting** [3] - 1143:24, 1150:8
**collection** [3] - 1065:4, 1075:19, 1075:20
**College** [1] - 1026:11
**college** [2] - 962:23, 1032:23
**color** [1] - 1076:12
**comfortable** [4] - 926:20, 927:23, 961:12, 1039:5
**coming** [6] - 974:13, 974:15, 1035:21, 1060:6, 1066:22, 1066:23
**commander** [1] - 1133:15
**commences** [5] - 1054:12, 1066:11, 1098:3, 1141:3, 1180:5
**comment** [2] - 1099:11, 1191:12
**commenting** [1] - 1197:22
**communicate** [1] - 926:15
**communicating** [1] - 926:20
**Community** [1] - 1026:10
**compare** [7] - 1038:24, 1039:15, 1194:23, 1196:5, 1196:6, 1198:17, 1198:18
**compared** [2] - 1042:22, 1192:24
**compelled** [1] - 955:8

competent [1] - 1118:6

complete [9] - 927:16, 961:2, 998:13, 1001:4, 1025:12, 1058:14, 1084:15, 1131:11, 1148:6

completed [2] - 1146:18, 1164:19

completely [1] - 930:22

completion [1] - 1212:5

complied [21] - 945:14, 950:21, 997:23, 1046:13, 1068:6, 1073:20, 1081:23, 1082:5, 1082:14, 1088:12, 1090:14, 1097:5, 1105:11, 1115:23, 1116:1, 1116:12, 1173:20, 1185:24, 1189:25, 1205:13, 1208:15

component [3] - 952:9, 953:9, 953:12

computers [1] - 1087:1

conceal [1] - 956:4

conceded [1] - 1056:4

concern [2] - 1066:13, 1142:22, 1176:21

concerned [1] - 1191:12

concerning [3] - 1095:16, 1098:6, 1210:8

concluded [5] - 1056:23, 1067:24, 1101:5, 1142:18, 1181:6

condition [7] - 1064:10, 1069:24, 1092:24, 1155:17, 1160:3, 1168:23, 1174:3

conduct [4] - 1053:21, 1055:10, 1056:13, 1057:2

conducted [5] - 1086:12, 1160:15, 1203:15, 1204:11, 1204:14

confirm [1] - 1071:23

confirming [1] - 1056:13

confused [2] - 934:1, 942:19

confusing [3] -

1098:13, 1125:24, 1126:13

connected [1] - 1210:21

connection [3] - 1045:10, 1206:7, 1211:10

consequence [1] - 1017:6

consider [2] - 959:13, 1003:15

considered [2] - 1125:1, 1125:7

consistency [2] - 1075:10, 1075:11

consistent [2] - 1135:5, 1211:3

consisting [1] - 1164:16

console [1] - 1040:14

conspiracy [15] - 996:22, 1060:14, 1125:9, 1126:2, 1127:9, 1127:15, 1127:18, 1127:23, 1180:20, 1192:17, 1194:10, 1200:25, 1207:4, 1210:21

conspirator [1] - 1180:21

conspirators [1] - 1098:14

contact [12] - 1008:10, 1033:19, 1033:20, 1186:8, 1186:9, 1188:22, 1188:23, 1189:11, 1192:13, 1195:1, 1195:20, 1198:13

contacted [3] - 1008:8, 1134:10, 1162:19

contacts [1] - 1185:3

contained [4] - 1074:3, 1155:20, 1169:2, 1177:6

contents [1] - 1155:18

context [1] - 1146:2

continuation [1] - 1121:24

continue [3] - 967:8, 969:12, 1180:19

continued [1] - 1050:9

continuing [1] - 1099:16

continuity [1] - 1178:16

contraband [1] - 1165:3

contract [1] - 1102:20

contrary [1] - 1126:5

control [2] - 1065:13, 1170:13

controlled [6] - 1164:4, 1164:8, 1164:9, 1164:25, 1165:22

convening [1] - 1124:13

conversation [8] - 942:14, 942:20, 1146:3, 1162:24, 1162:25, 1165:19, 1168:2, 1168:4

convicted [5] - 928:24, 929:2, 929:6, 929:11, 1056:5

convince [1] - 1164:1

cooled [1] - 993:10

cooperate [5] - 948:16, 949:6, 997:25, 1046:17, 1160:23

cooperating [1] - 998:6

cooperation [5] - 948:19, 948:22, 998:3, 1046:20, 1046:23

cooperative [1] - 1146:14

copies [1] - 1203:25

cops [2] - 995:22, 995:23

copy [2] - 1000:14, 1187:21

corner [2] - 1087:6, 1088:25

correct [32] - 959:22, 996:14, 1002:13, 1008:22, 1012:12, 1015:5, 1021:11, 1023:13, 1048:19, 1050:2, 1050:3, 1057:5, 1062:16, 1065:16, 1090:4, 1125:12, 1143:16, 1146:1, 1147:14, 1153:4, 1160:7, 1163:1, 1164:6, 1167:4, 1171:12, 1176:2, 1191:20, 1195:17, 1200:25, 1204:9, 1204:12, 1212:8

Correct [1] - 1145:5

corrected [1] - 1057:25

corrections [1] -

1028:12

correctly [1] - 1083:1

correlate [1] - 1113:24

correlation [1] - 956:23

correspondence [2] - 962:19, 962:23

corresponding [2] - 1028:5, 1028:9

corroboration [1] - 1099:9

costs [1] - 974:12

couch [7] - 980:18, 980:24, 986:16, 986:19, 990:3, 990:5, 1064:8

counsel [21] - 1019:15, 1022:13, 1024:12, 1048:20, 1099:24, 1100:11, 1120:17, 1125:17, 1126:3, 1126:13, 1127:3, 1129:12, 1136:17, 1181:23, 1191:5, 1191:19, 1205:22, 1209:18, 1209:21, 1210:7, 1211:21

Counsel [9] - 936:7, 960:11, 1020:16, 1053:14, 1054:1, 1066:9, 1095:15, 1098:1, 1139:10

counsel's [2] - 1013:20, 1066:1

count [7] - 976:12, 1077:1, 1077:11, 1077:13, 1077:17, 1178:9, 1178:11

counted [3] - 1077:22, 1094:22, 1178:20

counter [3] - 1178:10, 1178:19, 1179:5

counting [7] - 980:20, 981:4, 981:6, 1041:6, 1077:7, 1077:21, 1193:24

country [1] - 1171:20

County [11] - 1001:16, 1007:4, 1007:6, 1007:9, 1007:18, 1013:15, 1060:5, 1085:10, 1149:8, 1167:1, 1171:8

county [1] - 929:20

couple [12] - 968:7, 986:20, 992:4, 996:11, 999:3, 1001:18, 1007:16, 1007:21, 1016:19,

1036:7, 1041:21, 1155:14

course [8] - 1026:4, 1027:5, 1094:15, 1125:25, 1127:15, 1133:7, 1179:8, 1204:10

courses [1] - 963:2

Court [1] - 1214:3

court [12] - 926:4, 926:24, 951:11, 951:15, 1124:14, 1124:17, 1126:7, 1128:13, 1135:18, 1143:1, 1153:3, 1206:22

court's [2] - 1142:23, 1206:4

courtroom [10] - 937:11, 956:13, 961:25, 975:18, 975:20, 985:24, 986:1, 1040:24, 1126:24, 1136:11

covers [1] - 1128:24

Cox [1] - 1203:23

crawl [1] - 1044:15

cream [2] - 1039:17, 1039:20

create [1] - 1178:8

credibility [1] - 1056:9

crime [3] - 1085:25, 1157:24, 1170:1

crime-scene [1] - 1085:25

crimes [5] - 954:20, 1059:2, 1133:1, 1149:12

criminal [1] - 953:15

Criminal [1] - 926:4

critical [2] - 927:3, 1210:1

CROSS [8] - 952:3, 1000:24, 1012:10, 1047:23, 1049:6, 1082:24, 1129:24, 1146:11

cross [13] - 950:25, 951:1, 957:15, 959:20, 998:22, 998:23, 1047:19, 1047:20, 1082:18, 1129:20, 1146:7, 1146:24, 1209:6

cross-examination [5] - 957:15, 998:22, 1047:19, 1082:18, 1209:6

CROSS-EXAMINATION [8] -

952:3, 1000:24,
1012:10, 1047:23,
1049:6, 1082:24,
1129:24, 1146:11
**crystal** [1] - 1169:8
**crystals** [1] - 989:20
**cued** [1] - 1139:20
**Current** [1] - 1112:7
**current** [1] - 1132:23
**custody** [8] - 955:17,
958:14, 1001:14,
1002:21, 1006:12,
1065:13, 1091:2,
1170:13
**customary** [1] -
1077:14
**customer** [1] -
1110:25
**customers** [5] -
937:20, 1030:24,
1031:4, 1179:17,
1181:10
**cut** [3] - 992:13, 993:7,
1158:7

## D

**D&B** [2] - 992:22,
993:1
**d'Alene** [1] - 1159:22
**dad** [2] - 1028:20,
1028:21
**dads** [1] - 1162:7
**daily** [3] - 932:3,
934:25, 935:21
**Dakota** [3] - 931:16,
931:18, 931:25
**Danielle** [4] - 1065:5,
1065:9, 1075:20,
1173:5
**dark** [1] - 1161:2
**dashboard** [1] - 989:9
**data** [1] - 1150:8
**date** [20] - 1012:22,
1050:15, 1081:5,
1081:11, 1082:1,
1082:3, 1100:6,
1111:1, 1113:14,
1114:6, 1118:25,
1119:2, 1121:23,
1123:2, 1123:8,
1123:14, 1152:10,
1152:13, 1158:16,
1168:20
**dated** [4] - 1108:8,
1158:10, 1175:23,
1175:25
**dates** [7] - 1049:20,
1108:5, 1108:6,
1121:20, 1121:21,

1160:5, 1168:19
**dating** [2] - 931:22,
966:11
**Dawson** [3] - 1186:22,
1187:6, 1187:7
**days** [9] - 968:7,
975:1, 990:10,
1001:16, 1001:23,
1012:25, 1013:14,
1017:16, 1017:14
**de** [1] - 1130:12
**DEA** [2] - 1133:16,
1149:18
**deal** [7] - 942:23,
1100:8, 1100:10,
1100:18, 1100:22,
1101:21, 1177:23
**dealers** [1] - 1162:9
**dealing** [5] - 942:22,
1035:9, 1035:11,
1051:12, 1128:11
**debate** [1] - 944:10
**debrief** [4] - 1160:17,
1160:22, 1161:1,
1161:7
**debriefed** [2] -
1010:21, 1020:8
**December** [18] -
931:15, 967:11,
968:3, 968:6,
968:12, 968:25,
969:2, 1032:15,
1032:22, 1033:8,
1033:18, 1050:1,
1050:12, 1051:5,
1051:20, 1207:5,
1207:14, 1207:15
**decide** [7] - 949:11,
954:24, 998:17,
1047:14, 1061:24,
1120:5, 1122:19
**decided** [2] - 930:13,
1032:6
**decision** [4] - 955:5,
955:20, 971:18,
1147:10
**decisions** [1] -
1147:13
**declarant** [1] -
1125:13
**declarant's** [1] -
1125:2
**declaration** [1] -
1203:22
**defendant** [1] -
1126:15
**defendants** [9] -
1119:16, 1127:7,
1127:12, 1127:14,
1127:21, 1200:24,

1210:23, 1212:13,
1212:24
**defense** [2] - 1126:3,
1136:17
**definitely** [1] - 1054:3
**degree** [2] - 928:18,
1026:6
**del** [1] - 966:20
**delay** [1] - 1129:11
**Delgado** [1] - 1130:12
**deliberations** [2] -
927:6, 1068:5
**deliver** [13] - 939:12,
946:2, 983:12,
983:21, 983:22,
984:16, 985:2,
985:17, 985:21,
986:13, 988:15,
988:22, 988:25
**delivered** [7] - 939:16,
946:7, 984:2, 986:2,
990:8, 1152:17,
1152:20
**delivering** [5] -
986:25, 988:4,
988:6, 1010:19,
1018:15
**delivery** [1] - 942:4
**Delta** [1] - 1027:5
**Denali** [3] - 1040:6,
1044:25, 1166:16
**denied** [2] - 1099:15,
1143:15, 1143:22
**Dennis** [1] - 926:6
**denominations** [1] -
1178:8
**Dental** [1] - 1027:5
**department** [3] -
1013:3, 1132:6,
1147:12
**Department** [9] -
995:24, 1012:14,
1013:16, 1016:24,
1060:6, 1085:11,
1132:10, 1134:4,
1134:14
**deposit** [1] - 1111:24
**deposited** [7] -
1108:10, 1115:3,
1115:4, 1179:11,
1207:7, 1207:16,
1207:19
**deposits** [5] -
1207:18, 1207:21,
1208:1, 1208:9,
1208:17
**deposits/additions**
[2] - 1208:3, 1208:12
**Deputy** [1] - 1166:8
**deputy** [2] - 1149:10,

1149:11
**Derr** [1] - 991:7
**Derringer** [6] -
1088:18, 1090:17,
1090:22, 1092:5,
1201:18, 1202:8
**Derringers** [9] -
1087:9, 1087:23,
1088:1, 1088:3,
1090:15, 1094:2,
1094:4, 1094:7,
1094:8
**describe** [11] - 937:13,
951:20, 975:22,
976:1, 986:4,
1019:1, 1019:7,
1019:10, 1019:12,
1019:18, 1041:2
**described** [2] -
1001:2, 1175:25
**description** [1] -
1125:6
**Desert** [3] - 1012:18,
1013:3, 1015:19
**despite** [1] - 954:24
**destination** [1] -
1182:21
**detail** [4] - 1052:23,
1052:25, 1053:20,
1125:23
**detailed** [2] - 1160:15,
1211:1
**detailing** [1] - 1160:17
**details** [3] - 1013:24,
1054:18, 1054:20
**Detective** [32] -
1062:4, 1062:5,
1066:23, 1068:8,
1073:12, 1075:1,
1075:23, 1078:17,
1081:6, 1084:5,
1084:9, 1091:4,
1099:24, 1129:18,
1130:1, 1131:4,
1133:25, 1137:3,
1138:17, 1138:21,
1147:25, 1148:1,
1148:24, 1154:2,
1155:13, 1155:18,
1166:9, 1166:10,
1168:5, 1177:3,
1180:7, 1209:2
**detective** [15] -
1058:22, 1058:24,
1059:3, 1059:6,
1059:11, 1085:18,
1131:21, 1131:23,
1132:2, 1132:9,
1132:16, 1133:20,
1148:15, 1148:21,

1154:16
**detectives** [2] -
1060:19, 1150:11
**determination** [1] -
1120:10
**determine** [4] -
1061:18, 1061:20,
1126:1, 1160:5
**determined** [2] -
1061:19, 1071:25
**develop** [1] - 935:16
**device** [4] - 1154:6,
1154:7, 1154:9,
1171:21
**diagram** [1] - 1200:9
**dialed** [1] - 1199:21
**difference** [1] - 960:3
**different** [7] - 936:23,
944:16, 955:6,
967:18, 999:21,
1097:13, 1164:17
**differently** [1] - 1011:1
**difficulty** [2] - 926:16,
953:20
**dig** [1] - 1151:19
**dinner** [3] - 1036:19,
1037:18, 1037:21
**diploma** [1] - 962:20
**direct** [5] - 1060:16,
1085:19, 1086:3,
1129:16, 1172:14
**DIRECT** [5] - 928:7,
961:8, 1025:18,
1058:19, 1084:19,
1131:18, 1148:12
**directed** [1] - 1153:6
**directing** [3] -
1027:14, 1133:24,
1150:11
**directions** [5] -
960:23, 1058:10,
1084:11, 1131:7,
1180:14
**directly** [1] - 1013:21
**discharged** [1] -
930:22
**disclose** [2] - 1007:22,
1014:3
**discovered** [3] -
1065:2, 1210:13,
1211:4
**discuss** [8] - 957:5,
1024:20, 1054:6,
1066:10, 1124:6,
1140:24, 1209:8,
1209:22
**discussed** [3] -
1145:14, 1153:10,
1211:20
**discussing** [1] -

1008:4

**discussion** [4] - 1011:12, 1030:1, 1032:18, 1101:2

**discussions** [1] - 1016:4

**dishonest** [7] - 958:18, 958:20, 958:23, 959:5, 959:11, 959:15, 1003:3

**distracting** [1] - 1098:13

**distribute** [3] - 948:10, 996:23, 1045:10

**distributed** [2] - 1210:14, 1210:25

**distribution** [1] - 1150:20

**District** [1] - 1169:11

**district** [1] - 1169:22

**disturbed** [1] - 1155:24

**division** [2] - 1085:14, 1178:2

**document** [28] - 949:17, 950:15, 973:14, 997:2, 997:6, 1102:3, 1103:12, 1104:9, 1104:12, 1104:22, 1105:14, 1105:15, 1106:13, 1107:7, 1108:25, 1112:11, 1113:24, 1114:9, 1114:19, 1116:15, 1119:16, 1119:21, 1121:9, 1121:18, 1123:8, 1203:4, 1203:14, 1207:7

**documents** [16] - 999:3, 999:24, 1101:24, 1113:18, 1115:18, 1116:10, 1116:24, 1121:22, 1187:11, 1203:1, 1203:25, 1204:18, 1204:19, 1206:14, 1206:17

**done** [13] - 938:24, 994:19, 1009:20, 1014:19, 1017:3, 1017:5, 1098:16, 1108:20, 1141:20, 1161:4, 1193:24, 1212:14, 1213:1

**door** [2] - 945:15, 1038:11

**doors** [2] - 965:10, 965:16

**doubting** [1] - 1165:4

**down** [27] - 960:13, 976:12, 976:13, 986:6, 1001:11, 1014:17, 1015:4, 1024:10, 1041:6, 1041:8, 1057:16, 1066:7, 1067:16, 1071:14, 1082:11, 1084:2, 1090:18, 1103:7, 1103:8, 1125:22, 1130:24, 1146:14, 1147:21, 1152:15, 1180:9, 1187:5, 1213:17

**downhill** [1] - 1033:2

**dozen** [5] - 983:18, 984:3, 984:9, 984:13, 991:18

**draft** [1] - 1125:16

**draw** [4] - 945:12, 997:21, 1046:10, 1105:10

**drawer** [4] - 1078:10, 1078:23, 1079:1, 1080:5

**drawing** [1] - 1081:17

**dresser** [1] - 971:12

**drilling** [1] - 931:14

**drinking** [1] - 932:3

**drive** [3] - 993:20, 994:4, 994:10

**driving** [2] - 974:11, 1166:15

**drove** [6] - 935:23, 1007:5, 1154:13, 1165:24, 1166:5, 1166:6

**drug** [11] - 970:14, 1060:12, 1073:3, 1133:15, 1149:17, 1160:17, 1162:8, 1210:21, 1211:6, 1212:6

**drugs** [22] - 931:3, 943:8, 955:21, 968:17, 968:18, 996:12, 1018:15, 1029:8, 1029:13, 1029:16, 1051:12, 1098:15, 1155:11, 1168:1, 1171:16, 1173:14, 1173:16, 1210:13, 1210:14, 1210:24, 1211:6, 1211:13

**dude** [1] - 1020:2

**dude's** [2] - 1013:12, 1020:25

**due** [1] - 1162:8

**duly** [7] - 927:14, 960:25, 1025:10, 1058:12, 1084:13, 1131:9, 1148:4

**duration** [1] - 1199:21

**during** [29] - 926:12, 927:6, 936:17, 957:20, 957:24, 958:13, 983:11, 1001:17, 1002:9, 1003:2, 1007:11, 1015:19, 1062:14, 1068:5, 1127:14, 1135:21, 1138:18, 1146:13, 1159:23, 1162:14, 1173:12, 1177:24, 1179:8, 1192:17, 1193:1, 1193:17, 1194:10, 1199:1, 1200:24

**duties** [1] - 1058:25

# E

**E)** [1] - 1125:10

**early** [4] - 944:15, 971:24, 1050:1, 1209:15

**easily** [1] - 941:14

**east** [1] - 1086:18

**eastern** [1] - 1132:10

**education** [3] - 963:3, 1060:7, 1149:14

**effect** [1] - 1211:7

**efficient** [1] - 944:11

**effort** [2] - 1180:19, 1212:20

**eighteen** [1] - 929:7

**either** [10] - 954:20, 1049:23, 1076:11, 1114:3, 1127:21, 1164:10, 1170:20, 1171:2, 1179:19, 1210:23

**electrical** [1] - 978:12

**electricity** [1] - 996:11

**electronic** [3] - 1154:5, 1165:8, 1171:21

**eleventh** [1] - 962:18

**elicit** [4] - 1056:3, 1163:6, 1180:19, 1180:25

**eliminate** [2] - 1153:13, 1165:4

**Elizabeth** [1] - 1130:3

**emotional** [1] - 1009:5

**employed** [4] - 1058:21, 1084:21, 1131:20, 1148:14

**employer** [1] - 1112:7

**empty** [1] - 1093:3

**encompasses** [1] - 1207:3

**end** [12] - 944:15, 949:23, 952:18, 970:2, 971:16, 976:4, 980:11, 1033:14, 1033:18, 1050:14, 1050:16, 1153:16

**ended** [5] - 935:19, 982:24, 1007:2, 1158:6, 1168:4

**ending** [1] - 1207:23

**enforcement** [22] - 953:21, 953:25, 1001:19, 1002:10, 1004:22, 1005:23, 1014:17, 1016:4, 1048:1, 1049:2, 1050:20, 1059:23, 1060:1, 1061:15, 1085:6, 1085:24, 1132:7, 1149:2, 1149:6, 1149:21, 1151:10, 1172:4

**English** [2] - 926:16, 963:4

**enlarge** [1] - 974:1

**enrolled** [1] - 1026:5

**ensure** [5] - 1077:17, 1077:18, 1165:2, 1178:11, 1178:16

**enter** [1] - 1098:24

**entire** [5] - 1068:21, 1141:16, 1142:21, 1155:2, 1164:17

**entirely** [1] - 1144:21

**entirety** [1] - 1164:18

**entry** [1] - 1000:11

**envelope** [1] - 1159:14

**environment** [1] - 1172:19

**equip** [1] - 1165:8

**equipment** [1] - 1165:9

**equivalent** [1] - 928:18

**erratic** [1] - 1162:3

**escort** [1] - 1210:3

**essentially** [4] - 1154:9, 1161:19, 1162:8, 1192:25

**establish** [3] - 1104:8, 1125:2, 1125:8

**established** [1] - 1107:17

**estimate** [3] - 971:7, 981:16, 1038:19

**Eve** [3] - 1032:1, 1032:2, 1050:10

**event** [3] - 1053:19, 1095:20, 1203:19

**events** [3] - 1007:16, 1007:22, 1160:19

**eventually** [2] - 934:16, 944:12

**everyday** [1] - 926:21

**evidence** [62] - 950:3, 997:6, 1000:3, 1045:22, 1065:4, 1065:6, 1065:11, 1065:18, 1066:24, 1073:11, 1074:6, 1075:19, 1079:8, 1080:20, 1084:7, 1089:7, 1091:17, 1092:11, 1095:9, 1102:8, 1103:18, 1106:2, 1106:18, 1107:11, 1107:21, 1110:1, 1113:5, 1115:9, 1119:5, 1119:24, 1120:4, 1122:9, 1123:17, 1124:19, 1126:22, 1152:6, 1152:22, 1156:3, 1156:4, 1157:22, 1158:5, 1158:9, 1159:2, 1170:3, 1172:14, 1172:17, 1172:23, 1173:3, 1173:7, 1176:4, 1178:2, 1179:10, 1179:14, 1188:7, 1189:13, 1191:2, 1197:7, 1199:10, 1211:1, 1211:6, 1213:6, 1213:7

