1    **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2

   - - - - - - - - - - - - - - - - - - -  x
3                        :
   UNITED STATES OF AMERICA,       : Case No. CR 12-155-S-BLW
4                        :
                 Plaintiff,    :  **JURY TRIAL**
5                        :
        vs.                  :
6                        :
   JESUS GUADALUPE SANCHEZ, a/k/a JOSE   :
7   SALAZAR, a/k/a "CHE," JIM ALLEN     :
   LOVELAND, and, MICHAEL DENNIS MORRIS,  :
8                        :
               Defendants.   :
9   - - - - - - - - - - - - - - - - - - -  x

10

11

12

13

14

15    **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

16

    before B. Lynn Winmill, Chief District Judge
17

18    Volume 6

19    January 22, 2013

20

    Pages 1324 to 1514
21

22

23            **Tamara I. Hohenleitner**
       Idaho Certified Shorthand Reporter No. 619
24         Registered Professional Reporter
           Certified Realtime Reporter
25       Federal Certified Realtime Reporter

       United States Courts, District of Idaho
  550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                           **A P P E A R A N C E S**

2

3       **FOR UNITED STATES OF AMERICA**

4               Lynne W. Lamprecht
                US ATTORNEY'S OFFICE
5               Washington Group Plaza IV
                800 Park Blvd., Ste. 600
6               Boise, ID 83712-9903
                Tel:  (208) 334-1211
7               Fax:  (208) 334-9375
                Email:  Lynne.lamprecht2@usdoj.gov

8

9

        **FOR DEFENDANT JESUS GUADALUPE SANCHEZ**
10

                Jeffrey P. Heineman
11              HEINEMAN LAW OFFICE
                1501 Tyrell Lane
12              Boise, ID 83706
                Tel: (208) 830-6124
13              Fax: (208) 947-9009
                Email: Jeff@heinemanlaw.com

14

15      **FOR DEFENDANT MICHAEL DENNIS MORRIS**

16              Joseph W. Borton
                BORTON-LAKEY LAW OFFICES
17              141 E. Carlton Avenue
                Meridian, ID 83642
18              Tel: (208) 908-4415
                Fax: (208) 493-4610
19              Email: Joe@borton-lakey.com

20

        **FOR DEFENDANT JIM ALLEN LOVELAND**
21

                Christian Berglund
22              BERGLUND LAW, PLLC
                500 W. Bannock Street
23              Boise, ID 83702
                Tel: (208) 342-7600
24              Fax: (208) 392-1395
                Email: Chris@berglundlaw.com

25

**United States Courts, District of Idaho**

## I N D E X

| | Date | Proceeding | Volume-Page |
|---|---|---|---|
| 1 | | | |
| 2 | 01/14/13 | Jury Trial Day 1........................... | V1 - 159 |
| 3 | | Preliminary jury instructions............ | V1 - 177 |
| | | Opening statement by the Government...... | V1 - 196 |
| 4 | | Opening statement by Defendant Morris.... | V1 - 228 |
| | | Opening statement by Defendant Loveland.. | V1 - 242 |
| 5 | | Opening statement by Defendant Sanchez... | V1 - 245 |
| 6 | 01/15/13 | Jury Trial Day 2........................... | V2 - 317 |
| 7 | 01/16/13 | Jury Trial Day 3........................... | V3 - 639 |
| 8 | 01/17/13 | Jury Trial Day 4........................... | V4 - 916 |
| 9 | 01/18/13 | Jury Trial Day 5........................... | V5 - 1215 |
| | | Rule 29 motion by Defendants............. | V5 - 1298 |
| 10 | | Jury instruction conference.............. | V5 - 1315 |
| 11 | 01/22/13 | Jury Trial Day 6........................... | V6 - 1324 |
| | | Further jury instruction conference...... | V6 - 1334 |
| 12 | | Final jury instructions by The Court..... | V6 - 1341 |
| | | Closing argument by the Government....... | V6 - 1364 |
| 13 | | Closing argument by Defendant Loveland... | V6 - 1422 |
| | | Closing argument by Defendant Morris..... | V6 - 1443 |
| 14 | | Closing argument by Defendant Sanchez.... | V6 - 1468 |
| | | Rebuttal argument by the Government...... | V6 - 1481 |
| 15 | | Final jury instructions by The Court..... | V6 - 1495 |
| | | Jury verdict............................. | V6 - 1505 |

16

## U N I T E D   S T A T E S   W I T N E S S E S

**VOLUME-PAGE**

**FABIAN BELTRAN**

| | |
|---|---|
| Direct Examination by Ms. Lamprecht.............. | V1 - 249 |
| Continued Direct Examination by Ms. Lamprecht.... | V2 - 328 |
| Voir Dire Examination by Mr. Borton............. | V2 - 338 |
| Continued Direct Examination by Ms. Lamprecht.... | V2 - 340 |
| Cross-Examination by Mr. Heineman............... | V2 - 364 |
| Cross-Examination by Mr. Borton................. | V2 - 377 |
| Cross-Examination by Ms. Berglund............... | V2 - 383 |
| Redirect Examination by Ms. Lamprecht........... | V2 - 388 |
| Recross-Examination by Mr. Heineman............. | V2 - 394 |
| Recross-Examination by Mr. Borton............... | V2 - 396 |
| Recross-Examination by Ms. Berglund............. | V2 - 400 |
| Further Redirect Examination by Ms. Lamprecht.... | V2 - 402 |

1327

# I N D E X

1

## U N I T E D   S T A T E S   W I T N E S S E S

2

VOLUME-PAGE

3    ROBERT BOONE
         Direct Examination by Ms. Lamprecht..............V4 - 1131
4        Cross-Examination by Mr. Borton..................V4 - 1146
         Redirect Examination by Ms. Lamprecht...........V4 - 1147
5
     PATRIC CAMPBELL
6        Direct Examination by Ms. Lamprecht..............V4 - 928
         Cross-Examination by Mr. Borton..................V4 - 952
7        Redirect Examination by Ms. Lamprecht...........V4 - 959

8    AMY CAVAZOS
         Direct Examination by Ms. Lamprecht..............V4 - 1025
9        Cross-Examination by Mr. Borton..................V4 - 1047
         Cross-Examination by Mr. Heineman...............V4 - 1049
10       Redirect Examination by Ms. Lamprecht...........V4 - 1052
         Recross-Examination by Mr. Borton...............V4 - 1053
11
     JAMES CHRISTENSEN
12       Direct Examination by Ms. Lamprecht..............V4 - 1058
         Cross-Examination by Mr. Heineman...............V4 - 1082
13
     RACHEL L. COBLENTZ
14       Direct Examination by Ms. Lamprecht..............V4 - 961
         Cross-Examination by Mr. Borton..................V4 - 1000
15       Redirect Examination by Ms. Lamprecht...........V4 - 1009
         Cross-Examination by Mr. Heineman...............V4 - 1012
16       Recross-Examination by Mr. Borton...............V4 - 1014
         Further Redirect Examination by Ms. Lamprecht....V4 - 1016
17       Further Recross-Examination by Mr. Heineman......V4 - 1020
         Further Redirect Examination by Ms. Lamprecht....V4 - 1023
18
     KRISTOPHER CRAIG HENSLEY
19       Direct Examination by Ms. Lamprecht..............V3 - 766
         Cross-Examination by Mr. Borton..................V3 - 812
20       Cross-Examination by Ms. Berglund...............V3 - 824
         Redirect Examination by Ms. Lamprecht...........V3 - 824
21       Recross-Examination by Mr. Borton...............V3 - 827
         Further Redirect Examination by Ms. Lamprecht....V3 - 832
22
     AMBER HITES
23       Direct Examination by Ms. Lamprecht..............V3 - 868
         Cross-Examination by Mr. Borton..................V3 - 904
24       Redirect Examination by Ms. Lamprecht...........V3 - 907
         Cross-Examination by Mr. Heineman...............V3 - 908
25       Further Redirect Examination by Ms. Lamprecht....V3 - 911

<u>I N D E X</u>

<u>U N I T E D   S T A T E S   W I T N E S S E S</u>

VOLUME-PAGE

**JUSTIN KLITCH**
    Direct Examination by Ms. Lamprecht..............V3 - 852

**JONATHAN L. LAURENSON**
    Direct Examination by Ms. Lamprecht..............V3 - 838

**MARIO MARTINEZ**
    Direct Examination by Ms. Lamprecht..............V2 - 578
    Cross-Examination by Ms. Berglund...............V2 - 598
    Cross-Examination by Mr. Heineman...............V2 - 598
    Redirect Examination by Ms. Lamprecht...........V2 - 604

**DAVID R. NETH**
    Direct Examination by Ms. Lamprecht..............V2 - 406

**VICTOR RUIZ**
    Direct Examination by Ms. Lamprecht..............V2 - 485
    Cross-Examination by Mr. Borton................V2 - 556
    Cross-Examination by Ms. Berglund...............V2 - 561
    Cross-Examination by Mr. Heineman...............V2 - 566
    Redirect Examination by Ms. Lamprecht...........V2 - 570
    Recross-Examination by Mr. Borton..............V2 - 575
    Recross-Examination by Mr. Heineman.............V2 - 575

**DAVID C. SINCERBEAUX**
    Direct Examination by Ms. Lamprecht..............V5 - 1256
    Cross-Examination by Mr. Borton................V5 - 1282
    Cross-Examination by Mr. Heineman...............V5 - 1286
    Redirect Examination by Ms. Lamprecht...........V5 - 1293

**JESS STENNETT**
    Direct Examination by Ms. Lamprecht..............V4 - 1148
    Continued Direct Examination by Ms. Lamprecht....V5 - 1238
    Cross-Examination by Ms. Berglund...............V5 - 1242
    Cross-Examination by Mr. Heineman...............V5 - 1251
    Redirect Examination by Ms. Lamprecht...........V5 - 1253
    Recross-Examination by Ms. Berglund.............V5 - 1253

**JOHNNY TAMBUNGA**
    Direct Examination by Ms. Lamprecht..............V2 - 412
    Cross-Examination by Ms. Berglund...............V2 - 461
    Cross-Examination by Mr. Heineman...............V2 - 465
    Cross-Examination by Mr. Borton................V2 - 473
    Redirect Examination by Ms. Lamprecht...........V2 - 479
    Recross-Examination by Ms. Berglund.............V2 - 483

<u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

1

<u>U</u> <u>N</u> <u>I</u> <u>T</u> <u>E</u> <u>D</u>   <u>S</u> <u>T</u> <u>A</u> <u>T</u> <u>E</u> <u>S</u>   <u>W</u> <u>I</u> <u>T</u> <u>N</u> <u>E</u> <u>S</u> <u>S</u> <u>E</u> <u>S</u>

2
                                                    **VOLUME-PAGE**

3   **BENJAMINE LAWRENCE VERTNER**
        Direct Examination by Ms. Lamprecht..............V2 - 607
4       Continued Direct Examination by Ms. Lamprecht....V3 - 649
        Cross-Examination by Mr. Borton..................V3 - 715
5       Cross-Examination by Mr. Heineman................V3 - 745
        Cross-Examination by Ms. Berglund................V3 - 750
6       Redirect Examination by Ms. Lamprecht............V3 - 751
        Recross-Examination by Mr. Heineman..............V3 - 758
7       Further Redirect Examination by Ms. Lamprecht....V3 - 760

8   **KENNETH WHITE**
        Direct Examination by Ms. Lamprecht..............V3 - 762
9
    **GENE WUNSCH**
10      Direct Examination by Ms. Lamprecht.............V4 - 1084
        Cross-Examination by Mr. Heineman...............V4 - 1129

11

12

13                 <u>U</u> <u>N</u> <u>I</u> <u>T</u> <u>E</u> <u>D</u>   <u>S</u> <u>T</u> <u>A</u> <u>T</u> <u>E</u> <u>S</u>   <u>E</u> <u>X</u> <u>H</u> <u>I</u> <u>B</u> <u>I</u> <u>T</u> <u>S</u>

14   **ADMITTED**                                     **VOLUME-PAGE**

15   **2**      Photo of Trailer #10, Clifford's Trailer
              Park.......................................V1 - 262
16   **3**      Clifford's Trailer Park Payment Log.........V2 - 430
     **4**      Photo of Johnny Tambunga....................V1 - 267
17   **5**      Photo of Fabian Beltran.....................V2 - 434
     **6**      Photo of Victor Ruiz........................V1 - 308
18   **7**      Jim Loveland Business Card - Piloting
              Service...................................V4 - 1188
19   **8**      Jim Loveland Business Card - Disaster
              Recovery..................................V4 - 1189
20   **9A**     Phone calls between Jim Loveland and Che
              Primo a/k/a Sanchez - Summary Chart -
21            March 2012- May 2012......................V1 - 196
     **9B**     Phone calls between Jim Loveland and
22            Beltran - Summary Chart - February 2012 -
              May 2012..................................V1 - 196
23   **9C**     Phone calls between Jim Loveland and
              Tambunga - Summary Chart Dec. 2011-
24            January 2012..............................V1 - 196
     **9D**     Loveland Phone Tolls Diagram.............V1 - 196
25   **9E**     902(11) Certification of T-Mobile Records
              by Joshua Spencer.........................V1 - 196

I N D E X

1                    U N I T E D   S T A T E S   E X H I B I T S

2  ADMITTED                                              VOLUME-PAGE

3  **10**   Photo of Jim Loveland's House...............V1 - 274
   **11**   Photo of Mario Martinez.....................V1 - 278
4  **12**   Photo of Dawson Lee Moore...................V1 - 280
   **13**   Photo of Dawson Lee Moore's House...........V1 - 281
5  **14**   Beltran's T-Mobile Samsung Phone............V1 - 305
   **14A**  Phone Contacts from Ex. 14 - Fabian
6          Beltran's T-Mobile Samsung Phone............V1 - 305
   **15**   Beltran's Blackberry Phone..................V1 - 295
7  **15A**  Contact List from Ex.15 Fabian Beltran's
          BlackBerry Phone............................V1 - 297
8  **15B**  Phone calls between Jim Loveland and
          Primo Che a/k/a Sanchez - Summary Chart -
9          Feb. 2012...................................V4 - 1199
   **17**   Llama .380 pistol...........................V4 - 1066
10 **18**   Photo of Llama .380 pistol under couch in
          Trailer.....................................V1 - 288
11 **21**   .22 Derringer pistol with gold grip S.N.
          241111......................................V4 - 1091
12 **22**   Photo of two Derringer pistols..............V1 - 290
   **23**   .22 Derringer pistol with red grip S.N.
13          491605......................................V4 - 1092
   **24**   30, .22 Hornady Bullets.....................V4 - 1095
14 **24A**  Photo of .22 bullets from back bedroom......V4 - 1096
   **25**   ATF Form 4473 Transaction Record of Ex.
15          16 (.380  pistol) and Ex. 19 (.22
          Derringer) to Jesus Guadalupe Sanchez.......V1 - 196
16 **25A**  902(11) Certification of Records from
          Bargain Gun and Pawn by John Cox............V1 - 196
17 **26**   ATF Report of Multiple Sale of Pistols to
          Sanchez.....................................V1 - 196
18 **27**   Photo of Red Ford F11 pickup truck..........V2 - 348
   **28**   Photo of Money in steering wheel of Ex.
19          26 (Ford F11 pickup truck)..................V2 - 350
   **29**   Certificate of Title for Red Ford F11
20          pickup truck................................V2 - 411
   **30A**  JZ Auto Sales Retail Vehicle purchase
21          Contract for Sanchez - Lincoln Navigator....V4 - 1102
   **30B**  Report of Sale and Application for
22          Certification of Title for Lincoln
          Navigator by Sanchez........................V4 - 1103
23 **30C**  Receipt for $500 payment for Lincoln
          Navigator...................................V4 - 1106
24 **31A**  Wells Fargo Bank Consumer Account
          Application for Jesus G. Sanchez - Acc't
25          No. X5483 3 pp..............................V1 - 196

I N D E X

1

U N I T E D   S T A T E S   E X H I B I T S

2

   ADMITTED                                              VOLUME-PAGE

3

   **31B**   Sanchez's Wells Fargo Statement for Acc't
4          X5483 Oct. - Nov. 2011......................V1 - 196
   **31C**   Sanchez's Wells Fargo Statement for Acc't
5          X5483 Nov. - Dec. 2011......................V1 - 196
   **31D**   Sanchez's Wells Fargo Statement for Acc't
6          X5483 Dec. 2011 - Jan. 2012................V1 - 196
   **31E**   Sanchez's Wells Fargo Statement for Acc't
7          X5483 Jan. 2012-Feb. 2012..................V1 - 196
   **31F**   Sanchez's Wells Fargo Statement for Acc't
8          X5483 Feb. 2012 - Mar. 2012................V1 - 196
   **31G**   Sanchez's Wells Fargo Statement for Acc't
9          X5483 Mar. 2012 - Apr. 2012................V1 - 196
   **31H**   Sanchez's Wells Fargo Statement for Acc't
10        X5483 Apr. 2012 - May 2012.................V1 - 196
   **31I**   Sanchez Wells Fargo Statement for Acc't
11        X5483 May 2012 - June 2012.................V1 - 196
   **31J**   902(11) Certification of Records from
12        Wells Fargo by Sherry Tiniakoff.............V1 - 196
   **32A**   Wells ExpressSend Service Global
13        Remittance Service Agreement - Wells
            Fargo Acc't X5483 Jesus G. Sanchez,
14        12/21/2011 - 2 pp...........................V4 - 1107
   **32B**   Wells Fargo Receipt - $1600 Deposit to
15        Acc't X5483 -12/21/2011 at 1:11 p.m.........V4 - 1111
   **32C**   Wells Fargo Express Send Remittance
16        Transfer Record - Acc't X5483 -
            12/21/2011 at 1:12:43 p.m. $1500 to
17        Elizabeth Hernandez Vega....................V4 - 1113
   **32D**   Wells Fargo Bank Transaction Record $1500
18        withdrawal from Acc't X5483 at 1:15 p.m.....V4 - 1115
   **33A**   Wells Fargo ExpressSend Transfer Record
19        Acc't No. X5364 Jesus G. Sanchez $1,000
            to Elizabeth Hernandez Vega on 1/23/12......V4 - 1079
20  **33B**   Wells Fargo Receipt for $1000 sent to
            Elizabeth Hernandez Vega on 1/23/12 Acc't
21        No. X5364..................................V4 - 1081
   **34A**   Western Union Money Transfer - $400
22        Maria de Jesus Beltran Delgado by Jesus
            G. Sanchez.................................V4 - 1120
23  **34B**   Western Union Customer Receipt for $400
            Money Transfer to Beltran Delgado by
24        Jesus Sanchez at Ridley's on 02-02-2012.....V4 - 1122
   **34C**   Ridley's Receipt for Western Union Money
25        Transfer on Feb. 2, 2012...................V4 - 1123

**United States Courts, District of Idaho**

I N D E X

1                    U N I T E D  S T A T E S  E X H I B I T S

2   ADMITTED                                              VOLUME-PAGE

3   **35A**   Western Union Money Transfer - $1000 to
             Jesus Roberto Salazar-Perez by Johnny
4             Tambunga.....................................V2 - 449
    **35B**   Western Union Customer Receipt for $1000
5             Money Transfer to Salazar Perez by Johnny
             Tambunga at Ridley's on 02-23-2012...V2 - 450
6   **35C**   Ridley's Receipt for Western Union Money
             Transfer on Feb 23, 2012....................V2 - 452
7   **36A**   Western Union Customer Receipt for $1000
             Money Transfer by Rachel Coblentz to
8             Jesus Sanchez on April 8, 2012.............V4 - 973
    **37**    Photo of Ben Vertner.........................V1 - 270
9   **38**    Photo of Amber Hites.........................V1 - 272
    **39**    Photo of K.C. Hensley........................V2 - 635
10  **40**    Photo of Patric Campbell.....................V3 - 671
    **41**    Photo of Rachel Coblentz.....................V2 - 546
11  **41A**   Photo of Rachel's Apartment Building........V3 - 662
    **42**    Photo of Amy Cavazos.........................V2 - 343
12  **43**    Photo of Amy Cavazos's House.................V2 - 614
    **44**    Photo of Jonathan Chapman....................V2 - 636
13  **45**    Photo of Jacob Clevenger.....................V2 - 618
    **46**    Silver Tube removed from Olson on 5/15......V3 - 687
14  **47**    Methamphetamine from silver tube............V3 - 866
    **48**    Methamphetamine from K.C. Hensley's Car.....V3 - 849
15  **49**    Methamphetamine from Cavazos's house on
             5/15.......................................V4 - 1159
16  **50**    Vertner U/C call to Morris on 5/16..........V3 - 696
    **51**    Photo of Morris' house in Ontario...........V2 - 340
17  **52**    Methamphetamine from U/C purchase on 5/16...V4 - 1170
    **53**    Methamphetamine from Trailer # 10...........V4 - 1176
18  **54**    Black Lunch Bag.............................V2 - 358
    **55**    Photo of black lunch bag under kitchen
19             sink.......................................V1 - 264
    **56**    Photo of money and meth in black lunch
20             bag........................................V2 - 353
    **57**    Photo of Money and large bag of meth........V2 - 355
21  **58**    Photo of Money and smaller bag of meth......V4 - 1074
    **60**    Silver digital scale from black bag under
22             kitchen sink...............................V2 - 357
    **61**    Photo of silver digital scale...............V1 - 266
23  **62**    Photo of gym shoe with Money................V2 - 555
    **63**    Plea Agreement for Johnny Tambunga..........V2 - 459
24  **64**    Plea Agreement for Fabian Beltran...........V2 - 361
    **65**    Plea Agreement for Victor Ruiz..............V2 - 488
25  **66**    Plea Agreement for Mario Martinez...........V2 - 582
    **67**    Plea Agreement for Benjamine Vertner........V2 - 611

1333

<u>I N D E X</u>

1

<u>U N I T E D   S T A T E S   E X H I B I T S</u>

2

**ADMITTED**                                                    **VOLUME-PAGE**

3

   **68**      Plea Agreement for Amber Hites.............. V3 - 902
4  **69**      Plea Agreement for K.C. Hensley............. V3 - 775
   **70**      Plea agreement of Patric Campbell........... V4 - 950
5  **71**      Plea Agreement for Rachel Coblentz.......... V4 - 997
   **72**      Plea Agreement for Amy Cavazos.............. V4 - 1046
6  **73**      Phone Call Vertner/Sanchez 5/22/12.......... V3 - 711
   **74A**     Video Clip from Exhibit 74.................. V4 - 1139
7  **74B**     Video Clip from Exhibit 74.................. V4 - 1143
   **74C**     Video Clip from Exhibit 74.................. V4 - 1143
8  **74D**     Video Clip from Exhibit 74.................. V4 - 1143

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1334

```
1    P R O C E E D I N G S
2         January 22, 2013
3      (Jury absent.)
4      THE CLERK:  The court will now hear Criminal
5  Case 12-155-S-BLW, United States of America versus
6  Jesus Guadalupe Sanchez, Michael Dennis Morris,
7  and Jim Allen Loveland for day six of jury trial.
8      THE COURT:  Good morning, Counsel.
9         FURTHER INSTRUCTIONS CONFERENCE
10     THE COURT:  A couple of issues.  We received
11  an email over the weekend suggesting further
12  objections to the proposed charge to the jury.
13  Mr. Borton, I'll give you a chance to address
14  those for the record.
15         One has to do with, I think, in
16  Instruction 9 and 10, and counsel is suggesting
17  that the court insert language making clear that
18  certain witnesses committed these crimes prior to
19  the activity in this case.
20     I -- well, I'll hear your argument,
21  Mr. Borton.  Do you want to address that?
22     MR. BORTON:  Thank you, Your Honor.
23         Just very briefly, it was -- the
24  half-sentence was merely intended to try and
25  create some clarity.  It can be commented on in
```

1335

```
1  closing and made clear, but to the extent that the
2  instruction was back with them in the jury room
3  that the drug trafficking in particular were
4  particular charges prior to, therefore more
5  relevant on credibility to their conduct in this
6  case.  And I apologize for not capturing that
7  concern --
8      THE COURT:  Well, part of the problem is we
9  put together all of the entire packet on Friday,
10  so we will have to -- it will probably take us 20
11  minutes to redo all the instructions to accomplish
12  that.
13         Well, let me hear -- anyone else -- do
14  the other defendants join in?
15         Well, what was the other objection?
16     MR. BORTON:  I think the other one was
17  included.  It's Instruction 24.
18     THE COURT:  All right.
19     MR. BORTON:  It was just a request and it's
20  been included.
21     THE COURT:  All right.
22     MR. BORTON:  With regard to my instruction
23  on -- or objection on No. 10, I can comment on
24  that fact in argument and would be fine doing that
25  as well.
```

1336

```
1      THE COURT:  All right.  Well, I think that's
2  the way we'll probably approach it, because it
3  would -- I think Mr. Severson came in Sunday to
4  give everyone the full weekend to -- but
5  apparently didn't check his last email on Sunday
6  and didn't see this, or he might have made the
7  change again.  But it would have required he get
8  ahold of me and we would have to get counsel
9  together and agree, and that would have created
10  some problems as well.
11         So I think I'm just going to -- I may
12  even stop at that point and make that point to the
13  jury, and then counsel can follow up with your
14  comments as well.
15         All right.  Are there any other issues,
16  then, that we need to take up before we bring the
17  jury in and begin closing?
18     MS. BERGLUND:  Well, Your Honor, I believe
19  we still have the Rule 29 motion for Mr. Loveland.
20     THE COURT:  You do.  I actually reviewed
21  that over the weekend.  Let me -- and I'm going to
22  have to deny the motion.  I reviewed it more
23  carefully, and the evidence -- there are two
24  issues.
25         One has to do with what was the
```

1337

```
1  quantity of drugs that were delivered to
2  Mr. Loveland.  And let me make the comment as
3  well -- and this is critical -- this is the one
4  time when all of the burdens that we normally have
5  and the high burden that the government has shift.
6  Now, at this juncture, I'm to construe the
7  evidence in the light most favorable to the
8  government and then ask myself:  Could any
9  reasonable jury find beyond a reasonable doubt
10  that Mr. Loveland committed the crime?  So I have
11  to look at the evidence in that light.
12         In looking at that evidence, I think
13  there is clearly evidence from which the jury
14  could conclude that Mr. Loveland was receiving two
15  ounces per week.  I'm basing that on
16  Mr. Beltran's, Mr. Ruiz's testimony primarily, but
17  I think also Mr. --
18     MS. BERGLUND:  Tambunga, I believe.
19     THE COURT:  Who was it?
20     MS. BERGLUND:  Mr. Tambunga.
21     THE COURT:  -- Tambunga -- I was looking for
22  his name -- somewhat confirmed that as well.
23         Then the question is:  What is personal
24  use?
25         Mr. Martinez said that one to
```

1338

1 one-and-a-half grams would be possible personal
2 use.
3          Mr. Hensley said he would -- no,
4 Mr. Vertner said that taking two grams at a time
5 would make you sick; that he would use between a
6 quarter to a half a gram at a time.
7          Ms. Hites said that she would use a
8 half a gram at a time, and that an eighth of an
9 ounce or 3.5 grams clearly would not be a personal
10 use amount; that when she took a gram she became
11 sick, and that a half a gram is more typical
12 personal use.
13          The only person who varied from that
14 was Mr. Vertner, who indicated -- no, Mr. Hensley,
15 who indicated that he had used as much as a
16 quarter ounce a day.  But as I went back and
17 reviewed the testimony, he was referring to using
18 it with others, that it was not just his own
19 personal use.  And so I think one can't draw any
20 real inference from that.
21          So when I read all that together, and
22 realizing, I think there are 28 grams in an ounce,
23 I believe, two ounces per week adds up to 56 grams
24 and 7 days, that would be roughly -- 7 days a
25 week, that would be 7, 8 -- 8 grams per day, which

1339

1 would simply not be personal use.  It would be
2 many times personal use.
3          So when I read that all together and
4 construing the evidence in the light most
5 favorable to the government, I just can't grant
6 the Rule 29 motion.  So that will be the court's
7 ruling.
8          I was going to wait until after the
9 jury verdict, but -- or the jury reached its
10 verdict, but I can take care of that now.
11          Now, that doesn't mean I won't
12 reconsider it on a posttrial motion, but at this
13 point I think the evidence is there and I -- you
14 know, the jury may not find that the quantities
15 were as much as some of the witnesses indicated
16 and may adopt a somewhat more lenient view of
17 personal use, but I think construing the evidence
18 in a light most favorable to the government, there
19 clearly is evidence from which the jury could
20 conclude beyond a reasonable doubt that
21 Mr. Loveland was, in fact, part of the conspiracy
22 and was involved in distributing the drugs, not
23 just receiving them for his personal use.
24          All right?
25          MS. BERGLUND:  Thank you, Your Honor.

1340

1          THE COURT:  All right.  Are we ready to
2 proceed?
3          MS. LAMPRECHT:  Yes, Your Honor.
4          MS. BERGLUND:  Yes, Your Honor.
5          MR. HEINEMAN:  Yes, Your Honor.
6          MR. BORTON:  Yes, Your Honor.
7          THE COURT:  All right.  Let me indicate we
8 will probably take a break, depending on how long
9 Ms. Lamprecht goes, maybe at the end of
10 Ms. Lamprecht's argument and before the defense
11 argues.  But if it's quite short we may go
12 directly into one of the defense closings.  We'll
13 just have to gauge that.
14          I have a luncheon with all the other
15 judges at 11:30, but I'm going to just email them
16 that if we're not done, then we'll just keep going
17 until we're done and someone else will have to
18 cover until we're completed.
19          Counsel, there were some of the
20 instructions that were stated in the singular
21 instead of the plural.  Where that's the case, I'm
22 going to correct that for the jury so they
23 understand that some of the instructions we didn't
24 catch and make all the necessary changes from
25 singular to the plural.  But I think that's pretty

1341

1 obvious and should not be something we have to
2 take the time to change.  All right?
3          Mr. Severson, if you want to bring the
4 jury in.
5          (Jury present.)
6          THE COURT:  For the record, I'll note that
7 the jury is present.
8          Ladies and gentlemen, I think you had
9 on your seat a set of the court's instructions.
10 We will gather up the preliminary instructions, if
11 you have them with you now, we'll gather them now.
12 If not, we'll gather them from you -- I just don't
13 want there to be any confusion.  So we will gather
14 those from you in the jury room, perhaps on the
15 first recess this morning.
16          FINAL JURY INSTRUCTIONS BY THE COURT
17          THE COURT:  Members of the jury, now that
18 you have heard all the evidence, it is my duty to
19 instruct you on the law that applies to this case.
20          It is your duty to weigh and to
21 evaluate all the evidence received in the case and
22 in that process to decide the facts.  It is also
23 your duty to apply the law as I give it to you
24 whether you agree with the fact -- I'm sorry -- as
25 I give it to you to the facts as you find them,

1342

1    whether you agree with the law or not.
2           You must decide the case solely on the
3    evidence and the law, and must not be influenced
4    by any personal likes or dislikes, opinions,
5    prejudice, or sympathy.  You will recall that you
6    took an oath promising to do so at the beginning
7    of the case.
8           You must follow all of these
9    instructions and not single out some and ignore
10   others.  They are all important.
11          Please do not read into these
12   instructions or into anything I may have said or
13   done any suggestion as to what verdict you should
14   return.  That is a matter entirely up to you.
15          A defendant in a criminal case has a
16   constitutional right not to testify.  You may not
17   draw any inference of any kind from the fact that
18   the defendants did not testify.
19          Proof beyond a reasonable doubt is
20   proof that leaves you firmly convinced that the
21   defendant is guilty.  It is not required that the
22   government prove guilt beyond all possible doubt.
23   A reasonable doubt is a doubt based upon reason
24   and common sense and is not based purely on
25   speculation.  It may arise from a careful and

1343

1    impartial consideration of all the evidence or
2    from lack of evidence.
3           If, after a careful and impartial
4    consideration of all the evidence, you are not
5    convinced beyond a reasonable doubt that a
6    defendant is guilty, it is your duty to find that
7    defendant not guilty.
8           On the other hand, if, after a careful
9    and impartial consideration of all the evidence,
10   you are convinced beyond a reasonable doubt that a
11   defendant is guilty, it is your duty to find that
12   defendant guilty.
13          The evidence you are to consider in
14   deciding what the facts are consists of:  First,
15   the sworn testimony of any witness; second, the
16   exhibits received in evidence; and, third, any
17   facts to which the parties have agreed.
18          In reaching your verdict, you may
19   consider only the testimony and exhibits received
20   in evidence.  The following things are not
21   evidence and you may not consider them in deciding
22   what the facts are.
23          First, questions, statements,
24   objections and arguments by the lawyers are not
25   evidence.  The lawyers are not witnesses.

1344

1    Although you must consider a lawyer's question to
2    understand the answers of a witness, the lawyers'
3    questions are not evidence.
4           Similarly, what the lawyers have said
5    in their opening statements, will say in their
6    closing arguments, and at other times is intended
7    to help you interpret the evidence, but it is not
8    evidence.  If the facts as you remember them
9    differ from the way the lawyers state them, your
10   memory of them controls.
11          Second, any testimony that I have
12   excluded, stricken, or instructed you to disregard
13   is not evidence.  In addition, some evidence was
14   received only for a limited purpose.  When I have
15   instructed you to consider certain evidence in a
16   limited way, you must do so.
17          Third, anything you may have seen or
18   heard when the court was not in session is not
19   evidence.  You are to decide the case solely on
20   the evidence received at the trial.
21          Evidence may be direct or
22   circumstantial.  Direct evidence is direct proof
23   of a fact, such as testimony by a witness about
24   what that witness personally saw or heard or did.
25   Circumstantial evidence is indirect evidence, that

1345

1    is, it is proof of one or more facts from which
2    you can find another fact.
3           You are to consider both direct and
4    circumstantial evidence.  Either can be used to
5    prove any fact.  The law -- the law makes no
6    distinction between the weight to be given to
7    either direct or circumstantial evidence.  It is
8    for you to decide how much weight to give to any
9    evidence.
10          In deciding the facts in this case, you
11   may have to decide which testimony to believe and
12   which testimony not to believe.  You may believe
13   everything a witness says or part of it or none of
14   it.
15          In considering the testimony of any
16   witness, you may ask yourself the following
17   questions:
18          First, what opportunity and ability did
19   the witness have to see or hear or know the things
20   testified to?
21          Second, how good was the witness'
22   memory about the events testified to?
23          Third, what was the witness' manner or
24   demeanor while testifying?
25          Fourth, does the witness have some

1346

1 interest in the outcome of the case?

2       Fifth, does the witness have a bias or
3 some prejudice for or against any of the parties?

4       Sixth, was the witness' testimony
5 contradicted by other evidence that you found
6 believable?

7       Seven, how -- it should be:  How
8 reasonable was the witness' testimony in light of
9 all the evidence?

10       And, finally, eight, are there other
11 factors which suggest to you that the witness is
12 or is not telling the truth?

13       The weight of the evidence as to a fact
14 does not necessarily depend on the number of
15 witnesses who testify about it.  What is important
16 is how believable the witnesses were and how much
17 weight you think their testimony deserves.

18       You have heard testimony that one or
19 more of the defendants made statements.  It is for
20 you to decide, first, whether a defendant made the
21 statements and, second, if so, how much weight to
22 give to them.  In making those decisions, you
23 should consider all the evidence about the
24 statements, including the circumstances under
25 which the defendant or defendants may have made

1347

1 them.

2       You have heard testimony from witnesses
3 Fabian Beltran, Victor Ruiz, Mario Martinez,
4 Johnny Tambunga, Benjamine Vertner, Amber Hites,
5 Rachel Coblentz, Patric Campbell, K.C. Hensley and
6 Amy Cavazos.  Each of those witnesses' testimony
7 was given in exchange for a promise that the
8 government would not use against them any new
9 evidence that they provided about their own
10 criminal conduct.  Each of these witnesses
11 received benefits from the government in
12 connection with this case.

13       Each of these witnesses also admitted
14 to being an accomplice to one or more of the
15 crimes charged in this case.  An accomplice is one
16 who voluntarily and intentionally joins with
17 another person in committing a crime.

18       Each of these witnesses also pleaded
19 guilty to a crime arising out of the same events
20 for which the defendants are on trial.  These
21 guilty pleas are not evidence against the
22 defendants and you may consider them only in
23 determining the witnesses' believability.

24       For these reasons, in evaluating the
25 testimony of these witnesses, you should consider

1348

1 the extent to which, or whether, their testimony
2 may have been influenced by any of these factors.
3 In addition, you should examine the testimony of
4 these witnesses with greater caution than that of
5 other witnesses.

6       Now, in addition, you've heard evidence
7 of certain convictions.

8       I'm going to paraphrase a bit here on
9 Instruction No. 10.

10       You have heard evidence as well that
11 some of the witnesses had prior convictions
12 preceding their involvement in this case:  that
13 Mario Martinez was convicted of drug trafficking,
14 that Ben Vertner was convicted of drug
15 trafficking, that Patric Campbell was convicted of
16 aggravated assault and aggravated battery, that
17 K.C. Hensley was convicted of drug trafficking,
18 and that Amy Cavazos was convicted of providing
19 false information to law enforcement.  You may
20 consider this evidence in deciding whether or not
21 to believe these witnesses and how much weight to
22 give to the testimony of these witnesses.

23       You have heard testimony from an
24 informant who was involved in the government's
25 investigation in this case.  Law enforcement

1349

1 officials may engage in stealth and deception,
2 such as the use of informants and undercover
3 agents, in order to investigate criminal
4 activities.  Undercover agents and informants may
5 use false names and appearances and assume the
6 roles of members in criminal organizations.

7       You have heard testimony of eyewitness
8 identification.  In deciding how much weight to
9 give to this testimony, you may consider the
10 various factors mentioned in these instructions
11 concerning credibility of witnesses.

12       In addition to those factors, in
13 evaluating eyewitness identification testimony,
14 you may also consider:  first, the capacity and
15 opportunity of the eyewitness to observe the
16 offender based upon the length of time for
17 observation and the conditions at the time of
18 the -- at the time of observation, including
19 lighting and distance; second, whether the
20 identification was the product of the eyewitness'
21 own recollection or was the result of subsequent
22 influence or suggestiveness; third, any
23 inconsistent identification made by the
24 eyewitness; fourth, the witness' familiarity with
25 the subject identified; fifth, the strength of

1350

1 earlier and later identifications; sixth, lapses
2 of time between the event and the identifications;
3 and, seventh, the totality of circumstances
4 surrounding the eyewitness' identification.
5         You have heard testimony from persons
6 who, because of education or experience, were
7 permitted to state opinions and the reasons for
8 their opinions. Such opinion testimony should be
9 judged just like any other testimony. You may
10 accept it or reject it and give it as much weight
11 as you think it deserves considering the witness'
12 education and experience, the reasons given for
13 the opinion, and all the other evidence in the
14 case.
15         Certain charts and summaries have been
16 admitted in evidence. Charts and summaries are
17 only as good as the underlying supporting
18 material. You should therefore give them only
19 such weight as you think the underlying material
20 deserves.
21         You must not make any assumption about
22 a party based solely upon the use of an
23 interpreter to assist that party.
24         Each defendant is charged in Count 1 of
25 the indictment with conspiracy to possess with

1351

1 intent to distribute methamphetamine, in violation
2 of Section 841(a) and Section 846 of Title 21 of
3 the United States Code.
4         In order for a defendant to be found
5 guilty of that charge, the government must prove
6 each of the following elements beyond a reasonable
7 doubt as to that defendant:
8         First, beginning in or about November
9 2011 and ending on or about May 16th, 2012, there
10 was an agreement between two or more persons to
11 possess with intent to distribute methamphetamine;
12 and, second, the defendant joined in the agreement
13 knowing of its purpose and intending to help
14 accomplish that purpose.
15         I shall discuss with you briefly the
16 law relating to each of these elements.
17         To possess with intent to distribute
18 means to possess with intent to deliver or
19 transfer possession of methamphetamine to another
20 person, with or without any financial interest in
21 the transaction.
22         A conspiracy is a kind of criminal
23 partnership, an agreement of two or more persons
24 to commit one or more crimes. The crime of
25 conspiracy is the agreement to do something

1352

1 unlawful. It does not matter whether the crime
2 agreed upon was committed.
3         For a conspiracy to have existed, it is
4 not necessary that the conspirators made a formal
5 agreement or that they agreed on every detail of
6 the conspiracy.
7         It is not enough, however, that they
8 simply met, discussed matters of common interest,
9 acted in similar ways, or perhaps helped one
10 another. You must find that there was a plan to
11 commit at least one of the crimes alleged in the
12 indictment as an object or purpose of the
13 conspiracy, with all of you agreeing as to the
14 particular crime which the conspirators agreed to
15 commit.
16         One becomes a member of a conspiracy by
17 willfully participating in the unlawful plan with
18 the intent to advance or further some object or
19 purpose of the conspiracy, even though the person
20 does not have full knowledge of all the details of
21 the conspiracy.
22         Furthermore, one who willfully joins an
23 existing conspiracy is as responsible for it as
24 the originators. On the other hand, one who has
25 no knowledge of a conspiracy but happens to act in

1353

1 a way which furthers some object or purpose of the
2 conspiracy does not thereby become a conspirator.
3         Similarly, a person does not become a
4 conspirator merely by associating with one or more
5 persons who are conspirators, nor merely by
6 knowing that a conspiracy exists.
7         Defendant Jesus Guadalupe Sanchez is
8 charged in Count 2 of the indictment with
9 possession with intent to distribute
10 methamphetamine, in violation of Section 841(a)(1)
11 of Title 21 of the United States Code.
12         In order for the defendant to be found
13 guilty of that charge, the government must prove
14 each of the following elements beyond a reasonable
15 doubt as it to that defendant:
16         First, on or about May 3rd, 2012,
17 through May 16th, 2012, the defendant knowingly
18 possessed with intent to distribute
19 methamphetamine; and, second, the defendant
20 possessed it with the intent to distribute it to
21 another person.
22         It does not matter whether the
23 defendant knew that the substance was
24 methamphetamine. It is sufficient that the
25 defendant knew that it was some kind of a

1354

1 prohibited drug.

2 To possess with intent to distribute
3 means to possess with intent to deliver or
4 transfer methamphetamine to another person, with
5 or without any financial interest in the
6 transaction.

7 A defendant may be found guilty of
8 possession with intent to distribute
9 methamphetamine even if the defendant personally
10 did not commit the act or acts constituting the
11 crime, but aided and abetted in its commission.

12 To prove a defendant guilty of aiding
13 and abetting, the government must prove beyond a
14 reasonable doubt:

15 First, possession with intent to
16 distribute methamphetamine was committed by
17 someone; second, the defendant knowingly and
18 intentionally aided, counseled, commanded,
19 induced, or procured that person to commit each
20 element of possession with intent to distribute
21 methamphetamine; and, third, the defendant acted
22 before the crime was completed.

23 It is not enough that the defendant
24 merely associated with the person committing the
25 crime or unknowingly or unintentionally did things

1355

1 that were helpful to that person or was present at
2 the scene of the crime.  The evidence must show
3 beyond a reasonable doubt that the defendant acted
4 with the knowledge and intention of helping that
5 person commit possession with intent to distribute
6 methamphetamine.

7 The government is not required to prove
8 precisely which defendant acted -- actually
9 committed the crime and which defendant aided and
10 abetted.

11 An act is done knowingly if the
12 defendant is aware of the act and does not act
13 through ignorance, mistake or accident.  The
14 government is not required to prove that the
15 defendant knew that his acts or omissions were
16 unlawful.  You may consider evidence of the
17 defendant's words, acts, or omissions along with
18 all the other evidence in deciding whether the
19 defendant acted knowingly.

20 A person has possession of something if
21 the person knows of its presence and has physical
22 control of it, or knows of its presence and has
23 the power and intention to control it.  More than
24 one person can be in possession of something if
25 each knows of the presence -- of its presence and

1356

1 has the power and intention to control it.

2 If you find a defendant guilty of a
3 charge in the indictment, you are then to
4 determine whether the government proved beyond a
5 reasonable doubt that the amount of
6 methamphetamine equaled or exceeded certain
7 weights.  Your determination of weight must not
8 include any of the packaging material.  Your
9 decision as to weight must be unanimous.  The
10 government does not have to prove that the
11 defendant knew the quantity of methamphetamine.

12 You will note that the indictment
13 charges that the offenses were committed on or
14 about specified dates.  The government does not
15 have to prove that the crimes were committed on an
16 exact date, so long as the government proves
17 beyond a reasonable doubt that the defendants
18 committed the crimes on a date reasonably near the
19 date stated.

20 A separate crime is charged against
21 each defendant in each count.  The charges have
22 been joined for trial.  You must decide the case
23 of each defendant on each crime charged against
24 that defendant separately.  Your verdict on any
25 count as to one defendant should not control your

1357

1 verdict on any other count or as to the other
2 defendant -- or defendants.

3 All the instructions apply to each
4 defendant and to each count, unless a specific
5 instruction states that it applies only to a
6 specific defendant or count.

7 You are here only to determine whether
8 the defendant is guilty or not guilty of the
9 charges in the indictment.  The defendants are not
10 on trial for any conduct or offense not charged in
11 the indictment.

12 A verdict form has been prepared for
13 your convenience.

14 It says the bailiff will hand it out to
15 you, but I think it's actually on the next page.
16 So if you'll turn to the next page we're going to
17 go through the indictment.

18 Oh, it's actually a separate document.
19 I'm sorry.  So pull out the special verdict form
20 now.  I'm going to read it to you, since it is
21 part of my instructions.

22 Counsel, I think where there is
23 duplication I'm just going to indicate the
24 duplication, as to the drug quantities, because
25 it's the same thing; just to make it easier for

1358

1   the jury to track.
2          The verdict form reads as follows:
3          United States District Court for the
4   District of Idaho, United States of America versus
5   Jesus Guadalupe Sanchez, Michael Dennis Morris,
6   and Jim Allen Loveland.
7          Special verdict form.
8          We, the jury, find unanimously as
9   follows:
10         Question 1.  As to Count 1 of the
11  indictment charging the defendant, Jesus Guadalupe
12  Sanchez, with conspiracy to possess with intent to
13  distribute methamphetamine, in violation of
14  Section 841(a) and Section 846 of Title 21 of the
15  United States Code, between in or about November
16  2011 and May 16th, 2012, the defendant is --
17  guilty or not guilty.
18         The verdict form then instructs you
19  that:
20         If you find Defendant, Jesus Guadalupe
21  Sanchez, not guilty on Count 1, do not consider
22  question 2 below and proceed to question 3.  If
23  you find the defendant, Jesus Guadalupe Sanchez,
24  guilty as charged in Count 1, proceed to
25  question 2 below.

1359

1          Question 2 reads:  We, the jury, having
2   found the defendant, Jesus Guadalupe Sanchez,
3   guilty of the offense charged in Count 1 of the
4   indictment, further unanimously find that he
5   conspired to possess with intent to distribute
6   methamphetamine in the amount shown.
7          And then in parentheses it instructs
8   you to place an X in the appropriate box or boxes.
9          First is a mixture or substance with a
10  detectable amount of methamphetamine:  1.
11  Weighing 500 grams or more; 2.  Weighing at least
12  50 grams, but less than 500 grams; 3.  Weighing
13  less than 50 grams.
14         Pure methamphetamine weighing 50 grams
15  or more; weighing at least five grams, but less
16  than 50 grams; and weighing less than five grams.
17         Now, I will just instruct you, or so
18  it's clear, that the first three choices deal with
19  a substance or mixture with a detectable amount of
20  methamphetamine, whereas the last set of three
21  options deal with pure methamphetamine, rather
22  than a mixture.
23         Going on to question 3:
24         As to Count 1 of the indictment
25  charging the defendant, Michael Dennis Morris,

1360

1   with conspiracy to possess with intent to
2   distribute methamphetamine, in violation of
3   Section 841(a) and Section 846 of Title 21 of the
4   United States Code, between in or about November
5   2011 and May 16th, 2012, the defendant is --
6   guilty or not guilty.
7          And the special verdict form instructs
8   you as follows:
9          If you find the defendant, Michael
10  Dennis Morris, not guilty on Count 1, do not
11  consider question 4 below and proceed to
12  question 5.  If you find the defendant, Michael
13  Dennis Moore [sic], guilty as charged in Count 1,
14  proceed to question 4 below.
15         Question 4.  And this, I think rather
16  than read this I'll just simply indicate that you
17  are then to make the same quantity determinations
18  with regard to Mr. Moore [sic] in question 4 as
19  you made with regard to question 2.  It's the very
20  same determination but, of course, your
21  determination must be individual as to
22  Mr. Moore [sic] in answering question 4; and you
23  cannot let any of your other determinations affect
24  your decision in question 4.
25         Proceeding to question 5:

1361

1          As to Count 1 of the indictment
2   charging the defendant, Jim Allen Loveland, with
3   conspiracy to possess with intent to distribute
4   methamphetamine, in violation of Section 841(a)
5   and Section 846 of Title 21 of the United States
6   of America Code, between in or about November 2011
7   and May 16th, 2012, the defendant is -- guilty or
8   not guilty.
9          Again, the verdict form instructs you
10  as follows:
11         If you find the defendant, Jim Allen
12  Loveland, not guilty on Count 1, do not consider
13  question 6 below and proceed to question 7.  If
14  you find the defendant, Jim Allen Loveland, guilty
15  as charged in Count 1, proceed to question 6
16  below.
17         Question 6 again is a quantity
18  determination, with the same options as appeared
19  on both questions numbered 2 and 4.  But again I
20  would caution you that you must make an individual
21  assessment as to the drug quantity calculation as
22  to Mr. Loveland in the same manner, but
23  independently as the determinations you make in
24  response to questions 2 as to Mr. Sanchez and
25  questions 4 as to Mr. Morris.

1362

1	Proceeding to question 7:
2	As to Count 2 of the indictment
3	charging the defendant, Jesus Guadalupe Sanchez,
4	with possession with intent to distribute
5	methamphetamine, in violation of Section 841(a)(1)
6	of Title 21 of the United States Code, on or about
7	May 3rd, 2012, through May 16th, 2012, the
8	defendant is -- guilty or not guilty.
9	Again the verdict form instructs you
10	that:  If you find the defendant, Jesus Guadalupe
11	Sanchez, not guilty on Count -- that says 2; that
12	actually should be Count 7 -- you have a pen.
13	You'll probably want to -- oh, I'm sorry.  That is
14	correct.  I'm sorry.  That is correct.  My
15	apologies.
16	-- not guilty on Count 2 -- I was
17	thinking of question 2.  My apologies.
18	If you find the defendant, Jesus
19	Guadalupe Sanchez, not guilty on Count 2, do not
20	consider question 8 below.  Have your foreperson
21	sign and date the special verdict form and notify
22	the bailiff that you have reached a verdict.  If
23	you find the defendant, Jesus Guadalupe Sanchez,
24	guilty as charged in Count 2, proceed to
25	question 8 below.

1363

1	Question 8 asks:  We, the jury, having
2	found the defendant, Jesus Guadalupe Sanchez,
3	guilty of the offense charged in Count 2 of the
4	indictment, further unanimously find that he
5	possessed with intent to distribute
6	methamphetamine in the amount shown.
7	And the verdict form instructs you to
8	place an X in the appropriate box or boxes.  And
9	then the options are a mixture or substance with a
10	detectable amount of methamphetamine weighing 500
11	grams or more; weighing at least 50 grams, but
12	less than 500 grams; or weighing less than 50
13	grams.
14	And also with pure methamphetamine
15	weighing 50 grams or more; weighing at least 5
16	grams, but less than 50 grams; and three, weighing
17	less than 5 grams.
18	And then there is a date line and a
19	signature line for the foreperson.
20	Turning back to my final instruction.
21	You will take this verdict form with
22	you to the jury room, and when you have reached
23	unanimous agreement as to your verdict, you will
24	have your foreperson fill in, date, and sign the
25	verdict form which sets forth the verdict upon

1364

1	which you agree.  You will then return with your
2	verdict to the courtroom.
3	We will now hear the closing arguments
4	of counsel, after which I will give you a few
5	brief closing instructions.
6	Ms. Lamprecht, you may make your
7	closing argument to the jury.
8	MS. LAMPRECHT:  Thank you, Your Honor.
9	CLOSING ARGUMENT BY THE GOVERNMENT
10	MS. LAMPRECHT:  May it please the court, the
11	defense.
12	Ladies and gentlemen of the jury, this
13	is the time when I get to discuss the evidence
14	with you and what the government believes that the
15	evidence has shown in this case with respect to
16	the defendants, Jesus Guadalupe Sanchez, who is
17	really Che, Michael Dennis Morris, and Jim Allen
18	Loveland.
19	As the judge instructed you, what I say
20	to you is not evidence.  If you disagree with
21	something I say, it's your recollection that
22	controls.  I, of course, am going to try and state
23	the evidence as accurately as I can, but I want
24	you to remember that it's up to you.  You are the
25	triers of the fact and you determine what actually

1365

1	happened.
2	I'm not going to remind you that
3	I'm -- of this throughout, but please remember
4	while I'm talking that this is the government's
5	version of the evidence, and yours controls.
6	Now, let's start with the conspiracy in
7	this case, because that's what all three
8	defendants are charged with.  As the judge
9	instructed you, a conspiracy is simply an
10	agreement between two or more people to do
11	something unlawful.  So I would like to look at
12	the conspiracy that we have in this particular
13	case, to possess methamphetamine with intent to
14	distribute.
15	Jesus Sanchez, also known as Che, had a
16	source or sources that he could buy
17	methamphetamine from.  We don't know who Che's
18	source was, but we know that that source existed,
19	because he had to get methamphetamine from
20	somewhere, and we learned during the testimony
21	that he paid that source $10,000 a pound for his
22	methamphetamine.
23	When Che agreed with his source to take
24	methamphetamine from him, he joined an agreement
25	to possess methamphetamine with an intent to

1366

1 distribute. When he took that methamphetamine and
2 sold it to his customers to make money to pay his
3 source back, he joined -- he showed you, he
4 demonstrated, that he joined in the conspiracy and
5 did an act to help it succeed.
6        Like every successful businessman, Che
7 needed customers of his own to make this business
8 succeed so that he could pay his source.
9        As the court instructed you, a person
10 becomes a member of a conspiracy when, knowing of
11 the unlawful agreement, the person participates in
12 the plan with the intent to advance or further
13 some object of that conspiracy.
14        Che's customers in this case joined the
15 conspiracy when they agreed with Che to unlawfully
16 possess methamphetamine, and they acted in
17 furtherance of that conspiracy when they made
18 payments to -- I'm sorry -- payments to Che to get
19 more, and when they sold the methamphetamine they
20 got from Che to their customers so they could in
21 turn pay Che and keep the methamphetamine venture
22 going.
23        Now, practically speaking,
24 methamphetamine customers who buy more meth than
25 just a very small amount for personal use -- and

1367

1 you heard that personal use amounts vary from
2 usually, I guess, a 16th of a gram to a quarter of
3 a gram to a half gram, depending on the person --
4 anyone who buys more than that knows that they're
5 going to have to sell that, the meth they get from
6 their distributor, in order to make enough money
7 to pay for it, because methamphetamine is
8 expensive.
9        Look at the prices Che was charging in
10 this case. He charged $2,400 for two ounces. He
11 charged $4,800 for two deliveries. Three
12 deliveries a week would be $7,800. Reason and
13 common sense will tell you that nobody can make a
14 payment like that on a regular basis unless
15 they're also selling that methamphetamine to get
16 that money to pay Che.
17        In this case, Che made an agreement
18 with his regular customers, Mario Martinez, Jim
19 Loveland, Dawson Moore, and Ben Vertner, to
20 distribute methamphetamine to them on credit, with
21 the understanding that each of these customers, to
22 get more methamphetamine, would have to pay Che
23 his existing debt, or at least part of it.
24        Now, because of the amounts, two
25 ounces, that each of these customers were buying

1368

1 every time, there is no other way for them to pay
2 that much money without also selling and, in turn,
3 making payments to Che to keep the business going.
4 Because, as you saw, they all bought over a
5 six-month period. They all intended to continue
6 getting more.
7        Now, Che -- you also saw that Johnny
8 Tambunga and Fabian Beltran joined the agreement,
9 the conspiracy with Che and interacted with Che's
10 customers. They were coconspirators because they
11 agreed -- they knew what Che was doing, they knew
12 that the unlawful plan was to possess
13 methamphetamine with the intent to distribute it,
14 and they helped Che by distributing it to his
15 customers and by collecting money for him.
16        Mario Martinez was one of Che's regular
17 customers. He testified that he paid Che $1,200
18 an ounce or $2,400 whenever he got meth on a
19 weekly basis. And that would be most likely
20 whenever Che and Fabian were in town to deliver,
21 according to their testimony.
22        Every time he bought two ounces, Mario
23 had to pay Che $2,400 before he could get the
24 methamphetamine. Mario Martinez testified that he
25 had a regular job, and he also used small amounts

1369

1 of methamphetamine with his wife. So Mario was a
2 user.
3        He said that they used a teener a day,
4 which is 1-16th of an ounce. A 16th of an ounce
5 is about 1.75 grams, or actually almost exactly.
6 1.75 grams a day for an entire week, for seven
7 days, is 12.25 grams. There are 56 grams in an
8 ounce.
9        And so what did Mario Martinez do? He
10 sold the rest of those 56 grams that he
11 didn't -- he and his wife didn't use.
12 That's -- that's -- my math is bad, but I think
13 that's 44 grams out of the 56. And when he did
14 that, he made, because of Che's high prices, just
15 enough money to support his habit and pay Che so
16 he could get more. That's a lot of money.
17        Jim Loveland, the testimony was, like
18 Mario Martinez, also got methamphetamine from Che
19 through Johnny Tambunga, from Che directly, or
20 through Fabian Beltran, on a weekly basis, mostly
21 in December through -- well, he got two deliveries
22 from Johnny Tambunga in late November, early
23 December while Che was out of town, and then he
24 got deliveries on a weekly basis when Che and
25 Fabian were in town from December through May of

1 2012.

2     Jim Loveland had business cards that
3 were seized from him at the time of his arrest.
4 Those were Government's Exhibits 7 and 8. They
5 show that Jim Loveland had at least a business
6 card to show that he had a piloting service. And
7 note the telephone number in the lower left
8 corner, because that becomes important.

9     And they also show -- Government's
10 Exhibits 8 shows that he had a disaster relief
11 service business. Now there was no evidence from
12 the defense about how much money Jim Loveland
13 might have made from these businesses, but I think
14 that reason and common sense will tell you that
15 even a person who makes a good salary, an average
16 person like you or me, after paying for food,
17 housing, utilities, gas, and other everyday
18 expenses, doesn't have even enough for two of
19 those deliveries, even $4,800 left over to pay for
20 that meth, unless they're selling.

21     And even though we don't know who
22 Jim Loveland's customers are, we know that with
23 every payment he made Che, he -- and he took Che's
24 other customers -- financed the next trip that Che
25 and Fabian would make down to pick up

1 methamphetamine and to pay $10,000 to buy more.

2     Now, the third defendant, Michael
3 Morris, also joined in the agreement to possess
4 methamphetamine. He was, I believe as someone
5 explained, a little lower down the ladder, but not
6 much.

7     Che sold his methamphetamine to Ben
8 Vertner. Ben Vertner, like Che's other regular
9 customers, sold so that he could pay Che. And Ben
10 Vertner sold in, December, January, February, and
11 part of -- well, Ben Vertner sold to K.C. Hensley
12 through the entire conspiracy. But in January,
13 February, and early March, K.C. Hensley told you
14 he was selling Ben Vertner's meth to Michael
15 Morris.

16     So here is Michael Morris now, right in
17 the middle of Che's conspiracy. He may not know
18 Che, but he knows the object of the conspiracy and
19 he agrees to join in when he buys that
20 methamphetamine and when he, in turn, sells it to
21 pay his debt to keep the business going.

22     So let's look because -- well, I guess
23 the way to say it is the only way to play is to
24 pay. And Michael Morris didn't have a job, yet
25 he -- in January he was buying methamphetamine

1 from K.C. Hensley for $400 for a quarter
2 ounce -- actually, I think K.C. charged him a
3 little more, $800 for a half an ounce; and then at
4 the end, from Vertner, he bought a pound for
5 $1,600 an ounce.

6     Once again, how does a person without a
7 job afford this, unless he is also selling to
8 customers?

9     But we heard testimony from Amber Hites
10 and Ben Vertner and K.C. Hensley. They knew a
11 customer of Michael Morris' called Donny, who must
12 have been a pretty good customer, because they all
13 knew him.

14     Amber Hites lived with Michael Morris
15 for a week, and she told you that there were
16 people coming to his house constantly to get meth.

17     She also testified that she went with
18 Michael Morris to deliver methamphetamine, just as
19 she did with Ben Vertner, and that she met Michael
20 Morris' customers at Walmart and at Kmart,
21 although she didn't know their names.

22     We also know from Fabian Beltran that
23 he delivered once to Michael Morris at Morris'
24 house in Ontario, Oregon. That house is
25 Government's Exhibit 51. And Fabian Beltran

1 identified it as the place where Michael Morris
2 lived; and the house, also, that Ben Vertner
3 identified as the place that he delivered
4 methamphetamine to Morris, both the time that he
5 got the delivery from Fabian there and other times
6 as well.

7     Now Morris, of course, knew that Ben
8 Vertner had a source for methamphetamine. Even
9 though you don't have to know all the other people
10 in the conspiracy, Michael Morris sure knew that
11 Ben Vertner had a source, and he knew that Fabian
12 was one of them.

13     When he came in after the conspiracy
14 was pretty much disbanded and voluntarily talked
15 to the officers at the Ontario police station, he
16 told them that he knew that Ben got his
17 methamphetamine from Fabian and from another
18 person whose name he didn't know, and he
19 identified what is now marked as Government's
20 Exhibit 5 -- and you saw him do that on the
21 videotape -- as Fabian Beltran. He said, "Yep,
22 that's the one," when the officer put the picture
23 across the table and showed it to him.

24     Michael Morris also knew that he had to
25 pay Ben, because Ben had to pay his source. On

1374

1   May 16th, after Ben Vertner was arrested, you
2   heard that he turned confidential informant, so to
3   speak.  He was a defendant, but he also helped the
4   officers out.  Obviously, he wanted to cooperate
5   to help himself the best he could.
6          Ben Vertner made an undercover call to
7   Michael Morris, which was Government's Exhibit 50
8   that you heard played in the courtroom.  And Ben
9   called Michael Morris because just two nights
10  previously, as we'll discuss later, he had
11  delivered an ounce to him in front of his
12  grandmother's house in Ontario, Oregon, with Amy
13  Cavazos, and Morris hadn't paid him for it at that
14  time.
15         So Vertner on this telephone call asked
16  Morris how much he had for him.
17         And Morris said, 900, but he had more
18  out there.  He had 250, 450, and 5.
19         And you heard Vertner say to Morris,
20  "Bring it by.  I'll take it to my dude."
21         So Morris clearly knew that he had to
22  pay Ben so Ben could pay his source so Ben could
23  get methamphetamine and, in turn, give it back to
24  Michael Morris.
25         I would like to look at the evidence

1375

1   overall now in the context of the conspiracy as to
2   each of the defendants, and maybe in a little bit
3   more detail, the evidence that showed how each was
4   involved in the conspiracy.
5          The evidence showed that in September
6   of 2011, Che already had a methamphetamine
7   business going.  His cousin, Fabian Beltran, came
8   to visit him in September for a couple of weeks in
9   between his seasonal jobs.  And he told you that
10  Che took him on two deliveries to two of his
11  customers.  These were Dawson Moore, who he
12  identified as the person in Exhibit 12, and
13  another person named Mo.  And he is another one of
14  those unidentified coconspirators.
15         Now, you also heard testimony at this
16  time that Mario Martinez was a regular customer of
17  Che's.  He also identified Dawson Moore as someone
18  that he knew that was also getting methamphetamine
19  from Che.
20         In November of 2011, Che left town.  At
21  some point Che recruited Johnny Tambunga to help
22  him with his methamphetamine business while Che
23  was gone.  And what -- Johnny Tambunga's job was
24  to deliver to Che's customers for Che and collect
25  money for him while Che was out of town in

1376

1   November.
2          Johnny Tambunga told you that before
3   Che returned in December, he made two deliveries
4   to Che's regular customers.  He paid -- he gave
5   two ounces of methamphetamine to each of them, two
6   times, and each of them paid Johnny Tambunga
7   $2,400 each time he delivered.  That's $4,800 from
8   each of his customers in November alone.
9          Johnny told you that Jim was one of
10  these customers.  Johnny made two deliveries to
11  Jim while Che was gone.  Each time, Jim gave him
12  $2,400.
13         Let's look at Exhibit 10.  Johnny
14  delivered the methamphetamine to Jim at his house.
15  Johnny testified that that was the house that he
16  delivered the methamphetamine to.  Johnny Tambunga
17  identified the defendant, Jim Loveland, in the
18  courtroom as the person who lived in that house,
19  got methamphetamine from Johnny there, and paid
20  Johnny for it.
21         Now, the only way that Johnny Tambunga,
22  who lived in Weiser, would have even known Jim
23  Loveland, who lived in Boise, was because of the
24  methamphetamine business.  They had no common
25  background.  They had no friends in common.  They

1377

1   didn't go to school together.  They didn't live
2   anywhere near the same neighborhood.  They lived
3   over an hour away from each other.  They didn't
4   work together.
5          The only common ground that they had
6   was Che and his methamphetamine.  But for that,
7   there is no reason for Johnny Tambunga to even
8   have known who Jim was, that he identified for you
9   in the courtroom.
10         Another person that Johnny testified
11  that he delivered to was Martin.  He identified
12  Exhibit 11 as the Martin that he delivered
13  methamphetamine to.
14         Mario Martinez told you that he was the
15  person in Exhibit 11, and he also bought two
16  ounces from Johnny Tambunga for $2,400 during this
17  time.
18         Now, Johnny stopped delivering for Che
19  after Che got back in December, because when Che
20  returned in December he brought his cousin, Fabian
21  Beltran, back with him.  And this was the time
22  period from December, I believe, until May, when
23  Fabian's job was -- wasn't going on, I believe is
24  what he told you.  That's Fabian Beltran again in
25  Exhibit 5.

1 From December, when he came back,
2 Fabian Beltran went with Che when Che delivered to
3 his regular customers and picking up money.
4 Fabian Beltran also, like Johnny Tambunga,
5 identified Che's regular customers as Jim, Dawson,
6 Mo and Mario.
7 Like Johnny, Che -- Fabian didn't know
8 any of their last names. He told you that he
9 delivered to these customers on a weekly basis
10 when he was in town. And first he went with Che
11 so he knew where they lived, and then starting in
12 February, Che took him around to all of these
13 customers and told them, "Johnny is going to be
14 handling the deliveries for me from now on. Call
15 him if you need something."
16 After this, Fabian Beltran knew how to
17 get to all of their houses. And he testified that
18 each time he delivered to Dawson, Jim, and Mario,
19 he delivered two ounces and he picked up $2,400.
20 Every time he delivered to Mo, he said it was one
21 ounce, for which Mo paid $1,200.
22 Fabian testified that he delivered to
23 Jim and the other regular customers 15 times from
24 December -- well, 10 to 15 times from December
25 until he was arrested in mid-May.

1 Fabian identified Exhibit No. 10 as
2 Jim -- as the house where he delivered
3 methamphetamine to Jim. Like Johnny Tambunga,
4 there was no reason for Fabian to know where
5 someone named Jim lived. Fabian was 23 years old.
6 He came here from Phoenix, Arizona. This house is
7 on Moss Road, as you've heard, in Boise, again
8 over an hour away. The only thing that the
9 23-year-old Fabian Beltran from Phoenix had in
10 common with Jim, once again, was Che's
11 methamphetamine.
12 And likewise, there was no reason for
13 Fabian or Johnny Tambunga or Che to exchange
14 telephone calls with Jim Loveland between December
15 of 2011 and May of 2012, except for this
16 methamphetamine business.
17 The government put evidence
18 into -- exhibits into evidence based on Jim
19 Loveland's telephone calls that show you that,
20 first -- first, they got Jim Loveland's telephone
21 calls, and those telephone tolls were based on the
22 telephone number on Jim Loveland's telephone
23 card -- I'm sorry -- his business cards that you
24 saw, which were Government's Exhibits 7 and 8.
25 Agents also looked first at Che's

1 BlackBerry, which was the phone he was using in
2 February, I believe before he got the T-Mobile
3 Galaxy. Che's number was in Fabian's BlackBerry
4 with a 208 area code, under the name Primo Che,
5 which is Cousin Che, Fabian's cousin.
6 Loveland's telephone number, that same
7 number that was on his business cards, which is
8 area code 208, 570-4275, was in Fabian's contact
9 list. A comparison of that number with Jim
10 Loveland's -- I'm sorry. A comparison of that
11 number and also the number that -- the number that
12 was used for Jim Loveland's tolls with Che's
13 number in Fabian's BlackBerry showed that there
14 were three calls between Loveland and Che in
15 February of 2012. Now there is no explanation, no
16 explanation at all, other than methamphetamine, as
17 to why they would be contacting each other.
18 Exhibit 14A is Fabian's T-Mobile
19 contacts. He testified to you that he bought this
20 telephone, I think if you remember, when he was
21 down in Arizona, and Victor dropped it and the
22 screen cracked.
23 But in that phone was also Che's
24 telephone number. This is with a 623 area number.
25 That 623 area number was compared to Jim

1 Loveland's telephone toll records, and in Exhibit
2 9A it shows that there were calls between Loveland
3 and Che in March, April, and May of 2012.
4 Likewise, Exhibit 9B shows that Fabian
5 and Loveland were contacting each other on a
6 regular basis between February of May -- and May
7 of 2012.
8 You will notice that there are more
9 calls, of a much shorter duration, by Loveland
10 after Fabian was arrested. These shorter-duration
11 calls were likely because Fabian didn't have his
12 phone, we did, and the phone went to voice mail or
13 to -- Loveland just hung up when Fabian didn't
14 answer.
15 There were some comments by counsel
16 that none of these calls were very long. But
17 these are regular customers we're talking about.
18 How long does it take for someone to call a
19 telephone and say, "I need more." That's it; not
20 even ten seconds. "I need more."
21 Because they all know who it is. Of
22 course, Fabian will know who is calling him.
23 Fabian will know what he wants, and Fabian will
24 know how much to bring him and where to bring it
25 to him, and he will know how much to collect.

1382

1  That's all it takes: "I need more."
2  Now, 9C also shows a number of calls
3  between Tambunga and Loveland in December and
4  January '12, even though there is no reason for
5  them to have known each other.  Tambunga testified
6  that he was not delivering any more at this time,
7  but he said that Jim Loveland was calling him,
8  looking for Fabian, during this time.
9  Victor Ruiz also identified Jim
10  Loveland in the courtroom as one of Che's
11  customers.  Victor Ruiz also knew Jim Loveland
12  only as Jim.
13  Victor, of course, met Jim Loveland
14  through Fabian Beltran when he went with Fabian to
15  deliver.  Victor testified that he went with
16  Fabian to deliver to Jim at least three times
17  during the first two weeks of May when they came
18  back from Arizona.  He went one time with Fabian
19  and Che to Loveland's house to deliver two ounces,
20  and then the second week they were here he went
21  two times with Fabian.
22  Each time -- each of those three times
23  Fabian delivered two ounces to Jim.  Each of the
24  three times that Victor went with Fabian, he saw
25  Fabian take the meth out of the car and carry it

1383

1  to the door of Jim's house.  He saw Jim when he
2  came to the door and opened it to let Fabian in.
3  He watched Jim and Fabian go inside.  He saw
4  Fabian come back without any methamphetamine, but
5  he saw him with the money that he got for it, that
6  he -- that Fabian told you and Victor told you, he
7  put it in the steering wheel of his car to hide it
8  while they were driving back.
9  Victor, too, identified Jim Loveland's
10  house as Exhibit 10.  So, without having gone
11  there, you know that Victor wouldn't have been
12  able to do this.
13  You also heard from Victor that even
14  while he was on the stand, he remembered in
15  explicit detail how to get from Weiser to Jim
16  Loveland's house.  And he told you the directions
17  that he used to get there, which were the same
18  directions he gave to Detective Stennett to take
19  him to Jim's house.
20  Victor didn't know his last name.  But
21  because Detective Stennett had the arrest [sic]
22  and the phone number, he was then identified -- he
23  was able to identify Jim as Jim Loveland.
24  And Victor Ruiz, like Johnny Tambunga,
25  like Fabian, identified the defendant in the

1384

1  courtroom, Jim Loveland, as the person named Jim
2  who he saw when he was delivering methamphetamine
3  with Fabian.
4  Detective Stennett told you that the
5  house that you saw in Exhibit 10 is Jim Loveland's
6  house, and it's located at 10745 Moss Road in
7  Boise, just off Columbia Road, as Victor told you.
8  Now, I want to look, to change just --
9  the focus just a little bit and look at when Jim
10  Loveland could have been getting deliveries from
11  Che and Fabian between December and May, because I
12  want to test Fabian's recollection that he
13  delivered to him 10 or 15 times during this
14  period.
15  And while we look at the deliveries,
16  we're also going to look at when Che and Fabian
17  were in town to have made them.
18  Fabian testified that he was delivering
19  methamphetamine to all Che's regular customers,
20  including Jim Loveland, once a week during the
21  weeks when he was in town, first with Che and
22  later in February.
23  He told you that he and Che were both
24  out of town for the entire month of April.  That
25  leaves five months, December, January, February,

1385

1  March and May, when Fabian and Che could have made
2  methamphetamine deliveries to Jim Loveland and the
3  other regular customers.
4  So first I would like to start with the
5  chart and just look at the first line and go
6  through it and show you when Che and Fabian picked
7  up methamphetamine, and then we'll look at when
8  they were in town to have delivered it as well.
9  If you would just cover it to up
10  to -- well, let's start with just December first.
11  The first time that Fabian came to
12  Boise with Che in December, he told you that they
13  stopped in California and they picked up one pound
14  and brought it back here to Weiser.  And Fabian
15  testified when they got that back, Che ounced it
16  out or weighed it into ounces, put it in little
17  baggies, and then they delivered to all Che's
18  regular customers.  So far that's one pound and
19  one round of deliveries in December.
20  If you remember, shortly after they got
21  back, that was when Che found another customer.
22  That's when they all went to the Crescent Bar in
23  Weiser, and Johnny Tambunga introduced Ben Vertner
24  to Che, because Ben wanted to become one of Che's
25  customers.

1386

1       And after Che examined him very
2   carefully to make sure he could trust him, he gave
3   Ben two ounces on a front. And Ben Vertner, of
4   course, became one of his better customers. So,
5   Ben, we can add Ben to the customers that were
6   being delivered to in February.
7       Now, after that meeting, probably
8   sometime in mid-December, Fabian told you that he
9   and Che went back to Arizona; and on the way back,
10  in San Bernardino, California, Che picked up
11  another pound.
12      Now, we have two pounds of
13  methamphetamine in December. Fabian told you when
14  they came back, Che ounced it out and they
15  delivered to all their regular customers, and they
16  did this every week.
17      There were probably two more -- well,
18  there was one more week left in December at this
19  point. They were probably here in December for
20  about two-and-a-half weeks. It's time -- enough
21  time for them to have made three deliveries to
22  each customer, more than enough time for them to
23  have made two deliveries to each customer.
24      Fabian told you that right before
25  Christmas they went back down to Arizona and they

1387

1   stayed there until -- until January for the
2   holidays.
3       So in December, we have two pounds of
4   methamphetamine or 32 ounces of meth, and enough
5   time to make two deliveries, possibly three, to
6   each of his regular customers. Two ounces to each
7   customer would be four ounces of methamphetamine.
8   Four ounces to each of four regular customers
9   would be sixteen ounces, or one pound. So
10  clearly, they had enough methamphetamine with them
11  to deliver two or three times to Ben, who you
12  heard was getting more methamphetamine from [sic]
13  everybody, and three times to each customer would
14  have been six more ounces, and they still would
15  have had -- so six ounces to each of four regular
16  customers would have been 24 ounces, say a couple
17  more to Ben, there is still going to be -- 32
18  ounces in 2 pounds, there is still going to be a
19  lot left over to hold for the next time when they
20  came back from Mexico.
21      So January, Fabian told you that they
22  came back with two pounds this time. They picked
23  up two pounds in San Bernardino, California. They
24  brought it back to the trailer. They did what
25  they always did with it. They ounced it out.

1388

1   They put it in the black bag under the sink in the
2   bathroom, and then they delivered to their regular
3   customers.
4       The evidence showed that they were here
5   about two-and-a-half to three weeks in January,
6   either separately or together. This is enough
7   time for Che and Fabian to have delivered to
8   Loveland and other regular customers at least two
9   or three times.
10      Fabian said that in -- that they were
11  only gone -- I mean -- I guess they would have
12  come back in January, around January 10th, they
13  would have been here until the 31st.
14      Now, in February, Fabian, if you
15  remember, testified that he made his first trip by
16  himself to pick up methamphetamine. He drove to
17  Phoenix in Che's Lincoln Navigator. He picked up
18  one pound in Phoenix, and he came back. He
19  brought his little brother with him that time.
20      Exhibit 34B, which is a 400-plus --
21  dollar-plus wire transfer to Mexico that Che made
22  from Ridley's in Weiser, shows that Che was here
23  on February 2nd.
24      We know that Che and Fabian were both
25  here on February 8th. If you look at Exhibit 26,

1389

1   you will see that that's the date that Che went to
2   Boulevard Guns and Pawn, and there he bought two
3   guns. As shown on Exhibit 26, he bought a Llama
4   .380 semiautomatic pistol, and he bought a .22
5   Derringer with a serial number 241111.
6       Fabian testified that he went with Che
7   to make that purchase. So Fabian was here on
8   February 8th as well.
9       He told you that Che left after he
10  bought the guns, and Fabian stayed. So Fabian was
11  here from the 8th of February until almost the end
12  of the month when, if you remember, he went back
13  to his -- to Arizona for his niece's 16th birthday
14  party, which I think he called a quinceanera.
15      He didn't come back to Idaho until the
16  beginning of March. So we only have one pound
17  that Fabian brought in February, but probably some
18  left over from before, and plenty of time to make
19  two or three deliveries to each of the regular
20  customers on a weekly basis.
21      When Fabian was in Arizona at the end
22  of February, he told you that he saw his friend
23  Victor Ruiz, and he asked Victor if he wanted to
24  come back and see Idaho for a couple of days. He
25  told Victor he wouldn't be here very long, so he

1390

1    could take him back, because he was going to have
2    to go down and pick up Che.
3            Victor agreed to come to see Idaho for
4    a while. This time Fabian told you he got two
5    pounds of methamphetamine in Phoenix and he
6    brought them back in the car.
7            Victor did not find out there was meth
8    in the car until they were on the way back. I
9    think Victor said just after they had passed Las
10   Vegas, he found out that Fabian had meth in the
11   car. He had offered to drive because Fabian was
12   tired, and Fabian said, "No, you don't have a
13   license. I have got meth. I don't want to -- I
14   don't want you to be stopped by the police."
15           So Fabian and Victor got to Weiser with
16   two pounds of methamphetamine. You heard that
17   Fabian's -- well, and Che, almost as soon as they
18   got back, I believe the next day, Che called them
19   and said he needed $10,000, and he needed it in a
20   hurry, so he could buy more methamphetamine.
21           You heard that Fabian started calling
22   customers to collect and sell, but only Mo wanted
23   meth.
24           They called Ben Vertner, and if you
25   remember, Ben Vertner was back and forth to the

1391

1    trailer to give them money that he owed them, to
2    pick up more meth to sell, and bring back more
3    money. And because -- I believe they testified
4    that Ben made three sales during this time period,
5    they were able to get, in those three days, the
6    $10,000 that Che needed so that they could go
7    back.
8            This was the time when, the night
9    before they left and Ben brought over the last of
10   the money, Fabian asked Ben if he could borrow his
11   Ford Fusion, because he didn't want to take the
12   Lincoln Navigator down and use too much gas.
13           Ben agreed. And Amber Hites was with
14   him. So Ben and Amber drove the Lincoln Navigator
15   while Fabian and Victor took Ben's Ford Fusion
16   back to Arizona.
17           In Arizona, Fabian -- they got to
18   Victor's house. Fabian went in and slept at
19   Victor's house, I believe he said.
20           Then he got a phone call from Che and
21   left to pick Che up. Fabian and Che drove back to
22   Idaho together in the Ford Fusion and left Victor
23   behind.
24           On the way back, Fabian told you, they
25   picked up one pound in San Bernardino, California.

1392

1            So that's two pounds at the beginning
2    of March that Fabian brought with Victor, and one
3    pound towards the middle of March when he came
4    back with Che.
5            Now, we know he didn't deliver to his
6    regular customers the first few days that he and
7    Che -- and Victor were here together, but when he
8    got back with Fabian, now they had plenty of
9    methamphetamine, and there was time between
10   mid-March and March 31st for them to make three
11   weekly deliveries to all of their regular
12   customers, certainly at least two.
13           In April, as we have heard, both Fabian
14   and Che were gone for almost the entire month.
15   The beginning of April, Fabian and Che went to
16   Mexico, and they came back to Arizona, and then
17   Victor went down to Mexico with Fabian.
18           Now, we know that Che was in Mexico,
19   like Fabian said, the first part of April, because
20   Rachel Coblentz, if you remember, in Exhibit 36
21   wired money to Che in Mexico at Ben Vertner's
22   direction. She sent him $1,000.
23           Let's take a look at Exhibit 36. And
24   that's the wire transfer that Rachel Coblentz told
25   you she sent to Jesus Guadalupe Sanchez, also

1393

1    known as Che, in Mexico on April 8th.
2            Now, even though there was no
3    methamphetamine brought to Idaho in April and no
4    deliveries to customers, when Victor and Che and
5    Fabian came back, they brought more. Both Victor
6    and Fabian told you that on the way back at the
7    end of April, they stopped in California outside
8    of a casino. There was a man waiting there for
9    Che.
10           Che sent them into the casino to play
11   the slots for a while, and after about 20 minutes
12   he came in and got them. They went and bought a
13   fire extinguisher, and then Che put three pounds
14   of methamphetamine that he had gotten into that
15   fire extinguisher to hide it while they drove back
16   to Idaho.
17           Once they got back to Idaho at the
18   beginning of May, Che -- the first thing Che did
19   was take that fire extinguisher out of the car and
20   find a way to saw it open so that he could get his
21   three pounds of meth out.
22           And then he did what he always did: He
23   weighed the meth on his scale, he ounced it out
24   and put it in sandwich bags and put it in the
25   black bag under the kitchen [sic] sink, ready to

1394

1     deliver.
2           This would be the last -- this three
3     pounds, this is the last time that Che brought
4     methamphetamine to Idaho.  And as you've all
5     heard, when they got back, they went together to
6     deliver to Loveland and their other customers.
7           So what we have, the total number of
8     ounces that Che brought to Idaho was 11 pounds.
9     That's 16 ounces a pound.  That's 176 -- that's
10    176 ounces that he brought to Idaho just between
11    December and May, not counting the deliveries to
12    Johnny Tambunga.
13          And I'm going to -- I'm going to talk
14    about these facts in a minute, but let's just look
15    at the methamphetamine that was not delivered to
16    customers now.
17          Go down to the next line below the
18    total pounds.
19          First, there was 2.5 ounces or 72.7
20    grams of methamphetamine that law enforcement
21    agents seized from the trailer.  We have to take
22    that away from the total amount of 176 ounces.
23          Next, there was two ounces, or 55.36
24    grams, that agents seized when they did the
25    undercover buy at the Karcher Mall from Fabian and

1395

1     Victor with -- through Ben Vertner.
2           Also, there was an ounce that was
3     recovered from Ben Vertner's house that wasn't
4     distributed; approximately 28.98 grams, a little
5     more than an ounce.
6           And then we go down to the 41.45 grams
7     that K.C. Hensley had -- was seized from his
8     automobile.  That's another ounce-and-a-half.
9           And finally, there is the six grams or
10    about a half an ounce, a little more than half an
11    ounce, that Tanya Olson had in the silver tube
12    that she was body carrying for Ben Vertner.
13          If we take these 7-and-a-half ounces
14    away, we come to approximately 10-and-a-half
15    pounds, or 168 ounces, that were left over for
16    Fabian and Che and Victor to have delivered to
17    Che's regular customers.
18          Now, let's look at the deliveries and
19    the customers and let's look at that all
20    together -- well, let's just look at the top part
21    of the customers that were getting deliveries.
22          Leave the whole thing up on the board.
23    I think we can see it.
24          If you look at Jim, he was paying two
25    ounces for $2,400 [sic].  The average number of

1396

1     deliveries he was getting per month was two to
2     three.  That means the average number of ounces
3     that he got and the amount of money he had to pay
4     every month, he got between four and six ounces.
5     Every month he had to pay Che between 48- and
6     $7200.
7           The number of months that Jim would
8     have gotten these deliveries were over five months
9     or, as Fabian testified, 10 to 15 deliveries.  If
10    Jim had only gotten two deliveries each of those
11    five months, that would have been ten.  And that
12    means in those five months he owed Che $24,000.
13          If, on the other hand, he got three
14    deliveries every month, which Fabian testified to,
15    that would be 30 ounces a month [sic], and at
16    $1,200 per ounce, that's going to be $36,000 he
17    would have owed.
18          You look, and we did the same thing:
19    three deliveries to Dawson, three deliveries to
20    Mario, three deliveries to Mo, and four deliveries
21    to Ben, with more ounces delivered each time, all
22    for that same time period.
23          If you add those all up, you come to a
24    remarkably similar number, that they had 168
25    ounces to deliver.  This chart shows that they

1397

1     would have delivered at least 145 to 165 of those
2     ounces.  So clearly, Fabian wasn't far off track
3     when he told you 10 to 15 ounces in weekly
4     deliveries when he was in town.
5           Let's look at how lucrative this
6     business was, even besides this chart, how much
7     money was involved.
8           I would like to show you a chart
9     created out of exhibits regarding just the amount
10    of money that Che was getting.  This chart shows
11    deposits that Che made into his Wells Fargo Bank
12    account.  All of those are No. 31 Exhibits, and
13    they're -A through, I believe, -I.
14          In addition, we added $4,000 that Che
15    paid for the Lincoln Navigator, according to
16    Exhibit 30A, which was his retail contract to buy
17    that car that they were using in their drug
18    activities.
19          We have the Western Union telegraph
20    that we talked about earlier for $414, that Che
21    sent to Mexico in February.  That was not taken
22    out of his bank account.
23          And neither was the cash that he used
24    to pay for the Lincoln -- pay the down payment on
25    the Lincoln Navigator.  The other payment for the

1398

1     Lincoln Navigator was a receipt for his $500
2     monthly payment on that car.
3            Again, on February 23rd, you heard
4     Johnny Tambunga testify as to Exhibits 35A and -C,
5     that Che asked him to send $1,000 to a person in
6     Mexico, and Johnny Tambunga did that.  If you look
7     at his bank accounts, that money did not come out
8     of the bank account.  That was extra.
9            There is the Western Union telegraph
10    that Coblentz sent, Rachel Coblentz sent to Che
11    when he was in Mexico.  Ben Vertner told her to.
12    You know Ben Vertner took that $1,000 that he gave
13    to Rachel out of money he owed to Che, because
14    that's who the money was going to.
15           And then you add to that the cash that
16    was seized from Trailer No. 10, which is $24,000.
17    You come up with a total of $64,000 -- that's just
18    in a six-month period -- that Che had to spend.
19           If you add to that the $1,000 that
20    Fabian told you he had in his steering wheel, that
21    he was going to send to Che at the time that he
22    was arrested, that's $65,000.
23           This doesn't even count all the times
24    that Che had already paid $10,000 a pound for
25    methamphetamine over these five months.  That's

1399

1     $110,000 more.
2            So you can see this -- this isn't a bad
3     business to be involved in, and on top of that,
4     it's all tax-free.
5            Ben Vertner explained to you how he, as
6     a dealer who used, made a fair amount of money for
7     himself just by selling Che's methamphetamine.
8     Ben didn't have a job, but the evidence showed
9     that he had eight to ten customers, Michael Morris
10    being one of the bigger ones.
11           As you've heard, before Michael Morris
12    became a regular customer of Ben Vertner's, he
13    bought Vertner's meth from K.C. Hensley.
14           So Hensley testified that he was
15    selling one-fourth to one-half ounce to Michael
16    Morris at a time in January, February, and March.
17    He told you he was charging Morris $475 to $500
18    for a quarter of an ounce.
19           K.C. Hensley also delivered --
20    identified Michael's house where he delivered
21    methamphetamine to Morris.  And you remember,
22    Michael Morris is no novice to this business.
23    K.C. Hensley told you that he got some meth from
24    Vertner, and he didn't like it.  He didn't like
25    the quality.  He took it to Michael Morris, but

1400

1     Michael Morris showed him how to wash it or purify
2     it.  And he did that by dissolving it in acetone
3     and apparently letting the impurities dissolve, or
4     separating the meth out and then letting it dry.
5            And K.C. Hensley told you that after
6     Michael Morris helped him, he sold him an ounce of
7     this purified methamphetamine for $1,600.
8            You also heard K.C. Hensley, as well as
9     Ben Vertner, as well as Amber Hites, testify about
10    how, in March, Michael Morris decided to deal --
11    to cut Hensley out of the loop and deal with
12    Vertner directly.  K.C. was upset, but from then
13    on Morris bought directly from Ben Vertner.
14           Vertner told you that when Morris first
15    started buying from him, he was buying a fourth of
16    an ounce two or three times a week.  So two or
17    three times a week he paid Vertner $400 for a
18    quarter ounce.  So Michael Morris is now incurring
19    a debt of about $1,000 or more a week.
20           Amber Hites also testified to you that
21    she went with Vertner in April and May, many
22    times, to deliver methamphetamine to Michael
23    Morris.
24           Both Hites and Vertner identified
25    Morris' house in Ontario, Oregon, where they

1401

1     delivered methamphetamine to him; as did Patric
2     Campbell and Rachel Coblentz.  If you remember,
3     both Patric Campbell and Rachel Coblentz testified
4     about how they went together to deliver
5     methamphetamine to Michael Morris at his house.
6     They went once at the end of April and again at
7     the beginning of May.  Rachel carried the
8     methamphetamine each time, but Patric Campbell
9     collected the money from Morris each time.
10           And Patric collected $450 for the first
11    delivery, which at $400 would have been a quarter
12    of an ounce, and he kept $50 for himself.  He
13    collected $850 for the second delivery, again
14    keeping $50 for himself, the price being $800 for
15    a half an ounce this time.
16           Ben Vertner continued to sell
17    methamphetamine to Morris in May.  And he told you
18    that the amounts that Morris was buying increased.
19    This was when Fabian Beltran delivered
20    methamphetamine to Morris' house for the first
21    time, in May.
22           You remember that both Fabian and Ben
23    testified that Michael Morris wasn't there when
24    Fabian brought the methamphetamine, but he showed
25    up later.  And Fabian Beltran identified Michael

1402

1 Morris in court as the person that lived in the
2 house that he brought -- that house that was
3 Michael Morris', Exhibit 51.
4 Ben testified that after Fabian
5 delivered the methamphetamine to him at Michael
6 Morris' house, he sold Michael Morris a half an
7 ounce of that meth. Now, remember, this is May
8 and we're dealing with the May delivery, which was
9 three pounds.
10 You remember that all of the seizures
11 that were made in May came from these three
12 pounds. And you heard Forensic Chemist David
13 Sincerbeaux testify as to the purity of all these
14 seizures that were made. The purity was extremely
15 high.
16 I believe he testified, of the 28.8
17 grams that were -- that he weighed out that were
18 seized from Ben Vertner's house, 26 of those grams
19 were pure methamphetamine. So here Michael Morris
20 is getting half an ounce of that pure
21 methamphetamine, that's going to be probably at
22 least 12 ounces, possibly 13 ounces, of pure meth.
23 THE COURT: Counsel, we're going to need to
24 take a break at some point.
25 MS. LAMPRECHT: I'm almost -- well, I'm

1403

1 getting there. I'll go faster.
2 THE COURT: Well, I don't know that
3 Ms. Hohenleitner would appreciate that.
4 MS. LAMPRECHT: I could -- if you would like
5 to take a break now, this is fine.
6 THE COURT: All right. Let's take a short
7 break, and then I think we'll take a -- we'll try
8 to hold this to about ten minutes, so that we
9 don't break up the arguments too much.
10 I'll admonish the jury again not to
11 discuss the case among yourselves or with anyone
12 else, and not to form or express any opinions
13 about the case until it is submitted to you.
14 We'll be in recess.
15 (Recess.)
16 (Jury present.)
17 THE COURT: I'll note for the record that
18 all jurors are present.
19 Ms. Lamprecht, you may resume your
20 closing argument.
21 MS. LAMPRECHT: Thank you, Your Honor.
22 At this time, ladies and gentlemen,
23 remember at May in this conspiracy -- and if you
24 remember in May of 2012, Amber Hites went to live
25 with Michael Morris, and Ben Vertner moved back in

1404

1 with his girlfriend, Amy Cavazos.
2 The Sunday before Ben, May 15th, when Ben
3 was arrested, he and Amy went to Trailer No. 10,
4 and they had dinner there with Victor and Fabian.
5 Victor cooked ribs.
6 Fabian testified and Ben testified that
7 while they were, Fabian gave Ben two ounces of
8 methamphetamine. Amy put it in her pocket. And
9 Ben and Amy drove to the Oregon Slope, where Ben's
10 grandmother lived. They parked outside.
11 Michael Morris drove up and met them in
12 his black Chevy. The cars pulled up next to each
13 other. Ben testified that he gave Michael Morris
14 one ounce of the methamphetamine he got from
15 Fabian through the window of the car.
16 Amy Cavazos told you that she already
17 knew Michael Morris from Weiser. She had worked
18 with his sister. And after Morris took the
19 methamphetamine from Ben Vertner, he looked in the
20 car at Amy and said, "You didn't see me here."
21 Vertner testified that Morris owed him
22 $1,850 for methamphetamine at this time, and this
23 was probably the last delivery that Ben Vertner
24 made to Michael Morris.
25 But remember the purity of the

1405

1 methamphetamine that Vertner was delivering. It
2 came from the May batch. He gave Morris an ounce
3 at this time. That's going to be close to 26
4 grams of pure methamphetamine.
5 He got a half an ounce from Ben Vertner
6 at Fabian's house. That's going to be another 12
7 or 13 grams of pure methamphetamine. He got
8 two -- he got a half an ounce from Campbell the
9 first part of May. That's likely to also be 12
10 ounces of pure meth.
11 And remember, he also got the one
12 ounce -- I think I misspoke and said a pound. He
13 got one ounce of pure methamphetamine from Hensley
14 after he helped Hensley wash it in February; that,
15 with David Sincerbeaux's 7 percent error
16 calculation, is going to be another 26 grams of
17 pure methamphetamine.
18 Now, these larger purchases are in
19 addition to all the other quarter-ounce and
20 half-ounce purchases that Morris made during the
21 course of the conspiracy.
22 So I'll suggest to you that the
23 evidence does show that during the course of the
24 conspiracy, Michael Morris was in possession of
25 more than 50 grams of pure methamphetamine.

**United States Courts, District of Idaho**

1406

1   As I said, my math is not my strongest
2   point, and so if you find errors in these
3   calculations, please -- please make sure that you
4   correct me.
5   There are a little over 28 grams of
6   methamphetamine in an ounce. I believe it's 28.8.
7   There are 454 grams of methamphetamine in a pound.
8   There are 16 ounces in a pound. Eight two-ounce
9   deliveries of methamphetamine is going to be about
10  454 grams of pure methamphetamine, when that error
11  factor is taken into account.
12  Now, a night or two after the delivery
13  to Michael Morris on the Oregon Slope, Ben and Amy
14  both testified to you that Ben Vertner had a bunch
15  of people at his -- well, "bunch" -- two people,
16  Travis Coleman and K.C. Hensley. They wanted to
17  buy meth from Ben.
18  And meth [sic] had to get a delivery
19  from Fabian first. So he and Amy borrowed Travis
20  Coleman's car. They drove to Fabian's trailer and
21  they picked up methamphetamine. Ben told you the
22  first time they picked up two ounces, Amy also
23  estimated -- remember she held her hands up and
24  said she thought it weighed about two ounces. Amy
25  told you this time the amount they picked was

1407

1   twice as much.
2   They came back. They delivered
3   methamphetamine to Travis Coleman. They sold
4   about an ounce-and-a-half to K.C. Hensley, and
5   there was still some meth left over in Amy's house
6   after they were done.
7   This is right when the conspiracy
8   started to come apart. You heard that K.C.
9   Hensley went out and got himself in a high-speed
10  chase with the Fruitland police. He was going
11  over 100 miles an hour through city streets, then
12  onto back roads, and then he ditched his car in
13  the river.
14  He said he had the methamphetamine that
15  he got from Vertner in a sock. He said he tried
16  to grab the methamphetamine out of the car while
17  he ran, but he dropped it. Then he swam. He went
18  in the river to get away from the police.
19  Officer Laurenson, who had followed
20  K.C.'s white Chevy Impala, waited for the car to
21  get pulled out of the water, and he picked up the
22  sock that was still on the floorboard of the car,
23  and he found the methamphetamine in it that K.C.
24  had gotten from Ben Vertner. He also found K.C.'s
25  driver's license in the car.

1408

1   Officer Laurenson submitted that
2   methamphetamine in a sealed condition to Idaho
3   State Police Forensic Chemist David Sincerbeaux.
4   Mr. Sincerbeaux determined that the white crystals
5   in that package weighed 41.45 grams, and he also
6   determined that 40.54 grams, plus or minus 2.8 for
7   his error factor, were pure methamphetamine.
8   The next day Ben took Tanya Olson and
9   went looking for K.C.'s car. He said that K.C.
10  owed him about $1,700 for the meth, and he wanted
11  to see if he could get some of his investment
12  back. He wanted to see if it was still in the
13  car.
14  But Ben and Tanya both took meth, or
15  were taking meth, while they were in that car, and
16  they were arrested by Idaho State Police Officer
17  Justin Klitch. Officer Klitch took them to the
18  police station, where Tanya Olson was searched by
19  a female deputy.
20  First she was strip searched and they
21  found nothing. She was confronted with the fact
22  that they believed that she was body carrying, and
23  she went into the bathroom with a female deputy
24  and removed that silver tube, which is
25  Government's Exhibit 46. And the female deputy

1409

1   dropped that tube in a bag and gave it to Officer
2   Klitch.
3   Officer Klitch was able to extract two
4   baggies of meth from that tube. He sealed the
5   baggies and the tube and sent them to Idaho State
6   Police forensic lab in a sealed condition. There,
7   Mr. Sincerbeaux determined that the meth in the
8   baggies weighed a total of 6.61 grams, and that
9   6.22 grams, plus or minus only 44/100 of a gram,
10  was pure methamphetamine.
11  At that point, Detective Stennett
12  approached Ben Vertner to see -- when he was under
13  arrest, to see if he would be willing to talk to
14  him and cooperate. And you know that Ben Vertner
15  was, and did.
16  The first thing that Ben Vertner did
17  was tell Detective Stennett that he still had
18  methamphetamine at his house, and he offered to go
19  to the house and get it.
20  At that point, Vertner was searched.
21  He was fitted with an electronic monitoring device
22  and he was accompanied by officers to Amy Cavazos'
23  house, where he went in and retrieved the
24  methamphetamine he still had from under the crawl
25  space, that Amy had wrapped up and hidden for him.

1410

1 He got about an ounce out. It was 28
2 point -- well, it was a little more than an
3 ounce -- 28.98 grams, when David Sincerbeaux
4 weighed it.
5 This is Exhibit No. 49, and it was
6 actually analyzed to be 28.45 grams of pure meth,
7 plus or minus 1.99 grams, or plus or minus 2
8 grams; so at least 26-and-a-half grams of that
9 ounce was pure.
10 The next morning, Ben Vertner made the
11 undercover call to Michael Morris we have heard
12 about, to ask him about the money that Morris
13 still owed him for the methamphetamine.
14 And you also heard that Morris was
15 asked about this call later, after the arrests had
16 been made and the trailer searched, when he
17 voluntarily came to the Oregon police department
18 to talk to Officer Stennett and Sergeant Boone.
19 He was read his rights and he agreed that he would
20 answer questions.
21 He told the officers, he admitted,
22 "Yes, I bought methamphetamine from K.C. Hensley.
23 Yes, I bought methamphetamine from Ben Vertner."
24 He knew -- he said he knew that Ben got his
25 methamphetamine from Fabian, and that's when he

1411

1 identified the picture that you saw.
2 He told them at the end of the
3 interview that he was using Vertner to make money.
4 He was pretty frank about that.
5 But he didn't want to admit that he
6 owed him $850. He claimed he never owed Vertner
7 any more than $300 at any given time. First he
8 claimed he didn't remember Vertner's call just a
9 week earlier, when he told Vertner that he had
10 collected 9 and he still had all that money out
11 there to collect for him.
12 When Sergeant Boone tried to help him
13 out a little bit by saying, "Well, could it have
14 been that you were collecting money for Vertner,"
15 Michael Morris jumped at it and said, "Oh, yeah, I
16 was collecting. I was collecting $900 and I would
17 get paid 350 for every 900 I collected."
18 If, in fact, that were true, Michael
19 Morris would be just as guilty of this conspiracy
20 by joining in it, knowing what was going on and
21 doing something to make it succeed, as Fabian
22 Beltran, Johnny Tambunga, and everybody else who
23 you've heard testify today -- I'm sorry -- last
24 week.
25 Of course, we also know that this

1412

1 wasn't -- his explanation wasn't true. First of
2 all, the evidence showed that Michael Morris
3 bought a lot of methamphetamine from Ben Vertner.
4 The evidence also shows that Morris knew that he
5 was lying to Sergeant Boone and Detective Stennett
6 when he said, "Oh, yeah, I was just collecting; I
7 never owed him more than $300," because you heard
8 Rachel Coblentz testify that she saw Michael
9 Morris the day after this interview, and when she
10 saw him they had a conversation about the
11 interview.
12 Michael Morris said, "Yeah, I went in
13 and talked to those two cops yesterday in Ontario
14 at the Ontario police station, and they knew
15 exactly how much money I owed Ben Vertner." And
16 he said, "Vertner must be a snitch."
17 Well, he was right.
18 After that, Ben Vertner agreed to make
19 an undercover call to Fabian Beltran to buy, to
20 make what's called an undercover buy for Detective
21 Stennett.
22 Detective Stennett explained to you
23 that in an undercover buy, the person making the
24 buy is first searched, and that's whether it's an
25 informant or a law enforcement officer, to make

1413

1 sure that they have nothing on their person like
2 money or drugs. Their car is searched for the
3 same reason. They're fitted with an electronic
4 body wire so that everything that they say can be
5 heard. And then they are under surveillance by
6 law enforcement officers during the entire time
7 that the buy is taking place.
8 They did this with Ben Vertner. Ben
9 drove to the Karcher Mall. He had arranged with
10 Fabian that he would meet him there, that Fabian
11 would sell him two ounces and that Ben would give
12 him $2,600.
13 So they drove in the red Ford that
14 Fabian identified as Che's car -- a picture of
15 that car is Exhibit No. 27. I won't show it to
16 you now. You can look at it back in the jury
17 room. The title for that Ford was recovered later
18 when the search -- when the house was searched by
19 Detective Neth. It shows that it was Che's car.
20 That's Exhibit 29.
21 And Exhibit 28 is the photo of the
22 money that Fabian had in that steering wheel, that
23 he told you he was carrying with him because he
24 meant to send it to Che at -- after they did the
25 deal. He didn't know what was going to happen.

**United States Courts, District of Idaho**

1414

1 And as you know, that's where Che -- that's where
2 Fabian always carried money when he was driving
3 that car.
4          You heard both Fabian and Ben testify
5 about this methamphetamine deal. Fabian sold Ben
6 two ounces of methamphetamine, and only got $2,500
7 of the police money at the Karcher Mall.
8          Ben turned the meth over to Detective
9 Stennett, and Detective Stennett sealed this
10 methamphetamine, sent it to the Idaho State Police
11 laboratory for testing.
12          David Sincerbeaux weighed it as 55.36
13 grams in weight, and analyzed it as 53.79 grams of
14 pure meth, plus or minus 3.77 grams.
15          After the buy, Idaho State Police
16 officers got a search warrant to search Trailer
17 No. 10 at Clifford's Trailer Park.
18          You heard Sergeant Christensen testify
19 that he found 72.7 grams of methamphetamine under
20 the bathroom sink in a black bag, with $24,000
21 cash and a digital scale. And that's where
22 Detective Christensen, after they pulled the panel
23 out, found Che's stash.
24          The methamphetamine that Detective
25 Christensen found weighed 72.7 grams at the lab,

1415

1 and was 71.57 grams of pure meth, plus or minus 5
2 grams.
3          That's the money that they seized
4 underneath that sink. That's the $24,000, all in
5 rubber bands, ready to go down probably and buy
6 more meth with.
7          And there is some of the
8 methamphetamine as well.
9          The black bag that they kept the money
10 and the methamphetamine and the scale in is
11 Government's Exhibit 54. The scale is
12 Government's Exhibit 60. It's in evidence. You
13 will be able to see them physically.
14          Now, in the room in front of the
15 bathroom -- the methamphetamine was found in the
16 bathroom in the middle of the trailer. In the
17 front room, Detective Christensen found the loaded
18 Llama .380 semiautomatic pistol underneath the
19 couch in the living room.
20          Then there was the bathroom, and then
21 there is the back bedroom. And that's where
22 Detective Wunsch found the two Derringers, the one
23 that Che had purchased at the Boulevard Guns and
24 Pawn, which is serial number 24111. You will be
25 able to see which one was Che's.

1416

1          You remember Ben Vertner told you that
2 he got the other Derringer that Che had as a drug
3 debt, as part of drug -- to pay part of a drug
4 debt, and he gave it to Che because he knew Che
5 had one like it. So those two Derringers were in
6 the back bedroom. They weren't loaded, but there
7 were 30 rounds of bullets nearby for those.
8 That's Exhibit 24.
9          And those could have -- all of those
10 guns were ready to go on a moment's notice, if
11 somebody tried to get to the bathroom to take the
12 guns or money, from either side of that bathroom.
13          And drug dealers, I think it's fairly
14 common knowledge they need something to protect
15 their meth and their money, because they can't go
16 to the police if they get robbed.
17          When Che brought these three pounds of
18 methamphetamine, just the last time, back to
19 Idaho, he was clearly in possession of more than
20 50 grams of methamphetamine. Each of
21 these -- each of these pounds -- if two ounces of
22 one of these has 50 -- let's say 50 grams of
23 methamphetamine in it, then half a pound or eight
24 ounces is going to have 450 -- actually, probably
25 454 grams of pure meth in it. So we know that Che

1417

1 had a lot of pure methamphetamine, and he is
2 charged with possession of this methamphetamine
3 with intent to distribute it.
4          The seizures from K.C. Hensley, Tanya
5 Olson, Vertner's house, the undercover buy in the
6 trailer, are all from this three grams [sic] of
7 meth that Che brought back in May.
8          So let's look at how many were pure.
9 At least 38 grams from K.C. were pure. That's an
10 ounce-and-a-half. At least 26 grams from
11 Vertner's house were pure. That's an ounce. At
12 least 5 grams from Tanya Olson were pure. That's
13 a half [sic] an ounce. At least 50 grams from the
14 UC buy were pure. That's almost two ounces. And
15 at least 66 grams from the trailer -- that's the
16 minimum amount, with the error factor in it --
17 were pure. That's two-and-a-half.
18          So there was over 150 grams of pure
19 methamphetamine in just those seizures of seven
20 and a half ounces of methamphetamine alone.
21          And finally, you remember that on May
22 22nd, Che made a telephone -- who was out of town
23 at the time that the trailer was searched. He
24 made a telephone call to Ben Vertner, and you
25 heard that telephone call played.

1418

1         Che wanted to find out what happened.
2 He wanted to find out what happened at the
3 trailer. He wanted to find out what the charges
4 were. And he told Ben he needed a place now to
5 live, so he could come back, because Che wasn't
6 done.
7         The government submits that all of this
8 evidence shows beyond a reasonable doubt that the
9 defendant, Jesus Guadalupe Sanchez, also known as
10 Che, is guilty of possessing with intent to
11 distribute more than 50 grams of pure
12 methamphetamine, as charged in Count 2.
13         He is also guilty of conspiring to
14 possess with intent to distribute methamphetamine
15 in an amount greater than 50 grams of
16 methamphetamine, during the course of the
17 conspiracy that he was involved in from November
18 of 2011 all the way until May of 2012.
19         So we -- actually, I -- after I talk to
20 you, I will get to talk to you once more after the
21 defendants discuss what they believe the evidence
22 shows. But I will tell you now that when I come
23 back, I'm going to ask you to find Che, who used
24 the name Jesus Guadalupe Sanchez, guilty on both
25 of those counts.

1419

1         We're also going to ask you to find
2 that, as to each count, he was -- the
3 methamphetamine involved was more than 50 grams of
4 pure meth.
5         The government also submits that the
6 evidence shows, as to the defendant Jim Loveland,
7 that he is guilty as charged in Count 1 of the
8 indictment with conspiring with Che and others to
9 possess methamphetamine to distribute, and that he
10 also possessed more than 50 grams of pure
11 methamphetamine.
12         As explained, Loveland received at
13 least two, probably three, deliveries of
14 methamphetamine from -- well, in May of 2012, we
15 know he received three, from Victor's testimony.
16 The amount of methamphetamine in six -- in six
17 ounces of this May methamphetamine is going to be
18 more than 50 grams pure, alone, because this was
19 part of the batch that Che brought back in May
20 that was tested by all these different ways and
21 was shown to be so pure.
22         So each delivery to Jim Loveland in May
23 was two ounces. That means the total amount of
24 pure meth he received -- and two ounces is close
25 to 55 grams of pure. The total amount of meth he

1420

1 received in May was going to be close to 150 grams
2 pure.
3         However, the evidence also showed that
4 Loveland received two to three ounces of
5 methamphetamine a week -- I'm sorry -- two to
6 three deliveries of two ounces of methamphetamine
7 a week [sic] from November through May, not even
8 counting what he got from Johnny Tambunga in
9 November of 2011.
10         He was identified by people, who had no
11 other reason to know him as Jim, who identified
12 Jim in the courtroom as the defendant Jim
13 Loveland.
14         He paid $2,400 every time he got two
15 ounces. That means he paid $4,800 or $7,200 every
16 month to Che for the methamphetamine, just to keep
17 getting it. Reason and common sense will tell you
18 that Loveland had to be selling to act in
19 furtherance of the conspiracy, to keep on getting
20 these deliveries.
21         So we will also be asking you to return
22 a verdict of guilty as to Jim Loveland, and find
23 that he also dealt with more than 50 grams of pure
24 methamphetamine during the course of the
25 conspiracy.

1421

1         We also submit that the evidence shows
2 beyond a reasonable doubt that Michael Morris
3 willingly joined the conspiracy to possess
4 methamphetamine with the intent to distribute
5 charged in Count 1, and joined in when he bought
6 Che's meth from K.C. Hensley and Ben Vertner, when
7 he helped K.C. wash the methamphetamine that he
8 got from Ben, and when he bought from Vertner in
9 March and April and May of 2012.
10         The amounts of methamphetamine as to
11 Michael Morris show that he had an ounce of pure
12 meth from K.C. Hensley, which after it was washed
13 would have been probably like what David
14 Sincerbeaux analyzed the pound [sic] from Ben
15 Vertner's house to be. It's going to be about 26
16 grams pure.
17         There is another half ounce that he got
18 from Patric Campbell in May, that will be probably
19 12 grams -- and that's -- that's on a cautious
20 amount -- 12 grams of pure.
21         Morris also bought methamphetamine -- a
22 half ounce of methamphetamine from Ben in May,
23 that Fabian delivered to his house. That's
24 another 12 ounces of pure.
25         He bought methamphetamine from Ben when

**United States Courts, District of Idaho**

1422

1 Amy Cavazos was with Ben, outside Ben's
2 grandmother's house. Ben testified that was an
3 ounce.
4          So we have three ounces of
5 methamphetamine -- that's 48 ounces [sic] of meth,
6 and every -- each two ounces -- wait a minute.
7 I'm sorry.
8          We have three ounces of
9 methamphetamine. There is 55 grams in two ounces,
10 but Michael Morris had three. So we're going to
11 ask you to find also that Michael Morris possessed
12 methamphetamine that was -- had more than 50
13 percent -- 50 grams of pure methamphetamine in it.
14          I would like to thank you -- take this
15 opportunity -- I don't want to forget -- to thank
16 you for your careful attention during this trial.
17 It's been long. There is a lot of evidence, and
18 we greatly appreciate not only the careful
19 attention that you've paid, but that -- the
20 service you're performing in doing your duty as
21 jurors.
22          Thank you.
23          THE COURT: Thank you, Ms. Lamprecht.
24          Ms. Berglund.
25          CLOSING ARGUMENT BY DEFENDANT LOVELAND

1423

1          MS. BERGLUND: If it please the court,
2 Counsel.
3          I do want to take the opportunity right
4 up front just to tell you, on behalf of myself and
5 Mr. Loveland, that we are very grateful that you
6 would take more than a week of your time to hear
7 the evidence in this case and make such an
8 important decision.
9          The government has not proven that Jim
10 Loveland is a drug dealer or that he conspired in
11 any way to get methamphetamine with the intent to
12 distribute it to others.
13          For Mr. Loveland, this all basically
14 starts with Victor Ruiz. Victor Ruiz has not been
15 here more than 11 to 14 days his entire life. He
16 has been here once in March, and then he was back
17 here again in May.
18          And when he is arrested with Fabian
19 Beltran, it's actually Victor Ruiz who says, "I
20 know all about this. I know who they delivered
21 to, how much they delivered each week." And he
22 says, "They deliver to Mo, Dawson, Mario and Jim,
23 a total of seven ounces a week."
24          Ultimately, he is the one who takes
25 police to a home that he claims belonged to Jim

1424

1 Loveland, despite the fact that he is not from
2 here, he is not from this area. But it's actually
3 Victor Ruiz.
4          And for all of Victor Ruiz's
5 cooperation, instead of being charged with
6 conspiracy to possess methamphetamine, despite the
7 fact that he went on every deal, drove around in
8 the car knowing that there were pounds of
9 methamphetamine in there, according to him, he
10 ends up with a deal to plead to a crime related to
11 the possession of marijuana.
12          Victor Ruiz will get a minimum 90 days
13 to a maximum of three years.
14          You've heard about the 10-year to
15 30-year mandatory minimum everyone else is facing.
16 He will also face no more than one year
17 of supervised release, unlike everyone else who is
18 looking at approximately five years.
19          So I would suggest in this case, as you
20 hear the degree to which other people came in
21 later and confirmed Victor Ruiz's story, that it's
22 a bit of follow the leader.
23          They heard about what happened to
24 Victor. They want what Victor has got.
25          I know that Mr. Beltran admitted they

1425

1 were together for a week, he and Victor Ruiz, that
2 they had spoken right before his testimony. And
3 so I would ask you, in addition to the cautionary
4 instruction you have, when you look at the
5 testimony of people like Fabian Beltran or Johnny
6 Tambunga, realize that it was Victor Ruiz who
7 first started with this story, and they're just
8 following suit knowing that Victor Ruiz is the one
9 who got the greatest deal of all.
10          When we start looking -- I want to look
11 at Victor Ruiz's story. First he comes in and he
12 says that Jim buys two ounces a week, and he says
13 he is one of these people who gets deliveries on a
14 regular basis, that Beltran delivers seven ounces
15 a week, two of which go to Jim.
16          In August he comes back and he says
17 that Jim Loveland gets two to four ounces a week.
18          And I asked him, you know, did you
19 explain that? Why is that?
20          He said because they delivered twice in
21 one week. And he said he didn't explain it, which
22 indicates to me that law enforcement didn't even
23 bother to ask.
24          Why did this suddenly double?
25          If he had no other experience other

1426

1 than riding along with Beltran and making a couple
2 deliveries a week, why didn't he say four ounces
3 to begin with?
4      And he admits that when they were here
5 in March, the only deliveries they made were to
6 Dawson and Mo. But according to him, Jim
7 Loveland, who supposedly got two ounces a week,
8 has this sudden surge in need when Victor Ruiz is
9 here in town.
10      So -- and as we get further into the
11 details, the story starts to fall apart. First he
12 tells law enforcement that one of the deliveries
13 they made was on the way to eat. Then he comes
14 and testifies that it's after they had tacos.
15      And it does seem like sort of a minor
16 detail, but it is, as I said, when we start to get
17 into these details, that's where the story falls
18 apart. If you're going to tell a story, leave out
19 the details. Most of the time these guys don't
20 come in and talk about specific dates. And when
21 they do, the story starts to fall apart.
22      Because Victor Ruiz is the one coming
23 in and saying he remembers everything. He
24 remembers the day they barbecued. He remembers
25 they had tacos. But he can't -- he no longer

1427

1 remembers, was it on the way to eat or was it
2 afterwards.
3      So Victor Ruiz testifies about three
4 deliveries. He says that Beltran calls
5 Mr. Loveland on their way back from Arizona or
6 California, when they come back in May. And
7 Mr. Beltran said they started back about the 30th,
8 31st [sic] of April. They get here the very
9 beginning of May.
10      And so Victor Ruiz testifies about two
11 deliveries. He said that there were two -- there
12 was two deliveries that came two days apart, one
13 on a Tuesday, one on a Thursday. He testifies
14 about all three deliveries. He says he got sick
15 on the 11th. And then he skips ahead to where
16 they find out that Ben Vertner was arrested on the
17 be 15th.
18      And I would like to show you
19 Government's Exhibit 9B. And when you look at
20 that --
21      THE COURT: You want that switched over?
22      MS. BERGLUND: Yes, if we could.
23      When we look at that, there is not a
24 single phone call until the 5th. Mr. Beltran says
25 they're already back in town by then and that he

1428

1 called Mr. Loveland on the way back.
2      So Saturday, the 5th of May, is the
3 first time that there is a phone call. There is
4 not a single phone call two days apart, not a
5 single Tuesday, Thursday phone call. There was no
6 delivery on a Tuesday followed by a call from
7 Mr. Loveland two days later on a Thursday or two
8 days later on any day, stating that he needed more
9 methamphetamine.
10      Now, I want to talk about what
11 Mr. Beltran had to say. Mr. Beltran also gave
12 multiple interviews, and he admits that he didn't
13 say everything, you know, in his first interview,
14 and he comes up with additional details later.
15      He says he has been delivering for
16 Mr. Sanchez since back in September, and he says
17 he delivered to Mo and Dawson. And Mo, you know,
18 Mr. Ruiz says he has been to Mo's house. We have
19 a phone number for Mo. Yet Mo remains
20 unidentified.
21      It seems to me that there are some
22 other details that they couldn't corroborate with
23 this story, if they couldn't find Mo.
24      And he says he has been delivering
25 since December, that he has been. And he says he

1429

1 or Jim would call each other to set up deliveries.
2      There is not a single phone call with
3 Mr. Loveland and any other person until the calls
4 with Johnny Tambunga in December; not until 2/21
5 with Fabian Beltran.
6      They had both of his phones. He is a
7 cooperating witness. They have Mr. Loveland's
8 records back to September 2011. There is
9 absolutely no reason to suggest that he had phone
10 calls that they just simply couldn't find. They
11 have had every opportunity. And so we know that
12 he -- he almost certainly didn't speak to Fabian
13 Beltran until February.
14      And I also asked Mr. Beltran a trick
15 question. We saw the contents of both of his
16 phones. And he had just seen this exhibit, 14A,
17 showing you he has got six contacts. He never put
18 Mr. Loveland's phone number in there.
19      So I said, "When did you transfer
20 Mr. Loveland's phone number from your BlackBerry
21 into your Samsung?"
22      "As soon as I got it."
23      I said, "In March?"
24      "Yep."
25      All you have to do is ask Mr. Beltran a

1430

1  question that suggests he did something, and he
2  will give you the details of it.  He had never
3  transferred that phone number.
4      Also, when we look at his -- his
5  contents from his old BlackBerry, there were a
6  total of 26 entries.  It's that last one for
7  "Jime."  No one ever testified that Mr. Loveland
8  went by Jimmy.  No one ever called him Jimmy.  We
9  have got Johnny's, we've got Ben's, we have got
10 K.C.'s; no one ever called him Jimmy.
11     It's the last entry.  Detective
12 Stennett couldn't tell us when it was put in
13 there.  And we also know that there is some phone
14 call that comes in from Mr. Beltran's phone to
15 Mr. Loveland after he is in custody, and the
16 police have the telephone.  But Detective Stennett
17 couldn't tell us what that was.
18     I apologize.  I have got the wrong one
19 up there.
20     THE COURT:  You may need to just let it sit
21 for a minute.
22     MS. BERGLUND:  Actually, you will have that
23 exhibit back there for you, though.  And I know
24 that we went over this when I did my cross-exam of
25 Detective Stennett.

1431

1      So on the 17th there is a phone call
2  that comes from Fabian Beltran's phone, which is
3  in custody of police, goes to Mr. Loveland --
4      THE COURT:  You might try that again, if you
5  wish.  Hopefully we have that --
6      MS. BERGLUND:  So this phone call right
7  here.
8      Also, the government wants to say there
9  is 40 phone calls, total.  Twenty-one are after
10 Mr. Beltran is arrested.  So obviously they
11 weren't talking about getting methamphetamine.
12 But more importantly, he is supposed to be this
13 old client of Mr. Sanchez.  He can't get ahold of
14 Mr. Beltran.
15     This is supposed to be just the
16 delivery boy for all this methamphetamine he gets.
17 According to the government's theory, he is making
18 a lot of money off of this.  He never once tries
19 to call Mr. Sanchez and say, "Where is your
20 delivery boy?  I can't get my meth."
21     According to the government's theory,
22 he is getting all of this methamphetamine, has
23 just experienced a surge in demand -- instead of
24 two ounces a week he now wants four -- but when he
25 can't get ahold of the delivery boy, no calls to

1432

1  Mr. Sanchez.  He doesn't even attempt.
2      Remember, these are Jim Loveland's
3  phone records, so we can tell whether or not he at
4  least attempted to call someone.
5      Furthermore, he has never had any
6  contact with Mr. Sanchez until February.
7  Mr. Tambunga says he was delivering for
8  Mr. Sanchez back in December, or even November,
9  but these -- we have both of the numbers for
10 Mr. Sanchez and we have all these cooperating
11 witnesses who give telephone numbers, who give
12 passcodes to phones.  There is no evidence that
13 they ever had any contact until February.
14     So then I went through, after I asked
15 him about transferring the telephone number, I
16 asked Mr. Beltran, "Okay, well, let's go through
17 each month."  Because he says 10 to 15 times over
18 the course of five months.  That's not a weekly
19 deliver.
20     So I said, "Okay.  Well, how many times
21 did you December" -- or excuse me -- "did you
22 deliver in December?"
23     He claims his first delivery was this
24 month, and he claims one or two deliveries.
25 Again, we have got no phone calls in this case

1433

1  except the ones to Johnny Tambunga starting 12/27.
2  We'll get to Mr. Tambunga in a minute.  But that's
3  the first time that they have any sort of phone
4  contact between Mr. Loveland and anyone in this
5  case.
6      So he says that he delivered one to two
7  times.  He claims they always talked by phone
8  prior to deliveries, but there is absolutely no
9  phone contact between Mr. Beltran and
10 Mr. Loveland.
11     So I said, "Okay, February."
12     He says three to four times.
13     There were some phone calls in
14 February.
15     In March, he says three times.  In
16 April he says three times.
17     On redirect, Ms. Lamprecht got up and
18 said, "Okay.  Well, you were in Mexico.  Did you
19 deliver when you were in Mexico?"
20     "Okay.  One to two times."
21     Fabian Beltran will just tell you he
22 did something if you ask him a question that
23 suggests he did it.  He knows he is supposed to
24 say he delivered on a regular basis, and so that's
25 what he is saying.

1434

1    In fact, there are no phone calls
2  between Mr. Loveland and Mr. Beltran while they
3  are in Mexico in April.
4    And again it doesn't make sense, if
5  Mr. Loveland is a drug dealer who has a regular
6  demand, that he is not going to be trying to get
7  his regular delivery. He just gives up for April
8  while they're in Mexico, and he just gives up in
9  May when they're arrested.
10    In May, when I asked him about May, he
11  said four times. He and Victor Ruiz only
12  testified as to three deliveries, not four
13  deliveries.
14    And on a couple of occasions he said,
15  well, we delivered every month, twice a week, once
16  a week, which makes me wonder, is he confused
17  about which of Victor Ruiz's statements is he
18  supposed to track? Is it the four ounces week,
19  the twice a week, or is it the two ounces a week,
20  the once a week? Every month, twice a week, once
21  a week?
22    There are four weeks in a month. And
23  if you notice the government's -- the government
24  gave you this chart. And despite the fact that
25  these guys testified they were making weekly

1435

1  deliveries to Mo, Jim, Dawson, Mario, a total of
2  seven ounces a week, the government's chart shows
3  you three deliveries a month. There are four
4  weeks in a month.
5    In fact, what they told you does not
6  add up with the amount of methamphetamine they
7  said they got. They would have had to have run
8  out at some point.
9    So the government shows you a chart
10  that sort of compensates for that and changes from
11  the once a week to no more than three times a
12  week [sic] for these guys.
13    Again, I want to go back to this $1,200
14  an ounce because he is an old customer of Sanchez.
15  No, no evidence that he spoke to Mr. Sanchez first
16  or that Mr. Sanchez set him up with these guys and
17  that he is just simply getting deliveries.
18    And again, I just want to go back to
19  when we talk about Mr. Beltran's testimony, he
20  says they got back maybe the first or second day
21  in May. He calls Mr. Loveland to do a delivery.
22  He says -- he tracks what Victor Ruiz says. There
23  is a few deliveries, and he talks about his final
24  delivery. He said it was cinco de Mayo, because
25  he talks about how he delivered to Ben Vertner

1436

1  that day. And I believe he said Mr. Loveland
2  called him.
3    And again, on the 5th he calls
4  Mr. Loveland. But this is supposed to be the last
5  delivery. There is no phone call when they get
6  back into town. There is no deliveries two days
7  apart. There is nothing until the 5th, when he
8  claims that's his third delivery.
9    Now, in this case Fabian Beltran, if
10  you look at his plea agreement, it says that he
11  could get -- well, not could, it's a ten-year
12  mandatory minimum for the conspiracy to deliver
13  methamphetamine, followed by five years for the
14  firearms charge. It's a 15-year mandatory
15  minimum, each charge having five years supervised
16  release afterwards.
17    And on cross-examination, he admitted
18  he had told somebody he expects to get three
19  years. He expects to get roughly the same Victor
20  Ruiz's maximum is, expects to do 20 percent of the
21  minimum for his cooperation in this case.
22    When he is testifying, he is up there
23  with stars in his eyes. He doesn't know yet what
24  his reduction will be for substantial assistance.
25  This is his one last shot to try and save himself

1437

1  12 years at a federal penitentiary.
2    And then, finally, on Johnny Tambunga,
3  he is the only person they have to try and tie
4  Mr. Loveland into this conspiracy in November.
5  And he claims he delivered once in November and
6  once in December. And he remembers he got a DUI
7  in December.
8    And he said, "No, I didn't make any big
9  deliveries after that. I didn't get calls from
10  Mr. Sanchez's customers."
11    And even Ms. Lamprecht said, "Okay.
12  Well, are you sure?"
13    And he said, "Nope. I got a DUI."
14    He has pleaded guilty in this case to a
15  conspiracy that lasted until May. He has got no
16  reason to hide criminal activity following his
17  DUI. He just remembers he got a DUI. He got
18  scared.
19    With Johnny Tambunga, we can see not a
20  single phone call until December 27th, no phone
21  calls after January 15th. A lot of them are
22  multiple phone calls, same day; same with all of
23  these. It looks like phone tag. They're all less
24  than one minute.
25    We heard the recorded phone call

1438

1 between Ben Vertner and Mr. Sanchez. That was a
2 five-minute phone call. Ms. Lamprecht wants you
3 to believe it doesn't take long, but how about,
4 "When are you going to be there? How long are you
5 going to be there?"
6          And according to Mr. Tambunga's initial
7 interview, he said he never sold more than $25 to
8 $50 at any one time to anyone. He gives the name
9 of the three individuals he sells to: Trent, his
10 boyfriend Don, and he said there is one other man
11 at the trailer park.
12          After he finds out he is in deep
13 trouble, after he has already admitted to part of
14 this conspiracy and he has got a ten-year
15 mandatory minimum, he claims he delivered at least
16 two ounces on two occasions to Jim. And he says
17 November and December, even though he never had
18 contact with Mr. Loveland until December 27th.
19          First he tells police it's $1,400 an
20 ounce for all these people he delivered to. He
21 tells them that. This is close to the time when
22 this supposedly happened. Then when he testifies
23 it's 2,400 for two ounces; it was 1,200 an ounce,
24 once again tracking what others have said in this
25 case.

1439

1          And again, he says he didn't receive
2 phone calls from Mr. Sanchez's customers after
3 December. And again, he claimed that Mr. Loveland
4 is an old customer, but there is no contact
5 between Mr. Loveland and Che before he had contact
6 with Mr. Tambunga.
7          And Mr. Loveland doesn't have to prove
8 anything. He doesn't have to answer to the
9 government. He doesn't have to tell them why he
10 knows these people or what he knows.
11          You heard about what these people are
12 like: aggravated batterers. They carry guns.
13 Mr. Loveland doesn't have to justify his
14 association with these people. He doesn't have to
15 tell them what he knows about what he thinks may
16 or may not have been going on with these people.
17 He doesn't have to answer for these phone calls.
18 The government is the one who has to prove to you
19 that he was getting methamphetamine and intended
20 to then distribute it to others.
21          Ben Vertner testified that Mr. Tambunga
22 had told him he had a customer by the name of
23 Dawson. And we have heard the name Dawson. He
24 had never heard the name Jim Loveland. He had
25 never seen Jim Loveland. And Ben Vertner was in

1440

1 this up to his eyeballs. He never heard Beltran
2 say, "I'm sorry, I just gave my last two ounces to
3 Jim," "I've got to go run make a delivery to Jim,"
4 never heard Jim's name.
5          The government simply has not proven
6 that Mr. Loveland is a drug dealer; and
7 "conspiracy to possess with intent to deliver" is
8 legalese for drug dealer. Mr. Loveland is not a
9 drug dealer.
10          He was never found in possession of
11 methamphetamine. He was never found with large
12 amounts of money. According to Detective
13 Stennett, over $100, he thought that was unusual;
14 but never found in possession of a large amount of
15 money.
16          They didn't get his -- they didn't find
17 any evidence of strange banking transactions.
18 Ms. Lamprecht said: Well, he didn't show how much
19 he made from these businesses.
20          Well, he doesn't have to show anything.
21 It is not his burden. It is the government's
22 burden to prove to you that, first of all, he even
23 got this methamphetamine and got it in that
24 amount, but that he couldn't possibly have paid
25 for it from his work.

1441

1          Unlike the other witnesses, he does
2 have indicia of employment. He never got anyone a
3 money order. Unlike everyone else, no one ever
4 said he was in debt to someone. No one ever said
5 he bought on credit. He was not buying on a
6 front, according to these people, which would
7 indicate that he was getting meth and then selling
8 it.
9          Nobody claims to even have seen him
10 with scales, baggies, cutting agents,
11 paraphernalia. No one says they saw him use. No
12 one said they saw him give to anyone, sell to
13 anyone. No one is here claiming they sold to
14 them, gave to them. We don't even have neighbors
15 coming in and saying, "Oh, there was traffic in
16 and out of that house, all hours."
17          And the evidence regarding personal use
18 was also inconsistent. Assuming -- if you did
19 believe that he was getting large amounts, I
20 believe K.C. Hensley said he used up to a quarter
21 ounce a day. I believe he may have indicated that
22 that was with other people.
23          But at the end of the day, we heard
24 nothing about what the real outside parameters are
25 for personal use. We heard K.C. Hensley say he

1442

1 used quite a bit when he was smoking; then when he
2 switched to injection, it was different. Of
3 course, the ladies, I think, were using a little
4 bit different than some of the gentlemen.
5 So even in terms of personal use, I
6 don't think that the government has given you any
7 sort of evidence that you can hang your hat on and
8 say, "No, that's the outside maximum a person can
9 use."
10 So, in sum, I'm going to ask that you
11 enter a judgment of not guilty. That is the only
12 verdict in this case that is consistent with the
13 lack of evidence in this case. The government has
14 not proven to you that Mr. Loveland is a drug
15 dealer, and I ask that you find him not guilty.
16 THE COURT: Thank you, Ms. Berglund.
17 Mr. Borton, are you going to go next?
18 MR. BORTON: Yes, Your Honor.
19 THE COURT: All right.
20 MR. BORTON: Thank you.
21 THE COURT: Mr. Borton had asked permission
22 to argue from the well; correct?
23 MR. BORTON: I will after a moment at the
24 podium.
25 THE COURT: Okay. Very good.

1443

1 I allow that, ladies and gentlemen, as
2 long as counsel gives the jury their space and
3 doesn't come too close to the jury box.
4 CLOSING ARGUMENT BY DEFENDANT MORRIS
5 MR. BORTON: Ladies and gentlemen, when we
6 spoke one week ago I talked to you about courage.
7 We had a conversation during our jury selection,
8 in my opening, about courage. We talked a little
9 bit about being wrongly accused and how that felt.
10 We talked about circumstances where you might have
11 encountered that.
12 I believe it takes courage to stand up
13 to the accusations from others, and it takes
14 courage to remain true, despite the power of the
15 government weighing against you. Most
16 importantly, it takes courage to see the truth and
17 to be a voice for Mike Morris, who professes his
18 innocence.
19 The U.S. government has spent eight
20 days trying to convince us that Mike Morris
21 conspired with this cast of characters to sell
22 methamphetamine. The government believes there
23 was an agreement among these people to distribute
24 these drugs. They believe, and they want you to
25 believe, that Michael Morris knew of this

1444

1 agreement, that he purposely acted in furtherance
2 of this agreement with a common goal.
3 I do not. I did not when we began and
4 I do not now. The evidence we have heard and the
5 instructions given to you by the court give me a
6 little bit of courage to know that I am right.
7 They give me the courage to stand before you on
8 behalf of Mike Morris as a man wrongly accused.
9 I learned about you during the jury
10 selection process, the one opportunity we had to
11 have a conversation. And we talked about being
12 wrongly accused, and what you might see here over
13 the last eight days. I watched your faces and I
14 listened to your voices, and I asked each of you
15 about the presumption of innocence, as did the
16 court.
17 When the court asked each of you, each
18 and every one of you, if you thought Mike Morris
19 had the obligation to prove his innocence, each of
20 you said no.
21 When the court asked you: Do you feel
22 Mike Morris did something wrong because he is on
23 trial, because he has been accused of something,
24 each of you rightfully said no.
25 And most importantly, when the court

1445

1 asked each and every one of you, and made great
2 emphasis on this question, if you were sitting in
3 Michael Morris' chair, would you want someone like
4 you to be his juror, each and every one of you
5 felt comfortable with that. Each and every one of
6 you felt comfortable sitting in that position.
7 Your responses, your unanimous
8 responses to those questions, give me comfort.
9 They give Michael Morris comfort. Knowing that
10 you would do that, knowing that you believe that,
11 was fundamentally important to start this case.
12 I'm going to ask, despite hearing
13 arguments from counsel, as the court instructed
14 you, to abide by your memory of what you heard.
15 Equally important, abide by what you believe and
16 abide by the jury instructions given from the
17 court. The testimony, what's believable, and
18 those instructions will lead you to a finding of
19 Michael Morris as not guilty of the single charge
20 in front of him.
21 I want to take a moment and walk
22 through -- I'm going to turn this on and walk
23 through the information that we have heard over
24 the last -- it should be on now; okay -- about
25 some of the items we have heard.

1446

1    I start with this quote, because it
2  cites the courage that I spoke of at the start of
3  the case.  It's scary to be over here in that
4  chair.  But there is courage to stand up to what
5  the government has put in front of him.
6       First off, I want to remind us what we
7  heard from the five officers:  Neth, White,
8  Lawrence, Klitch and Christensen.  Five different
9  officers, each testified in different components
10 of this case, whether it was with regards to an
11 undercover buy or whether it was with regards to a
12 search of Trailer No. 10.
13      But from all five officers, all five
14 law enforcement officers listed here, we were told
15 a consistent message.  There was no investigation
16 of Michael Morris.  There was no testimony at all
17 about them looking into Michael Morris.  There was
18 no search of Michael Morris' house, no evidence
19 presented of a search of his car or anything of
20 the like.
21      None of these five officers cited any
22 evidence of drug sales found with Mike Morris.
23 None of them provided any evidence to you about
24 large amounts of cash, or cash at all, with Mike
25 Morris.  Five officers, and there is no evidence

1447

1  presented about any bank transactions from or to
2  Mike Morris on his behalf, nor any phone records
3  at all from any of these individuals with Mike
4  Morris' phone call in it, coming from Mike or
5  being sent to Mike.
6       Then we started hearing from some of
7  the codefendants, some of the individuals who, for
8  a variety of reasons, stand to benefit from their
9  participation in this trial.  Victor Ruiz is one.
10 Mario Martinez, Jr., is another.  These were early
11 on in the trial.
12      Mario Martinez didn't share a lot.  But
13 to Mr. Morris, he did, because he has never heard
14 of him.  He doesn't know Mike Morris.  Of the
15 things he knows, Mike Morris is not part of it.
16      Victor Ruiz, as you recall, testified
17 in great detail about a wide variety of things.
18 Ms. Berglund properly pointed out, now he stands
19 to benefit greatly from his participation.  He
20 most likely substantially assisted, if he is
21 believing he is going to get three years, if
22 that's what he is told.
23      With that detailed testimony, detailed
24 memory, he shared a couple of things most critical
25 for Michael Morris.  One, he testified about a

1448

1  diagram he created at the request of law
2  enforcement in the late summer, early fall, where
3  he wrote all the names of everybody he had heard,
4  known of, what their role was.
5       And there is no reference to Michael
6  Morris.  He was crystal clear with that.
7       You'll recall his testimony.  I came
8  back up in a recross and I just asked him point
9  blank, and he said, he had never heard of Mike
10 Morris.  Victor Ruiz doesn't know who the guy is.
11      You heard with each of these
12 individuals references to plea agreements.
13 They're all exhibits.  You will have them all back
14 there.  I encourage you, please, to examine them.
15 But you heard testimony from each of these
16 characters about their plea agreements and about
17 their prior criminal records.
18      You will notice in those plea
19 agreements, in part they say there is an
20 obligation on each of them to provide to the U.S.
21 attorney substantial assistance.  I put the word
22 "substantial" in quotes because in the plea
23 agreement the whole entire phrase, "substantial
24 assistance," is in quotes.  It has special
25 meaning.

1449

1       They each have that obligation -- they
2  signed it -- to provide substantial assistance to
3  the government.  And this quote is most telling:
4  "to be determined solely by the government at a
5  later date."  Page 1 is the reference on, I
6  believe, all of those separate exhibits where
7  you'll find that quote.
8       Further in those agreements, the
9  government's final decision will be made after
10 evaluating the defendant's cooperation.  There is
11 a big carrot, the big unknown, to get the
12 incentive.  And whether the assistance was
13 substantial enough is not determined by the court.
14 It is decided solely by the U.S. attorney, who
15 measures it.
16      Each of the defendants who provided
17 testimony to you knows those are the rules of the
18 game.  They know exactly what they're required to
19 do.
20      As you heard each of them provide in
21 direct or cross-examination, willingly or not,
22 most have been in prison for prior crimes, most
23 face decades more of prison time, decades more,
24 and hope to avoid a possible life sentence.  You
25 will see the life sentence maximum possible in

1450

1 almost all of the plea agreements.
2       I made reference at the podium a moment
3 ago about the jury instructions. Those are
4 critical. As you go back to deliberate, use the
5 instructions. They are the rules of the road in
6 how you can decide the case and weigh the
7 evidence. I want to highlight a couple of the
8 more critical ones relevant to Michael Morris.
9       Jury Instruction No. 9. It makes
10 reference to these plea agreements I just
11 discussed, and it specifically -- the court is
12 telling you that each of the witnesses' testimony
13 was given in exchange for a promise that the
14 government would not use any -- would not use
15 against them any new evidence that they provided
16 about their own criminal conduct.
17       Well, that's almost -- that's an open
18 door. If you told the government, by way of
19 example, you sold two ounces, with this agreement
20 you can come in and re-remember and sell four or
21 six.
22       Quantities are relevant. But with this
23 agreement, any new evidence will not be used
24 against them. That's extremely valuable. That
25 gives you some latitude during your testimony to

1451

1 embellish, to remember how it's convenient for
2 you.
3       The next line tells you also that each
4 of these witnesses received benefits from the
5 government in connection with this case. You will
6 see those benefits noted and littered throughout
7 these plea agreements, in reductions in time or
8 change in charges.
9       I point out those two paragraphs,
10 ladies and gentlemen, because the last
11 paragraph -- paragraph in Jury Instruction 9 is
12 most important. Whether their testimony may have
13 been influenced by any of these factors is for you
14 to decide, not for the government, not for me.
15 It's for you to decide. But you should examine
16 the testimony of these witnesses with greater
17 caution -- the underline is added by me -- with
18 greater caution than that of other witnesses.
19       It is the court -- not me advocating,
20 not the U.S. attorney advocating -- telling you
21 this. It is the court instructing you that as to
22 these witnesses, you should examine the testimony
23 of them with great caution; and for all common
24 sense with great, great reason.
25       The next jury instruction dovetails

1452

1 additional reasons why. You have heard evidence
2 of these five testifying witnesses all have prior
3 criminal convictions before their criminal
4 activity in this case, from drug trafficking to
5 violent offenses to lying to law enforcement.
6       Those are big deals. Those aren't
7 speeding tickets or DUIs, which is why Jury
8 Instruction No. 10 tells you to consider this
9 evidence in deciding whether or not to believe the
10 witnesses.
11       Maybe you don't believe them at all.
12 Or at the very least, how much weight to give the
13 testimony of these witnesses.
14       Jury Instruction No. 9 and Jury
15 Instruction No. 10 are extremely relevant because
16 this cast of characters that have testified, as
17 your recollection will tell you, gave endless
18 inconsistent statements or vague statements about
19 what happened, in their efforts to protect
20 themselves.
21       Fabian Beltran. He testified, and it
22 was clear there is no evidence of phone calls from
23 or to Mike Morris with him. And when asked on
24 cross-examination, there was an interesting
25 exchange, a chronology that I tried to point out,

1453

1 that you'll see when you review his plea
2 agreement.
3       But on May 16th, he testified, he
4 talked to the police and he told him all that he
5 knows, all of the names. And the quote that I
6 thought might jog a recollection when he said,
7 just not the addresses. There was no mention of
8 Mike Morris in that interview.
9       The date of the plea agreement, July
10 17th. It's an exhibit in your courtroom [sic].
11 It has the strings that I have referenced a moment
12 ago, the carrot for a man who is in big trouble.
13       Six days later, there is an interview
14 with the police, and now there is one mention of
15 Mike Morris. There is one transaction that now he
16 claims occurred. Four days later, you will see
17 the plea agreement is signed.
18       What did he say happened on July 23rd?
19 Fabian says he sold to Ben Vertner while at Mike's
20 house. Mike wasn't there. Mike may have shown
21 up. So he sold to Ben Vertner. He didn't sell to
22 Mike, by his own words.
23       Johnny Tambunga testified that despite
24 his involvement with Mr. Sanchez and Beltran and
25 Mr. Ruiz, he doesn't know Mike Morris either.

1454

1        Johnny Tambunga provided an interesting
2 piece of testimony, when asked about a particular
3 debt and if he owed money to Sanchez.
4 Mr. Tambunga said, "If Ben Vertner says I owed
5 Sanchez money, he'd be lying."
6        Then Ben Vertner, when testifying, said
7 that he did.
8        Was Ben Vertner lying?
9        We got to know more than we would ever
10 want to know about Ben Vertner. You are the best
11 judges of what, if anything, you believe from Ben
12 Vertner.
13        The list of his experience is shocking,
14 to say the least. He now faces 30 years to life
15 and he needs to find a way out. Maybe anybody
16 facing 30 to life needs to find a way out, of
17 these characters that have testified.
18        Ben Vertner, more than any other,
19 demonstrated to you this crystal clear conviction
20 and ability to manipulate and use, to mislead and
21 be dishonest, throughout this entire process. He
22 does whatever is necessary to help himself,
23 sometimes to the most offensive and disgusting
24 levels.
25        In no particular order, he told you, as

1455

1 soon as he gets arrested, one of the first things
2 he volunteers to do is call the mother of his twin
3 baby boys, and gets her arrested, too. That's
4 when he is asking her to hide his meth, to hide
5 his gun, to do what you're told.
6        Ben Vertner tells us that he uses
7 women, at least Rachel, Tanya, Amber, and Amy, all
8 to hold his meth in their vagina or hide his drugs
9 at his house if the police come.
10        In regards to this, in regards to the
11 level of what Ben Vertner will do to protect
12 himself, when you're back in the jury room, look
13 at Exhibit 46, the exhibit that made Officer
14 Klitch sick. The conduct itself makes me sick.
15        He testified then that he had
16 Mr. Tambunga hold his meth, hold Ben's meth, when
17 the cops came at the Crescent Bar.
18        When I asked him, the response wasn't
19 as concerning as the flat affect with which he
20 provided it. I asked him, "Did you do that to
21 avoid trouble for yourself?"
22        Flatly, "Yes," as if, of course.
23 That's his MO.
24        We already highlighted that Tambunga
25 denies it. He said -- Tambunga says Ben is lying,

1456

1 if that's what he said. And Ben did.
2        There was even reference that -- from
3 Ben, that he dilutes and mixes his meth with MSM
4 without telling customers. He lies to everybody,
5 even the people that he is doing his improper
6 business with.
7        One of the more concerning ones that I
8 point out, should have been a relatively easy
9 question: "How often did Amy Cavazos smoke pot in
10 2012?"
11        He said, "Twice." And then he said,
12 "I'm guessing." And then he said, "Zero."
13        I hope you recall that testimony. It
14 baffles me. Sure, it doesn't matter. It's Amy.
15 It's marijuana in 2012. Who cares in this case?
16        I care, big time. And I hope you do,
17 too. He sat on that chair in front of the 12 of
18 you and said "twice" and said "zero." Which is
19 it?
20        If he can't answer that question
21 honestly, what can he answer honestly? Or is this
22 a product of Ben does what he needs to help
23 himself?
24        Ben Vertner then listed in detail who
25 he sold to in 2012, 2012. We went through them

1457

1 one by one; 21 different customers from January to
2 May alone. This is Ben Vertner's testimony, 21
3 different customers.
4        Let's talk about the quantities that he
5 claims. You will see how these stories unravel.
6 It's much easier to tell the truth; you don't have
7 to remember.
8        He referenced Mr. Sanchez as his sole
9 source, and that he would buy four to six ounces a
10 week. That's 112 to 168 grams a week.
11        He testified about K.C. Hensley buying
12 one to two ounces at a time; Mr. Chapman, half an
13 ounce to an ounce; Mr. Keisel, a quarter to a half
14 ounce at a time. That's two to three ounces a
15 week to these buyers. That would leave two to
16 three ounces for the other 18 customers.
17        Let's do some math, assuming all of
18 the -- what he claims to have sold went to all of
19 the customers. Without pulling out the large
20 amounts that went to those three that Ben told us,
21 it's five to eight grams per week. If K.C., John,
22 and Keisel are buying the large amounts that
23 Mr. Vertner talked about, a mere two to five grams
24 sold to a customer. It's math using Ben Vertner's
25 testimony.

1458

1 This is where the stories unravel, when
2 he is trying to protect himself. He says all of
3 his customers are users. We learned from
4 quantity, it's all over the board. The government
5 has not provided any clear, concise evidentiary
6 basis upon which you can rely as to what personal
7 use quantity is.
8 We have heard from a cast of characters
9 that if you use a needle versus smoking it,
10 apparently it's different. K.C. Hensley, a
11 quarter ounce at a time.
12 And with regards to that, we also heard
13 that when there were allegations of use, almost
14 all the times we heard about, you know, Ben used
15 and Amy used, too, or Rachel used and K.C. used,
16 too; there was a group of two or three would use.
17 Very rarely did you even hear an allegation that
18 any one person would get a supply and go sit by
19 themselves and use.
20 But these are burdens the government
21 has. These are the burdens the government has
22 failed to satisfy. And most telling, Patric
23 Campbell said what probably was crystal clear and
24 true: When Ben went away, the meth went away.
25 K.C. Hensley came with a purpose. We

1459

1 heard from Mr. Hensley. We have his plea
2 agreement. You learned about Mr. Hensley's
3 background. He is the gentleman who went AWOL
4 from the Army. He testified from his impaired
5 memory due to meth use. He used a lot. And he
6 referenced to the quantity he smoked with others.
7 When asked if Mike sold, he doesn't
8 know, conveniently. Older people. That's the
9 total extent of what he described, because he was
10 trying to wing it, because he needs to get Mike
11 Morris in trouble.
12 He used so much, he used a lot, he
13 would fall asleep for a day or two. I struggled
14 in cross-examination trying to figure out what
15 that meant. It sounds like it means a day or two.
16 He is also the individual that quite
17 simply described his 100-mile-an-hour police chase
18 through neighborhoods, jumping in the river,
19 hiding, swimming, and a second high-speed chase,
20 then another; clearly, an overt, objective desire
21 to avoid the law, without concern of others.
22 I don't think he saw it that way. I
23 don't think he saw his conduct that way, the way I
24 believe it is, a blatant disregard for law
25 enforcement and the law.

1460

1 Then you heard about him hiding out in
2 the attic of Mike Morris' house while Mike was
3 present, talking to the U.S. Marshals on the
4 phone. And this is where K.C.'s vendetta became
5 more clear. Mike turned him in. K.C. saw it in
6 the presentence report, and now it's pay-back
7 time.
8 The three women we heard provided
9 information that parallels with what Ben Vertner
10 tells you, that when Ben Vertner tells them to do
11 something, all three of them, each of them and all
12 of them, will do it, even when it's illegal. They
13 will go through great lengths to do what Ben
14 Vertner says, to the repulsive, to the dishonest.
15 They shared for you they were told in
16 advance, in advance, to hide his meth and -- Ben's
17 meth and Ben's guns, if the cops arrested him; a
18 premeditated plan to mislead, premeditated plan to
19 mislead the police when the need arises, and they
20 comply. They comply.
21 They openly fear him. He has been
22 manipulative, can make you do things.
23 I have great concern for the testimony
24 of these individuals. We heard from Amy, who has
25 been convicted of lying to the police before.

1461

1 And Rachel told us about withholding
2 information from the High Desert Task Force. I
3 believe she said she did it trying to protect
4 other people. There may be a variety of motives
5 to be misleading and false to law enforcement.
6 It's still being misleading and false.
7 If these three women will lie to the
8 police for him by hiding things, wouldn't they lie
9 to the police for him by saying things?
10 I think they would. I think in light
11 of what they have done and what their history is,
12 all three of them would do anything they could,
13 not only to take care of themselves but to follow
14 instructions.
15 That testimony brings you back to Jury
16 Instruction No. 10, which gives you warning and
17 caution about the prior criminal record of these
18 people that are testifying. Notice who is up
19 there: Benjamine Vertner, Patric Campbell, and
20 K.C. Hensley. Look at their plea agreements and
21 the magnitude of prison time, the decades they
22 face, the decades; and Ms. Cavazos, who has
23 already provided false information.
24 We learned a little bit about Michael
25 Morris, too, who volunteered to talk to the police

1462

1   when they called.  On May 23rd, he answered all
2   the questions he could.  And he did not say to the
3   police, "I have never used.  I have never bought."
4        You heard his own statements.  He told
5   them what he believes, in answer to their
6   question, half-ounce purchase over, I believe it
7   was, a month to six weeks, if I recall his
8   testimony, personal use quantity over that time.
9        He was told, "We're not arresting you."
10  If he was the bad guy, had done bad things, search
11  his house, search his car, find something, find
12  any indica of being a drug dealer.  They let him
13  go.
14       Mike then goes and tells Rachel about
15  it and says for her to call the police, "Tell them
16  everything you know."
17       As far as collecting for Ben, if the
18  government wants to make that as part of this,
19  I -- they haven't presented when, 2010, 2011, I
20  don't know when, I don't how much, from whom.
21  It's a vague attempt to tie this into the
22  conspiracy.
23       Which leads us to the most important
24  instruction, one of two, the instruction on
25  conspiracy.

1463

1        I have highlighted pertinent parts.
2   When I talked to you at the start of the case and
3   I talked about courage and I mentioned that it's
4   real easy.  This could be an easy case to be
5   dismissive and quick.  You have got the government
6   throwing a kitchen sink of information:  Do not
7   worry about it being inconsistent or dishonest.
8        It takes courage, because this language
9   is important.  It takes courage to hold the
10  government to this language, for it is not enough
11  that the individuals simply met, discussed matters
12  of common interest, or acted in similar ways, or
13  perhaps helped one another.  If all of those
14  things are true, that does not make you a
15  conspirator.
16       Furthermore, in that same instruction,
17  one who has no knowledge of a conspiracy, but
18  happens to act in a way which furthers some object
19  or purpose of it, does not -- underline is added
20  by me -- does not thereby become a conspirator.
21       Similarly, a person does not become a
22  conspirator merely by associating with one or more
23  persons who are, nor by knowing that a conspiracy
24  exists.
25       That's the distinction.  That's one of

1464

1   the fatal flaws in what the government has tried
2   to present, is those components tell you what a
3   conspiracy is not.  Michael Morris is not part of
4   this conspiracy, by any stretch, and I believe it
5   takes courage to find that.
6        I believe it takes courage to recognize
7   that the government has not shown that Mr. Morris
8   knew of a conspiracy among this cast of
9   characters.  The government has only shown that
10  Mike Morris acted in a way which furthered some
11  object or purpose of the conspiracy, without
12  knowing of its purpose.
13       Mike Morris told you that.  Bought a
14  half ounce of meth from Ben Vertner.  That's not
15  what he is charged with.  That's not the crime
16  before you.
17       Your jury instructions tell you that
18  Mike Morris would not become a conspirator by
19  associating with one or more of these people; nor
20  merely knowing what they're up to does not make
21  you a conspirator.
22       The final instruction, which may be the
23  most important of all, is the one on reasonable
24  doubt.  You're required to be firmly convinced the
25  defendant is guilty.

1465

1        We highlight these, these facets of the
2   case and the information that has been presented
3   in the hopes that you will carefully and
4   impartially consider, consider all of the
5   evidence, or the lack of evidence, the lack of
6   believability of the evidence.  And if you're not
7   convinced beyond a reasonable doubt in light of
8   those deficiencies, it is your duty to find the
9   defendant not guilty.
10       And I take some pause as I do these,
11  and I always look at this instruction when I read
12  the phrase "it is your duty to find the defendant
13  not guilty," under those circumstances.
14       One of the things that we have learned
15  in this case from these individuals who face
16  decades of prison time -- they're the sole source
17  of information to try and save themselves, Ben
18  Vertner being the best example -- is their desire
19  to stay out of prison.  We heard just a brief
20  comment about prison is a terrible place.  Nobody
21  wants to return.  Common sense would dictate that.
22  We heard from one witness who is an enforcer in
23  prison.  Lord knows it's a miserable place.
24       But through the process we also learned
25  a little bit about the desire to stay out of

1466

1   prison, and about the magnitude of your role in

2   that regard.  While I think it's scary, certainly

3   scary for Ben Vertner and others, with the

4   prospects of going back to prison -- I don't doubt

5   that.  But I stand here, I will tell you, it is

6   not nearly as scary as being an innocent person,

7   wrongly accused, and being sent there.

8              I learned through this process in

9   discussing the prisons that -- and have come to

10  discover that the dimensions of a prison cell are

11  believed to be about five paces.  Pace out five

12  paces, may be the dimensions.

13             I don't know whether that's true or

14  not, but I believe the person who said it.  I do.

15  I do because it's somebody who was referenced

16  early on in this case.  It's somebody who sat in a

17  chair, like Mike Morris, somebody who was

18  confronted with a crime, accused of a crime, and

19  somebody who had, among others things, jail

20  witnesses testify against him, jailhouse snitches,

21  one of which who went so far to say they saw that

22  person -- or excuse me -- heard that person

23  confess to the crime, and they provided that

24  testimony to a jury.

25             The individual who knows the size of

1467

1   that jail cell was convicted.  That individual,

2   who knows the size of that prison cell, said this

3   upon his release, because that's all he knew.

4   After 19 years on death row, Charles Fain was

5   released by the Honorable Judge Winmill.  It was

6   referenced early, early in the case.

7              When we talk about the obligation of

8   the government to prove, and the burden on the

9   defendant is none, this was an example of an

10  individual who had a prison snitch testify against

11  him.  The jury got it wrong, the government got it

12  wrong, everybody got it wrong.

13             Blessed for Mr. Fain, DNA evidence

14  caught up and allowed the truth to be known and

15  for him to be released.

16             MS. LAMPRECHT:  Your Honor, I really

17  apologize.  I hate to object during closing

18  argument, but there is absolutely no evidence of

19  any of this.

20             THE COURT:  All right.  Counsel, I do think

21  we need to restrict ourselves to the evidence in

22  the case.  I referenced the Fain case only to

23  highlight the need of the jury to understand the

24  significance of the reasonable doubt instruction

25  and presumption of innocence.  I'm going to give

1468

1   you some leeway here, but I think we need to move

2   on.

3              MR. BORTON:  You bet.  Absolutely,

4   Your Honor.  Absolutely.

5              I bring that up because we end where we

6   started.  I ask each and every one of you -- my

7   time before you is over.  I ask you each to have

8   the courage to demand the government to prove

9   those conspiracy claims beyond a reasonable doubt.

10             That takes courage to do so.  I don't

11  doubt that.  And I ask that you have the courage

12  to find Michael Morris not guilty, for its failure

13  to do so, because that's what's been presented to

14  you over the last eight days.

15             Again, I appreciate the time.  I

16  appreciate the attention and the hard work that

17  you've done and that you have before you.  Use

18  those jury instructions and your recollections as

19  your best guide.  I thank you very much for your

20  time and attention.

21             Thank you, Your Honor.

22             THE COURT:  All right.  Thank you.

23             Mr. Heineman.

24             CLOSING ARGUMENT BY DEFENDANT SANCHEZ

25             MR. HEINEMAN:  Ladies and gentlemen of the

1469

1   jury, I'm probably going to sound like a broken

2   record as I repeat some of the things that

3   cocounsel have already said, but they're such

4   important factors in coming to a decision that

5   they just can't be ignored.

6              I know we have harped on substantial

7   assistance, substantial assistance.  Ms. Berglund

8   accurately pointed out how testimonies kept

9   falling in line all the time.  And then, as well,

10  cocounsel pointed out how these drug quantities

11  kind of keep changing, they keep growing, they

12  keep shrinking, they are kind of made to fit a

13  model of some nature.

14             So why is it important that we look

15  closely at the testimony?

16             Well, let's just look at Mr. Beltran,

17  because what we see in Mr. Beltran, I believe we

18  see in everybody.  First, look in this plea

19  agreement.  Ms. Berglund pointed out he had a

20  minimum of ten years, but it was ten years to

21  life.  And then he has another five years for just

22  the gun, on top of it; doesn't run concurrently,

23  it's always on top.

24             So the 20 percent she mentioned really

25  is kind of low.  Potentially, he could -- if they

1470

1 are looking at the amount of meth, it could be
2 much higher than 10 years.  It could be 20.  It
3 could be 30.
4         That, of course, would be an ultimate
5 decision by the judge.  But to avoid that, to get
6 away from that, he has got to convince the
7 government that he has given substantial
8 assistance so the government will file that
9 motion.
10        Also, three other charges will be
11 dropped against him.  If the government files the
12 motion, the court can sentence a cooperating
13 defendant criminal to a sentence below the
14 statutory minimum for the crime.  However, it's
15 still the government that must decide if the
16 defendant criminal has given substantial
17 assistance.  The government must believe what the
18 person said up there is true, to the government's
19 belief.
20        Fifteen for three or, gosh, maybe more
21 than fifteen for three, as he testified, he was
22 thinking he was going to get three years.  That's
23 a really good reason to state what the government
24 wants to hear.
25        Second, let's look at that testimony.

1471

1 On the stand he testified about many trips between
2 Arizona via California and then to Idaho, saying
3 he brought in a lot more weight than just four
4 pounds of meth.
5         However, when I cross-examined him
6 about his first interrogation by the Idaho State
7 Police, Mr. Beltran testified that he told them
8 everything he knew about meth in the State of
9 Idaho, that he brought in, everything.
10        How much did you bring in?
11        Mr. Beltran said, four pounds.
12        And he agreed to that:  Yeah, that's
13 what I said.
14        His uncertainty about -- between that
15 and what he later said, why?  Why that much?  I
16 mean, we're not talking about a little bit.  The
17 government believes there is like 11 pounds.
18        I mean, he is already in trouble.  Four
19 pounds is enough to get that ten-year minimum.
20 That's not the question here.  But it just seems
21 like as we went along, the testimony kept just
22 falling in lockstep with each other, despite the
23 fact of what these people said originally.
24        But what struck me is that when I asked
25 him again to maybe recount what he brought in in

1472

1 January, you know, he said:  One, two pounds, I
2 don't know.
3        "I don't know"?
4        He is testifying, as he says, against a
5 friend, that can send his friend away for a long
6 time.  And he doesn't know?  It seems like a
7 pretty big deal.  It seems like he can just go
8 boom, boom, boom, boom, especially when you are
9 given so much time to think about it.  Face it.
10 They have been basically thinking about this since
11 they got arrested.  They've been thinking about it
12 since they talked to the government.
13        Also, Mr. Beltran seemed to give the
14 impression that when he came up here in the fall
15 of 2011, that's when, surprise, surprise, my gosh,
16 they sell meth in Idaho.
17        However, we learned, when I talked with
18 Mario Martinez during his questioning, that he had
19 stated to police that he bought meth from
20 Mr. Beltran at the end of 2009, maybe early 2010.
21        I think Mr. Beltran is a little more
22 experienced than he wants to say.  And he doesn't
23 want to say, because that hurts.  That could get
24 him in more trouble.
25        Also, as Ms. Berglund was pointing out,

1473

1 how many deliveries did he make?  You know, he
2 talks about three or four each month.  He talks
3 about weekly payments.  In fact, everyone talks
4 about weekly deliveries, weekly deliveries, weekly
5 deliveries.  It doesn't seem to be that way,
6 eventually, not to comport with the chart of the
7 government.
8        In fact, he first said he even
9 delivered, you know, three or four times or so in
10 April, and then it took the government to come
11 back and remind him, you know, you were in Mexico.
12        Oh, yeah, it was only one to two; once
13 again, trying to fall in lockstep.
14        Also, just to reiterate what Ms.
15 Berglund said, look at the phone logs.  It doesn't
16 seem to make sense with what he says, how often he
17 called or how much contact he had with
18 Mr. Loveland.  It doesn't make sense.
19        What makes sense is he wanted to keep
20 going along with the government's story.
21        Also, finally, he said:  I got no money
22 for this.
23        He just got a cell phone bill, not
24 being paid.
25        Well, what happened finally on cross?

1474

1    He admitted he got 3,000.
2            Really?  Well, at first he only
3    admitted that he got four pounds, and suddenly he
4    got more.  He finally admitted he got 3,000.
5            Was it just 3,000?
6            I know things want to be pointed to,
7    but I think Mr. Beltran, you know, is just not the
8    innocent lackey that he likes to present himself
9    to be.
10           While I have spent, again, a fair
11   amount of time on Mr. Beltran, I just found that
12   every criminal codefendant provided shaky
13   testimony.  I think that was pointed out well by
14   Mr. Borton in his defense of Mr. Morris, and I
15   think it was also pointed out very well by
16   Ms. Berglund.
17           Mr. Ruiz, Mr. Know-it-all.  Here for a
18   little bit.  My gosh, though, you know, he goes on
19   deliveries.  He sees purchases.  He was arrested.
20   Yet we hear from every criminal defendant, sung in
21   amazing harmony, that this man had nothing to do
22   with this crime, nothing.  But he is always there,
23   repeatedly, on drug deliveries and potential buys.
24           Now, he is no stranger to drug crimes.
25   He has a record himself.  He has been in jail.  So

1475

1    I just find it odd that somebody, you know, goes
2    and travels a great distance to Idaho.  And we
3    know how much there is to do in Idaho, a lot to
4    do, a lot to see, but he is managing to go with
5    somebody on drug buys, drug sales?  He is risking
6    a huge jail sentence?
7            Was he just that dumb and unlucky, or
8    was there another reason?
9            Was he on tour of his own operation?
10           I just suggest it because I just find
11   it kind of odd.  Why is he always there?  It just
12   doesn't make sense, unless you're involved deeper;
13   but, again, why would you be there?
14           However, he had a great plea agreement.
15   Geez.  And in the long run he walks away, as long
16   as he can make it work well with the government.
17           We heard the testimony about the fire
18   extinguisher.  The fire extinguisher, I asked him
19   about, that Mr. Beltran bought in a hardware
20   store, allegedly.  He said about the large package
21   of meth, he talked about how big it was.
22           Yet, his reason how, you know, when I
23   asked him, was there any marks on that fire
24   extinguisher, you know, when my client was
25   allegedly about ready to cut it open?

1476

1    He said no.
2            I said okay, and said, a hack saw was
3    needed?
4            Yeah.
5            So I asked:  So, can you tell me how in
6    the world he ever got the meth into that fire
7    extinguisher?
8            What does he say?
9            My client knows how to do those things.
10           Well, gosh, if he knows how to do those
11   things, why does he need a hack saw?
12           And, again, that puzzles me.  It
13   puzzles me why this gentleman -- and they never
14   used a fire extinguisher, just packed the stuff in
15   a car somewhere, allegedly; now they need a fire
16   extinguisher?
17           You know, why, suddenly, do we have
18   that, and why is he around?
19           Also, just for clarity of record,
20   Mr. Beltran said there was two pounds in there.
21   It's Mr. Ruiz who says it's three, and somehow
22   three works.  Mr. Ruiz is the authority, the
23   gentleman who has only been here like 11 to 14
24   days.
25           Then we have Mr. Vertner.  I think

1477

1    Mr. Borton went over Mr. Vertner well, but I had
2    the same question Mr. Borton had:  Given how much
3    meth Mr. Vertner testified to moving any time
4    during this alleged conspiracy, even with the
5    limited amount he cut it -- he cut, and given the
6    fact that he testified he was an addict, given the
7    fact of, along with that, of Mr. Beltran's
8    uncertainty at times about how much meth he
9    brought in to Idaho and how much everyone else
10   allegedly got, it raises doubts in my mind of how
11   much meth is truly attributable to this conspiracy
12   and who is really in charge.
13           As for the other criminal defendants, I
14   believe they also had an array of defects in the
15   veracity of their testimony.  I believe that my
16   cocounsel has gone over that sufficiently.
17           But, true, maybe just like having beer
18   or anything else, people of different sizes seem
19   to do different amounts.  I think we saw that with
20   big Kris Hensley, you know, and his quarter ounce
21   or so, or slamming a gram here and there.  We saw
22   that with, I think it was little Amber Hites, you
23   know, like any small person can't really take that
24   much.
25           Two charges against my client, one

1478

1 being conspiracy of possession with intent to
2 distribute. I think in this case we must look
3 closely, as my cocounsel said, at what these
4 people have testified to and how they have
5 testified; must look closely at what they're
6 saying here. It seems to all fall in lockstep
7 with each other, whether they are telling the
8 truth about their own involvement, even, or even
9 they're telling the truth just to find somebody
10 else to blame on things.
11         With -- regarding the Count 2, the
12 possession with intent to distribute from May 3 to
13 May 16th, the only thing the testimony shows is
14 that we have a new character in this, and I think
15 it's Mr. Ruiz. I'm sorry, I just don't believe
16 everybody. I don't believe those people saying he
17 had nothing to do with anything.
18         I think he was there to work with
19 Mr. Beltran because Mr. Sanchez left town. I
20 don't think there was any need to give any orders.
21 I think Mr. Beltran, as for Mario Martinez's
22 testimony --
23         MS. LAMPRECHT: Again, Your Honor, I'm
24 sorry. I have to object to counsel's opinion
25 here. This is supposed to be about the evidence.

1479

1         THE COURT: I'm sorry, Ms. Lamprecht. I
2 couldn't hear you.
3         MR. HEINEMAN: He didn't hear you.
4         THE COURT: I couldn't hear you. I'm sorry.
5         MS. LAMPRECHT: Counsel is speculating, I
6 believe, at this point, and giving his opinion
7 about something that was not in evidence, and we
8 would object.
9         THE COURT: All right. I will caution
10 counsel to, you know, suggesting what you think or
11 what your opinion is is improper closing argument;
12 but you can invite the jury to draw its own
13 inference from the evidence.
14         MR. HEINEMAN: Certainly, Your Honor.
15         THE COURT: So you can rephrase your
16 argument accordingly.
17         MR. HEINEMAN: Certainly.
18         I ask the jury to carefully and
19 sincerely regard the testimony of all the criminal
20 codefendants the way it should be, cautiously. I
21 believe that the evidence has shown that,
22 especially with regard to Count 2, that
23 Mr. Sanchez had no part of that. That was
24 Mr. Beltran.
25         I believe that they were just usually

1480

1 just trying to follow and move in lockstep with
2 everybody else, when it comes to their testimony.
3 And I ask that when you do review these things
4 with regard to Count 1 or Count 2, that you do so
5 cautiously, and remembering that these people had
6 a lot to lose by not gaining that government
7 assistance that they desperately needed.
8         I thank you for your time on the jury,
9 for having to sit through all of the testimony,
10 for having -- well, for having the chance to serve
11 the government is a great honor, especially in
12 this regard. I realize that. I have served on
13 juries myself. So I thank you.
14         THE COURT: All right. Thank you.
15         Ms. Lamprecht, we have been going just
16 about two hours, which is longer than we normally
17 would take. If you're going to be very short,
18 then we'll proceed, but if it's going to be -- or
19 we might just take a five-minute bathroom break
20 right now.
21         MS. LAMPRECHT: I was thinking about 15
22 minutes, Your Honor, and I'll do
23 whatever -- whichever way the court prefers.
24         THE COURT: Just a moment.
25         Yeah. I think the jurors have voted

1481

1 with their squirming, and I'm joining them with
2 that squirming. So we're going to take a
3 five-minute break, but we're going to hold it to
4 five minutes. So just as quickly as we can take
5 care of our personal needs, we'll be back and
6 conclude the trial -- conclude the closing
7 arguments.
8         I'll admonish the jury again to follow
9 the court's admonition about juror conduct. Don't
10 discuss the case among yourselves and do not form
11 or express any opinions about the case. We will
12 be in recess for five minutes.
13         (Recess.)
14         (Jury present.)
15         THE COURT: Ms. Lamprecht, you may make your
16 rebuttal argument.
17         MS. LAMPRECHT: Thank you, Your Honor.
18         REBUTTAL ARGUMENT BY THE GOVERNMENT
19         MS. LAMPRECHT: Ladies and gentlemen of the
20 jury, you may have noticed that defense counsel
21 spent most of their time attacking the
22 government's witnesses' credibility, their
23 believability, all the wonderful deals that they
24 were offered, and what horrible people they were,
25 generally.

1482

1 First of all, I would say to you that
2 the government did not pick these people as
3 witnesses. Jim Loveland did. Michael Morris did.
4 Che, who calls himself Jesus Sanchez, did.
5 They're the ones that decided these were the
6 people that were good customers, that they could
7 sell to, that they could buy from, and that they
8 could use, all of them, to make money; just like
9 Michael Morris told the police after May 16th,
10 that he used Ben Vertner to make money.
11 Now, there were also some things that
12 perhaps counsel maybe overstated as far as the
13 plea agreements in these cases. They told you
14 that these witnesses would do anything to get a
15 substantial assistance motion from the government.
16 Well, you remember, and counsel
17 overlooked this, part of that agreement is that
18 these witnesses have to be truthful. The
19 government, just like the defense and just like
20 you, has no interest in convicting anyone who is
21 not guilty. So the government requires that these
22 witnesses be truthful.
23 And how do we know that they're
24 truthful?
25 Well, we know they're truthful the way

1483

1 that you know they're truthful and the way the
2 judge, who is the one, by the way, who decides the
3 sentence regardless of anything that the
4 government does, the judge also hears these
5 witnesses testify, and he is the one that makes
6 that decision as to whether they have earned
7 substantial assistance or not, and what -- and
8 even if they do, what their sentence would be.
9 Not one witness who testified would
10 have any idea as to what sentence that they were
11 going to get in this case.
12 I'm sorry, I lost my train of thought.
13 But what I was going to say is -- oh,
14 yes. So how is the judge going to decide, how are
15 you going to decide, how does the government
16 decide, when it debriefs these witnesses, whether
17 they're being honest?
18 You do that by listening to them, to
19 the witness. You do that by listening to them
20 carefully. You do that by checking what they tell
21 you against the evidence that you have in the
22 case, including testimony of other witnesses.
23 That's called corroboration.
24 If somebody came in here and told you
25 something and the government didn't have

1484

1 corroboration for that testimony, didn't have
2 evidence that supported that testimony, didn't
3 have other witnesses that also knew of the same
4 facts and could explain those facts to you from
5 their point of view, there wouldn't be a case
6 here. Every one of those witnesses was
7 corroborated by physical evidence or by another
8 witness.
9 Now the defense told you, with
10 absolutely no basis, that these witnesses all got
11 together somehow and followed each other's story
12 so they would all sound the same and all sound
13 good to you and the judge.
14 There is simply no truth to that.
15 Every one of those witnesses testified that since
16 the time they have been arrested, they have not
17 talked with any other codefendants about the case.
18 Everything each witness told you is based on his
19 own memory and his own recollection of the events
20 that happened.
21 The thing that's remarkable in this
22 case is not that the witnesses got together and
23 made up a story that was similar or, as defense
24 counsel said, how they all dovetailed; the
25 remarkable thing is that there were so many

1485

1 witnesses who testified for you in this case who
2 were involved in this activity, who all told you
3 the same things that happened.
4 As we said, I think that the counsel
5 for Mr. Loveland made a big deal, she said: Well,
6 Victor didn't know Jim Loveland.
7 Well, Victor didn't know Mario
8 Martinez, either, and he didn't know Dawson Lee
9 Moore, either.
10 Who did know Jim Loveland?
11 I'm sorry. Victor did know Jim
12 Loveland, and he -- I'm sorry. I got confused.
13 Victor was the one who did know Jim Loveland. He
14 knew Dawson Lee Moore. He knew who Mo was,
15 although we never found out. And he knew Ben
16 Vertner, because he delivered methamphetamine to
17 them. Victor only knew that because Fabian took
18 him with him.
19 The defense indicated that Victor got a
20 particularly sweet deal in this case because he
21 pled guilty to possession of marijuana, rather
22 than being part of the methamphetamine deal.
23 Every witness that the government
24 talked to said that Victor Ruiz was not involved
25 in the methamphetamine deal. He was hanging out

1486

1 with Fabian. It's -- he was there, and that's all
2 he was.
3        As you have heard, you have to have a
4 criminal intent to be guilty of a crime. Victor
5 didn't have the criminal intent. And Victor was
6 charged with the conduct that he engaged in and
7 the criminal intent that he had, as were Jesus
8 Guadalupe Sanchez, Michael Morris, and Jim
9 Loveland, based on the evidence that you've heard
10 in the courtroom today.
11        Defense counsel also said that all
12 these witnesses would say anything to you, because
13 they were looking for the best deal they could
14 get.
15        Well, then, let me ask you this: Why
16 didn't every one of the government's witnesses get
17 up there and say lots more about these
18 witnesses [sic]? Why didn't they say, "Oh, I
19 delivered to him, you know, probably every day"?
20        Why didn't they say that people that
21 they didn't know were part of the deal? If they
22 were making it up and just trying to get a
23 benefit, they would do that.
24        But these witnesses know that they need
25 to be truthful, they need to be careful, and they

1487

1 need to say to the best of their ability what they
2 believe is true.
3        Are their accounts always going to
4 dovetail? Of course not, nor should they.
5        Are they consistent with each other? I
6 believe the answer to that is yes. But you are
7 the triers of the fact, and that is for you to
8 determine.
9        Let's look at some of the things they
10 talked about. If Victor Ruiz is looking for the
11 best deal he can get, how come he didn't say,
12 "Well, Michael Morris is a drug dealer. He is a
13 bad guy"?
14        Well, Victor Ruiz didn't know Michael
15 Morris, so he wasn't going to testify against him.
16        But Michael Morris told you himself
17 that he bought meth. We don't have to prove that.
18 He told you. He bought meth from K.C. Hensley,
19 just like K.C. Hensley and Ben Vertner said he
20 did. Then he said he bought meth from Ben
21 Vertner, just like K.C. Hensley and Ben Vertner
22 and Amber Hites said he did.
23        Michael Morris is street smart. He
24 lied to you about -- he tried to lie to the
25 officers about the amount of money. But as you

1488

1 heard, when he told Rachel Coblentz, those cops
2 that interviewed him knew exactly how much money
3 he owed Ben Vertner, and that was $1,850 for the
4 last -- for the last ounce that he got, and
5 probably some before that, when Amy Cavazos and
6 Ben Vertner delivered to him on the Oregon Slope.
7        Now, you remember that these
8 witnesses -- the defense counsel accused the
9 government's witnesses of lying and not telling
10 the truth when they related these facts; but
11 defense counsel never talked about the facts.
12 They didn't talk about them with you, and they
13 didn't talk to them about the witnesses.
14        There was no time when the defense, on
15 cross-examination, got a witness to contradict
16 their version of the facts. Fabian -- the
17 government contradicted Fabian Beltran when he
18 said that he delivered in April, when he
19 also -- and we pointed out the contradiction, and
20 he agreed that he didn't deliver in April; not the
21 defense counsel.
22        Defense counsel stayed away from the
23 facts. And the reason they did is simple. It's
24 because those facts, the evidence, the testimony
25 that was corroborated by more than one witness

1489

1 talking about it, the drugs in evidence, the
2 amount of deliveries that were testified that they
3 were made, and the amounts of drugs that they
4 testified these -- they gave to the customers,
5 came back very close to the same. The evidence
6 indicates that the witnesses were telling the
7 truth.
8        There was a lot of testimony about the
9 fact that the phone calls don't -- couldn't
10 possibly show all the calls between the witnesses.
11 And counsel for Jim Loveland made a big deal about
12 the fact that nobody called him Jimmy. But his
13 name was spelled J-I-M-E in Fabian's phone.
14        Well, if you look at that phone, Dawson
15 was spelled D-O-S-E-N. The names, or how Fabian,
16 with whatever his ability to spell, isn't the
17 issue here. The fact is, look at the business
18 card, look at the phone contact list. That's Jim
19 Loveland's telephone number in Fabian's contacts.
20 There is no reason for it to be there unless they
21 were in contact with each other by that phone,
22 doing drug dealing.
23        Now, counsel has also made a big deal
24 about, well, all the calls don't correlate with
25 all the deliveries. They have made an assumption

1 that every time there is a delivery, there has to
2 be a phone call from that phone. We know that Che
3 was smart enough not to use cell phones whenever
4 possible. The last call he made to Victor was
5 from a pay phone.
6         There is no -- we don't know when the
7 defendants used pay phones or when they didn't.
8 We don't know when, since the defendants were
9 usually in town for like two-and-a-half, three
10 weeks at a time, you don't know how many times
11 they went over to, say, Jim Loveland's house and
12 said -- Jim Loveland said, "Bring me another in
13 two or three days. I'll have the money for you."
14 There is no need for a phone call.
15         The fact that's important here is that
16 Fabian Beltran, Johnny Tambunga, and Che, who had
17 no other reason to know Jim Loveland, all had his
18 telephone number and used it.
19         I think there was some testimony that
20 Ben Vertner must have been somehow delivering all
21 of the ounces of methamphetamine in this case, so
22 that Loveland and anyone else wouldn't have had
23 any.
24         Well, Mario Martinez, who was one of
25 Che's regular customers, got on the stand and

1 testified to you himself. Mario Martinez told you
2 he was getting two ounces a week whenever they
3 were in town. They said on a weekly basis. This
4 conspiracy lasted over six months.
5         No one, not defense counsel, not
6 myself, maybe not even Judge Winmill, is going to
7 be able to tell you when -- whether a major event
8 occurred before or after a minor one.
9         Did you do that before or after you ate
10 lunch, five months ago?
11         Well, who knows?
12         Did you do that? Did you deliver the
13 methamphetamine?
14         Oh, yeah; that, you will remember.
15 Exactly when over this long period of time, maybe
16 not.
17         How many times exactly did they deliver
18 methamphetamine to each customer? We don't know.
19 We know that the testimony, all of the testimony
20 by the witnesses who testified about the
21 methamphetamine deliveries, including Mario
22 Martinez who was one of the customers, was that
23 they delivered weekly.
24         I think it's fair to construe that --
25 that they delivered weekly when they were in town.

1 As we showed you on the chart, when they were in
2 town they had time to deliver to each customer two
3 or three times if they delivered on a weekly
4 basis.
5         And based on that chart, the amount
6 they would have delivered came out very close to
7 the amount that they had to deliver to customers
8 during that time period, based on the number of
9 trips they took and the amounts that they brought
10 back on each trip.
11         These numbers are not pulled out of
12 thin air. They come from the testimony of the
13 witnesses. You just can't make those numbers
14 dovetail like that unless, I suggest to you, that
15 it's a pretty good factual representation by the
16 witnesses.
17         I think I would like to end with one
18 thing. Defense counsel said that you should be
19 courageous and you should take comfort from the
20 fact that you have the ability to acquit his
21 defendant. He was talking about Michael Morris.
22 He also indicated that you should do that with
23 respect to all of these defendants.
24         I suggest to you that if you find the
25 government's evidence to be credible, and if you

1 find beyond a reasonable doubt that that evidence
2 demonstrates that these defendants are guilty, you
3 should take no courage -- you should -- you don't
4 need any courage, and you should take no comfort
5 in letting somebody who is dealing methamphetamine
6 like this out on the street to infect other people
7 with this poison.
8         You have seen what it did to the people
9 who were in this case, using and taking. They're
10 not nice people. They lived miserable lives.
11 They did horrible things.
12         But you know what? They all told you
13 about what they did, as well as what they did with
14 the defendants. In the government's opinion, they
15 told you honestly what they did and how those
16 actions reflected.
17         K.C. Hensley told you he was driving
18 over 100 miles an hour through Fruitland with
19 methamphetamine from Ben Vertner.
20         I don't believe -- I believe that Amy
21 Coblentz and Rachel -- Rachel Coblentz and Amy
22 Cavazos told you that they carried meth in their
23 pockets for Ben Vertner. They did not carry it
24 internally.
25         Amber Hites told you she carried it

1494

1 internally.

2          Officer Klitch told you he threw up

3 when he got the tube from Tanya Olson.  This was

4 horrible stuff.  But it is the defendants, Che,

5 Michael Morris, and Jim Loveland, who chose to

6 associate with these people so they, too, could be

7 involved in this awful methamphetamine trade.

8          We would ask you, ladies and gentlemen,

9 when you go back to the jury room, to look at the

10 testimony of all the government's

11 defense -- defendant witnesses very carefully,

12 examine what they said with what others said, use

13 the standards that I talked about, about how you,

14 in everyday life, judge another person's

15 credibility.

16          You saw them on the stand.  You saw how

17 forthcoming they were.  You should be able to tell

18 whether they were telling you something that they

19 knew or whether they were making it up.  And I

20 suggest to you that you will find that based on

21 their demeanor, what they had to say, especially

22 when compared with what other defendants had to

23 say independently, you will find that they are

24 telling the truth.  And we ask you, if you do

25 this, to find all three defendants guilty as

1495

1 charged beyond a reasonable doubt.

2          FURTHER FINAL JURY INSTRUCTIONS BY THE COURT

3          THE COURT:  Ladies and gentlemen, objections

4 were made with regard to offering personal

5 opinions about the testimony.  It is improper and

6 I'm going to instruct you to disregard any

7 statement made by any attorney with regard to

8 their personal opinion about what the facts show.

9          Now, they can argue inference that you

10 can draw from the facts, but they're not permitted

11 to offer their own opinion or to vouch for a

12 particular witness; in other words, indicating

13 their personal belief that one witness told the

14 truth or did not tell the truth.

15          So I'm going to instruct the jury to

16 disregard any such comment by any of the

17 attorneys, and I think I'll just leave it at that.

18          Ladies and gentlemen, I have a final

19 set of instructions I'm going to read to you.

20 These are fairly stock instructions, so you won't

21 have a copy to follow along.  It will take just a

22 few minutes.  I know I'm the only thing standing

23 between you and some lunch, so I'll make this as

24 quick, but as complete, as necessary.

25          I'll first remind you that the

1496

1 arguments and statements by lawyers are not

2 evidence.  The lawyers are not witnesses.  What

3 they have said in their opening statements,

4 closing arguments and at other times is intended

5 to help you interpret the evidence, but it is not

6 evidence.  If the facts as you remember them

7 differ from the way the lawyers have stated them,

8 your memory of them controls.

9          When you begin your deliberations,

10 elect one member of the jury as your foreperson

11 who will preside over the deliberations and speak

12 for you here in court.

13          You will then discuss the case with

14 your fellow jurors to reach agreement if you can

15 do so.  Your verdict, whether guilty or not

16 guilty, must be unanimous.

17          Each of you must decide the case for

18 yourself, but you should do so only after you have

19 considered all the evidence, discussed it fully

20 with the other jurors, and listened to the views

21 of your fellow jurors.

22          Do not be afraid to change your opinion

23 if the discussion persuades you that you should,

24 but do not come to a decision simply because other

25 jurors think it is right.

1497

1          It is important that you attempt to

2 reach a unanimous verdict, but, of course, only if

3 each of you can do so after having made your own

4 conscientious decision.  Do not change an honest

5 belief about the weight and effect of the evidence

6 simply to reach a verdict.

7          Some of you have taken notes during the

8 trial.  Whether or not you took notes, you should

9 rely on your own memory of what was said.  Notes

10 are only to assist your memory.  You should not be

11 overly influenced by your notes or those of your

12 fellow jurors.

13          Now, you'll recall that I gave you an

14 admonition at the beginning of the trial about

15 juror conduct, not to discuss the case among

16 yourselves or with anyone else, not to consult any

17 outside reference materials.  Those instructions

18 still apply, with perhaps two exceptions.  One is

19 that you are now free to discuss the case among

20 yourselves and you are now free to form opinions,

21 that is, as soon as you retire to the jury room

22 and begin your deliberations.

23          But with that exception, the court's

24 admonition still applies.  You must not

25 communicate with anyone else about the case.  That

1498

1    would include any type of communication in person,
2    in writing, by electronic means, including text
3    messaging, blogs, websites, et cetera.
4         Likewise, you are not to let anyone
5    communicate with you.  And you're not to be
6    exposed to any outside materials while
7    deliberating.  That includes news or media
8    accounts of the trial, and also not consulting any
9    dictionaries, reference materials, searching the
10   Internet or anything of that sort.
11        Likewise, we're going to require that
12   you turn off your cell phones.  We might gather
13   your cell phones.  But since it's personal
14   property, we'll ask you to physically turn off the
15   cell phones, put them in a place in the jury room.
16   Mr. Severson can assist you in that regard.  And
17   I'll leave it up to the jury, particularly the
18   foreperson, to ensure that the cell phones are not
19   turned on at any time during jury deliberations,
20   unless you need to take a break.
21        And during that break you may be
22   allowed to step into the hallway and make phone
23   calls, if you have an emergency.  But with that
24   exception, and then only when you have been
25   instructed that you can do so by the bailiff, you

1499

1    are just simply not to use phones for any purpose
2    whatsoever, and they are to remain physically off,
3    not just on silent mode, but turned off.
4         The punishment provided by law for
5    these crimes is for the court to decide.  You may
6    not consider punishment in deciding whether the
7    government has proved its case against the
8    defendants beyond a reasonable doubt.
9         After you have reached a unanimous
10   agreement on a verdict, your foreperson should
11   complete the verdict form according to your
12   deliberations, sign and date it, and advise the
13   bailiff that you are ready to return to the
14   courtroom.
15        If it becomes necessary during your
16   deliberations to communicate with me, you may send
17   a note through the bailiff, signed by any one or
18   more of you.  No member of the jury should ever
19   attempt to communicate with me except by a signed
20   writing.  And I will respond to the jury
21   concerning the case only in writing or here in
22   open court.
23        If you send out a question, I will
24   consult with the lawyers before answering it,
25   which may take some time.  You may continue your

1500

1    deliberations while waiting for the answer to any
2    question.
3         Remember that you are not to tell
4    anyone, including me, how the jury stands
5    numerically or otherwise on any questions
6    submitted to you, including the question of the
7    guilt of the defendant, until after you have
8    reached a unanimous verdict or have been
9    discharged.
10        You will now retire to the jury room,
11   and your first duty will be to select your
12   foreperson.  You may then start your
13   deliberations.
14        The bailiff will shortly bring in the
15   original exhibits admitted into evidence.
16        I would make one further note.  The
17   video and audio recordings which were admitted
18   into evidence can only be played back to you here
19   in the courtroom, with counsel and the parties
20   present.  So if you feel the need to review those
21   audio or video recordings, please send a note out
22   through Mr. Severson, and we'll arrange that.
23        It may take a few minutes to get
24   everyone back in the courtroom.  So if you feel
25   that's going to be necessary, please plan ahead

1501

1    and make that request in writing through the
2    bailiff, and that will be permitted but only here
3    in the courtroom.
4         Let me inquire.  Are there any of the
5    jurors who feel that you would not be physically
6    able, or for any reason not able, to proceed with
7    deliberations?
8         We have an alternate and I have to
9    excuse them, but I obviously won't do so until I
10   know that all of the other jurors are able to
11   proceed with deliberations.
12        Anyone who feels you cannot?
13        Okay.  I see no response.
14        It was determined from the first day of
15   trial who the alternate was.  I always feel a need
16   to apologize, because you have devoted your time
17   to the trial, but unfortunately we can only have
18   12 jurors deliberating, and we need that alternate
19   in case someone does become ill.
20        Juror No. 35, you were the alternate.
21   It was based on where you were seated.  As I
22   recall, you were in the very front during jury
23   selection.  That was the telling factor.  It has
24   no other basis other than just a pure numerical
25   determination of where you were seated and when

1502

1  your name and number came up.
2        So you will be excused.  You will be
3  allowed -- I think they have pizza for you.  You
4  can grab a couple pieces to eat on the road.  But
5  the jury cannot begin deliberating until Juror No.
6  35 leaves the jury room.  I do want to express our
7  appreciation for your service.
8        Please continue to follow the court's
9  admonition in all respects for the next 24 hours
10 at least.  If a juror does become ill, you may be
11 summoned back.  We have your telephone number and
12 you may be called if that becomes necessary.  I
13 don't think it will.  I have never seen it happen,
14 but we always ask the alternate juror to continue
15 not to discuss the case and not to form any
16 opinions, because you may be brought back.
17       At this time, I will have Ms. Gearhart
18 swear Mr. Severson to serve as bailiff for the
19 jury.
20       (Bailiff sworn.)
21 THE COURT:  At this time, ladies and
22 gentlemen, you may retire to the jury room.  As
23 soon as Mr. Severson brings in the trial exhibits,
24 you will be allowed to begin your deliberations,
25 but again, not until Juror No. 35 has left the

1503

1  jury room.
2        You may retire and begin your
3  deliberations.
4        (Jury out for deliberation.)
5  THE COURT:  Counsel, very quickly, because I
6  am late, very late, for a meeting.
7        I'm going to ask you to -- first of
8  all, I respond to jury questions in writing, but I
9  will consult with counsel and give you a chance to
10 put on the record any objection.  But I don't
11 respond by bringing the jury back into the
12 courtroom.  Is that agreeable?
13 MS. LAMPRECHT:  Yes, Your Honor.
14 MS. BERGLUND:  Yes, Your Honor.
15 MR. BORTON:  Yes, Your Honor.
16 MR. HEINEMAN:  Yes, Your Honor.
17 THE COURT:  All right.
18       The other item is you will need to
19 review all of the trial exhibits to ensure that
20 they are in proper form.  As I noted, by circuit
21 law we cannot send the ability into the jury room
22 to play audio or video recordings.  Those have to
23 be done here in court, with the defendant and the
24 attorneys present.
25       So it's going to be important that we

1504

1  have all of you at least close enough so we can
2  have you here, if they make that request, within
3  10 or 15 minutes.  So please do so, and leave
4  Ms. Gearhart with your cell phone number so we can
5  reach you almost immediately.
6        I think that covers everything, but
7  something is nagging at me that I'm forgetting
8  something.
9        Is there anything else, Counsel, we
10 need to take up?
11       Ms. Lamprecht?
12 MS. LAMPRECHT:  I don't think so,
13 Your Honor.
14       Probably we won't hear from you until
15 1:30 after your meeting?
16 THE COURT:  I will break away if need be, if
17 the jury has a question.  But other than that, you
18 won't.
19 MS. LAMPRECHT:  I can't think of anything
20 you haven't told us.
21 THE COURT:  I'm sorry?
22 MS. LAMPRECHT:  I can't think of anything
23 you haven't covered.
24 THE COURT:  Okay.
25       Anything else, Counsel?

1505

1  MS. BERGLUND:  No, Your Honor.
2  MR. BORTON:  No, Your Honor.
3  MR. HEINEMAN:  No, your Honor.
4  THE COURT:  All right.  We'll be in recess
5  until further call.
6        (Recess.)
7        (Jury present.)
8  THE COURT:  For the record, I'll note that
9  all jurors are present, and the court has been
10 advised that the jury has reached a verdict.
11              JURY VERDICT
12 THE COURT:  Let me inquire of the
13 foreperson, has the jury reached a unanimous
14 verdict?
15 THE FOREPERSON:  We have.
16 THE COURT:  All right.  Would you hand the
17 verdict form to Mr. Severson, so that I can
18 examine it?
19       I might inquire, there is a number "12"
20 written next to each of the indicated verdicts.
21 I'm assuming that's to indicate the number of
22 jurors voting?
23 THE FOREPERSON:  That's correct.
24 THE COURT:  And to indicate that the jury
25 was unanimous?

1506

1    THE FOREPERSON:  That's correct.

2    THE COURT:  All right.

3    I am going to have the jury read.  I'll

4    ask the jurors to listen carefully as the verdict

5    form -- excuse me.  I'm going to have the verdict

6    read, and I would ask the jury to listen carefully

7    as the verdict is read to ensure that it conforms

8    with your verdict, your individual verdict, in all

9    respects.

10   If the defendants will please stand.

11   THE CLERK:  (Reading:)

12   "United States of America versus Jesus

13   Guadalupe Sanchez, Michael Dennis Morris, and Jim

14   Allen Loveland.

15   "We, the jury, find unanimously as

16   follows:

17   "As to Count 1 of the indictment

18   charging the defendant, Jesus Guadalupe Sanchez,

19   with conspiracy to possess with intent to

20   distribute methamphetamine in violation of Section

21   841(a) and Section 846 of Title 21 of the

22   United States Code, between in or about November

23   2011 and May 16th, 2012, the defendant is guilty.

24   "We, the jury, having found the

25   defendant, Jesus Guadalupe Sanchez, guilty of the

1507

1    offense charged in Count 1 of the indictment,

2    further unanimously find that he conspired to

3    possess with intent to distribute methamphetamine

4    in the amount shown:  Pure methamphetamine

5    weighing 50 grams or more.

6    "As to Count 1 of the indictment

7    charging the defendant, Michael Dennis Morris,

8    with conspiracy to possess with intent to

9    distribute methamphetamine in violation of Section

10   841(a) and Section 846 of Title 21 of the

11   United States Code, between in or about November

12   2011 and May 16th, 2012, the defendant is guilty.

13   "We, the jury, having found the

14   defendant, Michael Dennis Morris, guilty of the

15   offense charged in Count 1 of the indictment,

16   further unanimously find that he conspired to

17   possess with intent to distribute methamphetamine

18   in the amount shown:  A mixture or substance with

19   a detectable amount of methamphetamine weighing at

20   least 50 grams, but less than 500 grams.

21   "As to Count 1 of the indictment

22   charging the defendant, Jim Allen Loveland, with

23   conspiracy to possess with intent to distribute

24   methamphetamine in violation of Section 841(a) and

25   Section 846 of Title 21 of the United States Code,

1508

1    between in or about November 2011 and May 16th,

2    2012, the defendant is guilty.

3    "We, the jury, having found the

4    defendant, Jim Allen Loveland, guilty of the

5    offense charged in Count 1 of the indictment,

6    further unanimously find that he conspired to

7    possess with intent to distribute in the

8    amount shown:  Pure methamphetamine weighing 50

9    grams or more.

10   "As to Count 2 of the indictment

11   charging the defendant, Jesus Guadalupe Sanchez,

12   with possession with intent to distribute

13   methamphetamine in violation of Section 841(a)(1)

14   of Title 21 of the United States Code, on or about

15   May 3rd, 2012, through May 16th, 2012, the

16   defendant is guilty.

17   "We, the jury, having found the

18   defendant, Jesus Guadalupe Sanchez, guilty of the

19   offense charged in Count 2 of the indictment,

20   further unanimously find that he possessed with

21   intent to distribute methamphetamine in the amount

22   shown:  Pure methamphetamine weighing 50 grams or

23   more."

24   Dated January 22nd, 2013, signed by the

25   foreperson.

1509

1    THE COURT:  Ladies and gentlemen of the

2    jury, is this your verdict, so say you one, so say

3    you all?

4    (Jury affirms.)

5    THE COURT:  All right.  You may be seated.

6    Counsel, do you wish to have the jury

7    polled individually?

8    MS. BERGLUND:  Yes, Your Honor.

9    THE COURT:  All right.

10   I'm going to go through each of the

11   jurors, referring to you by your juror number as

12   originally designated, and inquire as to whether

13   this is your individual verdict in all respects.

14   If it is not, please so indicate and we'll inquire

15   further.

16   I'll start on the front row with Juror

17   No. 10.  Is that your verdict in all respects?

18   JUROR NO. 10:  Yes.

19   THE COURT:  Juror No. 11, is that your

20   verdict in all respects?

21   JUROR NO. 11:  Yes.

22   THE COURT:  Juror No. 38, is that your

23   verdict in all respects?

24   JUROR NO. 38:  Yes.

25   THE COURT:  Juror 37, is that your verdict

1510

1 in all respects?

2      JUROR NO. 37:  Yes.

3      THE COURT:  Juror 14, is that your verdict

4 in all respects?

5      JUROR NO. 14:  Yeah.

6      THE COURT:  Juror 15, is that your verdict

7 in all respects?

8      JUROR NO. 15:  Yes.

9      THE COURT:  Juror 16, is that your verdict

10 in all respects?

11      JUROR NO. 16:  Yes.

12      THE COURT:  Juror No. 6, is that your

13 verdict in all respects?

14      JUROR NO. 6:  Yes, Your Honor.

15      THE COURT:  Juror No. 36, is that your

16 verdict in all respects?

17      JUROR NO. 36:  Yes, Your Honor.

18      THE COURT:  Juror No. 41, is that your

19 verdict in all respects?

20      JUROR NO. 41:  Yes.

21      THE COURT:  Juror No. 6, is that your

22 verdict in all respects?

23      JUROR NO. 6:  (Inaudible.)

24      THE COURT:  Did you say yes?

25      JUROR NO. 6:  Yes.

1511

1      THE COURT:  All right.

2      Juror No. 7, is that your verdict in

3 all respects?

4      JUROR NO. 7:  Yes.

5      THE COURT:  All right.  I'm going to direct

6 that the clerk file and record the verdict.

7      I will order the defendants detained

8 pending sentencing in this matter.

9      We'll schedule sentencings at this time

10 for -- with regard to Mr. Sanchez on April 8th,

11 2013 -- the sentencing, I'm sorry, will occur on

12 April 8th, 2013, at 9:00 a.m.

13      The original presentence report will be

14 due March 4th, 2013.

15      Counsel must notify the Probation

16 Office of their objections by March 18th, 2013,

17 with the final report of the presentence report

18 submitted to court and to counsel by April 1st,

19 2013.

20      The sentencing for Mr. Morris will

21 occur on the same date, April 8th, 2013, at

22 10:00 a.m.

23      The original report will also be due on

24 March 4th.  Objections are due by March 18th, and

25 the final report due on April 1st.

1512

1      Likewise, Mr. Loveland's sentencing

2 will be scheduled for 11:00 a.m. on April 6th

3 [sic], 2013, with the presentence report due March

4 4th.  The objections --

5      (Clerk conferring with court.)

6      THE COURT:  I'm sorry.  It is April 8th.  I

7 should have put on my reading glasses.  April 8th,

8 2013, for Mr. Loveland, at the same time, at 11:00

9 a.m.

10      The original report will be due on

11 March 4th.  Counsel must notify the Probation

12 Office of their objections by March 18th, and the

13 final report will be due on April 1st, 2013.

14      I would also indicate, Counsel, that we

15 have scheduled only one hour for sentencing.  If

16 you feel the need for more time, we will certainly

17 accommodate that.  We will have to reschedule it

18 to a different date and time.

19      I would also at this time read to the

20 jury my final instruction.  Again, you won't have

21 a copy, but I will just read to you very briefly

22 this instruction.

23      You have now completed your duties as

24 jurors in this case and are discharged with the

25 sincere thanks of the court.

1513

1      The question may arise as to whether

2 you may discuss this case with the attorneys or

3 with anyone else.  For your guidance, the court

4 instructs you that whether you talk to the

5 attorneys or to anyone is entirely your own

6 decision.  It is proper now for you to discuss

7 this case if you want to, but you are not required

8 to do so.  And you may choose not to discuss the

9 case with anyone.

10      If you choose to talk to someone about

11 this case, you may tell them as much or as little

12 as you like about your deliberations or the facts

13 that influenced your decisions.  If anyone

14 persists in discussing this case over your

15 objections, or becomes critical of your service

16 either before or after any discussion has begun,

17 you may report it to me.

18      I would also indicate that the other

19 jurors may well have thought, appropriately, that

20 their comments and statements made during

21 deliberations were made in confidence.  So for

22 that reason, I would discourage you from

23 commenting to anyone who may ask about the jury's

24 deliberations about what was said by other jurors.

25      You're certainly free to discuss your

1    own feelings and attitudes and also describe in a
2    very general way the course of deliberations, but
3    I think it would be best if you not disclose to
4    others what other jurors said or what you felt
5    their assessment of the evidence was.
6              Counsel, is there anything else at this
7    time?
8         MS. LAMPRECHT:  No, Your Honor, not on
9    behalf of the government.
10        THE COURT:  Ms. Berglund.
11        MS. BERGLUND:  Your Honor, we would like to
12   renew our motion from earlier.
13        THE COURT:  All right.  For the record, it
14   is noted.  You may want to renew that in writing
15   as well, with briefing to follow.
16             All right.  Mr. Borton.
17        MR. BORTON:  Nothing, Your Honor.
18        MR. HEINEMAN:  Nothing, Your Honor.
19        THE COURT:  At this time, ladies and
20   gentlemen, we will be adjourned.  I always take a
21   few minutes to visit with the jury afterwards,
22   just to thank you for your service and answer any
23   procedural questions you may have had.  But you
24   will now be discharged with the thanks of the
25   court, and the court will be adjourned.
                (Proceedings concluded.)

1       R E P O R T E R' S   C E R T I F I C A T E

2

3

4

5           I, Tamara I. Hohenleitner, Official

6   Court Reporter, State of Idaho, do hereby certify:

7           That I am the reporter who transcribed

8   the proceedings had in the above-entitled action

9   in machine shorthand and thereafter the same was

10  reduced into typewriting under my direct

11  supervision; and

12          That the foregoing transcript contains a

13  full, true, and accurate record of the proceedings

14  had in the above and foregoing cause.

15          IN WITNESS WHEREOF, I have hereunto set

16  my hand March 4, 2013.

17

18

19

20                      -s-
        Tamara I. Hohenleitner
21      Official Court Reporter
        CSR No. 619
22

23

24

25

## $

**$1,000** [5] - 1392:22, 1398:5, 1398:12, 1398:19, 1400:19
**$1,200** [4] - 1368:17, 1378:21, 1396:16, 1435:13
**$1,400** [1] - 1438:19
**$1,600** [2] - 1372:5, 1400:7
**$1,700** [1] - 1408:10
**$1,850** [2] - 1404:22, 1488:3
**$10,000** [5] - 1365:21, 1371:1, 1390:19, 1391:6, 1398:24
**$100** [1] - 1440:13
**$110,000** [1] - 1399:1
**$2,400** [9] - 1367:10, 1368:18, 1368:23, 1376:7, 1376:12, 1377:16, 1378:19, 1395:25, 1420:14
**$2,500** [1] - 1414:6
**$2,600** [1] - 1413:12
**$24,000** [4] - 1396:12, 1398:16, 1414:20, 1415:4
**$25** [1] - 1438:7
**$300** [2] - 1411:7, 1412:7
**$36,000** [1] - 1396:16
**$4,000** [1] - 1397:14
**$4,800** [4] - 1367:11, 1370:19, 1376:7, 1420:15
**$400** [3] - 1372:1, 1400:17, 1401:11
**$414** [1] - 1397:20
**$450** [1] - 1401:10
**$475** [1] - 1399:17
**$50** [3] - 1401:12, 1401:14, 1438:8
**$500** [2] - 1398:1, 1399:17
**$64,000** [1] - 1398:17
**$65,000** [1] - 1398:22
**$7,200** [1] - 1420:15
**$7,800** [1] - 1367:12
**$7200** [1] - 1396:6
**$800** [2] - 1372:3, 1401:14
**$850** [2] - 1401:13, 1411:6
**$900** [1] - 1411:16

## '

**'12** [1] - 1382:4

## 1

**1** [23] - 1350:24, 1358:10, 1358:21, 1358:24, 1359:3, 1359:10, 1359:24, 1360:10, 1360:13, 1361:1, 1361:12, 1361:15, 1419:7, 1421:5, 1449:5, 1480:4, 1506:17, 1507:1, 1507:6, 1507:15, 1507:21, 1508:5
**1,200** [1] - 1438:23
**1-16th** [1] - 1369:4
**1.75** [2] - 1369:5, 1369:6
**1.99** [1] - 1410:7
**10** [23] - 1334:16, 1335:23, 1348:9, 1376:13, 1378:24, 1379:1, 1383:10, 1384:5, 1384:13, 1396:9, 1397:3, 1398:16, 1404:3, 1414:17, 1432:17, 1446:12, 1452:8, 1452:15, 1461:16, 1470:2, 1504:3, 1509:17, 1509:18
**10-and-a-half** [1] - 1395:14
**10-year** [1] - 1424:14
**100** [2] - 1407:11, 1493:18
**100-mile-an-hour** [1] - 1459:17
**10745** [1] - 1384:6
**10:00** [1] - 1511:22
**10th** [1] - 1388:12
**11** [8] - 1377:12, 1377:15, 1394:8, 1423:15, 1471:17, 1476:23, 1509:19, 1509:21
**112** [1] - 1457:10
**11:00** [2] - 1512:2, 1512:8
**11:30** [1] - 1340:15
**11th** [1] - 1427:15
**12** [11] - 1375:12, 1402:22, 1405:6, 1405:9, 1421:19, 1421:20, 1421:24, 1437:1, 1456:17, 1501:18, 1505:19
**12-155-S-BLW** [1] - 1334:5
**12.25** [1] - 1369:7

**12/27** [1] - 1433:1
**13** [2] - 1402:22, 1405:7
**14** [4] - 1423:15, 1476:23, 1510:3, 1510:5
**145** [1] - 1397:1
**14A** [2] - 1380:18, 1429:16
**15** [10] - 1378:23, 1378:24, 1384:13, 1396:9, 1397:3, 1432:17, 1480:21, 1504:3, 1510:6, 1510:8
**15-year** [1] - 1436:14
**150** [2] - 1417:18, 1420:1
**15th** [2] - 1404:2, 1427:17, 1437:21
**16** [4] - 1394:9, 1406:8, 1510:9, 1510:11
**165** [1] - 1397:1
**168** [3] - 1395:15, 1396:24, 1457:10
**16th** [17] - 1351:9, 1353:17, 1358:16, 1360:5, 1361:7, 1362:7, 1367:2, 1369:4, 1374:1, 1389:13, 1453:3, 1478:13, 1482:9, 1506:23, 1507:12, 1508:1, 1508:15
**176** [3] - 1394:9, 1394:10, 1394:22
**17th** [2] - 1431:1, 1453:10
**18** [1] - 1457:16
**18th** [2] - 1511:16, 1511:24, 1512:12
**19** [1] - 1467:4
**1:30** [1] - 1504:15
**1st** [3] - 1511:18, 1511:25, 1512:13

## 2

**2** [23] - 1353:8, 1358:22, 1358:25, 1359:1, 1359:11, 1360:19, 1361:19, 1361:24, 1362:2, 1362:11, 1362:16, 1362:17, 1362:19, 1362:24, 1363:3, 1387:18, 1410:7, 1418:12, 1478:11, 1479:22, 1480:4,

**1508:10, 1508:19
**2,400** [1] - 1438:23
**2.5** [1] - 1394:19
**2.8** [1] - 1408:6
**2/21** [1] - 1429:4
**20** [5] - 1335:10, 1393:11, 1436:20, 1469:24, 1470:2
**2009** [1] - 1472:20
**2010** [2] - 1462:19, 1472:20
**2011** [15] - 1351:9, 1358:16, 1360:5, 1361:6, 1375:6, 1375:20, 1379:15, 1418:18, 1420:9, 1429:8, 1462:19, 1472:15, 1506:23, 1507:12, 1508:1
**2012** [26] - 1351:9, 1353:16, 1353:17, 1358:16, 1360:5, 1361:7, 1362:7, 1370:1, 1379:15, 1380:15, 1381:3, 1381:7, 1403:24, 1418:18, 1419:14, 1421:9, 1456:10, 1456:15, 1456:25, 1506:23, 1507:12, 1508:2, 1508:15
**2013** [11] - 1334:2, 1508:24, 1511:11, 1511:12, 1511:14, 1511:16, 1511:19, 1511:21, 1512:3, 1512:8, 1512:13
**208** [2] - 1380:4, 1380:8
**21** [2] - 1351:2, 1353:11, 1358:14, 1360:3, 1361:5, 1362:6, 1457:1, 1457:2, 1506:21, 1507:10, 1507:25, 1508:14
**22** [2] - 1334:2, 1389:4
**22nd** [2] - 1417:22, 1508:24
**23** [1] - 1379:5
**23-year-old** [1] - 1379:9
**23rd** [3] - 1398:3, 1453:18, 1462:1
**24** [4] - 1335:17, 1387:16, 1416:8, 1502:9
**24111** [1] - 1415:24
**241111** [1] - 1389:5
**250** [1] - 1374:18

**26** [8] - 1388:25, 1389:3, 1402:18, 1405:3, 1405:16, 1417:10, 1421:15, 1430:6
**26-and-a-half** [1] - 1410:8
**27** [1] - 1413:15
**27th** [2] - 1437:20, 1438:18
**28** [4] - 1338:22, 1406:5, 1410:1, 1413:21
**28.45** [1] - 1410:6
**28.8** [2] - 1402:16, 1406:6
**28.98** [2] - 1395:4, 1410:3
**29** [3] - 1336:19, 1339:6, 1413:20
**2nd** [1] - 1388:23

## 3

**3** [4] - 1358:22, 1359:12, 1359:23, 1478:12
**3,000** [3] - 1474:1, 1474:4, 1474:5
**3.5** [1] - 1338:9
**3.77** [1] - 1414:14
**30** [5] - 1396:15, 1416:7, 1454:14, 1454:16, 1470:3
**30-year** [1] - 1424:15
**30A** [1] - 1397:16
**30th** [1] - 1427:7
**31** [1] - 1397:12
**31st** [3] - 1388:13, 1392:10, 1427:8
**32** [2] - 1387:4, 1387:17
**34B** [1] - 1388:20
**35** [3] - 1501:20, 1502:6, 1502:25
**350** [1] - 1411:17
**35A** [1] - 1398:4
**36** [4] - 1392:20, 1392:23, 1510:15, 1510:17
**37** [2] - 1509:25, 1510:2
**38** [3] - 1417:9, 1509:22, 1509:24
**380** [2] - 1389:4, 1415:18
**3rd** [3] - 1353:16, 1362:7, 1508:15

**United States Courts, District of Idaho**

## 4

**4** [8] - 1360:11, 1360:14, 1360:15, 1360:18, 1360:22, 1360:24, 1361:19, 1361:25
**40** [1] - 1431:9
**40.54** [1] - 1408:6
**400-plus** [1] - 1388:20
**41** [2] - 1510:18, 1510:20
**41.45** [2] - 1395:6, 1408:5
**44** [1] - 1369:13
**44/100** [1] - 1409:9
**450** [2] - 1374:18, 1416:24
**454** [3] - 1406:7, 1406:10, 1416:25
**46** [2] - 1408:25, 1455:13
**48** [2] - 1396:5, 1422:5
**49** [1] - 1410:5
**4th** [4] - 1511:14, 1511:24, 1512:4, 1512:11

## 5

**5** [9] - 1360:12, 1360:25, 1363:15, 1363:17, 1373:20, 1374:18, 1377:25, 1415:1, 1417:12
**50** [26] - 1359:12, 1359:13, 1359:14, 1359:16, 1363:11, 1363:12, 1363:15, 1363:16, 1374:7, 1405:25, 1416:20, 1416:22, 1417:13, 1418:11, 1418:15, 1419:3, 1419:10, 1419:18, 1420:23, 1422:12, 1422:13, 1507:5, 1507:20, 1508:8, 1508:22
**500** [5] - 1359:11, 1359:12, 1363:10, 1363:12, 1507:20
**51** [2] - 1372:25, 1402:3
**53.79** [1] - 1414:13
**54** [1] - 1415:11
**55** [2] - 1419:25, 1422:9
**55.36** [2] - 1394:23, 1414:12
**56** [4] - 1338:23,

1369:7, 1369:10, 1369:13
**570-4275** [1] - 1380:8
**5th** [4] - 1427:24, 1428:2, 1436:3, 1436:7

## 6

**6** [8] - 1361:13, 1361:15, 1361:17, 1510:12, 1510:14, 1510:21, 1510:23, 1510:25
**6.22** [1] - 1409:9
**6.61** [1] - 1409:8
**60** [1] - 1415:12
**623** [2] - 1380:24, 1380:25
**66** [1] - 1417:15
**6th** [1] - 1512:2

## 7

**7** [11] - 1338:24, 1338:25, 1361:13, 1362:1, 1362:12, 1370:4, 1379:24, 1405:15, 1511:2, 1511:4
**7-and-a-half** [1] - 1395:13
**71.57** [1] - 1415:1
**72.7** [3] - 1394:19, 1414:19, 1414:25

## 8

**8** [8] - 1338:25, 1362:20, 1362:25, 1363:1, 1370:4, 1370:10, 1379:24
**841(a** [7] - 1351:2, 1358:14, 1360:3, 1361:4, 1506:21, 1507:10, 1507:24
**841(a)(1** [3] - 1353:10, 1362:5, 1508:13
**846** [7] - 1351:2, 1358:14, 1360:3, 1361:5, 1506:21, 1507:10, 1507:25
**8th** [9] - 1388:25, 1389:8, 1389:11, 1393:1, 1511:10, 1511:12, 1511:21, 1512:6, 1512:7

## 9

**9** [5] - 1334:16, 1411:10, 1450:9, 1451:11, 1452:14
**90** [1] - 1424:12
**900** [2] - 1374:17, 1411:17
**9:00** [1] - 1511:12
**9A** [1] - 1381:2
**9B** [2] - 1381:4, 1427:19
**9C** [1] - 1382:2

## A

**a.m** [4] - 1511:12, 1511:22, 1512:2, 1512:9
**abetted** [2] - 1354:11, 1355:10
**abetting** [1] - 1354:13
**abide** [3] - 1445:14, 1445:15, 1445:16
**ability** [6] - 1345:18, 1454:20, 1487:1, 1489:16, 1492:20, 1503:21
**able** [11] - 1383:12, 1383:23, 1391:5, 1409:3, 1415:13, 1415:25, 1491:7, 1494:17, 1501:6, 1501:10
**absent** [1] - 1334:3
**absolutely** [6] - 1429:9, 1433:8, 1467:18, 1468:3, 1468:4, 1484:10
**accept** [1] - 1350:10
**accident** [1] - 1355:13
**accommodate** [1] - 1512:17
**accompanied** [1] - 1409:22
**accomplice** [2] - 1347:14, 1347:15
**accomplish** [2] - 1335:11, 1351:14
**according** [10] - 1368:21, 1397:15, 1424:9, 1426:6, 1431:17, 1431:21, 1438:6, 1440:12, 1441:6, 1499:11
**accordingly** [1] - 1479:16
**account** [4] - 1397:12, 1397:22, 1398:8, 1406:11

**accounts** [3] - 1398:7, 1487:3, 1498:8
**accurately** [2] - 1364:23, 1469:8
**accusations** [1] - 1443:13
**accused** [7] - 1443:9, 1444:8, 1444:12, 1444:23, 1466:7, 1466:18, 1488:8
**acetone** [1] - 1400:2
**acquit** [1] - 1492:20
**act** [8] - 1352:25, 1354:10, 1355:11, 1355:12, 1366:5, 1420:18, 1463:18
**acted** [8] - 1352:9, 1354:21, 1355:3, 1355:8, 1355:19, 1366:16, 1444:1, 1463:12, 1464:10
**actions** [1] - 1493:16
**activities** [2] - 1349:4, 1397:18
**activity** [4] - 1334:19, 1437:16, 1452:4, 1485:2
**acts** [3] - 1354:10, 1355:15, 1355:17
**add** [5] - 1386:5, 1396:23, 1398:15, 1398:19, 1435:6
**added** [3] - 1397:14, 1451:17, 1463:19
**addict** [1] - 1477:6
**addition** [7] - 1344:13, 1348:3, 1348:6, 1349:12, 1397:14, 1405:19, 1425:3
**additional** [2] - 1428:14, 1452:1
**address** [2] - 1334:13, 1334:21
**addresses** [1] - 1453:7
**adds** [1] - 1338:23
**adjourned** [2] - 1514:20, 1514:25
**admit** [1] - 1411:5
**admits** [2] - 1426:4, 1428:12
**admitted** [11] - 1347:13, 1350:16, 1410:21, 1424:25, 1436:17, 1438:13, 1474:1, 1474:3, 1474:4, 1500:15, 1500:17
**admonish** [2] - 1403:10, 1481:8

**admonition** [4] - 1481:9, 1497:14, 1497:24, 1502:9
**adopt** [1] - 1339:16
**advance** [4] - 1352:18, 1366:12, 1460:16
**advise** [1] - 1499:12
**advised** [1] - 1505:10
**advocating** [2] - 1451:19, 1451:20
**affect** [2] - 1360:23, 1455:19
**affirms** [1] - 1509:4
**afford** [1] - 1372:7
**afraid** [1] - 1496:22
**afterwards** [3] - 1427:2, 1436:16, 1514:21
**agents** [6] - 1349:3, 1349:4, 1379:25, 1394:21, 1394:24, 1441:10
**aggravated** [3] - 1348:16, 1439:12
**ago** [4] - 1443:6, 1450:3, 1453:12, 1491:10
**agree** [4] - 1336:9, 1341:24, 1342:1, 1364:1
**agreeable** [1] - 1503:12
**agreed** [13] - 1343:17, 1352:2, 1352:5, 1352:14, 1365:23, 1366:15, 1368:11, 1390:3, 1391:13, 1410:19, 1412:18, 1471:12, 1488:20
**agreeing** [1] - 1352:13
**agreement** [28] - 1351:10, 1351:12, 1351:23, 1351:25, 1352:5, 1363:23, 1365:10, 1365:24, 1366:11, 1367:17, 1368:8, 1371:3, 1436:10, 1443:23, 1444:1, 1444:2, 1448:23, 1450:19, 1450:23, 1453:2, 1453:9, 1453:17, 1459:2, 1469:19, 1475:14, 1482:17, 1496:14, 1499:10
**agreements** [9] - 1448:12, 1448:16, 1448:19, 1449:8, 1450:1, 1450:10, 1451:7, 1461:20,

1482:13

**agrees** [1] - 1371:19

**ahead** [2] - 1427:15, 1500:25

**ahold** [3] - 1336:8, 1431:13, 1431:25

**aided** [3] - 1354:11, 1354:18, 1355:9

**aiding** [1] - 1354:12

**air** [1] - 1492:12

**allegation** [1] - 1458:17

**allegations** [1] - 1458:13

**alleged** [2] - 1352:11, 1477:4

**allegedly** [4] - 1475:20, 1475:25, 1476:15, 1477:10

**Allen** [9] - 1334:7, 1358:6, 1361:2, 1361:11, 1361:14, 1364:17, 1506:14, 1507:22, 1508:4

**allow** [1] - 1443:1

**allowed** [4] - 1467:14, 1498:22, 1502:3, 1502:24

**alone** [4] - 1376:8, 1417:20, 1419:18, 1457:2

**alternate** [5] - 1501:8, 1501:15, 1501:18, 1501:20, 1502:14

**amazing** [1] - 1474:21

**Amber** [12] - 1347:4, 1372:9, 1372:14, 1391:13, 1391:14, 1400:9, 1400:20, 1403:24, 1455:7, 1477:22, 1487:22, 1493:25

**America** [4] - 1334:5, 1358:4, 1361:6, 1506:12

**amount** [34] - 1338:10, 1356:5, 1359:6, 1359:10, 1359:19, 1363:6, 1363:10, 1366:25, 1394:22, 1396:3, 1397:9, 1399:6, 1406:25, 1417:16, 1418:15, 1419:16, 1419:23,

1419:25, 1421:20, 1435:6, 1440:14, 1440:24, 1470:1, 1474:11, 1477:5, 1487:25, 1489:2, 1492:5, 1492:7, 1507:4, 1507:18, 1507:19, 1508:8, 1508:21

**amounts** [13] - 1367:1, 1367:24, 1368:25, 1401:18, 1421:10, 1440:12, 1441:19, 1446:24, 1457:20, 1457:22, 1477:19, 1489:3, 1492:9

**Amy** [24] - 1347:6, 1348:18, 1374:12, 1404:1, 1404:3, 1404:8, 1404:9, 1404:16, 1404:20, 1406:13, 1406:19, 1406:22, 1406:24, 1409:22, 1409:25, 1422:1, 1455:7, 1456:9, 1456:14, 1458:15, 1460:24, 1488:5, 1493:20, 1493:21

**Amy's** [1] - 1407:5

**analyzed** [3] - 1410:6, 1414:13, 1421:14

**answer** [10] - 1381:14, 1410:20, 1439:8, 1439:17, 1456:20, 1456:21, 1462:5, 1487:6, 1500:1, 1514:22

**answered** [1] - 1462:1

**answering** [2] - 1360:22, 1499:24

**answers** [1] - 1344:2

**apart** [7] - 1407:8, 1426:11, 1426:18, 1426:21, 1427:12, 1428:4, 1436:7

**apologies** [2] - 1362:15, 1362:17

**apologize** [4] - 1335:6, 1430:18, 1467:17, 1501:16

**appearances** [1] - 1349:5

**appeared** [1] - 1361:18

**applies** [3] - 1341:19, 1357:5, 1497:24

**apply** [3] - 1341:23, 1357:3, 1497:18

**appreciate** [4] -

1403:3, 1422:18, 1468:15, 1468:16

**appreciation** [1] - 1502:7

**approach** [1] - 1336:2

**approached** [1] - 1409:12

**appropriate** [2] - 1359:8, 1363:8

**appropriately** [1] - 1513:19

**April** [27] - 1381:3, 1384:24, 1392:13, 1392:15, 1392:19, 1393:1, 1393:3, 1393:7, 1400:21, 1401:6, 1421:9, 1427:8, 1433:16, 1434:3, 1434:7, 1473:10, 1488:18, 1488:20, 1511:10, 1511:12, 1511:18, 1511:21, 1511:25, 1512:2, 1512:6, 1512:7, 1512:13

**area** [5] - 1380:4, 1380:8, 1380:24, 1380:25, 1424:2

**argue** [2] - 1442:22, 1495:9

**argues** [1] - 1340:11

**argument** [9] - 1334:20, 1335:24, 1340:10, 1364:7, 1403:20, 1467:18, 1479:11, 1479:16, 1481:16

**ARGUMENT** [5] - 1364:9, 1422:25, 1443:4, 1468:24, 1481:18

**arguments** [8] - 1343:24, 1344:6, 1364:3, 1403:9, 1445:13, 1481:7, 1496:1, 1496:4

**arise** [2] - 1342:25, 1513:1

**arises** [1] - 1460:19

**arising** [1] - 1347:19

**Arizona** [12] - 1379:6, 1380:21, 1382:18, 1386:9, 1386:25, 1389:13, 1389:21, 1391:16, 1391:17, 1392:16, 1427:5, 1471:2

**Army** [1] - 1459:4

**arrange** [1] - 1500:22

**arranged** [1] - 1413:9

**array** [1] - 1477:14

**arrest** [3] - 1370:3, 1383:21, 1409:13

**arrested** [16] - 1374:1, 1378:25, 1381:10, 1398:22, 1404:3, 1408:16, 1423:18, 1427:16, 1431:10, 1434:9, 1455:1, 1455:3, 1460:17, 1472:11, 1474:19, 1484:16

**arresting** [1] - 1462:9

**arrests** [1] - 1410:15

**asleep** [1] - 1459:13

**assault** [1] - 1348:16

**assessment** [2] - 1361:21, 1514:5

**assist** [3] - 1350:23, 1497:10, 1498:16

**assistance** [12] - 1436:24, 1448:21, 1448:24, 1449:2, 1449:12, 1469:7, 1470:8, 1470:17, 1480:7, 1482:15, 1483:7

**assisted** [1] - 1447:20

**associate** [1] - 1494:6

**associated** [1] - 1354:24

**associating** [3] - 1353:4, 1463:22, 1464:19

**association** [1] - 1439:14

**assume** [1] - 1349:5

**assuming** [3] - 1441:18, 1457:17, 1505:21

**assumption** [2] - 1350:21, 1489:25

**ate** [1] - 1491:9

**attacking** [1] - 1481:21

**attempt** [4] - 1432:1, 1462:21, 1497:1, 1499:19

**attempted** [1] - 1432:4

**attention** [4] - 1422:16, 1422:19, 1468:16, 1468:20

**attic** [1] - 1460:2

**attitudes** [1] - 1514:1

**attorney** [4] - 1448:21, 1449:14, 1451:20, 1495:7

**attorneys** [4] - 1495:17, 1503:24, 1513:2, 1513:5

**array** [1] - 1477:14

**attributable** [1] - 1477:11

**audio** [3] - 1500:17, 1500:21, 1503:22

**August** [1] - 1425:16

**authority** [1] - 1476:22

**automobile** [1] - 1395:8

**average** [3] - 1370:15, 1395:25, 1396:2

**avoid** [4] - 1449:24, 1455:21, 1459:21, 1470:5

**aware** [1] - 1355:12

**awful** [1] - 1494:7

**AWOL** [1] - 1459:3

---

**B**

---

**baby** [1] - 1455:3

**background** [2] - 1376:25, 1459:3

**bad** [5] - 1369:12, 1399:2, 1462:10, 1487:13

**baffles** [1] - 1456:14

**bag** [5] - 1388:1, 1393:25, 1409:1, 1414:20, 1415:9

**baggies** [5] - 1385:17, 1409:4, 1409:5, 1409:8, 1441:10

**bags** [1] - 1393:24

**bailiff** [8] - 1357:14, 1362:22, 1498:25, 1499:13, 1499:17, 1500:14, 1501:2, 1502:18

**Bailiff** [1] - 1502:20

**bands** [1] - 1415:5

**Bank** [1] - 1397:11

**bank** [4] - 1397:22, 1398:7, 1398:8, 1447:1

**banking** [1] - 1440:17

**Bar** [2] - 1385:22, 1455:17

**barbecued** [1] - 1426:24

**based** [12] - 1342:23, 1342:24, 1349:16, 1350:22, 1379:18, 1379:21, 1484:18, 1486:9, 1492:5, 1492:8, 1494:20, 1501:21

**basing** [1] - 1337:15

**basis** [14] - 1367:14, 1368:19, 1369:20, 1369:24, 1378:9,

1381:6, 1389:20, 1425:14, 1433:24, 1458:6, 1484:10, 1491:3, 1492:4, 1501:24
**batch** [2] - 1405:2, 1419:19
**bathroom** [9] - 1388:2, 1408:23, 1414:20, 1415:15, 1415:16, 1415:20, 1416:11, 1416:12, 1480:19
**batterers** [1] - 1439:12
**battery** [1] - 1348:16
**became** [4] - 1338:10, 1386:4, 1399:12, 1460:4
**become** [8] - 1353:2, 1353:3, 1385:24, 1463:20, 1463:21, 1464:18, 1501:19, 1502:10
**becomes** [6] - 1352:16, 1366:10, 1370:8, 1499:15, 1502:12, 1513:15
**bedroom** [2] - 1415:21, 1416:6
**beer** [1] - 1477:17
**began** [1] - 1444:3
**begin** [7] - 1336:17, 1426:3, 1496:9, 1497:22, 1502:5, 1502:24, 1503:2
**beginning** [9] - 1342:6, 1351:8, 1389:16, 1392:1, 1392:15, 1393:18, 1401:7, 1427:9, 1497:14
**begun** [1] - 1513:16
**behalf** [4] - 1423:4, 1444:8, 1447:2, 1514:9
**behind** [1] - 1391:23
**belief** [3] - 1470:19, 1495:13, 1497:5
**believability** [3] - 1347:23, 1465:6, 1481:23
**believable** [3] - 1346:6, 1346:16, 1445:17
**believes** [4] - 1364:14, 1443:22, 1462:5, 1471:17
**belonged** [1] - 1423:25
**below** [10] - 1358:22,

1358:25, 1360:11, 1360:14, 1361:13, 1361:16, 1362:20, 1362:25, 1394:17, 1470:13
**Beltran** [58] - 1347:3, 1368:8, 1369:20, 1372:22, 1372:25, 1373:21, 1375:7, 1377:21, 1377:24, 1378:2, 1378:4, 1378:16, 1379:9, 1382:14, 1401:19, 1401:25, 1411:22, 1412:19, 1423:19, 1424:25, 1425:5, 1425:14, 1426:1, 1427:4, 1427:7, 1427:24, 1428:11, 1429:5, 1429:13, 1429:14, 1429:25, 1431:10, 1431:14, 1432:16, 1433:9, 1433:21, 1434:2, 1436:9, 1440:1, 1452:21, 1453:24, 1469:16, 1469:17, 1471:7, 1471:11, 1472:13, 1472:20, 1472:21, 1474:7, 1474:11, 1475:19, 1476:20, 1478:19, 1478:21, 1479:24, 1488:17, 1490:16
**Beltran's** [5] - 1337:16, 1430:14, 1431:2, 1435:19, 1477:7
**Ben** [135] - 1348:14, 1367:19, 1371:7, 1371:8, 1371:9, 1371:11, 1371:14, 1372:10, 1372:19, 1373:2, 1373:7, 1373:11, 1373:16, 1373:25, 1374:1, 1374:6, 1374:8, 1374:22, 1385:23, 1385:24, 1386:3, 1386:5, 1387:11, 1387:17, 1390:24, 1390:25, 1391:4, 1391:9, 1391:10, 1391:13, 1391:14, 1392:21, 1395:1, 1395:3, 1395:12, 1396:21, 1398:11, 1398:12, 1399:5, 1399:8, 1399:12, 1400:9, 1400:13, 1401:16, 1401:22,

1402:4, 1402:18, 1403:25, 1404:2, 1404:6, 1404:7, 1404:9, 1404:13, 1404:19, 1404:23, 1405:5, 1406:13, 1406:14, 1406:17, 1406:21, 1407:24, 1408:8, 1408:14, 1409:12, 1409:14, 1409:16, 1410:10, 1410:23, 1410:24, 1412:3, 1412:15, 1412:18, 1413:8, 1413:11, 1414:4, 1414:5, 1414:8, 1416:1, 1417:24, 1418:4, 1421:6, 1421:8, 1421:14, 1421:22, 1421:25, 1422:1, 1422:2, 1427:16, 1435:25, 1438:1, 1439:21, 1439:25, 1453:19, 1453:21, 1454:4, 1454:6, 1454:8, 1454:10, 1454:11, 1454:18, 1455:6, 1455:11, 1455:25, 1456:1, 1456:3, 1456:22, 1456:24, 1457:2, 1457:20, 1457:24, 1458:14, 1458:24, 1460:9, 1460:10, 1460:13, 1462:17, 1464:14, 1465:17, 1466:3, 1482:10, 1485:15, 1487:19, 1487:20, 1487:21, 1488:3, 1488:6, 1490:20, 1493:19, 1493:23
**Ben's** [7] - 1391:15, 1404:9, 1422:1, 1430:9, 1455:16, 1460:16, 1460:17
**benefit** [3] - 1447:8, 1447:19, 1486:23
**benefits** [3] - 1347:11, 1451:4, 1451:6
**Benjamine** [2] - 1347:4, 1461:19
**BERGLUND** [13] - 1336:18, 1337:18, 1337:20, 1339:25, 1340:4, 1423:1, 1427:22, 1430:22, 1431:6, 1503:14, 1505:1, 1509:8, 1514:11

**Berglund** [9] - 1422:24, 1442:16, 1447:18, 1469:7, 1469:19, 1472:25, 1473:15, 1474:16, 1514:10
**Bernardino** [3] - 1386:10, 1387:23, 1391:25
**best** [8] - 1374:5, 1454:10, 1465:18, 1468:19, 1486:13, 1487:1, 1487:11, 1514:3
**bet** [1] - 1468:3
**better** [1] - 1386:4
**between** [31] - 1338:5, 1345:6, 1350:2, 1351:10, 1358:15, 1360:4, 1361:6, 1365:10, 1375:9, 1379:14, 1380:14, 1381:2, 1381:6, 1382:3, 1384:11, 1392:9, 1394:10, 1396:4, 1396:5, 1433:4, 1433:9, 1434:2, 1438:1, 1439:5, 1471:1, 1471:14, 1489:10, 1495:23, 1506:22, 1507:11, 1508:1
**beyond** [19] - 1337:9, 1339:20, 1342:19, 1342:22, 1343:5, 1343:10, 1351:6, 1353:14, 1354:13, 1355:3, 1356:4, 1356:17, 1418:8, 1421:2, 1465:7, 1468:9, 1493:1, 1495:1, 1499:8
**bias** [1] - 1346:2
**big** [12] - 1437:8, 1449:11, 1452:6, 1453:12, 1456:16, 1472:7, 1475:21, 1477:20, 1485:5, 1489:11, 1489:23
**bigger** [1] - 1399:10
**bill** [1] - 1473:23
**birthday** [1] - 1389:13
**bit** [13] - 1348:8, 1375:2, 1384:9, 1411:13, 1424:22, 1442:1, 1442:4, 1443:9, 1444:6, 1461:24, 1465:25, 1471:16, 1474:18
**black** [5] - 1388:1,

1393:25, 1404:12, 1414:20, 1415:9
**BlackBerry** [5] - 1380:1, 1380:3, 1380:13, 1429:20, 1430:5
**blame** [1] - 1478:10
**blank** [1] - 1448:9
**blatant** [1] - 1459:24
**blessed** [1] - 1467:13
**blogs** [1] - 1498:3
**board** [2] - 1395:22, 1458:4
**body** [3] - 1395:12, 1408:22, 1413:4
**Boise** [4] - 1376:23, 1379:7, 1384:7, 1385:12
**boom** [4] - 1472:8
**Boone** [3] - 1410:18, 1411:12, 1412:5
**borrow** [1] - 1391:10
**borrowed** [1] - 1406:19
**Borton** [8] - 1334:13, 1334:21, 1442:17, 1442:21, 1474:14, 1477:1, 1477:2, 1514:16
**BORTON** [13] - 1334:22, 1335:16, 1335:19, 1335:22, 1340:6, 1442:18, 1442:20, 1442:23, 1443:5, 1468:3, 1503:15, 1505:2, 1514:17
**bother** [1] - 1425:23
**bought** [27] - 1368:4, 1368:22, 1372:4, 1377:15, 1380:19, 1389:2, 1389:3, 1389:4, 1389:10, 1393:12, 1399:13, 1400:13, 1410:22, 1410:23, 1412:3, 1421:5, 1421:8, 1421:21, 1421:25, 1441:5, 1462:3, 1464:13, 1472:19, 1475:19, 1487:17, 1487:20
**Boulevard** [2] - 1389:2, 1415:23
**box** [3] - 1359:8, 1363:8, 1443:3
**boxes** [2] - 1359:8, 1363:8
**boy** [3] - 1431:16, 1431:20, 1431:25

boyfriend [1] - 1438:10

boys [1] - 1455:3

break [10] - 1340:8, 1402:24, 1403:5, 1403:7, 1403:9, 1480:19, 1481:3, 1498:20, 1498:21, 1504:16

brief [2] - 1364:5, 1465:19

briefing [1] - 1514:15

briefly [3] - 1334:23, 1351:15, 1512:21

bring [8] - 1336:16, 1341:3, 1381:24, 1391:2, 1468:5, 1471:10, 1500:14

Bring [2] - 1374:20, 1490:12

bringing [1] - 1503:11

brings [2] - 1461:15, 1502:23

broken [1] - 1469:1

brother [1] - 1388:19

brought [24] - 1377:20, 1385:14, 1387:24, 1388:19, 1389:17, 1390:6, 1391:9, 1392:2, 1393:3, 1393:5, 1394:3, 1394:8, 1394:10, 1401:24, 1402:2, 1416:17, 1417:7, 1419:19, 1471:3, 1471:9, 1471:25, 1477:9, 1492:9, 1502:16

bullets [1] - 1416:7

bunch [2] - 1406:14, 1406:15

burden [4] - 1337:5, 1440:21, 1440:22, 1467:8

burdens [3] - 1337:4, 1458:20, 1458:21

business [17] - 1366:7, 1368:3, 1370:2, 1370:5, 1370:11, 1371:21, 1375:7, 1375:22, 1376:24, 1379:16, 1379:23, 1380:7, 1397:6, 1399:3, 1399:22, 1456:6, 1489:17

businesses [2] - 1370:13, 1440:19

businessman [1] - 1366:6

buy [19] - 1365:16, 1366:24, 1371:1, 1390:20, 1394:25, 1397:16, 1406:17, 1412:19, 1412:20, 1412:23, 1412:24, 1413:7, 1414:15, 1415:5, 1417:5, 1417:14, 1446:11, 1457:9, 1482:7

buyers [1] - 1457:15

buying [8] - 1367:25, 1371:25, 1400:15, 1401:18, 1441:5, 1457:11, 1457:22

buys [5] - 1367:4, 1371:19, 1425:12, 1474:23, 1475:5

BY [7] - 1341:16, 1364:9, 1422:25, 1443:4, 1468:24, 1481:18, 1495:2

# C

calculation [2] - 1361:21, 1405:16

calculations [1] - 1406:3

California [7] - 1385:13, 1386:10, 1387:23, 1391:25, 1393:7, 1427:6, 1471:2

Campbell [9] - 1347:5, 1348:15, 1401:2, 1401:3, 1401:8, 1405:8, 1421:18, 1458:23, 1461:19

cannot [4] - 1360:23, 1501:12, 1502:5, 1503:21

capacity [1] - 1349:14

capturing [1] - 1335:6

car [28] - 1382:25, 1383:7, 1390:6, 1390:8, 1390:11, 1393:19, 1397:17, 1398:2, 1404:15, 1404:20, 1406:20, 1407:12, 1407:16, 1407:20, 1407:22, 1407:25, 1408:9, 1408:13, 1408:15, 1413:2, 1413:14, 1413:15, 1413:19, 1414:3, 1424:8, 1446:19, 1462:11, 1476:15

card [3] - 1370:6,

1379:23, 1489:18

cards [3] - 1370:2, 1379:23, 1380:7

care [4] - 1339:10, 1456:16, 1461:13, 1481:5

careful [6] - 1342:25, 1343:3, 1343:8, 1422:16, 1422:18, 1486:25

carefully [8] - 1336:23, 1386:2, 1465:3, 1479:18, 1483:20, 1494:11, 1506:4, 1506:6

cares [1] - 1456:15

carried [4] - 1401:7, 1414:2, 1493:22, 1493:25

carrot [2] - 1449:11, 1453:12

carry [3] - 1382:25, 1439:12, 1493:23

carrying [3] - 1395:12, 1408:22, 1413:23

cars [1] - 1404:12

Case [1] - 1334:5

case [77] - 1334:19, 1335:6, 1340:21, 1341:19, 1341:21, 1342:2, 1342:7, 1342:15, 1344:19, 1345:10, 1346:1, 1347:12, 1347:15, 1348:12, 1348:25, 1350:14, 1356:22, 1364:15, 1365:7, 1365:13, 1366:14, 1367:10, 1367:17, 1403:11, 1403:13, 1423:7, 1424:19, 1432:25, 1433:5, 1436:9, 1436:21, 1437:14, 1438:25, 1442:12, 1442:13, 1445:11, 1446:3, 1446:10, 1450:6, 1451:5, 1452:4, 1456:15, 1463:2, 1463:4, 1465:2, 1465:15, 1466:16, 1467:6, 1467:22, 1478:2, 1481:10, 1481:11, 1483:11, 1483:22, 1484:5, 1484:17, 1484:22, 1485:1, 1485:20, 1490:21, 1493:9, 1496:13, 1496:17, 1497:15, 1497:19,

1497:25, 1499:7, 1499:21, 1501:19, 1502:15, 1512:24, 1513:2, 1513:7, 1513:9, 1513:11, 1513:14

cases [1] - 1482:13

cash [5] - 1397:23, 1398:15, 1414:21, 1446:24

casino [2] - 1393:8, 1393:10

cast [4] - 1443:21, 1452:16, 1458:8, 1464:8

catch [1] - 1340:24

caught [1] - 1467:14

caution [7] - 1348:4, 1361:20, 1451:17, 1451:18, 1451:23, 1461:17, 1479:9

cautionary [1] - 1425:3

cautious [1] - 1421:19

cautiously [2] - 1479:20, 1480:5

Cavazos [10] - 1347:6, 1348:18, 1374:13, 1404:1, 1404:16, 1422:1, 1456:9, 1461:22, 1488:5, 1493:22

Cavazos' [1] - 1409:22

cell [10] - 1466:10, 1467:1, 1467:2, 1473:23, 1490:3, 1498:12, 1498:13, 1498:15, 1498:18, 1504:4

certain [5] - 1334:18, 1344:15, 1348:7, 1350:15, 1356:6

certainly [7] - 1392:12, 1429:12, 1466:2, 1479:14, 1479:17, 1512:16, 1513:25

cetera [1] - 1498:3

chair [4] - 1445:3, 1446:4, 1456:17, 1466:17

chance [3] - 1334:13, 1480:10, 1503:9

change [6] - 1336:7, 1341:2, 1384:8, 1451:8, 1496:22, 1497:4

changes [2] - 1340:24, 1435:10

changing [1] -

1469:11

Chapman [1] - 1457:12

character [1] - 1478:14

characters [6] - 1443:21, 1448:16, 1452:16, 1454:17, 1458:8, 1464:9

charge [8] - 1334:12, 1351:5, 1353:13, 1356:3, 1436:14, 1436:15, 1445:19, 1477:12

charged [28] - 1347:15, 1350:24, 1353:8, 1356:20, 1356:23, 1357:10, 1358:24, 1359:3, 1360:13, 1361:15, 1362:24, 1363:3, 1365:8, 1367:10, 1367:11, 1372:2, 1417:2, 1418:12, 1419:7, 1421:5, 1424:5, 1464:15, 1486:6, 1495:1, 1507:1, 1507:15, 1508:5, 1508:19

charges [8] - 1335:4, 1356:13, 1356:21, 1357:9, 1418:3, 1451:8, 1470:10, 1477:25

charging [10] - 1358:11, 1359:25, 1361:2, 1362:3, 1367:9, 1399:17, 1506:18, 1507:7, 1507:22, 1508:11

Charles [1] - 1467:4

chart [11] - 1385:5, 1396:25, 1397:6, 1397:8, 1397:10, 1434:24, 1435:2, 1435:9, 1473:6, 1492:1, 1492:5

charts [2] - 1350:15, 1350:16

chase [3] - 1407:10, 1459:17, 1459:19

Che [133] - 1364:17, 1365:15, 1365:23, 1366:6, 1366:15, 1366:18, 1366:20, 1366:21, 1367:9, 1367:16, 1367:17, 1367:22, 1368:3, 1368:7, 1368:9, 1368:11, 1368:14,

1368:17, 1368:20, 1368:23, 1369:15, 1369:18, 1369:19, 1369:23, 1369:24, 1370:23, 1370:24, 1371:7, 1371:9, 1371:18, 1375:6, 1375:10, 1375:19, 1375:20, 1375:21, 1375:22, 1375:24, 1375:25, 1376:3, 1376:11, 1377:6, 1377:18, 1377:19, 1378:2, 1378:7, 1378:10, 1378:12, 1379:13, 1380:4, 1380:5, 1380:14, 1381:3, 1382:19, 1384:11, 1384:16, 1384:21, 1384:23, 1385:1, 1385:6, 1385:12, 1385:15, 1385:21, 1385:24, 1386:1, 1386:9, 1386:10, 1386:14, 1388:7, 1388:21, 1388:22, 1388:24, 1389:1, 1389:6, 1389:9, 1390:2, 1390:17, 1390:18, 1391:6, 1391:20, 1391:21, 1392:4, 1392:7, 1392:14, 1392:15, 1392:18, 1392:21, 1393:1, 1393:4, 1393:9, 1393:10, 1393:13, 1393:18, 1394:3, 1394:8, 1395:16, 1396:5, 1396:12, 1397:10, 1397:11, 1397:14, 1397:20, 1398:5, 1398:10, 1398:13, 1398:18, 1398:21, 1398:24, 1413:24, 1414:1, 1415:23, 1416:2, 1416:4, 1416:17, 1416:25, 1417:7, 1417:22, 1418:1, 1418:5, 1418:10, 1418:23, 1419:8, 1419:19, 1420:16, 1439:5, 1482:4, 1490:2, 1490:16, 1494:4

**Che's** [30] - 1365:17, 1366:14, 1368:9, 1368:16, 1369:14, 1370:23, 1371:8, 1371:17, 1375:17,

1375:24, 1376:4, 1378:5, 1379:10, 1379:25, 1380:3, 1380:12, 1380:23, 1382:10, 1384:19, 1385:17, 1385:24, 1388:17, 1395:17, 1399:7, 1413:14, 1413:19, 1414:23, 1415:25, 1421:6, 1490:25

**check** [1] - 1336:5

**checking** [1] - 1483:20

**Chemist** [2] - 1402:12, 1408:3

**Chevy** [2] - 1404:12, 1407:20

**choices** [1] - 1359:18

**choose** [2] - 1513:8, 1513:10

**chose** [1] - 1494:5

**Christensen** [5] - 1414:18, 1414:22, 1414:25, 1415:17, 1446:8

**Christmas** [1] - 1386:25

**chronology** [1] - 1452:25

**cinco** [1] - 1435:24

**circuit** [1] - 1503:20

**circumstances** [4] - 1346:24, 1350:3, 1443:10, 1465:13

**circumstantial** [4] - 1344:22, 1344:25, 1345:4, 1345:7

**cited** [1] - 1446:21

**cites** [1] - 1446:2

**city** [1] - 1407:11

**claimed** [3] - 1411:6, 1411:8, 1439:3

**claiming** [1] - 1441:13

**claims** [12] - 1423:25, 1432:23, 1432:24, 1433:7, 1436:8, 1437:5, 1438:15, 1441:9, 1453:16, 1457:5, 1457:18, 1468:9

**clarity** [2] - 1334:25, 1476:19

**clear** [9] - 1334:17, 1335:1, 1359:18, 1448:6, 1452:22, 1454:19, 1458:5, 1458:23, 1460:5

**clearly** [8] - 1337:13, 1338:9, 1339:19,

1374:21, 1387:10, 1397:2, 1416:19, 1459:20

**CLERK** [2] - 1334:4, 1506:11

**clerk** [1] - 1511:6

**Clerk** [1] - 1512:5

**client** [4] - 1431:13, 1475:24, 1476:9, 1477:25

**Clifford's** [1] - 1414:17

**close** [8] - 1405:3, 1419:24, 1420:1, 1438:21, 1443:3, 1489:5, 1492:6, 1504:1

**closely** [3] - 1469:15, 1478:3, 1478:5

**closing** [11] - 1335:1, 1336:17, 1344:6, 1364:3, 1364:5, 1364:7, 1403:20, 1467:17, 1479:11, 1481:6, 1496:4

**CLOSING** [4] - 1364:9, 1422:25, 1443:4, 1468:24

**closings** [1] - 1340:12

**Coblentz** [11] - 1347:5, 1392:20, 1392:24, 1398:10, 1401:2, 1401:3, 1412:8, 1488:1, 1493:21

**coconspirators** [2] - 1368:10, 1375:14

**cocounsel** [4] - 1469:3, 1469:10, 1477:16, 1478:3

**Code** [10] - 1351:3, 1353:11, 1358:15, 1360:4, 1361:6, 1362:6, 1506:22, 1507:11, 1507:25, 1508:14

**code** [2] - 1380:4, 1380:8

**codefendant** [1] - 1474:12

**codefendants** [3] - 1447:7, 1479:20, 1484:17

**Coleman** [2] - 1406:16, 1407:3

**Coleman's** [1] - 1406:20

**collect** [4] - 1375:24, 1381:25, 1390:22, 1411:11

**collected** [5] - 1401:9, 1401:10, 1401:13, 1411:10, 1411:17

**collecting** [6] - 1368:15, 1411:14, 1411:16, 1412:6, 1462:17

**Columbia** [1] - 1384:7

**comfort** [4] - 1445:8, 1445:9, 1492:19, 1493:4

**comfortable** [2] - 1445:5, 1445:6

**coming** [5] - 1372:16, 1426:22, 1441:15, 1447:4, 1469:4

**commanded** [1] - 1354:18

**comment** [4] - 1335:23, 1337:2, 1465:20, 1495:16

**commented** [1] - 1334:25

**commenting** [1] - 1513:23

**comments** [3] - 1336:14, 1381:15, 1513:20

**commission** [1] - 1354:11

**commit** [6] - 1351:24, 1352:11, 1352:15, 1354:10, 1354:19, 1355:5

**committed** [8] - 1334:18, 1337:10, 1352:2, 1354:16, 1355:9, 1356:13, 1356:15, 1356:18

**committing** [2] - 1347:17, 1354:24

**common** [14] - 1342:24, 1352:8, 1367:13, 1370:14, 1376:24, 1376:25, 1377:5, 1379:10, 1416:14, 1420:17, 1444:2, 1451:23, 1463:12, 1465:21

**communicate** [4] - 1497:25, 1498:5, 1499:16, 1499:19

**communication** [1] - 1498:1

**compared** [2] - 1380:25, 1494:22

**comparison** [2] - 1380:9, 1380:10

**compensates** [1] - 1435:10

**complete** [2] - 1495:24, 1499:11

**completed** [3] - 1340:18, 1354:22, 1512:23

**comply** [2] - 1460:20

**components** [2] - 1446:9, 1464:2

**comport** [1] - 1473:6

**concern** [3] - 1335:7, 1459:21, 1460:23

**concerning** [4] - 1349:11, 1455:19, 1456:7, 1499:21

**concise** [1] - 1458:5

**conclude** [4] - 1337:14, 1339:20, 1481:6

**concluded** [1] - 1514:25

**concurrently** [1] - 1469:22

**condition** [2] - 1408:2, 1409:6

**conditions** [1] - 1349:17

**conduct** [9] - 1335:5, 1347:10, 1357:10, 1450:16, 1455:14, 1459:23, 1481:9, 1486:6, 1497:15

**CONFERENCE** [1] - 1334:9

**conferring** [1] - 1512:5

**confess** [1] - 1466:23

**confidence** [1] - 1513:21

**confidential** [1] - 1374:2

**confirmed** [2] - 1337:22, 1424:21

**conforms** [1] - 1506:7

**confronted** [2] - 1408:21, 1466:18

**confused** [2] - 1434:16, 1485:12

**confusion** [1] - 1341:13

**connection** [2] - 1347:12, 1451:5

**conscientious** [1] - 1497:4

**consider** [21] - 1343:13, 1343:19, 1343:21, 1344:1, 1344:15, 1345:3, 1346:23, 1347:22, 1347:25, 1348:20, 1349:9, 1349:14,

1355:16, 1358:21, 1360:11, 1361:12, 1362:20, 1452:8, 1465:4, 1499:6

**consideration** [3] - 1343:1, 1343:4, 1343:9

**considered** [1] - 1496:19

**considering** [2] - 1345:15, 1350:11

**consistent** [3] - 1442:12, 1446:15, 1487:5

**consists** [1] - 1343:14

**conspiracy** [64] - 1339:21, 1350:25, 1351:22, 1351:25, 1352:3, 1352:6, 1352:13, 1352:16, 1352:19, 1352:21, 1352:23, 1352:25, 1353:2, 1353:6, 1358:12, 1360:1, 1361:3, 1365:6, 1365:9, 1365:12, 1366:4, 1366:10, 1366:13, 1366:15, 1366:17, 1368:9, 1371:12, 1371:17, 1371:18, 1373:10, 1373:13, 1375:1, 1375:4, 1403:23, 1405:21, 1405:24, 1407:7, 1411:19, 1418:17, 1420:19, 1420:25, 1421:3, 1424:6, 1436:12, 1437:4, 1437:15, 1438:14, 1440:7, 1462:22, 1462:25, 1463:17, 1463:23, 1464:3, 1464:4, 1464:8, 1464:11, 1468:9, 1477:4, 1477:11, 1478:1, 1491:4, 1506:19, 1507:8, 1507:23

**conspirator** [7] - 1353:2, 1353:4, 1463:15, 1463:20, 1463:22, 1464:18, 1464:21

**conspirators** [3] - 1352:4, 1352:14, 1353:5

**conspired** [6] - 1359:5, 1423:10, 1443:21, 1507:2, 1507:16, 1508:6

**conspiring** [2] - 1418:13, 1419:8

**constantly** [1] - 1372:16

**constituting** [1] - 1354:10

**constitutional** [1] - 1342:16

**construe** [2] - 1337:6, 1491:24

**construing** [2] - 1339:4, 1339:17

**consult** [3] - 1497:16, 1499:24, 1503:9

**consulting** [1] - 1498:8

**contact** [11] - 1380:8, 1432:6, 1432:13, 1433:4, 1433:9, 1438:18, 1439:4, 1439:5, 1473:17, 1489:18, 1489:21

**contacting** [2] - 1380:17, 1381:5

**contacts** [3] - 1380:19, 1429:17, 1489:19

**contents** [2] - 1429:15, 1430:5

**context** [1] - 1375:1

**continue** [4] - 1368:5, 1499:25, 1502:8, 1502:14

**continued** [1] - 1401:16

**contract** [1] - 1397:16

**contradict** [1] - 1488:15

**contradicted** [2] - 1346:5, 1488:17

**contradiction** [1] - 1488:19

**control** [4] - 1355:22, 1355:23, 1356:1, 1356:25

**controls** [4] - 1344:10, 1364:22, 1365:5, 1496:8

**convenience** [1] - 1357:13

**convenient** [1] - 1451:1

**conveniently** [1] - 1459:8

**conversation** [3] - 1412:10, 1443:7, 1444:11

**convicted** [7] - 1348:13, 1348:14, 1348:15, 1348:17,

1348:18, 1460:25, 1467:1

**convicting** [1] - 1482:20

**conviction** [1] - 1454:19

**convictions** [3] - 1348:7, 1348:11, 1452:3

**convince** [2] - 1443:20, 1470:6

**convinced** [5] - 1342:20, 1343:5, 1343:10, 1464:24, 1465:7

**cooked** [1] - 1404:5

**cooperate** [2] - 1374:4, 1409:14

**cooperating** [3] - 1429:7, 1432:10, 1470:12

**cooperation** [3] - 1424:5, 1436:21, 1449:10

**cops** [4] - 1412:13, 1455:17, 1460:17, 1488:1

**copy** [2] - 1495:21, 1512:21

**corner** [1] - 1370:8

**correct** [7] - 1340:22, 1362:14, 1406:4, 1442:22, 1505:23, 1506:1

**correlate** [1] - 1489:24

**corroborate** [1] - 1428:22

**corroborated** [2] - 1484:7, 1488:25

**corroboration** [2] - 1483:23, 1484:1

**couch** [1] - 1415:19

**Counsel** [6] - 1334:8, 1423:2, 1504:9, 1504:25, 1512:11, 1512:14

**counsel** [34] - 1334:16, 1336:8, 1336:13, 1340:19, 1357:22, 1364:4, 1381:15, 1402:23, 1443:2, 1445:13, 1467:20, 1479:5, 1479:10, 1481:20, 1482:12, 1482:16, 1484:24, 1485:4, 1486:11, 1488:8, 1488:11, 1488:21, 1488:22, 1489:11, 1489:23, 1491:5,

1492:18, 1500:19, 1503:5, 1503:9, 1509:6, 1511:15, 1511:18, 1514:6

**counsel's** [1] - 1478:24

**counseled** [1] - 1354:18

**Count** [34] - 1350:24, 1353:8, 1358:10, 1358:21, 1358:24, 1359:3, 1359:24, 1360:10, 1360:13, 1361:1, 1361:12, 1361:15, 1362:2, 1362:11, 1362:12, 1362:16, 1362:19, 1362:24, 1363:3, 1418:12, 1419:7, 1421:5, 1478:11, 1479:22, 1480:4, 1506:17, 1507:1, 1507:6, 1507:15, 1507:21, 1508:5, 1508:10, 1508:19

**count** [7] - 1356:21, 1356:25, 1357:1, 1357:4, 1357:6, 1398:23, 1419:2

**counting** [2] - 1394:11, 1420:8

**counts** [1] - 1418:25

**couple** [9] - 1334:10, 1375:8, 1387:16, 1389:24, 1426:1, 1434:14, 1447:24, 1450:7, 1502:4

**courage** [19] - 1443:6, 1443:8, 1443:12, 1443:14, 1443:16, 1444:6, 1444:7, 1446:2, 1446:4, 1463:3, 1463:8, 1463:9, 1464:5, 1464:6, 1468:8, 1468:10, 1468:11, 1493:3, 1493:4

**courageous** [1] - 1492:19

**course** [18] - 1360:20, 1364:22, 1373:7, 1381:22, 1382:13, 1386:4, 1405:21, 1405:23, 1411:25, 1418:16, 1420:24, 1432:18, 1442:3, 1455:22, 1470:4, 1487:4, 1497:2, 1514:2

**Court** [1] - 1358:3

**court** [31] - 1334:4, 1334:17, 1344:18, 1364:10, 1366:9, 1402:1, 1423:1, 1444:5, 1444:16, 1444:17, 1444:21, 1444:25, 1445:13, 1445:17, 1449:13, 1450:11, 1451:19, 1451:21, 1470:12, 1480:23, 1496:12, 1499:5, 1499:22, 1503:23, 1505:9, 1511:18, 1512:5, 1512:25, 1513:3, 1514:25

**court's** [5] - 1339:6, 1341:9, 1481:9, 1497:23, 1502:8

**courtroom** [14] - 1364:2, 1374:8, 1376:18, 1377:9, 1382:10, 1384:1, 1420:12, 1453:10, 1486:10, 1499:14, 1500:19, 1500:24, 1501:3, 1503:12

**Cousin** [1] - 1380:5

**cousin** [3] - 1375:7, 1377:20, 1380:5

**cover** [2] - 1340:18, 1385:9

**covered** [1] - 1504:23

**covers** [1] - 1504:6

**cracked** [1] - 1380:22

**crawl** [1] - 1409:24

**create** [1] - 1334:25

**created** [3] - 1336:9, 1397:9, 1448:1

**credibility** [4] - 1335:5, 1349:11, 1481:22, 1494:15

**credible** [1] - 1492:25

**credit** [2] - 1367:20, 1441:5

**Crescent** [2] - 1385:22, 1455:17

**crime** [21] - 1337:10, 1347:17, 1347:19, 1351:24, 1352:1, 1352:14, 1354:11, 1354:22, 1354:25, 1355:2, 1355:9, 1356:20, 1356:23, 1424:10, 1464:15, 1466:18, 1466:23, 1470:14, 1474:22, 1486:4

**crimes** [9] - 1334:18, 1347:15, 1351:24,

1352:11, 1356:15, 1356:18, 1449:22, 1474:24, 1499:5

criminal [20] - 1342:15, 1347:10, 1349:3, 1349:6, 1351:22, 1437:16, 1448:17, 1450:16, 1452:3, 1461:17, 1470:13, 1470:16, 1474:12, 1474:20, 1477:13, 1479:19, 1486:4, 1486:5, 1486:7

Criminal [1] - 1334:4

critical [5] - 1337:3, 1447:24, 1450:4, 1450:8, 1513:15

cross [8] - 1430:24, 1436:17, 1449:21, 1452:24, 1459:14, 1471:5, 1473:25, 1488:15

cross-exam [1] - 1430:24

cross-examination [5] - 1436:17, 1449:21, 1452:24, 1459:14, 1488:15

cross-examined [1] - 1471:5

crystal [3] - 1448:6, 1454:19, 1458:23

crystals [1] - 1408:4

custody [2] - 1430:15, 1431:3

customer [15] - 1372:11, 1372:12, 1375:16, 1385:21, 1386:22, 1386:23, 1387:7, 1387:13, 1399:12, 1435:14, 1439:4, 1439:22, 1457:24, 1491:18, 1492:2

customers [64] - 1366:2, 1366:7, 1366:14, 1366:20, 1366:24, 1367:18, 1367:21, 1367:25, 1368:10, 1368:15, 1368:17, 1370:22, 1370:24, 1371:9, 1372:8, 1372:20, 1375:11, 1375:24, 1376:4, 1376:8, 1376:10, 1378:3, 1378:5, 1378:9, 1378:13, 1378:23, 1381:17, 1382:11,

1384:19, 1385:3, 1385:18, 1385:25, 1386:4, 1386:5, 1386:15, 1387:6, 1387:8, 1387:16, 1388:3, 1388:8, 1389:20, 1390:22, 1392:6, 1392:12, 1393:4, 1394:6, 1394:16, 1395:17, 1395:19, 1395:21, 1399:9, 1437:10, 1439:2, 1456:4, 1457:1, 1457:3, 1457:16, 1457:19, 1458:3, 1482:6, 1489:4, 1490:25, 1491:22, 1492:7

cut [4] - 1400:11, 1475:25, 1477:5

cutting [1] - 1441:10

D

D-O-S-E-N [1] - 1489:15

date [12] - 1356:16, 1356:18, 1356:19, 1362:21, 1363:18, 1363:24, 1389:1, 1449:5, 1453:9, 1499:12, 1511:21, 1512:18

dated [1] - 1508:24

dates [2] - 1356:14, 1426:20

David [6] - 1402:12, 1405:15, 1408:3, 1410:3, 1414:12, 1421:13

Dawson [15] - 1367:19, 1375:11, 1375:17, 1378:5, 1378:18, 1396:19, 1423:22, 1426:6, 1428:17, 1435:1, 1439:23, 1485:8, 1485:14, 1489:14

days [20] - 1338:24, 1369:7, 1389:24, 1391:5, 1392:6, 1423:15, 1424:12, 1427:12, 1428:4, 1428:7, 1428:8, 1436:6, 1443:20, 1444:13, 1453:13, 1453:16, 1468:14, 1476:24, 1490:13

de [1] - 1435:24

deal [19] - 1359:18,

1359:21, 1400:10, 1400:11, 1413:25, 1414:5, 1424:7, 1424:10, 1425:9, 1472:7, 1485:5, 1485:20, 1485:22, 1485:25, 1486:13, 1486:21, 1487:11, 1489:11, 1489:23

dealer [9] - 1399:6, 1423:10, 1434:5, 1440:6, 1440:8, 1440:9, 1442:15, 1462:12, 1487:12

dealers [1] - 1416:13

dealing [3] - 1402:8, 1489:22, 1493:5

deals [2] - 1452:6, 1481:23

dealt [1] - 1420:23

death [1] - 1467:4

debriefs [1] - 1483:16

debt [7] - 1367:23, 1371:21, 1400:19, 1416:3, 1416:4, 1441:4, 1454:3

decades [5] - 1449:23, 1461:21, 1461:22, 1465:16

December [35] - 1369:21, 1369:23, 1369:25, 1371:10, 1376:3, 1377:19, 1377:20, 1377:22, 1378:1, 1378:24, 1379:14, 1382:3, 1384:11, 1384:25, 1385:10, 1385:12, 1385:19, 1386:8, 1386:13, 1386:18, 1386:19, 1387:3, 1394:11, 1428:25, 1429:4, 1432:8, 1432:21, 1432:22, 1437:6, 1437:7, 1437:20, 1438:17, 1438:18, 1439:3

deception [1] - 1349:1

decide [16] - 1341:22, 1342:2, 1344:19, 1345:8, 1345:11, 1346:20, 1356:22, 1450:6, 1451:14, 1451:15, 1470:15, 1483:14, 1483:15, 1483:16, 1496:17, 1499:5

decided [3] - 1400:10, 1449:14, 1482:5

decides [1] - 1483:2

deciding [8] - 1343:14, 1343:21, 1345:10, 1348:20, 1349:8, 1355:18, 1452:9, 1499:6

decision [10] - 1356:9, 1360:24, 1423:8, 1449:9, 1469:4, 1470:5, 1483:6, 1496:24, 1497:4, 1513:6

decisions [2] - 1346:22, 1513:13

deep [1] - 1438:12

deeper [1] - 1475:12

defects [1] - 1477:14

DEFENDANT [3] - 1422:25, 1443:4, 1468:24

defendant [89] - 1342:15, 1342:21, 1343:6, 1343:7, 1343:11, 1343:12, 1346:20, 1346:25, 1350:24, 1351:4, 1351:7, 1351:12, 1353:7, 1353:12, 1353:15, 1353:17, 1353:19, 1353:23, 1353:25, 1354:7, 1354:9, 1354:12, 1354:17, 1354:21, 1354:23, 1355:3, 1355:8, 1355:9, 1355:12, 1355:15, 1355:19, 1356:2, 1356:11, 1356:21, 1356:23, 1356:24, 1356:25, 1357:2, 1357:4, 1357:6, 1357:8, 1358:11, 1358:16, 1358:23, 1359:2, 1359:25, 1360:5, 1360:9, 1360:12, 1361:2, 1361:7, 1361:11, 1361:14, 1362:3, 1362:8, 1362:10, 1362:18, 1362:23, 1363:2, 1371:2, 1374:3, 1376:17, 1383:25, 1418:9, 1419:6, 1420:12, 1464:25, 1465:9, 1465:12, 1467:9, 1470:13, 1470:16, 1474:20, 1492:21, 1494:11, 1500:7, 1503:23, 1506:18, 1506:23, 1506:25,

1507:7, 1507:12, 1507:14, 1507:22, 1508:2, 1508:4, 1508:11, 1508:16, 1508:18

Defendant [1] - 1358:20

defendant's [2] - 1355:17, 1449:10

defendants [26] - 1335:14, 1342:18, 1346:19, 1346:25, 1347:20, 1347:22, 1356:17, 1357:2, 1357:9, 1364:16, 1365:8, 1375:2, 1418:21, 1449:16, 1477:13, 1490:7, 1490:8, 1492:23, 1493:2, 1493:14, 1494:4, 1494:22, 1494:25, 1499:8, 1506:10, 1511:7

defense [19] - 1340:10, 1340:12, 1364:11, 1370:12, 1474:14, 1481:20, 1482:19, 1484:9, 1484:23, 1485:19, 1486:11, 1488:8, 1488:11, 1488:14, 1488:21, 1488:22, 1491:5, 1492:18, 1494:11

deficiencies [1] - 1465:8

degree [1] - 1424:20

deliberate [1] - 1450:4

deliberating [3] - 1498:7, 1501:18, 1502:5

deliberation [1] - 1503:4

deliberations [16] - 1496:9, 1496:11, 1497:22, 1498:19, 1499:12, 1499:16, 1500:1, 1500:13, 1501:7, 1501:11, 1502:24, 1503:3, 1513:12, 1513:21, 1513:24, 1514:2

deliver [26] - 1351:18, 1354:3, 1368:20, 1372:18, 1375:24, 1382:15, 1382:16, 1382:19, 1387:11, 1392:5, 1394:1, 1394:6, 1396:25, 1400:22, 1401:4,

1423:22, 1432:19, 1432:22, 1433:19, 1436:12, 1440:7, 1488:20, 1491:12, 1491:17, 1492:2, 1492:7

**delivered** [55] - 1337:1, 1372:23, 1373:3, 1374:11, 1376:7, 1376:14, 1376:16, 1377:11, 1377:12, 1378:2, 1378:9, 1378:18, 1378:19, 1378:20, 1378:22, 1379:2, 1382:23, 1384:13, 1385:8, 1385:17, 1386:6, 1386:15, 1388:2, 1388:7, 1394:15, 1395:16, 1396:21, 1397:1, 1399:19, 1399:20, 1401:1, 1401:19, 1402:5, 1407:2, 1421:23, 1423:20, 1423:21, 1425:20, 1428:17, 1433:6, 1433:24, 1434:15, 1435:25, 1437:5, 1438:15, 1438:20, 1473:9, 1485:16, 1486:19, 1488:6, 1488:18, 1491:23, 1491:25, 1492:3, 1492:6

**deliveries** [64] - 1367:11, 1367:12, 1369:21, 1369:24, 1370:19, 1375:10, 1376:3, 1376:10, 1378:14, 1384:10, 1384:15, 1385:2, 1385:19, 1386:21, 1386:23, 1387:5, 1389:19, 1392:11, 1393:4, 1394:11, 1395:18, 1395:21, 1396:1, 1396:8, 1396:9, 1396:10, 1396:14, 1396:19, 1396:20, 1397:4, 1406:9, 1419:13, 1420:6, 1420:20, 1425:13, 1426:2, 1426:5, 1426:12, 1427:4, 1427:11, 1427:12, 1427:14, 1429:1, 1432:24, 1433:8, 1434:12, 1434:13, 1435:1, 1435:3, 1435:17,

1435:23, 1436:6, 1437:9, 1473:1, 1473:4, 1473:5, 1474:19, 1474:23, 1489:2, 1489:25, 1491:21

**delivering** [9] - 1377:18, 1382:6, 1384:2, 1384:18, 1405:1, 1428:15, 1428:24, 1432:7, 1490:20

**delivers** [1] - 1425:14

**delivery** [20] - 1373:5, 1401:11, 1401:13, 1402:8, 1404:23, 1406:12, 1406:18, 1419:22, 1428:6, 1431:16, 1431:20, 1431:25, 1432:23, 1434:7, 1435:21, 1435:24, 1436:5, 1436:8, 1440:3, 1490:1

**demand** [3] - 1431:23, 1434:6, 1468:8

**demeanor** [2] - 1345:24, 1494:21

**demonstrated** [2] - 1366:4, 1454:19

**demonstrates** [1] - 1493:2

**denies** [1] - 1455:25

**Dennis** [9] - 1334:6, 1358:5, 1359:25, 1360:10, 1360:13, 1364:17, 1506:13, 1507:7, 1507:14

**deny** [1] - 1336:22

**department** [1] - 1410:17

**deposits** [1] - 1397:11

**deputy** [3] - 1408:19, 1408:23, 1408:25

**Derringer** [2] - 1389:5, 1416:2

**Derringers** [2] - 1415:22, 1416:5

**describe** [1] - 1514:1

**described** [2] - 1459:9, 1459:17

**Desert** [1] - 1461:2

**deserves** [3] - 1346:17, 1350:11, 1350:20

**designated** [1] - 1509:12

**desire** [3] - 1459:20, 1465:18, 1465:25

**desperately** [1] -

1480:7

**despite** [7] - 1424:1, 1424:6, 1434:24, 1443:14, 1445:12, 1453:23, 1471:22

**detail** [6] - 1352:5, 1375:3, 1383:15, 1426:16, 1447:17, 1456:24

**detailed** [2] - 1447:23

**details** [7] - 1352:20, 1426:11, 1426:17, 1426:19, 1428:14, 1428:22, 1430:2

**detained** [1] - 1511:7

**detectable** [4] - 1359:10, 1359:19, 1363:10, 1507:19

**Detective** [19] - 1383:18, 1383:21, 1384:4, 1409:11, 1409:17, 1412:5, 1412:20, 1412:22, 1413:19, 1414:8, 1414:9, 1414:22, 1414:24, 1415:17, 1415:22, 1430:11, 1430:16, 1430:25, 1440:12

**determination** [5] - 1356:7, 1360:20, 1360:21, 1361:18, 1501:25

**determinations** [3] - 1360:17, 1360:23, 1361:23

**determine** [4] - 1356:4, 1357:7, 1364:25, 1487:8

**determined** [6] - 1408:4, 1408:6, 1409:7, 1449:4, 1449:13, 1501:14

**determining** [1] - 1347:23

**device** [1] - 1409:21

**devoted** [1] - 1501:15

**diagram** [1] - 1448:1

**dictate** [1] - 1465:21

**dictionaries** [1] - 1498:9

**differ** [2] - 1344:9, 1496:7

**different** [11] - 1419:20, 1442:2, 1442:4, 1446:8, 1446:9, 1457:1, 1457:3, 1458:10, 1477:18, 1477:19, 1512:18

**digital** [1] - 1414:21

**dilutes** [1] - 1456:3

**dimensions** [2] - 1466:10, 1466:12

**dinner** [1] - 1404:4

**direct** [7] - 1344:21, 1344:22, 1345:3, 1345:7, 1449:21, 1511:5

**direction** [1] - 1392:22

**directions** [2] - 1383:16, 1383:18

**directly** [4] - 1340:12, 1369:19, 1400:12, 1400:13

**disagree** [1] - 1364:20

**disaster** [1] - 1370:10

**disbanded** [1] - 1373:14

**discharged** [3] - 1500:9, 1512:24, 1514:24

**disclose** [1] - 1514:3

**discourage** [1] - 1513:22

**discover** [1] - 1466:10

**discuss** [14] - 1351:15, 1364:13, 1374:10, 1403:11, 1418:21, 1481:10, 1496:13, 1497:15, 1497:19, 1502:15, 1513:2, 1513:6, 1513:8, 1513:25

**discussed** [4] - 1352:8, 1450:11, 1463:11, 1496:19

**discussing** [2] - 1466:9, 1513:14

**discussion** [2] - 1496:23, 1513:16

**disgusting** [1] - 1454:23

**dishonest** [3] - 1454:21, 1460:14, 1463:7

**dislikes** [1] - 1342:4

**dismissive** [1] - 1463:5

**disregard** [4] - 1344:12, 1459:24, 1495:6, 1495:16

**dissolve** [1] - 1400:3

**dissolving** [1] - 1400:2

**distance** [2] - 1349:19, 1475:2

**distinction** [2] - 1345:6, 1463:25

**distribute** [39] -

1351:1, 1351:11, 1351:17, 1353:9, 1353:18, 1353:20, 1354:2, 1354:8, 1354:16, 1354:20, 1355:5, 1358:13, 1359:5, 1360:2, 1361:3, 1362:4, 1363:5, 1365:14, 1366:1, 1367:20, 1368:13, 1417:3, 1418:11, 1418:14, 1419:9, 1421:4, 1423:12, 1439:20, 1443:23, 1478:2, 1478:12, 1506:20, 1507:3, 1507:9, 1507:17, 1507:23, 1508:7, 1508:12, 1508:21

**distributed** [1] - 1395:4

**distributing** [2] - 1339:22, 1368:14

**distributor** [1] - 1367:6

**District** [2] - 1358:3, 1358:4

**ditched** [1] - 1407:12

**DNA** [1] - 1467:13

**document** [1] - 1357:18

**dollar** [1] - 1388:21

**dollar-plus** [1] - 1388:21

**Don** [1] - 1438:10

**done** [10] - 1340:16, 1340:17, 1342:13, 1355:11, 1407:6, 1418:6, 1461:11, 1462:10, 1468:17, 1503:23

**Donny** [1] - 1372:11

**door** [3] - 1383:1, 1383:2, 1450:18

**double** [1] - 1425:24

**doubt** [25] - 1337:9, 1339:20, 1342:19, 1342:22, 1342:23, 1343:5, 1343:10, 1351:7, 1353:15, 1354:14, 1355:3, 1356:5, 1356:17, 1418:8, 1421:2, 1464:24, 1465:7, 1466:4, 1467:24, 1468:9, 1468:11, 1493:1, 1495:1, 1499:8

**doubts** [1] - 1477:10

**United States Courts, District of Idaho**

**dovetail** [2] - 1487:4, 1492:14
**dovetailed** [1] - 1484:24
**dovetails** [1] - 1451:25
**down** [11] - 1370:25, 1371:5, 1380:21, 1386:25, 1390:2, 1391:12, 1392:17, 1394:17, 1395:6, 1397:24, 1415:5
**draw** [4] - 1338:19, 1342:17, 1479:12, 1495:10
**drive** [1] - 1390:11
**driver's** [1] - 1407:25
**driving** [3] - 1383:8, 1414:2, 1493:17
**dropped** [4] - 1380:21, 1407:17, 1409:1, 1470:11
**drove** [10] - 1388:16, 1391:14, 1391:21, 1393:15, 1404:9, 1404:11, 1406:20, 1413:9, 1413:13, 1424:7
**drug** [28] - 1335:3, 1348:13, 1348:14, 1348:17, 1354:1, 1357:24, 1361:21, 1397:17, 1416:2, 1416:3, 1416:13, 1423:10, 1434:5, 1440:6, 1440:8, 1440:9, 1442:14, 1446:22, 1452:4, 1462:12, 1469:10, 1474:23, 1474:24, 1475:5, 1487:12, 1489:22
**drugs** [7] - 1337:1, 1339:22, 1413:2, 1443:24, 1455:8, 1489:1, 1489:3
**dry** [1] - 1400:4
**dude** [1] - 1374:20
**due** [8] - 1459:5, 1511:14, 1511:24, 1511:25, 1512:3, 1512:10, 1512:13
**DUI** [4] - 1437:6, 1437:13, 1437:17
**DUIs** [1] - 1452:7
**dumb** [1] - 1475:7
**duplication** [2] - 1357:23, 1357:24
**duration** [2] - 1381:9, 1381:10

**during** [26] - 1365:20, 1377:16, 1382:8, 1382:17, 1384:13, 1384:20, 1391:4, 1405:20, 1405:23, 1413:6, 1418:16, 1420:24, 1422:16, 1443:7, 1444:9, 1450:25, 1467:17, 1472:18, 1477:4, 1492:8, 1497:7, 1498:19, 1498:21, 1499:15, 1501:22, 1513:20
**duties** [1] - 1512:23
**duty** [9] - 1341:18, 1341:20, 1341:23, 1343:6, 1343:11, 1422:20, 1465:8, 1465:12, 1500:11

# E

**early** [8] - 1369:22, 1371:13, 1447:10, 1448:2, 1466:16, 1467:6, 1472:20
**earned** [1] - 1483:6
**easier** [2] - 1357:25, 1457:6
**easy** [3] - 1456:8, 1463:4
**eat** [3] - 1426:13, 1427:1, 1502:4
**education** [2] - 1350:6, 1350:12
**effect** [1] - 1497:5
**efforts** [1] - 1452:19
**eight** [8] - 1346:10, 1399:9, 1406:8, 1416:23, 1443:19, 1444:13, 1457:21, 1468:14
**eighth** [1] - 1338:8
**either** [8] - 1345:4, 1345:7, 1388:6, 1416:12, 1453:25, 1485:8, 1485:9, 1513:16
**elect** [1] - 1496:10
**electronic** [3] - 1409:21, 1413:3, 1498:2
**element** [1] - 1354:20
**elements** [3] - 1351:6, 1351:16, 1353:14
**email** [3] - 1334:11, 1336:5, 1340:15
**embellish** [1] - 1451:1
**emergency** [1] -

1498:23
**emphasis** [1] - 1445:2
**employment** [1] - 1441:2
**encountered** [1] - 1443:11
**encourage** [1] - 1448:14
**end** [11] - 1340:9, 1372:4, 1389:11, 1389:21, 1393:7, 1401:6, 1411:2, 1441:23, 1468:5, 1472:20, 1492:17
**ending** [1] - 1351:9
**endless** [1] - 1452:17
**ends** [1] - 1424:10
**enforcement** [12] - 1348:19, 1348:25, 1394:20, 1412:25, 1413:6, 1425:22, 1426:12, 1446:14, 1448:2, 1452:5, 1459:25, 1461:5
**enforcer** [1] - 1465:22
**engage** [1] - 1349:1
**engaged** [1] - 1486:6
**ensure** [3] - 1498:18, 1503:19, 1506:7
**enter** [1] - 1442:11
**entire** [9] - 1335:9, 1369:6, 1371:12, 1384:24, 1392:14, 1413:6, 1423:15, 1448:23, 1454:21
**entirely** [2] - 1342:14, 1513:5
**entries** [1] - 1430:6
**entry** [1] - 1430:11
**equaled** [1] - 1356:6
**equally** [1] - 1445:15
**error** [4] - 1405:15, 1406:10, 1408:7, 1417:16
**errors** [1] - 1406:2
**especially** [4] - 1472:8, 1479:22, 1480:11, 1494:21
**estimated** [1] - 1406:23
**et** [1] - 1498:3
**evaluate** [1] - 1341:21
**evaluating** [3] - 1347:24, 1349:13, 1449:10
**event** [2] - 1350:2, 1491:7
**events** [3] - 1345:22, 1347:19, 1484:19
**eventually** [1] - 1473:6

**everyday** [2] - 1370:17, 1494:14
**evidence** [118] - 1336:23, 1337:7, 1337:11, 1337:12, 1337:13, 1339:4, 1339:13, 1339:17, 1339:19, 1341:18, 1341:21, 1342:3, 1343:1, 1343:2, 1343:4, 1343:9, 1343:13, 1343:16, 1343:20, 1343:21, 1343:25, 1344:3, 1344:7, 1344:8, 1344:13, 1344:15, 1344:19, 1344:20, 1344:21, 1344:22, 1344:25, 1345:4, 1345:7, 1345:9, 1346:5, 1346:9, 1346:13, 1346:23, 1347:9, 1347:21, 1348:6, 1348:10, 1348:20, 1350:13, 1350:16, 1355:2, 1355:16, 1355:18, 1364:13, 1364:15, 1364:20, 1364:23, 1365:5, 1370:11, 1374:25, 1375:3, 1375:5, 1379:17, 1379:18, 1388:4, 1399:8, 1405:23, 1412:2, 1412:4, 1415:12, 1418:8, 1418:21, 1419:6, 1420:3, 1421:1, 1422:17, 1423:7, 1432:12, 1435:15, 1440:17, 1441:17, 1442:7, 1442:13, 1444:4, 1446:18, 1446:22, 1446:23, 1446:25, 1450:7, 1450:15, 1450:23, 1452:1, 1452:9, 1452:22, 1465:5, 1465:6, 1467:13, 1467:18, 1467:21, 1478:25, 1479:7, 1479:13, 1479:21, 1483:21, 1484:2, 1484:7, 1486:9, 1488:24, 1489:1, 1489:5, 1492:25, 1493:1, 1496:2, 1496:5, 1496:6, 1496:19, 1497:5, 1500:15, 1500:18, 1514:5

**evidentiary** [1] - 1458:5
**exact** [1] - 1356:16
**exactly** [6] - 1369:5, 1412:15, 1449:18, 1488:2, 1491:15, 1491:17
**exam** [1] - 1430:24
**examination** [5] - 1436:17, 1449:21, 1452:24, 1459:14, 1488:15
**examine** [6] - 1348:3, 1448:14, 1451:15, 1451:22, 1494:12, 1505:18
**examined** [2] - 1386:1, 1471:5
**example** [3] - 1450:19, 1465:18, 1467:9
**exceeded** [1] - 1356:6
**except** [3] - 1379:15, 1433:1, 1499:19
**exception** [2] - 1497:23, 1498:24
**exceptions** [1] - 1497:18
**exchange** [4] - 1347:7, 1379:13, 1450:13, 1452:25
**excluded** [1] - 1344:12
**excuse** [4] - 1432:21, 1466:22, 1501:9, 1506:5
**excused** [1] - 1502:2
**Exhibits** [5] - 1370:4, 1370:10, 1379:24, 1397:12, 1398:4
**exhibits** [9] - 1343:16, 1343:19, 1379:18, 1397:9, 1448:13, 1449:6, 1500:15, 1502:23, 1503:19
**existed** [2] - 1352:3, 1365:18
**existing** [2] - 1352:23, 1367:23
**exists** [2] - 1353:6, 1463:24
**expects** [3] - 1436:18, 1436:19, 1436:20
**expenses** [1] - 1370:18
**expensive** [1] - 1367:8
**experience** [4] - 1350:6, 1350:12, 1425:25, 1454:13
**experienced** [2] - 1431:23, 1472:22

**explain** [3] - 1425:19, 1425:21, 1484:4
**explained** [4] - 1371:5, 1399:5, 1412:22, 1419:12
**explanation** [3] - 1380:15, 1380:16, 1412:1
**explicit** [1] - 1383:15
**exposed** [1] - 1498:6
**express** [3] - 1403:12, 1481:11, 1502:6
**extent** [3] - 1335:1, 1348:1, 1459:9
**extinguisher** [9] - 1393:13, 1393:15, 1393:19, 1475:18, 1475:24, 1476:7, 1476:14, 1476:16
**extra** [1] - 1398:8
**extract** [1] - 1409:3
**extremely** [3] - 1402:14, 1450:24, 1452:15
**eyeballs** [1] - 1440:1
**eyes** [1] - 1436:23
**eyewitness** [4] - 1349:7, 1349:13, 1349:15, 1349:24
**eyewitness'** [2] - 1349:20, 1350:4

## F

**Fabian** [130] - 1347:3, 1368:8, 1368:20, 1369:20, 1369:25, 1370:25, 1372:22, 1372:25, 1373:5, 1373:11, 1373:17, 1373:21, 1375:7, 1377:20, 1377:24, 1378:2, 1378:4, 1378:7, 1378:16, 1378:22, 1379:1, 1379:4, 1379:5, 1379:9, 1379:13, 1381:4, 1381:10, 1381:11, 1381:13, 1381:22, 1381:23, 1382:8, 1382:14, 1382:16, 1382:18, 1382:21, 1382:23, 1382:24, 1382:25, 1383:2, 1383:3, 1383:4, 1383:6, 1383:25, 1384:3, 1384:11, 1384:16, 1384:18, 1385:1, 1385:6, 1385:11,
1385:14, 1386:8, 1386:13, 1386:24, 1387:21, 1388:7, 1388:10, 1388:14, 1388:24, 1389:6, 1389:7, 1389:10, 1389:17, 1389:21, 1390:4, 1390:10, 1390:11, 1390:12, 1390:15, 1390:21, 1391:10, 1391:15, 1391:17, 1391:18, 1391:21, 1391:24, 1392:2, 1392:8, 1392:13, 1392:15, 1392:17, 1392:19, 1393:5, 1393:6, 1394:25, 1395:16, 1396:9, 1396:14, 1397:2, 1398:20, 1401:19, 1401:22, 1401:24, 1401:25, 1402:4, 1404:4, 1404:6, 1404:7, 1404:15, 1406:19, 1410:25, 1411:21, 1412:19, 1413:10, 1413:14, 1413:22, 1414:2, 1414:4, 1414:5, 1421:23, 1423:18, 1425:5, 1429:5, 1429:12, 1431:2, 1433:21, 1436:9, 1452:21, 1453:19, 1485:17, 1486:1, 1488:16, 1488:17, 1489:15, 1490:16
**Fabian's** [12] - 1377:23, 1380:3, 1380:5, 1380:8, 1380:13, 1380:18, 1384:12, 1390:17, 1405:6, 1406:20, 1489:13, 1489:19
**face** [5] - 1424:16, 1449:23, 1461:22, 1465:15, 1472:9
**faces** [2] - 1444:13, 1454:14
**facets** [1] - 1465:1
**facing** [2] - 1424:15, 1454:16
**fact** [27] - 1335:24, 1339:21, 1341:24, 1342:17, 1344:23, 1345:2, 1345:5, 1346:13, 1364:25, 1408:21, 1411:18, 1424:1, 1424:7,
1434:1, 1434:24, 1435:5, 1471:23, 1473:3, 1473:8, 1477:6, 1477:7, 1487:7, 1489:9, 1489:12, 1489:17, 1490:15, 1492:20
**factor** [4] - 1406:11, 1408:7, 1417:16, 1501:23
**factors** [6] - 1346:11, 1348:2, 1349:10, 1349:12, 1451:13, 1469:4
**facts** [20] - 1341:22, 1341:25, 1343:14, 1343:17, 1343:22, 1344:8, 1345:1, 1345:10, 1394:14, 1484:4, 1488:10, 1488:11, 1488:16, 1488:23, 1488:24, 1495:8, 1495:10, 1496:6, 1513:12
**factual** [1] - 1492:15
**failed** [1] - 1458:22
**failure** [1] - 1468:12
**Fain** [3] - 1467:4, 1467:13, 1467:22
**fair** [3] - 1399:6, 1474:10, 1491:24
**fairly** [2] - 1416:13, 1495:20
**fall** [7] - 1426:11, 1426:21, 1448:2, 1459:13, 1472:14, 1473:13, 1478:6
**falling** [2] - 1469:9, 1471:22
**falls** [1] - 1426:17
**false** [5] - 1348:19, 1349:5, 1461:5, 1461:6, 1461:23
**familiarity** [1] - 1349:24
**far** [5] - 1385:18, 1397:2, 1462:17, 1466:21, 1482:12
**Fargo** [1] - 1397:11
**faster** [1] - 1403:1
**fatal** [1] - 1464:1
**favorable** [3] - 1337:7, 1339:5, 1339:18
**fear** [1] - 1460:21
**February** [25] - 1371:10, 1371:13, 1378:12, 1380:2, 1380:15, 1381:6, 1384:22, 1384:25, 1386:6, 1388:14,
1388:23, 1388:25, 1389:8, 1389:11, 1389:17, 1389:22, 1397:21, 1398:3, 1399:16, 1405:14, 1429:13, 1432:6, 1432:13, 1433:11, 1433:14
**federal** [1] - 1437:1
**feelings** [1] - 1514:1
**fellow** [3] - 1496:14, 1496:21, 1497:12
**felt** [4] - 1443:9, 1445:5, 1445:6, 1514:4
**female** [3] - 1408:19, 1408:23, 1408:25
**few** [6] - 1364:4, 1392:6, 1435:23, 1495:22, 1500:23, 1514:21
**Fifteen** [1] - 1470:20
**fifteen** [1] - 1470:21
**fifth** [2] - 1346:2, 1349:25
**figure** [1] - 1459:14
**file** [2] - 1470:8, 1511:6
**files** [1] - 1470:11
**fill** [1] - 1363:24
**FINAL** [2] - 1341:16, 1495:2
**final** [9] - 1363:20, 1435:23, 1449:9, 1464:22, 1495:18, 1511:17, 1511:25, 1512:13, 1512:20
**finally** [7] - 1346:10, 1395:9, 1417:21, 1437:2, 1473:21, 1473:25, 1474:4
**financed** [1] - 1370:24
**financial** [2] - 1351:20, 1354:5
**fine** [2] - 1335:24, 1403:5
**fire** [9] - 1393:13, 1393:15, 1393:19, 1475:17, 1475:18, 1475:23, 1476:6, 1476:14, 1476:15
**firearms** [1] - 1436:14
**firmly** [2] - 1342:20, 1464:24
**First** [1] - 1351:8
**first** [58] - 1341:15, 1343:14, 1343:23, 1345:18, 1346:20, 1349:14, 1353:16, 1354:15, 1359:9,
1359:18, 1378:10, 1379:20, 1379:25, 1382:17, 1384:21, 1385:4, 1385:5, 1385:10, 1385:11, 1388:15, 1392:6, 1392:19, 1393:18, 1394:19, 1400:14, 1401:10, 1401:20, 1405:9, 1406:19, 1406:22, 1408:20, 1409:16, 1411:7, 1412:1, 1412:24, 1425:7, 1425:11, 1426:11, 1428:3, 1428:13, 1432:23, 1433:3, 1435:15, 1435:20, 1438:19, 1440:22, 1446:6, 1455:1, 1469:18, 1471:6, 1473:8, 1474:2, 1482:1, 1495:25, 1500:11, 1501:14, 1503:7
**fit** [1] - 1469:12
**fitted** [2] - 1409:21, 1413:3
**five** [29] - 1359:15, 1359:16, 1384:25, 1396:8, 1396:11, 1396:12, 1398:25, 1424:18, 1432:18, 1436:13, 1436:15, 1438:2, 1446:7, 1446:8, 1446:13, 1446:21, 1446:25, 1452:2, 1457:21, 1457:23, 1466:11, 1469:21, 1480:19, 1481:3, 1481:4, 1481:12, 1491:10
**five-minute** [3] - 1438:2, 1480:19, 1481:3
**flat** [1] - 1455:19
**flatly** [1] - 1455:22
**flaws** [1] - 1464:1
**floorboard** [1] - 1407:22
**focus** [1] - 1384:9
**follow** [2] - 1336:13, 1342:8, 1424:22, 1461:13, 1480:1, 1481:8, 1495:21, 1502:8, 1514:15
**followed** [4] - 1407:19, 1428:6, 1436:13, 1484:11
**following** [6] - 1343:20, 1345:16,

1351:6, 1353:14, 1425:8, 1437:16

**follows** [5] - 1358:2, 1358:9, 1360:8, 1361:10, 1506:16

**food** [1] - 1370:16

**Force** [1] - 1461:2

**Ford** [5] - 1391:11, 1391:15, 1391:22, 1413:13, 1413:17

**Forensic** [2] - 1402:12, 1408:3

**forensic** [1] - 1409:6

**foreperson** [9] - 1362:20, 1363:19, 1363:24, 1496:10, 1498:18, 1499:10, 1500:12, 1505:13, 1508:25

**FOREPERSON** [3] - 1505:15, 1505:23, 1506:1

**forget** [1] - 1422:15

**forgetting** [1] - 1504:7

**form** [20] - 1357:12, 1357:19, 1358:2, 1358:7, 1358:18, 1360:7, 1361:9, 1362:9, 1362:21, 1363:7, 1363:21, 1363:25, 1403:12, 1481:10, 1497:20, 1499:11, 1502:15, 1503:20, 1505:17, 1506:5

**formal** [1] - 1352:4

**forth** [2] - 1363:25, 1390:25

**forthcoming** [1] - 1494:17

**four** [24] - 1387:7, 1387:8, 1387:15, 1396:4, 1396:20, 1425:17, 1426:2, 1431:24, 1433:12, 1434:11, 1434:12, 1434:18, 1434:22, 1435:3, 1450:20, 1453:16, 1457:9, 1471:3, 1471:11, 1471:18, 1473:2, 1473:9, 1474:3

**fourth** [4] - 1345:25, 1349:24, 1399:15, 1400:15

**frank** [1] - 1411:4

**free** [4] - 1399:4, 1497:19, 1497:20, 1513:25

**Friday** [1] - 1335:9

**friend** [3] - 1389:22, 1472:5

**friends** [1] - 1376:25

**front** [11] - 1374:11, 1386:3, 1415:14, 1415:17, 1423:4, 1441:6, 1445:20, 1446:5, 1456:17, 1501:22, 1509:16

**Fruitland** [2] - 1407:10, 1493:18

**full** [2] - 1336:4, 1352:20

**fully** [1] - 1496:19

**fundamentally** [1] - 1445:11

**FURTHER** [2] - 1334:9, 1495:2

**furtherance** [3] - 1366:17, 1420:19, 1444:1

**furthered** [1] - 1464:10

**furthermore** [3] - 1352:22, 1432:5, 1463:16

**furthers** [2] - 1353:1, 1463:18

**Fusion** [3] - 1391:11, 1391:15, 1391:22

# G

**gaining** [1] - 1480:6

**Galaxy** [1] - 1380:3

**game** [1] - 1449:18

**gas** [2] - 1370:17, 1391:12

**gather** [5] - 1341:10, 1341:11, 1341:12, 1341:13, 1498:12

**gauge** [1] - 1340:13

**Gearhart** [2] - 1502:17, 1504:4

**geez** [1] - 1475:15

**general** [1] - 1514:2

**generally** [1] - 1481:25

**gentleman** [3] - 1459:3, 1476:13, 1476:23

**gentlemen** [15] - 1341:8, 1364:12, 1403:22, 1442:4, 1443:1, 1443:5, 1451:10, 1468:25, 1481:19, 1494:8, 1495:3, 1495:18, 1502:22, 1509:1, 1514:20

**girlfriend** [1] - 1404:1

**given** [14] - 1345:6, 1347:7, 1350:12, 1411:7, 1442:6, 1444:5, 1445:16, 1450:13, 1470:7, 1470:16, 1472:9, 1477:2, 1477:5, 1477:6

**glasses** [1] - 1512:7

**goal** [1] - 1444:2

**gosh** [4] - 1470:20, 1472:15, 1474:18, 1476:10

**government** [75] - 1337:5, 1337:8, 1339:5, 1339:18, 1342:22, 1347:8, 1347:11, 1351:5, 1353:13, 1354:13, 1355:7, 1355:14, 1356:4, 1356:10, 1356:14, 1356:16, 1364:14, 1379:17, 1418:7, 1419:5, 1423:9, 1431:8, 1434:23, 1435:9, 1439:9, 1439:18, 1440:5, 1442:6, 1442:13, 1443:15, 1443:19, 1443:22, 1446:5, 1449:3, 1449:4, 1450:14, 1450:18, 1451:5, 1451:14, 1458:4, 1458:20, 1458:21, 1462:18, 1463:5, 1463:10, 1464:1, 1464:7, 1464:9, 1467:8, 1467:11, 1468:8, 1470:7, 1470:8, 1470:11, 1470:15, 1470:17, 1470:23, 1471:17, 1472:12, 1473:7, 1473:10, 1475:16, 1480:6, 1480:11, 1482:2, 1482:15, 1482:19, 1482:21, 1483:4, 1483:15, 1483:25, 1485:23, 1488:17, 1499:7, 1514:9

**GOVERNMENT** [2] - 1364:9, 1481:18

**Government's** [10] - 1370:4, 1370:19, 1372:25, 1373:19, 1374:7, 1379:24, 1408:25, 1415:11,

1415:12, 1427:19

**government's** [16] - 1348:24, 1365:4, 1431:17, 1431:21, 1434:23, 1435:2, 1440:21, 1449:9, 1470:18, 1473:20, 1481:22, 1486:16, 1488:9, 1492:25, 1493:14, 1494:10

**grab** [2] - 1407:16, 1502:4

**gram** [9] - 1338:2, 1338:8, 1338:10, 1338:11, 1367:2, 1367:3, 1409:9, 1477:21

**grams** [89] - 1338:1, 1338:4, 1338:9, 1338:22, 1338:23, 1338:25, 1359:11, 1359:12, 1359:13, 1359:14, 1359:15, 1359:16, 1363:11, 1363:12, 1363:13, 1363:15, 1363:16, 1363:17, 1369:5, 1369:6, 1369:7, 1369:10, 1369:13, 1394:20, 1394:24, 1395:4, 1395:6, 1395:9, 1402:17, 1402:18, 1405:4, 1405:7, 1405:16, 1405:25, 1406:5, 1406:7, 1406:10, 1408:5, 1408:6, 1409:8, 1409:9, 1410:3, 1410:6, 1410:7, 1410:8, 1414:13, 1414:14, 1414:19, 1414:25, 1415:1, 1415:2, 1416:20, 1416:22, 1416:25, 1417:6, 1417:9, 1417:10, 1417:12, 1417:13, 1417:15, 1417:18, 1418:11, 1418:15, 1419:3, 1419:10, 1419:18, 1419:25, 1420:1, 1420:23, 1421:16, 1421:19, 1421:20, 1422:9, 1422:13, 1457:10, 1457:21, 1457:23, 1507:5, 1507:20, 1508:9, 1508:22

**grandmother** [1] - 1404:10

**grandmother's** [2] - 1374:12, 1422:2

**grant** [1] - 1339:5

**grateful** [1] - 1423:5

**great** [10] - 1445:1, 1447:17, 1451:23, 1451:24, 1460:13, 1460:23, 1475:2, 1475:14, 1480:11

**greater** [4] - 1348:4, 1418:15, 1451:16, 1451:18

**greatest** [1] - 1425:9

**greatly** [2] - 1422:18, 1447:19

**ground** [1] - 1377:5

**group** [1] - 1458:16

**growing** [1] - 1469:11

**Guadalupe** [22] - 1334:6, 1353:7, 1358:5, 1358:11, 1358:20, 1358:23, 1359:2, 1362:3, 1362:10, 1362:19, 1362:23, 1363:2, 1364:16, 1392:25, 1418:9, 1418:24, 1486:8, 1506:13, 1506:18, 1506:25, 1508:11, 1508:18

**guess** [3] - 1367:2, 1371:22, 1388:11

**guessing** [1] - 1456:12

**guidance** [1] - 1513:3

**guide** [1] - 1468:19

**guilt** [2] - 1342:22, 1500:7

**guilty** [63] - 1342:21, 1343:6, 1343:7, 1343:11, 1343:12, 1347:19, 1347:21, 1351:5, 1353:13, 1354:7, 1354:12, 1356:2, 1357:8, 1358:17, 1358:21, 1358:24, 1359:3, 1360:6, 1360:10, 1360:13, 1361:7, 1361:8, 1361:12, 1361:14, 1362:8, 1362:11, 1362:16, 1362:19, 1362:24, 1363:3, 1411:19, 1418:10, 1418:13, 1418:24, 1419:7, 1420:22, 1437:14, 1442:11, 1442:15, 1445:19, 1464:25, 1465:9, 1465:13,

1468:12, 1482:21, 1485:21, 1486:4, 1493:2, 1494:25, 1496:15, 1496:16, 1506:23, 1506:25, 1507:12, 1507:14, 1508:2, 1508:4, 1508:16, 1508:18

**gun** [2] - 1455:5, 1469:22

**Guns** [2] - 1389:2, 1415:23

**guns** [6] - 1389:3, 1389:10, 1416:10, 1416:12, 1439:12, 1460:17

**guy** [3] - 1448:10, 1462:10, 1487:13

**guys** [4] - 1426:19, 1434:25, 1435:12, 1435:16

# H

**habit** [1] - 1369:15

**hack** [2] - 1476:2, 1476:11

**half** [32] - 1334:24, 1338:1, 1338:6, 1338:8, 1338:11, 1367:3, 1372:3, 1386:20, 1388:5, 1395:8, 1395:10, 1399:15, 1401:15, 1402:6, 1402:20, 1405:5, 1405:8, 1405:20, 1407:4, 1416:23, 1417:10, 1417:13, 1417:17, 1417:20, 1421:17, 1421:22, 1457:12, 1457:13, 1462:6, 1464:14, 1490:9

**half-ounce** [2] - 1405:20, 1462:6

**half-sentence** [1] - 1334:24

**hallway** [1] - 1498:22

**hand** [5] - 1343:8, 1352:24, 1357:14, 1396:13, 1505:16

**handling** [1] - 1378:14

**hands** [1] - 1406:23

**hang** [1] - 1442:7

**hanging** [1] - 1485:25

**hard** [1] - 1468:16

**hardware** [1] - 1475:19

**harmony** [1] - 1474:21

**harped** [1] - 1469:6

**hat** [1] - 1442:7

**hate** [1] - 1467:17

**hear** [14] - 1334:4, 1334:20, 1335:13, 1345:19, 1364:3, 1423:6, 1424:20, 1458:17, 1470:24, 1474:20, 1479:2, 1479:3, 1479:4, 1504:14

**heard** [73] - 1341:18, 1344:18, 1344:24, 1346:18, 1347:2, 1348:6, 1348:10, 1348:23, 1349:7, 1350:5, 1367:1, 1372:9, 1374:2, 1374:8, 1374:19, 1375:15, 1379:7, 1383:13, 1387:12, 1390:16, 1390:21, 1392:13, 1394:5, 1398:3, 1399:11, 1400:8, 1402:12, 1407:8, 1410:11, 1410:14, 1411:23, 1412:7, 1413:5, 1414:4, 1414:18, 1417:25, 1424:14, 1424:23, 1437:25, 1439:11, 1439:23, 1439:24, 1440:1, 1440:4, 1441:23, 1441:25, 1444:4, 1445:14, 1445:23, 1445:25, 1446:7, 1447:13, 1448:3, 1448:9, 1448:11, 1448:15, 1449:20, 1452:1, 1458:8, 1458:12, 1458:14, 1459:1, 1460:1, 1460:8, 1460:24, 1462:4, 1465:19, 1465:22, 1466:22, 1475:17, 1486:3, 1486:9, 1488:1

**hearing** [2] - 1445:12, 1447:6

**hears** [1] - 1483:4

**HEINEMAN** [8] - 1340:5, 1468:25, 1479:3, 1479:14, 1479:17, 1503:16, 1505:3, 1514:18

**Heineman** [1] - 1468:23

**held** [1] - 1406:23

**help** [9] - 1344:7, 1351:13, 1366:5,

1374:5, 1375:21, 1411:12, 1454:22, 1456:22, 1496:5

**helped** [7] - 1352:9, 1368:14, 1374:3, 1400:6, 1405:14, 1421:7, 1463:13

**helpful** [1] - 1355:1

**helping** [1] - 1355:4

**Hensley** [37] - 1338:3, 1338:14, 1347:5, 1348:17, 1371:11, 1371:13, 1372:1, 1372:10, 1395:7, 1399:13, 1399:14, 1399:19, 1399:23, 1400:5, 1400:8, 1400:11, 1405:13, 1405:14, 1406:16, 1407:4, 1407:9, 1410:22, 1417:4, 1421:6, 1421:12, 1441:20, 1441:25, 1457:11, 1458:10, 1458:25, 1459:1, 1461:20, 1477:20, 1487:18, 1487:19, 1487:21, 1493:17

**Hensley's** [1] - 1459:2

**hidden** [1] - 1409:25

**hide** [7] - 1383:7, 1393:15, 1437:16, 1455:4, 1455:8, 1460:16

**hiding** [1] - 1459:19, 1460:1, 1461:8

**high** [5] - 1337:5, 1369:14, 1402:15, 1407:9, 1459:19

**High** [1] - 1461:2

**high-speed** [2] - 1407:9, 1459:19

**higher** [1] - 1470:2

**highlight** [3] - 1450:7, 1465:1, 1467:23

**highlighted** [2] - 1455:24, 1463:1

**himself** [16] - 1374:5, 1388:16, 1399:7, 1401:12, 1401:14, 1407:9, 1436:25, 1454:22, 1455:12, 1456:23, 1458:2, 1474:8, 1474:25, 1482:4, 1487:16, 1491:1

**history** [1] - 1461:11

**Hites** [12] - 1338:7, 1347:4, 1372:9, 1372:14, 1391:13,

1400:9, 1400:20, 1400:24, 1403:24, 1477:22, 1487:22, 1493:25

**Hohenleitner** [1] - 1403:3

**hold** [7] - 1387:19, 1403:8, 1455:8, 1455:16, 1463:9, 1481:3

**holidays** [1] - 1387:2

**home** [1] - 1423:25

**honest** [2] - 1483:17, 1497:4

**honestly** [3] - 1456:21, 1493:15

**Honorable** [1] - 1467:5

**hope** [3] - 1449:24, 1456:13, 1456:16

**hopefully** [1] - 1431:5

**hopes** [1] - 1465:3

**horrible** [3] - 1441:25, 1493:11, 1494:4

**hour** [5] - 1377:3, 1379:8, 1407:11, 1493:18, 1512:15

**hours** [3] - 1441:16, 1480:16, 1502:9

**house** [47] - 1372:16, 1372:24, 1373:2, 1374:12, 1376:14, 1376:15, 1376:18, 1379:2, 1379:6, 1382:19, 1383:1, 1383:10, 1383:16, 1383:19, 1384:5, 1384:6, 1391:18, 1391:19, 1395:3, 1399:20, 1400:25, 1401:5, 1401:20, 1402:2, 1402:6, 1402:18, 1405:6, 1407:5, 1409:18, 1409:19, 1409:23, 1413:18, 1417:5, 1417:11, 1421:15, 1421:23, 1422:2, 1428:18, 1441:16, 1446:18, 1453:20, 1455:9, 1460:2, 1462:11, 1490:11

**houses** [1] - 1378:17

**housing** [1] - 1370:17

**huge** [1] - 1475:6

**hung** [1] - 1381:13

**hurry** [1] - 1390:20

**hurts** [1] - 1472:23

# I

**Idaho** [24] - 1358:4, 1389:15, 1389:24, 1390:3, 1391:22, 1393:3, 1393:16, 1393:17, 1394:4, 1394:8, 1394:10, 1408:2, 1408:16, 1409:5, 1414:10, 1414:15, 1416:19, 1471:2, 1471:6, 1471:9, 1472:16, 1475:2, 1475:3, 1477:9

**idea** [1] - 1483:10

**identification** [1] - 1349:8, 1349:13, 1349:20, 1349:23, 1350:4

**identifications** [2] - 1350:1, 1350:2

**identified** [22] - 1349:25, 1373:1, 1373:3, 1373:19, 1375:12, 1375:17, 1376:17, 1377:8, 1377:11, 1378:5, 1379:1, 1382:9, 1383:9, 1383:22, 1383:25, 1399:20, 1400:24, 1401:25, 1411:1, 1413:14, 1420:10, 1420:11

**identify** [1] - 1383:23

**ignorance** [1] - 1355:13

**ignore** [1] - 1342:9

**ignored** [1] - 1469:5

**ill** [2] - 1501:19, 1502:10

**illegal** [1] - 1460:12

**immediately** [1] - 1504:5

**impaired** [1] - 1459:4

**Impala** [1] - 1407:20

**impartial** [3] - 1343:1, 1343:3, 1343:9

**impartially** [1] - 1465:4

**important** [15] - 1342:10, 1346:15, 1370:8, 1423:8, 1445:11, 1445:15, 1451:12, 1462:23, 1463:9, 1464:23, 1469:4, 1469:14, 1490:15, 1497:1, 1503:25

**importantly** [3] -

1431:12, 1443:16, 1444:25

**impression** [1] - 1472:14

**improper** [3] - 1456:5, 1479:11, 1495:5

**impurities** [1] - 1400:3

**Inaudible** [1] - 1510:23

**incentive** [1] - 1449:12

**include** [2] - 1356:8, 1498:1

**included** [2] - 1335:17, 1335:20

**includes** [1] - 1498:7

**including** [8] - 1346:24, 1349:18, 1384:20, 1483:22, 1491:21, 1498:2, 1500:4, 1500:6

**inconsistent** [4] - 1349:23, 1441:18, 1452:18, 1463:7

**increased** [1] - 1401:18

**incurring** [1] - 1400:18

**independently** [2] - 1361:23, 1494:23

**indica** [1] - 1462:12

**indicate** [9] - 1340:7, 1357:23, 1360:16, 1441:7, 1505:21, 1505:24, 1509:14, 1512:14, 1513:18

**indicated** [7] - 1338:14, 1338:15, 1339:15, 1441:21, 1485:19, 1492:22, 1505:20

**indicates** [2] - 1425:22, 1489:6

**indicating** [1] - 1495:12

**indicia** [1] - 1441:2

**indictment** [23] - 1350:25, 1352:12, 1353:8, 1356:3, 1356:12, 1357:9, 1357:11, 1357:17, 1358:11, 1359:4, 1359:24, 1361:1, 1362:2, 1363:4, 1419:8, 1506:17, 1507:1, 1507:6, 1507:15, 1507:21, 1508:5, 1508:10, 1508:19

**indirect** [1] - 1344:25

**individual** [8] -

1360:21, 1361:20, 1459:16, 1466:25, 1467:1, 1467:10, 1506:8, 1509:13

**individually** [1] - 1509:7

**individuals** [7] - 1438:9, 1447:3, 1447:7, 1448:12, 1460:24, 1463:11, 1465:15

**induced** [1] - 1354:19

**infect** [1] - 1493:6

**inference** [4] - 1338:20, 1342:17, 1479:13, 1495:9

**influence** [1] - 1349:22

**influenced** [5] - 1342:3, 1348:2, 1451:13, 1497:11, 1513:13

**informant** [3] - 1348:24, 1374:2, 1412:25

**informants** [2] - 1349:2, 1349:4

**information** [8] - 1348:19, 1445:23, 1460:9, 1461:2, 1461:23, 1463:6, 1465:2, 1465:17

**initial** [1] - 1438:6

**injection** [1] - 1442:2

**innocence** [4] - 1443:18, 1444:15, 1444:19, 1467:25

**innocent** [2] - 1466:6, 1474:8

**inquire** [5] - 1501:4, 1505:12, 1505:19, 1509:12, 1509:14

**insert** [1] - 1334:17

**inside** [1] - 1383:3

**instead** [3] - 1340:21, 1424:5, 1431:23

**instruct** [4] - 1341:19, 1359:17, 1495:6, 1495:15

**instructed** [7] - 1344:12, 1344:15, 1364:19, 1365:9, 1366:9, 1445:13, 1498:25

**instructing** [1] - 1451:21

**Instruction** [9] - 1334:16, 1335:17, 1348:9, 1450:9, 1451:11, 1452:8,

1452:14, 1452:15, 1461:16

**instruction** [14] - 1335:2, 1335:22, 1357:5, 1363:20, 1425:4, 1451:25, 1462:24, 1463:16, 1464:22, 1465:11, 1467:24, 1512:20, 1512:22

**INSTRUCTIONS** [3] - 1334:9, 1341:16, 1495:2

**instructions** [22] - 1335:11, 1340:20, 1340:23, 1341:9, 1341:10, 1342:9, 1342:12, 1349:10, 1357:3, 1357:21, 1364:5, 1444:5, 1445:16, 1445:18, 1450:3, 1450:5, 1461:14, 1464:17, 1468:18, 1495:19, 1495:20, 1497:17

**instructs** [7] - 1358:18, 1359:7, 1360:7, 1361:9, 1362:9, 1363:7, 1513:4

**intended** [5] - 1334:24, 1344:6, 1368:5, 1439:19, 1496:4

**intending** [1] - 1351:13

**intent** [43] - 1351:1, 1351:11, 1351:17, 1351:18, 1352:18, 1353:9, 1353:18, 1353:20, 1354:2, 1354:3, 1354:8, 1354:15, 1354:20, 1355:5, 1358:12, 1359:5, 1360:1, 1361:3, 1362:4, 1363:5, 1365:13, 1365:25, 1366:12, 1368:13, 1417:3, 1418:10, 1418:14, 1421:4, 1423:11, 1440:7, 1478:1, 1478:12, 1486:4, 1486:5, 1486:7, 1506:19, 1507:3, 1507:8, 1507:17, 1507:23, 1508:7, 1508:12, 1508:21

**intention** [3] - 1355:4, 1355:23, 1356:1

**intentionally** [2] - 1347:16, 1354:18

**interacted** [1] - 1368:9

**interest** [6] - 1346:1, 1351:20, 1352:8, 1354:5, 1463:12, 1482:20

**interesting** [2] - 1452:24, 1454:1

**internally** [2] - 1493:24, 1494:1

**Internet** [1] - 1498:10

**interpret** [2] - 1344:7, 1496:5

**interpreter** [1] - 1350:23

**interrogation** [1] - 1471:6

**interview** [7] - 1411:3, 1412:9, 1412:11, 1428:13, 1438:7, 1453:8, 1453:13

**interviewed** [1] - 1488:2

**interviews** [1] - 1428:12

**introduced** [1] - 1385:23

**investigate** [1] - 1349:3

**investigation** [2] - 1348:25, 1446:15

**investment** [1] - 1408:11

**invite** [1] - 1479:12

**involved** [11] - 1339:22, 1348:24, 1375:4, 1397:7, 1399:3, 1418:17, 1419:3, 1475:12, 1485:2, 1485:24, 1494:7

**involvement** [3] - 1348:12, 1453:24, 1478:8

**issue** [1] - 1489:17

**issues** [3] - 1334:10, 1336:15, 1336:24

**item** [1] - 1503:18

**items** [1] - 1445:25

**itself** [1] - 1455:14

## J

**jail** [4] - 1466:19, 1467:1, 1474:25, 1475:6

**jailhouse** [1] - 1466:20

**January** [16] - 1334:2,

1371:10, 1371:12, 1371:25, 1382:4, 1384:25, 1387:1, 1387:21, 1388:5, 1388:12, 1399:16, 1437:21, 1457:1, 1472:1, 1508:24

**Jesus** [24] - 1334:6, 1353:7, 1358:5, 1358:11, 1358:20, 1358:23, 1359:2, 1362:3, 1362:10, 1362:18, 1362:23, 1363:2, 1364:16, 1365:15, 1392:25, 1418:9, 1418:24, 1482:4, 1486:7, 1506:12, 1506:18, 1506:25, 1508:11, 1508:18

**Jim** [91] - 1334:7, 1358:6, 1361:2, 1361:11, 1361:14, 1364:17, 1367:18, 1369:17, 1370:2, 1370:5, 1370:12, 1370:22, 1376:9, 1376:11, 1376:14, 1376:17, 1376:22, 1377:8, 1378:5, 1378:18, 1378:23, 1379:2, 1379:3, 1379:5, 1379:10, 1379:14, 1379:18, 1379:20, 1379:22, 1380:9, 1380:12, 1380:25, 1382:7, 1382:9, 1382:11, 1382:12, 1382:13, 1382:16, 1382:23, 1383:1, 1383:3, 1383:9, 1383:15, 1383:23, 1384:1, 1384:5, 1384:9, 1384:20, 1385:2, 1395:24, 1396:7, 1396:10, 1419:6, 1419:22, 1420:11, 1420:12, 1420:22, 1423:9, 1423:22, 1423:25, 1425:12, 1425:15, 1425:17, 1426:6, 1429:1, 1432:2, 1435:1, 1438:16, 1439:24, 1439:25, 1440:3, 1482:3, 1485:6, 1485:10, 1485:11, 1485:13, 1486:8, 1489:11, 1489:18, 1490:11, 1490:12,

1490:17, 1494:5,
1506:13, 1507:22,
1508:4
**Jim's** [3] - 1383:1,
1383:19, 1440:4
**Jime** [1] - 1430:7
**JIME** [1] - 1489:13
**Jimmy** [4] - 1430:8,
1430:10, 1489:12
**job** [6] - 1368:25,
1371:24, 1372:7,
1375:23, 1377:23,
1399:8
**jobs** [1] - 1375:9
**jog** [1] - 1453:6
**John** [1] - 1457:21
**Johnny** [40] - 1347:4,
1368:7, 1369:19,
1369:22, 1375:21,
1375:23, 1376:2,
1376:6, 1376:9,
1376:10, 1376:13,
1376:15, 1376:16,
1376:19, 1376:20,
1376:21, 1377:7,
1377:10, 1377:16,
1377:18, 1378:4,
1378:7, 1378:13,
1379:3, 1379:13,
1383:24, 1385:23,
1394:12, 1398:4,
1398:6, 1411:22,
1420:8, 1425:5,
1429:4, 1433:1,
1437:2, 1437:19,
1453:23, 1454:1,
1490:16
**Johnny's** [1] - 1430:9
**join** [2] - 1335:14,
1371:19
**joined** [10] - 1351:12,
1356:22, 1365:24,
1366:3, 1366:4,
1366:14, 1368:8,
1371:3, 1421:3,
1421:5
**joining** [2] - 1411:20,
1481:1
**joins** [2] - 1347:16,
1352:22
**Jr** [1] - 1447:10
**Judge** [2] - 1467:5,
1491:6
**judge** [8] - 1364:19,
1365:8, 1470:5,
1483:2, 1483:4,
1483:14, 1484:13,
1494:14
**judged** [1] - 1350:9
**judges** [2] - 1340:15,

1454:11
**judgment** [1] -
1442:11
**July** [2] - 1453:9,
1453:18
**jumped** [1] - 1411:15
**jumping** [1] - 1459:18
**juncture** [1] - 1337:6
**juries** [1] - 1480:13
**juror** [14] - 1445:4,
1481:9, 1497:15,
1502:10, 1502:14,
1509:11, 1509:22,
1509:25, 1510:3,
1510:6, 1510:9,
1510:15, 1510:18,
1510:21
**Juror** [7] - 1501:20,
1502:5, 1502:25,
1509:16, 1509:19,
1510:12, 1511:2
**jurors** [19] - 1403:18,
1422:21, 1480:25,
1496:14, 1496:20,
1496:21, 1496:25,
1497:12, 1501:5,
1501:10, 1501:18,
1505:9, 1505:22,
1506:4, 1509:11,
1512:24, 1513:19,
1513:24, 1514:4
**Jury** [12] - 1334:3,
1341:5, 1403:16,
1450:9, 1451:11,
1452:7, 1452:14,
1461:15, 1481:14,
1503:4, 1505:7
**JURY** [3] - 1341:16,
1495:2, 1505:11
**jury** [80] - 1334:7,
1334:12, 1335:2,
1336:13, 1336:17,
1337:9, 1337:13,
1339:9, 1339:14,
1339:19, 1340:22,
1341:4, 1341:7,
1341:14, 1341:17,
1358:1, 1358:8,
1359:1, 1363:1,
1363:22, 1364:7,
1364:12, 1403:10,
1413:16, 1443:2,
1443:3, 1443:7,
1444:9, 1445:16,
1450:3, 1451:25,
1455:12, 1464:17,
1466:24, 1467:11,
1467:23, 1468:18,
1469:1, 1479:12,
1479:18, 1480:8,

1481:8, 1481:20,
1494:9, 1495:15,
1496:10, 1497:21,
1498:15, 1498:17,
1498:19, 1499:18,
1499:20, 1500:4,
1500:10, 1501:22,
1502:5, 1502:6,
1502:19, 1502:22,
1503:1, 1503:8,
1503:11, 1503:21,
1504:17, 1505:10,
1505:13, 1505:24,
1506:3, 1506:6,
1506:15, 1506:24,
1507:13, 1508:3,
1508:17, 1509:2,
1509:4, 1509:6,
1512:20, 1514:21
**jury's** [1] - 1513:23
**justify** [1] - 1439:13
**Justin** [1] - 1408:17

**K**

**K.C** [38] - 1347:5,
1348:17, 1371:11,
1371:13, 1372:1,
1372:2, 1372:10,
1395:7, 1399:13,
1399:19, 1399:23,
1400:5, 1400:8,
1400:12, 1406:16,
1407:4, 1407:8,
1407:23, 1408:9,
1410:22, 1417:4,
1417:9, 1421:6,
1421:7, 1421:12,
1441:20, 1441:25,
1457:11, 1457:21,
1458:10, 1458:15,
1458:25, 1460:5,
1461:20, 1487:18,
1487:19, 1487:21,
1493:17
**K.C.'s** [5] - 1407:20,
1407:24, 1408:9,
1430:10, 1460:4
**Karcher** [3] - 1394:25,
1413:9, 1414:7
**keep** [10] - 1340:16,
1366:21, 1368:3,
1371:21, 1420:16,
1420:19, 1469:11,
1469:12, 1473:19
**keeping** [1] - 1401:14
**Keisel** [2] - 1457:13,
1457:22
**kept** [4] - 1401:12,
1415:9, 1469:8,

1471:21
**kind** [7] - 1342:17,
1351:22, 1353:25,
1469:11, 1469:12,
1469:25, 1475:11
**kitchen** [2] - 1393:25,
1463:6
**Klitch** [7] - 1408:17,
1409:2, 1409:3,
1446:8, 1455:14,
1494:2
**Kmart** [1] - 1372:20
**Know-it-all** [1] -
1474:17
**knowing** [11] -
1351:13, 1353:6,
1366:10, 1411:20,
1424:8, 1425:8,
1445:9, 1445:10,
1463:23, 1464:12,
1464:20
**knowingly** [4] -
1353:17, 1354:17,
1355:11, 1355:19
**knowledge** [5] -
1352:20, 1352:25,
1355:4, 1416:14,
1463:17
**known** [8] - 1365:15,
1376:22, 1377:8,
1382:5, 1393:1,
1418:9, 1448:4,
1467:14
**knows** [18] - 1355:21,
1355:22, 1355:25,
1367:4, 1371:18,
1433:23, 1439:10,
1439:15, 1447:15,
1449:17, 1453:5,
1465:23, 1466:25,
1467:2, 1476:9,
1476:10, 1491:11
**Kris** [1] - 1477:20

**L**

**lab** [2] - 1409:6,
1414:25
**laboratory** [1] -
1414:11
**lack** [4] - 1343:2,
1442:13, 1465:5
**lackey** [1] - 1474:8
**ladder** [1] - 1471:5
**ladies** [15] - 1341:8,
1364:12, 1403:22,
1442:3, 1443:1,
1443:5, 1451:10,
1468:25, 1481:19,
1494:8, 1495:3,

1495:18, 1502:21,
1509:1, 1514:19
**LAMPRECHT** [17] -
1340:3, 1364:8,
1364:10, 1402:25,
1403:4, 1403:21,
1467:16, 1478:23,
1479:5, 1480:21,
1481:17, 1481:19,
1503:13, 1504:12,
1504:19, 1504:22,
1514:8
**Lamprecht** [12] -
1340:9, 1364:6,
1403:19, 1422:23,
1433:17, 1437:11,
1438:2, 1440:18,
1479:1, 1480:15,
1481:15, 1504:11
**Lamprecht's** [1] -
1340:10
**language** [3] -
1334:17, 1463:8,
1463:10
**lapses** [1] - 1350:1
**large** [7] - 1440:11,
1440:14, 1441:19,
1446:24, 1457:19,
1457:22, 1475:20
**larger** [1] - 1405:18
**Las** [1] - 1390:9
**last** [22] - 1336:5,
1359:20, 1378:8,
1383:20, 1391:9,
1394:2, 1394:3,
1404:23, 1411:23,
1416:18, 1430:6,
1430:11, 1436:4,
1436:25, 1440:2,
1444:13, 1445:24,
1451:10, 1468:14,
1488:4, 1490:4
**lasted** [2] - 1437:15,
1491:4
**late** [4] - 1369:22,
1448:2, 1503:6
**latitude** [1] - 1450:25
**Laurenson** [2] -
1407:19, 1408:1
**law** [23] - 1341:19,
1341:23, 1342:1,
1342:3, 1345:5,
1348:19, 1348:25,
1351:16, 1394:20,
1412:25, 1413:6,
1425:22, 1426:12,
1446:14, 1448:1,
1452:5, 1459:21,
1459:24, 1459:25,
1461:5, 1499:4,

1503:21

**Lawrence** [1] - 1446:8

**lawyer's** [1] - 1344:1

**lawyers** [8] - 1343:24, 1343:25, 1344:4, 1344:9, 1496:1, 1496:2, 1496:7, 1499:24

**lawyers'** [1] - 1344:2

**lead** [1] - 1445:18

**leader** [1] - 1424:22

**leads** [1] - 1462:23

**learned** [9] - 1365:20, 1444:9, 1458:3, 1459:2, 1461:24, 1465:14, 1465:24, 1466:8, 1472:17

**least** [27] - 1352:11, 1359:11, 1359:15, 1363:11, 1363:15, 1367:23, 1370:5, 1382:16, 1388:8, 1392:12, 1397:1, 1402:22, 1410:8, 1417:9, 1417:10, 1417:12, 1417:13, 1417:15, 1419:13, 1432:4, 1438:15, 1452:12, 1454:14, 1455:7, 1502:10, 1504:1, 1507:20

**leave** [6] - 1395:22, 1426:18, 1457:15, 1495:17, 1498:17, 1504:3

**leaves** [3] - 1342:20, 1384:25, 1502:6

**Lee** [2] - 1485:8, 1485:14

**leeway** [1] - 1468:1

**left** [14] - 1370:7, 1370:19, 1375:20, 1386:18, 1387:19, 1389:9, 1389:18, 1391:9, 1391:21, 1391:22, 1395:15, 1407:5, 1478:19, 1502:25

**legalese** [1] - 1440:8

**length** [1] - 1349:16

**lengths** [1] - 1460:13

**lenient** [1] - 1339:16

**less** [10] - 1359:12, 1359:13, 1359:15, 1359:16, 1363:12, 1363:16, 1363:17, 1437:23, 1507:20

**letting** [3] - 1400:3, 1400:4, 1493:5

**level** [1] - 1455:11

**levels** [1] - 1454:24

**license** [2] - 1390:13, 1407:25

**lie** [3] - 1461:7, 1461:8, 1487:24

**lied** [1] - 1487:24

**lies** [1] - 1456:4

**life** [7] - 1423:15, 1449:24, 1449:25, 1454:14, 1454:16, 1469:21, 1494:14

**light** [7] - 1337:7, 1337:11, 1339:4, 1339:18, 1346:8, 1461:10, 1465:7

**lighting** [1] - 1349:19

**likely** [4] - 1368:19, 1381:11, 1405:9, 1447:20

**likewise** [5] - 1379:12, 1381:4, 1498:4, 1498:11, 1512:1

**limited** [3] - 1344:14, 1344:16, 1477:5

**Lincoln** [7] - 1388:17, 1391:12, 1391:14, 1397:15, 1397:24, 1397:25, 1398:1

**line** [6] - 1363:18, 1363:19, 1385:5, 1394:17, 1451:3, 1469:9

**list** [3] - 1380:9, 1454:13, 1489:18

**listed** [2] - 1446:14, 1456:24

**listen** [2] - 1506:4, 1506:6

**listened** [2] - 1444:14, 1496:20

**listening** [2] - 1483:18, 1483:19

**littered** [1] - 1451:6

**live** [3] - 1377:1, 1403:24, 1418:5

**lived** [11] - 1372:14, 1373:2, 1376:18, 1376:22, 1376:23, 1377:2, 1378:11, 1379:5, 1402:1, 1404:10, 1493:10

**lives** [1] - 1493:10

**living** [1] - 1415:19

**Llama** [2] - 1389:3, 1415:18

**loaded** [2] - 1415:17, 1416:6

**located** [1] - 1384:6

**lockstep** [4] - 1471:22, 1473:13,

1478:6, 1480:1

**logs** [1] - 1473:15

**look** [45] - 1337:11, 1365:11, 1367:9, 1371:22, 1374:25, 1376:13, 1384:8, 1384:9, 1384:15, 1384:16, 1385:5, 1385:7, 1388:25, 1392:23, 1394:14, 1395:18, 1395:19, 1395:20, 1395:24, 1396:18, 1397:5, 1398:6, 1413:16, 1417:8, 1425:4, 1425:10, 1427:19, 1427:23, 1430:4, 1436:10, 1455:12, 1461:20, 1465:11, 1469:14, 1469:16, 1469:18, 1470:25, 1473:15, 1478:2, 1478:5, 1489:7, 1489:14, 1489:17, 1489:18, 1494:9

**looked** [2] - 1379:25, 1404:19

**looking** [10] - 1337:12, 1337:21, 1382:8, 1408:9, 1424:18, 1425:10, 1446:17, 1470:1, 1486:13, 1487:10

**looks** [1] - 1437:23

**loop** [1] - 1400:11

**Lord** [1] - 1465:23

**lose** [1] - 1480:6

**lost** [1] - 1483:12

**Loveland** [92] - 1334:7, 1336:19, 1337:2, 1337:10, 1337:14, 1339:21, 1358:6, 1361:2, 1361:12, 1361:14, 1361:22, 1364:18, 1367:19, 1369:17, 1370:2, 1370:5, 1370:12, 1376:17, 1376:23, 1379:14, 1380:14, 1381:2, 1381:5, 1381:9, 1381:13, 1382:3, 1382:7, 1382:10, 1382:11, 1382:13, 1383:23, 1384:1, 1384:10, 1384:20, 1385:2, 1388:8, 1394:6, 1419:6, 1419:12, 1419:22, 1420:4, 1420:13,

1420:18, 1420:22, 1423:5, 1423:10, 1423:13, 1424:1, 1425:17, 1426:7, 1427:5, 1428:1, 1428:7, 1429:3, 1430:7, 1430:15, 1431:3, 1433:4, 1433:10, 1434:2, 1434:5, 1435:21, 1436:1, 1436:4, 1437:4, 1438:18, 1439:3, 1439:5, 1439:7, 1439:13, 1439:24, 1439:25, 1440:6, 1440:8, 1442:14, 1473:18, 1482:3, 1485:5, 1485:6, 1485:10, 1485:12, 1485:13, 1486:9, 1489:11, 1490:12, 1490:17, 1490:22, 1494:5, 1506:14, 1507:22, 1508:4, 1512:8

**LOVELAND** [1] - 1422:25

**Loveland's** [19] - 1370:22, 1379:19, 1379:20, 1379:22, 1380:6, 1380:10, 1380:12, 1381:1, 1382:19, 1383:9, 1383:16, 1384:5, 1429:7, 1429:18, 1429:20, 1432:2, 1489:19, 1490:11, 1512:1

**low** [1] - 1469:25

**lower** [2] - 1370:7, 1371:5

**lucrative** [1] - 1397:5

**lunch** [2] - 1491:10, 1495:23

**luncheon** [1] - 1340:14

**lying** [7] - 1412:5, 1452:5, 1454:5, 1454:8, 1455:25, 1460:25, 1488:9

---

# M

**magnitude** [2] - 1461:21, 1466:1

**mail** [1] - 1381:12

**major** [1] - 1491:7

**Mall** [3] - 1394:25, 1413:9, 1414:7

**man** [5] - 1393:8,

1420:18, 1420:22, 1423:5, 1423:10, 1423:13, 1424:1, 1425:17, 1426:7, 1427:5, 1428:1, 1428:7, 1429:3, 1430:7, 1430:15, 1431:3, 1433:4, 1433:10, 1434:2, 1434:5, 1435:21, 1436:1, 1436:4, 1437:4, 1438:18, 1439:3, 1439:5, 1439:7, 1439:13, 1439:24, 1439:25, 1440:6, 1440:8, 1442:14, 1473:18, 1482:3, 1485:5, 1485:6, 1485:10, 1485:12, 1485:13, 1486:9, 1489:11, 1490:12, 1490:17, 1490:22, 1494:5, 1506:14, 1507:22, 1508:4, 1512:8

**managing** [1] - 1475:4

**mandatory** [4] - 1424:15, 1436:12, 1436:14, 1438:15

**manipulate** [1] - 1454:20

**manipulative** [1] - 1460:22

**manner** [2] - 1345:23, 1361:22

**March** [22] - 1371:13, 1381:3, 1385:1, 1389:16, 1392:2, 1392:3, 1392:10, 1399:16, 1400:10, 1421:9, 1423:16, 1426:5, 1429:23, 1433:15, 1511:14, 1511:16, 1511:24, 1512:3, 1512:11, 1512:12

**marijuana** [3] - 1424:11, 1456:15, 1485:21

**Mario** [24] - 1347:3, 1348:13, 1367:18, 1368:16, 1368:22, 1368:24, 1369:1, 1369:9, 1369:18, 1375:16, 1377:14, 1378:6, 1378:18, 1396:20, 1423:22, 1435:1, 1447:10, 1447:12, 1472:18, 1478:21, 1485:7, 1490:24, 1491:1, 1491:21

**marked** [1] - 1373:19

**marks** [1] - 1475:23

**Marshals** [1] - 1460:3

**Martin** [2] - 1377:11, 1377:12

**Martinez** [17] - 1337:25, 1347:3, 1348:13, 1367:18, 1368:16, 1368:24, 1369:9, 1369:18, 1375:16, 1377:14, 1447:10, 1447:12, 1472:18, 1485:8, 1490:24, 1491:1, 1491:22

**Martinez's** [1] - 1478:21

**material** [3] - 1350:18, 1350:19, 1356:8

**materials** [3] - 1497:17, 1498:6,

1498:9
**math** [4] - 1369:12,
1406:1, 1457:17,
1457:24
**matter** [5] - 1342:14,
1352:1, 1353:22,
1456:14, 1511:8
**matters** [2] - 1352:8,
1463:11
**maximum** [4] -
1424:13, 1436:20,
1442:8, 1449:25
**Mayo** [1] - 1435:24
**mean** [4] - 1339:11,
1388:11, 1471:16,
1471:18
**meaning** [1] - 1448:25
**means** [8] - 1351:18,
1354:3, 1396:2,
1396:12, 1419:23,
1420:15, 1459:15,
1498:2
**meant** [2] - 1413:24,
1459:15
**measures** [1] -
1449:15
**media** [1] - 1498:7
**meet** [1] - 1413:10
**meeting** [3] - 1386:7,
1503:6, 1504:15
**member** [4] - 1352:16,
1366:10, 1496:10,
1499:18
**Members** [1] -
1341:17
**members** [1] - 1349:6
**memory** [9] - 1344:10,
1345:22, 1445:14,
1447:24, 1459:5,
1484:19, 1496:8,
1497:9, 1497:10
**mention** [2] - 1453:7,
1453:14
**mentioned** [3] -
1349:10, 1463:3,
1469:24
**mere** [1] - 1457:23
**merely** [6] - 1334:24,
1353:4, 1353:5,
1354:24, 1463:22,
1464:20
**message** [1] - 1446:15
**messaging** [1] -
1498:3
**met** [5] - 1352:8,
1372:19, 1382:13,
1404:11, 1463:11
**meth** [69] - 1366:24,
1367:5, 1368:18,
1370:20, 1371:14,

1372:16, 1382:25,
1387:4, 1390:7,
1390:10, 1390:13,
1390:23, 1391:2,
1393:21, 1393:23,
1399:13, 1399:23,
1400:4, 1402:7,
1402:22, 1405:10,
1406:17, 1406:18,
1407:5, 1408:10,
1408:14, 1408:15,
1409:4, 1409:7,
1410:6, 1414:8,
1414:14, 1415:1,
1415:6, 1416:15,
1416:25, 1417:7,
1419:4, 1419:24,
1419:25, 1421:6,
1421:12, 1422:5,
1431:20, 1441:7,
1455:4, 1455:8,
1455:16, 1456:3,
1458:24, 1459:5,
1460:16, 1460:17,
1464:14, 1470:1,
1471:4, 1471:8,
1472:16, 1472:19,
1475:21, 1476:6,
1477:3, 1477:8,
1477:11, 1487:17,
1487:18, 1487:20,
1493:22
**methamphetamine**
[203] - 1351:1,
1351:11, 1351:19,
1353:10, 1353:19,
1353:24, 1354:4,
1354:9, 1354:16,
1354:21, 1355:6,
1356:6, 1356:11,
1358:13, 1359:6,
1359:10, 1359:14,
1359:20, 1359:21,
1360:2, 1361:4,
1362:5, 1363:6,
1363:10, 1363:14,
1365:13, 1365:17,
1365:19, 1365:22,
1365:24, 1365:25,
1366:1, 1366:16,
1366:19, 1366:21,
1366:24, 1367:7,
1367:15, 1367:20,
1367:22, 1368:13,
1368:24, 1369:1,
1369:18, 1371:1,
1371:4, 1371:7,
1371:20, 1371:25,
1372:18, 1373:4,
1373:8, 1373:17,
1374:23, 1375:6,

1375:18, 1375:22,
1376:5, 1376:14,
1376:16, 1376:19,
1376:24, 1377:6,
1377:13, 1379:3,
1379:11, 1379:16,
1380:16, 1383:4,
1384:2, 1384:19,
1385:2, 1385:7,
1386:13, 1387:4,
1387:7, 1387:10,
1387:12, 1388:16,
1390:5, 1390:16,
1390:20, 1392:9,
1393:3, 1393:14,
1394:4, 1394:15,
1394:20, 1398:25,
1399:7, 1399:21,
1400:7, 1400:22,
1401:1, 1401:5,
1401:8, 1401:17,
1401:20, 1401:24,
1402:5, 1402:19,
1402:21, 1404:8,
1404:14, 1404:19,
1404:22, 1405:1,
1405:4, 1405:7,
1405:13, 1405:17,
1405:25, 1406:6,
1406:7, 1406:9,
1406:10, 1406:21,
1407:3, 1407:14,
1407:16, 1407:23,
1408:2, 1408:7,
1409:10, 1409:18,
1409:24, 1410:13,
1410:22, 1410:23,
1410:25, 1412:3,
1414:5, 1414:6,
1414:10, 1414:19,
1414:24, 1415:8,
1415:10, 1415:15,
1416:18, 1416:20,
1416:23, 1417:1,
1417:2, 1417:19,
1417:20, 1418:12,
1418:14, 1418:16,
1419:3, 1419:9,
1419:11, 1419:14,
1419:16, 1419:17,
1420:5, 1420:6,
1420:16, 1420:24,
1421:4, 1421:7,
1421:10, 1421:21,
1421:22, 1421:25,
1422:5, 1422:9,
1422:12, 1422:13,
1423:11, 1424:6,
1424:9, 1428:9,
1431:11, 1431:16,
1431:22, 1435:6,

1436:13, 1439:19,
1440:11, 1440:23,
1443:22, 1485:16,
1485:22, 1485:25,
1490:21, 1491:13,
1491:18, 1491:21,
1493:5, 1493:19,
1494:7, 1506:20,
1507:3, 1507:4,
1507:9, 1507:17,
1507:19, 1507:24,
1508:8, 1508:13,
1508:21, 1508:22
**Mexico** [15] - 1387:20,
1388:21, 1392:16,
1392:17, 1392:18,
1392:21, 1393:1,
1397:21, 1398:6,
1398:11, 1433:18,
1433:19, 1434:3,
1434:8, 1473:11
**Michael** [80] - 1334:6,
1358:5, 1359:25,
1360:9, 1360:12,
1364:17, 1371:2,
1371:14, 1371:16,
1371:24, 1372:11,
1372:14, 1372:18,
1372:19, 1372:23,
1373:1, 1373:10,
1373:24, 1374:7,
1374:9, 1374:24,
1399:9, 1399:11,
1399:15, 1399:22,
1399:25, 1400:1,
1400:6, 1400:10,
1400:18, 1400:22,
1401:5, 1401:23,
1401:25, 1402:3,
1402:5, 1402:6,
1402:19, 1403:25,
1404:11, 1404:13,
1404:17, 1404:24,
1405:24, 1406:13,
1410:11, 1411:15,
1411:18, 1412:2,
1412:8, 1412:12,
1421:2, 1421:11,
1422:10, 1422:11,
1443:25, 1445:3,
1445:9, 1445:19,
1446:16, 1446:17,
1446:18, 1447:25,
1448:5, 1450:8,
1461:24, 1464:3,
1468:12, 1482:3,
1482:9, 1486:8,
1487:12, 1487:14,
1487:16, 1487:23,
1492:21, 1494:5,
1506:13, 1507:7,

1507:14
**Michael's** [1] -
1399:20
**mid** [3] - 1378:25,
1386:8, 1392:10
**mid-December** [1] -
1386:8
**mid-March** [1] -
1392:10
**mid-May** [1] - 1378:25
**middle** [3] - 1371:17,
1392:3, 1415:16
**might** [9] - 1336:6,
1370:13, 1431:4,
1443:10, 1444:12,
1453:6, 1480:19,
1498:12, 1505:19
**Mike** [31] - 1443:17,
1443:20, 1444:8,
1444:18, 1444:22,
1446:22, 1446:24,
1447:2, 1447:3,
1447:4, 1447:5,
1447:14, 1447:15,
1448:9, 1452:23,
1453:8, 1453:15,
1453:20, 1453:22,
1453:25, 1459:7,
1459:10, 1460:2,
1460:5, 1462:14,
1464:10, 1464:13,
1464:18, 1466:17
**Mike's** [1] - 1453:19
**miles** [2] - 1407:11,
1493:18
**mind** [1] - 1477:10
**minimum** [10] -
1417:16, 1424:12,
1424:15, 1436:12,
1436:15, 1436:21,
1438:15, 1469:20,
1470:14, 1471:19
**minor** [2] - 1426:15,
1491:8
**minus** [6] - 1408:6,
1409:9, 1410:7,
1414:14, 1415:1
**minute** [8] - 1394:14,
1422:6, 1430:21,
1433:2, 1437:24,
1438:2, 1480:19,
1481:3
**minutes** [10] -
1335:11, 1393:11,
1403:8, 1480:22,
1481:4, 1481:12,
1495:22, 1500:23,
1504:3, 1514:21
**miserable** [2] -
1465:23, 1493:10

**mislead** [3] - 1454:20, 1460:18, 1460:19
**misleading** [2] - 1461:5, 1461:6
**misspoke** [1] - 1405:12
**mistake** [1] - 1355:13
**mixes** [1] - 1456:3
**mixture** [5] - 1359:9, 1359:19, 1359:22, 1363:9, 1507:18
**Mo** [15] - 1375:13, 1378:6, 1378:20, 1378:21, 1390:22, 1396:20, 1423:22, 1426:6, 1428:17, 1428:19, 1428:23, 1435:1, 1485:14
**MO** [1] - 1455:23
**Mo's** [1] - 1428:18
**Mobile** [2] - 1380:2, 1380:18
**mode** [1] - 1499:3
**model** [1] - 1469:13
**moment** [5] - 1442:23, 1445:21, 1450:2, 1453:11, 1480:24
**moment's** [1] - 1416:10
**money** [48] - 1366:2, 1367:6, 1367:16, 1368:2, 1368:15, 1369:15, 1369:16, 1370:12, 1375:25, 1378:3, 1383:5, 1391:1, 1391:3, 1391:10, 1392:21, 1396:3, 1397:7, 1397:10, 1398:7, 1398:13, 1398:14, 1399:6, 1401:9, 1410:12, 1411:3, 1411:10, 1411:14, 1412:15, 1413:2, 1413:22, 1414:2, 1414:7, 1415:3, 1415:9, 1416:12, 1416:15, 1431:18, 1440:12, 1440:15, 1441:3, 1454:3, 1454:5, 1473:21, 1482:8, 1482:10, 1487:25, 1488:2, 1490:13
**monitoring** [1] - 1409:21
**month** [20] - 1368:5, 1384:24, 1389:12, 1392:14, 1396:1, 1396:4, 1396:5,

1396:14, 1396:15, 1398:18, 1420:16, 1432:17, 1432:24, 1434:15, 1434:20, 1434:22, 1435:3, 1435:4, 1462:7, 1473:2
**monthly** [1] - 1398:2
**months** [9] - 1384:25, 1396:7, 1396:8, 1396:11, 1396:12, 1398:25, 1432:18, 1491:4, 1491:10
**Moore** [8] - 1360:13, 1360:18, 1360:22, 1367:19, 1375:11, 1375:17, 1485:9, 1485:14
**morning** [3] - 1334:8, 1341:15, 1410:10
**MORRIS** [1] - 1443:4
**Morris** [120] - 1334:6, 1358:5, 1359:25, 1360:10, 1361:25, 1364:17, 1371:3, 1371:15, 1371:16, 1371:24, 1372:14, 1372:18, 1372:23, 1373:1, 1373:4, 1373:7, 1373:10, 1373:24, 1374:7, 1374:9, 1374:13, 1374:16, 1374:17, 1374:19, 1374:21, 1374:24, 1399:9, 1399:11, 1399:16, 1399:17, 1399:21, 1399:22, 1399:25, 1400:1, 1400:6, 1400:10, 1400:13, 1400:14, 1400:18, 1400:23, 1401:5, 1401:9, 1401:17, 1401:18, 1401:23, 1402:1, 1402:6, 1402:19, 1403:25, 1404:11, 1404:13, 1404:17, 1404:18, 1404:21, 1404:24, 1405:2, 1405:20, 1405:24, 1406:13, 1410:11, 1410:12, 1410:14, 1411:15, 1411:19, 1412:2, 1412:4, 1412:9, 1412:12, 1421:2, 1421:11, 1421:21, 1422:10, 1422:11, 1443:17, 1443:20, 1443:25, 1444:8,

1444:18, 1444:22, 1445:9, 1445:19, 1446:16, 1446:17, 1446:22, 1446:25, 1447:2, 1447:13, 1447:14, 1447:15, 1447:25, 1448:6, 1448:10, 1450:8, 1452:23, 1453:8, 1453:15, 1453:25, 1459:11, 1461:25, 1464:3, 1464:7, 1464:10, 1464:13, 1464:18, 1466:17, 1468:12, 1474:14, 1482:3, 1482:9, 1486:8, 1487:12, 1487:15, 1487:16, 1487:23, 1492:21, 1494:5, 1506:13, 1507:7, 1507:14, 1511:20
**Morris'** [11] - 1372:11, 1372:20, 1372:23, 1400:25, 1401:20, 1402:3, 1402:6, 1445:3, 1446:18, 1447:4, 1460:2
**Moss** [2] - 1379:7, 1384:6
**most** [18] - 1337:7, 1339:4, 1339:18, 1368:19, 1426:19, 1443:15, 1444:25, 1447:20, 1447:24, 1449:3, 1449:22, 1451:12, 1454:23, 1458:22, 1462:23, 1464:23, 1481:21
**mostly** [1] - 1369:20
**mother** [1] - 1455:2
**motion** [8] - 1336:19, 1336:22, 1339:6, 1339:12, 1470:9, 1470:12, 1482:15, 1514:12
**motives** [1] - 1461:4
**move** [2] - 1468:1, 1480:1
**moved** [1] - 1403:25
**moving** [1] - 1477:3
**MR** [21] - 1334:22, 1335:16, 1335:19, 1335:22, 1340:5, 1340:6, 1442:18, 1442:20, 1442:23, 1443:5, 1468:3, 1468:25, 1479:3, 1479:14, 1479:17, 1503:15, 1503:16,

1505:2, 1505:3, 1514:17, 1514:18
**MS** [30] - 1336:18, 1337:18, 1337:20, 1339:25, 1340:3, 1340:4, 1364:8, 1364:10, 1402:25, 1403:4, 1403:21, 1423:1, 1427:22, 1430:22, 1431:6, 1467:16, 1478:23, 1479:5, 1480:21, 1481:17, 1481:19, 1503:13, 1503:14, 1504:12, 1504:19, 1504:22, 1505:1, 1509:8, 1514:8, 1514:11
**MSM** [1] - 1456:3
**multiple** [2] - 1428:12, 1437:22
**must** [28] - 1342:2, 1342:3, 1342:8, 1344:1, 1344:16, 1350:21, 1351:5, 1352:10, 1353:13, 1354:13, 1355:2, 1356:7, 1356:9, 1356:22, 1360:21, 1361:20, 1372:11, 1412:16, 1470:15, 1470:17, 1478:2, 1478:5, 1490:20, 1496:16, 1496:17, 1497:24, 1511:15, 1512:11

**N**

**nagging** [1] - 1504:7
**name** [12] - 1337:22, 1373:18, 1380:4, 1383:20, 1418:24, 1438:8, 1439:22, 1439:23, 1439:24, 1440:4, 1489:13, 1502:1
**named** [3] - 1375:13, 1379:5, 1384:1
**names** [6] - 1349:5, 1372:21, 1378:8, 1448:3, 1453:5, 1489:15
**nature** [1] - 1469:13
**Navigator** [6] - 1388:17, 1391:12, 1391:14, 1397:15, 1397:25, 1398:1
**near** [2] - 1356:18, 1377:2

**nearby** [1] - 1416:7
**nearly** [1] - 1466:6
**necessarily** [1] - 1346:14
**necessary** [7] - 1340:24, 1352:4, 1454:22, 1495:24, 1499:15, 1500:25, 1502:12
**need** [29] - 1336:16, 1378:15, 1381:19, 1381:20, 1382:1, 1402:23, 1416:14, 1426:8, 1430:20, 1460:19, 1467:21, 1467:23, 1468:1, 1476:11, 1476:15, 1478:20, 1486:24, 1486:25, 1487:1, 1490:14, 1493:4, 1498:20, 1500:20, 1501:15, 1501:18, 1503:18, 1504:10, 1504:16, 1512:16
**needed** [8] - 1366:7, 1390:19, 1391:6, 1418:4, 1428:8, 1476:3, 1480:7
**needle** [1] - 1458:9
**needs** [5] - 1454:15, 1454:16, 1456:22, 1459:10, 1481:5
**neighborhood** [1] - 1377:2
**neighborhoods** [1] - 1459:18
**neighbors** [1] - 1441:14
**Neth** [2] - 1413:19, 1446:7
**never** [24] - 1411:6, 1412:7, 1429:17, 1430:2, 1431:18, 1432:5, 1438:7, 1438:17, 1439:24, 1439:25, 1440:1, 1440:4, 1440:10, 1440:11, 1440:14, 1441:2, 1447:13, 1448:9, 1462:3, 1476:13, 1485:15, 1488:11, 1502:13
**new** [4] - 1347:8, 1450:15, 1450:23, 1478:14
**news** [1] - 1498:7
**next** [15] - 1357:15, 1357:16, 1370:24, 1387:19, 1390:18, 1394:17, 1394:23,

1404:12, 1408:8, 1410:10, 1442:17, 1451:3, 1451:25, 1502:9, 1505:20
**nice** [1] - 1493:10
**niece's** [1] - 1389:13
**night** [2] - 1391:8, 1406:12
**nights** [1] - 1374:9
**NO** [13] - 1509:18, 1509:21, 1509:24, 1510:2, 1510:5, 1510:8, 1510:11, 1510:14, 1510:17, 1510:20, 1510:23, 1510:25, 1511:4
**nobody** [4] - 1367:13, 1441:9, 1465:20, 1489:12
**none** [5] - 1345:13, 1381:16, 1446:21, 1446:23, 1467:9
**normally** [2] - 1337:4, 1480:16
**note** [8] - 1341:6, 1356:12, 1370:7, 1403:17, 1499:17, 1500:16, 1500:21, 1505:8
**noted** [3] - 1451:6, 1503:20, 1514:14
**notes** [4] - 1497:7, 1497:8, 1497:9, 1497:11
**nothing** [9] - 1408:21, 1413:1, 1436:7, 1441:24, 1474:21, 1474:24, 1478:17, 1514:17, 1514:18
**notice** [5] - 1381:8, 1416:10, 1434:23, 1448:18, 1461:18
**noticed** [1] - 1481:20
**notify** [3] - 1362:21, 1511:15, 1512:11
**November** [18] - 1351:8, 1358:15, 1360:4, 1361:6, 1369:22, 1375:20, 1376:1, 1376:8, 1418:17, 1420:7, 1420:9, 1432:8, 1437:4, 1437:5, 1438:17, 1506:22, 1507:11, 1508:1
**novice** [1] - 1399:22
**number** [37] - 1346:14, 1370:7, 1379:22, 1380:3, 1380:6, 1380:7,

1380:9, 1380:11, 1380:13, 1380:24, 1380:25, 1382:2, 1383:22, 1389:5, 1394:7, 1395:25, 1396:2, 1396:7, 1396:24, 1415:24, 1428:19, 1429:18, 1429:20, 1430:3, 1432:15, 1489:19, 1490:18, 1492:8, 1502:1, 1502:11, 1504:4, 1505:19, 1505:21, 1509:11
**numbered** [1] - 1361:19
**numbers** [4] - 1432:9, 1432:11, 1492:11, 1492:13
**numerical** [1] - 1501:24
**numerically** [1] - 1500:5

---

# O

**oath** [1] - 1342:6
**object** [10] - 1352:12, 1352:18, 1353:1, 1366:13, 1371:18, 1463:18, 1464:11, 1467:17, 1478:24, 1479:8
**objection** [3] - 1335:15, 1335:23, 1503:10
**objections** [8] - 1334:12, 1343:24, 1495:3, 1511:16, 1511:24, 1512:4, 1512:12, 1513:15
**objective** [1] - 1459:20
**obligation** [4] - 1444:19, 1448:20, 1449:1, 1467:7
**observation** [2] - 1349:17, 1349:18
**observe** [1] - 1349:15
**obvious** [1] - 1341:1
**obviously** [3] - 1374:4, 1431:10, 1501:9
**occasions** [2] - 1434:14, 1438:16
**occur** [2] - 1511:11, 1511:21
**occurred** [2] - 1453:16, 1491:8
**odd** [2] - 1475:1, 1475:11

**offender** [1] - 1349:16
**offense** [7] - 1357:10, 1359:3, 1363:3, 1507:1, 1507:15, 1508:5, 1508:19
**offenses** [2] - 1356:13, 1452:5
**offensive** [1] - 1454:23
**offer** [1] - 1495:11
**offered** [3] - 1390:11, 1409:18, 1481:24
**offering** [1] - 1495:4
**Office** [2] - 1511:16, 1512:12
**Officer** [9] - 1407:19, 1408:1, 1408:16, 1408:17, 1409:1, 1409:3, 1410:18, 1455:13, 1494:2
**officer** [2] - 1373:22, 1412:25
**officers** [13] - 1373:15, 1374:4, 1409:22, 1410:21, 1413:6, 1414:16, 1446:7, 1446:9, 1446:13, 1446:14, 1446:21, 1446:25, 1487:25
**officials** [1] - 1349:1
**often** [2] - 1456:9, 1473:16
**old** [5] - 1379:5, 1430:5, 1431:13, 1435:14, 1439:4
**older** [1] - 1459:8
**Olson** [6] - 1395:11, 1408:8, 1408:18, 1417:5, 1417:12, 1494:3
**omissions** [2] - 1355:15, 1355:17
**once** [17] - 1372:6, 1372:23, 1379:10, 1384:20, 1393:17, 1401:6, 1418:20, 1423:16, 1431:18, 1434:15, 1434:20, 1435:11, 1437:5, 1437:6, 1438:24, 1473:12
**one** [128] - 1334:15, 1335:16, 1336:25, 1337:3, 1337:25, 1338:1, 1338:19, 1340:12, 1345:1, 1346:18, 1347:14, 1347:15, 1351:24, 1352:9, 1352:11, 1352:16, 1352:22,

1352:24, 1353:4, 1355:24, 1356:25, 1368:16, 1373:12, 1373:22, 1375:13, 1376:9, 1378:20, 1382:10, 1382:18, 1385:13, 1385:18, 1385:19, 1385:24, 1386:4, 1386:18, 1387:9, 1388:18, 1389:16, 1391:25, 1392:2, 1399:10, 1399:15, 1404:14, 1405:11, 1405:13, 1415:22, 1415:25, 1416:5, 1416:22, 1423:24, 1424:16, 1425:8, 1425:13, 1425:21, 1426:12, 1426:22, 1427:12, 1427:13, 1430:6, 1430:7, 1430:8, 1430:10, 1430:18, 1431:9, 1432:24, 1433:6, 1433:20, 1436:25, 1437:24, 1438:8, 1438:10, 1439:18, 1441:3, 1441:4, 1441:11, 1441:12, 1441:13, 1443:6, 1444:10, 1444:18, 1445:1, 1445:4, 1445:5, 1447:9, 1447:25, 1453:14, 1453:15, 1455:1, 1456:7, 1457:1, 1457:12, 1458:18, 1462:24, 1463:13, 1463:17, 1463:22, 1463:25, 1464:19, 1464:23, 1465:14, 1465:22, 1466:21, 1468:6, 1472:1, 1473:12, 1477:25, 1483:2, 1483:5, 1483:9, 1484:6, 1484:15, 1485:13, 1486:16, 1488:25, 1490:24, 1491:5, 1491:8, 1491:22, 1492:17, 1495:13, 1496:10, 1497:18, 1499:17, 1500:16, 1509:2, 1512:15
**one-and-a-half** [1] - 1338:1
**one-fourth** [1] - 1399:15
**one-half** [1] - 1399:15
**ones** [5] - 1399:10,

1433:1, 1450:8, 1456:7, 1482:5
**Ontario** [6] - 1372:24, 1373:15, 1374:12, 1400:25, 1412:13, 1412:14
**open** [4] - 1393:20, 1450:17, 1475:25, 1499:22
**opened** [1] - 1383:2
**opening** [3] - 1344:5, 1443:8, 1496:3
**openly** [1] - 1460:21
**operation** [1] - 1475:9
**opinion** [9] - 1350:8, 1350:13, 1478:24, 1479:6, 1479:11, 1493:14, 1495:8, 1495:11, 1496:22
**opinions** [8] - 1342:4, 1350:7, 1350:8, 1403:12, 1481:11, 1495:5, 1497:20, 1502:16
**opportunity** [6] - 1345:18, 1349:15, 1422:15, 1423:3, 1429:11, 1444:10
**options** [3] - 1359:21, 1361:18, 1363:9
**order** [7] - 1349:3, 1351:4, 1353:12, 1367:6, 1441:3, 1454:25, 1511:7
**orders** [1] - 1478:20
**Oregon** [7] - 1372:24, 1374:12, 1400:25, 1404:9, 1406:13, 1410:17, 1488:6
**organizations** [1] - 1349:6
**original** [4] - 1500:15, 1511:13, 1511:23, 1512:10
**originally** [2] - 1471:23, 1509:12
**originators** [1] - 1352:24
**otherwise** [1] - 1500:5
**ounce** [60] - 1338:9, 1338:16, 1338:22, 1368:18, 1369:4, 1369:8, 1372:2, 1372:3, 1372:5, 1374:11, 1378:21, 1395:2, 1395:5, 1395:8, 1395:10, 1395:11, 1396:16, 1399:15, 1399:18, 1400:6, 1400:16,

---

1400:18, 1401:12, 1401:15, 1402:7, 1402:20, 1404:14, 1405:2, 1405:5, 1405:8, 1405:12, 1405:13, 1405:19, 1405:20, 1406:6, 1406:8, 1407:4, 1410:1, 1410:3, 1410:9, 1417:10, 1417:11, 1417:13, 1421:11, 1421:17, 1421:22, 1422:3, 1435:14, 1438:20, 1438:23, 1441:21, 1457:13, 1457:14, 1458:11, 1462:6, 1464:14, 1477:20, 1488:4

**ounce-and-a-half** [3] - 1395:8, 1407:4, 1417:10

**ounced** [4] - 1385:15, 1386:14, 1387:25, 1393:23

**ounces** [82] - 1337:15, 1338:23, 1367:10, 1367:25, 1368:22, 1376:5, 1377:16, 1378:19, 1382:19, 1382:23, 1385:16, 1386:3, 1387:4, 1387:6, 1387:7, 1387:8, 1387:9, 1387:14, 1387:15, 1387:16, 1387:18, 1394:8, 1394:9, 1394:10, 1394:19, 1394:22, 1394:23, 1395:13, 1395:15, 1395:25, 1396:2, 1396:4, 1396:15, 1396:21, 1396:25, 1397:2, 1397:3, 1402:22, 1404:7, 1405:10, 1406:8, 1406:22, 1406:24, 1413:11, 1414:6, 1416:21, 1416:24, 1417:14, 1417:20, 1419:17, 1419:23, 1419:24, 1420:4, 1420:6, 1420:15, 1421:24, 1422:4, 1422:5, 1422:6, 1422:8, 1422:9, 1423:23, 1425:12, 1425:14, 1425:17, 1426:2, 1426:7, 1431:24, 1434:18, 1434:19, 1435:2,

1438:16, 1438:23, 1440:2, 1450:19, 1457:9, 1457:12, 1457:14, 1457:16, 1490:21, 1491:2

**ourselves** [1] - 1467:21

**outcome** [1] - 1346:1

**outside** [7] - 1393:7, 1404:10, 1421:2, 1441:24, 1442:8, 1497:17, 1498:6

**overall** [1] - 1375:1

**overlooked** [1] - 1482:17

**overly** [1] - 1497:11

**overstated** [1] - 1482:12

**overt** [1] - 1459:20

**owed** [14] - 1391:1, 1396:12, 1396:17, 1398:13, 1404:21, 1408:10, 1410:13, 1411:6, 1412:7, 1412:15, 1454:3, 1454:4, 1488:3

**own** [17] - 1338:18, 1347:9, 1349:21, 1366:7, 1450:16, 1453:22, 1462:4, 1475:9, 1478:8, 1479:12, 1484:19, 1495:11, 1497:3, 1497:9, 1513:5, 1514:1

## P

**pace** [1] - 1466:11

**paces** [2] - 1466:11, 1466:12

**package** [2] - 1408:5, 1475:20

**packaging** [1] - 1356:8

**packed** [1] - 1476:14

**packet** [1] - 1335:9

**page** [3] - 1357:15, 1357:16, 1449:5

**paid** [16] - 1365:21, 1368:17, 1374:13, 1376:4, 1376:6, 1376:19, 1378:21, 1397:15, 1398:24, 1400:17, 1411:17, 1420:14, 1420:15, 1422:19, 1440:24, 1473:24

**panel** [1] - 1414:22

**paragraph** [2] -

1451:11

**paragraphs** [1] - 1451:9

**parallels** [1] - 1460:9

**parameters** [1] - 1441:24

**paraphernalia** [1] - 1441:11

**paraphrase** [1] - 1348:8

**parentheses** [1] - 1359:7

**Park** [1] - 1414:17

**park** [1] - 1438:11

**parked** [1] - 1404:10

**part** [21] - 1335:8, 1339:21, 1345:13, 1357:21, 1367:23, 1371:11, 1392:19, 1395:20, 1405:9, 1416:3, 1419:19, 1438:13, 1447:15, 1448:19, 1462:18, 1464:3, 1479:23, 1482:17, 1485:22, 1486:21

**participates** [1] - 1366:11

**participating** [1] - 1352:17

**participation** [2] - 1447:9, 1447:19

**particular** [7] - 1335:3, 1335:4, 1352:14, 1365:12, 1454:2, 1454:25, 1495:12

**particularly** [2] - 1485:20, 1498:17

**parties** [3] - 1343:17, 1346:3, 1500:19

**partnership** [1] - 1351:23

**parts** [1] - 1463:1

**party** [3] - 1350:22, 1350:23, 1389:14

**passcodes** [1] - 1432:12

**passed** [1] - 1390:9

**Patric** [9] - 1347:5, 1348:15, 1401:1, 1401:3, 1401:8, 1401:10, 1421:18, 1458:22, 1461:19

**pause** [1] - 1465:10

**Pawn** [2] - 1389:2, 1415:24

**pay** [26] - 1366:2, 1366:8, 1366:21, 1367:7, 1367:16, 1367:22, 1368:1,

1368:23, 1369:15, 1370:19, 1371:1, 1371:9, 1371:21, 1371:24, 1373:25, 1374:22, 1396:3, 1396:5, 1397:24, 1416:3, 1460:6, 1490:5, 1490:7

**pay-back** [1] - 1460:6

**paying** [2] - 1370:16, 1395:24

**payment** [5] - 1367:14, 1370:23, 1397:24, 1397:25, 1398:2

**payments** [4] - 1366:18, 1368:3, 1473:3

**pen** [1] - 1362:12

**pending** [1] - 1511:8

**penitentiary** [1] - 1437:1

**people** [35] - 1365:10, 1372:16, 1373:9, 1406:15, 1420:10, 1424:20, 1425:5, 1425:13, 1438:20, 1439:10, 1439:11, 1439:14, 1439:16, 1441:6, 1441:22, 1443:23, 1456:5, 1459:8, 1461:4, 1461:18, 1464:19, 1471:23, 1477:18, 1478:4, 1478:16, 1480:5, 1481:24, 1482:2, 1482:6, 1486:20, 1493:6, 1493:8, 1493:10, 1494:6

**per** [6] - 1337:15, 1338:23, 1338:25, 1396:1, 1396:16, 1457:21

**percent** [4] - 1405:15, 1422:13, 1436:20, 1469:24

**performing** [1] - 1422:20

**perhaps** [5] - 1341:14, 1352:9, 1463:13, 1482:12, 1497:18

**period** [8] - 1368:5, 1377:22, 1384:14, 1391:4, 1396:22, 1398:18, 1491:15, 1492:8

**permission** [1] - 1442:21

**permitted** [3] - 1350:7,

1495:10, 1501:2

**persists** [1] - 1513:14

**person** [43] - 1338:13, 1347:17, 1351:20, 1352:19, 1353:3, 1353:21, 1354:4, 1354:19, 1354:24, 1355:1, 1355:5, 1355:20, 1355:21, 1355:24, 1366:9, 1366:11, 1367:3, 1370:15, 1370:16, 1372:6, 1373:18, 1375:12, 1375:13, 1376:18, 1377:10, 1377:15, 1384:1, 1398:5, 1402:1, 1412:23, 1413:1, 1429:3, 1437:3, 1442:8, 1458:18, 1463:21, 1466:6, 1466:14, 1466:22, 1470:18, 1477:23, 1498:1

**person's** [1] - 1494:14

**personal** [22] - 1337:23, 1338:1, 1338:9, 1338:12, 1338:19, 1339:1, 1339:2, 1339:17, 1339:23, 1342:4, 1366:25, 1367:1, 1441:17, 1441:25, 1442:5, 1458:6, 1462:8, 1481:5, 1495:4, 1495:8, 1495:13, 1498:13

**personally** [2] - 1344:24, 1354:9

**persons** [5] - 1350:5, 1351:10, 1351:23, 1353:5, 1463:23

**persuades** [1] - 1496:23

**pertinent** [1] - 1463:1

**Phoenix** [5] - 1379:6, 1379:9, 1388:17, 1388:18, 1390:5

**phone** [55] - 1380:1, 1380:23, 1381:12, 1383:22, 1391:20, 1427:24, 1428:3, 1428:4, 1428:5, 1428:19, 1429:2, 1429:9, 1429:18, 1429:20, 1430:3, 1430:13, 1430:14, 1431:1, 1431:2, 1431:6, 1431:9, 1432:3, 1432:25,

1433:3, 1433:7, 1433:9, 1433:13, 1434:1, 1436:5, 1437:20, 1437:22, 1437:23, 1437:25, 1438:2, 1439:2, 1439:17, 1447:2, 1447:4, 1452:22, 1460:4, 1473:15, 1473:23, 1489:9, 1489:13, 1489:14, 1489:18, 1489:21, 1490:2, 1490:5, 1490:14, 1498:22, 1504:4

**phones** [10] - 1429:6, 1429:16, 1432:12, 1490:3, 1490:7, 1498:12, 1498:13, 1498:15, 1498:18, 1499:1

**photo** [1] - 1413:21

**phrase** [2] - 1448:23, 1465:12

**physical** [2] - 1355:21, 1484:7

**physically** [4] - 1415:13, 1498:14, 1499:2, 1501:5

**pick** [6] - 1370:25, 1388:16, 1390:2, 1391:2, 1391:21, 1482:2

**picked** [11] - 1378:19, 1385:6, 1385:13, 1386:10, 1387:22, 1388:17, 1391:25, 1406:21, 1406:22, 1406:25, 1407:21

**picking** [1] - 1378:3

**picture** [3] - 1373:22, 1411:1, 1413:14

**piece** [1] - 1454:2

**pieces** [1] - 1502:4

**piloting** [1] - 1370:6

**pistol** [2] - 1389:4, 1415:18

**pizza** [1] - 1502:3

**place** [9] - 1359:8, 1363:8, 1373:1, 1373:3, 1413:7, 1418:4, 1465:20, 1465:23, 1498:15

**plan** [7] - 1352:10, 1352:17, 1366:12, 1368:12, 1460:18, 1500:25

**play** [3] - 1371:23, 1393:10, 1503:22

**played** [3] - 1374:8,

1417:25, 1500:18

**plea** [16] - 1436:10, 1448:12, 1448:16, 1448:18, 1448:22, 1450:1, 1450:10, 1451:7, 1453:1, 1453:9, 1453:17, 1459:1, 1461:20, 1469:18, 1475:14, 1482:13

**plead** [1] - 1424:10

**pleaded** [2] - 1347:18, 1437:14

**pleas** [1] - 1347:21

**pled** [1] - 1485:21

**plenty** [2] - 1389:18, 1392:8

**plural** [2] - 1340:21, 1340:25

**plus** [7] - 1388:21, 1408:6, 1409:9, 1410:7, 1414:14, 1415:1

**pocket** [1] - 1404:8

**pockets** [1] - 1493:23

**podium** [2] - 1442:24, 1450:2

**point** [17] - 1336:12, 1339:13, 1375:21, 1386:19, 1402:24, 1406:2, 1409:11, 1409:20, 1410:2, 1435:8, 1448:8, 1451:9, 1452:25, 1456:8, 1479:6, 1484:5

**pointed** [8] - 1447:18, 1469:8, 1469:10, 1469:19, 1474:6, 1474:13, 1474:15, 1488:19

**pointing** [1] - 1472:25

**poison** [1] - 1493:7

**Police** [6] - 1408:3, 1408:16, 1409:6, 1414:10, 1414:15, 1471:7

**police** [26] - 1373:15, 1390:14, 1407:10, 1407:18, 1408:18, 1410:17, 1412:14, 1414:7, 1416:16, 1423:25, 1430:16, 1431:3, 1438:19, 1453:4, 1453:14, 1455:9, 1459:17, 1460:19, 1460:25, 1461:8, 1461:9, 1461:25, 1462:3, 1462:15, 1472:19,

1482:9

**polled** [1] - 1509:7

**position** [1] - 1445:6

**possess** [26] - 1350:25, 1351:11, 1351:17, 1351:18, 1354:2, 1354:3, 1358:12, 1359:5, 1360:1, 1361:3, 1365:13, 1365:25, 1366:16, 1368:12, 1371:3, 1418:14, 1419:9, 1421:3, 1424:6, 1440:7, 1506:19, 1507:3, 1507:8, 1507:17, 1507:23, 1508:7

**possessed** [6] - 1353:18, 1353:20, 1363:5, 1419:10, 1422:11, 1508:20

**possessing** [1] - 1418:10

**possession** [19] - 1351:19, 1353:9, 1354:8, 1354:15, 1354:20, 1355:5, 1355:20, 1355:24, 1362:4, 1405:24, 1416:19, 1417:2, 1424:11, 1440:10, 1440:14, 1478:1, 1478:12, 1485:21, 1508:12

**possible** [5] - 1338:1, 1342:22, 1449:24, 1449:25, 1490:4

**possibly** [4] - 1387:5, 1402:22, 1440:24, 1489:10

**posttrial** [1] - 1339:12

**pot** [1] - 1456:9

**potential** [1] - 1474:23

**potentially** [1] - 1469:25

**pound** [17] - 1365:21, 1372:4, 1385:13, 1385:18, 1386:11, 1387:9, 1388:18, 1389:16, 1391:25, 1392:3, 1394:9, 1398:24, 1405:12, 1406:7, 1406:8, 1416:23, 1421:14

**pounds** [26] - 1386:12, 1387:3, 1387:18, 1387:22, 1387:23, 1390:5, 1390:16, 1392:1, 1393:13, 1393:21, 1394:3,

1394:8, 1394:18, 1395:15, 1402:9, 1402:12, 1416:17, 1416:21, 1424:8, 1471:4, 1471:11, 1471:17, 1471:19, 1472:1, 1474:3, 1476:20

**power** [3] - 1355:23, 1356:1, 1443:14

**practically** [1] - 1366:23

**preceding** [1] - 1348:12

**precisely** [1] - 1355:8

**prefers** [1] - 1480:23

**prejudice** [2] - 1342:5, 1346:3

**preliminary** [1] - 1341:10

**premeditated** [2] - 1460:18

**prepared** [1] - 1357:12

**presence** [4] - 1355:21, 1355:22, 1355:25

**present** [13] - 1341:5, 1341:7, 1355:1, 1403:16, 1403:18, 1460:3, 1464:2, 1474:8, 1481:14, 1500:20, 1503:24, 1505:7, 1505:9

**presented** [5] - 1446:19, 1447:1, 1462:19, 1465:2, 1468:13

**presentence** [4] - 1460:6, 1511:13, 1511:17, 1512:3

**preside** [1] - 1496:11

**presumption** [2] - 1444:15, 1467:25

**pretty** [6] - 1340:25, 1372:12, 1373:14, 1411:4, 1472:7, 1492:15

**previously** [1] - 1374:10

**price** [1] - 1401:14

**prices** [2] - 1367:9, 1369:14

**primarily** [1] - 1337:16

**Primo** [1] - 1380:4

**prison** [12] - 1449:22, 1449:23, 1461:21, 1465:16, 1465:19, 1465:20, 1465:23, 1466:1, 1466:4, 1466:10, 1467:2,

1467:10

**prisons** [1] - 1466:9

**Probation** [2] - 1511:15, 1512:11

**problem** [1] - 1335:8

**problems** [1] - 1336:10

**procedural** [1] - 1514:23

**proceed** [11] - 1340:2, 1358:22, 1358:24, 1360:11, 1360:14, 1361:13, 1361:15, 1362:24, 1480:18, 1501:6, 1501:11

**proceeding** [2] - 1360:25, 1362:1

**Proceedings** [1] - 1514:25

**process** [5] - 1341:22, 1444:10, 1454:21, 1465:24, 1466:8

**procured** [1] - 1354:19

**product** [2] - 1349:20, 1456:22

**professes** [1] - 1443:17

**prohibited** [1] - 1354:1

**promise** [2] - 1347:7, 1450:13

**promising** [1] - 1342:6

**proof** [4] - 1342:19, 1342:20, 1344:22, 1345:1

**proper** [2] - 1503:20, 1513:6

**properly** [1] - 1447:18

**property** [1] - 1498:14

**proposed** [1] - 1334:12

**prospects** [1] - 1466:4

**protect** [5] - 1416:14, 1452:19, 1455:11, 1458:2, 1461:3

**prove** [17] - 1342:22, 1345:5, 1351:5, 1353:13, 1354:12, 1354:13, 1355:7, 1355:14, 1356:10, 1356:15, 1439:7, 1439:18, 1440:22, 1444:19, 1467:8, 1468:8, 1487:17

**proved** [2] - 1356:4, 1499:7

**proven** [3] - 1423:9, 1440:5, 1442:14

**proves** [1] - 1356:16

**provide** [3] - 1448:20,

1449:2, 1449:20
**provided** [12] - 1347:9, 1446:23, 1449:16, 1450:15, 1454:1, 1455:20, 1458:5, 1460:8, 1461:23, 1466:23, 1474:12, 1499:4
**providing** [1] - 1348:18
**pull** [1] - 1357:19
**pulled** [4] - 1404:12, 1407:21, 1414:22, 1492:11
**pulling** [1] - 1457:19
**punishment** [2] - 1499:4, 1499:6
**purchase** [2] - 1389:7, 1462:6
**purchased** [1] - 1415:23
**purchases** [3] - 1405:18, 1405:20, 1474:19
**pure** [46] - 1359:14, 1359:21, 1363:14, 1402:19, 1402:20, 1402:22, 1405:4, 1405:7, 1405:10, 1405:13, 1405:17, 1405:25, 1406:10, 1408:7, 1409:10, 1410:6, 1410:9, 1414:14, 1415:1, 1416:25, 1417:1, 1417:8, 1417:9, 1417:11, 1417:12, 1417:14, 1417:17, 1417:18, 1418:11, 1419:4, 1419:10, 1419:18, 1419:21, 1419:24, 1419:25, 1420:2, 1420:23, 1421:11, 1421:16, 1421:20, 1421:24, 1422:13, 1501:24, 1507:4, 1508:8, 1508:22
**purely** [1] - 1342:24
**purified** [1] - 1400:7
**purify** [1] - 1400:1
**purity** [3] - 1402:13, 1402:14, 1404:25
**purpose** [11] - 1344:14, 1351:13, 1351:14, 1352:12, 1352:19, 1353:1, 1458:25, 1463:19, 1464:11, 1464:12, 1499:1

**purposely** [1] - 1444:1
**put** [17] - 1335:9, 1373:22, 1379:17, 1383:7, 1385:16, 1388:1, 1393:13, 1393:24, 1404:8, 1429:17, 1430:12, 1446:5, 1448:21, 1498:15, 1503:10, 1512:7
**puzzles** [2] - 1476:12, 1476:13

## Q

**quality** [1] - 1399:25
**quantities** [5] - 1339:14, 1357:24, 1450:22, 1457:4, 1469:10
**quantity** [9] - 1337:1, 1356:11, 1360:17, 1361:17, 1361:21, 1458:4, 1458:7, 1459:6, 1462:8
**quarter** [12] - 1338:6, 1338:16, 1367:2, 1372:1, 1399:18, 1400:18, 1401:11, 1405:19, 1441:20, 1457:13, 1458:11, 1477:20
**quarter-ounce** [1] - 1405:19
**questioning** [1] - 1472:18
**questions** [12] - 1343:23, 1344:3, 1345:17, 1361:19, 1361:24, 1361:25, 1410:20, 1445:8, 1462:2, 1500:5, 1503:8, 1514:23
**quick** [2] - 1463:5, 1495:24
**quickly** [2] - 1481:4, 1503:5
**quinceanera** [1] - 1389:14
**quite** [3] - 1340:11, 1442:1, 1459:16
**quote** [4] - 1446:1, 1449:3, 1449:7, 1453:5
**quotes** [2] - 1448:22, 1448:24

## R

**Rachel** [16] - 1347:5,

1392:20, 1392:24, 1398:10, 1398:13, 1401:2, 1401:3, 1401:7, 1412:8, 1455:7, 1458:15, 1461:1, 1462:14, 1488:1, 1493:21
**raises** [1] - 1477:10
**ran** [1] - 1407:17
**rarely** [1] - 1458:17
**rather** [3] - 1359:21, 1360:15, 1485:21
**re** [1] - 1450:20
**re-remember** [1] - 1450:20
**reach** [4] - 1496:14, 1497:2, 1497:6, 1504:5
**reached** [7] - 1339:9, 1362:22, 1363:22, 1499:9, 1500:8, 1505:10, 1505:13
**reaching** [1] - 1343:18
**read** [13] - 1338:21, 1339:3, 1342:11, 1357:20, 1360:16, 1410:19, 1465:11, 1495:19, 1506:3, 1506:6, 1506:7, 1512:19, 1512:21
**Reading** [1] - 1506:11
**reading** [1] - 1512:7
**reads** [2] - 1358:2, 1359:1
**ready** [6] - 1340:1, 1393:25, 1415:5, 1416:10, 1475:25, 1499:13
**real** [3] - 1338:20, 1441:24, 1463:4
**realize** [2] - 1425:6, 1480:12
**realizing** [1] - 1338:22
**really** [7] - 1364:17, 1467:16, 1469:24, 1470:23, 1474:2, 1477:12, 1477:23
**reason** [21] - 1342:23, 1367:12, 1370:14, 1377:7, 1379:4, 1379:12, 1382:4, 1413:3, 1420:11, 1420:17, 1429:9, 1437:16, 1451:24, 1470:23, 1475:8, 1475:22, 1488:23, 1489:20, 1490:17, 1501:6, 1513:22
**reasonable** [23] - 1337:9, 1339:20,

1342:19, 1342:23, 1343:5, 1343:10, 1346:8, 1351:6, 1353:14, 1354:14, 1355:3, 1356:5, 1356:17, 1418:8, 1421:2, 1464:23, 1465:7, 1467:24, 1468:9, 1493:1, 1495:1, 1499:8
**reasonably** [1] - 1356:18
**reasons** [5] - 1347:24, 1350:7, 1350:12, 1447:8, 1452:1
**rebuttal** [1] - 1481:16
**REBUTTAL** [1] - 1481:18
**receipt** [1] - 1398:1
**receive** [1] - 1439:1
**received** [13] - 1334:10, 1341:21, 1343:16, 1343:19, 1344:14, 1344:20, 1347:11, 1419:12, 1419:15, 1419:24, 1420:1, 1420:4, 1451:4
**receiving** [2] - 1337:14, 1339:23
**Recess** [3] - 1403:15, 1481:13, 1505:6
**recess** [4] - 1341:15, 1403:14, 1481:12, 1505:4
**recognize** [1] - 1464:6
**recollection** [6] - 1349:21, 1364:21, 1384:12, 1452:17, 1453:6, 1484:19
**recollections** [1] - 1468:18
**reconsider** [1] - 1339:12
**record** [11] - 1334:14, 1341:6, 1403:17, 1461:17, 1469:2, 1474:25, 1476:19, 1503:10, 1505:8, 1511:6, 1514:13
**recorded** [1] - 1437:25
**recordings** [3] - 1500:17, 1500:21, 1503:22
**records** [5] - 1381:1, 1429:8, 1432:3, 1447:2, 1448:17
**recount** [1] - 1471:25
**recovered** [2] - 1395:3, 1413:17

**recross** [1] - 1448:8
**recruited** [1] - 1375:21
**red** [1] - 1413:13
**redirect** [1] - 1433:17
**redo** [1] - 1335:11
**reduction** [1] - 1436:24
**reductions** [1] - 1451:7
**reference** [7] - 1448:5, 1449:5, 1450:2, 1450:10, 1456:2, 1497:17, 1498:9
**referenced** [6] - 1453:11, 1457:8, 1459:6, 1466:15, 1467:6, 1467:22
**references** [1] - 1448:12
**referring** [2] - 1338:17, 1509:11
**reflected** [1] - 1493:16
**regard** [12] - 1335:22, 1360:18, 1360:19, 1466:2, 1479:19, 1479:22, 1480:4, 1480:12, 1495:4, 1495:7, 1498:16, 1511:10
**regarding** [3] - 1397:9, 1441:17, 1478:11
**regardless** [1] - 1483:3
**regards** [5] - 1446:10, 1446:11, 1455:10, 1458:12
**regular** [31] - 1367:14, 1367:18, 1368:16, 1368:25, 1371:8, 1375:16, 1376:4, 1378:3, 1378:5, 1378:23, 1381:6, 1381:17, 1384:19, 1385:3, 1385:18, 1386:15, 1387:6, 1387:8, 1387:15, 1388:2, 1388:8, 1389:19, 1392:6, 1392:11, 1395:17, 1399:12, 1425:14, 1433:24, 1434:5, 1434:7, 1490:25
**reiterate** [1] - 1473:14
**reject** [1] - 1350:10
**related** [2] - 1424:10, 1488:10
**relating** [1] - 1351:16
**relatively** [1] - 1456:8
**release** [3] - 1424:17,

1436:16, 1467:3
**released** [2] - 1467:5, 1467:15
**relevant** [4] - 1335:5, 1450:8, 1450:22, 1452:15
**relief** [1] - 1370:10
**rely** [2] - 1458:6, 1497:9
**remain** [2] - 1443:14, 1499:2
**remains** [1] - 1428:19
**remarkable** [2] - 1484:21, 1484:25
**remarkably** [1] - 1396:24
**remember** [31] - 1344:8, 1364:24, 1365:3, 1380:20, 1385:20, 1388:15, 1389:12, 1390:25, 1392:20, 1399:21, 1401:2, 1401:22, 1402:7, 1402:10, 1403:23, 1403:24, 1404:25, 1405:11, 1406:23, 1411:8, 1416:1, 1417:21, 1432:2, 1450:20, 1451:1, 1457:7, 1482:16, 1488:7, 1491:14, 1496:6, 1500:3
**remembered** [1] - 1383:14
**remembering** [1] - 1480:5
**remembers** [6] - 1426:23, 1426:24, 1427:1, 1437:6, 1437:17
**remind** [4] - 1365:2, 1446:6, 1473:11, 1495:25
**removed** [1] - 1408:24
**renew** [2] - 1514:12, 1514:14
**repeat** [1] - 1469:2
**repeatedly** [1] - 1474:23
**rephrase** [1] - 1479:15
**report** [10] - 1460:6, 1511:13, 1511:17, 1511:23, 1511:25, 1512:3, 1512:10, 1512:13, 1513:17
**representation** [1] - 1492:15
**repulsive** [1] - 1460:14

**request** [4] - 1335:19, 1448:1, 1501:1, 1504:2
**require** [1] - 1498:11
**required** [7] - 1336:7, 1342:21, 1355:7, 1355:14, 1449:18, 1464:24, 1513:7
**requires** [1] - 1482:21
**reschedule** [1] - 1512:17
**respect** [2] - 1364:15, 1492:23
**respects** [15] - 1502:9, 1506:9, 1509:13, 1509:17, 1509:20, 1509:23, 1510:1, 1510:4, 1510:7, 1510:10, 1510:13, 1510:16, 1510:19, 1510:22, 1511:3
**respond** [3] - 1499:20, 1503:8, 1503:11
**response** [2] - 1361:24, 1455:18, 1501:13
**responses** [2] - 1445:7, 1445:8
**responsible** [1] - 1352:23
**rest** [1] - 1369:10
**restrict** [1] - 1467:21
**result** [1] - 1349:21
**resume** [1] - 1403:19
**retail** [1] - 1397:16
**retire** [4] - 1497:21, 1500:10, 1502:22, 1503:2
**retrieved** [1] - 1409:23
**return** [5] - 1342:14, 1364:1, 1420:21, 1465:21, 1499:13
**returned** [2] - 1376:3, 1377:20
**review** [4] - 1453:1, 1480:3, 1500:20, 1503:19
**reviewed** [3] - 1336:20, 1336:22, 1338:17
**ribs** [1] - 1404:5
**riding** [1] - 1426:1
**Ridley's** [1] - 1388:22
**rightfully** [1] - 1444:24
**rights** [1] - 1410:19
**risking** [1] - 1475:5
**river** [3] - 1407:13, 1407:18, 1459:18
**road** [2] - 1450:5, 1502:4

**Road** [3] - 1379:7, 1384:6, 1384:7
**roads** [1] - 1407:12
**robbed** [1] - 1416:16
**role** [2] - 1448:4, 1466:1
**roles** [1] - 1349:6
**room** [16] - 1335:2, 1341:14, 1363:22, 1413:17, 1415:14, 1415:17, 1415:19, 1455:12, 1494:9, 1497:21, 1498:15, 1500:10, 1502:6, 1502:22, 1503:1, 1503:21
**roughly** [2] - 1338:24, 1436:19
**round** [1] - 1385:19
**rounds** [1] - 1416:7
**row** [2] - 1467:4, 1509:16
**rubber** [1] - 1415:5
**Ruiz** [31] - 1347:3, 1382:9, 1382:11, 1383:24, 1389:23, 1423:14, 1423:19, 1424:3, 1424:12, 1425:1, 1425:6, 1425:8, 1426:8, 1426:22, 1427:3, 1427:10, 1428:18, 1434:11, 1435:22, 1447:9, 1447:16, 1448:10, 1453:25, 1474:17, 1476:21, 1476:22, 1478:15, 1485:24, 1487:10, 1487:14
**Ruiz's** [6] - 1337:16, 1424:4, 1424:21, 1425:11, 1434:17, 1436:20
**Rule** [2] - 1336:19, 1339:6
**rules** [2] - 1449:17, 1450:5
**ruling** [1] - 1339:7
**run** [4] - 1435:7, 1440:3, 1469:22, 1475:15

## S

**salary** [1] - 1370:15
**sales** [3] - 1391:4, 1446:22, 1475:5
**Samsung** [1] - 1429:21
**San** [3] - 1386:10,

1387:23, 1391:25
**Sanchez** [43] - 1334:6, 1353:7, 1358:5, 1358:12, 1358:21, 1358:23, 1359:2, 1361:24, 1362:3, 1362:11, 1362:19, 1362:23, 1363:2, 1364:16, 1365:15, 1392:25, 1418:9, 1418:24, 1428:16, 1431:13, 1431:19, 1432:1, 1432:6, 1432:8, 1432:10, 1435:14, 1435:15, 1435:16, 1438:1, 1453:24, 1454:3, 1454:5, 1457:8, 1478:19, 1479:23, 1482:4, 1486:8, 1506:13, 1506:18, 1506:25, 1508:11, 1508:18, 1511:18
**SANCHEZ** [1] - 1468:24
**Sanchez's** [2] - 1437:10, 1439:2
**sandwich** [1] - 1393:24
**sat** [2] - 1456:17, 1466:16
**satisfy** [1] - 1458:22
**Saturday** [1] - 1428:2
**save** [2] - 1436:25, 1465:17
**saw** [29] - 1344:24, 1368:4, 1368:7, 1373:20, 1379:24, 1382:24, 1383:1, 1383:3, 1383:5, 1384:2, 1384:5, 1389:22, 1393:20, 1411:1, 1412:8, 1412:10, 1429:15, 1441:11, 1441:12, 1459:22, 1459:23, 1460:5, 1466:21, 1476:2, 1476:11, 1477:19, 1477:21, 1494:16
**scale** [4] - 1393:23, 1414:21, 1415:10, 1415:11
**scales** [1] - 1441:10
**scared** [1] - 1437:18
**scary** [4] - 1446:3, 1466:2, 1466:3, 1466:6
**scene** [1] - 1355:2
**schedule** [1] - 1511:9

**scheduled** [2] - 1512:2, 1512:15
**school** [1] - 1377:1
**screen** [1] - 1380:22
**sealed** [4] - 1408:2, 1409:4, 1409:6, 1414:9
**search** [8] - 1413:18, 1414:16, 1446:12, 1446:18, 1446:19, 1462:10, 1462:11
**searched** [8] - 1408:18, 1408:20, 1409:20, 1410:16, 1412:24, 1413:2, 1413:18, 1417:23
**searching** [1] - 1498:9
**seasonal** [1] - 1375:9
**seat** [1] - 1341:9
**seated** [3] - 1501:21, 1501:25, 1509:5
**second** [13] - 1343:15, 1344:11, 1345:21, 1346:21, 1349:19, 1351:12, 1353:19, 1354:17, 1382:20, 1401:13, 1435:20, 1459:19, 1470:25
**seconds** [1] - 1381:20
**Section** [17] - 1351:2, 1353:10, 1358:14, 1360:3, 1361:4, 1361:5, 1362:5, 1506:20, 1506:21, 1507:9, 1507:10, 1507:24, 1507:25, 1508:13
**see** [26] - 1336:6, 1345:19, 1389:1, 1389:24, 1390:3, 1395:23, 1399:2, 1404:20, 1408:11, 1408:12, 1409:12, 1409:13, 1415:13, 1415:25, 1437:19, 1443:16, 1444:12, 1449:25, 1451:6, 1453:1, 1453:16, 1457:5, 1469:17, 1469:18, 1475:4, 1501:13
**seem** [4] - 1426:15, 1473:5, 1473:16, 1477:18
**sees** [1] - 1474:19
**seized** [7] - 1370:3, 1394:21, 1394:24, 1395:7, 1398:16, 1402:18, 1415:3
**seizures** [4] - 1402:10,

1402:14, 1417:4, 1417:19

**select** [1] - 1500:11

**selection** [3] - 1443:7, 1444:10, 1501:23

**sell** [11] - 1367:5, 1390:22, 1391:2, 1401:16, 1413:11, 1441:12, 1443:21, 1450:20, 1453:21, 1472:16, 1482:7

**selling** [9] - 1367:15, 1368:2, 1370:20, 1371:14, 1372:7, 1399:7, 1399:15, 1420:18, 1441:7

**sells** [2] - 1371:20, 1438:9

**semiautomatic** [2] - 1389:4, 1415:18

**send** [8] - 1398:5, 1398:21, 1413:24, 1472:5, 1499:16, 1499:23, 1500:21, 1503:21

**sense** [11] - 1342:24, 1367:13, 1370:14, 1420:17, 1434:4, 1451:24, 1465:21, 1473:16, 1473:18, 1473:19, 1475:12

**sent** [10] - 1392:22, 1392:25, 1393:10, 1397:21, 1398:10, 1409:5, 1414:10, 1447:5, 1466:7

**sentence** [9] - 1334:24, 1449:24, 1449:25, 1470:12, 1470:13, 1475:6, 1483:3, 1483:8, 1483:10

**sentencing** [5] - 1511:8, 1511:11, 1511:20, 1512:1, 1512:15

**sentencings** [1] - 1511:9

**separate** [3] - 1356:20, 1357:18, 1449:6

**separately** [2] - 1356:24, 1388:6

**separating** [1] - 1400:4

**September** [4] - 1375:5, 1375:8, 1428:16, 1429:8

**Sergeant** [4] - 1410:18, 1411:12,

1412:5, 1414:18

**serial** [2] - 1389:5, 1415:24

**serve** [2] - 1480:10, 1502:18

**served** [1] - 1480:12

**service** [6] - 1370:6, 1370:11, 1422:20, 1502:7, 1513:15, 1514:22

**session** [1] - 1344:18

**set** [5] - 1341:9, 1359:20, 1429:1, 1435:16, 1495:19

**sets** [1] - 1363:25

**seven** [6] - 1346:7, 1369:6, 1417:19, 1423:23, 1425:14, 1435:2

**seventh** [1] - 1350:3

**Severson** [7] - 1336:3, 1341:3, 1498:16, 1500:22, 1502:18, 1502:23, 1505:17

**shaky** [1] - 1474:12

**shall** [1] - 1351:15

**share** [1] - 1447:12

**shared** [2] - 1447:24, 1460:15

**shift** [1] - 1337:5

**shocking** [1] - 1454:13

**short** [3] - 1340:11, 1403:6, 1480:17

**shorter** [2] - 1381:9, 1381:10

**shorter-duration** [1] - 1381:10

**shortly** [2] - 1385:20, 1500:14

**shot** [1] - 1436:25

**show** [15] - 1355:2, 1370:5, 1370:6, 1370:9, 1379:19, 1385:6, 1397:8, 1405:23, 1413:15, 1421:11, 1427:18, 1440:18, 1440:20, 1489:10, 1495:8

**showed** [12] - 1366:3, 1373:23, 1375:3, 1375:5, 1380:13, 1388:4, 1399:8, 1400:1, 1401:24, 1412:2, 1420:3, 1492:1

**showing** [1] - 1429:17

**shown** [13] - 1359:6, 1363:6, 1364:15, 1389:3, 1419:21,

1453:20, 1464:7, 1464:9, 1479:21, 1507:4, 1507:18, 1508:8, 1508:22

**shows** [16] - 1370:10, 1381:2, 1381:4, 1382:2, 1388:22, 1396:25, 1397:10, 1412:4, 1413:19, 1418:8, 1418:22, 1419:6, 1421:1, 1435:2, 1435:9, 1478:13

**shrinking** [1] - 1469:12

**sic** [17] - 1360:13, 1360:18, 1360:22, 1383:21, 1387:12, 1393:25, 1396:15, 1406:18, 1417:6, 1417:13, 1420:7, 1421:14, 1422:5, 1427:8, 1435:12, 1486:18, 1512:3

**sic]** [1] - 1395:25, 1453:10

**sick** [5] - 1338:5, 1338:11, 1427:14, 1455:14

**side** [1] - 1416:12

**sign** [3] - 1362:21, 1363:24, 1499:12

**signature** [1] - 1363:19

**signed** [5] - 1449:2, 1453:17, 1499:17, 1499:19, 1508:24

**significance** [1] - 1467:24

**silent** [1] - 1499:3

**silver** [2] - 1395:11, 1408:24

**similar** [4] - 1352:9, 1396:24, 1463:12, 1484:23

**similarly** [3] - 1344:4, 1353:3, 1463:21

**simple** [1] - 1488:23

**simply** [13] - 1339:1, 1352:8, 1360:16, 1365:9, 1429:10, 1435:17, 1440:5, 1459:17, 1463:11, 1484:14, 1496:24, 1497:6, 1499:1

**Sincerbeaux** [7] - 1402:13, 1408:3, 1408:4, 1409:7, 1410:3, 1414:12, 1421:14

**Sincerbeaux's** [1] - 1405:15

**sincere** [1] - 1512:25

**sincerely** [1] - 1479:19

**single** [7] - 1342:9, 1427:24, 1428:4, 1428:5, 1429:2, 1437:20, 1445:19

**singular** [2] - 1340:20, 1340:25

**sink** [5] - 1388:1, 1393:25, 1414:20, 1415:4, 1463:6

**sister** [1] - 1404:18

**sit** [3] - 1430:20, 1458:18, 1480:9

**sitting** [2] - 1445:2, 1445:6

**six** [15] - 1334:7, 1368:5, 1387:14, 1387:15, 1395:9, 1396:4, 1398:18, 1419:16, 1429:17, 1450:21, 1453:13, 1457:9, 1462:7, 1491:4

**six-month** [2] - 1368:5, 1398:18

**sixteen** [1] - 1387:9

**sixth** [2] - 1346:4, 1350:1

**size** [2] - 1466:25, 1467:2

**sizes** [1] - 1477:18

**skips** [1] - 1427:15

**slamming** [1] - 1477:21

**slept** [1] - 1391:18

**Slope** [3] - 1404:9, 1406:13, 1488:6

**slots** [1] - 1393:11

**small** [3] - 1366:25, 1368:25, 1477:23

**smart** [2] - 1487:23, 1490:3

**smoke** [1] - 1456:9

**smoked** [1] - 1459:6

**smoking** [2] - 1442:1, 1458:9

**snitch** [2] - 1412:16, 1467:10

**snitches** [1] - 1466:20

**sock** [2] - 1407:15, 1407:22

**sold** [20] - 1366:2, 1366:19, 1369:10, 1371:7, 1371:9, 1371:10, 1371:11, 1400:6, 1402:6, 1407:3, 1414:5,

1438:7, 1441:13, 1450:19, 1453:19, 1453:21, 1456:25, 1457:18, 1457:24, 1459:7

**sole** [2] - 1457:8, 1465:16

**solely** [5] - 1342:2, 1344:19, 1350:22, 1449:4, 1449:14

**someone** [11] - 1340:17, 1354:17, 1371:4, 1375:17, 1379:5, 1381:18, 1432:4, 1441:4, 1445:3, 1501:19, 1513:10

**sometime** [1] - 1386:8

**sometimes** [1] - 1454:23

**somewhat** [2] - 1337:22, 1339:16

**somewhere** [2] - 1365:20, 1476:15

**soon** [5] - 1390:17, 1429:22, 1455:1, 1497:21, 1502:23

**sorry** [21] - 1341:24, 1357:19, 1362:13, 1362:14, 1366:18, 1379:23, 1380:10, 1411:23, 1420:5, 1422:7, 1440:2, 1478:15, 1478:24, 1479:1, 1479:4, 1483:12, 1485:11, 1485:12, 1504:21, 1511:11, 1512:6

**sort** [5] - 1426:15, 1433:3, 1435:10, 1442:7, 1498:10

**sound** [3] - 1469:1, 1484:12

**sounds** [1] - 1459:15

**source** [13] - 1365:16, 1365:18, 1365:21, 1365:23, 1366:3, 1366:8, 1373:8, 1373:11, 1373:25, 1374:22, 1457:9, 1465:16

**sources** [1] - 1365:16

**space** [2] - 1409:25, 1443:2

**speaking** [1] - 1366:23

**special** [5] - 1357:19, 1358:7, 1360:7, 1362:21, 1448:24

**specific** [3] - 1357:4,

1357:6, 1426:20
**specifically** [1] - 1450:11
**specified** [1] - 1356:14
**speculating** [1] - 1479:5
**speculation** [1] - 1342:25
**speed** [2] - 1407:9, 1459:19
**speeding** [1] - 1452:7
**spell** [1] - 1489:16
**spelled** [2] - 1489:13, 1489:15
**spend** [1] - 1398:18
**spent** [3] - 1443:19, 1474:10, 1481:21
**spoken** [1] - 1425:2
**squirming** [2] - 1481:1, 1481:2
**stand** [10] - 1383:14, 1443:12, 1444:7, 1446:4, 1447:8, 1466:5, 1471:1, 1490:25, 1494:16, 1506:10
**standards** [1] - 1494:13
**standing** [1] - 1495:22
**stands** [2] - 1447:18, 1500:4
**stars** [1] - 1436:23
**start** [11] - 1365:6, 1385:4, 1385:10, 1425:10, 1426:16, 1445:11, 1446:1, 1446:2, 1463:2, 1500:12, 1509:16
**started** [7] - 1390:21, 1400:15, 1407:8, 1425:7, 1427:7, 1447:6, 1468:6
**starting** [1] - 1378:11, 1433:1
**starts** [3] - 1423:14, 1426:11, 1426:21
**stash** [1] - 1414:23
**State** [7] - 1408:3, 1408:16, 1409:5, 1414:10, 1414:15, 1471:6, 1471:8
**state** [4] - 1344:9, 1350:7, 1364:22, 1470:23
**statement** [1] - 1495:7
**statements** [12] - 1343:23, 1344:5, 1346:19, 1346:21, 1346:24, 1434:17,

1452:18, 1462:4, 1496:1, 1496:3, 1513:20
**states** [1] - 1357:5
**States** [14] - 1334:5, 1351:3, 1353:11, 1358:3, 1358:4, 1358:15, 1360:4, 1361:5, 1362:6, 1506:12, 1506:22, 1507:11, 1507:25, 1508:14
**stating** [1] - 1428:8
**station** [3] - 1373:15, 1408:18, 1412:14
**statutory** [1] - 1470:14
**stay** [2] - 1465:19, 1465:25
**stayed** [3] - 1387:1, 1389:10, 1488:22
**stealth** [1] - 1349:1
**steering** [3] - 1383:7, 1398:20, 1413:22
**Stennett** [15] - 1383:18, 1383:21, 1384:4, 1409:11, 1409:17, 1410:18, 1412:5, 1412:21, 1412:22, 1414:9, 1430:12, 1430:16, 1430:25, 1440:13
**step** [1] - 1498:22
**still** [15] - 1336:19, 1387:14, 1387:17, 1387:18, 1407:5, 1407:22, 1408:12, 1409:17, 1409:24, 1410:13, 1411:10, 1461:6, 1470:15, 1497:18, 1497:24
**stock** [1] - 1495:20
**stop** [1] - 1336:12
**stopped** [4] - 1377:18, 1385:13, 1390:14, 1393:7
**store** [2] - 1475:20
**stories** [2] - 1457:5, 1458:1
**story** [11] - 1424:21, 1425:7, 1425:11, 1426:11, 1426:17, 1426:18, 1426:21, 1428:23, 1473:20, 1484:11, 1484:23
**strange** [1] - 1440:17
**stranger** [1] - 1474:24
**street** [2] - 1487:23, 1493:6
**streets** [1] - 1407:14
**strength** [1] - 1349:25

**stretch** [1] - 1464:4
**stricken** [1] - 1344:12
**strings** [1] - 1453:11
**strip** [1] - 1408:20
**strongest** [1] - 1406:1
**struck** [1] - 1471:24
**struggled** [1] - 1459:13
**stuff** [2] - 1476:14, 1494:4
**subject** [1] - 1349:25
**submit** [1] - 1421:1
**submits** [2] - 1418:7, 1419:5
**submitted** [4] - 1403:13, 1408:1, 1500:6, 1511:18
**subsequent** [1] - 1349:21
**substance** [5] - 1353:23, 1359:9, 1359:19, 1363:9, 1507:18
**substantial** [12] - 1436:24, 1448:21, 1448:22, 1448:23, 1449:2, 1449:13, 1469:6, 1469:7, 1470:7, 1470:16, 1482:15, 1483:7
**substantially** [1] - 1447:20
**succeed** [3] - 1366:5, 1366:8, 1411:21
**successful** [1] - 1366:6
**sudden** [1] - 1426:8
**suddenly** [3] - 1425:24, 1474:3, 1476:17
**sufficient** [1] - 1353:24
**sufficiently** [1] - 1477:16
**suggest** [8] - 1346:11, 1405:22, 1424:19, 1429:9, 1475:10, 1492:14, 1492:24, 1494:20
**suggesting** [3] - 1334:11, 1334:16, 1479:10
**suggestion** [1] - 1342:13
**suggestiveness** [1] - 1349:22
**suggests** [2] - 1430:1, 1433:23
**suit** [1] - 1425:8
**sum** [1] - 1442:10

**summaries** [2] - 1350:15, 1350:16
**summer** [1] - 1448:2
**summoned** [1] - 1502:11
**Sunday** [3] - 1336:3, 1336:5, 1404:2
**sung** [1] - 1474:20
**supervised** [2] - 1424:17, 1436:15
**supply** [1] - 1458:18
**support** [1] - 1369:15
**supported** [1] - 1484:2
**supporting** [1] - 1350:17
**supposed** [6] - 1431:12, 1431:15, 1433:23, 1434:18, 1436:4, 1478:25
**supposedly** [2] - 1426:7, 1438:22
**surge** [2] - 1426:8, 1431:23
**surprise** [2] - 1472:15
**surrounding** [1] - 1350:4
**surveillance** [1] - 1413:5
**swam** [1] - 1407:17
**swear** [1] - 1502:18
**sweet** [1] - 1485:20
**swimming** [1] - 1459:19
**switched** [2] - 1427:21, 1442:2
**sworn** [2] - 1343:15, 1502:20
**sympathy** [1] - 1342:5

## T

**T-Mobile** [2] - 1380:2, 1380:18
**table** [1] - 1373:23
**tacos** [2] - 1426:14, 1426:25
**tag** [1] - 1437:23
**talks** [5] - 1435:23, 1435:25, 1473:2, 1473:3
**Tambunga** [42] - 1337:18, 1337:20, 1337:21, 1347:4, 1368:8, 1369:19, 1369:22, 1375:21, 1376:2, 1376:6, 1376:16, 1376:21, 1377:7, 1377:16, 1378:4, 1379:3,

1379:13, 1382:3, 1382:5, 1383:24, 1385:23, 1394:12, 1398:4, 1398:6, 1411:22, 1420:8, 1425:6, 1429:4, 1432:7, 1433:1, 1433:2, 1437:2, 1437:19, 1439:6, 1439:21, 1453:23, 1454:1, 1454:4, 1455:16, 1455:24, 1455:25, 1490:16
**Tambunga's** [2] - 1375:23, 1438:6
**Tanya** [8] - 1395:11, 1408:8, 1408:14, 1408:18, 1417:4, 1417:12, 1455:7, 1494:3
**Task** [1] - 1461:2
**tax** [1] - 1399:4
**tax-free** [1] - 1399:4
**teener** [1] - 1369:3
**telegraph** [2] - 1397:19, 1398:9
**telephone** [22] - 1370:7, 1374:15, 1379:14, 1379:19, 1379:20, 1379:21, 1379:22, 1380:6, 1380:20, 1380:24, 1381:1, 1381:19, 1417:22, 1417:24, 1417:25, 1430:16, 1432:11, 1432:15, 1489:19, 1490:18, 1502:11
**ten** [9] - 1381:20, 1396:11, 1399:9, 1403:8, 1436:11, 1438:14, 1469:20, 1471:19
**ten-year** [3] - 1436:11, 1438:14, 1471:19
**terms** [1] - 1442:5
**terrible** [1] - 1465:20
**test** [1] - 1384:12
**tested** [1] - 1419:20
**testified** [60] - 1345:20, 1345:22, 1368:17, 1368:24, 1372:17, 1376:15, 1377:10, 1378:17, 1378:22, 1380:19, 1382:5, 1382:15, 1384:18, 1385:15, 1388:15, 1389:6, 1391:3, 1396:9, 1396:14, 1399:14,

1400:20, 1401:3,
1401:23, 1402:4,
1402:16, 1404:6,
1404:13, 1404:21,
1406:14, 1422:2,
1430:7, 1434:12,
1434:25, 1439:21,
1446:9, 1447:16,
1447:25, 1452:16,
1452:21, 1453:3,
1453:23, 1454:17,
1455:15, 1457:11,
1459:4, 1470:21,
1471:1, 1471:7,
1477:3, 1477:6,
1478:4, 1478:5,
1483:9, 1484:15,
1485:1, 1489:2,
1489:4, 1491:1,
1491:20

**testifies** [5] - 1426:14,
1427:3, 1427:10,
1427:13, 1438:22

**testify** [14] - 1342:16,
1342:18, 1346:15,
1398:4, 1400:9,
1402:13, 1411:23,
1412:8, 1414:4,
1414:18, 1466:20,
1467:10, 1483:5,
1487:15

**testifying** [6] -
1345:24, 1436:22,
1452:2, 1454:6,
1461:18, 1472:4

**testimonies** [1] -
1469:8

**testimony** [77] -
1337:16, 1338:17,
1343:15, 1343:19,
1344:11, 1344:23,
1345:11, 1345:12,
1345:15, 1346:4,
1346:8, 1346:17,
1346:18, 1347:2,
1347:6, 1347:25,
1348:1, 1348:3,
1348:22, 1348:23,
1349:7, 1349:9,
1349:13, 1350:5,
1350:8, 1350:9,
1365:20, 1368:21,
1369:17, 1372:9,
1375:15, 1419:15,
1425:2, 1425:5,
1435:19, 1445:17,
1446:16, 1447:23,
1448:7, 1448:15,
1449:17, 1450:12,
1450:25, 1451:12,

1451:16, 1451:22,
1452:13, 1454:2,
1456:13, 1457:2,
1457:25, 1460:23,
1461:15, 1462:8,
1466:24, 1469:15,
1470:25, 1471:21,
1474:13, 1475:17,
1477:15, 1478:13,
1478:22, 1479:19,
1480:2, 1480:9,
1483:22, 1484:1,
1484:2, 1488:24,
1489:8, 1490:19,
1491:19, 1492:12,
1494:10, 1495:5

**testing** [1] - 1414:11

**text** [1] - 1498:2

**THE** [76] - 1334:4,
1334:8, 1334:10,
1335:8, 1335:18,
1335:21, 1336:1,
1336:20, 1337:19,
1337:21, 1340:1,
1340:7, 1341:6,
1341:16, 1341:17,
1364:9, 1402:23,
1403:2, 1403:6,
1403:17, 1422:23,
1427:21, 1430:20,
1431:4, 1442:16,
1442:19, 1442:21,
1442:25, 1467:20,
1468:22, 1479:1,
1479:4, 1479:9,
1479:15, 1480:14,
1480:24, 1481:15,
1481:18, 1495:2,
1495:3, 1502:21,
1503:5, 1503:17,
1504:16, 1504:21,
1504:24, 1505:4,
1505:8, 1505:12,
1505:15, 1505:16,
1505:23, 1505:24,
1506:1, 1506:2,
1506:11, 1509:1,
1509:5, 1509:9,
1509:19, 1509:22,
1509:25, 1510:3,
1510:6, 1510:9,
1510:12, 1510:15,
1510:18, 1510:21,
1510:24, 1511:1,
1511:5, 1512:6,
1514:10, 1514:13,
1514:19

**themselves** [4] -
1452:20, 1458:19,
1461:13, 1465:17

**theory** [2] - 1431:17,
1431:21

**thereby** [2] - 1353:2,
1463:20

**therefore** [2] - 1335:4,
1350:18

**they've** [1] - 1472:11

**thin** [1] - 1492:12

**thinking** [5] - 1362:17,
1470:22, 1472:10,
1472:11, 1480:21

**thinks** [1] - 1439:15

**third** [7] - 1343:16,
1344:17, 1345:23,
1349:22, 1354:21,
1371:2, 1436:8

**three** [7] - 1359:18,
1359:20, 1363:16,
1365:7, 1367:11,
1380:14, 1382:16,
1382:22, 1382:24,
1386:21, 1387:5,
1387:11, 1387:13,
1388:5, 1388:9,
1389:19, 1391:4,
1391:5, 1392:10,
1393:13, 1393:21,
1394:2, 1396:2,
1396:13, 1396:19,
1396:20, 1400:16,
1400:17, 1402:9,
1402:11, 1416:17,
1417:6, 1419:13,
1419:15, 1420:4,
1420:6, 1422:4,
1422:8, 1422:10,
1424:13, 1427:3,
1427:14, 1433:12,
1433:15, 1433:16,
1434:12, 1435:3,
1435:11, 1436:18,
1438:9, 1447:21,
1457:14, 1457:16,
1457:20, 1458:16,
1460:8, 1460:11,
1461:7, 1461:12,
1470:10, 1470:20,
1470:21, 1470:22,
1473:2, 1473:9,
1476:21, 1476:22,
1490:9, 1490:13,
1492:3, 1494:25

**threw** [1] - 1494:2

**throughout** [3] -
1365:3, 1451:6,
1454:21

**throwing** [1] - 1463:6

**Thursday** [3] -
1427:13, 1428:5,
1428:7

**tickets** [1] - 1452:7

**tie** [2] - 1437:3,
1462:21

**tired** [1] - 1390:12

**Title** [10] - 1351:2,
1353:11, 1358:14,
1360:3, 1361:5,
1362:6, 1506:21,
1507:10, 1507:25,
1508:14

**title** [1] - 1413:17

**today** [2] - 1411:23,
1486:10

**together** [15] - 1335:9,
1336:9, 1338:21,
1339:3, 1377:1,
1377:4, 1388:6,
1391:22, 1392:7,
1394:5, 1395:20,
1401:4, 1425:1,
1484:11, 1484:22

**toll** [1] - 1381:1

**tolls** [2] - 1379:21,
1380:12

**took** [17] - 1338:10,
1342:6, 1366:1,
1370:23, 1375:10,
1378:12, 1391:15,
1398:12, 1399:25,
1404:18, 1408:8,
1408:14, 1408:17,
1473:10, 1485:17,
1492:9, 1497:8

**top** [4] - 1395:20,
1399:3, 1469:22,
1469:23

**total** [12] - 1394:7,
1394:18, 1394:22,
1398:17, 1409:8,
1419:23, 1419:25,
1423:23, 1430:6,
1431:9, 1435:1,
1459:9

**totality** [1] - 1350:3

**tour** [1] - 1475:9

**towards** [1] - 1392:3

**town** [20] - 1368:20,
1369:23, 1369:25,
1375:20, 1375:25,
1378:10, 1384:17,
1384:21, 1384:24,
1385:8, 1397:4,
1417:22, 1426:9,
1427:25, 1436:6,
1478:19, 1490:9,
1491:3, 1491:25,
1492:2

**track** [3] - 1358:1,
1397:2, 1434:18

**tracking** [1] - 1438:24

**tracks** [1] - 1435:22

**trade** [1] - 1494:7

**traffic** [1] - 1441:15

**trafficking** [5] -
1335:3, 1348:13,
1348:15, 1348:17,
1452:4

**trailer** [11] - 1387:24,
1391:1, 1394:21,
1406:20, 1410:16,
1415:16, 1417:6,
1417:15, 1417:23,
1418:3, 1438:11

**Trailer** [5] - 1398:16,
1404:3, 1414:16,
1414:17, 1446:12

**train** [1] - 1483:12

**transaction** [3] -
1351:21, 1354:6,
1453:15

**transactions** [2] -
1440:17, 1447:1

**transfer** [5] - 1351:19,
1354:4, 1388:21,
1392:24, 1429:19

**transferred** [1] -
1430:3

**transferring** [1] -
1432:15

**travels** [1] - 1475:2

**Travis** [3] - 1406:16,
1406:19, 1407:3

**Trent** [1] - 1438:9

**trial** [17] - 1334:7,
1344:20, 1347:20,
1356:22, 1357:10,
1422:16, 1444:23,
1447:9, 1447:11,
1481:6, 1497:8,
1497:14, 1498:8,
1501:15, 1501:17,
1502:23, 1503:19

**trick** [1] - 1429:14

**tried** [6] - 1407:15,
1411:12, 1416:11,
1452:25, 1464:1,
1487:24

**triers** [2] - 1364:25,
1487:7

**tries** [1] - 1431:18

**trip** [3] - 1370:24,
1388:15, 1492:10

**trips** [1] - 1471:1,
1492:9

**trouble** [6] - 1438:13,
1453:12, 1455:21,
1459:11, 1471:18,
1472:24

**true** [9] - 1411:18,
1412:1, 1443:14,

1458:24, 1463:14, 1466:13, 1470:18, 1477:17, 1487:2
**truly** [1] - 1477:11
**trust** [1] - 1386:2
**truth** [12] - 1346:12, 1443:16, 1457:6, 1467:14, 1478:8, 1478:9, 1484:14, 1488:10, 1489:7, 1494:24, 1495:14
**truthful** [6] - 1482:18, 1482:22, 1482:24, 1482:25, 1483:1, 1486:25
**try** [7] - 1334:24, 1364:22, 1403:7, 1431:4, 1436:25, 1437:3, 1465:17
**trying** [9] - 1434:6, 1443:20, 1458:2, 1459:10, 1459:14, 1461:3, 1473:13, 1480:1, 1486:22
**tube** [6] - 1395:11, 1408:24, 1409:1, 1409:4, 1409:5, 1494:3
**Tuesday** [3] - 1427:13, 1428:5, 1428:6
**turn** [8] - 1357:16, 1366:21, 1368:2, 1371:20, 1374:23, 1445:22, 1498:12, 1498:14
**turned** [5] - 1374:2, 1414:8, 1460:5, 1498:19, 1499:3
**turning** [1] - 1363:20
**twenty** [1] - 1431:9
**twenty-one** [1] - 1431:9
**twice** [6] - 1407:1, 1425:20, 1434:15, 1434:19, 1434:20, 1456:18
**Twice** [1] - 1456:11
**twin** [1] - 1455:2
**two** [117] - 1336:23, 1337:14, 1338:4, 1338:23, 1351:10, 1351:23, 1365:10, 1367:10, 1367:11, 1367:24, 1368:22, 1369:21, 1370:18, 1374:9, 1375:10, 1376:3, 1376:5, 1376:10, 1377:15, 1378:19, 1382:17, 1382:19, 1382:21,

1382:23, 1386:3, 1386:12, 1386:17, 1386:20, 1386:23, 1387:3, 1387:5, 1387:6, 1387:11, 1387:22, 1387:23, 1388:5, 1388:8, 1389:2, 1389:19, 1390:4, 1390:16, 1392:1, 1392:12, 1394:23, 1395:24, 1396:1, 1396:10, 1400:16, 1404:7, 1405:8, 1406:8, 1406:12, 1406:15, 1406:22, 1406:24, 1409:3, 1412:13, 1413:11, 1414:6, 1415:22, 1416:5, 1416:21, 1417:14, 1417:17, 1419:13, 1419:23, 1419:24, 1420:4, 1420:5, 1420:6, 1420:14, 1422:6, 1422:9, 1425:12, 1425:15, 1425:17, 1426:7, 1427:10, 1427:11, 1427:12, 1428:4, 1428:7, 1431:24, 1432:24, 1433:6, 1433:20, 1434:19, 1436:6, 1438:16, 1438:23, 1440:2, 1450:19, 1451:9, 1457:12, 1457:14, 1457:15, 1457:23, 1458:16, 1459:13, 1459:15, 1462:24, 1472:1, 1473:12, 1476:20, 1477:25, 1480:16, 1490:9, 1490:13, 1491:2, 1492:2, 1497:18
**two-and-a-half** [4] - 1386:20, 1388:5, 1417:17, 1490:9
**two-ounce** [1] - 1406:8
**type** [1] - 1498:1
**typical** [1] - 1338:11

# U

**U.S** [5] - 1443:19, 1448:20, 1449:14, 1451:20, 1460:3
**UC** [1] - 1417:14
**ultimate** [1] - 1470:4
**ultimately** [1] - 1423:24

**unanimous** [9] - 1356:9, 1363:23, 1445:7, 1496:16, 1497:2, 1499:9, 1500:8, 1505:13, 1505:25
**unanimously** [8] - 1358:4, 1359:4, 1363:4, 1506:15, 1507:2, 1507:16, 1508:6, 1508:20
**uncertainty** [2] - 1471:14, 1477:8
**under** [9] - 1346:24, 1380:4, 1388:1, 1393:25, 1409:12, 1409:24, 1413:5, 1414:19, 1465:13
**undercover** [10] - 1349:2, 1349:4, 1374:6, 1394:25, 1410:11, 1412:19, 1412:20, 1412:23, 1417:5, 1446:11
**underline** [2] - 1451:17, 1463:19
**underlying** [2] - 1350:17, 1350:19
**underneath** [2] - 1415:4, 1415:18
**unfortunately** [1] - 1501:17
**unidentified** [2] - 1375:14, 1428:20
**unintentionally** [1] - 1354:25
**Union** [2] - 1397:19, 1398:9
**United** [14] - 1334:5, 1351:3, 1353:11, 1358:3, 1358:4, 1358:15, 1360:4, 1361:5, 1362:6, 1506:12, 1506:22, 1507:11, 1507:25, 1508:14
**unknowingly** [1] - 1354:25
**unknown** [1] - 1449:11
**unlawful** [6] - 1352:1, 1352:17, 1355:16, 1365:11, 1366:11, 1368:12
**unlawfully** [1] - 1366:15
**unless** [6] - 1357:4, 1367:14, 1370:20, 1372:7, 1475:12, 1489:20, 1492:14,

1498:20
**unlike** [3] - 1424:17, 1441:1, 1441:3
**unlucky** [1] - 1475:7
**unravel** [2] - 1457:5, 1458:1
**unusual** [1] - 1440:13
**up** [64] - 1336:13, 1336:16, 1338:23, 1341:10, 1342:14, 1364:24, 1370:25, 1378:3, 1378:19, 1381:13, 1385:7, 1385:9, 1385:13, 1386:10, 1387:23, 1388:16, 1388:17, 1390:2, 1391:2, 1391:21, 1391:25, 1395:22, 1396:23, 1398:17, 1401:25, 1403:9, 1404:11, 1404:12, 1406:21, 1406:22, 1406:23, 1407:21, 1409:25, 1423:4, 1424:10, 1428:14, 1429:1, 1430:19, 1433:17, 1434:7, 1434:8, 1435:6, 1435:16, 1436:22, 1440:1, 1441:20, 1443:12, 1446:4, 1448:8, 1453:21, 1461:18, 1464:20, 1467:14, 1468:5, 1470:18, 1472:14, 1484:23, 1486:17, 1486:22, 1494:2, 1494:19, 1498:17, 1502:1, 1504:10
**upset** [1] - 1400:12
**user** [1] - 1369:2
**users** [1] - 1458:3
**uses** [1] - 1455:6
**utilities** [1] - 1370:17

# V

**vagina** [1] - 1455:8
**vague** [2] - 1452:18, 1462:21
**valuable** [1] - 1450:24
**varied** [1] - 1338:13
**variety** [3] - 1447:8, 1447:17, 1461:4
**various** [1] - 1349:10
**vary** [1] - 1367:1
**Vegas** [1] - 1390:10
**vendetta** [1] - 1460:4
**venture** [1] - 1366:21

**veracity** [1] - 1477:15
**VERDICT** [1] - 1505:11
**verdict** [53] - 1339:9, 1339:10, 1342:13, 1343:18, 1356:24, 1357:1, 1357:12, 1357:19, 1358:2, 1358:7, 1358:18, 1360:7, 1361:9, 1362:9, 1362:21, 1362:22, 1363:7, 1363:21, 1363:23, 1363:25, 1364:2, 1420:22, 1442:12, 1496:15, 1497:2, 1497:6, 1499:10, 1499:11, 1500:8, 1505:10, 1505:14, 1505:17, 1506:4, 1506:5, 1506:7, 1506:8, 1509:2, 1509:13, 1509:17, 1509:20, 1509:23, 1509:25, 1510:3, 1510:6, 1510:9, 1510:13, 1510:16, 1510:19, 1510:22, 1511:2, 1511:6
**verdicts** [1] - 1505:20
**version** [2] - 1365:5, 1488:16
**versus** [4] - 1334:5, 1358:4, 1458:9, 1506:12
**Vertner** [102] - 1338:4, 1338:14, 1347:4, 1348:14, 1367:19, 1371:8, 1371:10, 1371:11, 1372:4, 1372:10, 1372:19, 1373:2, 1373:8, 1373:11, 1374:1, 1374:6, 1374:15, 1374:19, 1385:23, 1386:3, 1390:24, 1390:25, 1395:1, 1395:12, 1398:11, 1398:12, 1399:5, 1399:24, 1400:9, 1400:12, 1400:13, 1400:14, 1400:17, 1400:21, 1400:24, 1401:16, 1403:25, 1404:19, 1404:21, 1404:23, 1405:1, 1405:5, 1406:14, 1407:15, 1407:24, 1409:12, 1409:14, 1409:16, 1409:20,

1410:10, 1410:23,
1411:3, 1411:6,
1411:9, 1411:14,
1412:3, 1412:15,
1412:16, 1412:18,
1413:8, 1416:1,
1417:24, 1421:6,
1421:8, 1427:16,
1435:25, 1438:1,
1439:21, 1439:25,
1453:19, 1453:21,
1454:4, 1454:6,
1454:8, 1454:10,
1454:12, 1454:18,
1455:6, 1455:11,
1456:24, 1457:23,
1460:9, 1460:10,
1460:14, 1461:19,
1464:14, 1465:18,
1466:3, 1476:25,
1477:1, 1477:3,
1482:10, 1485:16,
1487:19, 1487:21,
1488:3, 1488:6,
1490:20, 1493:19,
1493:23

**Vertner's** [12] -
1371:14, 1392:21,
1395:3, 1399:12,
1399:13, 1402:18,
1411:8, 1417:5,
1417:11, 1421:15,
1457:2, 1457:24

**via** [1] - 1471:2

**Victor** [68] - 1347:3,
1380:21, 1382:9,
1382:11, 1382:13,
1382:15, 1382:24,
1383:6, 1383:9,
1383:11, 1383:13,
1383:20, 1383:24,
1384:7, 1389:23,
1389:25, 1390:3,
1390:7, 1390:9,
1390:15, 1391:15,
1391:22, 1392:2,
1392:7, 1392:17,
1393:4, 1393:5,
1395:1, 1395:16,
1404:4, 1404:5,
1423:14, 1423:19,
1424:3, 1424:4,
1424:12, 1424:21,
1424:24, 1425:1,
1425:6, 1425:8,
1425:11, 1426:8,
1426:22, 1427:3,
1427:10, 1434:11,
1434:17, 1435:22,
1436:19, 1447:9,
1447:16, 1448:10,

1485:6, 1485:7,
1485:11, 1485:13,
1485:17, 1485:19,
1485:24, 1486:4,
1486:5, 1487:10,
1487:14, 1490:4

**Victor's** [3] - 1391:18,
1391:19, 1419:15

**video** [3] - 1500:17,
1500:21, 1503:22

**videotape** [1] -
1373:21

**view** [2] - 1339:16,
1484:5

**views** [1] - 1496:20

**violation** [10] - 1351:1,
1353:10, 1358:13,
1360:2, 1361:4,
1362:5, 1506:20,
1507:9, 1507:24,
1508:13

**violent** [1] - 1452:5

**visit** [2] - 1375:8,
1514:21

**voice** [2] - 1381:12,
1443:17

**voices** [1] - 1444:14

**voluntarily** [3] -
1347:16, 1373:14,
1410:17

**volunteered** [1] -
1461:25

**volunteers** [1] -
1455:2

**voted** [1] - 1480:25

**voting** [1] - 1505:22

**vouch** [1] - 1495:11

---

# W

**wait** [2] - 1339:8,
1422:6

**waited** [1] - 1407:20

**waiting** [2] - 1393:8,
1500:1

**walk** [2] - 1445:21,
1445:22

**walks** [1] - 1475:15

**Walmart** [1] - 1372:20

**wants** [8] - 1381:23,
1431:8, 1431:24,
1438:2, 1462:18,
1465:21, 1470:24,
1472:22

**warning** [1] - 1461:16

**warrant** [1] - 1414:16

**wash** [3] - 1400:1,
1405:14, 1421:7

**washed** [1] - 1421:12

**watched** [2] - 1383:3,

1444:13

**water** [1] - 1407:21

**ways** [3] - 1352:9,
1419:20, 1463:12

**websites** [1] - 1498:3

**week** [45] - 1337:15,
1338:23, 1338:25,
1367:12, 1369:6,
1372:15, 1382:20,
1384:20, 1386:16,
1386:18, 1400:16,
1400:17, 1400:19,
1411:9, 1411:24,
1420:5, 1420:7,
1423:6, 1423:21,
1423:23, 1425:1,
1425:12, 1425:15,
1425:17, 1425:21,
1426:2, 1426:7,
1431:24, 1434:15,
1434:16, 1434:18,
1434:19, 1434:20,
1434:21, 1435:2,
1435:11, 1435:12,
1443:6, 1457:10,
1457:15, 1457:21,
1491:2

**weekend** [3] -
1334:11, 1336:4,
1336:21

**weekly** [17] - 1368:19,
1369:20, 1369:24,
1378:9, 1389:20,
1392:11, 1397:3,
1432:18, 1434:25,
1473:3, 1473:4,
1491:3, 1491:23,
1491:25, 1492:3

**weeks** [9] - 1375:8,
1382:17, 1384:21,
1386:20, 1388:5,
1434:22, 1435:4,
1462:7, 1490:10

**weigh** [2] - 1341:20,
1450:6

**weighed** [9] - 1385:16,
1393:23, 1402:17,
1406:24, 1408:5,
1409:8, 1410:4,
1414:12, 1414:25

**weighing** [17] -
1359:11, 1359:12,
1359:14, 1359:15,
1359:16, 1363:10,
1363:11, 1363:12,
1363:15, 1363:16,
1443:15, 1507:5,
1507:19, 1508:8,
1508:22

**weight** [15] - 1345:6,

1345:8, 1346:13,
1346:17, 1346:21,
1348:21, 1349:8,
1350:10, 1350:19,
1356:7, 1356:9,
1414:13, 1452:12,
1471:3, 1497:5

**weights** [1] - 1356:7

**Weiser** [7] - 1376:22,
1383:15, 1385:14,
1385:23, 1388:22,
1390:15, 1404:17

**Wells** [1] - 1397:11

**Western** [2] - 1397:19,
1398:9

**whatsoever** [1] -
1499:2

**wheel** [3] - 1383:7,
1398:20, 1413:22

**whereas** [1] - 1359:20

**whichever** [1] -
1480:23

**White** [1] - 1446:7

**white** [2] - 1407:20,
1408:4

**whole** [2] - 1395:22,
1448:23

**wide** [1] - 1447:17

**wife** [2] - 1369:1,
1369:11

**willfully** [2] - 1352:17,
1352:22

**willing** [1] - 1409:13

**willingly** [2] - 1421:3,
1449:21

**window** [1] - 1404:15

**wing** [1] - 1459:10

**Winmill** [2] - 1467:5,
1491:6

**wire** [3] - 1388:21,
1392:24, 1413:4

**wired** [1] - 1392:21

**wish** [2] - 1431:5,
1509:6

**withholding** [1] -
1461:1

**witness** [21] -
1343:15, 1344:2,
1344:23, 1344:24,
1345:13, 1345:16,
1345:19, 1345:25,
1346:2, 1346:11,
1429:7, 1465:22,
1483:9, 1483:19,
1484:8, 1484:18,
1485:23, 1488:15,
1488:25, 1495:12,
1495:13

**witness'** [6] - 1345:21,
1345:23, 1346:4,

1346:8, 1349:24,
1350:11

**witnesses** [53] -
1334:18, 1339:15,
1343:25, 1346:15,
1346:16, 1347:2,
1347:10, 1347:13,
1347:18, 1347:25,
1348:4, 1348:5,
1348:11, 1348:21,
1348:22, 1349:11,
1432:11, 1441:1,
1451:4, 1451:16,
1451:18, 1451:22,
1452:2, 1452:10,
1452:13, 1466:20,
1482:3, 1482:14,
1482:18, 1482:22,
1483:5, 1483:16,
1483:22, 1484:3,
1484:6, 1484:10,
1484:15, 1484:22,
1485:1, 1486:12,
1486:16, 1486:18,
1486:24, 1488:8,
1488:9, 1488:13,
1489:6, 1489:10,
1491:20, 1492:13,
1492:16, 1494:11,
1496:2

**witnesses'** [4] -
1347:6, 1347:23,
1450:12, 1481:22

**women** [3] - 1455:7,
1460:8, 1461:7

**wonder** [1] - 1434:16

**wonderful** [1] -
1481:23

**word** [1] - 1448:21

**words** [3] - 1355:17,
1453:22, 1495:12

**works** [1] - 1476:22

**world** [1] - 1476:6

**worry** [1] - 1463:7

**wrapped** [1] - 1409:25

**writing** [6] - 1498:2,
1499:20, 1499:21,
1501:1, 1503:8,
1514:14

**written** [1] - 1505:20

**wrongly** [4] - 1443:9,
1444:8, 1444:12,
1466:7

**wrote** [1] - 1448:3

**Wunsch** [1] - 1415:22

---

# Y

**year** [4] - 1424:16,
1436:11, 1438:14,

**United States Courts, District of Idaho**

1471:19

**years** [15] - 1379:5,
1424:13, 1424:18,
1436:13, 1436:15,
1436:19, 1437:1,
1447:21, 1454:14,
1467:4, 1469:20,
1469:21, 1470:2,
1470:22

**yesterday** [1] -
1412:13

**yourself** [3] - 1345:16,
1455:21, 1496:18

**yourselves** [4] -
1403:11, 1481:10,
1497:16, 1497:20

## Z

**Zero** [1] - 1456:12

**zero** [1] - 1456:18