1  **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2
```
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA,                : Case No. 1:12-cr-155-BLW-14
                                         :
                Plaintiff,                : SENTENCING HEARING
                                         :
         vs.                             :
                                         :
JIM ALLEN LOVELAND,                      :
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

before B. Lynn Winmill, Chief District Judge

May 22, 2013

Pages 1 to 17

**Tamara I. Hohenleitner**
Idaho Certified Shorthand Reporter No. 619
Registered Professional Reporter
Certified Realtime Reporter
Federal Certified Realtime Reporter

United States Courts, District of Idaho
550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

1                          **A P P E A R A N C E S**

2

3    **FOR UNITED STATES OF AMERICA**

4            Lynne W. Lamprecht
             US ATTORNEY'S OFFICE
5            Washington Group Plaza IV
             800 Park Blvd., Ste. 600
6            Boise, ID 83712-9903
             Tel:  (208) 334-1211
7            Fax:  (208) 334-9375
             Email:  Lynne.lamprecht2@usdoj.gov
8

9
     **FOR DEFENDANT JIM ALLEN LOVELAND**
10
             Christian Berglund
11           BERGLUND LAW, PLLC
             500 W. Bannock Street
12           Boise, ID 83702
             Tel: (208) 342-7600
13           Fax: (208) 392-1395
             Email: Chris@berglundlaw.com
14

15

16

17

18

19

20

21

22

23

24

25

Case 1:12-cr-00155-BLW   Document 628   Filed 08/02/13   Page 3 of 11

3

## I N D E X

| Date | Proceeding | Page |
|---|---|---|
| 05/22/13 | Sentencing Hearing | |
| | Recommendations by the Government | 6 |
| | Recommendations by the Defense | 6 |
| | Court's comments and sentencing | 8 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

## I N D E X

| Date | Proceeding | Page |
|---|---|---|
| 05/22/13 | Sentencing Hearing | |
| | Recommendations by the Government | 6 |
| | Recommendations by the Defense | 6 |
| | Court's comments and sentencing | 8 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                    4
 1              P R O C E E D I N G S
 2                  May 22, 2013
 3        THE CLERK:  The court will now hear Criminal
 4   Case 12-155-S-BLW, United States of America versus
 5   Jim Allen Loveland, for sentencing.
 6        THE COURT:  Good morning, Counsel.
 7        The defendant, Mr. Loveland, was found
 8   guilty by a jury on Count 1 of the second
 9   superseding indictment.  The court ordered a
10   presentence investigation report which has been
11   provided to court and to counsel.
12        Let me inquire of the defendant.
13        Mr. Loveland, have you had a chance to
14   review the presentence report?
15        THE DEFENDANT:  Yes.
16        THE COURT:  And, Ms. Berglund, you went over
17   the report with your client, I trust?
18        MS. BERGLUND:  I did, Your Honor.
19        THE COURT:  There have been objections filed
20   to the presentence report, but my recollection is
21   that they were agreed to by the probation office,
22   and I think one change was made in the presentence
23   report.  The other one I don't recall that it had
24   any material effect upon the guidelines.  Let me
25   just review that.
```

```
                                    5
 1        Again, I looked at this two days ago
 2   and again last night, and I have now forgotten
 3   precisely -- I think there was -- there was an
 4   agreement to the objection to paragraph 95 with
 5   regard to the jury's determination, and then the
 6   other objection was to statements made by others
 7   indicating that Mr. Loveland had received
 8   methamphetamine in 2-ounce quantities on a regular
 9   basis.  That's simply what was reported, and it
10   was an accurate report of what was in the
11   investigative materials.
12        Do we need to resolve that, do you
13   believe?
14        MS. BERGLUND:  No, Your Honor.  I don't
15   believe we really need to resolve that, but
16   Mr. Loveland, of course, wants to make it clear
17   that he does not agree with some of these
18   statements, and he is not making any admission by
19   remaining silent.
20        THE COURT:  And I think that's clear from
21   the record, certainly from your objection, but I
22   think the court will find that I don't need to
23   resolve the objections and will therefore adopt
24   the presentence report as my own findings in this
25   matter.
```

```
                                    6
 1        Do either of you intend to call
 2   witnesses?
 3        MS. LAMPRECHT:  No, Your Honor.
 4        MS. BERGLUND:  None for the defense,
 5   Your Honor.
 6        THE COURT:  All right.  At this time, then,
 7   I'll simply hear the arguments and recommendations
 8   of counsel.
 9        Ms. Lamprecht.
10        MS. LAMPRECHT:  Your Honor, because of the
11   851 information filed by the government, the
12   defendant has a statutory minimum mandatory
13   sentence of life.  That is what the government
14   would recommend in this case.
15        THE COURT:  Ms. Berglund.
16        MS. BERGLUND:  Your Honor, the defendant
17   does understand that even if the court were
18   persuaded that something other than life were
19   appropriate, the court's hands would be tied.
20        In this case, I would just like to
21   state that Mr. Loveland is 58 years old, in
22   somewhat poor health.  He has a heart condition.
23   He has had colon cancer.  He is obviously a
24   nonviolent offender.  During his time in prison
25   and in jail, he has never had a write-up.  He has
```

```
                                    7
 1   very strong family support, history of drug abuse.
 2   I would ask if the court could make a
 3   recommendation that -- the court recommend that he
 4   be placed somewhere where he can get treatment for
 5   his drug abuse.  I understand there will be a
 6   limited number of facilities given the life
 7   sentence.
 8        In this case, there will also be an
 9   appeal.  I know the court can sometimes direct
10   that the Department of Corrections or the Bureau
11   of Prisons keep the defendant as close as possible
12   for the purposes of appeal, and I would ask that
13   if the court were comfortable doing so that the
14   court would make that recommendation.
15        Otherwise, I understand that the court
16   must enter a life sentence in Mr. Loveland's case,
17   and he, too, understands that.
18        THE COURT:  Ms. Berglund, well -- actually,
19   maybe I'll ask Ms. Melchert.
20        Ms. Melchert, the presentence report
21   indicates that the defendant's second drug-
22   trafficking conviction was in 1998 and that he
23   received a prison sentence, but it was not
24   absolutely clear how much of that sentence he
25   served since it was a range.  Do you know off the
```

