1   **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

2
- - - - - - - - - - - - - - - - - - - x
3                                      :
UNITED STATES OF AMERICA,              : Case No. 1:12-cr-155-BLW-14
4                                      :
                Plaintiff,             : **SENTENCING HEARING**
5                                      :
          vs.                          :
6                                      :
JIM ALLEN LOVELAND,                    :
7                                      :
                Defendant.             :
8                                      :
- - - - - - - - - - - - - - - - - - - x
9

10

11

12

13

14   **REPORTER'S TRANSCRIPT OF PROCEEDINGS**

15
     before B. Lynn Winmill, Chief District Judge
16

17   June 5, 2013

18
     Pages 1 to 11
19

20

21

22
                      **Tamara I. Hohenleitner**
23
           Idaho Certified Shorthand Reporter No. 619
24            Registered Professional Reporter
                Certified Realtime Reporter
25           Federal Certified Realtime Reporter

             United States Courts, District of Idaho
     550 West Fort Street, Boise, Idaho  83724  (208) 334-1500

```
 1                          A P P E A R A N C E S

 2

 3       FOR UNITED STATES OF AMERICA

 4              Justin D. Whatcott
                US ATTORNEY'S OFFICE
 5              Washington Group Plaza IV
                800 Park Blvd., Ste. 600
 6              Boise, ID 83712-9903
                Tel:  (208) 334-1211
 7              Fax:  (208) 334-9375
                Email:  Justin.whatcott@usdoj.gov
 8

 9
         FOR DEFENDANT JIM ALLEN LOVELAND
10
                Christian Berglund
11              BERGLUND LAW, PLLC
                500 W. Bannock Street
12              Boise, ID 83702
                Tel: (208) 342-7600
13              Fax: (208) 392-1395
                Email: Chris@berglundlaw.com
14

15

16

17

18

19

20

21

22

23

24

25
```

**United States Courts, District of Idaho**

## Page 3

PROCEEDINGS
June 5, 2013

THE CLERK: The court will now hear Criminal Case 12-155-S-BLW, United States of America versus Jim Allen Loveland, for sentencing.

THE COURT: Good afternoon. We're starting just a few minutes early, but since everyone was ready, I thought we would go ahead and just proceed.

Let me just note that the defendant was found guilty by a jury on Count 1 of the second superseding indictment. The court ordered a presentence investigation report which was provided to court and to counsel.

The court conducted or began a sentencing, I think it was roughly two weeks ago. At that time, the court went through all of the matters that would normally need to be covered. I confirmed that the defendant had a chance to review the presentence report, that defense counsel had a chance and gone over the report with the defendant. I noted the objections that had been filed and indicated my ruling on those objections. I heard the arguments and recommendations of counsel. I also gave the

## Page 4

defendant an opportunity, which he declined, to address the court prior to the imposition of sentence and had actually imposed the sentence, and I think I was in the process of reviewing conditions of supervised release when the defendant had some physical problems so we recessed the sentencing at that time.

I don't see a need to go back and go through each of the prior stages of the sentencing since the court's ruling -- except to say that the court's ruling on the objections would be the same.

Counsel, do either of you wish to address the court by way of argument beyond what was addressed?

Again, Mr. Whatcott, you are covering for Ms. Lamprecht, I assume?

MR. WHATCOTT: That's correct, Your Honor. I have no further comments for the court.

THE COURT: From the defense?

MS. BERGLUND: Nothing from the defense, Your Honor.

THE COURT: Again, Mr. Loveland, I'll give you a chance to address the court if you wish or you can decline as you did at the time of the

## Page 5

original sentencing.

I'm sorry?

MS. BERGLUND: He declined, Your Honor.

