UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America<br><br>　　　　　Plaintiff,<br>　v.<br><br>Jim Allen Loveland<br><br>　　　　　Defendant. | Case No. 1:12-cr-00155-BLW<br><br>**ORDER APPOINTING CJA COUNSEL ON APPEAL** |

　　　　Pursuant to the Order (Dkt. 618) of June 7, 2013, IT IS HEREBY ORDERED that James K Ball, CJA attorney for the District of Idaho, is appointed to represent JIM ALLEN LOVELAND on appeal as of this date. Mr.Ball's contact information is:

　　James K Ball
　　Manweiler, Manweiler, Breen and Ball
　　PO Box 937
　　Boise, ID 83701

　　　　　　　　　　　　　　DATED: **October 7, 2013**

　　　　　　　　　　　　　　B. LYNN WINMILL
　　　　　　　　　　　　　　Chief U.S. District Court Judge