**evidentiary** [6] - 1062:23, 1062:24, 1068:13, 1076:1, 1097:8, 1097:18

**evolution** [1] - 1150:13

**exact** [6] - 1019:14, 1125:16, 1126:6, 1174:9, 1174:23, 1194:21

**exactly** [6] - 985:11, 1006:12, 1015:23, 1071:5, 1132:18, 1175:2

**EXAMINATION** [24] - 928:7, 952:3, 959:25, 961:8, 1000:24, 1009:1, 1012:10, 1014:13,

1016:21, 1020:22, 1023:2, 1025:18, 1047:23, 1049:6, 1052:7, 1053:17, 1058:19, 1082:24, 1084:19, 1129:24, 1131:18, 1146:11, 1147:1, 1148:12

**examination** [6] - 957:15, 998:22, 1047:19, 1082:18, 1129:16, 1209:6

**example** [4] - 957:25, 1004:4, 1004:18, 1127:8

**except** [1] - 1054:23

**excerpts** [1] - 1142:21

**exchange** [1] - 1001:5

**Excuse** [1] - 934:2

**excuse** [7] - 1001:25, 1006:8, 1051:23, 1057:20, 1108:16, 1170:19, 1176:17

**excused** [1] - 960:14

**Exhibits** [7] - 1089:3, 1142:20, 1143:2, 1145:17, 1191:7, 1191:21, 1192:6

**exhibits** [7] - 1098:25, 1100:9, 1101:12, 1130:1, 1176:1, 1187:20, 1192:3

**existence** [1] - 1125:8

**expected** [1] - 944:1

**expecting** [1] - 1206:6

**experience** [15] - 959:5, 959:9, 959:14, 1059:23, 1060:1, 1071:21, 1072:24, 1085:7, 1093:22, 1133:7, 1133:11, 1133:13, 1149:2, 1151:1, 1169:7

**Experience** [1] - 959:10

**explain** [11] - 942:9, 962:10, 993:17, 1061:11, 1113:23, 1150:5, 1158:2, 1162:5, 1164:7, 1177:22, 1183:13

**explained** [1] - 1134:20

**explaining** [1] - 1147:7

**explosion** [1] - 1153:17

**Express** [1] - 1112:6

**express** [4] - 957:7,

---

1024:21, 1124:8, 1209:10

**ExpressSend** [1] - 1107:4

**extra** [1] - 1165:3

**extremely** [1] - 1212:16

---

# F

**Fab** [1] - 1021:15

**Fabian** [37] - 975:16, 976:23, 976:25, 977:1, 980:18, 981:2, 982:2, 1013:25, 1036:19, 1037:7, 1037:11, 1037:21, 1037:23, 1042:15, 1042:17, 1042:19, 1144:18, 1144:24, 1145:4, 1163:15, 1163:17, 1163:25, 1164:2, 1167:8, 1170:18, 1179:16, 1181:10, 1184:10, 1184:13, 1184:15, 1184:25, 1186:7, 1193:9, 1194:25, 1195:18, 1198:5, 1213:10

**Fabian's** [5] - 1185:18, 1193:9, 1196:10, 1197:12, 1197:23

**face** [1] - 949:20

**facility** [3] - 1156:23, 1169:11, 1169:22

**facing** [1] - 1087:6

**fact** [7] - 927:4, 942:19, 961:20, 1056:3, 1126:17, 1162:8, 1180:25

**facts** [1] - 1056:8

**fair** [17] - 953:16, 959:4, 960:4, 965:15, 984:1, 1002:10, 1003:13, 1009:25, 1016:1, 1017:17, 1065:15, 1138:15, 1140:7, 1140:8, 1193:12, 1194:13, 1197:1

**fairly** [1] - 1048:22

**fall** [3] - 1029:23, 1031:4, 1031:19

**Falls** [1] - 1149:9

**falls** [2] - 1054:2, 1054:3

**false** [7] - 1048:25, 1049:2, 1055:5, 1055:11, 1056:14,

---

1056:18, 1057:4

**family** [2] - 931:9, 931:21

**far** [13] - 928:15, 938:23, 941:5, 962:17, 962:21, 976:4, 1026:2, 1051:21, 1051:24, 1060:11, 1086:18, 1088:18, 1165:17

**Fargo** [7] - 1079:5, 1080:10, 1107:4, 1114:11, 1114:24, 1115:3, 1207:8

**farm** [1] - 993:3

**fashion** [3] - 1004:16, 1006:3, 1107:19

**fatter** [1] - 1039:22

**February** [11] - 963:24, 964:1, 964:2, 969:18, 969:24, 1099:8, 1123:3, 1123:9, 1197:4, 1208:6, 1208:8

**federal** [1] - 1133:17

**felonies** [1] - 1055:3

**felony** [2] - 928:25, 929:11

**felt** [4] - 955:1, 1038:18, 1097:13, 1142:1

**females** [1] - 1004:8

**few** [5] - 964:15, 975:1, 1013:14, 1017:16, 1031:1

**field** [9] - 931:13, 1157:16, 1157:17, 1157:21, 1174:13, 1174:16, 1175:15, 1175:20

**field-tested** [6] - 1157:16, 1157:21, 1174:13, 1174:16, 1175:15, 1175:20

**fifteen** [8] - 1195:9, 1195:10, 1195:11, 1195:13, 1195:25, 1196:1, 1198:24

**fifth** [1] - 976:14

**fifties** [1] - 1178:7

**fifty** [1] - 1170:9

**fifty-two** [1] - 1170:9

**figure** [2] - 1161:20, 1161:24

**filed** [2] - 1095:16, 1099:12

**filled** [2] - 1203:5, 1203:8

**finally** [13] - 957:8,

---

1011:4, 1020:8, 1024:22, 1074:16, 1078:3, 1105:13, 1114:17, 1123:7, 1124:9, 1200:9, 1208:22, 1209:11

**financial** [1] - 1171:17

**fine** [4] - 1067:2, 1124:2, 1190:7, 1213:11

**finger** [7] - 945:11, 950:19, 964:25, 965:4, 973:24, 997:20, 1046:10, 1081:16, 1105:9

**fingers** [2] - 970:25, 981:17

**finish** [1] - 1023:11

**finished** [2] - 952:5, 1027:4

**finishing** [1] - 1125:12

**fire** [3] - 1083:6, 1083:13, 1083:18

**firearm** [4] - 1067:17, 1090:5, 1098:17, 1210:11

**firearms** [16] - 1066:13, 1086:24, 1087:3, 1087:4, 1087:8, 1093:8, 1093:23, 1099:1, 1099:7, 1099:8, 1203:2, 1210:9, 1210:18, 1210:20, 1211:5, 1211:9

**first** [94] - 927:14, 932:8, 932:9, 933:22, 935:8, 937:8, 939:18, 942:11, 942:12, 944:10, 944:20, 946:8, 950:1, 950:13, 957:24, 958:2, 960:25, 963:9, 965:22, 967:11, 974:22, 975:17, 978:6, 978:7, 982:10, 982:22, 986:14, 986:16, 987:2, 989:8, 990:7, 990:13, 991:12, 1005:16, 1009:4, 1012:13, 1012:15, 1012:21, 1013:8, 1014:20, 1016:23, 1018:3, 1025:10, 1027:23, 1033:7, 1036:8, 1036:17, 1036:24, 1037:16,

---

1058:12, 1061:12, 1068:11, 1069:24, 1070:11, 1070:19, 1071:3, 1072:11, 1078:12, 1083:17, 1084:13, 1090:7, 1093:10, 1095:18, 1100:14, 1108:4, 1111:12, 1111:14, 1112:16, 1112:21, 1112:22, 1116:13, 1131:9, 1138:8, 1148:4, 1150:14, 1151:25, 1152:1, 1152:9, 1152:14, 1161:9, 1184:7, 1184:11, 1191:8, 1192:7, 1197:12, 1199:5, 1199:19, 1200:2, 1202:25, 1207:1, 1211:3, 1212:15, 1213:4

**five** [15] - 962:7, 963:19, 964:5, 1026:20, 1059:8, 1060:3, 1060:5, 1061:22, 1120:18, 1148:18, 1163:21, 1167:9, 1172:7, 1172:8, 1205:25

**five-plus** [1] - 1120:18

**fix** [1] - 1209:17

**focused** [1] - 1128:12

**folks** [2] - 954:6, 957:3

**follow** [6] - 955:6, 960:23, 1058:10, 1084:11, 1131:7, 1209:23

**followed** [4] - 1164:15, 1166:13, 1168:4, 1180:14

**following** [7] - 953:17, 953:20, 955:25, 1001:15, 1101:12, 1125:6, 1207:20

**follows** [12] - 927:15, 961:1, 1025:11, 1054:12, 1058:13, 1066:11, 1084:14, 1098:3, 1131:10, 1141:3, 1148:5, 1180:5

**Force** [2] - 1012:19, 1015:20

**force** [1] - 1151:8

**forced** [1] - 955:8

**Ford** [1] - 1166:25

**forensic** [3] - 1159:21,

---

1170:14, 1175:4

**forever** [1] - 986:21

**forfeited** [1] - 1179:13

**forgot** [2] - 951:11, 951:15

**forgotten** [1] - 1110:12

**form** [17] - 947:12, 957:7, 1002:21, 1005:17, 1015:12, 1024:21, 1079:6, 1081:25, 1082:6, 1099:2, 1118:9, 1118:12, 1124:8, 1157:10, 1203:5, 1209:10

**formally** [1] - 1021:3

**forms** [3] - 1099:3, 1099:23, 1100:5

**formulate** [1] - 1163:20

**Fort** [1] - 1132:10

**forth** [2] - 1109:16, 1204:4

**forward** [2] - 960:22, 961:17

**foundation** [17] - 936:5, 1019:4, 1019:11, 1038:21, 1104:6, 1104:8, 1110:19, 1141:25, 1142:3, 1142:12, 1186:2, 1191:11, 1191:22, 1202:10, 1202:20, 1205:1, 1206:6

**four** [20] - 926:7, 983:19, 984:9, 985:6, 990:10, 1012:25, 1096:10, 1108:11, 1108:22, 1109:24, 1111:20, 1112:24, 1113:2, 1116:22, 1139:6, 1143:3, 1167:9, 1172:7, 1213:17

**fourteen** [3] - 963:11, 1185:9, 1185:13

**fraction** [1] - 1160:25

**frame** [5] - 936:5, 936:7, 1048:5, 1048:14, 1053:24

**frankly** [2] - 951:19, 1210:9

**freaked** [1] - 1044:12

**friend** [2] - 964:15, 991:7

**friends** [2] - 945:18, 1027:25

**front** [9] - 943:2,

943:6, 965:21, 1040:4, 1040:9, 1071:15, 1079:19, 1090:8, 1115:18

**Fruitland** [2] - 931:14, 1151:9

**full** [2] - 989:21, 989:23

**fully** [2] - 1010:21, 1020:8

**FURTHER** [3] - 1016:21, 1020:22, 1023:2

**furtherance** [2] - 1127:9, 1127:17

## G

**Galaxy** [1] - 1184:14

**gas** [3] - 931:15, 963:14, 964:11

**gather** [1] - 1151:19

**Gearhart** [7] - 927:12, 954:7, 960:22, 1025:8, 1058:9, 1084:10, 1131:6

**gelled** [1] - 1150:13

**Gem** [1] - 1085:10

**Gene** [2] - 1084:5, 1084:17

**GENE** [1] - 1084:12

**general** [3] - 963:3, 1133:1, 1152:19

**generally** [2] - 1125:20, 1167:18

**gentleman** [1] - 1035:22

**gentlemen** [7] - 926:9, 1122:18, 1129:10, 1142:19, 1145:14, 1209:4, 1209:7

**geographical** [1] - 1152:19

**giant** [1] - 1158:7

**girl** [1] - 1026:24

**girlfriend** [2] - 941:15, 991:5

**given** [7] - 952:16, 1043:24, 1125:21, 1151:14, 1154:4, 1154:5, 1164:21

**glasses** [5] - 937:17, 951:22, 986:7, 1041:5, 1186:24

**Global** [2] - 1108:7, 1112:6

**global** [1] - 1111:25

**glove** [2] - 1070:16, 1087:25

**gloves** [2] - 1072:18,

1072:19

**Glynco** [1] - 1133:17

**GMC** [1] - 1166:16

**Goff** [1] - 1166:9

**government** [14] - 948:13, 948:16, 953:2, 953:4, 960:16, 997:25, 998:6, 1045:13, 1046:17, 1046:23, 1084:4, 1131:3, 1147:24, 1212:9

**Government's** [114] - 933:6, 935:11, 938:1, 938:13, 939:1, 944:21, 945:2, 949:16, 950:2, 964:21, 966:7, 966:16, 969:4, 972:23, 973:2, 976:24, 977:3, 977:24, 983:8, 984:24, 985:13, 997:1, 997:6, 999:11, 999:17, 1000:3, 1029:1, 1031:12, 1034:3, 1034:4, 1036:25, 1037:9, 1037:13, 1045:16, 1045:22, 1061:5, 1063:12, 1064:6, 1064:7, 1064:19, 1064:20, 1065:18, 1069:4, 1069:14, 1070:12, 1070:22, 1070:24, 1072:12, 1073:11, 1073:22, 1074:6, 1074:17, 1074:19, 1076:14, 1078:13, 1079:8, 1080:20, 1086:8, 1087:12, 1087:22, 1089:3, 1089:7, 1091:14, 1091:17, 1092:3, 1092:4, 1092:11, 1092:20, 1092:21, 1093:11, 1094:18, 1095:2, 1095:8, 1096:17, 1097:3, 1102:1, 1103:11, 1106:2, 1106:12, 1106:18, 1107:3, 1107:6, 1107:11, 1110:15, 1113:5, 1115:9, 1119:5, 1119:24, 1121:17, 1122:9, 1123:16, 1138:10, 1138:25, 1140:5,

1156:4, 1156:5, 1159:1, 1170:3, 1176:4, 1183:21, 1187:15, 1187:25, 1188:3, 1188:7, 1188:20, 1189:1, 1189:2, 1189:13, 1192:20, 1193:6, 1195:24, 1202:25, 1205:12, 1206:12

**government's** [3] - 1005:17, 1058:6, 1213:2

**grabbed** [1] - 1040:15

**grade** [2] - 928:16, 962:18

**graduated** [1] - 1026:3

**grams** [4] - 1157:6, 1174:20, 1176:15

**grand** [2] - 1206:21, 1206:23

**grandma** [1] - 1045:1

**grandmother's** [1] - 1040:3

**granular** [1] - 1125:21

**great** [1] - 926:23

**greatly** [1] - 1002:20

**gremlin** [1] - 954:4

**grocery** [5] - 963:14, 1044:18, 1155:21, 1157:10, 1157:11

**gross** [8] - 1157:5, 1157:7, 1174:20, 1176:15, 1176:20, 1177:4, 1177:5, 1177:7

**group** [8] - 929:23, 930:2, 930:4, 930:14, 930:15, 1130:7, 1130:16, 1151:9

**grow** [2] - 928:13, 1025:22

**Guadalupe** [11] - 926:6, 972:9, 972:16, 976:7, 1102:25, 1119:19, 1203:10, 1205:9, 1205:15, 1207:16, 1208:10

**Guard** [2] - 1149:5, 1149:8

**guards** [1] - 958:16

**guess** [13] - 930:14, 941:6, 953:18, 969:19, 1017:9, 1107:15, 1118:3, 1125:5, 1141:23, 1151:5, 1162:3, 1166:11, 1197:11

**guidelines** [1] - 952:19

**guilty** [5] - 948:9, 948:12, 996:21, 1045:8, 1045:13

**gun** [14] - 1063:23, 1064:2, 1064:10, 1064:12, 1064:14, 1064:16, 1064:23, 1065:1, 1066:8, 1083:7, 1088:7, 1089:23, 1090:2, 1091:6

**guns** [19] - 1009:17, 1009:18, 1088:23, 1090:23, 1092:23, 1093:5, 1093:20, 1093:25, 1098:8, 1098:9, 1098:11, 1098:14, 1171:20, 1204:1, 1205:8, 1205:15

**Guns** [1] - 1203:6

**guy** [2] - 1010:3, 1062:2

**guys** [1] - 975:15

**gym** [1] - 1178:24

## H

**half** [16] - 939:20, 940:16, 962:24, 983:18, 984:3, 984:9, 984:12, 989:22, 991:18, 995:11, 1007:9, 1027:6, 1109:16, 1149:6, 1149:10, 1154:25

**Hall** [1] - 1132:10

**hand** [8] - 1073:5, 1078:17, 1091:12, 1101:13, 1112:3, 1114:2, 1156:2, 1175:10

**handed** [6] - 939:24, 978:11, 982:4, 1036:21, 1038:20, 1155:19

**handgun** [1] - 1063:4

**handle** [1] - 1039:16

**hands** [4] - 978:18, 979:10, 1039:8, 1039:13

**handwriting** [2] - 1118:4, 1156:9

**hanging** [2] - 936:2, 945:23

**hard** [2] - 1053:6, 1128:10

hazy [1] - 1041:22
head [4] - 937:16, 951:22, 1178:1, 1194:22
hear [11] - 926:4, 928:3, 956:11, 961:21, 1053:3, 1083:1, 1154:11, 1154:20, 1154:22, 1155:2, 1165:11
heard [7] - 926:12, 943:11, 967:4, 1009:17, 1044:10, 1197:12, 1197:23
hearing [2] - 1126:23, 1197:12
hearsay [4] - 1118:4, 1124:19, 1179:25, 1180:11
heat [4] - 993:9, 1158:8, 1158:10, 1158:17
heat-sealed [1] - 1158:10
HEINEMAN [102] - 950:7, 959:20, 973:7, 973:9, 976:9, 997:11, 1000:7, 1000:11, 1008:18, 1012:8, 1012:11, 1013:17, 1013:23, 1014:5, 1019:4, 1019:11, 1020:17, 1020:21, 1020:23, 1022:7, 1022:9, 1022:15, 1022:19, 1023:6, 1023:13, 1023:25, 1030:7, 1046:1, 1049:7, 1052:5, 1057:10, 1057:19, 1057:23, 1065:21, 1067:8, 1074:11, 1079:13, 1080:24, 1082:22, 1082:25, 1083:21, 1089:12, 1091:21, 1092:14, 1095:13, 1096:9, 1096:15, 1096:18, 1096:21, 1097:21, 1097:24, 1098:5, 1098:24, 1099:2, 1099:4, 1099:14, 1102:12, 1103:22, 1104:6, 1106:6, 1106:23, 1110:8, 1110:19, 1113:9, 1113:16, 1115:14, 1117:3, 1117:6, 1117:22, 1117:25, 1118:2,

1119:9, 1122:14, 1123:22, 1129:25, 1130:20, 1139:5, 1139:16, 1142:8, 1146:24, 1159:6, 1170:8, 1176:9, 1176:17, 1176:22, 1179:24, 1186:2, 1188:11, 1189:18, 1192:2, 1197:11, 1197:20, 1199:12, 1201:19, 1201:25, 1202:10, 1203:11, 1205:18, 1205:23, 1213:8, 1213:14, 1214:1
Heineman [14] - 959:19, 973:8, 1008:16, 1023:11, 1049:5, 1057:9, 1082:21, 1098:4, 1099:12, 1123:21, 1124:16, 1129:23, 1146:23, 1199:11
held [2] - 963:12, 979:10
help [11] - 936:20, 936:22, 956:18, 971:25, 992:11, 1036:5, 1061:19, 1151:16, 1181:8, 1181:17, 1181:19
helped [2] - 1077:13, 1181:12
helping [2] - 996:9, 1086:21
helps [1] - 1172:24
Hendershot [1] - 1178:3
Hensley [11] - 937:24, 938:3, 969:2, 969:19, 1031:18, 1161:9, 1161:11, 1161:12, 1162:13, 1162:14, 1162:15
Hernandez [1] - 1130:3
hid [2] - 1044:8, 1044:15
hide [2] - 1044:5, 1044:6
High [3] - 1012:18, 1013:2, 1015:19
high [6] - 928:17, 962:19, 962:22, 1026:3, 1027:1, 1161:13
high-speed [1] - 1161:13
higher [2] - 952:18,

978:19
highlight [3] - 1081:17, 1082:3, 1082:9
himself [1] - 944:12
hire [2] - 1135:24
history [3] - 953:15, 953:16, 953:25
Hites [5] - 966:5, 966:10, 967:7, 1008:5, 1009:14
hmm [9] - 969:19, 987:9, 988:10, 1001:13, 1015:21, 1017:1, 1031:16, 1049:15, 1050:8
Hohenleitner [1] - 1139:12
hold [10] - 970:25, 978:18, 1038:5, 1038:7, 1039:8, 1067:4, 1067:6, 1073:12, 1097:3, 1129:13
holding [5] - 981:16, 1039:3, 1059:14, 1070:17, 1072:21
home [10] - 932:15, 932:17, 967:20, 971:22, 1027:8, 1030:20, 1041:24, 1042:2, 1042:3, 1212:25
homes [1] - 1028:24
homework [1] - 1161:4
honest [2] - 1016:9, 1016:13
honestly [2] - 934:24, 1077:12
honesty [1] - 1054:15
hope [8] - 948:21, 998:5, 998:7, 1002:19, 1002:23, 1046:22, 1046:25, 1120:6
hopeful [1] - 1212:16
hopefully [2] - 954:4, 957:13
hoping [2] - 948:24, 952:14
Hopkins [1] - 1166:9
Hornady [3] - 1093:17, 1094:11, 1095:7
horse [3] - 992:16, 992:17, 1202:17
hotels [1] - 963:14
hour [2] - 1007:9, 1137:17
hours [6] - 986:20,

1060:10, 1085:23, 1085:24, 1133:18, 1149:20
house [67] - 933:23, 933:24, 934:3, 934:5, 937:19, 938:19, 938:20, 938:21, 939:5, 939:13, 939:22, 940:14, 940:23, 941:20, 942:11, 944:17, 946:21, 965:11, 982:21, 982:23, 984:22, 984:25, 985:14, 987:4, 988:20, 989:3, 989:5, 989:7, 989:25, 990:9, 990:17, 990:20, 995:15, 1009:12, 1013:12, 1020:4, 1020:25, 1023:23, 1029:22, 1030:21, 1030:23, 1032:8, 1033:22, 1033:24, 1034:9, 1035:13, 1035:25, 1036:14, 1043:5, 1043:6, 1044:1, 1044:15, 1045:3, 1062:20, 1075:8, 1076:2, 1076:7, 1078:4, 1078:6, 1153:1, 1153:8, 1153:11, 1154:1, 1154:14, 1154:24, 1156:13, 1183:25
huge [1] - 965:19
humanities [1] - 963:4
hundreds [1] - 1178:7
hung [1] - 994:19
husband [2] - 1052:12, 1054:24

## I

ID [1] - 1111:1
Idaho [37] - 928:12, 928:14, 932:5, 932:19, 1027:6, 1028:11, 1058:22, 1059:13, 1059:14, 1059:21, 1060:2, 1061:1, 1065:13, 1084:22, 1085:13, 1085:14, 1085:16, 1131:22, 1132:7, 1132:11, 1132:15, 1148:15, 1148:17, 1148:20, 1149:3, 1149:19, 1157:24,

1159:21, 1159:22, 1165:25, 1167:1, 1169:10, 1169:21, 1170:14, 1171:9, 1175:4, 1203:7
idea [1] - 1009:20
identification [4] - 1060:12, 1149:17, 1156:17, 1169:15
identified [9] - 951:11, 951:12, 951:17, 976:7, 976:10, 986:9, 986:11, 1098:9, 1136:22
identify [7] - 951:10, 972:24, 1173:21, 1181:9, 1181:12, 1181:19, 1210:20
identifying [2] - 1179:20, 1179:23
ignore [1] - 955:5, 955:20
ignoring [1] - 956:1
illegal [3] - 1029:8, 1029:16, 1165:2
immediately [3] - 960:18, 1001:15, 1119:12
impact [1] - 1151:23
important [3] - 926:18, 928:2, 1097:14
improper [1] - 956:5
inaccurate [1] - 958:15
incarcerated [1] - 953:20
incarceration [1] - 1005:19
inches [6] - 978:23, 978:24, 979:2, 979:3, 981:22
incident [4] - 1009:8, 1009:10, 1010:2, 1048:2
include [4] - 1060:12, 1085:25, 1170:17, 1178:24
included [2] - 1011:15, 1142:22
includes [3] - 1157:9, 1176:20, 1176:22
income [1] - 1112:8
incoming [3] - 1199:4, 1199:23, 1200:3
incompetent [1] - 1117:7
incorrect [1] - 1191:9
independent [3] - 953:5, 955:4, 955:19