## Page 8

1  top of your head?
2      THE PROBATION OFFICER: I don't, Your Honor.
3      THE COURT: Ms. Berglund, do you know?
4      MS. BERGLUND: Six years, Your Honor.
5      THE COURT: He did six years of that time?
6      MS. BERGLUND: Yes.
7      THE COURT: And was put on parole, I assume?
8      MS. BERGLUND: Yes, Your Honor.
9      THE COURT: Okay. All right.
10         Mr. Loveland, is there anything you
11 want to say in your own behalf?
12     THE DEFENDANT: No.
13     THE COURT: All right. Thank you.
14         So it's clear with regard to the
15 objections, I am adopting the presentence report
16 as my own findings.
17         I am overruling the objection to the
18 characterization of the defendant being involved
19 in receiving methamphetamine in 2-ounce quantities
20 on a regular basis. That's based upon the fact of
21 the jury's verdict. The court has also issued a
22 written decision denying the defendant's motion
23 for acquittal. I think all of those matters, plus
24 the investigative materials reviewed and analyzed
25 by Ms. Melchert in preparing the presentence

## Page 9

1  report, support that finding. The other objection
2  was addressed and agreed to, I think, by the
3  probation office; therefore, there is no reason to
4  address that.
5      Actually, let me correct that. I want
6  to make sure I have got that right. My apologies,
7  Counsel. Give me just a moment here.
8      I guess I have to say -- well, let me
9  go ahead and address this in the context of the
10 3553(a)(2) factors and offer my observations about
11 the justice, or lack thereof, in the sentence
12 which the court must impose in this case.
13     The court is required to consider
14 certain statutory sentencing factors, and I am
15 going to go through each of those and discuss them
16 as they apply.
17     The first sentencing factor is the
18 requirement that the court consider the nature and
19 circumstances of the offense. Here, the
20 investigative materials reveal that the defendant
21 was purchasing 2 ounces of methamphetamine per
22 week from Mr. Sanchez and Mr. Beltran. He was
23 held accountable for between 500 and 1.5 kilos of
24 actual meth. The defendant has two prior
25 drug-trafficking convictions, and as a result of

## Page 10

1  the government filing its notice of sentencing
2  enhancement pursuant to 21 U.S. Code Section 851,
3  this subjected the defendant to the mandatory
4  minimum term of life.
5      Turning to the defendant's history and
6  characteristics, the defendant is 58 years old,
7  divorced with four adult children. He reported a
8  difficult childhood. He was physically and
9  verbally abused by his father. His parents
10 separated several times, and he always resided
11 with his mother until she committed suicide when
12 the defendant was nine or ten years old. He then
13 resided with his father who continued to abuse
14 him. The defendant dropped out of school during
15 the sixth grade primarily to work with his -- in
16 his father's shoe repair store. He ran away at
17 age 15 and never spoke to his father again. He
18 obtained his GED while incarcerated in Boise,
19 Idaho. He has certain health problems including
20 high blood pressure, but he has refused
21 medication. The defendant has a long history of
22 methamphetamine use. He has participated in
23 substance abuse treatment programs while in prison
24 and has been participating in Narcotics Anonymous
25 meetings for the past year.