THE COURT: All right. Let me then -- I think I will just pick up with the -- well, I guess there would be one other matter I would indicate, and that is that, of course, the guidelines in this case and the statutory mandatory sentence is life imprisonment because the government filed a notice of sentencing enhancement pursuant to 21 U.S. Code Section 851 that moved the guideline range from 210 to 262 months to a range of life imprisonment and which was mandatory under the statute. I indicated at the time of the original sentencing my dislike of that binding sentence but, of course, indicated that I have no choice but to follow it.

The court has also adopted the presentence report. I reviewed the 3553(a) sentencing factors. I am just simply going to incorporate that all by reference rather than restate it. My comments previously would be the same here.

At this time, I'll impose sentence. I'll start from the beginning.

## Page 6

Mr. Loveland, given your health problems, if you prefer to remain seated, I'll permit that. Would that be your desire?

THE DEFENDANT: Please.

THE COURT: The defendant, Jim Allen Loveland, having been found guilty by a jury to Count 1 of the second superseding indictment and the court being satisfied that you are guilty as charged, I hereby order and adjudge as follows:

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of life.

The court finds that the defendant does not have the ability to pay a fine. Accordingly, the fine will be waived. However, a special assessment of $100 is mandatory and will be due immediately. The defendant will submit nominal payments of not less than $25 per quarter while incarcerated through the Inmate Financial Responsibility Program with that sum to be applied towards the special assessment imposed by the court. The court is not going to establish any payment schedule given the nominal amount of the

7

1 payment and the sentence that the court has
2 imposed.
3           Upon -- again, I noted my concern with
4 even imposing a term of supervised release but was
5 advised that apparently it is viewed as mandatory
6 even in the case of a fixed life sentence. I
7 would simply note that if the defendant is
8 released from imprisonment for whatever reason,
9 the defendant will be placed on supervised release
10 for a term of 10 years.
11           Within 72 hours of his release for
12 whatever reason from the custody of the Bureau of
13 Prisons, he will report in person to the probation
14 office in the district to which he is released.
15           As conditions of supervised release,
16 the defendant will not commit any federal, state,
17 or local crimes.
18           He will not unlawfully possess any
19 controlled substances and will refrain from any
20 unlawful use of a controlled substance. He
21 will -- he will submit to an initial drug test
22 within 15 days after his release on supervision
23 and to a maximum of five periodic drug tests per
24 month thereafter with a term of supervision as
25 directed by his probation officer. The costs of

8

1 such testing shall be paid by both the defendant
2 and the government based upon the defendant's
3 ability to pay.
4           The defendant will not possess any
5 firearms, ammunition, destructive devices, or any
6 other dangerous weapons.
7           He will provide a DNA sample to the
8 probation officer upon request if that is not
9 already collected by the Bureau of Prisons.
10           The defendant will comply with all
11 general and special terms of supervised release
12 and all standard conditions of supervision as will
13 be outlined in the court's written judgment to be
14 filed in this proceeding and will also comply with
15 the following special conditions of supervision:
16           The defendant will submit his person,
17 property, house, residence, vehicle, papers, and
18 office to a search conducted by a U.S. probation
19 officer. He will warn other occupants that
20 premises may be subject to search pursuant to this
21 condition, however, an officer may only conduct a
22 search pursuant to this condition when a
23 reasonable suspicion exists, both that the
24 defendant has violated a condition of supervision
25 and that the areas to be searched may contain

9

1 evidence of that violation. Any such search must
2 be conducted at a reasonable time and in a
3 reasonable manner.
4           The defendant will participate in a
5 program of testing and treatment for drug and
6 alcohol abuse as directed by his probation
7 officer. The costs of such testing and treatment
8 shall be paid by both the defendant and the
9 government based upon the defendant's ability to
10 pay. The defendant will also abstain from the use
11 of alcohol and not be present in any location
12 where alcohol is the primary item of sale.
13           Mr. Loveland, I would advise you that
14 if you violate the terms of supervised release,
15 you will be brought back before the court and at
16 that time a further sentence of incarceration
17 imposed.
18           Typically, a defendant has the right to
19 appeal their conviction or sentence. If you wish
20 to pursue such an appeal, you must file a notice
21 of appeal within 14 days after judgment is entered
22 in your case. If unable to pay the cost of an
23 appeal, you may apply for leave to appeal in forma
24 pauperis. If you so request and qualify, the
25 clerk of the court will arrange for legal