**indicate** [4] - 1118:7, 1171:17, 1171:18, 1171:22

**indicated** [4] - 1025:4, 1145:2, 1146:17, 1161:16

**indicating** [8] - 971:2, 973:17, 973:23, 978:20, 978:22, 979:1, 1039:21, 1199:23

**indicating)** [5] - 979:11, 981:18, 1039:10, 1042:25, 1159:11

**indicia** [1] - 1097:10

**individual** [5] - 926:20, 1003:16, 1168:25, 1188:23, 1203:23

**individually** [2] - 1117:13, 1178:10

**individuals** [9] - 976:13, 1151:14, 1160:21, 1161:17, 1165:20, 1170:21, 1172:20, 1201:2, 1211:11

**influence** [1] - 927:5

**informant** [3] - 1152:5, 1164:5, 1164:11

**information** [33] - 933:20, 958:15, 1002:15, 1015:11, 1015:18, 1016:3, 1048:2, 1049:1, 1049:2, 1055:12, 1055:19, 1056:14, 1056:18, 1057:4, 1112:15, 1114:13, 1150:8, 1151:13, 1151:19, 1163:5, 1171:2, 1171:5, 1171:6, 1182:5, 1182:10, 1182:15, 1182:22, 1183:10, 1201:16, 1202:6, 1202:13, 1204:6, 1204:7

**informed** [1] - 952:17

**ingest** [1] - 955:13

**initial** [2] - 1158:16, 1158:17

**initialed** [3] - 1158:10, 1175:22, 1175:25

**initials** [4] - 1156:10, 1158:23, 1160:5, 1168:18

**inmate** [1] - 1052:24

**innocuous** [1] - 1141:10

**inopportune** [1] - 954:3

**inquire** [8] - 961:6, 1025:16, 1055:9, 1055:20, 1058:18, 1084:18, 1131:15, 1148:10

**inquired** [2] - 1167:23, 1167:25

**inquiry** [1] - 1056:12

**inside** [13] - 986:23, 989:19, 1070:8, 1101:10, 1155:6, 1155:22, 1157:11, 1159:18, 1167:14, 1167:16, 1172:6, 1174:2, 1198:14

**instant** [1] - 954:7

**instructed** [1] - 1125:25

**instruction** [9] - 926:11, 1124:18, 1126:4, 1126:20, 1127:4, 1128:10, 1128:12, 1211:18, 1211:19

**instructions** [2] - 1125:22, 1164:21

**integrity** [1] - 1178:17

**intend** [3] - 1098:19, 1107:18, 1107:20

**intent** [7] - 948:10, 996:23, 1002:24, 1016:12, 1045:9, 1128:15, 1141:14

**intention** [1] - 1134:21

**interests** [3] - 958:24, 1003:8, 1016:5

**interference** [1] - 1165:18

**interpreter** [3] - 926:18, 927:5, 956:10

**INTERPRETER** [1] - 956:10

**interruption** [1] - 954:1

**interview** [38] - 1005:22, 1006:2, 1006:5, 1006:13, 1006:16, 1006:18, 1007:1, 1007:11, 1007:15, 1007:25, 1008:3, 1012:15, 1012:21, 1013:9, 1013:14, 1014:16, 1015:19, 1016:23, 1020:24, 1134:1,

1134:3, 1134:6, 1134:9, 1136:4, 1137:7, 1137:15, 1137:19, 1137:24, 1138:9, 1138:18, 1140:1, 1142:21, 1143:4, 1144:2, 1144:4, 1146:13, 1146:18

**interviewed** [5] - 1001:18, 1004:21, 1009:3, 1014:21, 1138:12

**interviewing** [3] - 1134:23, 1150:9

**interviews** [1] - 1002:7

**intimidating** [3] - 1003:16, 1003:17, 1003:19

**introduce** [2] - 966:10, 1099:23

**introduced** [1] - 1021:4

**investigating** [1] - 1130:7

**investigation** [24] - 1060:14, 1060:20, 1062:2, 1062:3, 1084:23, 1084:24, 1085:1, 1085:3, 1085:5, 1085:9, 1085:25, 1086:1, 1130:4, 1147:13, 1150:6, 1150:15, 1151:2, 1151:21, 1151:23, 1152:7, 1160:10, 1170:17, 1179:9, 1201:15

**investigations** [19] - 1059:1, 1059:2, 1059:16, 1059:18, 1060:9, 1060:11, 1060:13, 1085:12, 1132:18, 1132:24, 1133:8, 1133:20, 1133:22, 1148:22, 1149:15, 1149:23, 1150:19, 1150:22, 1150:24

**investigator** [3] - 1085:15, 1149:11, 1149:12

**investigator's** [1] - 1133:17

**investigators** [1] - 1152:16

**involve** [1] - 1150:19

**involved** [11] - 988:2, 1002:12, 1009:18, 1017:25, 1029:8,

1029:13, 1029:15, 1116:25, 1172:5, 1184:25, 1211:12

**island** [1] - 962:13

**ISP** [6] - 1058:23, 1133:21, 1156:23, 1160:2, 1164:11, 1174:12

**issue** [3] - 1135:7, 1180:18, 1210:8

**issues** [3] - 932:4, 932:11, 932:22

**IT** [2] - 954:6, 957:3

**item** [6] - 1078:18, 1093:18, 1094:14, 1095:1, 1099:17, 1158:3

**items** [5] - 1068:4, 1070:25, 1089:3, 1097:17, 1171:16

**itself** [9] - 938:22, 954:5, 954:8, 1011:22, 1088:22, 1125:2, 1125:8, 1138:6, 1141:15

---

## J

**Jack** [1] - 1166:8

**jacket** [1] - 961:24

**jail** [5] - 929:12, 929:14, 929:21, 929:22, 930:16

**Jake** [6] - 933:4, 933:9, 933:12, 933:15, 935:1, 935:15, 1009:11, 1031:6, 1031:10

**JAMES** [1] - 1058:11

**James** [1] - 1058:16

**January** [12] - 926:2, 932:13, 967:11, 968:13, 969:1, 969:10, 969:18, 1081:8, 1081:12, 1207:14, 1207:15, 1208:6

**Jenny** [9] - 941:19, 991:2, 991:4, 991:9, 991:13, 991:15, 991:19, 992:2, 992:6

**Jenny's** [1] - 991:8

**JESS** [1] - 1148:3

**Jess** [4] - 1062:4, 1137:3, 1147:25, 1148:8

**Jessica** [3] - 991:2, 991:6, 991:7

**Jesus** [18] - 926:6, 972:9, 972:16,

976:7, 1102:25, 1110:16, 1110:25, 1114:13, 1119:19, 1122:24, 1130:12, 1203:10, 1205:8, 1205:15, 1206:25, 1207:8, 1207:16, 1208:10

**jewelry** [3] - 970:23, 989:13, 989:14

**jewelry-sized** [3] - 970:23, 989:13, 989:14

**Jim** [17] - 926:7, 1058:6, 1187:7, 1187:8, 1190:21, 1192:15, 1193:7, 1194:9, 1194:24, 1196:5, 1196:6, 1196:11, 1197:2, 1198:9, 1198:11, 1198:18, 1201:13

**Jime** [3] - 1188:24, 1189:11, 1190:17

**job** [8] - 932:10, 966:19, 966:25, 967:3, 1028:20, 1032:16, 1032:22, 1133:12

**jobs** [2] - 963:12, 1149:7

**Joe** [1] - 1168:5

**John** [3] - 938:7, 938:17, 1203:23

**Johnny** [5] - 1194:1, 1194:3, 1194:8, 1194:9, 1194:19

**Johnson** [5] - 1065:5, 1065:9, 1075:20, 1173:5, 1178:3

**join** [1] - 930:5

**joined** [1] - 1085:8

**joining** [1] - 1060:2

**Judge** [1] - 1180:17

**judge** [3] - 949:13, 998:19, 1047:16

**July** [1] - 966:3

**June** [19] - 948:1, 996:18, 1001:21, 1001:23, 1001:25, 1002:6, 1006:5, 1006:7, 1006:8, 1006:17, 1006:22, 1006:23, 1007:18, 1007:25, 1008:3, 1008:6, 1009:4, 1208:23

**jurors** [2] - 1053:5, 1066:7

**Jury** [6] - 926:3,

957:11, 1025:1,
1124:12, 1129:7,
1210:5
**jury** [92] - 926:7,
926:11, 926:19,
927:3, 927:4, 942:9,
950:9, 957:5,
957:12, 971:1,
973:3, 973:11,
978:19, 979:7,
989:15, 997:13,
1024:19, 1025:3,
1039:9, 1046:3,
1061:11, 1066:1,
1066:14, 1066:25,
1067:1, 1067:13,
1067:15, 1068:1,
1068:2, 1068:5,
1073:13, 1074:7,
1074:13, 1081:2,
1088:7, 1089:8,
1089:20, 1089:22,
1091:23, 1092:16,
1096:5, 1097:4,
1098:13, 1102:15,
1103:25, 1106:8,
1106:25, 1107:25,
1109:9, 1109:10,
1111:5, 1111:13,
1113:11, 1113:23,
1113:25, 1120:4,
1120:6, 1120:9,
1121:6, 1124:6,
1124:14, 1125:24,
1126:21, 1129:6,
1129:9, 1133:10,
1135:2, 1135:3,
1139:1, 1139:8,
1139:21, 1140:11,
1158:22, 1159:8,
1163:3, 1177:22,
1183:13, 1187:22,
1189:14, 1189:20,
1190:2, 1197:7,
1199:16, 1200:21,
1202:20, 1205:12,
1206:21, 1206:23,
1210:3, 1210:19,
1212:25, 1213:6
**JZ** [1] - 1102:21

## K

**K.C** [27] - 937:24,
938:4, 969:2, 969:8,
969:19, 979:17,
979:25, 980:1,
980:2, 1018:1,
1031:6, 1031:14,
1031:15, 1034:23,
1035:21, 1036:11,

1036:13, 1041:24,
1042:1, 1043:7,
1043:8, 1043:11,
1161:9, 1161:11,
1161:19, 1162:13,
1162:14
**K.C.'s** [1] - 1031:17
**Karcher** [4] - 1164:3,
1165:24, 1166:14,
1167:6
**keep** [12] - 970:4,
971:10, 971:11,
1023:15, 1032:7,
1090:18, 1098:10,
1172:14, 1172:24,
1179:14, 1206:4,
1210:25
**keeping** [1] - 1210:10
**Kenny** [1] - 1168:19
**kept** [4] - 940:9,
1000:15, 1204:10,
1210:24
**kick** [1] - 1070:2
**kids** [2] - 931:24,
1002:25
**kind** [26] - 930:2,
935:16, 942:19,
966:19, 984:20,
994:4, 994:9,
1017:11, 1028:22,
1039:5, 1040:21,
1041:13, 1041:22,
1042:24, 1044:8,
1053:7, 1082:22,
1087:8, 1098:5,
1102:22, 1111:22,
1117:11, 1125:21,
1128:9, 1133:2,
1211:5
**kinds** [1] - 963:12
**kit** [2] - 1156:17,
1169:15
**kitchen** [15] - 965:2,
965:13, 980:20,
981:3, 1036:20,
1037:22, 1037:25,
1042:18, 1042:19,
1062:20, 1068:23,
1068:24, 1078:5,
1078:8, 1078:9
**Klamath** [2] - 1149:8,
1149:9
**Knight** [1] - 954:13
**Knights** [1] - 930:1
**knowing** [1] - 1113:22
**knowledge** [6] -
967:2, 967:4,
1029:4, 1029:7,
1160:16, 1204:7
**known** [3] - 931:23,

976:8, 1188:23
**knows** [1] - 1110:21
**Kpak** [1] - 1169:24
**Kpak'd** [1] - 1174:15
**Kristopher** [1] - 938:3

## L

**lab** [6] - 1060:12,
1085:25, 1157:24,
1159:16, 1170:1,
1170:14
**label** [1] - 1176:13
**labor** [3] - 1052:23,
1052:24, 1053:20
**laboratory** [5] -
1159:20, 1159:22,
1160:2, 1175:4,
1177:8
**lack** [1] - 1055:4
**ladies** [7] - 926:8,
1122:18, 1129:10,
1142:19, 1145:14,
1209:4, 1209:7
**laid** [1] - 1141:24
**Lamprecht** [39] -
927:7, 928:5,
951:25, 976:12,
1008:24, 1016:18,
1019:16, 1022:24,
1023:15, 1025:4,
1025:16, 1041:7,
1052:6, 1054:17,
1058:3, 1058:18,
1066:12, 1098:16,
1101:6, 1107:18,
1110:12, 1114:4,
1119:11, 1126:4,
1126:10, 1128:20,
1129:16, 1131:1,
1131:15, 1146:25,
1148:10, 1176:24,
1191:18, 1197:25,
1204:21, 1206:5,
1210:9, 1211:14,
1212:4
**LAMPRECHT** [382] -
927:9, 928:6, 928:8,
933:7, 933:11,
933:25, 934:2,
934:4, 936:8,
938:10, 938:12,
947:15, 950:1,
950:10, 950:12,
950:22, 951:4,
951:9, 951:15,
952:1, 960:1, 960:9,
960:16, 960:20,
961:7, 961:9,
961:16, 961:23,

965:7, 973:1,
973:13, 974:5,
976:6, 976:20,
976:21, 979:8,
979:9, 981:25,
984:14, 986:8,
986:12, 993:5,
997:5, 997:15,
998:20, 999:1,
999:6, 999:9,
1000:2, 1000:12,
1000:18, 1000:21,
1008:25, 1009:2,
1011:18, 1012:1,
1012:5, 1015:12,
1016:19, 1016:22,
1019:6, 1019:17,
1019:21, 1020:14,
1023:1, 1023:3,
1023:8, 1023:17,
1023:18, 1024:4,
1024:8, 1024:16,
1025:6, 1025:17,
1025:19, 1030:12,
1030:14, 1030:16,
1034:4, 1034:6,
1039:7, 1039:24,
1041:10, 1045:21,
1046:5, 1047:17,
1048:4, 1052:8,
1052:21, 1053:2,
1053:9, 1053:13,
1053:23, 1054:19,
1054:22, 1055:14,
1055:17, 1055:24,
1056:17, 1057:15,
1058:5, 1058:20,
1063:7, 1063:9,
1063:11, 1063:16,
1063:19, 1065:17,
1065:24, 1066:4,
1066:15, 1066:18,
1066:21, 1067:2,
1067:5, 1067:11,
1067:18, 1067:20,
1067:22, 1068:8,
1068:10, 1069:15,
1069:17, 1070:15,
1072:14, 1072:17,
1073:10, 1073:15,
1073:17, 1074:5,
1074:15, 1076:17,
1076:20, 1076:24,
1076:25, 1078:15,
1078:20, 1079:7,
1079:16, 1079:23,
1079:25, 1080:19,
1081:4, 1081:21,
1081:24, 1082:15,
1083:25, 1084:4,

1084:20, 1087:13,
1087:16, 1087:20,
1087:21, 1088:17,
1089:4, 1089:14,
1089:16, 1089:19,
1090:21, 1091:16,
1092:1, 1092:10,
1092:18, 1094:17,
1094:19, 1095:8,
1095:23, 1096:4,
1096:12, 1096:16,
1096:22, 1096:25,
1097:2, 1098:18,
1098:21, 1099:1,
1099:3, 1099:6,
1099:22, 1100:4,
1100:11, 1100:16,
1100:20, 1100:24,
1101:3, 1101:7,
1101:8, 1101:18,
1101:23, 1102:2,
1102:7, 1102:16,
1102:18, 1103:17,
1103:25, 1104:2,
1104:11, 1104:18,
1104:21, 1105:20,
1106:1, 1106:10,
1106:17, 1107:2,
1107:10, 1107:20,
1107:24, 1108:2,
1108:16, 1108:19,
1108:21, 1108:24,
1109:7, 1109:13,
1109:18, 1109:19,
1109:25, 1110:3,
1110:13, 1110:22,
1111:6, 1111:11,
1111:13, 1111:16,
1111:17, 1111:25,
1112:2, 1112:18,
1112:21, 1113:1,
1113:4, 1113:13,
1114:5, 1115:8,
1115:17, 1115:20,
1116:2, 1117:4,
1117:14, 1117:23,
1118:10, 1118:19,
1119:4, 1119:14,
1119:23, 1120:15,
1120:21, 1120:24,
1121:2, 1121:5,
1121:8, 1122:8,
1122:21, 1123:16,
1124:1, 1126:11,
1127:1, 1127:24,
1128:22, 1129:17,
1130:23, 1131:3,
1131:17, 1131:19,
1136:21, 1136:25,
1138:24, 1139:14,
1139:22, 1139:24,

1140:4, 1140:6, 1140:10, 1140:13, 1141:18, 1141:23, 1142:3, 1142:11, 1142:13, 1142:16, 1143:6, 1143:7, 1143:17, 1143:19, 1143:20, 1144:14, 1144:16, 1145:6, 1145:21, 1146:5, 1147:2, 1147:17, 1147:24, 1148:11, 1148:13, 1158:25, 1159:10, 1159:12, 1170:2, 1170:11, 1175:12, 1175:13, 1176:3, 1176:12, 1176:25, 1177:2, 1180:3, 1180:6, 1180:12, 1180:16, 1181:3, 1181:5, 1181:7, 1181:15, 1181:25, 1182:4, 1182:8, 1182:20, 1183:3, 1183:7, 1185:5, 1185:9, 1185:12, 1185:15, 1186:4, 1186:6, 1186:15, 1186:17, 1187:18, 1187:24, 1188:2, 1188:6, 1188:15, 1189:12, 1189:22, 1190:1, 1190:5, 1190:7, 1190:10, 1190:12, 1191:1, 1191:14, 1192:5, 1192:9, 1192:10, 1194:15, 1194:17, 1195:13, 1195:15, 1196:3, 1196:17, 1196:19, 1196:23, 1197:6, 1197:16, 1197:17, 1198:1, 1198:2, 1199:9, 1199:18, 1200:13, 1200:17, 1200:22, 1201:20, 1202:5, 1202:12, 1202:23, 1203:12, 1204:16, 1204:23, 1205:4, 1205:6, 1205:20, 1206:10, 1206:13, 1206:16, 1209:1, 1211:15, 1212:8, 1212:11

**language** [7] - 926:22, 926:23, 1125:13, 1125:16, 1126:7, 1128:16, 1211:20

**large** [3] - 1151:15, 1151:17, 1177:23

**large-scale** [1] - 1151:17

**last** [20] - 966:4, 966:13, 996:16, 1027:21, 1031:17, 1031:24, 1046:7, 1059:19, 1108:11, 1108:22, 1109:24, 1111:20, 1112:24, 1113:2, 1124:25, 1125:6, 1131:13, 1150:24, 1200:5, 1206:11

**lasted** [1] - 1167:9

**late** [2] - 1034:11, 1040:10

**law** [28] - 926:24, 932:24, 935:14, 953:21, 953:25, 1001:18, 1002:10, 1004:22, 1005:23, 1014:16, 1016:4, 1048:1, 1049:2, 1050:20, 1059:23, 1060:1, 1061:15, 1085:6, 1085:24, 1128:22, 1132:7, 1149:2, 1149:6, 1149:21, 1151:10, 1172:4, 1211:4, 1211:7

**law-enforcement** [5] - 1059:23, 1060:1, 1085:6, 1149:2, 1149:21

**Lawn** [1] - 1027:10

**lawyer** [4] - 1135:19, 1135:23, 1135:24, 1136:2

**lay** [4] - 1039:5, 1142:3, 1142:12, 1205:1

**laying** [1] - 1092:25

**leading** [2] - 1030:7, 1030:9

**lean** [1] - 927:23

**leaning** [1] - 961:17

**learn** [4] - 947:8, 1043:11, 1043:21, 1051:18

**learned** [2] - 1051:11, 1161:5

**least** [8] - 941:22, 946:6, 956:24, 983:18, 991:18, 1005:16, 1074:18, 1211:10

**leave** [10] - 930:18, 954:21, 971:12, 1045:3, 1051:12,

1051:13, 1153:1, 1153:8, 1206:7

**leaving** [1] - 1038:8

**leeway** [3] - 1048:21, 1056:21, 1120:19

**left** [33] - 931:8, 940:21, 963:22, 980:1, 981:4, 987:23, 988:11, 1032:13, 1032:15, 1033:17, 1036:21, 1038:1, 1039:25, 1041:18, 1042:21, 1043:3, 1043:8, 1043:9, 1043:10, 1043:15, 1043:16, 1045:6, 1051:20, 1078:9, 1078:10, 1080:5, 1087:6, 1088:25, 1089:24, 1105:7, 1112:3, 1154:1

**left-hand** [1] - 1112:3

**legal** [1] - 1104:16

**legitimate** [1] - 966:19

**Les** [3] - 994:14, 1001:1, 1012:3

**less** [5] - 985:7, 1016:9, 1016:13, 1151:12

**level** [1] - 1210:25

**lever** [1] - 1083:11

**lie** [2] - 960:3, 1003:7

**lied** [1] - 1055:17

**Lieutenant** [1] - 1166:8

**lieutenant** [1] - 1178:1

**life** [5] - 926:21, 952:20, 952:22, 959:1, 1025:25

**lifeguard** [1] - 963:13

**lifestyle** [4] - 1033:10, 1050:2, 1050:5, 1051:6

**light** [2] - 953:15, 953:19

**Lightning** [1] - 1166:25

**limine** [2] - 1095:16, 1099:13

**limitations** [1] - 1124:18

**limiting** [2] - 1124:17, 1211:19

**Lincoln** [1] - 1102:23

**line** [4] - 1066:7, 1105:12, 1109:12, 1199:19

**lined** [1] - 1024:15

**lines** [1] - 1116:7

**liquidized** [1] - 993:9

**list** [9] - 1185:3, 1186:8, 1186:9, 1188:22, 1188:23, 1192:13, 1195:1, 1195:21, 1198:13

**listed** [1] - 1112:5

**listen** [2] - 1013:20, 1165:19

**live** [4] - 964:14, 967:8, 1001:10, 1001:12

**lived** [11] - 932:24, 977:13, 984:19, 985:15, 989:4, 1025:24, 1030:21, 1033:24, 1153:11, 1184:2, 1184:5

**living** [22] - 930:12, 933:16, 935:18, 944:14, 945:9, 954:18, 955:1, 965:23, 971:21, 980:18, 990:24, 1001:8, 1033:21, 1035:4, 1062:19, 1062:22, 1062:25, 1063:22, 1068:11, 1068:12, 1068:16, 1076:7

**Llama** [3] - 1063:3, 1063:21, 1064:25

**loaded** [2] - 1064:12, 1083:8

**locate** [1] - 1062:13, 1181:9

**located** [6] - 1088:8, 1089:24, 1090:15, 1092:6, 1183:16, 1193:9

**locating** [1] - 1179:20

**location** [6] - 1090:4, 1093:8, 1161:20, 1165:18, 1168:6, 1211:12

**locations** [1] - 1162:10

**logging** [1] - 1173:7

**logs** [1] - 1172:24

**long-term** [1] - 1150:22

**look** [37] - 944:21, 975:18, 985:24, 989:19, 997:16, 1005:10, 1005:11, 1046:6, 1068:19, 1075:7, 1076:8, 1076:9, 1079:17, 1092:2, 1092:7, 1101:11, 1105:13,

1105:17, 1107:5, 1112:14, 1114:18, 1116:11, 1116:14, 1128:22, 1128:24, 1160:4, 1175:1, 1175:6, 1176:13, 1184:14, 1186:7, 1193:23, 1195:9, 1195:23, 1199:5, 1203:20, 1207:1