## Page 11

1      Obviously, as a part of the third
2  branch of government, my obligation is to carry
3  out the dictates of legislation adopted by the
4  legislative branch. In this case, the Congress
5  has determined that those individuals who have
6  prior drug-trafficking convictions will see
7  substantially enhanced punishment, and in the
8  event of two prior drug-trafficking convictions,
9  upon the conviction of a third, the defendant will
10 be sentenced to life imprisonment without the
11 possibility of parole.
12     I have often commented upon, I think,
13 the lack of wisdom of these mandatory minimum
14 sentences. I think it is truly a rare case where
15 a defendant with two prior drug-trafficking
16 convictions would not receive a very substantial
17 prison sentence in the nature of 20 or even 30
18 years in prison.
19     But to impose a fixed life sentence to
20 me -- now, again, Mr. Loveland is 58 years old, so
21 perhaps a 20- or 25-year sentence would be a life
22 sentence. I don't know that. But that's what the
23 guideline range would have been. I think the
24 guideline range was 210 to 262 months, which means
25 that Mr. Loveland would have been eligible for

12

1 release sometime in his mid to late 70s.
2          But Congress through adopting this
3 statutory directive has, I think, laid the
4 groundwork for our prisons unnecessarily having to
5 maintain geriatric wards so that individuals can
6 be cared for at taxpayer expense into their 70s,
7 80s, and 90s, and I'm not sure I understand the
8 social policy and purpose of that.
9          But that's not my job.  My job isn't to
10 dictate policy.  It's simply to impose a sentence
11 that comports with the law.  If I were to impose
12 any sentence other than that dictated by the
13 statute, I think that I would be reversed in a
14 heartbeat and the case remanded to me or another
15 judge for sentencing.
16          Nevertheless, when I look at the facts
17 of this case and see that Mr. Loveland's only
18 prior criminal convictions involve a
19 drug-trafficking conviction 15 years old and
20 another drug-trafficking conviction that's 28
21 years old, I have to wonder, is the defendant's
22 culpability, does his -- does the sentence really
23 fit the crime?  And I guess I would say resolutely
24 no.  I think a sentence of 20 years would have
25 been more than adequate to address Mr. Loveland's

13

1 culpability and to impose a fixed life sentence
2 does not.
3          But it is what it is, and the statute
4 says what it says, so I am simply duty-bound to do
5 just that.  I guess I am particularly concerned
6 that there are many other defendants involved in
7 this case whose culpability I think certainly
8 exceeded that of Mr. Loveland, but then, of
9 course, they either did not have the type of
10 extensive prior criminal record, or in the case of
11 -- I think it was Mr. Vertner and perhaps one
12 other, they agreed to cooperate with the
13 government and thereby avoided the impact, the
14 same impact which would have subjected them
15 potentially to a fixed life sentence.  Is that
16 just?  I don't know.
17          But this sentencing or this sentence
18 that I have to impose is in a practical sense one
19 of the easiest decisions I make because my hands
20 are tied.  But I think from kind of an emotional
21 and philosophical, it's one of the most difficult
22 because I have serious reservations about the
23 wisdom of sending an individual with drug
24 convictions this old with no prior criminal record
25 to speak of to prison for the rest of their life.

14

1          I did have one question.  Ms. Melchert,
2 you included in the language which you submitted
3 as recommended language for the sentencing,
4 language concerning supervised release.  I can't
5 imagine the purpose of that.  On the other hand,
6 if you feel that for some reason Congress in its
7 infinite wisdom has also said that --
8          THE PROBATION OFFICER:  That is why -- just
9 in the rare case that something could change and
10 he would be released, then everything is kind
11 of --
12          THE COURT:  All right.  Well, what I think I
13 will do is impose supervised release but with only
14 the bare minimum requirements because I think the
15 likelihood is essentially nonexistent that
16 Mr. Loveland will ever be placed on supervised
17 release.
18          I have also addressed and I think my
19 comments clearly reflect my assessment of the
20 3553(a)(2) sentencing factors.  I think a sentence
21 in the range of 20 years would have been adequate
22 in this case.  And a sentence of fixed life is
23 simply excessive, and therefore I think the
24 3553(a)(2) sentencing factors which the court is
25 required to consider are completely irrelevant.

15

1 Were I to consider them, I would have imposed a
2 much shorter sentence than what I am about to
3 impose.
4          If the defendant will please stand.
5          The defendant, Jim Allen Loveland,
6 having been found guilty by a jury to Count 1 of
7 the second superseding indictment and the court
8 being satisfied that you are guilty as charged, I
9 hereby order and adjudge as follows:
10          Pursuant to the Sentencing Reform Act
11 of 1984, it is the judgment of the court that you
12 be committed to the custody of the Bureau of
13 Prisons to be imprisoned for a term of life.  The
14 court finds you do not have the ability to pay a
15 fine.  Accordingly, the fine will be waived,
16 however, a special assessment of $100 is mandatory
17 and will be due immediately.  The defendant will
18 submit nominal payments of not less than $25 per
19 quarter while incarcerated through the Inmate
20 Financial Responsibility Program to be applied
21 towards the special assessment imposed by the
22 court.  The defendant will pay --
23          Well, I will require that the defendant
24 be placed on supervised release for a term of ten
25 years following his release from imprisonment,

which as I have noted will not happen.  But since I'm apparently statutorily required to do so, I will require that the defendant, if he ever is released, will report to the probation office in the district to which he is released within 72 hours after his release from custody.

As conditions of supervised release, I'll include only the mandatory required conditions which include:  That the defendant not commit any federal, state, or local crimes; that he not unlawfully possess any controlled substances and refrain from any unlawful use of a controlled substance; that he submit to an initial drug test within 15 days after his release and to a maximum of five periodic drug tests per month thereafter throughout the term of supervision as directed by his probation officer, with the costs of such testing and treatment to be paid by both the defendant and the government based upon the defendant's ability to pay.  The defendant will not possess any firearms, ammunition, destructive devices, or any other dangerous weapons.