10

1 representation and will prepare and file a notice
2 of appeal on your behalf.
3           Mr. Loveland, do you understand both
4 the consequences of violating supervised release
5 as I described it and your right to appeal?
6           THE DEFENDANT: Yes.
7           THE COURT: I will make a recommendation as
8 to a place of confinement. Ms. Berglund, do you
9 have a recommendation?
10           MS. BERGLUND: I would just ask the court to
11 choose a facility where there is substance abuse
12 treatment and also as close as possible to Idaho
13 for purposes of appeal.
14           THE COURT: All right. I'll recommend that
15 the defendant be placed at a facility as close to
16 southwestern Idaho as possible, also to -- that he
17 be placed at a facility that will provide drug
18 tests -- excuse me -- drug treatment counseling.
19           All right. Ms. Gearhart, Ms. Melchert,
20 did I overlook anything?
21           THE CLERK: No, Your Honor.
22           THE PROBATION OFFICER: No, Your Honor.
23           THE COURT: Is there anything else, Counsel?
24           MS. BERGLUND: No, Your Honor.
25           MR. WHATCOTT: No, Your Honor. Thank you.

1  THE COURT: Mr. Loveland, I don't take a
2  great deal of pleasure -- in fact, I take no
3  pleasure in imposing a sentence of this court.
4  Fortunately, it's only been necessary in a handful
5  of occasions in my 18 years of the federal bench.
6  I disagree with the statute. I think the
7  guidelines in this case would have been more than
8  adequate to be an appropriate punishment. It
9  would have, frankly, with your age, may have been
10 close to a life sentence in any event, but to
11 remove the possibility of ever being released, I
12 think is just something not wise or good policy.
13         But under our system of government,
14 that's not my decision. My decision is to simply
15 follow the law as created by our legislative
16 branch. I do wish you the best of luck. And
17 we'll be in recess.
18         (Proceedings concluded.)
19
20
21
22
23
24
25

```
 1              R E P O R T E R' S   C E R T I F I C A T E

 2

 3

 4

 5            I, Tamara I. Hohenleitner, Official

 6   Court Reporter, State of Idaho, do hereby certify:

 7            That I am the reporter who transcribed

 8   the proceedings had in the above-entitled action

 9   in machine shorthand and thereafter the same was

10   reduced into typewriting under my direct

11   supervision; and

12            That the foregoing transcript contains a

13   full, true, and accurate record of the proceedings

14   had in the above and foregoing cause.

15            IN WITNESS WHEREOF, I have hereunto set

16   my hand August 1, 2013.

17

18

19

20                         -s-
         Tamara I. Hohenleitner
21       Official Court Reporter
         CSR No. 619
22

23

24

25
```

## $

**$100** [1] - 6:18
**$25** [1] - 6:20

## 1

**1** [2] - 3:11, 6:7
**10** [1] - 7:10
**12-155-S-BLW** [1] - 3:4
**14** [1] - 9:21
**15** [1] - 7:22
**18** [1] - 11:5
**1984** [1] - 6:11