**looked** [6] - 961:17, 970:21, 1041:13, 1068:20, 1069:10, 1094:21, 1097:17, 1137:23

**looking** [23] - 942:13, 943:12, 949:7, 952:15, 1015:24, 1063:9, 1067:12, 1076:4, 1090:16, 1090:22, 1095:1, 1105:18, 1112:3, 1112:23, 1116:24, 1150:10, 1171:12, 1171:14, 1185:17, 1196:24, 1199:19, 1207:6

**looks** [2] - 1103:14, 1165:14

**lose** [1] - 952:17

**lost** [2] - 938:11, 1136:18, 1161:23

**Loveland** [15] - 926:7, 1187:8, 1188:5, 1189:5, 1189:7, 1194:10, 1198:9, 1198:11, 1198:25, 1199:20, 1200:1, 1200:3, 1200:7, 1201:4, 1201:13

**Loveland's** [14] - 1183:15, 1183:25, 1190:21, 1192:11, 1192:15, 1192:23, 1193:8, 1194:24, 1196:5, 1196:6, 1196:11, 1197:3, 1198:18, 1198:22

**low** [1] - 993:8

**lower** [1] - 1105:7

**lunch** [2] - 1069:10, 1069:11

**lunchbox** [1] - 1074:4

**Lynn** [1] - 961:4

**LYNN** [1] - 961:5

---

# M

**ma'am** [32] - 1059:25, 1063:15, 1064:9,

1064:21, 1069:5, 1069:19, 1070:14, 1071:7, 1072:25, 1073:23, 1074:22, 1075:13, 1077:24, 1078:19, 1079:24, 1081:8, 1081:15, 1133:5, 1133:9, 1133:23, 1134:2, 1134:17, 1136:13, 1137:8, 1137:22, 1138:14, 1138:19, 1138:23, 1140:3, 1144:10, 1144:12, 1147:5

**magazine** [2] - 1064:13, 1083:10

**magnum** [4] - 1087:9, 1093:16, 1094:11, 1095:6

**major** [2] - 1059:1, 1149:11

**Mall** [4] - 1164:3, 1165:24, 1166:14, 1167:6

**management** [1] - 1026:8

**manager** [1] - 1027:12

**manipulating** [2] - 1004:1, 1004:19

**manipulation** [1] - 1004:4

**manipulator** [1] - 1003:18

**manufactured** [3] - 1028:23, 1093:17, 1095:7

**manufacturing** [1] - 1086:1

**Mar** [1] - 966:20

**March** [19] - 932:14, 932:16, 932:20, 936:9, 936:12, 937:20, 964:6, 969:25, 970:1, 970:2, 970:3, 971:16, 1050:18, 1050:21, 1150:16, 1150:18, 1193:4, 1208:9, 1208:16

**Maria** [1] - 1130:12

**marijuana** [3] - 1029:14, 1029:17, 1167:21

**marine** [1] - 1149:10

**Mario** [1] - 1186:20

**marked** [46] - 933:6, 935:11, 938:1, 938:9, 939:1, 945:2, 964:21, 966:7,

966:16, 969:4, 972:23, 976:24, 977:3, 977:24, 983:8, 984:24, 997:1, 999:17, 1029:1, 1031:8, 1031:12, 1034:3, 1036:25, 1037:9, 1037:13, 1045:16, 1061:5, 1069:3, 1069:14, 1072:15, 1073:6, 1074:17, 1074:19, 1076:14, 1078:13, 1086:8, 1087:12, 1103:11, 1106:12, 1140:4, 1183:21, 1187:15, 1189:1, 1192:20, 1195:24, 1202:25

**marks** [1] - 1064:5

**marriage** [2] - 932:1, 932:2

**married** [1] - 931:24

**Marshal** [1] - 1213:13

**marshals** [1] - 1066:22

**Marshals** [1] - 1213:19

**masking** [1] - 1044:19

**match** [6] - 1108:23, 1109:1, 1188:19, 1189:9, 1190:14, 1190:18

**material** [1] - 970:19

**math** [1] - 963:4

**matter** [3] - 941:8, 1129:11, 1142:25

**matters** [2] - 1095:16, 1204:8

**Maverik** [1] - 964:11

**mean** [16] - 941:6, 952:16, 954:15, 954:17, 1029:24, 1055:14, 1100:8, 1104:20, 1132:19, 1141:7, 1157:8, 1171:23, 1172:18, 1175:9, 1177:5, 1199:22

**means** [2] - 930:10, 1158:2

**meant** [2] - 1104:16, 1203:13

**meet** [13] - 937:19, 968:24, 969:16, 972:15, 982:22, 993:14, 1022:1, 1022:3, 1022:11, 1027:15, 1027:23, 1164:23, 1167:11

**meeting** [4] - 1165:20,

1167:7, 1167:8, 1167:19

**member** [1] - 929:23

**members** [2] - 1012:18, 1086:5

**memory** [1] - 1175:8

**men** [1] - 1021:15

**mentioned** [6] - 929:17, 954:12, 982:20, 1006:6, 1020:25, 1178:13

**Meridian** [1] - 1156:23

**mess** [1] - 1009:7

**message** [1] - 954:7

**messaging** [1] - 956:17

**met** [34] - 933:22, 935:14, 937:24, 966:18, 969:2, 974:20, 974:22, 975:3, 991:12, 991:14, 993:19, 994:14, 1013:25, 1014:1, 1021:2, 1021:7, 1021:20, 1021:25, 1022:17, 1027:17, 1027:20, 1027:25, 1028:4, 1036:17, 1040:4, 1040:8, 1040:9, 1134:13, 1134:15, 1134:18, 1154:1, 1155:14, 1166:18, 1168:6

**meth** [42] - 967:20, 967:24, 968:2, 968:20, 969:17, 970:8, 970:18, 971:4, 975:8, 975:11, 977:15, 977:22, 978:12, 979:23, 980:6, 980:14, 982:3, 983:1, 983:22, 986:25, 987:17, 988:8, 989:6, 989:19, 990:11, 991:15, 991:19, 991:20, 992:5, 992:8, 992:24, 993:7, 996:12, 1003:2, 1004:15, 1010:20, 1018:16, 1018:19, 1050:9, 1050:24, 1051:1, 1071:25

**methamphetamine** [120] - 931:1, 933:16, 934:15, 934:18, 934:21, 935:4,

936:19, 937:20, 939:12, 939:16, 939:25, 940:19, 941:21, 941:25, 942:6, 943:22, 944:2, 946:2, 947:10, 947:16, 947:21, 948:10, 957:21, 958:10, 967:21, 968:9, 968:22, 968:25, 970:10, 970:13, 978:3, 979:14, 980:8, 982:7, 982:14, 982:17, 983:13, 984:2, 984:16, 985:3, 985:18, 985:21, 986:2, 986:14, 987:3, 987:21, 988:9, 988:16, 988:18, 990:8, 992:11, 996:10, 996:17, 996:23, 1004:9, 1029:20, 1029:22, 1030:4, 1030:5, 1030:18, 1030:20, 1031:20, 1031:25, 1033:4, 1034:12, 1034:17, 1035:12, 1035:14, 1035:17, 1036:2, 1036:6, 1037:24, 1038:17, 1040:24, 1042:6, 1042:12, 1043:14, 1044:1, 1044:13, 1045:9, 1070:9, 1071:17, 1071:19, 1071:22, 1073:3, 1074:3, 1074:21, 1074:24, 1075:7, 1075:8, 1075:15, 1075:17, 1086:1, 1145:1, 1151:16, 1152:16, 1152:18, 1153:10, 1154:19, 1155:23, 1156:12, 1157:1, 1157:18, 1160:8, 1161:15, 1161:18, 1161:23, 1163:9, 1164:3, 1168:1, 1168:12, 1169:8, 1173:22, 1174:7, 1174:11, 1175:19, 1176:1, 1177:6, 1179:17, 1181:10

**methamphetamines** [14] - 932:25, 934:10, 934:11, 935:25, 936:25, 938:23,

936:19, 937:20, 939:12, 939:16, 939:25, 940:19, 941:3, 942:14, 942:25, 943:12, 943:19, 946:23, 946:25, 1169:18

**Mexicans** [1] - 1034:19

**Mexico** [1] - 972:12

**mic** [1] - 1057:20

**Michael** [77] - 926:6, 937:9, 937:10, 938:18, 939:13, 940:14, 940:19, 940:22, 941:21, 942:4, 942:10, 943:9, 944:1, 944:8, 946:2, 946:21, 951:10, 951:12, 951:17, 983:22, 984:2, 984:15, 984:16, 984:19, 985:3, 985:14, 985:18, 985:21, 986:1, 986:9, 986:14, 986:17, 987:1, 987:20, 988:5, 988:7, 988:16, 988:23, 989:1, 989:3, 989:7, 989:25, 990:21, 991:5, 991:10, 993:14, 993:19, 993:21, 994:7, 994:9, 994:12, 994:18, 994:24, 995:1, 995:7, 995:10, 1006:3, 1006:6, 1010:1, 1010:5, 1010:7, 1010:16, 1010:22, 1011:1, 1014:24, 1018:4, 1018:13, 1040:8, 1134:7, 1136:11, 1136:22, 1137:2, 1137:25, 1138:13, 1138:16, 1138:22, 1163:6

**Michael's** [2] - 992:7, 993:23

**microphone** [7] - 927:24, 928:2, 961:12, 961:13, 1026:13, 1057:21, 1057:23

**mid** [1] - 936:12

**mid-March** [1] - 936:12

**middle** [4] - 947:7, 1040:15, 1109:2, 1136:17

**might** [6] - 951:5,

956:18, 961:20, 1055:4, 1055:6, 1213:16

**mike** [2] - 961:15, 1034:25

**Mike** [12] - 994:21, 1006:25, 1014:18, 1015:3, 1018:2, 1034:24, 1035:3, 1035:4, 1035:8, 1040:4, 1040:16, 1040:17

**Mike's** [1] - 1040:10

**mind** [6] - 1015:14, 1023:15, 1089:21, 1206:4, 1210:16

**minded** [2] - 1040:22, 1041:13

**mine** [3] - 1070:18, 1072:20, 1088:2

**minimal** [1] - 1120:11

**minimum** [2] - 952:11, 952:13

**minute** [4] - 954:5, 1154:25, 1157:19

**minute-and-a-half** [1] - 1154:25

**minutes** [5] - 1007:10, 1120:18, 1155:15, 1167:9, 1205:25

**Miranda** [2] - 1134:25, 1135:1

**mirror** [1] - 1128:16

**misdemeanor** [3] - 1054:16, 1055:3, 1056:10

**misleading** [1] - 1127:4

**missed** [2] - 1141:5, 1208:24

**misspoke** [2] - 1104:15, 1196:5

**misstates** [1] - 984:7

**mistaken** [1] - 1096:2

**misunderstanding** [1] - 1191:6

**misunderstood** [2] - 1191:13, 1205:4

**Mobile** [5] - 1184:14, 1185:20, 1190:24, 1192:13, 1193:9

**molester** [1] - 955:2

**mom** [1] - 1027:8

**moment** [17] - 973:25, 992:25, 1005:3, 1005:25, 1007:24, 1023:10, 1053:20, 1096:19, 1098:1, 1101:20, 1109:4, 1110:11, 1118:1,

1191:17, 1201:22, 1209:21, 1210:8

**moms** [1] - 1162:7

**monetary** [1] - 1080:18

**money** [95] - 937:1, 937:3, 938:24, 940:2, 940:5, 940:7, 943:1, 943:7, 944:1, 946:13, 947:1, 947:3, 971:5, 971:25, 972:4, 972:11, 972:13, 972:19, 973:15, 973:18, 973:22, 974:10, 974:11, 980:20, 981:4, 981:6, 981:8, 981:13, 981:19, 982:4, 988:2, 989:24, 994:21, 996:1, 996:6, 999:2, 1070:9, 1071:4, 1071:8, 1071:12, 1077:1, 1077:6, 1077:7, 1077:11, 1077:18, 1077:21, 1077:22, 1079:6, 1080:11, 1081:14, 1082:10, 1110:14, 1115:22, 1117:17, 1117:19, 1118:13, 1118:21, 1119:20, 1121:12, 1122:23, 1122:25, 1123:11, 1143:13, 1143:14, 1143:23, 1144:5, 1144:6, 1145:24, 1152:18, 1160:18, 1161:17, 1161:22, 1163:8, 1167:24, 1171:16, 1171:19, 1177:18, 1177:23, 1177:25, 1178:10, 1178:18, 1178:19, 1178:24, 1179:2, 1179:4, 1179:7, 1179:10, 1179:13, 1179:14, 1207:7, 1207:15, 1207:19

**monitor** [3] - 1165:11, 1167:18, 1187:23

**monitoring** [4] - 1154:5, 1154:7, 1154:9, 1165:9

**month** [10] - 1026:4, 1027:5, 1150:25, 1151:20, 1207:14, 1207:20, 1208:5, 1208:11, 1208:16,

1208:17

**months** [11] - 932:11, 932:14, 952:22, 957:24, 958:2, 1026:25, 1051:25, 1052:3, 1052:4, 1060:5, 1150:23

**Moore** [2] - 1187:6, 1187:7

**morning** [12] - 926:8, 1008:1, 1125:18, 1128:21, 1129:2, 1209:5, 1209:12, 1210:4, 1210:17, 1211:16, 1212:1, 1212:25

**Morris** [99] - 926:6, 933:19, 934:6, 937:2, 937:6, 937:10, 939:13, 939:23, 940:19, 941:21, 942:4, 942:13, 942:17, 943:9, 943:14, 944:1, 944:8, 946:3, 951:10, 951:13, 951:17, 983:23, 984:2, 984:16, 984:19, 985:3, 985:14, 985:18, 985:21, 986:1, 986:9, 986:11, 986:14, 987:20, 988:5, 988:7, 988:16, 988:23, 989:1, 989:3, 990:9, 990:22, 993:14, 993:19, 994:10, 994:25, 995:1, 995:7, 995:10, 995:14, 995:16, 1006:3, 1006:6, 1006:25, 1010:5, 1010:8, 1010:16, 1010:23, 1011:1, 1014:18, 1014:24, 1015:3, 1018:2, 1018:5, 1018:14, 1035:1, 1035:3, 1035:4, 1035:8, 1040:4, 1040:8, 1134:7, 1134:9, 1134:10, 1135:4, 1136:6, 1136:11, 1136:22, 1137:2, 1137:9, 1137:16, 1137:19, 1137:25, 1138:3, 1138:13, 1138:16, 1138:22, 1140:1, 1141:20, 1143:9, 1143:12,

1143:14, 1143:22, 1144:11, 1146:14, 1162:19, 1162:21, 1162:22, 1163:6

**Morris's** [16] - 938:19, 940:14, 940:23, 941:15, 942:11, 946:21, 987:4, 988:19, 989:7, 989:25, 990:9, 990:17, 991:5, 994:7, 994:12, 1010:1

**Moss** [1] - 1183:18

**most** [4] - 928:2, 954:3, 1062:11, 1151:24

**mostly** [2] - 1017:22, 1033:20

**motion** [4] - 1095:16, 1097:25, 1099:12, 1201:25

**move** [51] - 950:2, 961:11, 961:13, 973:1, 993:10, 997:5, 999:3, 1000:2, 1039:6, 1045:21, 1049:25, 1050:13, 1064:1, 1064:2, 1065:17, 1073:10, 1074:6, 1079:7, 1080:19, 1089:6, 1091:16, 1092:10, 1095:8, 1096:5, 1096:24, 1102:7, 1103:17, 1106:1, 1106:17, 1107:10, 1109:25, 1113:4, 1115:8, 1119:5, 1119:23, 1122:8, 1123:16, 1138:25, 1143:19, 1144:14, 1159:1, 1170:3, 1172:16, 1176:3, 1176:18, 1188:6, 1189:13, 1191:2, 1197:6, 1199:9, 1208:8

**moved** [23] - 954:17, 964:5, 964:6, 965:22, 966:3, 969:10, 969:13, 969:22, 1028:15, 1033:6, 1033:7, 1033:9, 1033:23, 1034:10, 1050:6, 1050:7, 1064:3, 1068:15, 1082:11, 1095:24, 1096:1, 1109:14, 1149:8

**movements** [2] - 1154:20, 1154:22

**movie** [2] - 1037:19, 1042:16

**moving** [6] - 966:9, 982:24, 1071:14, 1145:6, 1193:6, 1208:16

**MR** [209] - 936:4, 947:12, 950:6, 950:7, 951:2, 952:4, 954:11, 957:18, 957:19, 959:16, 959:20, 960:12, 973:6, 973:7, 973:9, 976:9, 984:6, 997:10, 997:11, 998:24, 1000:6, 1000:7, 1000:11, 1000:23, 1000:25, 1008:14, 1008:18, 1012:8, 1012:11, 1013:17, 1013:23, 1014:5, 1014:9, 1014:11, 1014:14, 1015:17, 1016:16, 1018:7, 1019:4, 1019:11, 1020:17, 1020:21, 1020:23, 1022:7, 1022:9, 1022:15, 1022:19, 1022:23, 1023:6, 1023:13, 1023:25, 1030:7, 1038:21, 1045:25, 1046:1, 1047:21, 1047:24, 1048:12, 1048:19, 1048:23, 1049:4, 1049:7, 1052:5, 1053:15, 1053:18, 1054:8, 1054:10, 1055:8, 1056:12, 1056:22, 1056:25, 1057:1, 1057:7, 1057:10, 1057:11, 1057:19, 1057:23, 1065:21, 1065:22, 1067:8, 1067:11, 1074:10, 1074:11, 1079:12, 1079:13, 1080:24, 1080:25, 1082:20, 1082:22, 1082:25, 1083:21, 1089:11, 1089:12, 1091:20, 1091:21, 1092:13, 1092:14, 1095:12, 1095:13, 1096:8, 1096:9, 1096:15, 1096:18, 1096:21, 1097:21, 1097:24, 1098:5,

1098:24, 1099:2, 1099:4, 1099:14, 1102:11, 1102:12, 1103:21, 1103:22, 1104:6, 1106:5, 1106:6, 1106:22, 1106:23, 1107:15, 1110:6, 1110:8, 1110:19, 1113:8, 1113:9, 1113:16, 1115:13, 1115:14, 1117:3, 1117:6, 1117:22, 1117:25, 1118:2, 1119:8, 1119:9, 1122:13, 1122:14, 1123:20, 1123:22, 1124:22, 1125:12, 1125:19, 1128:15, 1128:18, 1129:3, 1129:5, 1129:21, 1129:25, 1130:20, 1139:4, 1139:5, 1139:15, 1139:16, 1140:22, 1141:1, 1141:13, 1142:7, 1142:8, 1142:17, 1145:7, 1145:11, 1145:18, 1146:10, 1146:12, 1146:22, 1146:24, 1147:20, 1159:5, 1159:6, 1170:7, 1170:8, 1176:8, 1176:9, 1176:17, 1176:22, 1179:24, 1179:25, 1180:16, 1180:17, 1181:13, 1181:21, 1182:17, 1182:24, 1186:2, 1188:10, 1188:11, 1189:17, 1189:18, 1192:1, 1192:2, 1197:10, 1197:11, 1197:20, 1199:12, 1201:19, 1201:25, 1202:10, 1203:11, 1205:18, 1205:23, 1211:22, 1211:25, 1212:16, 1212:19, 1213:8, 1213:14, 1213:24, 1214:1

**MS** [429] - 927:9, 928:6, 928:8, 933:7, 933:11, 933:25, 934:2, 934:4, 936:8, 938:10, 938:12, 947:15, 950:1, 950:5, 950:10, 950:12, 950:22, 951:1, 951:4, 951:9, 951:15, 952:1,

959:23, 960:1, 960:9, 960:16, 960:20, 961:7, 961:9, 961:16, 961:23, 965:7, 973:1, 973:5, 973:13, 974:5, 976:6, 976:20, 976:21, 979:8, 979:9, 981:25, 984:14, 986:8, 986:12, 993:5, 997:5, 997:9, 997:15, 998:20, 998:23, 999:1, 999:6, 999:9, 1000:2, 1000:5, 1000:12, 1000:18, 1000:21, 1008:23, 1008:25, 1009:2, 1011:18, 1012:1, 1012:5, 1015:12, 1016:19, 1016:22, 1018:9, 1018:12, 1019:6, 1019:17, 1019:21, 1020:14, 1023:1, 1023:3, 1023:8, 1023:17, 1023:18, 1024:4, 1024:8, 1024:16, 1025:6, 1025:17, 1025:19, 1030:12, 1030:14, 1030:16, 1034:4, 1034:6, 1039:7, 1039:24, 1041:10, 1045:21, 1045:24, 1046:5, 1047:17, 1047:20, 1048:4, 1052:8, 1052:21, 1053:2, 1053:9, 1053:13, 1053:23, 1054:19, 1054:22, 1055:14, 1055:17, 1055:24, 1056:17, 1057:12, 1057:15, 1058:5, 1058:20, 1063:7, 1063:9, 1063:11, 1063:16, 1063:19, 1065:17, 1065:20, 1065:24, 1066:4, 1066:15, 1066:18, 1066:21, 1067:2, 1067:5, 1067:18, 1067:20, 1067:22, 1068:8, 1068:10, 1069:15, 1069:17, 1070:15, 1072:14, 1072:17, 1073:10, 1073:15, 1073:17, 1074:5, 1074:9,

1074:15, 1076:17, 1076:20, 1076:24, 1076:25, 1078:15, 1078:20, 1079:7, 1079:11, 1079:16, 1079:23, 1079:25, 1080:19, 1080:23, 1081:4, 1081:21, 1081:24, 1082:15, 1082:19, 1083:25, 1084:4, 1084:20, 1087:13, 1087:16, 1087:20, 1087:21, 1088:17, 1089:4, 1089:10, 1089:14, 1089:16, 1089:19, 1090:21, 1091:16, 1091:19, 1092:1, 1092:10, 1092:12, 1092:18, 1094:17, 1094:19, 1095:8, 1095:11, 1095:23, 1096:4, 1096:7, 1096:12, 1096:16, 1096:22, 1096:25, 1097:2, 1098:18, 1098:21, 1099:1, 1099:3, 1099:6, 1099:22, 1100:4, 1100:11, 1100:16, 1100:20, 1100:24, 1100:25, 1101:3, 1101:7, 1101:8, 1101:18, 1101:23, 1102:2, 1102:7, 1102:10, 1102:16, 1102:18, 1103:17, 1103:20, 1103:25, 1104:2, 1104:11, 1104:18, 1104:21, 1105:20, 1106:1, 1106:4, 1106:10, 1106:17, 1106:21, 1107:2, 1107:10, 1107:14, 1107:20, 1107:24, 1108:2, 1108:16, 1108:19, 1108:21, 1108:24, 1109:7, 1109:13, 1109:18, 1109:19, 1109:25, 1110:3, 1110:13, 1110:22, 1111:6, 1111:11, 1111:13, 1111:16, 1111:17, 1111:25, 1112:2, 1112:18, 1112:21, 1113:1, 1113:4, 1113:7, 1113:13, 1114:5, 1115:8, 1115:12, 1115:17, 1115:20,