He will comply with all general and -- well, with all standard conditions of supervision adopted by this court and any general terms of supervised release required by statute that I have not specifically articulated --

MS. BERGLUND:  Your Honor.  I'm sorry to interrupt.  Is it all right if Mr. Loveland sits? He is not feeling well.

THE COURT:  It is.  Absolutely.  That is no concern at all.

The defendant will submit to a search of his person, property, house, residence, vehicle, papers, or office -- to a search conducted by a U.S. probation officer and will warn other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when a reasonable suspicion exists that the defendant has violated a condition --

THE MARSHAL:  Your Honor, if I could interrupt one moment?

THE COURT:  Yes.

Do we need to --

THE MARSHAL:  Can we take a short recess, please?

THE COURT:  Yes.  Let's take a short recess. We'll be in recess.

(Court recessed at 11:25 a.m.)

1   R E P O R T E R' S   C E R T I F I C A T E

2

3

4

5      I, Tamara I. Hohenleitner, Official
6   Court Reporter, State of Idaho, do hereby certify:
7      That I am the reporter who transcribed
8   the proceedings had in the above-entitled action
9   in machine shorthand and thereafter the same was
10  reduced into typewriting under my direct
11  supervision; and
12     That the foregoing transcript contains a
13  full, true, and accurate record of the proceedings
14  had in the above and foregoing cause.
15     IN WITNESS WHEREOF, I have hereunto set
16  my hand August 1, 2013.
17
18
19
20                    -s-
    Tamara I. Hohenleitner
21  Official Court Reporter
    CSR No. 619
22
23
24
25

## $

**$100** [1] - 15:16
**$25** [1] - 15:18

## 1

**1** [2] - 4:8, 15:6
**1.5** [1] - 9:23
**11:25** [1] - 17:25
**12-155-S-BLW** [1] - 4:4
**15** [3] - 10:17, 12:19, 16:14
**1984** [1] - 15:11
**1998** [1] - 7:22

## 2

**2** [1] - 9:21
**2-ounce** [2] - 5:8, 8:19
**20** [4] - 11:17, 11:21, 12:24, 14:21
**2013** [1] - 4:2
**21** [1] - 10:2
**210** [1] - 11:24
**22** [1] - 4:2
**25-year** [1] - 11:21
**262** [1] - 11:24
**28** [1] - 12:20

## 3

**30** [1] - 11:17
**3553(a)(2** [3] - 9:10, 14:20, 14:24

## 5

**500** [1] - 9:23
**58** [3] - 6:21, 10:6, 11:20

## 7

**70s** [2] - 12:1, 12:6
**72** [1] - 16:5

## 8

**80s** [1] - 12:7
**851** [2] - 6:11, 10:2

## 9

**90s** [1] - 12:7
**95** [1] - 5:4

## A

**a.m** [1] - 17:25
**ability** [2] - 15:14, 16:20
**absolutely** [2] - 7:24, 17:6
**abuse** [4] - 7:1, 7:5, 10:13, 10:23
**abused** [1] - 10:9
**accordingly** [1] - 15:15
**accountable** [1] - 9:23
**accurate** [1] - 5:10
**acquittal** [1] - 8:23
**Act** [1] - 15:10
**actual** [1] - 9:24
**address** [3] - 9:4, 9:9, 12:25
**addressed** [2] - 9:2, 14:18
**adequate** [2] - 12:25, 14:21
**adjudge** [1] - 15:9
**admission** [1] - 5:18
**adopt** [1] - 5:23
**adopted** [2] - 11:3, 16:25
**adopting** [2] - 8:15, 12:2
**adult** [1] - 10:7
**age** [1] - 10:17
**ago** [1] - 5:1
**agree** [1] - 5:17
**agreed** [3] - 4:21, 9:2, 13:12
**agreement** [1] - 5:4
**ahead** [1] - 9:9
**Allen** [2] - 4:5, 15:5
**America** [1] - 4:4
**ammunition** [1] - 16:21
**analyzed** [1] - 8:24
**Anonymous** [1] - 10:24
**apologies** [1] - 9:6
**appeal** [2] - 7:9, 7:12
**applied** [1] - 15:20
**apply** [1] - 9:16
**appropriate** [1] - 6:19
**arguments** [1] - 6:7
**articulated** [1] - 17:2
**assessment** [3] - 14:19, 15:16, 15:21
**assume** [1] - 8:7
**avoided** [1] - 13:13

## B

**bare** [1] - 14:14
**based** [2] - 8:20, 16:19
**basis** [2] - 5:9, 8:20
**behalf** [1] - 8:11
**Beltran** [1] - 9:22
**Berglund** [4] - 4:16, 6:15, 7:18, 8:3
**BERGLUND** [8] - 4:18, 5:14, 6:4, 6:16, 8:4, 8:6, 8:8, 17:3
**between** [1] - 9:23
**blood** [1] - 10:20
**Boise** [1] - 10:18
**bound** [1] - 13:4
**branch** [2] - 11:2, 11:4
**Bureau** [2] - 7:10, 15:12