## 2

**2013** [1] - 3:2
**21** [1] - 5:11
**210** [1] - 5:12
**262** [1] - 5:12

## 3

**3553(a** [1] - 5:19

## 5

**5** [1] - 3:2

## 7

**72** [1] - 7:11

## 8

**851** [1] - 5:11

## A

**ability** [3] - 6:16, 8:3, 9:9
**abstain** [1] - 9:10
**abuse** [2] - 9:6, 10:11
**accordingly** [1] - 6:16
**Act** [1] - 6:10
**address** [3] - 4:2, 4:14, 4:24
**addressed** [1] - 4:15
**adequate** [1] - 11:8
**adjudge** [1] - 6:9
**adopted** [1] - 5:18
**advise** [1] - 9:13
**advised** [1] - 7:5
**afternoon** [1] - 3:6
**age** [1] - 11:9
**ago** [1] - 3:16
**ahead** [1] - 3:8
**alcohol** [3] - 9:6, 9:11, 9:12
**Allen** [2] - 3:5, 6:5
**America** [1] - 3:4
**ammunition** [1] - 8:5
**amount** [1] - 6:25
**appeal** [8] - 9:19, 9:20, 9:21, 9:23, 10:2, 10:5, 10:13
**applied** [1] - 6:22
**apply** [1] - 9:23
**appropriate** [1] - 11:8
**areas** [1] - 8:25
**argument** [1] - 4:14
**arguments** [1] - 3:24
**arrange** [1] - 9:25
**assessment** [2] - 6:18, 6:23
**assume** [1] - 4:17

## B

**based** [2] - 8:2, 9:9
**began** [1] - 3:15
**beginning** [1] - 5:25
**behalf** [1] - 10:2
**bench** [1] - 11:5
**BERGLUND** [4] - 4:21, 5:3, 10:10, 10:24
**Berglund** [1] - 10:8
**best** [1] - 11:16
**beyond** [1] - 4:14
**binding** [1] - 5:16
**branch** [1] - 11:16
**brought** [1] - 9:15
**Bureau** [3] - 6:13, 7:12, 8:9

## C

**case** [4] - 5:8, 7:6, 9:22, 11:7
**Case** [1] - 3:4
**chance** [3] - 3:19, 3:21, 4:24
**charged** [1] - 6:9
**choice** [1] - 5:17
**choose** [1] - 10:11
**CLERK** [2] - 3:3, 10:21
**clerk** [1] - 9:25
**close** [3] - 10:12, 10:15, 11:10
**Code** [1] - 5:11
**collected** [1] - 8:9
**comments** [2] - 4:19, 5:22
**commit** [1] - 7:16
**committed** [1] - 6:12
**comply** [2] - 8:10, 8:14
**concern** [1] - 7:3
**concluded** [1] - 11:18
**condition** [3] - 8:21, 8:22, 8:24
**conditions** [4] - 4:5, 7:15, 8:12, 8:15
**conduct** [1] - 8:21
**conducted** [3] - 3:15, 8:18, 9:2
**confinement** [1] - 10:8
**confirmed** [1] - 3:19
**consequences** [1] - 10:4
**contain** [1] - 8:25
**controlled** [2] - 7:19, 7:20
**conviction** [1] - 9:19
**correct** [1] - 4:18
**cost** [1] - 9:22
**costs** [2] - 7:25, 9:7
**Counsel** [1] - 10:23
**counsel** [4] - 3:14, 3:21, 3:25, 4:13
**counseling** [1] - 10:18
**Count** [2] - 3:11, 6:7
**course** [2] - 5:7, 5:16
**court** [20] - 3:3, 3:12, 3:14, 3:15, 3:17, 4:2, 4:14, 4:19, 4:24, 5:18, 6:8, 6:11, 6:15, 6:24, 7:1, 9:15, 9:25, 10:10, 11:3
**court's** [3] - 4:10, 4:11, 8:13
**covered** [1] - 3:18
**covering** [1] - 4:16
**created** [1] - 11:15
**crimes** [1] - 7:17
**Criminal** [1] - 3:3
**custody** [2] - 6:12, 7:12