1116:2, 1117:4, 1117:14, 1117:23, 1118:10, 1118:19, 1119:4, 1119:7, 1119:14, 1119:23, 1120:15, 1120:21, 1120:24, 1121:2, 1121:5, 1121:8, 1122:8, 1122:12, 1122:21, 1123:16, 1123:19, 1124:1, 1126:11, 1127:1, 1127:24, 1128:22, 1129:17, 1129:20, 1130:23, 1131:3, 1131:17, 1131:19, 1136:21, 1136:25, 1138:24, 1139:3, 1139:14, 1139:18, 1139:22, 1139:24, 1140:4, 1140:6, 1140:10, 1140:13, 1140:20, 1141:18, 1141:23, 1142:3, 1142:9, 1142:11, 1142:13, 1142:16, 1143:6, 1143:7, 1143:17, 1143:19, 1143:20, 1144:14, 1144:16, 1145:6, 1145:21, 1146:5, 1146:8, 1147:2, 1147:17, 1147:24, 1148:11, 1148:13, 1158:25, 1159:4, 1159:10, 1159:12, 1170:2, 1170:6, 1170:11, 1175:12, 1175:13, 1176:3, 1176:7, 1176:12, 1176:25, 1177:2, 1180:3, 1180:6, 1180:12, 1181:1, 1181:3, 1181:5, 1181:7, 1181:15, 1181:25, 1182:4, 1182:8, 1182:18, 1182:20, 1182:25, 1183:3, 1183:7, 1185:5, 1185:9, 1185:12, 1185:15, 1186:4, 1186:6, 1186:15, 1186:17, 1187:18, 1187:24, 1188:2, 1188:6, 1188:9, 1188:15, 1189:12, 1189:16, 1189:22, 1190:1, 1190:5, 1190:7, 1190:10, 1190:12, 1191:1, 1191:14,

1191:23, 1192:5, 1192:9, 1192:10, 1194:15, 1194:17, 1195:13, 1195:15, 1196:3, 1196:17, 1196:19, 1196:23, 1197:6, 1197:9, 1197:16, 1197:17, 1198:1, 1198:2, 1199:9, 1199:18, 1200:13, 1200:17, 1200:22, 1201:20, 1202:5, 1202:12, 1202:23, 1203:12, 1204:16, 1204:23, 1205:4, 1205:6, 1205:20, 1206:10, 1206:13, 1206:16, 1209:1, 1211:15, 1212:8, 1212:11, 1213:25

**MSM** [3] - 992:13, 992:15, 993:6
**multiple** [4] - 1099:4, 1127:7, 1144:6, 1205:15
**must** [3] - 1125:1, 1125:7, 1135:15
**mylar** [2] - 1158:5, 1169:25
**mylar-type** [1] - 1169:25

# N

**name** [53] - 927:8, 927:16, 927:17, 927:18, 927:19, 933:3, 935:8, 937:8, 941:18, 941:19, 961:2, 961:3, 966:4, 966:13, 972:8, 972:16, 973:22, 974:6, 1010:1, 1018:22, 1021:15, 1023:9, 1024:14, 1025:12, 1025:13, 1027:18, 1027:21, 1031:17, 1035:23, 1058:4, 1058:14, 1058:15, 1081:13, 1081:17, 1084:15, 1084:16, 1105:3, 1110:25, 1118:8, 1118:12, 1119:15, 1130:3, 1130:12, 1131:11, 1131:12, 1131:13, 1148:6, 1148:7, 1148:8, 1184:4, 1184:7, 1185:23, 1199:20

**named** [5] - 974:17, 974:19, 975:7, 976:22, 1203:23
**names** [6] - 937:23, 1008:6, 1097:10, 1097:11, 1097:13, 1162:10
**Nampa** [3] - 1164:3, 1165:24, 1203:7
**narcotic** [4] - 1085:1, 1085:5, 1085:12, 1085:15
**narcotics** [24] - 955:13, 1059:1, 1059:16, 1059:18, 1060:8, 1060:11, 1060:13, 1085:3, 1085:9, 1085:21, 1132:17, 1132:24, 1133:2, 1133:8, 1133:20, 1148:23, 1149:11, 1149:14, 1149:18, 1149:19, 1149:22, 1150:19, 1156:16, 1169:15
**natural** [1] - 931:15
**nature** [4] - 954:18, 1056:6, 1056:7, 1210:1
**Navigator** [1] - 1102:23
**Navy** [1] - 986:7
**near** [2] - 1167:12, 1204:3
**nebulous** [1] - 1128:23
**necessarily** [4] - 959:13, 1126:13, 1147:12, 1162:5
**necessary** [1] - 1067:10
**need** [28] - 979:5, 998:11, 1005:10, 1024:15, 1046:12, 1047:7, 1047:12, 1067:3, 1067:16, 1084:6, 1107:23, 1110:20, 1117:10, 1126:1, 1126:6, 1128:12, 1134:24, 1140:24, 1142:12, 1158:8, 1201:9, 1205:1, 1208:8, 1212:23, 1213:13, 1213:18, 1213:22
**needed** [7] - 1044:25, 1151:16, 1155:2, 1164:1, 1164:2, 1167:24, 1182:16
**needs** [4] - 1048:21,

1067:15, 1183:6, 1196:19
**neighbor** [1] - 1027:24
**never** [8] - 1004:13, 1006:6, 1015:14, 1021:1, 1021:3, 1021:7, 1089:21
**New** [3] - 1032:1, 1032:2, 1050:9
**Newell** [3] - 1008:4, 1009:14, 1009:18
**next** [28] - 927:8, 927:9, 955:3, 960:15, 1024:12, 1024:14, 1025:5, 1036:20, 1040:11, 1043:21, 1057:18, 1058:4, 1058:6, 1068:17, 1074:18, 1077:2, 1084:3, 1120:2, 1120:18, 1131:1, 1147:23, 1160:10, 1161:6, 1186:23, 1208:5, 1208:16, 1209:16
**night** [8] - 995:3, 1036:10, 1036:13, 1037:4, 1040:10, 1040:24, 1042:14, 1043:19
**Nike** [1] - 1076:10
**nine** [5] - 1001:16, 1026:4, 1027:5, 1200:17, 1200:18
**nine-month** [2] - 1026:4, 1027:5
**ninth** [1] - 928:16
**nitpicking** [1] - 1128:9
**nobody** [2] - 1008:12, 1008:13
**none** [25] - 950:6, 997:10, 1000:6, 1045:25, 1065:22, 1074:10, 1079:12, 1080:25, 1082:20, 1089:11, 1089:12, 1091:20, 1092:13, 1095:12, 1102:11, 1106:21, 1112:8, 1113:8, 1115:13, 1119:8, 1122:13, 1170:7, 1176:8, 1189:17, 1197:10
**nonresponsive** [1] - 1013:17
**normal** [2] - 926:21, 1039:16
**normally** [3] - 943:3, 1038:25, 1100:23
**North** [3] - 931:16,

931:18, 931:25
**Nos** [1] - 1143:5
**note** [5] - 957:12, 1025:2, 1095:15, 1095:18, 1129:8
**noted** [3] - 1201:23, 1201:25, 1206:2
**notes** [4] - 938:11, 949:15, 1210:11, 1211:1
**nothing** [8] - 1016:16, 1022:24, 1057:8, 1057:10, 1075:4, 1099:4, 1146:22, 1160:6
**notice** [1] - 961:24
**notify** [1] - 1213:13
**November** [5] - 932:10, 966:9, 966:18, 968:12, 1207:5
**number** [69] - 941:12, 1063:8, 1088:6, 1088:13, 1088:19, 1088:21, 1089:23, 1090:3, 1091:3, 1091:6, 1091:13, 1092:8, 1092:19, 1092:20, 1101:25, 1108:10, 1108:12, 1108:13, 1109:9, 1109:22, 1111:1, 1111:21, 1112:12, 1112:24, 1114:23, 1116:3, 1118:20, 1118:23, 1150:1, 1161:21, 1161:22, 1168:17, 1184:19, 1184:21, 1184:24, 1185:8, 1185:17, 1186:4, 1186:22, 1187:6, 1187:7, 1187:17, 1188:17, 1188:19, 1189:7, 1189:9, 1189:24, 1190:20, 1192:12, 1192:24, 1193:8, 1193:25, 1194:4, 1194:5, 1194:8, 1194:9, 1194:21, 1194:25, 1195:3, 1196:10, 1197:2, 1198:3, 1198:8, 1198:20, 1199:21, 1200:19, 1200:23, 1201:7
**numbers** [17] - 1088:3, 1108:22, 1109:24, 1113:24, 1152:19, 1183:19,

1186:11, 1186:14, 1186:18, 1190:14, 1190:15, 1190:19, 1193:13, 1197:18, 1197:20, 1198:12, 1201:2
**numerical** [1] - 1183:17
**numerous** [1] - 938:22

**O**

**oath** [2] - 927:12, 957:17
**object** [7] - 976:9, 1000:11, 1048:4, 1053:23, 1107:15, 1122:14, 1141:15
**objected** [1] - 1176:19
**Objection** [2] - 1096:15, 1201:19
**objection** [139] - 936:4, 947:12, 950:4, 950:5, 950:7, 973:4, 973:5, 973:7, 973:9, 984:6, 997:8, 997:9, 997:11, 1000:4, 1000:5, 1015:12, 1018:7, 1019:4, 1023:6, 1023:16, 1023:25, 1030:7, 1038:21, 1045:23, 1045:24, 1046:1, 1054:1, 1065:19, 1065:20, 1065:21, 1074:8, 1074:9, 1074:11, 1079:10, 1079:11, 1079:13, 1080:22, 1080:23, 1080:24, 1089:9, 1089:10, 1091:18, 1091:19, 1091:21, 1092:12, 1092:14, 1095:10, 1095:11, 1095:13, 1096:6, 1096:7, 1096:9, 1099:16, 1102:9, 1102:10, 1102:12, 1103:19, 1103:20, 1103:22, 1104:6, 1106:3, 1106:4, 1106:5, 1106:6, 1106:20, 1106:22, 1106:23, 1107:13, 1107:14, 1110:4, 1110:19, 1111:8, 1111:9, 1113:6, 1113:7, 1113:9, 1113:16, 1114:1, 1115:11, 1115:12, 1115:14,

1117:3, 1117:6, 1117:22, 1118:2, 1118:16, 1119:6, 1119:7, 1119:9, 1120:3, 1122:11, 1122:12, 1123:18, 1123:19, 1139:2, 1139:3, 1139:4, 1139:5, 1140:18, 1142:6, 1145:9, 1145:15, 1159:3, 1159:4, 1159:6, 1170:5, 1170:6, 1170:8, 1176:6, 1176:7, 1176:9, 1179:24, 1179:25, 1180:18, 1181:13, 1181:21, 1182:18, 1182:24, 1182:25, 1186:2, 1188:8, 1188:9, 1188:10, 1188:11, 1189:15, 1189:16, 1189:18, 1192:1, 1192:2, 1197:8, 1197:9, 1199:12, 1201:23, 1202:2, 1202:10, 1202:21, 1203:11, 1205:18, 1206:2
**objectionable** [1] - 1202:15
**objections** [2] - 1095:17, 1099:19
**obligation** [1] - 953:2
**observe** [1] - 958:11
**observed** [1] - 1167:7
**observing** [1] - 1173:7
**obtain** [3] - 1190:19, 1193:25, 1201:16
**obtained** [4] - 1113:24, 1171:9, 1202:13, 1206:20
**obviously** [1] - 1121:9
**occasion** [7] - 941:23, 954:14, 955:20, 958:15, 958:21, 1003:3, 1003:7
**occasions** [11] - 936:23, 940:23, 953:24, 955:23, 958:7, 1022:1, 1022:5, 1022:6, 1022:7, 1022:12, 1022:17
**occupation** [2] - 1112:5, 1112:8
**occur** [1] - 1134:3
**occurred** [2] - 1153:17, 1160:19
**occurrence** [1] -

1204:4
**occurring** [1] -
1151:17
**October** [7] - 1001:22,
1002:6, 1005:23,
1006:2, 1010:22,
1010:25, 1020:9
**offenders** [2] - 930:11,
954:18
**offense** [1] - 929:11
**offer** [3] - 1140:14,
1141:14, 1141:24
**offered** [6] - 1125:14,
1127:10, 1127:15,
1127:20, 1142:23
**offering** [3] - 1039:5,
1140:12, 1141:21
**office** [3] - 1027:12,
1075:22, 1160:14
**Office** [1] - 1149:9
**officer** [13] - 1010:13,
1055:5, 1055:12,
1056:19, 1057:5,
1065:11, 1075:22,
1113:19, 1132:13,
1133:7, 1149:6,
1164:10, 1168:17
**Officer** [2] - 1130:25,
1212:5
**officers** [11] - 1017:18,
1021:8, 1024:6,
1059:4, 1061:15,
1133:21, 1151:10,
1164:17, 1172:5,
1172:10, 1173:8
**official** [1] - 1177:8
**officials** [6] - 953:21,
955:25, 958:16,
958:24, 959:6,
959:11
**offsite** [1] - 1168:6
**often** [2] - 968:6,
1031:22
**oil** [1] - 931:13
**old** [9] - 928:9, 929:5,
929:19, 962:6,
963:9, 963:18,
1025:20, 1025:21,
1026:21
**oldest** [1] - 1026:22
**omit** [1] - 951:4
**once** [1] - 967:7,
969:15, 975:4,
991:14, 1051:11,
1055:17, 1065:3,
1075:21, 1107:21,
1168:22, 1175:20
**one** [89] - 926:11,
941:22, 951:4,
952:9, 955:11,

956:13, 958:21,
965:2, 965:5, 965:6,
965:12, 965:13,
976:14, 982:9,
982:21, 989:8,
989:11, 989:12,
999:19, 999:21,
1000:14, 1001:21,
1003:23, 1006:16,
1007:24, 1012:3,
1014:21, 1017:13,
1021:10, 1021:12,
1021:21, 1022:11,
1022:17, 1027:24,
1036:10, 1041:8,
1053:4, 1057:2,
1061:12, 1072:13,
1078:22, 1078:24,
1078:25, 1080:17,
1081:7, 1082:22,
1083:16, 1088:19,
1090:14, 1090:23,
1091:11, 1091:22,
1101:22, 1113:17,
1119:15, 1127:14,
1127:21, 1132:13,
1135:24, 1144:18,
1144:23, 1145:3,
1151:20, 1161:21,
1166:7, 1170:20,
1171:3, 1171:16,
1174:7, 1174:8,
1178:5, 1178:17,
1180:17, 1181:19,
1186:20, 1198:6,
1200:5, 1201:6,
1201:17, 1201:23,
1202:7, 1203:1,
1208:6, 1208:24,
1210:23
**one-ounce** [1] -
1174:8
**ones** [1] - 994:25
**ongoing** [2] - 1113:17,
1150:12
**online** [2] - 962:25,
963:2
**Ontario** [19] - 936:24,
937:5, 938:19,
982:15, 984:17,
984:18, 984:20,
989:2, 993:21,
994:15, 995:24,
1012:16, 1012:17,
1016:24, 1026:11,
1134:4, 1134:5,
1134:13, 1151:9
**Oops** [1] - 1115:23
**open** [5] - 965:16,
1070:17, 1090:11,

1158:6, 1159:17
**open-ended** [1] -
1158:6
**opened** [5] - 1070:7,
1070:20, 1155:23,
1155:25, 1157:14
**opens** [1] - 1160:2
**operation** [1] -
1151:17
**opinion** [3] - 1004:1,
1039:6, 1051:4
**opinions** [4] - 957:7,
1024:22, 1124:8,
1209:10
**opponent** [1] -
1127:16
**opportunity** [4] -
927:1, 959:5,
1048:1, 1184:14
**option** [1] - 1066:2
**orange** [1] - 1076:11
**order** [10] - 958:14,
998:12, 1052:12,
1052:19, 1054:24,
1070:3, 1081:14,
1153:1, 1162:18,
1206:22
**orders** [1] - 953:21
**ordinary** [1] - 1204:10
**Oregon** [5] - 938:19,
1026:11, 1040:2,
1134:5, 1149:9
**organization** [2] -
1150:22, 1160:24
**organizations** [1] -
1150:20
**originally** [2] - 984:8,
1177:20
**otherwise** [1] -
1120:23
**ought** [1] - 1213:17
**ounce** [10] - 939:19,
939:20, 939:21,
940:16, 941:11,
942:25, 944:7,
946:11, 1174:8,
1174:25
**ounces** [2] - 1164:2,
1168:12
**out-of-court** [1] -
1128:13
**outgoing** [2] - 1199:4,
1200:6
**outside** [7] - 1040:7,
1124:14, 1129:12,
1167:14, 1172:7,
1172:10, 1210:19
**overall** [1] - 1143:4
**overhear** [1] - 1167:18
**overrule** [4] - 1111:8,

1114:1, 1120:3,
1202:21
**overruled** [7] -
1018:11, 1038:22,
1048:7, 1118:17,
1202:2, 1206:2,
1206:3
**overseeing** [1] -
1062:10
**owe** [1] - 994:21
**owed** [10] - 996:2,
1143:13, 1143:22,
1144:5, 1144:7,
1152:18, 1160:18,
1161:17, 1161:22,
1163:8
**owing** [1] - 1143:15
**own** [11] - 953:4,
955:4, 955:19,
958:24, 964:16,
1003:8, 1016:5,
1028:21, 1040:22,
1041:14, 1210:10
**owned** [1] - 1210:22
**ownership** [1] -
1171:17
**owns** [1] - 1028:21

**P**

**p.m** [2] - 1007:2,
1214:3
**package** [11] - 978:15,
982:6, 1036:22,
1038:2, 1038:20,
1039:9, 1040:14,
1042:22, 1042:23,
1157:11, 1158:8
**packaged** [4] -
981:10, 989:10,
1169:12, 1175:22
**packages** [2] - 1174:8,
1174:25
**packaging** [9] -
970:19, 1157:9,
1175:7, 1175:9,
1175:10, 1176:21,
1176:22, 1177:7,
1177:12
**page** [23] - 949:24,
950:13, 950:14,
950:17, 997:17,
997:18, 1046:7,
1046:8, 1109:2,
1109:3, 1109:6,
1109:20, 1111:12,
1112:4, 1112:17,
1112:19, 1112:21,
1112:22, 1186:23,
1203:17, 1203:18

**pages** [1] - 1109:5
**paid** [2] - 996:11,
1103:1
**pan** [2] - 993:8, 993:10
**pantry** [1] - 965:12
**paper** [4] - 972:8,
1079:2, 1101:10,
1155:20
**papers** [3] - 1097:16,
1105:24, 1106:15
**paperwork** [7] -
1078:23, 1078:25,
1080:4, 1086:25,
1097:11, 1103:13,
1104:14
**paragraph** [1] - 1125:7
**paraphernalia** [1] -
1035:17
**Park** [3] - 1171:10,
1172:2, 1173:23
**park** [2] - 1036:12,
1036:15
**parking** [1] - 1167:12
**part** [24] - 939:15,
945:13, 948:15,
948:18, 953:2,
962:12, 967:11,
996:22, 997:24,
998:2, 999:6,
1001:5, 1009:15,
1033:7, 1046:16,
1046:19, 1047:7,
1071:2, 1138:8,
1200:13, 1201:15,
1207:3, 1208:23
**partial** [1] - 1093:16
**partially** [1] - 1014:17
**participants** [1] -
1127:22
**participate** [4] -
1077:7, 1172:1,
1173:6, 1187:9
**participation** [1] -
1125:9
**particular** [13] -
926:16, 1010:2,
1032:4, 1059:14,
1062:8, 1086:15,
1090:15, 1093:18,
1094:9, 1094:24,
1118:8, 1135:12,
1140:2
**parties** [1] - 1204:17
**partition** [3] - 1069:21,
1069:24, 1070:5
**parts** [2] - 1137:19,
1207:14
**party** [2] - 1125:13,
1127:16
**pass** [1] - 1066:5

past [1] - 1029:9
Patric [24] - 927:10, 927:18, 979:17, 982:20, 982:22, 983:4, 983:10, 985:19, 985:20, 987:13, 987:19, 988:15, 988:19, 989:8, 989:25, 990:2, 990:8, 990:18, 990:19, 991:9, 1009:11, 1012:16, 1016:24, 1017:12
PATRIC [2] - 927:13, 927:19
Patrol [1] - 1060:4
patrol [3] - 1085:11, 1085:13, 1086:2
pay [3] - 934:14, 934:17, 968:21
payables [1] - 1027:13
Payette [5] - 931:14, 1007:4, 1007:8, 1044:25, 1151:9
payment [2] - 1103:7, 1103:8
pen [2] - 965:4, 973:24
people [33] - 927:23, 930:8, 930:9, 930:12, 941:7, 941:12, 954:18, 968:24, 969:16, 983:20, 1002:11, 1034:20, 1034:21, 1035:24, 1035:25, 1041:7, 1061:14, 1061:20, 1061:22, 1061:24, 1077:10, 1077:13, 1086:21, 1126:17, 1127:25, 1153:12, 1160:19, 1166:18, 1172:15, 1172:21, 1178:12, 1181:20
per [1] - 1134:25
percent [2] - 1050:14, 1183:18
perfect [1] - 1026:16
perhaps [12] - 954:7, 956:19, 956:24, 957:3, 984:9, 1004:18, 1009:15, 1096:2, 1120:22, 1126:6, 1209:15, 1212:14
perimeter [1] - 1172:11
period [8] - 941:9, 1193:1, 1193:17,

1194:10, 1199:1, 1200:25, 1207:3, 1207:4
person [44] - 938:2, 944:22, 949:11, 966:1, 969:7, 972:15, 973:22, 974:10, 974:17, 974:19, 975:7, 975:19, 976:5, 976:22, 977:4, 983:9, 985:25, 986:6, 1023:4, 1029:2, 1031:9, 1037:10, 1040:23, 1075:20, 1081:13, 1110:14, 1112:5, 1122:23, 1128:1, 1160:1, 1161:21, 1162:6, 1164:25, 1165:16, 1184:2, 1184:4, 1184:24, 1185:17, 1185:21, 1185:22, 1203:8, 1203:14, 1204:7
person's [1] - 1055:4
personal [1] - 1166:14
personally [3] - 1128:7, 1130:14, 1138:5
persuade [1] - 1004:15
pertinent [3] - 1137:20, 1186:12, 1186:19
phone [45] - 956:13, 956:15, 1033:20, 1143:9, 1143:10, 1143:11, 1150:10, 1152:18, 1152:25, 1153:5, 1153:6, 1153:9, 1153:23, 1153:25, 1160:20, 1161:8, 1161:9, 1161:10, 1162:4, 1162:6, 1163:7, 1163:21, 1171:23, 1177:16, 1177:17, 1184:19, 1184:21, 1192:16, 1192:22, 1193:10, 1194:6, 1197:3, 1197:12, 1197:13, 1197:24, 1198:5, 1198:10, 1198:14, 1200:23, 1201:2, 1201:6, 1201:8
phones [3] - 956:22, 1087:2, 1193:15
photo [7] - 938:14,

939:2, 939:7, 944:22, 1072:19, 1093:13, 1095:3
photograph [19] - 945:3, 977:25, 983:9, 1029:2, 1037:2, 1061:6, 1063:6, 1063:14, 1063:23, 1064:24, 1069:7, 1076:15, 1086:10, 1087:18, 1088:20, 1090:23, 1093:11, 1172:21, 1187:21
photographed [3] - 1065:3, 1070:6, 1075:18
photographs [1] - 1101:24
photos [1] - 1167:3
physical [3] - 1078:17, 1089:3, 1210:12
pick [4] - 942:25, 980:8, 1044:25, 1045:1
picked [3] - 937:1, 978:2, 1064:3
picking [1] - 938:23
picture [7] - 1037:10, 1064:2, 1064:6, 1069:21, 1071:3, 1073:9, 1094:16
piece [2] - 972:8, 1079:2
pieces [2] - 1158:5, 1174:6
pipe [1] - 991:25
pipes [2] - 970:16, 970:17
pistol [3] - 1065:24, 1201:17, 1202:7
pistols [2] - 1201:18, 1202:8
place [15] - 927:12, 938:24, 945:21, 1036:9, 1061:18, 1062:8, 1063:24, 1116:21, 1116:23, 1158:11, 1158:13, 1158:15, 1164:12, 1165:15, 1182:13
placed [8] - 1146:19, 1154:10, 1157:22, 1158:9, 1160:20, 1161:8, 1162:13, 1162:22
places [2] - 944:16, 1198:13
placing [1] - 1161:10
plaid [2] - 975:25,