## C

**cancer** [1] - 6:23
**cared** [1] - 12:6
**carry** [1] - 11:2
**Case** [1] - 4:4
**case** [13] - 6:14, 6:20, 7:8, 7:16, 9:12, 11:4, 11:14, 12:14, 12:17, 13:7, 13:10, 14:9, 14:22
**certain** [2] - 9:14, 10:19
**certainly** [2] - 5:21, 13:7
**chance** [1] - 4:13
**change** [2] - 4:22, 14:9
**characteristics** [1] - 10:6
**characterization** [1] - 8:18
**charged** [1] - 15:8
**childhood** [1] - 10:8
**children** [1] - 10:7
**circumstances** [1] - 9:19
**clear** [4] - 5:16, 5:20, 7:24, 8:14
**clearly** [1] - 14:19
**CLERK** [1] - 4:3
**client** [1] - 4:17
**close** [1] - 7:11
**Code** [1] - 10:2
**colon** [1] - 6:23
**comfortable** [1] - 7:13
**commented** [1] - 11:12
**comments** [1] - 14:19
**commit** [1] - 16:10
**committed** [2] - 10:11, 15:12
**completely** [1] - 14:25
**comply** [1] - 16:23
**comports** [1] - 12:11
**concern** [1] - 17:7
**concerned** [1] - 13:5
**concerning** [1] - 14:4
**condition** [4] - 6:22, 17:13, 17:15, 17:16
**conditions** [3] - 16:7, 16:9, 16:24
**conduct** [1] - 17:14
**conducted** [1] - 17:11
**Congress** [3] - 11:4, 12:2, 14:6
**consider** [4] - 9:13, 9:18, 14:25, 15:1
**context** [1] - 9:9
**continued** [1] - 10:13
**controlled** [2] - 16:11, 16:13
**conviction** [4] - 7:22, 11:9, 12:19, 12:20
**convictions** [6] - 9:25, 11:6, 11:8, 11:16, 12:18, 13:24
**cooperate** [1] - 13:12
**correct** [1] - 9:5
**Corrections** [1] - 7:10
**costs** [1] - 16:17
**Counsel** [2] - 4:6, 9:7
**counsel** [2] - 4:11, 6:8
**Count** [2] - 4:8, 15:6
**course** [2] - 5:16, 13:9
**court** [21] - 4:3, 4:9, 4:11, 5:22, 6:17, 7:2, 7:3, 7:9, 7:13, 7:14, 7:15, 8:21, 9:12, 9:13, 9:18, 14:24, 15:7, 15:11, 15:14, 15:22, 16:25
**Court** [1] - 17:25
**court's** [1] - 6:19
**crime** [1] - 12:23
**crimes** [1] - 16:10
**criminal** [3] - 12:18, 13:10, 13:24
**Criminal** [1] - 4:3
**culpability** [3] - 12:22, 13:1, 13:7
**custody** [2] - 15:12, 16:6

## D

**dangerous** [1] - 16:22
**days** [2] - 5:1, 16:14
**decision** [1] - 8:22
**decisions** [1] - 13:19
**defendant** [26] - 4:7, 4:12, 6:12, 6:16, 7:11, 8:18, 9:20, 9:24, 10:3, 10:6, 10:12, 10:14, 10:21, 11:9, 11:15, 15:4, 15:5, 15:17, 15:22, 15:23, 16:3, 16:9, 16:19, 16:20, 17:8, 17:16
**DEFENDANT** [2] - 4:15, 8:12
**defendant's** [5] - 7:21, 8:22, 10:5, 12:21, 16:20
**defendants** [1] - 13:6
**defense** [1] - 6:4
**denying** [1] - 8:22
**Department** [1] - 7:10
**destructive** [1] - 16:21
**determination** [1] - 5:5
**determined** [1] - 11:5
**devices** [1] - 16:22
**dictate** [1] - 12:10
**dictated** [1] - 12:12
**dictates** [1] - 11:3
**difficult** [2] - 10:8, 13:21
**direct** [1] - 7:9
**directed** [1] - 16:17
**directive** [1] - 12:3
**discuss** [1] - 9:15
**district** [1] - 16:5
**divorced** [1] - 10:7
**dropped** [1] - 10:14
**drug** [12] - 7:1, 7:5, 7:21, 9:25, 11:6, 11:8, 11:15, 12:19, 12:20, 13:23, 16:14, 16:15
**drug-trafficking** [6] - 9:25, 11:6, 11:8, 11:15, 12:19, 12:20
**due** [1] - 15:17
**during** [2] - 6:24, 10:14
**duty** [1] - 13:4
**duty-bound** [1] - 13:4

## E

**easiest** [1] - 13:19
**effect** [1] - 4:24
**either** [2] - 6:1, 13:9
**eligible** [1] - 11:25
**emotional** [1] - 13:20
**enhanced** [1] - 11:7
**enhancement** [1] - 10:2

enter [1] - 7:16
essentially [1] - 14:15
event [1] - 11:8
exceeded [1] - 13:8
excessive [1] - 14:23
exists [1] - 17:15
expense [1] - 12:6
extensive [1] - 13:10