## D

**dangerous** [1] - 8:6
**days** [2] - 7:22, 9:21
**deal** [1] - 11:2
**decision** [2] - 11:14
**decline** [1] - 4:25
**declined** [2] - 4:1, 5:3
**DEFENDANT** [2] - 6:4, 10:6
**defendant** [22] - 3:10, 3:19, 3:22, 4:1, 4:6, 6:5, 6:12, 6:15, 6:19, 7:7, 7:9, 7:16, 8:1, 8:4, 8:10, 8:16, 8:24, 9:4, 9:8, 9:10, 9:18, 10:15
**defendant's** [2] - 8:2, 9:9
**defense** [3] - 3:20, 4:20, 4:21
**described** [1] - 10:5
**desire** [1] - 6:3
**destructive** [1] - 8:5
**devices** [1] - 8:5
**directed** [2] - 7:25, 9:6
**disagree** [1] - 11:6
**dislike** [1] - 5:15
**district** [1] - 7:14
**DNA** [1] - 8:7
**drug** [5] - 7:21, 7:23, 9:5, 10:17, 10:18
**due** [1] - 6:18

## E

**early** [1] - 3:7
**either** [1] - 4:13
**enhancement** [1] - 5:11
**entered** [1] - 9:21
**establish** [1] - 6:24
**event** [1] - 11:10
**evidence** [1] - 9:1
**except** [1] - 4:10
**excuse** [1] - 10:18
**exists** [1] - 8:23

## F

**facility** [3] - 10:11, 10:15, 10:17
**fact** [1] - 11:2
**factors** [1] - 5:20
**federal** [2] - 7:16, 11:5
**few** [1] - 3:7
**file** [2] - 9:20, 10:1
**filed** [3] - 3:23, 5:10, 8:14
**Financial** [1] - 6:21
**fine** [2] - 6:16, 6:17
**firearms** [1] - 8:5
**five** [1] - 7:23
**fixed** [1] - 7:6
**follow** [2] - 5:17, 11:15
**following** [1] - 8:15
**follows** [1] - 6:9
**forma** [1] - 9:23
**fortunately** [1] - 11:4
**frankly** [1] - 11:9

## G

**Gearhart** [1] - 10:19
**general** [1] - 8:11
**given** [2] - 6:1, 6:25
**government** [4] - 5:10, 8:2, 9:9, 11:13
**great** [1] - 11:2
**guess** [1] - 5:6
**guideline** [1] - 5:12
**guidelines** [2] - 5:8, 11:7
**guilty** [3] - 3:11, 6:6, 6:8

## H

**handful** [1] - 11:4
**health** [1] - 6:1
**hear** [1] - 3:3
**heard** [1] - 3:24
**hereby** [1] - 6:9
**hours** [1] - 7:11
**house** [1] - 8:17

## I

**Idaho** [2] - 10:12, 10:16
**immediately** [1] - 6:19
**impose** [1] - 5:24
**imposed** [4] - 4:3, 6:23, 7:2, 9:17
**imposing** [2] - 7:4, 11:3
**imposition** [1] - 4:2
**imprisoned** [1] - 6:13
**imprisonment** [3] - 5:9, 5:13, 7:8
**incarcerated** [1] - 6:21
**incarceration** [1] - 9:16
**incorporate** [1] - 5:21
**indicate** [1] - 5:7
**indicated** [3] - 3:23, 5:14, 5:16
**indictment** [2] - 3:12, 6:7
**initial** [1] - 7:21
**Inmate** [1] - 6:21
**investigation** [1] - 3:13
**item** [1] - 9:12

## J

**Jim** [2] - 3:5, 6:5
**judgment** [3] - 6:11, 8:13, 9:21
**June** [1] - 3:2
**jury** [2] - 3:11, 6:6

## L

**Lamprecht** [1] - 4:17
**law** [1] - 11:15
**leave** [1] - 9:23
**legal** [1] - 9:25
**legislative** [1] - 11:15

**less** [1] - 6:20
**life** [5] - 5:9, 5:13, 6:14, 7:6, 11:10
**local** [1] - 7:17
**location** [1] - 9:11
**Loveland** [7] - 3:5, 4:23, 6:1, 6:6, 9:13, 10:3, 11:1
**luck** [1] - 11:16