976:16
Plan [1] - 1027:5
plan [2] - 1163:20, 1213:17
planning [1] - 1209:19
plastic [14] - 989:17, 1044:18, 1070:10, 1071:15, 1072:5, 1097:9, 1101:9, 1102:4, 1105:25, 1114:21, 1116:18, 1155:21, 1158:6, 1174:5
plate [1] - 1070:2
plates [1] - 1167:1
play [4] - 1127:19, 1138:25, 1140:10, 1142:13
played [2] - 1139:23, 1163:2
playing [2] - 1139:11, 1139:13
plea [13] - 948:13, 949:16, 949:20, 949:23, 952:6, 997:3, 997:24, 1005:2, 1005:15, 1005:18, 1045:12, 1045:20, 1046:16
pled [5] - 948:9, 948:12, 996:21, 1045:8, 1045:13
plethora [1] - 1211:7
plus [1] - 1120:18
pocket [4] - 971:11, 978:14, 982:19, 990:15
point [22] - 926:19, 927:2, 947:1, 973:14, 973:21, 995:7, 998:15, 1033:1, 1047:4, 1088:6, 1098:12, 1118:8, 1126:23, 1133:4, 1153:21, 1163:19, 1185:21, 1185:22, 1185:23, 1189:23, 1205:2, 1212:10
pointed [1] - 951:17
pointing [2] - 981:21, 1124:18
points [1] - 949:5
police [17] - 1010:11, 1010:12, 1012:17, 1012:20, 1015:5, 1017:18, 1055:5, 1055:12, 1056:19, 1057:4, 1060:6, 1075:4, 1085:4,

1085:21, 1132:12, 1133:7, 1152:5
Police [31] - 995:24, 1012:14, 1013:15, 1016:24, 1058:23, 1059:13, 1059:15, 1059:21, 1060:2, 1065:14, 1084:22, 1085:13, 1085:15, 1085:17, 1131:22, 1132:8, 1132:10, 1132:15, 1134:4, 1134:14, 1148:16, 1148:17, 1148:20, 1149:3, 1149:19, 1157:24, 1159:21, 1169:11, 1169:22, 1170:14, 1175:4
portion [11] - 1062:20, 1070:1, 1076:7, 1078:22, 1078:24, 1078:25, 1080:3, 1105:7, 1120:2, 1139:25, 1143:1
portions [1] - 1142:22
posed [1] - 1144:19
position [1] - 1148:19
positive [3] - 1156:25, 1169:17, 1175:18
possess [1] - 996:22
possessing [1] - 1045:9
possession [2] - 948:9, 1211:5
possibility [1] - 959:8
possible [1] - 1066:6
possibly [3] - 1083:1, 1098:13, 1153:14
POST [3] - 1085:24, 1133:14, 1133:15
POST-accredited [1] - 1085:24
postarrest [2] - 1181:1, 1181:2
potential [1] - 1005:19
practice [1] - 1204:14
predominantly [2] - 928:14, 930:3
prefer [1] - 1067:22
pregnant [4] - 1032:6, 1051:8, 1051:19, 1051:22, 1052:2
prepare [1] - 993:6
prepared [5] - 1083:11, 1128:20, 1210:17, 1211:21, 1213:3
presence [4] - 1124:14, 1129:13, 1135:23, 1210:19

**present** [12] - 926:3, 942:1, 942:3, 957:11, 957:13, 1025:1, 1025:3, 1077:20, 1129:7, 1129:9, 1136:3, 1178:13

**presenting** [1] - 1139:7

**preserve** [1] - 1099:20

**press** [2] - 965:4, 974:3

**presumably** [1] - 1054:15

**presume** [4] - 955:12, 1002:24, 1015:22, 1016:12

**presumptive** [3] - 1156:25, 1169:17, 1175:18

**pretrial** [2] - 1206:4, 1211:3

**pretty** [7] - 932:3, 935:20, 947:19, 1006:15, 1011:8, 1025:24, 1163:18

**previous** [2] - 1021:23, 1098:7

**previously** [2] - 1042:23, 1076:17

**price** [2] - 944:11, 1103:3

**price-efficient** [1] - 944:11

**Primo** [11] - 1185:25, 1186:5, 1187:3, 1192:13, 1192:24, 1194:25, 1197:4, 1198:4, 1198:19, 1198:20, 1198:25

**printed** [1] - 1121:19

**prison** [19] - 929:10, 929:23, 930:7, 930:20, 930:21, 930:25, 931:4, 931:8, 931:12, 931:22, 953:21, 954:13, 955:12, 955:21, 958:16, 959:2, 959:3, 959:7

**problem** [8] - 957:4, 957:13, 1057:20, 1066:19, 1127:6, 1129:13, 1211:14, 1211:15

**problematic** [1] - 1211:9

**problems** [1] - 1141:17

**proceed** [6] - 954:10,

1056:24, 1114:4, 1118:18, 1145:19, 1206:9

**process** [2] - 1075:2, 1075:3

**processed** [2] - 1065:10, 1075:22

**product** [1] - 1035:16

**progressed** [1] - 1151:2

**projector** [1] - 1139:21

**promises** [1] - 1147:9

**proper** [2] - 1077:17, 1178:11

**prosecutors** [1] - 1150:12

**protect** [6] - 958:14, 958:24, 1016:6, 1017:10, 1017:11, 1153:18

**provide** [3] - 958:15, 1005:18, 1134:24

**provided** [7] - 1005:19, 1005:22, 1007:12, 1048:2, 1056:18, 1155:10, 1182:6

**providing** [4] - 953:1, 1055:11, 1056:14, 1057:4

**proximity** [2] - 1210:13, 1211:5

**psychology** [1] - 963:4

**publish** [2] - 997:13, 1103:25

**published** [19] - 950:9, 973:11, 1046:3, 1074:13, 1081:2, 1091:23, 1102:14, 1106:8, 1106:25, 1113:11, 1139:7, 1143:18, 1144:15, 1145:20, 1190:2, 1199:15, 1200:21

**pull** [3] - 928:1, 1070:2, 1083:11

**pulled** [2] - 1012:17, 1016:25

**pulling** [1] - 961:11

**punished** [3] - 1053:22, 1055:13, 1057:3

**purchase** [10] - 1042:5, 1042:12, 1100:5, 1100:6, 1102:20, 1164:9, 1164:19, 1201:16,

1202:7, 1203:2

**purchased** [1] - 1205:8

**purchaser** [1] - 1102:24

**purchaser's** [1] - 1105:3

**purchasing** [3] - 1034:18, 1036:1, 1043:13

**purity** [1] - 1212:6

**purpose** [6] - 958:23, 1060:24, 1153:7, 1161:10, 1164:24, 1172:9

**purposes** [2] - 1061:2, 1209:19

**pursuit** [1] - 1161:13

**put** [24] - 936:6, 964:24, 971:3, 978:14, 979:12, 982:18, 991:24, 993:8, 1038:12, 1038:13, 1039:12, 1039:13, 1040:13, 1040:14, 1044:18, 1079:18, 1080:4, 1133:16, 1175:2, 1185:5, 1186:15, 1186:24, 1210:15, 1212:23

**putting** [2] - 1211:8, 1212:13

## Q

**qualifies** [1] - 1054:4

**qualify** [3] - 1054:4, 1055:6, 1056:11

**quantified** [1] - 1157:25

**quantity** [3] - 1123:10, 1123:11, 1212:7

**quarter** [4] - 939:19, 939:21, 942:25, 944:7

**quarters** [1] - 989:23

**questioning** [1] - 1135:21

**questions** [43] - 950:23, 959:17, 959:22, 959:23, 960:9, 998:20, 1006:14, 1007:5, 1008:15, 1008:17, 1008:18, 1008:22, 1008:23, 1012:6, 1014:5, 1014:6, 1016:19, 1020:14, 1022:20, 1024:8,

1036:24, 1047:17, 1049:4, 1052:5, 1052:21, 1082:16, 1117:11, 1118:3, 1129:17, 1130:20, 1134:19, 1135:14, 1135:20, 1136:1, 1136:4, 1137:11, 1137:13, 1137:14, 1146:5, 1146:19, 1147:17, 1161:3, 1209:2

**quick** [2] - 1023:1, 1186:25

**quickly** [2] - 1048:22, 1122:22

**quit** [2] - 932:10, 1027:7

**quite** [2] - 1003:10, 1088:9

## R

**RACHEL** [2] - 960:24, 961:5

**Rachel** [7] - 936:24, 939:12, 944:18, 944:25, 945:17, 960:16, 961:4

**racial** [2] - 930:3, 930:4

**raised** [2] - 1026:1, 1095:17

**ran** [2] - 1178:18, 1179:4

**randomly** [1] - 954:3

**rank** [2] - 1059:9, 1132:1

**re** [6] - 1020:19, 1020:20, 1020:21, 1057:14

**re-re-recross** [1] - 1020:21

**re-re-redirect** [1] - 1020:19

**re-recross** [1] - 1020:20

**re-redirect** [1] - 1057:14

**reach** [1] - 1077:21

**read** [6] - 1088:13, 1113:20, 1134:25, 1135:3, 1135:4, 1136:6

**reading** [1] - 1130:2

**ready** [6] - 1064:16, 1083:6, 1083:12, 1129:15, 1165:22, 1212:13

**real** [1] - 1186:24

**realize** [2] - 1204:25, 1205:23

**realized** [1] - 1048:17

**really** [17] - 946:19, 976:9, 1003:18, 1011:10, 1016:14, 1021:2, 1021:3, 1044:13, 1044:19, 1051:9, 1054:25, 1055:22, 1056:8, 1066:23, 1098:12, 1160:24, 1201:9

**rear** [1] - 1089:25

**reason** [8] - 927:2, 940:24, 1032:4, 1033:9, 1077:16, 1099:11, 1178:15, 1210:7

**rebuttal** [1] - 1213:10

**receipt** [23] - 999:13, 999:20, 999:22, 1000:8, 1000:9, 1000:13, 1000:16, 1080:10, 1080:12, 1081:5, 1082:7, 1107:8, 1108:8, 1108:9, 1111:19, 1114:20, 1114:22, 1115:2, 1116:4, 1117:18, 1121:20, 1122:1

**receipts** [3] - 999:19, 1078:11, 1097:12

**receivable** [1] - 1027:13

**receive** [7] - 1017:5, 1046:22, 1047:1, 1047:7, 1155:12, 1173:14, 1173:16

**received** [1] - 1203:1

**receiver** [1] - 1122:6

**receiving** [1] - 956:25

**Recess** [3] - 957:10, 1024:25, 1124:11

**recess** [12] - 954:9, 956:20, 957:2, 957:9, 1024:12, 1024:19, 1024:24, 1120:23, 1124:10, 1209:20, 1209:23, 1214:2

**recessed** [1] - 1214:3

**recognition** [1] - 949:1

**recognize** [58] - 938:2, 938:14, 939:2, 939:6, 944:21, 945:3, 949:17, 969:5, 969:7, 977:4, 977:25, 983:9,

997:2, 997:17,
1029:2, 1031:8,
1031:13, 1034:7,
1037:1, 1037:10,
1045:17, 1046:7,
1061:6, 1063:13,
1064:19, 1064:22,
1069:6, 1069:18,
1070:23, 1071:18,
1072:18, 1073:6,
1073:25, 1074:20,
1076:15, 1078:21,
1079:3, 1080:1,
1080:9, 1086:9,
1087:17, 1092:3,
1093:13, 1104:12,
1104:19, 1105:14,
1105:15, 1105:21,
1106:13, 1107:6,
1114:18, 1116:14,
1156:5, 1156:8,
1168:14, 1168:16,
1183:22, 1189:2

**recognizes** [2] -
1104:9, 1104:16

**recommendation** [1] -
953:5

**reconvene** [1] -
1210:4

**record** [25] - 927:17,
951:12, 951:16,
951:23, 961:3,
976:6, 976:18,
979:7, 986:8,
986:10, 1025:2,
1025:13, 1055:13,
1058:15, 1084:16,
1095:19, 1099:18,
1114:10, 1124:13,
1129:8, 1131:12,
1136:21, 1136:24,
1145:8, 1148:7

**recorded** [5] -
1140:16, 1140:17,
1143:12, 1162:25,
1163:22

**recording** [2] -
1139:11, 1140:8

**records** [20] - 1100:1,
1150:10, 1171:18,
1173:7, 1190:20,
1190:23, 1191:4,
1191:16, 1192:12,
1192:23, 1193:8,
1194:24, 1196:7,
1198:19, 1203:25,
1205:7, 1206:18,
1206:19, 1206:24

**recover** [1] - 1154:18

**recovered** [2] -

1091:3, 1173:8

**recross** [4] - 1012:7,
1012:8, 1020:20,
1020:21

**RECROSS** [3] -
1014:13, 1020:22,
1053:17

**RECROSS-
EXAMINATION** [3] -
1014:13, 1020:22,
1053:17

**red** [3] - 1076:11,
1166:25

**redirect** [10] - 959:24,
1008:24, 1020:19,
1052:6, 1057:14,
1083:24, 1083:25,
1130:22, 1146:25

**REDIRECT** [6] -
959:25, 1009:1,
1016:21, 1023:2,
1052:7, 1147:1

**reduce** [1] - 1002:20

**reduced** [2] - 1047:2,
1047:7

**reduction** [2] - 949:5,
949:7

**refer** [1] - 1018:20

**reference** [3] -
1006:20, 1010:7,
1144:24

**referenced** [2] - 952:6,
1053:19

**referred** [2] - 976:15,
1024:5

**referring** [2] - 937:11,
1124:25

**reflect** [10] - 951:12,
951:16, 951:24,
976:6, 976:19,
986:8, 986:10,
1136:21, 1136:24,
1145:8

**reflection** [1] -
1202:21

**refuse** [1] - 1136:3

**regard** [7] - 1055:23,
1120:10, 1126:1,
1201:1, 1202:19,
1206:5, 1210:20

**regarding** [10] -
1097:24, 1119:9,
1130:4, 1143:13,
1149:14, 1176:18,
1192:15, 1201:16,
1203:2, 1204:1

**regular** [1] - 935:20

**regularly** [3] - 931:6,
1204:11, 1204:13

**relate** [4] - 1080:12,

1080:15, 1103:15,
1121:18

**related** [2] - 1104:3,
1104:7

**relates** [1] - 1104:22

**relation** [2] - 1019:1,
1095:3

**relationship** [8] -
935:17, 945:16,
1019:8, 1019:18,
1019:22, 1027:16,
1028:1, 1028:6

**release** [1] - 1083:12

**released** [1] - 1028:13

**relevance** [11] -
1048:5, 1048:21,
1107:16, 1110:6,
1113:19, 1119:10,
1119:12, 1122:14,
1123:22, 1202:1,
1205:19

**relevant** [3] - 1054:25,
1056:6, 1107:20

**relief** [2] - 952:14,
1005:18

**remain** [5] - 1135:16,
1159:24, 1162:11,
1170:12, 1209:21

**remember** [22] -
928:22, 937:23,
946:7, 974:21,
985:11, 995:3,
1015:7, 1015:8,
1018:25, 1021:9,
1028:17, 1035:7,
1049:16, 1049:19,
1077:25, 1083:9,
1137:14, 1166:15,
1174:9, 1174:22,
1184:21, 1190:11

**remind** [1] - 957:16

**Remittance** [2] -
1108:7, 1112:6

**remittance** [2] -
1112:1, 1114:10

**Remitter** [1] - 1112:14

**remitter** [1] - 1114:13

**remote** [1] - 1165:18

**remove** [1] - 1187:15

**removed** [6] - 1070:6,
1070:25, 1087:24,
1114:20, 1116:19,
1156:12

**repackaged** [1] -
1169:24

**repeat** [2] - 1202:4,
1209:24

**rephrase** [1] - 1022:13

**rephrased** [1] - 1183:6

**report** [5] - 1091:3,

1105:8, 1139:12,
1175:1, 1205:14

**reported** [1] - 1141:9

**reporting** [1] -
1139:11

**representation** [4] -
1138:16, 1193:13,
1194:13, 1197:2

**request** [5] - 1053:5,
1124:23, 1151:7

**requested** [5] -
1014:18, 1157:23,
1167:21, 1198:15,
1206:23

**requesting** [2] -
1124:16, 1125:11

**requirements** [2] -
956:2, 1120:11

**requiring** [1] - 1118:3

**reset** [1] - 957:3

**residence** [12] -
1061:1, 1061:3,
1061:9, 1061:23,
1062:12, 1075:3,
1086:18, 1154:18,
1183:15, 1183:16,
1210:14, 1210:24

**resolve** [1] - 954:5

**resolved** [2] - 932:23,
957:13

**resolves** [1] - 954:8

**respect** [8] - 999:4,
1035:14, 1060:8,
1060:15, 1099:23,
1152:22, 1160:10,
1184:9

**respond** [1] - 1126:11

**response** [2] -
1030:15, 1112:13

**responses** [1] -
1015:23

**responsibility** [1] -
952:24

**rest** [2] - 966:24,
1163:14

**restate** [1] - 1019:13

**restraining** [3] -
1052:12, 1052:18,
1054:24

**result** [9] - 994:22,
998:6, 1156:24,
1156:25, 1169:16,
1169:17, 1171:5,
1175:17, 1175:18

**resulted** [1] - 1150:15

**resume** [3] - 926:10,
957:14, 1129:16

**retail** [1] - 1102:20

**retrieved** [1] - 1155:15

**returned** [1] - 1068:16

**reviewed** [1] - 1138:11

**ribs** [1] - 1037:17

**rice** [1] - 1037:18

**rid** [1] - 930:10

**Ridley's** [1] - 1000:15

**rights** [6] - 1134:25,
1135:1, 1135:3,
1135:10, 1135:15,
1136:7

**rim** [1] - 1011:23,
1011:24

**rims** [5] - 1001:5,
1011:4, 1011:6,
1011:13, 1011:21

**Road** [1] - 1183:18

**roads** [1] - 1180:9

**Robert** [2] - 1131:4,
1131:13

**ROBERT** [1] - 1131:8

**role** [1] - 1150:2

**roles** [1] - 1150:11

**roll** [1] - 1158:7

**room** [12] - 980:18,
980:19, 987:16,
990:24, 1007:9,
1037:24, 1042:18,
1043:8, 1043:9,
1043:12, 1062:19,
1062:23, 1062:25,
1063:22, 1066:14,
1067:13, 1068:5,
1068:11, 1068:12,
1068:16, 1076:7

**roommate** [1] - 966:1

**roughly** [7] - 930:19,
931:19, 932:14,
939:14, 946:6,
978:23, 1078:1

**round** [2] - 1083:2,
1083:14

**rounds** [4] - 1064:13,
1083:8, 1095:6

**Roy** [1] - 927:18

**rubber** [1] - 981:11

**Ruiz** [11] - 1167:8,
1167:20, 1170:18,
1179:16, 1180:6,
1181:8, 1182:9,
1182:22, 1183:4,
1183:8, 1183:10

**Rule** [3] - 1120:12,
1124:25, 1204:19

**rule** [4] - 955:16,
955:20, 1126:21,
1128:5

**rules** [7] - 953:17,
954:22, 954:25,
955:5, 955:9,
955:11, 955:24

**ruling** [3] - 1142:24,

1206:5, 1211:2

**run** [1] - 1178:9

## S

**S-T-E-N-N-E-T-T** [1] - 1148:9

**sack** [4] - 1155:21, 1157:10, 1157:11

**safe** [1] - 1044:2

**Saint** [1] - 928:21

**sale** [3] - 1203:15, 1204:1, 1205:15

**sales** [1] - 1099:4

**Sales** [1] - 1102:21

**Sanchez** [29] - 926:6, 926:15, 926:17, 927:5, 972:9, 972:16, 976:8, 1014:1, 1021:2, 1021:7, 1021:18, 1021:20, 1022:2, 1022:17, 1023:5, 1023:22, 1102:25, 1110:16, 1111:1, 1114:14, 1119:19, 1122:24, 1127:8, 1201:7, 1203:10, 1205:9, 1205:16, 1206:25, 1207:9

**Sanchez's** [2] - 1207:16, 1208:10

**sandwich** [1] - 1169:1

**sandwich-type** [1] - 1169:1

**sat** [4] - 980:17, 980:24, 986:16, 1152:15

**satisfied** [1] - 1120:12

**saw** [12] - 939:22, 939:23, 977:6, 1005:3, 1005:17, 1069:25, 1070:5, 1070:19, 1075:8, 1075:15, 1095:3, 1136:19

**scale** [3] - 1035:19, 1150:24, 1151:17

**scales** [6] - 970:15, 1070:10, 1072:9, 1072:22, 1072:23, 1073:8

**scarce** [1] - 947:19

**scene** [2] - 1085:25, 1169:13

**schedule** [2] - 1209:14

**scheduling** [1] - 1212:3

**school** [13] - 928:15,

928:17, 962:15, 962:17, 962:19, 962:21, 962:22, 967:5, 1026:2, 1026:3, 1027:1, 1027:3, 1133:16

**Schwab** [3] - 994:14, 1001:1, 1012:3

**scientific** [1] - 1170:14

**screen** [23] - 945:12, 950:20, 964:25, 965:4, 974:4, 997:21, 1046:11, 1076:20, 1079:18, 1081:18, 1081:20, 1081:22, 1086:9, 1088:10, 1095:23, 1101:14, 1105:10, 1105:17, 1105:19, 1185:6, 1186:16, 1196:14, 1196:20

**seal** [3] - 1158:3, 1158:12, 1158:13

**sealed** [8] - 1157:22, 1158:1, 1158:10, 1158:23, 1159:24, 1160:3, 1169:25, 1175:22

**sealer** [1] - 1158:9

**seals** [5] - 1156:10, 1158:17, 1160:4

**search** [27] - 1061:3, 1061:13, 1061:16, 1061:21, 1061:23, 1061:25, 1062:9, 1062:11, 1062:14, 1078:3, 1086:5, 1086:12, 1086:16, 1086:19, 1086:21, 1154:4, 1164:11, 1165:5, 1171:9, 1172:1, 1172:13, 1172:19, 1172:20, 1173:12, 1177:24

**searched** [8] - 1061:9, 1061:19, 1062:19, 1078:5, 1086:12, 1094:15, 1154:2, 1154:3

**searches** [1] - 1061:17

**searching** [2] - 1062:18, 1164:24

**seated** [1] - 1210:6

**second** [24] - 939:19, 940:13, 946:20, 947:3, 987:6, 987:8, 991:1, 1001:21, 1017:16, 1018:5, 1021:14, 1021:19,

1027:7, 1080:3, 1090:2, 1092:5, 1109:6, 1109:20, 1112:16, 1112:18, 1124:5, 1139:25, 1168:18, 1212:15

**secret** [2] - 956:2, 956:3

**security** [1] - 1172:11

**see** [66] - 934:7, 937:7, 937:10, 941:24, 950:15, 954:8, 957:4, 969:12, 969:14, 971:5, 975:9, 975:19, 977:9, 977:11, 981:6, 981:13, 982:6, 982:23, 985:25, 989:10, 995:14, 1035:13, 1035:20, 1038:2, 1038:4, 1040:19, 1040:23, 1041:11, 1049:21, 1056:16, 1067:7, 1067:8, 1068:2, 1075:2, 1088:19, 1091:5, 1091:11, 1092:8, 1094:14, 1094:16, 1096:25, 1105:10, 1105:16, 1109:1, 1109:10, 1111:5, 1118:23, 1119:2, 1126:6, 1128:10, 1128:19, 1128:24, 1134:8, 1136:11, 1142:5, 1157:13, 1166:17, 1166:18, 1166:21, 1169:6, 1173:11, 1176:14, 1187:4, 1196:19, 1200:19, 1203:16