**F**

facilities [1] - 7:6
fact [1] - 8:20
factor [1] - 9:17
factors [4] - 9:10, 9:14, 14:20, 14:24
facts [1] - 12:16
family [1] - 7:1
father [3] - 10:9, 10:13, 10:17
father's [1] - 10:16
federal [1] - 16:10
filed [2] - 4:19, 6:11
filing [1] - 10:1
Financial [1] - 15:20
findings [2] - 5:24, 8:16
fine [2] - 15:15
firearms [1] - 16:21
first [1] - 9:17
fit [1] - 12:23
five [1] - 16:15
fixed [4] - 11:19, 13:1, 13:15, 14:22
following [1] - 15:25
follows [1] - 15:9
forgotten [1] - 5:2
four [1] - 10:7

**G**

GED [1] - 10:18
general [2] - 16:23, 16:25
geriatric [1] - 12:5
given [1] - 7:6
government [6] - 6:11, 6:13, 10:1, 11:2, 13:13, 16:19
grade [1] - 10:15
groundwork [1] - 12:4
guess [3] - 9:8, 12:23, 13:5
guideline [2] - 11:23, 11:24
guidelines [1] - 4:24
guilty [3] - 4:8, 15:6, 15:8

**H**

hand [1] - 14:5
hands [2] - 6:19, 13:19
head [1] - 8:1
health [2] - 6:22, 10:19
hear [2] - 4:3, 6:7
heart [1] - 6:22
heartbeat [1] - 12:14
held [1] - 9:23
hereby [1] - 15:9
high [1] - 10:20
history [3] - 7:1, 10:5, 10:21
hours [1] - 16:6
house [1] - 17:9

**I**

Idaho [1] - 10:19
imagine [1] - 14:5
immediately [1] - 15:17
impact [2] - 13:13, 13:14
impose [8] - 9:12, 11:19, 12:10, 12:11, 13:1, 13:18, 14:13, 15:3
imposed [2] - 15:1, 15:21
imprisoned [1] - 15:13
imprisonment [2] - 11:10, 15:25
incarcerated [2] - 10:18, 15:19
include [2] - 16:8, 16:9
included [1] - 14:2
including [1] - 10:19
indicates [1] - 7:21
indicating [1] - 5:7
indictment [2] - 4:9, 15:7
individual [1] - 13:23
individuals [2] - 11:5, 12:5
infinite [1] - 14:7
information [1] - 6:11
initial [1] - 16:13
Inmate [1] - 15:19
inquire [1] - 4:12
intend [1] - 6:1
interrupt [2] - 17:4, 17:18
investigation [1] - 4:10
investigative [3] - 5:11, 8:24, 9:20
involve [1] - 12:18
involved [2] - 8:18, 13:6
irrelevant [1] - 14:25
issued [1] - 8:21

**J**

jail [1] - 6:25
Jim [2] - 4:5, 15:5
job [2] - 12:9
judge [1] - 12:15
judgment [1] - 15:11
jury [2] - 4:8, 15:6
jury's [2] - 5:5, 8:21
justice [1] - 9:11

**K**

keep [1] - 7:11
kilos [1] - 9:23
kind [2] - 13:20, 14:10

**L**

lack [2] - 9:11, 11:13
laid [1] - 12:3
LAMPRECHT [2] - 6:3, 6:10
Lamprecht [1] - 6:9
language [3] - 14:2, 14:3, 14:4
last [1] - 5:2
late [1] - 12:1
law [1] - 12:11
legislation [1] - 11:3
legislative [1] - 11:4
less [1] - 15:18
life [13] - 6:13, 6:18, 7:6, 7:16, 10:4, 11:10, 11:19, 11:21, 13:1, 13:15, 13:25, 14:22, 15:13
likelihood [1] - 14:15
limited [1] - 7:6
local [1] - 16:10
look [1] - 12:16
looked [1] - 5:1
Loveland [13] - 4:5, 4:7, 4:13, 5:7, 5:16, 6:21, 8:10, 11:20, 11:25, 13:8, 14:16, 15:5, 17:4
Loveland's [3] - 7:16, 12:17, 12:25

**M**

maintain [1] - 12:5
mandatory [5] - 6:12, 10:3, 11:13, 15:16, 16:8
MARSHAL [2] - 17:17, 17:21
material [1] - 4:24
materials [3] - 5:11, 8:24, 9:20
matter [1] - 5:25
matters [1] - 8:23
maximum [1] - 16:15
means [1] - 11:24
medication [1] - 10:21
meetings [1] - 10:25
Melchert [4] - 7:19, 7:20, 8:25, 14:1
meth [1] - 9:24
methamphetamine [4] - 5:8, 8:19, 9:21, 10:22
mid [1] - 12:1
minimum [4] - 6:12, 10:4, 11:13, 14:14
moment [2] - 9:7, 17:18
month [1] - 16:15
months [1] - 11:24
morning [1] - 4:6
most [1] - 13:21
mother [1] - 10:11
motion [1] - 8:22
MS [10] - 4:18, 5:14, 6:3, 6:4, 6:10, 6:16, 8:4, 8:6, 8:8, 17:3
must [2] - 7:16, 9:12