# M

**mandatory** [4] - 5:9, 5:14, 6:18, 7:5
**manner** [1] - 9:3
**matter** [1] - 5:6
**matters** [1] - 3:18
**maximum** [1] - 7:23
**Melchert** [1] - 10:19
**minutes** [1] - 3:7
**month** [1] - 7:24
**months** [1] - 5:13
**moved** [1] - 5:12
**MR** [2] - 4:18, 10:25
**MS** [4] - 4:21, 5:3, 10:10, 10:24
**must** [2] - 9:1, 9:20

# N

**necessary** [1] - 11:4
**need** [2] - 3:18, 4:8
**nominal** [2] - 6:19, 6:25
**normally** [1] - 3:18
**note** [2] - 3:10, 7:7
**noted** [2] - 3:22, 7:3
**nothing** [1] - 4:21
**notice** [3] - 5:10, 9:20, 10:1

# O

**objections** [3] - 3:22, 3:24, 4:11
**occasions** [1] - 11:5
**occupants** [1] - 8:19
**office** [2] - 7:14, 8:18
**OFFICER** [1] - 10:22
**officer** [5] - 7:25, 8:8, 8:19, 8:21, 9:7
**one** [1] - 5:6
**opportunity** [1] - 4:1
**order** [1] - 6:9
**ordered** [1] - 3:12
**original** [2] - 5:1, 5:15
**outlined** [1] - 8:13
**overlook** [1] - 10:20

# P

**paid** [2] - 8:1, 9:8
**papers** [1] - 8:17
**participate** [1] - 9:4
**pauperis** [1] - 9:24
**pay** [4] - 6:16, 8:3, 9:10, 9:22
**payment** [2] - 6:25, 7:1
**payments** [1] - 6:20
**per** [2] - 6:20, 7:23
**periodic** [1] - 7:23
**permit** [1] - 6:3
**person** [2] - 7:13, 8:16
**physical** [1] - 4:6
**pick** [1] - 5:5
**place** [1] - 10:8
**placed** [3] - 7:9, 10:15, 10:17
**pleasure** [2] - 11:2, 11:3
**policy** [1] - 11:12
**possess** [2] - 7:18, 8:4
**possibility** [1] - 11:11
**possible** [2] - 10:12, 10:16
**prefer** [1] - 6:2
**premises** [1] - 8:20
**prepare** [1] - 10:1
**present** [1] - 9:11
**presentence** [3] - 3:13, 3:20, 5:19
**previously** [1] - 5:22
**primary** [1] - 9:12
**Prisons** [3] - 6:13, 7:13, 8:9
**PROBATION** [1] - 10:22
**probation** [5] - 7:13, 7:25, 8:8, 8:18, 9:6
**problems** [2] - 4:6, 6:2
**proceed** [1] - 3:9
**proceeding** [1] - 8:14
**Proceedings** [1] - 11:18
**process** [1] - 4:4
**Program** [1] - 6:22
**program** [1] - 9:5
**property** [1] - 8:17
**provide** [2] - 8:7, 10:17
**provided** [1] - 3:14
**punishment** [1] - 11:8
**purposes** [1] - 10:13
**pursuant** [4] - 5:11, 6:10, 8:20, 8:22
**pursue** [1] - 9:20

# Q

**qualify** [1] - 9:24
**quarter** [1] - 6:20

# R

**range** [2] - 5:12, 5:13
**rather** [1] - 5:21
**ready** [1] - 3:8
**reason** [2] - 7:8, 7:12
**reasonable** [3] - 8:23, 9:2, 9:3
**recess** [1] - 11:17
**recessed** [1] - 4:7
**recommend** [1] - 10:14
**recommendation** [2] - 10:7, 10:9
**recommendations** [1] - 3:25
**reference** [1] - 5:21
**Reform** [1] - 6:10
**refrain** [1] - 7:19
**release** [9] - 4:5, 7:4, 7:9, 7:11, 7:15, 7:22, 8:11, 9:14, 10:4
**released** [3] - 7:8, 7:14, 11:11
**remain** [1] - 6:2
**remove** [1] - 11:11
**report** [5] - 3:13, 3:20, 3:21, 5:19, 7:13
**representation** [1] - 10:1
**request** [2] - 8:8, 9:24
**residence** [1] - 8:17
**Responsibility** [1] - 6:22
**restate** [1] - 5:22
**review** [1] - 3:20
**reviewed** [1] - 5:19
**reviewing** [1] - 4:4
**roughly** [1] - 3:16
**ruling** [3] - 3:23, 4:10, 4:11