**seeing** [4] - 967:7, 967:17, 1049:24, 1142:25

**seek** [1] - 1190:19

**segments** [2] - 1138:3, 1143:3

**seize** [1] - 1179:8

**seized** [6] - 1065:14, 1074:25, 1097:14, 1184:15, 1195:16

**seizing** [1] - 1075:2

**selfish** [1] - 959:14

**selling** [13] - 936:19, 968:17, 968:19, 969:17, 1029:24, 1030:2, 1030:3, 1030:19, 1033:5, 1034:15, 1034:19,

1034:22, 1051:1

**semiautomatic** [2] - 1201:17, 1202:7

**send** [8] - 954:7, 972:6, 972:13, 973:19, 974:10, 1067:1, 1114:15, 1212:25

**sender** [1] - 1122:4

**sending** [1] - 1122:23

**senior** [2] - 1059:10, 1148:21

**sense** [3] - 1038:23, 1107:16, 1209:13

**sent** [15] - 942:10, 972:10, 972:25, 973:16, 973:22, 974:24, 999:13, 1081:14, 1110:14, 1121:12, 1121:14, 1122:25, 1157:23, 1169:25, 1170:13

**sentence** [10] - 949:7, 949:9, 949:12, 952:11, 952:13, 998:15, 998:18, 1047:2, 1047:3, 1047:15

**sentencing** [1] - 952:18

**separate** [3] - 1132:25, 1133:2, 1174:6

**separated** [4] - 932:23, 1138:2, 1138:5, 1138:9

**separately** [3] - 1140:14, 1142:4, 1169:3

**separating** [1] - 1178:6

**separation** [1] - 1138:6

**September** [2] - 1005:6, 1005:13

**Sergeant** [14] - 1058:6, 1058:8, 1084:1, 1131:4, 1131:5, 1146:13, 1147:22, 1148:24, 1166:7, 1166:9, 1168:5, 1173:17, 1173:25, 1177:19

**sergeant** [8] - 1058:22, 1058:24, 1059:3, 1059:7, 1131:21, 1131:24, 1132:16, 1133:20

**serial** [12] - 1088:3, 1088:6, 1088:13,

1088:19, 1088:21, 1089:23, 1090:2, 1091:3, 1091:5, 1091:13, 1092:8, 1092:20

**series** [1] - 1163:16

**serve** [1] - 929:8

**served** [2] - 1055:25, 1056:13

**service** [1] - 1107:4

**Service** [3] - 1108:7, 1213:13, 1213:19

**set** [8] - 1001:4, 1072:9, 1072:22, 1073:8, 1076:8, 1133:2, 1168:18, 1204:4

**set-up** [1] - 1133:2

**setting** [1] - 1028:24

**seven** [1] - 1085:5

**Seven** [1] - 1187:18

**seventeen** [2] - 1065:24, 1065:25

**seventy** [1] - 1139:6

**seventy-four** [1] - 1139:6

**several** [3] - 1077:12, 1149:16, 1171:16

**Severson** [3] - 1084:8, 1124:15, 1210:3

**sex** [2] - 930:10, 954:17

**share** [2] - 1002:11, 1125:17

**shared** [2] - 1004:22, 1211:21

**shaved** [2] - 937:16, 951:22

**sheet** [1] - 949:20

**shelf** [1] - 1093:9

**sheriff** [1] - 1052:24

**Sheriff's** [3] - 1060:5, 1085:11, 1149:9

**shirt** [7] - 937:16, 951:21, 975:25, 976:16, 986:7, 1041:5, 1136:16

**shoe** [3] - 1077:2, 1077:5, 1178:25

**shoes** [3] - 1076:8, 1076:9, 1076:10

**shooting** [1] - 1161:2

**short** [5] - 941:9, 954:9, 957:2, 1020:18, 1155:14

**shortcuts** [1] - 1117:10

**shortly** [2] - 935:18, 1029:20

**shot** [2] - 1087:10,

1184:22

**shotgun** [1] - 1117:11

**shoved** [1] - 1069:11

**show** [101] - 933:5, 935:10, 937:25, 938:8, 938:25, 945:1, 949:14, 949:25, 964:20, 966:6, 966:15, 969:3, 971:1, 972:22, 973:2, 973:15, 973:21, 976:23, 977:2, 977:23, 978:19, 978:21, 983:7, 984:23, 996:25, 999:16, 1028:25, 1031:7, 1031:11, 1034:2, 1036:25, 1037:8, 1037:12, 1039:9, 1045:15, 1061:4, 1063:5, 1063:12, 1064:18, 1066:8, 1067:14, 1068:2, 1069:2, 1069:13, 1070:12, 1072:12, 1073:18, 1073:21, 1074:7, 1074:16, 1074:18, 1076:13, 1078:12, 1086:7, 1087:11, 1088:7, 1088:11, 1089:2, 1089:8, 1089:20, 1089:22, 1090:6, 1093:10, 1094:17, 1096:5, 1099:8, 1100:5, 1101:13, 1103:1, 1103:6, 1103:10, 1106:11, 1108:9, 1109:8, 1111:13, 1111:23, 1115:1, 1115:17, 1115:21, 1117:20, 1121:5, 1123:7, 1123:10, 1138:8, 1158:22, 1183:20, 1187:14, 1188:25, 1189:14, 1192:19, 1192:21, 1196:17, 1197:7, 1198:23, 1200:15, 1202:24, 1203:14, 1205:7, 1205:11, 1208:13, 1211:10

**showed** [1] - 989:15

**showing** [6] - 979:7, 1091:23, 1115:3, 1193:14, 1194:7, 1207:21

**shown** [7] - 1066:1,

1073:9, 1092:16, 1100:4, 1107:25, 1159:8, 1201:4

**shows** [9] - 1064:16, 1071:21, 1097:10, 1108:11, 1118:12, 1118:21, 1118:25, 1198:24, 1200:23

**sic** [5] - 980:8, 1041:20, 1109:23, 1110:1, 1135:14

**sick** [1] - 1027:7

**side** [9] - 965:20, 1040:2, 1064:7, 1080:5, 1088:22, 1089:24, 1090:5, 1112:3, 1158:18

**sidebar** [5] - 1054:7, 1097:22, 1140:25, 1145:15, 1191:13

**Sidebar** [10] - 1054:12, 1056:23, 1066:11, 1067:24, 1098:3, 1101:5, 1141:3, 1142:18, 1180:5, 1181:6

**sign** [2] - 1064:7, 1064:8

**signature** [7] - 949:24, 950:14, 950:15, 997:19, 997:22, 1046:9, 1046:11

**signed** [5] - 997:4, 1005:2, 1005:5, 1005:15, 1203:22

**significance** [10] - 1064:15, 1076:1, 1078:7, 1097:8, 1097:19, 1104:17, 1108:3, 1108:4, 1120:9, 1122:19

**signing** [1] - 952:7

**SILD** [4] - 1052:16, 1052:23, 1053:7, 1053:20

**silent** [2] - 956:15, 1135:16

**similar** [2] - 940:15, 1123:11

**simply** [1] - 1211:8

**Simultaneous** [4] - 1011:12, 1030:1, 1032:18, 1101:2

**sink** [5] - 1068:23, 1069:1, 1078:9, 1078:11, 1080:5

**sit** [3] - 986:19, 1165:16, 1213:17

**site** [1] - 1155:15

**sitting** [14] - 937:13,

937:15, 955:3, 975:23, 975:24, 986:5, 986:6, 1037:20, 1041:3, 1041:4, 1042:16, 1062:6, 1136:14, 1136:17

**situation** [4] - 940:15, 946:22, 971:21, 1006:14

**six** [11] - 963:19, 966:21, 979:2, 1026:25, 1061:22, 1149:6, 1149:10, 1150:23, 1151:20, 1163:21, 1192:25

**six-and-a-half** [2] - 1149:6, 1149:10

**six-month** [1] - 1151:20

**sixth** [1] - 1027:9

**sixty** [1] - 1072:13

**sixty-one** [1] - 1072:13

**size** [6] - 979:11, 982:11, 1039:2, 1039:9, 1039:18, 1150:21

**sized** [3] - 970:23, 989:13, 989:14

**skills** [2] - 1004:5, 1004:19

**slide** [2] - 1083:12, 1120:1

**small** [1] - 1165:14

**smaller** [5] - 1074:2, 1150:24, 1151:8, 1151:11, 1174:8

**smaller-scale** [1] - 1150:24

**smallest** [1] - 1157:10

**smartphone** [1] - 956:15

**smartphones** [1] - 956:22

**smoke** [9] - 935:24, 941:4, 941:8, 941:13, 942:6, 958:9, 970:18, 991:21, 991:25

**smoked** [6] - 934:10, 941:3, 946:23, 958:12, 987:16, 987:21

**smoking** [2] - 941:7, 987:1

**snapshot** [1] - 1192:25

**snitch** [2] - 995:18, 996:5

**socialize** [1] - 940:25

**socialized** [1] - 941:1

**sofa** [4] - 1063:25, 1064:1, 1064:3

**sold** [1] - 968:25

**someone** [6] - 956:24, 1010:4, 1134:1, 1158:15, 1171:3, 1197:13

**someplace** [2] - 1060:22, 1183:11

**sometime** [1] - 1166:2

**sometimes** [5] - 970:11, 1004:8, 1039:16, 1039:17, 1150:22

**somewhat** [3] - 1003:15, 1141:9, 1151:3

**son** [2] - 1027:7

**soon** [3] - 935:20, 1027:4, 1038:8

**sooner** [1] - 1176:19

**sorry** [61] - 938:10, 949:15, 951:9, 951:14, 951:25, 964:1, 973:8, 976:17, 988:6, 999:8, 999:10, 999:18, 1011:18, 1013:22, 1014:10, 1029:5, 1030:12, 1032:21, 1048:17, 1049:17, 1054:19, 1063:7, 1065:23, 1068:25, 1076:22, 1078:24, 1079:22, 1087:20, 1089:4, 1089:17, 1095:24, 1109:18, 1112:10, 1112:19, 1115:5, 1145:12, 1155:21, 1156:20, 1158:25, 1169:13, 1171:24, 1176:16, 1178:4, 1180:17, 1185:7, 1187:25, 1195:11, 1195:25, 1196:6, 1196:21, 1199:7, 1199:10, 1200:18, 1202:12, 1202:16, 1203:13, 1204:24, 1207:24, 1208:2, 1208:24

**sort** [1] - 1086:2

**sound** [2] - 1002:2, 1005:8

**Sound** [1] - 954:1

**sounds** [1] - 1005:13

**source** [1] - 1145:1

**southeast** [1] - 962:12

**space** [1] - 1044:15

**speaker** [1] - 1057:22

**speakers** [1] - 1138:20

**speaking** [4] - 1026:14, 1030:10, 1150:12, 1162:7

**special** [2] - 1132:2, 1133:6

**specialized** [3] - 1060:7, 1085:20, 1149:13

**specific** [12] - 1007:16, 1007:22, 1137:13, 1150:1, 1150:2, 1152:21, 1162:10, 1162:18, 1164:12, 1164:21, 1201:1, 1201:2

**specifically** [9] - 1099:17, 1132:17, 1143:13, 1162:9, 1163:8, 1166:4, 1170:20, 1179:22, 1180:7

**speculate** [1] - 1114:3

**speed** [1] - 1161:13

**spell** [7] - 927:17, 961:3, 1025:13, 1058:15, 1084:16, 1131:12, 1148:7

**spelled** [2] - 927:19, 1131:14

**spent** [4] - 959:3, 1059:17, 1149:5, 1149:10

**spring** [2] - 957:20, 1208:4

**Sprinkling** [1] - 1027:10

**square** [1] - 1039:17

**stack** [6] - 1103:13, 1104:14, 1105:24, 1106:14, 1178:8, 1178:9

**stacks** [1] - 1178:9

**stages** [1] - 1178:13

**stand** [9] - 927:12, 927:22, 1066:6, 1067:6, 1067:14, 1068:1, 1084:7, 1128:1, 1128:3

**stands** [2] - 1180:10, 1180:24

**stapled** [3] - 1079:1, 1080:6, 1080:16

**start** [13] - 968:1, 1028:1, 1062:22, 1086:23, 1087:3, 1102:1, 1115:25,

1117:15, 1162:21,
1207:2, 1209:12,
1212:13, 1212:20
**started** [20] - 931:12,
931:13, 934:20,
963:9, 966:11,
967:7, 967:17,
968:3, 1028:5,
1028:6, 1029:16,
1085:10, 1129:11,
1144:18, 1149:4,
1150:14, 1151:6,
1151:7, 1153:16,
1160:23
**starting** [4] - 1071:2,
1101:17, 1151:18,
1151:19
**starts** [1] - 1144:23
**state** [15] - 927:16,
937:14, 961:2,
1009:5, 1021:1,
1025:12, 1058:14,
1060:6, 1075:3,
1084:15, 1085:4,
1131:11, 1136:14,
1141:12, 1148:6
**State** [26] - 964:19,
1058:23, 1059:13,
1059:15, 1059:21,
1060:2, 1065:13,
1084:22, 1085:13,
1085:14, 1085:16,
1131:22, 1132:8,
1132:15, 1148:15,
1148:17, 1148:20,
1149:3, 1149:19,
1157:24, 1159:21,
1169:11, 1169:21,
1170:14, 1175:4,
1179:14
**statement** [14] -
1016:1, 1047:11,
1047:12, 1055:5,
1124:20, 1125:1,
1125:7, 1125:14,
1127:7, 1127:13,
1127:20, 1127:21,
1128:4, 1141:5
**statements** [13] -
1097:12, 1126:16,
1126:19, 1127:2,
1127:17, 1127:25,
1128:13, 1136:2,
1137:20, 1138:4,
1141:8, 1180:20,
1180:22
**States** [3] - 926:5,
1060:4, 1149:5
**station** [4] - 964:12,
1010:11, 1012:20,

1017:18
**stations** [1] - 963:15
**stay** [7] - 930:15,
945:21, 967:14,
978:7, 1027:8,
1041:15, 1065:12
**stay-at-home** [1] -
1027:8
**stayed** [3] - 964:15,
990:23, 1160:3
**staying** [2] - 944:16,
944:17
**stays** [1] - 1077:19
**Stennett** [17] - 1062:4,
1062:5, 1066:23,
1075:1, 1075:23,
1091:4, 1099:24,
1133:25, 1137:3,
1138:17, 1138:22,
1147:25, 1148:1,
1148:8, 1177:3,
1180:8, 1209:2
**STENNETT** [1] -
1148:3
**Stennett's** [1] - 1212:5
**step** [13] - 960:13,
960:22, 1024:10,
1025:7, 1057:16,
1058:9, 1084:2,
1084:9, 1109:16,
1130:24, 1131:5,
1147:21, 1148:1
**still** [18] - 932:22,
936:9, 942:13,
943:13, 945:23,
956:16, 957:17,
967:12, 988:3,
988:11, 1033:21,
1034:11, 1044:1,
1050:24, 1051:11,
1119:23, 1153:14,
1164:19
**stipulate** [1] - 1191:23
**stipulated** [4] -
1099:25, 1100:12,
1100:25, 1204:18
**stipulating** [2] -
1191:21, 1191:22
**stipulation** [6] -
1191:8, 1191:10,
1191:19, 1192:8,
1200:14, 1206:14
**stop** [4] - 1051:8,
1051:14, 1051:16,
1121:3
**stopped** [1] - 1032:5
**storage** [1] - 1171:21
**store** [1] - 993:2
**stored** [1] - 1171:19
**stores** [1] - 963:14

**stove** [2] - 993:8,
993:10
**straight** [1] - 932:14
**Street** [1] - 964:19
**streets** [1] - 933:23
**stressful** [1] - 1163:18
**strike** [3] - 1013:17,
1055:23, 1056:9
**stripes** [2] - 976:3,
976:17
**struck** [1] - 1210:10
**stuck** [3] - 981:12,
982:3, 989:8
**stuff** [5] - 930:11,
930:13, 970:16,
982:24, 1122:1
**subject** [2] - 952:10,
1147:4
**subjected** [1] - 955:12
**submitted** [5] - 957:8,
1024:23, 1124:9,
1209:11, 1209:15
**subpoena** [2] -
1206:22, 1206:23
**Subsection** [2] -
1125:3, 1125:10
**subsequently** [2] -
1181:24, 1182:7
**substance** [1] -
1210:2
**substantial** [10] -
949:1, 949:3, 953:1,
953:6, 953:10,
953:13, 998:9,
1002:19, 1005:20,
1133:18
**successfully** [1] -
956:5
**sufficient** [1] - 1120:4
**suggest** [4] - 1055:4,
1099:18, 1141:8,
1144:1
**suggested** [5] -
1014:18, 1015:4,
1143:21, 1143:23,
1144:8
**suggesting** [4] -
1120:8, 1126:9,
1127:3, 1122:23
**summary** [5] -
1192:14, 1193:7,
1195:5, 1196:9,
1208:2
**summon** [1] - 957:3
**summoned** [1] - 954:6
**supervise** [1] - 1059:4
**supervising** [1] -
1060:13
**supervisory** [1] -
1133:14

**supply** [2] - 993:2,
1145:1
**support** [1] - 1099:6
**suppose** [1] - 1054:15
**supposed** [3] - 955:6,
955:24, 972:6
**supposedly** [1] -
1010:4
**surveillance** [2] -
1164:15, 1164:20
**surveiled** [1] -
1164:17
**suspect** [2] - 1134:24,
1135:10
**suspected** [1] -
1173:14
**suspects** [1] - 1150:9
**sustain** [1] - 1053:25
**sustained** [11] - 936:6,
947:14, 1019:5,
1110:20, 1180:2,
1181:14, 1181:22,
1182:19, 1183:1,
1186:3, 1202:11
**swallowing** [1] -
961:15
**sweatshirt** [1] -
1038:13
**sweep** [2] - 1179:11,
1179:12
**switch** [4] - 993:24,
994:1, 994:6, 994:18
**switched** [4] - 1011:9,
1011:22, 1011:25,
1012:3
**switching** [2] -
993:22, 994:20
**sworn** [13] - 927:14,
960:23, 960:25,
1025:8, 1025:10,
1058:9, 1058:12,
1084:10, 1084:13,
1131:6, 1131:9,
1148:2, 1148:4
**system** [2] - 954:4,
957:3

# T

**T-Mobile** [5] -
1184:14, 1185:20,
1190:24, 1192:13,
1193:9
**table** [2] - 937:15,
1136:18
**Taco** [2] - 966:20,
994:19
**Tahoe** [1] - 994:5
**taillight** [2] - 978:8,
978:9

**Tambunga** [2] -
1194:1, 1194:19
**Tambunga's** [2] -
1194:3, 1194:8
**tape** [17] - 978:12,
1044:14, 1044:19,
1138:3, 1138:15,
1143:15, 1144:18,
1144:20, 1144:22,
1155:22, 1155:24,
1157:12, 1158:11,
1158:13, 1158:15,
1159:13, 1159:15
**Target** [1] - 1199:20
**task** [1] - 1151:8
**Task** [3] - 1012:18,
1013:3, 1015:19
**tasked** [1] - 1150:7
**taught** [1] - 993:11
**taxes** [1] - 1103:4
**taxpayer** [1] - 1111:1
**team** [1] - 1164:16
**tech** [3] - 1173:3,
1178:2, 1179:11
**technician** [2] -
1065:6, 1172:23
**teener** [4] - 941:8,
941:10, 941:11,
941:13
**telephone** [48] -
942:15, 943:10,
1134:10, 1162:14,
1162:16, 1162:20,
1163:25, 1184:15,
1184:18, 1184:24,
1185:16, 1188:16,
1188:19, 1189:7,
1189:9, 1189:23,
1190:13, 1190:15,
1190:19, 1190:20,
1191:3, 1191:16,
1192:11, 1192:15,
1192:16, 1192:23,
1193:8, 1193:14,
1193:25, 1194:4,
1194:9, 1194:24,
1194:25, 1195:17,
1195:21, 1196:7,
1196:11, 1197:3,
1198:3, 1198:8,
1198:12, 1198:19,
1198:20, 1198:21,
1198:22, 1198:24,
1200:10
**ten** [1] - 1055:1
**tendency** [1] - 927:23
**tennis** [3] - 979:12,
982:11, 1076:10
**term** [2] - 959:12,
1150:22

terminated [1] - 1136:5

terms [4] - 1206:5, 1206:6, 1211:1, 1212:3

test [7] - 1156:22, 1156:24, 1157:17, 1159:17, 1169:14, 1169:16, 1175:17

tested [11] - 1071:22, 1156:16, 1156:19, 1157:16, 1157:21, 1169:11, 1169:12, 1174:13, 1174:16, 1175:15, 1175:20

testified [22] - 926:14, 927:15, 960:6, 960:7, 961:1, 984:8, 1007:14, 1025:11, 1056:17, 1058:13, 1084:14, 1096:13, 1099:9, 1128:2, 1131:10, 1148:5, 1153:3, 1180:7, 1180:8, 1180:9, 1180:24, 1213:9

testifies [1] - 1104:10

testify [4] - 1022:10, 1022:16, 1181:24, 1183:2

testifying [2] - 1126:18, 1127:1

testimony [25] - 926:12, 948:18, 953:9, 953:12, 984:7, 984:11, 998:2, 1011:2, 1046:19, 1055:23, 1098:7, 1098:17, 1099:7, 1126:14, 1126:19, 1126:23, 1128:6, 1128:13, 1140:15, 1180:10, 1180:24, 1181:1, 1181:2, 1202:18, 1212:6

text [1] - 956:17

texting [1] - 956:24

THE [443] - 926:4, 926:8, 927:11, 927:16, 927:18, 927:21, 927:25, 928:1, 928:4, 928:5, 933:9, 933:24, 934:3, 936:6, 947:14, 950:4, 950:8, 950:25, 951:3, 951:7, 951:14, 951:19, 951:21, 951:23,

954:2, 956:10, 956:12, 957:12, 959:19, 959:21, 959:24, 960:11, 960:13, 960:18, 960:21, 961:2, 961:4, 961:6, 961:14, 961:19, 961:20, 965:3, 965:5, 973:4, 973:8, 973:10, 973:24, 974:2, 974:3, 976:11, 976:14, 976:15, 976:17, 976:18, 978:21, 978:22, 978:23, 978:25, 979:2, 979:4, 979:5, 981:21, 981:23, 981:24, 984:8, 984:12, 986:10, 992:25, 993:2, 993:4, 997:8, 997:12, 998:22, 998:25, 999:5, 999:8, 1000:4, 1000:9, 1000:20, 1000:22, 1008:16, 1008:20, 1008:24, 1011:17, 1011:21, 1012:7, 1012:9, 1013:19, 1013:22, 1014:7, 1014:10, 1014:12, 1015:16, 1016:18, 1018:11, 1019:5, 1019:10, 1019:12, 1019:13, 1019:20, 1020:16, 1020:18, 1022:4, 1022:6, 1022:8, 1022:13, 1022:21, 1022:24, 1023:10, 1023:15, 1024:2, 1024:3, 1024:10, 1024:17, 1025:2, 1025:7, 1025:12, 1025:14, 1025:16, 1030:9, 1030:13, 1030:15, 1038:22, 1039:1, 1039:4, 1039:11, 1039:12, 1039:15, 1039:19, 1039:23, 1041:6, 1041:8, 1041:9, 1045:23, 1046:2, 1047:19, 1047:22, 1048:7, 1048:11, 1048:17, 1048:20, 1049:5, 1052:6, 1052:23, 1052:24, 1053:1, 1053:4,

1053:12, 1053:14, 1053:16, 1053:25, 1054:9, 1054:11, 1054:13, 1054:20, 1055:2, 1055:16, 1055:20, 1056:2, 1056:15, 1056:20, 1056:24, 1057:9, 1057:13, 1057:16, 1057:21, 1058:2, 1058:8, 1058:14, 1058:16, 1058:18, 1063:8, 1063:18, 1065:19, 1065:23, 1065:25, 1066:9, 1066:12, 1066:17, 1066:20, 1066:24, 1067:3, 1067:14, 1067:19, 1067:21, 1067:25, 1068:7, 1069:16, 1070:13, 1070:14, 1072:13, 1072:16, 1073:14, 1073:16, 1074:8, 1074:12, 1076:19, 1076:22, 1078:14, 1078:19, 1079:10, 1079:14, 1079:22, 1079:24, 1080:22, 1081:1, 1081:20, 1081:23, 1082:18, 1082:21, 1083:23, 1084:1, 1084:8, 1084:15, 1084:17, 1084:18, 1087:15, 1087:19, 1088:16, 1089:9, 1089:13, 1089:15, 1089:18, 1090:18, 1091:18, 1091:22, 1092:15, 1095:10, 1095:14, 1096:1, 1096:6, 1096:10, 1096:19, 1096:24, 1097:23, 1098:1, 1098:4, 1098:16, 1098:19, 1098:22, 1099:10, 1099:15, 1100:2, 1100:7, 1100:13, 1100:17, 1100:22, 1101:4, 1101:6, 1101:20, 1102:9, 1102:13, 1103:19, 1103:23, 1104:8, 1104:15, 1104:20, 1105:17, 1105:18, 1106:3, 1106:7, 1106:20, 1106:24, 1107:13, 1107:18, 1107:23, 1108:1, 1108:15, 1108:17,