**N**

Narcotics [1] - 10:24
nature [2] - 9:18, 11:17
need [4] - 5:12, 5:15, 5:22, 17:20
never [2] - 6:25, 10:17
nevertheless [1] - 12:16
night [1] - 5:2
nine [1] - 10:12
nominal [1] - 15:18
none [1] - 6:4
nonexistent [1] - 14:15
nonviolent [1] - 6:24
noted [1] - 16:1
notice [1] - 10:1
number [1] - 7:6

**O**

objection [5] - 5:4, 5:6, 5:21, 8:17, 9:1
objections [3] - 4:19, 5:23, 8:15
obligation [1] - 11:2
observations [1] - 9:10
obtained [1] - 10:18
obviously [2] - 6:23, 11:1
occupants [1] - 17:12
offender [1] - 6:24
offense [1] - 9:19
offer [1] - 9:10
office [4] - 4:21, 9:3, 16:4, 17:10
OFFICER [2] - 8:2, 14:8
officer [3] - 16:17, 17:11, 17:14
often [1] - 11:12
old [7] - 6:21, 10:6, 10:12, 11:20, 12:19, 12:21, 13:24
one [7] - 4:22, 4:23, 13:11, 13:18, 13:21, 14:1, 17:18
order [1] - 15:9
ordered [1] - 4:9
Otherwise [1] - 7:15
ounces [1] - 9:21
overruling [1] - 8:17
own [3] - 5:24, 8:11, 8:16

**P**

paid [1] - 16:18
papers [1] - 17:10
paragraph [1] - 5:4
parents [1] - 10:9
parole [2] - 8:7, 11:11
part [1] - 11:1
participated [1] - 10:22
participating [1] - 10:24
particularly [1] - 13:5
past [1] - 10:25
pay [3] - 15:14, 15:22, 16:20
payments [1] - 15:18
per [3] - 9:21, 15:18, 16:15
perhaps [2] - 11:21, 13:11
periodic [1] - 16:15
person [1] - 17:9
persuaded [1] - 6:18
philosophical [1] - 13:21

physically [1] - 10:8
placed [3] - 7:4, 14:16, 15:24
plus [1] - 8:23
policy [2] - 12:8, 12:10
poor [1] - 6:22
possess [2] - 16:11, 16:21
possibility [1] - 11:11
possible [1] - 7:11
potentially [1] - 13:15
practical [1] - 13:18
precisely [1] - 5:3
premises [1] - 17:12
preparing [1] - 8:25
presentence [8] - 4:10, 4:14, 4:20, 4:22, 5:24, 7:20, 8:15, 8:25
pressure [1] - 10:20
primarily [1] - 10:15
prison [6] - 6:24, 7:23, 10:23, 11:17, 11:18, 13:25
prisons [1] - 12:4
Prisons [2] - 7:11, 15:13
probation [5] - 4:21, 9:3, 16:4, 16:17, 17:11
PROBATION [2] - 8:2, 14:8
problems [1] - 10:19
Program [1] - 15:20
programs [1] - 10:23
property [1] - 17:9
provided [1] - 4:11
punishment [1] - 11:7
purchasing [1] - 9:21
purpose [2] - 12:8, 14:5
purposes [1] - 7:12
pursuant [4] - 10:2, 15:10, 17:13, 17:14
put [1] - 8:7

### Q

quantities [2] - 5:8, 8:19
quarter [1] - 15:19

### R

ran [1] - 10:16
range [4] - 7:25, 11:23, 11:24, 14:21
rare [2] - 11:14, 14:9
really [2] - 5:15, 12:22
reason [2] - 9:3, 14:6

reasonable [1] - 17:15
receive [1] - 11:16
received [2] - 5:7, 7:23
receiving [1] - 8:19
recess [3] - 17:21, 17:23, 17:24
recessed [1] - 17:25
recollection [1] - 4:20
recommend [2] - 6:14, 7:3
recommendation [2] - 7:3, 7:14
recommendations [1] - 6:7
recommended [1] - 14:3
record [3] - 5:21, 13:10, 13:24
reflect [1] - 14:19
Reform [1] - 15:10
refrain [1] - 16:12
refused [1] - 10:20
regard [2] - 5:5, 8:14
regular [2] - 5:8, 8:20
release [10] - 12:1, 14:4, 14:13, 14:17, 15:24, 15:25, 16:6, 16:7, 16:14, 17:1
released [3] - 14:10, 16:4, 16:5
remaining [1] - 5:19
remanded [1] - 12:14
repair [1] - 10:16
report [11] - 4:10, 4:14, 4:17, 4:20, 4:23, 5:10, 5:24, 7:20, 8:15, 9:1, 16:4
reported [2] - 5:9, 10:7
require [2] - 15:23, 16:3
required [5] - 9:13, 14:25, 16:2, 16:8, 17:1
requirement [1] - 9:18
requirements [1] - 14:14
reservations [1] - 13:22
resided [2] - 10:10, 10:13
residence [1] - 17:9
resolutely [1] - 12:23
resolve [3] - 5:12, 5:15, 5:23
Responsibility [1] - 15:20
rest [1] - 13:25
result [1] - 9:25
reveal [1] - 9:20