# S

**sale** [1] - 9:12
**sample** [1] - 8:7
**satisfied** [1] - 6:8
**schedule** [1] - 6:25
**search** [4] - 8:18, 8:20, 8:22, 9:1
**searched** [1] - 8:25
**seated** [1] - 6:2
**second** [2] - 3:11, 6:7
**Section** [1] - 5:11
**see** [1] - 4:8
**sentence** [11] - 4:3, 5:9, 5:16, 5:24, 7:1, 7:6, 9:16, 9:19, 11:3, 11:10
**Sentencing** [1] - 6:10
**sentencing** [8] - 3:5, 3:16, 4:7, 4:9, 5:1, 5:10, 5:15, 5:20
**shall** [2] - 8:1, 9:8
**simply** [3] - 5:20, 7:7, 11:14
**sorry** [1] - 5:2
**southwestern** [1] - 10:16
**special** [4] - 6:17, 6:23, 8:11, 8:15
**stages** [1] - 4:9
**standard** [1] - 8:12
**start** [1] - 5:25
**starting** [1] - 3:6
**state** [1] - 7:16
**States** [1] - 3:4
**statute** [2] - 5:14, 11:6
**statutory** [1] - 5:8
**subject** [1] - 8:20
**submit** [3] - 6:19, 7:21, 8:16
**substance** [2] - 7:20, 10:11
**substances** [1] - 7:19
**sum** [1] - 6:22
**superseding** [2] - 3:12, 6:7
**supervised** [7] - 4:5, 7:4, 7:9, 7:15, 8:11, 9:14, 10:4
**supervision** [5] - 7:22, 7:24, 8:12, 8:15, 8:24
**suspicion** [1] - 8:23
**system** [1] - 11:13

# T

**term** [4] - 6:13, 7:4, 7:10, 7:24
**terms** [2] - 8:11, 9:14
**test** [1] - 7:21
**testing** [3] - 8:1, 9:5, 9:7
**tests** [2] - 7:23, 10:18
**THE** [14] - 3:3, 3:6, 4:20, 4:23, 5:4, 6:4, 6:5, 10:6, 10:7, 10:14, 10:21, 10:22, 10:23, 11:1
**thereafter** [1] - 7:24
**towards** [1] - 6:23
**treatment** [4] - 9:5, 9:7, 10:12, 10:18

**two** [1] - 3:16
**typically** [1] - 9:18

# U

**U.S** [2] - 5:11, 8:18
**unable** [1] - 9:22
**under** [2] - 5:14, 11:13
**United** [1] - 3:4
**unlawful** [1] - 7:20
**unlawfully** [1] - 7:18
**up** [1] - 5:5

# V

**vehicle** [1] - 8:17
**versus** [1] - 3:4
**viewed** [1] - 7:5
**violate** [1] - 9:14
**violated** [1] - 8:24
**violating** [1] - 10:4
**violation** [1] - 9:1

# W

**waived** [1] - 6:17
**warn** [1] - 8:19
**weapons** [1] - 8:6
**weeks** [1] - 3:16
**Whatcott** [1] - 4:16
**WHATCOTT** [2] - 4:18, 10:25
**wise** [1] - 11:12
**wish** [4] - 4:13, 4:24, 9:19, 11:16
**written** [1] - 8:13

# Y

**years** [2] - 7:10, 11:5