1108:20, 1108:22, 1109:4, 1109:10, 1109:12, 1109:15, 1110:2, 1110:4, 1110:9, 1110:20, 1111:4, 1111:7, 1111:15, 1112:16, 1112:20, 1112:23, 1113:2, 1113:6, 1113:10, 1113:21, 1115:11, 1115:15, 1115:24, 1116:1, 1117:9, 1118:1, 1118:7, 1118:16, 1119:6, 1119:11, 1120:1, 1120:17, 1120:22, 1121:1, 1121:4, 1122:11, 1122:15, 1122:18, 1123:18, 1123:21, 1123:23, 1124:4, 1124:13, 1124:23, 1125:15, 1125:20, 1126:20, 1127:6, 1128:8, 1128:17, 1128:19, 1129:1, 1129:4, 1129:6, 1129:8, 1129:19, 1129:22, 1130:22, 1130:24, 1131:5, 1131:11, 1131:13, 1131:15, 1136:24, 1139:2, 1139:6, 1139:10, 1139:17, 1139:19, 1140:12, 1140:18, 1140:21, 1140:24, 1141:2, 1141:4, 1141:21, 1142:2, 1142:5, 1142:10, 1142:12, 1142:14, 1142:19, 1145:10, 1145:12, 1145:19, 1146:7, 1146:9, 1146:23, 1146:25, 1147:19, 1147:21, 1148:1, 1148:6, 1148:8, 1148:10, 1159:3, 1159:7, 1159:11, 1170:5, 1170:9, 1176:6, 1176:10, 1176:20, 1176:24, 1177:1, 1180:2, 1180:4, 1180:10, 1180:15, 1180:21, 1181:2, 1181:4, 1181:14, 1181:22, 1182:2, 1182:5, 1182:19, 1183:1, 1183:5, 1185:7, 1185:10, 1185:13,

1186:3, 1187:17, 1187:19, 1187:22, 1188:8, 1188:12, 1189:15, 1189:19, 1190:4, 1190:6, 1190:8, 1191:5, 1191:17, 1191:25, 1192:3, 1192:6, 1194:16, 1195:11, 1195:14, 1196:1, 1196:18, 1196:21, 1197:8, 1197:15, 1197:25, 1199:11, 1199:14, 1200:16, 1200:18, 1201:22, 1202:2, 1202:4, 1202:11, 1202:16, 1204:21, 1205:2, 1205:5, 1205:22, 1205:24, 1206:15, 1209:4, 1210:6, 1211:16, 1211:24, 1212:2, 1212:9, 1212:12, 1212:18, 1212:22, 1213:11, 1213:15, 1214:2

themselves [3] - 957:6, 1024:20, 1113:18

thereabouts [1] - 936:10

therefore [1] - 1180:22

thick [2] - 981:18, 981:24

thicker [1] - 1039:20

third [3] - 976:5, 986:6, 1041:8

thirty [10] - 1078:14, 1078:15, 1081:1, 1106:24, 1109:5, 1110:3, 1111:8, 1113:10, 1115:15, 1116:22

thirty-four [1] - 1116:22

thirty-three [3] - 1078:14, 1078:15, 1081:1

thirty-two [6] - 1106:24, 1109:5, 1110:3, 1111:8, 1113:10, 1115:15

thousands [1] - 1149:25

threatening [1] - 1003:20

three [16] - 957:24, 958:2, 963:13, 981:22, 983:19, 984:9, 989:22,

989:23, 1078:14, 1078:15, 1081:1, 1116:24, 1174:6, 1178:10, 1201:8, 1201:12

**three-quarters** [1] - 989:23

**throughout** [3] - 959:6, 959:12, 1068:21

**tie** [1] - 1107:19

**tied** [4] - 1048:9, 1117:12, 1210:12, 1211:11

**tier** [2] - 954:14, 954:15

**tiers** [1] - 930:9

**ties** [1] - 1110:10

**Tim** [1] - 1166:8

**tire** [7] - 1001:1, 1011:9, 1011:14, 1011:22, 1011:23, 1011:24

**tires** [11] - 993:15, 993:18, 993:22, 993:24, 994:2, 994:18, 994:20, 994:24, 1011:5, 1011:6, 1011:22

**title** [2] - 1085:16, 1103:5

**today** [11] - 948:18, 953:8, 953:12, 960:6, 998:2, 1011:2, 1040:25, 1046:19, 1047:11, 1062:6, 1136:11

**together** [18] - 930:14, 979:12, 981:5, 983:2, 987:1, 987:10, 987:17, 992:6, 1033:12, 1033:13, 1077:11, 1080:4, 1080:7, 1117:12, 1150:13, 1169:3, 1173:1, 1210:15

**toll** [9] - 1190:20, 1191:3, 1191:16, 1192:12, 1192:23, 1193:8, 1194:24, 1196:7, 1198:19

**tolls** [2] - 1198:14, 1198:22

**tomorrow** [16] - 1125:18, 1128:21, 1129:2, 1209:5, 1209:12, 1209:17, 1210:4, 1210:17, 1211:16, 1212:14,

1212:21, 1212:25, 1213:2, 1213:6, 1213:16, 1213:20

**tonight** [3] - 1126:5, 1211:23, 1213:20

**took** [28] - 936:25, 937:2, 937:3, 937:5, 939:17, 939:18, 939:19, 939:21, 940:16, 943:18, 944:2, 961:24, 979:21, 979:22, 980:2, 988:19, 994:17, 1007:7, 1007:17, 1011:8, 1042:8, 1042:10, 1144:11, 1169:10, 1169:21, 1173:23, 1180:7, 1188:4

**top** [7] - 1087:5, 1088:7, 1088:25, 1089:23, 1093:9, 1093:21, 1194:21

**total** [10] - 1059:17, 1077:22, 1085:6, 1103:4, 1178:20, 1179:5, 1207:18, 1207:21, 1207:25, 1208:9

**touch** [7] - 945:11, 965:3, 997:21, 1046:12, 1081:20, 1081:21, 1088:10

**towards** [9] - 932:15, 944:15, 949:22, 949:23, 961:12, 970:2, 980:11, 1029:11, 1112:4

**track** [2] - 1126:8, 1172:25

**trafficked** [1] - 1211:13

**trafficking** [4] - 1151:15, 1152:17, 1160:17, 1211:6

**trailer** [33] - 975:5, 977:13, 977:14, 977:19, 978:1, 978:6, 980:16, 1021:15, 1036:12, 1036:15, 1036:18, 1037:3, 1037:6, 1037:16, 1038:9, 1039:25, 1042:11, 1042:13, 1042:21, 1043:4, 1049:9, 1061:16, 1068:18, 1076:7, 1078:6, 1086:16, 1171:11, 1171:15, 1172:6,

1173:9, 1174:2, 1201:21, 1202:8

**Trailer** [8] - 980:7, 1041:19, 1086:11, 1171:10, 1172:2, 1173:23, 1177:14

**training** [11] - 1060:8, 1060:11, 1071:20, 1085:21, 1085:24, 1133:6, 1133:11, 1133:18, 1149:14, 1149:21, 1169:7

**transaction** [5] - 999:7, 1001:2, 1111:22, 1115:2, 1117:1

**transfer** [17] - 974:25, 999:2, 999:13, 1079:5, 1079:6, 1080:11, 1081:14, 1082:10, 1114:10, 1114:12, 1117:17, 1117:20, 1118:13, 1118:21, 1119:1

**transferred** [3] - 1085:13, 1119:21, 1171:19

**transit** [1] - 1159:24

**transmitted** [1] - 1204:7

**transport** [1] - 1004:15

**transported** [1] - 1213:16

**transporting** [1] - 1004:9

**Travis** [7] - 1035:23, 1036:11, 1036:14, 1041:24, 1042:1, 1043:9, 1043:11

**Travis's** [2] - 1042:8, 1042:11

**Treasure** [1] - 1026:10

**trial** [8] - 926:7, 952:17, 1095:18, 1100:14, 1127:12, 1128:13, 1191:8, 1192:8

**tried** [2] - 1044:14, 1161:20

**trigger** [3] - 956:14, 956:25, 1089:25

**trips** [1] - 1049:8

**truck** [8] - 989:9, 993:23, 994:11, 1011:24, 1011:25, 1040:4, 1042:11

**trucks** [1] - 994:17

**true** [1] - 1067:18

**truth** [9] - 927:15,

960:3, 960:8, 961:1, 1025:11, 1058:13, 1084:14, 1131:10, 1148:5

**truthful** [2] - 998:13, 1047:13

**try** [8] - 961:11, 971:22, 1004:11, 1016:5, 1081:19, 1162:10, 1209:16, 1211:22

**trying** [10] - 944:10, 952:23, 1008:9, 1017:10, 1017:11, 1053:4, 1117:9, 1163:20, 1163:24, 1202:16

**tube** [1] - 1158:6

**tucked** [1] - 1077:5

**Tuesday** [1] - 1209:16

**turn** [8] - 949:22, 956:17, 956:21, 956:22, 993:9, 1121:16, 1139:21, 1173:2

**turned** [6] - 929:20, 1065:4, 1065:11, 1074:25, 1075:18, 1187:22

**tutor** [1] - 1032:24

**TVCC** [2] - 1026:5, 1026:9

**twenties** [1] - 1178:7

**twenty** [7] - 962:7, 1089:13, 1089:14, 1089:15, 1091:22, 1096:10

**twenty-five** [1] - 962:7

**twenty-four** [1] - 1096:10

**twenty-one** [1] - 1091:22

**twenty-two** [3] - 1089:13, 1089:14, 1089:15

**twice** [6] - 938:24, 985:22, 1013:12, 1020:7, 1021:1, 1043:2

**twin** [1] - 1026:24

**two** [67] - 931:24, 932:10, 932:14, 936:23, 946:6, 958:10, 963:20, 969:24, 975:15, 978:23, 979:3, 979:11, 981:21, 982:11, 988:15, 1001:23, 1002:7, 1021:15, 1022:11,

1022:17, 1039:12, 1039:13, 1048:3, 1049:10, 1049:11, 1051:25, 1052:3, 1052:4, 1072:8, 1086:24, 1087:10, 1087:23, 1089:13, 1089:14, 1089:15, 1106:24, 1109:5, 1110:3, 1111:8, 1113:10, 1115:15, 1121:21, 1127:12, 1145:3, 1150:25, 1151:11, 1158:18, 1161:22, 1164:2, 1168:12, 1168:25, 1170:9, 1174:8, 1174:25, 1176:1, 1178:5, 1178:10, 1190:13, 1193:15, 1200:2, 1204:1, 1204:18

**two-ounce** [1] - 1174:25

**two-shot** [1] - 1087:10

**two-week** [1] - 1151:11

**tying** [1] - 1119:13

**type** [5] - 1124:17, 1125:22, 1165:17, 1169:1, 1169:25

**types** [1] - 1180:19

---

## U

**unable** [1] - 1135:24

**unanimous** [1] - 1077:21

**under** [29] - 927:12, 957:17, 1044:15, 1054:2, 1054:3, 1054:4, 1054:5, 1056:11, 1068:20, 1089:1, 1099:25, 1100:12, 1112:14, 1121:13, 1124:19, 1125:3, 1125:10, 1127:4, 1128:5, 1134:21, 1146:20, 1147:8, 1164:19, 1180:23, 1204:16, 1204:19, 1211:19

**undercover** [3] - 1154:17, 1163:11, 1164:10

**underlying** [1] - 1056:8

**underneath** [7] - 1063:25, 1068:22, 1069:11, 1069:20,

**understandable** [1] - 1113:25
**understood** [1] - 1124:15
**unemployed** [1] - 1112:8
**unfaithful** [1] - 932:4
**Union** [4] - 972:4, 972:25, 1117:17, 1123:5
**unit** [15] - 1059:12, 1059:14, 1060:20, 1084:23, 1084:25, 1085:1, 1085:3, 1085:5, 1085:9, 1086:5, 1132:15, 1132:23, 1133:22, 1148:22, 1148:23
**United** [3] - 926:5, 1060:4, 1149:5
**units** [2] - 1060:13, 1133:3
**unless** [3] - 1126:4, 1175:1, 1211:10
**unmarked** [1] - 1154:17
**unusual** [2] - 1094:10, 1151:3
**up** [80] - 928:13, 930:9, 933:22, 935:19, 937:1, 938:23, 943:1, 954:14, 954:15, 958:13, 970:25, 971:16, 978:2, 978:18, 979:10, 980:8, 981:16, 982:24, 1009:12, 1010:1, 1010:3, 1010:4, 1024:1, 1024:15, 1025:22, 1028:24, 1037:25, 1038:3, 1039:8, 1042:20, 1044:13, 1044:14, 1044:25, 1045:1, 1064:4, 1066:6, 1067:6, 1067:14, 1067:16, 1068:1, 1071:3, 1073:12, 1076:20, 1079:18, 1083:18, 1085:11, 1086:9, 1086:20, 1087:19, 1087:20, 1088:11, 1090:12, 1095:23, 1097:3, 1100:21, 1101:14, 1108:15, 1108:17, 1109:6,
1070:2, 1090:3, 1165:16
1111:4, 1126:5, 1129:1, 1129:12, 1133:2, 1139:20, 1141:4, 1141:11, 1150:24, 1155:14, 1155:23, 1159:17, 1164:23, 1185:5, 1186:15, 1194:14, 1196:22, 1208:1, 1211:17, 1211:18, 1213:23
**updated** [1] - 1172:15
**upper** [1] - 1071:2
**user** [1] - 1003:2
**uses** [1] - 1075:4
**utilize** [1] - 1004:11

**V**

**Valley** [1] - 1026:10
**value** [4] - 1062:24, 1062:25, 1068:13, 1097:8
**various** [1] - 1209:25
**Vega** [1] - 1130:3
**vehicle** [15] - 994:7, 994:9, 1040:6, 1102:20, 1103:3, 1105:1, 1154:17, 1165:1, 1166:8, 1166:14, 1166:17, 1166:18, 1166:21, 1167:2, 1167:5
**vehicles** [1] - 939:8
**vents** [1] - 989:9
**veracity** [2] - 1055:4, 1055:22
**verbatim** [2] - 1125:13, 1128:16
**versus** [1] - 926:5
**Vertner** [83] - 926:14, 935:6, 935:7, 935:9, 935:12, 935:13, 935:19, 936:1, 936:15, 937:3, 940:9, 940:20, 942:10, 942:20, 942:23, 943:6, 943:16, 945:24, 946:2, 946:8, 946:13, 946:24, 947:2, 947:8, 947:17, 958:6, 958:9, 966:14, 967:3, 967:8, 967:14, 968:25, 971:25, 983:12, 985:2, 985:17, 995:4, 996:10, 999:14, 1001:4,
1003:10, 1003:25, 1008:9, 1009:14, 1027:22, 1027:23, 1029:6, 1029:8, 1143:12, 1143:23, 1145:2, 1145:24, 1146:4, 1152:2, 1152:15, 1153:23, 1154:1, 1154:2, 1154:15, 1160:9, 1160:23, 1161:14, 1161:22, 1162:15, 1162:23, 1163:6, 1163:10, 1163:17, 1164:1, 1164:14, 1165:5, 1165:22, 1166:12, 1166:13, 1166:19, 1167:7, 1167:22, 1167:25, 1168:5, 1168:7, 1168:8, 1168:22, 1168:24
**Vertner's** [4] - 937:19, 1154:14, 1156:13, 1167:16
**vibrate** [1] - 956:16
**Vic** [1] - 1021:16
**Victor** [20] - 975:16, 977:5, 980:22, 1013:25, 1037:7, 1037:14, 1037:17, 1042:15, 1167:8, 1170:18, 1179:16, 1180:6, 1180:13, 1181:8, 1181:19, 1182:9, 1182:22, 1183:4, 1183:8, 1183:10
**video** [3] - 1138:11, 1139:22, 1141:16
**videotape** [3] - 1137:7, 1137:24, 1138:12
**violent** [2] - 1003:24, 1133:1
**violently** [1] - 1003:21
**virtually** [2] - 1127:13, 1127:20
**visit** [1] - 1210:7
**visually** [1] - 979:6
**vitamin** [2] - 992:16, 992:17
**voluntarily** [3] - 1017:17, 1018:6, 1146:15
**volunteered** [1] - 1053:8

**W**

**W-U-N-S-C-H** [1] - 1084:17
**wad** [2] - 981:11, 981:13
**wait** [5] - 990:4, 1030:13, 1030:15, 1089:13, 1209:5
**waiting** [2] - 1042:5, 1042:7
**waive** [1] - 1139:11
**waived** [2] - 1095:17, 1099:19
**walk** [4] - 1066:7, 1067:6, 1067:16, 1154:18
**walked** [1] - 994:18
**wants** [1] - 1055:20
**warrant** [2] - 1086:12, 1171:9
**Washington** [4] - 962:13, 1013:15, 1167:1, 1171:8
**waste** [1] - 1128:8
**wasting** [1] - 1213:5
**watch** [1] - 1164:20
**watching** [2] - 1037:19, 1042:16
**ways** [2] - 992:12, 1144:6
**weapon** [1] - 1088:22
**weapons** [1] - 1165:3
**wearing** [7] - 937:14, 975:23, 975:25, 986:5, 1041:3, 1136:15, 1136:16
**Wednesday** [1] - 1209:16
**weed** [1] - 970:11
**week** [8] - 968:7, 969:15, 977:10, 995:11, 1150:25, 1151:11, 1209:16
**week-and-a-half** [1] - 995:11
**week-long** [1] - 1151:11
**weeks** [4] - 964:5, 964:15, 966:21, 969:24
**weigh** [4] - 1073:2, 1157:2, 1157:4, 1174:18
**weighed** [7] - 940:20, 1038:20, 1174:13, 1174:14, 1175:3, 1176:18, 1177:10
**weight** [6] - 1120:8, 1136:18, 1174:9,
1174:23, 1177:7, 1177:8
**weights** [1] - 1039:2
**Weiser** [17] - 932:19, 932:21, 940:8, 964:6, 964:10, 964:13, 974:12, 974:14, 1010:10, 1012:13, 1013:15, 1025:23, 1030:23, 1035:5, 1061:1, 1151:8, 1171:8
**Wells** [7] - 1079:5, 1080:10, 1107:4, 1114:11, 1114:24, 1115:2, 1207:8
**Western** [4] - 972:4, 972:25, 1117:17, 1123:4
**white** [11] - 930:8, 965:8, 989:20, 1071:16, 1076:12, 1097:9, 1101:9, 1102:4, 1105:25, 1106:15, 1116:18
**White** [7] - 1154:2, 1154:15, 1155:10, 1155:13, 1155:16, 1155:18, 1166:10
**White's** [1] - 1168:19
**whole** [15] - 927:14, 930:16, 960:25, 1011:9, 1011:23, 1011:24, 1025:10, 1025:25, 1058:12, 1084:13, 1112:24, 1131:9, 1140:8, 1148:4
**wife** [3] - 932:4, 932:12, 932:22
**willing** [1] - 1162:2
**window** [4] - 965:2, 965:6, 1040:10
**windows** [2] - 945:13, 964:25
**wings** [1] - 1023:16
**wire** [8] - 972:19, 974:24, 999:13, 1010:5, 1154:10, 1154:21, 1155:5, 1164:12
**wise** [1] - 941:5
**wish** [4] - 1091:24, 1102:14, 1136:1, 1190:8
**withdraw** [2] - 1000:18, 1015:15
**withdrawn** [3] - 1115:6, 1115:7, 1115:22

**withhold** [2] - 1002:15, 1016:3
**withholding** [2] - 1015:10, 1015:18
**Witness** [20] - 945:14, 950:21, 997:23, 1046:13, 1073:20, 1081:23, 1082:5, 1082:14, 1088:12, 1090:14, 1097:5, 1105:11, 1115:23, 1116:1, 1116:12, 1173:20, 1185:24, 1189:25, 1205:13, 1208:15
**witness** [48] - 927:8, 927:10, 927:22, 951:16, 960:15, 960:23, 976:7, 984:8, 986:9, 986:11, 1024:14, 1025:5, 1030:8, 1038:23, 1039:4, 1057:18, 1058:4, 1058:6, 1058:10, 1067:25, 1068:1, 1068:6, 1084:3, 1084:10, 1084:18, 1094:17, 1099:9, 1104:9, 1110:21, 1113:21, 1113:23, 1114:2, 1115:18, 1117:7, 1118:7, 1118:14, 1126:14, 1127:25, 1131:2, 1131:6, 1131:16, 1136:22, 1147:23, 1180:23, 1181:23, 1182:6, 1183:1
**WITNESS** [52] - 927:18, 927:25, 928:4, 933:9, 934:3, 951:21, 961:4, 961:19, 965:5, 974:2, 976:14, 976:17, 978:22, 978:25, 979:4, 981:23, 984:12, 993:2, 1000:9, 1011:21, 1013:22, 1019:12, 1022:6, 1022:8, 1024:3, 1025:14, 1039:1, 1039:12, 1039:19, 1041:8, 1048:11, 1052:24, 1058:16, 1070:14, 1078:19, 1079:24, 1081:23, 1084:17, 1105:18, 1108:22, 1109:12,

1112:20, 1112:23, 1113:2, 1116:1, 1131:13, 1148:8, 1159:11, 1187:19, 1194:16, 1196:18, 1202:4
**witnesses** [4] - 1150:9, 1212:13, 1212:23, 1213:18
**woman** [1] - 931:23
**women** [1] - 1004:15
**wondered** [1] - 1118:11
**word** [2] - 1125:21, 1145:23
**words** [2] - 1065:12, 1104:17
**wore** [1] - 1010:5
**works** [1] - 1088:9
**worried** [3] - 1098:6, 1126:20, 1141:10
**worry** [1] - 1125:23
**worse** [2] - 994:25, 995:2
**worthy** [1] - 1141:8
**Wrangell** [2] - 962:9, 962:10
**wrap** [1] - 1044:16
**wrapped** [11] - 978:12, 1037:25, 1038:3, 1042:20, 1044:13, 1044:14, 1044:17, 1044:19, 1155:22, 1168:25, 1169:3
**write** [1] - 1175:7
**written** [2] - 1005:17, 1188:23
**Wunsch** [5] - 1084:5, 1084:9, 1084:17, 1129:18, 1130:25
**WUNSCH** [1] - 1084:12
**Wyoming** [1] - 964:5

## Y

**year** [11] - 928:22, 931:19, 962:24, 1027:6, 1027:9, 1028:7, 1028:17, 1032:2, 1033:15, 1150:23, 1151:20
**Year's** [3] - 1032:1, 1032:2, 1050:10
**year-and-a-half** [2] - 962:24, 1027:6
**year-long** [1] - 1151:20
**years** [21] - 931:23, 952:19, 959:1,

959:3, 959:6, 963:13, 1025:21, 1055:1, 1059:8, 1059:17, 1059:19, 1059:22, 1060:3, 1085:5, 1085:6, 1085:22, 1133:12, 1148:18, 1149:6, 1149:10, 1149:20
**yellow** [4] - 1089:25, 1105:12, 1109:12, 1116:6
**yesterday** [1] - 926:12
**younger** [1] - 930:7
**yourself** [6] - 958:14, 992:9, 1016:6, 1122:19, 1138:21, 1142:22
**yourselves** [2] - 1124:7, 1209:9

## Z

**zoom** [1] - 1088:16