reversed [1] - 12:13
review [2] - 4:14, 4:25
reviewed [1] - 8:24

### S

Sanchez [1] - 9:22
satisfied [1] - 15:8
school [1] - 10:14
search [3] - 17:8, 17:10, 17:14
searches [1] - 17:13
second [3] - 4:8, 7:21, 15:7
Section [1] - 10:2
see [2] - 11:6, 12:17
sending [1] - 13:23
sense [1] - 13:18
sentence [20] - 6:13, 7:7, 7:16, 7:23, 7:24, 9:11, 11:17, 11:19, 11:21, 11:22, 12:10, 12:12, 12:22, 12:24, 13:1, 13:15, 13:17, 14:20, 14:22, 15:2
sentenced [1] - 11:10
sentences [1] - 11:14
Sentencing [1] - 15:10
sentencing [9] - 4:5, 9:14, 9:17, 10:1, 12:15, 13:17, 14:3, 14:20, 14:24
separated [1] - 10:10
serious [1] - 13:22
served [1] - 7:25
several [1] - 10:10
shoe [1] - 10:16
short [2] - 17:21, 17:23
shorter [1] - 15:2
silent [1] - 5:19
simply [5] - 5:9, 6:7, 12:10, 13:4, 14:23
sits [1] - 17:4
six [2] - 8:4, 8:5
sixth [1] - 10:15
social [1] - 12:8
sometime [1] - 12:1
sometimes [1] - 7:9
somewhat [1] - 6:22
somewhere [1] - 7:4
sorry [1] - 17:3
special [2] - 15:16, 15:21
specifically [1] - 17:2
stand [1] - 15:4
standard [1] - 16:24
state [2] - 6:21, 16:10
statements [2] - 5:6, 5:18

States [1] - 4:4
statute [3] - 12:13, 13:3, 17:1
statutorily [1] - 16:2
statutory [3] - 6:12, 9:14, 12:3
store [1] - 10:16
strong [1] - 7:1
subject [1] - 17:13
subjected [2] - 10:3, 13:14
submit [3] - 15:18, 16:13, 17:8
submitted [1] - 14:2
substance [2] - 10:23, 16:13
substances [1] - 16:12
substantial [1] - 11:16
substantially [1] - 11:7
suicide [1] - 10:11
superseding [2] - 4:9, 15:7
supervised [6] - 14:4, 14:13, 14:16, 15:24, 16:7, 17:1
supervision [2] - 16:16, 16:25
support [2] - 7:1, 9:1
suspicion [1] - 17:15

### T

taxpayer [1] - 12:6
ten [2] - 10:12, 15:24
term [4] - 10:4, 15:13, 15:24, 16:16
terms [1] - 17:1
test [1] - 16:14
testing [1] - 16:18
tests [1] - 16:15
THE [23] - 4:3, 4:6, 4:15, 4:16, 4:19, 5:20, 6:6, 6:15, 7:18, 8:2, 8:3, 8:5, 8:7, 8:9, 8:12, 8:13, 14:8, 14:12, 17:6, 17:17, 17:19, 17:21, 17:23
thereafter [1] - 16:16
thereby [1] - 13:13
therefore [3] - 5:23, 9:3, 14:23
thereof [1] - 9:11
third [2] - 11:1, 11:9
throughout [1] - 16:16
tied [2] - 6:19, 13:20
top [1] - 8:1
towards [1] - 15:21
trafficking [7] - 7:22,

9:25, 11:6, 11:8, 11:15, 12:19, 12:20
treatment [3] - 7:4, 10:23, 16:18
truly [1] - 11:14
trust [1] - 4:17
turning [1] - 10:5
two [4] - 5:1, 9:24, 11:8, 11:15
type [1] - 13:9

### U

U.S [2] - 10:2, 17:11
United [1] - 4:4
unlawful [1] - 16:12
unlawfully [1] - 16:11
unnecessarily [1] - 12:4
up [1] - 6:25

### V

vehicle [1] - 17:10
verbally [1] - 10:9
verdict [1] - 8:21
versus [1] - 4:4
Vertner [1] - 13:11
violated [1] - 17:16

### W

waived [1] - 15:15
wants [1] - 5:16
wards [1] - 12:5
warn [1] - 17:12
weapons [1] - 16:22
week [1] - 9:22
wisdom [3] - 11:13, 13:23, 14:7
witnesses [1] - 6:2
wonder [1] - 12:21
write [1] - 6:25
write-up [1] - 6:25
written [1] - 8:22

### Y

year [1] - 10:25
years [12] - 6:21, 8:4, 8:5, 10:6, 10:12, 11:18, 11:20, 12:19, 12:21, 12:24, 14:21, 15:25

**United States Courts, District of Idaho**